EX. 43

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   GMAC Mortgage
   3451 Hammond Ave
   P.O. Box 780
   Waterloo, IA 50704

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X **Greg Caya**   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):   **EG 504591372 US**

PS Form 3811, February 2004                          102595-02-M-1540

---

**EXPRESS MAIL** — UNITED STATES POSTAL SERVICE
Customer Copy — Label 11-B, March 2004
Post Office To Addressee

EG 504591372 US

PO ZIP Code: 07461
Date Accepted: 10-27-10
Time Accepted: 3:17 PM

FROM:
Rocky Gardner
[address illegible] Sch Rd
Sussex NJ 07461

TO:
GMAC Mortgage
3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704

For pickup or tracking visit www.usps.com
Call 1-800-222-1811

**GMAC Mortgage**

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

12/13/10

PERRY GOERNER

12 WANTAGE SCHOOL ROAD

SUSSEX        NJ 07461

RE:   Account Number    7473329357
      Property Address  12 WANTAGE SCHOOL ROAD

                        SUSSEX        NJ 07461

Dear    PERRY GOERNER

In connection with your request for a loan modification, we regret to inform you that your request has been denied for the following reason(s):

[X]   The financial information provided shows you have insufficient income to support your request. We recommend you consider selling your property. If the value of your property has declined and would not result in a full payoff of the mortgage please contact our office when an offer is received so we can review for a possible short sale.

[]    The financial information provided shows that your income is sufficient to cover your existing mortgage obligation; therefore, we are unable to modify your existing obligation.

[]    While you do not have sufficient income to support all of your monthly expenses, some of your expenses could be reduced. We recommend you contact your other creditors to lower their monthly payments before workout solutions can be considered on your mortgage.

[]    We previously requested additional information from you which has not been received; therefore, we are unable to continue our review for workout solutions.

[]    We service your loan on behalf of an investor or group of investors that has not given us authority to modify your loan under the program requested.

## COVER LETTER

ENCLOSED YOU WILL FIND:

*Not Included*

1. 5 pages of pictures showing the holes drilled in the ledge rocks for blasting the septic and house, the ledge rocks placed about the pond, and the well head showing the water from the springs coming out of the top of the well.

2. A Copy of the deed and certificate of occupancy.

3. A Copy of the available funds in my bank account that I have borrowed for my offer to purchase / short sale.

4. History of the property, blasting of the septic.

5. Proposal Offer for the SHORT SALE

# PROPOSAL FOR THE SHORT SALE OF 12 WANTAGE SCHOOL RD.

All of the forthcoming documents are deemed confidential and my not be reproduced nor revealed to anyone excepting the GMAC parties involved in this lien agreement.

TO WHOM IT MAY CONCERN:

I have received your letter on 12/20/2010 stating that I have insufficient funds to support my request and that I consider selling my property.

My Offer to Short Sale my property to myself is a valid offer for this property.

In my proposal that was received by you on 11/23/2010 for the amount of $60,000 at that time I had only 45,000 in my account and was to borrow another 15,000 from my family and life insurance policy.
I have done just that and sold my motorcycle, at this time I have $63,765.00, in my account, I do have sufficient funds for my offer, I have enclosed a copy of a balance inquiry showing my available funds.

This is all the money that I have and is available to you immediately if my offer is approved for the satisfaction of the lien on the property. I can now offer you $63,000.

My attorney has advised me to work out an agreement with you for the lien release without his interference as it might be advantageous to the both of us, prior to the foreclosure proceeding as I still would want to stay even with the problems with the property.

He stated that the litigation in a case such as this would take years if he filed a claim for the unscrupulous banking practices that were used in this instance on a mentally disabled person, and other such actions including a possible bank fraud charge, he has not seen my closing documents, which none were signed, but one was checked stating that I gave permission for all documents to be electronically signed by the mortgagor. It will be up to a jury to decide the fate of this property if you proceed with the foreclosure.

He has advised me Not to put the property for sale because of the New Jersey Real Estate Laws, that would require me to disclose all defects to the house and property, I had disclosed to him that I sent a sellers disclosure to you about the deficiencies that had to be repaired, he reviewed the document.
He has advised me if I put the house for sale the Health Dept. would condemn it while I was still living in it because of the failed septic system leaching into the pond and I would be responsible for the repair.

# HISTORY OF THE PROPERTY 12 WANTAGE SCHOOL ROAD

In early June, 1982 I bought this property from a developer, I was young and had neither experience in buying property nor building a house, I was married and had 2 children and worked for a bread company, as a delivery man.

I bought the property for $12,000, I DID NOT HAVE ANY CONTINGENCIES AND BOUGHT IT WITHOUT A PERK TEST TO SEE IF I COULD GET A SEPTIC AND PERMITS TO BUILD, Big Mistake, I bought a swamp.

My brother in law Tim Wamback, worked for an excavating company and was currently building one of the state highways, rt.23.
He had all of the equipment to excavate and perk the property, he tried in all of the areas that I wanted the house to go and none would perk, it was a swamp that was dry because at that time there was a drought, and we hit water at 14" to 2.5'.

Tim was the health inspector's friend, the inspector's name was Jack Edsall, all that was needed for the property to perk, was to dig 2 holes 20' apart 4' deep without hitting water, Tim dug 2 holes close to the ledge with a post hole digger and filled them with water and his buddy jack was there to witness that they drained with in a 30 min time period, they went for a beer ½ mile from the property and it perked.

Tim had his friend who was an engineer Bob Campbell draw up the septic design and foundation location for the house. I drew up my own house plans as I took 1 year of architecture in high school, they were approved, you have a copy of them.

When Tim excavated to put in the septic and house foundation, he dug out the loose shale as this was the only dry land, he hit solid blue shale where the house and septic were supposed to be located and could not excavate it.

Tim had brought up the track drilling machines for the holes needed to blast out the ledgerock from the road job they were working on.
400 lbs of dynamite and a week of drilling he blasted the ledgerock where the house and septic were to go.

I HAVE A VIDEO OF THE BLASTING OF THE PROPERTY 600 FT. AWAY.

Enclosed is a picture of one of the huge rocks with a drilling hole in it, some were as big as vans, he placed them around the pond after it was built in the fall while it was still dry, the pond is spring fed.

When he blasted the ledge it produced 7 different springs where the basement was to be, it was like a lake, he filled it in, that is why I have a slab, I really wanted a basement.

Pg.1

Pg.2

The Septic system was the same, he filled that in too, after my foundation and septic was approved by his Health/Building Dept. Buddy Jack Edsall, they drank a Six-Pack of BUD.

In the State of New Jersey you cannot blast for a septic system, there is no other place on the property to put one as it has been deemed wetlands and as you can see by the pictures it is ledgerock.

The septic has failed due to the springs carrying the effluent into the spring fed pond.

This house cannot be sold to another party without it being condemned.

Please contact me with your decision, the monies in my account will not be there very long as they are mostly borrowed.

Sincerely,

Perry Goerner

cc: Express overnight

CHASE

Special benefits for Chase checking customers! Take advantage of exclusive offers on many Chase products. To learn more visit chase.com/exclusives or talk to a banker today!

My Transaction Summary
*****************************************

Checking Balance Inquiry
Account Number Ending In:     7501

Available Balance     $63,765.63
Present Balance       $63,765.63

..........................................

JPMorgan Chase Bank, N.A.
Sussex, Branch 00C0E
1-800-935-9935
Member FDIC, Equal Housing Lender
Please keep your receipt
12/20/2010 09:11

Business Date 12/20/2010

Thank you - Tammy
Cashbox #04

