# CERTIFICATE OF
# WIRE TRANSFER INFORMATION

RE: LOAN NUMBER: 047-_____5-7 BORROWERS NAME: PERRY GOERNER _____

REPETITIVE WIRE CODE NUMBER:  (for Lender use only) _____

BENEFICIARY OF FUNDS: _____

ORDER NUMBER: 71034CPN _____

ESCROW NUMBER: 71034CPN _____

*ADDITIONAL INSTRUCTIONS:* _____

FOR FURTHER CREDIT: _____

ADDRESS: _____

ACCOUNT NUMBER: _____

*BANK INFORMATION:*

BANK NAME: _____

ADDRESS: _____

ABA/ROUTING NUMBER: _____

SPECIAL INSTRUCTIONS: _____

I CERTIFY THE ABOVE INFORMATION IS CORRECT AND WE REQUEST YOU  FUND BY WIRE
TRANSFER AS DETAILED ABOVE.


BY: _____, ESCROW OFFICER/TITLE OFFICER
    (MUST BE SIGNED)


Note:    If attaching separate wire instructions to this sheet, please place on
         letterhead from your company or supply an authorized signature.


**\*\*\*WE WILL WIRE FUNDS ONLY TO TITLE COMPANIES AND NOT TO INDEPENDENT ESCROW AGENTS\*\*\***

MFCD8065-05/94                                                           047-332935-7

# CLOSED LOAN TRANSMITTAL

**Homecomings Financial**
**One Meridian Crossing, Ste. 100**
**Minneapolis MN 55423**
**888 368-3686**

Borrower:    PERRY GOERNER
Loan #:    047-332935-7

From:    CRESCENT LAKE SETTLEMENT
585 STEWART AVE. SUITE 505
GARDEN CITY, NY  11530

Your File Number:    71034CPN
Your Phone Number:    516-222-2017
Your Fax Number:    516-222-2315

Closed loan package is to be returned to HFN at the above address within 48 hours of disbursement.
**Do not use regular mail.** This transmittal form must be completed and must accompany the executed loan package when returned to HFN. Please stack the documents in the order below and include specifically the original and number of copies and/or certified copies specified below. Indicate all documents being returned with an "X" on the appropriate line below.

The following documents are to be signed and returned with the closed package:

| Sent | Returned | | |
|---|---|---|---|
| (   ) | (   ) | HUD-1 Settlement Statement | Original + 1 certified copy |
| ( X ) | (   ) | Real Estate Tax Certification | Original + 1 copy |
| ( X ) | (   ) | First Payment Letter | Original + 1 certified copy |
| ( X ) | (   ) | Note/Addendum to Note | Original + 1 certified copy |
| ( X ) | (   ) | Mortgage/Deed of Trust & Riders | 2 certified copies |
| (   ) | (   ) | Corporate Assignment of Mortgages | 2 certified copies (seal legible) |
| (   ) | (   ) | Master Insurance (Condo/PUD) | Original + 1 copy |
| (   ) | (   ) | Hazard/Windstorm Insurance/Paid Receipt | Original + 1 copy |
| (   ) | (   ) | Flood Insurance/Paid Receipt | Original + 1 copy |
| ( X ) | (   ) | Lender's Closing Instructions | *Signed Original + 1 copy* |
| (   ) | (   ) | Warranty Deed | 1 certified copy |
| ( X ) | (   ) | Truth in Lending | Original |
| ( X ) | (   ) | Affidavit of Occupancy | Original |
| ( X ) | (   ) | W-9's | Original |
| ( X ) | (   ) | Opportunity to Rescind | Original |
| ( X ) | (   ) | Document Agreement | Original |
| ( X ) | (   ) | Notice to Borrower (Flood) | Original + 1 copy |
| (   ) | (   ) | Escrow Waiver | Original + 1 copy |
| (   ) | (   ) | Anti-Coercion | Original |
| ( X ) | (   ) | Borrower(s) Authorization & Certification | Original |
| (   ) | (   ) | Power of Attorney | 2 Certified copies |
| (   ) | (   ) | Residential Loan Application (1003) | Original + 1 certified copy |
| ( X ) | (   ) | Same Name Affidavit(s)/Legal Signature Cert | Original + 1 copy |
| (   ) | (   ) | 1040's – Original Signature | Original copy signed |
| (   ) | (   ) | Survey/Affidavit | 2 Originals, sealed |
| (   ) | (   ) | Form 4506 | Original |
| (   ) | (   ) | Title Commitment | Original & Endorsement (must be signed) |
| ( X ) | (   ) | Disclosure(s) - Program & Servicing | Original |
| (   ) | (   ) | Appraisal Disclosure | Original |
| (   ) | (   ) | _____ | _____ |
| (   ) | (   ) | _____ | _____ |
| (   ) | (   ) | _____ | _____ |
| (   ) | (   ) | _____ | _____ |

MFCD8731  (09/2006)

047-332935-7

RESPA (Rev 2/95)

# Initial Escrow Account Disclosure Statement

**Date:** 03/30/2007     **Loan Number:** 047-332935-7     **Case Number:**

**Servicer's Name and Address:**
HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
LIMITED LIABILITY COMPANY
9 SYLVAN WAY, SUITE 100
PARSIPPANY, NJ 07054

**Toll Free Number:** 973-829-1100

**Borrowers:** PERRY BOERNER

**Property Address:**
12 VANTAGE SCHOOL ROAD
SUSSEX, NJ 07461

**Mailing Address:**
12 VANTAGE SCHOOL ROAD
SUSSEX, NJ 07461

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account.

| Month (or Period) | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
| Initial Deposit: | | | $ | 891.09 |
| 05/01/2007 | 555.09 | 0.00 | | 1446.18 |
| 06/01/2007 | 555.09 | 0.00 | | 2001.27 |
| 07/01/2007 | 555.09 | 0.00 | | 2556.36 |
| 08/01/2007 | 555.09 | 1497.27 | CTY TAX(1497.27) | 1614.18 |
| 09/01/2007 | 555.09 | 672.00 | HAZ INSUR(672.00) | 1497.27 |
| 10/01/2007 | 555.09 | 0.00 | | 2052.36 |
| 11/01/2007 | 555.09 | 1497.27 | CTY TAX(1497.27) | 1110.18 |
| 12/01/2007 | 555.09 | 0.00 | | 1665.27 |
| 01/01/2008 | 555.09 | 0.00 | | 2220.36 |
| 02/01/2008 | 555.09 | 1497.27 | CTY TAX(1497.27) | 1278.18 |
| 03/01/2008 | 555.09 | 0.00 | | 1833.27 |
| 04/01/2008 | 555.09 | 0.00 | | 2388.36 |

**(PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE ESCROW ACCOUNTING COMPUTATION YEAR.)**

Cushion selected by servicer: $ ___1,110.18___

[x] Your **monthly** mortgage payment for the coming year will be $ 2810.06 of which $ 2,254.97 will be for principal and interest and $ 555.09 will go into your escrow account.

[ ] Your **first** mortgage payment for the coming year will be $ of which $ will be for principal and interest and $ will go into your escrow account. The terms of your loan may result in changes to the monthly principal and interest payments during the year.

VMP-503R (9502)

VMP MORTGAGE FORMS - (800)521-7291

2/95

MFCD6059 (08/2006) / 047-332935-7

Lender: (DEP OF MERIDIAS MORTGAGE
FINANCIAL NETWORK, INC.)
9 SYLVAN WAY, SUITE 100
PARSIPPANY, NJ 07054
Phone: 973-829-1100
To:    CRESCENT LAKE SETTLEMENT
585 STEWART AVE, SUITE 505
GARDEN CITY, NY 11530
Phone: 516-222-2017    Fax: 516-222-2315
Attn:    MICHAEL
Re:    Borrowers(s): PERRY GOERNER

Document Date: MARCH 30, 2007
Closing/Disburse. Date: APRIL 4, 2007
Lock Expiration Date: APRIL 16, 2007
Loan No.:    047-332935-7
App. No.:
Order No.:    71034CPN
Escrow/File No.: 71034CPN
Funder Name: April Mounce-Cortez
Phone No.:    973 829-1100
Fax No.:    (973) 829-1900
APN #1: BLOCK: 43 LOT: 7.18
APN #2:
Broker Name:    KENSINGTON FINANCIAL SVCS
LLC
Broker Phone:    201-818-6767

Property Address: 12 WANTAGE SCHOOL ROAD
SUSSEX, NJ 07461

## SPECIFIC CLOSING INSTRUCTIONS

The HUD-1 must be faxed to April Mounce-Cortez
at                                    prior to scheduled closing for review and approval.
Refer to Page 2 for listing of documents to be faxed prior to disbursement.

### LOAN TERMS:

Loan Amount: $  322,500.00              Refinance with Cash Out
Sales Price:  $  N/A
Interest Rate:        7.5000%
Monthly P&I: $    2,254.97              Property Type: SFR
First Payment Date: MAY 1, 2007        Last Payment Date: APRIL 1, 2037

### FEES AND COSTS (List Fees on line of HUD-1 as indicated below):

| ITEM | TOTAL | POC |
|---|---|---|

* Fee is not deducted from the wire amount. At closing, collect from the borrower and disburse directly to broker.
**Fee is not deducted from the wire amount; this fee will be paid by the lender to a third party vendor outside of closing.
Broker Fee from HF to Broker:                                    $ 3,695.85
*(show as POC on HUD-1; use exact language; amount will be included in wire amount)*

| | TOTAL | POC |
|---|---|---|
| 801 ORIGINATION FEE TO LENDER: % | | |
| 802 DISCOUNT FEE TO LENDER: % | | |
| 817 BUYDOWN: | | |
| * 808 BROKER  0.8750% ORIG  /0 % DISCOUNT | 2,821.88 | |
| * 803 APPRAISAL FEE TO BROKER | 275.00 | 275.00 |
| 804 CREDIT REPORT FEE TO BROKER | | |
| 805 LENDER INSPECTION FEE | | |
| 810 COMMITMENT FEE TO HF | 665.00 | |
| * 811 BROKER APPLICATION FEE TO BROKER | 450.00 | |
| 812 | | |
| 813 | | |
| 814 | | |
| 815 | | |
| 816 | | |
| 902 | | |
| ** Flood Cert fee paid to First American Flood Data Services to be shown as POC | | 6.00 |
| ** Tax Service fee paid to First American Real Estate Tax Vendor to be shown as POC | | 60.00 |

### PER DIEM INTEREST:

From: 04/04/2007 To: 04/01/2007
~3    days at $  66.2671  per day        901 Subtotal of Per Diem Interest:        $  -198.80

### IMPOUNDS/ESCROWS:

Impound/Escrows will be net-funded from the loan proceeds.

| | | | | | |
|---|---|---|---|---|---|
| 1001 Hazard Insurance | 9 | month(s) at | 56.00 | per month = $ | 504.00 |
| 1002 Mortgage Insurance | | month(s) at | | per month = $ | |
| 1003 City Taxes | | month(s) at | | per month = $ | |
| 1004 County Taxes | 2 | month(s) at | 499.09 | per month = $ | 998.18 |
| 1005 Annual Assessment | | month(s) at | | per month = $ | |
| 1006 Flood Insurance | | month(s) at | | per month = $ | |
| 1007 | | month(s) at | | per month = $ | |
| 1008 | | month(s) at | | per month = $ | |
| | | | 1009 Aggregate Escrow Adjustment | = $ | -611.09 |

Impound Subtotal:        $    891.09

Net Wire Amount                                    $  324,838.56

The borrower(s) are only to be charged fees at closing which are disclosed (in break out form) on the HUD-1
Settlement Statement.

IF YOU ARE MADE AWARE THAT THIS LOAN WILL NOT BE CLOSING, IMMEDIATELY NOTIFY HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.) FOR THE CANCELLATION OF FUNDS.

## PAYOFF CONDITIONS:

It is a condition to the funding of this loan that the following payoffs be made through this closing.  Indicate payoffs on the HUD-1 Settlement Statement or provide other satisfactory evidence of payoff:

M120 - The following debts are to be paid through escrow:
ASC $178,394.14 WACHOVIA $46,310.08

## ADDITIONAL CONDITIONS TO BE SATISFIED PRIOR TO DISBURSEMENT OF LOAN PROCEEDS:

CLS1 - NO COURIER OR WIRE FEES ON HUD.
YSP CANNOT APPEAR ON HUD. MUST BE SHOWN AS BROKER FEE FROM HF TO BROKER.
TAXES TO BE PAID AT CLOSING OR AS POC ON HUD. (2nd QTR. 05-01-2007)

CLS2 - PLEASE PUT FAX, COURIER, WIRE, COPY, E-DOC, E-MAIL, AND FAX FEES AS "MISC. OFFICE FEES".

CLS3 - FAX PRE-LIM HUD PRIOR TO CLOSING WITH COVERSHEET.
*** CRITICAL DOCS MUST BE FAXED AFTER CLOSING. ***

CLS4 - JUDGEMENTS AND LIENS MUST BE FAXED AFTER CLOSING.

CLSA - CLOSING AGENT - Please ensure legal description and any riders are attached to and recorded with Security Instrument and returned with certified copies.

Q300 - Initial 1003 signed and dated. Effective with all applications dated on or after January 1, 2006, brokers are required to use FNMA 1003 with a revision date of July 2005.  All previous 1003 forms are obsolete.

Q301 - Final typed 1003-Broker to provide at closing-Borrower to sign all pages. Loan amt & int rate must match final approval & rate lock. Effective 01/01/06 1003 revised 07/05 required.  Borrowers to sign top of page 1 if joint credit.

Q726 - Closing Agent to separate FACTA disclosures and distribute to the appropriate borrower(s).

## LOAN DOCUMENTS:

Deliver one (1) copy of all loan documents to the borrower(s); deliver one (1) copy of the Federal Truth-in-Lending Disclosure Statement to each borrower.  The following documents must be faxed to **April Mounce-Cortez** at (973) 829-1900   for review prior to disbursement:

( X ) Note
( X ) DOT/Mortgage (1st, signature/notary pgs. & riders)
( X ) HUD-1
( X ) Final TIL Disclosure (signed)
( )
( )
( )
( )
( )

( X ) Rescission Notice / Notice of Right to Cancel
( X ) Hazard Insurance Policy/Binder showing correct mortgagee address
( ) Note Allonge to HFN
( ) Assignment
( )

FUNDING NUMBER: _____

For table-funded loans, the funding number assigned by HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)   must be written above. These instructions must be returned in the closing package.  Failure to comply with these instructions may result in funds being withdrawn, even after disbursement.

## HAZARD INSURANCE:

1. The Borrower(s) must provide satisfactory evidence of hazard insurance coverage and flood insurance coverage if the Property is located in a special flood hazard area.  Policies which exclude (in whole or in part) for loss caused by windstorm, hail, explosions, riots, civil disturbances, aircraft, vehicles and smoke damage, will only be acceptable when accompanied by a separate policy or endorsement which provides adequate coverage.

2. Dwelling coverage requirements - refer to Insurance Requirements form included with documents.

3. Loss payee/mortgagee clause to read:
Homecomings Financial, LLC (f/k/a Homecomings Financial Network, Inc.)
its successors and/or assigns
P.O. Box 100585
Florence, SC 29501-0585

## HUD-1 SETTLEMENT STATEMENT

The final HUD-1 Settlement Statement must be completed at settlement and must accurately reflect all receipts and disbursements indicated in these closing instructions and any amended closing instructions subsequent hereto. If any changes to fees occur, documents may need to be re-drawn and re-signed. Any changes to HFN-approved HUD-1 require written re-approval from HFN.

Closing Agent Fee Disclosed  $ 1,900.00      .  If this amount is higher, you must contact:
April Mounce-Cortez
at 973 829-1100 prior to disbursement for corrected disclosures.

## CLOSED LOAN TRANSMITTAL:

All original documents, with the exception of those to be recorded (Security Instrument, Riders, Assignment(s), Grant Deed, Quit Claim Deed, Power of Attorney, etc.) must be express mailed or hand-delivered within 48 hours of disbursement to:

     HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
     One Meridian Crossing, Ste. 100
     Minneapolis  MN  55423
     ATTN: Post-Closing Department Mail Code 03-06-40
Please return certified copies of those documents that are to be recorded.

**All recorded documents and the final Title Policy must be forwarded within 30 days of disbursement to:**
     **HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)**
     **One Meridian Crossing, Ste. 100**
     **Minneapolis MN 55423**
     **ATTN: Final Docs Department Mail Code 03-06-35**
     An original Certified County Copy (document certified by the county recorder) may be sent as an alternative to the original if the county takes longer than 30 days to return recorded documents.

     If recorded documents are to be returned with the closing package, please place recorded documents in a separate envelope and firmly attach to the top of the closing package.

     We are actively engaged in the secondary marketing of our loans. Failure to forward the loan closing documents and to meet other requirements herein within 48 hours of disbursement, or as otherwise specifically set forth herein, may result in damage to us. Your willingness to undertake settlement constitutes your agreement to compensate us for all costs and damages, including recording fees and attorney's fees we may suffer as a result of your failure to comply fully with the requirements herein in a timely manner.

     You are authorized to proceed with the loan closing ONLY when you have in your possession all items specified in the Specific Loan Closing Instructions and you are in a position to deliver all documents specified in these instructions EXCEPT the original mortgage/deed of trust, riders and assignment(s) attached thereunto and the final title policy to this office within 48 hours of disbursement. If any documents are altered or you are unable to comply with these instructions in any way, or; if you become aware that any of the representations made by this borrower(s) are untrue, you must immediately notify HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.) and may not close this loan without their expressed written consent.

## TITLE INSURANCE REQUIREMENTS:

You are authorized to use funds for the account of the Borrowers and to record all instruments when you comply with the following:

1. THIS LOAN MUST RECORD IN FIRST       LIEN POSITION PRIOR TO THE LOAN APPROVAL
   EXPIRATION DATE NOTED ABOVE.  PROVIDE DUPLICATE ORIGINALS OF THE ALTA TITLE POLICY


2. Vesting to read:
   PERRY GOERNER



3. ALTA Title Insurance Policy must insure: Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for *Lender, its successors and assigns. (Policy to reflect Lender's name as shown in the security instrument.)*

4. ALTA/CLTA/TLTA Title Policy required on all first mortgages, all second mortgages greater than $100,000 and all second mortgages recording in first lien position. A limited coverage policy is acceptable on second mortgage loans recorded in second position provided the loan amount is $100,000 or less. All Title Policies must contain the following endorsements (or their equivalents):
   ° ALTA 8.1/LTAA 3R/PA 900/T-36 Environmental
   ° ALTA 9.0/CLTA 100/PA 100 and PA 300/CLTA100.29/T-19, Restrictions, Encroachments, Minerals
   ° ALTA 4/CLTA 100.13, 115 and 116.2/TIRSA 4/PA 800/NM 50/T-28, Condominium, if property is a condo
   ° ALTA 5/CLTA 100.13 and 115.2/TIRSA 5.1/PA 801/NM 50/T-17, Planned Unit Development, if property is a PUD
   ° ALTA 7/T-31, Manufactured Housing Unit, if property is a manufactured home
   ° ALTA 6 or 6.1/CLTA 111.5/PA 710/T-33, Variable Rate Mortgage, if loan is an ARM
   ° ALTA 6.2/CLTA 111.8/TIRSA 6.2/PA 710-6.2/T-33.1, Variable Rate Mortgage - Negative Amortization, if loan has a negative amortization feature
   ° CLTA 116 if property state is California
   ° CLTA 111.9 if property state is California and loan has a balloon feature
   ° NM 11 if property state is New Mexico and property is single family residence
   ° NM 50 if property state is New Mexico and property is a multi-unit

**Special note for single-family residences in New Mexico** - In addition to obtaining a NM Form 11 Multi-purpose Endorsement, delete exceptions B-2 (easements), B-3 (encroachments), and B-7 (unpatented mining claims). B-2 and B-3 can be deleted by providing a survey that shows boundary lines and property improvements.

**Notice to Closing Agent:** All non-standard endorsements that apply to this loan transaction must also be added to the final title insurance policy.

5. ALTA/CLTA/TLTA Title Policy must be free from liens, encumbrances, easements, encroachments and other title matters with the exception of the following:

(i)  The lien of our loan in the amount of $322,500.00 , or in the amount of the maximum negative amortization allowable on the lien (110% for negative amortization loans in New York State, or 115% for negative amortization loans in any other state), on the property described herein showing the Instrument or Document Number and the date of recording of the Security Instrument;

All judgments and liens must be paid off, subordinated or insured over. Homecomings Financial will not question title on the grounds that title is subject to the following exceptions:

° Customary public utility subsurface easements, the location of which are fixed and can be verified, providing that the exercise of rights of easement will not interfere with the use and enjoyment of any present improvements on the Mortgaged Premises or proposed improvements upon which the appraisal or Loan is based.

° Above-Surface public utility easements that extend along one or more property lines for distribution purposes or along the rear property line for drainage, as long as they do not extend more than 12 feet from the property lines and do not interfere with any of the buildings or improvements or with the use of the Mortgaged Premises itself.

° Any encroachment on an easement for public utilities by a garage or any other improvement, except those improvements that are attached to, or are a portion of the main dwelling structure, provided this encroachment does not interfere with the use of the easement or exercise of rights or repair and maintenance.

° Cost, minimum dwelling size, use, building materials or setback restrictions as long as their violation will not result in the forfeiture or reversion of the title or lien of any kind for damages, or have an adverse affect on the fair market Value of the Mortgaged Premises.

° Mutual easement agreements that installed joint driveways or party walls constructed on the Mortgaged Premises and on an adjoining property, as long as all future owners have unlimited and unrestricted use of them.

° Encroachments of one foot or less on adjoining property by eaves or other overhanging projections or by driveways, as long as there is at least a ten foot clearance between the buildings on the Mortgaged Premises and the property affected by the encroachments.

° Encroachments on the Mortgaged Premises by improvements on adjoining property where these encroachments extend one foot or less over the property line of the Mortgaged Premises, have a total area of 50 square feet or less, do not touch any buildings and do not interfere with the use of any improvements on the Mortgaged Premises or the use of the Mortgaged Premises not occupied by improvements.

° Encroachments on adjoining properties by hedges or removable fences.

° Outstanding oil, water or mineral rights customarily waived by other lenders are acceptable, as long as they will not result in damage to the Mortgaged Premises or impair its use for residential purposes.

° Liens for real estate or ad valorem taxes and assessments not yet due and payable.

## SECONDARY FINANCING:

Secondary financing in the amount of $          0.00  has been approved.

## GENERAL CLOSING INSTRUCTIONS

Do not close or fund this loan unless ALL conditions in these closing instructions and any supplemental closing instructions have been satisfied. The total consideration of this transaction except for our loan proceeds and approved secondary financing must pass to you in the form of cash. Do not close or fund this loan if you have knowledge of a concurrent or subsequent transaction which would transfer the subject property.

You must follow these instructions exactly. These closing instructions can only be modified with our advance written approval. You shall be deemed to have accepted and to be bound by these closing instructions if you fail to notify us in writing to the contrary within 48 hours of your receipt hereof or if you disburse any funds to or for the account of the Borrower(s).

## EXECUTION OF DOCUMENTS:

1.  Each Borrower must sign all documents exactly as his or her name appears on the blank line provided for his or her signature. All signatures must be witnessed if required or customary. All signature acknowledgements must be executed by a person authorized to take acknowledgements in the state of closing.

2.  Any correction or change to loan documents must be approved in writing by us in advance. No whiteout permitted. Approved deletions should be made by marking a single line through the language being deleted. All additions and deletions must be initialed by all borrowers.

3.  All Powers of Attorney must be specific and must be provided to and approved by us in advance. If approved, the Power of Attorney must be recorded in the same county(ies) in which the Security Instrument is recorded, a certified copy provided to us.

## RESCISSION:

1.  If the transaction is subject to rescission, provide each Borrower and each person having any ownership interest in the security property (borrowing and non-borrowing parties) with two (2) copies each of the completed Notice of Right to

Cancel and one (1) copy each of the Truth-in-Lending statement. The Truth-in-Lending statement must be executed by all borrowers and the Notice of Right to Cancel must be properly completed (including all dates) and each Borrower and person given a Notice of Right to Cancel must execute an acknowledgement of receipt prior to copies being distributed. Your failure to properly complete and provide the Notice of Right to Cancel and Truth-in-Lending forms to each person entitled to receive the forms will delay this closing.

2. No Borrower or other person having an ownership interest in the Security Property may modify or waive his or her right to rescind without our prior written consent. There are no exceptions to this policy.

3. **If any Borrower or other person having an ownership interest in the Security Property indicates that he or she wishes to cancel this transaction, contact us immediately for further instructions.**

## SURVEYS:

1. A valid survey dated within 90 days of closing is required in areas where surveys are customary.

2. The survey must contain all relevant and customary information and certifications and the legal description lot size and street must agree with the appraisal and closing documents.

## ADDITIONAL INFORMATION:

If for any reason this loan does not close within 24 hours of your receipt of funds, immediately return all documents to Lender and wire all funds only to:

HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
9 Sylvan Way, Suite 310
Parsippany, NJ 07054

Closing agent to notify the lender in writing prior to closing the loan if title to the subject property has changed hands within the past 180 days. Closing agent to notify lender if the agent has knowledge of previous, concurrent, or subsequent transactions involving the borrower(s) or subject property.

**If you have any questions regarding any of these instructions, please contact:**
April Mounce-Cortez
at 973 829-1100 , Ext.

## ACKNOWLEDGED:

_____

Settlement Agent                          Date

Loan Number 047-332935-7

PERRY GOERNER
12 WANTAGE SCHOOL ROAD
WANTAGE TWP, NJ 07461

Fold Line

## Your Credit Score Information Summary

| Your Credit Score | Provided By | Credit Score Date | Scoring Model Used | Possible Score Range |
|---|---|---|---|---|
| 687 | Equifax | 02/27/2007 | Beacon 5.0 | 300-850 |

### Key Factors Affecting Score

(38) Serious delinquency, and public record or collection filed

(18) Number of accounts with delinquency

(41) Too many inquiries last 12 months

(6 ) Too many consumer finance company accounts

( )

| Your Credit Score | Provided By | Credit Score Date | Scoring Model Used | Possible Score Range |
|---|---|---|---|---|
| 682 | Experian | 02/27/2007 | FICO II | 360-840 |

### Key Factors Affecting Score

(38) Serious delinquency, and public record or collection filed

(18) Number of accounts with delinquency

(10) Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high

(20) Time since derogatory public record or collection is too short

(* ) Number of Inquiries Adversely Affected the Score

Fold Line

| Your Credit Score | Provided By | Credit Score Date | Scoring Model Used | Possible Score Range |
|---|---|---|---|---|
| 693 | TransUnion | 02/27/2007 | FICO Classic 98 | 336-843 |

### Key Factors Affecting Score

(38) Serious delinquency, and public record or collection filed

(18) Number of accounts with delinquency

(10) Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high

(2 ) Level of delinquency on accounts

(* ) Number of Inquiries Adversely Affected the Score

| Your Credit Score | Provided By | Credit Score Date | Scoring Model Used | Possible Score Range |
|---|---|---|---|---|
|  |  |  |  |  |

### Key Factors Affecting Score

( )

( )

( )

( )

( )

| Your Credit Score | Provided By | Credit Score Date | Scoring Model Used | Possible Score Range |
|---|---|---|---|---|
|  |  |  |  |  |

### Key Factors Affecting Score

( )

( )

( )

( )

( )

| Your Credit Score | Provided By | Credit Score Date | Scoring Model Used | Possible Score Range |
|---|---|---|---|---|
|  |  |  |  |  |

### Key Factors Affecting Score

( )

( )

( )

( )

( )

# FIRST PAYMENT NOTICE

MARCH 30, 2007
**Date**

047-332935-7
**Loan Number**

Dear Borrower:

We wish to take this opportunity to welcome you as a customer of HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.) and to provide you with the following information regarding your loan.

In accordance with the terms of the Note and Mortgage, your first monthly payment is due and payable on or before MAY 1, 2007. All succeeding payments are due and payable on the first day of the month.

Your initial monthly payment will be as follows:

| | |
|---|---|
| Monthly Principal and Interest: | $ 2,254.97 |
| Monthly Property Tax Deposit: | $ 499.09 |
| Monthly Hazard Insurance Deposit: | $ 56.00 |
| Monthly Annual Assessment Amount: | $ |
| Monthly Flood Insurance Deposit: | $ |
| Monthly Mortgage Insurance Deposit: | $ |
| | $ |
| | $ |
| | $ |
| **Total Initial Monthly Payment:** | $ 2810.06 |

You will be provided with monthly payment coupons for your convenience. However, if your initial payment coupon has not arrived by the time you need to make your payment, please detach and mail the coupon below along with your check to the address indicated. Our mailing address for all correspondence is:

Homecomings Financial, LLC (f/k/a Homecomings Financial Network, Inc.)
P.O. Box 890036
Dallas, TX 75389
800-206-2901

**Please include your loan number on all correspondence.**

Please provide us with the following information in order for us to assure timely receipt of your monthly mortgage billing statements and to correspond with you on any other matters of importance. Please sign below and return to the mailing address provided above.

*Mailing Address/P.O. Box _____
                                          (* indicate mailing address _after_ loan settlement)

City, State & Zip Code _____

Present Telephone Number (include area code) _____

If I/We the Borrower(s) desire the mailing address to be different than the address of the Property indicated on the Deed of Trust, Borrower(s) must provide the correct mailing address. I/We certify the above mailing information to be true and correct and further agree to notify the holder of service of the note immediately of any change of address by certified mail, return receipt requested, to the above referenced address. No other knowledge, whether actual or constructive by the holder of the Note or any of its agents or employees, will be sufficient to put the holder of the Note on notice of any change of Borrower(s) mailing address and/or telephone number.

_____        _____
PERRY GOERNER                    -Borrower                                          -Borrower

_____        _____
                                 -Borrower                                          -Borrower

...............................................................................................................................

**FIRST PAYMENT COUPON**

NAME: PERRY GOERNER                              *LOAN NUMBER*: 047-332935-7
AMOUNT: $2,810.06                                DATE DUE: MAY 1, 2007

A late charge will be assessed if payment is received at this designated location after the 15th calendar day following the due date indicated above.

Send payment to:                                Using overnight mail service, send payment to:
Homecomings Financial, LLC (f/k/a Homeco        Homecomings Financial, LLC (f/k/a Homecomings
Financial Network, Inc.)                        Financial Network, Inc.)
P.O. Box 78426                                  1820 E Sky Harbor Circle South
Phoenix, AZ 85062-8426                          Phoenix, AZ 85034-9700

*First Payment Notice*                                                          MFCD8677 (08/2006)
                                                                                047-332935-7

# INSURANCE REQUIREMENTS

**Borrower:** PERRY GOERNER      **Borrower:**
**Borrower:**      **Borrower:**
**Borrower:**      **Borrower:**
**Property Address:** 12 WANTAGE SCHOOL ROAD
               SUSSEX, NJ 07461

## COVERAGE
Insurance coverage must equal the lesser of:
     ° 100% of the Insurable Value of the improvements as established by the property insurer; OR
     ° The unpaid principal amount of the first mortgage and, if applicable, the second mortgage loan amount as long as it equals the minimum amount (80% of the Insurable Value of the improvements as established by the property insurer) required to compensate for damage or loss computed on a replacement cost basis.

Policies that exclude coverage (in whole or in part) for loss caused by windstorm, hurricane, hail damage, or any other peril that is normally included under a standard extended coverage endorsement will only be acceptable when accompanied by a separate policy or endorsement which provides adequate coverage.

Unless state law requires a higher deductible, hazard and wind loss deductibles up to 5% of the face amount of the insurance policy are acceptable for all property types.

## LENDER ENDORSEMENT
Policy must contain extended coverage (special form HO-3 or HO-5) and 438BFUNS or 438BFU endorsement to:

```
Homecomings Financial, LLC (f/k/a Homecomings
Financial Network, Inc.), its successors and/or assigns
P.O. Box 100585
Florence, SC 29501-0585
```

## FINANCIAL RATING OF INSURANCE COMPANY
The policy must be underwritten by an insurer that holds a Best Insurance Guide rating of Class B III, A II or better; however, a higher rating may be required depending on the loan type. The insurer must be licensed or authorized by law to conduct business in the jurisdiction where the mortgaged premises is located.

## PREPAID PREMIUM
Insurance premium must be prepaid for one year on all purchase transactions. On refinance transactions the policy must have a remaining term of at least 3 months. When the refinance loan is escrowed for insurance, HFN will collect sufficient funds at closing to enable us to pay the renewal premium when due.

## CONDO/PUD
Copy of Master policy required on all condominium and applicable PUD projects.

# Special Requirements -- Closing Agent Must Complete

_____ **Hazard Insurance** (Check if applicable)

Name of Agent:     _____

Address:     _____

Telephone Number:     _____

_____ **Flood Insurance** (Check if applicable)

Name of Agent:     _____

Address:     _____

Telephone Number:     _____

_____ **Windstorm Insurance** (Check if applicable)

Name of Agent:     _____

Address:     _____

Telephone Number:     _____

**New Jersey Department of Community Affairs**
**Division of Local Government Services**

## INITIAL TAX AUTHORIZATION NOTICE

**TRANSACTION TYPE:**    ☐ Owner Authorization    ☐ Mortgage Purchase

1. Property Information:
   Municipality:  SUSSEX                County:        SUSSEX
   Block:          Lot:        Qualification:              Acct. #:

   Property Location:    12 WANTAGE SCHOOL ROAD, SUSSEX, NJ 07461

   Owner Name:    PERRY GOERNER


   Owner Mailing Address: 12 WANTAGE SCHOOL ROAD
                          SUSSEX, NJ 07461

2. Mortgage Information                    3. Servicing Organization Information

   Name:  HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL    Name:
          NETWORK, INC.)
   Address:  9 SYLVAN WAY, SUITE 100                                 Address:
             PARSIPPANY, NJ 07054
   Contact:                                                          Contact:
   Phone #:          973-829-1100                                    Phone #:
   Bank Code #:                                                      Bank Code #:
   Loan Number:      047-332935-7                                    Loan Number:

4. Send Duplicate Tax Bill?        Yes ☐    Fee Enclosed $ _____

## TAX BILL INSTRUCTIONS

### 5. OWNER AUTHORIZATION
(Do not use for mortgage purchase)

This form is to serve as authorization to indicate on the municipality's tax collection records that all current and future tax bills on the property described above are to be forwarded to the mortgagee or its designee noted herein unless otherwise indicated. This authorization is assignable in the event the mortgagee or servicing organization sells, assigns or transfers the servicing of the mortgage loan to another mortgagee or servicing organization, pursuant to P.L. 1990, c. 69 and N.J.A.C. 5:33-4.1 et seq.

Owner's Signature: _____
Type Name:  PERRY GOERNER
_____ Date: _____
Owner's Signature: _____
Type Name:
_____ Date: _____

### 7. Foreclosure notice request
(pursuant to N.J.S.A. 54:5-104.48)

This form is to serve as notice that the undersigned mortgagee requests notice of foreclosure in the event of In Rem tax foreclosure proceedings on the above listed property.

_____ Date: _____
Signature of mortgage representative
Typed Name and Title: _____

### 6. Selection of Alternate Tax Bill Recipient
(Tax bill will be sent to the mortgagee unless this section is completed)

Until further written notice from the undersigned, the mortgagee hereby authorizes the tax collector to send all current and future tax bills for the property described above to the following organization:

Servicing Organization (# 3 above):  ☒
Tax Processor:  ☐ (fill in the following)

Name:

Address:

Contact:
Phone #:
Bank Code #:
Loan Number:


Mortgagee's Authorization:
Signature:
Name:
Title:

### 8. Acknowledgment by Collector:
Date:

Tax Collector:

Municipality:

9. This form prepared on (date)  MARCH 30TH, 2007           , by (name).    MOUNCE-CORTEZ

for (company),  HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
                                              , at (phone)  973-829-1100

Distribution:  Original, Tax Collector; copy 1, servicing
organization; copy 2, owner; copy 3, mortgagee.

 -983(NJ) (9608)                ME-1-10/92
            VMP MORTGAGE FORMS - (800)521-7291
Page 1 of 4
MFCD8925 (08/2006) / 047-332935-7



**New Jersey Department of  Community Affairs**
**Division of  Local  Government Services**

**INITIAL TAX AUTHORIZATION NOTICE**

---

**TRANSACTION TYPE:**    ☐ Owner Authorization        ☐ Mortgage Purchase

---

1. Property Information:
   Municipality:  SUSSEX                    County:    SUSSEX
   Block:            Lot:            Qualification:                Acct. #:

   Property Location:    12 WANTAGE SCHOOL ROAD, SUSSEX, NJ 07461

   Owner Name:    PERRY GOERNER

   Owner Mailing Address:  12 WANTAGE  SCHOOL  ROAD
                           SUSSEX, NJ  07461

2. Mortgagee Information                    3. Servicing Organization Information

   Name:  HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL      Name:
          NETWORK, INC.)
   Address:  9 SYLVAN WAY, SUITE 100                    Address:
             PARSIPPANY, NJ 07054
   Contact:                                  Contact:
   Phone #:  ~~000-000-0000~~                Phone #:
   Bank Code #:                              Bank Code #:
   Loan Number:      047-332935-7            Loan Number:

4. Send Duplicate Tax Bill?    Yes ☐    Fee Enclosed $ _____

**TAX BILL INSTRUCTIONS**

| **5. OWNER AUTHORIZATION** (Do not use for mortgage purchase) | **6. Selection of Alternate Tax Bill Recipient** (Tax bill will be sent to the mortgagee unless this section is completed) |
|---|---|

   This form is to serve as authorization to indicate on the municipality's tax collection records that all current and future tax bills on the property described above are to be forwarded to the mortgagee or its designee noted herein unless otherwise indicated.  This authorization is assignable in the event the mortgagee or servicing organization sells, assigns or transfers the servicing of the mortgage loan to another mortgage or servicing organization, pursuant to P.L. 1990, c. 69 and N.J.A.C. 5:33-4.1 et seq.

Owner's Signature: _____
Type Name:    PERRY GOERNER
                                    Date: _____
Owner's Signature: _____
Type Name: _____
                                    Date: _____

Until further written notice from the undersigned, the mortgagee hereby authorizes the tax collector to send all current and future tax bills for the property described above to the following organization:

*Servicing Organization* (# 3 above):  ☒
*Tax Processor:*  ☐ (fill in the following)

Name:
Address:
Contact:
Phone #:
Bank Code #:
Loan Number:

**7. Foreclosure notice request** (pursuant to N.J.S.A. 54:5-104.48)

   This form is to serve as notice that the undersigned mortgagee requests notice of foreclosure in the event of In Rem tax foreclosure proceedings on the above listed property.

_____    Date: _____
Signature of mortgage representative
Typed Name and Title: _____

Mortgagee's Authorization:
Signature:
Name:
Title:

**8. Acknowledgment by Collector:**
Date: _____
Tax Collector: _____
Municipality: _____

---

9. This form prepared on (date)  MARCH 30TH, 2007                    , by (name),    MOUNCE - CORTEZ

for (company),  HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
                                                   , at (phone) ~~000-000-1100~~

**Copy 1, Servicing Organization**

**New Jersey Department of Community Affairs**
**Division of Local Government Services**

**INITIAL TAX AUTHORIZATION NOTICE**

**TRANSACTION TYPE:**   ☐ Owner Authorization      ☐ Mortgage Purchase

1. Property Information:
   Municipality:  SUSSEX                County:        SUSSEX
   Block:              Lot:            Qualification:              Acct. #:

   Property Location:   12 WANTAGE SCHOOL ROAD, SUSSEX, NJ 07461

   Owner Name:   PERRY GOERNER

   Owner Mailing Address:  12 WANTAGE SCHOOL ROAD
                            SUSSEX, NJ 07461

2. Mortgagee Information

   Name:   HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL
            NETWORK, INC.)
   Address:   9 SYLVAN WAY, SUITE 100
               PARSIPPANY, NJ 07054
   Contact:
   Phone #:
   Bank Code #:
   Loan Number:        047-332935-7

3. Servicing Organization Information

   Name:

   Address:

   Contact:
   Phone #:
   Bank Code #:
   Loan Number:

4. Send Duplicate Tax Bill?        Yes ☐      Fee Enclosed $ _____

---

**TAX BILL INSTRUCTIONS**

**5. OWNER AUTHORIZATION**
*(Do not use for mortgage purchase)*

This form is to serve as authorization to indicate on the municipality's tax collection records that all current and future tax bills on the property described above are to be forwarded to the mortgagee or its designee noted herein unless otherwise indicated. This authorization is assignable in the event the mortgagee or servicing organization sells, assigns or transfers the servicing of the mortgage loan to another mortgagee or servicing organization, pursuant to P.L. 1990, c. 69 and N.J.A.C. 5:33-4.1 et seq.

Owner's Signature: _____
Type Name:   PERRY GOERNER
                                    Date: _____
Owner's Signature: _____
Type Name: _____
                                    Date: _____

**7. Foreclosure notice request**
**(pursuant to N.J.S.A. 54:5-104.48)**

This form is to serve as notice that the undersigned mortgagee requests notice of foreclosure in the event of In Rem tax foreclosure proceedings on the above listed property.

_____  Date: _____
Signature of mortgagee representative
Typed Name and Title: _____

**6. Selection of Alternate Tax Bill Recipient**
(Tax bill will be sent to the mortgagee unless this section is completed)

Until further written notice from the undersigned, the mortgagee hereby authorizes the tax collector to send all current and future tax bills for the property described above to the following organization:

Servicing Organization (# 3 above):  ☒
Tax Processor: ☐ (fill in the following)

Name:

Address:

Contact:
Phone #:
Bank Code #:
Loan Number:

Mortgagee's Authorization:
Signature:
Name:
Title:

**8. Acknowledgment by Collector:**
Date: _____
Tax Collector: _____
Municipality: _____

---

9. This form prepared on (date)  MARCH 30TH, 2007         , by (name),     MOUNCE-CORTEZ

for (company),  HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
                                          , at (phone)  9_____



**New Jersey Department of Community Affairs
Division of Local Government Services**

**INITIAL TAX
AUTHORIZATION NOTICE**

**TRANSACTION TYPE:**    ☐ Owner Authorization    ☐ Mortgage Purchase

1. Property Information:
   Municipality:   SUSSEX                    County:       SUSSEX
   Block:              Lot:           Qualification:                    Acct. #:

   Property Location:    12 WANTAGE SCHOOL ROAD, SUSSEX, NJ 07461

   Owner Name:    PERRY GOERNER

   Owner Mailing Address:   12 WANTAGE SCHOOL ROAD
                            SUSSEX, NJ 07461

| 2. Mortgagee Information | 3. Servicing Organization Information |
|---|---|
| Name:   HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.) | Name: |
| Address:   9 SYLVAN WAY, SUITE 100 | |
|            PARSIPPANY, NJ 07054 | Address: |
| Contact: | Contact: |
| Phone #:   9█████████ | Phone #: |
| Bank Code #: | Bank Code #: |
| Loan Number:   047-332935-7 | Loan Number: |

4. Send Duplicate Tax Bill?    Yes ☐    Fee Enclosed $ _____

**TAX BILL INSTRUCTIONS**

**5. OWNER AUTHORIZATION**
(Do not use for mortgage purchase)

This form is to serve as authorization to indicate on the municipality's tax collection records that all current and future tax bills on the property described above are to be forwarded to the mortgagee or its designee noted herein unless otherwise indicated. This authorization is assignable in the event the mortgagee or servicing organization sells, assigns or transfers the servicing of the mortgage loan to another mortgagee or servicing organization, pursuant to P.L. 1990, c. 69 and N.J.A.C. 5:33-4.1 et seq.

Owner's Signature: _____
Type Name:   PERRY GOERNER _____
                                Date: _____
Owner's Signature: _____
Type Name: _____
                                Date: _____

**6. Selection of Alternate Tax Bill Recipient**
(Tax bill will be sent to the mortgagee unless this section is completed)

Until further written notice from the undersigned, the mortgagee hereby authorizes the tax collector to send all current and future tax bills for the property described above to the following organization:

Servicing Organization (# 3 above): ☒
Tax Processor: ☐ (fill in the following)

Name:

Address:

Contact:
Phone #:
Bank Code #:
Loan Number:

**7. Foreclosure notice request**
(pursuant to N.J.S.A. 54:5-104.48)

This form is to serve as notice that the undersigned mortgagee requests notice of foreclosure in the event of In Rem tax foreclosure proceedings on the above listed property.

                                Date: _____
Signature of mortgagee representative
Typed Name and Title: _____
_____

Mortgagee's Authorization:
Signature:
Name:
Title:

**8. Acknowledgment by Collector:**
Date: _____

Tax Collector: _____

Municipality: _____

9. This form prepared on (date)   MARCH 30TH, 2007            , by (name),      MOUNCE-CORTEZ

for (company),   HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
                                                    , at (phone)   █████████

Copy 3, Mortgagee

## ** IMPORTANT **

## ALL CLOSING AGENTS

## CLOSED PACKAGES
## MUST BE RETURNED
## BY EXPRESS MAIL OR COURIER
## WITHIN *48* HOURS
## OF DISBURSEMENT
## OR A PENALTY WILL
## BE ASSESSED

**RETURN TO:**
**Homecomings Financial**

**One Meridian Crossing, Suite 100 / 03-06-40**
**Minneapolis, MN  55423**
**ATTN: POST CLOSING**

MFCD8656 (09/2006) / 047-332935-7
RETURN DOCS NOTICE

Item HUD-1 (3/86) ref Handbook 4305.2

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

PAGE 2

SETTLEMENT STATEMENT

File Number: 07-136   TitleExpress Settlement System   Printed 03/30/2007 at 18:30 CPN

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ = | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ | to | | |
| 702. $ | to | | |
| 703. Commission paid at Settlement | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee | % | | |
| 802. Loan Discount | % | | |
| 803. Appraisal Fee | to Kensington Financial Services, LLC     (P.O.C.) 275.00 Buyer | | |
| 804. Credit Report | | | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Application Fee | to Kensington Financial Services, LLC | 450.00 | |
| 807. Commitment Fee | to Homecomings Financial Network, LLC    LR | 665.00 | |
| 808. Broker Fee | to Kensington Financial Services, LLC | 2,821.88 | |
| 809. Flood Cert Fee | to First American Flood Data Service    (P.O.C.) 6.00 Buyer | | |
| 810. Tax Service Vendor | to First American Tax Vendor    (P.O.C.) 60.00 Buyer | | |
| 811. Broker Fee from HF to Broker | to Kensington Financial Services, LLC  $3,695.85 POC by Lender | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest From  04/04/2007 to 04/01/2007    @$    /day    Days | | -198.80 | |
| 902. Mortgage Insurance Premium for    to | | | |
| 903. Hazard Insurance Premium for    to | | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Hazard Insurance | 9 mo. @ $    56.00 /mo    LR | 504.00 | |
| 1002. Mortgage Insurance | mo. @ $    /mo | | |
| 1003. City Property Tax | mo. @ $    /mo | | |
| 1004. County Property Tax | 2 mo. @ $    499.09 /mo    LR | 998.18 | |
| 1005. Annual Assessments | mo. @ $    /mo | | |
| 1009. Aggregate Analysis Adjustment  to Homecomings Financial Network, LLC    LR | | -611.09 | 0.00 |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee | to Crescent Lake Settlement Services LLC | 375.00 | |
| 1102. Abstract or title search | | | |
| 1103. Title examination | | | |
| 1104. Title insurance binder | | | |
| 1105. Document Preparation | | | |
| 1106. Notary Fees | | | |
| 1107. Attorney's fees | | | |
| (includes above items No: | ) | | |
| 1108. Title Insurance | to Fidelity National Title Insurance Company | 1,347.00 | |
| (includes above items No: | ) | | |
| 1109. Lender's Policy | 322,500.00 · 1,002.00 | | |
| 1110. Owner's Policy | | | |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording Fees Deed $    ; Mortgage $ 225.00 ; Release $ 75.00 | | 300.00 | |
| 1202. Realty Transfer Fee | Deed $    ; Mortgage $ | | |
| 1203. Deed $    ; Mortgage $    ; Release $ | | | |
| 1204. | Deed $    ; Mortgage $ | | |
| 1205. | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey | | | |
| 1302. Pest Inspection | | | |
| 1303. 2nd Quarter | to Wanatage Township | 1,497.27 | |
| 1400. TOTAL SETTLEMENT CHARGES    (enter on lines 103, Section J and 502, Section K) | | 8,148.44 | |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

8787
611
8 148.44

_____
Perry Gosmer

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

SETTLEMENT AGENT: _____   DATE: _____

A. **Settlement Statement**

B. Type of Loan

U.S. Department of Housing and Urban Development
OMB Approval No. 2502-0265 (expires 9/30/2006)

| 1. ☐FHA | 2. ☐FmHA | 3. ☐Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐VA | 5. ☐Conv. Ins. | | 07-1034 | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

TitleExpress Settlement System
Printed 03/30/2007 at 16:30 CPN

D. NAME OF BORROWER: Perry Goerner
ADDRESS: 12 Wantage School Road, Sussex

E. NAME OF SELLER: N/A
ADDRESS:

F. NAME OF LENDER: Homecomings Financial Network, LLC
ADDRESS: 9 Sylvan Way, Suite 310, Parsippany, NJ 07054

G. PROPERTY ADDRESS: 12 Wantage School Road, Sussex, NJ 07461
Borough of Sussex

H. SETTLEMENT AGENT: Crescent Lake Settlement Services LLC, Telephone: 516-222-2017 Fax: 516-222-2315
PLACE OF SETTLEMENT: 585 Stewart Avenue, Suite 505, Garden City, NY 11530

I. SETTLEMENT DATE:

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 8,148.44 | 403. | |
| 104. Payoff of First Mortgage Loan | 178,394.14 | 404. | |
| Washington Mutual | | | |
| 105. Payoff of Second Mortgage Loan | 46,310.08 | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 232,852.66 | **420. GROSS AMOUNT DUE TO SELLER** | |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | 322,500.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 322,500.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 232,852.66 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 322,500.00 | 602. Less reduction amount due seller (line 520) | |
| **303. CASH TO BORROWER** | 89,647.34 | **603. CASH TO SELLER** | 0.00 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Fed. Tax ID No. _____) with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN: ___/___/___   ___/___/___   SELLER(S) SIGNATURES: _____   ___/___/___

SELLER(S) NEW MAILING ADDRESS: _____

SELLER(S) PHONE NUMBERS: _____ (H) _____ (W)

form HUD-1 (3/86) ref Handbook 4305.2

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
SETTLEMENT STATEMENT

form HUD-1 (3/86) ref Handbook 4305.2
PAGE 2

File Number: 07-1034

TitleExpress Settlement System  Printed 03/30/2007 at 18:30 CPN:

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ = | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ | to | | |
| 702. $ | to | | |
| 703. Commission paid at Settlement | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee | % | | |
| 802. Loan Discount | % | | |
| 803. Appraisal Fee | to Kensington Financial Services, LLC  (P.O.C.) 275.00 Buyer | | |
| 804. Credit Report | | | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Application Fee | to Kensington Financial Services, LLC | 450.00 | |
| 807. Commitment Fee | to Homecomings Financial Network, LLC      LR | 685.00 | |
| 808. Broker Fee | to Kensington Financial Services, LLC | 2,821.88 | |
| 809. Flood Cert Fee | to First American Flood Data Service  (P.O.C.) 6.00 Buyer | | |
| 810. Tax Service Fee | to First American Tax Vendor  (P.O.C.) 60.00 Buyer | | |
| 811. Broker Fee from HF to Broker  to Kensington Financial Services, LLC  $3,695.85 POC by Lender | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest From  04/04/2007 to 04/01/2007  @$  /day  Days | | -198.80 | |
| 902. Mortgage Insurance Premium for  to | | | |
| 903. Hazard Insurance Premium for  to | | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Hazard Insurance | 9 mo. @ $  56.00 /mo  LR | 504.00 | |
| 1002. Mortgage Insurance | mo. @ $  /mo | | |
| 1003. City Property Tax | mo. @ $  /mo | | |
| 1004. County Property Tax | 2 mo. @ $  499.09 /mo  LR | 998.18 | |
| 1005. Annual Assessments | mo. @ $  /mo | | |
| 1009. Aggregate Analysis Adjustment  to Homecomings Financial Network, LLC      LR | | -611.09 | 0.00 |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee  to Crescent Lake Settlement Services LLC | | 375.00 | |
| 1102. Abstract or title search | | | |
| 1103. Title examination | | | |
| 1104. Title insurance binder | | | |
| 1105. Document Preparation | | | |
| 1106. Notary Fees | | | |
| 1107. Attorney's fees | | | |
| (Includes above items No: | ) | | |
| 1108. Title Insurance  to Fidelity National Title Insurance Company | | 1,347.00 | |
| (Includes above items No: | ) | | |
| 1109. Lender's Policy  322,500.00  - 1,002.00 | | | |
| 1110. Owner's Policy | | | |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording Fees Deed $  ; Mortgage $ 225.00  ; Release $  75.00 | | 300.00 | |
| 1202. Realty Transfer Fee  Deed $  ; Mortgage $ | | | |
| 1203. Deed $  ; Mortgage $  ; Release $ | | | |
| 1204.  Deed $  ; Mortgage $ | | | |
| 1205. | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey | | | |
| 1302. Pest Inspection | | | |
| 1303. 2nd Quarter  to Wantage Township | | 1,497.27 | |
| 1400. TOTAL SETTLEMENT CHARGES  (enter on lines 103, Section J and 502, Section K) | | 8,148.44 | |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Perry Osterer

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

SETTLEMENT AGENT: _____   DATE: _____

Previous editions are obsolete

RESPA (Rev 2/95)

# Initial Escrow Account Disclosure Statement

**Date:** 03/30/2007          **Loan Number:** 047-332935-7          **Case Number:**

**Servicer's Name and Address:**
HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
LIMITED LIABILITY COMPANY
9 SYLVAN WAY, SUITE 100
PARSIPPANY, NJ 07054

**Toll Free Number:** ███████

**Borrowers:** PERRY GOERNER

**Property Address:**
12 WANTAGE SCHOOL ROAD
SUSSEX, NJ 07461

**Mailing Address:**
12 WANTAGE SCHOOL ROAD
SUSSEX, NJ 07461

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made from your account.

| Month (or Period) | Payments to Escrow Account | Payments from Escrow Account | Description | Escrow Account Balance |
|---|---|---|---|---|
| Initial Deposit: | | | | 891.09 |
| 05/01/2007 | 555.09 | 0.00 | | 1446.18 |
| 06/01/2007 | 555.09 | 0.00 | | 2001.27 |
| 07/01/2007 | 555.09 | 0.00 | | 2556.36 |
| 08/01/2007 | 555.09 | 1497.27 | CTY TAX(1497.27) | 1614.18 |
| 09/01/2007 | 555.09 | 672.00 | HAZ INS(672.00) | 1497.27 |
| 10/01/2007 | 555.09 | 0.00 | | 2052.36 |
| 11/01/2007 | 555.09 | 1497.27 | CTY TAX(1497.27) | 1110.18 |
| 12/01/2007 | 555.09 | 0.00 | | 1665.27 |
| 01/01/2008 | 555.09 | 0.00 | | 2220.36 |
| 02/01/2008 | 555.09 | 1497.27 | CTY TAX(1497.27) | 1278.18 |
| 03/01/2008 | 555.09 | 0.00 | | 1833.27 |
| 04/01/2008 | 555.09 | 0.00 | | 2388.36 |

**(PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR ACCOUNT AT THE END OF THE ESCROW ACCOUNTING COMPUTATION YEAR.)**

Cushion selected by servicer: $  1,110.18

[x] Your **monthly** mortgage payment for the coming year will be $ 2810.06 of which $ 2,254.97 will be for principal and interest and $ 555.09 will go into your escrow account.

[ ] Your first mortgage payment for the coming year will be $ of which $ will be for principal and interest and $ will go into your escrow account. The terms of your loan may result in changes to the monthly principal and interest payments during the year.

-503R (9602)          VMP MORTGAGE FORMS - (800)521-7291          2/95

MFCD6059 (08/2006) / 047-332935-7

**FEDERAL TRUTH IN LENDING DISCLOSURE STATEMENT**

| Borrower: | Creditor: |
|---|---|
| PERRY GOERNER<br>12 WANTAGE SCHOOL ROAD<br>SUSSEX, NJ 07461 | HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS<br>FINANCIAL NETWORK, INC.)<br>9 SYLVAN WAY, SUITE 100<br>PARSIPPANY, NJ 07054 |

Loan Number: 047-332935-7          Date: 03/30/2007

| ANNUAL PERCENTAGE RATE<br><br>The cost of your credit as a yearly rate | FINANCE CHARGE<br><br>The dollar amount the credit will cost you. | Amount Financed<br><br>The amount of credit provided to you or on your behalf. | Total of payments<br><br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.6811% | $494,922.92 | $316,861.92 | $811,784.84 |

Your payment schedule will be:

| No. of Pmts | Amt. of Pmts | Monthly Pmts Begin | No. of Pmts | Amt. of Pmts | Monthly Pmts Begin | No. of Pmts | Amt. of Pmts | Monthly Pmts Begin |
|---|---|---|---|---|---|---|---|---|
| 359 | 2254.97 | 05/01/2007 | | | | | | |
| 1 | 2250.61 | 04/01/2037 | | | | | | |

**INSURANCE:** The following insurance is required to obtain credit:   * Property
You may obtain the insurance from anyone that is acceptable to creditor.

**SECURITY:**  You are giving a security interest in real property you already own.
Property Address: 12 WANTAGE SCHOOL ROAD, SUSSEX, NJ  07461

**LATE CHARGE:**  If a payment is more than 15 days late, you will be charged 5 % of the
overdue payment of principal and interest.

**PREPAYMENT:**  If you pay off your loan early,   * You will not have to pay a penalty.
* You will not be entitled to a refund of part of the finance charge.

**ASSUMPTION:**  Someone buying your property cannot assume the remainder of your loan on the
original terms.

**See your contract documents for any additional information about nonpayment, default, any
required repayment in full before the scheduled date, and prepayment refunds and penalties.**

_____          _____
PERRY GOERNER                              DATE

### NOTICE OF RIGHT TO CANCEL

| | | |
|---|---|---|
| **LENDER:** HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.) | **DATE:** | 03/30/2007 |
| 9 SYLVAN WAY, SUITE 100 | **LOAN NO.:** | 047-332935-7 |
| PARSIPPANY, NJ 07054 | **TYPE:** | ADV 30YR NA |

**BORROWERS:** PERRY GOERNER

**ADDRESS:** 12 WANTAGE SCHOOL ROAD
**CITY/STATE/ZIP:** · SUSSEX, NJ 07461
**PROPERTY:**

You are entering into a transaction that will result in a mortgage on your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1) The date of the transaction, which is MARCH 30TH, 2007 ; or
(2) The date you received your Truth in Lending disclosures; or
(3) The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage on your home has been cancelled, and we must return to you any money or property you have given us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing at:

HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)
9 Sylvan Way, Suite 310
Parsippany, NJ 07054
FAX: (973) 829-1900

You may use any written statement that is signed and dated by you and states your intention to cancel and/or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of APRIL 3RD, 2007
(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____          _____
SIGNATURE                                                        DATE

---

The undersigned each acknowledge receipt of two copies of <u>NOTICE of RIGHT TO CANCEL</u> and one copy of the Federal Truth in Lending Disclosure Statement, all given by lender in compliance with Truth in Lending Simplification and Reform Act of 1980 (Public Law 96-221).

Each borrower in this transaction has the right to cancel. The exercise of this right by one borrower shall be effective to all borrowers.

PERRY GOERNER _____   Date _____   _____   Date _____

_____   Date _____   _____   Date _____

_____   Date _____   _____   Date _____

_____   Date _____   _____   Date _____

_____   Date _____   _____   Date _____

_____   Date _____   _____   Date _____

Date:          MARCH 30TH, 2007

Loan Number:    047-332935-7

Borrower:      PERRY GOERNER

Property Address:  12 WANTAGE SCHOOL ROAD
                   SUSSEX, NJ 07461

# TAX CERTIFICATE

**INSTRUCTIONS TO CLOSING AGENT OR ATTORNEY:**
**Please verify all information on this form and make any necessary corrections below.**  Obtain and pay any bills which are past due, currently due, or, if available, which will be due within the next 60 days following the date of loan closing.

Verify the appropriate sections for each type of tax that HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.)          will receive as a separate tax statement.

Enter the name and address of the taxing authority.  If a combination of taxes are on the same statement, please show which taxes are combined (e.g. City and School).

| NAME & ADDRESS OF TAXING AUTHORITY | LAST DUE DATE PAID | AMOUNT LAST PAID | NEXT DUE DATE (PAYABLE WITHOUT PENALTY) | AMOUNT NEXT DUE (ESTIMATE IF NECESSARY) |
|---|---|---|---|---|
| COUNTY | 05/02/2007 | 1,497.27 | 08/01/2007 | 1,497.27 |
| CITY | | | | |
| TOWN | | | | |
| SCHOOL | | | | |
| SPECIAL ASSESSMENT | | | | |
| OTHER | | | | |

Tax I.D. Number: APN #1:  BLOCK: 43 LOT: 7.18                County: SUSSEX
                 APN #2:
Legal Description:
   Legal description attached hereto and made a part hereof

I have reviewed the above information and have made any necessary corrections.

_____          _____
Closing Agent/Attorney                        Date

FROM:
MACK APPRAISAL SERVICE
39 WHITFIELD STREET
CALDWELL, NJ  07006

EX. 10

File No. 12 WANTAGE SCHOOL ROAD| Page #16

| INVOICE | DATE | REFERENCE |
|---|---|---|
| 12 WANTAGE S | MARCH 5, 200 | KENSINGTON FII |

TO:
KENSINGTON FINANCIAL SERVICES
56 CHESTNUT RIDGE ROAD, MONTVALE. NJ 07645

| DESCRIPTION | | | AMOUNT |
|---|---|---|---|
| GOERNER    12 WANTAGE SCHOOL ROAD    WANTAGE, NJ | | | 275.00 |
| RECEIVED APPRAISAL FEE | | | -275.00 |
| | | $ | |
| | | $ | |
| TOTAL | | $ | |

Mack Appraisal Service

File No. 12 WANTAGE SCHOOL ROAD| Page #1

KENSINGTON FINANCIAL

# Uniform Residential Appraisal Report

File # 12 WANTAGE SCHOOL R

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| Property Address 12 WANTAGE SCHOOL ROAD | City WANTAGE TOWNSHIP | State N.J. | Zip Code 07461 |
|---|---|---|---|

Borrower GOERNER    Owner of Public Record  GOERNER    County SUSSEX

Legal Description  BLOCK  43    LOT 7.16 ·    SMSA-5640

Assessor's Parcel #  2824-0043-0000-00007-0018

Neighborhood Name  N/A    Tax Year 2006    R.E. Taxes $  5,989.08

Occupant  ☒ Owner  ☐ Tenant  ☐ Vacant    Special Assessments $  N/A    Map Reference  DIGITAL    Census Tract 3711.00

Property Rights Appraised  ☒ Fee Simple  ☐ Leasehold  ☐ Other (describe)    ☐ PUD   HOA $ N/A    ☐ per year  ☐ per month

Assignment Type  ☐ Purchase Transaction  ☒ Refinance Transaction  ☐ Other (describe)

Lender/Client  KENSINGTON FINANCIAL SERVICES  Address  58 CHESTNUT RIDGE ROAD, MONTVALE, NJ 07645

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?   ☒ Yes  ☐ No

Report data sources(s) used, offering price(s), and date(s).   THE SUBJECT WAS LISTED FOR SALE ON JANUARY 30, 2006 FOR $449,900 AND WITHDRAWN ON JUNE 8, 2006. GARDEN STATE MLS# 2240571

I ☐ did  ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $    Date of Contract    Is the property seller the owner of public record?  ☐ Yes  ☐ No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?   ☐ Yes  ☒ No
If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Location | ☐ Urban | ☒ Suburban | ☐ Rural | Property Values | ☐ Increasing | ☒ Stable | ☐ Declining | One-Unit Housing | | Present Land Use % |
|---|---|---|---|---|---|---|---|---|---|---|
| Built-Up | ☐ Over 75% | ☒ 25-75% | ☐ Under 25% | Demand/Supply | ☐ Shortage | ☒ In Balance | ☐ Over Supply | PRICE $ (000) | AGE (yrs) | One-Unit  40 % |
| Growth | ☐ Rapid | ☒ Stable | ☐ Slow | Marketing Time | ☒ Under 3 mths | ☐ 3-6 mths | ☐ Over 6 mths | 200 Low | NEW | 2-4 Unit  % |
| Neighborhood Boundaries | ROSE MORROW ROAD TO THE NORTH, ROUTE 23 TO THE SOUTH & | | | | | | | 650+ High | 200+ | Multi-Family  % |
| WEST, ROUTE 284 TO THE EAST. | | | | | | | | 390 Pred. | 45 | Commercial  % |
| | | | | | | | | | | Other  60 % |

Neighborhood Description   THE SUBJECT IS LOCATED IN A NEIGHBORHOOD WITH MIXED STYLE DWELLINGS. ADEQUATE ACCESS TO SCHOOLS, LOCAL SHOPPING AND PUBLIC TRANSPORTATION. ENTRANCE TO ROUTE 23 IS WITHIN ONE MILE. FUTURE MARKETABILITY SHOULD REMAIN SATISFACTORY.

Market Conditions (including support for the above conclusions)   A REVIEW OF THE MARKET AREA INDICATES A STABLE RESALE MARKET. TYPICAL MARKETING TIME IS FROM ONE TO FOUR MONTHS.

| Dimensions IRREGULAR | Area 6.07 ACRES | Shape IRREGULAR | View AVERAGE |
|---|---|---|---|

Specific Zoning Classification R-1    Zoning Description  RESIDENTIAL

Zoning Compliance  ☒ Legal  ☐ Legal Nonconforming (Grandfathered Use)  ☐ No Zoning  ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?   ☒ Yes  ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☐ | ☒ WELL | Street MACADAM | ☒ | |
| Gas | ☐ | ☒ ELEC/PROPANE | Sanitary Sewer | ☐ | ☒ SEPTIC | Alley NONE | ☐ | ☐ |

FEMA Special Flood Hazard Area  ☐ Yes ☒ No  FEMA Flood Zone  C    FEMA Map #  3406520030A    FEMA Map Date 2/15/84

Are the utilities and off-site improvements typical for the market area?   ☒ Yes  ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?   ☐ Yes  ☒ No  If Yes, describe

| Units ☒ One ☐ One with Accessory Unit | Foundation ☒ Concrete Slab ☐ Crawl Space | Exterior Description  materials/condition | Interior  materials/condition |
|---|---|---|---|
| # of Stories  TWO | ☐ Full Basement  ☐ Partial Basement | Foundation Walls  CONCRETE/AVG | Floors  HDWD/TILE/VIN/AV |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area  N/A sq.ft. | Exterior Walls  WOOD/AVG | Walls  DRY WALL/AVG |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish  N/A % | Roof Surface  ASPHALT/AVG | Trim/Finish  WOOD/AVG |
| Design (Style)  CONTEMP | ☐ Outside Entry/Exit  ☐ Sump Pump | Gutters & Downspouts ALUM/AVG | Bath Floor  CERAM/TILE/AVG |
| Year Built  1983 | Evidence of ☐ Infestation | Window Type  COMBO/AVG | Bath Wainscot CERAM/TILE/AVG |
| Effective Age (Yrs)  10 | ☐ Dampness  ☐ Settlement | Storm Sash/Insulated  YES/AVG | Car Storage ☐ None |
| Attic ☒ None | Heating ☒ FWA ☐ HWBB ☐ Radiant | Screens  YES/AVG | ☒ Driveway  # of Cars MULTIPLE |
| ☐ Drop Stair ☐ Stairs | ☒ Other ELBB  Fuel ELECTRIC | Amenities ☒ Woodstove(s) # 1 | Driveway Surface  STONE/GRAVE |
| ☐ Floor ☐ Scuttle | Cooling ☐ Central Air Conditioning | ☐ Fireplace(s) #  ☐ Fence | ☒ Garage  # of Cars TWO |
| ☐ Finished ☐ Heated | ☐ Individual  ☐ Other | ☒ Patio/Deck PATIO  ☐ Porch | ☐ Carport  # of Cars |
| Appliances ☐ Refrigerator ☒ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe) | | ☐ Pool ☒ Other BALCONY | ☐ Att. ☐ Det. ☒ Built-in |

Finished area above grade contains:    8 Rooms    3 Bedrooms    1.5 Bath(s)    2,048 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).   WOOD STOVE, PATIO, BALCONY, POND ON PROPERTY, OUTBUILDINGS, THERMAL WINDOWS/DOORS, VAULTED CEILINGS

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   CONDITION OF IMPROVEMENTS RATED AVERAGE. NO NECESSARY REPAIRS NOTED.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property

File No. 12 WANTAGE SCHOOL ROAD| Page #2

## Uniform Residential Appraisal Report

KENSINGTON FINANCIAL
File # 12 WANTAGE SCHOOL RI

There are __N/A__ comparable properties currently offered for sale in the subject neighborhood ranging in price from $ __N/A__ to $ __N/A__
There are __N/A__ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ __N/A__ to $ __N/A__

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 12 WANTAGE SCHOOL ROAD WANTAGE TOWNSHIP, N.J. 074 | 72 SHERMAN RIDGE ROAD WANTAGE TOWNSHIP | | 109 SHERMAN RIDGE ROAD WANTAGE TOWNSHIP | | 11 PHILIP TERRACE WANTAGE TOWNSIP | |
| Proximity to Subject | | 2.04 miles | | 2.49 miles | | 2.28 miles | |
| Sale Price | $ | $ 444,900 | | $ 412,000 | | $ 440,000 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 174.47 sq.ft. | | $ 228.89 sq.ft. | | $ 191.30 sq.ft. | |
| Data Source(s) | | GARDEN STATE MLS | | GARDEN STATE MLS | | GARDEN STATE MLS | |
| Verification Source(s) | | MLS#2272857 | | MLS#2274926 | | MLS#2336857 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | CONV MTGE NONE KNOWN | | N/A NONE KNOWN | | CASH NONE KNOWN | |
| Date of Sale/Time | | 1/17/2007 | | 10/11/2006 | | 1/19/2007 | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 6.07 ACRES | 4.62 ACRES | | 6 ACRES | | 1.41 ACRES | +18,000 |
| View | POND VIEW | AVERAGE | +10,000 | AVERAGE | +10,000 | AVERAGE | +10,000 |
| Design (Style) | CONTEMP | COLONIAL | | SPLIT LEVEL | | CONTEMP | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 24 | 6 | -5,000 | 22 | | 22 | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 8 3 1.5 | 8 4 2.5 | -2,000 | 7 3 2.5 | -2,000 | 10 4 3 | -3,000 |
| Gross Living Area | 2,048 sq.ft. | 2,550 sq.ft. | -18,000 | 1,800 sq.ft. | +9,000 | 2,300 sq.ft. | -9,000 |
| Basement & Finished Rooms Below Grade | N/A NONE | FULL BSMNT UNFINISHED | -10,000 | PART BSMNT FINISHED | -5,000 -10,000 | NONE NONE | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | ELBB/NONE | HWBB/CAC | -4,000 | HWBB/NONE | | HWBB/NONE | |
| Energy Efficient Items | THERM/PANE | THERM/PANE | | THERM/PANE | | THERM/PANE | |
| Garage/Carport | TWO CAR | TWO CAR | | TWO CAR | | TWO CAR | |
| Porch/Patio/Deck | PATIO WOODSTOVE BALCONY | PORCH NONE NONE | -3,000 +1,000 +1,000 | PATIO/PORCH NONE I/G POOL | -4,000 +1,000 -8,000 | PORCH/DECK NONE NONE | -7,000 +1,000 +1,000 |
| Net Adjustment (Total) | | □+ ⊠- $ | 30,000 | □+ ⊠- $ | 9,000 | ⊠+ □- $ | 11,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 6.7% Gross Adj. 12.1% $ | 414,900 | Net Adj. 2.2% Gross Adj. 11.9% $ | 403,000 | Net Adj. 2.5% Gross Adj. 11.1% $ | 451,000 |

☒ I did ☐ I did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)    GARDEN STATE MLS/TAX RECORDS
My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)    GARDEN STATE MLS/TAX RECORDS
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | N/A | N/A | N/A | N/A |
| Price of Prior Sale/Transfer | N/A | N/A | N/A | N/A |
| Data Source(s) | N/A | N/A | N/A | N/A |
| Effective Date of Data Source(s) | N/A | N/A | N/A | N/A |

Analysis of prior sale or transfer history of the subject property and comparable sales    A REVIEW OF AVAILABLE TAX AND MLS RECORDS INDICATES NO
SALES OF THE SUBJECT IN THE PAST 36 MONTHS. A REVIEW OF AVAILABLE TAX AND MLS RECORDS INDICATES NO OTHER SALES
OF THE COMPARABLES.

Summary of Sales Comparison Approach    SITE AREA BASED ON $5,000 PER ACRE AND ROUNDED. NO ADJUSTMENT OVER 5 ACRES. GLA
BASED ON $35 PER SQUARE FOOT AND ROUNDED. COMPARABLE THREE PHOTO USED FROM APPRAISER'S FILES. EQUAL WEIGHT
GIVEN TO ALL SALES IN THE FINAL DETERMINATION OF MARKET VALUE.

Indicated Value by Sales Comparison Approach $  430,000
Indicated Value by: Sales Comparison Approach $  430,000    Cost Approach (if developed) $  462,806    Income Approach (if developed) $
SALES COMPARAISON APPROACH IS USED IN THE FINAL DETERMINATION OF MARKET VALUE. THIS METHOD BEST INDICATES
ACTIONS OF THE MARKET FOR THIS TYPE PROPERTY.

ADDITIONAL COMMENTS

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) SITE VALUE'S PERCENT OF TOTAL VALUE
FOR SIMILAR PROPERTIES IN THIS MARKET AREA ARE TYPICALLY OVER 30%.

ESTIMATED [ ] REPRODUCTION OR [X] REPLACEMENT COST NEW

| | | | |
|---|---|---|---|
| Source of cost data RS MEANS RESIDENTIAL COST DATA | OPINION OF SITE VALUE | =$ | 200,000 |
| Quality rating from cost service AVG   Effective date of cost data 2007 | DWELLING 2,048 Sq.Ft. @ $ 105.00 | =$ | 215,040 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | N/A Sq.Ft. @ $ | =$ | |
| NO EXTERNAL OR FUNCTIONAL DEPRECIATION ASSIGNED. SEE | PATIO/BALC/WD STVE/WELL/SEPTIC | =$ | 75,000 |
| SKETCH. | Garage/Carport 484 Sq.Ft. @ $ 35.00 | =$ | 16,940 |
| | Total Estimate of Cost-New | =$ | 306,980 |
| | Depreciation  Physical  Functional  External | | |
| | 51,174 | =$( | 51,174) |
| | Depreciated Cost of Improvements | =$ | 255,806 |
| | "As-Is" Value of Site Improvements | =$ | 7,000 |
| Estimated Remaining Economic Life (HUD and VA only) 50 Years | INDICATED VALUE BY COST APPROACH | =$ | 462,806 |

Estimated Monthly Market Rent $ N/A   X Gross Rent Multiplier N/A   = $   Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM) N/A

Is the developer/builder in control of the Homeowners' Association (HOA)? [ ] Yes [ ] No   Unit type(s) [ ] Detached [ ] Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases   Total number of units
Total number of units rented   Total number of units for sale   Total number of units sold
Was the project created by the conversion of existing building(s) into a PUD? [ ] Yes [ ] No   Date source(s)
Does the project contain any multi-dwelling units? [ ] Yes [ ] No  If Yes, date of conversion.
Are the units, common elements, and recreation facilities complete? [ ] Yes [ ] No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? [ ] Yes [ ] No  If Yes, describe the rental terms and options.
Describe common elements and recreational facilities.

Freddie Mac Form 70 March 2005

Page 3 of 6

Fannie Mae Form 1004 March 2005

## Uniform Residential Appraisal Report

KENSINGTON FINANCIAL
File # 12 WANTAGE SCHOOL R(

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  LAURA E. READE | Name  JOHN MACK |
| Company Name  MACK APPRAISAL SERVICE | Company Name  MACK APPRAISAL SERVICE |
| Company Address  39 WHITFIELD STREET | Company Address  39 WHITFIELD STREET |
| CALDWELL, NJ  07006 | CALDWELL, NJ  07006 |
| Telephone Number | Telephone Number |
| Email Address  mackappr@aol.com | Email Address  mackappr@aol.com |
| Date of Signature and Report  March 12, 2007 | Date of Signature  March 12, 2007 |
| Effective Date of Appraisal  MARCH 5, 2007 | State Certification # |
| State Certification # | or State License #  03205 |
| or State License #  04041 | State  NJ |
| or Other (describe)                  State # | Expiration Date of Certification or License  12/3 1/2007 |
| State  NJ | |
| Expiration Date of Certification or License  12/31/2007 | SUBJECT PROPERTY |
| | ☒ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 12 WANTAGE SCHOOL ROAD | Date of Inspection |
| WANTAGE TOWNSHIP, N.J. 07461 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $   430,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name | |

| | 12 WANTAGE SCHOOL ROAD WANTAGE TOWNSHIP, N.J. 074 | COMPARABLE SALE #4 13 LOWE ROAD WANTAGE TOWNSHIP | | COMPARABLE SALE #5 | | 12 WANTAGE SCHOOL RO COMPARABLE SALE #6 | |
|---|---|---|---|---|---|---|---|
| Proximity to Subject | | 1.68 miles | | | | | |
| Sale Price | $ | $ 569,000 | | $ | | $ | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 167.35 sq.ft. | | $ sq.ft. | | $ sq.ft. | |
| Data Source(s) | | GARDEN STATE MLS | | | | | |
| Verification Source(s) | | MLS#2330836 | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | N/A | | | | | |
| Date of Sale/Time | | NONE KNOWN | | | | | |
| Location | AVERAGE | 1/5/2007 | | | | | |
| Leasehold/Fee Simple | FEE SIMPLE | AVERAGE | | | | | |
| Site | 6.07 ACRES | FEE SIMPLE | | | | | |
| View | POND VIEW | 1.85 ACRES | | | | | |
| Design (Style) | CONTEMP | GOOD | +16,000 | | | | |
| Quality of Construction | AVERAGE | COLONIAL | | | | | |
| Actual Age | 24 | AVERAGE | | | | | |
| Condition | AVERAGE | 1 | | | | | |
| Above Grade | Total Bdrms. Baths | AVERAGE | -10,000 | | | | |
| Room Count | 8 3 1.5 | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Gross Living Area | 2,048 sq.ft. | 10 4 3 | | | | | |
| Basement & Finished | N/A | 3,400 sq.ft. | -3,000 | sq.ft. | | sq.ft. | |
| Rooms Below Grade | NONE | FULL BSMNT | -67,000 | | | | |
| Functional Utility | AVERAGE | UNFINISHED | -10,000 | | | | |
| Heating/Cooling | ELBB/NONE | AVERAGE | | | | | |
| Energy Efficient Items | THERM/PANE | FWA/CAC | -4,000 | | | | |
| Garage/Carport | TWO CAR | THERM/PANE | | | | | |
| Porch/Patio/Deck | PATIO | TWO CAR | | | | | |
| | WOODSTOVE | PORCH/DECK | -7,000 | | | | |
| | BALCONY | FIREPLACE | -3,000 | | | | |
| | | GAZEBO | -3,000 | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | 71,000 | ☐ + ☐ - $ | | ☐ + ☐ - $ | |
| Adjusted Sale Price of Comparables | | Net 12.5 % Gross 18.1 % $ | 498,000 | Net % Gross % $ | | Net % Gross % $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | N/A | | |
| Price of Prior Sale/Transfer | N/A | N/A | | |
| Data Source(s) | N/A | N/A | | |
| Effective Date of Data Source(s) | N/A | N/A | | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments



**Subject Front**

12 WANTAGE SCHOOL ROAD

2,048
8
3
1.5
AVERAGE
POND VIEW
6.07 ACRES
AVERAGE
24



**Subject Rear**



**Subject Street**

| Borrower/Client   GUERNER | | | | | |
|---|---|---|---|---|---|
| Property Address  12 WANTAGE SCHOOL ROAD | | | | | |
| City   WANTAGE TOWNSHIP | | County  SUSSEX | | State  N.J. | Zip Code  07461 |
| Lender   KENSINGTON FINANCIAL SERVICES | | | | | |



**Subject Garage**

12 WANTAGE SCHOOL ROAD

2,048
8
3
1.5
AVERAGE
POND VIEW
6.07 ACRES
AVERAGE
24



**Subject Pond**

| Lender KENSINGTON FINANCIAL SERVICES | State N.J. | Zip Code 07461 |



**Comparable 1**
72 SHERMAN RIDGE ROAD
2.04 miles
444,900
2,550
8
4
2.5
AVERAGE
AVERAGE
4.62 ACRES
AVERAGE
6



**Comparable 2**
109 SHERMAN RIDGE ROAD
2.49 miles
412,000
1,800
7
3
2.5
AVERAGE
AVERAGE
6 ACRES
AVERAGE
22



**Comparable 3**
11 PHILIP TERRACE
2.28 miles
440,000
2,300
10
4
3
AVERAGE
AVERAGE
1.41 ACRES
AVERAGE
22

| Borrower/Client | GOERNER | | | | |
|---|---|---|---|---|---|
| Property Address | 12 WANTAGE SCHOOL ROAD | | | | |
| City | WANTAGE TOWNSHIP | County | SUSSEX | State N.J. | Zip Code 07461 |
| Lender | KENSINGTON FINANCIAL SERVICES | | | | |



**Comparable 4**

13 LOWE ROAD

1.68 miles
569,000
3,400
10
4
3
AVERAGE
GOOD
1.85 ACRES
AVERAGE
1

**Comparable 5**

**Comparable 6**

| City WANTAGE TOWNSHIP | County SUSSEX | State N.J. | Zip Code 07461 |
|---|---|---|---|
| Lender KENSINGTON FINANCIAL SERVICES | | | |



Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1120.0 | 1120.0 |
| GLA2 | Second Floor | 928.0 | 928.0 |
| GAR | Garage | 484.0 | 484.0 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 8.0 x 39.0 | | 312.0 |
| 17.0 x 22.0 | | 374.0 |
| 14.0 x 31.0 | | 434.0 |
| Second Floor | | |
| 5.0 x 8.0 | | 40.0 |
| 12.0 x 16.0 | | 192.0 |
| 3.0 x 12.0 | | 36.0 |
| 15.0 x 44.0 | | 660.0 |