**FINANCIAL ANALYSIS FORM (Continued)**    Account Number   7473329357

## INCOME/EXPENSES FOR HOUSEHOLD

| 1 – Monthly Household Income | Borrower 1 | Borrower 2 | 2 – Household Assets | | 3 – Monthly Household Expenses/Debt | |
|---|---|---|---|---|---|---|
| Gross Salary/Wages | ☐ Employed<br>☐ Unemployed<br><br>Income Frequency:<br>☐ Annually<br>☐ Semi-Annually<br>☐ Monthly<br>☐ Bi-weekly<br>☐ 1st & 15th/15th & 30th<br>☐ Per Job<br>Employment Start Date: _____<br>$ | ☐ Employed<br>☐ Unemployed<br><br>Income Frequency:<br>☐ Annually<br>☐ Semi-Annually<br>☐ Monthly<br>☐ Bi-weekly<br>☐ 1st & 15th/15th & 30th<br>☐ Per Job<br>Employment Start Date: _____<br>$ | Estimated Value of this property | $ 60,000 | First Mortgage Payment | $ 2875 |
| | | | Estimated Value of Other Real Estate Owned | $ 0 | Alimony Payment | $ |
| | | | Checking Account(s) Balance | $ 43,000 | Child Support Payment | $ |
| | | | Saving Account(s)/Money Market Balance | $ 0 | Dependent Care Payment | $ |
| | | | Life Insurance Cash Value | $ 5,000 | Liens/Rents | $ |
| Gross salary/wages = total monthly income before any tax withholding or employer deductions. | | | IRA/Keogh Account(s) Balance | $ 0 | Other Mortgages | $ |
| | | | 401K/ESOP Account(s) Balance | $ 0 | Personal Loans/Student Loans | $ |
| | | | Stocks/Bonds/CDs Balance | $ 0 | Auto Loans | $ |
| Self employed | $ | $ | Other Investments | $ 0 | Auto Expenses | $ 100 |
| Overtime | $ | $ | | | Auto Insurance | $ 200 |
| Child Support Income/Alimony Income* | $ | $ | | | Medical Expenses | $ |
| Social Security/SSDI | $ 852 | $ | | | Medical Insurance | $ |
| Other monthly income from pensions, annuities or retirement plans | $ | $ | | | HOA/Condo Fees | $ |
| Tips, commissions, and/or bonus income | $ | $ | | | Credit Card(s) / Installment Loans | $ |
| Rental income from investment property | $ | $ | | | Food/Household Supplies | $ 200 |
| Rental income from room rent of primary residence | $ | $ | | | Spending Money | $ 150 |
| Unemployment Income | | | | | Utilities/Water/Sewer/Phone(s)/Cable | $ 200 |
| Food Stamps/Welfare | | | | | Donations | $ |
| Other (investment, income, royalties, interest, dividends, etc.) | $ | $ | | | Property Taxes (If not escrowed and included in your current mortgage payment) | $ |
| | | | | | Insurance – Hazard, wind, flood etc (If not escrowed and included in your current mortgage payment) | $ |
| | | | | | Other _____ | $ |
| Total Income (Gross) | $ 852 | $ | Total Assets | $ 108,000? | Total Debt/Expenses | $ 3729 |

**\* \* \* \* ALL INCOME MUST BE DOCUMENTED \* \* \* \* \***
Include combined expenses from the borrower and co-borrower (if any).
If you include income and expenses from a household member who is not a borrower, please specify using a separate page if necessary.
*You are not required to disclose Child Support, Alimony or Separation Maintenance income, unless you choose to have it considered by your servicer.
If additional space is needed, please include an additional page.

## HARDSHIP AFFIDAVIT

**I am having difficulty making my monthly payment because of financial difficulties created by (Please check all that apply):**

| | | | |
|---|---|---|---|
| ☐ Borrower Death | ☐ Reduction of Income | ☐ Military Service | ☐ Payment Adjustment |
| ☐ Illness of Borrower | ☐ Excessive Financial Obligations (Examples may be large medical bills, credit card debt, or college tuition payments) | ☐ Unemployment | ☐ Ownership Transfer is Pending (If the home is in the process of being sold) |
| ☐ Illness of Family Member | ☑ Property Problem (Anything that may be defective about the property such as a costly repair that needs to be made) | ☐ Business Failure (Examples would be loss of business income) | ☐ Tenant not Paying |
| ☐ Death of Family Member | ☑ Inability to Sell Property | ☐ Bankruptcy Filed | ☐ Incarceration (Sentenced to a city, county, state, or federal jail) |
| ☐ Marital Difficulties (Examples include going through a legal separation or filing for divorce) | ☐ Inability to Rent Property | ☐ Casualty Loss (Unexpected event such as hurricane, flood, or earthquake that damages the property) | |

☐ Other
**Explanation (Required):** ___SEE ATTACHED COVER, HARDSHIP,___
___SELLERS DISCLOSURE, PROPOSAL LETTERS___
If additional space is needed for Explanation, please include an additional page.

**FINANCIAL ANALYSIS FORM**   Account Number 7473329357

| BORROWER | CO-BORROWER |
|---|---|

**Borrower's Name** *TERRY GOERNER*    **Co-Borrower's Name**

**Social Security Number** _____ **Date of Birth** _____   **Social Security Number** _____ **Date of Birth** _____

**Home Phone Number With Area Code** _____   **Home Phone Number With Area Code** _____

**Cell or Work Number With Area Code** *None*   **Cell or Work Number With Area Code** _____

**Email Address** _____   **Email Address** _____

**Mailing Address** *12 WANTAGE SCHOOL RD, SUSSEX, NJ 07461*

**Property Address (If Same As Mailing Address, Write Same)** *SAME*

**I want to:** ☑ Keep the Property  ☐ Sell the Property    **The property is my:** ☑ Primary Residence ☐ Second Home ☐ Investment

**The property is:** ☑ Owner Occupied  ☐ Renter occupied  ☐ Vacant   If Owner Occupied, include a recent utility bill in your name at the property address.
If Renter Occupied, include a copy of the current lease agreement.

**Is the property listed for sale?** ☐ Yes ☑ No   **Have you contacted a credit-counseling agency for help?** ☐ Yes ☑ No
For Sale by Owner? ☐ Yes ☐ No   If yes, please complete counselor contact information below.
Agent's Name: _____   Counselor's Name: _____
Agent's Phone Number: _____   Counselor's Phone Number: _____
Have you received an offer on the property? ☐ Yes ☐ No   Counselor's Email: _____
Date of offer _____ Amount of Offer $ _____

**Who pays the Real Estate Tax bill on your property?** *GMAC*   **Who pays the hazard insurance policy for your property?** _____
Are the taxes current? ☐ Yes ☐ No ?   Is the policy current? ☑ Yes ☐ No
Condominium or HOA Fee ☐ Yes $ _____ ☐ No
Paid to: _____

**Number of People in the Household** *1*

Have you filed for bankruptcy? ☐ Yes ☑ No   If yes: ☐ Chapter 7 ☐ Chapter 13   Filing Date: _____
Has your bankruptcy been discharged? ☐ Yes ☐ No   Bankruptcy Case Number _____

If there are additional Liens/Mortgages or Judgments on this property, please name the person(s), company or firm and their telephone numbers.
Lien Holder's Name/Servicer   Balance   Contact Number   Loan Number

*None*

| INFORMATION FOR GOVERNMENT MONITORING PURPOSES |
|---|

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing.. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. If you do not wish to furnish the information, please check the box below.

| BORROWER | | CO-BORROWER | |
|---|---|---|---|
| | ☐ I do not wish to furnish this information | | ☐ I do not wish to furnish this information |
| **Ethnicity:** | ☐ Hispanic or Latino  ☑ Not Hispanic or Latino | **Ethnicity:** | ☐ Hispanic or Latino  ☐ Not Hispanic or Latino |
| **Race:** | ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☑ White | **Race:** | ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☐ White |
| **Sex:** | ☐ Female  ☑ Male | **Sex:** | ☐ Female  ☐ Male |

**This form may be used if you are self-employed or a 1099 wage earner only.**

| BORROWER'S NAME | | | | Account Number | 7473329357 | |
|---|---|---|---|---|---|---|

For each borrower who is self employed a Profit and Loss Statement is required for each business. If borrower has more than one business, we require a Profit and Loss Form for each business. The example document may be used to supply the required information.

| Month and Year must be indicated. Use most recent consecutive months. | Month 1 | | Month 2 | | Month 3 | |
|---|---|---|---|---|---|---|
| | Month | Year | Month | Year | Month | Year |
| Sales | $ | | $ | | $ | |
| Cost of Goods Sold | $ | | $ | | $ | |
| Gross Profit | $ | | $ | | $ | |
| Operating Expenses | | | | | | |
| Advertising | $ | | $ | | $ | |
| Amortization | $ | | $ | | $ | |
| Auto Expenses | $ | | $ | | $ | |
| Bank Charges | $ | | $ | | $ | |
| Depreciation | $ | | $ | | $ | |
| Dues & Subscriptions | $ | | $ | | $ | |
| Employee Benefits | $ | | $ | | $ | |
| Insurance | $ | | $ | | $ | |
| Interest | $ | | $ | | $ | |
| Office Expenses | $ | | $ | | $ | |
| Payroll Taxes | $ | | $ | | $ | |
| Rent | $ | | $ | | $ | |
| Repairs & Maintenance | $ | | $ | | $ | |
| Salaries & Wages | $ | | $ | | $ | |
| Supplies | $ | | $ | | $ | |
| Taxes & Licenses | $ | | $ | | $ | |
| Telephone | $ | | $ | | $ | |
| Utilities | $ | | $ | | $ | |
| Other | $ | | $ | | $ | |
| Total Operating Expenses | $ | | $ | | $ | |
| Net Profit Before Taxes | $ | | $ | | $ | |
| Income Taxes | $ | | $ | | $ | |
| Net Profit After Taxes | $ | | $ | | $ | |

| BORROWER'S NAME | | | | Account Number | 7473329357 | | |
|---|---|---|---|---|---|---|---|

For each borrower who receives rental income from an investment property an Investment Property Schedule is required. If additional space is needed, please include an additional page.

| Property Number | Property Street Address | Property City, State, and Zip Code | Number of Units (1, 2, 3, 4, or 5+) | Status Circle All That Apply  R – Rented  V Vacant  PS – Pending Sale  F – In Foreclosure | Gross Monthly Rental Income | Monthly Mortgage Payment (excluding taxes and insurance) | Monthly Insurance and Taxes | Monthly HOA/Condo Dues (if applicable) |
|---|---|---|---|---|---|---|---|---|
| Primary Residence | | | | R   V   PS   F | $ | $ | $ | $ |
| 2 | | | | R   V   PS   F | $ | $ | $ | $ |
| 3 | | | | R   V   PS   F | $ | $ | $ | $ |
| 4 | | | | R   V   PS   F | $ | $ | $ | $ |
| 5 | | | | R   V   PS   F | $ | $ | $ | $ |
| 6 | | | | R   V   PS   F | $ | $ | $ | $ |
| 7 | | | | R   V   PS   F | $ | $ | $ | $ |
| 8 | | | | R   V   PS   F | $ | $ | $ | $ |
| 9 | | | | R   V   PS   F | $ | $ | $ | $ |
| 10 | | | | R   V   PS   F | $ | $ | $ | $ |
| Totals | | | | | $ | $ | $ | $ |

| Form **4506T-EZ** | **Short Form Request for Individual Tax Return Transcript** | OMB No. 1545-2154 |
|---|---|---|
| (October 2009) | Request may not be processed if the form is incomplete or illegible. | |
| Department of the Treasury Internal Revenue Service | | |

Tip: Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge.

| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number on tax return |
|---|---|
| PERRY GOERNER | |

| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number if joint tax return |
|---|---|
| | |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4 Previous address shown on the last return filed if different from line 3

5 If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

| Third party name | Telephone number |
|---|---|
| GMAC Mortgage, LLC | 1-800-766-4622 |

Address (including apt., room, or suite no.), city, state, and ZIP code

233 Gibralter Road Suite 600 Horsham PA 19044

6 Year(s) requested. Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

2009        2008

Caution. If the transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in line 6. Completing these steps helps to protect your privacy.

Note. If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS may notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a. If the request applies to a joint return, either husband or wife must sign.

Note. This form must be received within 60 days of signature date.

| | | Telephone number of taxpayer on line 1a or 2a |
|---|---|---|
| **Sign Here** | Signature (see instructions)          Date 11/20/10 | |
| | Spouse's signature                   Date | |

| For Privacy Act and Paperwork Reduction Act Notice, see page 2. | Cat. No. 54185S | Form **4506T-EZ** (10-2009) |
|---|---|---|

# ACKNOWLEDGEMENTS AND AGREEMENT

Account Number    7473329357

**In making this request for consideration to review my loan terms I/We certify under penalty of perjury:**

1. That all of the information in this document is truthful and the event(s) identified is/are the reason that I/we need to request a modification of the terms of my/our mortgage loan, short sale or deed-in-lieu of foreclosure.

2. I/we understand that the Servicer, the U.S. Department of the Treasury, or its agents may investigate the accuracy of my/our statements and/or may require me/us to provide supporting documentation. I/we also understand that knowingly submitting false information may violate Federal law.

3. I/we understand the Servicer will pull a current credit report on all borrowers obligated on the Note.

4. I/we understand that if I/we have intentionally defaulted on my/our existing mortgage, engaged in fraud or misrepresented any fact(s) in connection with this document, the Servicer may cancel any Agreement under Making Home Affordable and may pursue foreclosure on my/our home.

5. I/we understand any fee to validate the value of the property will be assessed to the account.

6. I/we have not received a condemnation notice; and there has been no change in the ownership of the Property since I/we signed the documents for the mortgage that I/we want to modify.

7. I/we certify that I/we will obtain credit counseling if it is determined that my/our financial hardship is related to excessive debt. For purposes of the Making Home Affordable program, "excessive debt" means that my/our debt-to-income ration after the modification would be greater than or equal to 55%.

8. I/we am willing to provide all requested documents and to respond to all Servicer questions in a timely manner.

9. I/we understand that the Servicer will use the information in this document to evaluate my/our eligibility for a loan modification or short sale or deed-in-lieu of foreclosure, but the Servicer is not obligated to offer me/us assistance based solely on the statements in this document.

10. I/we agree that any prior waiver as to payment of escrow items in connection with my/our loan has been revoked.

11. I/we agree to the establishment of an escrow account and the payment of escrow items if an escrow account never existed on the loan.

12. I/we understand that the Servicer will collect and record personal information, including, but not limited to, my/our name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about account balances and activity. I/we understand and consent to the disclosure of my/our personal information and the terms of any Making Home Affordable Agreement by Servicer to (a) the U.S. Department of the Treasury, (b) Fannie Mae and Freddie Mac in connection with their responsibilities under the Homeowner Affordability and Stability Plan; (c) any investor, insurer, guarantor or servicer that owns, insures, guarantees or services my/our first lien or subordinate lien (if applicable) mortgage loan(s); (d) companies that perform support services in conjunction with Making Home Affordable; and (e) any HUD certified housing counselor.

13. I/we agree that to be considered for the Making Home Affordable program all required documentation must be received no later than 7 business days prior to the scheduled foreclosure sale date. If the property is in the state of Florida, a complete package must be received 30 business days prior to the scheduled foreclosure sale date.

14. I/we understand the Servicer will not refer the account to foreclosure or conduct the foreclosure sale if already referred, while it is being reviewed for the Making Home Affordable program unless required by your investor. The review will not begin until all required documentation is received.

15. ☑ My/Our property is owner occupied; I/we intend to reside in this property for the next twelve months.
    ☐ My/Our property is not owner occupied.

| | | |
|---|---|---|
| ___Gerry Crum___ | __11/20/10__ | |
| Borrower Signature | Date | Co-Borrower Signature    Date |

 **Please be aware we will not be able to process your request until all parts of the application have been completed and all supporting documentation has been supplied.**

If you have questions about this document or the modification process, please call us at the phone number listed on your monthly account statement. If you need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.


888-995-HOPE™
Homeowner's HOPE Hotline

## NOTICE TO BORROWERS



Be advised that you are signing the following documents under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy in your home, hardship circumstances, and/or income will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution.

By signing the enclosed documents you certify, represent and agree that:
"Under penalty of perjury, all documents and information I have provided to Lender in connection with this Agreement, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.

| To: Loss Mitigation | Account Number(s)  7473329357 |
| From: | or mail to:    **Loss Mitigation** |
| Fax to: **1-866-709-4744** | **233 Gibraltar Road Suite 600** |
| | **Horsham PA 19044** |

**ALL of the following information must be completed and returned to determine eligibility:**

☐   **Financial Analysis Form/Information for Government Monitoring Purposes**

☐   **A signed and dated copy of the Acknowledgement/Agreement**

☐   **A signed and dated copy of IRS Form 4506T-EZ (Request for Transcript of Tax Return).  Borrowers who filed their tax returns jointly may send in one IRS Form 4506T-EZ signed and dated by both the joint filers.  This form is required even if you have not filed or are not required to file tax returns.**

☐   **Documentation confirming occupancy – a recent utility bill in your name at the property address.**

☐   **Documentation verifying expenses for Homeowners or Condominium Association Dues for condominiums and Co Ops. (if applicable)**

☐   **Documentation to verify all of the income of each borrower.  Please see the chart below for the type of documentation required for each type of income.**

| TYPE OF INCOME | DOCUMENTATION REQUIRED |
|---|---|
| Paid by an employer or short term disability | ☐  Copy of two most recent pay stubs from your employer including year to date information.  Pay stubs cannot be more than 90 days old. |
| Self employed or receive a 1099 form | ☐  Copy of most recent quarterly or year-to-date Profit and Loss statement<br>See **Exhibit A for a sample of a 3 Month Self Employment Income Statement (Profit and Loss Form)** |
| Child support or alimony* | ☐  Copy of divorce decree, separation agreement, or other legal written agreement filed with the court that shows the amount of the award and period of time over which it will be received<br>**AND**<br>☐  Copies of two most recent bank statements verifying deposit amounts or other documentation (i.e. 2 copies of checks) showing receipt of child support or alimony.  Bank statements cannot be over 90 days old. |
| Social Security, disability, death benefits, or pension | ☐  Copy of benefits statement or letter from the provider that states the amount and frequency of the benefit.<br>**AND**<br>☐  Copies of two most recent bank statements verifying deposit amounts or other documentation (i.e. 2 copies of checks) showing receipt of benefit income.  Bank statements cannot be over 90 days old. |
| Other earned income (i.e. bonus, commission, housing allowance, and/or tips) | ☐  Copy of third party documentation describing the nature of the income (i.e. an employment contract and/or printouts documenting tips) and indicating the income is not a one time payout. |
| Rental income from an investment property | ☐  Copy of the most recent federal tax return with all schedules, including Schedule E-Supplemental Income and Loss.<br>**AND**<br>☐  Current lease agreement for the subject property.<br>**AND**<br>☐  Copies of two most recent bank statements verifying deposit amounts or other documentation (i.e. 2 copies of checks) showing receipt of income.  Bank statements cannot be over 90 days old.<br>See **Exhibit B for a sample of an Investment Property Schedule.** |
| Rental income from room rental of the primary residence | ☐  Copy of current lease agreement.<br>**AND**<br>☐  Copies of two most recent bank statements verifying deposit amounts or other documentation (i.e. 2 copies of checks) showing receipt of income.  Bank statements cannot be over 90 days old. |
| Unemployment | ☐  Copy of a benefits statement or letter from the provider that states the amount, frequency, and duration of the benefit.  Benefit must continue for at least 9 months to be considered.<br>**AND**<br>☐  Copies of two most recent bank statements verifying deposit amounts or other documentation (i.e. 2 copies of checks) showing receipt of income.  Bank statements cannot be over 90 days old. |
| Other income (investment, interest, dividends, etc.) | ☐  Copies of two most recent bank statements verifying deposit amounts or other documentation (i.e. 2 copies of checks) showing receipt of income.  Bank statements cannot be over 90 days old. |
| Income not specified above | ☐  Signed letter from the person(s) that contributes the income showing the amount and frequency of the income.<br>**AND**<br>☐  Copies of two most recent bank statements verifying deposit amounts or other documentation (i.e. 2 copies of checks) showing receipt of income.  Bank statements cannot be over 90 days old. |

*You are not required to disclose Child Support, Alimony, or Separation Maintenance income, unless you choose to have it considered.

**If you want to sell this property, please also include:**

☐  Copy of the listing agreement
☐  Copy of the sales contract, if available
☐  Copy of the estimated Settlement Statement (HUD1), if available
☐  Signed Third Party Authorization Form



**Please be aware we will not be able to process your request until all parts of the application have been completed and all supporting documentation has been supplied.**

**GMAC Mortgage**

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

11/26/10

PERRY GOERNER

12 WANTAGE SCHOOL ROAD

SUSSEX        NJ 07461

RE:     Account Number      7473329357
        Property Address     12 WANTAGE SCHOOL ROAD

                             SUSSEX        NJ 07461

Dear    PERRY GOERNER

Thank you for your inquiry regarding your account.  We are currently processing your request
and will respond in writing within 20 business days.

We apologize for any inconvenience this may cause.  If you have any further questions, please
contact Customer Care at 800-766-4622.

Customer Care
Loan Servicing

2:21

GMAC Mortgage
3451 Hammond Ave
PO Box 780
Waterloo, IA 50704-0780

**GMAC Mortgage**

November 8, 2010

PERRY GOERNER
12 WANTAGE SCHOOL ROAD
SUSSEX, NJ 07461

RE:   Account Number 7473329357
Property Address 12 WANTAGE SCHOOL ROAD
          SUSSEX, NJ 07461

Dear PERRY GOERNER:

Thank you for contacting our offices to discuss your loan. In our current economy we understand and sympathize with families like yours where you are experiencing unfortunate financial difficulties. It is our commitment to you that we will work with you towards identifying possible options, which may provide a solution to your situation.

Enclosed are our Financial Analysis Forms. These documents are designed to help us determine the best possible solution to meet your specific needs. Please complete and return these forms and the requested documentation to our office by 11/28/2010*. Please be aware we will not be able to process your request until all parts of the application have been completed and all supporting documentation has been received.

You may qualify for programs such as:

| Possible Options | Description |
|---|---|
| Alternative Payment Arrangements. | Alternative payment arrangements may be available to help you through a short-term financial hardship. These options allow you to make an agreed upon payment that over time brings your account to a current status. The plans are based on your financial information provided and may require a deposit (down payment) toward the amount past due. |
| Loan Modification. | This option is used when there is a reduction in income or an unexpected increase in expenses. Modifications typically add the past due payments or fees, if applicable, on to the balance of your loan (capitalized) and the loan is re-amortized over the remaining term of the loan. The interest rate and remaining term may also be adjusted in order to make your payments more affordable. Note: not all accounts can be modified and a deposit may be required. |
| Sale of your home | If your income no longer supports the costs of your home, you may wish to explore the option of selling it. We may be able to work with you to accommodate this even if you owe more than your home is worth. Most times this is a solution when long term problems exists making payment difficult. Rather than pursuing foreclosure, an investor may agree to accept less than the full amount owed to pay the loan off. You must first list the property for sale at the current fair market value and forward any purchase offers to us for consideration. Please Note: acceptance of any offer is subject to investor approval. You may wish to notify your listing agent/realtor, the maximum commission allowed to the listing agent is 5% for sales involving two brokers/agents or 3% for a single broker/realtor commission. Please consult your tax professional for possible tax implications. |
| Deed In Lieu of Foreclosure (DIL) | If all available options have failed and you are unable to sell your home, you may be allowed to sign title to the property over to us. You must have clear title to the home with the exception of the primary mortgage (first lien). |

At times like these we feel it is important for you to seek financial advice from a trusted source experienced with situations like yours. We therefore, would recommend you call **1.800.CALL.FHA** to find a HUD-certified housing counseling agency to discuss your needs. If possible, we appreciate you continuing to make your monthly payment until you are notified of possible options. For many customers, a home is their biggest and most important investment. To help solidify your financial ability to protect this investment, we ask you to review other monthly expenses to determine if any costs can be reduced or eliminated. Reducing costs related to non-necessities can free additional funds, and may increase the available options for assistance.

Upon receipt of all the requested documentation we will evaluate your qualifications for assistance. You will be notified within 30 business days if there are any questions regarding this information. If you have any questions completing these financial analysis forms please contact our office at 1-800-766-4622, Monday-Friday from 8:00AM-5:00PM, Central Time.

Customer Care
Loan Servicing

* Documentation must be received no later than 7 business days prior to the scheduled foreclosure sale date. If your property is in the state of **Florida**, a complete package must be received **30 business days prior** to the scheduled foreclosure sale date.

Enclosures
M001

v10 PRJ205518
241538-00422

# HARDSHIP LETTER

I am a Permanently Mentally and Physically Disabled Senior, I collect Social Security Disability in the amount of $852.00 Monthly, starting on 04/27/2006.

There has been no change in my income since the mortgage was procured , the first payment was on 5/1/07, I could not afford it then and not now.

In August we had a drought and I found the septic to be leeching/flowing into a pond that was built in front of my house, most if not all of the fish died and the pond had a green thick layer that smelled like septic until now, we have had rain and I try not to use the bathroom as it has backed up quite a few times, into the dishwasher and sink.
I had an excavator come out and give me an estimate for repair, I cannot afford the repairs.

I have asked for a modification and sent in documents in March Of 2009, got a confirmation # and no response, sent in more documents, had called at least 6 times , I have all the dates etc.. for litigation if need be, I have never been contacted by this mortgage company on any matter, not by phone or mail until I had called about this foreclosure, you never called me for late payments.

I stopped paying my mortgage 9/1/2010.

I was in an accident on 04/27/2006 where I was rear ended while on my motorcycle stopped behind a van , being ejected and striking the van's rear door with my head, I have permanent memory disability and physical injuries to my neck, back, arm's, legs, hands, etc...

I do not work, I am almost completely homebound, I walk in circles all day long because of my concentration/memory loss, I have to stay in the kitchen so I don't leave and forget what is on the stove, I have burnt many things because of this, I don't remember unless I smell something burning. I do some leathercraft to keep me busy suggested by my doctor.

I have constant ringing in my ears, and am dizzy continually, sleep a lot, I forget where I am going even to the store, I have to stop and try to remember, this is my life.

I cannot bend over because of my back and neck injuries, and do not clean very well, when I do I end up in bed for days, my back is severely damaged as my neck is too, I've had 2 back operations, and need another.


The truth of the matter is, this seems to be a fraudulent loan, I never lied on any documents:
1.  I was solicited for this loan by the Mortgage Originator
2.  Since 4/27/2006 I was on a fixed income of $852.00 a month, and Mortgagor knew of my inability to work, I had not worked  for almost a year when I obtained the mortgage in 2007
3.  I was given a Mortgage on my house for $2,879.00 monthly for 30 yrs with $852. Income
4.  I was not mentally capable of signing these documents, and was on medication at the signing.

## SELLERS DISCLOSURE STATEMENT

### THE FOLLOWING ITEMS ARE IN NEED OF REPLACEMENT OR REPAIR

1. Roof is 28 years old and is a 20 years roof it is leaking around the chimney, front door, foyer and garage, kitchen, needs replacement.

2. Numerous plumbing items, Water Tank looses pressure, Water Heaterhas only 1 element, 1 burnt out, Water Softener hasn't worked in 10 yrs., 3 tank, system, faucets leak, sinks cracked + leaking, toilets1 doesn't flush the other is leaking/ cracked, needs replacement.

3. Front porch was built without permits, it has water + termite damage, see photo's, needs removal and repair.

4. Pool has not functioned in years, needs removal.

5. Wood stove needs complete repair, chimney flue is cracked and pieces are missing and needs a liner and chimney top is disintegrated needs replacement and repair.

6. Upstairs floor in the hallways and bedrooms need ½ plywood or osb put down, when I built the house I only put down ½" plywood it is not to code, all carpet wood have to be removed before placement of flooring.

7. All carpet and linoleum flooring are 28 yrs. Old and need replacement, they are worn out.

8. House hasn't been painted in 16 years, and has water and mold damage, needs sheetrock in water damage and painting.

9. House is on a slab / no basement and is not level, It was the only time I leveled concrete.

10. Side deck needs railing and repair.

11. Front deck is 28 yrs old and needs replacement ( rotten)

12. Needs fire rated steel door in garage entrance into house, it has aglass panel door.

13. Septic was built on ledgerock and it needs Engineering and replacement it is leeching into the pond., it also needs D.E.P. approval for a Certificate of Occupancy.

14. Electrical, items which need repair, missing, not working: 3 high hats, 3 exterior lights, 1 exterior plug, 5 interior plugs, 6 interior switches, 4 thermostats and 4 electric heaters ( electric heat) label panel box, I never did , need it for a C/O

15. All appliances are 28 yrs. Old, are working but do need replacement.

COVER LETTER

Enclosed you will find the following listed documents, if you find any that are missing contact me immediately for a copy of the missing or unreadable document. All Documents may be used in Litigation

1. 6 pages of the Financial Analysis form. The Third party authorization form is not included.

2. 36 pages of photo's of the mortgaged property showing the condition as of this date, there are notation's on each depicting condition.

3. Copy of my Original Receipt for priority mail delivery conformation of the First Modification package sent on 03/17/2009

4. Copy of my 2009 IRS 1040 tax return

5. Copies of my Social Security NOTICE OF AWARD showing when the Disability Benefits Began on 04/27/2006. A copy of the Benefit amount of how often and when I receive payment of $852. Monthly, and a copy of my Social Security 2009 Statement.

6. Copy of my Electric bill for 10/13/2010

7. Copies of my 2 most recent bank statements.

8. Copy of the Original house plans that I drew myself and built, this is not a contractor house and I had not had the experience of building anything before, I took architecture in high school, it was my dream to build a house.

9. 2 copies of sealed surveys one showing the original septic design, in location to the house and property , and the other showing where the illegal pond was built in location to the house and the non-functioning leeching septic, there are no D.E.P. approvals for this and will be needed for a C/O.

10. 6 pages of Copies of Estimates for the repair of the property, Plumbing, Roof, Exterior and Interior, Septic, Paint, Sheetrock, Mold Repair, Carpet + Linoleum, Chimney and Liner.
There are many Electrical Items that have to be repaired and replaced before a C/O can be had.

11. Copies of 4 Comparable listings, 2 sold's and 2 active in my township.

12. 3 Pages of copies of one of the 10  Doctors that had reviewed examined and treated me for my disability one copy is a court document certification of my permanent mental/ neurological injury. There are Hundred's of pages of documents for litigation for my disability.

13. Hardship Letter 1 pg., Sellers disclosure 1 pg., Proposal 1 pg.

G∙MAC

LOAN MODIFICATION

AC C:NO: — 747 332 9 357

10/2/09 TOM: —

11/5/10 NORMAN: SAYS MY MODIFICATION
9:50 am    WAS APPROVED IN
             JUNE OF 2009

             FRIDAY: NOVEMBER 13, 2010   10:00 AM
APPROVED ON JUNE 4, 2009 —
             1-800-766-4622
           — COLLECTION DEPT —
TRANSFERRED to COLLECTIONS

     10:12 AM DIANE — COLLECTIONS
11/5/10  7.50 SAYS IT WAS APPROVED —
            ON JUNE 4, 2009 ALSO —
10/15/10 ASKED FOR COPIES OF MODIFICATION)
ON HOLD 10:05 —
     DIANE ID# 8932. —
        FINANCIAL PACKAGE —
     SENT TO ME —

Loan Modification

GMAC
1-800-766-4622
Acc No: 747 332 9357

Modification: 800-766-4622 -
option #2          FOR STA

10/2/09   Tom:
             -2008-

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE ®

Customer Copy
Label 11-B, March 2004

Post Office To Addressee

EG 683915283 US

**ORIGIN: (POSTAL SERVICE USE ONLY)**

PO ZIP Code

Date Accepted

Mo.    Day    Year

Time Accepted    ☐ AM    ☐ PM

Flat Rate ☐ or Weight    lbs.    ozs.

Day of Delivery    ☐ Next ☐ 2nd ☐ 2nd Del. Day

Scheduled Date of Delivery
Month    Day

Scheduled Time of Delivery    ☐ Noon ☐ 3 PM

Military    ☐ 2nd Day ☐ 3rd Day

Int'l Alpha Country Code

Postage    $
Return Receipt Fee    $
COD Fee    Insurance Fee    $
Total Postage & Fees    $
Acceptance Emp. Initials

**FROM: (PLEASE PRINT)**    PHONE: ( )

Perry Goerner
Sussex, NJ 07461

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt    Time    ☐ AM ☐ PM    Employee Signature
Mo.    Day

Delivery Attempt    Time    ☐ AM ☐ PM    Employee Signature
Mo.    Day

Delivery Date    Time    ☐ AM ☐ PM    Employee Signature
Mo.    Day

**CUSTOMER USE ONLY**
PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY    ☐ Weekend ☐ Holiday    Mailer Signature

**TO: (PLEASE PRINT)**    PHONE ( )

Loss Mitigation
233 Gibraltar Road
Horsham, PA 19044

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Loss Mitigation
233 Gibraltar Rd.
Horsham, PA 0746

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    Loss Mitigation
233 Gibraltar Road
Horsham, PA 19044    ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    EG683915283US

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**GMAC Mortgage**

3451 Hammond Ave
P.O. Box 780
Waterloo, IA 50704-0780

11/26/10

PERRY GOERNER

12 WANTAGE SCHOOL ROAD

SUSSEX          NJ 07461

RE:     Account Number       7473329357
        Property Address      12 WANTAGE SCHOOL ROAD

                              SUSSEX          NJ 07461

Dear    PERRY GOERNER

Thank you for your inquiry regarding your account.  We are currently processing your request and will respond in writing within 20 business days.

We apologize for any inconvenience this may cause.  If you have any further questions, please contact Customer Care at 800-766-4622.

Customer Care
Loan Servicing

2:21

**Your Benefit Amount**

BENEFICIARY'S NAME:  PERRY E GOERNER

By law, Social Security benefits increase automatically to keep pace with inflation. When there is a period of no inflation, the law does not permit an increase in benefits. Based on the Consumer Price Index (CPI) published by the Department of Labor, there was no rise in the cost of living during the past year, so your benefit will remain the same in 2010. The CPI is the federal government's official measure used to calculate cost-of-living increases.

Please review the other important information in this mailing. You can use this letter when you need proof of your benefit amount to receive food stamps, rent subsidies, energy assistance, bank loans, or for other business.

### How Much Will I Get And When?

- Your monthly amount (before deductions) is                                                    $948.50
- The amount we are deducting for Medicare medical insurance is        $96.50
  (If you did not have Medicare as of Nov. 19, 2009,
  or if someone else pays your premium, we show $0.00.)
- The amount we are deducting for your Medicare prescription drug plan is        $0.00
  (If you did not elect withholding as of Nov. 1, 2009, we show $0.00.)
- The amount we are deducting for voluntary federal tax withholding is        $0.00
  (If you did not elect voluntary tax withholding as of
  Nov. 19, 2009, we show $0.00.)
- After taking any other deductions, we will deposit                                          $852.00
  into your bank account on  Jan. 27, 2010.

### What If I Have Questions?

Please visit our website at *www.socialsecurity.gov* for information and a variety of online services. You also can call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m., Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week, early in the month, as well as during the week between Christmas and New Year's; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office, or the Veterans Affairs Regional Office in Manila. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States, and need assistance of any kind, you also can visit your local office.

20 EAST CLINTON STREET
NEWTON NJ

# ( LOWES ) PRICES

ALL CARPET + LINOLEUM IN THE HOUSE IS
28 yrs OLD WITH PET STAINS +
Completely worn out.


ARMSTRONG STAINMASTER CARPET
    LOWEST GRADE
    39.00 SQ yd INSTALLED

| 1 | BED | — | 192 SQ FT | 12 X 15 |
| 2 | BED | — | 144 SQFT. | 12 X 11 |
| 3 | BED | — | 210 SQ.FT. | 15 X 13 |
| 2 | LIVING Rm | — 238 SQ FT. | 17 X 14 |
| | Family Rm. | — 216 SQ FT | 18 X 11 |
| | STAIRS | — 28 SQ FT | 13 STEPS |
| | HALL | — 48 SQFT | 16 X 3 |

1138 FT = 126 yds = $ 2914. —


    LINOLEUM (CHEAPEST) $20. sq yd.
KITCHEN    — 144 SQ FT
DINING     — 168 SQ FT. = 35 yds
                           = $ 700. —

                           5614
                    tx    392. 98
        TOTAL    —    6006.98

FULLY INSURED & BONDED  12-12020-mg   Doc 5514-10   Filed BOB SEELEY entered 10/25/13 15:50:27   Exhibit
Hardship Sellers J Pross & Letter A Pg 18 of 22
LIC. #9558

# BOB SEELEY
## PLUMBING & HEATING
### KITCHENS • BATHS • BOILERS
### 973-697-7297

**ESTIMATE**

| ESTIMATE SUBMITTED TO | PHONE | DATE |
|---|---|---|
| PERRY GOERNER | | |

**STREET**
12 WANTAGE SCHOOL RD.

**JOB NAME**

**CITY, STATE AND ZIP CODE**
SUSSEX   NJ   07461

**JOB LOCATION**

**JOB PHONE**

We hereby propose to furnish materials and labor necessary for the completion of:

TAKE OUT AND REPLACE TWO TOILETS, SEALS, BOLTS
SUPPLYS  MATERAL 700.00 LABOR 600.

TAKE OUT AND REPLACE KITCHEN SINK, FAUCET
DRAIN, TRAP, SUPPLYS VALUES 700.00
LABOR 400.

REPLACE WATER SOFTENER, SULFUR TANK,
IRON TANK MATERAL 2600.  LOBOR 1500

REPLACE 50 GAL HOT WATER HEATER — PIPE
FITTINGS  TANK 950.00

REPLACE VANITIES, BATH SINKS, FAUCETS,
VALUES, SUPPLYS, TRAPS MATERAL 1800.
LABOR 600.00

**WE PROPOSE** hereby to furnish material and labor — complete in accordance with above specifications, for the sum of:

dollars ($ 10,050 )

Payment to be made as follows:

All material is guaranteed to be as specified. All work to be completed in a substantial workmanlike manner according to specifications submitted, per standard practices.

Authorized
Signature _____

Note: This estimate may be
withdrawn by us if not accepted within _____ days.

**ACCEPTANCE OF ESTIMATE** The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature _____

Date of Acceptance _____

Signature _____

# Proposal

## MARTIN J. DOLAN
**Post Office Box 264**
**Bloomingdale, NJ  07403**
**(973) 492-0174**

| PROPOSAL SUBMITTED TO PERRY GOERNER | | DATE |
| --- | --- | --- |
| STREET 72 WANTAGE SCHOOL RD | JOB NAME | |
| CITY, STATE AND ZIP CODE WANTAGE, N.J. 07461 | JOB LOCATION | |
| ARCHITECT | DATE OF PLANS | | JOB PHONE |

We hereby submit specifications and estimates for: INTERIOR PAINTING

REPAIR AND SPACKLE ALL SHEETROCK WHERE NEEDED
ALSO CLEAN ALL MILDEW WHERE NEEDED
PAINT THREE BEDROOMS, STAIRWAY, HALLWAY, DINING ROOM,
KITCHEN, LIVING ROOM, FAMILY ROOM, FOYER, CLOSETS,
AND LAUNDRY ROOM  ONE COAT OF PRIMER, AND TWO
COATS OF FINSN ON ALL CEILINGS AND WALLS
ALSO SAND AND POLYURETHANE ALL TRIM

LABOR - $7500.00
MATERIALS $ 2000.00
TOTAL - $9500.00

**We Propose** hereby to furnish material and labor - complete in accordance with above specifications, for the sum of:

_____ dollars ($ 9500.00 ).

Payment to be made as follows:
$4000.00 TO START - $5500.00 WHEN FINISHED

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workmen's Compensation Insurance.

Authorized
Signature  Mart J Dolan

Note:  This proposal may be
withdrawn by us if not accepted within _____ days.

Acceptance of Proposal - The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outline above.

Signature _____

Date of Acceptance: _____

Signature _____

## McCann's Excavating, Inc.

1815 Greenwood Lake Tpke.
P.O. Box 922
Hewitt, NJ 07421

973-728-3193
Fax: 973-728-3766

November 17, 2010

Mr. Perry Goener
12 Wantage School Road
Wantage, NJ  07461

Dear Mr. Goener:

In regard to property at 12 Wantage School Road, Wantage, New Jersey, we are pleased to quote you a price for the repair of a malfunctioning septic system.

After doing a site inspection and evaluation it's obvious that the system is in failure mode and its effluent seepage is seeping into pond on premises.  The repair will be based on approval by the local administration, Board of Health, DEP and Highlands Act.

With regard to the malfunctioning of septic system, its solid ledge rock has prevented water effluent to being treated properly.  The course of action to remedy this malfunction will require the removal of rock.  This can only be done by hydraulic hammer, as blasting of rock is not allowed.  In addition to the removal and breaking of rock, all new filtering soil will be removed and replaced.  All water encountered during excavation will be pumped and removed according to health department guidelines.

In addition to removal and replacing disposal area, we recommend an installation of jet air treatment component.  The condition encountered can vary upon excavation but once we evaluate the site we can give you a proposal for a repair, but it is not going to be a guarantee of the malfunctioning problem.  This will serve as an estimate only not a firm price.  After an approved engineer design is put into place than a firm price can be quoted.  From past experiences with this type of system, the cost would be an approximate estimate again, based on the approval by all local and state authorities.

The estimated cost will be $41,000 to $48,000 based on findings at the site.  All engineering and design costs required by any source are an addition to estimated cost.

We appreciate the opportunity to repair the malfunctioning septic treatment.  If you have any questions, please call my office at the above number.

Sincerely,

Thomas McCann

Thomas McCann

## SPECIALIZED SERVICES
### Chimney And Woodstove
### Installations, Maintenance, Repairs

P.O. BOX 529
NEWFOUNDLAND, NJ 07435

(973) 209-2833

DATE ___11.5.10___

TO

Perry Koerner
Ridgetage School Rd.
Sussex 07461

SUBJECT ___875.6474___

PROPOSAL TO INSTALL STAINLESS STEEL CHIMNEY LINER
TO WOODSTOVE (AND FIREPLACE INSUL. WRAP) AND
REPAIR EXTERIOR CROWN, PILLARS, AND SURROUNDING

issues noted:

Chimney condition report based on
visual inspections: Chimney crown    Clean Body - Labor - $1,075
has cracks, open seal around per-     Materials - 1,020
imeter, brick pillars (top support)          Total  $ 20.95
need re-affixing/re-inforcement,                  TR.
flue tile liner is cracked                        BAL.

SIGNED ___[signature]___

Specialized Stove & Chimney Service installs all products according to manufacturers specs. All installations of wood stoves, inserts, chimneys or accompanying components
should be used in accordance with the owners manual and be inspected by an official town inspector before use. It is recommended that the chimney be cleaned once per year
as well as scheduling routine service calls to assure the safety of the product. Specialized Stove & Chimney Service is a fully insured, registered company, which is not
responsible for any fire, injury or death resulting from the non-compliance of these precautionary steps.

# COVENEY CONSTRUCTION INC.

*"The solid choice of building"*

## 106 Schoolhouse Rd.
## Oak Ridge, N.J. 07438
Telephone/Fax: (973)697-7596
License # 13VH03878300

November 3, 2010

**Perry Goerner**
**12 Wantage School Rd.**
**Sussex, N.J. 07461**

re: repairs to dwelling

### ESTIMATE

**Roofing:**     **Rip –off and replace approx. 20 sq.**          **$7,000.00**

**Remove entire front exterior porch due to water damage. Rebuild entry on existing footprint. Re-structure roof area to shed water and eliminate cricket area. Replace wood siding, and install new Larsen storm door. Interior finish to match existing**

**$8,500.00**

**Install twenty sheets of ½" X 4 X 8 underlayment, finish side up in all upstairs bedrooms and hallway. All plywood to be nailed at perimeter and screwed in the field.**

**$2,500.00**

**All debris will be removed from site at completion of work.**