| | |
|---|---|
| **POLSINELLI**<br>Daniel J. Flanigan, Esq.<br>900 Third Avenue, 21st Floor<br>New York, New York 10022<br>(212) 684-0199 (Telephone)<br>(212) 759-8290 (Facsimile)<br>*Bankruptcy Counsel for Class Claimants* | **WALTERS, BENDER,**<br>**STROHBEHN & VAUGHAN**<br>R. Frederick Walters, Esq.<br>2500 City Center Square<br>1100 Main<br>Kansas City, Missouri 64105<br>(816) 421-6620 (Telephone)<br>(816) 421-4747 (Facsimile)<br>*Co-Lead Counsel for Class Claimants* |
| **CARLSON LYNCH LTD.**<br>R. Bruce Carlson, Esq.<br>115 Federal Street, Suite 210<br>Pittsburgh, Pennsylvania 15212<br>(412) 322-9243 (Telephone)<br>(412) 231-0246 (Facsimile)<br>*Co-Lead Counsel for Class Claimants* | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br><br>(Jointly Administered) |

## CERTIFICATION OF EXCLUSION REQUESTS

Class Claimants, per paragraph 15 of the Order Pursuant to Rules 7023 and 9019 of the Federal Rules of Bankruptcy Procedure (1) Preliminarily Approving Settlement Agreement Between Named Plaintiffs, Individually and as Representatives of the Kessler Settlement Class, and the Settling Defendants; (2) Granting Class Certification for Purposes of Settlement only; (3) Approving the Form and Manner of Notice to Kessler Settlement Class Members of the Settlement Agreement; (4) Scheduling a Fairness Hearing to Consider Final Approval of the

Settlement Agreement; and (5) Granting Related Relief (Doc #4808) hereby certify that five (5) members of the Kessler Settlement Class for three (3) CBNV/GNBT Loans have requested an Exclusion and are excluded from the proposed Settlement as stated in the Declaration of R. Frederick Walters which is attached as <u>Exhibit A</u>, and which identifies the five (5) class members.

Dated: October 25, 2013

*/s/ Daniel J. Flanigan*
**POLSINELLI**
Daniel J. Flanigan, Esq.
900 Third Avenue, 21st Floor
New York, New York 10022
(212) 684-0199 (Telephone)
(212) 759-8290 (Facsimile)
*Bankruptcy Counsel for*
*Class Claimants*

*/s/ R. Frederick Walters*
**WALTERS, BENDER,**
**STROHBEHN & VAUGHAN**
R. Frederick Walters, Esq.
2500 City Center Square
1100 Main
Kansas City, Missouri  64105
(816) 421-6620 (Telephone)
(816) 421-4747 (Facsimile)
*Co-Lead Counsel for Class Claimants*

*/s/ R. Bruce Carlson*
**CARLSON LYNCH LTD.**
R. Bruce Carlson, Esq. *(Pro Hac Pending)*
115 Federal Street, Suite 210
Pittsburgh, Pennsylvania 15212
(412) 322-9243 (Telephone)
(412) 231-0246 (Facsimile)
*Co-Lead Counsel for Class Claimants*