UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re:                                                       : Chapter 11
                                                             :
Residential Capital, LLC, *et al.*,                          : Case No. 12-12020 (MG)
                                                             :
                                        Debtors.             : Jointly Administered
                                                             :
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 23, 2013, I caused to be served the "Fee Statement of Epiq Bankruptcy Solutions, LLC for Compensation for Services and Reimbursement of Expenses as Information Agent for the Official Committee of Unsecured Creditors for the Period from September 1, 2013 Through September 30, 2013," dated October 23, 2013, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kerry O'Neil
Kerry O'Neil

Sworn to before me this
25th day of October, 2013

/s/ Notary
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237516
COMM. EXP. MARCH 21, 2015

T:\Clients\Rescap\Affidavits\Epiq Sept 2013 Fee Application_AFF_10-23-13_SS.doc

# EXHIBIT A

MORRISON & FOERSTER LLP
ATTN: LARREN M. NASHELSKY, GARY S. LEE AND LORENZO MARINUZZI
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: KENNETH H. ECKSTEIN & DOUGLAS H. MANNAL
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: TRACY HOPE DAVIS, LINDA RIFKIN & BRIAN S. MASUMOTO
FEDERAL OFFICE BUILDING
201VARICK STREET, ROOM 1006
NEW YORK, NY 10014

KIRKLAND & ELLIS
ATTN: RICHARD M. CIERI AND RAY C. SCHROCK
601 LEXINGTON AVENUE
NEW YORK, NY 10022

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: KEN ZIMAN AND JONATHAN H. HOFER
4 TIMES SQUARE
NEW YORK, NY 10036

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: ERIC J. SMALL, ESQ.
355 MAIN STREET – FIRST FLOOR
POUGHKEEPSIE, NY 12601