


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

RESIDENTIAL CAPTIAL, LLC — Case No. 12-12020

GMAC Mortgage USA Corporation — Case No. 12-12031

PATI REAL ESTATE HOLDINGS, LLC — Case No. 12-12047

OBJECTION TO CONFIRMATION OF PLAN

Creditor, DEBORAH D. BENNETT for her objection to the confirmation of the above listed Chapter 11 plan respectively shows the court the following:

1. GMAC signed a consent decree dated April 13, 2011 with the Federal Reserve, the OFFICE OF THRIFT SERVICES, and THE OFFICE OF CONTROLLER OF CURRENCEY AND THE FEDERAL DEPOSIT INSURANCE COMMITTEE (FDIC).

2. GMAC in the consent decree acknowledged that it has violated rules and regulations of the Federal Regulatory Agencies.

3. GMAC was part of a monetary settlement as a result of the consent decree entitling debtor to monetary compensation.

4. NOTWITHSTANDING the consent decree GMAC instituted a non-judicial foreclosure in the State of Arkansas in 2011. Creditor filed a lawsuit in the Pulaski County Circuit Court against GMAC et al Case No. 60cv-11-3063.

5. The case is still pending as the court has not issued an appealable order in this case.

6. RESIDENTIAL CAPITOL INC, instituted a bankruptcy order in this court as well as GMAC and PATI REAL ESTATE HOLDINGS

7. In March 2012, THE FORTY-NINE STATES ATTORNEY GENERAL, THE U.S. DEPARTMENT OF JUSTICE, THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT AND THE UNITED STATES TREASURY

DEPARTMENT instituted a law suit against ally bank, the former owner of GMAC and Residential Capitol, City Bank, Bank of America, Wells Fargo and JP Morgan Chase. A consent decree was issued on April 12, 2012 by THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA.

8. NOTWITHSTANDING the bankruptcy case and the case in the United States district court GMAC without permission of this court or the trustee. GMAC assigned debtors mortgage to PATI REALESTATE holdings in the records of the CIRCUIT COURT in PULASKI COUNTY ARKANSAS REAL ESTATE SECTION.

9. PATI REALESTATE holdings instituted a civil lawsuit against creditor in THE CIRCUIT COURT PULASKI COUNTY ARKANSAS case no. 60CV-12-3653.

10. PATI REALESTATE cannot file this case as it did not have a proper assignment, did not have permission of the trustee, did not have permission of this court, did not have permission from the District Court of Columbia and was prohibited from filing a new case due to ARKANSAS RULE OF CIVIL PROCEDURE 12(h)(8).

11. For the above reasons, creditor objects to the debtors Chapter 11 Plan.

WHEREFORE, creditor, DEBORAH BENNETT prays that her objection for the confirmation of the debtors Chapter 11 plan be sustained.

Sincerely,

Deborah Bennett

CERTIFICATE OF SERVICE

I certify that a copy of the above and forgoing was mailed to MORRISON & FOERSTER LLP, 1290 Avenue of the Americas New York, New York 10104, Counsel for Debtors and Debtors in Possession and KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 Avenue of the Americas New York, New York 10036, Counsel for the Official Committee of Unsecured Creditors on this 21st day of October 2013.

DEBORAH BENNETT