# ResCap                    MORRISON | FOERSTER

## Claim Information

| Claim Number | 1109 |
|---|---|
| **Basis of Claim** <br> Explanation that states the legal and factual reasons why you believe you are owed money or are entitled to other relief from one of the Debtors as of May 14, 2012 (the date the Debtors filed their bankruptcy cases) and, you must provide copies of any and all documentation that you believe supports the basis for your claim. | I was wrongfully charged late fees of $2,670.62 and other fees of $807.25 = $3,477.87  10/5/12. <br><br> L. Alvarez |

If your claim relates to a mortgage loan that you believe was originated or serviced by one of the Debtors, please be sure to include the following loan information, so that we can effectively search our records for information on your property and loan, and evaluate your claim.

**Loan Number:** ▇▇▇▇5944

**Address of property related to the above loan number:** 396 Exchange St.

| City: | State: | ZIP Code: |
|---|---|---|
| Crete | IL | 60417 |

Additional resources may be found at - http://www.kccllc.net/rescap

Residential Capital, LLC   P.O. Box 385220   Bloomington, MN 55438

Claim Number: 1109
Lydia Alvarez
Type: POC

GMAC Mortgage
3451 Hammond Ave
PO Box 780
Waterloo, IA 50704-0780

# GMAC Mortgage

September 17, 2012



LYDIA ALVAREZ
109 WEST MONEE RD
CRETE IL 60417

*Proof of Rescop Claim sent 10/12*

RE:  Account Number         ████5944
     Property Address        396 EXCHANGE
                             CRETE IL 60417

Dear LYDIA ALVAREZ:

We have not received your mortgage payments for the months of 08/01/12 through 09/01/12. This means your account is now in default. This is a demand for payment of the total amount due as of September 17, 2012:

| | |
|---|---|
| Payments | $ 2728.63 |
| Late charges | $ 2670.62 |
| Fees, costs, and other accrued to date | $ 807.25 |
| Suspense | $ - 0.36 |
| Total Amount Due | $ 6206.14 |

*= $3,477.87  10/5/12*

*($37.82 late fee added each month)*

To avoid foreclosure, you need to pay this amount no later than 35 days from the date of this notice. You also need to pay for all additional payments and fees that accumulate during this period.

Unless we receive full payment of all past-due amounts within 35 days from the date of this notice, we will require immediate payment of your entire loan and begin foreclosure proceedings. This could result in the loss of your home. You may have the right to bring a court action to challenge the default, or assert other defenses to immediate payment and sale that may be available in your mortgage documents or under state law.

If your payment is not accepted for any reason or your payment is for less than the total amount due (which we may accept without waiving any of our rights), this matter will not be resolved.

(Continued on next page)



Claim #1109  Date Filed: 10/10/2012

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

**Name of Debtor and Case Number:**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Lydia Alvarez

**Name and address where notices should be sent:**
109 W. Monee Rd.
Crete, IL 60417

Telephone number: 708-743-7951   email: featherfreckles@aol.com

**Name and address where payment should be sent (if different from above):**
SAME

Telephone number: SAME   email: SAME

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:** $ 3,477.87

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Late charges were miscalculated and wrongfully charged / added to mortgage loan # ▓▓▓▓▓5944
   (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** 5944

3a. **Debtor may have scheduled account as:** GMAC Mortgage
(See instruction #3a)

3b. **Uniform Claim Identifier (optional):**
(See instruction #3b)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**
**Value of Property:** $ 95,000   **Annual Interest Rate** 8.975 %  ☐ Fixed  ☒ Variable
(when case was filed)
**Amount of arrearage and other charges, as of the time case was filed, included in secured claim,**
if any: $ 3,477.87   **Basis for perfection:** Mortgage
**Amount of Secured Claim:** $ 3,477.87   **Amount Unsecured:** $ _____

6. **Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.   $ _____   (See instruction #6)

7. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

9. **Signature:** (See instruction #9) Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or  ☐ I am a guarantor, surety,
   (Attach copy of power of attorney, if any.)   their authorized agent.   indorser, or other codebtor.
   (See Bankruptcy Rule 3004.)  (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: Lydia Alvarez
Title:
Company:
Address and telephone number (if different from notice address above):
SAME
SAME
Telephone number:   Email:

Signature: *Lydia Alvarez*   Date: 10/5/12

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$ _____

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**RECEIVED**
OCT 10 2012
KURTZMAN CARSON CONSULTANTS

COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or b

*Proof of Recoup claim*

```
GMAC Mortgage, LLC                          DATE:    10/17/12
PO Box 780
3451 Hammond Avenue
Waterloo          IA 50704-0780


LYDIA ALVAREZ

109 WEST MONEE RD

CRETE          IL 60417




PROPERTY ADDRESS:                    ACCOUNT:          ████5944
396 EXCHANGE                         TELLER ID:            1291
                                     TELLER DEPT:         INQ20

CRETE          IL 60417




PAYMENT INFORMATION     ORIGINAL INFORMATION        YEAR-TO-DATE
P&I PAYMENT    756.57   ORIG BAL      93,870.00   INTEREST PAID    7,304.18
ESCROW         614.42   ORIGINAL RT      8.9750   NEG AMORT            0.00
OPT. INS         0.00   LOAN TERM           360   TAX PAID         5,082.30
BUYDOWN          0.00   FIRST DUE DT   11/01/05   POINTS PAID          0.00
ASSIST AMT       0.00   LOAN TYPE  CONVENTIONAL   IOE WITHHOLDING      0.00
ANCILLARY        0.00
TOTAL PMT    1,370.99

     DATES              CURRENT BALANCES              UNCOLLECTED AMOUNTS    K9 paid
PAID TO   10/01/12  PRINCIPAL     88,220.00   LATE CHARGES    -1,448.41
NEXT DUE  11/01/12  ESCROW         1,036.57   OPTIONAL INS         0.00
LAST PMT  10/11/12  UNAP FUNDS   112,390.59   INTEREST             0.00
                                              NSF FEES             0.00
                                              OTHER FEES        -836.00
-----------------------------------------------------------------------
                        DETAIL BY TRANSACTION
-----------------------------------------------------------------------

PD TO DT DESCRIPTION    TOTAL AMT      PRIN AMT       INT AMT      ESC AMT
POST DT                 FEE AMT        UNAP AMT       LT CHG AMT   OPT AMT
  EFF DATE              UNAP BAL       PRIN BAL       UNCOL ITEMS  ESC BAL
-----------------------------------------------------------------------

10/01/12 MISC RECEIPT   112390.59          0.00          0.00         0.00
  10/16/12                   0.00     112390.59          0.00         0.00
  10/15/12              112390.59      88220.00          0.00      1036.57
10/01/12                112390.59          0.00          0.00         0.00
  10/16/12                   0.00     112390.59          0.00         0.00
  10/16/12              112390.59      88220.00          0.00      1036.57
10/01/12 ADJUSTMENT          0.00          0.00          0.00         0.00
  10/12/12                   0.00          0.00       1221.85         0.00
```

| Date | Description | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|---|
| 10/12/12 | | 0.00 | 88220.00 | 0.00 | 1036.57 |
| 10/01/12 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/12/12 | | 0.00 | 0.00 | 1221.85 | 0.00 |
| 10/12/12 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/01/12 | PAYMENT | 1371.35 | 96.04 | 660.53 | 614.42 |
| 10/12/12 | | 0.00 | 0.00 | 0.36 | 0.00 |
| 10/11/12 | | 0.00 | 88220.00 | 0.00 | 1036.57 |
| 10/01/12 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/12/12 | | 0.00 | 0.00 | 0.36 | 0.00 |
| 10/12/12 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/01/12 | PAYMENT | 1370.99 | 95.33 | 661.24 | 614.42 |
| 10/12/12 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/11/12 | | 0.00 | 88316.04 | 0.00 | 422.15 |
| 09/01/12 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/12/12 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 10/12/12 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/01/12 | PAYMENT | 1357.28 | 94.62 | 661.95 | 601.07 |
| 10/12/12 | | 0.00 | 0.36- | 0.00 | 0.00 |
| 10/11/12 | | 0.00 | 88411.37 | 0.00 | 192.27- |
| 08/01/12 | UNAPPLIED | 0.36- | 0.00 | 0.00 | 0.00 |
| 10/12/12 | | 0.00 | 0.36- | 0.00 | 0.00 |
| 10/12/12 | | 0.00 | 88411.37 | 0.00 | 192.27- |
| 08/01/12 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/12/12 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 10/12/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 07/01/12 | FEE BILLED | 28.75 | 0.00 | 0.00 | 0.00 |
| 10/11/12 | PROP INSPECT | 28.75 | 0.00 | 0.00 | 0.00 |
| 10/11/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 07/01/12 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/18/12 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 09/18/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 07/01/12 | FEE BILLED | 28.75 | 0.00 | 0.00 | 0.00 |
| 09/12/12 | PROP INSPECT | 28.75 | 0.00 | 0.00 | 0.00 |
| 09/12/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 07/01/12 | MISC RECEIPT | 0.36 | 0.00 | 0.00 | 0.00 |
| 09/06/12 | | 0.00 | 0.36 | 0.00 | 0.00 |
| 09/04/12 | | 0.36 | 88505.99 | 0.00 | 793.34- |
| 07/01/12 | UNAPPLIED | 0.36 | 0.00 | 0.00 | 0.00 |
| 09/06/12 | | 0.00 | 0.36 | 0.00 | 0.00 |
| 09/06/12 | | 0.36 | 88505.99 | 0.00 | 793.34- |
| 07/01/12 | PAYMENT | 1357.28 | 93.92 | 662.65 | 601.07 |
| 09/06/12 | | 0.00 | 0.36- | 0.00 | 0.00 |
| 09/04/12 | | 0.00 | 88505.99 | 0.00 | 793.34- |
| 07/01/12 | UNAPPLIED | 0.36- | 0.00 | 0.00 | 0.00 |
| 09/06/12 | | 0.00 | 0.36- | 0.00 | 0.00 |
| 09/06/12 | | 0.00 | 88505.99 | 0.00 | 793.34- |
| 07/01/12 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/06/12 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 09/06/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 06/01/12 | MOVMNT TRAN | 637.48- | 93.22 | 663.35 | 1394.41- |
| 08/24/12 | | 0.00 | 0.36 | 0.00 | 0.00 |
| 05/01/12 | | 0.36 | 88599.91 | 0.00 | 1394.41- |
| 06/01/12 | UNAPPLIED | 0.36 | 0.00 | 0.00 | 0.00 |
| 08/24/12 | | 0.00 | 0.36 | 0.00 | 0.00 |
| 08/24/12 | | 0.36 | 88599.91 | 0.00 | 1394.41- |
| 05/01/12 | REVERSAL | 637.48 | 93.22- | 663.35- | 1394.41 |
| 08/24/12 | | 0.00 | 0.36- | 0.00 | 0.00 |
| 05/01/12 | | 0.00 | 88693.13 | 0.00 | 0.00 |
| 05/01/12 | UNAPPLIED | 0.36- | 0.00 | 0.00 | 0.00 |
| 08/24/12 | | 0.00 | 0.36- | 0.00 | 0.00 |

| Date | Description | Amount 1 | Amount 2 | Amount 3 | Amount 4 |
|---|---|---|---|---|---|
| 08/24/12 | | 0.00 | 88693.13 | 0.00 | 0.00 |
| 06/01/12 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/17/12 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 08/17/12 | | 0.36 | 88693.13 | 0.00 | 0.00 |
| 06/01/12 | FEE BILLED | 28.75 | 0.00 | 0.00 | 0.00 |
| 08/14/12 | PROP INSPECT | 28.75 | 0.00 | 0.00 | 0.00 |
| 08/14/12 | | 0.36 | 88693.13 | 0.00 | 0.00 |
| 06/01/12 | MISC RECEIPT | 0.36 | 0.00 | 0.00 | 0.00 |
| 08/13/12 | | 0.00 | 0.36 | 0.00 | 0.00 |
| 08/09/12 | | 0.36 | 88599.91 | 0.00 | 1394.41- |
| 06/01/12 | UNAPPLIED | 0.36 | 0.00 | 0.00 | 0.00 |
| 08/13/12 | | 0.00 | 0.36 | 0.00 | 0.00 |
| 08/13/12 | | 0.36 | 88599.91 | 0.00 | 1394.41- |
| 06/01/12 | PAYMENT | 1357.28 | 93.22 | 663.35 | 601.07 |
| 08/13/12 | | 0.00 | 0.36- | 0.00 | 0.00 |
| 08/09/12 | | 0.00 | 88599.91 | 0.00 | 1394.41- |
| 06/01/12 | UNAPPLIED | 0.36- | 0.00 | 0.00 | 0.00 |
| 08/13/12 | | 0.00 | 0.36- | 0.00 | 0.00 |
| 08/13/12 | | 0.00 | 88599.91 | 0.00 | 1394.41- |
| 06/01/12 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/13/12 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 08/13/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 05/01/12 | ESC DISB | 2541.15- | 0.00 | 0.00 | 2541.15- |
| 08/06/12 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/06/12 | | 0.36 | 88693.13 | 0.00 | 1995.48- |
| 05/01/12 | FEE BILLED | 83.00 | 0.00 | 0.00 | 0.00 |
| 07/20/12 | CORP ADV 3 D | 83.00 | 0.00 | 0.00 | 0.00 |
| 07/20/12 | | 0.36 | 88693.13 | 0.00 | 1995.48- |
| 05/01/12 | FEE BILLED | 28.75 | 0.00 | 0.00 | 0.00 |
| 07/17/12 | PROP INSPECT | 28.75 | 0.00 | 0.00 | 0.00 |
| 07/17/12 | | 0.36 | 88693.13 | 0.00 | 1995.48- |
| 05/01/12 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/17/12 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 07/17/12 | | 0.36 | 88693.13 | 0.00 | 1995.48- |
| 05/01/12 | MISC RECEIPT | 0.36 | 0.00 | 0.00 | 0.00 |
| 07/09/12 | | 0.00 | 0.36 | 0.00 | 0.00 |
| 07/05/12 | | 0.36 | 88693.13 | 0.00 | 545.67 |
| 05/01/12 | UNAPPLIED | 0.36 | 0.00 | 0.00 | 0.00 |
| 07/09/12 | | 0.00 | 0.36 | 0.00 | 0.00 |
| 07/09/12 | | 0.36 | 88693.13 | 0.00 | 545.67 |
| 05/01/12 | PAYMENT | 1357.28 | 92.53 | 664.04 | 601.07 |
| 07/09/12 | | 0.00 | 0.36- | 0.00 | 0.00 |
| 07/05/12 | | 0.00 | 88693.13 | 0.00 | 545.67 |
| 05/01/12 | UNAPPLIED | 0.36- | 0.00 | 0.00 | 0.00 |
| 07/09/12 | | 0.00 | 0.36- | 0.00 | 0.00 |
| 07/09/12 | | 0.00 | 88693.13 | 0.00 | 545.67 |
| 05/01/12 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/09/12 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 07/09/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 04/01/12 | ESC DISB | 1643.00- | 0.00 | 0.00 | 1643.00- |
| 07/06/12 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/06/12 | | 0.36 | 88785.66 | 0.00 | 55.40- |
| 04/01/12 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/19/12 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 06/19/12 | | 0.36 | 88785.66 | 0.00 | 55.40- |
| 04/01/12 | FEE BILLED | 27.00 | 0.00 | 0.00 | 0.00 |
| 06/13/12 | PROP INSPECT | 27.00 | 0.00 | 0.00 | 0.00 |
| 06/13/12 | | 0.36 | 88785.66 | 0.00 | 55.40- |
| 04/01/12 | MISC RECEIPT | 0.36 | 0.00 | 0.00 | 0.00 |
| 05/29/12 | | 0.00 | 0.36 | 0.00 | 0.00 |

| Date | Description | Col1 | Col2 | Col3 | Col4 |
|---|---|---:|---:|---:|---:|
| 05/28/12 | | 0.36 | 88785.66 | 0.00 | 1587.60 |
| 04/01/12 | UNAPPLIED | 0.36 | 0.00 | 0.00 | 0.00 |
| 05/29/12 | | 0.00 | 0.36 | 0.00 | 0.00 |
| 05/29/12 | | 0.36 | 88785.66 | 0.00 | 1587.60 |
| 04/01/12 | PAYMENT | 1357.28 | 91.84 | 664.73 | 601.07 |
| 05/29/12 | | 0.00 | 0.36- | 0.00 | 0.00 |
| 05/28/12 | | 0.00 | 88785.66 | 0.00 | 1587.60 |
| 04/01/12 | UNAPPLIED | 0.36- | 0.00 | 0.00 | 0.00 |
| 05/29/12 | | 0.00 | 0.36- | 0.00 | 0.00 |
| 05/29/12 | | 0.00 | 88785.66 | 0.00 | 1587.60 |
| 04/01/12 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/29/12 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 05/29/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 03/01/12 | ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/25/12 | | 0.00 | 0.00 | 200.00 | 0.00 |
| 05/25/12 | | 0.36 | 88877.50 | 0.00 | 986.53 |
| 03/01/12 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/25/12 | | 0.00 | 0.00 | 200.00 | 0.00 |
| 05/25/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 03/01/12 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/17/12 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 05/17/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 03/01/12 | FEE BILLED | 28.75 | 0.00 | 0.00 | 0.00 |
| 05/16/12 | PROP INSPECT | 28.75 | 0.00 | 0.00 | 0.00 |
| 05/16/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 03/01/12 | ESC DISB | 2541.15- | 0.00 | 0.00 | 2541.15- |
| 05/07/12 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/07/12 | | 0.36 | 88877.50 | 0.00 | 986.53 |
| 03/01/12 | FEE PAID | 7.50 | 0.00 | 0.00 | 0.00 |
| 04/26/12 | | 7.50 | 0.00 | 0.00 | 0.00 |
| 04/25/12 | | 0.36 | 88877.50 | 0.00 | 986.53 |
| 03/01/12 | FEE BILLED | 7.50 | 0.00 | 0.00 | 0.00 |
| 04/26/12 | SPEEDPAY FEE | 7.50 | 0.00 | 0.00 | 0.00 |
| 04/25/12 | | 0.36 | 88877.50 | 0.00 | 986.53 |
| 03/01/12 | MISC RECEIPT | 0.36 | 0.00 | 0.00 | 0.00 |
| 04/26/12 | | 0.00 | 0.36 | 0.00 | 0.00 |
| 04/25/12 | | 0.36 | 88877.50 | 0.00 | 3527.68 |
| 03/01/12 | UNAPPLIED | 0.36 | 0.00 | 0.00 | 0.00 |
| 04/26/12 | | 0.00 | 0.36 | 0.00 | 0.00 |
| 04/26/12 | | 0.36 | 88877.50 | 0.00 | 3527.68 |
| 03/01/12 | PAYMENT | 1357.28 | 91.16 | 665.41 | 601.07 |
| 04/26/12 | | 0.00 | 0.36- | 0.00 | 0.00 |
| 04/25/12 | | 0.00 | 88877.50 | 0.00 | 3527.68 |
| 03/01/12 | UNAPPLIED | 0.36- | 0.00 | 0.00 | 0.00 |
| 04/26/12 | | 0.00 | 0.36- | 0.00 | 0.00 |
| 04/26/12 | | 0.00 | 88877.50 | 0.00 | 3527.68 |
| 03/01/12 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/26/12 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 04/26/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 02/01/12 | FEE BILLED | 16.50 | 0.00 | 0.00 | 0.00 |
| 04/19/12 | PROP INSPECT | 16.50 | 0.00 | 0.00 | 0.00 |
| 04/19/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 02/01/12 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/17/12 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 04/17/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 02/01/12 | MISC RECEIPT | 0.36 | 0.00 | 0.00 | 0.00 |
| 04/04/12 | | 0.00 | 0.36 | 0.00 | 0.00 |
| 04/02/12 | | 0.36 | 88968.66 | 0.00 | 2926.61 |
| 02/01/12 | UNAPPLIED | 0.36 | 0.00 | 0.00 | 0.00 |
| 04/04/12 | | 0.00 | 0.36 | 0.00 | 0.00 |

| Date | Description | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|---|
| 04/04/12 | | 0.36 | 88968.66 | 0.00 | 2926.61 |
| 02/01/12 | PAYMENT | 1357.28 | 90.48 | 666.09 | 601.07 |
| 04/04/12 | | 0.00 | 0.36- | 0.00 | 0.00 |
| 04/02/12 | | 0.00 | 88968.66 | 0.00 | 2926.61 |
| 02/01/12 | UNAPPLIED | 0.36- | 0.00 | 0.00 | 0.00 |
| 04/04/12 | | 0.00 | 0.36- | 0.00 | 0.00 |
| 04/04/12 | | 0.00 | 88968.66 | 0.00 | 2926.61 |
| 02/01/12 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/04/12 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 04/04/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 01/01/12 | FEE BILLED | 16.50 | 0.00 | 0.00 | 0.00 |
| 03/19/12 | PROP INSPECT | 16.50 | 0.00 | 0.00 | 0.00 |
| 03/19/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 01/01/12 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/17/12 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 03/17/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 01/01/12 | MISC RECEIPT | 0.36 | 0.00 | 0.00 | 0.00 |
| 03/15/12 | | 0.00 | 0.36 | 0.00 | 0.00 |
| 03/15/12 | | 0.36 | 89059.14 | 0.00 | 2325.54 |
| 01/01/12 | UNAPPLIED | 0.36 | 0.00 | 0.00 | 0.00 |
| 03/15/12 | | 0.00 | 0.36 | 0.00 | 0.00 |
| 03/15/12 | | 0.36 | 89059.14 | 0.00 | 2325.54 |
| 01/01/12 | PAYMENT | 1357.28 | 89.81 | 666.76 | 601.07 |
| 03/15/12 | | 0.00 | 0.36- | 0.00 | 0.00 |
| 03/15/12 | | 0.00 | 89059.14 | 0.00 | 2325.54 |
| 01/01/12 | UNAPPLIED | 0.36- | 0.00 | 0.00 | 0.00 |
| 03/15/12 | | 0.00 | 0.36- | 0.00 | 0.00 |
| 03/15/12 | | 0.00 | 89059.14 | 0.00 | 2325.54 |
| 01/01/12 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/15/12 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 03/15/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 12/01/11 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/17/12 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 02/17/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 12/01/11 | FEE BILLED | 14.75 | 0.00 | 0.00 | 0.00 |
| 02/15/12 | PROP INSPECT | 14.75 | 0.00 | 0.00 | 0.00 |
| 02/15/12 | | 0.36 | 0.00 | 0.00 | 0.00 |
| 12/01/11 | MISC RECEIPT | 0.36 | 0.00 | 0.00 | 0.00 |
| 02/02/12 | | 0.00 | 0.36 | 0.00 | 0.00 |
| 02/01/12 | | 0.36 | 89148.95 | 0.00 | 1724.47 |
| 12/01/11 | UNAPPLIED | 0.36 | 0.00 | 0.00 | 0.00 |
| 02/02/12 | | 0.00 | 0.36 | 0.00 | 0.00 |
| 02/02/12 | | 0.36 | 89148.95 | 0.00 | 1724.47 |
| 12/01/11 | PAYMENT | 1357.64 | 89.14 | 667.43 | 601.07 |
| 02/02/12 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/01/12 | | 0.00 | 89148.95 | 0.00 | 1724.47 |
| 12/01/11 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/02/12 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 02/02/12 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/01/11 | FEE BILLED | 14.75 | 0.00 | 0.00 | 0.00 |
| 01/20/12 | PROP INSPECT | 14.75 | 0.00 | 0.00 | 0.00 |
| 01/20/12 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/01/11 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/18/12 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 01/18/12 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/01/11 | PAYMENT | 1357.64 | 88.48 | 668.09 | 601.07 |
| 12/30/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/30/11 | | 0.00 | 89238.09 | 0.00 | 1123.40 |
| 11/01/11 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/30/11 | | 0.00 | 0.00 | 37.82- | 0.00 |

| Date | Description | Col1 | Col2 | Col3 | Col4 |
|---|---|---:|---:|---:|---:|
| 12/30/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/01/11 | FEE BILLED | 14.75 | 0.00 | 0.00 | 0.00 |
| 12/19/11 | PROP INSPECT | 14.75 | 0.00 | 0.00 | 0.00 |
| 12/19/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/01/11 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/17/11 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 12/17/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/01/11 | PAYMENT | 1357.64 | 87.82 | 668.75 | 601.07 |
| 12/05/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/02/11 | | 0.00 | 89326.57 | 0.00 | 522.33 |
| 10/01/11 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/05/11 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 12/05/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/01/11 | FEE BILLED | 14.75 | 0.00 | 0.00 | 0.00 |
| 11/17/11 | PROP INSPECT | 14.75 | 0.00 | 0.00 | 0.00 |
| 11/17/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/01/11 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/17/11 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 11/17/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/01/11 | PAYMENT | 1357.64 | 87.17 | 669.40 | 601.07 |
| 10/31/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/31/11 | | 0.00 | 89414.39 | 0.00 | 78.74- |
| 09/01/11 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/31/11 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 10/31/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/01/11 | FEE BILLED | 83.00 | 0.00 | 0.00 | 0.00 |
| 10/19/11 | CORP ADV 3 D | 83.00 | 0.00 | 0.00 | 0.00 |
| 10/19/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/01/11 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/18/11 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 10/18/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/01/11 | PAYMENT | 1285.23 | 86.53 | 670.04 | 528.66 |
| 10/05/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/03/11 | | 0.00 | 89501.56 | 0.00 | 679.81- |
| 08/01/11 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/05/11 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 10/05/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/01/11 | FEE BILLED | 14.75 | 0.00 | 0.00 | 0.00 |
| 09/27/11 | PROP INSPECT | 14.75 | 0.00 | 0.00 | 0.00 |
| 09/27/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/01/11 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/17/11 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 09/17/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/01/11 | FEE BILLED | 16.50 | 0.00 | 0.00 | 0.00 |
| 08/30/11 | PROP INSPECT | 16.50 | 0.00 | 0.00 | 0.00 |
| 08/30/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/01/11 | PAYMENT | 1285.23 | 85.88 | 670.69 | 528.66 |
| 08/29/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/29/11 | | 0.00 | 89588.09 | 0.00 | 1208.47- |
| 07/01/11 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/29/11 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 08/29/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/01/11 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/17/11 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 08/17/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/01/11 | ESC DISB | 2490.81- | 0.00 | 0.00 | 2490.81- |
| 08/08/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/08/11 | | 0.00 | 89673.97 | 0.00 | 1737.13- |
| 06/01/11 | FEE PAID | 7.50 | 0.00 | 0.00 | 0.00 |
| 07/29/11 | | 7.50 | 0.00 | 0.00 | 0.00 |

| Date | Description | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|---|
| 07/29/11 | | 0.00 | 89673.97 | 0.00 | 1737.13- |
| 06/01/11 | FEE BILLED | 7.50 | 0.00 | 0.00 | 0.00 |
| 07/29/11 | SPEEDPAY FEE | 7.50 | 0.00 | 0.00 | 0.00 |
| 07/29/11 | | 0.00 | 89673.97 | 0.00 | 1737.13- |
| 06/01/11 | PAYMENT | 1285.23 | 85.25 | 671.32 | 528.66 |
| 07/29/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/29/11 | | 0.00 | 89673.97 | 0.00 | 753.68 |
| 06/01/11 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/29/11 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 07/29/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/01/11 | FEE BILLED | 20.00 | 0.00 | 0.00 | 0.00 |
| 07/28/11 | PROP INSPECT | 20.00 | 0.00 | 0.00 | 0.00 |
| 07/28/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/01/11 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/19/11 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 07/19/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/01/11 | ESC DISB | 1189.00- | 0.00 | 0.00 | 1189.00- |
| 07/06/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/06/11 | | 0.00 | 89759.22 | 0.00 | 225.02 |
| 05/01/11 | FEE PAID | 7.50 | 0.00 | 0.00 | 0.00 |
| 06/30/11 | | 7.50 | 0.00 | 0.00 | 0.00 |
| 06/30/11 | | 0.00 | 89759.22 | 0.00 | 225.02 |
| 05/01/11 | FEE BILLED | 7.50 | 0.00 | 0.00 | 0.00 |
| 06/30/11 | SPEEDPAY FEE | 7.50 | 0.00 | 0.00 | 0.00 |
| 06/30/11 | | 0.00 | 89759.22 | 0.00 | 225.02 |
| 05/01/11 | PAYMENT | 1285.23 | 84.61 | 671.96 | 528.66 |
| 06/30/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/30/11 | | 0.00 | 89759.22 | 0.00 | 1414.02 |
| 05/01/11 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/30/11 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 06/30/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/01/11 | FEE BILLED | 20.00 | 0.00 | 0.00 | 0.00 |
| 06/28/11 | PROP INSPECT | 20.00 | 0.00 | 0.00 | 0.00 |
| 06/28/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/01/11 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/17/11 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 06/17/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/01/11 | FEE PAID | 7.50 | 0.00 | 0.00 | 0.00 |
| 05/30/11 | | 7.50 | 0.00 | 0.00 | 0.00 |
| 05/28/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/01/11 | FEE BILLED | 7.50 | 0.00 | 0.00 | 0.00 |
| 05/30/11 | SPEEDPAY FEE | 7.50 | 0.00 | 0.00 | 0.00 |
| 05/28/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/01/11 | PAYMENT | 1285.23 | 83.98 | 672.59 | 528.66 |
| 05/30/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/28/11 | | 0.00 | 89843.83 | 0.00 | 885.36 |
| 04/01/11 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/30/11 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 05/30/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/01/11 | FEE BILLED | 18.25 | 0.00 | 0.00 | 0.00 |
| 05/24/11 | PROP INSPECT | 18.25 | 0.00 | 0.00 | 0.00 |
| 05/24/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/01/11 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/17/11 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 05/17/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/01/11 | ESC DISB | 2490.81- | 0.00 | 0.00 | 2490.81- |
| 05/04/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/04/11 | | 0.00 | 89927.81 | 0.00 | 356.70 |
| 03/01/11 | PAYMENT | 1285.23 | 83.36 | 673.21 | 528.66 |
| 04/29/11 | | 0.00 | 0.00 | 0.00 | 0.00 |

| Date | Description | Amount | Amount | Amount | Amount |
|---|---|---|---|---|---|
| 04/29/11 | | 0.00 | 89927.81 | 0.00 | 2847.51 |
| 03/01/11 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/29/11 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 04/29/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/01/11 | FEE BILLED | 18.25 | 0.00 | 0.00 | 0.00 |
| 04/26/11 | PROP INSPECT | 18.25 | 0.00 | 0.00 | 0.00 |
| 04/26/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/01/11 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/19/11 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 04/19/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/01/11 | FEE PAID | 7.50 | 0.00 | 0.00 | 0.00 |
| 03/31/11 | | 7.50 | 0.00 | 0.00 | 0.00 |
| 03/31/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/01/11 | FEE BILLED | 7.50 | 0.00 | 0.00 | 0.00 |
| 03/31/11 | SPEEDPAY FEE | 7.50 | 0.00 | 0.00 | 0.00 |
| 03/31/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/01/11 | PAYMENT | 1285.23 | 82.74 | 673.83 | 528.66 |
| 03/31/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/31/11 | | 0.00 | 90011.17 | 0.00 | 2318.85 |
| 02/01/11 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/31/11 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 03/31/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/01/11 | FEE BILLED | 18.25 | 0.00 | 0.00 | 0.00 |
| 03/30/11 | PROP INSPECT | 18.25 | 0.00 | 0.00 | 0.00 |
| 03/30/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/01/11 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/17/11 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 03/17/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/01/11 | PAYMENT | 1285.23 | 82.13 | 674.44 | 528.66 |
| 02/28/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/26/11 | | 0.00 | 90093.91 | 0.00 | 1790.19 |
| 01/01/11 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/28/11 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 02/28/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/01/10 | FEE BILLED | 20.00 | 0.00 | 0.00 | 0.00 |
| 02/25/11 | PROP INSPECT | 20.00 | 0.00 | 0.00 | 0.00 |
| 02/25/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/01/10 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/17/11 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 02/17/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/01/10 | PAYMENT | 1285.23 | 81.52 | 675.05 | 528.66 |
| 02/01/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/01/11 | | 0.00 | 90176.04 | 0.00 | 1261.53 |
| 12/01/10 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/01/11 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 02/01/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/01/10 | FEE BILLED | 16.50 | 0.00 | 0.00 | 0.00 |
| 01/25/11 | PROP INSPECT | 16.50 | 0.00 | 0.00 | 0.00 |
| 01/25/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/01/10 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/19/11 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 01/19/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/01/10 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/18/11 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 01/18/11 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/01/10 | PAYMENT | 1285.23 | 80.91 | 675.66 | 528.66 |
| 12/31/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/30/10 | | 0.00 | 90257.56 | 0.00 | 732.87 |
| 11/01/10 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/31/10 | | 0.00 | 0.00 | 37.82- | 0.00 |

| Date | Description | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|---|
| 12/31/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/01/10 | PAYMENT | 158.92 | 80.31 | 676.26 | 528.66 |
| 12/31/10 | | 0.00 | 1126.31- | 0.00 | 0.00 |
| 12/30/10 | | 0.00 | 90338.47 | 0.00 | 204.21 |
| 10/01/10 | UNAPPLIED | 1126.31- | 0.00 | 0.00 | 0.00 |
| 12/31/10 | | 0.00 | 1126.31- | 0.00 | 0.00 |
| 12/31/10 | | 0.00 | 90338.47 | 0.00 | 204.21 |
| 10/01/10 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/31/10 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 12/31/10 | | 1126.31 | 0.00 | 0.00 | 0.00 |
| 09/01/10 | FEE BILLED | 14.75 | 0.00 | 0.00 | 0.00 |
| 12/29/10 | PROP INSPECT | 14.75 | 0.00 | 0.00 | 0.00 |
| 12/29/10 | | 1126.31 | 0.00 | 0.00 | 0.00 |
| 09/01/10 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/17/10 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 12/17/10 | | 1126.31 | 0.00 | 0.00 | 0.00 |
| 09/01/10 | MISC RECEIPT | 1126.31 | 0.00 | 0.00 | 0.00 |
| 12/03/10 | | 0.00 | 1126.31 | 0.00 | 0.00 |
| 12/01/10 | | 1126.31 | 90418.78 | 0.00 | 324.45- |
| 09/01/10 | UNAPPLIED | 1126.31 | 0.00 | 0.00 | 0.00 |
| 12/03/10 | | 0.00 | 1126.31 | 0.00 | 0.00 |
| 12/03/10 | | 1126.31 | 90418.78 | 0.00 | 324.45- |
| 09/01/10 | PAYMENT | 79.46 | 79.72 | 676.85 | 528.66 |
| 12/03/10 | | 0.00 | 1205.77- | 0.00 | 0.00 |
| 12/01/10 | | 0.00 | 90418.78 | 0.00 | 324.45- |
| 09/01/10 | UNAPPLIED | 1205.77- | 0.00 | 0.00 | 0.00 |
| 12/03/10 | | 0.00 | 1205.77- | 0.00 | 0.00 |
| 12/03/10 | | 0.00 | 90418.78 | 0.00 | 324.45- |
| 09/01/10 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/03/10 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 12/03/10 | | 1205.77 | 0.00 | 0.00 | 0.00 |
| 08/01/10 | FEE BILLED | 11.25 | 0.00 | 0.00 | 0.00 |
| 11/29/10 | PROP INSPECT | 11.25 | 0.00 | 0.00 | 0.00 |
| 11/29/10 | | 1205.77 | 0.00 | 0.00 | 0.00 |
| 08/01/10 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/17/10 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 11/17/10 | | 1205.77 | 0.00 | 0.00 | 0.00 |
| 08/01/10 | MISC RECEIPT | 1205.77 | 0.00 | 0.00 | 0.00 |
| 11/03/10 | | 0.00 | 1205.77 | 0.00 | 0.00 |
| 11/01/10 | | 1205.77 | 90498.50 | 0.00 | 853.11- |
| 08/01/10 | UNAPPLIED | 1205.77 | 0.00 | 0.00 | 0.00 |
| 11/03/10 | | 0.00 | 1205.77 | 0.00 | 0.00 |
| 11/03/10 | | 1205.77 | 90498.50 | 0.00 | 853.11- |
| 08/01/10 | FEE BILLED | 11.25 | 0.00 | 0.00 | 0.00 |
| 10/27/10 | PROP INSPECT | 11.25 | 0.00 | 0.00 | 0.00 |
| 10/27/10 | | 0.00 | 90498.50 | 0.00 | 853.11- |
| 08/01/10 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/19/10 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 10/19/10 | | 0.00 | 90498.50 | 0.00 | 853.11- |
| 08/01/10 | PAYMENT | 1205.77 | 79.12 | 677.45 | 449.20 |
| 10/06/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/04/10 | | 0.00 | 90498.50 | 0.00 | 853.11- |
| 08/01/10 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/06/10 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 10/06/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/01/10 | FEE BILLED | 11.25 | 0.00 | 0.00 | 0.00 |
| 09/28/10 | PROP INSPECT | 11.25 | 0.00 | 0.00 | 0.00 |
| 09/28/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/01/10 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/17/10 | | 0.00 | 0.00 | 37.82 | 0.00 |

| Date | Description | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|---|
| 09/17/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/01/10 | PAYMENT | 1205.77 | 78.54 | 678.03 | 449.20 |
| 09/09/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/07/10 | | 0.00 | 90577.62 | 0.00 | 1302.31- |
| 07/01/10 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/09/10 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 09/09/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/01/10 | FEE BILLED | 13.00 | 0.00 | 0.00 | 0.00 |
| 08/24/10 | PROP INSPECT | 13.00 | 0.00 | 0.00 | 0.00 |
| 08/24/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/01/10 | FEE BILLED | 83.00 | 0.00 | 0.00 | 0.00 |
| 08/24/10 | CORP ADV 3 D | 83.00 | 0.00 | 0.00 | 0.00 |
| 08/24/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/01/10 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/17/10 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 08/17/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/01/10 | PAYMENT | 1205.77 | 77.95 | 678.62 | 449.20 |
| 08/04/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/02/10 | | 0.00 | 90656.16 | 0.00 | 1751.51- |
| 06/01/10 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/04/10 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 08/04/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/01/10 | ESC DISB | 2417.99- | 0.00 | 0.00 | 2417.99- |
| 08/02/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/02/10 | | 0.00 | 90734.11 | 0.00 | 2200.71- |
| 05/01/10 | FEE BILLED | 13.00 | 0.00 | 0.00 | 0.00 |
| 08/02/10 | PROP INSPECT | 13.00 | 0.00 | 0.00 | 0.00 |
| 08/02/10 | | 0.00 | 90734.11 | 0.00 | 2200.71- |
| 05/01/10 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/17/10 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 07/17/10 | | 0.00 | 90734.11 | 0.00 | 2200.71- |
| 05/01/10 | ESC DISB | 1031.00- | 0.00 | 0.00 | 1031.00- |
| 07/06/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/06/10 | | 0.00 | 90734.11 | 0.00 | 217.28 |
| 05/01/10 | PAYMENT | 1205.77 | 77.38 | 679.19 | 449.20 |
| 06/30/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/30/10 | | 0.00 | 90734.11 | 0.00 | 1248.28 |
| 05/01/10 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/30/10 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 06/30/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/01/10 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/17/10 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 06/17/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/01/10 | PAYMENT | 1205.77 | 76.80 | 679.77 | 449.20 |
| 05/28/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/28/10 | | 0.00 | 90811.49 | 0.00 | 799.08 |
| 04/01/10 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/28/10 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 05/28/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/01/10 | FEE BILLED | 11.25 | 0.00 | 0.00 | 0.00 |
| 05/21/10 | PROP INSPECT | 11.25 | 0.00 | 0.00 | 0.00 |
| 05/21/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/01/10 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/18/10 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 05/18/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/01/10 | ESC DISB | 2417.99- | 0.00 | 0.00 | 2417.99- |
| 05/06/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/06/10 | | 0.00 | 90888.29 | 0.00 | 349.88 |
| 03/01/10 | PAYMENT | 1205.77 | 76.23 | 680.34 | 449.20 |
| 04/30/10 | | 0.00 | 0.00 | 0.00 | 0.00 |

| Date | Description | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|---|
| 04/29/10 | | 0.00 | 90888.29 | 0.00 | 2767.87 |
| 03/01/10 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/30/10 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 04/30/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/01/10 | FEE BILLED | 13.00 | 0.00 | 0.00 | 0.00 |
| 04/22/10 | PROP INSPECT | 13.00 | 0.00 | 0.00 | 0.00 |
| 04/22/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/01/10 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/17/10 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 04/17/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/01/10 | FEE BILLED | 11.25 | 0.00 | 0.00 | 0.00 |
| 03/30/10 | PROP INSPECT | 11.25 | 0.00 | 0.00 | 0.00 |
| 03/30/10 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/01/10 | PAYMENT | 946.97 | 75.67 | 680.90 | 449.20 |
| 03/30/10 | | 0.00 | 258.80- | 0.00 | 0.00 |
| 03/29/10 | | 0.00 | 90964.52 | 0.00 | 2318.67 |
| 02/01/10 | UNAPPLIED | 258.80- | 0.00 | 0.00 | 0.00 |
| 03/30/10 | | 0.00 | 258.80- | 0.00 | 0.00 |
| 03/30/10 | | 0.00 | 90964.52 | 0.00 | 2318.67 |
| 02/01/10 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/30/10 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 03/30/10 | | 258.80 | 0.00 | 0.00 | 0.00 |
| 01/01/10 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/17/10 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 03/17/10 | | 258.80 | 0.00 | 0.00 | 0.00 |
| 01/01/10 | FEE BILLED | 11.25 | 0.00 | 0.00 | 0.00 |
| 03/01/10 | PROP INSPECT | 11.25 | 0.00 | 0.00 | 0.00 |
| 03/01/10 | | 258.80 | 0.00 | 0.00 | 0.00 |
| 01/01/10 | FEE PAID | 7.50 | 0.00 | 0.00 | 0.00 |
| 02/26/10 | | 7.50 | 0.00 | 0.00 | 0.00 |
| 02/26/10 | | 258.80 | 0.00 | 0.00 | 0.00 |
| 01/01/10 | FEE BILLED | 7.50 | 0.00 | 0.00 | 0.00 |
| 02/26/10 | SPEEDPAY FEE | 7.50 | 0.00 | 0.00 | 0.00 |
| 02/26/10 | | 258.80 | 0.00 | 0.00 | 0.00 |
| 01/01/10 | MISC RECEIPT | 258.80 | 0.00 | 0.00 | 0.00 |
| 02/26/10 | | 0.00 | 258.80 | 0.00 | 0.00 |
| 02/26/10 | | 258.80 | 91040.19 | 0.00 | 1869.47 |
| 01/01/10 | UNAPPLIED | 258.80 | 0.00 | 0.00 | 0.00 |
| 02/26/10 | | 0.00 | 258.80 | 0.00 | 0.00 |
| 02/26/10 | | 258.80 | 91040.19 | 0.00 | 1869.47 |
| 01/01/10 | PAYMENT | 946.97 | 75.10 | 681.47 | 449.20 |
| 02/26/10 | | 0.00 | 258.80- | 0.00 | 0.00 |
| 02/26/10 | | 0.00 | 91040.19 | 0.00 | 1869.47 |
| 01/01/10 | UNAPPLIED | 258.80- | 0.00 | 0.00 | 0.00 |
| 02/26/10 | | 0.00 | 258.80- | 0.00 | 0.00 |
| 02/26/10 | | 0.00 | 91040.19 | 0.00 | 1869.47 |
| 01/01/10 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/26/10 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 02/26/10 | | 258.80 | 0.00 | 0.00 | 0.00 |
| 12/01/09 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/17/10 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 02/17/10 | | 258.80 | 0.00 | 0.00 | 0.00 |
| 12/01/09 | FEE PAID | 7.50 | 0.00 | 0.00 | 0.00 |
| 01/27/10 | | 7.50 | 0.00 | 0.00 | 0.00 |
| 01/27/10 | | 258.80 | 0.00 | 0.00 | 0.00 |
| 12/01/09 | FEE BILLED | 7.50 | 0.00 | 0.00 | 0.00 |
| 01/27/10 | SPEEDPAY FEE | 7.50 | 0.00 | 0.00 | 0.00 |
| 01/27/10 | | 258.80 | 0.00 | 0.00 | 0.00 |
| 12/01/09 | MISC RECEIPT | 258.80 | 0.00 | 0.00 | 0.00 |
| 01/27/10 | | 0.00 | 258.80 | 0.00 | 0.00 |

| Date | Description | Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|---|---|
| 01/27/10 | | 258.80 | 91115.29 | 0.00 | 1420.27 |
| 12/01/09 | UNAPPLIED | 258.80 | 0.00 | 0.00 | 0.00 |
| 01/27/10 | | 0.00 | 258.80 | 0.00 | 0.00 |
| 01/27/10 | | 258.80 | 91115.29 | 0.00 | 1420.27 |
| 12/01/09 | PAYMENT | 946.97 | 74.55 | 682.02 | 449.20 |
| 01/27/10 | | 0.00 | 258.80- | 0.00 | 0.00 |
| 01/27/10 | | 0.00 | 91115.29 | 0.00 | 1420.27 |
| 12/01/09 | UNAPPLIED | 258.80- | 0.00 | 0.00 | 0.00 |
| 01/27/10 | | 0.00 | 258.80- | 0.00 | 0.00 |
| 01/27/10 | | 0.00 | 91115.29 | 0.00 | 1420.27 |
| 12/01/09 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/27/10 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 01/27/10 | | 258.80 | 0.00 | 0.00 | 0.00 |
| 11/01/09 | FEE BILLED | 11.25 | 0.00 | 0.00 | 0.00 |
| 01/21/10 | PROP INSPECT | 11.25 | 0.00 | 0.00 | 0.00 |
| 01/21/10 | | 258.80 | 0.00 | 0.00 | 0.00 |
| 11/01/09 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 01/19/10 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 01/19/10 | | 258.80 | 0.00 | 0.00 | 0.00 |
| 11/01/09 | FEE BILLED | 11.25 | 0.00 | 0.00 | 0.00 |
| 12/23/09 | PROP INSPECT | 11.25 | 0.00 | 0.00 | 0.00 |
| 12/23/09 | | 258.80 | 0.00 | 0.00 | 0.00 |
| 11/01/09 | MISC RECEIPT | 205.77 | 0.00 | 0.00 | 0.00 |
| 12/21/09 | | 0.00 | 205.77 | 0.00 | 0.00 |
| 12/18/09 | | 258.80 | 91189.84 | 0.00 | 971.07 |
| 11/01/09 | UNAPPLIED | 205.77 | 0.00 | 0.00 | 0.00 |
| 12/21/09 | | 0.00 | 205.77 | 0.00 | 0.00 |
| 12/21/09 | | 258.80 | 91189.84 | 0.00 | 971.07 |
| 11/01/09 | MISC RECEIPT | 53.03 | 0.00 | 0.00 | 0.00 |
| 12/21/09 | | 0.00 | 53.03 | 0.00 | 0.00 |
| 12/18/09 | | 53.03 | 91189.84 | 0.00 | 971.07 |
| 11/01/09 | UNAPPLIED | 53.03 | 0.00 | 0.00 | 0.00 |
| 12/21/09 | | 0.00 | 53.03 | 0.00 | 0.00 |
| 12/21/09 | | 53.03 | 91189.84 | 0.00 | 971.07 |
| 11/01/09 | PAYMENT | 946.97 | 73.99 | 682.58 | 449.20 |
| 12/21/09 | | 0.00 | 258.80- | 0.00 | 0.00 |
| 12/18/09 | | 0.00 | 91189.84 | 0.00 | 971.07 |
| 11/01/09 | UNAPPLIED | 258.80- | 0.00 | 0.00 | 0.00 |
| 12/21/09 | | 0.00 | 258.80- | 0.00 | 0.00 |
| 12/21/09 | | 0.00 | 91189.84 | 0.00 | 971.07 |
| 11/01/09 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/21/09 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 12/21/09 | | 258.80 | 0.00 | 0.00 | 0.00 |
| 10/01/09 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/17/09 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 12/17/09 | | 258.80 | 0.00 | 0.00 | 0.00 |
| 10/01/09 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/17/09 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 11/17/09 | | 258.80 | 0.00 | 0.00 | 0.00 |
| 10/01/09 | MISC RECEIPT | 258.80 | 0.00 | 0.00 | 0.00 |
| 11/04/09 | | 0.00 | 258.80 | 0.00 | 0.00 |
| 11/02/09 | | 258.80 | 91263.83 | 0.00 | 521.87 |
| 10/01/09 | UNAPPLIED | 258.80 | 0.00 | 0.00 | 0.00 |
| 11/04/09 | | 0.00 | 258.80 | 0.00 | 0.00 |
| 11/04/09 | | 258.80 | 91263.83 | 0.00 | 521.87 |
| 10/01/09 | PAYMENT | 946.97 | 73.44 | 683.13 | 449.20 |
| 11/04/09 | | 0.00 | 258.80- | 0.00 | 0.00 |
| 11/02/09 | | 0.00 | 91263.83 | 0.00 | 521.87 |
| 10/01/09 | UNAPPLIED | 258.80- | 0.00 | 0.00 | 0.00 |
| 11/04/09 | | 0.00 | 258.80- | 0.00 | 0.00 |

| Date | Type | Col1 | Col2 | Col3 | Col4 |
|---|---|---:|---:|---:|---:|
| 11/04/09 | | 0.00 | 91263.83 | 0.00 | 521.87 |
| 10/01/09 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/04/09 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 11/04/09 | | 258.80 | 0.00 | 0.00 | 0.00 |
| 09/01/09 | STD LATE CHG | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/19/09 | | 0.00 | 0.00 | 37.82 | 0.00 |
| 10/19/09 | | 258.80 | 0.00 | 0.00 | 0.00 |
| 09/01/09 | MISC RECEIPT | 258.80 | 0.00 | 0.00 | 0.00 |
| 10/05/09 | | 0.00 | 258.80 | 0.00 | 0.00 |
| 10/02/09 | | 258.80 | 91337.27 | 0.00 | 72.67 |
| 09/01/09 | UNAPPLIED | 258.80 | 0.00 | 0.00 | 0.00 |
| 10/05/09 | | 0.00 | 258.80 | 0.00 | 0.00 |
| 10/05/09 | | 258.80 | 91337.27 | 0.00 | 72.67 |
| 09/01/09 | PAYMENT | 946.97 | 72.90 | 683.67 | 449.20 |
| 10/05/09 | | 0.00 | 258.80- | 0.00 | 0.00 |
| 10/02/09 | | 0.00 | 91337.27 | 0.00 | 72.67 |
| 09/01/09 | UNAPPLIED | 258.80- | 0.00 | 0.00 | 0.00 |
| 10/05/09 | | 0.00 | 258.80- | 0.00 | 0.00 |
| 10/05/09 | | 0.00 | 91337.27 | 0.00 | 72.67 |
| 09/01/09 | LCHG/UNC INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/05/09 | | 0.00 | 0.00 | 37.82- | 0.00 |
| 10/05/09 | | 258.80 | 0.00 | 0.00 | 0.00 |

10920 Moree Rd
Crete, IL 60417

Residential Capital LLC
PO Box 385220
Bloomington, MN
55438