**EXHIBIT "D"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

RESIDENTIAL CAPITAL, LLC, *et al.*,

Debtors.

-------------------------------------------------------------------X

Chapter 11

Case No. 12-12020 (MG)

Jointly Administered

### ORDER APPROVING DEBTOR'S MOTION, PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, FOR APPROVAL OF STIPULATION RESOLVING DISPUTE

Upon the motion (the "**Motion**") of the above-captioned debtors and debtors-in-possession (each a "**Debtor**"), pursuant to section 105 of title 11 of the United States Code and Federal Rule of Bankruptcy Procedure 9019, for approval of the *Settlement Agreement and Mutual Releases* (the "**Settlement**"), attached to the Motion as Exhibit "A," entered into between and among Debtor Residential Funding Company, LLC, Virginia Wolf, as Executrix for The Estate of Mark M. Wolf, and the Lawyers' Fund for Client Protection for the State of New York, on October 2, 2013; and good and sufficient notice of the Motion having been given and no other or further notice being required; and any objections to the Motion having been overruled; and it appearing that the Court has jurisdiction over this matter; and after due deliberation thereon, it is

**ORDERED** that the Motion is granted; and if it further

**ORDERED** that the Settlement, attached to the Motion as Exhibit "A," is approved.

Dated: New York, New York
_____, 2013

_____
UNITED STATES BANKRUPTCY JUDGE

964015v.1