|  |  |
|---|---|
| Hearing Date & Time: | December 11, 2013, at 10:00 a.m. |
| Objection Deadline: | December 4, 2013, at 5:00 p.m |

Alan E. Marder, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530
Phone: (516) 741-6565
Fax: (516) 741-6706

*Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

In re:

**RESIDENTIAL CAPITAL, LLC,** *et al.*,

                             **Debtors.**
---------------------------------------------------------------X

Chapter 11

Case No. 12-12020 (MG)

Jointly Administered

### NOTICE OF HEARING ON DEBTOR'S MOTION, PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, FOR APPROVAL OF STIPULATION RESOLVING DISPUTE

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors-in-possession (each a "**Debtor**" and, collectively, the "**Debtors**"), by their counsel, Meyer, Suozzi, English & Klein, P.C., have filed the *Debtor's Motion, Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, for Approval of Stipulation Resolving Dispute*, dated October 28, 2013 (the "**Motion**"). A copy of the Motion accompanies this Notice.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion and any objections thereto will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York on **December 11, 2013 at 10:00 a.m.** or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motions shall be made in writing, shall state with particularity the grounds supporting the objection and shall be filed and served so that they are received by (a) the attorneys for the Debtors, Meyer, Suozzi,

English & Klein, P.C., 990 Stewart Avenue, Suite 300, P.O. Box 9194, Garden City, New York 11530, Attn: Alan E. Marder, Esq.; and (b) the Office of the United States Trustee, not later than **5:00 p.m. on December 4, 2013**.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motions, if any, shall be filed with the Court electronically in accordance with General Order M-242 (which can be found at [www.nysb.uscourts.gov](www.nysb.uscourts.gov)) by registered users of the Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-242.

**Dated:** **Garden City, New York**
**October 28, 2013**

**MEYER, SUOZZI, ENGLISH & KLEIN P.C.**
*Counsel to the Debtors*

**By:** */s/ Alan E. Marder*
   **Alan E. Marder, Esq.**
   **990 Stewart Avenue, Suite 300**
   **P.O. Box 9194**
   **Garden City, New York 11530**
   **Phone: (516) 741-6565**
   **Fax: (516) 741-6706**

965336