Floyd Green
Case No 12-12020(MG)

To Whom It May Concern

This letter is to oppose the expungement on the proposed claim. Every piece of proof that was sent about this claim, had the residential capital as the realty company that funded the refinance of our home. So we really don't understand or accept that there is No record of the ~~reserve~~ is no liability reflected in the Debtors Book. We are willing to ~~accept~~ consider and accept any proposed settlement.

Floyd Green