UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                           Chapter 11
    RESIDENTIAL CAPITAL, LLC et al.,                            CASE NO. 12-12020 (MG)
    Debtors.
_____/

### PALM BEACH COUNTY TAX COLLECTOR'S
### WITHDRAWAL OF CLAIM NO. 23

ANNE M. GANNON, Tax Collector, Palm Beach County ("GANNON"), by and through her undersigned attorney, files this *withdrawal of Claim No. 23* for the 2011 real property taxes identified by property control number 00-41-43-11-00-000-4320, located at 11718 North 46th Place, Royal Palm Beach, Florida 33411. The 2011 taxes are now paid.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Palm Beach County Tax Collector's Withdrawal of Claim No. 23* has been provided this 21st day of October, 2013, by U.S. Mail, postage prepaid to: **Jordan A. Wishnew, Esq.**, Attorney for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104; **Tracy Hope Davis, Office of the U.S. Trustee**, 201 Varick Street, Suite 1006, New York, NY 10004 and **ResCap Claims Processing Center c/o KCC**, 2335 Alaska Avenue, El Segundo, CA 90245.

                      Respectfully submitted,
                      James M. Brako, Esq.
                      Florida Bar No. 493211
                      Office of the Tax Collector
                      Post Office Box 3715
                      West Palm Beach, Florida 33402-3715
                      Telephone: (561) 355-2142
                      Fax:      (561) 355-1110
                      Email: jbrako@pbcgov.org

                      By: _____
                      Attorney for Anne M. Gannon
                      Constitutional Tax Collector,
                      Serving Palm Beach County