UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:

RESIDENTIAL CAPITAL, LLC, et al.

Debtors.

-------------------------------------------------------------------X

Chapter 11

Case No. 12-12020 (MG)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the declaration of David K. Fiveson affirmed October 28, 2013 and the declaration of Michael Y. MacKinnon sworn to October 24, 2013, together with exhibits, David K. Fiveson, a Principal of the firm Butler, Fitzgerald, Fiveson & McCarthy, A Professional Corporation, and a member of good standing of the Bar of this Court, hereby moves for an order pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York allowing the *pro hac vice* admission of:

> Michael Y. MacKinnon
> Pyle Sims Duncan & Stevenson, APC
> 401 B Street, Suite 1500
> San Diego, CA  92101
> Direct:  (619) 699-5285
> Main:  (619) 687-5200
> Fax:  (619) 687-5210

Michael Y. MacKinnon is a member in good standing of the Bar of the State of California.

Dated: New York, New York
      October 28, 2013

BUTLER, FITZGERALD, FIVESON
  & McCARTHY
A Professional Corporation
Attorneys for Creditors Jason and Jennifer Schermerhorn

By: _____
    David K. Fiveson, Esq.
A Principal of the Firm
Nine East 45th Street, Ninth Floor
New York, New York  10017
(212) 615-2200