UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

RESIDENTIAL CAPITAL, LLC, et al.

                    Debtors.

------------------------------------------------------------------X

**DECLARATION OF DAVID K. FIVESON**

Case No. 12-12020 (MG)

DAVID K. FIVESON, an attorney admitted to practice law before the Courts of the State of New York, affirms under penalties of perjury, as follows:

1. I am a Principal of Butler, Fitzgerald, Fiveson & McCarthy, A Professional Corporation. I am admitted to practice in the United States District and Bankruptcy Court for the Southern District of New York. I am local counsel for the creditors Jason Schermerhorn and Jennifer Schermerhorn.

2. I respectfully submit this declaration in support of the motion for Michael Y. MacKinnon's *pro hac vice* admission to this Court. Mr. MacKinnon will be appearing as co-counsel to the Schermerhorns.

3. Mr. MacKinnon is an attorney of Pyle Sims Duncan & Stevenson, A Professional Corporation, which has offices at 401 B Street, Suite 1500, San Diego, CA 92101.

4. Michael MacKinnon's declaration in support of this application is annexed hereto.

5.    I respectfully request this Court grant Michael MacKinnon *pro hac vice* admission to this Court pursuant to Local Civil Rule 1.3(c).

Dated: New York, New York
       October 28, 2013

_____
DAVID K. FIVESON