UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

RESIDENTIAL CAPITAL, LLC, et al.

                    Debtors.

------------------------------------------------------------------X

**DECLARATION OF MICHAEL Y. MacKINNON FOR ADMISSION *PRO HAC VICE***

Case No. 12-12020 (MG)

MICHAEL Y. MacKINNON, upon being duly sworn, deposes and says:

1. I am a Shareholder of Pyle Sims Duncan & Stevenson, A Professional Corporation, which has an office at 401 B Street, Suite 1500, San Diego, California 92101. My telephone number is 619-687-5200. My office fax number is 619-687-5210. My email address is miguelm@psdslaw.com .

2. I respectfully submit this declaration in support of the motion pursuant to this Court's Local Civil Rule 1.3(c) for an order permitting me to appear in this Court as co-counsel for the creditors James Schermerhorn and Jennifer Schermerhorn.

3. I am a 1974 graduate of Dartmouth College.

4. I was admitted to practice in the State of California in 1978. I remain eligible to practice law. I am in good standing with the California Bar.

5. Annexed as Exhibit A is my certificate of good standing issued from each state court in which I am a member of the bar.

6. I have never been admonished, censured, suspended or disbarred by any Court or State. I have never been denied admission to any Bar. I have never resigned from or surrendered my license to practice law. I have never been disciplined by any court.

2

7. I am familiar with the Federal Rules of Civil Procedure, the Local Rules of this Court and the Rules of Professional Conduct.

8. I respectfully request this Court grant my application for *pro hac vice* admission to the Bar of this Court pursuant to Rule 1.3(c). Annexed as Exhibit B is the proposed order granting *pro hac vice* admission.

Dated: October 24, 2013

_____
MICHAEL Y. MacKINNON

# ACKNOWLEDGMENT

State of California
County of _____San Diego_____)

On __October 24, 2013__ before me, __W.L. Madison, Notary Public__
(insert name and title of the officer)

personally appeared __Michael Y. MacKinnon__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____    (Seal)

W. L. MADISON
Commission # 1999403
Notary Public - California
San Diego County
My Comm. Expires Jun 27, 2015