UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

In re:                                                                    Case No. 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, et al.                                          **ORDER FOR ADMISSION**
                                                                          *PRO HAV VICE*

                                Debtors.

----------------------------------------------------------------------X

The Motion of David K. Fiveson, for the admission of Michael Y. MacKinnon to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Michael Y. MacKinnon |
| Firm's Name: | Pyle Sims Duncan & Stevenson, APC |
| Address: | 401 B Street, Suite 1500 |
| City / State / Zip: | San Diego, CA   92101 |
| Telephone / Fax: | (619) 699-5285-direct; (619) 687-5200-main |
| | (619) 687-5210-fax |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as co-counsel for creditors Jason Schermerhorn and Jennifer Schermerhorn in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Bankruptcy Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: **October 29, 2013**

                                                                    /s/Martin Glenn
                                                                    The Honorable Martin Glenn