Alan E. Marder, Esq.
**MEYER, SUOZZI, ENGLISH & KLEIN, P.C.**
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530
Phone: (516) 741-6565
Fax: (516) 741-6706

*Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| In re: | **Chapter 11** |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | **Case No. 12-12020 (MG)** |
| **Debtors.** | **Jointly Administered** |

-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Jessica G. Berman, hereby certify that on October 29, 2013, I caused true and correct copies of DEBTOR'S MOTION, PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, FOR APPROVAL OF STIPULATION RESOLVING DISPUTE to be to be sent, via First Class Mail, postage prepaid, to the parties listed below.

| | |
|---|---|
| Leonard Kreinces, Esq.<br>Kreinces & Rosenberg, P.C.<br>900 Merchants Concourse, Suite 305<br>Westbury, New York 11590<br><br>*Attorneys for Ginger Wolf, as Executrix* | Richard Rodgers, Assistant Attorney General<br>Eric Schneiderman<br>New York State Attorney General<br>The Capitol<br>Albany, New York 12224<br><br>*Attorneys for the Lawyers' Fund for Client Protection of the State of New York* |

　　　　　　　　　　　　　　　　　　　　　*/s/ Jessica G. Berman*
　　　　　　　　　　　　　　　　　　　　　Jessica G. Berman

965542