Case # 12-12020

RECEIVED OCT 28 BANKRUPTCY COURT SO DIST OF NEW YORK

Time 6 AM

Residental Capital LLC          October 22-13
Chaper 11 – Bankruptcy

Dear Sirs:

    I do believe I am a debtor to G.M.C. Mortage Co. I would like to pursue my Loan (Mortage) from GMAC.

    In a rush to feed at the trough of easy mortages money, they pushed my deaf husband into a predatary loan. The employee steered him into "the Hustle Program". Aiming Employees to churn out prefered loans to make more money for them from "Elderly Persons". Move them fast as possible, just before the housing market collapse. "Lock Them in"!!

    The fraudulent conduct in my complaint is: they; were and have continued a Spectacu-lary Brozen account at "GMAC Mortage Company". "Some One needs to go to prison at the Company".

    They enjoy a huge profit. How ever that profit is built on fraud and the backs of Elderly and Poor People.

    GMAC has continued to deny me a lower loan rate and snubb their nose at the Courts and the law.

    So can you help in my case? I know I have been wronged and Freddie

Mac is the Guarantor of my loan. They only give lip service to my plea's also. Talk a good game but no bite!!

Thank you for reading my letter!

Phone: 281 392-2220 home
281 392-3880 Fax

Sincerely
Bernice Jandrasi

Ms. Bernice Jandrasi
24607 Mount Auburn Dr.
Katy, TX 77494