MORRISON & FOERSTER LLP
Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
Samantha L. Martin
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

KRAMER LEVIN NAFTALIS &
FRANKEL LLP
Kenneth H. Eckstein
Douglas H. Mannal
Stephen D. Zide
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-3280
Facsimile:  (212) 715-8000

Alexandra Steinberg Barrage
2000 Pennsylvania Avenue, NW, Ste. 6000
Washington, DC 20006-1888
Telephone:  (202) 887-1500
Facsimile:  (202) 887-0763

*Counsel for the Official Committee of
Unsecured Creditors*

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

In re:

RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,

Debtors.

)
)
)
)
)
)
)
)
)

---------------------------------------------------------------

Case No. 12-12020 (MG)

Chapter 11

Jointly Administered

**NOTICE OF FILING OF THE ASSUMPTION SCHEDULE
CONSTITUTING EXHIBIT 1 OF THE PLAN SUPPLEMENT**

> **YOU ARE RECEIVING THIS NOTICE BECAUSE THE PLAN PROPONENTS HAVE DESIGNATED AN EXECUTORY CONTRACT OR UNEXPIRED LEASE TO WHICH YOU ARE A PARTY FOR ASSUMPTION.  PLEASE CAREFULLY READ THIS NOTICE AND THE ATTACHED DOCUMENTS AS YOUR RIGHTS ARE AFFECTED.  THE PLAN PROPONENTS ENCOURAGE PARTIES IN INTEREST TO REVIEW SUCH DOCUMENTS IN THEIR ENTIRETY AND CONSULT AN ATTORNEY IF THEY HAVE QUESTIONS OR SEEK ADVICE.**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.    By Order dated August 23, 2013 [Docket No. 4809] (the "Disclosure Statement Approval Order"), the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") approved the Disclosure Statement for the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors*, dated August 23, 2013 (including all exhibits thereto, the "Disclosure Statement"), for the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors*, dated August 23, 2013 (the "Plan"),[1] as containing adequate information within the meaning of section 1125 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").

2.    On **November 19, 2013 at 10:00 a.m.** (Prevailing Eastern Time) or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 to consider confirmation of the Plan, including all exhibits thereto and as amended, modified or supplemented from time to time, and for such other and further relief as may be just and proper (the "Confirmation Hearing"). The Confirmation Hearing may be adjourned from time to time by the Court without further notice. Additionally, the Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and other applicable law, without further notice, prior to or as a result of the Confirmation Hearing.

3.    On October 11, 2013, pursuant to the Plan and authority provided by the Disclosure Statement Approval Order, Residential Capital, LLC and its debtor subsidiaries, as debtors in possession (collectively, the "Debtors"), and the Official Committee for Unsecured Creditors (the "Creditors' Committee" and together with the Debtors, the "Plan Proponents") filed the Plan Supplement in connection with confirmation of the Plan, other than the schedule (the "Assumption Schedule") setting forth certain Executory Contracts and Unexpired Leases that the Plan Proponents have designated to be assumed and assigned to the Liquidating Trust (the "Assumed Agreements") pursuant to the Plan.

4.    Pursuant to the Disclosure Statement Approval Order, annexed hereto as Annex 1 is the Assumption Schedule.  The Assumption Schedule includes (a) the name of the non-Debtor counterparty, (b) the legal description of the Executory Contract or Unexpired Lease to be assumed, and (c) the proposed amount of an associated Cure Claim, if any.  You are receiving this Notice because you are a party to one or more of the Assumed Agreements.  The assumption of Executory Contracts and Unexpired Leases under the Plan shall include the vesting of such contracts in the Liquidating Trust.  The Confirmation Order will constitute an order of the Bankruptcy Court approving the above-described assumptions, assignments, and vesting.

5.    The Assumption Schedule also includes certain contracts and leases entered into by the Debtors after the Petition Date (the "Postpetition Agreements").  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust.  Out of an abundance of caution, the Plan Proponents are

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms as set forth in the Disclosure Statement Approval Order or the Plan, as applicable.

including the Postpetition Agreements on the Assumption Schedule. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan.

6.      **All responses and objections to the Assumption Schedule, including the challenge of a Cure Claim, if any, (collectively, the "Responses") must be actually received by the Plan Proponents no later than 5:00 p.m. (Prevailing Eastern Time) on November 12, 2013 (the "Objection Deadline"), fourteen (14) days from the date of this Notice. Any non-Debtor counterparty to an Assumed Agreement that fails timely file a Response will be deemed to have assented to such assumption and assignment, and related cure amount, and shall be forever barred from raising any Response in connection therewith.** Responses must (i) be in writing, (ii) state the name and address of the objecting or responding party and the amount and nature of the claim or interest of such party, (iii) state with particularity the basis and nature of any objection, response, or Cure Claim, (iv) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, (v) be filed electronically with the Bankruptcy Court in accordance with the Case Management Procedures, dated May 23, 2012 [Docket No. 141] (available at www.kccllc.net/rescap), and (vi) served in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) on the following parties: (a) the Clerk of the Bankruptcy Court, One Bowling Green, New York, New York 10004-1408; (b) Chambers of the Honorable Martin Glenn, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004; (c) attorneys for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York, 10104, Attn: Gary Lee, Lorenzo Marinuzzi, and Todd Goren; (d) the Debtors, Residential Capital LLC, Attn: Lewis Kruger, CRO, c/o Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104; (e) attorneys for the official committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York, 10036, Attn: Kenneth H. Eckstein, Douglas H. Mannal and Stephen D. Zide; (f) attorneys for Ally Financial, Inc., Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Richard M. Cieri and Ray C. Schrock; (g) the Office of the United States Trustee, Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Brian Masumoto and Michael Driscoll. Any Response not filed and served as set forth above will be deemed waived and will not be considered by the Court.

7.      If you agree with the respective cure amount(s) listed in the Assumption Schedule with respect to your assumed Executory Contract(s) or Unexpired Lease(s), and otherwise do not object to the Liquidating Trust's assumption of your Executory Contract(s) or Unexpired Lease(s), you are not required to take any further action.

8.      Unless a Response is filed and served before the Objection Deadline, you shall be deemed to have consented to the assumption and assignment of your Assumed Agreement(s) and the cure amount(s) for your Assumed Agreement(s), and acknowledged that no default exists other than those being cured by the cure amount(s) or defaults that are not required to be cured under section 365(b)(2) of the Bankruptcy Code. If such agreements are assumed, non-Debtor parties to the Assumed Agreement(s) shall be forever barred from (i) objecting to the assumption and assignment of the relevant Assumed Agreement(s), and (ii) asserting at any time any condition to assignment, default, Claims, obligations or breach and/or any additional cure, damage or other amounts with respect to the respective Assumed Agreement(s) against the Debtors, their Estates, or the Liquidating Trust. If no Response to the cure amount or the proposed assumption and

3

assignment of an Assumed Agreement is timely filed and served, the Debtors may assume and assign the Assumed Agreement to the Liquidating Trust, and the cure amount set forth in the Assumption Schedule shall be binding upon all non-Debtor parties to the Assumed Agreement(s) and any known third party beneficiaries to such Assumed Agreement(s).

9.      In the event a timely Response is filed with the Bankruptcy Court regarding whether a contract or lease is executory or unexpired, the right of the Plan Proponents to move to assume or reject such contract or lease shall be extended until the date that is thirty (30) days after the entry of a Final Order by the Bankruptcy Court determining that the contract or lease is executory or unexpired, in which case the deemed assumptions and rejections provided for in the Plan shall not apply to such contract or lease.

10.      In the event a timely Response is filed with the Bankruptcy Court that challenges a cure amount, or otherwise asserts that there exists outstanding defaults under an Assumed Agreement, such objection must set forth with specificity the cure amount being claimed by the objecting party or the nature of the asserted default, as applicable, and must include appropriate documentation in support thereof satisfactory to the Plan Proponents or the Liquidating Trust, as applicable. The Plan Proponents, prior to the Effective Date, or the Liquidating Trust, following the Effective Date, may settle any dispute on the amount of a Cure Claim without further notice to any party or action, approval, or order of the Bankruptcy Court.

11.      If a timely Response that challenges a proposed Cure Claim is sustained by the Bankruptcy Court, the Plan Proponents, prior to the Effective Date, or the Liquidating Trust, following the Effective Date, may elect to reject such Executory Contract or Unexpired Lease in lieu of assuming it on proper notice to the non-Debtor counterparty thereto, which non-Debtor counterparties shall then be entitled to file Proofs of Claim asserting Claims arising from the rejection thereof, if applicable, in accordance with the terms of the Plan and the Bar Date Order.

12.      If the Plan Proponents, prior to the Effective Date, or the Liquidating Trust, following the Effective Date, object to any request for payment of a Cure Claim, the Bankruptcy Court shall determine the Allowed amount of such Cure Claim and any related issues in the event the Plan Proponents or the Liquidating Trust, as applicable, and the non-Debtor counterparty cannot mutually resolve such issues. Unless the parties to the Executory Contract or Unexpired Lease agree otherwise, all disputed defaults that are required to be cured shall be cured by the later of (i) ten (10) days after entry of a Final Order determining the amount, if any, of the Debtors' liability with respect thereto and (ii) the Effective Date. The Plan Proponents, prior to the Effective Date, or the Liquidating Trust, following the Effective Date, reserve the right either to reject or nullify the assumption of any Executory Contract or Unexpired Lease no later than thirty (30) days after a Final Order determining a Cure Claim greater than that proposed by the Plan Proponents

13.      **THE ASSUMED CONTRACTS LISTED ON THE ASSUMPTION SCHEDULE INCLUDES EXECUTORY CONTRACTS AND UNEXPIRED LEASES THAT <u>MAY</u> BE ASSUMED. THE PLAN PROPONENTS (IF PRIOR TO THE EFFECTIVE DATE OF THE PLAN) AND THE LIQUIDATING TRUST (IF FOLLOWING THE EFFECTIVE DATE) RESERVE THEIR RIGHTS UNDER THE PLAN TO EXCLUDE ANY EXECUTORY CONTRACT AND/OR UNEXPIRED LEASE LISTED ON THE ASSUMPTION SCHEDULE FROM THOSE TO BE ASSUMED BY THE LIQUIDATING TRUST ON PROPER NOTICE TO THE COUNTERPARTY THERETO.**

14.    Neither the exclusion nor inclusion of any Executory Contract or Unexpired Lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an Executory Contract or Unexpired Lease capable of assumption, that any Debtor has any liability thereunder, or that such Executory Contract or Unexpired Lease is necessarily a binding and enforceable agreement.  Further, the Plan Proponents expressly may (a) remove any Executory Contract or Unexpired Lease from the Assumption Schedule and reject an Executory Contract or Unexpired Lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any Executory Contract or Unexpired Lease.

15.    **ASSUMPTION OF ANY EXECUTORY CONTRACT OR UNEXPIRED LEASE PURSUANT TO THE PLAN OR OTHERWISE SHALL RESULT IN THE FULL RELEASE AND SATISFACTION OF ANY CLAIMS OR DEFAULTS, WHETHER MONETARY OR NONMONETARY, INCLUDING DEFAULTS OF PROVISIONS RESTRICTING THE CHANGE IN CONTROL OR COMPOSITION OR OTHER BANKRUPTCY-RELATED DEFAULTS, ARISING UNDER ASSUMED EXECUTORY CONTRACT OR UNEXPIRED LEASE AT ANY TIME BEFORE THE DATE THE DEBTORS OR THE LIQUIDATING TRUST ASSUME SUCH EXECUTORY CONTRACT OR UNEXPIRED LEASE.  ANY PROOFS OF CLAIM FILED WITH RESPECT TO AN EXEUTORY CONTRACT OR UNEXPIRED LEASE THAT HAS BEEN ASSUMED SHALL BE DEEMED DISALLOWED AND EXPUNGED, WITHOUT FURTHER NOTICE TO OR ACTION, ORDER OR APPROVAL OF THE BANKRUPTCY COURT.**

16.    The rejection of any Executory Contract or Unexpired Lease pursuant to the Plan shall not constitute a termination of pre-existing obligations owed to the Debtors under such Executory Contract or Unexpired Lease.  Notwithstanding any applicable non-bankruptcy law to the contrary, the Debtors expressly reserve and do not waive any right to receive, or any continuing obligation of a non-Debtor party to provide, warranties, indemnifications or continued maintenance obligations on goods previously purchased, or services previously received, by the contracting Debtors from non-Debtor parties to such rejected contracts or leases, and any such rights will vest in the Liquidating Trust.

17.    The Plan Proponents reserves the right to alter, amend, modify or supplement any document in the Plan Supplement, including the Assumption Schedule, as provided by the Plan.

18.    Copies of the Plan, the Disclosure Statement, the Disclosure Statement Approval Order, and the Assumption Schedule can be viewed and obtained for a fee via PACER at www.pacer.gov or (without charge) on the Debtors' restructuring website at www.kccllc.net/rescap.

*[Remainder of Page Intentionally Left Blank]*

ny-1114311

Dated: October 29, 2013
      New York, New York

/s/ Gary S. Lee

Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
Samantha L. Martin
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile:  (212) 468-7900

Alexandra Steinberg Barrage
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW, Ste 6000
Washington, DC 20006-1888
Telephone:  (202) 887-1500
Facsimile:  (202) 887-0763

*Counsel for the Debtors and
Debtors in Possession*

-and-

Kenneth H. Eckstein
Douglas H. Mannal
Stephen D. Zide
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-3280
Facsimile:  (212) 715-8000

*Counsel for the Official Committee of
Unsecured Creditors*

ny-1114311

## **Annex 1**

ny-1114311

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC Model Home Finance 1, LLC | 1)  CMH Holdings, LLC<br>2)  Cerberus Capital Management | Amended and Restated Limited Liability Company Agreement of CMH Holdings LLC | 6/6/2008 | 1)  Cerberus ResCap Asset Investors LLC<br><br><br>2)  Schulte Roth & Zabel LLP | Cerberus ResCap Assets Investors LLC c/o Cerberus Capital Mgmt LP Attention:  Mark Neporent 299 Park Avenue New York, NY  10171<br><br>Schulte Roth & Zabel LLP 919 Third Avenue New York, NY  10022 Attention: John Pollack | $0.00 |
| GMAC Mortgage, LLC | Ally Bank | Custodial Agreement dated July 1, 2009, as amended | 7/1/2009 | Ally Bank | 1100 Virginia Drive, Fort Washington PA 19034 attn: Director Document Custody Michael Hebling | $0.00 |
| Residential Capital, LLC | ATC Capital Markets | International tax advisory, Netherlands | 8/5/2010 | Fernando Oscar Account Manager | ATC Capital Markets | Olympic Plaza | Fred. Roeskestraat 123 | 1076 EE Amsterdam | The Netherlands | $0.00 |
| GMAC Mortgage, LLC | AvePoint | Master Service Agreement - AvePoint is a search based tool for SharePoint site. | 1/1/2008 | Claire Ma | Harborside Financial Center, Plaza 10, Suite 202, 3 Second Street Jersey City, NJ  07311 | $0.00 |
| Residential Funding Corporation, K.N.A Residential Funding Company, LLC | Beazer Homes Corp., a Tennessee corporation | Belmont, LLC | 6/2/2005 | Belmont, LLC<br><br>Beazer Homes USA, Inc.<br><br>Beazer Homes Corp.<br><br>James Mancuso, Esquire<br><br>LandAmerica Lawyers Title | 2630 S. Falkenburg Road, Riverview, FL 33569 Attention: Ed Suchora 1000 Abernathy Road, Ste 200, Atlanta, GA, Attn: Cory J. Boydston 2630 S. Falkenburg Rd., Riverview, FL 33569, Attn: Ed Suchora 1025 Greenwood Blvd., Ste 222, Lake Mary, FL 32746 14802 N. Dale Mabry Hwy., Ste 100, Tampa, FL 33618 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement.  Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Funding Corporation, K.N.A Residential Funding Company, LLC | Beazer Homes Corp., a Tennessee corporation | Rivermarsh Development, LLC | 2/1/2006<br><br>Most of the deal docs are dated 6/28/05; however, the deal didn't close until February 2006 | River Marsh Development, LLC<br><br>Beazer Homes USA, Inc. | Attn: Jeff Hoza 1000 Abernathy Rd., Ste 1200, Atlanta, GA 30328<br><br>Attn: Don Knutson, 14901 Bogle Drive, Chantilly, VA 20151 | $0.00 |
| Residential Capital, LLC and other companies | Berkshire Hathaway, Inc | Asset Purchase Agreement and related documents | APA dated 11/2/2012 | Marc D. Hamburg ; Thomas Walper | Berkshire Hathaway Inc.<br>1440 Kiewit Plaza<br>Omaha, NE 68131<br>Attention: Marc D. Hamburg<br><br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071<br>Attention: Thomas Walper | $0.00 |
| Residential Capital LLC | Centerview Partners LLC | Investment Banking Advisor Agreement and any amendments thereto | 10/18/2011 | Centerview Partners | 31 West 52nd Street, 22nd Floor<br>New York, NY  10019 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement.  Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC (The entities are all international non-debtors that roll up to ResCap.  This agreement brought in SFM UK to take over the director duties of the entities, when Jim Whit and David Marquardt stepped down as directors.  This agreement was put in place this past Feb/March.) | Citi | Restricted cash for NY licensing- in legal dispute with Citi over return of funds | 8/19/2011 | Emil Cornejo | 730 Veterans Highway Hauppauge, NY,  11788 | $0.00 |
| Residential Capital, LLC | CMH Holdings LLC | Servicing Agreement | 7/24/2008 | 1)  Cerberus ResCap Asset Investors LLC<br><br>2)  Schulte Roth & Zabel LLP | Cerberus ResCap Assets Investors LLC c/o Cerberus Capital Mgmt LP Attention:  Mark Neporent 299 Park Avenue New York, NY  10171<br><br>Schulte Roth & Zabel LLP 919 Third Avenue New York, NY  10022 Attention: John Pollack | $0.00 |
| RFC, as successor-in-interest to Residential Funding Corporation | Community Bank of Northern Virginia (CBNV) and PNC Bank NA (PNC), as successor-in-interest to CBNV | Indemnification agreement requiring the loan originator (CBNV/PNC) to indemnify RFC in certain circumstances. The contract incorporates the terms of RFC's July 1, 1997 AlterNet Seller Guide | 5/15/1998 | PNC Bank, N.A.  Attn: William H. Callihan | 249 Fifth Avenue, One PNC Plaza, Pittsburgh, PA 15222 | $0.00 |
| Residential Capital, LLC | Corporation Service Company ("CSC") | | | Credit Rep:  J. Latham | 2711 Centerville Road, Suite 400 Wilmington, DE  19808 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement.  Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC Mortgage LLC; | Federal Housing Administration | Application, as approved | Dated 9/1/2006, Received 9/6/2006 | Cristine Irvin Phillips; Ms. Ana I. Fabregas | Assistant United States Attorney, Southern District of New York, 86 Chambers Street, 3rd Floor, New York, NY 10007; U.S. Department of HUD, Portals Building, Ste 200, 1250 Maryland Ave., SW, Washington, DC, 20024 | $0.00 |
| Residential Funding Company, LLC, as successor to Residential Funding Corporation. | Foreign Obligation Exchange, Inc. 2002-HI4, as issuer; JPMorgan Chase Bank, as Class B Trustee; | Management Agreement | 9/26/2002 | Class B Issuer; JPMorgan Chase Bank | Foreign Obligation Exchange, Inc. 2002-HI4, c/o QSPV Limited, Queensgate House, P.O. Box 1093GT, South Church Street, Grand Cayman, Cayman Islands, B.W.I, Attention: Foreign Obligation Exchange 2002-HI4; JPMorgan Chase Bank, 4 New York Plaza 6th Floor, New York, New York 10004, Attention: FOXI, Home Loan Trust, Series 2002-HI4 | $0.00 |
| Residential Funding Company, LLC, as successor to Residential Funding Corporation. | Foreign Obligation Exchange, Inc. 2002-HI5, as issuer; JPMorgan Chase Bank, as Class B Trustee; | Management Agreement | 1/3/2003 | Class B Issuer; JPMorgan Chase Bank | Foreign Obligation Exchange, Inc. 2002-HI5, c/o QSPV Limited, Queensgate House, P.O. Box 1093GT, South Church Street, Grand Cayman, Cayman Islands, B.W.I, Attention: Foreign Obligation Exchange 2002-HI5; JPMorgan Chase Bank, 4 New York Plaza 6th Floor, New York, New York 10004, Attention: FOXI, Home Loan Trust, Series 2002-HI5 | $0.00 |
| Residential Funding Company, LLC, as successor to Residential Funding Corporation. | Foreign Obligation Exchange, Inc. 2003-HI1, as issuer; JPMorgan Chase Bank, as Class B Trustee; | Management Agreement | 3/28/2003 | Class B Issuer; JPMorgan Chase Bank | Foreign Obligation Exchange, Inc. 2003-HI1, c/o QSPV Limited, Queensgate House, P.O. Box 1093GT, South Church Street, Grand Cayman, Cayman Islands, B.W.I, Attention: Foreign Obligation Exchange 2003-HI1; JPMorgan Chase Bank, 4 New York Plaza 6th Floor, New York, New York 10004, Attention: FOXI, Home Loan Trust, Series 2003-HI1 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement.  Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Funding Company, LLC, as successor to Residential Funding Corporation. | Foreign Obligation Exchange, Inc. 2003-HI2, as issuer; JPMorgan Chase Bank, as Class B Trustee; | Management Agreement | 6/27/2003 | Class B Issuer; JPMorgan Chase Bank | Foreign Obligation Exchange, Inc. 2003-HI2, c/o QSPV Limited, Queensgate House, P.O. Box 1093GT, South Church Street, Grand Cayman, Cayman Islands, B.W.I, Attention: Foreign Obligation Exchange 2003-HI2; JPMorgan Chase Bank, 4 New York Plaza 6th Floor, New York, New York 10004, Attention: FOXI, Home Loan Trust, Series 2003-HI2 | $0.00 |
| Residential Funding Company, LLC, as successor to Residential Funding Corporation. | Foreign Obligation Exchange, Inc. 2003-HI4, as issuer; JPMorgan Chase Bank, as Class B Trustee; | Management Agreement | 12/23/2003 | Class B Issuer; JPMorgan Chase Bank | Foreign Obligation Exchange, Inc. 2003-HI4, c/o QSPV Limited, Queensgate House, P.O. Box 1093GT, South Church Street, Grand Cayman, Cayman Islands, B.W.I, Attention: Foreign Obligation Exchange 2003-HI4; JPMorgan Chase Bank, 4 New York Plaza 6th Floor, New York, New York 10004, Attention: FOXI, Home Loan Trust, Series 2003-HI4 | $0.00 |
| Residential Funding Company, LLC, as successor to Residential Funding Corporation. | Foreign Obligation Exchange, Inc. 2004-HI1, as issuer; JPMorgan Chase Bank, as Class B Trustee; | Management Agreement | 3/29/2004 | Class B Issuer; JPMorgan Chase Bank | Foreign Obligation Exchange, Inc. 2004-HI1, c/o QSPV Limited, Queensgate House, P.O. Box 1093GT, South Church Street, Grand Cayman, Cayman Islands, B.W.I, Attention: Foreign Obligation Exchange 2004-HI1; JPMorgan Chase Bank, 4 New York Plaza 6th Floor, New York, New York 10004, Attention: FOXI, Home Loan Trust, Series 2004-HI1 | $0.00 |
| GMAC Mortgage, LLC | GMAC Mortgage Ginnie Mae Escrow - The Bank of New York Mellon | Escrow Agreement between The Bank of New York Mellon, GMAC Mortgage LLC, and the Government National Mortgage Association (Ginnie Mae) | 12/21/2009 | F. Phil Triolo | Escrow Agent Corporate Trust Administration 101 Barclay Street - Floor 8W New York, New York, 10286 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement.  Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC Mortgage LLC | Government National Mortgage Association | Special Account Agreement and related amendments thereto | 12/16/2008 | Joe Cordaro | Assistant United States Attorney, Southern District of New York, 86 Chambers Street, 3rd Floor, New York, NY 10007 | $0.00 |
| Residential Funding Corporation | Gregory B. Lucas | Guaranty and related documents | 6/1/2006 | Gregory B. Lucas | 805 North Pennsylvania,  Glendora, CA 91741 | $0.00 |
| RFC, as successor-in-interest to Residential Funding Corporation | Guaranty National Bank of Tallahassee (GNBT) and Federal Deposit Insurance Corporation (FDIC), as successor-in-interest to GNBT | Indemnification agreement requiring the loan originator (GNBT/FDIC) to indemnify RFC in certain circumstances. The contract incorporates the terms of RFC's Consumer Finance Acquisitions Guide | 2/10/2000 | Federal Deposit Insurance Corporation Receiver: Guaranty National Bank of Tallahassee Attention: Claims Department, DRR | 1601 Bryan Street, Dallas, TX  75201 | $0.00 |
| GMAC Residential Funding Corporation | Hearthstone MS II Professionals, LLC | Amended and Restated Operating Agreement of Hearthstone-MSII Homebuilding Investors, LLC and all amendments thereto | 9/1/1999 | Hearthstone Advisors, Inc Attn: James Pugash | c/o Hearthstone Advisors, Inc 55 Francisco Street, Suite 700 San Francisco, CA  94133 | $0.00 |
| Residential Funding Corporation | Hearthstone Professionals - RFC, LLC | Operating Agreement of Hearthstone-RFC Homebuilding Investors, LLC - along with all amendments thereto | 10/1/1997 | Hearthstone Advisors, Inc Attn: James Pugash | c/o Hearthstone Advisors, Inc 55 Francisco Street, Suite 700 San Francisco, CA  94133 | $0.00 |
| Residential Funding Corporation | Hearthstone Professionals II, LP | Limited Partnership Agreement of Hearthstone Multi-State Homebuilding Partners, LP - along with all amendments thereto | 9/15/1994 | Hearthstone Advisors, Inc Attn: Richard Werner | Hearthstone Professional V, LP c/o Hearthstone Advisors, Inc 16830 Ventura Blvd, Suite 352 Encino, CA  91436 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement.  Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC (The entities are all international non-debtors that roll up to ResCap. This agreement brought in SFM UK to take over the director duties of the entities, when Jim Whit and David Marquardt stepped down as directors. This agreement was put in place this past Feb/March.) | Hewlett-Packard Corporation | Master Service Agreement - Printing and maintaince contract for all HP printers | 10/3/2005 | Tad Taggart | 20000 Victor Parkway, Suite 200 Livonia, MI 48152 United States | $0.00 |
| GMAC Mortgage, LLC | JP Morgan Chase | Securities custodian agreement and any amendments thereto | 3/31/2011 | JP Morgan Chase | 713 Main St Floor 6 Houston, TX 77002-3201 | $24,750.65 |
| Residential Funding Company, LLC | MERS | MERSCORP, Inc. Class B Common Stock | 11/21/2011 | MERSCORP, attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | $0.00 |
| GMAC Mortgage LLC | MERS | Membership Agreement & related SSAs | | MERSCORP, attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | $0.00 |
| Residential Funding Company, LLC | MERS | Membership Agreement & related SSAs | | MERSCORP, attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | $0.00 |
| GMAC Mortgage LLC | MERS | MERS Parent/Child Relationship Agreement | | Bill Hazeltine | Sullivan Hazeltine Allinson LLC, 901 N. Market St., Suite 1300, Wilmington, DE 19801 | $0.00 |
| GMAC Mortgage, LLC | Morgan Stanley & Co., Incorporated | Collateral Account Control Agreement among GMAC Mortgage, Morgan Stanley Co. Incorporated, and the Bank of New York Mellon | 8/18/2010 | Rick Arendas | One Wall Street New York, New York 10286 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Funding Company LLC | Residential Funding Company, LLC and Wells Fargo Bank, N.A. | Subservicer Contract | 2/1/2007 | Wells Fargo Bank, N.A. | Wells Fargo Bank, N.A., 1 Home Campus, Des Moines, Iowa 50328-0001, Attention: John. B Brown, MAC X2302-033 and General Counsel, MAC X2401-06T | $0.00 |
| GMAC Mortgage LLC | Rexford Road Lease Assignment | Lease Assignment for the Rexford Road location in Charlotte, NC. | 3/1/2012 | David W. Barnes-Senior Property Manager | 2101 Rexford Road, Suite 325 W, charlotte NC 28211 | $0.00 |
| Residential Funding Company, LLC | State Street | Securities custodian agreement and any amendments thereto | 6/1/2009 | Susan Horn | Two World Financial Center, 225 Liberty Street, New York. New York, 10281 | $3,910.97 |
| GMAC Mortgage, LLC | The Bank of New York Mellon Trust Company | Custodial Agreement and any amendments thereto | 6/1/2010 | The Bank of New York Mellon Trust Company | The Bank of New York Mellon Trust Company 2220 Chemsearch Blvd, Suite 150 Irving, Texas  75062 | $0.00 |
| GMAC Mortgage, LLC | The Bank of NY Mellon Trust Company, LLC | Custodial Agreement dated June 1, 2010, and any amendments thereto | 6/1/2010 | The Bank of New York Mellon Trust Company, N.A. | 2220 Chemsearch Blvd., Suite 150 Irving TX 75062 | $0.00 |
| Residential Funding Company, LLC | United Water Idaho, Inc | Water Infrastructure Extension and Construction Cost Refund Agreement  - Hidden Springs Community, LLC | 4/30/1998 | William Linam | United Water Idaho 8248 W. Victory Road Boise, ID 83709 | $0.00 |
| GMAC Mortgage LLC | US Bank | Custodial Agreement | | | 633 W. Fifth Street, 24th Floor Attn: Georgina Thomas | $0.00 |
| GMAC Mortgage, LLC | US Bank, N.A. | Custodial Agreement | | Arlene Alves | Seward & Kissel LLP, One Battery Park Plaza, New York, NY 10004 | $0.00 |
| GMAC Mortgage LLC | VA | All agreements or  contracts  with respect to FHA/VA loans, related claims and servicing (to the extent owned) arising out of ResCap's or its affiliates' status as approved issuer by Ginnie Mae and under the Ginnie Mae guides." | | | 810 Vermont Ave., NW, Washington, DC 20420 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement.  Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC Mortgage LLC | Vision Global Solutions, LLC | Statement of Work - database maintenance | 12/18/2006 | | 345 Rouser Road Coraopolis, PA  15108 United States | $0.00 |
| HomeConnectsLending Service LLC | Vision Global Solutions, LLC | Master Service Agreement - database maintenance | 7/24/2007 | | 345 Rouser Road Coraopolis, PA  15108 United States | $3,082.26 |
| Home Connects / GMAC Mortgage LLC | Vision Global Solutions, LLC | Statement of Work - database maintenance | 4/23/2009 | | 345 Rouser Road Coraopolis, PA  15108 United States | $0.00 |
| GMAC Mortgage, LLC | Vital Media Security, Inc. | Master Service Agreement for offsite data storage in the Fulcrum data center. | 4/1/2003 | Sharon Sehon | 1421 LeMay Drive Carrollton, TX  75007 | $0.00 |
| GMAC Mortgage, LLC | Vital Media Security, Inc. | Statement of Work for Offsite data/tape storage in the Fulcrum data center | 4/1/2003 | Sharon Sehon | 1421 LeMay Drive Carrollton, TX  75007 | $0.00 |
| GMAC Mortgage, LLC | Vital Media Security, Inc. | Confidentiality non-disclosure and security agreement | 5/10/2004 | Sharon Sehon | 1421 LeMay Drive Carrollton, TX  75007 | $4,756.07 |
| Residential Capital, LLC and other companies | Walter | Asset Purchase Agreement and related documents | APA dated 11/2/2012 | Paul Koches; Jon D Van Gorp; William R Kucera | Ocwen Loan Servicing, LLC 1661 Worthington Road, Suite 100 West Palm Beach, FL 33409 Attention: Paul Koches<br><br>Mayer Brown LLP 71 S. Wacker Drive Chicago, Illinois 60603 Attention: Jon D. Van Gorp, Esq. and William R. Kucera, Esq. | $0.00 |
| Residential Funding Corporation GMACM Mortgage LLC | Wells Fargo Bank, NA | Custodial Agreement, as amended, and related agreements | 6/4/2008 | Wells Fargo Bank, N.A. | 751 Kasota Avenue  Minneapolis, MN 55414 Attn: Document Custody | $0.00 |
| Passive Asset Transactions, LLC, RFC Asset Holdings II, LLC, Residential Funding Corporation, GMACMortgage | Wells Fargo Bank, NA | Custodial Agreement, as amended | 11/20/2008 | Wells Fargo Bank, N.A. | 751 Kasota Avenue  Minneapolis, MN 55414 Attn: Document Custody | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement.  Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital. LLC | Wells Fargo Bank, NA | "Generica" Custodial Agreement and any amendments thereto | | Wells Fargo Bank, N.A. | 1015 10th Avenue SE Minneapolis, MN 55414 attn: Document Custody | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Postpetition Agreements Vesting in the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC-RFC Auritec S.A. | A&A Aesores Internacionales, S.C. | Accounting in Mexico- accounting & tax return preparation, review & filing for Auritec | 9/11/2012 | C.P.C.  Roberto Aiza Socio Director / Managing Partner | Paseo de la Palmas 405-301 Torre Optima I Lomas de Chapultepec 11000 | $0.00 |
| Residential Capital, LLC | All Covered | On-site Desktop Support services provider that will be utilized as needed on a T&E basis should any associate require on-site desktop support. | 7/6/2013 | Chris Geiser | 1051 E Hillsdale Blvd #510, Foster City, CA 94404 | $0.00 |
| Residential Capital LLC | Ally Financial, Inc., Ocwen Loan Servicing, LLC, Walter Investment Management Corp., | AFI/ResCap/Ocwen/Walter Cooperation Agreement | 1/31/2013 | No specific notice section set forth in agreement; consider notifying the non-ResCap parties | | $0.00 |
| Residential Capital, LLC | Ally- SSA and all SOW's issued thereunder | SSA_20120513_Shared Services Agreement by and between Ally Financial Inc. and Residential Capital, LLC | 2/15/2013 | | Ally Financial, Inc 200 Renaissance Center, Detroit Michigan 48243. | $0.00 |
| Residential Capital, LLC | Clayton Services | Tri Partite agreement between Walter/Green Tree, ResCap and Clayton for Clayton to perform IRG monitoring and testing of Walter/Green Tree on behalf of ResCap | 9/1/2013 | Ann Gibbons | 100 Beard Sawmill Road, Suite 200, Shelton, CT 06484 | $0.00 |
| Residential Capital | Clear capital | Master Services Agreement for Clear Capital to provide BPO valuations work related to whole loans | 9/6/2013 | Kevin Demm | 10875 Pioneer Trail, Truckee CA 96161 | $664.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

Assumption Schedule: Postpetition Agreements Vesting in the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|--------|-------------|---------------------|---------------|----------------------------|---------|-------------|
| Residential Capital, LLC (The entities are all international non-debtors that roll up to ResCap.  This agreement brought in SFM UK to take over the director duties of the entities, when Jim Whit and David Marquardt stepped down as directors.  This agreement was put in place this past Feb/March.) | Cushman Wakefield- MN Lease | Amended Lease for 1st floor occupancy at Normandle, MN | 2/27/2013 | Lance Brockmueller RPA | 8400 Normandale Lake Blvd, Suite 320, Bloomington MN 55437 | $0.00 |
| Residential Capital, LLC (The entities are all international non-debtors that roll up to ResCap.  This agreement brought in SFM UK to take over the director duties of the entities, when Jim Whit and David Marquardt stepped down as directors.  This agreement was put in place this past Feb/March.) | Emerson/Liebert Corporation | Master Service Agreement - UPS Batteries/Power backup for IT servers in Normandale in the MDF room. | 9/9/2013 | Anthony Williams | 610 Executive Campus Dr, Westerville, OH 43082 | $0.00 |
| Residential Capital, LLC | Ernst and Young | Statement of Work - Bankruptcy tax advisory services | 2/4/2013 | Nancy Flagg/Howard Tucker | 5 Times Square, NY, NY 10036 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC | Experis | Master Service Agreement - Tax services - Assistance | Contract is still being negotiated. Will be a 12 month agreement with option to renew and no fee for early termination. | Dan Walrath | 1600 John F Kennedy Blvd, #610, Philadelphia PA 19103 | $0.00 |
| GMAC Mortgage LLC | GinnieMae | GMACM PIIT Letter | 2/21/2013 | Ted Tozer | U.S. Department of Housing and Urban Development, 451 7th Street SW, Washington, DC 20410 | $0.00 |
| GMAC Mortgage LLC | HUD | HUD- 11702 | 2/11/2013 | Cristine Irvin Phillips; Ms. Ana I. Fabregas | Assistant United States Attorney, Southern District of New York, 86 Chambers St., 3rd Floor, New York, NY 10007; U.S. Department of HUD, Portals Building, Suite 200, 1250 Maryland Ave., SW, Washington, DC 20024 | $0.00 |
| Residential Capital, LLC | Intacct | Master Servicing Agreement - Intacct provides hosting and support services for Core Financial Systems. | 8/2/2013 | Mike DiFrancesco | 150 Almaden Boulevard, Suite 1500, San Jose, CA 95113 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC (The entities are all international non-debtors that roll up to ResCap.  This agreement brought in SFM UK to take over the director duties of the entities, when Jim Whit and David Marquardt stepped down as directors.  This agreement was put in place this past Feb/March.) | JP Morgan Chase | Restricted cash Utilities Escrow | 5/14/2013 | Helen Reece | 713 Main St Floor 6 Houston, TX 77002-3201 | $0.00 |
| Residential Capital, LLC (The entities are all international non-debtors that roll up to ResCap.  This agreement brought in SFM UK to take over the director duties of the entities, when Jim Whit and David Marquardt stepped down as directors.  This agreement was put in place this past Feb/March.) | JP Morgan Chase | ResCap Subsidiary Election stipulates all subs covered by account acceptance | 6/11/2013 | Helen Reece | 712 Main St Floor 6 Houston, TX 77002-3201 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC (The entities are all international non-debtors that roll up to ResCap.  This agreement brought in SFM UK to take over the director duties of the entities, when Jim Whit and David Marquardt stepped down as directors.  This agreement was put in place this past Feb/March.) | JP Morgan Chase | Restricted cash Ocwen Escrow | Ocwen Sale date: 2/15/13 | Helen Reece | 713 Main St Floor 6 Houston, TX 77002-3201 | $0.00 |
| Residential Capital, LLC (The entities are all international non-debtors that roll up to ResCap.  This agreement brought in SFM UK to take over the director duties of the entities, when Jim Whit and David Marquardt stepped down as directors.  This agreement was put in place this past Feb/March.) | JP Morgan Chase | Restricted cash Lewisville Escrow | Ocwen Sale date: 2/15/13 | Helen Reece | 713 main St Floor 6 Houston, TX 77002-3201 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

Assumption Schedule: Postpetition Agreements Vesting in the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC (The entities are all international non-debtors that roll up to ResCap.  This agreement brought in SFM UK to take over the director duties of the entities, when Jim Whit and David Marquardt stepped down as directors.  This agreement was put in place this past Feb/March.) | JP Morgan Chase | Restricted cash Walter Escrow | Walter Sale date: 1/31/13 | Helen Reece | 713 main St Floor 6 Houston, TX 77002-3201 | $0.00 |
| Residential Capital, LLC (The entities are all international non-debtors that roll up to ResCap.  This agreement brought in SFM UK to take over the director duties of the entities, when Jim Whit and David Marquardt stepped down as directors.  This agreement was put in place this past Feb/March.) | JP Morgan Chase | Master Service Agreement - ResCap Account Acceptance | 6/11/2013 | Helen Reece | 713 Main St Floor 6 Houston, TX 77002-3201 | $0.00 |
| Residential Capital, LLC | Lexis Nexis | Master Service Agreement - Master Service agreement between Lexis Nexis and Residential Capital, LLC | **7/31/2013** | Michael Spurlin | 1000 Alderman Drive, Alpharetta, GA 30005 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC | Lexis Nexis (legal search) | Statement of Work - Legal portion of Lexis Nexis MSA | 7/31/2013 | Michael Spurlin | 1000 Alderman Drive, Alpharetta, GA 30005 | $0.00 |
| Residential Capital, LLC | Lexis Nexis (risk) | Statement of Work - Risk Management portion of Lexis Nexis MSA | 8/29/2013 | Maureen Josenhans | 1000 Alderman Drive, Alpharetta, GA 30005 | $0.00 |
| Residential Capital, LLC | Lincoln Benefits Group | Master Service Agreement - broker for 401K and Health benefits | 1/1/2013 | Chuck Yocum | 1300 Virginia Drive, Suite 310, Fort Washington, PA 19034 | $0.00 |
| GMAC Mortgage LLC | Loan Value Group, LLC | Master Services Agreement for Loan Value Group. | 10/8/2012 | Billy Garavente | 47 W RIVER ROAD RUMSON, NJ  07760 United States | $0.00 |
| Residential Capital, LLC | Mozy Pro | Transfer Letter for Licenses - DLP (Data Loss Prevention) Services for Estate associates desktops | 9/4/2013 | John O'Brien | EMC Corporation, 55 Constitution Blvd, Franklin, MA 02038 | $0.00 |
| Residential Capital, LLC | Night Owl | Master Service Agreement - eDiscovery Service provider company | 5/2/2013 | Adam Rubinger | 724 North 1st street, Mineeapolis, MN 55401 | $0.00 |
| Residential Capital, LLC | Nitel | Master Service Agreement for MPLS (dedicated) network services | 6/24/2013 | Anna August | 1101 W Lake Street, 6th Floor, Chicago, 60607 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Ocwen Loan Servicing, LLC; Residential Capital, LLC; Residential Funding Company, LLC; GMAC Mortgage, LLC; Executive Trustee Services, LLC; ETS of Washington, Inc.; EPRE LLC, GMACM Borrower LLC | Ocwen Loan Servicing, LLC | Asset Purchase Agreement, as amended | 11/2/2012 | Ocwen | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, Attention: Paul Koches  With copies to:  Mayer Brown LLP, 71 S. Wacker Drive, Chicago, Illinois 60603, Attention: Jon D. Van Gorp and William R. Kucera | $0.00 |
| GMAC Mortgage LLC, Residential Funding Company, LLC, Residential Capital, LLC, ETS, LLC, & ETS of Washington, LLC, etc. | Ocwen Loan Servicing, LLC | Asset Purchase Agreement dated as of November 2, 2012 | 11/2/2012 | Ocwen Loan Servicing, LLC | 1661 Worthington Road, Suite 100 West Palm Beach, FL 33409 Facsimile: (202) 416-1602  Attention: Paul Koches | $0.00 |
| GMAC Mortgage LLC; Residential Funding, LLC;  Executive Trustee Services, LLC; ETS of Washington, Inc. | Ocwen Loan Servicing, LLC | Servicing Agreement | 2/15/2013 | Ocwen | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, Attention: Paul Koches | $0.00 |
| GMAC Mortgage LLC; Residential Funding, LLC;  Executive Trustee Services, LLC; ETS of Washington, Inc. | Ocwen Loan Servicing, LLC | SubServicing Agreement | 2/15/2013 | Ocwen | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, Attention: Paul Koches | $0.00 |
| Residential Capital, LLC and Ocwen Loan Servicing, LLC | Ocwen Loan Servicing, LLC | Transition Services Agreement and Statements of Work executed thereunder | 2/15/2013 | Ocwen | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, Attention: Secretary | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

Assumption Schedule: Postpetition Agreements Vesting in the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|--------|-------------|---------------------|----------------|----------------------------|---------|-------------|
| ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Mortgage USA Corporation; GMAC Mortgage, LLC; Homecomings Financial Real Estate Holdings, LLC; Homecomings Financial, LLC; PATI Real Estate Holdings, LLC; RAHI Real Estate Holdings, LLC; Residential Funding Company, LLC; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC | Ocwen Loan Servicing, LLC | Limited Power of Attorney | 11/1/2013 | Ocwen | 451 7th Street S.W., Washington, DC 20410 | $0.00 |
| GMAC Mortgage, LLC | Oracle | Master Agreement - Database licenses and maintenance is support of multiple Estate applications and databases. | 5/15/2013 | Ian Trowle | Oracle America, Inc. 500 Oracle Parkway Redwood Shores, CA 94065 | $0.00 |
| Residential Capital, LLC | Paradigm Staffing | Master Service Agreement - for the Estate legal team | 10/1/2013 | Hari Raju | 163 West 14th Street, Union Station. Erie PA 16508 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC | Paylocity | Master Service Agreement - Estate / Liquidating Trust payroll provider | 10/1/2013 | Jim Andrews | 3850 N Wilke Road, Arlington Heights, IL 60004 | $0.00 |
| Residential Capital, LLC | Randy Arneson - Independent Consultant | Master Service Agreement - Independent Contractor to perform tax services | Contract is still being negotiated. Will be a 12 month agreement with option to renew and no fee for early termination. | Randy Arneson | 625 Deborah Drive, Maple Plain MN 55359 | $0.00 |
| Residential Capital, LLC | Robert Half Professional Staffing Services | Master Service Agreement with Robert Half, a professional staffing services agency. | 10/7/2013 | Jennifer L Carlson, | 8500 Normandale Lake Boulevard, Suite 1010, Bloomington, MN 55437 | $0.00 |
| GMAC Mortgage,LLC | Rust Consulting | Master Service Agreement for Rust to act as payment agent (as required by the Federal Reserve Bank) to administer payments to 232,014 borrowers who were part of the FC lookback settlement that took place in June 2013 between ResCap and the FRB. | 7/25/2013 | Jim Parks | 625 Marquette Avenue, Suite 880, Minneapolis, MN | $0.00 |
| Residential Capital, LLC | Secure 24 | Master Servicing Agreement to provide Data Center Operations, Help Desk, and IT Services  for ResCap. | 3/17/2013 | Pete Bartusek | 26955 Northwestern Hwy., Ste 200, Southfield, MI 48033 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

Assumption Schedule: Postpetition Agreements Vesting in the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC Rescap Estate | Snowbound | Software License Agreement in support of FileNEt platform. | 10/2/2013 | Lisa Savage | 309 Waverly Oaks Road, #401, Waltham, MA 02452 | $0.00 |
| Residential Capital | State Recovery System- | Master Service Agreement - Nationwide collection services. | 7/22/2013 | Cindy Marler | 2951 Sunrise Blvd, Suite 100, Rancho Cordova, CA 95742 | $1,300.00 |
| Residential Funding, LLC | Sub-lease with Walter | Sub-contracted lease with Walter Investment Management Corp.for Estate Legal Suite Occupancy in Fort Washington, PA Location | 5/1/2013 | Patrick D. Lerch | 1100 Virginia Drive, Suite 100, MC: 190-FTW-M98, Fort Washington, PA 19034 | $0.00 |
| Residential Capital, LLC | Tata Consultancy Services | Master Service Agreement for Tata Consultancy Services, an IT services, consulting and business solutions firm. | 7/1/2013 | Siva Kondamadugula | 101 Park Ave, 26th Floor, New York, NY 10178 | $0.00 |
| Residential Capital, LLC | Tata Consultancy Services | Statement of Work for application development and support | 7/1/2013 | Siva Kondamadugula | 101 Park Ave, 26th Floor, New York, NY 10178 | $0.00 |
| Residential Capital, LLC | Tata Consultancy Services | Statement of Work to engage TCS off-shore resources | 9/10/2013 | Siva Kondamadugula | 101 Park Ave, 26th Floor, New York, NY 10178 | $0.00 |
| Residential Capital, LLC | Thinking Phones | Master Service Agreement for landline telephone and internet services | 4/30/2013 | Joe Lollo | 54 Washburn Ave, Cambridge, 01240 | $0.00 |
| GMAC Mortgage, LLC Ally Financial Inc. | US Bank | Restricted cash for DSU payments | 1/3/2013 | | 633 W. Fifth Street, 24th Floor Attn: Georgina Thomas | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

Assumption Schedule: Postpetition Agreements Vesting in the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Vital Media Security, Inc. | Statement of Work that assigns the Vital Media agreements back to ResCap from Walter Investment Management Corp. | 7/9/2013 | Sharon Sehon | 1422 LeMay Drive Carrollton, TX 75007 | $0.00 |
| Walter | Walter-TSA and all SOW's issued thereunder | TSA_20130131 Transition Services Agreement by and between Residential Capital, LLC and Walter Investment Management Corp. | 1/31/2013 | | Walter Investment Management Corp. 3000 Bayport Drive Suite 1100 Tampa, Fl 33607 | $0.00 |
| Residential Capital, LLC | Wells Fargo | Loan Collateral Custodian Agreement and any amendments thereto | 1/31/2013 | Nancy Chouanard | 1015 10th Avenue SE, Minneapolis MN 55414 | $0.00 |
| Residential Capital, LLC | Widerman | Master Service Agreement - broker for corporate insurance | 4/1/2013 | Shawn R. Knechtel | 70 Tanner Street, Haddonfield NJ 08033 | $0.00 |
| GMAC Mortgage LLC | Xsell Resources | Master Service Agreement - Xsell Resources is the Estate's primary contract supplier | 6/13/2013 | Christine Price | 660 American Avenue, Suite 103, King of Prussia, PA 19406 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."