1 | MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
2 | BMR Professional Building
Whittier, California 90601
3 | Phone (562) 907-6800
Facsimile (562) 907-6820
4 | Email: Romero@mromerolawfirm.com

5 | Attorneys for SECURED CREDITOR
COUNTY OF SAN BERNARDINO, CALIFORNIA
6 | A CALIFORNIA TAXING AUTHORITY

7

8 |                    IN THE UNITED STATES BANKRUPTCY COURT

9 |                         SOUTHERN DISTRICT OF NEW YORK

10

11 | In re                          )    Case No. 12-12020 (MG)
                                    )
12 | RESIDENTIAL CAPITAL, LLC, et    )    Chapter 11
                                    )
13 | al.,                           )
                                    )    **AFFIDAVIT OF SERVICE TO**
14 |         Debtors.               )    **LIMITED OBJECTION OF**
                                    )    **COUNTY OF SAN BERNARDINO,**
15 |                                )    **CALIFORNIA TO  CHAPTER 11**
                                    )    **PLAN PROPOSED BY**
16 |                                )    **RESIDENTIAL CAPITAL LLC,**
                                    )    **ET AL AND THE OFFICIAL**
17 | _____)    **COMMITTEE OF UNSECURED**
                                         **CREDITORS**
18
                                         DATE: November 19, 2013
19                                       TIME:  10:00 AM
                                         CRTRM: 501
20                                       US Bankruptcy Court,
                                         Southern District of NY,
21                                       One Bowling Green, New
                                         York, New York 10004
22

23

24 |        TO THE HONORABLE MARTIN GLENN, UNITED STATES BANKRUPTCY

25 | JUDGE, AND TO INTERESTED PARTIES:

26 |        I, Martha E. Romero, being duly sworn, states:

27 |        1.    I am a attorney at 6516 Bright Avenue, Whittier, CA

28 |              90601. I am over the age of twenty-one years old and

                     not a party to the above captioned proceeding.

                                         1

2.    On October 21,  2013, I caused the following document
noted above to be served via electronic mail upon the
parties listed requires to be served in the Noticing
of the Disclosure Statement.

These parties are attached as Exhibit A.

Dated: October 22, 2013                    ROMERO LAW FIRM


                                           By____/S/MARTHA E. ROMERO____
                                           MARTHA E. ROMERO
                                           Attorney for Secured
                                           Creditor  County of SAN
                                           BERNARDINO, CA
                                           A California Taxing
                                           Authority

Exhibit A

Chambers of the Honorable Martin Glenn
United States Bankruptcy Court for the Southern District of New York
One Bowling Green, New York, NY 1004

Residential Capitol LLC
Lewis Kruger, CRO, c/o Morrison & Foerster LLP,
1290 Avenue of the Americas, New York, New York 10104
Attn: Gary Lee, Lorenzo Marinuzzi, and Todd Goren

Lewis.Kruger@gmacrescap.com

glee@mofo.com

lmarinuzzi@mofo.com

tgoren@mofo.com

keckstein@kramerlevin.com

dmannal@kramerlevin.com

szide@kramerlevin.com

richard.cieri@kirkland.com

ray.schrock@kirkland.com

The office of the United States Trustee, Southern District of New York
U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York New York 10014
Attn: Brian Masumoto and Michael Driscoll

**File a Plan:**

12-12020-mg Residential Capital, LLC

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Martha E. Romero entered on 10/22/2013 at 7:48 PM and filed on 10/22/2013

| | |
|---|---|
| **Case Name:** | Residential Capital, LLC |
| **Case Number:** | 12-12020-mg |
| **Document Number:** | 5440 |

**Docket Text:**
Objection to Confirmation of Plan *Limited Objection of County of San Bernardino to Chapter 11 Plan Proposed by Residential Capital, Llc, et Al. And the Official Committee of Unsecured Creditors with Affidavit of Service* filed by Martha E. Romero on behalf of San Bernardino County. with hearing to be held on 11/19/2013 at 10:00 AM at Courtroom 501 (MG) (Attachments: # (1) Limited Objection of County of San Bernardino to Chapter 11 Plan Proposed by Residential Capital, Llc, et Al. And the Official Committee of Unsecured Creditors)(Romero, Martha)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Affidavit of Svc.Ltd. Objection to Ch 11 Plan.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/22/2013] [FileNumber=13050806-0
] [45d79114804afdfe8e0a27d4388cc36b769f6314277703ba1ef076fa671f80aa745
61ea49bb2120f752dabf5149aaec18324f8201ab0101e1807 1c690592e73e]]
**Document description:** Limited Objection of County of San Bernardino to Chapter 11 Plan Proposed by Residential Capital, Llc, et Al. And the Official
Committee of Unsecured Creditors
**Original filename:**Scan of Lmtd Obj. of SB to Ch. 11 Plan Proposed by Res Cap.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/22/2013] [FileNumber=13050806-1
] [a3fb0ca402e11900ad1b619b172792d36c9c5665352bd123ae4010a7a9050da2dec
72babcdd4ffce47360b64ba3ff01cc077688bc508ff4626433f1d4e951499]]

**12-12020-mg Notice will be electronically mailed to:**

David A. Abrams on behalf of Defendant Flaherty, Sesabaugh, Bonasso PLLC
dabrams@sralawfirm.com

Marc Abrams on behalf of Interested Party Monarch Alternative Capital LP
maosbny@willkie.com, mabrams@willkie.com

David G. Aelvoet on behalf of Creditor Ector CAD
sanantonio.bankruptcy@publicans.com

Christopher A. Albanese on behalf of Creditor WELLS FARGO BANK, N.A.
calbanese@gibbonslaw.com

Jose Raul Alcantar Villagran on behalf of Interested Party Neighborhood Assistance Corporation of America
raul.alcantar@alcantarlaw.com

Kevin S. Allred on behalf of Interested Party Berkshire Hathaway Inc.
kevin.allred@mto.com

Arlene Rene Alves on behalf of Interested Party U.S. Bank National Association, as Trustee of Certain Mortgage Backed Securities Trusts
alves@sewkis.com

Paul Nii-Amar Amamoo on behalf of Defendant Federal Housing Finance Agency, as conservator for the Federal Home Loan Mortgage Corporation
namamoo@kasowitz.com, courtnotices@kasowitz.com

Ali Ryan Amin on behalf of Defendant GRAY & ASSOCIATES, LLP
aamin@hinshawlaw.com

Bijan Amini on behalf of Interested Party Steven Archibald, et al., on behalf of themselves and others similarly situated
bamini@samlegal.com, jhoyte@samlegal.com

Timothy J. Amos on behalf of Unknown Tim Amos, Individually, And Golden & Amos, PLLC
timamos@goldenamos.com, kjackson@goldenamos.com;dcramlet@goldenamos.com

Rosy Anette Aponte on behalf of Interested Party Marcia Navarro
fmartinez@lawofficeslaley.com

Walter J. Ashbrook on behalf of Creditor OneWest Bank
walter.ashbrook@quarles.com, sybil.aytch@quarles.com

Anthony F. Baer on behalf of Unknown Krekeler Strother, S.C.
tbaer@ks-lawfirm.com, jlarson@ks-lawfirm.com

Ingrid Bagby on behalf of Creditor MBIA Insurance Corporation
ingrid.bagby@cwt.com,
michele.maman@cwt.com;david.kronenberg@cwt.com;benjamin.riskin@cwt.com;jeffrey.taub@cwt.com;wendy.kane@cwt.com;casey.servais@cwt.com

Susan F. Balaschak on behalf of Creditor EverBank
susan.balaschak@akerman.com

Elizabeth Banda Calvo on behalf of Creditor Johnson County et al, Richardson ISD
rgleason@pbfcm.com, ebcalvo@pbfcm.com

Shari Barak on behalf of Creditor Citibank NA as trustee for PHHMC 2005-6
LIBKCourt@logs.com

Shari Barak on behalf of Creditor RBS Citizens, NA
LIBKCourt@logs.com

Joshua S. Bauchner on behalf of Creditor Palm Beach County Tax Collector
jb@ansellgrimm.com

David Alan Beck on behalf of Spec. Counsel Carpenter Lipps & Leland LLP
beck@carpenterlipps.com, samson@carpenterlipps.com

Andrew Behlmann on behalf of Creditor Donna Moore
abehlmann@lowenstein.com

Thomas Peter Beko on behalf of Unknown Jean Gagnon
tbeko@etsreno.com, dmatthews@etsreno.com

Tammy L. Terrell Benoza on behalf of Creditor GMAC MORTGAGE, LLC
bankruptcy@feinsuch.com

Leslie Ann Berkoff on behalf of Creditor Cal-Western Reconveyance Corporation
lberkoff@moritthock.com

Jeffrey S. Berkowitz on behalf of Unknown Wells Fargo Bank, N.A.
jberkowitz@gwfglaw.com, jstrauss@gwfglaw.com

Laurie R. Binder on behalf of Interested Party U.S. Bank National Association as Master Servicer of Certain Mortgage Backed Securities Trusts
binder@sewkis.com

James B. Blackburn, Jr. on behalf of Creditor Maribeth Evans
jbbjratty@aol.com, wisemanblackburn@aol.com

Dan M. Blumenthal on behalf of Unknown THE BOARD OF MANAGERS OF PLYMOUTH VILLAGE CONDOMINIUM
DBlumenthal@schneiderMitola.com

Eric Alwin Boden on behalf of Creditor Liberty Property Limited Partnership
eboden@schnader.com, tclancy@schnader.com

Rebecca E Boon on behalf of Plaintiff Sealink Funding Limited
rebecca.boon@blbglaw.com

Maria A. Bove on behalf of Plaintiff Official Commitee of Unsecured Creditors
mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com

John A. Boyle on behalf of Creditor Morgan Stanley & Co. Incorporated n/k/a Morgan Stanley & Co. LLC

jboyle@khmarino.com

John Brewer on behalf of Plaintiff American Residential Equities, LLC
jbrewer@samlegal.com, jhoyte@samlegal.com

Kay Diebel Brock on behalf of Creditor c/o Kay D. Brock Travis County
bkecf@co.travis.tx.us

David J. Brown on behalf of Attorney David J Brown
djbrown2008@gmail.com

Robert Edward Brown on behalf of Interested Party Additional Homeowners Claimants
rbrown@robertbrownlaw.com

Mark K. Broyles on behalf of Creditor Aurora Loan Services, Inc.
broylesmk@rgcattys.com, ramoffatt@rgcattys.com

Martin G. Bunin on behalf of Creditor Wells Fargo Bank, N.A., as Custodian for Certain Mortgage Backed Securities Trusts
marty.bunin@alston.com

Aaron R. Cahn on behalf of Interested Party Ad Hoc Consortium of RMBS holders
cahn@clm.com

Aaron R. Cahn on behalf of Unknown Branch Banking & Trust Co.
cahn@clm.com

Brian Thomas Carney on behalf of Defendant UMB Bank, N.A.
bcarney@akingump.com, nymco@akingump.com

Michael Robert Carney on behalf of Interested Party Freddie Mac
mcarney@mckoolsmith.com

James S. Carr on behalf of Creditor U.S. Bank National Association, as Indenture Trustee
KDWBankruptcyDepartment@kelleydrye.com

James S. Carr on behalf of Creditor UMB Bank, N.A.
KDWBankruptcyDepartment@kelleydrye.com

Margaret J. Cascino on behalf of Creditor HSBC BANK USA, N.A.
mcascino@sterneisenberg.com, ddelvecchio@sterneisenberg.com

Gerard Sylvester Catalanello on behalf of Creditor Green Planet Servicing, LLC
gcatalanello@duanemorris.com, gcatalanello@duanemorris.com

Dale C. Christensen, Jr. on behalf of Interested Party Law Debenture Trust Company of New York as Separate Trustee
christensen@sewkis.com

Dale C. Christensen, Jr. on behalf of Interested Party Law Debenture Trust Company of New York, as Separate Trustee of Certain Residential Mortgage Backed Securities Trusts
christensen@sewkis.com

Robert N. H. Christmas on behalf of Unknown U.S. Bank National Association as Indenture Trustee for GreenPoint Mortgage Funding Trust 2006-HE1
rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Darrell W. Clark on behalf of Creditor Verizon Communications, Inc.
dclark@stinson.com, cscott@stinson.com

Marvin E. Clements, Jr. on behalf of Creditor Tennessee Department of Revenue
agbanknewyork@ag.tn.gov

Carolyn E. Coffey on behalf of Unknown Masayo Richardson
ccoffey@mfy.org

Joshua W. Cohen on behalf of Creditor Connecticut Housing Finance Authority
jwcohen@daypitney.com, arametta@daypitney.com

Ronald L. Cohen on behalf of Interested Party U.S. Bank National Association as Master Servicer of Certain Mortgage Backed Securities Trusts
cohenr@sewkis.com

Ronald L. Cohen on behalf of Interested Party U.S. Bank National Association, as Trustee of Certain Mortgage Backed Securities Trusts
cohenr@sewkis.com

Thomas A. Conrad on behalf of Creditor Petra Finance LLC
taconrad@sbwlawfirm.com, lwood@sbwlawfirm.com

Joseph N. Cordaro on behalf of Unknown United States of America
joseph.cordaro@usdoj.gov

Joseph Corneau on behalf of Interested Party Tracy L. Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp
jcorneau@klestadt.com

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, Inc.
bankruptcy2@ironmountain.com

Christopher C. Costello on behalf of Interested Party WFNBA
cccostello@winston.com, docketny@winston.com

Donald H. Cram on behalf of Debtor Residential Capital, LLC
dcram@severson.com, jc@severson.com

Donald H. Cram on behalf of Interested Party Severson & Werson, PC
dcram@severson.com, jc@severson.com

Jonathan D. Crowley on behalf of Creditor Maurice M LoVuolo
jcrowley-esq@hotmail.com

Kathleen G. Cully on behalf of Interested Party Lorraine McNeal
kgcully@kgcully.com

Thomas J Cunningham on behalf of Defendant Cerberus Capital Management, L.P.
tcunningham@lockelord.com, kmorehouse@lockelord.com,ttill@lockelord.com

Thomas J Cunningham on behalf of Unknown Locke Lord LLP
tcunningham@lockelord.com, kmorehouse@lockelord.com,ttill@lockelord.com

Walter H. Curchack on behalf of Trustee Wilmington Trust, National Association
wcurchack@loeb.com, vrubinstein@loeb.com

Walter H. Curchack on behalf of Trustee Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC
wcurchack@loeb.com, vrubinstein@loeb.com

Louis A. Curcio on behalf of Unknown DLJ Consortium
louis.curcio@snrdenton.com

Michael G. Cutini on behalf of Unknown Cerberus Capital Management, L.P.
michael.cutini@srz.com, evan.melluzzo@srz.com;courtfilings@srz.com

Pranali Datta on behalf of Creditor Suntrust Mortgage, Inc.
pdatta@hhstein.com, carnold@hhstein.com;sramkhelawan@hhstein.com;jbrocks@HHStein.com

Paul R. DeFilippo on behalf of Creditor Syncora Guarantee Inc.
pdefilippo@wmd-law.com, gparascondola@wmd-law.com;jgiampolo@wmd-law.com

Jennifer C. DeMarco on behalf of Creditor Ocwen Loan Servicing, LLC
jennifer.demarco@cliffordchance.com

Benjamin P. Deutsch on behalf of Creditor Liberty Property Limited Partnership
bdeutsch@schnader.com

John P. Dillman on behalf of Creditor Cleveland ISD
houston_bankruptcy@publicans.com

J. Ted Donovan on behalf of Creditor Carrollton Farmers Branch ISD, et. al.
TDonovan@GWFGlaw.com, jstrauss@gwfglaw.com

Amish R. Doshi on behalf of Creditor Oracle America, Inc.
adoshi@magnozzikye.com

Robert W. Dremluk on behalf of Creditor CPN Pipeline Company
rwd1517@gmail.com, rwd1517@ecf.inforuptcy.com

John H. Drucker on behalf of Financial Advisor FTI Consulting, Inc.
jdrucker@coleschotz.com;jdrucker@aol.com

Joseph M. DuRant on behalf of Creditor City of Newport News, Virginia
jdurant@nngov.com

Bryan F Duggan on behalf of Creditor Greentree Trustees of Greentree Condominium Trust, Hanover, MA
bduggan@kellemandkellem.com

Michael C. Dunbar on behalf of Attorney Michael Collins Dunbar
mdunbar@cfu.net, mcdunbar@cfu.net

Matthew J. Dyer on behalf of Creditor PennyMac Loan Services, LLC
ecfmail@aclawllp.com

David W. Dykhouse on behalf of Interested Party Ambac Assurance Corporation
dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com

Mary Eaton on behalf of Interested Party Bayview Fund Management LLC
maosbny@willkie.com, meaton@willkie.com

Kenneth H. Eckstein on behalf of Creditor Committee Official Committee Of Unsecured Creditors
keckstein@kramerlevin.com

Kenneth H. Eckstein on behalf of Plaintiff Official Commitee of Unsecured Creditors
keckstein@kramerlevin.com

Devon Eggert on behalf of Other Prof. Mercer (US) Inc.
deggert@freeborn.com, bkdocketing@freeborn.com

Mark C. Ellenberg on behalf of Creditor MBIA Insurance Corporation
mark.ellenberg@cwt.com, wendy.kane@cwt.com

Michael S. Etkin on behalf of Creditor Bankruptcy Counsel for Cambridge Place Investment Management Inc.
metkin@lowenstein.com, mseymour@lowenstein.com;tdwatson@lowenstein.com

Michael S. Etkin on behalf of Defendant Boilermaker Blacksmith National Pension Trust
metkin@lowenstein.com, mseymour@lowenstein.com;tdwatson@lowenstein.com

Thomas R. Fawkes on behalf of Other Prof. Mercer (US) Inc.
tfawkes@freeborn.com, bkdocketing@freeborn.com

Robert J. Feinstein on behalf of Creditor Committee Official Committee Of Unsecured Creditors
rfeinstein@pszyj.com, dharris@pszyjw.com

Steven S. Fitzgerald on behalf of Defendant Columbus Life Insurance Company
sfitzgerald@wmd-law.com

Daniel J. Flanigan on behalf of Attorney Carlson Lynch, Ltd.
dflanigan@polsinelli.com, tbackus@polsinelli.com;docket@polsinelli.com

Daniel A. Fliman on behalf of Interested Party Federal Housing Finance Agency, as Conservator of the Federal National Mortgage Association ("Fannie
Mae") and the Federal Home Loan Mortgage Corporation (Freddie Mac")
dfliman@kasowitz.com, courtnotices@kasowitz.com

Jonathan Paul Friedland on behalf of Creditor Universal Restoration Services, Inc.
jfriedland@lplegal.com, ckrueger@lplegal.com

Jonathan Paul Friedland on behalf of Plaintiff Universal Restoration Services, Inc.
jfriedland@lplegal.com, ckrueger@lplegal.com

10/22/2013 4:52 PM

Ronald J. Friedman on behalf of Creditor Committee Official Committee Of Unsecured Creditors
filings@spallp.com,
RFriedman@SilvermanAcampora.com;jkrell@silvermanacampora.com;RDioguardi@SilvermanAcampora.com;EFlint@SilvermanAcampora.com;DMah

PATRICK REYNOLDS GALLAGHER on behalf of Creditor Nassau County Treasurer
pgallagher@nassaucountyny.gov

MARGUERITE ELLSWORTH GARDINER on behalf of Unknown Cerberus Capital Management, L.P.
marguerite.gardiner@srz.com, evan.melluzzo@srz.com;courtfilings@srz.com

Maryann Gallagher on behalf of Plaintiff Residential Capital, LLC, et al.
mgallagher@curtis.com

Victoria D. Garry on behalf of Creditor State of Ohio
vgarry@ag.state.oh.us

Len M. Garza on behalf of Creditor HSBC BANK USA, N.A.
lgarza@sterneisenberg.com, mcascino@sterneisenberg.com;ddelvecchio@sterneisenberg.com

Duane M. Geck on behalf of Interested Party Severson & Werson, PC
dmg@severson.com, lkh@severson.com,pag@severson.com,jo@severson.com

George M. Geeslin on behalf of Debtor Residential Capital, LLC
geeslingm@aol.com, pegandchat@aol.com

David B. Gelfarb on behalf of Interested Party Freddie Mac
gelfarb@mosskalish.com

Ehud Gersten on behalf of Creditor Francine Silver
egersten@gerstenlaw.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
sdnyecf@dor.mo.gov

Andrew K. Glenn on behalf of Defendant Federal Housing Finance Agency, as conservator for the Federal Home Loan Mortgage Corporation
aglenn@kasowitz.com, courtnotices@kasowitz.com

Joel R. Glucksman on behalf of Creditor City of Union City, NJ
jglucksman@scarincihollenbeck.com

Brian D. Glueckstein on behalf of Interested Party JPMorgan Chase Bank, N. A.
gluecksb@sullcrom.com, s&cmanagingclerk@sullcrom.com

Howard O. Godnick on behalf of Unknown Cerberus Capital Management, L.P.
howard.godnick@srz.com, evan.melluzzo@srz.com

Daniel H. Golden on behalf of Creditor UMB Bank, N.A.
markk@owlcreeklp.com;sschultz@AkinGump.com;dkrasa-
berstell@akingump.com;kmanoukian@akingump.com;afreeman@akingump.com;akurichety@akingump.com;rstudner@akingump.com

Seth Goldman on behalf of Interested Party Berkshire Hathaway Inc.
seth.goldman@mto.com

Irena M. Goldstein on behalf of Creditor Assured Guaranty Municipal Corp.
igoldstein@proskauer.com

Brett D. Goodman on behalf of Unknown U.S. BANK NATIONAL ASSOCIATION
brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com

Leon B Gordon on behalf of Unknown Texas Ad Valorem Taxing Jurisdictions
nycourts@mvbalaw.com, vickie.covington@mvbalaw.com

Todd M. Goren on behalf of Debtor Residential Capital, LLC
tgoren@mofo.com, lmarinuzzi@mofo.com

Todd M. Goren on behalf of Plaintiff DOA Holding Properties, LLC
tgoren@mofo.com, lmarinuzzi@mofo.com

Gary A. Gotto on behalf of Creditor FHLB Boston
ggotto@krplc.com

Garry M. Graber on behalf of Creditor Manufacturers and Traders Trust Company
ggraber@hodgsonruss.com, mmuskopf@hodgsonruss.com;rleek@hodgsonruss.com;swells@hodgsonruss.com;clutterbein@hodgsonruss.com

Christopher F. Graham on behalf of Creditor IMPAC Funding Corporation
cgraham@mckennalong.com, jvargas@mckennalong.com;rgee@mckennalong.com

Christopher E Green on behalf of Unknown Mary Perkins White
chris@myfaircredit.com, Margaret@myfaircredit.com

Susan N.K. Gummow on behalf of Interested Party Axcelera Specialty Risk as managing general agent of North American Specialty Insurance Company
jeggum@fgppr.com

Sapna Gupta on behalf of Interested Party John Garcia
pantanogupta@gmail.com

Joel C Haims on behalf of Debtor Residential Capital, LLC
JHaims@mofo.com, docketny@mofo.com

Jennifer Marie Hall on behalf of Creditor Jason and Jennifer Schermerhorn
jhall@bffmlaw.com

Alan D. Halperin on behalf of Interested Party Shellpoint Partners LLC f/k/a Shellpoint Mortgage LLC and New Penn Financial, LLC
lgu@halperinlaw.net

Kimberly Ann Hamm, on behalf of Defendant Ace Securities Corp.
khamm@stblaw.com

William Hao on behalf of Unknown Wells Fargo Bank, N.A.
william.hao@alston.com

Adam Craig Harris on behalf of Unknown Cerberus Capital Management, L.P.
adam.harris@srz.com

Juandisha Harris on behalf of Creditor State Of Michigan, Department Of Treasury
harrisj12@michigan.gov

Christopher L. Hawkins on behalf of Defendant Mortgage Electronic Registration System (MERS)
chawkins@bradleyarant.com

Christopher L. Hawkins on behalf of Defendant Mortgage Electronic Registration Systems Inc.
chawkins@bradleyarant.com

William A. Hazeltine on behalf of Interested Party Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.
whazeltine@sha-llc.com

Laird J. Heal on behalf of Creditor Thomas James La Casse
lairdheal@lh-law-office.com, LJHeal@conversent.net;ECF@lh-law-office.com

Matthew C. Helland on behalf of Creditor Bryan Bubnick
helland@nka.com

Ileana M. Hernandez on behalf of Unknown Los Angeles County Employees Retirement Association
ihernandez@manatt.com, astaltari@manatt.com

Stephen Hessler on behalf of Interested Party Ally Financial Inc.
shessler@kirkland.com,
richard.cieri@kirkland.com;victoria.cole@kirkland.com;michael.meltzer@kirkland.com;shavone.green@kirkland.com;caroline.nguyen@kirkland.com;du

Charles A Higgs on behalf of Creditor HSBC BANK USA, N.A.
chiggs@mwc-law.com

Charles A Higgs on behalf of Creditor McCabe Weisberg & Conway
chiggs@mwc-law.com

William H. Hoch, III on behalf of Creditor MidFirst Bank

will.hoch@crowedunlevy.com,
ecf@crowedunlevy.com;christopher.staine@crowedunlevy.com;lysbeth.george@crowedunlevy.com;kerryann.wagoner@crowedunlevy.com;karen.martin

Jonathan M. Hoff on behalf of Creditor MBIA Insurance Corporation
jonathan.hoff@cwt.com, jared.stanisci@cwt.com

Michael E. Holt on behalf of Creditor Hitoshi & Wakana Inoue
mholt@formanlaw.com

Rhonda Steadman Hood on behalf of Creditor Derrius Silmon
rhonda@whlfirm.com

Thomas Ross Hooper on behalf of Interested Party Law Debenture Trust Company of New York as Separate Trustee
hooper@sewkis.com

Thomas M. Horan on behalf of Interested Party J.P. Morgan Mortgage Acquisition Corporation
thoran@wcsr.com, hsasso@wcsr.com

Gregory A. Horowitz on behalf of Plaintiff Official Commitee of Unsecured Creditors
ghorowitz@kramerlevin.com

Casey B. Howard on behalf of Unknown Locke Lord LLP
choward@lockelord.com

Claire L. Huene on behalf of Unknown Triaxx Prime CDO 2006-1, LLC
jmoon@mw-law.com

Adam H. Isenberg on behalf of Defendant Jeffrey Stephan
aisenberg@saul.com

Ron Jacobs on behalf of Unknown Epiq Bankruptcy Solutions, LLC
rjacobs@ecf.epiqsystems.com

Michael Jankowski on behalf of Creditor CIBM Bank
mjankows@reinhartlaw.com

Reginald Jenkins, Jr. on behalf of Defendant Schenker, Inc.
rjenkins@pricemeese.com

Brandon Johnson on behalf of Unknown 2255 Partners, L.P.
brandon.johnson@pillsburylaw.com

David Thomas Johnson on behalf of Unknown James Robert Finch, II
djohnson@olsendaines.com, aclark@olsendaines.com;rdorman@olsendaines.com

Michael E. Johnson on behalf of Unknown Wells Fargo Bank, N.A.
michael.johnson@alston.com

Robert Alan Johnson on behalf of Creditor Aurelius Capital Management, LP
rajohnson@akingump.com, nymco@akingump.com

Benay L. Josselson on behalf of Interested Party Law Debenture Trust Company of New York as Separate Trustee
josselson@sewkis.com

Gary Kaplan on behalf of Attorney Fried, Frank, Harris, Shriver & Jacobson LLP
gary.kaplan@ffhsj.com, peter.siroka@friedfrank.com

Clifford A. Katz on behalf of Creditor Kroll Ontrack Inc.
ckatz@platzerlaw.com

Jordan S. Katz on behalf of Creditor Select Portfolio Servicing, Inc. as servicer for Wells Fargo Bank, N.A., as Trustee for SASCO 2007-MLN1 Trust
Fund
sdny@kmk-law.net

Alan F. Kaufman on behalf of Creditor IMPAC Funding Corporation
akaufman@mckennalong.com

Judith P Kenney on behalf of Counter-Claimant Philip Roger Flinn, II

judith@judithkenneylaw.com

Judith P Kenney on behalf of Unknown Philip Roger Flinn, II
judith@judithkenneylaw.com

John Kibler on behalf of Interested Party HSBC Bank USA, National Association
john.kibler@allenovery.com

Richardo I. Kilpatrick on behalf of Creditor Oakland County Treasurer
ecf@kaalaw.com

Tracy L. Klestadt on behalf of Interested Party Community South Bank
tklestadt@klestadt.com, tklestadt@gmail.com

Scott Edward Koerner on behalf of Creditor Bank of New York Mellon as Master Servicer of Certain Trusts and Pools which hold Residential Mortgages
or Residential Real Properties
scott.koerner@dentons.com

Mark D. Kotwick on behalf of Interested Party U.S. Bank National Association, as Securitization Trustee
kotwick@sewkis.com

Mark D. Kotwick on behalf of Interested Party U.S. Bank National Association, as Trustee of Certain Mortgage Backed Securities Trusts
kotwick@sewkis.com

Deborah Kovsky-Apap on behalf of Spec. Counsel Pepper Hamilton LLP
kovskyd@pepperlaw.com, alexsym@pepperlaw.com,kressk@pepperlaw.com

Bennette D. Kramer on behalf of Interested Party Homeowners Claimants
bdk@schlamstone.com

Schuyler B. Kraus on behalf of Defendant GRAY & ASSOCIATES, LLP
skraus@hinshawlaw.com, jcarmichael@hinshawlaw.com

Jessica Lynn Kuehn on behalf of Creditor County of Elmore
jkuehn@elmorecounty.org

Robert T Kugler on behalf of Examiner Arthur J. Gonzalez, Examiner
robert.kugler@leonard.com, aong.moua@leonard.com;lara.glaesman@leonard.com;laura.hansen@leonard.com;amanda.schlitz@leonard.com

James N. Lawlor on behalf of Unknown The Western and Souther Life Insurance Company, et al
jlawlor@wmd-law.com, jgiampolo@wmd-law.com

David M. LeMay on behalf of Examiner Arthur J. Gonzalez, Examiner
dlemay@chadbourne.com

Nathan Lebioda on behalf of Interested Party WFNBA
nlebioda@winston.com

Gary S. Lee on behalf of Consultant Towers Watson Delaware Inc.
glee@mofo.com, jpintarelli@mofo.com

Gary S. Lee on behalf of Counter-Defendant RAHI A, LLC
glee@mofo.com, jpintarelli@mofo.com

Matthew D. Lee on behalf of Other Prof. Ernst & Young LLP
mdlee@foley.com, pwunsch@foley.com

Jason Leibowitz on behalf of Creditor Wachovia Bank National Association, as Trustee of the Security National Mortgage Loan Trust 2004-2
jleibowitz@kandfllp.com

Saul Oscar Leopold on behalf of Creditor Bank of America, N.A.
sleopold@leopoldassociates.com, mporch@leopoldassociates.com;ecf@leopoldassociates.com

Ira M. Levee on behalf of Interested Party Cambridge Place Investments Management Inc.
ilevee@lowenstein.com, mseymour@lowenstein.com

Ira M. Levee on behalf of Interested Party New Jersey Carpenters Health Fund, New Jersey Carpenters Vacation Fund and Boilermakers Blacksmith
National Pension Trust

ilevee@lowenstein.com, mseymour@lowenstein.com

Richard B. Levin on behalf of Interested Party Credit Suisse Securities (USA) LLC
rlevin@cravath.com, managing_attorneys_office@cravath.com;jmanning@cravath.com

Eric B. Levine on behalf of Examiner Arthur J. Gonzalez, Examiner
levine@whafh.com

Melissa N Licker on behalf of Creditor GMAC MORTGAGE, LLC
bankruptcy@feinsuch.com

James M Lloyd on behalf of Interested Party Aurora Bank, FSB
jlloyd@greenhall.com

Eric Lopez Schnabel on behalf of Unknown Dorsey and Whitney LLP
mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Sherri D. Lydell on behalf of Creditor Pite Duncan, LLP
slydell@platzerlaw.com, tsadutto@platzerlaw.com

Phillip Mahony on behalf of Creditor Capital One, N.A.
ecf@leopoldassociates.com, pmahony@leopoldassociates.com

Douglas Mannal on behalf of Creditor Committee Official Committee Of Unsecured Creditors
dmannal@kramerlevin.com, docketing@kramerlevin.com;rringer@kramerlevin.com;nallard@kramerlevin.com

Jason E. Manning on behalf of Attorney Troutman Sanders LLP
jason.manning@troutmansanders.com,
lori.collins@troutmansanders.com;andrew.pittman@troutmansanders.com;karen.russell@troutmansanders.com;danyel.patrick@troutmansanders.com;jeni

Alan E. Marder on behalf of Creditor Digital Lewisville, LLC
lgomez@msek.com

Lorenzo Marinuzzi on behalf of Debtor DOA Holding Properties, LLC
lmarinuzzi@mofo.com

Lorenzo Marinuzzi on behalf of Plaintiff DOA Holding Properties, LLC
lmarinuzzi@mofo.com

Etan Mark on behalf of Defendant Lender Processing Services, Inc.
emark@bergersingerman.com

D. Ross Martin on behalf of Interested Party Ad Hoc RMBS Holder Group
ross.martin@ropesgray.com

D. Ross Martin on behalf of Interested Party Steering Committee Group of RMBS Holders
ross.martin@ropesgray.com

Thomas Russell Mason on behalf of Plaintiff Bruce DeMustchine
attytmason@gmail.com

Rachel J. Mauceri on behalf of Creditor Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas, as Trustee of Certain
Mortgage-Backed Securities Trusts
rmauceri@morganlewis.com

Ted Eric May on behalf of Creditor Selene Finance as Servicing Agent for Movant DLJ Mortgage Capital, Inc.
ted.may@maylawfirm.com

Garvan F. McDaniel on behalf of Interested Party Landon Rothstein, Jennifer Davidson, Robert Davidson, Ihor Kobryn, individually and on behalf of all
others similarly situated
gmcdaniel@bglawde.com, maugustine@bglawde.com

Lorraine S. McGowen on behalf of Attorney Orrick, Herrington & Sutcliffe LLP
lmcgowen@orrick.com, dfelder@orrick.com

Heather McKeever on behalf of Creditor Shane M. Haffey
info@mckeeverlaw.org

Glenn R. Meyers on behalf of Attorney Glenn R Meyers
themeyerslawfirm@gmail.com

Robert N. Michaelson on behalf of Unknown Wendy Alison Nora
rmichaelson@r3mlaw.com

Debra Weinstein Minoff on behalf of Trustee Wilmington Trust, National Association
dminoff@loeb.com, tcummins@loeb.com

Mark Minuti on behalf of Plaintiff American Residential Equities, LLC
mminuti@saul.com, rwarren@saul.com

Jeffrey Mispagel on behalf of Creditor The Bank of New York Mellon Trust Company, N.A.
jeffrey.mispagel@dechert.com, jason.smith@dechert.com

Joseph Thomas Moldovan on behalf of Interested Party The Independent Directors of the Residential Capital, LLC
bankruptcy@morrisoncohen.com

Joseph Thomas Moldovan on behalf of Unknown Independent Directors of Residential Capital LLC
bankruptcy@morrisoncohen.com

Thomas J. Moloney on behalf of Creditor CO Moore, LP
maofiling@cgsh.com, tmoloney@cgsh.com

Carol E. Momjian on behalf of Creditor Commonwealth of Pennsylvania, Bureau of Compliance
cmomjian@attorneygeneral.gov

Thomas M. Monahan on behalf of Interested Party National Association of Consumer Bankruptcy Attorneys et al.
tmonahan@samlegal.com

Mayer Morganroth on behalf of Creditor Mary Critchley
mmorganroth@morganrothlaw.com, dantovski@morganrothlaw.com;shall@morganrothlaw.com

Mayer Morganroth on behalf of Creditor Mary Critchley
mmorganroth@morganrothlaw.com, dantovski@morganrothlaw.com;shall@morganrothlaw.com

John A. Morris on behalf of Plaintiff Official Commitee of Unsecured Creditors
Jmorris@PSZJLaw.com

Matthew P. Morris on behalf of Defendant Huntington Bancshares Inc.
mpmorris@gelaw.com, delman@gelaw.com;ayusupova@gelaw.com

Thomas M. Mullaney on behalf of Interested Party CQS ABS Alpha Master Fund Limited
tmm@mullaw.org

Andrew W. Muller on behalf of Creditor Bank of the West
amuller@stinson.com

Vicente Matias Murrell on behalf of Creditor Pension Benefit Guaranty Corporation
murrell.vicente@pbgc.gov, efile@pbgc.gov

Jason A. Nagi on behalf of Interested Party Representative Plaintiffs, the Putative Class, and the Mitchell Class
jnagi@polsinelli.com, tbackus@polsinelli.com;kvervoort@polsinelli.com;docketing@polsinelli.com

David Neier on behalf of Interested Party FEDERAL NATIONAL MORTGAGE ASSOCIATION
dneier@winston.com, dcunsolo@winston.com

Laura E. Neish on behalf of Creditor National Credit Union Administration Board
lneish@zuckerman.com

Laura E. Neish on behalf of Unknown National Credit Union Administration Board, Liquidating Agent of U.S. Central Federal Credit Union
lneish@zuckerman.com

Deborah Newman on behalf of Defendant UMB Bank, N.A.
djnewman@akingump.com, nymco@akingump.com

Kevin Michael Newman on behalf of Defendant BASS & MOGLOWSKY, S.C.
knewman@menterlaw.com, kmnbk@menterlaw.com

Cynthia Anne Nierer on behalf of Creditor Bank of America, N.A.
foreclosure@pitnickmargolin.com

Wendy Alison Nora on behalf of Creditor Paul Papas
accesslegalservices.bkyny@gmail.com

Wendy Alison Nora on behalf of Creditor Paul N. Papas II
accesslegalservices.bkyny@gmail.com

Benjamin Samuel Noren on behalf of Defendant GRAY & ASSOCIATES, LLP
bnoren@hinshawlaw.com

Richard P. Norton on behalf of Interested Party Newport Management Corporation
rnorton@hunton.com

Sean A. O'Neal on behalf of Trustee Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC
soneal@cgsh.com, maofiling@cgsh.com

Katherine S. Parker-Lowe on behalf of Creditor Daniela L. Gilbert
katherine@ocracokelaw.com

Amanda F. Parsels on behalf of Unknown Triaxx Prime CDO 2006-1, LLC
aparsels@mw-law.com

Paul J. Pascuzzi on behalf of Creditor California Housing Finance Agency
ppascuzzi@ffwplaw.com

Inbal Paz on behalf of Unknown Clayton Holdings LLC
ipaz@blankrome.com, tpryan@blankrome.com;jhanner@blankrome.com;kreda@blankrome.com

Phillip Russell Perdew on behalf of Defendant Cerberus Capital Management, L.P.
rperdew@lockelord.com, jwebb@lockelord.com;jastaton@lockelord.com

Geoffrey J. Peters on behalf of Creditor GMAC MORTGAGE, LLC
colnyecf@weltman.com

Gregory M. Petrick on behalf of Creditor MBIA Insurance Corporation
gregory.petrick@cwt.com

Andrew J. Petrie on behalf of Creditor CITIMORTGAGE, INC.
petriea@ballardspahr.com, andersonre@ballardspahr.com

Cristine Irvin Phillips on behalf of Unknown United States of America
cristine.phillips@usdoj.gov

Ryan Philp on behalf of Defendant Lender Processing Services, Inc.
ryan.philp@bgllp.com, mco@bgllp.com;kelly.koscuiszka@bgllp.com

Kiyam J. Poulson on behalf of Defendant Seneca Trustees, Inc.
kpoulson@dlgnylaw.com

David M. Powlen on behalf of Creditor USAA Federal Savings Bank
david.powlen@btlaw.com, pgroff@btlaw.com

Alexander Prieto on behalf of Unknown The People of the State of California, by and through its Department of Transportation
alexander_prieto@dot.ca.gov

Anthony Princi on behalf of Debtor Residential Capital, LLC
aprinci@mofo.com, nmoss@mofo.com;mcrespo@mofo.com

Abid Qureshi on behalf of Creditor Aurelius Capital Management, LP
aqureshi@akingump.com

Steven J. Reisman on behalf of Counter-Defendant Residential Capital, LLC
sreisman@curtis.com,
cgiglio@curtis.com;jdrew@curtis.com;mgallagher@curtis.com;dching@curtis.com;macohen@curtis.com;tsmith@curtis.com;hhiznay@curtis.com;bkotli

Steven J. Reisman on behalf of Debtor Residential Capital, LLC
sreisman@curtis.com,
cgiglio@curtis.com;jdrew@curtis.com;mgallagher@curtis.com;dching@curtis.com;macohen@curtis.com;tsmith@curtis.com;hhiznay@curtis.com;bkotli

Isaac M. Rethy on behalf of Defendant Ace Securities Corp.
irethy@stblaw.com

Thomas C. Rice on behalf of Defendant Ace Securities Corp.
trice@stblaw.com, managingclerk@stblaw.com

Robert A. Rich on behalf of Creditor CoreLogic, Inc.
rrich2@hunton.com

Kai H. Richter on behalf of Creditor Christina Ulbrich
krichter@nka.com, assistant@nka.com

Phillip R. Robinson on behalf of Creditor Kevin J Matthews
probinson@legglaw.com, usdc@legglaw.com;phillipreaserobinson@gmail.com

Michael P. Roland, on behalf of Unknown Jacques and Deirdre Raphael
mprolandpa@gmail.com

Michael A. Rollin on behalf of Creditor Lehman Brothers Holdings Inc.
mrollin@rplaw.com, scoggins@rplaw.com;aromanelli@rplaw.com

Martha E. Romero on behalf of Creditor San Bernardino County
romero@mromerolawfirm.com

Scott D. Rosen on behalf of Interested Party Farmington Woods Master Association, Inc.
srosen@cb-shea.com

Norman Scott Rosenbaum on behalf of Creditor GMAC MORTGAGE, LLC
nrosenbaum@mofo.com

Norman Scott Rosenbaum on behalf of Defendant GMAC MORTGAGE, LL, ET AL
nrosenbaum@mofo.com

Paul Rubin on behalf of Unknown Canon USA, Inc.
prubin@rubinlawllc.com

Scott K. Rutsky on behalf of Unknown Dallas CPT Fee Owner, L.P.
srutsky@proskauer.com

Herbert K. Ryder on behalf of Creditor Connecticut Housing Finance Authority
hryder@daypitney.com, hryder@ecf.inforuptcy.com

JOSEPH MICHAEL SAFFIOTI on behalf of Interested Party Garry Corts
jms.salaw@verizon.net, CHRIS.SALAW@VERIZON.NET

Kayvan B. Sadeghi on behalf of Debtor Residential Capital, LLC
ksadeghi@mofo.com, docketny@mofo.com

Kayvan B. Sadeghi on behalf of Plaintiff Residential Capital, LLC, et al.
ksadeghi@mofo.com, docketny@mofo.com

Teresa Sadutto-Carley on behalf of Creditor Canon Financial Services, Inc.
tsadutto@platzerlaw.com, mkaplan@platzerlaw.com

Jeffrey L. Saltiel on behalf of Unknown Med&G Group, LP
jsaltiel@aol.com

Avery Samet on behalf of Plaintiff American Residential Equities, LLC
asamet@samlegal.com, jhoyte@samlegal.com;anazer@samlegal.com

Diane W. Sanders on behalf of Creditor Cameron County
austin.bankruptcy@lgbs.com

10/22/2013 4:52 PM

Thomas P. Sarb on behalf of Interested Party RMBS Settling Investors represented by Talcott Franklin, PC
ecfsarbt@millerjohnson.com

Richard Sax on behalf of Creditor Julio Solano
richard@rsaxlaw.com, rsaxdiane@pacbell.net

Richard Sax on behalf of Unknown GMAC Mortgage, Inc; Executive Trustee Service, LLC and Susan Turner
richard@rsaxlaw.com, rsaxdiane@pacbell.net

Eric A Schaffer on behalf of Creditor Wells Fargo Bank, N.A.
eschaffer@reedsmith.com, slucas@reedsmith.com

Eric A Schaffer on behalf of Defendant WELLS FARGO BANK, N.A.
eschaffer@reedsmith.com, slucas@reedsmith.com

William B. Schiller on behalf of Creditor First Niagara Bank, N.A, successor by merger to New Alliance Bank
wschiller@schillerknapp.com, lgadomski@schillerknapp.com

Sarah Schindler-Williams on behalf of Creditor PNC Bank, National Association
schindlerwilliamss@ballardspahr.com

Sarah Schindler-Williams on behalf of Interested Party ISGN Solutions, Inc.
schindlerwilliamss@ballardspahr.com

Bradley Schneider on behalf of Interested Party Berkshire Hathaway Inc.
bradley.schneider@mto.com

Ray C Schrock on behalf of Defendant Ally Financial Inc.
ray.schrock@kirkland.com, beth.friedman@kirkland.com;jacob.goldfinger@kirkland.com

Robert L. Schug on behalf of Creditor Bryan Bubnick
rschug@nka.com

Brendan M. Scott on behalf of Interested Party Community South Bank
bscott@klestadt.com

Howard Seife on behalf of Examiner Arthur J. Gonzalez, Examiner
arosenblatt@chadbourne.com

Erin P. Severini on behalf of Creditor Residential Credit Solutions, Inc.
es@dgandl.com

David B. Shaev on behalf of Creditor Sylvia Essie Dadzie
david@sflawny.com;adam@sflawny.com;shaevlaw1@gmail.com

Joel Shafferman on behalf of Creditor Nyctl 2011-A trust
joel@shafeldlaw.com

Paul V. Shalhoub on behalf of Interested Party Bayview Fund Management LLC
maosbny@willkie.com, pshalhoub@willkie.com

Andrea Sheehan on behalf of Creditor Carrollton Farmers Branch ISD, et. al.
sheehan@txschoollaw.com, coston@txschoollaw.com

Scott C. Shelley on behalf of Creditor AIG Asset Management (US), LLC
scottshelley@quinnemanuel.com

Scott C. Shelley on behalf of Creditor The Prudential Life Insurance Company, Ltd.
scottshelley@quinnemanuel.com

Joshua Sherer on behalf of Creditor RUSHMORE LOAN MANAGEMENT SERVICES, as servicer for WELLS FARGO BANK, N.A., NOT IN ITS
INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2011-1T
jsherer@feinsuch.com, bankruptcy@feinsuch.com

J. Christopher Shore on behalf of Attorney White & Case LLP
cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;jwinters@whitecase.com;Lindsay.Leonard@ny.whitecase.com

J. Christopher Shore on behalf of Counter-Claimant The Ad Hoc Group of Junior Secured Noteholders

cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;jwinters@whitecase.com;Lindsay.Leonard@ny.whitecase.com

Jeremy Edward Shulman on behalf of Creditor Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB
jshulman@afrct.com, mpero@afrct.com;bcruz@afrct.com

Abigail Snow on behalf of Creditor Los Angeles County Treasurer and Tax Collector
asnow@ssbb.com

Sean C. Southard on behalf of Unknown Roosevelt Depositor LLC
ssouthard@klestadt.com

Steven S. Sparling on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ssparling@kramerlevin.com, docketing@kramerlevin.com

John Wesley Spears, III on behalf of Creditor Recall Secure Destruction Services, Inc.
john.spears@alston.com

John Mark Stern on behalf of Creditor Texas Comptroller of Public Accounts
john.stern@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov

Mark A. Strauss on behalf of Interested Party Landon Rothstein, Jennifer Davidson, Robert Davidson, Ihor Kobryn, individually and on behalf of all others similarly situated
mstrauss@kmllp.com, telrod@kmllp.com

Fletcher W. Strong on behalf of Creditor Syncora Guarantee Inc.
fstrong@wmd-law.com

Jennifer L. Sutton on behalf of Interested Party Board of Governors of the Federal Reserve System
jennifer.l.sutton@frb.gov

Melanie A. Sweeney on behalf of Creditor CITIMORTGAGE, INC.
msweeney@msgrb.com, blink@msgrb.com,onewsome@msgrb.com

Stanley B. Tarr on behalf of Creditor Infor Global Solutions (Michigan), Inc.
tarr@blankrome.com

Jay Teitelbaum on behalf of Interested Party JPMorgan Chase Bank, N. A.
jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

David L. Tillem on behalf of Unknown County of Putnam
tillemd@wemed.com

Patricia Tomasco on behalf of Creditor The Frost National Bank
ptomasco@jw.com, kgradney@jw.com;ccthomas@jw.com

Vito Torchia, Jr. on behalf of Unknown Plaintiffs
fcanale@brookstonelaw.com, torchiav@brookstonelaw.com

Gerard Uzzi on behalf of Creditor Ad Hoc Group of Junior Secured Noteholders
guzzi@milbank.com, gpapeika@milbank.com;mbrod@milbank.com;jostrzega@milbank.com;jbrewster@milbank.com

James J. Vincequerra on behalf of Creditor Green Planet Servicing, LLC
jvincequerra@duanemorris.com

David L Wales on behalf of Plaintiff Sealink Funding Limited
dwales@blbglaw.com, errol.hall@blbglaw.com

Sarah Block Wallace on behalf of Creditor CITIMORTGAGE, INC.
wallaces@ballardspahr.com, andersonre@ballardspahr.com

Rodd C. Walton on behalf of Plaintiff Michael A Farr
rwalton@legacy-groups.com

Minyao Wang on behalf of Creditor Massachusetts Mutual Life Insurance Company
minyaowang@quinnemanuel.com

Michael D. Warner on behalf of Creditor HP Enterprise Services, LLC

mwarner@coleschotz.com, klabrada@coleschotz.com

James P. Watkins on behalf of Defendant Mortgage Electronic Registration System (MERS)
jwatkins@babc.com

Julia C Webb on behalf of Defendant Cerberus Capital Management, L.P.
jwebb@lockelord.com

Scott A. Weiss on behalf of Unknown OceanFirst Bank, successor in interest to Columbia Equities, LTD
scott@weissnweiss.com

John C. Weitnauer on behalf of Creditor Wells Fargo Bank, N.A., as Custodian for Certain Mortgage Backed Securities Trusts
kit.weitnauer@alston.com

John C. Weitnauer on behalf of Interested Party Wells Fargo Bank, N.A.
kit.weitnauer@alston.com

Elizabeth Weller on behalf of Creditor Cameron County
dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

Elizabeth Weller on behalf of Creditor Northwest ISD
dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

Douglas C. Wigley, on behalf of Creditor Gregory Balensiefer
dwigley@dessauleslaw.com, hpeters@dessauleslaw.com

Amy Williams-Derry on behalf of Creditor FHLB Boston
awilliams-derry@kellerrohrback.com, kmak@kellerrohrback.com

Amy Williams-Derry on behalf of Defendant Federal Home Loan Bank of Boston
awilliams-derry@kellerrohrback.com, kmak@kellerrohrback.com

Douglas Allen Wilson on behalf of Creditor J. Dennis Semler, Tulsa County Treasurer
douglas.wilson@tulsacounty.org

Eric R. Wilson on behalf of Creditor U.S. Bank National Association, as Indenture Trustee
KDWBankruptcyDepartment@Kelleydrye.com

Lori L. Winkelman on behalf of Creditor OneWest Bank
lori.winkelman@quarles.com, sybil.aytch@quarles.com

Eric D. Winston on behalf of Creditor Commerce Street Investments, LLC
ericwinston@quinnemanuel.com

Julia M Winters on behalf of Defendant The Ad Hoc Group of Junior Secured Noteholders
jwinters@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;rkebrdle@miami.whitecase.com

Ellen K. Wolf on behalf of Creditor IBM Corporation
ewolf@wolfgroupla.com, kmanning@wolfgroupla.com

Douglas Wolfe on behalf of Creditor ASM Capital IV, L.P.
dwolfe@asmcapital.com

Douglas Wolfe on behalf of Creditor ASM Capital, L.P.
dwolfe@asmcapital.com

Robert D. Wolford on behalf of Interested Party RMBS Settling Investors represented by Talcott Franklin, PC
ecfwolfordr@millerjohnson.com

David J. Woll on behalf of Defendant Ace Securities Corp.
dwoll@stblaw.com, managingclerk@stblaw.com

Nicholas Heath Wooten on behalf of Creditor WJ Smith
nick@nickwooten.com, notices@nickwooten.com;linnea@nickwooten.com

Richard L. Wynne on behalf of Interested Party Financial Guaranty Insurance Company
rlwynne@jonesday.com

Hale Yazicioglu on behalf of Creditor Iron Mountain Information Management, Inc.
hy@bostonbusinesslaw.com

George A Zelcs on behalf of Creditor National Credit Union Administration Board
gzelcs@koreintillery.com, dhutton@koreintillery.com

Stephen Zide on behalf of Creditor Committee Official Committee of Unsecured Creditors of Residential Capital, LLC, et al.
szide@kramerlevin.com, nallard@kramerlevin.com

peter c tashjian on behalf of Creditor Tracey J Marshall
tashjianlegal@cox.net

**12-12020-mg Notice will not be electronically mailed to:**

Erlinda Abibas Aniel
,

Sybil Acevedo
,

Alaba S. Ajetunmobi on behalf of Unknown Charity Anyanwu
100 Oceangate
12th Floor
Long Beach, CA 90802

Timothy J. Amos on behalf of Unknown Tim Amos, Individually, And Golden & Amos, PLLC
Golden & Amos, PLLC
543 Fifth Street
Parkersburg, WV 26101

Erlinda Abibas Aniel
,

Anne Arundel County, Maryland
,

Antoinette Aribal
,

BSI FINANCIAL SERVICES, INC
,

Joseph T. Baio
,

George & Dorothy Baker
,

Samuel Baker
,

Andrew L. Baldwin
Prince Lobel Tye LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114

Corinne Ball on behalf of Interested Party Financial Guaranty Insurance Company
Jones Day
222 East 41st Street
New York, NY 10017
bstone@jonesday.com

Barclays Bank PLC
,

Ariel Barel
,

Norbert Bartosz
,

Basic Life Resources
,

Brian Edmond Bath
9227 East Lincoln Avenue
Suite 200 - 425
Lone Tree, CO 80124

Ron and Karen Bejarano
,

Steven C. Bennett on behalf of Interested Party Financial Guaranty Insurance Company
Jones Day
222 East 41st Street
New York, NY 10017

Noam M. Besdin on behalf of Interested Party Simona Robinson
STORCH AMINI & MUNVES, PC
140 EAST 45TH STREET
25TH FLOOR
NEW YORK, NY 10017
nbesdin@samlegal.com, jhoyte@samlegal.com

Marceen Bloom
,

Willie L. Boykin
250 Sterling Ridge Dr
Atoka, TN 38004

Hugo Brandsetter
2944 Glacier Trail
Porter, IN 46304

Randall D. Branson
,

Arnold Braun on behalf of Creditor Everest International Reinsurance, Ltd.
Associate General Counsel
Everest Reinsurance Company
477 Martinsville Road
P.O. Box 830
Liberty Corner, NJ 07938-0830

Donald & Bonnie Brelsford
,

Richard E. Briansky
Prince Lobel Tye LLP
100 Cambridge Street, Suite 2200
Boston, MA 02114

Judson Brown on behalf of Interested Party Ally Financial Inc.
Kirkland & Ellis LLP
655 15th Street, N.W. Ste. 1200
Washington, DC 20005

Mark and Lori Burris
,

Butte County Treasurer and Tax Collector
,

C. Price D. Harris
,

Elizabeth Banda Calvo on behalf of Creditor Alvarado ISD
Perdue, Brandon, Fielder, Collins & Mott
P.O. Box 13430
Arlington, TX 76094-0430

Elizabeth Banda Calvo on behalf of Creditor Burleson, ISD
P.O. Box 13430
Arlington, TX 76094

The Rev. Hilda M. Campbell

,

William Carlson
533 King Circle
Lake Orion, MI 48362

Dorothy Case

,

Kent A. Case

,

Edward Cassidy

,

Centerview Partners LLC
31 West 52nd Street
22nd Floor
New York, NY 10019

Juana Cerna

,

Donna Chinloy

,

Kurtzman Carson Consultants LLC, Claims Agent
Attn: James Le
2335 Alaska Avenue
El Segundo, CA 90245
www.kccllc.com

,

Richard W. Clary on behalf of Interested Party Barclays Capital, Inc.
Cravath, Swaine & Moore, LLP
825 Eighth Avenue
New York, NY 10019

Clerk's Office of the U.S. Bankruptcy Court

,

Clerk's Office of the U.S. Bankruptcy Court, S.D.N.Y.

,

Clerks Office U.S. Bankruptcy Court

,

Clerks Office of the U.S. Bankruptcy Court SDNY

,

Jeffrey L. Cohen on behalf of Creditor ClearCapital.com, Inc.
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036
jcohen@cooley.com

Nelson C. Cohen on behalf of Unknown Constitution Corporate Federal Credit Union

Zuckerman, Spaeder, Goldstein Taylor &
Kolker, LLP
1201 Connecticut Avenue, NW
Washington, DC 20036

Coherent Economics LLC
,

Collingsworth County Appraisal District
,

Marc Combs
13-47 Beach Channel Drive
Far Rockaway, NY 11691

Joseph A Connor III
PO Box 1474
Cobb, CA 95426

Joseph A. Connor, III
P.O. Box 1474
Cobb, CA 95426

Consenting Creditors
,

Catherine D. Cooper
,

Thomas G. Cooper
,

Ailette Cornelius
,

Paul A. Corrado
,

County of Imperial, California
,

County of San Benito
440 Fifth Street
Courthouse, Room 107
Hollister, CA 95023-3894

Kristin L. Crone on behalf of Creditor Ahmed Moujahid
UFAN Legal Group PC
1490 Stone Point Drive
Suite 100
Roseville, CA 95661

David Cruz, Jr.
4672 NW 57th Avenue
Coral Springs, FL 33067

Sonya Anthony Curry
,

DACA VI LLC
1565 Hotel Circle S, #310
San Diego, CA 92108

DB Structured Products, Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

10/22/2013 4:52 PM

Daryoush M. Jahromi, Fernando M. Miller,
,

Anthony L. Davide
,

Alicja & George Davis
,

Christine & Harris Davis
,

Debt Acquisition Co of America V, LLC
1565 Hotel Circle S, #310
San Diego, CA 92108

Deloitte & Touche LLP
200 Renaissance Center, Suite 3900
Detroit, MI 48243

James D. Derouin
,

Tomas Diaz
,

Fannie Kendrick Dietrich
,

Michael P. Donaghy
,

Stephanie Donaghy
,

Douglas County Treasurer
,

William J. Doyle, Jr. on behalf of Creditor Patricia LeBlanc
Leavis and Rest, P.C.
83 Central Street
Boston, MA 02109

Kim Dsouza on behalf of Creditor Phillip Scott
1131 Route 55, Suite #6
LaGrangeville, NY 12540

E. Scampini
,

Franklin D. Easterday
83 West Liberty Street
Quincy, MI 49082

Phyllis J. Easterday
83 West Liberty Street
Quincy, MI 49082

Jason Emert
882 Castleman Branch Road
Shepherdsville, KY 40165

Stefan W. Engelhardt on behalf of Debtor Residential Capital, LLC
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
docketny@mofo.com

Stefan W. Engelhardt on behalf of Debtor In Possession Residential Capital, LLC
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
docketny@mofo.com

Barry and Ami Eskanos

Karen Evans
9481 S. Johnson Ct.
Littleton, CO 80127

Roger J. Evans
9481 S. Johnson Ct.
Littleton, CO 80127

Okouneva Evelina
,

FIT Consulting, Inc.
,

Bernadette Fantone
1870 San Benito Way
Coalinga, CA 93210

Nestor Fantone
1870 San Benito Way
Coalinga, CA 93210

Patrick Lorne Farrell
,

David Michael Feldman on behalf of Unknown Amherst Advisory & Management, LLC
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
50th Floor
New York, NY 10166
dfeldman@gibsondunn.com

Brian J. Fischer
,

Anthony Fisher
,

Patrick D. Fleming on behalf of Unknown Deutsche Bank Trust Company Americas, as trustee
Morgan,Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Pfleming@morganlewis.com

Fortace LLC
1601 N. Sepulveda Blvd #146
Manhattan Beach, CA 90266

James R. Fox
,

Terri L. Fox
,

Talcott Franklin on behalf of Unknown Talcott Franklin Group
Talcott Franklin, P.C.
208 North Market Street
Suite 200
Dallas, TX 75202

10/22/2013 4:52 PM

Tom Franklin
,

Julie L. Franklin-Harper
,

Bill A. Fuchs
7101 Plank Avenue
El Cerrito, CA 94530

Raymond Wm Fullerton on behalf of Creditor Frances E. King

James L. Garrity, Jr. on behalf of Creditor Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas, as Trustee of Certain
Mortgage-Backed Securities Trusts
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Vito Genna
,

Anaissa Gerwald
,

Ronald Gillis
,

Perry Goerner
,

Joanne Goolsby
,

Norma G. Green
,

Robert J. Green
,

D.W. Grimsley, Jr. on behalf of Unknown Andrew D. Dunavant, Jr.
D.W. Grimsley, Jr., P.C.
21 South Section St.
Fairhope, AL 36532

Deborah M. Gross-Quatrone on behalf of Unknown Township of Saddle Brook
70 Market Street
Saddle Brook, NJ 07663

Laura Guido
,

Henry A. Gustaf, Jr.
,

Rhodrick Harden
1568 Loretta Ave
Coumbus, OH 43211

Shanell Kathleen Harleston on behalf of Creditor Shanell Kathleen Harleston
The Harleston Law Firm
8865 Fawn Ridge Drive
Fort Myers, FL 33912

Hedeya Haroutunian
Shaghzo & Shaghzo Law Firm, APC
100 W. Broadway, Suite 540

Glendale, CA 91210

Gary T. Harper
,

Aisha M. Harris
,

Courteney F. Harris on behalf of Unknown Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 77032

Marcus Harris
,

Stephanie Harris
PO Box 190504
Miami Beach, FL 33119

Yvonne D. Harris-Johnson
,

Randy & Kelly Heiden
,

John R. Hightower, Jr. on behalf of Creditor Anthony & Mary McDonald
McIntyre, Panzarella, Thanasides,
Bringgold & Todd, P.A.
201 E. Kennedy Blvd., Suite 1000
Tampa, Fl 33602

Pamela Z. Hill
6675 Wahl Road
Freeland, WA 98249

Rayietta Hill
,

Christopher W. Hobbs on behalf of Unknown Rodney Fisher
Zimmerman, Lieberman, Tamulonis & Hobbs
P.O. Box 238
Pottsville, PA 17901

Patrick J Hopper
220 McCartney Dr
Moon Twp, PA 15108

Patrick J. Hopper
220 McCartney Dr.
Moon Twp, PA 15108

Hudson Cook, LLP
,

Lucious Hughes
,

John G. Hutchinson on behalf of Interested Party Nationstar Mortgage LLC
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
emcdonnell@sidley.com;bhoffart@sidley.com;ashear@sidley.com

Jan B. Ibrahim
,

Imperial County Tax Collector
940 West Main Street

Suite 106
El Centro, CA 92243

Corla Jackson
13230 Tom Gaston Rd
Mobile, AL 36695

Corla Reeves Jackson
13230 Tom Gaston Rd
Mobile, AL 36695

Bernice Jandrasi
24607 Mount Auburn Dr
Katy, TX 77494

Oskar A. Johanson
105 Rivergate Pl
Lodi, CA 95240-0557

Joan Johnson
,

Jump Trading, LLC
600 W. Chicago Avenue
Suite 825
Chicago, IL 60654

KPMG LLP
,

David L. Kane, P.C. on behalf of Unknown Louis Nemeth
5301 Village Creek Drive
Suite D
Plano, TX 75093

Rebecca Keller
,

Ken Burton, Jr. Manatee County Tax Collector
Attn: Susan D. Profant
4333 US 301 North
Ellenton, FL 34222

Taggart Kenneth
45 Heron Rd
Holland, PA 18966

Richardo I. Kilpatrick on behalf of Creditor Wayne County Treasurer
Kilpatrick & Associates, P.C.,
903 N. Opdyke Road, Suite C
Auburn Hills, MI 48326

David Kinsworthy
,

Leslie Kinsworthy
,

Susheel Kirpalani on behalf of Creditor AIG Asset Management (US), LLC
Quinn Emanuel Urquhart
& Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com, benjaminfinestone@quinnemanuel.com

Nancy A. Kisting
P.O. Box 127

Waunakee, WI 53597-0127

Michael Klein on behalf of Creditor ClearCapital.com, Inc.
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036-2714
mklein@cooley.com

Judith Kopen on behalf of Unknown East Amwell Township
Gebhardt & Kiefer
1318 Route 31
PO Box 4001
Clifton, NJ 08809-4001

Kevin C. Kovacs
1876 Highpoint Road
Coopersburg, PA 18036

Kramer Levin Naftalis & Frankel LLP
,

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

John W. Lackey on behalf of Creditor Residential Credit Solutions
,

Cathryn Lafayette
,

Long T. Lam
1214 W. 6th Street
Irving, TX 75060

Muop T. Lam
1214 W. 6th Street
Irving, TX 75060

Revamae Lannaman
125 Evergreen Drive
Lake Park, FL 33403

Tsiwen M. Law, Esquire
,

Michelle Lawson
,

Linton C. Layne
,

Nancy K. Layne
,

Lead Plaintiff

Sidney T. Lewis
,

Sidney T. Lewis
1875 Alvason Avenue
Columbus, OH 43219

Yvonne D. Lewis

10/22/2013 4:52 PM

Yvonne D. Lewis
1875 Alvason Avenue
Columbus, OH 43219

Yvonne D. Lewis on behalf of Plaintiff Yvonne D. Lewis
1875 Alvason Avenue
Columbus, OH 43219

Lone Star U.S. Acquisitions, LLC
,

Maria Minerva Losoya
,

Esteban Losoya , Sr.
,

James J. Lotz on behalf of Creditor CIBM Bank
Foley & Mansfield, P.L.L.P.
545 Madison Avenue
15th Floor
New York, NY 10022
jlotz@foleymansfield.com

Pamela K. Ludwig
,

Pamela K Ludwing
,

Michael Luskin on behalf of Interested Party Goldin Associates, LLC
Luskin, Stern & Eisler LLP
Eleven Times Square
New York, NY 10036

Wekeso O Madzimoyo
,

Rafael Malave
1060 Post Avenue
Staten Island, NY 10302

Nauni Manty on behalf of Interested Party Nauni Manty
Felhaber, Larson, Fenlon & Vogt
US Bank Plaza
220 South 6th Street
Suite 2200
Minneapolis, MN 55402

Jennifer Kaye Marlow
,

Ralph V. Marlow
,

James R. Martin
14587 Berklee Drive
Addison, TX 75001-3533

Madeline Martin
14587 Berklee Drive
Addison, TX 75001-3533

Virginia Mattson
,

Russell D. Mays
250 West Depot Street

Greeneville, TN 37743

Gloria & Mike McGuinty
,

Timothy McHugh
,

McIntyre, Panzarella, Thanasides, Bringgold & Todd, P.A. on behalf of Creditor Anthony & Mary McDonald
,

Brett A. Mearkle on behalf of Creditor Marie Smith McKenzie
The Law Office of Brett A. Mearkle, P.A.
8777 San Jose Boulevard
Churchill Park, Suite 801
Jacksonville, Fl 32217

Lilia Medrano
,

Glenn Meyers
The Meyers Law Firm
1123 Broadway
Suite 301
New York, NY 10010

Jean Milliance
7 Lucille Court
Edison, NJ 08820

Karen Mitchell-Smith
,

M. Francine Modderno
,

Moelis & Company LLC
,

Lerae Britain Moeller
,

Monroe County Tax Claim Bureau
1 Quaker Plaza, Room 104
Stroudsburg, PA 18360

Janice Marie Montgomery
2607 N. Shartel Avenue
Oklahoma City, OK 73103

Frank J. Moore
,

Michael M. Moore
,

Michael M. Moore
Basic Life Resources
6675 Wahl Road
Freeland, WA 98249

Susie J. Moore
,

Ross E. Morrison on behalf of Defendant Balboa Insurance Company
BuckleySandler LLP
1133 Avenue of the Americas, Suite 3100
New York, NY 10036

10/22/2013 4:52 PM

rmorrison@buckleysandler.com, selhashem@buckleysandler.com

Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Gregory C. Morse
,

MortgageIT Holdings, Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Alan Moss
PO Box 721
Moss Beach, CA 94038

James R. Moyer
,

Sophia Mullen on behalf of Interested Party Nationstar Mortgage LLC
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
smullen@sidley.com, emcdonnell@sidley.com;jshaw@sidley.com

David Munger
,

Larren M Nasbelky on behalf of Defendant GMAC Mortgage LLC (Successor by Merger to GMAC Mortgage Corporation) As Servicer For The Bank of
New York Mellon Trust Company, National Association
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Larren M. Nashelsky on behalf of Debtor DOA Holding Properties, LLC
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Anne M. Nelson
,

Diem T. Nguyen
,

Diem T. Nguyen
16478 Beach Boulevard #331
Westminster, CA 92683

Cynthia A. Nierer
,

Gerald Niesen
2140 Sweeney Road
Lompoc, CA 93436

Joan F. Niesen
1335 Purisima Road
Lompoc, CA 93436

Joseph A. O'Connor, III
,

Jennifer L. O'reilly on behalf of Unknown Ontario Place Condo Association
2 N. LaSalle Street
Suite 1300

Chicago, IL 60602

Office of UnemploymentCompensation Tax Services (UCTS)
Dept of Labor and Industry
Commonwealth of Pennsylvania
625 Cherry Street, Room 203
Reading, PA 19602-1152

Office of the County Attorney
,

Walter Olszewski
,

Doreen Orszulak
,

Julian A. Ortiz
,

Lynn Osteicher
,

Mark Ostreicher
,

Nardia Packer
,

Paul N. Papas, II
4727 E. Bell Rd
Ste 45-350
Phoenix, AZ 85032

Georgana Pappas
,

Paulson & Co., Inc.
,

Marie-Claire Pearce
,

William Pelfrey
,

Paul & Marge Pfunder
,

Todd Phelps
,

Gwendell L. Philpot
,

Julio Pichardo
1201 E. Sudene Avenue
Fullerton, CA 92831

James & Vernice Pierce
,

Prince Lobel Tye LLP
,

Prince Lobel Tye LLP
Attn: Richard Briansky
100 Cambridge Street

Suite 2200
Boston, MA 02114

Patricia S. Pringle
104 Freestone St
Greenville, SC 29605

Alfredia Pruitt
,

Alfreida Pruitt
,

Ramon Quiroz
,

Dennis Quon
,

Mark Ragonese
,

Mahnaz Rahbar
,

M. Nawaz Raja
,

Neelum Nawaz Raja
,

Ryan Ramey
,

Frank Reed
,

Reed Smith LLP
,

Arlene M. Richardson on behalf of Creditor Mary Gardner
Richardson Legal Center, LLC
PO Box 6
Highland Home, AL 36041

William J. Ridge
,

Gary Riebschlager
,

Wesley C. Rippy
,

Ramona M. Roberts
,

Richard D. Rode on behalf of Creditor Richard D. Rode
2301 West Lawther Drive
Deer Park, TX 77536

Klaus Rodefeld
,

Ronald Rowland on behalf of Creditor EMC Corporation
,

Fedelina Roybal De-Aguero

Fedelina Roybal-Deaguero 2008 Trust
42265 Little Lake Road
Medocino, CA 94560

Rubenstein Associates, Inc.
1345 Avenue Of The Americas
New York, NY 10105-0109

Marie A. Runnalls
2750 S. Durango Drive, #1007
Las Vegas, NV 89117

Paula Rush
,

Kenneth Russo, Jr,
,

Freddie M. Scott
,

Jordan Segal on behalf of Creditor Select Portfolio Servicing, Inc.
Morris, Hardwickm Schneider
6 Nashua Court
Suite D
Baltimore, MD 21221

Seminole County Tax Collector
,

Armen Shaghzo
,

Glenn E. Siegel on behalf of Creditor The Bank of New York Mellon
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Glenn.Siegel@dechert.com

Sierra Liquidity Fund, LLC
,

Chad Sinclair
108 S. Warren Avenue
Rose Hill, KS 67133

Tammy Sinclair
108 S. Warren Avenue
Rose Hill, KS 67133

Siupo Chan & Associates, PC
3635 Peachtree Industrial Blvd
Suite 100
Duluth, GA 30096

W. Ben Slaughter on behalf of Unknown Barry and Stephanie Johnson
Jones Gledhill Fuhrman Gourley P.A.
225 N. 9th Street, Suite 820
Boise, ID 83701

Leland P. Smith on behalf of Creditor Douglas Emmett 1997, LLC
Douglas Emmett
808 Wilshire Boulevard
Suite 200
Santa Monica, CA 90401

New York Southern Live System    Doc 5551-2    Filed 10/28/13    Entered 10/30/13 09:34:57    Exhibit
Affidavit of Service    Pg 36 of 39

https://ecf.nysb.uscourts.gov/cgi-bin/Dispatch.pl?902684026419668

Maryann Smith
,

John W Smith T on behalf of Debtor Residential Capital, LLC
Bradley Arant Boult Cummings LLp
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

Fredric Sosnick on behalf of Creditor CITIBANK, N.A.
Shearman & Sterling
599 Lexington Avenue
New York, NY 10022-6069
randy.martin@shearman.com;kerri.silver@shearman.com

Frances Soto-Ortiz
,

State Of New York
,

State of Rhode Island and Providence Plantations, Dept. of Administration Division of Taxation
,

Paul E Steen on behalf of Creditor Wells Fargo Bank, N.A.
Ryan Rapp & Underwood, PLC
3200 N. Central Avenue
Suite 1600
Phoenix, AZ 85012

Barbara L. Stephens
514 204th Ave.
Ct-KPS
Lakebay, WA 98349

Michelle Renee Strickland
8301 E. 93rd Street
Kansas City, MO 64138

Patricio Sulit
,

Ronald E. Swain
,

Robert Sweeting
,

TANNOR PARTNERS CREDIT FUND, LP
150 Grand Street, Suite 401
White Plains, NY 10601

Kenneth Taggart
,

Scott Talmadge on behalf of Creditor Bank of America, N.A.
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

James J. Tancredi on behalf of Creditor Connecticut Housing Finance Authority
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1213

Tenth Judicial Circuit of Alabama, D-300 Jefferson County Courthouse
,

New York Southern 12-12020-mg    Doc 5551-2    Filed 10/28/13    Entered 10/30/13 09:34:57    Exhibit
Affidavit of Service    Pg 37 of 39

https://notify.epiqsystems.com/egi-bin/Dispatch.pl?902684026419668

Texas Comproller of Public Accounts
,

Texas Comptroller Of Public Accounts
,

Texas Comptroller of Accounts
,

Ross P. Thayer
,

The Seminole County Tax Collector
,

The Wolf Firm
,

Albina Tikhonov
,

Diana Lee Torrejon
1566 S. Brown Ave.
Tuscon, AZ 85710

Sandra Toth
,

Town of Middelton
7555 W. Old Sauk Road
Verona, WI 53593

Beth Tsounakas
,

Joe H. Tuffaha
,

United States Bankruptcy Court, SDNY
,

United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10004

Universal Master Servicing LLC
,

Galina Valeeva
,

Richard N. Valencia
9255 West Taylor Street
Tolleston, AZ 85353

Rolando H. Valencia
,

Zenaida Valencia
,

Zenaida R. Valencia
,

Valerie Ann Greene
,

Joe R. Vargas
213 U Street
Bakersfield, CA 93304

Joe R. Vargas, Sr.
213 U. St.
Bakersfield, CA 93304

Shakun Vasvani
,

Kenneth & Kristi Walker
,

Leroy & Grace Walker
,

William and Keiran Walker
,

Larry D. Walls
3831 W. 60th St.
Los Angeles, CA 90043

Walter Investment Management Corp.
,

Pamela H. Walters on behalf of Unknown Aldine Independent School District
14910 Aldine-Westfield Road
Houston, TX 18493

Rainer P. Warner
,

Mary Lynn Weber
,

Merlyn Webster
,

Bruce Weiner on behalf of Creditor Albert Passaretti
Rosenberg, Musso & Weiner, LLP
26 Court Street
Suite 2211
Brooklyn, NY 11242
rmwlaw@att.net

Renee Welch
,

Wells Fargo Bank, N.A., as Trustee c/o Select Portfolio Servicing
Frenkel and Lambert et al.
53 Gibson Street
Bay Shore, NY 11706

Michael Wheeler
,

Emily K. Wilkin
701 South Deleware St.
Irving, TX 75060

Cecil G. Williams
,

Jay Williams
5731 Post Rd.

Bronx, NY 10471

Wilmington Trust, National Association
,

Wilmington Trust, National Association, as Indenture Trustee for the Senior Unsecured Notes Issued by Residential Capital, LLC
,

Jennifer L. Wilson
4365 School House Commons, 500-251
Harrisburg, NC 28075

James & Judith Winkler

Keith Wofford on behalf of Interested Party Steering Committee Group of RMBS Holders
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
keith.wofford@ropesgray.com, SSally@ropesgray.com

Norma R. Wootton
,

William J. Wootton
,

Bette Jean Yelder
,

Zeichner Ellman & Krause LLP
,

and Kenneth L. Kral and Lisa A. Stricker, proposed class[ Central District Of California CASE NO. CV12-012023 GW(OPx] and parties
,

Gary lynch on behalf of Unknown Rowena Drennen, et al.,
PNC Park
115 Federal Street
Suit 210
Pittsburgh, PA 15212

proposed class representatives [ Central District Of California Case No. CV11-10721 (RNBx)
,

**12-12020-mg These participants in a related case have chosen not to receive notice from this case:**
Konstantin Chelney on behalf of Defendant Lender Processing Services, Inc.
stan.chelney@bgllp.com, mco@bgllp.com

Glenn E. Glover on behalf of Defendant Executive Trustee Service, LLC
gglover@babc.com, jwatkins@babc.com

Richard G. Haddad on behalf of Defendant Ally Financial Inc.
rhaddad@oshr.com, awilliams@oshr.com;eweinick@oshr.com;ahalpern@oshr.com;tkirklin@oshr.com;jbougiamas@oshr.com;swells@oshr.com

Mark B. Holton on behalf of Defendant Federal Deposit Insurance Corp. as receiver for Citizens National Bank and Strategic Capital Bank
mholton@graisellsworth.com,
mmenge@graisellsworth.com;mmathis@graisellsworth.com;kmatthews@graisellsworth.com;mheifetz@graisellsworth.com;panton@graisellsworth.com

Sarah K. Kam on behalf of Defendant WELLS FARGO BANK, N.A.
skam@reedsmith.com