UNITED STATES BANKRUPTCY COURT SOUTHERN
DISTRICT OF NEW YORK

In re:

RESIDENTIAL CAPITAL LLC                    Case No 12-12020

                                           Chapter 11

RESPONSE TO DEBTORS OBJECTION

RECEIVED OCT 28 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

In re: claim #6866

This claim has been sent 3 times to Court Claim in this case.

First time mailed directly on Oct, 2012, and attached was Certificate of service (Houston v. Lack, 487 US 266, 101 LEd 2d 245, 108 S Ct. 2379 (1988)).

Second time was send a copy of the First to Councelors from SilvermanA Compora LLP on May 2013. #62429

Since no replied,
The third was sent again to Court on June 2013, a copy with the Claim & service from the First one.
Therefore, this claim must be entered, and dimmed <u>on time.</u>

Anaissa B Gerwald, has never been in contract with the Debtor Residential Capital LLC, nor UNDER TITLE 25-26-5 GMAC Mortgage disclosed the sale, transfer or notice of tranfer, which brings Fraud before the Court.

GMAC and AnaissaB Gerwald have an ongoin suit for theft in US District of Georgia  4:12 CV 00066 and 1:13 CV-00689 and Superior Court.

I do not have any business, contract or debt with Residential Capital LLC, much less for $469,098.00 and this at a 12% interest, which brings me to complain about this company of FRAUD. The house valued at $310k with a down payment of $134k, payments of 120k, and a Debt and Title Contract Settlement under GMAC taken the Oregon property of $320k free and clear.

I have requested Residential Capital LLC, before the court proof and actual Mortgage Loan Contract, for which they brought me to this court and proove their Juridiction with this property.

And if has not been presented within the time establish on the request.

I request relief from this "Claimed Debt to Res. Cap. LLC" since there is none.

And the property is free and Clear, as per GMAC contract and settlement. And Order that Residential Capital LLC, who has no juridiction to be a false debt and has brought fraud before this court. Order case dismissed no debt is due under any circunstance, contract between Anaissa B Gerwald and Residential Capital LLC order with predudice.

Anaissa B Gerwald

October 25, 2013