# MICHAEL A AND GLORIA S. MCGUINTY

8708 53rd Terrace East Bradenton Florida, 34211 941-752-6340 Cell 941-799-0439

October 23, 2013

Honorable Judge Martin Glenn

Subject  Wrong  Address Morrison &Foerster  LP

Today I received the attached rejected Information and box  case #5970 Mortgage # 0654629422

Today I have relabeled and resent the information registered mail back to Morrison &Forester C/O Gary S. Lee
 I have also call Morrison& Foerster   LLP and informed Aime of the above problem.  SEE Attached info 2 of 4

Also, Residential Capital LLC originally received the first mailing of the 543 pages on July 15,2013
 SEE Attached info3 of 4

Sincerely

Gloria and Mike MCGuinty

CC Morrison &Forester  LLP

**RES CAP CLAIM #5970**
**GMAC MORTGAGE #0654629422**

1-OF-4



RECEIVED
OCT 29 2013
U.S. BANKRUPTCY COURT, SDNY





RES CAP CLAIM #5970
GMAC MORTGAGE #0654629422

3-OF-4



RES CAP CLAIM #5970
GMAC MORTGAGE #0654629422

4-OF-4