**Hearing Date and Time: November 4, 2013, at 2:00pm (Prevailing Eastern Time)**
**Objection Deadline: November 1, 2013, at 4:00pm (Prevailing Eastern Time)**

Gregory M. Petrick
Jonathan M. Hoff
Ingrid Bagby
Jason Jurgens
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

-and-

Mark C. Ellenberg
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for MBIA Insurance Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re:                                                      :    Chapter 11
:
**RESIDENTIAL CAPITAL, LLC**, *et al.*,                     :    Case No. 12-12020 (MG)
:
Debtors.                                                    :    **(Jointly Administered)**
:
------------------------------------------------------------x

**NOTICE OF MOTION OF MBIA INSURANCE CORPORATION FOR LEAVE TO
ATTEND AND OBSERVE EXPERT DEPOSITIONS RELATED TO PLAN
CONFIRMATION**

PLEASE TAKE NOTICE that the undersigned have filed the attached *Motion For Leave to Attend and Observe Expert Depositions Related To Plan Confirmation* (the "Motion")

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will take place on Monday, November 4, 2013 at 2:00pm before the Honorable Martin Glenn, at the United States

Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

  PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than 4:00pm on Friday, November 1, 2013, upon (a) counsel to the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attention: Gary S. Lee, Lorenzo Marinuzzi, Todd M. Goren and Stefan W. Engelhardt); (b) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attention: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530- 0001 (Attention: US Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attention: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attention: Richard M. Cieri and Ray Schrock); (g) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein and Douglas Mannal); (h) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attention: Jennifer C. DeMarco and Adam Lesman); (i) counsel for Berkshire Hathaway Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071 (Attention: Thomas Walper and Seth Goldman); (j) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); and (k) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attention: George S. Canellos, Regional Director).

  PLEASE TAKE FURTHER NOTICE that if you do not timely file and serve a written objection to the relief requested in the Motion, the Bankruptcy Court may deem any opposition waived, treat the Motion as conceded, and enter an order granting the relief requested in the Motion without further notice or hearing.

Dated: New York, New York
October 29, 2013

                                **CADWALADER, WICKERSHAM & TAFT LLP**

                                By:
                                */s/ Mark C. Ellenberg*
                                Mark C. Ellenberg
                                Attorneys for Creditor
                                MBIA Insurance Corporation

Gregory M. Petrick
Jonathan M. Hoff
Ingrid Bagby
Jason Jurgens
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
gregory.petrick@cwt.com
jonathan.hoff@cwt.com
ingrid.bagby@cwt.com
jason.jurgens@cwt.com

-and-

Mark C. Ellenberg
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400
mark.ellenberg@cwt.com

Gregory M. Petrick
Jonathan M. Hoff
Ingrid Bagby
Jason Jurgens
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

-and-

Mark C. Ellenberg
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for MBIA Insurance Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| **RESIDENTIAL CAPITAL, LLC**, *et al.*, | : | Case No. 12-12020 (MG) |
| Debtors. | : | (Jointly Administered) |

**MOTION OF MBIA INSURANCE CORPORATION FOR LEAVE TO ATTEND AND OBSERVE EXPERT DEPOSITIONS RELATED TO PLAN CONFIRMATION**

TO THE HONORABLE JUDGE GLENN,
UNITED STATES BANKRUPTCY JUDGE:

1. MBIA Insurance Corporation ("MBIA") respectfully submits this motion (the "Motion"), pursuant to section 105 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 7026 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Paragraph 2(f) of the Court's September 9, 2013 Order Establishing Procedures in Connection with Discovery

Related to Plan Confirmation and Other Issues [Docket No. 4974] (the "Discovery Procedures Order"), for leave to attend and observe Expert Depositions in connection with discovery related to plan confirmation in these chapter 11 cases (the "Chapter 11 Cases").

2.  MBIA has filed six proofs of claim[1] in the Chapter 11 Cases, each in an amount in excess of $2.2 billion. Furthermore, MBIA is a Consenting Claimant and a Supporting Party, as those terms are defined in that certain Plan Support Agreement dated as of May 13, 2013, and a party in interest to the confirmation of the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, and the Official Committee of Unsecured Creditors [Docket No. 4819-2] (the "Plan").

3.  On September 9, 2013, the Court entered the Discovery Procedures Order. With respect to the depositions of expert witnesses, the Discovery Procedures Order states that "[o]nly Participants may attend and participate in the depositions of experts." Discovery Procedures Order at Paragraph 10(c). The Discovery Procedures Order is unclear as to whether parties in interest who are not Participants, like MBIA, may attend expert depositions solely to observe them. In particular, the Discovery Procedures Order arguably leaves open the possibility that a non-Participant can attend and observe expert depositions, but not actively participate in them (*e.g.*, ask questions or make objections on the record). Thus, out of an abundance of caution, MBIA now respectfully seeks leave of the Court to merely attend expert depositions conducted as part of Plan Confirmation Discovery[2] solely to observe such depositions.

---

[1] Claim Nos. 5846 (against Homecomings Financial, LLC), 5847 (against Residential Capital, LLC), 5848 (against Residential Funding Mortgage Securities II, Inc.), 5849 (against Residential Funding Company, LLC), 5850 (against Residential Asset Mortgage Products, Inc.), and 5851 (against GMAC Mortgage, LLC).

[2] As defined in the Discovery Procedures Order.

4.      MBIA makes this Motion at this time in light of the Objection (the "Objection") of the Notes Trustee[3] and Ad Hoc Committee of Junior Secured Noteholders to Confirmation of Plan Proponents' Chapter 11 Plan [Docket No. 5443], which was filed on October 22, 2013.  In the Objection, the Notes Trustee and the Ad Hoc Committee of Junior Secured Noteholders make certain arguments related to the priority of MBIA's claims.  In light of the Objection, MBIA now wishes to observe the discovery process leading up to the Confirmation Hearing[4] to understand the extent to which MBIA's claims and their priority may be at issue at the Confirmation Hearing.

5.      MBIA does not intend to propound discovery requests or otherwise actively participate in any aspect of the discovery process.

6.      MBIA has discussed the relief sought herein with counsel for the Debtors and the Statutory Committee of Unsecured Creditors appointed in the Chapter 11 Cases (the "Committee"), and the Debtors and the Committee do not object to the relief sought herein.

7.      Expert discovery is scheduled to begin on or around November 1, 2013.  Expert discovery is scheduled to conclude on or before November 11, 2013.  As a result, MBIA respectfully requests expedited treatment for this Motion.

WHEREFORE MBIA respectfully requests that the Court (i) enter an order, substantially in the form attached hereto as Exhibit A, granting the relief requested herein; and (ii) grant such other and further relief as is just and proper.

---

[3] As defined in the Objection.

[4] As defined in the Plan.

Dated: New York, New York
October 29, 2013

        **CADWALADER, WICKERSHAM & TAFT LLP**

        By:
        */s/ Mark C. Ellenberg*
        Mark C. Ellenberg
        Attorneys for Creditor
        MBIA Insurance Corporation

Gregory M. Petrick
Jonathan M. Hoff
Ingrid Bagby
Jason Jurgens
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
gregory.petrick@cwt.com
jonathan.hoff@cwt.com
ingrid.bagby@cwt.com
jason.jurgens@cwt.com

-and-

Mark C. Ellenberg
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400
mark.ellenberg@cwt.com

- 4 -

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
In re:                                                           :     Chapter 11
:
RESIDENTIAL CAPITAL, LLC, *et al.*,                              :     Case No. 12-12020 (MG)
:
Debtors.                                                         :     (Jointly Administered)
:
-----------------------------------------------------------------x

# ORDER ON MOTION OF MBIA INSURANCE CORPORATION FOR LEAVE TO ATTEND AND OBSERVE EXPERT DEPOSITIONS RELATED TO PLAN CONFIRMATION

Upon the motion (the "Motion") of MBIA Insurance Corporation ("MBIA") for an order, pursuant to section 105 of title 11 of the United States Code, Rule 7026 of the Federal Rules of Bankruptcy Procedure, and Paragraph 2(f) of the Court's September 9, 2013 Order Establishing Procedures in Connection with Discovery Related to Plan Confirmation and Other Issues (the "Discovery Procedures Order"), for leave to attend and observe Expert Depositions in connection with discovery related to plan confirmation in these chapter 11 cases (the "Chapter 11 Cases"); and upon consideration of the Motion; and due and appropriate notice of the Motion having been given, it is hereby **ORDERED** that:

1. The Motion is GRANTED.

2. MBIA is hereby permitted to attend and observe the Expert Depositions currently scheduled to take place between November 1, 2013 and November 11, 2013.

Dated: _____, 2013
     New York, New York

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

12-12020-mg    Doc 5555    Filed 10/30/13    Entered 10/30/13 15:14:47    Main Document
Pg 10 of 10