UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>RESIDENTIAL CAPITAL, LLC, et.al,<br><br>Debtor. | Case No. 12-12020<br><br>Chapter 11<br><br>Jointly Administered |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND NOTICE OF REQUEST FOR REMOVAL FROM THE COURT'S ELECTRONIC SERVICE LIST AND MAILING LISTS

**PLEASE TAKE NOTICE** that Meredith I. Friedman of Meyner and Landis LLP, hereby withdraws her firm's appearance in this case. The undersigned filed a notice of appearance on behalf of PNC Bank, National Association on March 28, 2013. The matters for which the appearance was made have been resolved.

**PLEASE TAKE FURTHER NOTICE** that request is hereby made that the undersigned counsel, Meredith Friedman (mfriedman@meyner.com) be removed from the Court's email notification service list and all other service lists in the above-captioned matter.

DATED:    October 30, 2013
         Newark, New Jersey

                                        MEYNER AND LANDIS LLP
                                        PNC Bank, National Association


                                        By:    *Meredith I. Friedman*
                                               Meredith I. Friedman
                                        MEYNER AND LANDIS LLP
                                        One Gateway Center, Suite 2500
                                        Newark, New Jersey 07102
                                        (973) 602-3427