**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, ET AL., | Case No. 12-12020 (MG) |
| DEBTORS. | Jointly Administered |

**ORDER SHORTENING NOTICE WITH RESPECT TO MOTION FOR
LEAVE TO ATTEND AND OBSERVE EXPERT DEPOSITIONS**

Upon the motion (the "Motion") of MBIA Insurance Corporation ("MBIA") for entry of an order (this "Order") shortening notice with respect to the Motion of MBIA Insurance Corporation for Leave to Attend and Observe Expert Depositions Related to Plan Confirmation (the "Motion For Leave"); it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these chapter 11 cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and opportunity for hearing on the Motion has been provided under the circumstances; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The hearing on the Motion for Leave is scheduled for November 4, 2013 at 2:00 p.m. (prevailing Eastern Time).

3. The deadline to object or respond to the Motion for Leave is set for November 1, 2013 at 4:00 p.m. (prevailing Eastern Time).

4. MBIA shall serve a copy of the Motion for Leave and this Order in the manner described in the Case Management Procedures [Docket No. 141].

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Date: October 30, 2013
     New York, New York

                                             /s/Martin Glenn
                                             MARTIN GLENN
                                             United States Bankruptcy Judge