**Objection Deadline: November 20, 2013 at 4:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Naomi Moss

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF RUST CONSULTING, INC.'S SECOND MONTHLY
FEE REPORT OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE
PERIOD FROM SEPTEMBER 1, 2013 THROUGH SEPTEMBER 30, 2013**

   **PLEASE TAKE NOTICE** that pursuant to the *Order Authorizing the Payment of Fees to Rust Consulting, Inc. as Paying Agent Under the Amendment to the Consent Order* [Docket No. 4977] entered by the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Rust Consulting, Inc. ("Rust Consulting") is required to file with the Bankruptcy Court reports, on at least a quarterly basis, of compensation earned and expenses incurred in Rust Consulting's capacity as paying agent under the amendment to the Consent Order in the above-captioned chapter 11 cases of Residential Capital, LLC and its affiliated debtors (collectively, the "Debtors").

ny-1115518

Attached hereto as Exhibit 1 is Rust Consulting's second monthly fee report for the period from September 1, 2013 through September 30, 2013 (the "Monthly Fee Report").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Monthly Fee Report must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **November 20, 2013 at 4:00 p.m. (Prevailing Eastern Time)**, upon: (a) counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attention: Gary S. Lee, Lorenzo Marinuzzi and Naomi Moss); (b) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attention: US Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attention: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attention: Richard M. Cieri); (g) counsel to Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036 (Attention:

ny-1115518

Ken Ziman & Jonathan H. Hofer); (h) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein & Douglas Mannal); (i) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attention: Jennifer C. DeMarco and Adam Lesman); (j) counsel for Berkshire Hathaway Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071 (Attention: Thomas Walper and Seth Goldman); (k) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); and (l) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attention: George S. Canellos, Regional Director).

**PLEASE TAKE FURTHER NOTICE** that if a timely objection is filed and served, the Debtors will schedule a hearing with the Bankruptcy Court with respect to the objection to such fees and/or expenses stated in the Monthly Fee Report.

Dated: October 31, 2013
      New York, New York

Respectfully submitted,

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
Naomi Moss
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

ny-1115518

**<u>Exhibit 1</u>**

ny-1115518

# ResCap

October 30, 2013

      Re:  Rust Consulting (Monthly Fee Report)

In accordance with the *Order Authorizing the Payment of Fees to Rust Consulting, Inc. as Paying Agent Under the Amendment to the Consent Order* [Docket No. 4977], annexed herewith is the billing report of Rust Consulting, Inc. ("Rust") covering the period from September 1, 2013 through September 30, 2013 (the "Monthly Fee Report"). As reflected in the Monthly Fee Report, Rust seeks payment of $43,609.22 for professional services rendered, and $2,268.17 for expense reimbursements for this period.

The professional services rendered by Rust and so covered by this Monthly Fee Report include:

- Draft the content of the postcard for notification to borrowers regarding the timing of restitution payments.

- Telephonic conferences with the Federal Reserve Board ("FRB") and the Debtors to reconcile the borrower population impacted by the FRB Settlement, discuss steps to exchange files related to upcoming events including; the borrower waterfall, borrower notice of the Settlement, and planning for the distribution to borrowers.

- Various data tasks related to the reconciliation process and the calculation of borrower payment amounts.

- Quality assurance of the various data tasks performed.

- Receipt and processing of incoming forms related to the independent foreclosure review ("IFR"), borrower correspondence and general inquiries regarding the IFR program and the Settlement announcement.

- Manage call center for borrower inquiries regarding the IFR program and the Settlement.

Attached please find: (i) a summary of amounts billed to certain project categories of professional services rendered, annexed hereto as Exhibit 1; (ii) a description of professional services and/or tasks comprising each project category for which Rust seeks compensation, annexed hereto as Exhibit 2; and (iii) the monthly invoice with supporting detail, including a

detailed list of expenses incurred in connection with these Chapter 11 cases for which Rust seeks reimbursement, annexed hereto as Exhibit 3.

Very truly yours,

David Cunningham
Director

## Exhibit 1
## Monthly Invoice Breakdown
## September 1, 2013 – September 30, 2013

| Invoice Category | Hours | Value |
|---|---|---|
| Legal Notification | n/a | $18.24 |
| Complaint Processing | n/a | $2,011.80 |
| Call Center | n/a | $23,480.44 |
| Project Management | 88.71 | $12,745.21 |
| Technical Consulting | 32.01 | $5,353.53 |
| Expenses | n/a | $2,268.17 |

# Exhibit 2
# Invoice Category Descriptions

| Invoice Category | Service Description |
|---|---|
| Legal Notification | Imaging of incoming forms, letters etc and appending pdf image of these to the relevant borrower record in the database as required under the IFR program.<br><br>Hosting www.independentforeclosurereview.com website which makes information available to borrowers and the public in general related to the IFR program. |
| Complaint Processing | Processing incoming forms and correspondence and updating the borrower records with any information provided as necessary under the IFR program.<br><br>Hosting the portal for GMAC to access information related to borrower files submitted to Rust for processing.<br><br>Generating and mailing letters to borrowers as requested or required under the IFR program. |
| Call Center | Operation of the call center which fields calls into the toll free number provided to borrowers and the public to get information on the IFR program. This includes time from individual agents based upon the volume of calls received and management of that staff.<br><br>Long distance charges associated with the incoming calls to the call center. |
| Project Management | Time associated with calls and meetings between IFR Project team/Rust IFR Program |

|  |  |
|---|---|
|  | Management Team/GMAC/Federal Reserve Board.<br><br>Internal planning for Settlement execution, data exchange on waterfall, postcard notification planning, payment scheduling and coordination.<br><br>Fielding borrower inquiries received from other avenues than the Rust IFR program call center; letters, emails, etc. |
| Technical Consulting | Time associated with planning and executing technical tasks required under the IFR program from Business Analysts.<br><br>Data tasks related to decision files and data required to exchange with GMAC relevant to reconciliation of the borrower population under the Settlement.<br><br>Quality assurance time associated with the data tasks. |
| Expenses | As detailed on the invoice. |

**Exhibit 3**



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: ███████

| | |
|---|---|
| DATE: | 10/23/13 |
| INVOICE #: | 13-5603 |
| MATTER #: | 401100 |

**TO:** Dave Cunningham
GMAC Mortgage, LLC
1100 Virginia Drive
190-FTW-K50
Fort Washington, PA 19034
dave.cunningham@gmacm.com

### PROJECT
*GMACM - Alternate Resolution Project*
*September 2013 Claims Adminstration Services*

| | |
|---|---:|
| Legal Notification | $ 18.24 |
| Complaint Processing | 2,011.80 |
| Call Center | 23,480.44 |
| Project Management | 12,745.21 |
| Technical Consulting | 5,353.53 |
| Expenses: Other Charges and Out-of-pocket Costs | 2,268.17 |
| **Total Due** | **$ 45,877.39** |

**WIRE INFORMATION**

███████████████
████████████████████████
██████████████████████████
████████████████████████████
███████████████████████

**PAYMENT TERMS: NET DUE UPON RECEIPT**

**PAYMENT MAILING ADDRESS**
PO BOX 142589
DRAWER #9051
IRVING, TX  75014-2589

MINNEAPOLIS, MN   FARIBAULT, MN   MELVILLE, NY   PALM BEACH GARDENS, FL   PHILADELPHIA, PA   SAN FRANCISCO, CA   SEATTLE, WA   WASHINGTON, DC



|  | DATE: | 10/23/13 |
|---|---|---|
|  | INVOICE #: | 13-5603 |
|  | MATTER #: | 401100 |

| TRANSACTION DETAIL | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|

### Legal Notification
**FOLLOW-UP TO INITIAL NOTICE**

| | | | |
|---|---|---|---|
| Receive and Update Database | 3 | 0.35 | 1.05 |

**WEBSITE**

| | | | |
|---|---|---|---|
| Monthly Maintenance/Hosting (1/16 of total) | 0.0625 | 275 | 17.19 |
| | | **SUBTOTAL** | **18.24** |

### Complaint Processing
**CORRESPONDENCE**

| | | | |
|---|---|---|---|
| Receipt | 2 | 0.40 | 0.80 |
| Process | 2 | 5.50 | 11.00 |

**COMPLAINT PROCESSING PORTAL**

| | | | |
|---|---|---|---|
| Portal Access Charge (for up to 40 users) | 1 | 2,000 | 2,000.00 |
| | | **SUBTOTAL** | **2,011.80** |

### Call Center

| | | | |
|---|---|---|---|
| Call Center Management | | | 1,749.50 |
| Telephone Support | | | 17,495.00 |
| Interactive Voice Response (Q&A only) | 8,172.42 | 0.39 | 3,187.24 |
| 800# Charges | 9,533.6 | 0.11 | 1,048.70 |
| | | **SUBTOTAL** | **23,480.44** |

```
                                              Inv#      135603
                                              Date      Oct 23, 2013
                                              Client Number  4011


Dave Cunningham
Residential Capital, LLC
1100 Virginia Drive
190-FTW-K50
Fort Washington, PA  19034
dave.cunningham@gmacm.com


Re:    GMACM - ARP - Project Management & Reporting         401106

For Professional Services Rendered:


   TIMEKEEPER                       RATE        HOURS          FEES
    CSR              140    140    52.00         4.79        249.08
    Mailroom Processor    151144   54.00        11.70        631.80
   Ann Haan                  AH   164.00        60.47      9,917.08
   Bryan Painter             BP    90.00         0.75         67.50
   Jodi Belmont             JLW   163.00         1.00        163.00
   Liz Wilson                LW   141.00         0.50         70.50
   Melissa Bremer            MS    93.00         0.25         23.25
   Shannon Marks             SM   141.00         3.00        423.00
   Theresa Collins          TAC   192.00         6.25      1,200.00

Total Fees:                                               12,745.21


 09/03/13  140  Escalated Call Support              0.82       42.64
 09/03/13  144  Correspondence/Admin Mail -         1.02       55.08
                Processing
 09/04/13  TAC  Conference Calls/Project Meetings   0.25       48.00
 09/04/13  144  Correspondence/Admin Mail -         0.63       34.02
                Processing
 09/04/13  AH   Conference Calls/Project Meetings   0.51       83.64
 09/04/13  AH   Client Inquiries & Reporting        0.25       41.00
 09/05/13  TAC  Conference Calls/Project Meetings   0.25       48.00
 09/05/13  140  Escalated Call Support              0.97       50.44
 09/05/13  144  Correspondence/Admin Mail -         0.43       23.22
                Processing
 09/05/13  AH   Client Inquiries & Reporting        0.21       34.44
 09/06/13  TAC  Conference Calls/Project Meetings   0.25       48.00
 09/06/13  140  Escalated Call Support              0.54       28.08
 09/06/13  144  Correspondence/Admin Mail -         0.64       34.56
                Processing
 09/09/13  TAC  Conference Calls/Project Meetings   0.50       96.00
 09/09/13  144  Correspondence/Admin Mail -         0.50       27.00
                Processing
 09/10/13  TAC  Conference Calls/Project Meetings   0.50       96.00
```

```
                                              Inv#      135603
                                              Date      Oct 23, 2013
                                              Client Number  4011

09/10/13  144  Correspondence/Admin Mail -     0.56         30.24
               Processing
09/10/13  LW   Financial/Administrative        0.50         70.50
09/10/13  AH   Client Inquiries & Reporting    0.50         82.00
09/10/13  MS   Financial/Administrative        0.25         23.25
09/11/13  TAC  Conference Calls/Project Meetings 1.00      192.00
09/11/13  144  Correspondence/Admin Mail -     0.86         46.44
               Processing
09/11/13  AH   Conference Calls/Project Meetings 4.25      697.00
09/12/13  144  Correspondence/Admin Mail -     0.86         46.44
               Processing
09/12/13  AH   Project Planning                1.00        164.00
09/13/13  TAC  Conference Calls/Project Meetings 0.50       96.00
09/13/13  144  Correspondence/Admin Mail -     0.39         21.06
               Processing
09/13/13  AH   Project Planning                7.00      1,148.00
09/13/13  SM   Financial/Administrative        3.00        423.00
09/16/13  TAC  Conference Calls/Project Meetings 0.50       96.00
09/16/13  144  Correspondence/Admin Mail -     1.03         55.62
               Processing
09/16/13  AH   Client Inquiries & Reporting    5.00        820.00
09/17/13  TAC  Conference Calls/Project Meetings 0.50       96.00
09/17/13  JLW  Coordinate Initial Notice       1.00        163.00
09/17/13  140  Escalated Call Support          1.02         53.04
09/17/13  144  Correspondence/Admin Mail -     0.64         34.56
               Processing
09/17/13  AH   Project Planning                7.25      1,189.00
09/18/13  144  Correspondence/Admin Mail -     0.21         11.34
               Processing
09/18/13  AH   Project Planning                1.00        164.00
09/19/13  TAC  Conference Calls/Project Meetings 0.25       48.00
09/19/13  144  Correspondence/Admin Mail -     0.32         17.28
               Processing
09/19/13  AH   Project Planning                5.25        861.00
09/20/13  144  Correspondence/Admin Mail -     1.11         59.94
               Processing
09/20/13  AH   Conference Calls/Project Meetings 2.00      328.00
09/23/13  TAC  Conference Calls/Project Meetings 0.25       48.00
09/23/13  144  Correspondence/Admin Mail -     0.33         17.82
               Processing
09/23/13  AH   Project Planning                3.50        574.00
09/24/13  TAC  Conference Calls/Project Meetings 0.25       48.00
09/24/13  144  Correspondence/Admin Mail -     0.38         20.52
               Processing
09/24/13  BP   Correspondence/Admin Mail       0.75         67.50
               Processing
09/24/13  AH   Project Planning                6.00        984.00
09/25/13  TAC  Conference Calls/Project Meetings 0.50       96.00
09/25/13  140  Escalated Call Support          1.10         57.20
09/25/13  144  Correspondence/Admin Mail -     0.32         17.28
               Processing
```

```
                                             Inv#      135603
                                             Date      Oct 23, 2013
                                             Client Number  4011

09/25/13  AH   Conference Calls/Project Meetings   1.00        164.00
09/25/13  AH   Project Planning                    1.00        164.00
09/26/13  TAC  Conference Calls/Project Meetings   0.25         48.00
09/26/13  144  Correspondence/Admin Mail -         0.76         41.04
               Processing
09/26/13  AH   Project Planning                    6.50      1,066.00
09/27/13  TAC  Conference Calls/Project Meetings   0.25         48.00
09/27/13  144  Correspondence/Admin Mail -         0.28         15.12
               Processing
09/27/13  AH   Client Inquiries & Reporting        4.75        779.00
09/30/13  TAC  Conference Calls/Project Meetings   0.25         48.00
09/30/13  140  Escalated Call Support              0.34         17.68
09/30/13  144  Correspondence/Admin Mail -         0.43         23.22
               Processing
09/30/13  AH   Client Inquiries & Reporting        3.50        574.00



Total Services                                              12,745.21



Total Expenses                                                     .00
                                                            --------------

Total This Matter                                           12,745.21
                                                            --------------
```

```
                                              Inv#       135603
                                              Date       Oct 23, 2013
                                              Client Number   4011




   Re:    GMACM - ARP - Technical Consulting                  401107

   For Professional Services Rendered:


     TIMEKEEPER                        RATE       HOURS          FEES
     Brent Honeycutt          BH     188.00        3.30         620.40
     Carol Osborne            CO     141.00        1.98         279.18
     Carolyn Lee              CCL    141.00        1.60         225.60
     Christy Gilman           CG     188.00        0.70         131.60
     Daniel Hanson            DH     163.00        2.85         464.55
     Garret Hovey             GH     175.00        4.53         792.75
     Greg Brown               GSB    141.00        0.40          56.40
     Hai Bui                  HB     141.00        1.00         141.00
     Kalene Jones             KLJ    180.00        3.00         540.00
     Kalyani Subramanya       KS     163.00        4.10         668.30
     Lee Anderson             LA     141.00        0.40          56.40
     Mark Kitoski             MK     163.00        0.60          97.80
     Rebecca Howe             RH     163.00        1.10         179.30
     Shane McDonald           SM     175.00        0.65         113.75
     Thomas Cooper            TC     175.00        5.50         962.50
     Tracey Rolle             TR      80.00        0.30          24.00

 Total Fees:                                                  5,353.53


  09/03/13   CO    Follow-Up Notice - Quality         0.19      26.79
                   Assurance/Proof
  09/04/13   CO    Supplemental Notice - Quality      0.19      26.79
                   Assurance
  09/04/13   CO    Generate Supplemental Notice Files 0.34      47.94
  09/04/13   BH    Data Analysis & Formatting         1.30     244.40
  09/05/13   CO    Data Capture - Quality Assurance   0.51      71.91
  09/05/13   CO    Supplemental Notice - Quality      0.20      28.20
                   Assurance
  09/05/13   TR    Data Receipting                    0.30      24.00
  09/05/13   RH    Distribution File - Quality        0.20      32.60
                   Assurance
  09/06/13   KLJ   Conference Calls/Project Meetings  0.25      45.00
  09/06/13   CG    Data Loading                       0.10      18.80
  09/06/13   RH    Distribution File - Quality        0.10      16.30
                   Assurance
  09/09/13   RH    Distribution File - Quality        0.10      16.30
                   Assurance
  09/10/13   RH    Distribution File - Quality        0.20      32.60
                   Assurance
  09/11/13   CG    Generate Supplemental Notice Files 0.10      18.80
```

```
                                            Inv#      135603
                                            Date      Oct 23, 2013
                                            Client Number  4011

09/18/13  KS   Supplemental Notice - Quality       0.10       16.30
               Assurance
09/20/13  BH   Data Loading                        2.00      376.00
09/23/13  MK   Distribution File - Quality         0.60       97.80
               Assurance
09/23/13  KS   Data Analysis & Formatting -        3.25      529.75
               Quality Assurance
09/23/13  TC   Data Loading                        1.20      210.00
09/23/13  CO   Data Receipt & Load - Quality       0.06        8.46
               Assurance
09/24/13  GSB  Application                         0.10       14.10
               Modification/Development
09/24/13  KS   Data Analysis & Formatting -        0.75      122.25
               Quality Assurance
09/24/13  TC   Data Loading                        0.10       17.50
09/24/13  TC   Application                         2.60      455.00
               Modification/Development
09/25/13  GH   Data Analysis & Formatting          0.99      173.25
09/25/13  CG   Generate Supplemental Notice Files  0.40       75.20
09/25/13  TC   Data Loading                        1.60      280.00
09/25/13  CO   Data Analysis & Formatting -        0.37       52.17
               Quality Assurance
09/25/13  CO   Supplemental Notice - Quality       0.12       16.92
               Assurance
09/26/13  KLJ  Data Capture - Quality Assurance    1.75      315.00
09/26/13  GSB  Application                         0.30       42.30
               Modification/Development
09/26/13  SM   Data Loading                        0.65      113.75
09/26/13  GH   Data Analysis & Formatting          2.53      442.75
09/26/13  CG   Generate Supplemental Notice Files  0.10       18.80
09/26/13  HB   Application                         0.30       42.30
               Modification/Development
09/27/13  CCL  Data Analysis & Formatting -        1.40      197.40
               Quality Assurance
09/27/13  GH   Data Analysis & Formatting          0.21       36.75
09/27/13  LA   Application                         0.40       56.40
               Modification/Development
09/27/13  HB   Application                         0.50       70.50
               Modification/Development
09/27/13  RH   Distribution File - Quality         0.50       81.50
               Assurance
09/30/13  CCL  Data Analysis & Formatting -        0.20       28.20
               Quality Assurance
09/30/13  KLJ  Mailroom/Data Capture               1.00      180.00
               Identification
09/30/13  GH   Data Analysis & Formatting          0.80      140.00
09/30/13  DH   Data Analysis & Formatting -        2.85      464.55
               Quality Assurance
09/30/13  HB   Application                         0.20       28.20
               Modification/Development
```

```
                                         Inv#      135603
                                         Date      Oct 23, 2013
                                         Client Number  4011


Total Services                                         5,353.53



Total Expenses                                              .00
                                                    --------------
Total This Matter                                      5,353.53
                                                    --------------
```

```
                                                    Inv#      135603
                                                    Date      Oct 23, 2013
                                                    Client Number  4011




Re:     GMACM - ARP - Expenses                                401190

For Professional Services Rendered:




Expense Detail:


Reference    Date    Description                                     Amount
---------    ----    -----------                                     ------

        Call Center/Telecommunications
              09/30/13  IVR System Charge                            250.00
                                                    Subtotal         250.00

        Postage/Federal Express
145742        09/05/13  Postage                                        0.92
              09/26/13  Metered Postage; 2 pieces                     10.10
              09/30/13  Annual Account Maintenance Fee               635.00
              09/30/13  Postage                                        0.50
                                                    Subtotal         646.52

        Shredding/Storage
              09/30/13  Data Storage September 2013                    0.01
              09/30/13  Storage and/or Shredding 6 Boxes              12.00
              09/30/13  Storage and/or Shredding 255 Boxes           510.00
                                                    Subtotal         522.01

        Photocopies/Faxing/Printing
              09/30/13  Photocopies/Faxing/Printing                   10.20
                                                    Subtotal          10.20

      Printing
145742        09/05/13  Imaging                                      134.72
145743        09/05/13  Printing                                     134.72
                                                    Subtotal         269.44

        Post Office Box Rental
146286        09/23/13  Post Office Box Rental                       570.00
                                                    Subtotal         570.00
```

```
                                        Inv#      135603
                                        Date      Oct 23, 2013
                                        Client Number  4011


  Total Expenses                                    2,268.17
                                                  --------------

  Total This Matter                                 2,268.17
                                                  --------------
```