IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: TOM FRANKLIN

    CREDITOR /APPELLANT

VS.
RESIDENTIAL CAPITAL, LLC ET AL

CHAPTER 13 CASE NUMBER 12-12020-MG

APPEAL NO_____

COMES NOW, TOM FRANKLIN
AND APPEALS TO THE UNITED STATES DISTRICT FOR THE SOURTHERN DISTRICT OF NEW YORK THE DECISION OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK AND FILES HIS DESIGNATION OF THE RECORD

ITEM              DATE
ALL COURT RECORDS RELATING TO TOM FRANKLIN

RESPECTFULLY SUBMITTED:

(X)_____
TOM FRANKLIN, PRO SE
5633 OAK GROVE ROAD
FORT WORTH, TEXAS 76134

RECEIVED
OCT - 4 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

1

CERTIFICATE OF SERICE

I, Tom Franklin, hereby certify that on this ___30^{TH}_____ day of SEPTEMBER , 2013, a true and correct copy of the foregoing legal instrument was mailed, certified mail, return receipt requested to the following listed person who are entitled to have an interest in the out come of this case:

*Debtor*
**Residential Capital, LLC**
1177 Avenue of the Americas
New York, NY 10036
NEW YORK-NY
Tax ID / EIN: 20-1770738
*aka* **Residential Capital Corporation**

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10004
(212) 510-0500

Tom Franklin
5800 Oak Grove Road
Fort Worth, Texas  76134

2

## AFFAVIDAVIT OF TOM FRANKLIN

I, DONALD D. WILLIS, DOHEREBY STATE THAT I AM OVER THE AGE OF EIGHTEEN, AND THAT I AM OF LEGAL SOUND MIND AND BODY. I RESIDE AT:

I HAVE A RIGHT TO MAKE THIS AFFAVIDAVIT IN SUPPORT OF MY RECORD DESIGNATION FOR THE BANKRUPTCY COURT

ALL FACTS ATTESTED TO IN THIS AFFAVIDAVIT BY I, TOM FRANKLIN I BELIEVE THIS STATEMENT IS TRUE AND A MATTER OF FACT.

AFFIANT, TOM FRANKLIN

STATE OF TEXAS

COUNTY OF Tarrant

THE ABOVE AFFADAVIT IS SWORN AND ATTESTED TO BY THE ABOVE NAMED AFFIANT, THIS 30th DAY OF September, 2013

(NOTARY SEAL) 

Wendy S. Nelson
Notary

3



_Wendy S. Nelson_   Tarrant   Texas
NOTARY PUBLIC        COUNTY      STATE

COMMISSION EXPIRES: April 11, 2014