**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**AFFIDAVIT OF DISINTERESTEDNESS**

STATE OF GRAND CAYMAN

COUNTY OF CAYMAN ISLANDS

Christopher Watler, being duly sworn, upon his/her oath, deposes and says:

1. I am a Senior Vice President of MaplesFS Limited, located at Boundary Hall, Cricket Square, Grand Cayman, KY1-1102, Cayman Islands (the "Firm").

2. The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide fiduciary and administration services to the affiliate entities of the Debtors and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

5. Neither I nor any officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any officer of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7. The Debtors owe the Firm **$14,347.44** for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq. The Debtors owe the Firm **$52,531.39** in respect of 2013 annual administration fees and **$60,584.03** in respect of 2014 fees annual administration fees.

8. As of the Petition Date, the Firm was not a party to an agreement for indemnification with certain of the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on _OCTOBER 29_, 2013

_____
Christopher Watler
AUTHORISED SIGNATORY
MAPLESFS LIMITED

Sworn to and subscribed before me
this  29  day of  OCTOBER , 2013

_____
Notary Public

Edmund L. King
Notary Public - Cayman Islands

_____
Commission expires on 31 January 2014



3

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

## RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY MAPLESFS LIMITED, et al. (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, New York 10104
> Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   **MaplesFS Limited**

   **PO. Box 1093, Boundary Hall, Cricket Square**

   **Grand Cayman, KY1-1102.**

   **Cayman Islands**

2. Date of original retention: **23 October 2013**

3. Brief description of legal services to be provided:

   **To file a claim for outstanding fees from Residential Capital LLC related companies.**

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

4. Arrangements for compensation (hourly, contingent, etc.)

(a) Average hourly rate (if applicable): **N/A**

(b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):

**N/A**

5. Prepetition claims against any of the Debtors held by the firm:

Amount of claim: **$14,347.44**

Date claim arose: **December 1, 2011 and April 3, 2012**

Source of claim: **Eight invoices attached.**

6. Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

Name: **None**

Status: _____

Amount of Claim: _____

Date claim arose: _____

Source of Claim: _____

_____

_____

_____

7. Stock of any of the Debtors currently held by the firm:

Kind of shares: **None**

No. of shares: _____

2

8. Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

Name: **None**

Status: _____

_____

Kind of shares: _____

No. of shares: _____

9. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

**None**

_____

_____

10. Amount of any retainer received from the Debtors held by the firm:

(a) As of May 14, 2012: **None**

(b) Balance remaining after application to invoices due and owing prior to May 14, 2012:

N/A

Name: _____
Title: Christopher Watler
        Authorized Signatory

FOR MAPLESFS LIMITED

3

# MAPLESFS

| | | |
|---|---|---|
| RAAC 2006-RX1 | Invoice No. | 1015501 |
| GMAC Mortgage - Capital Markets | Date | 01-Dec-11 |
| 1100 Virginia Drive | Client No. | 620186 |
| Fort Washington  Pennsylvania  19034 | Contact | Tracy-Ann Lamont |
| United States of America | Page | 1 |

## INVOICE

**Fees**

Provision of Directors, Company Secretary, Share Trustee and Administration for the period from 1 January 2012 to 31 December 2012       3,450.00

**Total Fees**       3,450.00

Provision for Out of Pocket Expenses       500.00

**TOTAL CURRENT INVOICE**       US$ 3,950.00

Additional disbursements may be invoiced at a later date.

All of the services rendered by this firm were performed outside of the United States of America.

**US$ Wire transfer Instructions:**



Please confirm payment details via email to MaplesFS_accounts@maplesfs.com

PO Box 1093  Boundary Hall  Grand Cayman  KY1-1102  Cayman Islands
Tel +1 345 945 7099  Fax +1 345 945 7100  www.maplesfs.com

# MAPLESFS

| | |
|---|---|
| RFC ABS CDO WHSub I Ltd. | Invoice No.  1015162 |
| GMAC-RFC | Date  01-Dec-11 |
| 8400 Normandale Lake Blvd., Ste 250 | Client No.  605436 |
| Minneapolis  Minnesota  55437 | Contact  Kessyrene Linwood-Hall |
| United States of America | Page  1 |

## INVOICE

**Fees**

| | |
|---|---|
| Provision of Share Trustee for the period from 1 January 2012 to 31 December 2012 | 5,000.00 |
| **Total Fees** | 5,000.00 |
| **Total Current Invoice** | 5,000.00 |
| **Payments Applied** | (3,178.08) |
| **TOTAL BALANCE DUE** | US$ 1,821.92 |

Additional disbursements may be invoiced at a later date.

All of the services rendered by this firm were performed outside of the United States of America.

**US$ Wire transfer instructions:**



Please confirm payment details via email to MaplesFS_accounts@maplesfs.com

PO Box 1093  Boundary Hall  Grand Cayman  KY1 1102  Cayman Islands
Tel +1 345 945 7099  Fax +1 345 945 7100  www.maplesfs.com

# MAPLES

RALI 2006-QA7 NIMS Ltd.
Dennis Crosson
Residential Funding Securities LLC
7501 Wisconsin Avenue - Suite 900
Bethesda, 20814-6528
United States of America

| | |
|---|---|
| Invoice No. | 1082616 |
| Date | 03-Apr-12 |
| Client No. | 623272 |
| Contact | Henry Smith |
| Page | 1 |

## INVOICE

**Fees**

| | |
|---|---:|
| Administration fee - 1st 2012 Government Fee penalty | 250.00 |
| **Total Fees** | **250.00** |
| **Disbursements** (see attached) | 243.88 |
| **TOTAL CURRENT INVOICE** | **US$ 493.88** |

Additional disbursements may be invoiced at a later date.

All of the services rendered by this firm were performed outside of the United States of America.

**US$ Wire transfer instructions (must be sent as an international wire transfer):**



Please confirm payment details via email to accounts@maplesandcalder.com

Maples and Calder
PO Box 309  Ugland House  Grand Cayman  KY1-1104  Cayman Islands
Tel +1 345 949 8066   Fax +1 345 949 8080   www.maplesandcalder.com

|  |  |
|---|---|
| Invoice No. | 1082616 |
| Date | 03-Apr-12 |
| Client No. | 623272 |
| Contact | Henry Smith |
| Page | 2 |

**Fee Detail**

**Total**                                                                 0.00

**Fee Earner Summary**

|  | Hrs | Amount |
|---|---|---|
| **Totals** | 0.00 | US$ 0.00 |

**Disbursements**

| Penalty - Late Charge Fee | 243.88 |
|---|---|
| **Total Disbursements** | **US$ 243.88** |

# MAPLES

| | |
|---|---|
| RALI 2006-QA8 NIMS Ltd. | Invoice No.  1082617 |
| Dennis Crosson | Date  03-Apr-12 |
| Residential Funding Securities LLC | Client No.  624124 |
| 7501 Wisconsin Avenue | Contact  Henry Smith |
| Bethesda  Maryland  20814-6528 | Page  1 |
| United States of America | |

### INVOICE

**Fees**

| | |
|---|---|
| Administration fee - 1st 2012 Government Fee penalty | 250.00 |
| **Total Fees** | **250.00** |
| **Disbursements**  (see attached) | 243.88 |
| **TOTAL CURRENT INVOICE** | **US$ 493.88** |

Additional disbursements may be invoiced at a later date.

All of the services rendered by this firm were performed outside of the United States of America.

**US$ Wire transfer instructions (must be sent as an international wire transfer):**



Please confirm payment details via email to accounts@maplesandcalder.com

Maples and Calder
PO Box 309  Ugland House  Grand Cayman  KY1-1104  Cayman Islands
Tel +1 345 949 8066  Fax +1 345 949 8080  www.maplesandcalder.com

|  |  |
|---|---|
| Invoice No. | 1082617 |
| Date | 03-Apr-12 |
| Client No. | 624124 |
| Contact | Henry Smith |
| Page | 2 |

**Fee Detail**

| | |
|---|---|
| **Total** | 0.00 |

**Fee Earner Summary**

| | Hrs | Amount |
|---|---|---|
| **Totals** | 0.00 | US$ 0.00 |

**Disbursements**

| | |
|---|---|
| Penalty - Late Charge Fee | 243.88 |
| **Total Disbursements** | **US$ 243.88** |

# MAPLESFS

| | | |
|---|---|---|
| RALI 2006-QA8 NIMS Ltd. | Invoice No. | 1015198 |
| Dennis Crosson | Date | 01-Dec-11 |
| Residential Funding Securities LLC | Client No. | 624124 |
| 7501 Wisconsin Avenue - Suite 900 | Contact | Kessyrene Linwood-Hall |
| Bethesda, 20814-6528 | Page | 1 |
| United States of America | | |

### INVOICE

**Fees**

| | |
|---|---|
| Provision of Directors, Company Secretary, Share Trustee and Administration for the period from 1 January 2012 to 31 December 2012 | 3,550.00 |
| **Total Fees** | **3,550.00** |
| **TOTAL CURRENT INVOICE** | **US$ 3,550.00** |

Additional disbursements may be invoiced at a later date.

All of the services rendered by this firm were performed outside of the United States of America.

**US$ Wire transfer Instructions:**



Please confirm payment details via email to MaplesFS_accounts@maplesfs.com

PO Box 1093  Boundary Hall  Grand Cayman  KY1-1102  Cayman Islands
Tel +1 345 945 7099  Fax +1 345 945 7100  www.maplesfs.com

# MAPLESFS

RALI 2006-QA7 NIMS Ltd.
Dennis Crosson
Residential Funding Securities LLC
7501 Wisconsin Avenue - Suite 900
Bethesda,  20814-6528
United States of America

| | |
|---|---:|
| Invoice No. | 1015195 |
| Date | 01-Dec-11 |
| Client No. | 623272 |
| Contact | Kessyrene Linwood-Hall |
| Page | 1 |

## INVOICE

**Fees**

| | |
|---|---:|
| Provision of Directors, Company Secretary, Share Trustee and Administration for the period from 1 January 2012 to 31 December 2012 | 3,550.00 |
| **Total Fees** | **3,550.00** |
| **TOTAL CURRENT INVOICE** | **US$ 3,550.00** |

Additional disbursements may be invoiced at a later date.
All of the services rendered by this firm were performed outside of the United States of America.

**US$ Wire transfer Instructions:**



Please confirm payment details via email to MaplesFS_accounts@maplesfs.com

PO Box 1093  Boundary Hall  Grand Cayman  KY1-1102  Cayman Islands
Tel +1 345 945 7099  Fax +1 345 945 7100  www.maplesfs.com