Michael B. Schaedle
Stanley B. Tarr
BLANK ROME LLP
The Chrysler Building
New York, NY 10174-0208
Tel. (212) 885-5000
Fax: (212) 885-5001

Counsel for PNC Mortgage, a Division of PNC Bank, NA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 12-12020(MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.,* | : | |
| | : | (Joint Administration) |
| | : | |
| Debtors. | : | **Re: Docket No.  5406** |

**NOTICE OF WITHRDAWAL OF LIMITED OBJECTION AND RESERVATION OF
RIGHTS OF PNC MORTGAGE, A DIVISION OF PNC BANK, NA TO THE JOINT
CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC ET AL. AND
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The undersigned hereby withdraws the *Limited Objection and Reservation of Rights of*

*PNC Mortgage, a Division of PNC Bank, NA to the Joint Chapter 11 Plan Proposed by*

*Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Dkt. No.

5406]

Dated:  November 1, 2013                **BLANK ROME LLP**


                                        */s/ Stanley B. Tarr*
                                        Michael B. Schaedle
                                        Stanley B. Tarr
                                        The Chrysler Building
                                        405 Lexington Avenue
                                        New York, NY 10174-0208
                                        Tel: (212) 885-5000
                                        Fax: (212) 885-5001

131832.01441/40209240v.1

-and-

Alan M. Root
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Tel:  (302) 425-6400
Fax:  (302) 425-6464

*Counsel for PNC Mortgage, a Division of PNC Bank, NA*

2