# **CERTIFICATE OF SERVICE**

I, Alan M. Root, hereby certify that on November 1, 2013, I caused a copy of the following document to be served on the parties listed on the attached service list in the manner indicated.

**NOTICE OF WITHRDAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF PNC MORTGAGE, A DIVISION OF PNC BANK, NA TO THE JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC ET AL. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

*/s/ Alan M. Root*
Alan M. Root (DE No. 5427)

| | |
|---|---|
| **Via Hand Delivery**<br>Clerk of the Bankruptcy Court<br>One Bowling Green<br>New York, New York 10004-1408 | **Via Hand Delivery**<br>Chambers of the Honorable Martin Glenn<br>United States Bankruptcy Court<br>for the Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |
| *Via E-Mail*<br> *(Debtors)*<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, New York  10104<br>Attn: Gary Lee, Lorenzo Marinuzzi & Todd Goren<br>Lewis.Kruger@gmacrescap.com<br>glee@mofo.com<br>lmarinuzzi@mofo.com<br>tgoren@mofo.com | **Via Hand Delivery**<br>Office of the United States Trustee<br>Southern District of New York<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, New York 10014<br>Attn: Brian Masumoto & Michael Driscoll |
| *Via E-Mail*<br> *(Creditors' Committee)*<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York, 10036<br>Attn: Kenneth H. Eckstein, Douglas H. Mannal<br>& Stephen D. Zide<br>keckstein@kramerlevin.com<br>dmannal@kramerlevin.com<br>szide@kramerlevin.com | **Via Hand Delivery**<br>Ally Financial, Inc.<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: William B. Solomon and Timothy Devine |
| **Via E-Mail**<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Attn: Richard M. Cieri & Ray C. Schrock<br>richard.cieri@kirkland.com<br> ray.schrock@kirkland.com | |