**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Residential Capital, LLC, *et al.*, | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

------------------------------------------------------------- x

**Ref. Docket No. 5549**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

REGINA AMPORFRO, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 30, 2013, I caused to be served the "Special Counsel to the Official Committee of Unsecured Creditors' Brief to the Court Generally Addressing Causes of Action and Claims for Relief Related to the Denial of a Loan Modification," dated October 29, 2013, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Regina Amporfro*
                                        Regina Amporfro

Sworn to before me this
1st day of November, 2013
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

# EXHIBIT A

Ron Bejarano
7810 W 70th Drive
Arvada, CO 80004

Paul and Marge Pfunder
27049 Monk Street
Menifee, CA 92586

T:\Clients\Rescap\Affidavits\Unsecured Creditors Brief_AFF_10-30-13_SS.doc