**MORRISON & FOERSTER LLP**
Gary S. Lee
Charles L. Kerr
J. Alexander Lawrence
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900

*Counsel for the Debtors and Debtors in
Possession, as Appellee*

**JONES DAY**
Richard L. Wynne
Howard F. Sidman
Erin Brady (*pro hac vice*)
222 East 41st Street
New York, New York 10017
Telephone:    (212) 326-3939
Facsimile:    (212) 755-7306

*Attorneys for Creditor Financial Guaranty
Insurance Company, as Appellee*

**DECHERT LLP**
Craig P. Druehl
Mauricio A. España
Rebecca S. Kahan
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile:  (212) 698-3599

*Counsel to The Bank of New York Mellon and
The Bank of New York Mellon Trust Company,
N.A., as Trustee of Certain Mortgage-Backed
Securities Trusts, as a Party to the FGIC
Order*

**ALSTON & BIRD LLP**
John C. Weitnauer (*pro hac vice*)
Michael E. Johnson
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee
of Certain Mortgage Backed Securities Trusts,
as a Party to the FGIC Order*

**SEWARD & KISSEL LLP**
Mark D. Kotwick
Arlene R. Alves
Brian P. Maloney
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Counsel to U.S. Bank National
Association, as Trustee of Certain
Mortgage-Backed Securities Trusts,
as a Party to the FGIC Order*

**KRAMER LEVIN NAFTALIS &
FRANKEL LLP**
Kenneth H. Eckstein
Philip S. Kaufman
Daniel M. Eggermann
1177 Avenue of Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel to the Official Committee of
Unsecured Creditors, as a Party to the
Appeal*

1

**MORGAN, LEWIS & BOCKIUS LLP**
Glenn E. Siegel
Rachel Jaffe Mauceri
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile:  (212) 309-6001

*Counsel to The Bank of New York Mellon and
The Bank of New York Mellon Trust Company,
N.A., as Trustee of Certain Mortgage-Backed
Securities Trusts, as a Party to the FGIC
Order*

**SEWARD & KISSEL LLP**
Dale C. Christensen, Jr.
Thomas Ross Hooper
Benay L. Josselson
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile:  (212) 480-8421

*Counsel to Law Debenture Trust Company of
New York, as Separate Trustee of Certain
Mortgage-Backed Securities Trusts, as a Party
to the FGIC Order*

ny-1114137

**UNITED STATES BANKRUPTCY COURT SOUTHERN
DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) Case No. 12-12020 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**DESIGNATION OF RECORD BY APPELLEES AND CERTAIN OTHER PARTIES TO
THE FGIC ORDER PURSUANT TO FEDERAL
RULE OF BANKRUPTCY PROCEDURE 8006**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the Appellees

Residential Capital, LLC, and each of its debtor affiliates (collectively, the "**Debtors**"), and

Financial Guaranty Insurance Company ("**FGIC**"), together with the Official Committee of

Unsecured Creditors, the FGIC Trustees,[1] and the Institutional Investors[2], each identified as

"other parties to the [FGIC] Order" (defined below) by the Appellant in its Notice of Appeal,

dated October 4, 2014 [Docket No. 5286], by and through their undersigned counsel, hereby

designate the following additional items to the record presented on appeal to the United States

District Court for the Southern District of New York (the "**District Court**") from the Order

Granting Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement

---

1 The "FGIC Trustees" include The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., Law Debenture Trust Company of New York, U.S. Bank National Association and Wells Fargo Bank, N.A., each solely in their respective capacities as trustees, indenture trustees or separate trustees for certain residential mortgage-backed securities trusts insured by FGIC.  While the Appellant's Notice of Appeal characterizes certain of the FGIC Trustees as "Other Parties to the [FGIC] Order," it fails to identify Law Debenture Trust Company of New York in that request, notwithstanding that it is a party to the FGIC Order.  The FGIC Trustees reserve their rights with respect to such characterization and also reserve their right to appear as parties to this proceeding before either the District Court (as defined below) or the Bankruptcy Court (as defined below) on matters related to the appeal.

2 The "Institutional Investors" include certain members of the Steering Committee Consenting Claimants and the Talcott Franklin Consenting Claimants (each as defined in the Plan Support Agreement, approved by the Court on June 26, 2013, ECF No. 4098).

ny-1114137

Agreement Among FGIC, the Debtors, the Trustees and the Institutional Investors (the "**FGIC**

**Order**") [Docket No. 5125] and the Memorandum Opinion and Order, and Finding of Fact and

Conclusions of Law, Approving the FGIC Settlement Motion [Docket No. 5042], in the above-

referenced chapter 11 cases of the United States Bankruptcy Court for the Southern District of

New York (the "**Bankruptcy Court**") by the Honorable Martin Glenn on September 20, 2013:

### Designation of Additional Items to Be Included in the Record on Appeal

1.    Notice of Appearance and Demand for Service of Papers by McKool Smith P.C. and Freddie Mac on Behalf of Freddie Mac [Docket No. 0008]

2.    Revised Joint Omnibus Scheduling Order and Provisions for Other Relief Regarding (I) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements, and (II) the RMBS Trustees' Limited Objection to the Sale Motion [Docket No. 0945]

3.    Verified Statement of Gibbs and Bruns LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 [Docket No. 1741]

4.    Order Appointing Mediator [Docket No. 2519]

5.    Transcript Regarding Hearing Held on March 1, 2013 RE: Status Conference RE: Debtors' Second Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements. [Docket No. 3119]

6.    Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363 (b) Authorizing the Debtors to Enter Into and Perform Under a Plan Support Agreement with Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants; Hearing to be Held on June 26, 2013 at 10:00 a.m. (ET) [Docket No. 3814]

7.    Transcript regarding Hearing Held on May 29, 2013 at 2:05 p.m. re: Status Conference Re: Debtors' Motion Authorizing the Debtors to Enter Into and Perform Under a Plan Support Agreement with Ally Financial Inc., The Creditors' Committee, and Certain Consenting Claimants. [Docket No. 3875]

8.    Amended Notice of Hearing on Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors; Hearing to be Held June 26, 2013 at 10:00 a.m. (ET) (as Approved by the Court) [Docket No. 3939]

9.    Joinder of Certain RMBS Trustees to the Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter

4

into and Perform Under a Plan Support Agreement with Ally Financial Inc., the Creditors' Committee, and Certain Consenting Claimants [Docket No. 3940]

10. Joinder of FGIC Trustee to the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 3982]

11. Affidavit of Service of Clarissa D. Cu re: Documents Served on June 7, 2013 [Docket No. 3992]

12. Reservation of Rights with Respect to Debtors' Motion for an Order Under Bankruptcy Code Sections 105(A) and 363(B) Authorizing the Debtors to Enter into and Perform Under a Plan Support Agreement with Ally Financial, Inc., the Creditors' Committee, and Certain Consenting Claimants [Docket No. 4023]

13. Affidavit of Service of Michael J. Wang re: Objection of the Ad Hoc Group of Junior Secured Noteholders to the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors; Hearing to be Held June 26, 2013 at 10:00 a.m. [Docket No. 4042]

14. Certificate of Service of Laurie R. Binder re: Joinder of FGIC Trustee to the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 4065]

15. Order Granting Debtors' Motion Authorizing the Debtors to Enter Into a Plan Support Agreement with Ally Financial Inc., The Creditors' Committee, and Certain Consenting Claimants [Docket No. 4098]

16. Memorandum Opinion Approving the Plan Support Agreement [Docket No. 4102]

17. Transcript regarding Hearing Held on June 26, 2013 RE: Debtors' Motion for an Order Authorizing the Debtors to Advance the NJ Carpenters Notice Costs and Transfer Those Funds into Escrow Filed by Gary S. Lee on Behalf of Residential Capital, LLC. [Docket No. 4121]

18. Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors [Docket No. 4153]

19. Scheduling Order re: Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Individual Investors [Docket No. 4168]

20. Order Concerning use of Discovery Obtained in Connection with the Rule 9019 FGIC Settlement Hearing [Docket No. 4191]

21.    Transcript regarding Hearing Held on July 10, 2013 at 10:04 AM RE: Status
Conference Re: Dispute in Reference to Confirmation Order of FGIC Settlement;
Status Conference Re: Motion to Approve Motion by Ally Financial Inc. and Ally
Bank for an Order Enforcing the Automatic Stay Pursuant to 11 U.S.C. 362 (a)
(3) By (1) Enjoining Prosecution of AlterEgo and Veil Piercing Claims in the
Class Action Entitled Landon Rothstein, Et Al. v. GMAC Mortgage, LLC et al.,
and (2) Declaring Such Claims Void Ab Initio; Evidentiary Hearing Re: Debtors
Motion for Entry of an Order to Permit the Debtors to Continue Using Cash
Collateral; Motion for Relief from Stay as to the property located at 11941
Delvin, Sterling Heights, MI 48313. [Docket No. 4248]

22.    Order Regarding the Exchange of Confidential Information [Docket No. 4249]

23.    The FGIC Trustees' Letter re: FGIC 9019 Motion [Docket No. 4251]

24.    Transcript regarding Hearing Held on July 17, 2013 RE: On the record, status
conference re: FGIC 9019 settlement. [Docket No. 4276]

25.    Notice of Motion of the Ad Hoc Group of Junior Secured Noteholders for Entry
of an Order (i) Directing Each of Debtors' Counsel, Including Kramer Levin
Naftalis & Frankel LLP, and the Debtors' Management to Remain Strictly Neutral
in Any Dispute Regarding Claims by and Between Any Debtors, (ii) Ordering the
Limited Disqualification of Each of the Foregoing to the Extent Necessary to
Effectuate the Foregoing, and (iii) Granting Related Relief [Docket No. 4289]

26.    Order Shortening Notice with Respect to Motion for Order in Aid of Mediation
and Settlement [Docket No. 4304]

27.    FGIC Settlement Supplemental Scheduling and Trial Procedures Order [Docket
No. 4363]

28.    Transcript regarding Hearing Held on July 22, 2013 at 3:51 PM RE: In-Person
Status Conference Re: Motion of the Ad Hoc Group of Junior Secured
Noteholders, for the Order Directing Each of Debtor's Counsel to Remain Neutral
in Any Dispute re: Claims, etc. [Docket No. 4373]

29.    Order in Aid of Mediation and Settlement [Docket No. 4379]

30.    Transcript regarding Hearing Held on July 25, 2013 at 9:03 AM RE: Status
Conference, on the Record, Re: FGIC 9019 Settlement.  [Docket No. 4380]

31.    Transcript Regarding Hearing Held on July 26, 2013 at 10:06 a.m.  [Docket No.
4397]

32.    Ex Parte Motion of Federal Home Loan Mortgage Corporation to Exceed Page
Limit for Objection to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for
Approval of the Settlement Agreement Among Debtors, FGIC, the FGIC Trustees
and Certain Institutional Investors [Docket No. 4399]

33. Objection of Monarch Alternative Capital LP, Stonehill Capital Management LLC, Bayview Fund Management LLC, CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 4400]

34. Declaration of Paul V. Shalhoub in Support of Objection of Monarch Alternative Capital LP, Stonehill Capital Management LLC, Bayview Management LLC, CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC Trustees and Certain Institutional Investors [Docket No. 4402]

35. Notice of Presentment of Application of Monarch Alternative Capital LP, Stonehill Capital Management LLC, Bayview Fund Management LLC, CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited Pursuant to 11 U.S.C. § 107(b) and Rule 9018 of the Federal Rules of Bankruptcy Procedure to Filed Unredacted Objection to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC Trustees and Certain Institutional Investors Under Seal [Docket No. 4403]

36. Federal Home Loan Mortgage Corporation's Objection to Debtors' Motion Pursuant to Fed. R. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 4406]

37. Order Denying JSNs' Conflicts Motion [Docket No. 4415]

38. The Ad Hoc Group of Junior Secured Noteholders' Adverse Witness List and Designations of Deposition Testimony [Docket No. 4424]

39. Declaration of K. Austin McQuillen [Docket No. 4425]

40. The FGIC Trustees' Exhibit List [Docket No. 4426]

41. Declaration of Adam Sklar [Docket No. 4427]

42. The Debtors' Exhibit List [Docket No. 4428]

43. The Settlement Parties' Adverse Witness List [Docket No. 4429]

44. Declaration of David Williams [Docket No. 4430]

45. Financial Guaranty Insurance Company's Pretrial Submissions [Docket No. 4434]

46. Declaration of Charles R. Goldstein in Support of Objection of Monarch Alternative Capital LP, Stonehill Capital Management LLC, Bayview Fund Management LLC, CQS ABS Master Fund Limited and CQS ABS Alpha Master

7

Fund Limited to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for
Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC
Trustees and Certain Institutional Investors [Docket No. 4435]

47.    Witness Statement of John S. Dubel [Docket No. 4436]

48.    Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS
       Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund
       Management LLC's List of Adverse Witnesses for Hearing on Debtors' 9019
       Motion [Docket No. 4437]

49.    Notice of Filing of Declaration of Robert H. Major, as Officer of the Bank of New
       York Mellon Trust Company, N.A., RMB Trustee, in Support of Debtors' Motion
       Pursuant to Fed. R. Bankr. P. 9019 [Docket No. 4438]

50.    Affidavit of Service of Hannah E. Lee re: Supplemental Objection of the Ad Hoc
       Group of Junior Secured Noteholders to the Debtors' FGIC Settlement Motion
       [Docket No. 4439]

51.    Notice of Filing of Direct Testimony Declaration of Allen M. Pfeiffer, Regarding
       Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the
       Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain
       Individual Investors [Docket No. 4440]

52.    Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS
       Alpha Master Fund Limited, CQS Master Fund Limited, and Bayview Fund
       Management LLC's Exhibit List for Hearing on Debtors' 9019 Motion [Docket
       No. 4441]

53.    Notice of Filing of Declaration of Mary L. Sohlberg, as Officer of Wells Fargo
       Bank, N.A., RMBS Trustee, in Support of Debtors' Motion Pursuant to Fed. R.
       Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors,
       FGIC, the FGIC Trustees, and Certain Individual Investors [Docket No. 4442]

54.    Notice of Filing of Direct Testimony Declaration of S.P. Kothari, PH.D.,
       Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of
       the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees, and
       Certain Individual Investors [Docket No. 4443]

55.    Notice of Filing of Declaration of Mamta K. Scott, as Officer of U.S. Bank, as
       RMBS Trustee, in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019
       for Approval of the Settlement Agreement Among the Debtors, FGIC Trustees
       and Certain Individual Investors [Docket No. 4444]

56.    Federal Home Loan Mortgage Corporation's List of Potential Witnesses and
       Potential Exhibits for Hearing on Debtors' Motion Pursuant to Fed. R. Bankr. P.
       9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the
       FGIC Trustees and Certain Institutional Investors [Docket No. 4445]

ny-1114137

57.     Declaration of Gina Healy in Support of Federal Home Loan Mortgage
        Corporation's Objection to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019
        for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC
        Trustees and Certain Institutional Investors [Docket No. 4446]

58.     Transcript Regarding Hearing Held on July 30, 2013 at 10:05 a.m.  [Docket No.
        4452]

59.     Federal Home Loan Mortgage Corporation's Objection to Debtors' Motion
        Pursuant to Fed. R. R. Bankr. 9019 for Approval of the Settlement Agreement
        Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors
        [Docket No. 4453]

60.     Notice of Filing of Corrected Direct Testimony Declaration of Allen M. Pfeiffer,
        Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of
        the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees, and
        Certain Individual Investors [Docket No. 4454]

61.     Affidavit of Service of Denise Hirtzel re: 1) Financial Guaranty Insurance
        Company's Pretrial Submissions; and 2) Witness Statement of John S. Dubel
        [Docket No. 4465]

62.     Affidavit of Service of Alison R. Ambeault re: 1) Objection of Monarch
        Alternative Capital LP, Stonehill Capital Management LLC, Bayview Fund
        Management LLC, CQS ABS Master Fund Limited and CQS ABS Alpha Master
        Fund Limited to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for
        Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC
        Trustees and Certain Institutional Investors; 2) Declaration of Paul V. Shahoub in
        Support of Objection of Monarch Alternative Capital LP, Stonehill Capital
        Management LLC, Bayview Management LLC, CQS ABS Master Fund Limited
        and CQS ABS Alpha Master Fund Limited to Debtors' Motion Pursuant to Fed.
        R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors,
        FGIC Trustees and Certain Institutional Investors; and 3) Notice of Presentment
        of Application of Monarch Alternative Capital LP, Stonehill Capital Management
        LLC, Bayview Fund Management LLC, CQS ABS Master Fund Limited and
        CQS ABS Alpha Master Fund Limited Pursuant to 11 U.S.C. § 107(b) and Rule
        9018 of the Federal Rules of Bankruptcy Procedure to Filed Unredacted
        Objection to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of
        the Settlement Agreement Among the Debtors, FGIC Trustees and Certain
        Institutional Investors Under Seal [Docket No. 4466]

63.     Order Granting Request to Allow Financial Guaranty Insurance Company to
        Exceed Page Limit [Docket No. 4470]

64.     Order Authorizing Debtors to Exceed Page Limit for Debtors' Omnibus Reply to
        Objections to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval

9

of the Settlement Agreement Among the Debtors, FGIC, FGIC Trustees and Certain Institutional Investors [Docket No. 4471]

65.    Reply of the Steering Committee Group of RMBS Holders in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 4472]

66.    Statement of the Official Committee of Unsecured Creditors (I) in Support of the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors and (II) in Response to the Objections Thereto [Docket No. 4473]

67.    Statement of the FGIC Trustees (I) in Support of the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors and (II) in Reply to Certain Objections Thereto [Docket No. 4475]

68.    Declaration of Howard F. Sidman in Support of Financial Guaranty Insurance Company's Reply in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Individual Investors [Docket No. 4477]

69.    Affidavit of Service of Leslie Salcedo re: 1) Notice of Filing of Direct Testimony Declaration of Allen M. Pfeiffer, Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Individual Investors; 2) Notice of Filing of Declaration of Mary L. Sohlberg, as Officer of Wells Fargo Bank, N.A., RMBS Trustee, in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees, and Certain Individual Investors; and 3) Notice of Filing of Direct Testimony Declaration of S.P. Kothari, PH.D., Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees, and Certain Individual Investors [Docket No. 4499]

70.    Affidavit of Service of Denise Hirtzel re: 1) Financial Guaranty Insurance Company's Reply in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Individual Investors; and 2) Declaration of Howard F. Sidman in Support of Financial Guaranty Insurance Company's Reply in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Individual Investors [Docket No. 4501]

71.    Affidavit of Service of Pete Caris re: Statement of the Official Committee of Unsecured Creditors (I) in Support of the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors and (II) in Response to the Objections Thereto [Docket No. 4504]

72.    Affidavit of Service of Meir Weinberg re: Reply of the Steering Committee Group of RMBS Holders in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 4508]

73.    Affidavit of Service of Clarissa D. Cu re: 1) Order Authorizing Debtors to Exceed Page Limit for Debtors' Omnibus Reply to Objections to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, FGIC Trustees and Certain Institutional Investors; 2) Debtors' Omnibus Reply in Further Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 4510]

74.    Affidavit of Service of Jason W. Smith re: Statement of the FGIC Trustees (I) in Support of the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors and (II) in Reply to Certain Objections Thereto [Docket No. 4516]

75.    Notice of Filing of Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's Motion in Limine to Preclude the Testimony of Jeffrey A. Lipps Regarding the Debtors' 9019 Motion (in Limine Motion One) [Docket No. 4539]

76.    Notice of Filing of Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's Motion in Limine to Preclude the Testimony of S.P. Kothari Regarding the Debtors' 9019 Motion (in Limine Motion Two) [Docket No. 4541]

77.    Notice of Filing of Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's Motion in Limine to Preclude Evidence on the Debtors' 9019 Motion Concerning the Negotiations Leading up to the FGIC Settlement Agreement and the Conclusory Statements Offered by the FGIC Trustees and Others About the Nature of those Negotiations (in Limine Motion Five) [Docket No. 4545]

78.    Notice of Filing of Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master

ny-1114137

Fund Limited, and Bayview Fund Management LLC's Motion in Limine to
Preclude the Testimony of Allen M. Pfeiffer Regarding the Debtors' 9019 Motion
(Motion in Limine Three) [Docket No. 4546]

79.    Notice of Filing of Monarch Alternative Capital LP, Stonehill Capital
Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master
Fund Limited, and Bayview Fund Management LLC's Motion in Limine to
Preclude the Trustees from Offering Any Evidence of their Reliance on Counsel
in Support of Debtors' 9019 Motion (in Limine Motion Four) [Docket No. 4548]

80.    Omnibus Motion in Limine of the Ad Hoc Group of Junior Secured Noteholders
to Preclude Certain Aspects of the Testimony of Lewis Kruger and John Dubel
and the Expert Testimony of Ron D'Vari and Jeffrey Lipps Proffered in
Connection with the FGIC Settlement Motion [Docket No. 4549]

81.    Financial Guaranty Insurance Company's Motion in Limine [Docket No. 4550]

82.    Motion in Limine of Federal Home Loan Mortgage Corporation to Preclude
Certain Expert Testimony of Dr. Ron D'Vari in Connection with the Debtors'
Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement
Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain
Institutional Investors [Docket No. 4554]

83.    Declaration of Mary Eaton in Support of Investors' Motions in Limine [Docket
No. 4567]

84.    Affidavit of Service of Michael Birnbaum re: Objection of the Federal Housing
Finance Agency to Approval of Proposed Disclosure Statement of the Joint
Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official
Committee of Unsecured Creditors [Docket No. 4607]

85.    Order Granting Application of Monarch Alternative Capital LP, Stonehill Capital
Management LLC, Bayview Fund Management LLC, CQS ABS Master Fund
Limited and CQS ABS Alpha Master Fund Limited Pursuant to 11 U.S.C. §
107(b) and Rule 9018 of the Federal Rules of Bankruptcy Procedure to File that
Unredacted Objection to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for
Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC
Trustees and Certain Institutional Under Seal [Docket No. 4613]

86.    Order Authorizing the Official Committee of Unsecured Creditors (I) in Support
of the Debtors' Motion Pursuant to Fed. R. Bankr. P. 90019 for Approval of the
Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain
Institutional Investors and (II) in Response to the Objections thereto [Docket No.
4614]

87.    Affidavit of Service of Hannah E. Lee re: Omnibus Motion in Limine of the Ad
Hoc Group of Junior Secured Noteholders to Preclude Certain Aspects of the
Testimony of Lewis Kruger and John Dubel and the Expert Testimony of Ron

D'Vari and Jeffrey Lipps Proffered in Connection with the FGIC Settlement Motion [Docket No. 4616]

88.    FGIC Settlement Supplemental Scheduling and Trial Procedures Order #2; Hearing to be Held on August 14, 2013 at 4:00 p.m. [Docket No. 4621]

89.    Objection of Federal Home Loan Mortgage Corporation to Financial Guaranty Insurance Company's Motion in Limine [Docket No. 4622]

90.    Response of the Official Committee of Unsecured Creditors to those Portions of the Motion in Limine Filed by the Monarch Group and the JSNs that Seek to Exclude Evidence Concerning the General Nature and Characteristics of the Mediation Process through which the FGIC 9019 Settlement was Reached [Docket No. 4623]

91.    Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's Opposition to Finance Guaranty Insurance Company's Motion in Limine [Docket No. 4624]

92.    The Debtors' Omnibus Opposition to the Motions in Limine of the Parties Objecting to the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 4625]

93.    Joinder of the Trustees to Oppositions to in Limine Motion Five [Docket No. 4626]

94.    Declaration of Mary Eaton in Support of Investors' Opposition to Financial Guaranty Insurance Company's Motion in Limine [Docket No. 4627]

95.    Financial Guaranty Insurance Company's Omnibus Opposition to Motions in Limine Seeking Exclusion of Certain Testimony of John Dubel Concerning Negotiations Leading up to Settlement Agreement [Docket No. 4628]

96.    Notice of Filing of FGIC Trustees' Response to Motion in Limine Three (Pfeiffer Testimony) [Docket No. 4629]

97.    The Trustees' Response to the Objectors' Motion in Limine to Preclude the Trustees from Offering Any Evidence of their Reliance on Counsel in Support of Debtors' 9019 Motion (in Limine Motion Four) [Docket No. 4630]

98.    Notice of Filing of Declaration of William Hao in Support of FGIC Trustees' Response to Motion in Limine Three (Pfeiffer Testimony) [Docket No. 4631]

99.    Notice of Filing of Declaration of Alice Chong in Support of FGIC Trustees' Response to Motion in Limine Three (Pfeiffer Testimony) [Docket No. 4633]

100.    Notice of Filing of FGIC Trustees' Response to Motion in Limine Two (Kothari Testimony) [Docket No. 4634]

101.    Joinder of Financial Guaranty Insurance Company in Support of Proponent Replies to Objector Motions in Limine [Docket No. 4636]

102.    Certificate of Service of Joinder of Financial Guaranty Insurance Company in Support of Proponent Replies to Objector Motions in Limine [Docket No. 4645]

103.    Affidavit of Service of Pete Caris re: Response of the Official Committee of Unsecured Creditors to those Portions of the Motion in Limine Filed by the Monarch Group and the JSNs that Seek to Exclude Evidence Concerning the General Nature and Characteristics of the Mediation Process through which the FGIC 9019 Settlement was Reached [Docket No. 4669]

104.    Order Granting in Part and Denying in Part Motion in Limine Regarding Directing Testimony of Jeffrey A. Lipps [Docket No. 4671]

105.    Objection of Monarch Alternative Capital LP, Stonehill Capital Management LLC, Bayview Fund Management LLC, CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 4673]

106.    Declaration of Paul V. Shalhoub in Support of Objection of Monarch Alternative Capital LP, Stonehill Capital Management LLC, Bayview Fund Management LLC, CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 4674]

107.    Declaration of Charles R. Goldstein in Support of Objection of Monarch Alternative Capital LP, Stonehill Capital Management LLC, Bayview Fund Management LLC, CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 4675]

108.    Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's Motion in Limine to Preclude the Testimony of Jeffrey A. Lipps Regarding the Debtors' 9019 Motion (in Limine Motion One) [Docket No. 4676]

109.    Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS Master Fund Limited, and Bayview Fund Management LLC's Motion in Limine to Preclude the Testimony of S.P. Kothari Regarding the Debtors' 9019 Motion (in Limine Motion Two) [Docket No. 4677]

110.    Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS
        Alpha Master Fund Limited, CQS Master Fund Limited, and Bayview Fund
        Management LLC's Motion in Limine to Preclude Evidence on the Debtors' 9019
        Motion Concerning the Negotiations Leading up the FGIC Settlement Agreement
        and the Conclusory Statements Offered by the FGIC Trustees and Others About
        the Nature of those Negotiations (in Limine Motion Five) [Docket No. 4678]

111.    Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS
        Alpha Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund
        Management LLC's Motion in Limine to Preclude the Testimony of Allen M.
        Pfeiffer Regarding the Debtors' 9019 Motion (Motion in Limine Three) [Docket
        No. 4679]

112.    Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS
        Alpha Master Fund Limited, CQS Master Fund Limited, and Bayview Fund
        Management LLC's Motion in Limine to Preclude the Trustees from Offering
        Any Evidence of their Reliance on Counsel in Support of Debtors' 9019 Motion
        (in Limine Motion Four) [Docket No. 4680]

113.    Declaration of Mary Eaton in Support of Investors' Motions in Limine [Docket
        No. 4681]

114.    Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS
        Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund
        Management LLC's Opposition to Financial Guaranty Insurance Company's
        Motion in Limine [Docket No. 4682]

115.    Declaration of Mary Eaton in Support of Investors' Opposition to Financial
        Guaranty Insurance Company's Motion in Limine [Docket No. 4683]

116.    Declaration of Charles R. Goldstein in Support of the Motion in Limine of
        Monarch Alternative Capital LP, Stonehill Capital Management LLC, Bayview
        Fund Management LLC, CQS ABS Master Fund Limited and CQS ABS Alpha
        Master Limited [Docket No. 4684]

117.    Transcript Regarding Hearing Held on August 14, 2013 [Docket No. 4686]

118.    Amended Order Granting in Part and Denying in Part Motion in Limine
        Regarding Direct Testimony of Jeffrey A. Lipps [Docket No. 4687]

119.    Notice of Debtors' Objection to Proof of Claim No. 5677 Filed by Galina Valeeva
        and Evelina Okouneva [Docket No. 4688]

120.    Notice of Filing of Unredacted FGIC Trustees' Letter Brief Regarding FGIC 9019
        Motion [Docket No. 4690]

121.    Declaration of Gina Healy in Support of Federal Home Loan Mortgage
        Corporation's Objection to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019

for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 4691]

122.  Notice of Filing of Unredacted Declaration of Robert H. Major, as Officer of the Bank of New York Mellon Trust Company, N.A., RMBS Trustee, in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 [Docket No. 4692]

123.  Declaration of Scott R. Gibson [Docket No. 4693]

124.  Notice of Filing of Unredacted Direct Testimony Declaration of Allen M. Pfeiffer, Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees, and Certain Individual Investors [Docket No. 4694]

125.  Notice of Filing of Unredacted Declaration of Mary L. Sohlberg, as Officer of Wells Fargo Bank, N.A., RMBS Trustee, in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees, and Certain Individual Investors [Docket No. 4695]

126.  Notice of Filing of Unredacted Direct Testimony Declaration of S.P. Kothari, PH.D. Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees, and Certain Individual Investors [Docket No. 4696]

127.  Notice of Filing of Unredacted Declaration of Mamta K. Scott, as Officer of U.S. Bankr, as RMBS Trustee, in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees, and Certain Investors [Docket No. 4697]

128.  Notice of Filing of Unredacted Statement of the FGIC Trustees (I) in Support of the Debtors' Motion Pursuant to Fed. R. Bankr. P. 90019 for Approval of the Settlement Agreement Among the Debtors, FGIC Trustees and Certain Institutional Investors and (II) in Reply to Certain Objections thereto [Docket No. 4698]

129.  Notice of Filing of Unredacted FGIC Trustees' Response to Motion in Limine of Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited and Bayview Fund Management LLC to Preclude the Testimony of S.P. Kothari (in Limine Motion Two) [Docket No. 4699]

130.  Notice of Filing of Redacted FGIC Trustees' Response to Motion in Limine Three (Pfeiffer Testimony) [Docket No. 4700]

131.  Federal Home Loan Mortgage Corporation's Objection to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement

Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 4701]

132. Notice of Filing of Undredacted Declaration of William Hao in Support of FGIC Trustees' Response to Motion in Limine Three (Pfeiffer Testimony) [Docket No. 4702]

133. Reply of the Steering Committee Group of RMBS Holders in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 4703]

134. Notice of Filing of Unredacted Declaration of Alice Chong in Support of FGIC Trustees' Response to Motion in Limine Three (Pfeiffer Testimony) [Docket No. 4704]

135. Memorandum Endorsed So Ordered Letter Signed on August 15, 2013. FGIC's Request to Add the FHFA Affirmation to the FGIC Exhibit List is GRANTED [Docket No. 4705]

136. Affidavit of Service of Emma J. James re: 1) Monarch Alternative Capital LP, Stonehill Capital Management LLC, CQS ABS Alpha Master Fund Limited, CQS ABS Master Fund Limited, and Bayview Fund Management LLC's Opposition to Finance Guaranty Insurance Company's Motion in Limine; and 2) Declaration of Mary Eaton in Support of Investors' Opposition to Financial Guaranty Insurance Company's Motion in Limine [Docket No. 4708]

137. Declaration of Howard F. Sidman in Support of Financial Guaranty Insurance Company's Reply in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Individual Investors [Docket No. 4709]

138. The Ad Hoc Group of Junior Secured Noteholders' Designations of Deposition Testimony [Docket No. 4712]

139. Transcript Regarding Hearing Held on August 16, 2013 [Docket No. 4759]

140. Transcript Regarding Hearing Held on August 19, 2013 [Docket No. 4776]

141. Designations from Deposition of Michael J. Thoyer as the Rule 30(B)(6) Designee of Stonehill Capital Management LLC [Docket No. 4795]

142. Designations from Deposition of Adam Sklar as the Rule 30(B)(6) Designee of Monarch Alternative Capital LP [Docket No. 4796]

143. Designations from Deposition of David Williams as the Rule 30(B)(6) Designee of CQS ABS Alpha Master Fund Limited and CQS ABS Master Fund Limited [Docket No. 4797]

144.  Designations from Deposition of Gina Healy as the Rule 30(B)(6) Designee of Federal Home Loan Mortgage Corp. [Docket No. 4798]

145.  The Objectors' Designations of Trustees' Deposition Testimony [Docket No. 4799]

146.  The Objectors' Designations of Deposition Testimony of John S. Dubel [Docket No. 4800]

147.  Financial Guaranty Insurance Company's Rebuttal Designations of Deposition Testimony [Docket No. 4801]

148.  Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of Plan, and (VI) Granting Related Relief [Docket No. 4809]

149.  Notice of Filing of Corrected Solicitation Version of the Disclosure Statement and Joint Chapter 11 Plan [Docket No. 4819]

150.  Settlement Parties' Proposed Findings of Fact and Conclusions of Law  [Docket No. 4823]

151.  Order Denying Additional Discovery [Docket No. 4881]

152.  Letter to the Honorable Martin Glenn Submitting Lists of the Exhibits that were Admitted into Evidence at Trial in Connection with the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Individual Investors [Docket No. 4899]

153.  Memorandum Endorsed So Ordered Letter Signed on September 4, 2013 Regarding Request to Admit Documents into Evidence [Docket No. 4928]

154.  Notice of Withdrawal of Objection of Monarch Alternative Capital LP, Stonehill Capital Management LLC, Bayview Fund Management LLC, CQS ABS Master Fund Limited and CQS ABS Alpha Master Fund Limited to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 5020]

155.  Notice of Withdrawal of Federal Home Loan Mortgage Corporation's Objection to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors [Docket No. 5021]

156.   Order Granting Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, The Trustees and the Institutional Investors  [Docket No. 5125]

157.   Objecting Parties' Exhibits filed in connection with the Hearing on the FGIC Settlement Motion held on August 16 & 19, 2013 [Exhibit Nos. J, U, AS, BX, GD]

158.   Settlement Parties' Exhibits filed in connection with the Hearing on the FGIC Settlement Motion held on August 16 & 19, 2013 [Exhibit Nos. 1-7, 30-32, 34-43, 53-59, 101-104, 109, 119-123, 125, 128, 129, 170, 174, 204-206, 208, 209, 212, 216, 227, 310, 311, 313, 316-318]

159.   July 23, 2013 Letter from Howard F. Sidman to Judge Glenn re: In re Residential Capital, LLC, Ch. 11 Case No. 12-12020 (MG).

160.   July 24, 2013 Letter from Michael E. Johnson to Judge Glenn re: In re Residential Capital, LLC, 12-12020 (MG); Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the Settlement Agreement Among the Debtors, FGIC, the FGIC Trustees and Certain Institutional Investors.

161.   July 24, 2013 Letter from Howard F. Sidman to Judge Glenn re: In re Residential Capital, LLC, Ch. 11 Case No. 12-12020 (MG).

162.   July 24, 2013 Letter from Mary Eaton to Judge Glenn re:  In re Residential Capital, LLC, et al., Chapter 11 Case No. 12-12020 (MG).

New York, New York
Dated: November 4, 2013


/s/  Gary S. Lee
Gary S. Lee
Charles L. Kerr
J. Alexander Lawrence
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900

*Counsel for the Debtors and Debtors in
Possession, as Appellee*


/s/  Richard L. Wynne
Richard L. Wynne
Howard F. Sidman
Erin Brady (*pro hac vice*)
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone:     (212) 326-3939
Facsimile:     (212) 755-7306

*Attorneys for Creditor Financial Guaranty
Insurance Company, as Appellee*


/s/  John C. Weitnauer
John C. Weitnauer (*pro hac vice*)
Michael E. Johnson
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile:  (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee
of Certain Mortgage Backed Securities Trusts,
as a Party to the FGIC Order*


/s/  Mark D. Kotwick
Mark D. Kotwick
Arlene R. Alves
Brian P. Maloney
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile:  (212) 480-8421

*Counsel to U.S. Bank National
Association, as Trustee of Certain
Mortgage-Backed Securities Trusts,
as a Party to the FGIC Order*


20

/s/  Craig P. Druehl
Craig P. Druehl
Mauricio A. España
Rebecca S. Kahan
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile:  (212) 698-3599

*Counsel to The Bank of New York Mellon and
The Bank of New York Mellon Trust Company,
N.A., as Trustee of Certain Mortgage-Backed
Securities Trusts, as a Party to the FGIC
Order*

/s/  Kenneth H. Eckstein
Kenneth H. Eckstein
Philip S. Kaufman
Daniel M. Eggermann
KRAMER LEVIN NAFTALIS & FRANKEL
LLP
1177 Avenue of Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel to the Official Committee of
Unsecured Creditors, as a Party to the
Appeal*

/s/  Glenn E. Siegel
Glenn E. Siegel
Rachel Jaffe Mauceri
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile:  (212) 309-6001

*Counsel to The Bank of New York Mellon and
The Bank of New York Mellon Trust Company,
N.A., as Trustee of Certain Mortgage-Backed
Securities Trusts, as a Party to the FGIC
Order*

/s/ Dale C. Christensen, Jr.
Dale C. Christensen, Jr.
Thomas Ross Hooper
Benay L. Josselson
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Counsel to Law Debenture Trust Company of
New York, as Separate Trustee of Certain
Mortgage-Backed Securities Trusts, as a Party
to the FGIC Order*

ny-1114137