EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 12-12020 (MG)<br><br>Jointly Administered |

## DECLARATION OF JOHN W. SHARBROUGH, III
## IN SUPPORT OF KESSLER PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD
## OF ATTORNEY'S FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

John Walter Sharbrough, III, pursuant to 28 U.S.C. §1746, hereby declares as follows in support of the "**Motion**" referenced in the above caption:

1.　　I am an attorney and own my own practice, John W. Sharbrough, III, P.C., a/k/a the Sharbrough Law Firm, located in Mobile, Alabama.

2.　　I have been admitted to practice law in the state of Alabama since September 26, 1988. I am also admitted to practice in the following federal district courts: Northern, Middle and Southern Districts of Alabama, and the District of Columbia. Additionally, I am admitted to practice in the Courts of Appeal for the third, seventh, and eleventh Circuits.

3.　　I submit this declaration in support of Kessler Plaintiffs' Counsel's Motion for an Award of Attorney's Fees and Reimbursement of Expenses.

4.　　For over ten years I has represented borrowers in class action litigation relating to second mortgage loans originated by Community Bank of Northern Virginia and Guaranty National Bank of Tallahassee, which loans were purchased by Residential Funding Company, LLC. Those lawsuits became part of the multidistrict proceeding pending in the United States District Court for the Western District of Pennsylvania captioned as *In Re: Community Bank of Northern Virginia Second Mortgage Lending Practice Litigation*, MDL No. 1674, Case Nos. 03-

0425, 02-1201, 05-0688, 05-1386 (the "MDL Class Action"). And I have represented those same borrowers since May 14, 2012 as part of what is now known as the Kessler Settlement Class pursuant to the continuation of the noted class action claims against RFC in this bankruptcy proceeding.

5. Set forth below on an hourly basis are my legal services rendered on behalf of Kessler Class Members in this case, the lodestar value of those services and the expenses reasonably incurred by me and or my firm in connection with this litigation for which we are requesting reimbursement.

6. The schedule attached is a summary indicating the amount of time spent by and paralegals of my firm who were involved in this litigation, and the lodestar calculations based on my current rates for matters of this type. All the work was done by me or my paralegals. *See* Exhibits 1.

7. As set forth in Exhibit 1, the total number of hours expended on this litigation by my firm since its inception until May 14, 2012 in the predecessor class actions and then the MDL litigation is 688.41 hours attorney time and 85 hours paralegal time. Based on the listed hourly rates for me and my paralegal the total lodestar for my firm through that period of time is $414,703.95.

8. The hourly rate used for me and included in Exhibit 1 is the rate paid to me by my clients for representation in federal court litigation and is reasonable and within the range of fees that have been accepted as reasonable in connection with other attorneys in other complex class action litigation in this district. FURTHER DECLARANT SAYETH NAUGHT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~October~~ November 1, 2013

*John Sharbrough, III*

JOHN W. SHARBROUGH, III

# EXHIBIT 1

## TO THE DECLARATION OF [DECLARANT]
## IN SUPPORT OF KESSLER PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

| PARTNER | RATE | HOURS | TOTAL |
|---|---|---|---|
| John W. Sharbrough | $595.00 | 688.41 | $409,603.95 |

**ASSOCIATE**

**PARALEGAL**

| | | | |
|---|---|---|---|
| June D. Brining | $60.00 | 85 | $5,100.00 |

**FIRM TOTAL**         **$414,703.95**