EXHIBIT 7

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.: 12-12020 (MG)<br><br>Jointly Administered |

**DECLARATION OF ROBERT S. WOOD**
**IN SUPPORT OF KESSLER PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD**
**OF ATTORNEY'S FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

Robert S. Wood, pursuant to 28 U.S.C. §1746, hereby declares as follows in support of the "Motion" referenced in the above caption:

1.　I am an attorney with the law firm of Richardson, Patrick, Westbrook & Brickman, LLC in Charleston, South Carolina.

2.　I have been admitted to practice law in the following states and federal district courts: South Carolina, 1999; Eleventh Circuit, 2007

3.　I submit this declaration in support of Kessler Plaintiffs' Counsel's Motion for an Award of Attorney's Fees and Reimbursement of Expenses.

4.　For over ten years my firm has represented borrowers in class action litigation relating to second mortgage loans originated by Community Bank of Northern Virginia and Guaranty National Bank of Tallahassee, which loans were purchased by Residential Funding Company, LLC. Those lawsuits became part of the multidistrict proceeding pending in the United States District Court for the Western District of Pennsylvania captioned as *In Re: Community Bank of Northern Virginia Second Mortgage Lending Practice Litigation*, MDL No. 1674, Case Nos. 03-0425, 02-1201, 05-0688, 05-1386 (the "MDL Class Action"). And we have

represented those same borrowers since May 14, 2012 as part of what is now known as the Kessler Settlement Class pursuant to the continuation of the noted class action claims against RFC in this bankruptcy proceeding.

5. Set forth below on an hourly basis are my firm's legal services rendered on behalf of Kessler Class Members in this case, the lodestar value of those services and the expenses reasonably incurred by my firm in connection with this litigation for which we are requesting reimbursement.

6. The schedule attached is a summary indicating the amount of time spent by the partners, associate attorneys and paralegals of my firm who were involved in this litigation, and the lodestar calculations based on my firm's current rates for matters of this type. All the work was done by my firm and completed by attorneys and paralegals of the firm. *See* Exhibits 1 & 2.

7. As set forth in Exhibit 1, the total number of hours expended on this litigation by my firm since its inception until May 14, 2012 in the predecessor class actions and then the MDL litigation is 6,144.2 hours. Based on the listed hourly rates for each timekeeper the total lodestar for my firm through that period of time is $2,507,299.

8. As set forth in Exhibit 2, the total number of hours expended on this litigation by my firm since May 14, 2012 in the bankruptcy litigation through October 31, 2013 is 250.7 hours. Based on the listed hourly rates for each timekeeper, the total lodestar through that period of time is $132,005.

9. The hourly rates used for the partners, associate attorneys and professional support staff of my firm included in Exhibits 1 & 2 are reasonable and have been accepted as reasonable in connection with other attorneys in prior complex class action litigation in this district.

10. My firm's lodestar figures do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's above referenced rates. *See* Exhibits 3 & 4.

11. As detailed and categorized in Exhibit 3, my firm has incurred a total of $209,344.13 in unreimbursed expenses in connection with the prosecution of the predecessor class actions and then the MDL litigation since the inception of those cases until May 14, 2012.

12. As detailed and categorized in Exhibit 4, my firm has incurred a total of $792.28 in unreimbursed expenses in connection with the prosecution of this litigation since May 14, 2012 through October 31, 2013 in the bankruptcy proceedings.

13. The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 1, 2013

_____
Robert S. Wood

# EXHIBIT 1

## TO THE DECLARATION OF ROBERT S. WOOD
## IN SUPPORT OF KESSLER PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

| PARTNER | RATE | HOURS | TOTAL |
| --- | --- | --- | --- |
| A. Hoyt Rowell | $800 | 181.2 | $144,960 |
| Daniel O. Myers | $600 | 2,803.4 | $1,682,040 |
| T. Christopher Tuck | $550 | 57.8 | $31,790 |
| Robert S. Wood | $500 | 397.6 | $198,800 |
| **ASSOCIATE** | | | |
| Kevin Oufnac | $450 | 286.7 | $129,015 |
| Matthew Thiesing | $450 | 47.9 | $21,555 |
| Katie McElveen | $350 | 26.1 | $9,135 |
| **PARALEGAL** | | | |
| William King | $150 | 357.3 | $53,595 |
| Teri Korinek | $120 | 1,219.0 | $146,280 |
| Susan Giddens | $120 | 672.0 | $80,640 |
| Jennifer Hobson | $120 | 40.7 | $4,884 |
| Tracy Willis | $120 | 11.5 | $1,380 |
| Vickeye Robinson | $75 | 34.0 | $2,550 |
| Margie Brown | $75 | 9.0 | $675 |
| **FIRM TOTAL** | | 6,144.2 | $2,507,299 |

# EXHIBIT 2

## TO THE DECLARATION OF ROBERT S. WOOD
## IN SUPPORT OF KESSLER PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

| PARTNER | RATE | HOURS | TOTAL |
| --- | --- | --- | --- |
| A. Hoyt Rowell | $800 | 17.5 | $14,000 |
| T. Christopher Tuck | $550 | 5.5 | $3,025 |
| James L. Ward | $550 | 68.1 | $37,455 |
| Robert S. Wood | $500 | 153.1 | $76,550 |
| **PARALEGAL** | | | |
| William King | $150 | 6.5 | $975 |
| **FIRM TOTAL** | | 250.7 | $132,005 |

# EXHIBIT 3

## TO THE DECLARATION OF ROBERT S. WOOD
## IN SUPPORT OF KESSLER PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

| CATEGORIES | EXPENSES |
| --- | --- |
| Court Reporter/Filing Fees | $145.57 |
| Expert /Legal/Mediation Services | $142,032.84 |
| Online Research/Reference Materials | $7,538.36 |
| Mail/Print/Copy/Scanning/Phone Services | $3,165.37 |
| Travel/Meeting Expenses | $56,223.49 |
| Video/Duplication Services | $238.50 |
| **TOTAL EXPENSES** | **$209,344.13** |

# EXHIBIT 4

## TO THE DECLARATION OF ROBERT S. WOOD
## IN SUPPORT OF KESSLER PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

| CATEGORIES | EXPENSES |
| --- | --- |
| Online Research/Reference Materials | $429.81 |
| Mail/Print/Copy/Scanning/Phone Services | $272.37 |
| Travel/Meeting Expenses | $90.10 |
| **TOTAL EXPENSES** | **$792.28** |