EXHIBIT 8

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 12-12020 (MG)<br><br>Jointly Administered |

**DECLARATION OF DANIEL O. MYERS**
**IN SUPPORT OF KESSLER PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD**
**OF ATTORNEY'S FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

I, Daniel O. Myers, pursuant to 28 U.S.C. §1746, hereby declare as follows in support of the "**Motion**" referenced in the above caption:

1. I am an attorney and own my own practice, The Law Offices of Daniel O. Myers, located in Traverse City, Michigan.

2. I have been admitted to practice law in the following states and federal courts:

| | |
|---|---|
| Michigan | November 29, 1993 |
| South Carolina | May 20, 1998 |
| Third Circuit | January 9, 2004 |
| Fourth Circuit | December 28, 2009 |
| Sixth Circuit | March 15, 2004 |
| Seventh Circuit | January 5, 1996 |
| Eleventh Circuit | February 28, 2007 |
| District of Colorado | January 21, 2010 |
| Northern District of Florida | October 1, 2008 |
| Southern District of Illinois | November 9, 2004 |
| Northern District of Indiana | October 31, 1994 |
| Southern District of Indiana | November 23, 1994 |
| Eastern District of Michigan | April 4, 2013 |
| Western District of Michigan | October 21, 1996 |
| Western District of Pennsylvania | November 14, 2003 |
| District of South Carolina | January 22, 2007 |

3.       I submit this declaration in support of Kessler Plaintiffs' Counsel's Motion for an Award of Attorney's Fees and Reimbursement of Expenses.

4.       For over ten years, first as a member of the law firm of Richardson, Patrick, Westbrook and Brickman and, since January 1, 2011, in my own firm, I have represented borrowers in class action litigation relating to second mortgage loans originated by Community Bank of Northern Virginia and Guaranty National Bank of Tallahassee, which loans were purchased by Residential Funding Company, LLC.  Those lawsuits became part of the multidistrict proceeding pending in the United States District Court for the Western District of Pennsylvania captioned as *In Re: Community Bank of Northern Virginia Second Mortgage Lending Practice Litigation*, MDL No. 1674, Case Nos. 03-0425, 02-1201, 05-0688, 05-1386 (the "MDL Class Action").  And I have represented those same borrowers since May 14, 2012 as part of what is now known as the Kessler Settlement Class pursuant to the continuation of the noted class action claims against RFC in this bankruptcy proceeding.

5.       Set forth below on an hourly basis are my legal services rendered on behalf of Kessler Class Members in this case since forming my own law firm and the lodestar value of those services.

6.       The schedule attached is a summary indicating the amount of time spent by me in this litigation, and the lodestar calculations based on my current rates for matters of this type. All the work was done by me.  *See* Exhibits 1 & 2.

7.       As set forth in Exhibit 1, the total number of hours expended on this litigation by me after leaving Richardson, Patrick, Westbrook & Brickman (which will submit my time spent in this litigation prior to January 1, 2011) until May 14, 2012 in the predecessor class actions and

then the MDL litigation is 265.5 hours. Based on the listed hourly rates for me the total lodestar for my firm through that period of time is $153,900.00.

8.  As set forth in Exhibit 2, the total number of hours expended on this litigation by me since May 14, 2012 in the bankruptcy litigation through October 31, 2013 is 25.5 hours. Based on the listed hourly rates for me, the total lodestar through that period of time is $15,300.00.

9.  The hourly rates used for me included in Exhibits 1 & 2 are reasonable and have been accepted as reasonable for my time in *In re Wachovia "Pick-A-Pay" Mortgage Litigation, MDL No. 2015* and in connection with other attorneys in prior complex class action litigation in this district.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 31, 2013

_____

DANIEL O. MYERS

# EXHIBIT 1

### TO THE DECLARATION OF DANIEL O. MYERS
### IN SUPPORT OF KESSLER PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

| PARTNER | RATE | HOURS | TOTAL |
|---|---|---|---|
| DANIEL O. MYERS | $600.00 | 265.5 | $153,900.00 |
| FIRM TOTAL | | 265.5 | $153,900.00 |

# EXHIBIT 2

## TO THE DECLARATION OF DANIEL O. MYERS
## IN SUPPORT OF KESSLER PLAINTIFFS' COUNSEL'S MOTION FOR AN AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

| PARTNER | RATE | HOURS | TOTAL |
|---|---|---|---|
| **DANIEL O. MYERS** | $600.00 | 25.5 | $15,300.00 |
| **FIRM TOTAL** |  | 25.5 | $15,300.00 |