Exhibit 9

| LAWFIRM | Hours thru 5/13/2012 | Lodestar Value of hrs thru 5/13/2012 | BK hrs after 5/14/2012 | Lodestar Value of BK Hours after 5/14/2012 | Total Hours | Total Lodestar Value |
|---|---|---|---|---|---|---|
| Walters Bender Strohbehn & Vaughan, PC | 15,649.39 | 7,886,158.75 | 2,649.33 | 1,354,788.50 | 18,298.72 | 9,240,947.25 |
| Legg Law Firm | 1,014.90 | 659,685.00 | - | - | 1,014.90 | 659,685.00 |
| John W. Sharbrough, III, P.C. | 773.41 | 414,703.95 | - | - | 773.41 | 414,703.95 |
| Hutton Law Group | 397.25 | 224,098.75 | 56.50 | 25,235.00 | 453.75 | 249,333.75 |
| Polsinelli PC | | | 1,449.00 | 689,205.25 | 1,449.00 | 689,205.25 |
| Carlson Lynch LLC | 8,922.50 | 5,154,031.25 | 1,782.75 | 917,893.75 | 10,705.25 | 6,071,925.00 |
| Richardson Patrick Westbrook & Brickman LLC | 6,144.20 | 2,507,299.00 | 250.70 | 132,005.00 | 6,394.90 | 2,639,304.00 |
| Daniel O. Myers Law Firm | 265.50 | 153,900.00 | 25.50 | 15,300.00 | 291.00 | 169,200.00 |
| | | | | | | |
| TOTALS | 33,167.15 | 16,999,876.70 | 6,213.78 | 3,134,427.50 | 39,380.93 | 20,134,304.20 |