Exhibit 10

| LAWFIRM | Litigation Expenses (Inception to May 13, 2012) | Litigation Expenses (May 14, 2012 to October 30, 2013) | Totals |
|---|---|---|---|
| Walters Bender Strohbehn & Vaughan, PC | 295,187.81 | 44,982.58 | 340,170.39 |
| Legg Law Firm | 18,501.08 | 0 | 18,501.08 |
| John W. Sharbrough, III, P.C. | 0 | 0 | 0.00 |
| Hutton Law Group | 3,254.57 | 200.00 | 3,454.57 |
| Polsinelli PC | 0 | 11,509.79 | 11,509.79 |
| Carlson Lynch LLC | 100,950.57 | 35,036.60 | 135,987.17 |
| Richardson Patrick Westbrook & Brickman LLC | 209,344.13 | 792.28 | 210,136.41 |
| Dan O. Myers Law Firm | 0 | 0 | 0.00 |
| TOTALS | 627,238.16 | 92,521.25 | 719,759.41 |