UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

In re:

RESIDENTIAL CAPITAL, LLC, et al.

                      Debtors.

------------------------------------------------------------------------X

Chapter 11

Case No. 12-12020 (MG)

**NOTICE OF MOTION**

        PLEASE TAKE NOTICE that upon the declaration of David K. Fiveson affirmed November 5, 2013 and the declaration of Kathleen A. Cashman-Kramer sworn to November 4, 2013, together with exhibits, David K. Fiveson, a Principal of the firm Butler, Fitzgerald, Fiveson & McCarthy, A Professional Corporation, a member of good standing of the Bar of this Court, hereby moves for an order pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York allowing the admission *Pro Hac Vice* of:

        Kathleen A. Cashman-Kramer
        Pyle Sims Duncan & Stevenson, APC
        401 B Street, Suite 1500
        San Diego, CA   92101
        Direct:  (619) 699-5295
        Main:  (619) 687-5200
        Fax:  (619) 687-5210

Kathleen A. Cashman-Kramer is a member in good standing of the Bars of the State of California, the Commonwealth of Massachusetts, and the District of Columbia.

Dated: New York, New York
November 5, 2013

BUTLER, FITZGERALD, FIVESON
 & McCARTHY
A Professional Corporation
Attorneys for Creditors Jason and Jennifer Schermerhorn

By:    /s/ David K. Fiveson
David K. Fiveson, Esq.
A Principal of the Firm
Nine East 45th Street, Ninth Floor
New York, New York  10017
(212) 615-2200