UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

In re:                                                                  **DECLARATION OF**
                                                                        **DAVID K. FIVESON**
RESIDENTIAL CAPITAL, LLC, et al.
                                                                        Case No. 12-12020 (MG)
                                Debtors.

------------------------------------------------------------------------X

       DAVID K. FIVESON, an attorney admitted to practice law before the Courts of the State of New York, affirms under penalties of perjury, as follows:

       1.       I am a Principal of Butler, Fitzgerald, Fiveson & McCarthy, A Professional Corporation.  I am admitted to practice in the United States District and Bankruptcy Court for the Southern District of New York.  I am local counsel for the creditors Jason Schermerhorn and Jennifer Schermerhorn.

       2.       I respectfully submit this declaration in support of the motion for Kathleen A. Cashman-Kramer's *pro hac vice* admission to this Court.  Ms. Cashman-Kramer will be appearing as co-counsel to the Schermerhorns.

       3.       Ms. Cashman-Kramer is an attorney of Pyle Sims Duncan & Stevenson, A Professional Corporation, which has offices at 401 B Street, Suite 1500, San Diego, CA 92101.

       4.       Kathleen A. Cashman-Kramer's declaration in support of this application is annexed hereto.

       5.       I respectfully request this Court grant Kathleen A. Cashman-Kramer *pro hac vice* admission to this Court pursuant to Local Civil Rule 1.3(c).

Dated: New York, New York
       November 5, 2013

                                                            /s/ David K. Fiveson
                                                           DAVID K. FIVESON