UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:

RESIDENTIAL CAPITAL, LLC, et al.

                  Debtors.

-------------------------------------------------------------------X

**DECLARATION OF KATHLEEN A. CASHMAN-KRAMER FOR ADMISSION *PRO HAC VICE***

Case No. 12-12020 (MG)

      KATHLEEN A. CASHMAN-KRAMER, upon being duly sworn, deposes and says:

      1.     I am an attorney duly licensed to practice law in the state of California, in the commonwealth of Massachusetts, and in the District of Columbia. I am a senior attorney with the law firm of Pyle Sims Duncan & Stevenson, APC, whose office is located at 401 "B" Street, Suite 1500, San Diego, California 92101. My telephone number is 619-687-5200. My office facsimile number is 619-687-5210. My email address is kcashman@psdslaw.com.

      2.     I respectfully submit this declaration in support of the motion pursuant to this Court's Local Civil Rule 1.3(c) for an order permitting me to appear in this Court as co-counsel for the creditors Jason Schermerhorn and Jennifer Schermerhorn.

      3.     I am a 1984 graduate of the New England School of Law, which is located in Boston, Massachusetts.

      4.     I was admitted to practice in the Commonwealth of Massachusetts on January 16, 1985, in the State of California in 1987, and in the District of Columbia in 1993. I remain eligible to practice law. I am in good standing with the California, Massachusetts, and District of Columbia Bars.

5. Annexed as Exhibits A, B and C are my certificates of good standing issued from each state court in which I am a member of the bar.

6. I have never been admonished, censured, suspended or disbarred by any Court or State. I have never been denied admission to any Bar. I have never resigned from or surrendered my license to practice law. I have never been disciplined by any court.

7. I am familiar with the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court and the Rules of Professional Conduct.

8. I respectfully request this Court grant my application for *pro hac vice* admission to the Bar of this Court pursuant to Rule 1.3(c). Annexed as Exhibit D is the proposed order granting *pro hac vice* admission.

Dated: November 4, 2013

_____
KATHLEEN A. CASHMAN-KRAMER

STATE OF CALIFORNIA )
)ss.:
COUNTY OF SAN DIEGO )

On the ____ day of November in the year 2013, before me, the undersigned, personally appeared Kathleen A. Cashman-Kramer, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the City of San Diego, in the State of California, County of San Diego.

_____
Notary Signature

# ACKNOWLEDGMENT

State of California
County of _____San Diego_____ )

On __November 4, 2013__ before me, __W.L. Madison, Notary Public__
(insert name and title of the officer)

personally appeared __Kathleen A. Cashman-Kramer__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (Seal)

W. L. MADISON
Commission # 1939403
Notary Public - California
San Diego County
My Comm. Expires Jun 27, 2015