# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

In re:

RESIDENTIAL CAPITAL, LLC, et al.

Debtor(s)

-----------------------------------------------------------------------X

Case No. 12-12020 (MG)

**ORDER FOR ADMISSION**
***PRO HAC VICE***

The Motion of David K. Fiveson, for the admission of Kathleen A. Cashman-Kramer to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the State of California, the Commonwealth of Massachusetts and the District of Columbia; and that her contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Kathleen A. Cashman-Kramer |
| Firm's Name: | Pyle Sims Duncan & Stevenson, APC |
| Address: | 401 B Street, Suite 1500 |
| City / State / Zip: | San Diego, CA   92101 |
| Telephone / Fax: | (619) 699-5295-direct; (619) 687-5200-main; (619) 687-5200-fax |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as co-counsel for creditors Jason Schermerhorn and Jennifer Schermerhorn in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States Bankruptcy Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  **November 5, 2013**

_____**/s/Martin Glenn**_____
The Honorable Martin Glenn