UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC, et al.

Case No.: 12-12020 MG
Chapter 11

Debtor

-----------------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Allan Cate, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Rosalind Alexander-Kasparik, a Creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Southern District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 10/31/2013
San Diego, CA, New York

/s/ Allan Cate

Mailing Address:

7710 Balboa Avenue, Suite 316
San Diego, CA 92111

E-mail address: allan@acatelaw.com
Telephone number: (858) 224-5865