**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: RESIDENTIAL CAPITAL, LLC, et al.          Case No.: 12-12020 (MG)

                                               Chapter 11

                           Debtor

------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of Allan Cate, to be admitted, ***pro hac vice***, to represent Rosalind Alexander-Kasparik, (the "Client") a Creditor in the above referenced  case  adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Southern  District of California, it is hereby

      **ORDERED**, that Allan Cate, Esq., is admitted to practice, ***pro hac vice***, in the above referenced  case  adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  **November 5, 2013**

     New York, New York                       **/s/ Martin Glenn**

                                           UNITED STATES BANKRUPTCY JUDGE