# UNITED STATES DISTRICT BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

**Civil Case# 12 – cv 12020**

Residential Capital, LLC, et al
Debtor
    v.

*U.S. Trustee* -United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

*Claims and Noticing Agent*
**Kurtzman Carson Consultants**
2335 Alaska Ave
El Segundo, CA 90245


RECEIVED
NOV - 4
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## Notice to the Court of Continued Fraud

by GMAC Mortgage/LLC by continuing to pursue foreclosures with Fraudulent Jeffrey Stephan Affidavits and other know fraudulent documents including fraudulent Assignments of Mortgage.

    This court should take notice of the attached complaints filed against GMAC Mortgage LLC and their attorneys for the continued arrogance and willful disregard for the law, this court, federal courts, and a plethora of consent orders it has agreed to with several federal agencies. Res Cap & GMAC Mortgage, LLC has simply snubbed and ignored the court willfully. Their *Bold Actions* and continued *Evidence of Fraud* should be considered in all pending & actions currently before this court; Especially their petition to confirm their bankruptcy which is before this court.

Page 1

GMAC, LLC – ResCap. 10.30.13

It would simply be unconscionable for this court to allow GMAC Mortgage, LLC, Res Cap *and their legal counsel* to simply continue to commit Fraud on the Court, and "Fraud on the People" at will.  THIS COURT HAS AN OBLIGATION TO INSURE THAT THIS BE ADDRESSED, ESPECIALLY BEFORE ANY BANCRUPTCY SHOULD BE CONFIRMED.

Kenneth Taggart, Pro Se

*[signature]*

October 30, 2013

GMAC, LLC – ResCap. 10.30.13