# Certificate of Service

<u>Case #</u> **Civil Case# 12 – cv 12020**          **Residential Mortgage Capital, et al**

The undersigned certifies that on November 2, 2013 he caused a copy of :

### "Notice to the Court of Continued Fraud

**by GMAC Mortgage/LLC by continuing to pursue foreclosures with Fraudulent Jeffrey Stephan Affidavits and other know fraudulent documents including fraudulent Assignments of Mortgage"**

to be delivered to The United States Bankruptcy Court for The Southern District of New York via United States Post Office. Additionally, the undersigned certifies that he caused a true and correct copy of the foregoing Notice to be sent via to United States Post Office on November 2, 2013 to the following parties :

**Claims & Noticing Agent
Kurtzman Carson Consultants**
2335 Alaska Ave
El Sugundo, Ca 90245


Kenneth J Taggart
Pro se

*/s/ Kenneth J Taggart*
November 2, 2013