# EXHIBIT "A"

*Kenneth J. Taggart*
*45 Heron Rd*
*Holland, Pa 18966*

April 12, 2012

The Law firm of: Reed Smith LLP
Dianne Bettino, Esquire & Maria T Guerin, Esquire
2500 One Liberty Place
1650 Market St
Philadelphia, Pa 19103

RE:   GMAC Mortgage, LLC v. Kenneth J Taggart, Pro Se
         Case No 09-25338

   To all parties,

      It has been discovered that this foreclosure complaint has been filed with
fraudulent documents by Jeffrey Stephen (see attached affidavit by Jeffrey
Stephen). Furthermore, it is apparent that GMAC Mortgage, LLC has known
about this for at least over a year and a half. Furthermore, it appears that GMAC
Mortgage, LLC knowingly and intentionally have produced false affidavits in their
foreclosure process. The foreclosure complaint has been based on, among other
things, the filing of a false affidavit by Jeffrey Stephen. It has become apparent to
me that Jeffrey Stephen has become a known Robo-Signer to GMAC Mortgage,
LLC for quite some time. Furthermore, this false affidavit was presented to all
counsel and representatives present at the deposition on March 7, 2012.

      **This complaint should be immediately withdrawn.** Any continued
action regarding this complaint will result in additional damages being suffered by
defendant. **Defendant intends to file a criminal complaint against all parties
who knew about this despicable action. Additional Civil action will be filed
in Federal Court for "Fraud" as well.**

      Please contact me to let me know of your intentions. You may contact me
to discuss any or all of these issues by phone. You may contact me at: ██████████
██████                                                                    *Redacted*

Yours Truly,

Kenneth J Taggart, Pro Se

EXHIBIT 9

Phelan Hallinan & Schmieg, LLP
Lawrence T. Phelan, Esq., Id. No. 32227
Francis S. Hallinan, Esq., Id. No. 62695
Daniel G. Schmieg, Esq., Id. No. 62205
Michele M. Bradford, Esq., Id. No. 69849
Judith T. Romano, Esq., Id. No. 58745
Sheetal R. Shah-Jani, Esq., Id. No. 81760
Jenine R. Davey, Esq., Id. No. 87077
Lauren R. Tabas, Esq., Id. No. 93337
Vivek Srivastava, Esq., Id. No. 202331
Jay B. Jones, Esq., Id. No. 86657
Peter J. Mulcahy, Esq., Id. No. 61791
Andrew L. Spivack, Esq., Id. No. 84439
Jaime McGuinness, Esq., Id. No. 90134
Chrisovalante P. Fliakos, Esq., Id. No. 94620
Joshua I. Goldman, Esq., Id. No. 205047
Courtenay R. Dunn, Esq., Id. No. 206779
Andrew C. Bramblett, Esq., Id. No. 208375
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
215-563-7000



2009-25338-0003
9/8/2009 10:27:24 AM
Praecipe for Substitution of
Receipt# Z-140284
Mark Levy - Montgomery County Prothonotary

**ATTORNEY FOR PLAINTIFF**

| | | |
|---|---|---|
| **GMAC MORTGAGE, LLC** | : | **COURT OF COMMON PLEAS** |
| | : | |
| Plaintiff | : | **CIVIL DIVISION** |
| | : | |
| | : | **NO. 09-25338** |
| vs. | : | |
| | : | **MONTGOMERY COUNTY** |
| **KENNETH TAGGART** | : | |
| | : | |
| Defendant(s) | : | |
| | : | |
| | : | |

9 - (1)

PHS #: 213964

## PRAECIPE TO SUBSTITUTE VERIFICATION
## TO CIVIL ACTION COMPLAINT
## IN MORTGAGE FORECLOSURE

TO THE PROTHONOTARY:

Kindly substitute the attached verification for the verification originally filed with the complaint in the instant matter.

Phelan Hallinan & Schmieg, LLP
Attorney for Plaintiff

By: _____

☐ Lawrence T. Phelan, Esq., Id. No. 32227
☐ Francis S. Hallinan, Esq., Id. No. 62695
☐ Daniel G. Schmieg, Esq., Id. No. 62205
☐ Michele M. Bradford, Esq., Id. No. 69849
☐ Judith T. Romano, Esq., Id. No. 58745
☐ Sheetal R. Shah-Jani, Esq., Id. No. 81760
☑ Jenine R. Davey, Esq., Id. No. 87077
☐ Lauren R. Tabas, Esq., Id. No. 93337
☐ Vivek Srivastava, Esq., Id. No. 202331
☐ Jay B. Jones, Esq., Id. No. 86657
☐ Peter J. Mulcahy, Esq., Id. No. 61791
☐ Andrew L. Spivack, Esq., Id. No. 84439
☐ Jaime McGuinness, Esq., Id. No. 90134
☐ Chrisovalante P. Fliakos, Esq., Id. No. 94620
☐ Joshua I. Goldman, Esq., Id. No. 205047
☐ Courtenay R. Dunn, Esq., Id. No. 206779
☐ Andrew C. Bramblett, Esq., Id. No. 208375

Date: 9-4-09 _____

PHS #: 213964

9 - ②

## VERIFICATION

Jeffrey Stephan
Limited Signing Officer    hereby states that he/she is

_____ CSO _____ of GMAC MORTGAGE, LLC, servicing agent for Plaintiff in

this matter, that he/she is authorized to take this Verification, and that the statements made in the

foregoing Civil Action in Mortgage Foreclosure are true and correct to the best of his/her

knowledge, information and belief. The undersigned understands that this statement is made

subject to the penalties of 18 Pa. C.S. Sec. 4904 relating to unsworn falsification to authorities.

DATE: _August 19, 2009_

Name: _____

Title: Jeffrey Stephan
Limited Signing Officer

Company: GMAC MORTGAGE, LLC

File #: 213954 Taggart

9 - B

**SUMMARY OF KEY PORTIONS OF TESTIMONY OF JEFFERY STEPHAN AT HIS
DEPOSTION TAKEN ON JUNE 7, 2010**

P. 33, line 24

Q. Do you have any knowledge of how summary judgment affidavits are used in judicial foreclosure case?

A. No.

Q. Are you aware that they are given to a judge?

A. Yes.

Q. And do you understand that a judge relies upon them?

A. Yes

P. 34, line16

Q. Has the manner in which you perform your duties as team lead for the document execution team changed in any way over the period from August 5, 2009 to the present date?

A. No.

P. 54

Q. When you sign a summary judgment affidavit, do you check to see if all of the exhibits are attached to it?

A. No.

Q. When you sign a summary judgment affidavit, do you inspect any of the exhibits attached to it.

A. No.

Q. Does anybody in your department check to see if all of the exhibits are attached to it?

A. No.

Q. When you sign a summary judgment affidavit, do you inspect any exhibits attached to it?

A. No.

**EXHIBIT 1**

1

P. 56, line 56

Q. My question to you is where does a summary judgment affidavit go after you sign it?

A. After I sign it, it is handed back to my staff. My staff hands it to a notary for notarization. They send it back to the attorney network requesting any type of affidavit.

Q. So you do not appear before the notary; is that correct.

A. I do not.

P. 58, line 13

Q. Your department does not do an independent check of the accuracy of the information on summary judgment affidavits coming to you; isn't that correct?

A. I review, quickly, the figures. Other than that, that's about it.

P. 61, line 14

Q. And you just testified that you look at principal, interest, late charges and escrow, is that correct?

A. That is correct.

Q. Is there anything else that you look at in your computer system when your signing a summary judgment affidavit?

A. The only thing I review other than that is who the borrower is.

Q. When you receive a summary judgment affidavit to sign, do you read every paragraph of it?

A. No.

Q. What do you read?

A. I look at the figures.

Q. That's all that you look at when you sign a summary judgment affidavit?

A. Yes, to ensure that the figures are accurate.

2

P. 62, line 11

Q. Is it fair to say that when you sign a summary judgment affidavit, you do not know what information it contains other than the figures that are set forth within it?

A. Other than the borrower's name and if I have signing authority for that entity. That is correct.

P. 67, line 21

Q. So other than the due date and the balances due, is it correct that you do not know whether any other part of the affidavit that you sign is true.

A. That could be correct.

Q. Is it correct?

A. That is correct.

3

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
MORGENSTEIN   4/16/12

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Reed Smith, LLP
Dianne Bettino, Esquire
2500 One Liberty Pl
1650 Market St
Phila Pa 19103

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7011 1150 0000 9598 4830

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
MORGENSTEIN   4/17/12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Reed Smith, LLP
Maria J. Guerin, Esquire
2500 One Liberty Place
1650 Market St
Phila Pa 19103

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7011 1150 0000 9598 4847

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# EXHIBIT "B"

*Kenneth J. Taggart*
*45 Heron Rd*
*Holland, Pa 18966*

March 9, 2012

The Law firm of: Fleischer, Fleischer & Suglia
Brian Fleisher, Nicola Suglia, Ahmed Soliman, Allison Domowich
Plaza 1000 at Main St
Suite #208
Voorhees, New Jersey, 08043

The Law firm of:  Phelan, Hallinan & Schmieg, LLC.
Jennie Davey, Francis Hallinan, Jaime Mcguinness, Lawrence Phelan,
Daniel G. Schmieg
1617 JFK Blvd, Suite #1400
One Penn Center
Philadelphia, Pa 19103

RE:  GMAC Mortgage, LLC v. Kenneth J Taggart, Pro Se
        Case No 09-25338

   To all parties,

        It has been discovered that this foreclosure complaint has been filed with
fraudulent documents by Jeffrey Stephen (see attached affidavit by Jeffrey
Stephen). Furthermore, it is apparent that you have known about for over a year
and a half. The foreclosure complaint has been based on, among other things,
the filing of a false affidavit by Jeffrey Stephen. It has become apparent to me
that Jeffrey Stephen has become a known Robo-Signer to GMAC Mortgage, LLC
for quite some time. Furthermore, this false affidavit was presented to all counsel
and representatives present at the deposition on March 7, 2012.

        **This complaint should be immediately withdrawn.** Any continued
action regarding this complaint will result in additional damages being suffered by
defendant. **Defendant intends to file a criminal complaint against all parties
who knew about this despicable action. Additional Civil action will be filed
as well.**

        Please contact me to let me know of your intentions. You may contact me
to discuss any or all of these issues by phone. You may contact me at: *Redacted*

Yours Truly,

Kenneth J Taggart, Pro Se

EXHIBIT 9

Phelan Hallinan & Schmieg, LLP
Lawrence T. Phelan, Esq., Id. No. 32227
Francis S. Hallinan, Esq., Id. No. 62695
Daniel G. Schmieg, Esq., Id. No. 62205
Michele M. Bradford, Esq., Id. No. 69849
Judith T. Romano, Esq., Id. No. 58745
Sheetal R. Shah-Jani, Esq., Id. No. 81760
Jenine R. Davey, Esq., Id. No. 87077
Lauren R. Tabas, Esq., Id. No. 93337
Vivek Srivastava, Esq., Id. No. 202331
Jay B. Jones, Esq., Id. No. 86657
Peter J. Mulcahy, Esq., Id. No. 61791
Andrew L. Spivack, Esq., Id. No. 84439
Jaime McGuinness, Esq., Id. No. 90134
Chrisovalante P. Fliakos, Esq., Id. No. 94620
Joshua I. Goldman, Esq., Id. No. 205047
Courtenay R. Dunn, Esq., Id. No. 206779
Andrew C. Bramblett, Esq., Id. No. 208375
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
215-563-7000



2009-25338-0003
9/8/2009 10:27:34 AM
Praecipe for Substitution of
Receipt# Z140294
Mark Levy - Montgomery County Prothonotary

**ATTORNEY FOR PLAINTIFF**

| | | |
|---|---|---|
| **GMAC MORTGAGE, LLC** | : | **COURT OF COMMON PLEAS** |
| | : | |
| Plaintiff | : | **CIVIL DIVISION** |
| | : | |
| | : | **NO. 09-25338** |
| vs. | : | |
| | : | **MONTGOMERY COUNTY** |
| **KENNETH TAGGART** | : | |
| | : | |
| Defendant(s) | : | |
| | : | |

9 — (1)

PHS #: 213964

## PRAECIPE TO SUBSTITUTE VERIFICATION
## TO CIVIL ACTION COMPLAINT
## IN MORTGAGE FORECLOSURE

**TO THE PROTHONOTARY:**

Kindly substitute the attached verification for the verification originally filed with the complaint in the instant matter.

Phelan Hallinan & Schmieg, LLP
Attorney for Plaintiff

By: _____

☐ Lawrence T. Phelan, Esq., Id. No. 32227
☐ Francis S. Hallinan, Esq., Id. No. 62695
☐ Daniel G. Schmieg, Esq., Id. No. 62205
☐ Michele M. Bradford, Esq., Id. No. 69849
☐ Judith T. Romano, Esq., Id. No. 58745
☐ Sheetal R. Shah-Jani, Esq., Id. No. 81760
☑ Jenine R. Davey, Esq., Id. No. 87077
☐ Lauren R. Tabas, Esq., Id. No. 93337
☐ Vivek Srivastava, Esq., Id. No. 202331
☐ Jay B. Jones, Esq., Id. No. 86657
☐ Peter J. Mulcahy, Esq., Id. No. 61791
☐ Andrew L. Spivack, Esq., Id. No. 84439
☐ Jaime McGuinness, Esq., Id. No. 90134
☐ Chrisovalante P. Fliakos, Esq., Id. No. 94620
☐ Joshua I. Goldman, Esq., Id. No. 205047
☐ Courtenay R. Dunn, Esq., Id. No. 206779
☐ Andrew C. Bramblett, Esq., Id. No. 208375

Date: 9-4-09 _____

PHS #: 213964

9 - ②

## VERIFICATION

Jeffrey Stephan
Limited Signing Officer    hereby states that he/she is

_____ CSO _____ of GMAC MORTGAGE, LLC, servicing agent for Plaintiff in

this matter, that he/she is authorized to take this Verification, and that the statements made in the

foregoing Civil Action in Mortgage Foreclosure are true and correct to the best of his/her

knowledge, information and belief. The undersigned understands that this statement is made

subject to the penalties of 18 Pa. C.S. Sec. 4904 relating to unsworn falsification to authorities.

DATE: August 19, 2009

Name:

Title:    Jeffrey Stephan
Limited Signing Officer

Company: GMAC MORTGAGE, LLC

File #: 213964 Taggart

**SUMMARY OF KEY PORTIONS OF TESTIMONY OF JEFFERY STEPHAN AT HIS
DEPOSTION TAKEN ON JUNE 7, 2010**

P. 33, line 24

Q. Do you have any knowledge of how summary judgment affidavits are used in judicial foreclosure case?

A. No.

Q. Are you aware that they are given to a judge?

A. Yes.

Q. And do you understand that a judge relies upon them?

A. Yes

P. 34, line16

Q. Has the manner in which you perform your duties as team lead for the document execution team changed in any way over the period from August 5, 2009 to the present date?

A. No.

P. 54

Q. When you sign a summary judgment affidavit, do you check to see if all of the exhibits are attached to it?

A. No.

Q. When you sign a summary judgment affidavit, do you inspect any of the exhibits attached to it.

A. No.

Q. Does anybody in your department check to see if all of the exhibits are attached to it?

A. No.

Q. When you sign a summary judgment affidavit, do you inspect any exhibits attached to it?

A. No.

**EXHIBIT 1**

1

P. 56, line 56

Q. My question to you is where does a summary judgment affidavit go after you sign it?

A. After I sign it, it is handed back to my staff. My staff hands it to a notary for notarization. They send it back to the attorney network requesting any type of affidavit.

Q. So you do not appear before the notary; is that correct.

A. I do not.

P. 58, line 13

Q. Your department does not do an independent check of the accuracy of the information on summary judgment affidavits coming to you; isn't that correct?

A. I review, quickly, the figures. Other than that, that's about it.

P. 61, line 14

Q. And you just testified that you look at principal, interest, late charges and escrow, is that correct?

A. That is correct.

Q. Is there anything else that you look at in your computer system when your signing a summary judgment affidavit?

A. The only thing I review other than that is who the borrower is.

Q. When you receive a summary judgment affidavit to sign, do you read every paragraph of it?

A. No.

Q. What do you read?

A. I look at the figures.

Q. That's all that you look at when you sign a summary judgment affidavit?

A. Yes, to ensure that the figures are accurate.

2

P. 62, line 11

Q. Is it fair to say that when you sign a summary judgment affidavit, you do not know what information it contains other than the figures that are set forth within it?

A. Other than the borrower's name and if I have signing authority for that entity. That is correct.

P. 67, line 21

Q. So other than the due date and the balances due, is it correct that you do not know whether any other part of the affidavit that you sign is true.

A. That could be correct.

Q. Is it correct?

A. That is correct.

3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☑ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

MAR 1 2 2012

1. Article Addressed to:

Francis Hallinan
Phelan Hallinan + Schmieg
1617 JFK Blvd Suite 1400
One Penn Center
Phila Pa 19103

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7011 0470 0003 2244 7231

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☑ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

MAR 1 2 2012

1. Article Addressed to:

Daniel G. Schmieg
1617 JFK Blvd
#1400
One Penn Center
Phila Pa 19103

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7011 0470 0003 2244 7224

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☑ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

MAR 1 2 2012

1. Article Addressed to:

Lawrence Phelan
Phelan Hallinan + Schmieg
1617 JFK Blvd #1400
One Penn Center
Phila Pa 19103

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7011 0470 0003 2244 7248

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

MAR 1 2 2012

1. Article Addressed to:

Phelan, Hallinart + Schmieg LLC
Jamie McGuinness
1617 JFK Blvd
Suite #1400
One Penn Center
Phila Pa 19103

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service label)
7011 0470 0003 2244 7187

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

RECEIVED
MAR 1 2 2012

1. Article Addressed to:

Jennie Davies
Phelan, Hallinan + Schmieg
1617 JFK Blvd
#1400
One Penn Center
Phila Pa 19103

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service label)
7011 0470 0003 2244 7255

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name )      C. Date of Delivery
                                     3/12/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

1. Article Addressed to:

Allison Domowich
Theisdro Fleischer Siglin
Plaza 1000 at Main St
Suite 208
Dovulees. N.S. 08043

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service label)
7011 0470 0003 2244 7170

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   KHusioemme
C. Date of Delivery  3|12|12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Brian Fleischer
Fleischer Fleischert Suglen
Plaza 1000 at Main St
Suite 208
Voorhees N.J. 08043

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7011 0470 0003 2244 7217

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   KHusioemme
C. Date of Delivery  3|12|12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Nicola Suglen
Fleischer Fleischer + Suglen
Plaza 1000 at Main
#208
Voorhees N.J. 08043

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7011 0470 0003 2244 7279

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   KHusioemme
C. Date of Delivery  3|12|12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Ahmed Soloman
Fleischer Fleischert Suglen
Plaza 1000 at Main St
208
Voorhees N.J. 08043

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7011 0470 0003 2244 7262

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# EXHIBIT "C"

Case# 2009-25338-173 Received at Montgomery County Prothonotary on 01/04/2012 11:38 AM, Fee = $0.00

MTG BK 12714 PG 00482 to 00485

MTG BK 12714 PG 00482 to 00485
INSTRUMENT # : 2009106497
RECORDED DATE: 10/06/2009 09:48:49 AM



 

**RECORDER OF DEEDS**
**MONTGOMERY COUNTY**
*Nancy J. Becker*

One Montgomery Plaza
Swede and Airy Streets ~ Suite 303
P.O. Box 311 ~ Norristown, PA 19404
Office: (610) 278-3289 ~ Fax: (610). 278-3869

MONTGOMERY COUNTY ROD

## OFFICIAL RECORDING COVER PAGE

Page 1 of 4

| | |
|---|---|
| Document Type:   Mortgage Assignment | Transaction #:    758956 - 1 Doc(s) |
| Document Date:   08/17/2009 | Document Page Count:    3 |
| Reference Info: | Operator Id:    gbrown |

RETURN TO: (Mail)
PHELAN, HALLINAN & SCHMIEG
ONE PENN CENTER
SUITE 1400
PHILADELPHIA, PA 19103-1814

SUBMITTED BY:
J A M TRANSFERS, INC
108 S CEDAR HOLLOW RD
PAOLI, PA 19301

* PROPERTY DATA:
Parcel ID #:        34-00-01078-00-4
Address:            521 COWPATH RD

                    PA

Municipality:
School District:

* ASSOCIATED DOCUMENT(S):
MTG BK 12440 PG 01519

| | |
|---|---|
| **FEES / TAXES:** | MTG BK 12714 PG 00482 to 00485 |
| Recording Fee:Mortgage Assignment     $40.50 | Recorded Date: 10/06/2009 09:48:49 AM |
| Rejected Document Fee                  $5.00 | |
| Total:                                $45.50 | I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Montgomery County, Pennsylvania. |



Nancy J. Becker
Recorder of Deeds

# PLEASE DO NOT DETACH
## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always supersedes.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

Prepared By:    Phelan Hallinan & Schmieg, LLP
Prepared By:    Phelan Hallinan & Schmieg, LLP
1617 JFK Boulevard, Suite 1400, One Penn Center Plaza
Philadelphia, PA 19103

Return To:    Phelan Hallinan & Schmieg, LLP
1617 JFK Boulevard, Suite 1400, One Penn Center Plaza
Philadelphia, PA 19103
ryan.galvin@fedphe.com

MONTGOMERY COUNTY COMMISSIONERS REGISTRY
34-00-01078-00-4  FRANCONIA
521 COWPATH RD                                    $10.00
TAGGERT KENNETH                                    JO
B 009  U 038  L  1134  DATE: 09/02/2009

CPN:    34-00-01078-00-4

## ASSIGNMENT OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS that "Mortgage Electronic Registration Systems, Inc." hereinafter "Assignor" the holder of the Mortgage hereinafter mentioned, for and in consideration of the sum of ONE DOLLAR ($1.00) lawful money unto it in hand paid by GMAC MORTGAGE, LLC, "Assignee," the receipt whereof is acknowledged, has granted, bargained, sold, assigned, transferred and set over unto the said Assignee, its successors and assigns, ALL THAT CERTAIN Indenture of Mortgage given and executed by KENNETH TAGGART to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED AS A NOMINEE FOR LBA FINANCIAL GROUP, LLC., bearing the date 07/11/2008, in the amount of $659,648.00, together with the Note and indebtedness therein mentioned, said Mortgage being recorded on 07/23/2008 in the County of MONTGOMERY, Commonwealth of Pennsylvania, in Mortgage Book 12440 Page 01519, MIN: 100590400050026018.

Being Known as Premises: 521 COWPATH ROAD, TELFORD, PA 18969-7100
Parcel No: 34-00-01078-00-4

The transfer of the mortgage and accompanying rights was effective at the time the loan was sold and consideration passed to the Assignee. This assignment is solely intended to describe the instrument sold in a manner sufficient to put third parties on public notice of what has been sold.

Also the Bond or Obligation in the said Indenture of Mortgage recited, and all Moneys, Principal and Interest, due and to grow due thereon, with the Warrant of Attorney to the said Obligation annexed. Together with all Rights, Remedies and incidents thereunto belonging. And all its Right, Title, Interest, Property, Claim and Demand, in and to the same:

TO HAVE, HOLD, RECEIVE AND TAKE, all and singular the hereditaments and premises granted and assigned, or mentioned and intended so to be, with the appurtenances unto Assignee, its successors and assigns, to and for its only proper use, benefit and behoof forever; subject, nevertheless, to the equity of redemption of said Mortgagor in the said Indenture of Mortgage named, and his/her/their heirs and assigns therein.

IN WITNESS WHEREOF, the said "Assignor" has caused its Corporate Seal to be herein affixed and these presents to be duly executed by its proper officers this 17th day of _August_ , 20 09

Mortgage Electronic Registration Systems, Inc.

By: _Michele M___

Sealed and Delivered                    Michele M. Bradford, Assistant Secretary and Vice President
in the presence of us;

State of Pennsylvania    :
                                      ss.
County of Philadelphia    :

Case# 2009-25338-173 Received at Montgomery County Prothonotary on 01/04/2012 11:38 AM, Fee = $0.00

RECORDER OF DEEDS
MONTGOMERY COUNTY
2009 SEP -2  AM 10: 06

2009 OCT -5  AM 11: 18
RECORDER OF DEEDS
MONTGOMERY COUNTY

On this 17th day of August, 2009 before me, the subscriber, personally appeared Michele M. Bradford, who acknowledged herself to be the Assistant Secretary and Vice President of Mortgage Electronic Registration Systems, Inc., and that she, as such Assistant Secretary and Vice President, being authorized to do so, executed the foregoing instrument for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ANGELA M. McFADDEN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 18, 2013

Stamp/Seal:

_Angela McFadden_
Notary Public

The precise address of the within named
Assignee is:
**1100 VIRGINIA DRIVE, P.O. BOX 8300
FORT WASHINGTON, PA 19034**
By: _____
(For Assignee)

After recording return to:
**Phelan Hallinan & Schmieg, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103**

**August 15, 2009**
**Document Execution**
**0602083957**
**PHS # 213964**

Case# 2009-25338-173 Received at Montgomery County Prothonotary on 01/04/2012 11:38 AM, Fee = $0.00

ALL THAT CERTAIN messuage or tract of land with the improvements thereon erected, situate in the Township of Franconia, County of Montgomery, and State of Pennsylvania, bounded and described according to a recent plan and survey dated August 16, 1947 with revisions of October 3, 1951 as prepared by Stanley F Moyer, Registered Engineer and Land Surveyor, Souderton, PA, as follows, to wit -

BEGINNING at a spike in the center line of the Cowpath Road extending from the Harleysville-Telford Pike to Earlington said spike being four hundred seventy-four and forty-three one-hundredths feet North of the center line of Harleysville-Telford Pike, thence along the Cowpath Road North one degree thirty-one minutes East the distance of two hundred eighty-one and sixty-five one-hundredths feet to an angle point of the road, thence still along the same North thirty-nine degrees thirteen minutes West the distance of six hundred forty-seven and two one-hundredths feet to a corner, thence along Tract #1A on said plan intended to be conveyed to John R Souder North seventy-nine degrees eleven minutes East the distance of four hundred nineteen and nineteen one-hundredths feet to a corner in the center line of the creek channel in line of lands of Preston Souder, thence along the same the next three courses and distances (1) South thirty-eight degrees two minutes East the distance of one hundred ninety-one and eighty-eight one-hundredths feet to an iron pin, thence (2) North seventy-two degrees forty-seven minutes East the distance of three hundred two and forty-seven one-hundredths feet to an iron pin, thence (3) South twenty-five degrees seven minutes East the distance of six hundred forty-seven and thirty-nine one-hundredths feet to a corner of Telford Borough lands, thence along land now or late of Charles B Mininger South twenty-nine degrees fifty-two minutes East the distance of one hundred seven and fifty-eight one-hundredths feet to a corner, thence along Tract #1B on said plan other lands of grantor of which this was a part, South sixty-four degrees forty-seven minutes West the distance of five hundred nine and thirty-three one-hundredths feet to an iron pin a corner of lands of Wellington N Cassel thence along the same North seventy-five degrees sixteen minutes West the distance of three hundred seventeen and forty-seven one-hundredths feet to the place of BEGINNING

BEING Tract #1 on said Plan

BEING CP #34-00-01078-00-4

BEING THE SAME Premises, which Margaret B Van Dyke by Deed dated 10/17/2003 and recorded at Norristown by Recorder of Deeds, in and for the County of Montgomery on 6/3/2004 in Deed Book 5510 page 825, granted and conveyed unto Margaret B. Van Dyke, Trustee under Revocable Trust Agreement for Margaret B Van Dyke, Trust dated 5/10/2002, in fee.

Case# 2009-25338-173 Received at Montgomery County Prothonotary on 01/04/2012 11:38 AM, Fee = $0.00