**Censor & Associates**
Reporting and Transcription, Inc.

```
 1                    CERTIFICATE OF OATH

 2    THE STATE OF FLORIDA

 3    COUNTY OF PALM BEACH

 4

 5

 6          I, the undersigned authority, certify that Jeffrey

 7    Stephan personally appeared before me and was duly

 8    sworn.  Dated the 10th day of December, 2009.

 9

10          Dated this 22nd day of December, 2009.

11

12

13          [signature: Jamie Reynolds Bentley]

14

15    Jamie Reynolds Bentley, Court Reporter

      Notary Public - State of Florida

      My Commission Expires:  7/20/2013

16    My Commission No.:  DD 453053

17

18

19

20

21

22

23

24

25
```

**Censor & Associates**
Reporting and Transcription, Inc.

```
 1                C E R T I F I C A T E
 2   THE STATE OF FLORIDA
 3   COUNTY OF PALM BEACH
 4
 5        I, Jamie Reynolds Bentley, Court Reporter and
     Notary Public in and for the State of Florida at
 6   large, do hereby certify that I was authorized to
     and did report said deposition in stenotype; and
 7   that the foregoing pages are a true and correct
     transcription of my shorthand notes of said
 8   deposition.
 9        I further certify that said deposition was
     taken at the time and place hereinabove set forth
10   and that the taking of said deposition was commenced
     and completed as hereinabove set out.
11
          I further certify that I am not attorney or
12   counsel of any of the parties, nor am I a relative
     or employee of any attorney or counsel of party
13   connected with the action, nor am I financially
     interested in the action.
14
          The foregoing certification of this transcript
15   does not apply to any reproduction of the same by
     any means unless under the direct control and/or
16   direction of the certifying reporter.
17        Dated this 22nd day of December, 2009.
18
19        Jamie Reynolds Bentley
20   _____
     Jamie Reynolds Bentley, Court Reporter
21
22
23
24
25
```

## Consor & Associates
Reporting and Transcription, Inc.

Page 57

| | |
|---|---|
| 1 | DATE:      December 31, 2009 |
| 2 | TO:       Jeffrey Stephan |
| 3 | IN RE:    GMAC Mortgage, LLC vs Ann M. Neu, Michelle Perez, |
| | Douglas William |
| 4 | |
| | CASE NO.:  50 2008 CA 040805XXXX  MB |
| 5 | |
| | Please take notice that on Thursday, the 10th |
| 6 | of December, 2009, you gave your deposition in the |
| | above-referred matter.  At that time, you did not |
| 7 | waive signature.  It is now necessary that you sign |
| | your deposition. |
| 8 | Please call our office at the below-listed |
| | number to schedule an appointment between the hours |
| 9 | of 9:00 a.m. and 4:30 p.m., Monday through Friday, |
| | at the Consor & Associates office located nearest |
| 10 | you. |
| | If you do not read and sign the deposition |
| 11 | within a reasonable time, the original, which has |
| | already been forwarded to the ordering attorney, may |
| 12 | be filed with the Clerk of the Court.  If you wish |
| | to waive your signature, sign your name in the blank |
| 13 | at the bottom of this letter and return it to us. |
| 14 | Very truly yours, |
| 15 | |
| 16 | |
| 17 | _____ |
| | Jamie Reynolds Bentley, Court Reporter |
| | Consor & Associates |
| 18 | 1655 Palm Beach Lakes Blvd., Suite 500 |
| | West Palm Beach, Florida 33401 |
| 19 | |
| 20 | I do hereby waive my signature. |
| 21 | _____ |
| 22 | Jeffrey Stephan |
| 23 | I do hereby waive my signature: |
| 24 | Cc: Via transcript:  Chrisopher Immel,Esquire |
| 25 | File copy |

**Censor & Associates**
Reporting and Transcription, Inc.

```
 1                    C E R T I F I C A T E

 2                         -   -   -

 3   THE STATE OF FLORIDA

 4   COUNTY OF PALM BEACH

 5        I hereby certify that I have read the foregoing

 6   deposition by me given, and that the statements

 7   contained herein are true and correct to the best of

 8   my knowledge and belief, with the exception of any

 9   corrections or notations made on the errata sheet,

10   if one was executed.

11

12        Dated this _____ day of _____,

13   2009.

14

15

16

17

18   _____

19   JEFFREY STEPHAN

20

21

22

23

24

25
```

**Censor & Associates**
Reporting and Transcription, Inc.

Page 59

1          E R R A T A   S H E E T
2   IN RE: GMAC MORTGAGE, LLC VS ANN M. NEU, MICHELLE PEREZ,
    DOUGLAS WILLIAM
3   CR: JAMIE REYNOLDS BENTLEY
    DEPOSITION OF: JEFFREY STEPHAN
4   TAKEN: 12/10/09
5
6      DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
7   PAGE #   LINE #   CHANGE              REASON

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____
14  _____
15  _____
16  _____
17  _____
18  Please forward the original signed errata sheet to this
    office so that copies may be distributed to all parties.
19
    Under penalty of perjury, I declare that I have read my
20  deposition and that it is true and correct subject to any
    changes in form or substance entered here.
21
22  DATE: _____
23
24  SIGNATURE OF DEPONENT:_____
25

**Censor & Associates**
Reporting and Transcription, Inc.

**A**

able 20:21 26:12
above-referred 57:6
access 28:16 41:19 49:22
account 34:21 35:2,6
accuracy 8:6 12:19 19:5
accurate 10:6 12:22,24 17:21 23:9,13 34:3 34:24,25 51:5
acquired 38:23
acronym 26:23
acronyms 26:19
action 56:13,13
activities 27:9 52:4
actual 34:22
additional 38:9
administering 27:9
affiant 34:20,22 35:1
affidavit 16:6 32:19 33:5,16 33:22 34:18,24 36:3 37:5,23 42:23 43:7,8 43:10 46:14 52:8
affidavits 6:15 7:4,10 15:9 34:12
affirm 4:7
affirmed 4:13
agents 33:7
ago 30:9
agree 39:25
ahead 35:4
Alahamra 2:4
ALEJANDRA

2:3
allow 23:16
ambiguous 41:15
amended 45:24
analyst 44:23 45:1,18
and/or 46:5,11 56:15
Ann 1:8,8 57:3 59:2
answer 4:21 10:23 12:8 39:21 50:11
answered 31:5 31:10 41:25 50:10
answers 4:22 44:14 45:25
anybody 28:20
anybody's 14:18
apparently 18:15
APPEARAN... 2:1
appeared 19:20 55:7
appears 19:7
applicable 27:21
apply 56:15
appointment 57:8
approximately 6:22 7:19 10:1 15:7,15
Aquirre 44:19
area 16:22
ARROYAVE 2:3 3:8 8:10 10:21 11:6 12:3,7 13:5 15:1 17:23 18:17 20:3 21:10,15 22:2

22:24 23:22 25:5,7 29:9 31:4,10 32:9 32:20 35:4,24 36:9,19 39:15 40:4,10 41:25 42:25 45:12 46:19,22 47:7 47:16 48:8 50:9,18,20,23 53:2,11 54:4,6
ascertain 31:13
ascertained 21:24
ascertaining 35:12 50:7
asked 14:16 31:4,10 33:23 41:25 50:9
asking 9:20 12:10,11,25 16:5
asks 46:5
aspect 16:25
assign 20:8 21:18 29:13 30:15,20 31:14 39:9,10 40:8
assigned 16:21 29:8 31:8
assigning 24:5 30:25
assignment 11:18,25 16:6 17:9 22:11,20 23:5,10 39:8 39:12,17,17 41:13,24 51:11 53:14
assignments 6:14 7:1 14:21 15:4,8 16:24 20:22 22:21 23:17 24:16

26:9 28:24 29:1
assistant 8:16 15:24 16:4 17:7 32:5
Associates 1:17 1:22 57:9,17
Association 26:22 46:9
attached 34:9 35:11,18 36:5 36:12
attend 16:12
attention 14:18
attorney 4:19 9:12,14,20,22 11:17,19,20 12:1,14,24 13:2,3 18:2 20:10 22:15,16 31:18 33:11,25 34:16 37:7,25 50:2 53:18,20 53:25 56:11,12 57:11
attorneys 12:6 17:21 35:15 42:21 43:6 44:7 49:25
attorney-client 43:1
authenticity 44:13
authority 32:16 55:6
authorized 30:15 34:23 56:6
available 34:1 38:1
average 7:10 10:2
aware 17:6,8 22:5,8,11 23:2

24:11,14,15 26:24 28:10,15 28:19,19 29:3 42:9 46:10 51:22
a.m 57:9
A/K/A 1:8

**B**

B 3:11,15 24:22
back 13:20 15:21 27:17 37:4 48:4
Bank 39:5
base 11:9
based 10:16 11:4 17:20 21:24 26:20 36:15 41:10 47:5,20 48:11
basically 5:14 32:7
basis 6:14 16:1 36:6
Beach 1:1,17,18 1:23,23 2:11 55:3 56:3 57:18,18 58:4
becoming 14:13
behalf 2:2,8 26:10 27:12 28:24 39:13
belief 58:8
believe 22:6 25:3 32:25 39:1,4
below-listed 57:8
beneficial 46:6,7 47:4,13 48:6
Bentley 1:21 4:3 55:14 56:5,20 57:17 59:3
best 58:7

**Consor & Associates**
Reporting and Transcription, Inc.

better 34:5
bit 4:20
blacked 27:25
blank 57:12
Blvd 1:17,23
  57:18
board 16:12
bottom 57:13
Brenda 21:1,2
  21:18,20
bring 49:8,16
brings 7:18,21
  49:23
brought 49:12
bulk 15:18,19
business 51:13
  51:16,24 52:2
  52:4,11,19,21
  53:3,21

**C**

C 3:16 4:1 17:19
  17:21 20:11
  26:1,2 50:25
  56:1,1 58:1,1
CA 1:2 57:4
call 42:19 57:8
calls 47:7,16
  48:8
case 1:2 17:10
  32:18 35:11
  36:11 37:16
  38:15 41:13
  42:22 57:4
catch 18:22
cause 4:5
Cc 57:24
certain 14:7
  22:17
certificate 32:4
  55:1
certification
  56:14
certify 55:6 56:6

56:9,11 58:5
certifying 49:20
  56:16
chain 10:19
change 18:8
  34:13 59:7
changed 43:25
changes 59:6,20
check 11:21
  31:19
checked 10:11
chose 18:2
chosen 14:25
  15:2,6,7
Chrisopher
  57:24
CHRISTOPH...
  2:9
Circle 2:4
CIRCUIT 1:1,1
claim 36:4,7
claiming 33:5
claims 34:19
classify 28:9
clear 4:22
Clerk 57:12
collecting 27:10
come 9:9
comes 9:24
coming 41:1
commenced
  56:10
Commission
  55:15,16
common 18:19
  24:15 43:10
commonplace
  18:14
communication
  49:24 50:1
communicatio...
  34:17
companies
  23:19 38:20

company 14:12
  23:2 44:3
company's
  48:11
compare 38:8
compensation
  7:5
complaint 34:9
  35:12,17,19
  36:11,12 37:16
complete 38:16
completed 22:22
  56:10
completely 36:1
computer 8:3
  11:5,12 41:11
  51:21,25
concluded 54:9
conclusion 47:8
  47:17 48:9
conducted 52:4
connected 56:13
considered 32:6
consistent 16:9
Consor 1:17,22
  57:9,17
consult 26:10
  31:1,7
contact 33:14,14
contained 58:7
contributed
  27:3
control 33:7,9
  41:17 42:20
  56:15
conversations
  33:24
copies 59:18
copy 17:15
  24:19 32:14,23
  34:8,10 35:17
  35:22 36:5,6
  36:18 37:15
  57:25

Coral 2:5
corner 17:18
corporate 29:23
  49:18
corporation
  5:10,24 9:1
  23:8 38:25
  39:4,24 43:25
correct 7:3
  10:12 11:13
  12:20,25 13:3
  15:25 17:2,24
  18:13 21:9,25
  22:1 23:21,23
  24:9 27:11,23
  29:2,15,16,19
  31:15 32:10
  34:9 35:22
  36:12 37:6,9
  38:10 39:5,6
  40:9 42:11
  43:15,16,22
  44:8 46:24
  48:14,15 50:8
  51:14,25 52:4
  52:16 53:7,23
  53:25 54:1
  56:7 58:7
  59:20
corrections 58:9
correspondence
  42:3
counsel 56:12,12
COUNTY 1:1
  55:3 56:3 58:4
couple 38:9
course 7:20 52:3
  52:18
court 1:1,21 4:3
  4:7,23 46:25
  54:7 55:14
  56:5,20 57:12
  57:17
CR 59:3

create 12:12
  50:5
created 17:22
  51:2,17 53:15
  53:17,18,25
creates 12:2
  13:2
creating 30:11
creation 20:7
CROSS 3:5
  50:22
current 30:22
  31:13 46:6,12
currently 5:18
  8:23
curriculum
  49:15
custodian 27:19
custodians
  33:14
custody 33:6,9
  34:20 35:1
  41:16

**D**

D 3:2,16 4:1
  29:24 30:1
daily 6:14
data 11:9 41:11
date 18:3,4
  38:24 57:1
  59:22
Dated 55:8,10
  56:17 58:12
day 15:12 18:3
  18:15 19:21
  55:8,10 56:17
  58:12
days 15:8,11
day-to-day 27:9
DD 55:16
December 1:14
  55:8,10 56:17
  57:1,6

12-12020-mg  Doc 5615-8  Filed 11/04/13  Entered 11/06/13 14:49:50  Exhibit E
Continued  Pg 8 of 25
Censor & Associates
Reporting and Transcription, Inc.

Page 62

declare 59:19
deeds 6:16
Defendant 2:8
Defendants 1:11
defendant's
3:15,15,16,16
3:17,17,18,18
3:19,19,20,20
3:21,21 17:13
24:22 26:2
30:1 32:1 33:1
37:1,12 38:4
40:18,21 41:6
44:16 46:2,15
49:3 50:25
51:10 52:7
deliver 13:17
department 6:6
13:12,13,21,22
20:18 33:24,25
34:4 35:7 44:6
departments
34:17 42:4
53:9
DEPONENT
59:24
deponent's
49:15
deposition 1:12
4:3,18 49:2
50:25 51:11
52:8 54:9 56:6
56:8,9,10 57:6
57:7,10 58:6
59:3,20
destroyed 34:10
35:23
determine 20:1
20:21 21:21
31:2 34:1,17
35:21 38:19,22
41:14
determined
20:11 35:14

determines
20:16 37:25
difference 5:5
different 8:8
23:19 25:19
28:9 33:15
direct 3:5 4:15
41:9 49:24
56:15
direction 12:1
56:16
disagree 25:4
discovery 26:1
discrepancy
48:2
discussed 47:11
distributed
59:18
document 6:8
6:16 8:2 16:21
17:22 18:12,15
21:8 26:6 30:4
32:13,14,19,22
33:11,22,22
34:2,16 36:4
37:18,20,22
39:7 40:24,25
41:4 42:16,20
45:4 50:2 51:1
51:5 52:9,11
52:15 53:16
documentation
9:19 28:21
47:12,20
documents 6:12
7:9,25 8:23
10:7,13 11:8
12:2,5,12,13
13:2 14:4,21
15:9,12,13,15
20:25 27:22
28:17 34:11,12
34:15 35:8
37:19 40:20

41:11,17,19,24
42:5 43:17
44:9,10 45:9
45:20 49:8,12
49:21,23 50:6
Douglas 1:8
57:3 59:2
draft 49:25
drafts 37:8
dropped 43:20
43:25
duces 49:2
duly 4:13 55:7
duties 7:25
44:10,22 45:8
45:16 50:7
duty 29:7,13
51:24

E
E 3:2,11,17 4:1,1
31:24 32:1
56:1,1 58:1,1
59:1,1,1
earlier 8:20
17:20 20:14
43:13 47:11,21
49:10
easier 7:14
23:18
effort 42:24
efforts 33:17,19
either 11:4
14:11 40:12
Electronic 15:22
23:6,10,15
25:1
employed 5:21
employee 14:10
56:12
employees 6:22
14:7 19:1
51:18,21
endorsed 38:15

endorsement
38:24 39:3
endorsements
38:9,13,16,18
40:1
ensure 12:25
29:7,18
enter 17:12
24:20 25:25
29:24 32:24
36:24 51:24
59:6
entered 46:23
51:20 52:22
53:5 59:20
entities 5:14,18
8:8,12,17
32:16 45:2
46:6,11
entitled 26:6
entity 8:6 9:12
20:16 23:16
24:1,1 25:19
29:8,15,18,20
48:6,7,21,22
entries 26:13
equitable 46:7
47:5,14
errata 58:9
59:18
ESQ 2:3,9
essentially 27:21
estimate 7:12,20
EX 3:15,15,16
3:16,17,17,18
3:18,19,19,20
3:20,21,21
exact 15:20
45:18
exactly 9:12
EXAMINATI...
4:15
examined 4:13
example 11:18

exception 58:8
excuse 18:8
34:14
excused 54:8
execute 6:13,14
7:1 8:1 11:9
12:2 13:15
14:4 15:5,9
16:24 20:2
24:16 28:24
29:14 33:21,23
36:3 39:12
42:5,23 43:17
50:6
executed 10:14
17:10 18:16
19:22 22:12
32:22 43:8,11
58:10
executes 12:5
executing 7:4,10
10:3 15:8
16:21 26:9
34:11 37:22
41:13,24 44:10
execution 6:8
34:2
exhausted 33:16
43:9
Exhibit 17:12,13
24:22 25:25
26:2 29:24
30:1 31:24
32:1,24 33:1
36:25 37:1,11
37:12 38:3,4
40:20,21 41:5
41:6 44:15,16
46:1,2 49:3,7
50:25 51:10
52:7
ExhibitB 24:21
exhibits 50:21
exist 5:18 24:16

Consor & Associates
Reporting and Transcription, Inc.

existed 5:16
expected 21:14
Expires 55:15
explain 21:11
  26:25 27:4
  47:4 48:5
e-mails 42:3

**F**

F 3:17 32:24
  33:1 52:7 56:1
  58:1
face 10:10 21:9
  21:13 23:6
fact 35:22
facts 34:23
fair 30:8 31:12
  33:18,20 34:7
  47:13 48:19
  50:4
familiar 28:14
  28:15 32:13
  42:15 44:20,22
  48:24
Fannie 46:9
  47:4,23 48:22
far 7:10 24:11
  24:14 26:19
  42:8 43:3
fashion 27:7
  33:16
February 39:1
Federal 46:8
feel 49:16
feels 14:15
fees 14:13
fiduciary 29:7
FIFTEENTH
  1:1
file 9:11,14
  22:16 27:20
  57:25
filed 32:18 36:11
  37:15 38:14

41:13 57:12
files 21:21 28:9
filing 22:22
  35:19 37:17
financially
  56:13
find 45:5
finishes 10:22
first 4:13 11:16
  24:19 26:13
  30:6,14 38:24
five 5:22,25 6:3
  15:10,11
Florida 1:1,18
  1:22,23 2:5,15
  4:4 55:2,15
  56:2,5 57:18
  58:3
follow 36:1 53:1
following 22:10
  36:8 38:18
follows 4:14
foreclose 9:21
  9:23 11:17
foreclosing
  20:16 21:22
foreclosure 6:5
  9:11,15,15
  20:15,17 22:17
  22:22 33:24
  34:2
foregoing 56:7
  56:14 58:5
form 8:10 11:6
  12:3,7 13:5
  15:1 17:23
  18:17 20:3
  21:10,15 22:2
  22:24 23:22
  29:9 31:4 32:9
  32:20 35:4,24
  36:9,19 39:15
  40:4,10 50:9
  59:20

formal 42:19
format 26:15
formats 26:17
formerly 5:16
forming 53:21
forth 27:10 56:9
forward 59:18
forwarded
  57:11
found 38:7 41:1
  43:11
Friday 57:9
front 19:23
fun 50:20
fund 27:3
further 21:11
  53:11 56:9,11

**G**

G 3:18 4:1 36:25
  37:1
Gables 2:5
general 35:7
generated 9:15
Ginnie 46:22
  47:12,22 48:22
give 4:8
given 7:14,24
  8:2 9:20 10:2
  11:16 15:16
  17:6 42:4 58:6
gives 32:15
giving 32:7
GMAC 1:3 4:17
  5:4,5,6,7,13,21
  5:23,24 6:17
  6:23 8:16,18
  8:21,23 9:16
  17:1,1 20:2
  21:13 22:20
  23:8 26:25
  27:1 28:8,16
  28:20,23 30:18
  32:4,16 38:22

39:4,5 43:5,7
  43:14,17 45:1
  48:13,20,23
  49:19 51:13,17
  51:18,21 52:11
  52:15,23 53:3
  53:6,17,21
  57:3 59:2
GMAC's 52:3
  52:19,21
GMCA 5:10
go 12:23 32:5
  33:15 35:4
  49:1,11
goes 9:7 20:15
  42:25
going 15:21
  35:16 37:4,11
  41:9 44:12
  48:4 49:1
  50:24 52:5,6
Government
  26:22
guess 6:24 23:18
  36:24

**H**

H 3:11,18 37:11
  37:12 59:1
hall 13:11
hand 13:19
  18:21
handed 19:22
  36:13
handles 34:2
head 4:21 24:14
headquarters
  17:4
Heather 18:24
hereinabove
  56:9,10
hold 16:8
holder 27:1
  52:16

honest 7:12 8:17
honestly 14:19
  24:10,17 45:3
  53:8
hours 57:8
hundred 7:17

**I**

Ice 2:9
identification
  17:14 24:23
  26:3 30:2 32:2
  33:2 37:2,13
  38:5 40:22
  41:7 44:17
  46:3 49:4
identified 26:21
  46:9 47:12,22
identify 46:5,11
identifying
  47:23
IMMEL 2:9 3:6
  4:16 8:11 11:1
  11:7 12:4,9
  13:6 15:3
  17:12,15,17
  18:1,20 20:6
  21:12,16 22:3
  23:1,24 24:19
  24:24 25:6,8
  26:4 29:12,23
  30:3 31:6,11
  31:24 32:3,12
  32:21,24 33:4
  35:9 36:2,10
  36:22,24 37:3
  37:11,14 38:3
  38:6 39:19
  40:6,13,18,23
  41:5,8 42:1
  43:2 44:15,18
  45:14 46:1,4
  46:21,23 47:2
  47:10,19 48:10

**Censor & Associates**
Reporting and Transcription, Inc.

49:5 50:13,19
52:24 53:13
54:3,5
**Immel,Esquire**
57:24
**improperly**
14:16 41:16
**indicating** 24:7
25:3
**individual** 21:20
**individuals**
28:23
**information** 9:6
9:9 11:3,8,11
11:15,16 12:21
12:24 13:1
17:22 21:7,17
26:14,16 41:12
50:8 51:5,12
51:17,20,22,25
52:2,10,14,18
52:21,22 53:15
**initial** 11:24
**initially** 44:5
**instance** 22:20
**instances** 48:17
**instructed** 9:21
**instruction** 42:4
**instructs** 9:22
**instrument** 43:8
**instruments**
34:22 35:3
**interest** 24:8
46:7,13 47:5
47:14 48:6,7
**interested** 56:13
**interpretation**
25:4,11
**interrogatories**
44:13 48:5
**interrogatory**
46:20
**interrupt** 10:21
**introduced**

46:19
**investor** 26:21
26:21,23 27:2
27:4,12,16
28:3,7 38:25
39:23 47:13,21
47:23
**investors** 23:7
33:15
**involved** 33:19

**J**

**J** 3:19 40:20,21
**Jamie** 1:21 4:3
55:14 56:5,20
57:17 59:3
**Jeffrey** 1:12 3:6
3:7 4:12,18 5:2
40:19 41:3,12
50:22 53:12
55:6 57:2,22
58:19 59:3
**job** 13:24 14:6
16:25,25
**Juan** 44:19
**JUDICIAL** 1:1
**junior** 32:8

**K**

**K** 3:20 41:5,6
**keep** 4:20
**keeps** 20:25
**kept** 51:13 52:3
52:11,18
**kind** 18:22
**know** 6:24 10:2
14:8,11,17,19
18:25 19:13,18
19:25 23:4
24:6,10,17
25:23 27:18,25
29:21 30:19
31:16 32:10
40:14 42:12,17

43:12 44:19,20
44:25 45:3,7
45:12,15 51:7
53:8
**knowledge** 9:11
9:25 10:14,16
11:4,19 21:7
23:16 24:3
27:6 34:20,22
35:2,6 40:5,11
40:15 47:18
48:12,15 50:7
51:1,4 52:22
53:6 58:8
**Kwiatanowski**
6:19
**K-W-I-A-T-A...**
6:21

**L**

**L** 3:20 44:15,16
**Lakes** 1:17,23
57:18
**language** 24:16
**Lapin** 2:3
**large** 4:5 56:6
**late** 50:2
**Law** 20:10
**lawsuit** 22:23
**lead** 6:8 16:21
21:1 34:2
**leader** 6:5
**Leading** 52:24
**left-hand** 17:18
**legal** 2:9 16:22
46:12,12 47:8
47:17 48:7,9
**Leichtling** 2:3
**lender** 25:12,13
25:20,20 29:7
39:2,13,14
**lenders** 25:17
**letter** 17:13
24:22 26:2

30:1 32:1 33:1
37:1,12 38:4
40:21 41:6
44:16 46:2
49:3 57:13
**letters** 42:3
**level** 14:9
**liability** 44:3
**lie** 47:14
**lien** 11:21 30:15
30:20 31:14
**liens** 30:25 31:8
**limited** 8:18
32:6,16 43:18
44:3,13
**line** 24:6 59:7
**list** 49:8,20
**litigation** 44:23
44:25 45:17
**little** 4:20
**LLC** 1:3 4:17
5:4,5,6,7,13,21
6:23 8:21,24
17:1,1 20:2
21:14 23:8
28:16 30:18
32:4 38:22
43:14,18 44:1
44:4 45:1 57:3
59:2
**loan** 23:20 27:10
27:17 28:3,7,8
30:15,21,23
31:16 34:21
35:3 46:16,17
47:15 48:4,18
48:18,21
**loaned** 27:13
**loans** 23:17,19
48:13
**locate** 35:8
**located** 11:5
33:13,14 57:9
**locations** 42:10

**long** 5:20 10:2
**longer** 5:18
**look** 46:10 47:3
50:21
**lost** 32:19 33:22
33:22 34:4,5
34:10,12,18
35:22 36:3,18
37:4,22 42:8
42:23 43:4,7,7
43:10 45:8,20
52:8,11,14
53:24

**M**

**M** 1:8 3:21 46:1
46:2 57:3 59:2
**Mae** 26:22 46:9
47:4,12,22,23
48:22,22
**majority** 16:3
**making** 36:6
**March** 18:3,5
19:21 22:4,7,7
22:12 23:8
**Margie** 6:19
**mark** 46:1
**marked** 17:13
24:22 26:2
30:1 32:1 33:1
37:1,12 38:4
40:21 41:5,6
44:16 46:2
49:3 50:25
51:10 52:7
**Marshall** 17:19
17:21 20:10
22:15
**matter** 57:6
**MB** 1:2 57:4
**mean** 25:22
26:13,18,23
27:6,19
**means** 32:15

**Censor & Associates**
Reporting and Transcription, Inc.

56:15
meetings 16:13
member 19:10
  19:15 30:16,17
  30:22,24 31:13
  53:17
members 14:3
mentioning
  43:14
MERS 7:2,5,7
  8:13,15 16:7,8
  16:13,15,16,18
  16:19,24 17:3
  20:8 21:17
  22:20 23:19
  24:4,8,13 25:9
  26:1,10,10,23
  28:17,21,24,25
  29:3,14,18
  30:16,21,23
  31:1,7,17,22
  31:22 39:9,9
  39:10,13,23
  40:2,7 41:11
  41:12,17,18,19
  41:22 47:11,20
  49:19,20
Michelle 1:8
  57:3 59:2
Min 26:6
mind 4:21
Minnesota
  42:14 45:5
Mischaracteri...
  31:5
mix 15:13,14
Monday 57:9
monies 27:13,15
month 7:14,18
  10:2
mortgage 1:3
  4:17 5:6,10,23
  6:15,23 8:16
  8:24 14:21

15:5,22 17:1
17:10 20:2
21:13 22:9,12
23:5,6,7,8,10
23:15,21 24:5
24:20 25:1,1,9
26:9,22 27:1,9
27:20 28:10,11
28:16 29:8,19
30:15,18,21,23
31:16 32:4
34:21 35:3
38:22,23,25
39:4,12,17,22
39:23 40:8
41:13,24 43:18
43:21 45:1
46:8,16,17
48:4,13,20
51:11,13,18,18
51:21 52:15
53:15,17,21
57:3 59:2
mortgagee
  20:21 21:8,14
  23:11,25 24:25
  25:10,14 30:21
  40:3
mortgages 29:14
  51:13 52:11
move 25:24

**N**

N 3:2,21 4:1
  49:3
name 4:25 5:2,8
  8:12 9:15,21
  9:22 11:17,21
  20:24 21:3,21
  22:17,19 32:15
  42:17,18,19,20
  43:20,21 44:21
  57:12
named 23:25

naming 30:21
National 26:22
  46:8
nature 7:11
nearest 57:9
necessary 57:7
need 4:22 6:16
  16:4 22:19
  39:8
needed 6:15
  9:12 11:17,25
  34:18 49:16
needs 33:11
negotiating
  30:12
network 11:12
  12:25 22:15,16
  31:18 34:16
  37:8
networks 11:5
Neu 1:8,8 4:18
  57:3 59:2
never 17:3 35:20
new 20:21 29:19
  40:1
newly 38:7
nod 4:21
nods 24:14
nominee 23:7
  25:12,15,22
  29:15,18 39:13
  39:23
normally 36:17
notaries 14:7
notarize 13:14
  13:15,19 14:4
  14:16,20 18:15
notarized 13:8,8
  19:24
notarizing 13:25
notary 1:22 4:4
  13:10,12,17
  14:10,13,15,23
  18:9,14,22

19:15 55:15
  56:5
notations 58:9
note 24:1,5,9
  27:21 28:11
  33:8 34:4,8,10
  35:11,18,21,23
  36:5,12,14,18
  37:5,15,22,25
  37:25 38:7,14
  38:19,23 39:18
  40:1,8 42:8,13
  42:23 43:4,7
  43:10,11 44:13
  45:5 46:8,13
  46:15 47:5
  52:16,23 53:5
  53:6,24
notes 36:17 38:8
  38:12 56:7
note-holder
  30:22 31:14
note-holders
  40:2
notice 24:25
  37:16 49:2
  57:5
number 3:13
  7:19 15:20
  27:25 28:1,4,8
  28:9 57:8

**O**

O 4:1
OATH 55:1
Object 15:1 35:4
objected 41:15
Objecting 12:7
objection 8:10
  11:6 12:3 13:5
  17:23 18:17
  20:3 21:10,15
  22:2,24 23:22
  29:9 31:4 32:9

32:20 35:24
36:9,19 39:15
40:4,10 41:10
42:25 47:7,16
48:8 50:9
52:24
observation
  39:6
observe 38:11
obtains 11:3
occurred 34:6
  42:24 43:4
office 13:8 20:10
  35:15 42:15
  57:8,9 59:18
officer 6:17 8:19
  15:21 32:7,8
  32:17
officers 43:18
  49:20
offices 17:4,19
Oh 6:1 24:11
  44:2
okay 5:3,9,11,13
  5:20,23 6:1,7
  6:10,18,22,25
  7:9,21,24 8:4,8
  8:14,20 9:1,6
  9:18 10:1,6
  11:11,23 12:16
  12:21 13:7,13
  13:21 14:6,9
  14:15 15:7,11
  15:15,21 16:7
  16:12,23 17:3
  17:9,11 18:2,7
  18:11,14,21,24
  19:10 20:7,17
  20:20 21:4,23
  22:4,21 23:5
  23:13 24:11,15
  24:18 25:14,19
  25:22,24 26:16
  26:20 27:5,8

27:15,19,24
28:3,10,15,19
28:23 29:3,6
29:22 30:14,20
31:7,12,20,23
32:13,18,22
33:5,18,21
34:3,8,19
35:10,16 36:15
37:10,21 38:2
38:12 39:25
40:7,14,17
41:2,21,23
42:2,21 43:10
43:13 44:2,5
44:22 45:4,7
45:11,20,24,25
46:15,18 47:20
48:2,13,17,20
49:1,14,18
50:4 51:9 52:6
52:14 53:10,20
53:24 54:2,7
once 33:10
34:15 35:14
37:24
open 33:12
order 22:19
ordering 57:11
ordinarily 6:13
14:25
organization
27:2
original 29:7
32:19 33:11,22
34:12,21 35:3
35:19 36:4
39:2,13 52:8
52:11,14 53:4
57:11 59:18
origination
23:16
oversee 7:22
12:17

owe 29:6,17
owner 27:1
38:19 48:23
52:15,23 53:4
53:6
owners 40:2
46:6,12
ownership
44:13 48:4
owns 48:13

P
P 4:1
page 3:13 24:20
26:5 37:17
59:7
pages 56:7
paid 16:7
Palm 1:1,17,18
1:23,23 2:11
55:3 56:3
57:18,18 58:4
paragraph
25:12 30:14,20
34:20 41:9
47:22
paragraphs 42:7
47:3
part 6:25 13:24
20:18 45:4
partake 42:9
partially 38:15
particular 29:15
29:18 35:10
parties 56:12
59:18
party 56:12
passed 24:1
passing 23:16
pay 14:12 27:17
payments 27:10
penalty 59:19
Pennsylvania
33:13

people 7:22,23
7:24 14:3
16:16 19:5
42:10,12 43:4
percent 9:16
11:19
Perez 1:8 57:3
59:2
performing
23:17
perjury 59:19
person 19:7
20:24 46:11
47:14
personal 10:14
11:4 34:20,22
35:4 49:17
53:5
personally 18:25
19:13,18,20,23
55:7
persons 46:5
51:17 52:22
53:5
perspective
16:25
pertaining 34:21
35:2
physical 22:8
physically 13:13
13:16
place 33:10 56:9
plaintiff 1:4 2:2
33:6,7 41:16
plaintiff's 33:7
45:24
please 4:25
46:11 57:5,8
59:18
point 9:13 11:24
21:23
policy 23:2
pool 27:24,25
portion 34:19

position 36:21
36:23
possession 1:9
27:20
possible 19:4,6
19:21 48:20,24
prepare 8:5
51:12 52:10
prepared 51:7
preparing 7:25
present 13:10,14
13:16
presented 10:7
15:16 47:21
49:19
presently 8:13
11:22 31:21
33:6
president 7:2,5
8:15 15:23
16:4,10,19,24
17:7 29:6 39:9
41:18
presumes 41:16
presumption
21:24
previous 38:10
previously 50:24
51:10 52:7
primary 50:5
prior 5:23 22:22
23:9 31:5
38:19 41:12,24
42:22
privilege 43:1
proceed 9:14
22:17,19
process 9:10,17
9:25 11:20
14:13,17 22:14
33:10
processes 38:1
produced 49:13
production

40:19 41:3
49:9,14
promissory
30:22 31:14
46:8,13 47:5
proper 22:19
29:8 41:14
PROPERTY
1:10
protocols 48:11
provided 36:15
49:9,18
Public 1:22 4:4
55:15 56:5
pull 22:18
P.A 2:9
p.m 1:14,14 57:9

Q
question 10:23
12:8 20:5 25:5
25:7 29:11
52:13
questions 50:18
quite 30:9
quote 8:18 15:20

R
R 4:1 56:1 58:1
59:1,1
raise 14:17
randomly 15:6,7
read 54:6 57:10
58:5 59:19
really 16:25
21:6 27:3,16
36:6
reason 22:11
59:7
reasonable
57:11
receive 7:5 42:2
49:24 50:1
received 16:20

**Consor & Associates**
Reporting and Transcription, Inc.

26:1 27:15
**receives** 9:14
**recollect** 19:25
30:7
**recollection**
32:15
**record** 5:1 17:18
38:16 49:7
**records** 20:20
26:7,10 28:17
31:2 33:15
41:11 49:21
51:13,16 52:2
52:12,19,21
53:3,21
**RECROSS** 3:5
**REDIRECT** 3:5
53:12
**refer** 20:21
21:21
**referral** 9:13,16
9:24 20:15,15
20:17 44:6,6
**referred** 9:11
22:16
**refers** 28:1
**reflected** 28:12
**regarding** 40:19
41:3 53:3
**regards** 25:22
**register** 30:16
**registered** 30:16
30:23,24 31:2
31:17
**Registration**
15:22 23:7,10
23:15 25:2
**regularly** 52:3
**Reinhart** 18:24
**relate** 28:6
**relationship**
27:4
**relative** 56:12
**rely** 34:15

**relying** 12:24
13:3 31:18
49:13 53:21
**remained** 40:2
**renewal** 14:13
**rephrase** 22:10
35:25 38:21
52:25
**report** 6:18,19
16:15 56:6
**Reported** 1:21
**reporter** 1:21
4:4,7,23 46:25
54:7 55:14
56:5,16,20
57:17
**representative**
16:18
**representing**
37:8 42:22
**reproduction**
56:15
**request** 12:5
16:19 33:12
40:19 41:3,10
42:7 43:5 49:9
49:13
**requested** 49:8
**requesting**
34:16
**required** 13:7
**requirement**
14:6
**rerecorded** 24:2
**resolution** 29:23
49:19
**response** 41:2
**responsibilities**
6:7 7:1 13:24
14:1,2 16:8,23
45:19,21
**responsibility**
13:25 16:20
28:20,25 29:17

32:7 50:5
**return** 17:19
57:13
**returned** 50:3
**review** 8:2,6
34:11,13,14,15
35:13,21 36:17
37:24 38:12
41:23 44:9
50:14
**reviewed** 19:5
35:20 37:22
39:22 41:12
**reviews** 9:7
12:19
**Reynolds** 1:21
4:3 55:14 56:5
56:20 57:17
59:3
**right** 4:17 5:19
8:20 10:15,18
13:18,21,23
14:12 16:23
17:9 20:1 22:4
24:4,6,18 25:3
25:11,14 27:24
29:22 31:12
35:10 36:24
39:2,20 40:14
40:17 42:21
43:20 48:3
49:1,6 50:4,13
50:15 51:18
54:3,5
**role** 30:11
**round** 7:19

**S**

**S** 1:9 3:11 4:1
59:1
**Sansbury's** 2:10
**saw** 30:6
**saying** 36:1 53:1
**says** 17:18 19:20

24:4,25 25:9
25:11,12 26:21
30:14 34:8
38:25 46:11
**schedule** 57:8
**scope** 52:3,19
**se** 8:5
**search** 34:6 42:8
42:9,16 43:3
**searched** 42:10
42:13
**searches** 34:4
45:8
**searching** 45:20
**second** 10:22
16:5 26:5 37:4
50:14
**secretary** 8:16
15:24 16:5,15
17:7 32:5
**securitized**
28:11,12
**see** 22:18 24:6
38:8,24 39:3,7
49:11
**seen** 9:3 26:7,14
26:16 30:4
36:4 37:18,19
37:19 38:13
40:24,25
**senior** 44:23,25
45:17
**sent** 12:13
**service** 6:11
48:18
**servicer** 27:4,8
48:21,23
**servicers** 27:16
**services** 48:14
**set** 22:14 46:20
56:9,10
**sets** 34:19
**sheet** 58:9 59:18
**shorthand** 56:7

**show** 35:17
50:24 51:9
52:6
**shown** 30:24
**sic** 13:14
**sign** 7:10 8:1,8
8:12,13,16,23
15:23 16:1,3
31:22 32:16
57:7,10,12
**signature** 6:17
9:4 16:5 18:11
32:23 33:3
37:5 57:7,12
57:20,23 59:24
**signed** 10:1 33:5
38:25 59:18
**signing** 8:7,19
10:4 15:21
32:6,17 43:18
**simply** 4:21
12:19
**situation** 38:14
**SNE** 41:14
**sole** 13:25
**somebody** 45:7
45:8
**sorry** 10:20,24
22:7,13 30:7
38:21 39:10
50:19
**speak** 20:18
**specific** 15:11
35:5 50:7
53:16
**spell** 6:20
**spelled** 21:5
**spend** 10:3 15:8
**Staehle** 21:3,19
21:20
**stands** 44:4
**start** 39:10
**state** 1:22 4:4,25
55:2,15 56:2,5

Censor & Associates
Reporting and Transcription, Inc.

58:3
stated 8:20 9:19
  20:14 24:8
  31:1 34:23
  39:16 43:19
  49:21
statement 10:12
  32:11 34:7
  48:16,19
statements
  17:20 58:6
states 39:22
  45:17
stating 9:12
  11:18
Ste 1:17
stenotype 56:6
Stephan 1:12
  3:6,7 4:12,18
  5:2 40:20 41:3
  41:12 50:22
  53:12 55:7
  57:2,22 58:19
  59:3
stored 11:9
subject 1:9
  59:20
substance 59:20
substantial
  34:10 35:17,22
  36:6 42:23
  43:3
successors 25:13
  25:20
Suite 1:23 2:4,10
  57:18
summary 26:6
  28:13
supplying 9:16
supposed 22:21
  27:8
sure 4:19 5:12
  6:25 9:17
  10:22,24 11:19

14:20 20:4
  24:18 26:25
  30:8 36:17
  43:13 45:18
  53:1
Susan 19:15
  50:17 54:5
swear 4:7
sworn 4:13 55:8
system 9:7 12:23
  28:25 29:4
  30:23 31:7,17
  33:12 41:11,17
  41:19 49:20
  51:21,25
systems 8:3
  15:22 23:7,10
  25:2
S-T-A-E-H-L-E
  21:3

- - - T
T 3:11 56:1,1
  58:1,1 59:1,1
take 10:10 21:8
  21:13 27:8
  57:5
taken 4:3 5:14
  56:9 59:4
team 6:5,8 7:18
  7:21,23 9:7
  10:7,11 11:3
  11:12,15 12:1
  12:5,11,16
  13:20 14:3
  15:16 16:21
  19:2,11,16
  21:1,21,24
  34:2 42:14,17
  42:18 43:5
  45:4 49:23
teams 43:5
tecum 49:2
tell 18:4 21:6
  26:12

ten 15:17
TENANT 1:9
testified 4:14
testimony 4:8
  31:5
Thank 17:16
thing 4:20 43:19
things 4:19 7:11
  15:5 21:25
  25:20 47:25
think 5:7 21:5
  44:19 46:25
  50:13,15,15
Thursday 1:14
  57:5
time 15:17,17,17
  16:3 19:23
  26:13 30:6
  33:6,12 40:8
  48:5 51:22
  56:9 57:6,11
times 16:4
title 6:4 11:21
  16:9 17:6
  22:18,18 31:19
  31:21
today 49:12
  50:16
top 17:18
tough 7:12 10:5
training 7:7
transcript 56:14
  57:24 59:6
transcription
  56:7
transfer 6:11
  22:8 23:18
transferred
  29:19 40:1,9
transfers 23:6
traveling 50:17
true 11:2 34:9
  35:22 36:18

56:7 58:7
  59:20
truly 57:14
truth 4:8,9,9
  31:5
try 35:7
trying 5:7
turn 26:5 44:12
  49:7
Turner 19:15
two 38:8,12
  47:25
type 6:12,15,16
  8:6 11:18 14:9
  14:10 15:12
  16:6 26:14,16
  38:13 50:1
types 15:12
typically 14:10
  18:21
Tyra 19:7,10

- - - U
Uh-huh 8:22
  10:9 12:18
  18:23 25:16
ultimately 8:1
underlying 50:7
undersigned
  55:6
understand 12:8
  12:10,11 20:4
  26:18 28:5
  29:10 35:6
  43:3 52:13
understanding
  26:20 34:5
  37:7 40:7 47:6
  47:24
unit 6:9,11 9:13
  9:24 20:15,17
  33:13
UNKNOWN 1:9
update 28:21,25
updated 29:4

use 5:8 9:10

- - - V
vague 41:15
value 10:10 21:9
  21:13
various 15:9
  28:23 43:4
verify 11:21
  12:21,23 31:21
versus 4:18 16:2
  17:7
vice 7:1,4 8:15
  15:23 16:3,9
  16:19,24 17:7
  29:6 39:9
  41:18
vitae 49:15
vs 1:6 57:3 59:2

- - - W
wait 13:19
waive 57:7,12,20
  57:23
want 10:22
wanted 49:11
Watson 17:19
  17:21 20:11
  22:15
way 2:10 4:23
  21:5 27:3
  35:12 39:21
week 7:10 15:8
weren't 19:23
West 1:18,23
  2:11 57:18
we've 9:3 39:22
Wilks 19:8
William 1:8
  57:3 59:2
Wilson 19:9,10
wish 57:12
Witness 3:5 4:10
  10:24 17:16,24

**Ensor & Associates**
Reporting and Transcription, Inc.

18:18 20:4
21:11 23:23
24:14 29:10
32:10 33:3
35:5,25 36:8
36:20 39:16
40:5,11 45:13
47:9,18 50:11
52:25 54:8
**witnesses** 14:25
15:4,5 18:24
**word** 5:7,12
26:23
**work** 5:3 11:20
27:7 41:22
43:14 53:8
**worker** 53:17
**works** 45:2
**wouldn't** 10:13
23:20 37:21
40:5,11 45:21
**WRITE** 59:6

**X**
**X** 3:2,11

**Y**
**Yeah** 50:19
**years** 5:22,25
6:3

**0**
**040805XXXX**
1:2 57:4

**1**
**1** 34:20
**1:00** 1:14
**10** 1:14
**10th** 55:8 57:5
**10,000** 7:19,21
10:1
**100** 9:16 11:19
**104** 2:10
**12/10/09** 59:4

**13** 7:23
**1655** 1:17,23
57:18
**17** 3:15
**1975** 2:10

**2**
**2** 30:20 47:3
**2:30** 1:14
**2002** 39:1
**2008** 1:2 57:4
**2009** 1:14 18:3
22:4,7,12,13
23:8 55:8,10
56:17 57:1,6
58:13
**22nd** 55:10
56:17
**225** 2:4
**24** 3:15
**26** 3:16
**27th** 39:1

**3**
**3** 46:11 47:3
**3rd** 18:5,9 19:22
22:6,7,7,13
23:8
**30** 3:16
**305** 2:5
**31** 57:1
**32** 3:17
**33** 3:17
**33134** 2:5
**33401** 1:18,23
57:18
**33411** 2:11
**37** 3:18,18
**38** 3:19

**4**
**4** 3:6
**4th** 18:3,10
19:21
**4:30** 57:9

**40** 3:19
**41** 3:20
**44** 3:20
**453053** 55:16
**46** 3:21
**49** 3:21

**5**
**5** 41:9 47:22
**5th** 18:5,6 22:4
22:12
**50** 1:2 57:4
**500** 1:17,23 7:17
57:18
**51** 3:8
**54** 3:6
**561** 2:11
**561)682-0905**
1:24
**569-4100** 2:5

**7**
**7** 42:7
**7/20/2013** 55:15
**798-5658** 2:11

**8**
**800** 2:4

**9**
**9:00** 57:9

STATE OF FLORIDA • PALM BEACH COUNTY

This copy is a true copy of the ORIGINAL
on file in this office. WITNESS my
hand and Official Seal.

THIS 3 RD DAY OF May , 20 12

SHARON R. BOCK
CLERK & COMPTROLLER

BY

DEPUTY CLERK

STATE OF FLORIDA • PALM BEACH COUNTY

This copy is a true copy of the ORIGINAL
on file in this office. WITNESS my
hand and Official Seal.

THIS 3RD DAY OF May, 2012

SHARON R. BOCK
CLERK & COMPTROLLER

BY
DEPUTY CLERK

IN THE CIRCUIT COURT FOR THE 15TH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

GMAC MORTGAGE, LLC,

    Plaintiff,

vs.

ANN M NEU A/K/A ANN MICHELLE
PEREZ; DOUGLAS WILLIAM NEU;
UNKNOWN TENANT (S) IN POSSESSION
OF THE SUBJECT PROPERTY

    Defendants.

GENERAL JURISDICTION
DIVISION

CASE NO.
50 2008 CA 040805XXXX MB

Division: AW

NOTICE OF
FILING

FILED

Defendant, AN...                    ...position of Jeffrey Stephan,

taken December 10, 2...                    ...er proceedings in this case

and for purposes of ap...

Dated: January 14, 201...

...A.

...endants
...Way, Suite 104
...h, FL 33411
Telephone: (561) 793-5658
Facsimile: (866) 507-9888

By: _____

DUSTIN A. ZACKS
Florida Bar No. 48604

CASE NO. 50 2008 CA 040805XXXX MB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by facsimile and mailed this January 14, 2010 to all parties on the attached service list.

**ICE LEGAL, P.A.**
Counsel for Defendants
1975 Sansburys Way, Suite 104
West Palm Beach, FL 33411
Telephone: (561) 793-5658
Facsimile: (866) 507-9888

By: _____

DUSTIN A. ZACKS
Florida Bar No. 48604

## SERVICE LIST

Alejandra Arroyave, Esq.
LAPIN & LEICHTLING
255 Alahambra Circle Suite 800
Coral Gables, FL 33134
1-305-569-4107
*Plaintiff's counsel*

CFN 20090083927
OR BK 23122 PG 1321
RECORDED 03/12/2009 13:48:48
Palm Beach County, Florida
Sharon R. Bock, CLERK & COMPTROLLER
Pg 1321; (1pg)

RECORD & RETURN TO:
Law Office of Marshall C. Watson
1800 NW 49th Street, Suite 120
Fort Lauderdale, Florida 33309
Telephone: (954) 453-0365
Facsimile: (954) 771-6052

RECORD AND RETURN TO

### ASSIGNMENT OF MORTGAGE

*KNOW ALL MEN BY THESE PRESENTS:*

THAT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INCORPORATED AS NOMINEE FOR MORTGAGE INVESTORS CORPORATION residing or located at 1595 Springhill Road, # 310 Vienna, VA 22182 herein designated as the assignor, for and in consideration of the sum of $1.00 Dollar and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, assign, transfer and set over unto GMAC MORTGAGE, LLC residing or located at: 1100 Virginia Drive Ft. Washington, PA 19034 herein designated as the assignee, the mortgage executed by ANN M NEU AND DOUGLAS WILLIAM NEU recorded March 5, 2002 in Palm Beach County, Florida at BOOK 13473 and PAGE 0106 encumbering the property more particularly described as follows:

> LOT 18, BLOCK 17, OF SANDALFOOT COVE SECTION FOUR, ACCORDING TO THE
> PLAT THEREOF, AS RECORDED IN PLAT BOOK 29, PAGE 241, OF THE PUBLIC
> RECORDS OF PALM BEACH COUNTY, FLORIDA.

Together with the note and each and every other obligation described in said mortgage and the money due and to become due thereon

TO HAVE AND TO HOLD the same unto the said assignee, its successors and assigns forever, but without recourse on the undersigned.

*In Witness Whereof,* the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed this 5 day of March, 2009.

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS INCORPORATED AS NOMINEE FOR
MORTGAGE INVESTORS CORPORATION

ATTEST:
PRINT NAME:                **Jeffrey Stephan**
                           **Vice President**

Signed in the presence of:

WITNESS:
Print Name:

WITNESS:
Print Name:

STATE OF Pa

COUNTY OF Montgomery

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the aforesaid county and state, on this the 4 day of March 2009 within my jurisdiction, the within named who acknowledged to me that (s)he is _____ and who are personally known to me or has provided _____ as identification, that for and on behalf of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INCORPORATED AS NOMINEE FOR MORTGAGE INVESTORS CORPORATION and as its act and deed (s)he executed the above and foregoing instrument, after first having been duly authorized by MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INCORPORATED AS NOMINEE FOR MORTGAGE INVESTORS CORPORATION to do so.

WITNESS my hand and official seal in the County and State last aforesaid this _____ day of March, 2009. COMMONWEALTH OF PENNSYLVANIA

NOTARIAL SEAL
Susan Turner, Notary Public
Upper Dublin Twp., Montgomery County
My Commission Expires Nov. 9, 2011
Member, Pennsylvania Association of Notaries

NOTARY PUBLIC

Δ π EXHIBIT A
Deponent
Date 12/16/09    Rptr. JVB
WWW.DEPOBOOK.COM

Return to: Transcontinental 118

**Title Company**
2247 Palm Beach Lakes Blvd.
Suite 202 | 0 |
West Palm Beach, FL 33409

600312191

Return To:
**Mortgage Investors
Corporation**
6090 CENTRAL AVENUE, ST.
PETERSBURG, FL 33707

This document was prepared by:

Juan Rosario
6090 Cental Avenue, St.
Petersburg, FL 33707

17495

03/05/2002  10:03:43  20020117254
OR BK 13473 PG 0106
Palm Beach County, Florida
AMT 87,720.00
Deed Doc 307.30
Intang 175.44

————————[Space Above This Line For Recording Data]————————

# MORTGAGE

MIN 100073327781501512

# NOTICE: THIS LOAN IS NOT ASSUMABLE WITHOUT THE APPROVAL OF THE DEPARTMENT OF VETERANS AFFAIRS OR ITS AUTHORIZED AGENT.

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated **February 19, 2002**
together with all Riders to this document.
(B) "Borrower" is **Ann M. Neu, Married** woman, and
**Douglas William Neu, her husband**

Borrower is the mortgagor under this Security Instrument.
(C) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. **MERS is the mortgagee under this Security Instrument.** MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.
(D) "Lender" is **MORTGAGE INVESTORS CORPORATION**

277815

FLORIDA-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS          Form 3010 1/01

-6B(FL) (0005)
Page 1 of 16          Initials
VMP MORTGAGE FORMS - (800)521-7291

Δ π EXHIBIT
Deponent
Date Rptr
WWW.DEPOBOOK.COM



Process loans, not paperwork.℠

June 26, 2009

**VIA FACSIMILE: (866) 507-9888**

Ariane Ice
Ice Legal, P.A.
1975 Sansburys Way, Suite 115
West Palm Beach, FL 33411

Re:  Mortgage Electronic Registration Systems, Inc. ("MERS") Responses to Subpoena in
*GMAC Mortgage, LLC v. Ann Neu, et al.,* 15th Judicial Circuit, Palm Beach County,
Florida, Case No. 50 2008 CA 040805XXXX MB

Dear Ariane,

In response to your "Request for Production Regarding MERS Tracking", w enclose the
following printouts from the MERS® System relating to Mortgage Identification Number ("MIN")
1000733-2778150151-2. Please note, these printouts reflect only the tracking of transfers that occur
outside of the MERS® System.

Legal interests do not electronically transfer on the MERS® System. For instance, if you see
"transfer of servicing rights" from one member to another, then that means two MERS members entered
into a purchase and sale agreement for those servicing rights. That separate agreement is the evidence
that a servicing rights transfer occurred. Any information noting a "transfer of beneficial ownership"
means a MERS member endorsed and delivered the promissory note. The promissory note endorsements
are the evidence of the transfer of beneficial interests, pursuant to the Uniform Commercial Code.

Should you have any questions, please feel free to contact me. Thank you.

Sincerely,

Richard Anderson
Counsel

Δ π EXHIBIT  C
Deponent  Defendant
Date 12/10/09  Rptr J.B.
WWW.DEPOBOOK.COM

# MIN SUMMARY



**Summary**

1000733-2778150151-2

9640 SOUTHWEST 1ST PLACE
BOCA RATON, FL 33428

Active (Registered)
Foreclosure pending (Option 2), retained on MERS
MOM
First Lien

| | | | |
|---|---|---|---|
| Reg Date | 03/22/2002 | | |
| County | Palm Beach | QR | N |
| Primary Borrower | NEU, ANN | SSN | ████-██-██88 |
| Pool Number | ████████ | Investor Loan Number | ██████████ |
| Note Amount | $87,720.00 | Note Date | 02/19/2002 |
| Servicer | 1000375 - GMAC Mortgage, LLC | | |
| Custodian | 1000375 - GMAC Mortgage, LLC | | |
| Investor | 1000249 - Government National Mortgage Association | | |
| Subservicer | N/A | | |
| Interim Funder | N/A | | |
| Originating Organization | mortgage investor corporation | | |
| Property Preservation Co. | N/A | | |

## Pending Batches

| Batch Number | Transfer Type | Status | Transfer Date | Sale Date |
|---|---|---|---|---|
| No Pending Batches! | | | | |

## MIN Audit for 1000733-2778150151-2



( 1 - 6 )

| Date | Field Name | Action | Before Value | After Value | U |
|------|-----------|--------|--------------|-------------|---|
| 08/03/2007 Update | Foreclosure status | | | Foreclosure Pending (option 2), retained on MERS | B: 1C |
| 10/02/2004 Update | Document Custodian Org ID | | | 1000375 | B: 1C |
| 04/15/2002 Update | Agency number | | | 1463 | B: 1C |
| 04/15/2002 Update | Investor loan number | | | 000000000000000 | B: 1C |
| 04/15/2002 Update | Investor pool number | | | 583852XSF | B: 1C |
| 04/15/2002 Update | Investor Org ID | | 1000375 | 1000249 | B: 1C |

## MIN Transfer Audit for 1000733-2778150151-2



(1-4)

| Date Action | Field Name Batch Nbr | Before Value | After Value | U |
|---|---|---|---|---|
| 10/28/2006 Add | 3933083 | | | M |
| 04/15/2002 Update | Transfer success indicator 281995 | | Yes | B l |
| 04/15/2002 Update | Transfer status 281995 | Transfer Pending | Transfer Complete | B l |
| 04/15/2002 Add | 281995 | | | B l |