UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                              Chapter 11

Residential Capital, LLC, et al.,
                                                                                       Case No.: 12-12020 (MG)
                                   Debtor(s)
-------------------------------------------------------X

## ORDER DENYING MOTION TO ENLARGE TIME

On October 22, 2013, a Motion to Enlarge Time to File Objections to Confirmation of Debtor's Plan and Motion for Relief (Document Number. 5441), was filed by Judith P. Kenney on behalf of Philip Roger Flinn, II.

It is hereby, ORDERED, that the Motion is DENIED.

Dated: New York, New York
       **November 6, 2013**                      _____/s/Martin Glenn_____
                                                                  THE HONORABLE MARTIN GLENN
                                                                  UNITED STATES BANKRUPTCY JUDGE