# UNITED STATES BANKRUPTCY COURT

*Southern District of New York*
*One Bowling Green*
*New York, N.Y. 10004-1408*

*Vito Genna*
*Clerk of Court*
*Clerks' Office*
*Phone: (212) 668-2870*

September 16, 2013

Attn: Yvonne D. Lewis
Attn: Sidney T. Lewis
1875 Alvason Avenue
Columbus, Ohio 43219

Re: 12-12020 # 456. Missing payment for Relief from Stay in the Amount of $176.00

## SECOND NOTICE

Mr and Mrs. Lewis:

Please note that the filing fee for your Motion for Relief has not been paid for **Residential Capital**. Please mail to the court a money order in the amount of $176.00 made payable to: US Bankruptcy Court SDNY. This payment should be mailed to the court address: United States, Bankruptcy Court, One Bowling Green, New York, NY 10004.

If you have any questions, please do not hesitate to contact me at (212) 284-4040.

Sincerely,

Carmen Ortiz
Court Services Specialist



US POSTAGE
HASLER
017H15533467
$0.460
09/16/2013
Mailed From 10004

RECEIVED
OCT -7 2013
U.S. BANKR
SD

NIXIE     482     9 10/01/13
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 10004140801     *2745-03395-16-40

Mr and Mrs Lewis
1875 Alvason Avenue
Columbus, Ohio 43219

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES CUSTOM HOUSE
ONE BOWLING GREEN, 6TH FLOOR
NEW YORK, NY 10004-1408

OFFICIAL BUSINESS

USMB
SDNY