Allan O. Cate, Esq. (SBN: 248526)
**CATE LEGAL GROUP**
7710 Balboa Avenue, Suite 316
San Diego, CA 92111
Tel: (858) 224-5865
Fax: (858) 228-9885

Attorney for Creditor,
Rosalind Alexander-Kasparik

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No. 12-12020 (MG) |
| | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Jointly Administered |
| Debtor. | |

## NOTICE AND MOTION FOR RELIEF FROM STAY

**PLEASE TAKE NOTICE** that the Court will hold a hearing on creditor/movant Rosalind Alexander-Kasparik's below Motion for Relief from Stay on **December 17, 2013 at 10:00 a.m. (ET)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Courthouse, One Bowling Green, New York, New York 10004-1408, Room 501, any opposition is due per the Bankruptcy Code and applicable Local Rules.

1

**COMES NOW** the Movant, Rosalind Alexander-Kasparik ("Movant") by and through her counsel of record, and moves to terminate the automatic stay in order to proceed with their pre-petition claims, filed in the Superior Court of the State of California, San Diego against GMAC Mortgage, LLC (erroneously sued as Ally Bank fka GMAC Mortgage) ("GMAC"). In support of said motion, Movant states as follows:

1. On or about July 31, 2012, the Movant filed a civil lawsuit in the Superior Court of the State of California, San Diego entitled *Rosalind Alexander-Kasparik v. Ally Bank, fka GMAC Mortgage* ( Case No.: 37-2012-00101531-CU-BC-CTL)("Lawsuit"). A copy of the Complaint and Summons are attached to the Declaration of Allan Cate, Exhibit A, attached hereto.

2. The Movant brought claims against GMAC for illegally and unlawfully proceeding with non-judicial foreclosure sale against her real property located at 1021 Scott Street #149, San Diego, CA 92106 ("Subject Property") on or about July 3, 2012. In addition to seeking money damages, Movant is seeking to have the Court setaside the foreclosure sale.

3. On or about October 10, 2012, GMAC filed a Notice of Bankruptcy and Suggestion of Automatic Stay in the Lawsuit. This filing has prevented the Lawsuit from proceeding in the California Superior Court.

4. The pendency of the Movant's lawsuit supports lifting the stay to the extent that the Movant has properly asserted claims against GMAC.

5. The Movant will suffer harm if she is not permitted to proceed with her claims in the Lawsuit.

6. The amount in controversy in the action is insignificant and inconsequential to the debtor or the debtor's estate. The resolution of Movant's Lawsuit is de minimis compared to the size of the debtor's estate and the resolution of the Lawsuit should have no impact upon the debtor's reorganization.

WHEREFORE, the Movant, Rosalind Alexander-Kasparik, respectfully requests that this Court lift the stay to permit all matters be heard in the above-referenced Lawsuit, now pending in the Superior Court, State of California, San Diego.

Dated: November 7, 2013

Respectfully submitted,
**CATE LEGAL GROUP**

/s/ Allan Cate
_____
Allan Cate (California Bar No. 248526)
CATE LEGAL GROUP
7710 Balboa Ave., Suite 316
San Diego, CA 92111
Tel: (858) 224-5865
Fax: (858) 228-9885
Email: allan@acatelaw.com
*Attorney for Movant*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel of record for all other parties to this action on this 7th day of November 2013.

<u>Attorneys for GMAC Mortgage, LLC</u>
Robert Grandy, Esq.
Severson & Werson
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612

<u>Attorneys for GMAC Mortgage, LLC</u>
John B. Sullivan, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

<u>Attorneys for Debtors and Debtors in Possession</u>
Gary S. Lee
Larren M. Nashelsky
Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

<u>Counsel to the Examiner</u>
Howard Seife
David M. LeMay
Robert J. Gayda
Marc B. Roitman
Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY 10112

<u>Counsel for the Official Committee of Unsecured Creditors</u>
Thomas Moers Mayer
Douglas H. Mannal
Kramer Levin Naftallis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

<u>United States Trustee</u>
Tracy Hope Davis
Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10004

/s/ Allan Cate

_____
Allan Cate