Judith P. Kenney
11311600
Judith P. Kenney & Associates, P.C.
16475 Dallas Parkway, Suite 330
Addison, Texas 75001-6863
Attorney for Philip Roger Flinn, II

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF OBJECTIONS TO CONFIRMATION OF
DEBTORS' PLAN AND WITHDRAWAL OF MOTION FOR RELIEF
AND WITHDRAWAL OF MOTION TO ENLARGE TIME**

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE

Philip Roger Flinn, II ("Flinn"), an unsecured creditor hereby files his notice of the following:

1. WITHDRAWAL of his objections to the Plan Proponents' Motion for an Order Approving Plan for Reorganization and Motion for Relief, filed on October 22, 2013 (Doc. 5422);

and

2. WITHDRAWAL of his Motion to Enlarge Time to File Objections to Confirmation of Debtors' Plan and Motion for Relief filed on October 22, 2013 (Doc. 5441).

Dated: November 7, 2013
Addison, Texas

Respectfully submitted,

/s/ Judith P. Kenney

---

Notice of Withdrawal of Objections to Debtors' Plan and Motion for Relief
and Withdrawal of Motion to Enlarge Time, Page 1 of 2
Z:\12-1302\Bankruptcy\Docs\PDF\Withdrawal Objections_Plan.wpd

Judith P. Kenney
Judith P. Kenney & Associates, P.C.
One Bent Tree Tower
16475 Dallas Parkway, Suite 330
Addison, Texas 75001-6870
Telephone: (972) 713-6133
Facsimile: 972) 818-0388
*Counsel for Philip Roger Flinn, II*

Notice of Withdrawal of Objections to Debtors' Plan and Motion for Relief
and Withdrawal of Motion to Enlarge Time, Page 2 of 2
Z:\12-1302\Bankruptcy\Docs\PDF\Withdrawal Objections_Plan.wpd