**PHILLIPS LYTLE LLP**
William J. Brown, Esq.
Nickolas Karavolas, Esq.
The New York Times Building
620 Eighth Avenue, 23rd Floor
New York, New York 10018

*Attorneys for HSBC Bank USA, National Association*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al. | Case No.: 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 3773

**PLEASE TAKE NOTICE** that claimant HSBC Bank USA, National Association hereby withdraws its Proof of Claim No. 3773 filed against Debtor, Residential Funding Company, LLC, in the above-referenced bankruptcy cases.

Dated: November 7, 2013

                PHILLIPS LYTLE LLP

                By /s/ William J. Brown
                    William J. Brown
                Attorneys for HSBC Bank USA, National Association
                The New York Times Building
                620 Eighth Avenue, 23rd Floor
                New York, New York 10018-1405
                Telephone No. (212) 759-4888

Doc #01-2727124.1