# **Exhibit 1**

**Delehey Declaration**

ny-1116714

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**DECLARATION OF LAUREN GRAHAM DELEHEY, IN-HOUSE LITIGATION COUNSEL AT RESIDENTIAL CAPITAL, LLC, IN SUPPORT OF DEBTORS' OBJECTION TO (I) MOTION OF LILIA MEDRANO FOR RECONSIDERATION OF ENTRY OF ORDER APPROVING THE DEBTORS' TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED BORROWER CLAIMS) AND (II) DEFENDANT'S MOTION TO <u>DISMISS FORECLOSURE WITH PREJUDICE FOR FRAUD ON THE COURT</u>**

I, Lauren Graham Delehey, hereby declare as follows:

1. I serve as Chief Litigation Counsel in the Legal Department at Residential Capital, LLC ("<u>ResCap</u>"), a limited liability company organized under the laws of the state of Delaware and the parent of the other debtors and debtors in possession in the above-captioned Chapter 11 cases (collectively, the "<u>Debtors</u>").[1] I have served as in-house litigation counsel since I joined ResCap on August 1, 2011. In my role as Chief Litigation Counsel at ResCap, I am responsible for the management of residential mortgage-related litigation, including class actions, mass actions and multi-district litigation. I am authorized to submit this declaration (the "<u>Declaration</u>") in support of the *Debtor's Objection to (i) Motion of Lilia Medrano for Reconsideration of Entry of Order Approving the Debtors' Twenty-Fifth Omnibus Objection to*

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on <u>Exhibit 1</u> to the *Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 6], dated May 14, 2012.

*Claims (Amended and Superseded Borrower Claims) and (ii) Defendant's Motion to Dismiss Foreclosure with Prejudice for Fraud* (the "<u>Objection</u>").

2. In my capacity as Chief Litigation Counsel, I am generally familiar with the Debtors' litigation matters. Except as otherwise indicated, all statements in this Declaration are based upon my personal knowledge; information supplied or verified by personnel in departments within the Debtors' various business units; my review of the Debtors' litigation case files, books and records as well as other relevant documents; my discussions with other members of the Legal Department; information supplied by the Debtors' consultants; or my opinion based upon experience, expertise, and knowledge of the Debtors' litigation matters, financial condition and history. In making my statements based on my review of the Debtors' litigation case files, books and records, relevant documents, and other information prepared or collected by the Debtors' employees or consultants, I have relied upon these employees and consultants accurately recording, preparing, collecting, or verifying any such documentation and other information. If I were called to testify as a witness in this matter, I would testify competently to the facts set forth herein.

3. Although a foreclosure was initiated in connection with the property located at 2402 Avenue A Terrace NW, Winter Haven, Florida 33880 (the "<u>Property</u>") in 2008, the Debtors' records indicate that Ms. Medrano subsequently received a loan modification in June 2008 and the foreclosure action was dismissed in 2010. Servicing of the loan related to the Property was transferred to Ocwen Loan Servicing, LLC ("<u>Ocwen</u>") in connection with the Debtors' sale of their mortgage servicing platform. Based on a review of the Debtors' records, I am not aware of any pending foreclosure proceeding by any of the Debtors in connection with

the Property.  I have likewise been advised by Ocwen that no such foreclosure is pending in connection with the Property.

       4.      Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 8, 2013

                             /s/ Lauren Graham Delehey
                             Lauren Graham Delehey
                             Chief Litigation Counsel for Residential Capital, LLC