**Hearing Date and Time:  December 11, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Erica J. Richards

*Counsel for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ )
                                                             )
In re:                                                       )    Case No. 12-12020 (MG)
                                                             )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,                      )    Chapter 11
                                                             )
                                        Debtors.             )    Jointly Administered
                                                             )
------------------------------------------------------------ )

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' FORTY-FOURTH
OMNIBUS OBJECTION TO CLAIMS ((A) LATE-FILED CLAIMS;
(B) DUPLICATE CLAIMS; (C) REDESIGNATE AND ALLOW CLAIMS;
(D)  REDUCE AND ALLOW CLAIMS; (E) REDESIGNATE, REDUCE AND ALLOW
CLAIMS; (F) RECLASSIFY, REDUCE AND ALLOW CLAIMS; AND
(G) REDESIGNATE CLAIMS)) AGAINST ELEVENHOME LIMITED (CLAIM
NO. 6841) AND REDWOOD RECOVERY SERVICES, LLC (CLAIM NO. 6842)
<u>TO DECEMBER 11, 2013 AT 10:00 A.M. (PREVAILING EASTERN TIME)</u>**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Forty-Fourth*

*Omnibus Objection to Claims ((A) Late-Filed Claims; (B) Duplicate Claims; (C) Redesignate*

*and Allow Claims; (D) Reduce and Allow Claims; (E) Redesignate, Reduce and Allow Claims;*

*(F) Reclassify, Reduce and Allow Claims; and (G) Redesignate Claims)* [Docket No. 5152] (the

"<u>Forty-Fourth Omnibus Claims Objection</u>") against Elevenhome Limited (Claim No. 6841) and

Redwood Recovery Services, LLC (Claim No. 6842), previously scheduled to be heard on November 15, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **December 11, 2013 at 10:00 p.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: November 8, 2013
      New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Erica J. Richards
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*