**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re:    GMAC MORTGAGE, LLC

Case No.: <u>1:12-bk-12</u>020

Chapter <u>11</u>

Debtor

-----------------------------------------------------------x

Adversary Proceeding No.: _____

Plaintiff

v.

Defendant

-----------------------------------------------------------x


# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, <u>Lauren Rode</u>, request admission, ***pro hac vice***, before the Honorable <u>Martin Glenn</u>, to represent <u>Leanetha Darby</u>, a <u>Interested Party</u> in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of <u>California</u> and, if applicable, the bar of the U.S. District Court for the <u>Central</u> District of <u>California</u>.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: <u>11/08/2013</u>

_____, New York

Lauren Rode, Esq.

*Mailing Address*:

3700 Eagle Rock Blvd.

Los Angeles, CA 90065

_____

*E-mail address*: <u>lauren@calgroup.org</u>

*Telephone number*: (<u>818</u>) <u>254-8413</u>