UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.,* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

-----------------------------------------------------------------

## NOTICE OF WITHDRAWAL OF CLAIM
## NUMBER 511 FILED BY TIEN VAN TRAN

Tien Van Tran, having filed Claim Number 511 against Residential Capital, LLC (the "Claim"), hereby give notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

Tien Van Tran hereby withdraws the Claim, authorizes SilvermanAcampora LLP, special counsel to the Official Committee of Unsecured Creditors in the above-captioned cases, to file this Notice with the Bankruptcy Court in order to effectuate the withdrawal of the Claim, and also authorizes the duly appointed Claims Agent to reflect this withdrawal on the official claims register.

A facsimile signature or a signature in portable document format (.pdf) shall be deemed original for purposes of this Notice of Withdrawal.

Dated: November 7, 2013                    _____Tien Van Tran_____

                                           ██████████████ (Sign Name)

NKHAN/1432763.1/062429