**POLSINELLI**
Daniel J. Flanigan, Esq.
900 Third Avenue, 21st Floor
New York, New York 10022
(212) 684-0199 (Telephone)
(212) 759-8290 (Facsimile)
*Bankruptcy Counsel for Class Claimants*

**CARLSON LYNCH LTD.**
R. Bruce Carlson, Esq.
115 Federal Street, Suite 210
Pittsburgh, Pennsylvania 15212
(412) 322-9243 (Telephone)
(412) 231-0246 (Facsimile)
*Co-Lead Counsel for Class Claimants*

**WALTERS, BENDER, STROHBEHN & VAUGHAN**
R. Frederick Walters, Esq.
2500 City Center Square
1100 Main
Kansas City, Missouri 64105
(816) 421-6620 (Telephone)
(816) 421-4747 (Facsimile)
*Co-Lead Counsel for Class Claimants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**RESIDENTIAL CAPITAL, LLC,** *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>**(Jointly Administered)** |

### AFFIDAVIT OF SERVICE

**STATE OF MISSOURI** )
                             ) ss.
**COUNTY OF JACKSON** )

      Trista J. Backus, being duly sworn, hereby certifies and states:

      I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Polsinelli, having offices at 900 Third Avenue, 21st Floor, New York, New York 10022, and at 900 W. 48th Place, Suite 900, Kansas City, Missouri 64112.

      On the 4th day of November, 2013, true and correct copies of the below-listed documents were served by electronic mail to the parties who have registered and consented to receiving ECF notification from the Court, and served on the 6th day of November, 2013, by First-Class

46476326.1

United States Mail, postage prepaid, to the November 1, 2013 Special Service List addressed as they appear on the attached service list:

- The Kessler Settlement Class' Reply in Further Support of the Joint Motion Pursuant to 11 U.S.C. § 105 and Federal Rules of Bankruptcy Procedure 7023 and 9019 for an Order, Inter Alia, Approving the Settlement Agreement on a Final Basis and Granting Related Relief (Doc No. 5595);

- Notice of Motion and Application for Incentive Awards to Named Plaintiffs with the Memorandum of Law in Support (Doc No. 5597); and

- Notice of Motion and Application for Award of Attorneys' Fees and Litigation Costs and Expenses with the Memorandum of Law in Support, plus Exhibits 1 through 10 (Doc No. 5598).

I declare under penalty of perjury that the foregoing is true and correct.

_____
Trista J. Backus

On this 8th day of November, 2013, before me personally appeared **Trista J. Backus,** to me known to be the person described herein and who executed the foregoing instrument, and acknowledged that she executed the same as her free act and deed.

In Testimony Whereof, I have hereunto set my hand and affixed my official seal the day and year first above written.

_____
Notary Public

ANDREA J. CHILTON
Notary Public - Notary Seal
State of Missouri
Commissioned for Jackson County
My Commission Expires: November 14, 2013
Commission Number: 09404320

46476326.1

2

| | | |
|---|---|---|
| Wells Fargo Bank NA<br>Attn:  Corporate Trust Services –<br>GMACM Home Equity Notes<br>2004 Variable Funding Trust<br>P.O. Box 98<br>Columbia, MD 21046 | U.S. Trustee for the Southern District of NY<br>Tracy Hope Davis, Linda A. Riffkin and<br>Brian S. Masumoto<br>33 Whitehall St., 21st Floor, Region 2<br>New York, NY 10004 | United States Attorney's Office for the<br>Southern District of New York, Civil Division<br>Attn: Joseph Cordaro & Christine Irvin Phillips<br>86 Chambers St., 3rd Floor<br>New York, NY 10007 |
| U.S. Department of Justice<br>US Attorney General, Eric H. Holder, Jr.<br>950 Pennsylvania Ave NW<br>Washington, DC  20530-0001 | Clifford Chance US LLP<br>Jennifer C. DeMarco & Adam Lesman<br>31 West 52nd Street<br>New York, NY  10019 | The Bank of New York Mellon<br>Asset-Backed Securities Group<br>101 Barclay St. 4W<br>New York, NY 10286 |
| Cleary Gottlieb Steen & Hamilton LLP<br>Sean A. O'Neal and Thomas J. Moloney<br>One Liberty Plaza<br>New York, NY 10006 | Citibank NA<br>Attn:  Bobbie Theivakumaran<br>390 Greenwich St., 6th Fl<br>New York, NY  10013 | Loeb & Loeb LLP<br>Walter H. Curchack, Vadim J. Rubinstein,<br>& Debra W. Minoff<br>345 Park Avenue<br>New York, NY 10154 |
| Office of the U.S. Attorney for the<br>Southern District of NY<br>United States Attorney Preet Bharara<br>One St. Andrews Plaza<br>New York, NY  10007 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA  19104 |
| Internal Revenue Service<br>Insolvency Section<br>31 Hopkins Plz., Rm 1150<br>Baltimore, MD  21201 | Kelley Drye & Warren LLP<br>James S. Carr & Eric R. Wilson<br>101 Park Ave<br>New York, NY  10178 | Kirkland & Ellis<br>Richard M. Cieri<br>601 Lexington Ave<br>New York, NY  10022 |
| Kirkland & Ellis LLP<br>Attn:  Ray C. Schrock & Stephen E. Hessler<br>601 Lexington Ave<br>New York, NY 10022-4611 | Kramer Levin Naftallis & Frankel LLP<br>Kenneth H. Eckstein, Thomas Moers Mayer<br>& Douglas H. Mannal<br>1177 Avenue of the Americas<br>New York, NY  10036 | Kurtzman Carson Consultants<br>P. Joe Morrow<br>2335 Alaska Ave<br>El Segundo, CA  90245 |
| Milbank, Tweed, Hadley & McCloy LLP<br>Gerard Uzzi<br>1 Chase Manhattan Plaza<br>New York, NY  10005 | Securities & Exchange Commission NY<br>Regional Office<br>George S Canellos Regional Director<br>3 World Financial Center Ste 400<br>New York, NY 10281-1022 | Morrison & Foerster LLP<br>Attn: Tammy Hamzehpour<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Morrison & Foerster LLP<br>Larren M. Nashelsky, Gary S. Lee &<br>Lorenzo Marimizzi<br>1290 Avenue of the Americas<br>New York, NY  10104 | Securities & Exchange Commission<br>Secretary of the Treasury<br>100 F St NE<br>Washington, D.C.  20549 | Office of the NY State Attorney General<br>Nancy Lord & Enid M. Stuart<br>The Capitol<br>Albany, NY  12224-0341 |