# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

| | | |
|---|---|---|
| Ray C. Schrock<br>To Call Writer Directly:<br>(212) 446-4828<br>ray.schrock@kirkland.com | (212) 446-4800<br><br>www.kirkland.com | Facsimile:<br>(212) 446-4900 |

November 11, 2013

**VIA E-MAIL**

Honorable Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re:  *In re Residential Capital, LLC*, Case No. 12-12020 (MG).

Dear Judge Glenn:

    This firm represents Ally Financial, Inc. and its non-Debtor subsidiaries and affiliates, including Ally Bank (collectively, "***Ally***") in the above-referenced jointly administered Chapter 11 cases.

    As Your Honor is aware, Ally intends to file a reply brief in support of confirmation of the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [ECF No. 4819-2].  Based on conversations with Your Honor's Chambers, Ally understands that Your Honor has graciously granted Ally leave to file its reply brief in excess of the twenty-five page limit—up to thirty-five pages—provided in the Court's order establishing certain notice, case management and administrative procedures [ECF No. 141].  Ally respectfully submits this letter to memorialize such conversations and at the suggestion of Your Honor's Chambers.

    If Your Honor or a member of Your Honor's staff should have any questions with respect to the foregoing, please fee free to contact me at (212) 446-4800.

# KIRKLAND & ELLIS LLP

Honorable Martin Glenn
November 11, 2013
Page 2

                                    Respectfully submitted,

                                    KIRKLAND & ELLIS LLP

                                    */s/     Ray C. Schrock*

                                    Richard M. Cieri
                                    Ray C. Schrock
                                    601 Lexington Avenue
                                    New York, New York 10022
                                    Telephone: (212) 446-4800
                                    Facsimile: (212) 446-4900

                                    -and-

                                    Jeffrey S. Powell
                                    Daniel T. Donovan
                                    Judson D. Brown
                                    655 15th Street, N.W., Ste. 1200
                                    Washington, D.C. 20005
                                    Telephone: (202) 879-5000
                                    Facsimile: (202) 879-5200

                                    *Counsel for Ally Financial Inc. and Ally Bank*

cc:    Gary S. Lee, Esq. (Via E-mail: GLee@mofo.com)
        Lorenzo Marinuzzi, Esq. (Via E-mail: LMarinuzzi@mofo.com)
        J. Alexander Lawrence, Esq. (Via E-mail: Alawrence@mofo.com)
        Kenneth Eckstein, Esq. (Via E-mail: KEckstein@kramerlevin.com)
        Douglas Mannal, Esq. (Via E-mail: DMannal@kramerlevin.com)

**MEMORANDUM ENDORSED
SO ORDERED.**

Dated:  November 12, 2013
          New York, New York

                                    **/s/Martin Glenn**
                                    MARTIN GLENN
                                    United States Bankruptcy Judge