UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>                 Debtors. | Chapter 11<br>Case No. 12-12020 (MG)<br><br>Jointly Administered |
| RESIDENTIAL CAPITAL, LLC, et al.,<br><br>                 Plaintiffs,<br><br>v.<br><br>UMB BANK, N.A., IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.625% JUNIOR SECURED GUARANTEED NOTES, et al.,<br><br>                 Defendants. | Adv. Proc. No. 13-01343 (MG) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the estate of the Debtors,<br><br>                 Plaintiffs,<br><br>v.<br><br>UMB BANK, N.A., AS SUCCESSOR INDENTURE TRUSTEE UNDER THAT CERTAIN INDENTURE, dated as of June 6, 2008, et al.,<br><br>                 Defendants. | Adv. Proc. No. 13-01277 (MG) |

**STIPULATION AND ORDER**

WHEREAS, on November 6, 2013, the Ad Hoc Group of Junior Secured Noteholders ("Ad Hoc Group") indicated its intent to depose each of the witnesses identified herein; and

WHEREAS, the parties to the above-referenced proceedings have met and conferred with respect to these depositions, and to avoid the burden and expense of taking the noticed depositions, have agreed to this Stipulation as follows:

IT IS HEREBY STIPULATED AND AGREED:

1. At the Plan Confirmation hearing/Phase II trial, Jeffrey A. Lipps, Lucy P. Allen and Frank Sillman will not testify—and the Ad Hoc Group will not question those witnesses—regarding the Plan Proponents' decision not to subordinate, pursuant to Bankruptcy Rule 510(b), the claims of (i) certain holders of residential mortgage-backed securities; (ii) certain monoline insurers; and (iii) certain private securities litigation claimants in the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors, *In re: Residential Capital, LLC*, et al., No. 12-12010 (MG) (Aug. 23, 2013) (4819-2).

2. Lucy P. Allen and Frank Sillman did not consider subordination, pursuant to Bankruptcy Rule 510(b), in connection with their respective opinions set forth in their respective expert reports, dated October 18, 2013.

Dated: November 11, 2013

MORRISON & FOERSTER LLP

 /s/  Gary S. Lee
Gary S. Lee
Charles L. Kerr
Darryl Rains
J. Alexander Lawrence
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

-and-

CURTIS, MALLET-PREVOST, COLT
& MOSLE LLP

 /s/ Steven J. Reisman
Steven J. Reisman
Theresa A. Foudy
Michael Moscato
101 Park Avenue
New York, New York 10178
Telephone:  (212) 696-8860
Facsimile:  (212) 697-1559

*Counsel to the Debtors and
Debtors in Possession*

Dated: November 11, 2013

**MILBANK, TWEED, HADLEY & MCCLOY LLP**

By: _/s/    David. S. Cohen_

    Gerard Uzzi
    David S. Cohen
    Daniel M. Perry
    Atara Miller
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:   (212) 530-5000
Facsimile:   (212) 530-5219

and

**WHITE & CASE LLP**

J. Christopher Shore
Dwight Healy
Douglas Baumstein
Julia Winters
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone:   (212) 819-8200
Facsimile:   (212) 354-8113

*Attorneys for the Ad Hoc Group of Junior Secured Noteholders and UMB Bank, N.A.*

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Daniel H. Golden
David M. Zensky
Deborah J. Newman
Brian T. Carney
One Bryant Park
Bank of America Tower
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Attorneys for UMB Bank, N.A.*

**IT IS SO ORDERED**.

Dated:   November 12, 2013
         New York, New York

                                             _____/s/Martin Glenn_____
                                                   MARTIN GLENN
                                             United States Bankruptcy Judge