UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:   Residential Capital, LLC, et al.                Case No.: 1:12-bk-12020

                                                          Chapter 11

                        Debtor(s)

-----------------------------------------------------------------x


ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Lauren Rode, to be admitted, pro hac vice, to represent Leanetha Darby, (the "Client") an Interested Party in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California, it is hereby,

ORDERED, that Lauren Rode, Esq., is admitted to practice, pro hac vice, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: **November 12, 2013**

   New York, New York              ____/s/ Martin Glenn_____

                                   UNITED STATES BANKRUPTCY JUDGE