United States Bankruptcy Court for the Southern District of New York



## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Residential Capital, LLC, Case No.: 12-12-2020(MG) |
|---|---|
| Creditor Name and Address: | David Kinworthy : 40156 Calle Madusa, Temecula, CA 92591 |
| Court Claim Number (if known): | |
| Date Claim Filed: | 11/5/12 |
| Total Amount of Claim Filed: | $230,511.50 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 11/7/13

Print Name: JOHN T. DXIALO

Title (if applicable): Atty for Creditor

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

| This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding. |
|---|



## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 200 W. Santa Ana Blvd., Suite 900., California 92701.

On November 7, 2013, I served the foregoing document described as **WITHDRAWAL OF PROOF OF CLAIM** on interested parties in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

MORRISON & FOERSTER, LLP
Gary S. Lee
Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, New York 10104

ResCap Claims Processing Center,
C/o KCC
2335 Alaska Ave.
El Segundo, CA 90245

SEVERSON & WERSON
Erik Kemp
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

[X]   BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Ana, California. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]   BY ELECTRONIC TRANSMISSION-VIA FACSIMILE: I caused all of the pages of the above-entitled documents to be sent to the indicated recipient noted above via electronic transmission (FACSIMILE OR FAX) at the indicated facsimile number.

[ ]   BY FEDERAL EXPRESS: I caused such envelope to be delivered by Federal Express/Priority Overnight to the offices of the addressee.

[X]   (Federal): I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2013, at Santa Ana, California.

_____
Monica Taylor