**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

**WHEREAS** each of the parties listed on **Exhibit 1** hereto (each a "**Requesting Party**" and collectively, the "**Requesting Parties**") asserts that it holds a senior mortgage or security interest in the respective properties set forth on **Exhibit 1** hereto (each, a "**Mortgaged Property**" and collectively the "**Mortgaged Properties**");

**WHEREAS** undersigned counsel represents each of the Requesting Parties;

**WHEREAS** the Requesting Parties have obtained a foreclosure or other title search in connection with the pending or prospective foreclosure of each of the respective Mortgaged Properties which indicates that one of the above-captioned debtors (the "**Debtors**") may hold a lien on the Mortgaged Property;

**WHEREAS** the Requesting Parties have requested (each a "**Request**," and collectively, the "**Requests**") that the Debtors consent to relief from the automatic stay, pursuant to section 362(d) of title 11 of the United States Code (the "**Bankruptcy Code**"), in order to permit the Requesting Parties to commence and/or complete the foreclosure of their respective interests in the Mortgaged Properties;

**WHEREAS** the Debtors, following a review of their records, have determined that to the best of their knowledge they no longer hold an interest in the Mortgaged Properties, although, in some instances, an assignment of the Debtors' mortgage has not yet been filed;

**WHEREAS** the Debtors have agreed to consent to the Requests on the terms and conditions contained in this Stipulation and Order to permit the Requesting Parties to proceed with foreclosures without violating the automatic stay;

**WHEREAS** the Stipulation and Order is not being submitted under the Procedures approved by the Bankruptcy Court in the *Order Pursuant to Bankruptcy Code Sections 105(a) and 362(d) for Entry of an Order Approving Procedures by Which Third Parties May Request and Obtain Stipulated Relief from the Automatic Stay to Commence or Continue Actions to Foreclose Senior Liens* [Docket No. 1824] ("**Procedures Order**") due to the omnibus nature of the relief agreed upon;

**NOW, THEREFORE**, it is hereby stipulated and agreed as between the Debtors and each Requesting Party, each solely in respect of the Mortgaged Properties for which such Requesting Party seeks relief from the automatic stay, through their undersigned counsel; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Requests are granted as set forth herein.

2. To the extent applicable, the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code to the extent necessary to allow each of the Requesting Parties to commence and/or complete the foreclosure of the mortgage and security interest it holds on the respective Mortgaged Property, as specified on **Exhibit 1** hereto.

3. Nothing in this Stipulation and Order shall be deemed to affect in any way the rights of any entity, including the Debtors, to contest in any foreclosure proceeding the validity or relative priority of the applicable Requesting Party's mortgage and security interest in the respective Mortgaged Property relative to any other lien on such Mortgaged Property.

4. Nothing in this Stipulation and Order shall be construed to provide for the annulment of or any other retroactive relief from the automatic stay.

5. Each Requesting Party shall provide due notice to all parties required by applicable law to receive notice, as well as to the Debtors, Ocwen Loan Servicing, LLC[1], and Green Tree Servicing LLC[2], in connection with any action to be taken with respect to the respective Mortgaged Property, including, but not limited to, proceeding with a sale of such Mortgaged Property, in accordance with and to the extent the Requesting Party would be required by applicable state law to provide notice to the holder of any lien on such Mortgaged Property.

6. A Requesting Party and the Debtors may agree, in a signed writing, to a modification of this Stipulation and Order solely with respect to the application of this Stipulation and Order to such Requesting Party, and such signed writing shall not be deemed to affect in any manner the application of this Stipulation and Order to any other Requesting Party, <u>provided</u>, <u>however</u>, that except as specifically set forth in this paragraph, this Stipulation and Order may not be modified other than by further order of the Court.

---

[1] Notices should be served on Ocwen Loan Servicing, LLC, at 1100 Virginia Drive, Fort Washington, PA 19034 (Attn: Peter J. Mulcahy, Esq.).

[2] Notices should be served on Green Tree Servicing LLC via email at: Foreclosure_Team@gt-cs.com or via mail addressed to: Green Tree Servicing LLC, Mailstop: R214, 1400 Turbine Drive, Rapid City, SD 57703.

3

7. This Stipulation and Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

8. Pursuant to Bankruptcy Rule 4001(a)(3), the 14-day stay of this Stipulation and Order imposed by such Bankruptcy Rule is waived. Each Requesting Party is authorized to implement the provisions of this Stipulation and Order immediately upon its entry.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Stipulation and Order.

| GMAC MORTGAGE, LLC<br><br>By: /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Erica J. Richards<br>James A. Newton<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for Debtors*<br>*and Debtors in Possession* | EACH OF THE REQUESTING PARTIES SET FORTH ON **EXHIBIT 1**, HERETO, EACH SOLELY IN RESPECT OF THE MORTGAGED PROPERTY FOR WHICH IT SEEKS RELIEF FROM THE AUTOMATIC STAY<br><br>By: /s/ Eric S. Sheidlower<br>Eric S. Sheidlower<br>**ROSICKI, ROSICKI, ASSOCIATES, P.C.**<br>51 E. Bethpage Road<br>Plainview, New York 11803<br>Telephone: (516)741-2585<br>Facsimile: (516) 873-7243<br><br>*Counsel for the Requesting Parties* |

**SO ORDERED.**

**Dated:** November 12, 2013
New York, New York

                                                /S/MARTIN GLENN
                                                MARTIN GLENN
                                       UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

|  | REQUESTING PARTY | LIENHOLDER | BORROWER NAME(S) | ADDRESS |
|---|---|---|---|---|
| 1 | BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. | BETIM & EDMOND FERATI | 294 FIELDWOOD ROAD WATERBURY, CT 06704 |
| 2 | GREEN TREE SERVICING, LLC AS SERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION. | GREEN TREE SERVICING, LLC | BETTY J. WOODMANSEE | 24 BEEDE ROAD, EPPING, NH 03042 |
| 3 | GREEN TREE SERVICING, LLC AS SERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION. | GREEN TREE SERVICING, LLC | BRIAN M. THIBOULT | 10 BANCROFT ROAD, NEWTON, NH 03858 |
| 4 | NATIONSTAR MORTGAGE, LLC | NATIONSTAR MORTGAGE, LLC | BRYAN LANEVILLE | 1139 HARBOR CT., GLENDALE HEIGHTS ILLINOIS 60139 |
| 5 | GREEN TREE SERVICING, LLC AS SERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION. | GREEN TREE SERVICING, LLC | SHARON M. GOVE AND CHARLES W. GOVE | N 5749 HWY A, CAMBRIA, WI 53923 |
| 6 | US BANK, N.A. | US BANK, N.A. | CHRISTINE PEARSON | 1767 OLD MANOR ROAD, EMPORIA, KS 66801 |
| 7 | DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE,IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2005-WL1, ASSET-BACKED CERTIFICATES, SERIES 2005-WL1 | SELECT PORTFOLIO SERVICING | CONNIE JONES | 8945S THROOP STREET, CHICAGO, IL 60620 |
| 8 | DEUTSCHE BANK NATIONAL TRUST COMPANY, ASTRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-4, ASSET-BACKED CERTIFICATES, SERIES 2006-4 | SELECT PORTFOLIO SERVICING | CRAIG ANDERSON, JR. | 210 83RD AVE N ST PETERSBURG FLORIDA 33702 |
| 9 | SETERUS, INC AS SERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION. | SETERUS, INC. | DALE CHARRON AND MICHELLE CHARRON | 36931 GREENBUSH RD, WAYNE, MI 48184 |
| 10 | SETERUS, INC AS SERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION. | SETERUS, INC. | DANIEL "DANNY" BOWLES | 8404 GREEN RD, FENTON, MI 48430 |
| 11 | CITIMORTGAGE, INC. | CITIMORTGAGE, INC. | DEBRA LYNN MEDFORD | 4223 YACHT HARBOR DRIVE, STOCKTON, CA 95204 |

|    | REQUESTING PARTY | LIENHOLDER | BORROWER NAME(S) | ADDRESS |
|----|------------------|------------|------------------|---------|
| 12 | BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. | DWAYNE C CALDWELL | 3570 MOAK STREET PORT HURON, MI 48060 |
| 13 | CITIMORTGAGE, INC. | CITIMORTGAGE, INC. | EDGAR J WOLCOTT AND AMY K WOLCOTT | 7601 MACKINAW, KOCHVILLE TOWNSHIP, MI 48604 |
| 14 | SETERUS, INC AS SERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION. | SETERUS, INC. | HAZEL GLOVER AND OSCAR GLOVER | 1734 MOULIN AVE, MADISON HEIGHTS, MI 48071 |
| 15 | LNV CORPORATION | DOVENMUEHLE MORTGAGE, INC. | JAMIE R. TICER | 1701 LINCOYA BAY DRIVE, NASHVILLE, TN 37214 |
| 16 | CITIMORTGAGE, INC. | CITIMORTGAGE, INC. | JANE NEWMAN AND DALE NEWMAN | 211 WIKIUP MEADOWS DRIVE, SANTA ROSA, CA 95403 |
| 17 | CITIMORTGAGE, INC. | CITIMORTGAGE, INC. | JOHN C. VELAYAS AND TERRI SUE VELAYAS | 1425 EXPLORADOR CALLE, THORNTON, CO 80229 |
| 18 | BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. | JOSEPH A ATCHISON | 1630 LAKE CHARLOTTE LANE RICHMOND, TX 77469 |
| 19 | HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2006-AR6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR6 | BANK OF AMERICA, N.A. | JOYCE PANAPA | 1610 RAENA DRIVE 203 ODESSA, FL 33556 |
| 20 | BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. | KEVIN R HAXTON | 17541 SHURMER RD STRONGSVILLE, OH 44136 |
| 21 | US BANK, N.A. | US BANK, N.A. | LOIS WILKINS | 2208 SE 22ND TERRACE, TOPEKA, KS 66605 |
| 22 | GREEN TREE SERVICING, LLC AS SERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION. | GREEN TREE SERVICING, LLC | MARC L. CROTEAU AND SHANNON E. CROTEAU | 6 BALSAM LANE, MERRIMACK, NH 03054 |
| 23 | US BANK, N.A. | US BANK, N.A. | MARGARET I. THEDE | 6808 CORAL ROCK DR, LAS VEGAS, NV 89108 |
| 24 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | MARK MARTINEZ AND SALINA MARTINEZ | 5555 W HAMMOND AVE, FRESNO, CA 93722 |
| 25 | HSBC BANK USA, N.A. | PHH MORTGAGE CORPORATION | MELVINA SELF AND TERRY GAYLORD | 55 DULA SPRINGS ROAD, WEAVERVILLE, NC 28787 |
| 26 | BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. | MICHAEL EVERETT AND ERIN E. MARTS | 2821 NORTH PARK AVENUE 8, TUCSON AZ 85719 |
| 27 | NATIONSTAR MORTGAGE, LLC | NATIONSTAR MORTGAGE, LLC | MICHAEL HAMLIN | 26 GRIDLEY STREET, BRISTOL, CT 06010 |

|    | REQUESTING PARTY | LIENHOLDER | BORROWER NAME(S) | ADDRESS |
|----|---|---|---|---|
| 28 | BANK OF AMERICA N.A. | BANK OF AMERICA, N.A. | NEVILLE R. BLAKE / KATHLEEN F. RICKETTS | 8 MELISSA LANE, NEW WINDSOR TOWNSHIP, NY 10992 |
| 29 | CITIMORTGAGE, INC. | CITIMORTGAGE, INC. | PAMELA D. HARPER | 804 STILLWATER COURT, KELLER, TX 76248 |
| 30 | U.S. BANK, N.A., SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2007-HE3, ASSET-BACKED CERTIFICATES SERIES 2007-HE3 | SELECT PORTFOLIO SERVICING | PAUL OJEDA | 9500 CLAXTON DRIVE, AUSTIN, TX 78736 |
| 31 | SETERUS, INC AS SERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION. | SETERUS, INC. | RALPH RAFALSKI AND KAREN RAFALSKI | 2779 BLACK EAGLE RDG, HOWELL, MI 48843 |
| 32 | GREEN TREE SERVICING, LLC AS SERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION. | GREEN TREE SERVICING, LLC | ROBERT AND KATHY O'BYRAN | 62 CHIPMUNK LANE, FARMINGTON, NH 03835 |
| 33 | CITIMORTGAGE, INC. | CITIMORTGAGE, INC. | ROBERT JAMES AND CASSANDRA JAMES | 1069 STAMFORD RD, YPSILANTI, MI 48198 |
| 34 | CITIMORTGAGE, INC. | CITIMORTGAGE, INC. | RODNEY T. QUEEN AND GLORIA QUEEN | 2006 CINEBAR STREET, BOISE, ID 83709 |
| 35 | CITIMORTGAGE, INC. | CITIMORTGAGE, INC. | RONALD M. MALDONADO AND SHERRI L. MALDONADO | 804 SANDY DRIVE NW, ALBUQUERQUE, NM 87120 |
| 36 | CITIMORTGAGE, INC. | CITIMORTGAGE, INC. | SCOTT W. SLAGLE | 2700 LONDON CT, EULESS, TX 76039 |
| 37 | EVERBANK | EVERHOME MORTGAGE COMPANY | STEPHEN FREEMAN AND PAULA FREEMAN | 209E LOCUST ST, LANCASTER, OH 43130 |
| 38 | SETERUS, INC AS SERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION | SETERUS, INC. | STEVEN FITCH | 1240 W BUTLER DR, CHANDLER, AZ 85224 |
| 39 | GREEN TREE SERVICING, LLC AS SERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION. | GREEN TREE SERVICING, LLC | SUSAN C. JOZITIS AND JOSEPH C. JOZITIS | 29 BRENTON STREET, LITCHFIELD, NH 03052 |
| 40 | GREEN TREE SERVICING, LLC AS SERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION. | GREEN TREE SERVICING, LLC | TERRI PINCUS | 51 COLONIAL DRIVE, FARMINGDALE, NY 11735 |
| 41 | LOCKHEED FEDERAL CREDIT UNION | DOVENMUEHLE MORTGAGE, INC. | TIPPAVAN RUJI TOLBERT AND ERIC C. TOLBERT | 27656 IRONSTONE DR., CANYON COUNTY, CA 91387 |

|    | REQUESTING PARTY | LIENHOLDER | BORROWER NAME(S) | ADDRESS |
|----|---|---|---|---|
| 42 | CITIMORTGAGE, INC. | CITIMORTGAGE, INC. | WILLIAM J. COLLINS AND GLORIA L. COLLINS | 16050 KAY DEE LANE, RAMONA, CA 92065 |
| 43 | BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. | WILLIE H ETHERIDGE, JR | 1108 BREEZEWOOD DRIVE LEWISVILLE, TX 75077 |
| 44 | CITIMORTGAGE, INC. | CITIMORTGAGE, INC. | CRAIG HEAD | 1244 LAKEWOOD AVE., SOMONAUK, IL 60552 |
| 45 | CITIMORTGAGE, INC. | CITIMORTGAGE, INC. | GOKCE DEMIR CANER | 8306 CHELSEA COVE DRIVE NORTH, HOPEWELL JUNCTION, NY 12533 |
| 46 | CITIMORTGAGE, INC. | CITIMORTGAGE, INC. | KIM M. OVERMYER | 654 NAPOLEON ROAD, LEONI TOWNSHIP, MI 49254 |
| 47 | CITIMORTGAGE, INC. | CITIMORTGAGE, INC. | CYNTHIA AUGSTEIN | 5149 APPLETON AVENUE, JACKSONVILLE FL 32210 |
| 48 | EVERBANK | EVERHOME MORTGAGE COMPANY | HEATHER ACKER | 633 DONLEE DR, DURHAM, NC 27712 |
| 49 | CITIMORTGAGE, INC. | CITIMORTGAGE, INC. | JACK D. EWER AND MICHELE K. EWER | 2255 WILDWOOD, HOLLY, MI 48442 |
| 50 | BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. | ANTHONY A. FERA AND AMANDA M. FERA | 17 STRONG AVENUE, PORTLAND, CT 06480 |
| 51 | BAYVIEW LOAN SERVICING, LLC | BAYVIEW LOAN SERVICING, LLC | ARNIS SVANS | 37971 N LAKE VISTA TER, SPRING GROVE, IL 60081-0000 |
| 52 | NATIONSTAR MORTGAGE, LLC. | NATIONSTAR MORTGAGE, LLC. | JOHN KETO AND LISA KETO | 5 TERWILLIGER ROAD, HYDE PARK, NY 12538, |
| 53 | CITIMORTGAGE, INC. | CITIMORTGAGE, INC. | NUBIA BRITO FERRIOL AND JUAN J. FERRIOL | 7196 PINE BLUFF DRIVE, LAKE WORTH, FL 33467 |
| 54 | SETERUS, INC AS SERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION. | SETERUS, INC. | RAYMUNDO ALARCON | 6678 HANNAH CV, ROYAL PALM BEACH, FL 33411 |
| 55 | BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. | ROBERT NOLTE, JR. | 46058 PURPLE SAGE COURT, BELLEVILLE, MI 48111 |
| 56 | BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. | RUSSELL L. ALESSANDRINI | 17 BROADWAY STREET, EAST LYMYE, CT 06357 |
| 57 | ROUNDPOINT MORTGAGE SERVICING CORP. | ROUNDPOINT MORTGAGE SERVICING CORP. | WESLEY GIPSON | 15658 MUTUAL TERRACE, SOUTH HOLLAND, IL 60473 |
| 58 | CITIMORTGAGE, INC. | CITIMORTGAGE, INC. | DAVID E. FRENZ AND CHRISTINE FRENZ | 5235 E 115 ST, GARFIELD HEIGHTS, OH 44125 |
| 59 | BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. | ANN O SANDAL | 114 BUCKSTON TRACE LEESBURG, GA 31763 |
| 60 | BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. | TIMOTHY R. MAHATHEY | 121 OLD IVEY CIRCLE MADISON, AL 35756 |

|    | REQUESTING PARTY | LIENHOLDER | BORROWER NAME(S) | ADDRESS |
|---|---|---|---|---|
| 61 | BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. | WASHINGTON NUNES | 2721 NW 9TH CT FORT LAUDERDALE, FL 33311 |
| 62 | BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. | KAREN BENNETT | 59 ADAMS RD APT 2B, CENTRAL ISLIP, NY 11722 |
| 63 | BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. | ROLEEN T. BRIGHT | 213 RIDGEWOOD DRIVE, DAPHNE, AL 36526 |
| 64 | BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. | WILLIAM T. & DANIELLE SHOOK | 11 SEMINOLE ROAD, MIDDLEFIELD, CT 06455 |
| 65 | BANK OF AMERICA, N.A. | BANK OF AMERICA, N.A. | JAMES S. JONES | 3203 CRESTBRIDGE LANE, SPRING, TX 77388 |