# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:                                             )
                                                   )   Case No.: 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                  )   Chapter 11
                                                   )
                         Debtors.                  )
                                                   )

------------------------------------------------

## PRO SE CREDITOR TOMAS DIAZ RESPONSE TO DEBTORS' FIFTIETH OMNIBUS OBJECTION TO CLAIMS [Docket No. 5162]

COMES NOW Tomas Diaz a pro se creditor to this action and presents a Response to Debtors' Fiftieth Omnibus Objection to Claims upon this honorable Court. In support of this response I state the following:

1.   Pro se creditor Tomas Diaz furthermore known as DIAZ for the purpose of this response. On April 26, 2010 – June 18, 2010 DIAZ published in a Florida newspaper that anyone having a legal claim in the referenced property attached hereto as (Exhibit A.) must make their claim within 30 days of this notice or forever be precluded from making any claim upon DIAZ patented land. A copy of the Land Patent is attached hereto as (Exhibit B.) DIAZ Land Patent was executed on July 13, 2010 in the United States Department of the Interior by The Bureau of Land Management.

2. The subject claim is based on a promissory note prepared by Platinum Capital Group an affiliate of Residential Capital, LLC, which was then lost and or destroyed, the Affidavit of lost note is attached hereto as (Exhibit C.) Lastly, attached hereto as (Exhibit D) is a copy of the property appraisers 2013 market value.

WHEREFORE, DIAZ is asking this honorable Court to enter into a settlement with RESIDENTIAL CAPITAL, LLC a/k/a HOMECOMINGS FINANCIAL, DEUTSCHE BANK TRUST COMPANY & NATIONSTAR., that DIAZ land be reduced to today current value of 300k for which DIAZ is satisfied of all claims.

Respectfully submitted this ___4___ day of November 2013.

Tomas Diaz
(*Pro se Creditor*)
5200 SW 122nd Avenue
Miami, FL 33175
(305)244-5159
masterpicasso@yahoo.com

By: _____
Tomas Diaz