## Certificate of Service

I HEREBY CERTIFY, that true and correct copies of the foregoing were sent by US Mail this ___4___ day of November, 2013 to MORRISON & FOERSTER LLP at 1290 Avenue of the Americas, New York, New York, 10104 and to SILVER ACAMPORA LLP at 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753.

Tomas Diaz
(*Pro se Creditor*)
5200 SW 122nd Avenue
Miami, FL 33175
(305)244-5159
masterpicasso@yahoo.com

By: _____
Tomas Diaz