# Exhibit A

# Land Patents Applied For Legal Description as per property appraisers office:

Tract 111, of BIRD ROAD FARMSITES, in Section 24, Township
54 South, Range 39 East, according to the plat thereof
Recorded in plat Book 46, Page 3, of the Public Records of
Miami-Dade County, FL.
Township 54 Range 41 Section 04
DEWOLF VILLAS PB 58-44 LOT 2 LOT SIZE 61.260 X 105 OR 16814-
2799 0595 4 COC 26117-1484 12 2007 6 OR 26117-1484 1207 03
Miami-Dade County, FL.
Township 54 Range 39 Section 24
24 54 39 BIRD ROAD FARMSITES PB 46-3 TR 227 LESS S250FT
LOT SIZE IRREGULAR OR 14927-1722 0391 4 COC 25398-4675
02 2007 5
Miami-Dade County, FL.
Township 54 Range 40 Section 12
12 54 40 1.12 AC E180FT OF W420FT OF S1/2 OF SE1/4 OF NE
¼ LESS RDS LOT SIZE 180.000 X 271 OR 14091-1229 1231 0489
1 COC 25201-3298 12 2006 1
Miami-Dade County, FL.
Township 54 Range 40 Section 27
SUNKIST ESTS A RESUB PB 40-95 LOT 9 LESS N15FT FOR R/W
BLK 4 LOT SIZE IRREGULAR OR 16295-1051 0394 1 COC 23856-
1639 07 2005 1
Miami-Dade County, FL.
Township 54 Range 40 Section 05
LES CHALETS II PB 119-26 LOT 32 BLK 10 LOT SIZE 8153 SQ FT
& INT IN COMMON AREA OR 12926-2791 0486 1
Miami-Dade County, FL.
Township 54 Range 39 Section 02
UNIVERSITY PARK WEST SEC 2 PB 111-32 LOT 6 BLK 4 LOT SIZE
75.00 X 105.00 COC 24333-3326 03 2006 1 OR 26911-2837
0509 19
Miami-Dade County, FL.
Township 53 Range 40 Section 31
NEW WORLD II CONDO UNIT 44 UNDIV 1.70% INT IN COMMON
ELEMENTS OFF REC 12440-458 OR 14273-120 0989 5
Miami-Dade County, FL.
Township 53 Range 40 Section 31
NEW WORLD II CONDO UNIT 28 UNDIV 1.70% INT IN COMMON
ELEMENTS OFF REC 12440-458 OR 17255-2192 0696 4
Miami-Dade County, FL.
Township 54 Range 40 Section 02
2 54 40 FLAGAMI SEC A BLK 1 PB 10-51 LOTS 7 TO 9 INC LESS SWLY
PORT LYG IN PALMETTO R/W BLK 1 LOT SIZE 5712 SQUARE FEET OR
15757-2495 0788 1
Miami-Dade County, FL.
Township 53 Range 41 Section 37
DAVENPORTS SUB PB 1-81 LOT 6 & LOT 7 LESS S20FT LOT SIZE
40.000 X 100 OR 20294-4008 03 2002 6 COC 25921-0431 03 2007 1
OR 26911-2836 0509 11
Miami-Dade County, FL.
Township 54 Range 41 Section 39
THE SAIL CONDO UNIT 1408 UNDIV 1/156 INT IN COMMON ELEMENTS
OFF REC 25201-0844 COC 26319-4884 03 2008 1
Miami-Dade County, FL.
Township 54 Range 40 Section 03
GABLES II TOWNHOMES CONDO UNIT 1006 UNDIV 0.921986% INT IN
COMMON ELEMENTS OFF REC 13490-109 OR 18204-2292 0798 1
Miami-Dade County, FL.
Township 54 Range 41 Section16
CORAL PLAZA OF MIAMI CONDO UNIT 1512 UNDIV 0.004709% INT IN
COMMON ELEMENTS OFF REC 20250-0418 COC 22391-4054 COC 22391-
4054 05 2004 1
Miami-Dade County, FL.
Township 54 Range 40 Section 02

FLAGAMI PB 10-51 LOT 11 BLK 7 LOT SIZE 25.00 X 110.00 OR 11388-795
0382 OR 20870-1829 0409 19
Miami-Dade County, FL.
Township 54 Range 39 Section 26
MILLER DREAMS SEC 2 PB 125-53 LOT 7 BLK 13 LOT SIZE 10395Q FT
& INT IN COMMON AREA OR 18064-3393 0498 1
Miami-Dade County, FL.
Township 55 Range 39 Section 34
WEITZER SERENA LAKES WEST SEC 2 PB 147-64 T-18575 LOT 3 BLK 8
LOT SIZE 3760 SQ FT & INT IN COMMON AREAS F/A/U 30-5934-002-0840
Miami-Dade County, FL.
Township 54 Range 40 Section 20
20 54 40 HEFTLER HOMES SEC 3 PB 68-50 LOT 11 BLK 28 LOT SIZE 82.000
X 100 OR 11817-2061 0583 1 COC 24821-1505 07 2006 1
Miami-Dade County, FL.
Township 54 Range 40 Section 18
WESTBIRD VILLAGE CONDO UNIT S-301 UNDIV 0.0048838827% INT IN
COMMON ELEMENTS OFF REC 24047-0458 OR 23369-1755 0505 2
Miami-Dade County, FL.
Township 29 Range 20 Section 11
SEFFNER RIDGE ESTATES UNIT NO 2 LOT 27 BLOCK 1 PLAT BOOK 0039
PAGE 0080 PIN: U-11-29-20-2AA-000001-00027.0
Hillsborough County,FL.
Township 56 Range 39 Section 18
18 56 39 1.02 AC M/L S161.3FT OF W996.5FT OF E1/2 OF NE1/4 OF SW ¼
LESS E396FT OR 21108-0064 032003 1 COC 24665-4034 06 2006 1 OR
27037-2931 0909 19
Miami-Dade County, FL.
Township 54 Range 38 Section 09
A B AT TAMIAMI TRAIL PHASE I PB 160-25 T-21083 LOT 11 BLK 22 LOTSIZE
6151 SQFT FAU 30-4909-000-0031 0035 & 0330 COC 22602-1747 08 2004 1
Miami-Dade County, FL.
Township 52 Range 42 Section 10
EASTERN SHORES 1ST ADD PB 65-39 LOT 16 BLK 7 LOT SIZE 10000 SQUARE
FEET OR 11151-1714 0681 1 COC 21781-3785 10 2003 1 OR 26811-3517
0309 11
Miami-Dade County, FL.
Township 52 Range 42 Section 14
OCEANIA III CONDO UNIT 1736 UNDIV 0.00674109332% INT IN COMMON
ELEMENTS OFF REC 14981-1084 OR 15100-2685 0691 1
Miami-Dade County, FL.
Township 54 Range 39 Section 24
* 24 54 39 2.33 AC BIRD ROAD FARMSITES PB 46-3 S1/2 OF TR 226 LOT SIZE
IRREGULAR OR 19560-3055 032001 1 COC 23902-0698 04 2005 1
Miami-Dade County, FL.
Township 54 Range 40 Section 29
29 54 40 1.058 AC MILLER DRIVE ESTATES PB 46-37 N1/2 OF W1/2 OF TR
20 LOT SIZE IRREGULAR OR 13993-1737 0289 1 COC 23856-2119 06 2005 1
Miami-Dade County, FL.
Township 56 Range 38 Section 21
21 56 38 1.25 AC M/L W188FT OF E997FT OF S280FT OF N 2283 FT OF SE ¼
AKA LOT 407 OR 20170-1057 012002 1 COC 25792-1571 06 2007 1 OR 27117
-1142 1009 19
Miami-Dade County, FL.
Township 53 Range 41 Section 06
CAROLE ANNE PK 2ND ADDN PB 52-86 LOT 10 BLK 8 LOT SIZE 60.000 X 138
OR 20949-2707 0103 3 COC 25002-0232 09 2006 1
Miami-Dade County, FL.
Township 53 Range 41 Section 08
HIALEAH 13TH ADDN AMD PL REV PB 34-26 LOT 4 & W 20FT LOT 5 BLK 87-B
& 6FT ALLEY LYG S & ADJ CLOSED PER R-94-104 LOT SIZE 60.000 X 138
Miami-Dade County, FL.
Township 60 Range 39 Section 36

UNIT 13 LAKE SURPRISE II, A CONDOMINIUM OR 1072-1946 OR 1114-1154 OR
1159-2399 OR 1172-236 OR2309-1484/85 OR 2447-2402 OR2450-2424/25C/T
OR 2452-80/81C/T
Monroe County, Florida.
Township 54 Range 40 Section 05
LES CHALETS II PB 119-26 LOT 6 BLK 4 LOT SIZE 5764 SQ FT & INT IN COMMON
AREA OR 20173-4082 0102 1
Miami-Dade County, FL.
Township 53 Range 41 Section 08
HIALEAH 13TH ADD AMD PL REV PB 34-26 LOT 18 BLK 98-B LOT SIZE 40.000 X
129 COC 24755-0109 25586-4896 0505 5 OR 24755-0109 0505 01
Miami-Dade County, FL.
Township 53 Range 41 Section 08
HIALEAH 13TH ADD AMD PL REV PB 34-26 LOT 17 BLK 98-B LOT SIZE 40.000 X
129 OR 20223-4859 0202 1 COC 24755-0108 25586-4897 0505 5
Miami-Dade County, FL.
Township 54 Range 41 Section 38
BRICKELL ON THE RIVER N TWR CONDO UNIT 2804 UNDIV 0.26615% INT IN
COMMON ELEMENTS OFF REC 24064-3712 COC 24398-4954 03 2006 1
Miami-Dade County, FL.
Township 53 Range 41 Section 20
ESSEX VILLAGE 5TH ADDN PB 49-21 LOT 5 BLK 87 LOT SIZE 59.170 X 109 OR
17196-1323 0596 1 COC 25645-4654 05 2007 1 OR 27138-2531 1109 19
Miami-Dade County, FL.
Township 54 Range 39 Section 28
LAKE MARKS AT WESTWIND PB 120-50 LOT 47 BLK 1 LOT SIZE 7500 SQ FT
M/L OR 16269-1803 0294 1 OR 16269-1803 0294 00
Miami-Dade County, FL.
Township 52 Range 41 Section 31
31 52 41 .18 AC ROBINS VILLAS PB 51-11 LOT 16 BLK 2 LOT SIZE IRREGULAR
OR 21098-1998 0103 1 COC 23980-1361 11 2005 5
Miami-Dade County, FL.
Township 56 Range 39 Section 25
PICKET FENCES COUNTRY ESTATES PB 160-98 T-21253 LOT 7 BLK 1 LOT SIZE
9075 SQ FT FAU 30-6925-000-0150 OR 20879-0802 11/2002 2 (S9)
Miami-Dade County, FL.
Township 53 Range 41 Section 03
3 53 41 .71 AC E175FT ON N230FT OF S1/2 OF NW1/4 OF SW1/4 OF SW1/4
LESS N25FT & E25FT FOR RD LOT SIZE 175.000 X 230 OR 19741-1482 0601 1
Miami-Dade County, FL.
Township 54 Range 39 Section 21
IMPERIAL GROUP PB 137-1 LOT 37 BLK 10 LOTSIZE 4420 SQ FT & INT IN
COMMON AREA OR 18941-4715 0995 1
Miami-Dade County, FL.
Township 55 Range 42 Section 04
TOWERS OF KEY BISCAYNE CONDO TOWERF UNIT F-503 – 7TH FLOOR UNDIV
.3889% INT IN COMMON ELEMENTS CLERKS FILES 72R 183763 & 73R 223030
Miami-Dade County, FL.
Township 54 Range 41 Section 39
BRICKELL PLACE CONDO UNIT A-PH-VIII UNDIV .322% INT IN COMMON
ELEMENTS CLERKS FILE 75R 258076 OR 18436-3092 0294 4
Miami-Dade County, FL.
Township 55 Range 42 Section 04
TOWERS OF KEY BISCAYNE CONDO TOWER D UNIT D-505 7TH FLOOR
UNDIV .1446% INT IN COMMON ELEMENTS CLERKS FILES 72R183763
& 73R233030
Miami-Dade County, FL.
Township 55 Range 42 Section 04
TOWERS OF KEY BISCAYNE CONDO TOWER D UNIT D-504 – 7TH FLOOR
UNDIV .1446% INT IN COMMON ELEMENTS CLERKS FILES 72R-183763
& 73R-233030
Miami-Dade County, FL.
Township 54 Range 40 Section 27

SUNSET PINES PB 13-23 LOT 6 BLK 6 LOT SIZE 50.000 X 105 F/A/U 30
4027 007 0710 OR 20075-0212-1101 2
Miami-Dade County, FL.
Township 48 Range 42 Section 18
ID# 4842 18 AB 1430
RIVIERA PALMS CONDO UNIT 307 BLDG 5
Broward County, FL.
Township 51 Range 41 Section 10
ID#5141 10 09 0890
BOULEVARD HEIGHTS SEC 14 REPLAT 61-23 B LOT 14 BLK 4
Broward County, FL.
Township 52 Range 42 Section 28
SUTTON HOUSE CONDO UNIT 28 BLDG 1855 UNDIV 986/167912 INT IN
COMMON ELEMENTS OFF REC 23548-3644 COC 23743-1259 08 2005 1
Miami-Dade County, FL.
Township 52 Range 42 Section 28
28 52 42 KEYSTONE POINT SEC 2 PB 50-62LOT 3 BLK 1 LOT SIZE 75.000
X 125 OR 10269-1532 0179 6 COC 23384-1853 04 2005 1
Miami-Dade County, FL.
Township 55 Range 39 Section 34
MED GARDENS SEC 2 PB 150-35 T-19535 LOT 42 BLK 2 LOT SIZE 8063
SQ FT FAU 30-5934-018-1280 THRU 1760 & 1840 THRU 2040
Miami-Dade County, FL.
Township 56 Range 40 Section 16
LAKES BY THE BAY GEE PB 164-043 T-22075 LOT 2 BLK 16 LOT SIZE 1832
SQ FT FAU 36 6016 000 0020 COC 24966-1086 09 2006 1
Miami-Dade County, FL.
Township 52 Range 40 Section 21
WEST LAKES GARDENS 1ST ADDN PB 138-27 LOT 36 BLK 7 LOT SIZE 5000
SQ FT 30-2021-001-0020 OR 18653-2902 0699 1
Miami-Dade County, FL.
Township 51 Range 42 Section 24
ID#5142 24 BB 1080
AQUARIUS CONDO UNIT N-1605
Broward County, FL.
Township 52 Range 42 Section 20
SAILBOAT CAY CONDO UNIT 914 UNDIV 0.0051651% INT IN COMMON
ELEMENTS OFF REC 16245-5093 OR 20175-1850 1201 1
Miami-Dade County, FL.
Township 52 Range 42 Section 29
FAIRVIEW PB 6-147 N38.16FT LOT 4 & ALL LOT 5 LESS W25FT BLK 1 LOT
SIZE 8267 SQUARE FEET COC 24790-1660 07 2006 1 OR 24790-1660 0706 00
Miami-Dade County, FL.
Township 52 Range 40 Section 11
GARDEN VIEW VILLAS HOMES CONDO UNIT 201 BLDG 7 UNDIV 1.00% INT
IN COMMON ELEMENTS OFF REC 22231-2643 COC 24605-0592 05 2006 1
Miami-Dade County, FL.
Township 52 Range 40 Section 11
TROPICAL LANDINGS CONDO UNIT 102 BLDG 25 UNDIV 0.797% INT IN
COMMON ELEMENTS OFF REC 22035-2190 COC 26414-0129 05 2008 3
Miami-Dade County, FL.
Township 25 Range 29 Section 05
Parcel: 052529237700011640
FOREST EDGE PB 13 PG 66-67 LOT 164
Osceola County, FL.

Jacob-Franz:Dyck
PH# 813-370-3094
3876 SW 112 AVE, #137
MIAMI, FL 33165

# Exhibit B



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Eastern States
7450 Boston Boulevard
Springfield, Virginia 22153

JUL 1 6 2010

TO WHOM IT MAY CONCERN;

**I HEREBY CERTIFY THAT** the attached reproduction(s) is an exact copy of the official document on file in this office.

**IN TESTIMONY WHEREOF** I have hereunto subscribed my name and caused the seal of this office to be affixed on the above day and year.

_____
Authorized Signature

Telephone (703)440-1600 or Fax (703)440-1609

ES 1845.1 (June 1993)

No. 20. The United States of America.

To all to whom these presents shall come, Greeting:

Whereas, by the act of Congress approved September 28, 1850, entitled "An Act to enable the State of Arkansas and other States to reclaim the Swamp Lands within their limits" it is provided that all the "Swamp and Overflowed Lands" made unfit thereby for cultivation, within the State of Florida which remained unsold at the passage of said Act, shall be granted to said State;

And whereas, in pursuance of instructions from the General Land Office of the United States, the several tracts or parcels of land hereinafter described have been selected as "Swamp and Overflowed Lands" inuring to the said State under the Act aforesaid, situate in the District of Lands subject to sale at Gainesville, formerly at Tampa, Florida, to wit:

The whole of fractional section two; the east half of section three; the south half of the south east quarter, and the south half of the south west quarter of section nine; the north half of the north east quarter, the south half of the south west quarter, and the south east quarter of section ten; the whole of section eleven; the south half of the south west quarter, and the south half of the south east quarter of section thirteen; the south east quarter, and the west half of section fourteen; the whole of section fifteen; the east half of the north east quarter, the south west quarter of the north east quarter, the east half of the south west quarter, the south west quarter of the south west quarter, and the south east quarter of section twenty; the whole of section twenty one; the south west quarter, and the north west quarter of the south west quarter of section twenty two; the north half of the north east quarter, and the north half of the north west quarter of section twenty four; the south west quarter of the north west quarter, the north west quarter of the south west quarter, and the south half of the south west quarter of section twenty seven; the south east quarter of the north east quarter, the north west quarter, and the north east quarter of the south east quarter of section twenty eight; the whole of sections twenty nine, thirty, thirty one, thirty two and thirty three; the west half and the south east quarter of section thirty four; the south

[Left margin, vertical:] Received at Washington, D.C. this second day of March, 1880, the every land patent No. 20 for the State of lands subject to sale at Gainesville, formerly Tampa, Florida, of which this is the record.

S. Mailes
State agent of the State of Florida

containing twenty two thousand two hundred and thirteen acres, and seventy five hundredths of an acre.

The whole of sections one, two, three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen, seventeen, eighteen, nineteen, twenty, twenty one, twenty two, twenty three, twenty four, twenty five, twenty six, twenty seven, twenty eight, twenty nine, thirty, thirty one, thirty two, thirty three, thirty four, thirty five and thirty six, in

-4-41

Township forty four South of Range forty one east, containing twenty three thousand seven hundred and seventy six acres and fifty eight hundredths of an acre.

The lot numbered one of section one;* the west half of section two; the whole of sections three, four, five, six, seven, eight, nine, ten, eleven, twelve, thirteen, fourteen, fifteen, seventeen, eighteen, nineteen, twenty, twenty one and twenty two; the north half of the south east quarter, and the north west quarter of section twenty three; the east half, the east half of the north west quarter, and the north west quarter of the north west quarter of section twenty four; the north east quarter, and the north east quarter of the south east quarter of section twenty five; the west half of section twenty seven; the whole of sections twenty eight, twenty nine, thirty, thirty one, thirty two and thirty three; the south west quarter of the north east quarter, the west half, and the south east quarter of section thirty four; and the south half of the south east quarter of section thirty five; in

Township fifty two South of Range forty one east, containing eighteen thousand two hundred and seventy four acres, and ninety five hundredths of an acre.

The south half of section one; the south east quarter of the north east quarter, the west half of the north east quarter, the west half, and the south east quarter of section two; the west half, and the north east quarter of section three; the whole of sections four, five, six, seven, eight, nine and ten; the north half of section eleven; the whole of section twelve; the north half of the north east quarter, and the north half of the north west quarter of section thirteen; the whol

of the north east quarter, the south half of the north west quarter, the south west quarter, and the west half of the of the south east quarter of section six; the west half of the north east quarter, the north west quarter of the south east quarter, and the west half of section seven; the west half of section eighteen; the north west quarter, and the west half of the south west quarter of section nineteen; the lots numbered two, three and four, and the west half of the south west quarter of section thirty; and the lots numbered two, three and four, of section thirty one, in

Township forty nine south of range forty three east, containing two thousand acres and sixty nine hundredths of an acre, and containing in the aggregate two million two hundred and eighty two thousand six hundred and sixty seven acres, and seven hundredths of an acre, according to the official plats of survey of the said lands returned to the General Land Office by the Surveyor General, and for which the Governor of the said State of Florida has requested a patent to be issued to the said State as required in the aforesaid Act.

Now therefore, Know ye, that the United States of America, in consideration of the premises, and in conformity with the Act of Congress aforesaid, have given and granted, and by these presents do give and grant, unto the said State of Florida, in fee simple, subject to the disposal of the Legislature thereof, the tracts of land above described:

To have and to hold the same, together with all the rights, privileges, immunities, and appurtenances thereto belonging, unto the said State of Florida in fee simple, and to its assigns forever.

In testimony whereof I Rutherford B Hayes

President of the United States of America have caused these Letters to be made Patent, and the Seal of the General Land Office to be hereunto affixed.

Given under my hand at the City of Washington this fourteenth day of February in the year of our Lord one thousand eight hundred and eighty and of the independence of the United States the one hundred and fourth.

By the President R. B. Hayes.
By W. H. Crook, Secretary.
J. M. Clark, Recorder of the General Land Office.

{SS}

# Exhibit C

## LOST NOTE AFFIDAVIT

### AFFIDAVIT OF LOST NOTE

(Photocopy of Note Attached)

Loan Number 10624849

STATE OF MINNESOTA

COUNTY OF HENNEPIN

On this 30 day of May 2007 before me appeared S. Seidel, Assistant Secretary who being first duly sworn, does depose and say that

**Residential Funding Company, LLC**

    Was the holder of a certain NOTE dated April 27, 2006 in the amount of One Million Dollars and 0/100 ($1,000,000.00) made by THOMAS DIAZ to Platinum Capital Group. and does further depose and say that said NOTE, a copy of which is attached as a true and correct photocopy of the front and back and any and all endorsements, has either been lost, misplaced, or destroyed and can not be produced.

**IN THE EVENT THE ORIGINAL NOTE IS HEREAFTER LOCATED, RESIDENTIAL FUNDING COMPANY, LLC SHALL DELIVER IT TO THE APPROPRIATE CUSTODIAN**

                                                Residential Funding Company, LLC

                                        By: _S. Seidel_

                                                  S. Seidel
                                                  Assistant Secretary

On _5-30-07_ before me, **B. Nolan**, personally appeared S. Seidel [X] personally known to me - [ ] or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacity, and that by their signatures on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

B. NOLAN
NOTARY PUBLIC - MINNESOTA
My Commission Expires 01-31-2010

_B. Nolan_

# Exhibit D



MIAMI-DADE COUNTY
OFFICE OF THE PROPERTY APPRAISER
PROPERTY SEARCH SUMMARY REPORT

*Carlos Lopez-Cantera*
*Property Appraiser*

### Property Information:

| Folio | 30-4924-001-2322 |
|---|---|
| Property Address | 5200 SW 122 AVE |
| Owner Name(s) | TOMAS DIAZ |
| Mailing Address | 5200 SW 122 AVE<br>MIAMI FL 33175 |
| Primary Zone | 9000 AGRICULTURE |
| Use Code | 0101 RESIDENTIAL - SINGLE FAMILY : 1 UNIT |
| Beds/Baths/Half | 5/3/0 |
| Floors | 1 |
| Living Units | 1 |
| Adj. Sq. Footage | 6,095 |
| Lot Size | 101,494.80 SQFT |
| Year Built | 1970 |
| Full Legal Description | 24 54 39 2.33 AC<br>BIRD ROAD FARMSITES PB 46-3<br>S1/2 OF TR 226<br>LOT SIZE IRREGULAR<br>OR 19560-3055 032001 1<br>COC 23302-0698 04 2005 1 |





Aerial Photography 2012

### Assessment Information:

| Year | Current 2014 | Previous 2013 | Previous 2 2012 |
|---|---|---|---|
| Land Value | | $396,100 | $349,500 |
| Building Value | | $172,862 | $111,776 |
| Market Value | | $568,962 | $461,276 |
| Assessed Value | | $507,403 | $461,276 |

### Benefits Information:

| Benefit | Type | Current 2014 | Previous 2013 | Previous 2 2012 |
|---|---|---|---|---|
| Non-Homestead Caps | Assessment Reduction | | $61,559 | $0 |

Note: not all benefits are applicable to all Taxable Values (ie County, School Board, City, Regional).

### Taxable Value Information:

| Year | Current 2014<br>Exemption/Taxable | Previous 2013<br>Exemption/Taxable | Previous 2 2012<br>Exemption/Taxable |
|---|---|---|---|
| County | | $0/$507,403 | $0/$461,276 |
| School Board | | $0/$568,962 | $0/$461,276 |
| City | | $0/$0 | $0/$0 |
| Regional | | $0/$507,403 | $0/$461,276 |

### Sale Information:

| Date | Amount | OR Book-Page | Qualification Code |
|---|---|---|---|
| 10/04/2011 | $2,011 | 28298-1257 | Corrective, tax or QCD; min consideration |
| 05/10/2009 | $100 | 26876-1627 | Trustees in bankruptcy, executors or guardians |
| 04/01/2005 | $1,400,000 | 23302-0698 | 2008 and prior year sales; Qual by exam of deed |
| 03/01/2001 | $525,000 | 19560-3055 | 2008 and prior year sales; Qual by exam of deed |
| 06/01/1988 | $107,700 | 13739-903 | 2008 and prior year sales; Qual by exam of deed |
| 12/01/1980 | $420,000 | 10971-1387 | 2008 and prior year sales; Qual by exam of deed |
| 06/01/1978 | $298,000 | 10081-2130 | 2008 and prior year sales; Qual by exam of deed |

**Disclaimer:**

The Office of the Property Appraiser and Miami-Dade County are continually editing and updating the tax roll and GIS data to reflect the latest property information and GIS positional accuracy. No warranties, expressed or implied, are provided for data and the positional or thematic accuracy of the data herein, its use, or its interpretation. Although this website is periodically updated, this information may not reflect the data currently on file at Miami-Dade County's systems of record. The Property Appraiser and Miami-Dade County assumes no liability either for any errors, omissions, or inaccuracies in the information provided regardless of the cause of such or for any decision made, action taken, or action not taken by the user in reliance upon any information provided herein. See Miami-Dade County full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp.

Property information inquiries, comments, and suggestions email: pawebmail@miamidade.gov

GIS inquiries, comments, and suggestions email: gis@miamidade.gov

Generated on: Mon Nov 4 2013

http://gisweb.miamidade.gov/PropertySearch/printMap.htm

11/4/2013