## CERTIFICATE OF SERVICE

I hereby certify that a copy of Paul and Marge Pfunder's Statement of Position was mailed first-class, and/or overnight mail, postage prepaid, this 6ᵗʰ day of November, 2013 to:

Honorable Martin Glenn                VIA OVERNIGHT MAIL
United States Bankruptcy Judge
Southern District of New York
One Bowling Green, Room 501
New York, New York 10104

Morrison & Foerster, LLP.
1290 Avenue of the Americas
New York, New York 10104
Att:  Gary S. Lee

Silverman Acampora, LLP.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Att:  Ronald J.Friedman

_Marge Pfunder_

Marge Pfunder