# EXHIBIT 8

OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 21, 2013

Robert V Barth Jr.
United States District Court for the Western District of Pennsylvania
United States Courthouse700 Grant Street
PittsburghPA15219

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## NOTICE

## GRANT OF PERMISSION FOR LEAVE TO APPEAL

The Court of Appeals has granted a petition for leave to appeal in this matter.

The $455.00 docketing and filing fee must be paid in the district court within 14 days after the entry of the order granting permission for leave to appeal, unless the petitioner is the United States government. Fed. R. App. P. 5. In addition, a cost bond must be filed if one is required under Fed. R. App. P. 7.

A notice of appeal does not need to be filed as a copy of the Court's order granting permission for leave to appeal which has been forwarded to the district court will serve as the notice of appeal.

The entry date of the order granting permission to appeal serves as the date of the filing of the notice of appeal for calculating time under the Federal Rules of Appellate Procedure. **Petitioner should notify the Court of Appeals in writing that the filing fee has been paid.**

Upon receipt of the notice from petitioner, the appeal will be opened on the general docket. All future filings regarding the appeal will be entered under the new docket number.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Timothy McIntyre* (signature)
Timothy McIntyre, Case Manager
267-299-4953

cc: Martin C. Bryce Jr.Esq.
R. Bruce CarlsonEsq.
Gary F. LynchEsq.
David M. SkeensEsq.
Joel E. TascaEsq.
Roy F. WaltersEsq.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

September 4, 2013
CCO-132

No. 13-8070

In Re: COMMUNITY BANK OF NORTHERN VIRGINIA
MORTGAGE LENDING PRACTICES LITIGATION

PNC BANK, NA successor to CBNV,
                                                        Petitioner

(W.D. Pa. No. 2-03-cv-00425)

Present: RENDELL, JORDAN and SHWARTZ, Circuit Judges

1. Petition by Petitioner PNC Bank for Leave to Appeal Pursuant to Fed. R. Civ. P. 23(f);

2. Response by Respondents in Opposition;

3. Motion by Petitioner for Leave to File a Reply in Further Support of Petition for Permission to Appeal Pursuant to Fed. R. Civ. P. 23(f);

4. Reply by Petitioner in Further Support of Petition for Permission to Appeal Pursuant to Fed. R. Civ. P. 23(f);

5. Response by Respondents to Motion by Petitioner for Leave to File Reply in Further Support of Petition for Permission to Appeal Pursuant to Fed. R. Civ. P. 23(f).

Respectfully,
Clerk/tmm

_____ORDER_____
The foregoing Petition by PNC Bank for Leave to file an Appeal pursuant to Fed. R. Civ. P. 23(f) is granted.

By the Court,

/s/Patty Shwartz
Circuit Judge

Dated: October 21, 2013
tmm/cc: all counsel of record



A True Copy:

Marcia M. Waldron, Clerk