**MCKOOL SMITH, P.C.**
Peter S. Goodman
Michael R. Carney
One Bryant Park, 47th Floor
New York, New York 10036
Telephone:  212-402-9400
Facsimile:  212-402-4444
Email:  pgoodman@mckoolsmith.com
        mcarney@mckoolsmith.com

*Counsel for Federal Home Loan Mortgage Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL AND RESERVATION OF RIGHTS OF FEDERAL
HOME LOAN MORTGAGE CORPORATION WITH RESPECT TO ITS OBJECTION
TO JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC, ET
AL. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE THAT** Federal Home Loan Mortgage Corporation ("Freddie

Mac"), by and through its undersigned counsel, hereby withdraws the *Objection and Reservation*

*of Rights of Federal Home Loan Mortgage Corporation with Respect to the Joint Chapter 11*

*Plan* (the "Plan") *Proposed by Residential Capital, LLC, et al.* (the "Debtors") *and the Official*

*Committee of Unsecured Creditors* [ECF No. 5405].

**PLEASE TAKE FURTHER NOTICE THAT** Freddie Mac reserves its right to oppose

confirmation of the Plan or to take any other action in the event that Freddie Mac's treatment

under the Plan, including as a certificateholder of the RMBS Trusts (as defined in the Plan),

should the Plan be materially modified in a manner that is not expressly contemplated by any

stipulation or other agreement that the Federal Housing Finance Agency or Freddie Mac have or

may enter into with the Debtors or their non-debtor affiliates.


Dated: November 12, 2013
      New York, New York

                    Respectfully submitted,

                    **MCKOOL SMITH, P.C.**

                    /s/ Michael R. Carney
                    Peter S. Goodman
                    Michael R. Carney
                    One Bryant Park, 47th Floor
                    New York, New York  10036
                    Telephone: (212) 402-9400
                    Facsimile: (212) 402-9444
                    Email: pgoodman@mckoolsmith.com
                             mcarney@mckoolsmith.com

                *Counsel for Federal Home Loan Mortgage Corporation*