**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF OBJECTION OF THE
FEDERAL HOUSING FINANCE AGENCY TO
CONFIRMATION OF THE JOINT CHAPTER 11 PLAN
PROPOSED BY RESIDENTIAL CAPITAL, LLC, ET AL. AND
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

The Federal Housing Finance Agency (the "FHFA") as Conservator for the Federal

Home Loan Mortgage Corporation ("Freddie Mac") hereby submits this notice of withdrawal of

the *Objection of the Federal Housing Finance Agency to Confirmation of the Joint Chapter 11*

*Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured*

*Creditors*, dated October 22, 2013 [Docket No. 5436] and the *Declaration of Andrew K. Glenn*

*in Support of Objection of the Federal Housing Finance Agency to Confirmation of the Joint*

*Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of*

*Unsecured Creditors*, dated October 22, 2013 [Docket No. 5437]. The foregoing withdrawal is

premised upon certain agreed modifications to the *Joint Chapter 11 Plan Proposed by*

*Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* (the "Plan")

and FHFA reserves all rights in the event that such modifications are not made and/or the Plan is

modified in any manner inconsistent therewith. Moreover, FHFA reserves its right to oppose

confirmation of the Plan or to take any other action in the event that FHFA or Freddie Mac's

treatment under the Plan, including as a certificateholder of the RMBS Trusts (as defined in the

Plan), is materially modified in a manner that is not expressly contemplated by any stipulation or

other agreement that FHFA or Freddie Mac have or may enter into with the Debtors or their non-

debtor affiliates.

Dated: November 12, 2013
       New York, New York

                                    KASOWITZ, BENSON, TORRES &
                                     FRIEDMAN LLP

                                    /s/ Daniel A. Fliman
                                    Andrew K. Glenn (aglenn@kasowitz.com)
                                    Kanchana Wangkeo Leung (kleung@kasowitz.com)
                                    Daniel A. Fliman (dfliman@kasowitz.com)
                                    1633 Broadway
                                    New York, New York 10019
                                    Telephone:  (212) 506-1700
                                    Facsimile:  (212) 506-1800

                                    *Attorneys for the Federal Housing Finance
                                    Agency as Conservator for the Federal Home
                                    Loan Mortgage Corporation*