MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'
FORTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO
LIABILITY BORROWER CLAIMS – BOOKS AND RECORDS)
SOLELY AS IT RELATES TO CERTAIN CLAIMANTS**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records)* [Docket No. 5161] (the "Forty-Ninth Omnibus Claims Objection"), solely as it relates to the responses filed by the claimants listed below, previously scheduled to be heard on November 15, 2013 at 10:00 a.m. (Prevailing Eastern Time) (the "November 15, 2013 Hearing"), has been adjourned to **December 11, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "December 11, 2013 Hearing"):

- Response of Virginia Mattson to Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5384];

- Response of Ramona M. Roberts to Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5386];

ny-1117150

- Response of Roger J. and Karen Evans to Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5435];

- Corrected Response of Bonnie Bonita Rose to Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5449];

- Response of Deborah L. Wetzel to Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5477];

- Response of William J. Futrell to Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5484];

- Response of Irene Schmidt to Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket Nos. 5505/5552]; and

- Response of James Ladd and Anne M. Ladd to Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket Nos. 5529/5583].

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Forty-Ninth Omnibus Claims Objection, with respect to the response of Randall Branson [Docket No. 5380], previously scheduled to be heard at the November 15, 2013 Hearing, has been adjourned to **December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time)** (the "December 17, 2013 Hearing", and together with the December 11, 2013 Hearing, the "Hearings").

**PLEASE TAKE FURTHER NOTICE** that the Hearings will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1117150

| | |
|---|---|
| Dated: November 12, 2013<br>New York, New York | /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the Debtors and*<br>*Debtors in Possession* |

ny-1117150