# Exhibit PX-1518

**DECHERT LLP**
Glenn E. Siegel
Craig P. Druehl
James O. Moore
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel to The Bank of New York Mellon and*
*The Bank of New York Mellon Trust Company,*
*N.A., as Trustee of Certain Mortgage-Backed*
*Securities Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) |
| | ) **Case No. 12-12020 (MG)** |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | ) |
| | ) **Chapter 11** |
| **Debtors.** | ) |
| | ) **Jointly Administered** |

**DECLARATION OF ROBERT H. MAJOR**

TO THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

     I, Robert H. Major, hereby declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information and belief:

     1.     I am employed by The Bank of New York Mellon Trust Company, N.A. ("**BNY Mellon Trust Company**") and am authorized to conduct certain activities on behalf of The Bank of New York Mellon, including the authorization to make this Declaration on behalf of both BNY Mellon Trust Company and The Bank of New York Mellon (collectively, "**BNY Mellon**"). My current title at BNY Mellon Trust Company is Vice President. Unless otherwise indicated, I have personal knowledge of the facts set forth herein, except as to certain matters that I believe

14944486

to be true based on (i) information provided by Duff & Phelps, LLC ("**Duff & Phelps**"),
(ii) information about positions of parties in these Chapter 11 cases contained in pleadings that I
reviewed, or reported to me by counsel, or learned during my participation in the Plan Mediation
(defined below) and (iii) my review of business records of BNY Mellon.

2. I have been employed by BNY Mellon Trust Company in this capacity since
2006. My responsibilities as Vice President include the administration of defaulted and
distressed structured finance transactions for which BNY Mellon acts as trustee, including,
among other things, consulting with counsel, declaring events of default, sending notices of
default and other significant events, communicating with transaction parties and investors, and,
in connection with the foregoing and in consultation with investors, exercising remedies.

3. This Declaration is submitted in support of the (a) *Joinder of Certain RMBS
Trustees to Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b)
Authorizing the Debtors to Enter Into and Perform Under a Plan Support Agreement with Ally
Financial Inc., the Creditors Committee and Certain Consenting Claimants* filed
contemporaneously herewith (the "**Joinder**") and (b) *Debtors' Motion for an Order Under
Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into and Perform
Under a Plan Support Agreement with Ally Financial Inc., the Creditors Committee and Certain
Consenting Claimants* [ECF No. 3814] (the "**Plan Support Agreement Motion**"), filed on
May 23, 2013.[1]

---

[1] On May 14, 2012 (the "**Petition Date**", Residential Capital, LLC, and certain of its direct and indirect subsidiaries (collectively, "**ResCap**" or the "**Debtors**") filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") (collectively, the "**Chapter 11 Cases**"). The Chapter 11 Cases are being jointly administered under the caption In re Residential Capital, LLC, Case No. 12-12020 (MG).

4.      On May 13, 2013, the Debtors, Ally Financial Inc. ("**AFI**"), the Official Committee of Unsecured Creditors (the "**Committee**"), and the Consenting Claimants,[2] including BNY Mellon, as Trustee, entered into the Plan Support Agreement [ECF No. 3814, Ex. 3], pursuant to which they agreed to the terms of a proposed consensual Chapter 11 plan of reorganization (the "**Plan**") and resolution of all claims and disputes between them as set forth in the Plan Term Sheet (the "**Plan Term Sheet**") and the Supplemental Term Sheet (the "**Supplemental Term Sheet**," together with the Plan Term Sheet, the "**Term Sheets**") attached respectively as Exhibits A and B to the Plan Support Agreement.[3]

5.      Among the claims and disputes resolved in the proposed Plan is a settlement (the "**RMBS Settlement**"), which provides for the allowance, priority, allocation and treatment of the claims of certain residential mortgage backed securitization trusts (the "**RMBS Trusts**") against the Debtors including (a) claims of the RMBS Trusts arising from Origination-Related

---

[2]    The "**Consenting Claimants**" include AIG Asset Management (U.S.) LLC, as investment advisor for certain affiliated entities that have filed proofs of claim in the Debtors' chapter 11 cases; Allstate Insurance Company and its subsidiaries and affiliates; Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas, each solely in its capacity as trustee, indenture trustee, securities administrator, co-administrator, paying agent, grantor trustee, custodian and/or similar agency capacities in respect of certain of the RMBS Trusts (together, "**Deutsche Bank**"); Financial Guaranty Insurance Corporation ("**FGIC**"); HSBC Bank USA, N.A., solely in its capacity as trustee in respect of certain of the RMBS Trusts ("**HSBC**"); the Kessler Class Claimants; Law Debenture Trust Company of New York, solely in its capacity as separate trustee in respect of certain of the RMBS Trusts ("**Law Debenture**"); Massachusetts Mutual Life Insurance Company and its subsidiaries and affiliates; MBIA Insurance Corporation and its subsidiaries and affiliates ("**MBIA**"); certain funds and accounts managed by Paulson & Co. Inc.; Prudential Insurance Company of America and its subsidiaries and affiliates; the Steering Committee Consenting Claimants; certain holders of the Senior Unsecured Notes issued by ResCap; The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., each solely in its capacity as trustee, indenture trustee, securities administrator, co-administrator, paying agent, grantor trustee, master servicer, custodian and/or similar agency capacities in respect of certain of the RMBS Trusts; the Talcott Franklin Consenting Claimants; U.S. Bank National Association, solely in its capacity as trustee, indenture trustee, securities administrator, co-administrator, paying agent, grantor trustee, custodian and/or similar agency capacities in respect of certain of the RMBS Trusts ("**U.S. Bank**"); Wells Fargo Bank, N.A., solely in its capacity as trustee, indenture trustee, securities administrator, co-administrator, paying agent, grantor trustee, custodian and/or similar agency capacities in respect of certain of the RMBS Trusts ("**Wells Fargo**"); and Wilmington Trust, National Association, not individually, but solely in its capacity as Indenture Trustee for the Senior Unsecured Notes issued by ResCap.

[3]    Defined terms used herein without definitions have the meanings ascribed to them in the Plan Support Agreement Motion or the Joinder, as applicable.

Provisions[4] (the "**Repurchase Claims**") and (b) claims of the RMBS Trusts unrelated to

Origination-Related Provisions (the "**Servicing Claims,**" together with the Repurchase claims,

the "**RMBS Trust Claims**").[5]

## I.   Relevant Background

### A.   BNY Mellon's Role as Trustee

6.     BNY Mellon serves as trustee, indenture trustee, securities administrator, co-

administrator, paying agent, grantor trustee, custodian and/or other similar agencies (in any such

capacity, the "**Trustee**") in respect of certain residential mortgage backed securities trusts, whole

loan servicing agreements, net interest margin trusts, other trusts, and similar arrangements listed

on Exhibit A hereto (collectively, the "**BNY Mellon RMBS Trusts**").  This Declaration is made

solely with respect to BNY Mellon's role as Trustee.[6]

7.     The BNY Mellon RMBS Trusts are governed by one or more pooling and

servicing agreements, highly integrated sets of "servicing agreements," mortgage loan purchase

agreements, deposit trust agreements, trust agreements, indentures, asset sale agreements,

depositor sale agreements, administration agreements, yield maintenance agreements and other

ancillary transaction documents (collectively, the "**Transaction Documents**").  Pursuant to the

Transaction Documents, one or more of the Debtors has obligations in various capacities,

including as originator, seller, sponsor, depositor and similar capacities (together, "**Seller**"),

---

[4]   "**Origination-Related Provisions**" shall have the meaning ascribed in the *Revised Joint Omnibus Scheduling Order and Provisions for Other Relief Regarding (I) Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Agreements, (II) The RMBS Trustees' Limited Objection to the Sale Motion* [ECF No. 945] (the "**First Scheduling Order**").

[5]   Servicing Claims include claims that arise under the Transaction Documents that are executory contracts that (i) were assumed and assigned in connection with the sale of the Debtors' servicing assets ("**Cure Claims**"), and (ii) were not assumed and assigned during the Chapter 11 Cases and the Debtors' role thereunder was terminated prior to or during the Chapter 11 Cases ("**Other Servicing Claims**").

[6]   BNY Mellon, together with Deutsche Bank Trust Company Americas and U.S. Bank, as Trustee, is also a member of the Committee.

and/or as servicer, subservicer, master servicer, back-up servicer, HELOC servicer, administrator, co-administrator, and similar capacities (collectively, "**Servicer**").

8.     In the appropriate capacity or capacities as provided for in the Transaction Documents, BNY Mellon has the authority to enforce claims against the Seller and Servicer in respect of the BNY Mellon RMBS Trusts and to vote such claims in connection with a plan of reorganization.

9.     The claims of the BNY Mellon RMBS Trusts fall into two broad categories: (i) the Repurchase Claims, which arise from the conduct of the Debtors as Seller, and which include, but are not limited to, claims arising from the right to demand the repurchase of loans based on breaches of representations and warranties under the Transaction Documents with respect to such loans; and (ii) the Servicing Claims, which arise from the conduct of the Debtors as Servicer under each pooling and servicing agreement (or similar agreement).

10.     On or about March 1, 2013, BNY Mellon, as Trustee,[7] filed Proofs of Claim Nos. 6760, 6764, 6759. 6777, 6761, 6763, 6767, 6762, 6765, 6768, 6774, 6772, 6766, 6769, 6758, 6773, 6775 and 6776 (collectively, the "**Proofs of Claim**") against each applicable Debtor asserting, among other things: (a) the Servicing Claims; (b) the Repurchase Claims; (c) claims for indemnification under the Transaction Documents; and (d) claims for fraud and/or negligent misrepresentation arising from the conduct of the Debtors acting as Seller under the Transaction Documents.[8]

---

[7]     The RMBS Trust Claims were asserted by BNY Mellon in the appropriate capacity or capacities as provided for in the Transaction Documents.

[8]     Pursuant to the *Stipulation and Order Permitting Certain Parties to File Proofs of Claim After the Bar Date* dated November 6, 2012 [ECF No. 2095] (the "**Claims Stipulation**"), the Debtors and the RMBS Trustees agreed that all claims of each RMBS Trustee on behalf of itself and on behalf of the applicable RMBS Trusts and/or their beneficiaries could be asserted by each of the RMBS Trustees in a single proof of claim. Pursuant to the Claims Stipulation, each RMBS Trustee's single proof of claim would constitute the filing of proofs of claim in each of the applicable Debtors' cases so long as each proof of claim set forth against each specific Debtor, on a trust-by-trust basis, the amount of such claim (and/or whether the claim is contingent and/or

11.     On April 16, 2013, BNY Mellon filed a Notice of Cure Claim of the Bank of New York Mellon Trust Company N.A., as Trustee [ECF No. 3456] and a Notice of Cure Claim of The Bank of New York Mellon as Trustee [ECF No. 3457] (the "**Notices of Cure Claim**"), asserting, among other things, the following Cure Claims: (a) claims arising from failure to perform as Servicer under the Transaction Documents, including but not limited to misapplication of payments, wrongful foreclosure, improper loss mitigation practices, and unreasonably long foreclosure timing caused by improper servicing practices; (b) claims arising from failure to give notice of, and enforce, breaches of representations and warranties; (c) claims arising from severance of origination-related provisions; (d) claims for indemnification and payment of expenses; (e) claims arising from borrower complaints; and (f) claims arising from litigation.[9]

**B.      The RMBS 9019 Motion**

12.     On June 11, 2012 the Debtors filed a motion seeking approval of their agreement with two groups of institutional investors relating to the Repurchase Claims of 392 RMBS Trusts (the "**Original Settling Trusts**"), as documented in the Third and Amended and Restated

---

unliquidated), and the capacity in which the RMBS Trustee was acting in asserting the claim.  The Claims Stipulation further provided that no documentation in support of each proof of claim need to be filed, and set March 1, 2013 as the deadline to file each such proof of claim.

[9]     These claims are asserted as "cure claims" because they arise under Transaction Documents that are executory contracts and were assumed and assigned to the purchaser in connection with the sale of the Debtors' servicing assets.  The RMBS Trustees agreed that the Debtors need not cure those claims in connection with the sale of the servicing assets, but that the claims would receive limited administrative priority as cure claims.  More specifically, on November 21, 2012, the Court entered a Sale Order [ECF No. 2246] pursuant to which the Court approved the sale of the Debtors' servicing platform to Ocwen Loan Servicing, LLC ("**Ocwen**"), including the assumption by the Debtors and assignment to Ocwen of  "Servicing Agreements" as defined in the related Purchase Agreement with Ocwen.  The Sale Order, at finding P and at paragraphs 14, 22, 35, and 36, preserved the rights of the RMBS Trustees to assert claims against the Debtors as Servicer, preserved the rights of the RMBS Trustees to assert such claims as cure claims entitled to limited priority, and preserved the rights of the RMBS Trustees to seek continuing payment of servicing-related costs and expenses against the Debtors.

Settlement Agreements filed with the Bankruptcy Court on March 15, 2013 (the "**Original Settlement Agreement**").[10]

13.     The Original Settlement Agreement had been negotiated by three law firms, Gibbs & Bruns, Ropes & Gray LLP ("**Ropes & Gray**") and Talcott Franklin P.C. ("**Talcott Franklin**").[11]  Those three firms represented the aforementioned two groups of institutional investors (clients of Gibbs & Bruns and Ropes & Gray, the "**Steering Committee Claimants**," and clients of Talcott Franklin, the "**Talcott Franklin Consenting Claimants**," and together with the Steering Committee Claimants, the "**Institutional Investors**") who collectively held, or were authorized investment managers for holders of, 25% or more one or more classes (or tranches) of certificates of the Original Settling Trusts.[12]  Under the Original Settlement Agreement, the Original Settling Trusts would be granted an allowed aggregate claim of up to $8.7 billion (as further described herein, the "**Allowed Claim**") against those Debtors that acted as Seller, to be allocated in accordance with certain formulas set forth in Exhibit B to the Original Settlement Agreement.  In support of the RMBS 9019 Motion, the Debtors submitted an expert report that calculated the Original Settling Trusts' Repurchase Claims at between

---

[10]     *See Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [ECF No. 320], as amended and supplemented by the *Debtors' Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [ECF No. 1176] and the *Debtors' Second Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [ECF No. 1887] (collectively, the "**RMBS 9019 Motion**").

[11]     In early May 2012, BNY Mellon was informed that a lawyer claiming to represent a substantial portion of certificateholders in certain residential mortgage backed trusts, Kathy Patrick of Gibbs & Bruns, P.C. ("**Gibbs & Bruns**"), wished to meet with BNY Mellon and three other similarly situated RMBS Trustees, Deutsche Bank, U.S. Bank and Wells Fargo.  BNY Mellon retained the law firm Dechert LLP ("**Dechert**") to represent BNY Mellon in connection with all such matters.  On May 9, 2012, Dechert attended the meeting called by Ms. Patrick, as did counsel for Deutsche Bank, U.S. Bank and Wells Fargo.  At the meeting Ms. Patrick informed the attendees of the impending Chapter 11 filings of the Debtors and of the contemplated settlements that had been reached between two groups of institutional investors and the Debtors.

[12]     Holders of certificates of the RMBS Trusts are referred to herein as "**Holders**".

$6.7 billion and $10.3 billion.[13]  The RMBS 9019 Motion contemplated that, if the Debtors were authorized to propose the Original Settlement Agreement, the RMBS Trustees would evaluate the reasonableness and appropriateness of the proposed compromise and determine whether to accept or reject it on behalf of the Original Settling Trusts.[14]  *See* RMBS 9019 Motion at ¶4.

C.   **Objections to the RMBS 9019 Motion**

14.   The First Scheduling Order, among other things, directed that any objection to the RMBS 9019 Motion from a party other than the RMBS Trustees and the Committee must be filed with the Court by October 5, 2012 (the "**9019 Motion Objection Deadline**").  *See* First Scheduling Order at p.5, ¶7.  The 9019 Motion Objection Deadline was ultimately adjourned until (a) November 28, 2012 for Holders of the Original Settling Trusts (*see Third Scheduling Order*), and (b) December 3, 2012 for certain specified parties-in-interest to the RMBS 9019 Motion (s*ee Fourth Scheduling Order*).

15.   No party filed an objection to the RMBS 9019 Motion claiming that the Allowed Claim of $8.7 billion was unreasonably low.  The only objection to the top line number was that $8.7 billion was excessive.  For example, the Committee's objection stated that the Debtors' liability for Repurchase Claims of the RMBS Trusts was approximately $3.8 billion, and if

---

[13]  *See Declaration of Frank Sillman in Support of Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements* [ECF No. 320-8], at ¶¶ 68-69.

[14]  The initial RMBS 9019 Motion contemplated, however, that the RMBS Trustees would have only 45 days from the filing of the Motion to conduct such an evaluation.  *See* RMBS 9019 Motion at ¶ 17.  The Bankruptcy Court subsequently entered several scheduling orders regarding the timing of discovery, briefing and other items related to the RMBS 9019 Motion.  *See* First Scheduling Order; *Second Revised Joint Omnibus Scheduling Order Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Settlement Agreements* [ECF No. 1551], dated September 25, 2012; *Third Revised Joint Omnibus Scheduling Order and Provisions For Other Relief Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Settlement Agreements* [ECF No. 1926], dated October 23, 2012 ("**Third Scheduling Order**"); *Fourth Revised Joint Omnibus Scheduling Order and Provisions for other Relief Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Trust Settlement Agreements* [ECF No. 2528], dated December 27, 2012 ("**Fourth Scheduling Order**"); and *Fifth Revised Joint Omnibus Scheduling Order and Provisions For Other Relief Regarding Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Settlement Agreements* [ECF No. 3306], dated March 25, 2013.

certain legal defenses were considered, might be reduced to a range of $2.7 billion to $3.3 billion.[15]

16.    FGIC's objection asserted that the Debtors could not support the reasonableness of an allowed aggregate claim exceeding $4 billion, excluding the value of the claims that monoline insurers (each, a "**Monoline**") have against the Debtors, and that "the $8.7 billion claim amount is excessive and unreasonable" and "grossly overstates the value of the settled claim."[16]   MBIA similarly objected, stating that the Repurchase Claims of the RMBS Trusts, excluding the claims of the Monolines, were less than $3 billion and that the Original Settlement provides a "windfall for certain Settling Trusts at the expense of both non-settling and settling creditors."[17]

17.    Only two Holders in the RMBS Trusts objected to the manner in which the aggregate Allowed Claim of $8.7 billion was to be allocated among the Original Settling Trusts in the Original Settlement Agreement.[18]   The crux of those two objections was that the allocation methodology in the Original Settlement Agreement failed to take into account the unique characteristics of the Original Settling Trusts and inappropriately used net losses of an RMBS Trust as a proxy for viable Repurchase Claims.

---

[15]   *See Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of the RMBS Trust Settlement Agreements* [ECF No. 2825] (the "**Committee Objection**"), including the supporting Expert Report of Bradford Cornell, Ph.D [ECF No. 2829, Ex. A] (the "**Cornell Report**").

[16]   *See Objection of Financial Guaranty Insurance Company to the Debtors' Second Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Settlement Agreements* [ECF. No. 2819].

[17]   *See Objection of MBIA Insurance Corporation to Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Settlement Agreements* [ECF No. 2810], including the Expert Declaration of C.J. Brown [ECF No. 2811].  Both FGIC and MBIA are Consenting Claimants.

[18]   *See Objection to the Debtors' Second Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Settlement Agreements* [ECF No. 2308]; *Limited Objection to Debtors' Second Supplemental Motion Pursuant to Fed. R. Bankr. P. 9019 for Approval of RMBS Settlement Agreements* [ECF No. 2297].

18.     As described below, the allocation methodology in the Original Settlement Agreement was revised in the RMBS Settlement and provides for the aggregate amount of the Repurchase Claims to be allocated based on differences among the RMBS Trusts in the incidence of breaches of representations and warranties. The RMBS Trustees, including BNY Mellon, believe that this revised allocation methodology addresses the substance of the objections in the RMBS 9019 Motion to allocation methodology.

### D.     Retention of Duff & Phelps

19.     After consultation with counsel, and in light of the then-pending RMBS 9019 Motion, BNY Mellon and three other RMBS Trustees, Deutsche Bank, U.S. Bank and Wells Fargo, determined that it was appropriate and prudent to retain one or more experts to assist the RMBS Trustees in the Chapter 11 Cases, including in the identification, quantification, litigation, and/or resolution of the claims held by the RMBS Trusts against one or more of the Debtors' estates, which claims were not limited to those of the Original Settling Trusts.[19]

20.     The RMBS Trustees engaged in a rigorous selection process that involved, among other things, interviewing five potential advisory firms in person, selecting two finalists, and hearing follow up presentations by the two finalists.

21.     On July 23, 2012, at the conclusion of this process, the aforementioned RMBS Trustees jointly decided to employ Duff & Phelps to assist them because of (i) the firm's experience in handling similar types of engagements involving the evaluation of mortgage loan servicing agreements and loan origination agreements, bankruptcy litigation, restructuring, asset

---

[19]    The term "RMBS Trustees" has been defined, at different times in this case, in slightly different ways. As used herein, unless the context dictates otherwise, the term "**RMBS Trustees**" shall include BNY Mellon, Deutsche Bank, U.S. Bank and Wells Fargo, and Law Debenture (from the time of its appointment as Separate Trustee for certain RMBS Trusts on or about November 8, 2012) and HSBC (from on or about May 13, 2013), and refers to such entities in their capacities as Trustee or Master Servicer.

valuation, complex securitizations, and RMBS loan repurchase actions, and (ii) the depth of resources available to the firm, including advisory services about bankruptcy issues generally.[20] Duff & Phelps' engagement letter is dated August 30, 2012.

22.     Duff & Phelps generally was asked to (i) evaluate the reasonableness of the Original Settlement Agreement as it related to the Repurchase Claims of the Original Settling Trusts, (ii) determine, for any other RMBS Trusts for which any of the RMBS Trustees acted as Trustee or Separate Trustee (the "**Additional Settling Trusts**, and, together with the Original Settling Trusts, the "**Settling Trusts**") the appropriate amount of their Repurchase Claims; (iii) determine, for all of the Settling Trusts, the amount of their Servicing Claims; and (iv) advise the RMBS Trustees regarding any proposed plan of reorganization or liquidation of the Debtors, and distributions thereunder.[21]

###       E.      The Plan Mediation and the Plan Support Agreement

23.     The Plan Support Agreement, the Terms Sheets and the Plan (including the RMBS Settlement) were the result of an extensive mediation over the course of approximately five months (the "**Plan Mediation**") overseen by the Honorable James M. Peck of the United

---

[20]    Following its appointment as Separate Trustee for certain RMBS Trusts, Law Debenture joined in the retention of Duff & Phelps.

[21]    It should be noted that, as used in the Supplemental Term Sheet, the term "Additional Settling Trusts" has a broader meaning, and that the Supplemental Term Sheet contemplates the inclusion in the RMBS Settlement of all RMBS Trusts with RMBS Trust Claims, whether or not such Trusts are administered by one of the RMBS Trustees.  Specifically, the Supplemental Term Sheet provides as follows:

The RMBS Settlement will be expanded to permit the inclusion of any RMBS Trust having RMBS Trust Claims, as follows: First, once the Plan Support Agreement is approved, subject to Section 5.2(c) of the Plan Support Agreement, each RMBS Trust for which any RMBS Trustee acts as trustee or separate trustee, will be included in the RMBS Settlement.  Second, the Plan will provide that *any other RMBS Trusts* will be included in and treated consistently with the RMBS Settlement (all such RMBS Trusts added to the RMBS Settlement are referred to as the "Additional Settling Trusts").

Supplemental Term Sheet at p. 5 (emphasis added).

States Bankruptcy Court for the Southern District of New York.[22]  The communications and

analyses relating to negotiations conducted during the mediation are privileged and confidential

by law and pursuant to agreement, and therefore cannot be disclosed in detail.  In general,

however, the integrated, global settlement associated with the Plan Support Agreement must be

understood first and foremost as the product of intense, arms-length negotiations conducted

among sophisticated parties with differing and conflicting interests, under the close supervision

and guidance of a sitting bankruptcy judge.

24.     The Plan Support Agreement was signed on May 13, 2013.  At the time the Plan

Support Agreement was signed, the Plan Support Agreement included the Plan Term Sheet but

not the Supplemental Term Sheet.  The Plan Term Sheet contemplated that the parties to the Plan

Support Agreement would execute the Supplemental Term Sheet no later than May 23, 2013 at

9:00 a.m.  The Supplemental Plan Term Sheet was signed and filed, and is now part of the Plan

Support Agreement.

## II.     Claims Allowance

25.     The Plan Support Agreement provides for: (a) allowance of the RMBS Trust

Claims of each of the RMBS Trusts and (b) treatment of those claims in accordance with the

proposed Plan.  As set forth herein, BNY Mellon, together with its advisors, took steps to

quantify the claims of the Original Settling Trusts and the Additional Settling Trusts (which

includes the BNY Mellon RMBS Trusts) and to evaluate defenses that could reduce the

reasonable value of the claims, and used those analyses to assess whether the allowance of, and

---

[22]     On December 6, 2012, the Debtors filed a motion seeking the entry of an order appointing a mediator [ECF No. 2357] to assist certain parties in interest in resolving various plan issues in furtherance of reaching a consensual Chapter 11 plan.  By order dated December 26, 2012 [ECF No. 2519], the Court appointed Judge Peck as Mediator for an initial period through February 28, 2013.  By orders dated March 5, 2013 [ECF No. 3101] and June 4, 2013 [ECF No. 3877], the Court extended Judge Peck's appointment as Mediator through May 31, 2013 and October 31, 2013, respectively.

distribution on, those claims under the terms set forth in the Plan Support Agreement would be reasonable. Therefore, for the reasons set forth in the following paragraphs, and taking into consideration the number and nature of the objections filed to the RMBS 9019 Motion and the fact that the RMBS Settlement was negotiated as part of the Plan Mediation, BNY Mellon has determined in the good faith exercise of its judgment and with the assistance of its professional advisors, that the allowance and treatment of the claims as set forth in the Plan Support Agreement and the proposed Plan are a reasonable compromise of the claims of the BNY Mellon RMBS Trusts.

A.     **Repurchase Claims**

26.     The scope of Duff & Phelps' engagement included, as it relates to the Repurchase Claims: review of mortgage loan files and origination and servicing documents; statistical sampling of the mortgage loan pool; and preparation of written and oral reports to BNY Mellon and the other RMBS Trustees relating to the quantification and allocation of the Repurchase Claims.

i.     **Original Settling Trusts**

a.     **Valuation of Claims**

27.     In the course of its engagement, Duff & Phelps conducted a sampling review of more than 6,500 mortgage loan files provided by the Debtors in an effort to identify breaches of representations and warranties, and used statistical methodologies to estimate the incidence of those breaches across the population of mortgage loans in the RMBS Trusts. Duff & Phelps also used historical information and financial analysis to calculate the total present and projected future losses experienced by the RMBS Trusts. As a result of the significant work performed by Duff & Phelps, BNY Mellon and the other RMBS Trustees gained an understanding that the

13

range of Repurchase Claims for the Original Settling Trusts that could be asserted against the
Debtors as Seller was between $6.5 billion and $10.2 billion.

28.     Those Repurchase Claims, however, if litigated, would be subject to significant
litigation risks and factual and legal defenses.   Many of those risks and defenses are identified in
the Committee Objection, including the Cornell Report, and in the *Steering Committee Investors'
Statement in Support of Settlement and Response to Settlement Objections* [ECF No. 1739] (the
"**Steering Committee Statement**").   For example, any damages recovery by the RMBS Trusts
could be reduced to the extent a court determines that: (i) the RMBS Trusts must show that the
Debtors' breaches of representations and warranties under the Transaction Documents actually
caused the RMBS Trusts to suffer the asserted losses, and that such losses were not the result of
market forces rather than the Debtors' breaches (*see* Committee Objection, pp. 29, 31-36;
Cornell Report, ¶¶ 14, 17-25); (ii) the RMBS Trust Claims are barred by the statute of limitations
under applicable law (*see* Committee Objection, pp. 29, 36-37); and (iii) no "put-back" or other
damages remedy is available with respect to mortgage loans that have been foreclosed (*see*
Committee Objection, pp. 29, 38-41).

29.     Absent the approval of the RMBS Settlement, the RMBS Trust Claims would
need to be asserted, litigated and liquidated on an individual basis.   As described in the Steering
Committee Statement, litigation of the Repurchase Claims would be an uncertain, expensive and
protracted process.   Even if such litigation were successful, it likely would deplete the Debtors'
estates, and might nonetheless result in diminished recoveries to all creditor constituencies,
including the BNY Mellon RMBS Trusts.   *See* Steering Committee Statement, ¶¶ 8, 28-32.

30.     In light of the conclusion of Duff & Phelps regarding the estimated magnitude of
the Repurchase Claims, and considering the substantial risks and defenses associated with

litigating those claims in the absence of a consensual resolution, BNY Mellon concluded in its good faith judgment that the proposal in the Original Settlement Agreement to allow those claims at up to $8.7 billion in the aggregate was reasonable. Duff & Phelps presented its conclusions to representatives of, and counsel to, BNY Mellon and certain other RMBS Trustees at a meeting held on December 6, 2012.

31.     Consistent therewith, on or about February 4, 2013, BNY Mellon, Deutsche Bank, U.S. Bank and Law Debenture, in furtherance of the Court's request that they advise the Court of their views of the RMBS Trust Settlement in advance of the hearing on the RMBS 9019 Motion, filed the *RMBS Trustees' Statement Regarding Debtors' Motion Pursuant To Fed. R. Bankr. P. 9019 For Approval Of RMBS Trust Settlement Agreements* [ECF No. 2833] (the "**Trustees' Statement**"). The Trustees' Statement stated, among other things, that:

> After careful consideration of relevant factors and analysis, including (a) the results of its review of a statistically significant number of loan files in the [Original] Settling Trusts provided by the Debtors, (b) the estimation of projected total collateral losses and underwriting breach rates in the [Original] Settling Trusts, (c) the estimation of likely agree rates with respect to the [Original] Settling Trusts (which take into account the litigation risk associated with the relative characteristics of the breach), and (d) consideration of causality factors (which take into account the litigation risk associated with a lack of causal relationship between the breach and loss), Duff [& Phelps] advised [BNY Mellon, Deutsche Bank, US Bank and Law Debenture] that the amount of [up to 8.7 billion] is within a reasonable range to settle the [Original] Settling Trusts' Repurchase Claims ....

Trustees' Statement, at ¶ 10.

32.     The foregoing RMBS Trustees further stated in the Trustee Statement that:

> Assuming no changes in the facts and controlling law underlying the Repurchase Claims, and subject to the RMBS Trustees' determination that all provisions of the RMBS Trust Settlement are fair, equitable and reasonable to the Settling Trusts, the RMBS Trustees have determined that the Allowed Claim falls within a reasonable range to resolve the Settling Trusts' Repurchase Claims and the Debtors' proposed Revised Claim Allocation Methodology for allocating the Allowed Claim among the Settling Trusts is fair and equitable to those trusts.

*Id.* at ¶12.

                    **b.**      **Claims Allocation**

33.      Duff & Phelps also evaluated the methodology in the Original Settlement Agreement regarding allocation to each of the RMBS Trusts of the aggregate allowed Repurchase Claims. That proposed methodology applied in the Original Settlement Agreement allocated the aggregate claim among the Original Settling Trusts *pro rata* on the basis of net expected lifetime losses. In response to suggestions by Duff & Phelps, and after lengthy discussions with the Steering Committee Consenting Claimants and the Debtors, the methodology was modified (the "**Revised Claim Allocation Methodology**") to provide for the Allowed Claim to be allocated *pro rata* based on differences among the RMBS Trusts in the incidence of breaches of representations and warranties, as revealed by additional loan sampling and statistical work to be performed by Duff & Phelps. In light of Duff & Phelps' analysis, BNY Mellon concluded that the Revised Claim Allocation Methodology was reasonable.

34.      Accordingly, the Trustee's Statement also noted that:

> . . . the Allowed Claim will be allocated (the "**Claim Allocation Methodology**") among the [Original] Settling Trusts by an independent expert "based on net expected lifetime losses among the accepting Trusts, including expected lifetime claims to be paid by the monoline insurers on the securitizations they insured."

Trustees' Statement, at ¶ 6.

35.      The Trustees' Statement, however, in light of Duff & Phelps' analysis, further noted:

> [BNY Mellon, Deutsche Bank, US Bank and Law Debenture], after consulting with Duff, asked the Debtors and the Institutional Investors to adjust the Claim Allocation Methodology. Though they advised [BNY Mellon, Deutsche Bank, US Bank and Law Debenture] of their view that the existing formula was both adequate and reasonable, the parties to the RMBS Trust Settlement were amenable to the ... requested change, which we [*i.e.*, BNY Mellon, Deutsche Bank, US Bank and Law Debenture] understand will be embodied in an amendment (the "**Revised Claim Allocation Methodology**").

Trustees' Statement at ¶ 9.

36.     Consistent with Duff & Phelps' recommendations, the Revised Claim Allocation Methodology is set forth in the Supplemental Term Sheet and is part of the RMBS Settlement. *See* Supplemental Term Sheet, Schedule A to Annex III.

ii.     **Additional Settling Trusts**

37.     It consistently has been contemplated by BNY Mellon and the other RMBS Trustees that the resolution of the RMBS Trust Claims would include the claims of the Additional Settling Trusts, not just the Original Settling Trusts. In that regard, the RMBS Trustees, working together with Duff & Phelps, identified the Additional Settling Trusts that have RMBS Trust Claims.

38.     The calculation of the aggregate Repurchase Claims of the Additional Settling Trusts was completed by Duff & Phelps using the same methodologies it employed to quantify the Repurchase Claims of the Original Settling Trusts. Based on those methodologies, as of the date the Supplemental Term Sheet was agreed to, Duff & Phelps had preliminarily determined that the aggregate amount of the Repurchase Claims of the Additional Settling Trusts was approximately $950 million. At that date, that amount was known to be subject to further refinement, based on further information that Duff & Phelps needed from one or more of the RMBS Trustees. In addition, that amount was subject to dispute by the Debtors and the Institutional Investors.

39.     The Additional Settling Trusts are participating in the RMBS Settlement, and their claims will receive treatment thereunder that is consistent with the treatment being accorded to like claims of the Original Settling Trusts.

### iii. **Claims Allowance**

40.     The proposed Allowed Claim in the Original Settlement Agreement has been adjusted under the RMBS Settlement Agreement and the Plan Support Agreement. Specifically, pursuant to the Supplemental Term Sheet:

> ... all RMBS Trust Claims of the Original Settling Trusts and the Additional Settling Trusts shall be fully and finally allowed as non-subordinated unsecured claims in the aggregate amount of $7.051 billion for the Original Settling Trusts and in the aggregate amount of $250 million for the Additional Settling Trusts (collectively, the "Allowed RMBS Trust Claims") and allocated $209.8 million to the GMACM Debtors and $7,091.2 million to the RFC Debtors; *provided, however*, the allowance and allocation of such claims pursuant to this paragraph shall not affect the distributions to be made in accordance with the RMBS Trust Allocation Protocol (attached hereto as Annex III).

Supplemental Term Sheet at p. 5, ¶ 5.

41.     The proviso contained in the quoted portion of the Supplemental Term Sheet was necessary because, based on Duff & Phelps' work, (i) the Repurchase Claims of both the Original Settling Trusts and the Additional Settling Trusts are in different amounts than the amounts stated in the Supplemental Term Sheet, and the allocation of those Repurchase Claims as between the GMACM Debtors and the RFC Debtors is different than the allocation made by the Debtors; and (ii) the allocations of claims made by the Debtors did not include a specific allocation of the Servicing Claims (after an agreed upon allowance at $96 million, as discussed below) as between the GMACM Debtors and the RFC Debtors. While these differences did not diminish the total Distribution Amount for RMBS Trust Claims, they do impact the amount that will be distributed to Class GS-6 and Class RS-6 and the individual RMBS Trusts therein, which could impact the ultimate distributions under the Plan contemplated by the Plan Support Agreement among the RMBS Trusts. Accordingly, BNY Mellon and the other RMBS Trustees requested, and the other parties to the Plan Support Agreement agreed, that the distributions for those claims, whether to the GMACM Debtors or the RFC Debtors, be subject to the RMBS

Trust Allocation Protocol, which will allow Duff & Phelps to ensure that the ultimate distributions to any particular RMBS Trust will not be impacted by the foregoing factors or other factors that were not addressed in the Supplemental Term Sheet.[23]

42.     The amounts set forth in the Supplemental Term Sheet reflect the exclusion from the Allowed Claim of approximately $1.6 billion in claims held by the Insured RMBS Trusts (as defined in the Supplemental Term Sheet). The Insured RMBS Trusts (other than the FGIC-Insured Trusts, as further described below) have received, and in the future are assumed to receive, full payment of their losses directly from the applicable Monoline, which, largely eliminates the need for an allowed claim against the Debtors' estates for the Insured RMBS Trusts.[24] As noted in the Supplemental Term Sheet, a separate aggregate claim amount of $250 million will be allowed to account for the expansion of the RMBS Settlement to include the Repurchase Claims of the Additional Settling Trusts.[25]

43.     Based on the analysis of Duff & Phelps, in light of the concessions and agreements contained in the RMBS Settlement, because Duff & Phelps' initial allocation with respect to the Additional Settling Trusts was preliminary and subject to further refinement and dispute, and because the Additional Settling Trusts will share in the Distribution Amount (as described in paragraph 51 hereof) together with the Original Settling Trusts based on the same formula pursuant to the RMBS Trust Allocation Protocol, BNY Mellon has determined that the inclusion of the Additional Settling Trusts in the Plan Settlement is reasonable.

---

[23]   As noted in the Trust Allocation Protocol, Duff & Phelps' determinations are subject to further refinement.

[24]   In consideration for these payments, the Monolines in turn will be allowed significant claims against the applicable Debtors, on account of which they are anticipated to receive substantial distributions from such Debtors' estates.

[25]   BNY Mellon filed the Proofs of Claim and Notices of Cure Claim with regard to BNY Mellon RBMS Trusts that were not included among the Original Settling Trusts.

### C. **Servicing Claims**

44.     In order to assist the RMBS Trustees in quantifying the Servicing Claims, Duff &
Phelps analyzed potential liabilities arising from Debtors' multiple roles as Servicer in the
securitization process.   In performing this part of the analysis, Duff & Phelps used publicly-
available data on approximately 150 industry specific litigation cases and regulatory actions
relating to residential mortgage servicing practices; reviewed the files of a large sampling of
litigation cases specific to the Debtors; reviewed rating agency evaluation reports for the
Debtors; accessed and reviewed a large sampling of the Debtors' records of servicing complaints
for Debtor-serviced loans; and used publicly-available performance data on a sample of the
RMBS Trusts.

45.     Based on the analysis of those data, Duff & Phelps attempted to quantify the
Debtors' liability as Servicer as related to: (a) misapplied and miscalculated payments; (b)
wrongful foreclosure and improper loss mitigation practices; and (c) extended foreclosure timing
issues caused by improper or inefficient servicing behavior such as falsified affidavits, improper
documentation, and improper collection practices.[26]

46.     Duff & Phelps concluded that the potential liability of the Debtors as Servicer for
the three bases analyzed (misapplied and miscalculated payments, wrongful foreclosure and
improper loss mitigation practices, and extended foreclosure timing issues caused by improper
servicing behavior) could be asserted in amounts up to as much as $1.1 billion, but that the
amount of the claim was subject to uncertainty and material refinement.

---

[26]     In performing its analysis, Duff & Phelps took steps to identify and account for the possibility that claims
against the Debtors as Servicer might be asserted either by a trustee of the affected RMBS Trust or by the
master servicer of such RMBS Trust.  The total amount of such claims was adjusted downward to account for
any potential double-counting in cases in which one of the RMBS Trustees served as trustee and another of the
RMBS Trustees served as master servicer.

47.     The assertion and litigation of Servicing Claims involves significant risk and uncertainty.  The RMBS Trustees have been unable to obtain full discovery regarding their Servicing Claims, in part because the Debtors assert that some of the information requested is not reasonably available.  The amount of information that would be needed in order to assert the Servicing Claims in a litigated proceeding is very large and the analysis of those data likely would be expensive, time-consuming, and may ultimately lack sufficient certainty to establish the validity of such claims in a contested proceeding.

48.     Furthermore, the Debtors may have strong defenses to the assertion and quantification of any Servicing Claims, the resolution of which is uncertain.  For example, in certain of the Transaction Documents, the Servicer can be held liable only if it can be shown to have acted in a negligent or grossly negligent manner.  In addition, certain of the technical defenses discussed in the Committee Objection also would be available to the Debtors as Servicer.

49.     Under the Plan Support Agreement, the Servicing Claims are allowed in the aggregate amount of $96 million.  Based on the analysis performed by Duff & Phelps, and in recognition of the material uncertainty relating to the quantification and assertion of such claims in a contested proceeding, BNY Mellon has concluded that this amount represents a reasonable resolution of such claims within the context of the Plan Support Agreement, including the RMBS Settlement.

III.    **Claims Treatment Under the Plan**

50.     The Plan Support Agreement provides for the allocation of the estimated "distributable value" of the Debtors' estates (including the Ally Contribution, as further

described below).   The details of that agreed upon allocation are set forth in Annex I to the

Supplemental Term Sheet.

51.     Under the Supplemental Term Sheet, certain RMBS Trust Claims are entitled to

receive distributions of cash and liquidating trust interests or such other consideration of

equivalent value as will not adversely affect the REMIC status of the RMBS Trusts.

Specifically, Annex I to the Supplemental Term Sheet provides that the Distribution Amount (as

defined therein) allocated for the RMBS Trust Claims is $672.3 million.

52.     The amount of cash and other consideration allocable to the Repurchase Claims

will be the Distribution Amount of $672.3 million, less (i) fees payable to counsel to the

Institutional Investors in a total amount that is estimated to be approximately $38.32 million; and

(ii) the $96 million paid to the RMBS Trusts on account of their Servicing Claims, or

approximately $537.98 million.   The proposed RMBS Trust Allocation Protocol allocates the

assets available for distribution to these claims between those RMBS Trusts that have

Repurchase Claims against the GMACM Debtors and those that have claims against the RFC

Debtors.[27]

53.     The RMBS Trusts with Cure Claims will receive payment prior to the payment of

the other claims of the RMBS Trusts; such treatment is consistent with the assertion by the

RMBS Trustees that such claims are "cure claims" entitled to administrative priority.[28]

---

[27]   The Distribution Amount (less attorneys' fees, described above, and the amount attributable to Cure Claims)
will be shared in accordance with the RMBS Trust Allocation Protocol, which is attached as Annex III to the
Supplemental Term Sheet, and, as further described therein, the amount to be distributed and allocated is
subject to certain adjustments.

[28]   The total allowed amount of Servicing Claims, including Cure Claims and Other Servicing Claims, is capped at
$96 million.   Within that capped amount, the RMBS Trustees anticipate that to the extent the Other Servicing
Claims are general unsecured claims they will be treated *pari passu* with the Repurchase Claims and to the
extent that are entitled to administrative priority they will be treated *pari passu* with the Cure Claims.

54.     With regard to the Repurchase Claims of RMBS Trusts that are insured by Monolines (other than FGIC), such claims are not allowed against the Debtors' estates, but rather are treated directly by payment from the applicable Monoline.  The rights of Insured RMBS Trusts are reserved in the event that the applicable Monoline does not honor its obligations in the future.  Therefore, the claims of Insured RMBS Trusts (other than those insured by FGIC) that otherwise would have been asserted against the Debtors are contemplated to receive payments via insurance.

55.     As it relates to FGIC-Insured RMBS Trusts, FGIC will pay to the RMBS Trustees, for distribution to such trusts, a lump sum cash payment of $253.3 million (the "**FGIC Lump Sum Payment**").  The RMBS Trustees of the FGIC-Insured RMBS Trusts (the "**FGIC RMBS Trustees**") will determine the portion of the FGIC Lump Sum Payment that will be allocated to each FGIC-Insured RMBS Trust based on each trust's allocable share of its accrued and unpaid claims and estimated future claims under its policy or policies with FGIC  (the "**FGIC Policies**").

## IV.     **Factors Supporting Settlement**

56.     The RMBS Settlement is part of an integrated, multifaceted agreement among numerous constituencies that resulted from the lengthy, highly contentious Plan Mediation.  In determining that the RMBS Settlement is reasonable, BNY Mellon considered the benefits and risks associated with reaching an overall consensual plan of reorganization as well as the risks and uncertainties associated with litigating the RMBS Trust Claims in the absence of such a plan.

### A.     **The Ally Contribution**

57.     One significant facet of the global settlement is the resolution of claims against Ally and the quantification of the Ally Contribution at $2.1 billion in value.  Pursuant to the Original 9019 Motion, Ally previously was willing to make a contribution limited to $750

million.  BNY Mellon believes, based on information provided during the Plan Mediation, that unless all parties (including the RMBS Trustees) consented to an overall settlement that included allowance and treatment of claims, Ally would have been unwilling to agree to contribute any amount, leading to lengthy and expensive litigation with an uncertain outcome.  BNY Mellon considered that the substantial increase in the amount of the Ally Contribution, the certainty associated with fixing the Ally Contribution, the added value to the Debtors' estates and the impact on the recoveries of the RMBS Trusts resulting therefrom, and the avoidance of the delay and expense associated with litigation relating to Ally's liability to the Debtors' estates, were all of significant benefit to the BNY Mellon RMBS Trusts.

### B.    Litigation Risks

58.    The Debtors' Chapter 11 cases are at the precipice of several kinds of lengthy and expensive litigation that could affect the recoveries of the RMBS Trusts.

59.    *First*, the Plan Support Agreement contemplates the fixing of claims that the RMBS Trustees expect would otherwise be contested in time-consuming and uncertain proceedings.  Objections to the RMBS 9019 Motion, including those of FGIC, MBIA and the Committee will no longer be pressed.  The RMBS 9019 Motion remains outstanding and, in the absence of the overall settlement associated with the Plan Support Agreement, will require a lengthy and expensive hearing.  Upon the conclusion of that hearing, while the Court might authorize the Debtors to perform the Trust Settlement Agreements, it is also possible that the Court might sustain one or more of the objections filed to the RMBS 9019 Motion.  If the Court declined to grant the RMBS 9019 Motion, the allowance of Repurchase Claims of the Original Settling Trusts would be left to the expensive and uncertain process of claims litigation.  Thus, allowance of the RMBS Trust Claims, as contemplated by the Plan Support Agreement, offers

the benefits of allowance consistent with the RMBS 9019 Motion – a result that, as set forth above, the RMBS Trustees already have concluded is within the range of reasonableness for the Original Settling Trusts – without the risks attendant to that contested matter.

60.     In addition, the Plan Support Agreement permits the determination of, and distribution under the proposed Plan on, the Repurchase Claims of the Additional Settling Trusts without the expense, delay and uncertainty associated with analyzing, asserting and litigating those claims.

61.     The Plan Support Agreement also provides for the allowance of, and distribution under the proposed Plan on, the Servicing Claims of the BNY Mellon RMBS Trusts.  As set forth above, those claims were the subject of an analysis by Duff & Phelps and were roughly quantified, but presentation of those claims would have required further discovery and analysis, likely leading to litigation over both the quantification of the claims and their relative priority. The treatment of the Servicing Claims represents a meaningful recovery to the RMBS Trusts possessing such claims, without the expense, delay, and uncertainty associated with analyzing, asserting, and litigating those claims.

62.     *Second*, many of the contentious and complicated inter-creditor issues in these cases are resolved by the Plan Support Agreement, including, among other things, the priority of certain claims asserted by the Monolines and by certain other securities claimants.  In particular, both the amount of the claims of the Monolines and the relationship between those claims and the RMBS Trust Claims are the subject of disputes, and the resolution of all those disputes through litigation presents both a general risk of delay and expense to all stakeholders as well as a specific risk to the RMBS Trusts of dilution.   Thus, the Plan Support Agreement, which resolves these inter-creditor claims, offers significant benefit to the BNY Mellon RMBS Trusts.

63.    *Third*, the ever mounting costs of administration of these Chapter 11 Cases –
which costs are expectedly high, given the complexities of these cases and claims – threaten to
significantly erode any distribution to unsecured creditors in these cases.  The Plan Support
Agreement would effectively abate such costs, such that unsecured creditors may receive a
reasonable distribution on their claims.

### D.    The FGIC Rehabilitation Proceeding and the FGIC Settlement Agreement

64.    With regard to the forty FGIC-Insured RMBS Trusts, the fact that FGIC is
currently in a state rehabilitation proceeding was a significant complicating factor in resolving
the claims of the FGIC Insured RMBS Trusts.

65.    On June 11, 2012, the Superintendent of Financial Services of the State of New
York filed a verified rehabilitation petition on behalf of FGIC in the Supreme Court of the State
of New York.  Pursuant to an order dated June 28, 2012, the Supreme Court of the State of New
York appointed Benjamin M. Lawsky, Superintendent of Financial Services of the State of New
York, as rehabilitator (the "**Rehabilitator**") of FGIC in the rehabilitation proceeding styled *In
the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index No.
401265/2012 (the "**FGIC Rehabilitation Proceeding**").[29]  As a result of an injunction entered
by the court in that proceeding (and earlier administrative action taken by FGIC's regulator), the
FGIC RMBS Trustees have been obligated to continue to pay premiums under FGIC Policies,
notwithstanding that FGIC was relieved of its obligations to pay claims made by the FGIC
RMBS Trusts under those same policies.

66.    The Rehabilitator filed a revised First Amended Plan of Rehabilitation for FGIC,
dated June 4, 2013 (the "**Plan of Rehabilitation**"), and the Supreme Court of the State of New

---

[29]    The verified petition, the Plan of Rehabilitation (as defined below) and other court documents filed in the FGIC
Rehabilitation Proceeding are available at http://www.fgicrehabilitation.com/.

York will consider approval of the Plan of Rehabilitation at a hearing on June 11, 2013. The
Plan of Rehabilitation contemplates, among other things, for certain payments over time to
policyholders on account of claims under FGIC-issued insurance policies, including to the FGIC
Insured RMBS Trusts on account of the FGIC Policies. The contemplated payments to the FGIC
Insured RMBS Trusts under the Plan of Rehabilitation, however, represent only a percentage of
the accrued and unpaid claims and the projected future claims of the FGIC Insured RMBS Trusts
under the FGIC Policies.

67.     In or about early April 2013, the FGIC RMBS Trustees were asked to consider a
settlement agreement among the Steering Committee Consenting Claimants, FGIC and MBIA
(the "**Proposed Monoline Agreement**"). Pursuant to the Proposed Monoline Agreement,
among other things, FGIC would pay to the FGIC Insured RMBS Trusts the FGIC Lump Sum
Payment and forgo future premiums with respect to the FGIC Policies (estimated by Duff &
Phelps to be approximately $18.3 million). In exchange, the FGIC RMBS Trustees would
release and discharge FGIC from all obligations and liabilities under the FGIC Policies. Those
terms formed the basis of a Settlement Agreement, entered into as of May 23, 2013 by and
among the Debtors, FGIC, the FGIC RMBS Trustees and the Institutional Investors (the "**FGIC
Settlement**"), which is a central piece of the RMBS Settlement and the Plan Support
Agreement.[30]

68.     At the request of the FGIC RMBS Trustees, Duff & Phelps conducted an analysis
of the economic terms of the FGIC Settlement, using both publicly-available and non-public
information from Lazard, the financial advisor to the Rehabilitator, as to projected future claims
and anticipated payouts pursuant to the Plan of Rehabilitation. Duff & Phelps utilized this

---

[30]   A copy of the FGIC Settlement is annexed as Exhibit 2 to the *Debtors' Motion Pursuant to Fed. R. Bankr. P.
9019 for Approval of the Settlement Agreement among the Debtors, FGIC, the FGIC Trustees and Certain
Institutional Investors* [ECF No. 3929].

information to compare the FGIC Lump Sum Payment under the FGIC Settlement with the

discounted value of the stream of payments the FGIC Insured RMBS Trusts would be projected

to receive under the Plan of Rehabilitation if the FGIC RMBS Trustees declined to enter into the

FGIC Settlement.

69.     Based on its analysis of the respective benefits to the FGIC Insured RMBS Trusts

of the FGIC Settlement and those that such trusts would enjoy under the Plan of Rehabilitation,

Duff & Phelps advised the FGIC RMBS Trustees that the FGIC Settlement, including the FGIC

Lump Sum Payment, represented a reasonable resolution of the accrued and unpaid claims and

projected future claims against FGIC under the FGIC Policies.

70.     Based on the analysis provided by Duff & Phelps, BNY Mellon concluded that

the treatment of the claims of the FGIC Insured RMBS Trusts under the Plan Support Agreement

was reasonable.

### E.     Support of Other Constituencies

71.     It was important to BNY Mellon that the Institutional Investors – two large

investor groups holding significant, and for some RMBS Trusts controlling, investments in

certificates issued by the RMBS Trusts – were informed, involved, and supportive of the RMBS

Settlement.  The Steering Committee Consenting Claimants and the Talcott Franklin Consenting

Claimants were active participants in the negotiations (including the Plan Mediation) that led to

the overall settlement associated with the Plan Support Agreement.  Through the RMBS

Trustees' regular contact with their counsel, both groups were aware of all of the compromises

that the RMBS Trustees considered during the mediation and negotiations leading to the Plan

Support Agreement, and both groups communicated through their counsel that they fully

supported the compromises made by the RMBS Trustees as reflected in the Plan Support Agreement.

**F.**     **Notice to Holders in the BNY Mellon RMBS Trusts**

72.     BNY Mellon has regularly provided to the Holders in the BNY Mellon RMBS Trusts notice of matters related to the RMBS 9019 Motion and other significant events in these Chapter 11 Cases.  In the first instance, on May 23, 2012, BNY Mellon provided an informational notice to certain Holders which may have RMBS Trust Claims and for which BNY Mellon is Trustee concerning the voluntary bankruptcy of Residential Capital LLC and certain of its affiliates, events of default and certain other matters to the holders of the Residential Mortgage Backed Securities Sponsored, Master Serviced and/or Serviced by: Residential Accredit Loans, Inc.; Residential Funding Mortgage Securities I, Inc.; Residential Funding Company, LLC; Residential Asset Mortgage Products, Inc.; Residential Asset Securities Corporation; and GMAC Mortgage LLC.

73.     Following the filing of the initial RMBS 9019 Motion, after consultation with counsel, BNY Mellon determined that it was appropriate and prudent to jointly retain an agent, together with the other similarly situated RMBS Trustees, to coordinate and facilitate notice to the Holders, including the Holders in the BNY Mellon RMBS Trusts, regarding the RMBS 9019 Motion and other important events in the Chapter 11 Cases.  The RMBS Trustees jointly retained The Garden City Group, Inc. ("**GCG**") to provide certain administrative services in connection with noticing various Holders, including the facilitation of the dissemination of notices to the various Holders at the direction and on behalf of the RMBS Trustees and the creation and maintenance of a website for Holders that provides contact information for the RMBS Trustees, including BNY Mellon, significant relevant developments in the Chapter 11 Cases, links to

relevant documents filed in the Chapter 11 Cases, and upcoming Court deadlines and hearing

dates (the "**RMBS Trustee Website**").

74.     As further described in the Affidavit of Jose C. Fraga (the "Fraga Affidavit"),

filed contemporaneously herewith, on behalf of the RMBS Trustees, GCG has distributed to

various Holders and has published on the RMBS Trustee Website the following notices, copies

of which are attached to the Fraga Affidavit as Exhibits A and E through H thereto:

- On August 22, 2012, following the filing of the Chapter 11 Cases and the First Supplemental RMBS 9019 Motion, to the Holders in the Original Settling Trusts, a "Time Sensitive Notice Regarding a Proposed Settlement Between Residential Capital, LLC, et al. and the Settlement Trusts," which described the RMBS 9019 Motion and the rights of the Holders in that regard.  Among other things, this notice described the terms of the RMBS 9019 Motion, and advised the Holders that they may object to, seek discovery of, and otherwise participate in the hearing on, the RMBS 9019 Motion.

- On October 17, 24 and 31, 2012, at or about the time of the Second Supplemental RMBS 9019 Motion, to certain Holders which may have RMBS Trust Claims and for which BNY Mellon is Trustee, a notice titled "Time Sensitive Notice Regarding (a) Order Setting Last Date to File Claims Against Debtors Residential Capital, LLC and Certain of its Direct and Indirect Subsidiaries, and (b) Updates of Matters Relevant to Certain Certificateholders," which advised that the RMBS 9019 Motion had been amended, and in the future may be further amended, and that the schedule for discovery, objections and the hearing on the RMBS 9019 Motion had been, and in the future may be, modified.  This notice also advised that current information regarding the terms of the RMBS 9019 Motion and related scheduling matters was available on the RMBS Trustee Website, as well that the Bankruptcy Court had establishing a bar date for the filing of claims in the Chapter 11 Cases and that the RMBS Trustees would file proofs of claim on behalf of the RMBS Trusts; however, if any Holders had any direct claims against the Debtors, including claims arising from or related to the ownership or purchase of any certificates in the RMBS Trusts, they should consult with their own advisors and prepare and timely file their own proofs of claim.

- On January 24, 2013 and February 1, 2013, to certain Holders which may have RMBS Trust Claims and for which BNY Mellon is Trustee, a "Time Sensitive Notice Regarding Sale of Debtors' Servicing Platform to Ocwen Loan Servicing, LLC," advising that the Bankruptcy Court had entered an order approving the sale of Debtors' mortgage loan servicing platform to Ocwen and that the RMBS Trustees had a period of time in which to file Cure Claims against the Debtors, related to amounts owing by the Debtors in respect of any defaults under any executory contracts being assumed by the Debtors and assigned to Ocwen as part of the sale.

- On April 8, 9 and 12, 2013, to certain Holders which may have RMBS Trust Claims and for which BNY Mellon is Trustee, a "Notice Regarding Closing of Sale of Debtors' Servicing Platform to Ocwen and Update of 9019 Settlement" advising certain Holders which may have RMBS Trust Claims that the RMBS Trustees intended to file notices of Cure Claims on behalf of the RMBS Trusts and for which BNY Mellon is Trustee, and that the scheduled hearing on the 9019 RMBS Motion had been adjourned to May 28, 2013.

- On May 24, 2013, at or about the time of the PSA Motion, a "Time Sensitive Notice Regarding (a) Plan Support Agreement Among ResCap Debtors and the RMBS Trustees, Among Others, and (b) Settlement Agreement Among the Debtors, Financial Guaranty Insurance Company and Certain of the RMBS Trustees" (the "Holder PSA Notice"). The Holder PSA Notice, provided to certain Holders which may have RMBS Trust Claims and for which BNY Mellon is Trustee, described the terms of the PSA and the Term Sheets, as well as the RMBS Settlement and the FGIC Settlement and the process by which Holders could object to them.

75.     Finally, on June 4, 2013, GCG published a "Time Sensitive Notice Regarding Settlement Agreement Among the ResCap Debtors, Financial Guaranty Insurance Company and the FGIC Trustees" (the "**Holder FGIC Settlement Notice**"), a copy of which is attached hereto as Exhibit B (attachments omitted). The Holder FGIC Settlement Notice was drafted jointly by the Trustees of the FGIC-Insured RMBS Trusts and was provided by BNY Mellon to the Holders in those trusts for which BNY Mellon is Trustee. The Holder FGIC Settlement Notice provided additional information to the Holders in those Trusts regarding the FGIC Settlement, their rights thereunder, the process for holders to object to the FGIC Settlement in the FGIC Rehabilitation Proceeding and to obtain information on the cash amount FGIC will pay to a particular trust. The Holder FGIC Settlement Notice and certain pleadings in the FGIC Rehabilitation Proceeding have been posted on the RMBS Trustee Website.

I declare, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to best of my knowledge, information and belief.

DATED this 10th th day of June, 2013

_____
Robert H. Major

## Exhibit A

## BNY Mellon RMBS Trusts

**GMACM Mortgage Loan Trust 2004-AR1**

36185NX21
36185NX39
36185NX47
36185NX54
36185NX62
36185NX70
36185NX88
36185NX96
36185NY20
36185NY38
36185NY46
36185NY53
36185NY61
36185NY79
36185NY87
36185NY95
36185NZ29
36185NZ37
36185NZ45
36185NZ52
36185NZ60

**GMACM Mortgage Loan Trust 2004-AR2**

36185N3R9
36185N3S7
36185N3T5
36185N3U2
36185N3V0

36185N3W8
36185N3X6
36185N3Y4
36185N3Z1
36185N4A5
36185N4B3
36185N4C1
36185N4D9

**GMACM Mortgage Loan Trust 2004-GH1**

36185HDW0
36185HDX8
36185HDY6
36185HDZ3
36185HEA7
36185HEB5
36185HEC3
36185HED1
36185HEE9
N/C107490
N/C107495
N/C107496

**GMACM Home Loan Trust 2004-HLTV1**

36185HDT7
36185HDU4
36185HDV2

**GMACM Mortgage Loan Trust 2004-J1**

36185NT26
36185NT34
36185NT42

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 36185NT59 | 36185N2E9 |
| 36185NT83 | 36185N2F6 |
| 36185NT91 | 36185N2G4 |
| 36185NU24 | 36185N2H2 |
| 36185NU32 | 36185N2J8 |
| 36185NU57 | 36185N2K5 |
| 36185NU65 | 36185N2L3 |
| 36185NU73 | 36185N2M1 |
| 36185NU81 | 36185N2N9 |
| 36185NU99 | 36185N2P4 |
| 36185NV23 | 36185N2Q2 |
| 36185NV31 | 36185N2R0 |
| 36185NV49 | 36185N2S8 |
| 36185NV56 | 36185N2T6 |
| 36185NV64 | 36185N2U3 |
| 36185NV72 | 36185NZ78 |
| 36185NV80 | **GMACM Mortgage Loan Trust 2004-J3** |
| 36185NV98 | 36185N2V1 |
| 36185NW22 | 36185N2W9 |
| 36185NW30 | 36185N2Y5 |
| 36185NW48 | 36185N2Z2 |
| 36185NW55 | 36185N3A6 |
| 36185NW63 | 36185N3B4 |
| 36185NW71 | 36185N3C2 |
| 36185NW89 | 36185N3D0 |
| 36185NW97 | 36185N3E8 |
| **GMACM Mortgage Loan Trust 2004-J2** | 36185N3F5 |
| 36185N2A7 | 36185N3G3 |
| 36185N2B5 | 36185N3H1 |
| 36185N2C3 | 36185N3J7 |
| 36185N2D1 | 36185N3K4 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 36185N3L2 | 36185N5G1 |
| 36185N3M0 | 36185N5H9 |
| 36185N3N8 | 36185N5J5 |
| 36185N3P3 | 36185N5K2 |
| 36185N3Q1 | 36185N5L0 |
| **GMACM Mortgage Loan Trust 2004-J4** | 36185N5M8 |
| 36185N4E7 | 36185N5N6 |
| 36185N4F4 | 36185N5P1 |
| 36185N4H0 | 36185N5Q9 |
| 36185N4J6 | 36185N5R7 |
| 36185N4K3 | **GMACM Mortgage Loan Trust 2004-J6** |
| 36185N4L1 | 36185N5S5 |
| 36185N4N7 | 36185N5T3 |
| 36185N4P2 | 36185N5U0 |
| 36185N4Q0 | 36185N5V8 |
| 36185N4R8 | 36185N5W6 |
| 36185N4S6 | 36185N5X4 |
| 36185N4T4 | 36185N5Y2 |
| 36185N4U1 | 36185N5Z9 |
| 36185N4V9 | 36185N6A3 |
| 36185N4W7 | 36185N6B1 |
| 36185N4X5 | 36185N6C9 |
| **GMACM Mortgage Loan Trust 2004-J5** | 36185N6D7 |
| 36185N4Y3 | 36185N6E5 |
| 36185N4Z0 | 36185N6F2 |
| 36185N5A4 | 36185N6G0 |
| 36185N5B2 | 36185N6H8 |
| 36185N5C0 | 36185N6K1 |
| 36185N5D8 | 36185N6L9 |
| 36185N5E6 | **GMACM Mortgage Loan Trust 2005-AR1** |
| 36185N5F3 | |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

<u>Exhibit A</u>

**BNY Mellon RMBS Trusts**

| | |
|---|---|
| 76112BKK5 | 36185MEV0 |
| 76112BKL3 | 36185MEW8 |
| 76112BKM1 | 36185MEX6 |
| 76112BKN9 | 36185MEZ1 |
| 76112BKP4 | 36185MFA5 |
| 76112BKQ2 | 36185MFB3 |
| 76112BKR0 | 36185MFC1 |
| 76112BKS8 | 36185MFD9 |
| 76112BKT6 | 36185MFE7 |
| 76112BKU3 | 36185MFF4 |
| 76112BKV1 | 36185MFG2 |
| 76112BKW9 | 36185MFH0 |
| 76112BKX7 | 36185MFJ6 |
| 76112BKY5 | 36185MFK3 |
| **GMACM Mortgage Loan Trust 2005-AR2** | 36185MFL1 |
| 36185N2R6 | **GMACM Home Loan Trust 2006-HLTV1** |
| 36185N6M7 | 36185HEF6 |
| 36185N6N5 | 36185HEG4 |
| 36185N6P0 | 36185HEH2 |
| 36185N6Q8 | 36185HEJ8 |
| 36185N6S4 | 36185HEK5 |
| 36185N6T2 | N/C133485 |
| 36185N6U9 | **GMACM Home Equity Loan Trust 2006-HE1** |
| 36185N6V7 | 361856ER4 |
| 36185N6W5 | N/C133479 |
| 36185N6X3 | **GMACM Home Equity Loan Trust 2006-HE2** |
| **GMACM Mortgage Loan Trust 2006-AR2** | 38011AAB0 |
| 36185MET5 | 38011AAC8 |
| 36185MEU2 | 38011AAD6 |
| | **GMACM Home Equity Loan Trust 2006-** |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

**HE3**

38012TAA0

38012TAB8

38012TAC6

38012TAD4

38012TAE2

N/A142614

**GMACM Home Equity Loan Trust 2006-
HE5**

38012EAA3

38012EAB1

38012EAC9

**GMACM Home Equity Loan Trust 2007-
HE2**

36186LAA1

36186LAB9

36186LAC7

36186LAD5

36186LAE3

36186LAF0

36186LAG8

N/C160336

N/C160337

**GMACM Home Equity Loan Trust 2007-
HE3**

36186MAA9

36186MAB7

36186MAC5

36186MAD3

36186MAE1

36186MAF8

N/C165704

N/C165705

N/C165706

**RAMP Series 2004-KR1**

7609852E0

7609852F7

760985X89

760985X97

760985Y88

760985Y96

N/A94270

N/A94271

N/A95493

**RAMP Series 2004-KR2**

76112BCV0

76112BCW8

76112BCX6

76112BDB3

76112BDC1

76112BDD9

76112BDJ6

76112BDK3

N/C104555

N/C104556

N/C104557

**RAMP Series 2004-RS1**

760985M73

760985M81

760985M99

760985N49

760985N56

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made
as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in
this notice.

## Exhibit A

### BNY Mellon RMBS Trusts

| | |
|---|---|
| 760985N64 | 76112BFK1 |
| 760985N72 | 76112BFL9 |
| 760985N80 | 76112BFM7 |
| 760985N98 | 76112BFN5 |
| 760985P21 | N/C107783 |
| 760985P62 | N/C107784 |
| 760985P70 | **RAMP Series 2004-RS12** |
| N/A82146 | 76112BFS4 |
| N/A82147 | 76112BFT2 |
| N/A82148 | 76112BFU9 |
| N/A82149 | 76112BFV7 |
| **RAMP Series 2004-RS10** | 76112BFW5 |
| 76112BDS6 | 76112BFX3 |
| 76112BDT4 | 76112BFY1 |
| 76112BDU1 | 76112BGD6 |
| 76112BDV9 | 76112BGE4 |
| 76112BDW7 | 76112BGF1 |
| 76112BEC0 | 76112BGG9 |
| 76112BED8 | 76112BGH7 |
| 76112BEE6 | 76112BGJ3 |
| 76112BEF3 | N/C108738 |
| 76112BEG1 | N/C108739 |
| 76112BEH9 | N/C108740 |
| 76112BEJ5 | N/C108741 |
| N/C106148 | N/C108742 |
| N/C106149 | N/C108743 |
| N/C106150 | **RAMP Series 2004-RS2** |
| N/C106151 | 760985Q38 |
| **RAMP Series 2004-RS11** | 760985Q46 |
| 76112BFH8 | 760985Q53 |
| 76112BFJ4 | 760985Q61 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

### BNY Mellon RMBS Trusts

| | |
|---|---|
| 760985Q79 | 7609853N9 |
| 760985Q87 | 7609853P4 |
| 760985R37 | N/A95998 |
| 760985R45 | N/A95999 |
| 760985R52 | N/A96000 |
| 760985R94 | N/A96001 |
| 760985S28 | **RAMP Series 2004-RS5** |
| N/A92036 | 7609853W9 |
| N/A92037 | 7609853Z2 |
| N/A92038 | 7609854A6 |
| N/A92039 | 7609854B4 |
| **RAMP Series 2004-RS3** | 7609854D0 |
| 7609852C4 | 7609854F5 |
| 760985V32 | 7609854G3 |
| 760985V40 | 7609854H1 |
| 760985V65 | 7609854J7 |
| 760985V73 | 7609854K4 |
| 760985V81 | 7609854L2 |
| 760985V99 | 7609854M0 |
| N/A94284 | 7609854N8 |
| N/A94285 | N/A97460 |
| **RAMP Series 2004-RS4** | N/A97461 |
| 7609852X8 | N/A97462 |
| 7609852Y6 | N/A97463 |
| 7609853E9 | |
| 7609853F6 | **RAMP Series 2004-RS6** |
| 7609853G4 | 7609854X6 |
| 7609853H2 | 7609855A5 |
| 7609853J8 | 7609855B3 |
| 7609853K5 | 7609855C1 |
| 7609853L3 | 7609855D9 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

12-12020-mg    Doc 3940-7    Filed 06/10/13    Entered 06/10/13 16:59:42    Exhibit A
Pg 41 of 116

<u>Exhibit A</u>

**BNY Mellon RMBS Trusts**

| | |
|---|---|
| 7609855E7 | 76112BAE0 |
| 7609855F4 | 76112BAF7 |
| 7609855G2 | 76112BAG5 |
| 7609855H0 | 76112BAH3 |
| 7609855L1 | 76112BAJ9 |
| 7609855M9 | 76112BAM2 |
| 7609855N7 | 76112BAN0 |
| 7609855P2 | 76112BAP5 |
| 7609855Q0 | 76112BAQ3 |
| 7609856P1 | 76112BAT7 |
| 7609856Q9 | 76112BAU4 |
| N/C98807 | N/C103114 |
| N/C98808 | N/C103115 |
| N/C98809 | N/C103116 |
| N/C98810 | N/C103117 |
| **RAMP Series 2004-RS7** | **RAMP Series 2004-RS9** |
| 7609857C9 | 76112BCF5 |
| 7609857D7 | 76112BCG3 |
| 7609857E5 | 76112BCH1 |
| 7609857F2 | 76112BCM0 |
| 7609857G0 | 76112BCN8 |
| 7609857J4 | 76112BCP3 |
| 7609857K1 | 76112BCQ1 |
| 7609857L9 | 76112BCR9 |
| 7609857M7 | 76112BDE7 |
| N/C100700 | N/C104627 |
| N/C100701 | N/C104628 |
| N/C100702 | N/C104629 |
| N/C100703 | N/C104630 |
| **RAMP Series 2004-RS8** | **RAMP Series 2004-RZ1** |
| 76112BAD2 | 7609852B6 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 760985T84 | 76112BBE9 |
| 760985T92 | 76112BBJ8 |
| 760985U25 | 76112BBK5 |
| 760985U33 | 76112BBL3 |
| 760985U41 | 76112BBM1 |
| 760985U58 | 76112BBN9 |
| 760985U66 | 76112BDG2 |
| 760985U74 | 76112BDH0 |
| N/A94504 | N/C104592 |
| N/A94505 | N/C104593 |
| N/A94506 | N/C104594 |
| **RAMP Series 2004-RZ2** | N/C104595 |
| 7609854S7 | N/C104596 |
| 7609854T5 | **RAMP Series 2004-RZ4** |
| 7609854U2 | 76112BHF0 |
| 7609854V0 | 76112BHG8 |
| 7609854W8 | 76112BHH6 |
| 7609856S5 | 76112BHJ2 |
| 7609856T3 | 76112BHK9 |
| N/C98823 | 76112BHL7 |
| N/C98824 | 76112BHM5 |
| N/C98825 | 76112BHN3 |
| N/C98918 | 76112BHP8 |
| N/C98919 | 76112BHQ6 |
| **RAMP Series 2004-RZ3** | N/A109040 |
| 76112BAY6 | N/A109040 |
| 76112BAZ3 | N/C109041 |
| 76112BBA7 | N/C109041 |
| 76112BBB5 | **RAMP Series 2005-RS1** |
| 76112BBC3 | 76112BHV5 |
| 76112BBD1 | 76112BHW3 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

12-12020-mg   Doc 3940-7   Filed 06/10/13   Entered 06/10/13 18:48:56   Exhibit A
Pg 43 of 116

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 76112BHX1 | 76112BLF5 |
| 76112BHY9 | 76112BLG3 |
| 76112BHZ6 | 76112BLH1 |
| 76112BJA9 | 76112BLJ7 |
| 76112BJB7 | 76112BLK4 |
| 76112BJC5 | 76112BLL2 |
| 76112BJG6 | 76112BLM0 |
| 76112BJH4 | 76112BLN8 |
| 76112BJJ0 | 76112BLP3 |
| 76112BJK7 | 76112BLQ1 |
| 76112BJL5 | 76112BLR9 |
| 76112BJM3 | 76112BND8 |
| 76112BJN1 | N/A114662 |
| N/C110290 | N/C113171 |
| N/C110291 | N/C113172 |
| N/C110292 | N/C113646 |
| N/C110293 | N/C113647 |
| **RAMP Series 2005-RS2** | N/C113648 |
| 76112BJW1 | **RAMP Series 2005-RS4** |
| 76112BKB5 | 76112BPA2 |
| 76112BKC3 | 76112BPB0 |
| 76112BKD1 | 76112BPC8 |
| 76112BKE9 | 76112BPD6 |
| 76112BKF6 | 76112BPE4 |
| 76112BKG4 | 76112BPF1 |
| 76112BKZ2 | 76112BPG9 |
| N/C111831 | 76112BPH7 |
| N/C111832 | 76112BPJ3 |
| **RAMP Series 2005-RS3** | N/C115787 |
| 76112BLD0 | N/C115788 |
| 76112BLE8 | N/C115789 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| N/C115790 | N/C119140 |
| N/C115791 | N/C119141 |
| **RAMP Series 2005-RS5** | N/C119142 |
| 76112BPU8 | N/C119143 |
| 76112BPV6 | N/C119144 |
| 76112BPW4 | **RAMP Series 2005-RS7** |
| 76112BPX2 | 76112BWV8 |
| 76112BPY0 | 76112BWW6 |
| 76112BPZ7 | 76112BWX4 |
| 76112BQA1 | 76112BWY2 |
| 76112BQB9 | 76112BWZ9 |
| 76112BQC7 | 76112BXA3 |
| 76112BQK9 | 76112BXB1 |
| N/C117186 | 76112BXC9 |
| N/C117187 | 76112BXD7 |
| N/C117188 | 76112BXG0 |
| N/C117189 | N/A120701 |
| N/C117190 | N/C120702 |
| **RAMP Series 2005-RS6** | **RAMP Series 2005-RS8** |
| 76112BTP5 | 76112BZF0 |
| 76112BTQ3 | 76112BZG8 |
| 76112BTR1 | 76112BZJ2 |
| 76112BTS9 | 76112BZK9 |
| 76112BTT7 | 76112BZL7 |
| 76112BTU4 | 76112BZM5 |
| 76112BTV2 | 76112BZN3 |
| 76112BTW0 | 76112BZP8 |
| 76112BTX8 | 76112BZU7 |
| 76112BTY6 | 76112BZV5 |
| 76112BTZ3 | N/C125141 |
| 76112BVL1 | N/C125142 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

**RAMP Series 2005-RS9**
76112BL73
76112BL81
76112BL99
76112BM23
N/A128298
N/A128299
**RAMP Series 2005-RZ1**
76112BLX6
76112BLY4
76112BLZ1
76112BMA5
76112BMB3
76112BMC1
76112BMD9
76112BME7
76112BMF4
76112BMG2
76112BMH0
76112BMJ6
76112BMK3
76112BNE6
N/C113078
N/C113080
**RAMP Series 2005-RZ2**
76112BWD8
76112BWE6
76112BWF3
76112BWG1
76112BWH9
76112BWJ5

76112BWK2
76112BWL0
76112BWM8
76112BXJ4
76112BXK1
76112BXL9
**RAMP Series 2005-RZ3**
76112BA26
76112BA34
76112BA42
76112BA59
76112BA67
76112BA75
76112BA83
76112BA91
76112BB41
76112BB58
76112BB66
76112BB74
76112BZY9
76112BZZ6
**RAMP Series 2005-RZ4**
76112BM72
76112BM80
76112BM98
76112BN22
76112BN30
76112BN48
76112BN55
76112BN63
76112BP20

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 76112BP38 | **RAMP Series 2006-RS4** |
| 76112BP46 | 75156WAC7 |
| 76112BP53 | 75156WAD5 |
| **RAMP Series 2006-RS1** | 75156WAE3 |
| 76112BT75 | 75156WAF0 |
| 76112BT83 | 75156WAG8 |
| 76112BT91 | 75156WAH6 |
| 76112BU24 | 75156WAP8 |
| 76112BU32 | N/A138738 |
| 76112BY46 | N/A138739 |
| N/A130656 | **RAMP Series 2006-RS5** |
| N/A130657 | 75156YAA7 |
| N/A130658 | 75156YAC3 |
| **RAMP Series 2006-RS2** | 75156YAD1 |
| 76112B2C3 | 75156YAE9 |
| 76112B2D1 | 75156YAF6 |
| 76112B2E9 | 75156YAG4 |
| 76112B2F6 | 75156YAP4 |
| 76112B2G4 | N/A142028 |
| 76112B2H2 | N/A142029 |
| 76112B2S8 | **RAMP Series 2006-RZ1** |
| 76112B3A6 | 76112BY87 |
| N/A132344 | 76112BY95 |
| N/A132345 | 76112BZ29 |
| **RAMP Series 2006-RS3** | 76112BZ37 |
| 75156VAB1 | 76112BZ45 |
| 75156VAC9 | 76112BZ52 |
| 75156VAD7 | 76112BZ60 |
| 75156VAP0 | 76112BZ78 |
| N/A135924 | 76112BZ86 |
| N/A135925 | N/A132261 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

### BNY Mellon RMBS Trusts

| | |
|---|---|
| N/A132262 | N/A143334 |
| **RAMP Series 2006-RZ2** | **RASC Series 2004-KS1** |
| 75156UAB3 | 74924PAD4 |
| 75156UAC1 | 74924PAE2 |
| 75156UAD9 | 74924PAF9 |
| 75156UAE7 | 74924PAG7 |
| 75156UAF4 | 74924PAH5 |
| 75156UAN7 | 74924PAJ1 |
| 75156UAP2 | 74924PAM4 |
| N/A135558 | 74924PAN2 |
| N/A135559 | 74924PAP7 |
| **RAMP Series 2006-RZ3** | 74924PAR3 |
| 75156MAB1 | 74924PAS1 |
| 75156MAC9 | N/A82223 |
| 75156MAD7 | N/A82224 |
| 75156MAE5 | N/A82225 |
| 75156MAF2 | **RASC Series 2004-KS10** |
| 75156MAG0 | 76110WF68 |
| 75156MAN5 | 76110WF84 |
| N/A140791 | 76110WF92 |
| N/A140792 | 76110WG26 |
| **RAMP Series 2006-RZ4** | 76110WG34 |
| 75156XAB7 | 76110WG42 |
| 75156XAC5 | 76110WG59 |
| 75156XAD3 | 76110WG67 |
| 75156XAE1 | 76110WG75 |
| 75156XAF8 | 76110WG83 |
| 75156XAG6 | 76110WH25 |
| 75156XAH4 | N/A106119 |
| 75156XAQ4 | N/A106119 |
| 75156XAR2 | N/A106120 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| N/A106120 | 76110WWX0 |
| N/A106121 | 76110WWY8 |
| N/A106121 | 76110WWZ5 |
| N/C116634 | 76110WXA9 |
| **RASC Series 2004-KS11** | 76110WXB7 |
| 76110WH82 | 76110WXC5 |
| 76110WH90 | 76110WXF8 |
| 76110WJ23 | 76110WXG6 |
| 76110WJ31 | 76110WXH4 |
| 76110WJ49 | 76110WXK7 |
| 76110WJ56 | 76110WXL5 |
| 76110WK21 | N/A94481 |
| N/C107721 | N/A94482 |
| N/C107722 | N/A94483 |
| N/C107723 | **RASC Series 2004-KS4** |
| **RASC Series 2004-KS2** | 76110WXM3 |
| 76110WWE2 | 76110WXQ4 |
| 76110WWF9 | 76110WXR2 |
| 76110WWG7 | 76110WXS0 |
| 76110WWH5 | 76110WXT8 |
| 76110WWJ1 | 76110WXV3 |
| 76110WWK8 | 76110WXW1 |
| 76110WWN2 | 76110WXX9 |
| 76110WWP7 | 76110WXY7 |
| 76110WWQ5 | N/A96111 |
| 76110WWS1 | N/A96112 |
| 76110WWT9 | N/A96113 |
| N/A91859 | **RASC Series 2004-KS5** |
| N/A91860 | 76110WXZ4 |
| N/A91861 | 76110WYC4 |
| **RASC Series 2004-KS3** | 76110WYD2 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

### BNY Mellon RMBS Trusts

| | |
|---|---|
| 76110WYE0 | 76110WB54 |
| 76110WYF7 | 76110WB62 |
| 76110WYG5 | 76110WB70 |
| 76110WYH3 | 76110WB88 |
| 76110WYM2 | N/A100758 |
| 76110WYN0 | N/A100759 |
| 76110WYP5 | N/A700760 |
| 76110WZG4 | **RASC Series 2004-KS8** |
| 76110WZH2 | 76110WC46 |
| N/A97715 | 76110WC53 |
| N/A97716 | 76110WC61 |
| N/A97717 | 76110WC79 |
| **RASC Series 2004-KS6** | 76110WC87 |
| 76110WA30 | 76110WC95 |
| 76110WA48 | 76110WD52 |
| 76110WZM1 | 76110WD60 |
| 76110WZN9 | 76110WD78 |
| 76110WZP4 | 76110WD86 |
| 76110WZU3 | 76110WD94 |
| 76110WZV1 | N/C103019 |
| 76110WZW9 | N/C103020 |
| 76110WZX7 | N/C103021 |
| 76110WZY5 | **RASC Series 2004-KS9** |
| 76110WZZ2 | 76110WE51 |
| N/A98896 | 76110WE69 |
| N/A98897 | 76110WE77 |
| N/A98898 | 76110WF27 |
| **RASC Series 2004-KS7** | 76110WF34 |
| 76110WA89 | 76110WF35 |
| 76110WA97 | 76110WF50 |
| 76110WB21 | N/C104586 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

N/C104588

N/C104590

**RFSC Series 2004-RP1**

760985S

760985S44

760985S51

760985S69

N/A92314

N/A92315

**RFSC Series 2005-RP1**

76112BJQ4

76112BJR2

76112BJS0

76112BJT8

76112BJU5

76112BJV3

N/C111410

N/C111411

**RFSC Series 2005-RP3**

76112BP79

76112BP87

76112BP95

76112BQ29

76112BQ37

76112BQ45

76112BQ52

76112BQ60

N/A128751

N/A128752

U76127CA2

U76127CB0

U76127CC8

U76127CD6

U76127CE4

U76127CF1

U76127CG9

**RFSC Series 2006-RP1**

76112B2S7

76112B2U3

76112B2V1

76112B2W9

76112B2X7

76112B2Y5

76112B3R9

76112B3T5

76112B3U2

**RFSC Series 2006-RP2**

74919MAA4

74919MAB2

74919MAC0

74919MAG1

74919MAH9

74919MAJ5

**RFSC Series 2006-RP3**

74919RAA3

74919RAE5

74919RAF2

N/A139405

N/A139406

N/A139407

**RAAC Series 2004-SP1**

7609855T4

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

|   |   |
|---|---|
| 7609855U1 | 76112BEU0 |
| 7609855V9 | 76112BEV8 |
| 7609855W7 | 76112BEW6 |
| 7609855X5 | 76112BEX4 |
| 7609855Z0 | 76112BEY2 |
| 7609856R7 | 76112BEZ9 |
| N/A98705 | 76112BFA3 |
| N/A98706 | 76112BFB1 |
| N/A98707 | 76112BFC9 |
| **RAAC Series 2004-SP2** | 76112BFD7 |
| 7609857N5 | **RAAC Series 2005-RP2** |
| 7609857P0 | 76112BXN5 |
| 7609857Q8 | 76112BXP0 |
| 7609857R6 | 76112BXQ8 |
| 7609857S4 | 76112BXR6 |
| 7609857T2 | 76112BXS4 |
| 7609857U9 | 76112BXT2 |
| 7609857V7 | 76112BXU9 |
| 7609857W5 | N/C120895 |
| 7609857X3 | N/C120895 |
| 7609857Z8 | N/C120895 |
| 7609858A2 | N/C120896 |
| **RAAC Series 2004-SP3** | N/C120897 |
| 76112BEL0 | U76127BL9 |
| 76112BEM8 | U76127BM7 |
| 76112BEN6 | U76127BN5 |
| 76112BEP1 | U76127BP0 |
| 76112BEQ9 | U76127BQ8 |
| 76112BER7 | U76127BR6 |
| 76112BES5 | U76127BS4 |
| 76112BET3 | **RAAC Series 2005-SP1** |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 76112BQL7 | 76112BSS0 |
| 76112BQM5 | 76112BSV3 |
| 76112BQP8 | 76112BSW1 |
| 76112BQR4 | 76112BSX9 |
| 76112BQS2 | 76112BSY7 |
| 76112BQT0 | 76112BTA8 |
| 76112BQU7 | 76112BTB6 |
| 76112BQV5 | 76112BTC4 |
| 76112BQW3 | 76112BTD2 |
| 76112BQX1 | 76112BTE0 |
| 76112BQY9 | 76112BTF7 |
| 76112BQZ6 | 76112BTH3 |
| 76112BRA0 | **RAAC Series 2005-SP2** |
| 76112BRB8 | 76112BE48 |
| 76112BRC6 | 76112BE55 |
| 76112BRD4 | 76112BE63 |
| 76112BRE2 | 76112BE71 |
| 76112BRY8 | 76112BE89 |
| 76112BSA9 | 76112BE97 |
| 76112BSB7 | 76112BF21 |
| 76112BSC5 | 76112BF39 |
| 76112BSE1 | 76112BF47 |
| 76112BSF8 | 76112BF54 |
| 76112BSG6 | 76112BF62 |
| 76112BSJ0 | 76112BF70 |
| 76112BSK7 | 76112BG20 |
| 76112BSL5 | 76112BG38 |
| 76112BSM3 | 76112BG79 |
| 76112BSN1 | 76112BG87 |
| 76112BSQ4 | U76127BT2 |
| 76112BSR2 | U76127BU9 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

U76127BY1

**RAAC Series 2005-SP3**

76112BS43

76112BS50

76112BS68

76112BS76

76112BS84

76112BT26

76112BT34

76112BT42

76112BT59

**RAAC Series 2006-RP4**

74919TAA9

74919TAB7

74919TAC5

74919TAD3

74919TAE1

74919TAG6

74919TAH4

74919TAJ0

**RAAC Series 2006-SP1**

76112B3D0

76112B3E8

76112B3F5

76112B3G3

76112B3H1

76112B3L2

76112B3M0

76112B3N8

**RAAC Series 2006-SP2**

74919PAB5

74919PAC3

74919PAD1

74919PAE9

74919PAF6

74919PAJ8

74919PAK5

74919PAL3

**RAAC Series 2006-SP3**

74919QAA5

74919QAB3

74919QAC1

74919QAD9

74919QAE7

74919QAF4

74919QAL1

74949QAJ6

74949QAK3

**RFMSI Series 2004-SA1**

76111XGL6

76111XLC5

76111XLD3

76111XLE1

76111XLF8

76111XLH4

76111XLJ0

76111XLK7

76111XLL5

76111XLM3

**RFMSI Series 2004-S1**

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 76111XEX7 | **RFMSI Series 2004-S3** |
| 76111XEY5 | 76111XGN7 |
| 76111XEZ2 | 76111XGP2 |
| 76111XFD0 | 76111XGQ0 |
| 76111XFE8 | 76111XGR8 |
| 76111XFF5 | 76111XGS6 |
| 76111XFH1 | 76111XGT4 |
| 76111XFJ7 | 76111XGU1 |
| 76111XFK4 | 76111XGV9 |
| 76111XFL2 | 76111XGW7 |
| 76111XFM0 | 76111XGX5 |
| 76111XFN8 | **RFMSI Series 2004-S4 Trust** |
| 76111XFP3 | 76111XGZ0 |
| 76111XFQ1 | 76111XHA4 |
| 76111XFR9 | 76111XHB2 |
| 76111XFS7 | 76111XHC0 |
| **RFMSI Series 2004-S2** | 76111XHD8 |
| 76111XFX6 | 76111XHE6 |
| 76111XFY4 | 76111XHF3 |
| 76111XFZ1 | 76111XHH9 |
| 76111XGA5 | 76111XHJ5 |
| 76111XGB3 | 76111XHM8 |
| 76111XGC1 | 76111XHN6 |
| 76111XGD9 | 76111XHP1 |
| 76111XGE7 | 76111XHQ9 |
| 76111XGF4 | 76111XHR7 |
| 76111XGG2 | 76111XHS5 |
| 76111XGH0 | 76111XHT3 |
| 76111XGJ6 | 76111XHU0 |
| 76111XGK3 | 76111XHV8 |
| 76111XGL1 | 76111XHW6 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 76111XHX4 | 76111XKK8 |
| 76111XHY2 | 76111XKL6 |
| 76111XHZ9 | 76111XKM4 |
| 76111XJA2 | 76111XKN2 |
| 76111XJB0 | 76111XKP7 |
| 76111XJC8 | 76111XKQ5 |
| 76111XJD6 | 76111XKT9 |
| 76111XJE4 | 76111XKU6 |
| 76111XJF1 | 76111XKV4 |
| 76111XJG9 | 7611XKR3 |
| 76111XJH7 | **RFMSI Series 2004-S6** |
| 76111XJJ3 | 76111XLQ4 |
| 76111XJK0 | 76111XLR2 |
| 76111XJL8 | 76111XLU5 |
| **RFMSI Series 2004-S5** | 76111XLV3 |
| 76111XJM6 | 76111XLW1 |
| 76111XJU8 | 76111XLX9 |
| 76111XJV6 | 76111XLY7 |
| 76111XJW4 | 76111XLZ4 |
| 76111XJX2 | 76111XMA8 |
| 76111XJY0 | 76111XMB6 |
| 76111XJZ7 | 76111XMC4 |
| 76111XKA0 | 76111XMG5 |
| 76111XKB8 | 76111XMH3 |
| 76111XKC6 | 76111XMJ9 |
| 76111XKD4 | 76111XMK6 |
| 76111XKE2 | 76111XML4 |
| 76111XKF9 | 76111XMM2 |
| 76111XKG7 | 76111XMN0 |
| 76111XKH5 | 76111XMP5 |
| 76111XKJ1 | 76111XMQ3 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

### BNY Mellon RMBS Trusts

| | |
|---|---|
| 76111XMR1 | N/A95474 |
| 76111XMS9 | N/A95475 |
| 76111XMT7 | N/A95476 |
| 76111XMU4 | **Home Equity Loan Trust 2004-HS2** |
| 76111XMV2 | 76110VQJ0 |
| 76111XMW0 | 76110VQK7 |
| 76111XMX8 | 76110VQL5 |
| 76111XMY6 | 76110VQM3 |
| 76111XMZ3 | N/C98909 |
| 76111XNA7 | N/C98911 |
| 76111XNB5 | N/C98912 |
| 76111XNC3 | N/C98913 |
| 76111XND1 | **Home Equity Loan Trust 2004-HS3** |
| 76111XNE9 | 76110VQY7 |
| **Residential Funding Mortgage Securities II, Series 2006 -HSA1** | N/C104665 |
| 76110VTE8 | **Home Equity Loan Trust 2005-HS1** |
| 76110VTF5 | 76110VRV2 |
| 76110VTG3 | 76110VRW0 |
| 76110VTH1 | 76110VRX8 |
| 76110VTJ7 | 76110VRY6 |
| 76110VTK4 | 76110VRZ3 |
| **Home Equity Loan Trust 2004-HS1** | N/C124973 |
| 76110VQA9 | N/C124974 |
| 76110VQB7 | N/C124975 |
| 76110VQC5 | N/C124976 |
| 76110VQD3 | N/C126644 |
| 76110VQE1 | **Home Equity Loan Trust 2005-HS2** |
| N/A94406 | 76110VSR0 |
| N/A94407 | 76110VSS8 |
| N/A94525 | 76110VST6 |
| | 76110VSU3 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

76110VSV1

NA128287

NA128288

NA128289

NA128290

NA128291

### Home Equity Loan Trust 2005-HSA1

76110VSX7

76110VSY5

76110VSZ2

76110VTA6

76110VTB4

N/A129188

N/A129189

N/A129191

N/A129192

N/A129193

### Home Equity Loan Trust 2006-HSA2

76110VTN8

76110VTP3

76110VTQ1

76110VTR9

76110VTS7

N/A131590

N/A131591

N/A131592

N/A140008

NA131593

### Home Equity Loan Trust 2006-HSA3

76113JAA0

N/A136608

N/A136609

### Home Equity Loan Trust 2006-HSA4

43709WAA1

N/A140486

N/A140487

### Home Equity Loan Trust 2006-HSA5

437099AA2

N/A143532

### Home Loan Trust 2004-HI1

76110VPR3

76110VPS1

76110VPT9

76110VPU6

76110VPV4

76110VPW2

N/A94431

### Home Loan Trust 2004-HI2

76110VQS0

N/A98925

### Home Loan Trust 2004-HI3

76110VQX9

N/C104808

### Home Loan Trust 2005-HI1

76110VRD2

N/C110224

### Home Loan Trust 2005-HI2

76110VRJ9

76110VRK6

76110VRL4

76110VRM2

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 76110VRN0 | 76110VUF3 |
| 76110VRP5 | N/A133615 |
| 76110VRQ3 | **Home Loan Trust 2006-HI2** |
| 76110VRR1 | 437185AB7 |
| 76110VRS9 | 437185AC5 |
| 76110VRT7 | 437185AD3 |
| N/C118907 | N/A136942 |
| **Home Loan Trust 2005-HI3** | **Home Loan Trust 2006-HI3** |
| 76110VSD1 | 43718NAB8 |
| 76110VSE9 | 43718NAC6 |
| 76110VSF6 | 43718NAD4 |
| 76110VSG4 | N/A140364 |
| 76110VSH2 | **Home Loan Trust 2006-HI4** |
| 76110VSJ8 | 43718MAB0 |
| 76110VSK5 | 43718MAC8 |
| 76110VSL3 | 43718MAD6 |
| 76110VSM1 | N/C143537 |
| 76110VSN9 | |
| 76110VSP4 | **GMACM Home Loan Trust 2001-HE2** |
| N/C127228 | 100001885 |
| **Home Loan Trust 2006-HI1** | 100001886 |
| 76110VTV0 | 100001887 |
| 76110VTW8 | 100001888 |
| 76110VTX6 | 361856BE6 |
| 76110VTY4 | 361856BG1 |
| 76110VTZ1 | 361856BH9 |
| 76110VUA4 | 361856BJ5 |
| 76110VUB2 | **GMACM Home Loan Trust 2001-HE3** |
| 76110VUC0 | 100002132 |
| 76110VUD8 | 361856BR7 |
| 76110VUE6 | 361856BS5 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

NA252703

NA252704

**GMACM Mortgage Loan Trust 2003-GH1**

100002413

100002414

100002415

36185NXR6

36185NXS4

36185NXT2

36185NXU9

**GMACM Mortgage Loan Trust 2003-GH2**

100002543

100002544

100002545

36185NQ45

36185NQ60

36185NQ78

36185NQ86

36185NQ94

**GMACM Mortgage Loan Trust 2003-J10**

36185NM72

36185NM80

36185NM98

36185NN22

36185NN30

36185NN48

36185NN55

36185NN63

36185NN71

36185NN89

36185NN97

36185NP20

36185NP38

**GMACM Home Loan Trust 2001-HLTV2**

100002131

36185HDG5

36185HDH3

**GMACM Home Loan Trust 2002-HLTV1**

100002328

36185HDQ3

**GMACM Mortgage Loan Trust 2003-AR1**

36185NYY0

36185NYZ7

36185NZA1

36185NZC7

36185NZD5

36185NZE3

36185NZF0

36185NZG8

36185NZJ2

36185NZK9

**GMACM Mortgage Loan Trust 2003-AR2**

36185NF39

36185NF54

36185NF62

36185NF70

36185NF96

36185NG20

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 36185NG38 | 36185NA91 |
| 36185NG46 | 36185NB25 |
| 36185NG53 | 36185NB33 |
| 36185NG61 | 36185NB41 |
| 36185NG79 | 36185NB58 |
| 36185NG87 | 36185NB66 |
| 36185NG95 | 36185NB74 |
| 36185NH29 | 36185NB82 |
| 36185NH37 | 36185NZW3 |
| 36185NH45 | 36185NZX1 |
| 36185NH52 | 36185NZY9 |
| 36185NH60 | 36185NZZ6 |
| **GMACM Mortgage Loan Trust 2003-J5** | **GMACM Mortgage Loan Trust 2003-J7** |
| 36185NB90 | 36185NC73 |
| 36185NC24 | 36185NC81 |
| 36185NZL7 | 36185NC99 |
| 36185NZM5 | 36185ND23 |
| 36185NZN3 | 36185ND31 |
| 36185NZQ6 | 36185ND49 |
| 36185NZR4 | 36185ND56 |
| 36185NZS2 | 36185ND64 |
| 36185NZT0 | 36185ND72 |
| 36185NZU7 | 36185ND80 |
| 36185NZV5 | 36185ND98 |
| **GMACM Mortgage Loan Trust 2003-J6** | 36185NE22 |
| 36185NA26 | 36185NE30 |
| 36185NA34 | 36185NE48 |
| 36185NA59 | 36185NE55 |
| 36185NA67 | 36185NE63 |
| 36185NA75 | 36185NE71 |
| 36185NA83 | 36185NE89 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

36185NE97

36185NF21

**GMACM Mortgage Loan Trust 2003-J8**

36185NH78

36185NH86

36185NH94

36185NJ27

36185NJ35

36185NJ43

36185NJ50

36185NJ68

36185NJ76

36185NJ84

36185NJ92

**GMACM Mortgage Loan Trust 2003-J9**

36185NK25

36185NK33

36185NK41

36185NK58

36185NK66

36185NK74

36185NK82

36185NK90

36185NL40

36185NL57

36185NL65

36185NL81

36185NL99

36185NM23

36185NM31

36185NM49

36185NM56

36185NM64

36185NP79

36185NP87

36185NP95

36185NQ29

36185NR28

**GMACM Mortgage Loan TrustT 2004-JR1**

36185NR36

36185NR51

36185NR77

36185NR85

36185NS27

36185NS35

36185NS43

36185NS50

36185NS68

36185NS76

36185NS84

36185NS92

**RFSC Series 2001-RM2 Trust**

0760985FV8

0760985FW6

0760985FX4

760985FR7

760985FS5

760985FT3

760985FU0

760985FV8

760985FW6

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

### BNY Mellon RMBS Trusts

| | |
|---|---|
| 760985FX4 | 760985DY4 |
| 760985FY2 | 760985DZ1 |
| 760985FZ9 | 760985EA5 |
| 760985GA3 | 760985EB3 |
| 760985GB1 | 760985EC1 |
| 760985GC9 | 760985ED9 |
| 760985GD7 | 760985EE7 |
| 760985GE5 | 760985EF4 |
| 760985GF2 | U76127AC0 |
| 760985GG0 | U76127AD8 |
| 760985GH8 | **RAMP Series 2001-RS3 Trust** |
| 760985GJ4 | 100002127 |
| 760985GK1 | 100002128 |
| **RAMP Series 2001-RS1 Trust** | 100002129 |
| 100001859 | 100002130 |
| 100001860 | 760985EZ0 |
| 100001861 | 760985FA4 |
| 100001865 | 760985FB2 |
| 760985CM1 | 760985FC0 |
| 760985CP4 | 760985FD8 |
| 760985CQ2 | 760985FE6 |
| 760985CR0 | **RFSC Series 2002-RP1 Trust** |
| **RAMP Series 2001-RS2 Trust** | 760985JD4 |
| 100001878 | 760985JE2 |
| 100001879 | 760985JF9 |
| 100001880 | N/A40754 |
| 100001881 | N/A40755 |
| 760985DT5 | N/A40756 |
| 760985DV0 | U76127AF3 |
| 760985DW8 | U76127AG1 |
| 760985DX6 | **RFSC Series 2002-RP2 Trust** |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 760985PC9 | 760985JV4 |
| 760985PH8 | 760985JW2 |
| N/A60034 | **RAMP Series 2002-RS3 Trust** |
| N/A60035 | 100002242 |
| N/A60036 | 100002243 |
| U76127AH9 | 100002244 |
| **RAMP Series 2002-RS1 Trust** | 100002245 |
| 760985GQ8 | 100002246 |
| 760985GR6 | 760985LV1 |
| 760985GS4 | 760985LW9 |
| 760985GT2 | 760985LX7 |
| 760985GX3 | 760985LY5 |
| 760985GY1 | 760985LZ2 |
| 760985HS3 | 760985MA6 |
| N/A39209 | 760985MB4 |
| N/A39211 | 760985MD0 |
| N/C39208 | 760985ME8 |
| N/C39210 | 760985MF5 |
| **RAMP Series 2002-RS2 Trust** | 760985MT5 |
| 100002166 | 760985MU2 |
| 100002167 | **RAMP Series 2002-RS4 Trust** |
| 100002168 | 100002317 |
| 100002169 | 100002318 |
| 760985JL6 | 100002319 |
| 760985JM4 | 100002320 |
| 760985JP7 | 760985NK3 |
| 760985JQ5 | 760985NL1 |
| 760985JR3 | 760985NM9 |
| 760985JS1 | 760985NN7 |
| 760985JT9 | 760985NP2 |
| 760985JU6 | 760985NQ0 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

<u>Exhibit A</u>

**BNY Mellon RMBS Trusts**

| **RAMP Series 2002-RS5 Trust** | **RAMP Series 2002-RZ2 Trust** |
|:---:|:---:|
| 100002324 | 760985KV2 |
| 100002325 | 760985KX8 |
| 100002326 | 760985KY6 |
| 100002327 | 760985KZ3 |
| 760985NW7 | N/A51458 |
| 760985NX5 | N/A51459 |
| 760985NY3 | N/A51460 |
| 760985NZ0 | **RAMP Series 2002-RZ3 Trust** |
| 760985PA3 | 760985NC1 |
| 760985PB1 | 760985ND9 |
| **RAMP Series 2002-RS6 Trust** | 760985NE7 |
| 760985PM7 | 760985NR8 |
| 760985PN5 | N/A57293 |
| 760985PP0 | N/A57294 |
| 760985PQ8 | N/A57295 |
| 760985PR6 | **RAMP Series 2002-RZ4 Trust** |
| 760985PS4 | 760985PE5 |
| 760985PT2 | 760985PG0 |
| 760985PU9 | N/A60024 |
| N/A61338 | N/A60025 |
| N/A61339 | N/A60026 |
| N/A61340 | **RAMP Series 2002-SL1 Trust** |
| N/A61555 | 760985LC3 |
| **RAMP Series 2002-RS7 Trust** | 760985LD1 |
| 760985PV7 | 760985LF6 |
| 760985PW5 | 760985LG4 |
| 760985RG8 | 760985LH2 |
| N/A63338 | 760985LJ8 |
| N/A63339 | 760985LK5 |
| N/A63340 | 760985LL3 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 760985LM1 | 760985YN5 |
| 760985LN9 | N/A75111 |
| 760985LP4 | N/A75112 |
| 760985LQ2 | U76127AQ9 |
| 760985MG3 | U76127AR7 |
| 760985MH1 | U76127AS5 |
| 760985MJ7 | **RAMP Series 2003-RS1 Trust** |
| 760985MK4 | 760985RX1 |
| 760985ML2 | 760985RY9 |
| 760985MM0 | 760985RZ6 |
| N/A52935 | 760985SA0 |
| N/A52935 | 760985SC6 |
| N/A52936 | 760985SD4 |
| N/A52936 | 760985SF9 |
| N/A52937 | 760985SG7 |
| N/A52937 | N/A64985 |
| **RFSC Series 2003-RP1 Trust** | N/A64986 |
| 760985UG4 | N/A64987 |
| 760985UH2 | N/A64988 |
| 760985UJ8 | **RAMP Series 2003-RS10 Trust** |
| 760985UK5 | 760985C82 |
| N/A69339 | 760985C90 |
| N/A69340 | 760985D24 |
| N/A69341 | 760985D32 |
| U76127AL0 | 760985D40 |
| U76127AN6 | 760985D73 |
| U76127AP1 | 760985D81 |
| **RFSC Series 2003-RP2 Trust** | 760985D99 |
| 760985YH8 | 760985D24 |
| 760985YJ4 | 760985G70 |
| 760985YK1 | 760985G88 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

### BNY Mellon RMBS Trusts

| | |
|---|---|
| N/A79739 | **RAMP Series 2003-RS3 Trust** |
| N/A79740 | 760985UA7 |
| N/A79741 | 760985UB5 |
| N/A79742 | 760985UC3 |
| **RAMP Series 2003-RS11 Trust** | 760985UD1 |
| 760985K26 | 760985UE9 |
| 760985K34 | N/A68959 |
| 760985K42 | N/A68960 |
| 760985K59 | N/A68961 |
| 760985K67 | **RAMP Series 2003-RS4 Trust** |
| 760985K91 | 760985UN9 |
| 760985L25 | 760985UP4 |
| 760985L33 | 760985UR0 |
| 760985L41 | 760985US8 |
| 760985L58 | 760985UT6 |
| 760985L66 | 760985UU3 |
| 760985L82 | 760985WF4 |
| 760985L90 | 760985WG2 |
| NA80936 | NA71009 |
| NA80938 | NC71007 |
| NA80939 | NC71008 |
| NA90835 | **RAMP Series 2003-RS5 Trust** |
| **RAMP Series 2003-RS2 Trust** | 760985WW7 |
| 760985SS1 | 760985WY3 |
| 760985ST9 | 760985WZ0 |
| 760985SU6 | 760985XA4 |
| 760985TU5 | 760985XB2 |
| 760985TV3 | 760985XC0 |
| N/A67490 | 760985XD8 |
| N/A67491 | N/A72730 |
| N/A67492 | N/A72732 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

### BNY Mellon RMBS Trusts

| | |
|---|---|
| N/A72733 | 760985ZG9 |
| N/C72731 | 760985ZH7 |
| **RAMP Series 2003-RS6 Trust** | 760985ZJ3 |
| 760985XK2 | 760985ZK0 |
| 760985XL0 | 760985ZN4 |
| 760985XM8 | 760985ZP9 |
| 760985XN6 | 760985ZQ7 |
| 760985XP1 | 760985ZR5 |
| 760985XQ9 | 760985ZS3 |
| N/A73420 | 760985ZT1 |
| N/A73421 | 760985ZU8 |
| N/A73422 | 760985ZV6 |
| N/A73423 | N/A75818 |
| **RAMP Series 2003-RS7 Trust** | N/A75819 |
| 760985XV8 | N/A75820 |
| 760985XW6 | N/A75821 |
| 760985XX4 | **RAMP Series 2003-RS9 Trust** |
| 760985XY2 | 760985A43 |
| 760985XZ9 | 760985A50 |
| 760985YC9 | 760985A84 |
| 760985YD7 | 760985A92 |
| 760985YE5 | 760985B26 |
| 760985YF2 | 760985B34 |
| 760985YG0 | 760985B42 |
| N/A74779 | 760985B59 |
| N/A74780 | 760985B67 |
| N/A74781 | 760985B75 |
| N/A74782 | 760985B83 |
| **RAMP Series 2003-RS8 Trust** | 760985B91 |
| 760985ZE4 | 760985C25 |
| 760985ZF1 | N/A77080 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| N/A77083 | 760985XE6 |
| N/A77085 | N/A72127 |
| N/A77087 | N/A72128 |
| **RAMP Series 2003-RZ1 Trust** | N/A72129 |
| 760985RN3 | **RAMP Series 2003-RZ4 Trust** |
| 760985RP8 | 760985YS4 |
| 760985RQ6 | 760985YU9 |
| 760985RR4 | 760985YV7 |
| 760985RS2 | 760985YW5 |
| N/A64305 | 760985YX3 |
| N/A64307 | 760985YY1 |
| N/C64306 | 760985ZW4 |
| **RAMP Series 2003-RZ2 Trust** | N/A76102 |
| 760985SH5 | N/A76105 |
| 760985SJ1 | **RAMP Series 2003-RZ5 Trust** |
| 760985SK8 | 760985H61 |
| 760985SL6 | 760985H79 |
| 760985SM4 | 760985H95 |
| N/A67892 | 760985J28 |
| N/A67893 | 760985J36 |
| N/A67894 | 760985J44 |
| N/A67895 | 760985L74 |
| **RAMP Series 2003-RZ3 Trust** | N/A80688 |
| 760985WK3 | N/A80689 |
| 760985WM9 | N/A81855 |
| 760985WN7 | **RAMP Series 2003-SL1 Trust** |
| 760985WP2 | 760985E49 |
| 760985WQ0 | 760985E56 |
| 760985WR8 | 760985E64 |
| 760985WS6 | 760985E72 |
| 760985WT4 | 760985E80 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 760985E98 | 76110WLE4 |
| 760985F22 | 76110WLF1 |
| 760985F30 | **RASC Series 2001-KS2 Trust** |
| 760985F48 | 100001882 |
| 760985F55 | 100001883 |
| 760985F63 | 100001884 |
| 760985F71 | 76110WLL8 |
| 760985F89 | 76110WLM6 |
| 760985F97 | 76110WLN4 |
| **RAMP NIM 2005 NM2 Trust** | 76110WLP9 |
| 76112BPQ7 | 76110WLQ7 |
| N/C116726 | 76110WLR5 |
| **RAMP NIM 2005 NM4 Trust** | 76110WLS3 |
| 76112BTJ9 | 76110WLT1 |
| 76112BTK6 | 76110WLW4 |
| U76127BJ4 | **RASC Series 2002-KS4 Trust** |
| U76127BK1 | 76110WPC4 |
| **RAMP NIM 2005 NM5 Trust** | 76110WPD2 |
| 75156RAA2 | 76110WPE0 |
| 75156RAB0 | 76110WPF7 |
| U75169AA7 | 76110WPG5 |
| **RAMP NIM 2005 NS1 Trust** | 76110WPH3 |
| 75156LAA5 | 76110WPJ9 |
| 75156LAB3 | N/A53314 |
| **RASC Series 2001-KS1 Trust** | N/A53315 |
| 100001862 | N/A53316 |
| 100001863 | N/A53317 |
| 100001864 | **RASC Series 2002-KS6 Trust** |
| 76110WLB0 | 749248AA8 |
| 76110WLC8 | 749248AF7 |
| 76110WLD6 | 749248AG5 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 749248AH3 | 76110WVR4 |
| 749248AJ9 | 76110WVS2 |
| 749248AK6 | 76110WVT0 |
| N/A59012 | 76110WVV5 |
| N/A59013 | 76110WVW3 |
| N/A59014 | 76110WVX1 |
| N/A59015 | 76110WVZ6 |
| **RASC Series 2002-KS8 Trust** | 76110WWA0 |
| 76110WQA7 | NA80977 |
| 76110WQB5 | NA80978 |
| 76110WQC3 | NA80979 |
| 76110WQD1 | **RASC Series 2003-KS2 Trust** |
| N/A62628 | 76110WQQ2 |
| N/A62629 | 76110WQR0 |
| N/A63804 | 76110WQS8 |
| **RASC Series 2003-KS10 Trust** | 76110WQT6 |
| 76110WUV6 | 76110WQU3 |
| 76110WUW4 | 76110WQV1 |
| 76110WUX2 | 76110WRB4 |
| 76110WUY0 | 76110WRC2 |
| 76110WUZ7 | N/A67882 |
| 76110WVA1 | N/A67883 |
| 76110WVG8 | N/A67884 |
| N/A80428 | N/A67885 |
| N/A80429 | N/A67886 |
| N/A80430 | **RASC Series 2003-KS3 Trust** |
| **RASC Series 2003-KS11 Trust** | 76110WRD0 |
| 76110WVL7 | 76110WRE8 |
| 76110WVN3 | 76110WRF5 |
| 76110WVP8 | 76110WRG3 |
| 76110WVQ6 | 76110WRJ7 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

N/A68949

N/A68950

**RASC Series 2003-KS4 Trust**

76110WRP3

76110WRQ1

76110WRR9

76110WRS7

76110WRT5

76110WRU2

76110WRV0

76110WRW8

76110WRX6

76110WRY4

76110WRZ1

76110WSA5

NA70844

NA70845

NA70846

NA70847

NA70848

**RASC Series 2003-KS5 Trust**

76110WSF4

76110WSG2

76110WSH0

76110WSJ6

76110WSK3

76110WSL1

76110WSM9

N/A72151

N/A72152

N/A72153

N/A72154

N/A72155

**RASC Series 2003-KS6 Trust**

76110WSN7

76110WSP2

76110WSQ0

76110WSR8

76110WST4

N/A73536

N/A73537

**RASC Series 2003-KS7 Trust**

76110WSU1

76110WSZ0

76110WTA4

76110WTB2

76110WTC0

76110WTD8

76110WTK2

N/A74753

N/A74754

N/A74755

N/A74756

N/A74757

**RASC Series 2003-KS8 Trust**

76110WTR7

76110WTS5

76110WTT3

76110WTU0

76110WTV8

76110WTW6

76110WUC8

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 76110WUE4 | 76110VEC8 |
| N/A76032 | NC00000478 |
| N/A76033 | **Home Loan Trust 2000-HI3** |
| N/A76034 | 76110VEL8 |
| **RASC Series 2003-KS9 Trust** | NC00000508 |
| 76110WUK0 | **Home Loan Trust 2000-HI4** |
| 76110WUL8 | 76110VEU8 |
| 76110WUM6 | 76110VEV6 |
| 76110WUN4 | NC00000539 |
| 76110WUP9 | **Home Loan Trust 2000-HI5** |
| 76110WUQ7 | 76110VFD5 |
| 76110WUR5 | NC00000585 |
| N/A77057 | **Home Loan Trust 2000-HL1** |
| N/A77058 | 437184AU8 |
| N/A77059 | NC00000529 |
| **RASC NIM 2004-NT11 Trust** | **Home Loan Trust 2001-HI1** |
| 749243AS0 | 76110VFF0 |
| N/C107775 | NC00000592 |
| **RASC Series 1999-RS1 Trust** | **Home Loan Trust 2001-HI2** |
| 76110WFW1 | 76110VFY9 |
| 76110WFX9 | 76110VGA0 |
| 99RS1CLR2 | NC00000640 |
| 99RS1CLR3 | **Home Loan Trust 2001-HI3** |
| 99RS1CLR4 | 76110VGP7 |
| 99RS1CLRI | 76110VGS9 |
| 99RS1SB-1 | **Home Loan Trust 2001-HI4** |
| 99RS1SBII | 76110VHA2 |
| **Home Loan Trust 2000-HI1** | 76110VHJ0 |
| 76110VDW5 | 76110VHK7 |
| NC00000466 | **Residential Funding Mortgage Securities II, Series 2001 HS2 Trust** |
| **Home Loan Trust 2000-HI2** | |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

### BNY Mellon RMBS Trusts

76110ABC1

76110ABC2

76110ABC3

76110ABC4

76110VGF9

76110VGG7

**Home Equity Loan Trust 2001-HS3**

76110VCH2

76110VGX0

76110VGZ5

76110VHA9

76110VHB7

76110VHE4

76110VHF5

76110VHG3

76110VHK1

**Home Loan Trust 2002-HI1**

76110VHS0

76110VHT8

N/A39161

**Home Loan Trust 2002-HI2**

76110VJM1

76110VJN9

76110VJP4

76110VJQ2

N/A41461

**Home Loan Trust 2002-HI3**

76110VJX7

76110VJY5

N/A53010

**Home Loan  Trust 2002-HI4**

76110VLA4

76110VLB2

76110VLC0

76110VLD8

N/A59805

**Home Loan Trust 2002-HI5**

76110VLM8

76110VLN6

76110VLP1

76110VLQ9

N/A63352

**Residential Funding Mortgage Securities II, Series 2002-HS1 Trust**

76110VJA7

76110VJE9

N/A39347

N/A39350

**Residential Funding Mortgage Securities II, Series 2002 HS2 Trust**

76110VKF4

76110VKG2

76110VKL1

N/A53202

N/A53203

N/A53204

**Home Equity Loan Trust 2002-HS3**

76110VKS6

76110VKT4

76110VKU1

N/A58682

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

### BNY Mellon RMBS Trusts

| | |
|---|---|
| N/A58683 | 76110VLW6 |
| N/A58684 | 76110VLX4 |
| N/A58685 | 76110VLY2 |
| N/A58686 | 76110VLZ9 |
| N/A58687 | N/A67462 |
| **Home Loan Trust 2003-HI1** | N/A67463 |
| 76110VMG0 | N/A67464 |
| 76110VMH8 | N/A67465 |
| 76110VMJ4 | N/A67466 |
| 76110VMK1 | N/A67467 |
| 76110VMM7 | **Home Equity Loan Trust 2003-HS2** |
| N/A68579 | 76110VMS4 |
| **Home Loan Trust 2003-HI2** | 76110VMT2 |
| 76110VNE4 | 76110VMU9 |
| 76110VNF1 | 76110VMV7 |
| 76110VNG9 | 76110VMX3 |
| 76110VNH7 | 76110VMY1 |
| 76110VNJ3 | N/A72062 |
| N/A72178 | N/A72063 |
| **Home Equity Loan Trust  2003-HI3** | N/A72064 |
| 76110VNQ7 | N/A72065 |
| 76110VNR5 | N/A72066 |
| N/A76382 | N/A72067 |
| **Home Equity Loan Trust  2003-HI4** | N/A72068 |
| 76110VPD4 | **Home Equity Loan Trust  2003-HS3** |
| 76110VPF9 | 76110VNU8 |
| 76110VPG7 | 76110VNV6 |
| 76110VPH5 | 76110VNW4 |
| 76110VPJ1 | 76110VNX2 |
| N/A80673 | 76110VNY0 |
| **Home Equity Loan Trust 2003-HS1** | N/A75836 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

N/A75837

N/A76092

N/A76093

N/A76094

N/A76097

N/C76096

**Home Equity Loan Trust 2003-HS4**

76110VPK8

76110VPL6

N/A80911

N/A80912

N/A80913

**Residential Funding Mortgage Securities II, Series 2006 -HSA1**

76110VTE8

76110VTF5

76110VTG3

76110VTH1

76110VTJ7

76110VTK4

**Home Equity Loan Trust 2006-HSA3**

76113JAA0

N/A136608

N/A136609

**Home Loan Trust 1999-HI4**

76110VCR7

NC00000441

**Home Loan Trust  1999-HI6**

76110VCZ9

76110VDA3

NC00000474

**Home Loan Trust 1999-HI8**

76110VDL9

76110VDM7

NC00000440

**RFMSI Series 2003-S10 Trust**

76111J7H1

76111J7J7

76111J7K4

76111J7N8

76111J7P3

76111J7Q1

76111J7R9

76111J7S7

76111J7T5

76111J7U2

76111J7V0

76111J7W8

76111J7X6

**RFMSI Series 2003-S11 Trust**

76111J6N9

76111J6P4

76111J6Q2

76111J6R0

76111J6U3

76111J6V1

76111J6W9

76111J6X7

76111J6Y5

76111J6Z2

76111J7A6

76111J7B4

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 76111J7C2 | 76111J5X8 |
| 76111J7D0 | 76111J5Y6 |
| **RFMSI Series 2003-S12 Trust** | 76111J6B5 |
| 76111J4H4 | 76111J6C3 |
| 76111J4J0 | 76111J6D1 |
| 76111J4M3 | 76111J6E9 |
| 76111J4N1 | 76111J6F6 |
| 76111J4R2 | 76111J6G4 |
| 76111J4S0 | 76111J6H2 |
| 76111J4W1 | 76111J6J8 |
| 76111J4Y7 | 76111J6K5 |
| 76111J4Z4 | 76111J6L3 |
| 76111J5A8 | **RFMSI Series 2003-S14 Trust** |
| 76111J5B6 | 76111XAA1 |
| 76111J5E0 | 76111XAB9 |
| 76111J5F7 | 76111XAC7 |
| 76111J5G5 | 76111XAD5 |
| 76111J5H3 | 76111XAE3 |
| 76111J5J9 | 76111XAF0 |
| 76111J5K6 | 76111XAG8 |
| 76111J5L4 | 76111XAH6 |
| 76111J5M2 | 76111XAJ2 |
| 76111J5N0 | 76111XAK9 |
| 76111J5P5 | 76111XAL7 |
| 76111J5Q3 | 76111XAM5 |
| 76111J5R1 | 76111XAN3 |
| 76111J5S9 | 76111XAP8 |
| **RFMSI Series 2003-S13 Trust** | 76111XAQ6 |
| 76111J5U4 | 76111XAR4 |
| 76111J5V2 | **RFMSI Series 2003-S15 Trust** |
| 76111J5W0 | 76111XAS2 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

### BNY Mellon RMBS Trusts

| | |
|---|---|
| 76111XAT0 | 76111XBY8 |
| 76111XAU7 | 76111XBZ5 |
| 76111XAV5 | 76111XCA9 |
| 76111XAW3 | 76111XCB7 |
| 76111XAX1 | 76111XCC5 |
| 76111XAY9 | 76111XCD3 |
| 76111XAZ6 | 76111XCE1 |
| 76111XBA0 | **RFMSI Series 2003-S18 Trust** |
| 76111XBB8 | 76111XDD2 |
| **RFMSI Series 2003-S16 Trust** | 76111XDE0 |
| 76111XBC6 | 76111XDF7 |
| 76111XBD4 | 76111XDG5 |
| 76111XBE2 | 76111XDH3 |
| 76111XBF9 | 76111XDJ9 |
| 76111XBG7 | 76111XDK6 |
| 76111XBH5 | 76111XDL4 |
| 76111XBJ1 | 76111XDM2 |
| 76111XBK8 | 76111XDN0 |
| 76111XBL6 | 76111XDP5 |
| 76111XBM4 | 76111XDQ3 |
| 76111XBN2 | **RFMSI Series 2003-S19 Trust** |
| 76111XBP7 | 76111XCG6 |
| **RFMSI Series 2003-S17 Trust** | 76111XCJ0 |
| 76111XBQ5 | 76111XCK7 |
| 76111XBR3 | 76111XCM3 |
| 76111XBS1 | 76111XCN1 |
| 76111XBT9 | 76111XCP6 |
| 76111XBU6 | 76111XCQ4 |
| 76111XBV4 | 76111XCR2 |
| 76111XBW2 | 76111XCT8 |
| 76111XBX0 | 76111XCU5 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

<table>
<tr><td>76111XCV3</td><td>76111XET6</td></tr>
<tr><td>76111XCW1</td><td>76111XEU3</td></tr>
<tr><td>76111XCX9</td><td>76111XEV1</td></tr>
<tr><td>76111XCY7</td><td>76111XEW9</td></tr>
<tr><td>76111XCZ4</td><td><strong>RFMSI Series 2003-S4 Trust</strong></td></tr>
<tr><td>76111XDA8</td><td>76111JU36</td></tr>
<tr><td>76111XDB6</td><td>76111JU44</td></tr>
<tr><td>76111XDC4</td><td>76111JU51</td></tr>
<tr><td><strong>RFMSI Series 2003-S20 Trust</strong></td><td>76111JU69</td></tr>
<tr><td>76111XDU4</td><td>76111JU77</td></tr>
<tr><td>76111XDV2</td><td>76111JU85</td></tr>
<tr><td>76111XDW0</td><td>76111JV43</td></tr>
<tr><td>76111XDY6</td><td>76111JV50</td></tr>
<tr><td>76111XDZ3</td><td>76111JV76</td></tr>
<tr><td>76111XEA7</td><td>76111JV84</td></tr>
<tr><td>76111XEB5</td><td>76111JV92</td></tr>
<tr><td>76111XEC3</td><td>76111JW26</td></tr>
<tr><td>76111XED1</td><td>76111JW34</td></tr>
<tr><td>76111XEE9</td><td>76111JW42</td></tr>
<tr><td>76111XEF6</td><td>76111JW59</td></tr>
<tr><td>76111XEG4</td><td>76111JW67</td></tr>
<tr><td>76111XEH2</td><td>76111JW75</td></tr>
<tr><td>76111XEJ8</td><td>76111JW83</td></tr>
<tr><td>76111XEK5</td><td>76111JW91</td></tr>
<tr><td>76111XEL3</td><td><strong>RFMSI Series 2003-S6 Trust</strong></td></tr>
<tr><td>76111XEM1</td><td>76111JX66</td></tr>
<tr><td>76111XEN9</td><td>76111JY24</td></tr>
<tr><td>76111XEP4</td><td>76111JY32</td></tr>
<tr><td>76111XEQ2</td><td>76111JY57</td></tr>
<tr><td>76111XER0</td><td>76111JY65</td></tr>
<tr><td>76111XES8</td><td>76111JY73</td></tr>
</table>

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

<u>**Exhibit A**</u>

**BNY Mellon RMBS Trusts**

| | |
|---|---|
| 76111JY81 | 76111J4F8 |
| 76111JY99 | 76111J4G6 |
| 76111JZ23 | 76111J5T7 |
| 76111JZ31 | |
| 76111JZ49 | |
| 76111JZ56 | **RFMSI Series 2003-S9 Trust** |
| 76111JZ64 | 76111J2A1 |
| **RFMSI Series 2003-S7 Trust** | 76111J2B9 |
| 76111J2T0 | 76111J2C7 |
| 76111J2V5 | 76111J2D5 |
| 76111J2W3 | 76111J2E3 |
| 76111J2X1 | 76111J2F0 |
| 76111J2Y9 | 76111J2G8 |
| 76111J2Z6 | 76111JZ72 |
| 76111J3B8 | 76111JZ80 |
| 76111J3C6 | 76111JZ98 |
| 76111J3D4 | **RFMSI Series 2004-SR1 Trust** |
| 76111J3E2 | 76111XKX0 |
| 76111J3J1 | 76111XKY8 |
| 76111J3K8 | 76111XKZ5 |
| 76111J3L6 | 76111XLA9 |
| 76111J3V4 | 76111XLB7 |
| 76111J3W2 | 76111XLB7 |
| 76111J3X0 | **GMACM 2001-HLTV1** |
| 76111J3Y8 | 36185HCY7 |
| 76111J3Z5 | NA251442 |
| 76111J4A9 | **GMACM 2010-1** |
| 76111J4B7 | 36188LAB7 |
| 76111J4C5 | **American Home 2004-4** |
| 76111J4D3 | 02660TCC5 |
| 76111J4E1 | 02660TCD3 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

### BNY Mellon RMBS Trusts

| | |
|---|---|
| 02660TCE1 | 07384MSH6 |
| 02660TCF8 | 07384MSJ2 |
| 02660TCG6 | 07384MSK9 |
| 02660TCH4 | 07384MSM5 |
| 02660TCJ0 | 07384MSN3 |
| 02660TCK7 | 07384MSP8 |
| 02660TCL5 | 07384MSQ6 |
| 02660TCM3 | 07384MSW3 |
| 02660TCN1 | 07384MSX1 |
| 02660TCP6 | 07384MSY9 |
| 02660TCQ4 | **Bear Stearns Arm Trust 2003-1** |
| 02660TCR2 | 07384MTH5 |
| 02660TCS0 | 07384MTJ1 |
| 02660TCT8 | 07384MTK8 |
| 02660TCU5 | 07384MTL6 |
| 02660TCV3 | 07384MTM4 |
| 02660TCW1 | 07384MTN2 |
| 02660TCX9 | 07384MTP7 |
| **Bear Stearns Arm Trust 2001-4** | 07384MTQ5 |
| 07384MCX8 | 07384MTR3 |
| 07384MCY6 | 07384MTS1 |
| 07384MCZ3 | 07384MTT9 |
| 07384MDA7 | 07384MTU6 |
| 07384MDB5 | 07384MTV4 |
| 07384MDC3 | 07384MTW2 |
| 07384MDU3 | 07384MTX0 |
| 07384MEB4 | 07384MTY8 |
| **Bear Stearns Arm Trust 2002-11** | 07384MTZ5 |
| 07384MRV6 | N/A65055 |
| 07384MRW4 | N/A65056 |
| 07384MRX2 | N/A65057 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

**Bear Stearns Arm Trust 2003-3**
07384MUG5
07384MUH3
07384MUJ9
07384MUK6
07384MUL4
07384MUM2
07384MUN0
07384MUP5
07384MUQ3
07384MUR1
07384MUS9
07384MUT7
07384MUU4
07384MUV2
07384MUW0
07384MUX8
07384MUY6
07384MUZ3
07384MVA7
07384MVB5
07384MVC3
07384MVD1
07384MVE9
07384MVF6
07384MVG4
07384MVH2

**Bear Stearns Arm Trust 2003-4**
07384MVM1
07384MVN9
07384MVP4

07384MVQ2
07384MVR0
07384MVS8
07384MVT6
07384MVU3
07384MVV1
07384MVW9
07384MVX7
07384MVY5
07384MVZ2
07384MWA6
07384MWB4

**Bear Stearns Arm Trust 2003-5**
07384MWF5
07384MWG3
07384MWH1
07384MWJ7
07384MWK4
07384MWL2
07384MWM0
07384MWN8
07384MWP3
07384MWQ1
07384MWR9
07384MWS7
07384MWT5
07384MXM9
07384MXN7
07384MXP2
07384MXQ0
07384MXR8

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 07384MXS6 | 07384MYU0 |
| 07384MXT4 | 07384MYV8 |
| 07384MYP1 | 07384MYW6 |
| **Bear Stearns Arm Trust 2003-6** | 07384MYX4 |
| 073284MYC0 | 07384MYY2 |
| 07384MWW8 | 07384MYZ9 |
| 07384MWX6 | 07384MZA3 |
| 07384MWY4 | 07384MZB1 |
| 07384MWZ1 | 07384MZC9 |
| 07384MXA5 | 07384MZD7 |
| 07384MXB3 | 07384MZE5 |
| 07384MXC1 | 07384MZF2 |
| 07384MXD9 | 07384MZG0 |
| 07384MXE7 | 07384MZH8 |
| 07384MXF4 | 07384MZM7 |
| 07384MXG2 | 07384MZN5 |
| 07384MXH0 | **Bear Stearns Alt-A Trust 2003-1** |
| 07384MXJ6 | 07386HBJ9 |
| 07384MXK3 | 07386HBL4 |
| 07384MXL1 | 07386HBM2 |
| 07384MYA4 | **Bear Stearns Alt-A Sec. Trust 2004-4** |
| 07384MYB2 | 07386HHT1 |
| 07384MYD8 | 07386HHU8 |
| 07384MYE6 | 07386HHV6 |
| 07384MYF3 | 07386HHW4 |
| 07384MYN6 | 07386HHX2 |
| **Bear Stearns Arm Trust 2003-7** | 07386HHY0 |
| 07384MYQ9 | 07386HHZ7 |
| 07384MYR7 | 07386HJB8 |
| 07384MYS5 | **Bear Stearns Alt-A Sec. Trust 2004-6** |
| 07384MYT3 | 07386HJU6 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

07386HJV4
07386HJW2
07386HJX0
07386HJY8
07386HJZ5
07386HKB6
07386HKC4
07386HKD2
07386HKE0
07386HKF7
07386HKG5
07386HKH3

**Bear Stearns Alt-A Securities Trust 2004-12**

07386HNQ0
07386HNR8
07386HNS6
07386HNT4
07386HNU1
07386HNV9
07386HNW7
07386HNX5
07386HNY3
07386HNZ0
07386HPA3
07386HPD7
07386HPE5
07386HPF2
07386HPG0
07386HPH8
07386HPJ4

07386HPK1
07386HPL9
07386HPM7
07386HPN5
07386HPP0
07386HPQ8
07386HPW5

**Bear Stearns 2003-AC3**

07384YJH0
07384YJK3
07384YJL1
07384YJM9
07384YJY3
07384YJZ0
07384YKB1
07384YKC9
07384YKD7

**Bear Stearns Alt-A Trust 2005-3**

07386HRU7
07386HRV5
07386HRW3
07386HRX1
07386HRY9
07386HRZ6
07386HSA0
07386HSB8
07386HSC6
07386HSN2
07386HSE2
07386HSF9

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 07386HSG7 | 07386HTS0 |
| 07386HSH5 | 07386HTT8 |
| 07386HSJ1 | 07386HTK7 |
| 07386HSD4 | 07386HTV3 |
| 07386HSK8 | 07386HTU5 |
| **Bear Stearns Alt-A Trust 2005-4** | 07386HTW1 |
| 07386HTN1 | 07386HTL5 |
| 07386HTX9 | 07386HTM3 |
| 07386HSP7 | **Bear Stearns Alt-A Trust 2005-5** |
| 07386SHQ5 | 07386HVC2 |
| 07386HST9 | 07386HTY7 |
| 07386JHSU6 | 07386HUA7 |
| 07386HSR3 | 07386HUB5 |
| 07386HSS1 | 07386HUE9 |
| 07386HSV4 | 07386HUF6 |
| 07386HTP6 | 07386HUC3 |
| 07386HSW2 | 07386HUD1 |
| 07386HSX0 | 07386HUG4 |
| 07386HSY8 | 07386HUH2 |
| 07386HSZ5 | 07386HUJ8 |
| 07386HTA9 | 07386HUK5 |
| 07386HTB7 | 07386HUL3 |
| 07386HTC5 | 07386HUM1 |
| 07386HTD3 | 07386HUN9 |
| 07386HTE1 | 07386HUV1 |
| 07386HTF8 | 07386HUW9 |
| 07386HTG6 | 07386HUX7 |
| 07386HTH4 | 07386HUP4 |
| 07386HTJ0 | 07386HUQ2 |
| 07386HTQ1 | 07386HUR0 |
| 07386HTR2 | 07386HUS8 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 07386HUT6 | 07386HZW4 |
| 07386HUU3 | 07386HZX2 |
| 07386HUY5 | 07386HZZ7 |
| 07386HVA6 | 07386HA76 |
| 07386HVD0 | 07386HA50 |
| 07386HVE8 | 07386HA68 |
| 07386HVF5 | 07386HA27 |
| 07386HUZ2 | 07386HA35 |
| 07386HVB4 | 07386HA43 |
| **Bear Stearns Alt-A Trust 2005-10** | **Bear Stearns Alt-A Trust 2006-1** |
| 07386HYW5 | 07386HD32 |
| 07386HYX3 | 07386HA92 |
| 07386HZA2 | 07386HB26 |
| 07386HZB0 | 07386HB34 |
| 07386HYY1 | 07386HB42 |
| 07386HYZ8 | 07386HB75 |
| 07386HZC8 | 07386HB83 |
| 07386HZD6 | 07386HE49 |
| 07386HZE4 | 07386HB91 |
| 07386HZF1 | 07386HE56 |
| 07386HZG9 | 07386HC25 |
| 07386HZH7 | 07386HC33 |
| 07386HZJ3 | 07386HC41 |
| 07386HZK0 | 07386HC58 |
| 07386HZ68 | 07386HC66 |
| 07386HZM6 | 07386HD81 |
| 07386HZN4 | 07386HD99 |
| 07386HZP9 | 07386HE23 |
| 07386HZQ7 | 07386HE64 |
| 07386HZR5 | 07386HE72 |
| 07386HZS3 | 07386HE80 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 07386HC90 | 22541QVG4 |
| 07386HD73 | 22541QVH2 |
| 07386HC82 | 22541QVJ8 |
| 07386HD65 | 22541QVK5 |
| 07386HD24 | 22541QVL3 |

**Bear Stearns Asset Backed Securities 2003-AC4**

| | |
|---|---|
| 07384YKF2 | 22541QVM1 |
| 07384YKH8 | 22541QVN9 |
| 07384YKJ4 | 22541QVP4 |
| 07384YKS4 | 22541QVQ2 |
| 07384YKU9 | 22541QVR0 |
| 07384YKV7 | 22541QVS8 |
| 07384YKW5 | 22541QVT6 |
| 07384YKX3 | 22541QVU3 |

**Bear Stearns Asset Backed Securities Trust 2006-SD2**

| | |
|---|---|
| 07388EAA4 | 22541QVV1 |
| 07388EAJ5 | 22541QVW9 |
| 07388EAK2 | 22541QVX7 |
| 07388EAB2 | 22541QVY5 |
| 07388EAC0 | 22541QVZ2 |
| 07388EAD8 | 22541QWA6 |
| 07388EAE6 | 22541QWB4 |
| 07388EAF3 | 22541QWC2 |
| 07388EAG1 | 22541QWD0 |
| 07388EAH9 | 22541QWE8 |

**CS First Boston Mortgage Securities Corp. 2003-23**

| | |
|---|---|
| 22541QVD1 | 22541QWF5 |
| 22541QVE9 | 22541QWG3 |
| 22541QVF6 | 22541QWH1 |
| | 22541QWJ7 |
| | 22541QWK4 |
| | 22541QWL2 |
| | 22541QWM0 |
| | 22541QWN8 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

**Exhibit A**

**BNY Mellon RMBS Trusts**

| | |
|---|---|
| 22541QWP3 | 22541QXW7 |
| 22541QWQ1 | 22541QXX5 |
| 22541QWR9 | 22541QXY3 |
| 22541QWS7 | 22541QXZ0 |
| 22541QWT5 | 22541QYA4 |
| 22541QWU2 | 22541QYB2 |
| 22541QWV0 | 22541QYC0 |
| 22541QWW8 | 22541QYD8 |
| 22541QWX6 | **FIRST MATRIX RM TRUST 2003** |
| 22541QWY4 | 32082HAA4 |
| 22541QWZ1 | 32082HAB2 |
| 22541QXA5 | 32082HAC0 |
| 22541QXB3 | **GSMPS Mortgage Loan Trust 2003-2** |
| 22541QXC1 | 31394JD87 |
| 22541QXD9 | 31394JD95 |
| 22541QXE7 | 31394JDA2 |
| 22541QXF4 | 31394JDBO |
| 22541QXG2 | 31394JDC8 |
| 22541QXH0 | 31394JDD6 |
| 22541QXJ6 | 36290PAK3 |
| 22541QXK3 | 36290PAK3 |
| 22541QXL1 | 36290PAL1 |
| 22541QXM9 | 36290PAM9 |
| 22541QXN7 | 36290PAN7 |
| 22541QXP2 | 36290PAP2 |
| 22541QXQ0 | 36290PAR8 |
| 22541QXR8 | 36290PAR8 |
| 22541QXS6 | **GSMPS Mortgage Loan Trust 2005-LT1** |
| 22541QXT4 | 36290PBS5 |
| 22541QXU1 | 36290PBT3 |
| 22541QXV9 | 36290PBU0 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

**Exhibit A**

**BNY Mellon RMBS Trusts**

| | |
|---|---|
| 36290PBV8 | 361988AN8 |
| 36290PBW6 | U0393EAA9 |
| 36290PBY2 | U0393EAC5 |
| **GSR 2003-2F** | U0393EAD3 |
| 36228FMM5 | **GSRPM 2003-1** |
| 36228FMN3 | 36228FLK0 |
| 36228FMP8 | 36228FLL8 |
| 36228FMU7 | 36228FLM6 |
| 36228FMV5 | 36228FLN4 |
| 36228FMW3 | 36228FLP9 |
| 36228FMX1 | 36228FLQ7 |
| 36228FMZ6 | 36228FLR5 |
| 36228FNA0 | 36228FLS3 |
| 36228FNB8 | 36228FLS3 |
| 36228FNC6 | 36228FLU8 |
| 36228FND4 | **GSRPM 2003-2** |
| 36228FNE2 | 36228FWH5 |
| 36228FNF9 | 36228FWJ1 |
| 36228FNG7 | 36228FWK8 |
| 36228FNH5 | 36228FWL6 |
| 36228FNJ1 | 36228FWM4 |
| 36228FNK8 | 36228FWN2 |
| 36228FNK8 | 36228FWQ5 |
| **GSRPM 2002-1** | **GSRPM 2004-1** |
| 361988AA6 | 36242DGH0 |
| 361988AE8 | 36242DGJ6 |
| 361988AG3 | 36242DGK3 |
| 361988AL2 | 36242DGL1 |
| 361988AM0 | 36242DGM9 |
| 361988AM0 | 36242DGN7 |
| 361988AN8 | 36242DGP2 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

36242DGQ0

36242DGR8

36242DGS6

36242DGT4

**MacQuairie Mortgage Funding Trust
2007-1**

556083AA1

556083AB9

556083AC7

556083AD5

556083AE3

556083AF0

556083AG8

**MASTR Alternative Loans Trust 2002-1**

576434AA2

576434AB0

576434AC8

576434AD6

576434AE4

576434AF1

576434AG9

576434AM6

576434AH7

576434AJ3

576434AK0

576434AL8

576434AN4

576434AP9

576434AQ7

**MASTR Alternative Loans Trust 2002-2**

576434AU8

576434AV6

576434AW4

576434AX2

576434AY0

576434AZ7

576434BA1

576434BB9

576434BD5

576434BE3

576434BC7

576434BF0

576434BG8

576434BH6

576434AR5

576434AS3

576434AT1

**MASTR 2002-3**

576434BR4

576434BT0

576434BW3

**MASTR Alternative Loans Trust 2003-2**

576434CU6

576434CV4

576434CW2

576434CX0

576434CY8

576434CZ5

576434DA9

576434DB7

576434DC5

576434DD3

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

576434DR2

576434DS0

576434DE1

576434DF8

576434DG6

576434DH4

576434DJ0

576434DK7

576434DL5

576434DM3

576434DN1

576434DP6

576434DQ4

**MASTR Alternative Loans Trust 2003-3**

576434DT8

576434DU5

576434DV3

576434DW1

576434DX9

576434DY7

576434DZ4

576434EA8

576434EB6

576434EC4

576434ED2

576434EE0

576434EF7

576434EG5

576434EH3

**MASTR Alternative Loan Trust
Mortgage Series 2003-4**

576434EJ9

576434EK6

576434EL4

576434EM2

576434EN0

576434EP5

576434EQ3

576434ER1

576434ES9

576434ET7

576434EU4

576434EV2

576434EW0

576434EX8

576434EY6

576434EZ3

576434FA7

576434FB5

**MASTR Alternative Loan Trust 2003-5**

576434FC3

576434FD1

576434FE9

576434FF6

576434FG4

576434FH2

576434FJ8

576434FK5

576434FL3

576434FM1

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 576434FP4 | 576434GZ1 |
| 576434FQ2 | 576434HA5 |
| 576434FR0 | 576434HB3 |
| 576434FS8 | 576434HC1 |
| 576434FT6 | 576434HD9 |
| 576434FU3 | 576434HE7 |
| 576434FV1 | 576434HF4 |
| 576434FW9 | 576434HG2 |
| 576434FX7 | 576434HH0 |
| 576434FY5 | 576434HJ6 |
| 576434GA6 | 576434HK3 |
| 576434GB4 | 576434HL1 |
| **MASTR Alternative Loan Trust 2003-6** | 576434HM9 |
| 576434GD0 | 576434HN7 |
| 576434GE8 | 576434HP2 |
| 576434GG3 | 576434HQ0 |
| 576434GH1 | 576434HR8 |
| 576434GJ7 | 576434HS6 |
| 576434GK4 | 576434HT4 |
| 576434GL2 | 576434HU1 |
| 576434GM0 | 576434HV9 |
| 576434GN8 | 576434HW7 |
| 576434GP3 | 576434HX5 |
| 576434GQ1 | 576434HY3 |
| 576434GR9 | 576434HZ0 |
| 576434GS7 | 576434JA3 |
| 576434GU2 | 576434JB1 |
| **MAST Alternative Loans Trust 2003-7** | 576434JC9 |
| 576434GW8 | 576434JD7 |
| 576434GX6 | 576434JE5 |
| 576434GY4 | 576434JF2 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

576434JG0

576434JH8

576434JJ4

576434JK1

576434JL9

576434JM7

576434JN5

576434JP0

576434JQ8

576434JR6

**MASTR Alternative Loans Trust 2005-2**

576434H72

576434H80

576434H98

576434J21

576434J39

576434J47

576434J54

576434J62

576434J70

576434J88

576434K78

576434J96

576434K29

576434K37

576434K45

576434K52

576434K60

576434K86

576434K94

576434L28

576434L36

576434L44

576434L51

576434L69

576434L77

576434L85

**MASTR Alternative Loans Trust 2006-3**

57645DAN2

57645DAS1

57645DAA0

57645DAB8

57645DAC6

57645DAD4

57645DAF9

57645DAG7

57645DAH5

57645DAJ1

57645DAR3

57645DBA9

57645DAT9

57645DAV4

57645DAU6

57645DAW2

57645DAP7

57645DAQ5

57645DAX0

57645DAY8

**MASTR Adjustable Rate Mortgage Trust 2003-2**

576433DE3

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

### BNY Mellon RMBS Trusts

576433DF0

576433DG8

576433DH6

576433DJ2

576433DK9

576433DL7

576433DM5

576433DN3

576433DP8

576433DQ6

576433DR4

576433DS2

576433DT0

576433DU7

576433DV5

576433DX1

**MASTR Adjustable Rate Mortgages
Trust 2003-4**

576433EQ5

576433ER3

576433ES1

576433EU6

576433EV4

576433EW2

57433EX0

576433EY8

**MASTR Adjustable Rate Mortgage Trust
2003-7**

576433HF6

576433HG4

576433HH2

576433HJ8

576433HK5

576433HL3

576433HM1

576433HN9

576433HP4

576433HQ2

576433HS8

576433HV1

576433HW9

576433HX7

576433HY5

576433HZ2

576433JB3

**MASTR Adjustable Rate Mortgage Trust
2004-1**

576433JC1

576433JD9

576433JF4

576433JG2

576433JH0

576433JJ6

576433JK3

576433JL1

576433JM9

576433JN7

576433JP2

576433JQ0

576433JR8

576433JS6

576433JT4

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

576433JU1

576433JV9

576433JW7

576433JZ0

**MASTR Adjustable Rate Mortgage Trust 2004-2**

576433KA3

576433KG0

576433KH8

576433KJ4

576433KK1

576433KL9

**MASTR Adjustable Rate Mortgage Trust 2004-3**

576433KM7

576433KN5

576433KP0

576433KQ8

576433KR6

576433KS4

576433KT2

576433KU9

576433KV7

576433KW5

576433KX3

576433KY1

576433KZ8

576433LA2

576433LB0

576433LC8

576433LD6

576433LE4

576433LF1

576433LG9

576433LH7

576433LJ3

576433LK0

576433LL8

576433LM6

576433LN4

576433LP9

576433LQ7

576433LR5

576433LS3

576433LT1

576433LU8

**MASTR Adjustable Rate Mortgages Trust 2004-4**

576433LW4

576433LX2

576433LY0

576433LZ7

576433MA1

576433MB9

576433MC7

576433MD5

576433ME3

576433MF0

576433MG8

576433MH6

576433MJ2

576433MK9

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

576433ML7

576433MM5

576433MN3

576433MP8

576433MQ6

576433MR4

576433MS2

**MASTR Adjustable Rate Mortgages
Trust 2004-5**

576433MT0

576433MU7

576433MV5

576433MW3

576433MX1

576433MY9

576433MZ6

576433NA0

576433NB8

576433NC6

576433ND4

576433NP7

576433NE2

576433NF9

576433NG7

576433NH5

576433NJ1

576433NK8

576433NL6

576433NM4

576433NN2

**MASTR Adjustable Rate Mortgages**

**Truste 2004-6**

576433NQ5

576433NR3

576433NS1

576433NT9

576433NU6

576433NV4

576433NW2

576433NX0

576433NY8

576433NZ5

576433PA8

576433PB6

576433PC4

576433PD2

576433PE0

576433PF7

576433PG5

576433PH3

576433PJ9

576433PK6

576433PL4

576433PM2

576433PN0

**MASTR Adjustable Rate Mortgages
Trust 2004-7**

576433PP5

576433PQ3

576433PR1

576433PS9

576433PT7

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

576433QD1

576433QK5

576433QL3

576433QC3

576433PW0

576433PX8

576433PY6

576433PZ3

576433QA7

576433QG4

576433QH2

576433QJ8

576433QM1

576433QF6

576433QN9

576433QP4

576433QE9

**MASTR Adjustable Rate Mortgages Trust 2004-8**

576433QQ2

576433QR0

576433QS8

576433QT6

576433QU3

576433QV1

576433QW9

576433QX7

576433QY5

576433QZ2

576433RA6

576433RB4

576433RC2

576433RD0

576433RE8

576433RF5

576433RG3

BCC0GCDY8

**MASTR Adjustable Rate Mortgages Trust 2004-9**

576433RH1

576433RJ7

576433RK4

576433RL2

576433RM0

576433RN8

576433RP3

576433RQ1

576433RR9

576433RS7

576433RT5

576433RU2

576433RV0

576433RW8

576433TE6

576433TF3

576433TG1

576433TH9

**MASTR Adjustable Rate Mortgages Trust 2004-10**

576433SU1

576433SV9

576433SW7

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 576433SX5 | 576433TQ9 |
| 576433SY3 | 576433TR7 |
| 576433SZ0 | 576433UC8 |
| 576433TA4 | 576433TS5 |
| 576433TB2 | 576433TT3 |
| 576433TC0 | 576433TX4 |
| 576433TD8 | 576433TU0 |
| 576433SR8 | 576433TV8 |
| 576433SS6 | 576433TW6 |
| 576433ST4 | 576433TY2 |
| BCCOGP452 | 576433TZ9 |
| **MASTR Adjustable Rate Mortgages Trust 2004-11** | 576433UA2 |
| | 576433UB0 |
| 576433RX6 | **MASTR Adjustable Rate Mortgages Trust 2004-14** |
| 576433RY4 | |
| 576433RZ1 | 576433UX2 |
| 576433SA5 | 576433UY0 |
| 576433SB3 | 576433UZ7 |
| 576433SC1 | 576433VA1 |
| 576433SD9 | 576433VB9 |
| 576433SE7 | 576433VC7 |
| 576433SF4 | 576433VD5 |
| 576433SG2 | 576433VE3 |
| 576433TJ5 | 576433VF0 |
| 576433TK2 | 576433VG8 |
| 576433TL0 | 576433VH6 |
| 576433TM8 | 576433VJ2 |
| **MASTR Adjustable Rate Mortgages Trust 2004-12** | **MASTR Adjustable Rate Mortgages Trust 2004-15** |
| 576433TN6 | 576433VK9 |
| 576433TP1 | 576433VL7 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 576433WR3 | 576433XR2 |
| 576433VM5 | 576433XF8 |
| 576433VN3 | 576433XS0 |
| 576433VP8 | 576433XG6 |
| 576433VQ6 | 576433XH4 |
| 576433VR4 | 576433XK7 |
| 576433VS2 | 576433XL5 |
| 576433VTO | 576433XM3 |
| 576433VU7 | 576433XN1 |
| 576433VV5 | 576433XP6 |
| 576433VW3 | 576433WU6 |
| 576433VX1 | 576433WV4 |
| 576433VY9 | 576433WW2 |
| 576433VZ6 | 576433XT8 |
| 576433WAO | **MASTR Adjustable Rate Mortgages** |
| 576433WB8 | **Trust 2005-2** |
| 576433WC6 | 576433XU5 |
| 576433WS1 | 576433XV3 |
| | 576433XW1 |
| | 576433XX9 |
| | 576433XY7 |
| **MASTR Adjustable Rate Mortgages** | 576433XZ4 |
| **Trust 2005-1** | 576433YA8 |
| 576433WX0 | 576433YB6 |
| 576433WY8 | 576433YC4 |
| 576433WZ5 | 576433YD2 |
| 576433XA9 | 576433YE0 |
| 576433XB7 | 576433YF7 |
| 576433XC5 | 576433YG5 |
| 576433XD3 | 576433YH3 |
| 576433XE1 | 576433YJ9 |
| 57643QX4 | |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

576433YK6

576433YL4

576433YM2

**MASTR Adjustable Rate Mortgages Trust 2005-3**

576433YN0

576433ZC3

576433YP5

576433YQ3

576433YR1

576433ZD1

576433ZE9

576433YS9

576433YV2

576433YX8

576433YY6

576433YZ3

576433ZA7

576433ZB5

576433ZF6

576433ZG4

576433ZH2

576433ZJ8

**MASTR Adjustable Rate Mortgages Trust 2005-6**

576433ZX7

576433ZY5

576433ZZ2

576433A22

576433A30

576433C46

576433A48

576433A55

576433A63

576433A71

576433C53

576433A97

576433A89

576433B21

576433B39

576433B47

576433B54

576433B62

576433B70

576433B88

576433B96

576433C20

576433C38

**MASTR Adjustable Rate Mortgages Trust 2005-8**

576433E51

576433F68

576433E69

576433F76

576433E77

576433F84

576433E85

576433E93

576433F27

576433F35

576433F43

576433F50

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

576433G26

576433F92

576433G34

**MASTR Asset Securitization Trust 2002-8**

55265KNJ4

55265KNK1

55265KNL9

55265KNM7

55265KNN5

55265KNP0

55265KNQ8

55265KNR6

55265KNS4

55265KNT2

55265KNU9

55265KNV7

55265KNW5

55265KNX3

55265KNY1

55265KNZ8

55265KPA1

55265KPB9

55265KPC7

55265KPD5

55265KPE3

55265KPF0

55265KPG8

55265KPH6

55265KPJ2

55265KPK9

55265KPL7

55265KPM5

**MLMI Series 2003-A2**

589929M70

589929M88

589929M96

589929N20

589929N38

589929N46

589929N53

589929N61

589929N79

589929N87

589929N95

589929P28

589929P36

589929P44

589929P51

589929P69

589929P77

589929P85

589929P93

589929Q27

589929Q27

589929Q35

589929Q43

589929Q50

**MLMI Series 2003-A4**

589929W53

589929W61

589929W79

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 589929W87 | 65535VCE6 |
| 589929W95 | 65535VCF3 |
| 589929X29 | 65535VCG1 |
| 589929X37 | **Nomura 2004-AP1** |
| 589929X45 | 65535VCL0 |
| 589929X78* | 65535VCM8 |
| 589929X86 | 65535VCN6 |
| 589929X94 | 65535VCQ9 |
| 589929Y28 | 65535VCR7 |
| **Nomura Asset Acceptance Corp., 2003-A1** | 65535VCS5 |
| 65535VAT5 | 65535VCT3 |
| 65535VAU2 | 65535VCU0 |
| 65535VAV0 | N/A92289 |
| 65535VAW8 | **Nomura 2004-AP2** |
| 65535VAX6 | 65535VDA3 |
| 65535VAY4 | 65535VDB1 |
| 65535VAZ1 | 65535VDC9 |
| 65535VBA5 | 65535VDE5 |
| 65535VBB3 | 65535VDF2 |
| 65535VBC1 | 65535VDL9 |
| 65535VBD9 | **Nomura 2004-AR1** |
| 65535VBE7 | 65535VDM7 |
| 65535VBF4 | 65535VDN5 |
| 65535VBG2 | 65535VDQ8 |
| 65535VBH0 | 65535VDR6 |
| **Nomura 2003-A3** | 65535VDS4 |
| 65535VBZ0 | 65535VDT2 |
| 65535VCA4 | 65535VDU9 |
| 65535VCB2 | 65535VDV7 |
| 65535VCC0 | 65535VDW5 |
| 65535VCD8 | 65535VDX3 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

65535VDZ8

65535VEA2

65535VED6

65535VEE4

65535VEJ3

65535VEL8

65535VEM6

N/C101938

N/C102062

**Nomura 2005-S1**

65535VJT6

65535VJU3

65535VJV1

65535VJY5

65535VJZ2

65535VKA5

**Structured Asset Mortgage Investments
Inc. 2003-AR1**

86358HRV3

86358HRW1

86358HRX9

86358HRY7

86358HRZ4

86358HSA8

86358HSB6

86358HSD2

86358HSE0

86358HSF7

86358HSG5

86358HSH3

86358HSJ9

86358HSK6

86358HSL4

86358HSM2

86358HSN0

**Structured Asset Mortgage Investments,
Inc. 2004-AR6**

86359LEV7

86359LFJ3

86359LEW5

86359LFK0

86359LEX3

86359LEY1

86359LEZ8

86359LFA2

86359LFB0

86359LFC8

86359LFD6

86359LFE4

86359LFF1

86359LFG9

86359LFH7

**Structured Asset Mortgage Investments
Inc. 2005-AR1**

86359LGS2

86359LGT0

86359LGU7

86359LGV5

86359LGW3

86359LGX1

86359LGY9

86359LGZ6

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

86359LHA0

86359LHB8

86359LHC6

86359LHD4

86359LHE2

86359LHF9

**Structured Asset Securities Corp. 2001-8A**

86358RBT3

86358RBU0

86358RCB1

86358RCC9

86358RCE5

86358RCF2

86358RCG0

86358RCH8

86358RCJ4

86358RCK1

86358RCL9

86358RCM7

86358RCN5

86358RCR6

86358RCU9

86358RCV7

86358RCW5

**SASCO 1995-2**

863572GE7

STRUCT952R2

863572GC1

863572GC1

863572GD9

863572GN7

863572GL1

863572GA5

863572GK3

863572GM9

STRUCT952R

863572GB3

863572GG2

863572GB3

**SASCO 2001-9**

86358REP8

86358REU7

86358RFB8

86358RFC6

86358RFE2

86358RFJ1

86358RFM4

86358RFQ5

86358RFT9

86358RFU6

86358RFV4

86358RFW2

86358RFX0

86358RFY8

86358RFZ5

86358RGA9

86358RGC5

86358RGD3

86358RGE1

86358RGB7

**Structured Asset Securities 2002-4H**

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

| | |
|---|---|
| 86358RWY9 | 881561XE9 |
| 86358RWZ6 | **Terwin 2005-13SL** |
| 86358RXA0 | 881561E26 |
| 86358RXD4 | 881561E42 |
| 86358RXE2 | 881561E59 |
| 86358RXF9 | 881561E67 |
| 86358RXG7 | 881561E75 |
| 86358RXH5 | 881561E83 |
| 86358RXJ1 | 881561C77 |
| 86358RXK8 | 881561C85 |
| 86358RXL6 | 881561C93 |
| **Structured Asset Securities Corp. M/L 2002-9** | 881561D43 |
| | 881561D68 |
| 86358RB55 | 881561D76 |
| 86358RC21 | **Terwin 2006-2HGS** |
| N/A51382 | 53199BAB1 |
| **Terwin 2005-9HGS** | 881561P24 |
| 881561WQ3 | 881561P32 |
| 881561WR1 | 881561P40 |
| 881561WS9 | 881561P57 |
| 881561WT7 | 881561P65 |
| 881561WU4 | 881561P73 |
| 881561WV2 | 881561Q23 |
| 881561WW0 | 881561Q72 |
| 881561WX8 | 881561Q80 |
| 881561WY6 | 881561Q98 |
| 881561XA7 | 881561R22 |
| 881561XB5 | 881561R30 |
| 881561XB5 | **Terwin 2006-4SL** |
| 881561XC3 | 881561W91 |
| 881561XD1 | 881561X25 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

### BNY Mellon RMBS Trusts

| | |
|---|---|
| 881561X33 | 88156CAT7 |
| 881561X41 | N/A139243 |
| 881561X58 | **Terwin 2006-HF-1** |
| 881561Y32 | 881561R55 |
| 881561Y73 | 881561R63 |
| 881561Y73 | 881561R71 |
| 881561Y81 | 881561R89 |
| 881561Y99 | 881561R97 |
| 881561Z23 | 881561S21 |
| 881561Z31 | 881561S39 |
| **Terwin 2006-6** | 881561S54 |
| 8815613C6 | 881561S62 |
| 8815612T0 | 881561S88 |
| 8815612U7 | 881561S96 |
| 8815612W3 | 881561T20 |
| 8815612X1 | 881561T38 |
| 8815612Y9 | 881561T46 |
| 8815613H5 | **Truman 2004-1** |
| 8815613J1 | 897896AN6 |
| 8815613K8 | 897896AP1 |
| 8815613L6 | 897896AR7 |
| 8815613M4 | 897896AS5 |
| 88156CAA8 | 897896AT3 |
| 88156CAB6 | N/A83176 |
| 88156CAJ9 | N/A83177 |
| 88156CAK6 | **Truman 2005-1** |
| 88156CAN0 | 897896BD7 |
| 88156CAP5 | 897896BE5 |
| 88156CAQ3 | 897896BF2 |
| 88156CAR1 | 897896BG0 |
| 88156CAS9 | N/A129365 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

N/A129366

**Truman 2006-1**
89789KAA3
89789KAB1
89789KAC9
89789KAD7
N/A140743
N/A140744

**RASC 2003-K10W RESIDENTIAL ASSET
SECURITIES CORPORATION**
76110WVJ2

**Home Loan Trust 1998-HI2**
76110VBE7
76110VBF4
76110VBG2
76110VBHO
76110VBJ6
76110V8K3
76110VBL1
76110VBM9
76110VBN7
76110VBP2
BCC02F7A5

**Home Loan Trust 1999-HI1**
76110VBS6
76110VBT4
76110VBU1
76110VBV9
76110VBW7
76110VBX5
BCC02RX36

**SAMI 2003-AR1 STRUCTURED ASSET
MORTGAGE INVESTMENTS INC**
86358HRV3
86358HRW1

86358HRX9
86358HRY7
86358HRZ4
86358HSA8
86358HSB6
86358HSD2
86358HSE0
86358HSF7
86358HSG5
86358HSH3
86358HSJ9
86358HSK6
86358HSL4
86358HSM2
86358HSN0

**SASC 2002-4H STRUCTURED ASSET
SECURITIES CORPORATION**
86358RWY9
86358RWZ6
86358RXA0
86358RXB8
86358RXC6
86358RXD4
86358RXE2
86358RXF9
86358RXG7
86358RXH5
86358RXJ1
86358RXK8
86358RXL6

**MASTR 2003-2 MASTR ASSET
SECURITIZATION TRUST**
55265KRL5
55265KRM3
55265KRN1
55265KRP6
55265KRQ4
55265KRR2

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

# Exhibit A

## BNY Mellon RMBS Trusts

| | SECURITIZATION TRUST |
|---|---|
| 55265KRS0 | 55265KTG4 |
| 55265KRT8 | 55265KTH2 |
| 55265KRU5 | 55265KTJ8 |
| 55265KRV3 | 55265KTK5 |
| 55265KRW1 | 55265KTL3 |
| 55265KRX9 | 55265KTM1 |
| 55265KRY7 | 55265KTN9 |
| 55265KRZ4 | 55265KTP4 |
| 55265KSA8 | 55265KTQ2 |
| 55265KSB6 | 55265KTR0 |
| 55265K SC4 | 55265KTS8 |
| 55265KSD2 | 55265KTT6 |
| 55265KSE0 | 55265KTU3 |
| 55265KSF7 | 55265KTV1 |
| 55265KSG5 | 55265KTW9 |
| 55265KSH3 | 55265KTX7 |
| 55265KSJ9 | 55265KTY5 |
| 55265KSK6 | 55265KTZ2 |
| 55265KSL4 | 55265KUA5 |
| 55265KSM2 | 55265KUB3 |
| 55265KSN0 | 55265KUC1 |
| 55265KSP5 | 55265KUD9 |
| 55265KSQ3 | 55265KUE7 |
| 55265KSR1 | 55265KUG2 |
| 55265KSS9 | 55265KUH0 |
| 55265KST7 | 55265KUK3 |
| 55265KSU4 | 55265KUJ6 |
| 55265KSV2 | 55265KUM9 |
| 55265KSW0 | 55265KUV9 |
| 55265KSX8 | 55265KUL1 |
| 55265KSY6 | 55265KUW7 |
| 55265KSZ3 | 55265KUN7 |
| 55265KTA7 | 55265KUP2 |
| 55265KTB5 | 55265KUQ0 |
| 55265KTC3 | 55265KUR8 |
| 55265KTD1 | 55265KUS6 |
| 55265KTE9 | 55265KUT4 |
| 55265KTF6 | 55265KUU1 |

**MASTR 2003-3 MASTR ASSET**

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

**MASTR 2003-4 MASTR ASSET
SECURITIZATION TRUST**
55265KUX5
55265KUY3
55265KUZ0
55265KVA4
55265KVB2
55265KVC0
55265KVD8
55265KXD6
55265KVE6
55265KVF3
55265KVG1
55265KVH9
55265KVJ5
55265KVK2
55265KVL0
55265KVM8
55265KVN6
55265KVP1
55265KVQ9
55265KVR7
55265KVS5
55265KVT3
55265KVU0
55265KVV8
55265KVW6
55265KVX4
55265KVY2
55265KVZ9
55265KWA3
55265KWB1
55265KWC9
55265KWD7
55265KWE5
55265KWF2
55265KWG0
55265KWH8
55265KWJ4
55265KWK1

55265KWL9
55265KWM7
55265KWN5
55265KWP0
55265KWQ8
55265KWR6
55265KWS4
55265KWT2
55265KWU9
55265KWV7
55265KWW5
55265KWX3
55265KWY1
55265KWZ8
55265KXA2
55265KXB0
55265KXC8

**SMSC 1992-2**
805570AE8
805570AF5
BCC00UZ39
BCC00UZ47

**SMSC 1992-3**
805570AG3
805570AH1
BCC00W9V2
BCC00W9W0

**SMSC 1992-4**
805570A37
805570AK4
BCC00WZV3
BCC00WZW1

**SMSC 1992-6 SAXON MORTGAGE
SECURITIES CORPORATION**
805570AL2
805570AM0
BCC00XLC8

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Exhibit A

## BNY Mellon RMBS Trusts

**SMSC 1994-2 SAXON MORTGAGE
SECURITIES CORPORATION**
805570DH8
805570DJ4
805570DK1
805570DL9
805570DM7
805570DN5
805570DP0
805570DQ8
805570DR6
805570DS4
805570DT2
805570DU9
805570DV7
805570DW5
805570DY1
805570DZ8
805570EA2
805570HV3
BCC01E3Y1

**RYMS 1991-15 RYLAND MORTGAGE
SECURITIES CORP.**
783766GU6
783766GT9
783766GV4
BCC00KBC7
BCC00KBD5

805570DX3

**RYMS 1991-16 RYLAND MORTGAGE
SECURITIES CORP.**
783766GX0
783766GW2
783766GZ5
783766GY8
BCC00FM44
BCC00FM51

**Residential Asset Acquisition Corp, Inc.,
NIM, 2006-RX1**

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

**TIME SENSITIVE NOTICE
REGARDING SETTLEMENT AGREEMENT AMONG THE RESCAP DEBTORS,
FINANCIAL GUARANTY INSURANCE COMPANY AND THE FGIC TRUSTEES**

**NOTICE IS HEREBY GIVEN BY:**

**THE BANK OF NEW YORK MELLON,
THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,
U.S. BANK NATIONAL ASSOCIATION,
WELLS FARGO BANK, N.A., AND
LAW DEBENTURE TRUST COMPANY OF NEW YORK**

**IN THEIR SEVERAL CAPACITIES AS TRUSTEES, INDENTURE TRUSTEES
AND/OR SEPARATE TRUSTEES (COLLECTIVELY, THE "FGIC TRUSTEES" AND
EACH, AN "FGIC TRUSTEE"), TO THE HOLDERS (THE
"CERTIFICATEHOLDERS") OF CERTIFICATES, NOTES OR OTHER SECURITIES
(COLLECTIVELY, THE "CERTIFICATES") UNDER THE RESIDENTIAL
MORTGAGE-BACKED SECURITIZATION TRUSTS IDENTIFIED ON SCHEDULE A
TO THIS NOTICE (COLLECTIVELY, THE "FGIC TRUSTS" AND EACH A "FGIC
TRUST").**

**THIS NOTICE CONTAINS IMPORTANT TIME-SENSITIVE INFORMATION FOR
CERTIFICATEHOLDERS AND OTHER PERSONS POTENTIALLY INTERESTED IN
THE FGIC TRUSTS. ALL DEPOSITORIES, CUSTODIANS AND OTHER
INTERMEDIARIES RECEIVING THIS NOTICE, AS APPLICABLE, ARE
REQUESTED TO EXPEDITE ITS RE-TRANSMITTAL TO CERTIFICATEHOLDERS
IN A TIMELY MANNER. FAILURE TO ACT PROMPTLY IN COMPLIANCE WITH
THIS PARAGRAPH MAY IMPAIR THE ABILITY OF THE CERTIFICATEHOLDERS
ON WHOSE BEHALF SUCH INTERMEDIARIES ACT TO CONSIDER THE
MATTERS DESCRIBED IN THIS NOTICE IN A TIMELY FASHION.**

Dated: June 4, 2013

This notice (the "**Notice**") is given to you by the FGIC Trustees under the Pooling and Servicing
Agreements (including Series Supplements and Standard Terms of Pooling and Servicing
Agreements), and Indentures and related Servicing Agreements (collectively, the "**Governing
Agreements**") governing the FGIC Trusts. This Notice incorporates by reference the notice
given by the RMBS Trustees (as defined therein) regarding (A) the Plan Support Agreement,
dated May 13, 2013 (the "**Plan Support Agreement**"), among the ResCap Debtors and the
RMBS Trustees (including the FGIC Trustees), among others, and (B) the Settlement Agreement
among the Debtors, Financial Guaranty Insurance Company and Certain of the RMBS
Trustees(including the FGIC Trustees), dated May 24, 2013 (the "**May 24 Notice**"). In the event
of any inconsistencies between the May 24 Notice and this Notice, this Notice shall govern.

Capitalized terms used but not defined herein shall have the meanings assigned to them in the Governing Agreements or in the FGIC Settlement Agreement, as defined below.

**THIS NOTICE CONCERNS A PROPOSED SETTLEMENT OF, AMONG OTHER THINGS, THE PRESENT AND FUTURE CLAIMS OF THE FGIC TRUSTS AGAINST FINANCIAL GUARANTY INSURANCE CORPORATION ("FGIC") UNDER THE INSURANCE POLICIES (THE "POLICIES") ISSUED BY FGIC IN RESPECT OF THE TRUSTS.[1]**

**IF THE FGIC SETTLEMENT AGREEMENT IS APPROVED BY THE STATE COURT AND THE BANKRUPTCY COURT, IT WILL BIND EACH APPLICABLE FGIC TRUST AND THE RELATED CERTIFICATEHOLDERS. THE PROPOSED FGIC SETTLEMENT AGREEMENT MATERIALLY AFFECTS THE INTERESTS OF THE CERTIFICATEHOLDERS. THE FGIC TRUSTEES THEREFORE RESPECTFULLY REQUEST THAT ALL CERTIFICATEHOLDERS AND OTHER NOTICE RECIPIENTS READ THIS NOTICE AND RELATED MATERIALS CAREFULLY IN CONSULTATION WITH THEIR LEGAL AND FINANCIAL ADVISORS. CERTIFICATEHOLDERS THAT DO NOT WANT THE FGIC SETTLEMENT AGREEMENT TO BECOME EFFECTIVE SHOULD CONSIDER OBJECTING TO ITS APPROVAL IN THE STATE COURT ON OR BEFORE THE DEADLINE OF JULY 16, 2013 AT 3:00 P.M. (PREVAILING EASTERN TIME) AND/OR IN THE BANKRUPTCY COURT ON OR BEFORE THE DEADLINE THAT WILL BE SET ONCE THE NOTICE OF THE MOTION TO APPROVE THE FGIC SETTLEMENT AGREEMENT IS FILED (SUCH NOTICE IS EXPECTED TO BE FILED ON OR BEFORE JUNE 7, 2013).[2]**

I.      **Background--ResCap Bankruptcy Filing and FGIC Rehabilitation Proceeding.**

On May 14, 2012, Residential Capital, LLC, and certain of its direct and indirect subsidiaries (collectively, "**ResCap**" or the "**Debtors**") filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") (*In re Residential Capital, LLC*, Case No. 12-12020 (MG) and related cases) (collectively, the "**Chapter 11 Cases**"). To obtain information regarding the Chapter 11 Cases, please see Section VI, below.

Pursuant to an order dated June 28, 2012, the Supreme Court of the State of New York (the "**State Court**") appointed Benjamin M. Lawsky, Superintendent of Financial Services of the State of New York, as rehabilitator (the "**Rehabilitator**") of FGIC in the rehabilitation proceeding styled *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index No. 401265/2012 (the "**Rehabilitation Proceeding**").

---

[1]  Terms not otherwise defined in these initial summary paragraphs are defined below.

[2]  When the notice of the motion seeking Bankruptcy Court approval of the FGIC Settlement Agreement (the "**FGIC Motion**") is filed with the Bankruptcy Court, it will be available at **http://www.rescaprmbssettlement.com**, or from The Garden City Group ("**GCG**") by contacting GCG in the manner described in Section VI, below, and other means as set forth in Section VI. Any Certificateholder of a FGIC Trust may object to the approval of the FGIC Settlement Agreement in the Bankruptcy Court pursuant to the terms of the FGIC Motion.

2

## II.    The FGIC Settlement Agreement.

On May 23, 2013, ResCap, FGIC, and the FGIC Trustees as trustees or separate trustees under the FGIC Trusts, and certain other parties (collectively, the "**FGIC Settlement Parties**") entered into a settlement agreement (the "**FGIC Settlement Agreement**") pursuant to which the FGIC Settlement Parties settled their claims against each other, including the claims of the FGIC Trusts against FGIC for claims under the Policies under which FGIC insured the payment of principal and interest owing on certain of the Certificates.  According to the terms of the FGIC Settlement Agreement, among other things, (a) each FGIC Settlement Party shall release the other FGIC Settlement Parties in respect of the Policies and other Policy Agreements (as defined in the FGIC Settlement Agreement), including the release by the FGIC Trusts of current claims in the amount of at least $789 million, and future claims against FGIC, (b) FGIC will pay to the FGIC Trusts for distribution to Certificateholders holding Certificates insured by the Policies cash in the aggregate amount of $253.3 million in settlement of the FGIC Trusts' claims against FGIC, (c) the FGIC Trustees shall release the Debtors in respect of Origination-Related Provisions (as defined in the FGIC Settlement Agreement), (d) FGIC will not be liable for any further payments under the Policies and other Policy Agreements, and (e) the FGIC Trusts will no longer make premium, reimbursement, or other payments to FGIC.[3]  Copies of the FGIC Settlement may be obtained at **http://www.rescaprmbssettlement.com, at www.fgicrehabilitation.com** or from GCG by contacting GCG in the manner described in Section VI, below.

In accordance with the allocation methodology set forth in Exhibit F to the FGIC Settlement Agreement, the FGIC Trustees, in consultation with their advisors, will have sole and exclusive authority to determine the share of the $253.3 million payable to each FGIC Trust and the allocation of such share among the CUSIPs issued by each such FGIC Trust that are insured by a Policy.  On or before July 3, 2013, the FGIC Trustees will notify FGIC in writing of the cash amount that FGIC shall pay to each FGIC Trust once the FGIC settlement is effective.

**As of July 3, 2013, the FGIC Trustees will make available to any Certificateholders holding Certificates insured by a Policy information as to the cash amount that FGIC will pay to the FGIC Trust(s) that issued such Certificates, provided that any such Certificateholder submits a proper request for such information to the FGIC Trustee(s) for such FGIC Trust(s), and provides appropriate verification of its holdings.**

---

[3]   Pursuant to the FGIC Settlement Agreement, FGIC will receive an allowed claim against certain of the Debtors in the aggregate amount of (i) approximately $934 million, if the chapter 11 plan contemplated by the Plan Support Agreement attached to the FGIC Settlement Agreement as Exhibit C goes effective, or (ii) $596.5 million, if the Plan Support Agreement is terminated in accordance with its terms and the chapter 11 plan contemplated thereby does not go effective, subject to FGIC's right to assert a claim against each of three of the Debtors, in each case up to the amount of $596.5 million.  FGIC has agreed under the Plan Support Agreement to cap its recovery from ResCap under (i), above, to $206.5 million.  For more information on the Plan Support Agreement, please review the May 24 Notice.

SK 03687 0119 1385897 v5

**CERTIFICATEHOLDERS OF A FGIC TRUST ARE URGED TO REVIEW CAREFULLY THE FGIC SETTLEMENT AGREEMENT AND TO CONSULT WITH THEIR ADVISORS.**

### III.    The Rehabilitation Proceeding and Related Deadlines.

On May 29, 2013, an affirmation (the "**Affirmation**") in support of the Rehabilitator's motion for an order approving the FGIC Settlement Agreement and relevant portions of the Plan Support Agreement was filed in the State Court.  On May 30, 2013, the State Court entered an order to show cause (the "Order to Show Cause") setting forth a schedule of deadlines and the date of a hearing to consider approval of the FGIC Settlement Agreement and relevant portions of the Plan Support Agreement (the "**State Court Hearing**").  Copies of the Affirmation and the Order to Show Cause may be obtained at **www.fgicrehabilitation.com**, at **http://www.rescaprmbssettlement.com** or from GCG by contacting GCG in the manner described in Section VI, below.  Pursuant to the Order to Show Cause, the State Court Hearing will take place on August 6, 2013 at 10:00 a.m. at IAS Part 36, Room 428, thereof, at the Courthouse located at 60 Centre Street, New York, New York.

**Any Certificateholder objecting to any aspect of the FGIC Settlement Agreement must file an objection with the State Court, and serve a copy of such objection via email upon gary.holtzer@weil.com and joseph.verdesca@weil.com, attorneys for the Rehabilitator, so that such objection is received on or before July 16, 2013 at 3:00p.m. (the "State Court Objection Deadline").**

If no objection is filed on or before the State Court Objection Deadline, pursuant to the Order to Show Cause, the State Court may approve the FGIC Settlement Agreement without holding the State Court Hearing.[4]

### IV.    Certificateholders Can Object to the FGIC Settlement Agreement.

*Any Certificateholder objecting to any aspect of the FGIC Settlement Agreement can file an objection with the Bankruptcy Court as set forth in footnote 2, above, and/or in the State Court as set forth in Section III, above.  If a Certificateholder of a FGIC Trust does not file a timely objection to the FGIC Settlement Agreement in the Bankruptcy Court or Rehabilitation Proceeding or if such Certificateholder's timely objection(s) are overruled, so long as the FGIC Settlement Agreement is approved by the Bankruptcy Court and the State Court, such Certificateholder will be bound by the terms of the FGIC Settlement Agreement.[5]  If approved*

---

[4]  As noted in footnote 2, above, Certificateholders of a FGIC Trust may also object to the FGIC Motion in the Bankruptcy Court.

[5] Note that Bankruptcy Court approval of a plan of reorganization for the Debtors is *not* a condition to the effectiveness of the FGIC Settlement Agreement.  By its terms, the FGIC Settlement Agreement will become effective if and when both the Bankruptcy Court and the Rehabilitation Court have entered final orders approving it.  The May 24 Notice incorrectly stated that the Bankruptcy Court approval of a plan of reorganization for the Debtors was a condition to the effectiveness of the FGIC Settlement Agreement.

*by the Bankruptcy Court and the State Court, all Certificateholders holding Certificates insured by FGIC's Policies, and any other persons or entities who received this Notice, will be bound by the FGIC Settlement Agreement and the settlements, releases and discharges contained therein, regardless of whether any Certificateholder or other person or entity appeared before the Bankruptcy Court and/or at the State Court Hearing or submitted an objection.*

*Certificateholders should review with their advisors the relevant Governing Agreements and any applicable orders that have been entered by the State Court, including the Order of Rehabilitation, dated June 28, 2012, to determine what legal position, if any, they intend to assert.*

## V.     This Notice Is a Summary.

This Notice is not intended as, nor does it provide, a detailed restatement of the FGIC Settlement Agreement, relevant law or relevant legal procedures. The FGIC Trustees do not intend to send any further notices with respect to the matters addressed herein, and Certificateholders and other potentially interested persons are urged to review carefully the FGIC Settlement Agreement, any related notices, and other related pleadings that have been filed, and that subsequently may be filed, in the Chapter 11 Cases and in the Rehabilitation Proceeding, and to consult with their own legal and financial advisors.

## VI.     Other Sources of Information.

Information relevant to the FGIC Settlement Agreement, the Plan Support Agreement, and any notices thereof will be available at **http://www.rescaprmbssettlement.com,** which will be updated regularly with related material documents filed or orders entered by the Bankruptcy Court and the State Court. Certificateholders may also access documents filed in the Rehabilitation Proceeding at **www.fgicrehabilitation.com**. If a Certificateholder has any questions or would like to request copies of any of the relevant documents, Certificateholders may call GCG at (866) 241-7538 in the United States, +1 (202) 470-4565 outside the United States, or send an email to **questions@ rescaprmbssettlement.com**.

Certificateholders may also obtain any documents filed with the Bankruptcy Court in the Chapter 11 Cases by visiting ResCap's claims agent website at **http://www.kccllc.net/rescap,** or by logging on to PACER at **https://www.uscourts.gov** (a small fee is charged for this service). Documents filed in the Chapter 11 Cases may also be viewed during normal business hours at the Clerk's Office of the Bankruptcy Court, located at One Bowling Green, New York, New York 10004.

The Committee appointed in the Chapter 11 Cases has established an official website (the "**Committee Website**"), on which basic information concerning the Chapter 11 Cases has been posted, including, but not limited to, relevant contact information, upcoming dates and deadlines, statements and schedules filed by ResCap and a list of answers to frequently asked questions. The Committee Website can be reached at **http://dm.epiq11.com/RES/Project**.

SK 03687 0119 1385897 v5

Inquiries with respect to any particular FGIC Trust for which The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., U.S. Bank National Association, or Wells Fargo Bank, N.A. serves as FGIC Trustee may be directed to the FGIC Trustee for such FGIC Trust using the "RMBS Trustee Contact Information" for such FGIC Trustee at **http://www.rescaprmbssettlement.com**. With respect to those FGIC Trusts for which Law Debenture Trust Company of New York serves as separate FGIC Trustee, inquiries may be directed to **nytrustco@lawdeb.com.** With respect to all other trusts, Certificateholders of those trusts should refer to their respective Governing Agreements for contact information.

## VII.    Other Matters.

Certificateholders and other persons interested in the FGIC Trusts should not rely on the FGIC Trustees, or on counsel or other advisors retained by the FGIC Trustees, as their sole source of information.

Please note that the foregoing is not intended and should not be construed as investment, accounting, financial, legal or tax advice by or on behalf of the FGIC Trustees, or their directors, officers, affiliates, agents, attorneys or employees. Each person or entity receiving this Notice should seek the advice of its own advisers in respect of the matters set forth herein.

Please be further advised that each of the FGIC Trustees reserves all of the rights, powers, claims and remedies available to it under the Governing Agreements and applicable law. No delay or forbearance by an FGIC Trustee to exercise any right or remedy accruing upon the occurrence of a default, or otherwise under the terms of the Governing Agreements, other documentation relating thereto or under applicable law, shall impair any such right or remedy or constitute a waiver thereof or acquiescence therein.

Each of the FGIC Trustees expressly reserves its rights under each applicable Governing Agreement, including without limitation, its right to recover in full its fees and costs (including, without limitation, fees and costs incurred or to be incurred by such FGIC Trustee in performing its duties, indemnities owing or to become owing to such FGIC Trustee, compensation for such FGIC Trustee's time spent and reimbursement for fees and costs of counsel and other agents it employs in performing its duties or to pursue remedies) and its right, prior to exercising any rights or powers in connection with any applicable Governing Agreement at the request or direction of any Certificateholder, to receive security or indemnity satisfactory to it against all costs, expenses and liabilities which might be incurred in compliance therewith, and all rights that may be available to it under applicable law or otherwise.

Please be advised that with respect to any particular inquiry from individual Certificateholders, a FGIC Trustee may conclude that a specific response to such inquiry is not consistent with requirements under applicable law and regulation of equal and full dissemination of information to all Certificateholders.

THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., U.S. BANK NATIONAL ASSOCIATION, WELLS FARGO BANK, N.A., AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, severally, as trustees, and/or indenture trustees or separate trustees of the FGIC Trusts

SK 03687 0119 1385897 v5