# **<u>Exhibit PX-1523</u>**



**NOTICE OF EVENT OF DEFAULT,
BANKRUPTCY FILING BY RESIDENTIAL CAPITAL, LLC, *et al.*, AND
PROPOSED SETTLEMENT BETWEEN RESIDENTIAL CAPITAL, LLC, AND
CERTAIN CERTIFICATEHOLDERS**

**NOTICE IS HEREBY GIVEN TO THE HOLDERS OF CERTIFICATES OR NOTES
(THE "CERTIFICATEHOLDERS") UNDER THE MORTGAGE SECURITIZATION
TRUSTS LISTED IN EXHIBIT A (THE "TRUSTS") FOR WHICH THE BANK OF NEW
YORK MELLON TRUST COMPANY, N.A. OR THE BANK OF NEW YORK MELLON
ACTS AS TRUSTEE OR INDENTURE TRUSTEE.    THIS NOTICE CONTAINS
IMPORTANT INFORMATION FOR CERTIFICATEHOLDERS AND OTHER
INTERESTED PERSONS.**

**IF APPLICABLE, ALL DEPOSITORIES, CUSTODIANS AND OTHER
INTERMEDIARIES RECEIVING THIS NOTICE ARE REQUESTED TO EXPEDITE
THE RE-TRANSMITTAL TO CERTIFICATEHOLDERS IN A TIMELY MANNER.**

Dated:  July 6, 2012

This notice (the "Notice") is given to you by The Bank of New York Mellon Trust Company,
N.A. or The Bank of New York Mellon (collectively, "BNY Mellon" or the "Trustee"), as
successor trustee or indenture trustee under the Pooling and Servicing Agreements, Indentures
and related Servicing Agreements (collectively, the "Governing Agreements") governing the
Trusts.  Capitalized terms used but not defined herein shall have the meanings assigned to them
in the Governing Agreements.

**Bankruptcy Filing and Event of Default**

On May 14, 2012 (the "Petition Date"), Residential Capital, LLC, Residential Asset Mortgage
Products, Inc., Residential Asset Securities Corporation, Residential Funding Mortgage
Securities I, Inc., Residential Funding Mortgage Securities II, Inc., GMAC Mortgage, LLC f/k/a
GMAC Mortgage Corp., Residential Funding Company, LLC f/k/a Residential Funding Corp.
(the "Debtors") filed voluntary petitions for relief in the United States Bankruptcy Court for the
Southern District of New York (the "Court") pursuant to chapter 11 of the United States
Bankruptcy Code.  Certain of the Debtors are Sellers, Sponsors, Depositors, Master Servicers
and/or serve in other capacities under the Governing Agreements.  An Event of Default, Servicer
Default, or Event of Servicer Termination (collectively, an "Event of Default") under certain of
the Governing Agreements has occurred and is continuing as a result of the filing of voluntary
petitions for relief under the Bankruptcy Code by certain Debtors.

The Debtors' bankruptcy cases are jointly administered under Case No. 12-12020 (MG).  The Official Committee of Unsecured Creditors (the "Committee") was appointed in the Debtors' bankruptcy cases on May 16, 2012, by the Office of the United States Trustee for the Southern District of New York.  The Trustee was appointed to the nine-member Committee.

## Auction and Sale of Debtors' Assets

In their bankruptcy cases, the Debtors are seeking to sell certain assets (the "Sales"), in particular their mortgage origination and servicing platform and their legacy loan portfolio.  The Court has approved sale procedures for the Sales (the "Sale Procedures"), pursuant to which Nationstar Mortgage LLC and Berkshire Hathaway Inc. will serve as the respective stalking horse bidders. The terms of the Sales are set forth in the respective asset purchase agreements (the "Asset Purchase Agreements").  As further set forth in the Sale Procedures, the deadline for submitting bids for the assets is October 18, 2012.  The auction, if necessary, will take place on October 23, 2012, and the sale hearing is scheduled for November 5, 2012.

## Proposed RMBS Settlement Agreement

On May 13, 2012, Residential Capital, LLC, and its direct and indirect subsidiaries, and two sets of institutional investors entered into the RMBS Settlement Agreements that concerns certain of the Trusts and in all material respects would be effective only if it is accepted by the Trustee and approved by the Court (the "Proposed RMBS Settlement Agreement").  The Proposed RMBS Settlement Agreement concerns, among other things, the Debtors' alleged breaches of representations and warranties in the Governing Agreements, and alleged violations of certain of the Debtors' servicing obligations thereunder.  On June 11, 2012, the Debtors filed a motion for an order from the Court approving the Proposed RMBS Settlement Agreement.  The Trustee is conducting an independent review of the Proposed RMBS Settlement Agreement and determining whether entering into it is appropriate under the circumstances.

The Sale Procedures, the Asset Purchase Agreements, the Proposed RMBS Settlement Agreement and all other documents filed in the Debtors' bankruptcy cases are available by logging on to PACER at https://www.uscourts.gov or by visiting the Debtors' claims agent website at http://www.kccllc.net/rescap.

The Trustee will continue to monitor the Debtors' bankruptcy cases and take all actions consistent with its obligations under the Governing Agreements,    provided that no provision of the Governing Agreements shall require the Trustee to expend or risk its own funds or otherwise incur any financial liability in the performance of any of its duties, or in the exercise of any of its rights or powers, if it shall have reasonable grounds for believing that repayment of such funds or adequate indemnity against such risk or liability is not reasonably assured to it.

In the event that you have any questions regarding this Notice, please contact Mr. Martin Feig, 101 Barclay Street, 8 West, New York, NY 10286, or by email at martin.feig@bnymellon.com.

THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.
and THE BANK OF NEW YORK MELLON, as Trustee

| GMACM Home Loan Trust 2001-HE2 |
|---|
| 100001885 |
| 100001886 |
| 100001887 |
| 100001888 |
| 361856BE6 |
| 361856BG1 |
| 361856BH9 |
| 361856BJ5 |

| GMACM Home Loan Trust 2001-HE3 |
|---|
| 100002132 |
| 361856BR7 |
| 361856BS5 |
| NA252703 |
| NA252704 |

| GMACM Mortgage Loan Trust 2003-GH1 |
|---|
| 100002413 |
| 100002414 |
| 100002415 |
| 36185NXR6 |
| 36185NXS4 |
| 36185NXT2 |
| 36185NXU9 |

| GMACM Mortgage Loan Trust 2003-GH2 |
|---|
| 100002543 |
| 100002544 |
| 100002545 |
| 36185NQ45 |
| 36185NQ60 |
| 36185NQ78 |
| 36185NQ86 |
| 36185NQ94 |

| GMACM Mortgage Loan Trust 2003-J10 |
|---|
| 36185NM72 |
| 36185NM80 |
| 36185NM98 |
| 36185NN22 |
| 36185NN30 |
| 36185NN48 |
| 36185NN55 |
| 36185NN63 |
| 36185NN71 |
| 36185NN89 |
| 36185NN97 |
| 36185NP20 |
| 36185NP38 |

| GMACM Home Loan Trust 2001-HLTV2 |
|:---:|
| 100002131 |
| 36185HDG5 |
| 36185HDH3 |

| GMACM Home Loan Trust 2002-HLTV1 |
|:---:|
| 100002328 |
| 36185HDQ3 |

| GMACM Mortgage Loan Trust 2003-AR1 |
|:---:|
| 36185NYY0 |
| 36185NYZ7 |
| 36185NZA1 |
| 36185NZC7 |
| 36185NZD5 |
| 36185NZE3 |
| 36185NZF0 |
| 36185NZG8 |
| 36185NZJ2 |
| 36185NZK9 |

| GMACM Mortgage Loan Trust 2003-AR2 |
|:---:|
| 36185NF39 |
| 36185NF54 |
| 36185NF62 |
| 36185NF70 |
| 36185NF96 |
| 36185NG20 |
| 36185NG38 |
| 36185NG46 |
| 36185NG53 |
| 36185NG61 |
| 36185NG79 |
| 36185NG87 |
| 36185NG95 |
| 36185NH29 |
| 36185NH37 |
| 36185NH45 |
| 36185NH52 |
| 36185NH60 |

| GMACM Mortgage Loan Trust 2003-J5 |
|:---:|
| 36185NB90 |
| 36185NC24 |
| 36185NZL7 |
| 36185NZM5 |
| 36185NZN3 |
| 36185NZQ6 |
| 36185NZR4 |
| 36185NZS2 |
| 36185NZT0 |

36185NZU7

36185NZV5

| GMACM Mortgage Loan Trust 2003-J6 |
|---|
| 36185NA26 |
| 36185NA34 |
| 36185NA59 |
| 36185NA67 |
| 36185NA75 |
| 36185NA83 |
| 36185NA91 |
| 36185NB25 |
| 36185NB33 |
| 36185NB41 |
| 36185NB58 |
| 36185NB66 |
| 36185NB74 |
| 36185NB82 |
| 36185NZW3 |
| 36185NZX1 |
| 36185NZY9 |
| 36185NZZ6 |

| GMACM Mortgage Loan Trust 2003-J7 |
|---|
| 36185NC73 |
| 36185NC81 |
| 36185NC99 |
| 36185ND23 |
| 36185ND31 |
| 36185ND49 |
| 36185ND56 |
| 36185ND64 |
| 36185ND72 |
| 36185ND80 |
| 36185ND98 |
| 36185NE22 |
| 36185NE30 |
| 36185NE48 |
| 36185NE55 |
| 36185NE63 |
| 36185NE71 |
| 36185NE89 |
| 36185NE97 |
| 36185NF21 |

| GMACM Mortgage Loan Trust 2003-J8 |
|---|
| 36185NH78 |
| 36185NH86 |
| 36185NH94 |
| 36185NJ27 |

36185NJ35
36185NJ43
36185NJ50
36185NJ68
36185NJ76
36185NJ84
36185NJ92

| GMACM Mortgage Loan Trust 2003-J9 |
|:---:|

36185NK25
36185NK33
36185NK41
36185NK58
36185NK66
36185NK74
36185NK82
36185NK90
36185NL40
36185NL57
36185NL65
36185NL81
36185NL99
36185NM23
36185NM31
36185NM49
36185NM56
36185NM64
36185NP79
36185NP87
36185NP95
36185NQ29
36185NR28

| GMACM Mortgage Loan Trust 2004-AR1 |
|:---:|

36185NX21
36185NX39
36185NX47
36185NX54
36185NX62
36185NX70
36185NX88
36185NX96
36185NY20
36185NY38
36185NY46
36185NY53
36185NY61
36185NY79
36185NY87

36185NY95
36185NZ29
36185NZ37
36185NZ45
36185NZ52
36185NZ60

| GMACM Mortgage Loan Trust 2004-AR2 |
|---|

36185N3R9
36185N3S7
36185N3T5
36185N3U2
36185N3V0
36185N3W8
36185N3X6
36185N3Y4
36185N3Z1
36185N4A5
36185N4B3
36185N4C1
36185N4D9

| GMACM Mortgage Loan Trust 2004-GH1 |
|---|

36185HDW0
36185HDX8
36185HDY6
36185HDZ3
36185HEA7
36185HEB5
36185HEC3
36185HED1
36185HEE9
N/C107490
N/C107495
N/C107496

| GMACM Home Loan Trust 2004-HLTV1 |
|---|

36185HDT7
36185HDU4
36185HDV2

| GMACM Mortgage Loan Trust 2004-J1 |
|---|

36185NT26
36185NT34
36185NT42
36185NT59
36185NT83
36185NT91
36185NU24
36185NU32
36185NU57

36185NU65
36185NU73
36185NU81
36185NU99
36185NV23
36185NV31
36185NV49
36185NV56
36185NV64
36185NV72
36185NV80
36185NV98
36185NW22
36185NW30
36185NW48
36185NW55
36185NW63
36185NW71
36185NW89
36185NW97

| GMACM Mortgage Loan Trust 2004-J2 |
|---|

36185N2A7
36185N2B5
36185N2C3
36185N2D1
36185N2E9
36185N2F6
36185N2G4
36185N2H2
36185N2J8
36185N2K5
36185N2L3
36185N2M1
36185N2N9
36185N2P4
36185N2Q2
36185N2R0
36185N2S8
36185N2T6
36185N2U3
36185NZ78

| GMACM Mortgage Loan Trust 2004-J3 |
|---|

36185N2V1
36185N2W9
36185N2Y5
36185N2Z2
36185N3A6

36185N3B4

36185N3C2

36185N3D0

36185N3E8

36185N3F5

36185N3G3

36185N3H1

36185N3J7

36185N3K4

36185N3L2

36185N3M0

36185N3N8

36185N3P3

36185N3Q1

**GMACM Mortgage Loan Trust 2004-J4**

36185N4E7

36185N4F4

36185N4H0

36185N4J6

36185N4K3

36185N4L1

36185N4N7

36185N4P2

36185N4Q0

36185N4R8

36185N4S6

36185N4T4

36185N4U1

36185N4V9

36185N4W7

36185N4X5

**GMACM Mortgage Loan Trust 2004-J5**

36185N4Y3

36185N4Z0

36185N5A4

36185N5B2

36185N5C0

36185N5D8

36185N5E6

36185N5F3

36185N5G1

36185N5H9

36185N5J5

36185N5K2

36185N5L0

36185N5M8

36185N5N6

36185N5P1

36185N5Q9

36185N5R7

| GMACM Mortgage Loan Trust 2004-J6 |
|---|

36185N5S5

36185N5T3

36185N5U0

36185N5V8

36185N5W6

36185N5X4

36185N5Y2

36185N5Z9

36185N6A3

36185N6B1

36185N6C9

36185N6D7

36185N6E5

36185N6F2

36185N6G0

36185N6H8

36185N6K1

36185N6L9

| GMACM Mortgage Loan TrustT 2004-JR1 |
|---|

36185NR36

36185NR51

36185NR77

36185NR85

36185NS27

36185NS35

36185NS43

36185NS50

36185NS68

36185NS76

36185NS84

36185NS92

| GMACM Mortgage Loan Trust 2005-AR1 |
|---|

76112BKK5

76112BKL3

76112BKM1

76112BKN9

76112BKP4

76112BKQ2

76112BKR0

76112BKS8

76112BKT6

76112BKU3

76112BKV1

76112BKW9

76112BKX7

76112BKY5

| GMACM Mortgage Loan Trust 2005-AR2 |
|---|
| 36185N2R6 |
| 36185N6M7 |
| 36185N6N5 |
| 36185N6P0 |
| 36185N6Q8 |
| 36185N6S4 |
| 36185N6T2 |
| 36185N6U9 |
| 36185N6V7 |
| 36185N6W5 |
| 36185N6X3 |

| GMACM Mortgage Loan Trust 2006-AR2 |
|---|
| 36185MET5 |
| 36185MEU2 |
| 36185MEV0 |
| 36185MEW8 |
| 36185MEX6 |
| 36185MEZ1 |
| 36185MFA5 |
| 36185MFB3 |
| 36185MFC1 |
| 36185MFD9 |
| 36185MFE7 |
| 36185MFF4 |
| 36185MFG2 |
| 36185MFH0 |
| 36185MFJ6 |
| 36185MFK3 |
| 36185MFL1 |

| GMACM Home Loan Trust 2006-HLTV1 |
|---|
| 36185HEF6 |
| 36185HEG4 |
| 36185HEH2 |
| 36185HEJ8 |
| 36185HEK5 |
| N/C133485 |

| GMACM Home Equity Loan Trust 2006-HE1 |
|---|
| 361856ER4 |
| N/C133479 |

| GMACM Home Equity Loan Trust 2006-HE2 |
|---|
| 38011AAB0 |
| 38011AAC8 |
| 38011AAD6 |

| GMACM Home Equity Loan Trust 2006-HE3 |
|---|
| 38012TAA0 |
| 38012TAB8 |
| 38012TAC6 |
| 38012TAD4 |
| 38012TAE2 |
| N/A142614 |

| GMACM Home Equity Loan Trust 2006-HE5 |
|---|
| 38012EAA3 |
| 38012EAB1 |
| 38012EAC9 |

| GMACM Home Equity Loan Trust 2007-HE2 |
|---|
| 36186LAA1 |
| 36186LAB9 |
| 36186LAC7 |
| 36186LAD5 |
| 36186LAE3 |
| 36186LAF0 |
| 36186LAG8 |
| N/C160336 |
| N/C160337 |

| GMACM Home Equity Loan Trust 2007-HE3 |
|---|
| 36186MAA9 |
| 36186MAB7 |
| 36186MAC5 |
| 36186MAD3 |
| 36186MAE1 |
| 36186MAF8 |
| N/C165704 |
| N/C165705 |
| N/C165706 |

| RFSC Series 2001-RM2 Trust |
|---|
| 0760985FV8 |
| 0760985FW6 |
| 0760985FX4 |
| 760985FR7 |
| 760985FS5 |
| 760985FT3 |
| 760985FU0 |
| 760985FV8 |
| 760985FW6 |
| 760985FX4 |
| 760985FY2 |
| 760985FZ9 |
| 760985GA3 |
| 760985GB1 |
| 760985GC9 |

760985GD7
760985GE5
760985GF2
760985GG0
760985GH8
760985GJ4
760985GK1

| RAMP Series 2001-RS1 Trust |
|---|
| 100001859 |
| 100001860 |
| 100001861 |
| 100001865 |
| 760985CM1 |
| 760985CP4 |
| 760985CQ2 |
| 760985CR0 |

| RAMP Series 2001-RS2 Trust |
|---|
| 100001878 |
| 100001879 |
| 100001880 |
| 100001881 |
| 760985DT5 |
| 760985DV0 |
| 760985DW8 |
| 760985DX6 |
| 760985DY4 |
| 760985DZ1 |
| 760985EA5 |
| 760985EB3 |
| 760985EC1 |
| 760985ED9 |
| 760985EE7 |
| 760985EF4 |
| U76127AC0 |
| U76127AD8 |

| RAMP Series 2001-RS3 Trust |
|---|
| 100002127 |
| 100002128 |
| 100002129 |
| 100002130 |
| 760985EZ0 |
| 760985FA4 |
| 760985FB2 |
| 760985FC0 |
| 760985FD8 |
| 760985FE6 |

| RFSC Series 2002-RP1 Trust |
|---|
| 760985JD4 |
| 760985JE2 |
| 760985JF9 |
| N/A40754 |
| N/A40755 |
| N/A40756 |
| U76127AF3 |
| U76127AG1 |

| RFSC Series 2002-RP2 Trust |
|---|
| 760985PC9 |
| 760985PH8 |
| N/A60034 |
| N/A60035 |
| N/A60036 |
| U76127AH9 |

| RAMP Series 2002-RS1 Trust |
|---|
| 760985GQ8 |
| 760985GR6 |
| 760985GS4 |
| 760985GT2 |
| 760985GX3 |
| 760985GY1 |
| 760985HS3 |
| N/A39209 |
| N/A39211 |
| N/C39208 |
| N/C39210 |

| RAMP Series 2002-RS2 Trust |
|---|
| 100002166 |
| 100002167 |
| 100002168 |
| 100002169 |
| 760985JL6 |
| 760985JM4 |
| 760985JP7 |
| 760985JQ5 |
| 760985JR3 |
| 760985JS1 |
| 760985JT9 |
| 760985JU6 |
| 760985JV4 |
| 760985JW2 |

| RAMP Series 2002-RS3 Trust |
|---|
| 100002242 |
| 100002243 |
| 100002244 |

100002245
100002246
760985LV1
760985LW9
760985LX7
760985LY5
760985LZ2
760985MA6
760985MB4
760985MD0
760985ME8
760985MF5
760985MT5
760985MU2

| RAMP Series 2002-RS4 Trust |
|---|

100002317
100002318
100002319
100002320
760985NK3
760985NL1
760985NM9
760985NN7
760985NP2
760985NQ0

| RAMP Series 2002-RS5 Trust |
|---|

100002324
100002325
100002326
100002327
760985NW7
760985NX5
760985NY3
760985NZ0
760985PA3
760985PB1

| RAMP Series 2002-RS6 Trust |
|---|

760985PM7
760985PN5
760985PP0
760985PQ8
760985PR6
760985PS4
760985PT2
760985PU9
N/A61338
N/A61339

N/A61340

N/A61555

| RAMP Series 2002-RS7 Trust |
|:--:|

760985PV7

760985PW5

760985RG8

N/A63338

N/A63339

N/A63340

| RAMP Series 2002-RZ2 Trust |
|:--:|

760985KV2

760985KX8

760985KY6

760985KZ3

N/A51458

N/A51459

N/A51460

| RAMP Series 2002-RZ3 Trust |
|:--:|

760985NC1

760985ND9

760985NE7

760985NR8

N/A57293

N/A57294

N/A57295

| RAMP Series 2002-RZ4 Trust |
|:--:|

760985PE5

760985PG0

N/A60024

N/A60025

N/A60026

| RAMP Series 2002-SL1 Trust |
|:--:|

760985LC3

760985LD1

760985LF6

760985LG4

760985LH2

760985LJ8

760985LK5

760985LL3

760985LM1

760985LN9

760985LP4

760985LQ2

760985MG3

760985MH1

760985MJ7

760985MK4
760985ML2
760985MM0
N/A52935
N/A52935
N/A52936
N/A52936
N/A52937
N/A52937

| RFSC Series 2003-RP1 Trust |
| --- |

760985UG4
760985UH2
760985UJ8
760985UK5
N/A69339
N/A69340
N/A69341
U76127AL0
U76127AN6
U76127AP1

| RFSC Series 2003-RP2 Trust |
| --- |

760985YH8
760985YJ4
760985YK1
760985YN5
N/A75111
N/A75112
U76127AQ9
U76127AR7
U76127AS5

| RAMP Series 2003-RS1 Trust |
| --- |

760985RX1
760985RY9
760985RZ6
760985SA0
760985SC6
760985SD4
760985SF9
760985SG7
N/A64985
N/A64986
N/A64987
N/A64988

| RAMP Series 2003-RS10 Trust |
| --- |

760985C82
760985C90
760985D24

760985D32

760985D40

760985D73

760985D81

760985D99

760985D24

760985G70

760985G88

N/A79739

N/A79740

N/A79741

N/A79742

**RAMP Series 2003-RS11 Trust**

760985K26

760985K34

760985K42

760985K59

760985K67

760985K91

760985L25

760985L33

760985L41

760985L58

760985L66

760985L82

760985L90

NA80936

NA80938

NA80939

NA90835

**RAMP Series 2003-RS2 Trust**

760985SS1

760985ST9

760985SU6

760985TU5

760985TV3

N/A67490

N/A67491

N/A67492

**RAMP Series 2003-RS3 Trust**

760985UA7

760985UB5

760985UC3

760985UD1

760985UE9

N/A68959

N/A68960

N/A68961

| RAMP Series 2003-RS4 Trust |
|---|
| 760985UN9 |
| 760985UP4 |
| 760985UR0 |
| 760985US8 |
| 760985UT6 |
| 760985UU3 |
| 760985WF4 |
| 760985WG2 |
| NA71009 |
| NC71007 |
| NC71008 |

| RAMP Series 2003-RS5 Trust |
|---|
| 760985WW7 |
| 760985WY3 |
| 760985WZ0 |
| 760985XA4 |
| 760985XB2 |
| 760985XC0 |
| 760985XD8 |
| N/A72730 |
| N/A72732 |
| N/A72733 |
| N/C72731 |

| RAMP Series 2003-RS6 Trust |
|---|
| 760985XK2 |
| 760985XL0 |
| 760985XM8 |
| 760985XN6 |
| 760985XP1 |
| 760985XQ9 |
| N/A73420 |
| N/A73421 |
| N/A73422 |
| N/A73423 |

| RAMP Series 2003-RS7 Trust |
|---|
| 760985XV8 |
| 760985XW6 |
| 760985XX4 |
| 760985XY2 |
| 760985XZ9 |
| 760985YC9 |
| 760985YD7 |
| 760985YE5 |
| 760985YF2 |
| 760985YG0 |

N/A74779
N/A74780
N/A74781
N/A74782

| RAMP Series 2003-RS8 Trust |
|---|

760985ZE4
760985ZF1
760985ZG9
760985ZH7
760985ZJ3
760985ZK0
760985ZN4
760985ZP9
760985ZQ7
760985ZR5
760985ZS3
760985ZT1
760985ZU8
760985ZV6
N/A75818
N/A75819
N/A75820
N/A75821

| RAMP Series 2003-RS9 Trust |
|---|

760985A43
760985A50
760985A84
760985A92
760985B26
760985B34
760985B42
760985B59
760985B67
760985B75
760985B83
760985B91
760985C25
N/A77080
N/A77083
N/A77085
N/A77087

| RAMP Series 2003-RZ1 Trust |
|---|

760985RN3
760985RP8
760985RQ6
760985RR4
760985RS2

N/A64305
N/A64307
N/C64306

| RAMP Series 2003-RZ2 Trust |
|---|
| 760985SH5 |
| 760985SJ1 |
| 760985SK8 |
| 760985SL6 |
| 760985SM4 |
| N/A67892 |
| N/A67893 |
| N/A67894 |
| N/A67895 |

| RAMP Series 2003-RZ3 Trust |
|---|
| 760985WK3 |
| 760985WM9 |
| 760985WN7 |
| 760985WP2 |
| 760985WQ0 |
| 760985WR8 |
| 760985WS6 |
| 760985WT4 |
| 760985XE6 |
| N/A72127 |
| N/A72128 |
| N/A72129 |

| RAMP Series 2003-RZ4 Trust |
|---|
| 760985YS4 |
| 760985YU9 |
| 760985YV7 |
| 760985YW5 |
| 760985YX3 |
| 760985YY1 |
| 760985ZW4 |
| N/A76102 |
| N/A76105 |

| RAMP Series 2003-RZ5 Trust |
|---|
| 760985H61 |
| 760985H79 |
| 760985H95 |
| 760985J28 |
| 760985J36 |
| 760985J44 |
| 760985L74 |
| N/A80688 |
| N/A80689 |
| N/A81855 |

| RAMP Series 2003-SL1 Trust |
|:---:|
| 760985E49 |
| 760985E56 |
| 760985E64 |
| 760985E72 |
| 760985E80 |
| 760985E98 |
| 760985F22 |
| 760985F30 |
| 760985F48 |
| 760985F55 |
| 760985F63 |
| 760985F71 |
| 760985F89 |
| 760985F97 |

| RAMP Series 2004-KR1 Trust |
|:---:|
| 7609852E0 |
| 7609852F7 |
| 760985X89 |
| 760985X97 |
| 760985Y88 |
| 760985Y96 |
| N/A94270 |
| N/A94271 |
| N/A95493 |

| RAMP Series 2004-KR2 Trust |
|:---:|
| 76112BCV0 |
| 76112BCW8 |
| 76112BCX6 |
| 76112BDB3 |
| 76112BDC1 |
| 76112BDD9 |
| 76112BDJ6 |
| 76112BDK3 |
| N/C104555 |
| N/C104556 |
| N/C104557 |

| RFSC Series 2004-RP1 Trust |
|:---:|
| 760985S |
| 760985S44 |
| 760985S51 |
| 760985S69 |
| N/A92314 |
| N/A92315 |

| RAMP Series 2004-RS1 Trust |
|:---:|
| 760985M73 |
| 760985M81 |

760985M99
760985N49
760985N56
760985N64
760985N72
760985N80
760985N98
760985P21
760985P62
760985P70
N/A82146
N/A82147
N/A82148
N/A82149

| RAMP Series 2004-RS10 Trust |
|---|

76112BDS6
76112BDT4
76112BDU1
76112BDV9
76112BDW7
76112BEC0
76112BED8
76112BEE6
76112BEF3
76112BEG1
76112BEH9
76112BEJ5
N/C106148
N/C106149
N/C106150
N/C106151

| RAMP Series 2004-RS11 Trust |
|---|

76112BFH8
76112BFJ4
76112BFK1
76112BFL9
76112BFM7
76112BFN5
N/C107783
N/C107784

| RAMP Series 2004-RS12 Trust |
|---|

76112BFS4
76112BFT2
76112BFU9
76112BFV7
76112BFW5
76112BFX3

76112BFY1
76112BGD6
76112BGE4
76112BGF1
76112BGG9
76112BGH7
76112BGJ3
N/C108738
N/C108739
N/C108740
N/C108741
N/C108742
N/C108743

| RAMP Series 2004-RS2 Trust |
|---|
| 760985Q38 |
| 760985Q46 |
| 760985Q53 |
| 760985Q61 |
| 760985Q79 |
| 760985Q87 |
| 760985R37 |
| 760985R45 |
| 760985R52 |
| 760985R94 |
| 760985S28 |
| N/A92036 |
| N/A92037 |
| N/A92038 |
| N/A92039 |

| RAMP Series 2004-RS3 Trust |
|---|
| 7609852C4 |
| 760985V32 |
| 760985V40 |
| 760985V65 |
| 760985V73 |
| 760985V81 |
| 760985V99 |
| N/A94284 |
| N/A94285 |

| RAMP Series 2004-RS4 Trust |
|---|
| 7609852X8 |
| 7609852Y6 |
| 7609853E9 |
| 7609853F6 |
| 7609853G4 |
| 7609853H2 |
| 7609853J8 |

7609853K5
7609853L3
7609853N9
7609853P4
N/A95998
N/A95999
N/A96000
N/A96001

| RAMP Series 2004-RS5 Trust |
|---|

7609853W9
7609853Z2
7609854A6
7609854B4
7609854D0
7609854F5
7609854G3
7609854H1
7609854J7
7609854K4
7609854L2
7609854M0
7609854N8
N/A97460
N/A97461
N/A97462
N/A97463

| RAMP Series 2004-RS6 Trust |
|---|

7609854X6
7609855A5
7609855B3
7609855C1
7609855D9
7609855E7
7609855F4
7609855G2
7609855H0
7609855L1
7609855M9
7609855N7
7609855P2
7609855Q0
7609856P1
7609856Q9
N/C98807
N/C98808
N/C98809
N/C98810

| RAMP Series 2004-RS7 Trust |
|---|
| 7609857C9 |
| 7609857D7 |
| 7609857E5 |
| 7609857F2 |
| 7609857G0 |
| 7609857J4 |
| 7609857K1 |
| 7609857L9 |
| 7609857M7 |
| N/C100700 |
| N/C100701 |
| N/C100702 |
| N/C100703 |

| RAMP Series 2004-RS8 Trust |
|---|
| 76112BAD2 |
| 76112BAE0 |
| 76112BAF7 |
| 76112BAG5 |
| 76112BAH3 |
| 76112BAJ9 |
| 76112BAM2 |
| 76112BAN0 |
| 76112BAP5 |
| 76112BAQ3 |
| 76112BAT7 |
| 76112BAU4 |
| N/C103114 |
| N/C103115 |
| N/C103116 |
| N/C103117 |

| RAMP Series 2004-RS9 Trust |
|---|
| 76112BCF5 |
| 76112BCG3 |
| 76112BCH1 |
| 76112BCM0 |
| 76112BCN8 |
| 76112BCP3 |
| 76112BCQ1 |
| 76112BCR9 |
| 76112BDE7 |
| N/C104627 |
| N/C104628 |
| N/C104629 |
| N/C104630 |

| RAMP Series 2004-RZ1 Trust |
|---|
| 7609852B6 |

760985T84

760985T92

760985U25

760985U33

760985U41

760985U58

760985U66

760985U74

N/A94504

N/A94505

N/A94506

| RAMP Series 2004-RZ2 Trust |
|:---:|

7609854S7

7609854T5

7609854U2

7609854V0

7609854W8

7609856S5

7609856T3

N/C98823

N/C98824

N/C98825

N/C98918

N/C98919

| RAMP Series 2004-RZ3 Trust |
|:---:|

76112BAY6

76112BAZ3

76112BBA7

76112BBB5

76112BBC3

76112BBD1

76112BBE9

76112BBJ8

76112BBK5

76112BBL3

76112BBM1

76112BBN9

76112BDG2

76112BDH0

N/C104592

N/C104593

N/C104594

N/C104595

N/C104596

| RAMP Series 2004-RZ4 Trust |
|:---:|

76112BHF0

76112BHG8

76112BHH6

76112BHJ2

76112BHK9

76112BHL7

76112BHM5

76112BHN3

76112BHP8

76112BHQ6

N/A109040

N/A109040

N/C109041

N/C109041

| RAAC Series 2004-SP1 Trust |
|---|

7609855T4

7609855U1

7609855V9

7609855W7

7609855X5

7609855Z0

7609856R7

N/A98705

N/A98706

N/A98707

| RAAC Series 2004-SP2 Trust |
|---|

7609857N5

7609857P0

7609857Q8

7609857R6

7609857S4

7609857T2

7609857U9

7609857V7

7609857W5

7609857X3

7609857Z8

7609858A2

| RAAC Series 2004-SP3 Trust |
|---|

76112BEL0

76112BEM8

76112BEN6

76112BEP1

76112BEQ9

76112BER7

76112BES5

76112BET3

76112BEU0

76112BEV8

76112BEW6

76112BEX4

76112BEY2

76112BEZ9

76112BFA3

76112BFB1

76112BFC9

76112BFD7

| RAMP NIM 2005 NM2 Trust |
|---|
| 76112BPQ7 |
| N/C116726 |

| RAMP NIM 2005 NM4 Trust |
|---|
| 76112BTJ9 |
| 76112BTK6 |
| U76127BJ4 |
| U76127BK1 |

| RAMP NIM 2005 NM5 Trust |
|---|
| 75156RAA2 |
| 75156RAB0 |
| U75169AA7 |

| RAMP NIM 2005 NS1 Trust |
|---|
| 75156LAA5 |
| 75156LAB3 |

| RFSC Series 2005-RP1 Trust |
|---|
| 76112BJQ4 |
| 76112BJR2 |
| 76112BJS0 |
| 76112BJT8 |
| 76112BJU5 |
| 76112BJV3 |
| N/C111410 |
| N/C111411 |

| RAAC Series 2005-RP2 Trust |
|---|
| 76112BXN5 |
| 76112BXP0 |
| 76112BXQ8 |
| 76112BXR6 |
| 76112BXS4 |
| 76112BXT2 |
| 76112BXU9 |
| N/C120895 |
| N/C120895 |
| N/C120895 |
| N/C120896 |
| N/C120897 |
| U76127BL9 |
| U76127BM7 |

U76127BN5
U76127BP0
U76127BQ8
U76127BR6
U76127BS4

| RFSC Series 2005-RP3 Trust |
|---|

76112BP79
76112BP87
76112BP95
76112BQ29
76112BQ37
76112BQ45
76112BQ52
76112BQ60
N/A128751
N/A128752
U76127CA2
U76127CB0
U76127CC8
U76127CD6
U76127CE4
U76127CF1
U76127CG9

| RAMP Series 2005-RS1 Trust |
|---|

76112BHV5
76112BHW3
76112BHX1
76112BHY9
76112BHZ6
76112BJA9
76112BJB7
76112BJC5
76112BJG6
76112BJH4
76112BJJ0
76112BJK7
76112BJL5
76112BJM3
76112BJN1
N/C110290
N/C110291
N/C110292
N/C110293

| RAMP Series 2005-RS2 Trust |
|---|

76112BJW1
76112BKB5
76112BKC3

76112BKD1
76112BKE9
76112BKF6
76112BKG4
76112BKZ2
N/C111831
N/C111832

| RAMP Series 2005-RS3 Trust |
|:--:|

76112BLD0
76112BLE8
76112BLF5
76112BLG3
76112BLH1
76112BLJ7
76112BLK4
76112BLL2
76112BLM0
76112BLN8
76112BLP3
76112BLQ1
76112BLR9
76112BND8
N/A114662
N/C113171
N/C113172
N/C113646
N/C113647
N/C113648

| RAMP Series 2005-RS4 Trust |
|:--:|

76112BPA2
76112BPB0
76112BPC8
76112BPD6
76112BPE4
76112BPF1
76112BPG9
76112BPH7
76112BPJ3
N/C115787
N/C115788
N/C115789
N/C115790
N/C115791

| RAMP Series 2005-RS5 Trust |
|:--:|

76112BPU8
76112BPV6
76112BPW4

76112BPX2
76112BPY0
76112BPZ7
76112BQA1
76112BQB9
76112BQC7
76112BQK9
N/C117186
N/C117187
N/C117188
N/C117189
N/C117190

| RAMP Series 2005-RS6 Trust |
|---|

76112BTP5
76112BTQ3
76112BTR1
76112BTS9
76112BTT7
76112BTU4
76112BTV2
76112BTW0
76112BTX8
76112BTY6
76112BTZ3
76112BVL1
N/C119140
N/C119141
N/C119142
N/C119143
N/C119144

| RAMP Series 2005-RS7 Trust |
|---|

76112BWV8
76112BWW6
76112BWX4
76112BWY2
76112BWZ9
76112BXA3
76112BXB1
76112BXC9
76112BXD7
76112BXG0
N/A120701
N/C120702

| RAMP Series 2005-RS8 Trust |
|---|

76112BZF0
76112BZG8
76112BZJ2

76112BZK9

76112BZL7

76112BZM5

76112BZN3

76112BZP8

76112BZU7

76112BZV5

N/C125141

N/C125142

| RAMP Series 2005-RS9 Trust |
|---|

76112BL73

76112BL81

76112BL99

76112BM23

N/A128298

N/A128299

| RAMP Series 2005-RZ1 Trust |
|---|

76112BLX6

76112BLY4

76112BLZ1

76112BMA5

76112BMB3

76112BMC1

76112BMD9

76112BME7

76112BMF4

76112BMG2

76112BMH0

76112BMJ6

76112BMK3

76112BNE6

N/C113078

N/C113080

| RAMP Series 2005-RZ2 Trust |
|---|

76112BWD8

76112BWE6

76112BWF3

76112BWG1

76112BWH9

76112BWJ5

76112BWK2

76112BWL0

76112BWM8

76112BXJ4

76112BXK1

76112BXL9

| RAMP Series 2005-RZ3 Trust |
|---|
| 76112BA26 |
| 76112BA34 |
| 76112BA42 |
| 76112BA59 |
| 76112BA67 |
| 76112BA75 |
| 76112BA83 |
| 76112BA91 |
| 76112BB41 |
| 76112BB58 |
| 76112BB66 |
| 76112BB74 |
| 76112BZY9 |
| 76112BZZ6 |

| RAMP Series 2005-RZ4 Trust |
|---|
| 76112BM72 |
| 76112BM80 |
| 76112BM98 |
| 76112BN22 |
| 76112BN30 |
| 76112BN48 |
| 76112BN55 |
| 76112BN63 |
| 76112BP20 |
| 76112BP38 |
| 76112BP46 |
| 76112BP53 |

| RAAC Series 2005-SP1 Trust |
|---|
| 76112BQL7 |
| 76112BQM5 |
| 76112BQP8 |
| 76112BQR4 |
| 76112BQS2 |
| 76112BQT0 |
| 76112BQU7 |
| 76112BQV5 |
| 76112BQW3 |
| 76112BQX1 |
| 76112BQY9 |
| 76112BQZ6 |
| 76112BRA0 |
| 76112BRB8 |
| 76112BRC6 |
| 76112BRD4 |
| 76112BRE2 |
| 76112BRY8 |

76112BSA9
76112BSB7
76112BSC5
76112BSE1
76112BSF8
76112BSG6
76112BSJ0
76112BSK7
76112BSL5
76112BSM3
76112BSN1
76112BSQ4
76112BSR2
76112BSS0
76112BSV3
76112BSW1
76112BSX9
76112BSY7
76112BTA8
76112BTB6
76112BTC4
76112BTD2
76112BTE0
76112BTF7
76112BTH3

| RAAC Series 2005-SP2 Trust |
|---|
76112BE48
76112BE55
76112BE63
76112BE71
76112BE89
76112BE97
76112BF21
76112BF39
76112BF47
76112BF54
76112BF62
76112BF70
76112BG20
76112BG38
76112BG79
76112BG87
U76127BT2
U76127BU9
U76127BY1

| RAAC Series 2005-SP3 Trust |
|---|
76112BS43

76112BS50

76112BS68

76112BS76

76112BS84

76112BT26

76112BT34

76112BT42

76112BT59

| RFSC Series 2006-RP1 Trust |
|:---:|

76112B2S7

76112B2U3

76112B2V1

76112B2W9

76112B2X7

76112B2Y5

76112B3R9

76112B3T5

76112B3U2

| RFSC Series 2006-RP2 Trust |
|:---:|

74919MAA4

74919MAB2

74919MAC0

74919MAG1

74919MAH9

74919MAJ5

| RFSC Series 2006-RP3 Trust |
|:---:|

74919RAA3

74919RAE5

74919RAF2

N/A139405

N/A139406

N/A139407

| RAAC Series 2006-RP4 Trust |
|:---:|

74919TAA9

74919TAB7

74919TAC5

74919TAD3

74919TAE1

74919TAG6

74919TAH4

74919TAJ0

| RAMP Series 2006-RS1 Trust |
|:---:|

76112BT75

76112BT83

76112BT91

76112BU24

76112BU32

76112BY46
N/A130656
N/A130657
N/A130658

| RAMP Series 2006-RS2 Trust |
| --- |

76112B2C3
76112B2D1
76112B2E9
76112B2F6
76112B2G4
76112B2H2
76112B2S8
76112B3A6
N/A132344
N/A132345

| RAMP Series 2006-RS3 Trust |
| --- |

75156VAB1
75156VAC9
75156VAD7
75156VAP0
N/A135924
N/A135925

| RAMP Series 2006-RS4 Trust |
| --- |

75156WAC7
75156WAD5
75156WAE3
75156WAF0
75156WAG8
75156WAH6
75156WAP8
N/A138738
N/A138739

| RAMP Series 2006-RS5 Trust |
| --- |

75156YAA7
75156YAC3
75156YAD1
75156YAE9
75156YAF6
75156YAG4
75156YAP4
N/A142028
N/A142029

| RAMP Series 2006-RZ1 Trust |
| --- |

76112BY87
76112BY95
76112BZ29
76112BZ37

76112BZ45

76112BZ52

76112BZ60

76112BZ78

76112BZ86

N/A132261

N/A132262

| RAMP Series 2006-RZ2 Trust |
|---|

75156UAB3

75156UAC1

75156UAD9

75156UAE7

75156UAF4

75156UAN7

75156UAP2

N/A135558

N/A135559

| RAMP Series 2006-RZ3 Trust |
|---|

75156MAB1

75156MAC9

75156MAD7

75156MAE5

75156MAF2

75156MAG0

75156MAN5

N/A140791

N/A140792

| RAMP Series 2006-RZ4 Trust |
|---|

75156XAB7

75156XAC5

75156XAD3

75156XAE1

75156XAF8

75156XAG6

75156XAH4

75156XAQ4

75156XAR2

N/A143334

| RAAC Series 2006-SP1 Trust |
|---|

76112B3D0

76112B3E8

76112B3F5

76112B3G3

76112B3H1

76112B3L2

76112B3M0

76112B3N8

| RAAC Series 2006-SP2 Trust |
|:---:|
| 74919PAB5 |
| 74919PAC3 |
| 74919PAD1 |
| 74919PAE9 |
| 74919PAF6 |
| 74919PAJ8 |
| 74919PAK5 |
| 74919PAL3 |

| RAAC Series 2006-SP3 Trust |
|:---:|
| 74919QAA5 |
| 74919QAB3 |
| 74919QAC1 |
| 74919QAD9 |
| 74919QAE7 |
| 74919QAF4 |
| 74919QAL1 |
| 74949QAJ6 |
| 74949QAK3 |

| RASC Series 2001-KS1 Trust |
|:---:|
| 100001862 |
| 100001863 |
| 100001864 |
| 76110WLB0 |
| 76110WLC8 |
| 76110WLD6 |
| 76110WLE4 |
| 76110WLF1 |

| RASC Series 2001-KS2 Trust |
|:---:|
| 100001882 |
| 100001883 |
| 100001884 |
| 76110WLL8 |
| 76110WLM6 |
| 76110WLN4 |
| 76110WLP9 |
| 76110WLQ7 |
| 76110WLR5 |
| 76110WLS3 |
| 76110WLT1 |
| 76110WLW4 |

| RASC Series 2002-KS4 Trust |
|:---:|
| 76110WPC4 |
| 76110WPD2 |
| 76110WPE0 |
| 76110WPF7 |
| 76110WPG5 |

Exhibit A

76110WPH3
76110WPJ9
N/A53314
N/A53315
N/A53316
N/A53317

| RASC Series 2002-KS6 Trust |
|---|
| 749248AA8 |
| 749248AF7 |
| 749248AG5 |
| 749248AH3 |
| 749248AJ9 |
| 749248AK6 |
| N/A59012 |
| N/A59013 |
| N/A59014 |
| N/A59015 |

| RASC Series 2002-KS8 Trust |
|---|
| 76110WQA7 |
| 76110WQB5 |
| 76110WQC3 |
| 76110WQD1 |
| N/A62628 |
| N/A62629 |
| N/A63804 |

| RASC Series 2003-KS10 Trust |
|---|
| 76110WUV6 |
| 76110WUW4 |
| 76110WUX2 |
| 76110WUY0 |
| 76110WUZ7 |
| 76110WVA1 |
| 76110WVG8 |
| N/A80428 |
| N/A80429 |
| N/A80430 |

| RASC Series 2003-KS11 Trust |
|---|
| 76110WVL7 |
| 76110WVN3 |
| 76110WVP8 |
| 76110WVQ6 |
| 76110WVR4 |
| 76110WVS2 |
| 76110WVT0 |
| 76110WVV5 |
| 76110WVW3 |
| 76110WVX1 |

76110WVZ6
76110WWA0
NA80977
NA80978
NA80979

| RASC Series 2003-KS2 Trust |
| --- |

76110WQQ2
76110WQR0
76110WQS8
76110WQT6
76110WQU3
76110WQV1
76110WRB4
76110WRC2
N/A67882
N/A67883
N/A67884
N/A67885
N/A67886

| RASC Series 2003-KS3 Trust |
| --- |

76110WRD0
76110WRE8
76110WRF5
76110WRG3
76110WRJ7
N/A68949
N/A68950

| RASC Series 2003-KS4 Trust |
| --- |

76110WRP3
76110WRQ1
76110WRR9
76110WRS7
76110WRT5
76110WRU2
76110WRV0
76110WRW8
76110WRX6
76110WRY4
76110WRZ1
76110WSA5
NA70844
NA70845
NA70846
NA70847
NA70848

| RASC Series 2003-KS5 Trust |
| --- |

76110WSF4

76110WSG2
76110WSH0
76110WSJ6
76110WSK3
76110WSL1
76110WSM9
N/A72151
N/A72152
N/A72153
N/A72154
N/A72155

| RASC Series 2003-KS6 Trust |
|---|

76110WSN7
76110WSP2
76110WSQ0
76110WSR8
76110WST4
N/A73536
N/A73537

| RASC Series 2003-KS7 Trust |
|---|

76110WSU1
76110WSZ0
76110WTA4
76110WTB2
76110WTC0
76110WTD8
76110WTK2
N/A74753
N/A74754
N/A74755
N/A74756
N/A74757

| RASC Series 2003-KS8 Trust |
|---|

76110WTR7
76110WTS5
76110WTT3
76110WTU0
76110WTV8
76110WTW6
76110WUC8
76110WUE4
N/A76032
N/A76033
N/A76034

| RASC Series 2003-KS9 Trust |
|---|

76110WUK0
76110WUL8

76110WUM6
76110WUN4
76110WUP9
76110WUQ7
76110WUR5
N/A77057
N/A77058
N/A77059

| RASC Series 2004-KS1 Trust |
|---|
| 74924PAD4 |
| 74924PAE2 |
| 74924PAF9 |
| 74924PAG7 |
| 74924PAH5 |
| 74924PAJ1 |
| 74924PAM4 |
| 74924PAN2 |
| 74924PAP7 |
| 74924PAR3 |
| 74924PAS1 |
| N/A82223 |
| N/A82224 |
| N/A82225 |

| RASC Series 2004-KS10 Trust |
|---|
| 76110WF68 |
| 76110WF84 |
| 76110WF92 |
| 76110WG26 |
| 76110WG34 |
| 76110WG42 |
| 76110WG59 |
| 76110WG67 |
| 76110WG75 |
| 76110WG83 |
| 76110WH25 |
| N/A106119 |
| N/A106119 |
| N/A106120 |
| N/A106120 |
| N/A106121 |
| N/A106121 |
| N/C116634 |

| RASC Series 2004-KS11 Trust |
|---|
| 76110WH82 |
| 76110WH90 |
| 76110WJ23 |
| 76110WJ31 |

76110WJ49

76110WJ56

76110WK21

N/C107721

N/C107722

N/C107723

| RASC Series 2004-KS2 Trust |
|---|

76110WWE2

76110WWF9

76110WWG7

76110WWH5

76110WWJ1

76110WWK8

76110WWN2

76110WWP7

76110WWQ5

76110WWS1

76110WWT9

N/A91859

N/A91860

N/A91861

| RASC Series 2004-KS3 Trust |
|---|

76110WWX0

76110WWY8

76110WWZ5

76110WXA9

76110WXB7

76110WXC5

76110WXF8

76110WXG6

76110WXH4

76110WXK7

76110WXL5

N/A94481

N/A94482

N/A94483

| RASC Series 2004-KS4 Trust |
|---|

76110WXM3

76110WXQ4

76110WXR2

76110WXS0

76110WXT8

76110WXV3

76110WXW1

76110WXX9

76110WXY7

N/A96111

N/A96112
N/A96113

| RASC Series 2004-KS5 Trust |
|---|
| 76110WXZ4 |
| 76110WYC4 |
| 76110WYD2 |
| 76110WYE0 |
| 76110WYF7 |
| 76110WYG5 |
| 76110WYH3 |
| 76110WYM2 |
| 76110WYN0 |
| 76110WYP5 |
| 76110WZG4 |
| 76110WZH2 |
| N/A97715 |
| N/A97716 |
| N/A97717 |

| RASC Series 2004-KS6 Trust |
|---|
| 76110WA30 |
| 76110WA48 |
| 76110WZM1 |
| 76110WZN9 |
| 76110WZP4 |
| 76110WZU3 |
| 76110WZV1 |
| 76110WZW9 |
| 76110WZX7 |
| 76110WZY5 |
| 76110WZZ2 |
| N/A98896 |
| N/A98897 |
| N/A98898 |

| RASC Series 2004-KS7 Trust |
|---|
| 76110WA89 |
| 76110WA97 |
| 76110WB21 |
| 76110WB54 |
| 76110WB62 |
| 76110WB70 |
| 76110WB88 |
| N/A100758 |
| N/A100759 |
| N/A700760 |

| RASC Series 2004-KS8 Trust |
|---|
| 76110WC46 |
| 76110WC53 |

76110WC61
76110WC79
76110WC87
76110WC95
76110WD52
76110WD60
76110WD78
76110WD86
76110WD94
N/C103019
N/C103020
N/C103021

| RASC Series 2004-KS9 Trust |
|---|

76110WE51
76110WE69
76110WE77
76110WF27
76110WF34
76110WF35
76110WF50
N/C104586
N/C104588
N/C104590

| RASC NIM 2004-NT11 Trust |
|---|

749243AS0
N/C107775

| RASC Series 1999-RS1 Trust |
|---|

76110WFW1
76110WFX9
99RS1CLR2
99RS1CLR3
99RS1CLR4
99RS1CLRI
99RS1SB-1
99RS1SBII

| Home Loan Trust 2000-HI1 |
|---|

76110VDW5
NC00000466

| Home Loan Trust 2000-HI2 |
|---|

76110VEC8
NC00000478

| Home Loan Trust 2000-HI3 |
|---|

76110VEL8
NC00000508

| Home Loan Trust 2000-HI4 |
|---|

76110VEU8
76110VEV6

NC00000539

| Home Loan Trust 2000-HI5 |
|---|
| 76110VFD5 |
| NC00000585 |

| Home Loan Trust 2000-HL1 |
|---|
| 437184AU8 |
| NC00000529 |

| Home Loan Trust 2001-HI1 |
|---|
| 76110VFF0 |
| NC00000592 |

| Home Loan Trust 2001-HI2 |
|---|
| 76110VFY9 |
| 76110VGA0 |
| NC00000640 |

| Home Loan Trust 2001-HI3 |
|---|
| 76110VGP7 |
| 76110VGS9 |

| Home Loan Trust 2001-HI4 |
|---|
| 76110VHA2 |
| 76110VHJ0 |
| 76110VHK7 |

| Residential Funding Mortgage Securities II, Series 2001 HS2 Trust |
|---|
| 76110ABC1 |
| 76110ABC2 |
| 76110ABC3 |
| 76110ABC4 |
| 76110VGF9 |
| 76110VGG7 |

| Home Equity Loan Trust 2001-HS3 |
|---|
| 76110VCH2 |
| 76110VGX0 |
| 76110VGZ5 |
| 76110VHA9 |
| 76110VHB7 |
| 76110VHE4 |
| 76110VHF5 |
| 76110VHG3 |
| 76110VHK1 |

| Home Loan Trust 2002-HI1 |
|---|
| 76110VHS0 |
| 76110VHT8 |
| N/A39161 |

| Home Loan Trust 2002-HI2 |
|---|
| 76110VJM1 |
| 76110VJN9 |

76110VJP4

76110VJQ2

N/A41461

| Home Loan Trust 2002-HI3 |
|---|

76110VJX7

76110VJY5

N/A53010

| Home Loan  Trust 2002-HI4 |
|---|

76110VLA4

76110VLB2

76110VLC0

76110VLD8

N/A59805

| Home Loan Trust 2002-HI5 |
|---|

76110VLM8

76110VLN6

76110VLP1

76110VLQ9

N/A63352

| Residential Funding Mortgage Securities II, Series 2002-HS1 Trust |
|---|

76110VJA7

76110VJE9

N/A39347

N/A39350

| Residential Funding Mortgage Securities II, Series 2002 HS2 Trust |
|---|

76110VKF4

76110VKG2

76110VKL1

N/A53202

N/A53203

N/A53204

| Home Equity Loan Trust 2002-HS3 |
|---|

76110VKS6

76110VKT4

76110VKU1

N/A58682

N/A58683

N/A58684

N/A58685

N/A58686

N/A58687

| Home Loan Trust 2003-HI1 |
|---|

76110VMG0

76110VMH8

76110VMJ4

76110VMK1

76110VMM7

N/A68579

| Home Loan Trust 2003-HI2 |
|---|

76110VNE4

76110VNF1

76110VNG9

76110VNH7

76110VNJ3

N/A72178

| Home Equity Loan Trust  2003-HI3 |
|---|

76110VNQ7

76110VNR5

N/A76382

| Home Equity Loan Trust  2003-HI4 |
|---|

76110VPD4

76110VPF9

76110VPG7

76110VPH5

76110VPJ1

N/A80673

| Home Equity Loan Trust 2003-HS1 |
|---|

76110VLW6

76110VLX4

76110VLY2

76110VLZ9

N/A67462

N/A67463

N/A67464

N/A67465

N/A67466

N/A67467

| Home Equity Loan Trust 2003-HS2 |
|---|

76110VMS4

76110VMT2

76110VMU9

76110VMV7

76110VMX3

76110VMY1

N/A72062

N/A72063

N/A72064

N/A72065

N/A72066

N/A72067

N/A72068

| Home Equity Loan Trust  2003-HS3 |
|---|

76110VNU8

76110VNV6

76110VNW4

76110VNX2

76110VNY0

N/A75836

N/A75837

N/A76092

N/A76093

N/A76094

N/A76097

N/C76096

| Home Equity Loan Trust 2003-HS4 |
|---|

76110VPK8

76110VPL6

N/A80911

N/A80912

N/A80913

| Home Loan Trust 2004-HI1 |
|---|

76110VPR3

76110VPS1

76110VPT9

76110VPU6

76110VPV4

76110VPW2

N/A94431

| Home Loan Trust 2004-HI2 |
|---|

76110VQS0

N/A98925

| Home Loan Trust 2004-HI3 |
|---|

76110VQX9

N/C104808

| Home Equity Loan Trust 2004-HS1 |
|---|

76110VQA9

76110VQB7

76110VQC5

76110VQD3

76110VQE1

N/A94406

N/A94407

N/A94525

N/A95474

N/A95475

N/A95476

| Home Equity Loan Trust 2004-HS2 |
|:---:|
| 76110VQJ0 |
| 76110VQK7 |
| 76110VQL5 |
| 76110VQM3 |
| N/C98909 |
| N/C98911 |
| N/C98912 |
| N/C98913 |

| Home Equity Loan Trust 2004-HS3 |
|:---:|
| 76110VQY7 |
| N/C104665 |

| Home Loan Trust 2005-HI1 |
|:---:|
| 76110VRD2 |
| N/C110224 |

| Home Loan Trust 2005-HI2 |
|:---:|
| 76110VRJ9 |
| 76110VRK6 |
| 76110VRL4 |
| 76110VRM2 |
| 76110VRN0 |
| 76110VRP5 |
| 76110VRQ3 |
| 76110VRR1 |
| 76110VRS9 |
| 76110VRT7 |
| N/C118907 |

| Home Loan Trust 2005-HI3 |
|:---:|
| 76110VSD1 |
| 76110VSE9 |
| 76110VSF6 |
| 76110VSG4 |
| 76110VSH2 |
| 76110VSJ8 |
| 76110VSK5 |
| 76110VSL3 |
| 76110VSM1 |
| 76110VSN9 |
| 76110VSP4 |
| N/C127228 |

| Home Equity Loan Trust 2005-HS1 |
|:---:|
| 76110VRV2 |
| 76110VRW0 |
| 76110VRX8 |
| 76110VRY6 |
| 76110VRZ3 |
| N/C124973 |

N/C124974

N/C124975

N/C124976

N/C126644

| Home Equity Loan Trust 2005-HS2 |
|---|
| 76110VSR0 |
| 76110VSS8 |
| 76110VST6 |
| 76110VSU3 |
| 76110VSV1 |
| NA128287 |
| NA128288 |
| NA128289 |
| NA128290 |
| NA128291 |

| Home Equity Loan Trust 2005-HSA1 |
|---|
| 76110VSX7 |
| 76110VSY5 |
| 76110VSZ2 |
| 76110VTA6 |
| 76110VTB4 |
| N/A129188 |
| N/A129189 |
| N/A129191 |
| N/A129192 |
| N/A129193 |

| Home Loan Trust 2006-HI1 |
|---|
| 76110VTV0 |
| 76110VTW8 |
| 76110VTX6 |
| 76110VTY4 |
| 76110VTZ1 |
| 76110VUA4 |
| 76110VUB2 |
| 76110VUC0 |
| 76110VUD8 |
| 76110VUE6 |
| 76110VUF3 |
| N/A133615 |

| Home Loan Trust 2006-HI2 |
|---|
| 437185AB7 |
| 437185AC5 |
| 437185AD3 |
| N/A136942 |

| Home Loan Trust 2006-HI3 |
|---|
| 43718NAB8 |
| 43718NAC6 |

43718NAD4

N/A140364

| Home Loan Trust 2006-HI4 |
|---|

43718MAB0

43718MAC8

43718MAD6

N/C143537

| Residential Funding Mortgage Securities II, Series 2006 -HSA1 |
|---|

76110VTE8

76110VTF5

76110VTG3

76110VTH1

76110VTJ7

76110VTK4

| Home Equity Loan Trust 2006-HSA2 |
|---|

76110VTN8

76110VTP3

76110VTQ1

76110VTR9

76110VTS7

N/A131590

N/A131591

N/A131592

N/A140008

NA131593

| Home Equity Loan Trust 2006-HSA3 |
|---|

76113JAA0

N/A136608

N/A136609

| Home Equity Loan Trust 2006-HSA4 |
|---|

43709WAA1

N/A140486

N/A140487

| Home Equity Loan Trust 2006-HSA5 |
|---|

437099AA2

N/A143532

| Home Loan Trust 1999-HI1 |
|---|

76110VBX5

NC00000423

| Home Loan Trust 1999-HI4 |
|---|

76110VCR7

NC00000441

| Home Loan Trust  1999-HI6 |
|---|

76110VCZ9

76110VDA3

NC00000474

| Home Loan Trust 1999-HI8 |
|---|
| 76110VDL9 |
| 76110VDM7 |
| NC00000440 |

| RFMSI Series 2003-S10 Trust |
|---|
| 76111J7H1 |
| 76111J7J7 |
| 76111J7K4 |
| 76111J7N8 |
| 76111J7P3 |
| 76111J7Q1 |
| 76111J7R9 |
| 76111J7S7 |
| 76111J7T5 |
| 76111J7U2 |
| 76111J7V0 |
| 76111J7W8 |
| 76111J7X6 |

| RFMSI Series 2003-S11 Trust |
|---|
| 76111J6N9 |
| 76111J6P4 |
| 76111J6Q2 |
| 76111J6R0 |
| 76111J6U3 |
| 76111J6V1 |
| 76111J6W9 |
| 76111J6X7 |
| 76111J6Y5 |
| 76111J6Z2 |
| 76111J7A6 |
| 76111J7B4 |
| 76111J7C2 |
| 76111J7D0 |

| RFMSI Series 2003-S12 Trust |
|---|
| 76111J4H4 |
| 76111J4J0 |
| 76111J4M3 |
| 76111J4N1 |
| 76111J4R2 |
| 76111J4S0 |
| 76111J4W1 |
| 76111J4Y7 |
| 76111J4Z4 |
| 76111J5A8 |
| 76111J5B6 |
| 76111J5E0 |

76111J5F7
76111J5G5
76111J5H3
76111J5J9
76111J5K6
76111J5L4
76111J5M2
76111J5N0
76111J5P5
76111J5Q3
76111J5R1
76111J5S9

**RFMSI Series 2003-S13 Trust**

76111J5U4
76111J5V2
76111J5W0
76111J5X8
76111J5Y6
76111J6B5
76111J6C3
76111J6D1
76111J6E9
76111J6F6
76111J6G4
76111J6H2
76111J6J8
76111J6K5
76111J6L3

**RFMSI Series 2003-S14 Trust**

76111XAA1
76111XAB9
76111XAC7
76111XAD5
76111XAE3
76111XAF0
76111XAG8
76111XAH6
76111XAJ2
76111XAK9
76111XAL7
76111XAM5
76111XAN3
76111XAP8
76111XAQ6
76111XAR4

**RFMSI Series 2003-S15 Trust**

76111XAS2

76111XAT0
76111XAU7
76111XAV5
76111XAW3
76111XAX1
76111XAY9
76111XAZ6
76111XBA0
76111XBB8

| RFMSI Series 2003-S16 Trust |
|---|

76111XBC6
76111XBD4
76111XBE2
76111XBF9
76111XBG7
76111XBH5
76111XBJ1
76111XBK8
76111XBL6
76111XBM4
76111XBN2
76111XBP7

| RFMSI Series 2003-S17 Trust |
|---|

76111XBQ5
76111XBR3
76111XBS1
76111XBT9
76111XBU6
76111XBV4
76111XBW2
76111XBX0
76111XBY8
76111XBZ5
76111XCA9
76111XCB7
76111XCC5
76111XCD3
76111XCE1

| RFMSI Series 2003-S18 Trust |
|---|

76111XDD2
76111XDE0
76111XDF7
76111XDG5
76111XDH3
76111XDJ9
76111XDK6
76111XDL4

76111XDM2
76111XDN0
76111XDP5
76111XDQ3

| RFMSI Series 2003-S19 Trust |
|---|

76111XCG6
76111XCJ0
76111XCK7
76111XCM3
76111XCN1
76111XCP6
76111XCQ4
76111XCR2
76111XCT8
76111XCU5
76111XCV3
76111XCW1
76111XCX9
76111XCY7
76111XCZ4
76111XDA8
76111XDB6
76111XDC4

| RFMSI Series 2003-S20 Trust |
|---|

76111XDU4
76111XDV2
76111XDW0
76111XDY6
76111XDZ3
76111XEA7
76111XEB5
76111XEC3
76111XED1
76111XEE9
76111XEF6
76111XEG4
76111XEH2
76111XEJ8
76111XEK5
76111XEL3
76111XEM1
76111XEN9
76111XEP4
76111XEQ2
76111XER0
76111XES8
76111XET6

76111XEU3
76111XEV1
76111XEW9

| RFMSI Series 2003-S4 Trust |
|---|
| 76111JU36 |
| 76111JU44 |
| 76111JU51 |
| 76111JU69 |
| 76111JU77 |
| 76111JU85 |
| 76111JV43 |
| 76111JV50 |
| 76111JV76 |
| 76111JV84 |
| 76111JV92 |
| 76111JW26 |
| 76111JW34 |
| 76111JW42 |
| 76111JW59 |
| 76111JW67 |
| 76111JW75 |
| 76111JW83 |
| 76111JW91 |

| RFMSI Series 2003-S6 Trust |
|---|
| 76111JX66 |
| 76111JY24 |
| 76111JY32 |
| 76111JY57 |
| 76111JY65 |
| 76111JY73 |
| 76111JY81 |
| 76111JY99 |
| 76111JZ23 |
| 76111JZ31 |
| 76111JZ49 |
| 76111JZ56 |
| 76111JZ64 |

| RFMSI Series 2003-S7 Trust |
|---|
| 76111J2T0 |
| 76111J2V5 |
| 76111J2W3 |
| 76111J2X1 |
| 76111J2Y9 |
| 76111J2Z6 |
| 76111J3B8 |
| 76111J3C6 |

76111J3D4
76111J3E2
76111J3J1
76111J3K8
76111J3L6
76111J3V4
76111J3W2
76111J3X0
76111J3Y8
76111J3Z5
76111J4A9
76111J4B7
76111J4C5
76111J4D3
76111J4E1
76111J4F8
76111J4G6
76111J5T7

| RFMSI Series 2003-S9 Trust |
| --- |

76111J2A1
76111J2B9
76111J2C7
76111J2D5
76111J2E3
76111J2F0
76111J2G8
76111JZ72
76111JZ80
76111JZ98

| RFMSI Series 2004-S1 Trust |
| --- |

76111XEX7
76111XEY5
76111XEZ2
76111XFD0
76111XFE8
76111XFF5
76111XFH1
76111XFJ7
76111XFK4
76111XFL2
76111XFM0
76111XFN8
76111XFP3
76111XFQ1
76111XFR9
76111XFS7

| RFMSI Series 2004-S2 Trust |
|---|
| 76111XFX6 |
| 76111XFY4 |
| 76111XFZ1 |
| 76111XGA5 |
| 76111XGB3 |
| 76111XGC1 |
| 76111XGD9 |
| 76111XGE7 |
| 76111XGF4 |
| 76111XGG2 |
| 76111XGH0 |
| 76111XGJ6 |
| 76111XGK3 |
| 76111XGL1 |

| RFMSI Series 2004-S3 Trust |
|---|
| 76111XGN7 |
| 76111XGP2 |
| 76111XGQ0 |
| 76111XGR8 |
| 76111XGS6 |
| 76111XGT4 |
| 76111XGU1 |
| 76111XGV9 |
| 76111XGW7 |
| 76111XGX5 |

| RFMSI Series 2004-S4 Trust |
|---|
| 76111XGZ0 |
| 76111XHA4 |
| 76111XHB2 |
| 76111XHC0 |
| 76111XHD8 |
| 76111XHE6 |
| 76111XHF3 |
| 76111XHH9 |
| 76111XHJ5 |
| 76111XHM8 |
| 76111XHN6 |
| 76111XHP1 |
| 76111XHQ9 |
| 76111XHR7 |
| 76111XHS5 |
| 76111XHT3 |
| 76111XHU0 |
| 76111XHV8 |
| 76111XHW6 |
| 76111XHX4 |

76111XHY2
76111XHZ9
76111XJA2
76111XJB0
76111XJC8
76111XJD6
76111XJE4
76111XJF1
76111XJG9
76111XJH7
76111XJJ3
76111XJK0
76111XJL8

| RFMSI Series 2004-S5 Trust |
|---|

76111XJM6
76111XJU8
76111XJV6
76111XJW4
76111XJX2
76111XJY0
76111XJZ7
76111XKA0
76111XKB8
76111XKC6
76111XKD4
76111XKE2
76111XKF9
76111XKG7
76111XKH5
76111XKJ1
76111XKK8
76111XKL6
76111XKM4
76111XKN2
76111XKP7
76111XKQ5
76111XKT9
76111XKU6
76111XKV4
7611XKR3

| RFMSI Series 2004-S6 Trust |
|---|

76111XLQ4
76111XLR2
76111XLU5
76111XLV3
76111XLW1
76111XLX9

76111XLY7
76111XLZ4
76111XMA8
76111XMB6
76111XMC4
76111XMG5
76111XMH3
76111XMJ9
76111XMK6
76111XML4
76111XMM2
76111XMN0
76111XMP5
76111XMQ3
76111XMR1
76111XMS9
76111XMT7
76111XMU4
76111XMV2
76111XMW0
76111XMX8
76111XMY6
76111XMZ3
76111XNA7
76111XNB5
76111XNC3
76111XND1
76111XNE9

| RFMSI Series 2004-SA1 Trust |
|---|
| 76111XGL6 |
| 76111XLC5 |
| 76111XLD3 |
| 76111XLE1 |
| 76111XLF8 |
| 76111XLH4 |
| 76111XLJ0 |
| 76111XLK7 |
| 76111XLL5 |
| 76111XLM3 |

| RFMSI Series 2004-SR1 Trust |
|---|
| 76111XKX0 |
| 76111XKY8 |
| 76111XKZ5 |
| 76111XLA9 |
| 76111XLB7 |
| 76111XLB7 |

| GMACM 2001-HLTV1 |
|:---:|
| 36185HCY7 |
| NA251442 |

| GMACM 2010-1 |
|:---:|
| 36188LAB7 |

| GSR 2003-2F |
|:---:|
| 36228FMM5 |
| 36228FMN3 |
| 36228FMP8 |
| 36228FMU7 |
| 36228FMV5 |
| 36228FMW3 |
| 36228FMX1 |
| 36228FMZ6 |
| 36228FNA0 |
| 36228FNB8 |
| 36228FNC6 |
| 36228FND4 |
| 36228FNE2 |
| 36228FNF9 |
| 36228FNG7 |
| 36228FNH5 |
| 36228FNJ1 |
| 36228FNK8 |
| 36228FNK8 |

| GSR 2003-2 |
|:---:|
| 36228FWH5 |
| 36228FWJ1 |
| 36228FWK8 |
| 36228FWL6 |
| 36228FWM4 |
| 36228FWN2 |
| 36228FWQ5 |

| GSRPM 2004-1 |
|:---:|
| 36242DGH0 |
| 36242DGJ6 |
| 36242DGK3 |
| 36242DGL1 |
| 36242DGM9 |
| 36242DGN7 |
| 36242DGP2 |
| 36242DGQ0 |
| 36242DGR8 |
| 36242DGS6 |
| 36242DGT4 |

| Terwin 2006-2HGS |
|:---:|
| 53199BAB1 |

881561P24
881561P32
881561P40
881561P57
881561P65
881561P73
881561Q23
881561Q72
881561Q80
881561Q98
881561R22
881561R30

| Terwin 2005-13SL |
|---|

881561E26
881561E42
881561E59
881561E67
881561E75
881561E83
881561C77
881561C85
881561C93
881561D43
881561D68
881561D76

| Terwin 2005-9HGS |
|---|

881561WQ3
881561WR1
881561WS9
881561WT7
881561WU4
881561WV2
881561WW0
881561WX8
881561WY6
881561XA7
881561XB5
881561XB5
881561XC3
881561XD1
881561XE9

| Terwin 2006-4SL |
|---|

881561W91
881561X25
881561X33
881561X41
881561X58

881561Y32

881561Y73

881561Y73

881561Y81

881561Y99

881561Z23

881561Z31

| Terwin 2006-6 |
| --- |

8815613C6

8815612T0

8815612U7

8815612W3

8815612X1

8815612Y9

8815613H5

8815613J1

8815613K8

8815613L6

8815613M4

88156CAA8

88156CAB6

88156CAJ9

88156CAK6

88156CAN0

88156CAP5

88156CAQ3

88156CAR1

88156CAS9

88156CAT7

N/A139243

| Terwin 2006-HF-1 |
| --- |

881561R55

881561R63

881561R71

881561R89

881561R97

881561S21

881561S39

881561S54

881561S62

881561S88

881561S96

881561T20

881561T38

881561T46

| American Home 2004-4 |
| --- |

02660TCC5

02660TCD3
02660TCE1
02660TCF8
02660TCG6
02660TCH4
02660TCJ0
02660TCK7
02660TCL5
02660TCM3
02660TCN1
02660TCP6
02660TCQ4
02660TCR2
02660TCS0
02660TCT8
02660TCU5
02660TCV3
02660TCW1
02660TCX9

**Nomura 2003-A3**

65535VBZ0
65535VCA4
65535VCB2
65535VCC0
65535VCD8
65535VCE6
65535VCF3
65535VCG1

**Nomura 2004-AP1**

65535VCL0
65535VCM8
65535VCN6
65535VCQ9
65535VCR7
65535VCS5
65535VCT3
65535VCU0
N/A92289

**Nomura 2004-AP2**

65535VDA3
65535VDB1
65535VDC9
65535VDE5
65535VDF2
65535VDL9

**Nomura 2004-AR1**

65535VDM7

65535VDN5
65535VDQ8
65535VDR6
65535VDS4
65535VDT2
65535VDU9
65535VDV7
65535VDW5
65535VDX3
65535VDZ8
65535VEA2
65535VED6
65535VEE4
65535VEJ3
65535VEL8
65535VEM6
N/C101938
N/C102062

**Nomura 2005-S1**

65535VJT6
65535VJU3
65535VJV1
65535VJY5
65535VJZ2
65535VKA5

**Truman 2004-1**

897896AN6
897896AP1
897896AR7
897896AS5
897896AT3
N/A83176
N/A83177

**Truman 2005-1**

897896BD7
897896BE5
897896BF2
897896BG0
N/A129365
N/A129366

**Truman 2006-1**

89789KAA3
89789KAB1
89789KAC9
89789KAD7
N/A140743
N/A140744

| GSRM 2002-1 |
| --- |
| 361988AA6 |
| 361988AE8 |
| 361988AG3 |
| 361988AL2 |
| 361988AM0 |
| 361988AM0 |
| 361988AN8 |
| 361988AN8 |
| U0393EAA9 |
| U0393EAC5 |
| U0393EAD3 |
| **GSRM 2003-1** |
| 36228FLK0 |
| 36228FLL8 |
| 36228FLM6 |
| 36228FLN4 |
| 36228FLP9 |
| 36228FLQ7 |
| 36228FLR5 |
| 36228FLS3 |
| 36228FLS3 |
| 36228FLU8 |