**<u>Exhibit PX-1524</u>**

**TIME SENSITIVE NOTICE
REGARDING ALLOCATION OF CERTAIN SETTLEMENT AMOUNTS UNDER THE
SETTLEMENT AGREEMENT AMONG THE RESCAP DEBTORS, FINANCIAL
GUARANTY INSURANCE COMPANY, AND THE FGIC TRUSTEES**

**NOTICE IS HEREBY GIVEN BY:**

**THE BANK OF NEW YORK MELLON,
THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,
U.S. BANK NATIONAL ASSOCIATION,
WELLS FARGO BANK, N.A., AND
LAW DEBENTURE TRUST COMPANY OF NEW YORK**

**IN THEIR SEVERAL CAPACITIES AS TRUSTEES, INDENTURE TRUSTEES
AND/OR SEPARATE TRUSTEES (COLLECTIVELY, THE "<u>FGIC TRUSTEES</u>" AND
EACH, A "<u>FGIC TRUSTEE</u>"), TO THE HOLDERS (THE "<u>CERTIFICATEHOLDERS</u>")
OF CERTIFICATES, NOTES OR OTHER SECURITIES (COLLECTIVELY, THE
"<u>CERTIFICATES</u>") UNDER THE RESIDENTIAL MORTGAGE-BACKED
SECURITIZATION TRUSTS IDENTIFIED ON SCHEDULE A TO THIS NOTICE
(COLLECTIVELY, THE "<u>FGIC TRUSTS</u>" AND EACH A "<u>FGIC TRUST</u>").**

**THIS NOTICE CONTAINS IMPORTANT TIME-SENSITIVE INFORMATION FOR
CERTIFICATEHOLDERS AND OTHER PERSONS POTENTIALLY INTERESTED IN
THE FGIC TRUSTS.  ALL DEPOSITORIES, CUSTODIANS AND OTHER
INTERMEDIARIES RECEIVING THIS NOTICE, AS APPLICABLE, ARE
REQUESTED TO EXPEDITE ITS RE-TRANSMITTAL TO CERTIFICATEHOLDERS
IN A TIMELY MANNER.  FAILURE TO ACT PROMPTLY IN COMPLIANCE WITH
THIS PARAGRAPH MAY IMPAIR THE ABILITY OF THE CERTIFICATEHOLDERS
ON WHOSE BEHALF SUCH INTERMEDIARIES ACT TO CONSIDER THE
MATTERS DESCRIBED IN THIS NOTICE IN A TIMELY FASHION.**

Dated:  August 8, 2013

This notice (the "**Notice**") is given to you by the FGIC Trustees under the Pooling and Servicing
Agreements (including Series Supplements and Standard Terms of Pooling and Servicing
Agreements), and Indentures and related Servicing Agreements (collectively, the "**Governing
Agreements**") governing the FGIC Trusts.  Capitalized terms used but not defined herein shall
have the meanings assigned to them in the Governing Agreements or in the FGIC Settlement
Agreement, as defined below.

**THIS NOTICE CONCERNS UPDATED INFORMATION REGARDING THE
ALLOCATION OF THE SETTLEMENT AMOUNT UNDER THE FGIC SETTLEMENT
AGREEMENT AMONG THE FGIC TRUSTS.**

I.    **Background--ResCap Bankruptcy Filing and FGIC Rehabilitation Proceeding.**

On May 14, 2012, Residential Capital, LLC, and certain of its direct and indirect subsidiaries (collectively, "**ResCap**" or the "**Debtors**") filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") (*In re Residential Capital, LLC*, Case No. 12-12020 (MG) and related cases) (collectively, the "**Chapter 11 Cases**").  To obtain information regarding the Chapter 11 Cases, please see Section IV, below.

Pursuant to an order dated June 28, 2012, the Supreme Court of the State of New York (the "**State Court**") appointed Benjamin M. Lawsky, Superintendent of Financial Services of the State of New York, as rehabilitator (the "**Rehabilitator**") of FGIC in the rehabilitation proceeding styled *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index No. 401265/2012 (the "**Rehabilitation Proceeding**").

II.    **New Calculation of Settlement Amounts for the FGIC Trusts under the FGIC Settlement Agreement.**

By notice dated June 4, 2013 (the "**June 4 Notice**"), the FGIC Trustees notified you that on May 23, 2013, ResCap, Financial Guaranty Insurance Corporation ("**FGIC**"), and the FGIC Trustees as trustees or separate trustees under the FGIC Trusts, and certain other parties (collectively, the "**FGIC Settlement Parties**") entered into a settlement agreement (the "**FGIC Settlement Agreement**") pursuant to which the FGIC Settlement Parties settled their claims against each other, including the claims of the FGIC Trusts against FGIC for claims under the insurance policies (the "**Policies**") under which FGIC insured the payment of principal and interest owing on certain of the Certificates.  Copies of the FGIC Settlement Agreement may be obtained at **http://www.rescaprmbssettlement.com, at www.fgicrehabilitation.com** or from Garden City Group ("**GCG**") by contacting GCG in the manner described in Section IV, below.

Pursuant to the FGIC Settlement Agreement, among other things, FGIC agreed to pay to the FGIC Trusts for distribution to Certificateholders holding Certificates insured by the Policies cash in the aggregate amount of $253.3 million in settlement of the FGIC Trusts' claims against FGIC (the "**Settlement Amount**").  The FGIC Settlement Agreement provides that the FGIC Trustees, in consultation with their advisors, will have sole and exclusive authority to determine the allocation of the Settlement Amount to each FGIC Trust and the CUSIPs issued by each such FGIC Trust that are insured by a Policy.

As described in the June 4 Notice, on or before July 3, 2013, the FGIC Trustees notified FGIC in writing of the allocation of the Settlement Amount to each FGIC Trust and the FGIC Trustees made available to any Certificateholders holding Certificates insured by a Policy information as to the allocation of the Settlement Amount to the FGIC Trust(s) that issued such Certificates.

**Be advised that the FGIC Trustees have revised the allocation of the Settlement Amount (the "Revised Allocation") in three ways in order to more accurately and fairly reflect the cash amount that FGIC will pay to each respective FGIC Trust.  The Revised Allocation: (1) updates accrued and unpaid claims for each FGIC Trust under the Policies from**

2

**December 31, 2012 to and through July 29, 2013, replacing seven months of projections
with actual performance of the respective FGIC Trust; (2) estimates unpaid claims for each
FGIC Trust under the Policies on a present value basis, rather than on a nominal basis;
and (3) estimates unpaid claims for each FGIC Trust on a detailed tranche level, rather
than on a trust level. Although the Revised Allocation does not change the aggregate
Settlement Amount, it may result in a material change to the cash amount FGIC will pay to
a particular FGIC Trust.**

**The FGIC Trustees will make available to any Certificateholders holding Certificates
insured by a Policy information as to the cash amount FGIC will pay to the FGIC Trust(s)
that issued such Certificates as calculated under the Revised Allocation, <u>provided</u> that any
such Certificateholder submits a proper request for such information to the FGIC
Trustee(s) for such FGIC Trust(s), and provides appropriate verification of its holdings.**

### III.    <u>This Notice Is a Summary.</u>

This Notice is not intended as, nor does it provide, a detailed restatement of the FGIC Settlement
Agreement, relevant law or relevant legal procedures. The FGIC Trustees do not intend to send
any further notices with respect to the matters addressed herein, and Certificateholders and other
potentially interested persons are urged to review carefully the FGIC Settlement Agreement, any
related notices, and other related pleadings that have been filed, and that subsequently may be
filed, in the Chapter 11 Cases and in the Rehabilitation Proceeding, and to consult with their own
legal and financial advisors.

### IV.    <u>Other Sources of Information.</u>

Information relevant to the FGIC Settlement Agreement, the May 13, 2013 Plan Support
Agreement among the Debtors and the RMBS Trustees (including the FGIC Trustees), among
others, and any notices thereof will be available at **<u>http://www.rescaprmbssettlement.com,</u>**
which will be updated regularly with related material documents filed or orders entered by the
Bankruptcy Court and the State Court. Certificateholders may also access documents filed in the
Rehabilitation Proceeding at **<u>www.fgicrehabilitation.com</u>**. If a Certificateholder has any
questions or would like to request copies of any of the relevant documents, Certificateholders
may call GCG at (866) 241-7538 in the United States, +1 (202) 470-4565 outside the United
States, or send an email to **<u>questions@ rescaprmbssettlement.com</u>**.

Certificateholders may also obtain any documents filed with the Bankruptcy Court in the Chapter
11 Cases by visiting ResCap's claims agent website at **<u>http://www.kccllc.net/rescap,</u>** or by
logging on to PACER at **<u>https://www.uscourts.gov</u>** (a small fee is charged for this service).
Documents filed in the Chapter 11 Cases may also be viewed during normal business hours at
the Clerk's Office of the Bankruptcy Court, located at One Bowling Green, New York, New
York 10004.

The Creditors' Committee appointed in the Chapter 11 Cases has established an official website (the "**Committee Website**"), on which basic information concerning the Chapter 11 Cases has been posted, including, but not limited to, relevant contact information, upcoming dates and deadlines, statements and schedules filed by ResCap and a list of answers to frequently asked questions.  The Committee Website can be reached at **http://dm.epiq11.com/RES/Project**.

Inquiries with respect to any particular FGIC Trust for which The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., U.S. Bank National Association, or Wells Fargo Bank, N.A. serves as FGIC Trustee may be directed to the FGIC Trustee for such FGIC Trust using the "RMBS Trustee Contact Information" for such FGIC Trustee at **http://www.rescaprmbssettlement.com**.  With respect to those FGIC Trusts for which Law Debenture Trust Company of New York serves as separate FGIC Trustee, inquiries may be directed to **nytrustco@lawdeb.com**.  With respect to all other trusts, Certificateholders of those trusts should refer to their respective Governing Agreements for contact information.

## V.   Other Matters.

Certificateholders and other persons interested in the FGIC Trusts should not rely on the FGIC Trustees, or on counsel or other advisors retained by the FGIC Trustees, as their sole source of information.

Please note that the foregoing is not intended and should not be construed as investment, accounting, financial, legal or tax advice by or on behalf of the FGIC Trustees, or their directors, officers, affiliates, agents, attorneys or employees. Each person or entity receiving this Notice should seek the advice of its own advisers in respect of the matters set forth herein.

Please be further advised that each of the FGIC Trustees reserves all of the rights, powers, claims and remedies available to it under the Governing Agreements and applicable law. No delay or forbearance by an FGIC Trustee to exercise any right or remedy accruing upon the occurrence of a default, or otherwise under the terms of the Governing Agreements, other documentation relating thereto or under applicable law, shall impair any such right or remedy or constitute a waiver thereof or acquiescence therein.

Each of the FGIC Trustees expressly reserves its rights under each applicable Governing Agreement, including without limitation, its right to recover in full its fees and costs (including, without limitation, fees and costs incurred or to be incurred by such FGIC Trustee in performing its duties, indemnities owing or to become owing to such FGIC Trustee, compensation for such FGIC Trustee's time spent and reimbursement for fees and costs of counsel and other agents it employs in performing its duties or to pursue remedies) and its right, prior to exercising any rights or powers in connection with any applicable Governing Agreement at the request or direction of any Certificateholder, to receive security or indemnity satisfactory to it against all costs, expenses and liabilities which might be incurred in compliance therewith, and all rights that may be available to it under applicable law or otherwise.

Please be advised that with respect to any particular inquiry from individual Certificateholders, a
FGIC Trustee may conclude that a specific response to such inquiry is not consistent with
requirements under applicable law and regulation of equal and full dissemination of information
to all Certificateholders.

THE BANK OF NEW YORK MELLON, THE BANK OF NEW
YORK MELLON TRUST COMPANY, N.A., U.S. BANK
NATIONAL ASSOCIATION, WELLS FARGO BANK, N.A.,
AND LAW DEBENTURE TRUST COMPANY OF NEW YORK,
severally, as trustees, and/or indenture trustees or separate trustees
of the FGIC Trusts

Schedule A to August 8, 2013 Notice to Certificateholders in FGIC Trusts

| Trusts Insured by Financial Guaranty Insurance Company ("FGIC") | Trustee | Policy ID |
|---|---|---|
| GMACM 2001-HE2 | The Bank of New York Mellon and The Bank of New York Mellon Trust Company N.A. ("BNYM") | 1010293 |
| GMACM 2002-HE4 | Wells Fargo Bank, N.A. ("WFB")/Law Debenture Trust Company of NY ("LDTC") | 2030026 |
| GMACM 2003-HE2 | WFB/LDTC | 3030009 |
| GMACM 2004-HE5 | WFB/LDTC | 4030047 |
| GMACM 2005-HE2 | WFB/LDTC | 5030041 |
| GMACM 2006-HE2 | BNYM | 6030080 |
| GMACM 2006-HE3 | BNYM | 6030099 |
| GMACM 2006-HE5 | BNYM | 6030127 |
| GMACM 2007-HE2 | BNYM | 7030046 |
| GMACM 2001-HE2 | BNYM | 1010294 |
| GMACM 2001-HE3 | BNYM | 1030013 |
| GMACM 2002-HE1 | WFB/LDTC | 2030009 |
| GMACM 2003-HE1 | WFB/LDTC | 3030008 |
| GMACM 2004-HE1 | WFB/LDTC | 4030006 |
| GMACM 2005-HE1 | WFB/LDTC | 5030011 |
| GMACM 2006-HE1 | BNYM | 6030037 |
| GMACM 2004-HLTV1 | BNYM | 4030036 |
| GMACM 2006-HLTV1 | BNYM | 6030034 |
| RFC, RAMP 2004-RS7 | BNYM | 4030020 |
| RFC, RAMP 2004-RS7 | BNYM | 4030021 |
| RFC, RAMP 2005-EFC7 | U.S. Bank National Association ("USB") | 5030159 |
| RFC, RAMP 2005-NC1 | USB | 5030158 |
| RFC, RAMP 2005-RS9 | BNYM | 5030145 |
| RFC, RASC 2001-KS1 | BNYM | 1010248 |
| RFC, RASC 2001-KS1 | BNYM | 1010249 |
| RFC, RASC 2004-KS7 | BNYM | 4030022 |
| RFC, RASC 2004-KS7 | BNYM | 4030023 |
| RFC, RASC 2004-KS9 | BNYM | 4030032 |
| RFC, RASC 2004-KS9 | BNYM | 4030033 |
| RFC, RASC 2005-EMX5 | USB | 5030153 |
| RFC, RASC 2007-EMX1 | USB | 7030010 |

| Trusts Insured by Financial Guaranty Insurance Company ("FGIC") | Trustee | Policy ID |
|---|---|---|
| RFC, RFMSI 2005-S2 | USB | 5030006 |
| RFC, RFMSI 2005-S7 | USB | 5030142 |
| RFC, RFMSII 2002-HS3 | BNYM | 2030023 |
| RFC, RFMSII 2003-HS1 | BNYM | 3030004 |
| RFC, RFMSII 2004-HS1 | BNYM | 4030007 |
| RFC, RFMSII 2005-HS1 | BNYM | 5030097 |
| RFC, RFMSII 2005-HS2 | BNYM | 5030143 |
| RFC, RFMSII 2005-HSA1 | BNYM | 5030160 |
| RFC, RFMSII 2006-HSA1 | BNYM | 6030003 |
| RFC, RFMSII 2006-HSA2 | BNYM | 6030022 |
| RFC, RFMSII 2002-HS3 | BNYM | 2030024 |
| RFC, RFMSII 2003-HS1 | BNYM | 3030005 |
| RFC, RFMSII 2003-HS2 | BNYM | 3030017 |
| RFC, RFMSII 2004-HS1 | BNYM | 4030008 |
| RFC, RFMSII 2004-HS3 | BNYM | 4030035 |
| RFC, RFMSII 2005-HS1 | BNYM | 5030098 |
| RFC, RFMSII 2005-HS2 | BNYM | 5030146 |
| RFC, RFMSII 2005-HSA1 | BNYM | 5030161 |
| RFC, RFMSII 2006-HSA2 | BNYM | 6030026 |
| RFC, RAMP 2004-RZ2 | BNYM | 4030012 |
| RFC, RAMP 2004-RZ2 | BNYM | 4030013 |
| RFC, RFMSII 2004-HI2 | BNYM | 4030015 |
| RFC, RFMSII 2004-HI3 | BNYM | 4030034 |
| RFC, RFMSII 2005-HI1 | BNYM | 5030001 |
| RFC, RFMSII 2006-HI2 | BNYM | 6030063 |
| RFC, RFMSII 2006-HI3 | BNYM | 6030087 |
| RFC, RFMSII 2006-HI4 | BNYM | 6030113 |
| RFC, RFMSII 2006-HI5 | USB | 6030135 |
| RFC, RFMSII 2007-HI1 | USB | 7030014 |

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

**GMACM 2001-HE2**
100001885
100001886
100001887
100001888
361856BE6
361856BG1
361856BH9
361856BJ5

**GMACM 2006-HE2**
38011AAB0
38011AAC8
38011AAD6

**GMACM 2006-HE3**
38012TAA0
38012TAB8
38012TAC6
38012TAD4
38012TAE2
N/A142614

**GMACM 2006-HE5**
38012EAA3
38012EAB1
38012EAC9

**GMACM 2007-HE2**
36186LAA1
36186LAB9
36186LAC7
36186LAD5
36186LAE3
36186LAF0
36186LAG8
N/C160336
N/C160337

**GMACM 2001-HE2**
100001885

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

100001886
100001887
100001888
361856BE6
361856BG1
361856BH9
361856BJ5
**GMACM 2001-HE3**
100002132
361856BR7
361856BS5
NA252703
NA252704
**GMACM 2006-HE1**
361856ER4
N/C133479
**GMACM 2004-HLTV1**
36185HDT7
36185HDU4
36185HDV2
**GMACM 2006-HLTV1**
36185HEF6
36185HEG4
36185HEH2
36185HEJ8
36185HEK5
N/C133485
**RFC, RAMP 2004-RS7**
7609857C9
7609857D7
7.61E+11
7609857F2
7609857G0
7609857J4
7609857K1
7609857L9

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## <u>Schedule A</u>

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

7609857M7
N/C100700
N/C100701
N/C100702
N/C100703

**RFC, RAMP 2005-RS9**

76112BL73
76112BL81
76112BL99
76112BM23
N/A128298
N/A128299

**RFC, RASC 2001-KS1**

100001862
100001863
100001864
76110WLB0
76110WLC8
76110WLD6
76110WLE4
76110WLF1

**RFC, RASC 2004-KS7**

76110WA89
76110WA97
76110WB21
76110WB54
76110WB62
76110WB70
76110WB88
N/A100758
N/A100759
N/A700760

**RFC, RASC 2004-KS9**

76110WE51
76110WE69
76110WE77

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

76110WF27
76110WF34
76110WF35
76110WF50
N/C104586
N/C104588
N/C104590

**RFC, RFMSII 2002-HS3**

76110VKS6
76110VKT4
76110VKU1
N/A58682
N/A58683
N/A58684
N/A58685
N/A58686
N/A58687

**RFC, RFMSII 2003-HS1**

76110VLW6
76110VLX4
76110VLY2
76110VLZ9
N/A67462
N/A67463
N/A67464
N/A67465
N/A67466
N/A67467

**RFC, RFMSII 2004-HS1**

76110VQA9
76110VQB7
76110VQC5
76110VQD3
76110VQE1
N/A94406
N/A94407

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

N/A94525
N/A95474
N/A95475
N/A95476

**RFC, RFMSII 2005-HS1**

76110VRV2
76110VRW0
76110VRX8
76110VRY6
76110VRZ3
N/C124973
N/C124974
N/C124975
N/C124976
N/C126644

**RFC, RFMSII 2005-HS2**

76110VSR0
76110VSS8
76110VST6
76110VSU3
76110VSV1
NA128287
NA128288
NA128289
NA128290
NA128291

**RFC, RFMSII 2005-HSA1**

76110VSX7
76110VSY5
76110VSZ2
76110VTA6
76110VTB4
N/A129188
N/A129189
N/A129191
N/A129192

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

N/A129193

**RFC, RFMSII 2006-HSA1**

76110VTE8

76110VTF5

76110VTG3

76110VTH1

76110VTJ7

76110VTK4

**RFC, RFMSII 2006-HSA2**

76110VTN8

76110VTP3

76110VTQ1

76110VTR9

76110VTS7

N/A131590

N/A131591

N/A131592

N/A140008

NA131593

**RFC, RFMSII 2002-HS3**

76110VKS6

76110VKT4

76110VKU1

N/A58682

N/A58683

N/A58684

N/A58685

N/A58686

N/A58687

**RFC, RFMSII 2003-HS1**

76110VLW6

76110VLX4

76110VLY2

76110VLZ9

N/A67462

N/A67463

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

N/A67464
N/A67465
N/A67466
N/A67467

**RFC, RFMSII 2003-HS2**

76110VMS4
76110VMT2
76110VMU9
76110VMV7
76110VMX3
76110VMY1
76110VMN5
76110VMP0
76110VMQ8
76110VMR6
76110VMW5
N/A72062
N/A72063
N/A72064
N/A72065
N/A72066
N/A72067
N/A72068

**RFC, RFMSII 2004-HS1**

76110VQA9
76110VQB7
76110VQC5
76110VQD3
76110VQE1
N/A94406
N/A94407
N/A94525
N/A95474
N/A95475
N/A95476

**RFC, RFMSII 2004-HS3**

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

76110VQY7

N/C104665

**RFC, RFMSII 2005-HS1**

76110VRV2

76110VRW0

76110VRX8

76110VRY6

76110VRZ3

N/C124973

N/C124974

N/C124975

N/C124976

N/C126644

**RFC, RFMSII 2005-HS2**

76110VSR0

76110VSS8

76110VST6

76110VSU3

76110VSV1

NA128287

NA128288

NA128289

NA128290

NA128291

**RFC, RFMSII 2005-HSA1**

76110VSX7

76110VSY5

76110VSZ2

76110VTA6

76110VTB4

N/A129188

N/A129189

N/A129191

N/A129192

N/A129193

**RFC, RFMSII 2006-HSA2**

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

76110VTN8
76110VTP3
76110VTQ1
76110VTR9
76110VTS7
N/A131590
N/A131591
N/A131592
N/A140008
NA131593

**RFC, RAMP 2004-RZ2**
7609854S7
7609854T5
7609854U2
7609854V0
7609854W8
7609856S5
7609856T3
N/C98823
N/C98824
N/C98825
N/C98918
N/C98919

**RFC, RFMSII 2004-HI2**
76110VQS0
N/A98925

**RFC, RFMSII 2004-HI3**
76110VQX9
N/C104808

**RFC, RFMSII 2005-HI1**
76110VRD2
N/C110224

**RFC, RFMSII 2006-HI2**
437185AB7
437185AC5
437185AD3

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No
representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes
related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

N/A136942
**RFC, RFMSII 2006-HI3**
43718NAB8
43718NAC6
43718NAD4
N/A140364
**RFC, RFMSII 2006-HI4**
43718MAB0
43718MAC8
43718MAD6
N/C143537

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No
representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes
related to the Trusts or as contained in this notice.

# SCHEDULE A

## U.S. Bank National Association

## The Insured Securities

| Deal Name | FGIC Insured Classes | CUSIP[2] |
|---|---|---|
| RAMP 2005-EFC7 | A-I-3, A-I-4,A-II | 76112BR69,76112BR77,76112BR85. |
| RAMP 2005-NC1 | A-I-3, A-I-4,A-II | 76112BQ94,76112BR28,76112BR36. |
| RASC 2005-EMX5 | A-2,A-3. | 76110W7Q3,76110W7R1. |
| RASC 2007-EMX1 | A-I-2,A-I-3,A-I-4,A-II | 74924XAB1,74924XAC9,74924XAD7,74924XAE5 |
| RFMSI 2005-S2 | A-1 | 76111XTQ6 |
| RFMSII 2006-HI5 | A-3,A-4 | 43718VAC8,43718VAD6 |
| RFMSII 2007-HI1 | A-2,A-3,A-4 | 43718WAB8,43718WAC6,43718WAD4 |
| RFMSI 2005-S7 | A-2 | 76111XZS5 |
| | | |
| | | |

---

[2] The CUSIP numbers appearing herein have been included solely for the convenience of the Securityholders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

A-1

## CUSIP List

**GMAC 2002-HE1**
361856BT3
361856BU0
GMACMH02HE1O

**GMAC 2002-HE4**
361856CF2
GMACMH02H4R1
GMACMH02H4R2
GMACMH02H4R3
GMACMH02H4SB

**GMAC 2003-HE1**
361856CK1
GMACMH03HE1C

**GMAC 2003-HE2**
361856CP0
361856CQ8
GMACMH03H2R1
GMACMH03H2R2
GMACMH03H2R3
GMACMH03H2SB

**GMAC 2004-HE1**
7609852S91
7609852S91
361856CV7
GMACMH04HE1C

**GMAC 2004-HE5**
361856DX2
361856DY0
361856R1
361856R2
361856R3
361856SB

**GMAC 2005-HE1**
361856EB9
361856EC7
GMACHO05HE1C
361856ED5
361856EE3
361856EF0

**GMAC 2005-HE2**
36185MAD4

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the
correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

36185MAE2
36185MAF9
GMACMH05E2R1
GMACMH05E2R2
GMACMH015E2R3
GMACMH05E2SB

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.