**Exhibit PX-1554**

[Declaration in Support of the FGIC Settlement]

**ALSTON & BIRD LLP**
John C. Weitnauer (*pro hac vice*)
Michael E. Johnson
90 Park Avenue
New York, New York 10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee*
*of Certain Residential Mortgage Backed*
*Securities Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) **Case No. 12-12020 (MG)** |
| **RESIDENTIAL CAPITAL, LLC, *et al.*,** | ) |
| | ) **Chapter 11** |
| Debtors. | ) |
| | ) **Jointly Administered** |

**DECLARATION OF MARY L. SOHLBERG,**
**AS OFFICER OF WELLS FARGO BANK, N.A., RMBS TRUSTEE**

I, Mary L. Sohlberg, hereby declare, pursuant to 28 U.S.C. § 1746, that the following is

true and correct to the best of my knowledge, information, and belief:

1.      I am employed by Wells Fargo Bank, N.A. ("**Wells Fargo**"), and my current title

is Vice President. I have personal knowledge of the facts set forth herein, except as to certain

matters that I believe to be true based on (i) information provided by Duff & Phelps, LLC ("**Duff**

**& Phelps**"), (ii) information about positions of parties in these Chapter 11 cases contained in

pleadings that I reviewed, or reported to me by counsel, or learned during my participation in the

Plan Mediation (defined below); and (iii) my review of business records of Wells Fargo. This

Declaration is submitted in support of the *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019*

*for Approval of the Settlement Agreement among the Debtors, FGIC, the FGIC Trustees, and*

*Certain Individual Investors* [ECF No. 3929] (the "**FGIC Motion**").[1]  The **FGIC Trustees**[2] filed

a Joinder to the FGIC Motion [ECF No. 3982].  The FGIC Motion seeks the entry of an order

approving the **FGIC Settlement Agreement**[3] attached as Exhibit 2 to the FGIC Motion [ECF

No. 3929-2].  The FGIC Settlement Agreement, dated May 23, 2013, is among the Debtors,

FGIC, the FGIC Trustees and the Institutional Investors[4].

### A.    *Introduction and Overview*

### Wells Fargo's Role as Trustee of Certain FGIC Trusts

2.    The FGIC Trustees serve as trustees or indenture trustees of the **FGIC Trusts**, all

of which were established before 2008.  The FGIC Trusts issued residential mortgage backed

securities ("**RMBS**") or similar securities.  FGIC, a monoline financial guaranty insurance

company, issued irrevocable insurance policies (the "**FGIC Policies**") for certain classes of the

securities (the "**Securities**") issued by the FGIC Trusts, thereby guaranteeing the payment of

principal and interest due on the Securities.  At the same time, FGIC entered into an Insurance

and Indemnity Agreement with one or more of the Debtors in connection with each of the FGIC

Trusts (the "**Insurance Agreements**").  Pursuant to the Insurance Agreements, the Debtor party

---

[1]    I have previously submitted a declaration, dated June 10, 2013 (the "**Sohlberg PSA Declaration**") in support of the (a) Joinder of Certain RMBS Trustees to Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into and Perform Under a Plan Support Agreement with Ally Financial Inc., the Creditors Committee and Certain Consenting Claimants (the "**PSA Joinder**")[ECF No. 3940] and (b) Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into and Perform Under a Plan Support Agreement with Ally Financial Inc., the Creditors Committee and Certain Consenting Claimants (the "**PSA Motion**")[ECF No. 3814].

[2]    The FGIC Trustees are The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A. (together, "**BNY Mellon**"), U.S. Bank National Association ("**U.S. Bank**") and Wells Fargo, each solely in their respective capacities as trustees or indenture trustees for certain FGIC Trusts.

[3]    Capitalized terms used in this declaration but not defined herein have the meanings ascribed to them in the FGIC Motion.  For the convenience of the reader, in some cases, definitions found in the FGIC Motion are repeated here.

[4]    The **Institutional Investors** consist of the Steering Committee Group, which was a group of institutional investors in Original Settling Trusts, including FGIC Trusts, represented by Gibbs & Bruns and the Talcott Franklin Group, another group of institutional investors in Original Settling Trusts, including FGIC Trusts, represented by Talcott Franklin P.C.

agreed, among other things, to reimburse FGIC for certain payments FGIC made under the

Policies that resulted from the applicable Debtor's failure to repurchase or substitute mortgage

loans that breached one or more representations or warranties contained in the applicable

Governing Agreements.

   3.  Wells Fargo serves as indenture trustee in respect of eight of the forty-seven

FGIC Trusts that are the subject of the FGIC Settlement Agreement (collectively, the "**Wells**

**Fargo FGIC Trusts**").

    **The FGIC Rehabilitation Proceeding**

   4.  In or about June 2012, the Superintendent of Financial Services of the State of

New York filed a rehabilitation petition on behalf of FGIC in the Supreme Court of the State of

New York, County of New York (the "**Rehabilitation Court**"), and was subsequently appointed

by the Rehabilitation Court as rehabilitator (the "**Rehabilitator**") in that proceeding (the "**FGIC**

**Rehabilitation Proceeding**").  As a result of an injunction entered by the Rehabilitation Court,

the FGIC Trusts were obligated to continue to pay premiums under the FGIC Policies, but FGIC

was relieved of its obligations to pay claims made under those same policies.

   5.  On September 27, 2012, the Rehabilitator filed a proposed Plan of Rehabilitation

for FGIC, which was approved (as amended) by the Rehabilitation Court on June 11, 2013 (the

"**Rehabilitation Plan**").  The Rehabilitation Plan does not provide for full payment of the claims

of policyholders; rather, it contemplates partial distributions to all of FGIC's policyholders,

including the FGIC Trusts, on account of present and future claims, over a period of up to forty

years.

    **The FGIC Settlement Agreement**

   6.  During the mediation in these Chapter 11 Cases, the FGIC Trustees were asked to

consider a settlement proposal (the "**Settlement Proposal**").  The Settlement Proposal included, among other things, a lump sum payment by FGIC to the FGIC Trusts (the "**Commutation Payment**") in satisfaction of any obligations of FGIC to make payments in the future to the FGIC Trusts under the Rehabilitation Plan (the "**Projected Payments**").  Ultimately, the terms of the Settlement Proposal, including the Commutation Payment, became the basis of the FGIC Settlement Agreement.  In the final FGIC Settlement Agreement, the Commutation Payment was fixed at $253.3 million.

7.    The FGIC Trustees requested that their financial advisor in these Chapter 11 Cases, Duff & Phelps, LLC, review the financial terms of the Settlement Proposal and analyze and compare the value of the Projected Payments to the FGIC Trusts under the Rehabilitation Plan with the Commutation Payment and other value to the FGIC Trusts under the FGIC Settlement Agreement.  Duff & Phelps did so, and as described in further detail below, in reliance upon their analysis and recommendation, Wells Fargo determined in good faith that entering into the FGIC Settlement Agreement was in the best interests of the Wells Fargo FGIC Trusts.

8.    While the FGIC Trustees considered the merits of the FGIC Settlement Agreement on a stand-alone basis, it is also an integral part of a Plan Support Agreement[5] that paves the way for confirmation of a Chapter 11 bankruptcy plan that will produce additional

---

[5]    "**Plan Support Agreement**" means, collectively, the Plan Support Agreement and Plan Term Sheet, each dated May 13, 2013, and the Supplemental Plan Term Sheet, dated May 2013.  On June 26, 2013, the Court entered an order granting Debtors' request to enter into the Plan Support Agreement.  *See Order Granting Debtors' Motion for an Order Under Bankruptcy Code Sections 105(a) and 363(b) Authorizing the Debtors to Enter Into a Plan Support Agreement with Ally Financial Inc., The Creditors' Committee, and Certain Consenting Claimants* [ECF No. 4098].

value for Investors in the FGIC Trusts.[6]  The additional benefits to the FGIC Trusts associated

with the proposed bankruptcy plan are discussed below.  The FGIC Trustees considered this

value as well in weighing whether to accept the FGIC Settlement Agreement.

**B.**	***The FGIC Trustees Acted Reasonably and in Good Faith
	in Agreeing to the FGIC Settlement Agreement***

9.	The process by which the FGIC Trustees determined to enter into the FGIC

Settlement Agreement demonstrates that they acted reasonably and in good faith.

### Wells Fargo's Retention of Qualified Professionals and Experts

10.	Wells Fargo retained and has been advised throughout these Chapter 11 Cases,

including in connection with its consideration of the FGIC Settlement Agreement, by Alston &

Bird LLP, an experienced and knowledgeable law firm.

11.	At the outset of these Chapter 11 Cases, Wells Fargo and three other RMBS

Trustees (Deutsche Bank,[7] U.S. Bank and BNY Mellon), after a rigorous selection process,

retained Duff & Phelps to advise them.  Duff & Phelps was selected over four other qualified

candidates based on (a) the firm's experience in handling similar types of engagements involving

the evaluation of mortgage loan servicing agreements and loan origination agreements,

bankruptcy litigation, restructuring, asset valuation, complex securitizations and RMBS loan

repurchase actions and (b) the depth of resources available to the firm, including advisory

services about bankruptcy issues generally.

12.	Duff & Phelps was uniquely situated to provide the FGIC Trustees with advice

concerning the economic terms of the Settlement Proposal and the Projected Payments under the

---

[6]	On July 3, 2013, a plan based on the Plan Support Agreement was filed (the "**ResCap Plan**") [ECF No. 4153].

[7]	"Deutsche Bank" means Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas, each solely in its capacity as trustee, indenture trustee, securities administrator, co-administrator, paying agent, grantor trustee, custodian and/or similar agency capacities in respect of certain of the Settling Trusts.

Rehabilitation Plan.  Not only is Duff & Phelps a well-respected financial advisor with expertise

in financial modeling and cash flow projections, but it has substantial experience in these

Chapter 11 Cases through its work on behalf of the RMBS Trustees.  Their work has included:

- Conducting a sampling review of more than 6,500 mortgage loan files provided by the Debtors in an effort to identify breaches of representations and warranties, and using statistical methodologies to estimate the incidence of those breaches across the population of mortgage loans in the Original Settling Trusts.  Duff & Phelps also used historical information and financial analysis to calculate the total present and projected future losses experienced by the Original Settling Trusts, including certain of the FGIC Trusts.

- Identifying RMBS trusts in addition to the Original Settling Trusts with RMBS Trust Claims (the "**Additional Settling Trusts**," together with the Original Settling Trusts, the "**Settling Trusts**"), and quantifying those claims so the Additional Settling Trusts could receive treatment that is consistent with the treatment being accorded to the like claims of the Original Settling Trusts.

- Analyzing potential liabilities arising from Debtors' multiple roles as Servicer in the securitization process in order to assist the RMBS Trustees in quantifying potential Servicing Claims so that the Settling Trusts could receive an allowed claim on account of those claims.

13.      It should be noted that the Governing Agreements for the Wells Fargo FGIC

Trusts explicitly permitted Wells Fargo to rely on agents such as Duff & Phelps in considering

whether or not to enter into the FGIC Settlement Agreement.  For example, one representative

trust indenture provides that Wells Fargo, as Trustee, "may execute any of the trusts or powers

[under the applicable Governing Agreements] or perform any duties [under the applicable

Governing Agreements] either directly or by or through agents . . . and [Wells Fargo, as Trustee,]

shall not be responsible for any misconduct or negligence on the part of, or for the supervisions

of, any such agent . . . appointed with due care by [Wells Fargo, as Trustee, under the applicable

Governing Agreements]."[8]

---

[8]      Section 6.02 of Indenture by and among GMACM Home Equity Loan Trust 2005-HE1, as Issuer, and Wells Fargo Bank, N.A., as Indenture Trustee, dated as of March 29, 2005, attached hereto as **Exhibit A**.  The

**The Plan Mediation**

14.    The FGIC Settlement Agreement was agreed to as part of an extensive mediation

with numerous interested parties in these Chapter 11 Cases in an effort to reach a consensual

Chapter 11 plan (the "**Plan Mediation**").  The Plan Mediation occurred over the course of some

five months beginning in December 2012 and was overseen by sitting Bankruptcy Judge, the

Honorable James M. Peck.

15.    The communications and analyses relating to negotiations conducted during the

Plan Mediation are confidential by law and pursuant to court order,[9] and therefore cannot be

disclosed in detail.  In general, however, the integrated, global settlement associated with the

Plan Support Agreement (including the FGIC Settlement Agreement) is now part of the ResCap

Plan, and must be understood as the product of arm's-length negotiations conducted among

sophisticated parties with differing and conflicting interests, under the close supervision and

guidance of a sitting bankruptcy judge.  My view of the Settlement Proposal was shaped, in part,

by Judge Peck's involvement in the process of negotiating the FGIC Settlement Agreement.

**Participation of the Institutional Investors and the other FGIC Trustees**

16.    In evaluating the Settlement Proposal, the FGIC Trustees, including Wells Fargo,

considered that the Institutional Investors (which included investors in the FGIC Trusts) actively

participated in the Plan Mediation and supported the Settlement Proposal, ultimately becoming

signatories to the FGIC Settlement Agreement.  Because of the confidentiality provisions of the

Mediation Order, the FGIC Trustees were unable to raise the Settlement Proposal with investors

in the FGIC Trusts who were not participants in the Plan Mediation.

---

Indenture attached hereto as Exhibit A is representative of other indentures under which Wells Fargo acts as
indenture trustee in connection with FGIC Trusts.

[9]    *See December 26, 2012 Order Appointing Mediator* [ECF No.2519] (the "**Mediation Order**").

17.     Wells Fargo and its counsel had the benefit of the views of the other two FGIC Trustees and their counsel in considering the Settlement Proposal.  Like Wells Fargo, BNY Mellon and U.S. Bank are two of the largest and most sophisticated financial institutions in the country and were represented by experienced counsel in this matter.  The three FGIC Trustees, although similarly situated and assisted by the same financial advisor, independently considered the Settlement Proposal.  Wells Fargo took into consideration in forming its views of the Settlement Proposal that BNY Mellon and U.S. Bank and their counsel were coming to similar conclusions regarding the benefits of the FGIC Settlement Agreement as compared to the Projected Payments to the FGIC Trusts under the Rehabilitation Plan.

**Notice to the Investors in the FGIC Trusts of the FGIC Settlement Agreement**

18.     One of the reasons that the FGIC Settlement Agreement is now before this Court is that none of the FGIC Trustees would agree to the Settlement Proposal unless investors in the FGIC Trusts were provided a full and fair opportunity to voice any objections they may have to such a settlement – including that the FGIC Settlement Agreement is not in the best interest of investors - and be heard with respect to any such objections.  The FGIC Trustees insisted that the FGIC Settlement Agreement require prompt notice be given with respect to the FGIC Settlement Agreement[10] and require approval of the FGIC Settlement Agreement by the Bankruptcy Court.[11]

---

[10]     Section 4.02 of the FGIC Settlement Agreement provides:

Within seven (7) Business Days following execution by all Parties of this Agreement, the Debtors shall file the 9019 Motion with the Bankruptcy Court and otherwise use commercially reasonable efforts to promptly obtain the Bankruptcy Court Order.  Upon obtaining knowledge of the issuance of the Bankruptcy Court Order, the Debtors shall promptly notify the other Parties.

[11]     Section 6.01 of the FGIC Settlement Agreement provides that a condition precedent to the effectiveness of the FGIC Settlement Agreement is the signing of orders approving the FGIC Settlement Agreement by both the Bankruptcy Court and the Rehabilitation Court and that such orders shall become final.  The FGIC Settlement

19.    From Wells Fargo's perspective, it was essential for the FGIC Settlement

Agreement to provide investors with notice and opportunity to object to the FGIC Settlement

Agreement.  Absent such provisions, Wells Fargo would not have agreed to the FGIC Settlement

Agreement, and would not have determined that entering into the FGIC Settlement Agreement

was in the best interests of the FGIC Trusts and their investors.  At the end of this Declaration, I

describe in detail the notices the FGIC Trustees provided in respect of the FGIC Settlement

Agreement.

**C.    *The FGIC Settlement Agreement is in the Best Interests
of the FGIC Trusts and the Investors in Those Trusts***

**<u>Consideration of the FGIC Settlement Agreement and the Duff Report</u>**

20.    As mentioned above, in the context of the Plan Mediation, the FGIC Trustees

were asked to consider a Settlement Proposal with FGIC that included, among other things,

FGIC making the Commutation Payment in lieu of the Projected Payments contemplated under

the Rehabilitation Plan.

21.    The FGIC Trustees requested that Duff & Phelps analyze the economic terms of

the Commutation Payment against the Projected Payments to the FGIC Trusts under the

Rehabilitation Plant and provide a recommendation to the FGIC Trustees.  Duff & Phelps was

not asked to analyze how the amount of the Commutation Payment was determined, but rather

how the Commutation Payment and the broader Settlement Proposal compared to the Projected

---

Agreement must also be approved by the Rehabilitation Court after notice.  Section 4.01 of the FGIC Settlement
Agreement provides:

> Within three (3) Business Days following execution by all Parties of this Agreement, the
> Rehabilitator, on behalf of FGIC, shall file the Affirmation with the Rehabilitation Court and
> otherwise use commercially reasonable efforts to obtain the Rehabilitation Court Order. The
> Rehabilitator shall endeavor to schedule the hearing on the Rehabilitation Court Order for a date
> that is no less than thirty-seven (37) days after the filing of the Affirmation. Upon obtaining
> knowledge of the issuance of the Rehabilitation Court Order, the Rehabilitator, on behalf of FGIC,
> shall promptly notify the other Parties.

Payments under the Rehabilitation Plan.

22.     In conducting its analysis, I understand that Duff & Phelps reviewed and analyzed publicly available information and also signed a confidentiality agreement with FGIC pursuant to which I understood they had the opportunity to speak to FGIC's Chief Restructuring Officer and Lazard Freres & Co. LLC ("**Lazard**"), the financial advisors to Weil, Gotshal & Manges, LLP, counsel to the FGIC Rehabilitator, and to receive additional information concerning the Rehabilitation Plan.

23.     On or about May 10, 2013, I received from my counsel draft discussion materials prepared by Duff & Phelps setting forth its analysis of the Settlement Proposal, a copy of which is attached hereto as **Exhibit B**.

24.     Subsequently, on or about May 13, 2013, Duff & Phelps made a presentation to the FGIC Trustees and their counsel concerning the Settlement Proposal.  The presentation took place in New York and lasted over an hour.  I participated in the presentation telephonically and via a "webex."  Accordingly, I was able to view the discussion materials Duff had prepared while participating via a conference call.  Although I was not physically present at the presentation, Wells Fargo's attorneys attended.

25.     At the time of the presentation, I was able to follow and understand Duff & Phelps' analysis at a high level.  I listened carefully to the Duff presentation, as reflected in the notes I took during the meeting, a copy of which is attached hereto as **Exhibit C**.  Although I cannot now recall many of the specific statements that were made, I recall coming away from the meeting with confidence that Duff & Phelps had engaged in a thoughtful and thorough analysis, which supported their conclusions and recommendation to the FGIC Trustees.

26.     On or about May 15, 2013, I received a final version of the Duff & Phelps

discussion materials concerning the Settlement Proposal, a copy of which is attached hereto as

**Exhibit D** (the "**Duff Report**").  The Duff Report was substantially similar to the draft

discussion materials I received on May 10 and the discussion materials used during the May 13

presentation.

27.    In the final Duff Report, Duff & Phelps reduced to writing (at page 3) their

conclusion that the $253.3 million Commutation Payment is within the reasonable range of the

estimated Projected Payments to the FGIC Trusts under the Rehabilitation Plan, which

conclusion had been presented orally during the May 13 presentation.  It also identifies the value

associated with not having to pay premiums on the FGIC Policies going forward, as well as the

fact that the FGIC Settlement Agreement, as part of the global settlement embodied in the Plan

Support Agreement, would resolve various outstanding litigation issues in the Chapter 11 Cases,

which includes the various potential litigations and inter-creditor disputes in the Chapter 11

Cases.  Duff and Phelps' observations and conclusion were an important consideration in my

determination that accepting the FGIC Settlement Agreement was in the best interests of the

FGIC Trusts and their investors.

### The Merits of the FGIC Settlement Agreement on a Stand-Alone Basis

28.    It was significant to me that the $253.3 million Commutation Payment was a

fixed amount, while the estimated $150 million initial Projected Payment to the FGIC Trusts was

estimated and subject to change at the discretion of the Rehabilitator following the effective date

of the Rehabilitation Plan.  In addition, while I understood there was the potential for future

Projected Payments in excess of the Commutation Payment, there was no certainty of the amount

of any future Projected Payments, or the timing of such payments.  In fact, I understand there is a

risk that future Projected Payments may fall short of the amount of the Commutation Payment.

My concern over the uncertainty of payments from FGIC was informed by the fact that, although
the FGIC Trusts continue to pay premiums under the FGIC Policies, they have received no
payment on any claims under the policies since late 2009.  The Settlement Proposal eliminated
the risk and uncertainty associated with the Projected Payments in exchange for a certain
recovery.

29.     I also found significant that the Commutation Payment, by itself, was within the
reasonable range of the estimated total Projected Payments to be received by the FGIC Trusts
under the Rehabilitation Plan ($190 million to $340 million).  The Duff Report, however, also
makes clear that there was value to the FGIC Trusts in the Settlement Proposal in addition to the
Commutation Payment.  Specifically, as a result of the termination of the FGIC Policies under
the FGIC Settlement Agreement, the FGIC Trusts would be relieved from the payment of future
premiums, estimated to be some $18 million in present value.  I also understood under the
Settlement Proposal that FGIC would forego its right to receive certain reimbursement amounts
from the FGIC Trusts pursuant to the waterfall provisions under the relevant Governing
Documents, which would provide additional, although at the time unquantified, future value to
the FGIC Trusts.

30.     Given Duff & Phelps' expertise and extensive experience in the Chapter 11
Cases, their access to FGIC and Lazard in analyzing the Settlement Proposal, and the strength of
their May 13 presentation and the Duff Report, I had no reason to question the accuracy of Duff
& Phelps' analysis, and nothing that has transpired since that time has changed my view in that
regard.

**The Additional Value to the FGIC Trusts Under the ResCap Plan**

31.     In addition to the stand-alone benefits, the FGIC Settlement Agreement is an

integral component of the Plan Support Agreement (and now proposed ResCap Plan) which

resolves the claims of substantially all of the major constituents in these Chapter 11 Cases and

confers many benefits upon the Debtors' creditors, including the FGIC Trusts.  If the ResCap

Plan is confirmed, these benefits include, among other things, that the FGIC Trusts will receive a

significant distribution from the Debtors' bankruptcy estate, contemplated to be in excess of $90

million, on account of representation and warranty claims against the Debtors.  In the absence of

the Plan Support Agreement and ResCap Plan (if approved), there is no assurance that these

trusts would have received anything in respect of their claims against the Debtors.

32.    It is an express condition of the Plan Support Agreement that both the Bankruptcy

Court and the Rehabilitation Court approve the FGIC Settlement Agreement.  Without the FGIC

Settlement Agreement, the global settlement embodied in the Plan Support Agreement, including

the favorable claim treatment of the FGIC Trusts, would collapse.  The FGIC Trusts would not

receive the contemplated $90+ million distribution from the Debtors' bankruptcy estate if the

FGIC Settlement Agreement was rejected in favor of proceeding under the Rehabilitation Plan.

33.    In the absence of the FGIC Settlement Agreement and the global settlement

embodied in the Plan Support Agreement, the value of any future recovery, if any, by the FGIC

Trusts in the Chapter 11 Cases is highly uncertain.

- First, the proposed ResCap Plan secures the contribution by AFI to the Debtors' estates of $2.1 billion in value, which is the substantial portion of the assets that will be distributed to the creditors of the Debtors' estates (including the FGIC Trusts).

- Second, at the time of the Plan Mediation, the Chapter 11 Cases were facing several potentially lengthy and expensive litigations that could have significantly diminished the recoveries of the Settling Trusts, including the FGIC Trusts.

    - The proposed ResCap Plan fixes claims that the FGIC Trustees expect would otherwise be contested in time-consuming and uncertain proceedings.  In the absence of the global settlement associated with the Plan Support Agreement,

the RMBS 9019 Motion would likely require a lengthy and expensive hearing, the outcome of which is uncertain. If the Court declined to grant the RMBS 9019 Motion, the allowance of Repurchase Claims of the Original Settling Trusts (including thirty-seven FGIC Trusts) would be left to the expensive and uncertain process of claims litigation. Allowance of the RMBS Trust Claims, as contemplated by the proposed ResCap Plan, offers the benefits of allowance consistent with the RMBS 9019 Motion without the risks attendant to that contested matter.

- The proposed ResCap Plan allows the Repurchase Claims of the Additional Settling Trusts, including ten FGIC Trusts, without the expense, delay and uncertainty associated with analyzing, asserting and litigating those claims, which otherwise would occur absent a global settlement.

- The proposed ResCap Plan allows the Servicing Claims of the Settling Trusts, including certain FGIC Trusts. The presentation of those claims otherwise would have required further discovery and analysis, likely leading to litigation over both the quantification of the claims and their relative priority.

- Third, many of the contentious and complicated inter-creditor issues in these cases are resolved by the proposed ResCap Plan, including disputes over the priority of claims asserted by FGIC and the other Monolines and by certain other securities claimants. In particular, both the amount of the claims of FGIC and the relationship between those claims and the claims of the FGIC Trusts are the subject of disputes, and the resolution of all those disputes through litigation presents both a general risk of delay and expense to all stakeholders as well as a specific risk to the FGIC Trusts of dilution.

- Fourth, the ever-mounting costs of administration of these Chapter 11 Cases threaten to erode any distribution to unsecured creditors (including the FGIC Trusts). The proposed ResCap Plan effectively abates the continued accrual of such costs, thus increasing the amount of ultimate recoveries to all creditors, including the FGIC Trusts.

**Continued Assessment of the Reasonableness of the FGIC Settlement Agreement**

34.    Certain Objectors[12] have objected to the FGIC Settlement Agreement. In light of those objections, the FGIC Trustees have continued to assess the reasonableness of the FGIC Settlement Agreement. The Objectors have asserted that the FGIC Settlement Agreement is not

---

[12]    CQS ABS Master Fund Limited, CQS ABS Alpha Master Fund Limited, Bayview Fund Management LLC, Monarch Alternative Capital LP, Stonehill Capital Management LLC and Federal Home Loan Mortgage Corporation in conservatorship.

in their best interest or in the best interests of the FGIC Trusts because, in their view, the FGIC

Trusts would receive greater recoveries under the Rehabilitation Plan.

35.    The FGIC Trustees requested that Duff & Phelps evaluate and consider the bases

for these objections.  Duff & Phelps has done so, and its conclusions were presented to the FGIC

Trustees in the Expert Report of Allen M. Pfeiffer, dated July 19, 2013 (the "**Pfeiffer Expert**

**Report**").  The FGIC Trustees also consulted S.P. Kothari, Ph.D., currently the Gordon Y.

Billard Professor in Management at the Sloan School of Management at the Massachusetts

Institute of Technology ("**MIT**") as well as Deputy Dean of MIT's Sloan School of

Management, in connection with their assessment and evaluation of the objections raised by

Objectors to the FGIC Settlement Agreement.  The FGIC Trustees asked Dr. Kothari for his

expert opinion with respect to certain of the issues raised by the Objectors and to evaluate Duff

& Phelps' conclusion that the amount of the Commutation Payment is within the range of

present values of the expected payouts to the FGIC Trusts under the Rehabilitation Plan.  Dr.

Kothari presented the FGIC Trustees with his conclusions in the Expert Report of S.P. Kothari,

Ph.D., dated July 19, 2013 (the "**Kothari Expert Report**").

36.    I have reviewed and considered both the Pfeiffer Expert Report and the Kothari

Expert Report, and they confirm the conclusions set forth in the Duff Report that: (i) the

Commutation Payment, is within the range of reasonableness of the estimated Projected

Payments to the FGIC Trusts under the Rehabilitation Plan; (ii) as a result of the termination of

the FGIC Policies under the FGIC Settlement Agreement, the FGIC Trusts would be relieved

from the payment of future premiums, estimated to be some $18 million; and (iii) under the

FGIC Settlement Agreement, FGIC would forego its right to receive any and all reimbursements

from the FGIC Trusts pursuant to the waterfall provisions under the relevant Governing

Documents, which would provide additional, future value to the FGIC Trusts.  As a result, I
continue to believe that the FGIC Settlement Agreement is reasonable and in the best interests of
the FGIC Trusts and their investors.

**D.**     ***Notice to Investors in the Wells Fargo FGIC Trusts
of the FGIC Settlement Agreement was Sufficient***

37.     Notice of the FGIC Settlement Agreement, including notice of same by the FGIC
Trustees, including Wells Fargo, is sufficient and effective to put the parties-in-interest in these
Chapter 11 Cases, including the investors in the FGIC Trusts, on notice of the FGIC Settlement
Agreement.

38.     Wells Fargo has regularly provided to investors in the Wells Fargo RMBS Trusts,
including the Wells Fargo FGIC Trusts, notice of significant events in these Chapter 11 Cases.
Following the filing of the RMBS 9019 Motion, Wells Fargo, together with BNY Mellon,
Deutsche Bank and U.S. Bank, jointly retained an agent, The Garden City Group, Inc. ("**GCG**"),
to coordinate and facilitate notice to investors regarding important events in the Chapter 11
Cases.

39.     On behalf of the RMBS Trustees, GCG provided certain administrative services
in connection with noticing various investors, including the coordination and facilitation of the
dissemination of notices to the various investors at the direction and on behalf of the RMBS
Trustees, and in connection with the creation and maintenance of a website for investors that
provides, among other things, contact information for the RMBS Trustees significant relevant
developments in the Chapter 11 Cases, links to relevant documents filed in the Chapter 11 Cases,
and upcoming court deadlines and hearing dates (the "**RMBS Trustee Website**").

40.     As described in more detail in the Affidavit of Jose C. Fraga (the "**Fraga**

**Affidavit**")[13], GCG distributed to various investors and published on the RMBS Trustee Website

various notices.  Among those notice was a notice dated May 24, 2013 entitled "Time Sensitive

Notice Regarding (a) Plan Support Agreement Among ResCap Debtors and the RMBS Trustees,

Among Others, and (b) Settlement Agreement Among the Debtors, Financial Guaranty Insurance

Company and Certain of the RMBS Trustees," a copy of which is attached hereto as **Exhibit E**.

This notice, among other things, described the terms of the Plan Support Agreement and the

FGIC Settlement Agreement and the process by which investors could object to them.

41.    In addition, on or about June 5, 2013, Wells Fargo distributed a "Time Sensitive

Notice Regarding Settlement Agreement Among the ResCap Debtors, Financial Guaranty

Insurance Company and the FGIC Trustees" (the "**Holder FGIC Settlement Notice**"), dated

June 4, 2013, a copy of which is attached hereto as **Exhibit F**.  The Holder FGIC Settlement

Notice was provided by Wells Fargo to the investors in the eight Wells Fargo FGIC Trusts.  The

Holder FGIC Settlement Notice provided additional information to those investors regarding the

Rehabilitation Proceeding, the FGIC Settlement Agreement, their rights thereunder, the process

for investors to object to the FGIC Settlement Agreement in the Rehabilitation Proceeding and

how to obtain information on the cash amount FGIC will pay to a particular trust.  The Holder

FGIC Settlement Notice and certain pleadings in the FGIC Rehabilitation Proceeding have also

been posted on the RMBS Trustee Website.

42.    As part of the notice process, and in order to provide additional information to

investors in the FGIC Trusts concerning the FGIC Settlement Agreement, the FGIC Trustees

agreed to make available to those investors information concerning the allocable share of the

Commutation Payment that each such FGIC Trust would receive under the FGIC Settlement

---

[13]    The Fraga Affidavit is Exhibit G to the PSA Joinder.

Agreement.

43.     Finally, the schedules attached to the Disclosure Statement filed with the ResCap

Plan provide information concerning the claims of the FGIC Trusts on account of Repurchase

Claims and Servicing Claims against the Debtors and other information from which recoveries to

the FGIC Trusts can be estimated.

*[signature on following page]*

Dated this 31st day of July, 2013

_____
Mary L. Sohlberg

# EXHIBIT A

**EXECUTION COPY**

GMACM HOME EQUITY LOAN TRUST 2005-HE1,

Issuer,

and

WELLS FARGO BANK, N.A.,

Indenture Trustee

_____

INDENTURE

_____

Dated as of March 29, 2005

GMACM HOME EQUITY LOAN-BACKED TERM NOTES

GMACM HOME EQUITY LOAN-BACKED VARIABLE PAY REVOLVING NOTES

## TABLE OF CONTENTS

**Page**

ARTICLE I Definitions ........................................................................................ 2

    Section 1.01 Definitions................................................................................. 2

    Section 1.02 Incorporation by Reference of Trust Indenture Act.................... 2

    Section 1.03 Rules of Construction ................................................................ 2

ARTICLE II Original Issuance of Notes ............................................................. 3

    Section 2.01 Form.......................................................................................... 3

    Section 2.02 Execution, Authentication and Delivery..................................... 3

    Section 2.03 Advance or Additional Variable Pay Revolving Notes ............... 4

ARTICLE III Covenants....................................................................................... 5

    Section 3.01 Collection of Payments with Respect to the Mortgage Loans..... 5

    Section 3.02 Maintenance of Office or Agency............................................... 6

    Section 3.03 Money for Payments to Be Held in Trust; Paying Agent ............ 6

    Section 3.04 Existence .................................................................................... 7

    Section 3.05 Priority of Distributions; Defaulted Interest ............................... 7

    Section 3.06 Protection of Trust Estate.......................................................... 12

    Section 3.07 Opinions as to Trust Estate ....................................................... 12

    Section 3.08 Performance of Obligations; Servicing Agreement.................... 13

    Section 3.09 Negative Covenants .................................................................. 13

    Section 3.10 Annual Statement as to Compliance.......................................... 14

    Section 3.11 Recordation of Assignments...................................................... 14

    Section 3.12 Representations and Warranties Concerning the Mortgage Loans............. 14

    Section 3.13 Assignee of Record of the Mortgage Loans ............................... 14

    Section 3.14 Servicer as Agent and Bailee of the Indenture Trustee............... 15

    Section 3.15 Investment Company Act .......................................................... 15

    Section 3.16 Issuer May Consolidate, etc. ..................................................... 15

    Section 3.17 Successor or Transferee ............................................................ 17

    Section 3.18 No Other Business .................................................................... 17

    Section 3.19 No Borrowing .......................................................................... 17

    Section 3.20 Guarantees, Loans, Advances and Other Liabilities................... 17

    Section 3.21 Capital Expenditures................................................................. 18

# TABLE OF CONTENTS
(continued)

**Page**

Section 3.22 Owner Trustee Not Liable for Certificates or Related Documents............. 18

Section 3.23 Restricted Payments..................................................................... 18

Section 3.24 Notice of Events of Default ......................................................... 18

Section 3.25 Further Instruments and Acts....................................................... 18

Section 3.26 Statements to Noteholders .......................................................... 18

Section 3.27 Determination of Note Rate ........................................................ 19

Section 3.28 Payments under the Policy........................................................... 19

Section 3.29 Replacement/Additional Enhancement........................................ 19

Section 3.30 Additional Representations of Issuer .......................................... 20

ARTICLE IV The Notes; Satisfaction And Discharge Of Indenture ......................... 21

Section 4.01 The Notes; Variable Pay Revolving Notes ................................. 21

Section 4.02 Registration of and Limitations on Transfer and Exchange of Notes;
Appointment of Certificate Registrar...................................................... 22

Section 4.03 Mutilated, Destroyed, Lost or Stolen Notes............................... 24

Section 4.04 Persons Deemed Owners ............................................................ 25

Section 4.05 Cancellation ............................................................................... 25

Section 4.06 Book-Entry Notes ...................................................................... 25

Section 4.07 Notices to Depository ................................................................ 26

Section 4.08 Definitive Notes......................................................................... 26

Section 4.09 Tax Treatment........................................................................... 27

Section 4.10 Satisfaction and Discharge of Indenture .................................... 27

Section 4.11 Application of Trust Money........................................................ 28

Section 4.12 Subrogation and Cooperation .................................................... 28

Section 4.13 Repayment of Monies Held by Paying Agent ............................ 29

Section 4.14 Temporary Notes ....................................................................... 29

ARTICLE V Default And Remedies .......................................................................... 30

Section 5.01 Events of Default ....................................................................... 30

Section 5.02 Acceleration of Maturity; Rescission and Annulment................. 30

Section 5.03 Collection of Indebtedness and Suits for Enforcement by Indenture
Trustee.................................................................................................... 31

Section 5.04 Remedies; Priorities .................................................................. 33

# TABLE OF CONTENTS
(continued)

Page

Section 5.05 Optional Preservation of the Trust Estate .................................................. 35

Section 5.06 Limitation of Suits ....................................................................................... 35

Section 5.07 Unconditional Rights of Noteholders to Receive Principal and
Interest............................................................................................................................... 36

Section 5.08 Restoration of Rights and Remedies........................................................... 36

Section 5.09 Rights and Remedies Cumulative................................................................ 36

Section 5.10 Delay or Omission Not a Waiver................................................................. 36

Section 5.11 Control by Enhancer or Noteholders .......................................................... 36

Section 5.12 Waiver of Past Defaults .............................................................................. 37

Section 5.13 Undertaking for Costs.................................................................................. 37

Section 5.14 Waiver of Stay or Extension Laws ............................................................. 38

Section 5.15 Sale of Trust Estate ..................................................................................... 38

Section 5.16 Action on Notes ........................................................................................... 40

Section 5.17 Performance and Enforcement of Certain Obligations............................... 40

ARTICLE VI The Indenture Trustee................................................................................. 41

Section 6.01 Duties of Indenture Trustee ........................................................................ 41

Section 6.02 Rights of Indenture Trustee ........................................................................ 42

Section 6.03 Individual Rights of Indenture Trustee ....................................................... 44

Section 6.04 Indenture Trustee's Disclaimer................................................................... 44

Section 6.05 Notice of Event of Default.......................................................................... 44

Section 6.06 Reports by Indenture Trustee to Noteholders ............................................ 44

Section 6.07 Compensation and Indemnity ..................................................................... 44

Section 6.08 Replacement of Indenture Trustee .............................................................. 45

Section 6.09 Successor Indenture Trustee by Merger ..................................................... 46

Section 6.10 Appointment of Co-Indenture Trustee or Separate Indenture Trustee ....... 46

Section 6.11 Eligibility; Disqualification ........................................................................ 47

Section 6.12 Preferential Collection of Claims Against Issuer........................................ 48

Section 6.13 Representations and Warranties................................................................... 48

Section 6.14 Directions to Indenture Trustee .................................................................. 48

Section 6.15 Indenture Trustee May Own Securities ...................................................... 49

# TABLE OF CONTENTS
(continued)

Page

ARTICLE VII Noteholders' Lists and Reports .......................................................... 49

    Section 7.01 Issuer to Furnish Indenture Trustee Names and Addresses of
    Noteholders .................................................................................................................. 49

    Section 7.02 Preservation of Information; Communications to Noteholders ................. 49

    Section 7.03 Reports by Issuer ..................................................................................... 49

    Section 7.04 Reports by Indenture Trustee .................................................................. 50

ARTICLE VIII Accounts, Disbursements and Releases ............................................. 50

    Section 8.01 Collection of Money ................................................................................ 50

    Section 8.02 Trust Accounts ........................................................................................ 50

    Section 8.03 Officer's Certificate ................................................................................ 51

    Section 8.04 Termination Upon Distribution to Noteholders ......................................... 51

    Section 8.05 Release of Trust Estate ............................................................................ 51

    Section 8.06 Surrender of Notes Upon Final Payment ................................................. 52

ARTICLE IX Supplemental Indentures ...................................................................... 52

    Section 9.01 Supplemental Indentures Without Consent of Noteholders ..................... 52

    Section 9.02 Supplemental Indentures With Consent of Noteholders ........................... 54

    Section 9.03 Execution of Supplemental Indentures .................................................... 55

    Section 9.04 Effect of Supplemental Indenture ........................................................... 55

    Section 9.05 Conformity with Trust Indenture Act ...................................................... 55

    Section 9.06 Reference in Notes to Supplemental Indentures ...................................... 55

ARTICLE X Miscellaneous ......................................................................................... 56

    Section 10.01 Compliance Certificates and Opinions, etc. ........................................... 56

    Section 10.02 Form of Documents Delivered to Indenture Trustee .............................. 58

    Section 10.03 Acts of Noteholders ............................................................................. 58

    Section 10.04 Notices, etc., to Indenture Trustee, Issuer, Enhancer and Rating
    Agencies ..................................................................................................................... 59

    Section 10.05 Notices to Noteholders; Waiver ............................................................ 60

    Section 10.06 Alternate Payment and Notice Provisions ............................................ 60

    Section 10.07 Conflict with Trust Indenture Act ......................................................... 60

    Section 10.08 Effect of Headings ................................................................................ 61

    Section 10.09 Successors and Assigns ........................................................................ 61

## TABLE OF CONTENTS
### (continued)

**Page**

Section 10.10 Severability ................................................................................. 61

Section 10.11 Benefits of Indenture.................................................................... 61

Section 10.12 Legal Holidays ............................................................................ 61

Section 10.13 GOVERNING LAW.................................................................... 61

Section 10.14 Counterparts................................................................................. 61

Section 10.15 Recording of Indenture ............................................................... 61

Section 10.16 Issuer Obligation ......................................................................... 61

Section 10.17 No Petition ................................................................................... 62

Section 10.18 Inspection .................................................................................... 62

### EXHIBITS

| | | |
|---|---|---|
| Exhibit A-1 | - | Form of Term Notes |
| Exhibit A-2 | - | Form of Variable Pay Revolving Notes |
| Exhibit B | - | Form of 144A Investment Representation |
| Exhibit C | - | Form of Advance Request |
| Exhibit D | - | Form of Investor Representation Letter |
| Exhibit E | - | Form of Transferor Letter |
| Appendix A | - | Definitions |

## RECONCILIATION AND TIE BETWEEN TRUST INDENTURE
## ACT OF 1939 AND INDENTURE PROVISIONS[*]

Trust Indenture

| Act Section | Indenture Section |
|---|---|
| 310(a)(1) | 6.11 |
| (a)(2) | 6.11 |
| (a)(3) | 6.10 |
| (a)(4) | Not Applicable |
| (a)(5) | 6.11 |
| (b) | 6.08, 6.11 |
| (c) | Not Applicable |
| 311(a) | 6.12 |
| (b) | 6.12 |
| (c) | Not Applicable |
| 312(a) | 7.01, 7.02(a) |
| (b) | 7.02(b) |
| (c) | 7.02(c) |
| 313(a) | 7.04 |
| (b) | 7.04 |
| (c) | 7.03(a)(iii), 7.04 |
| (d) | 7.04 |
| 314(a) | 3.10, 7.03(a) |
| (b) | 3.07 |
| (c)(1) | 8.05(c), 10.01(a) |
| (c)(2) | 8.05(c), 10.01(a) |
| (c)(3) | Not Applicable |
| (d)(1) | 8.05(c), 10.01(b) |
| (d)(2) | 8.05(c), 10.01(b) |
| (d)(3) | 8.05(c), 10.01(b) |
| (e) | 10.01(a) |
| 315(a) | 6.01(b) |
| (b) | 6.05 |
| (c) | 6.01(a) |
| (d) | 6.01(c) |
| (d)(1) | 6.01(c) |
| (d)(2) | 6.01(c) |
| (d)(3) | 6.01(c) |
| (e) | 5.13 |
| 316(a)(1)(A) | 5.11 |
| 316(a)(1)(B) | 5.12 |
| 316(a)(2) | Not Applicable |
| 316(b) | 5.07 |
| 317(a)(1) | 5.04 |
| 317(a)(2) | 5.03(d) |
| 317(b) | 3.03(a) |
| 318(a) | 10.07 |

---

[*]This reconciliation and tie shall not, for any purpose, be deemed to be part of the within indenture.

This Indenture, dated as of March 29, 2005, is between GMACM Home Equity Loan Trust 2005-HE1, a Delaware statutory trust, as issuer (the "Issuer"), and Wells Fargo Bank, N.A., as indenture trustee (the "Indenture Trustee").

## WITNESSETH:

Each party hereto agrees as follows for the benefit of the other party and for the equal and ratable benefit of the Noteholders of the Issuer's Series 2005-HE1 GMACM Home Equity Loan-Backed Term Notes and GMACM Home Equity Loan-Backed Variable Pay Revolving Notes (together, the "Notes").

## GRANTING CLAUSE:

The Issuer hereby Grants to the Indenture Trustee on the Closing Date, as trustee for the benefit of the Noteholders and the Enhancer, all of the Issuer's right, title and interest in and to all accounts, chattel paper, general intangibles, contract rights, payment intangibles, certificates of deposit, deposit accounts, instruments, documents, letters of credit, money, advices of credit, investment property, goods and other property consisting of, arising under or related to whether now existing or hereafter created in any of the following: (a) the Initial Mortgage Loans and any Subsequent Mortgage Loans (together with the Cut-Off Date Principal Balances and any Additional Balances arising thereafter to and including the date immediately preceding the commencement of the Rapid Amortization Period), and all monies due or to become due thereunder; (b) the Custodial Account, Note Payment Account, Pre-Funding Account, Capitalized Interest Account, Funding Account and Reserve Sub-Account, and all funds on deposit or credited thereto from time to time; (c) the Policy and all hazard insurance policies; and (d) all present and future claims, demands, causes and choses in action in respect of any or all of the foregoing and all payments on or under, and all proceeds of every kind and nature whatsoever in respect of, any or all of the foregoing and all payments on or under, and all proceeds of every kind and nature whatsoever in the conversion thereof, voluntary or involuntary, into cash or other liquid property, all cash proceeds, accounts, accounts receivable, notes, drafts, acceptances, checks, deposit accounts, rights to payment of any and every kind, and other forms of obligations and receivables, instruments and other property which at any time constitute all or part of or are included in the proceeds of any of the foregoing (collectively, the "Trust Estate" or the "Collateral").

The foregoing Grant is made in trust to secure the payment of principal of and interest on, and any other amounts owing in respect of, the Notes, equally and ratably without prejudice, priority or distinction, and to secure compliance with the provisions of this Indenture, all as provided in this Indenture.

The foregoing Grant shall inure to the benefit of the Enhancer in respect of draws made on the Policy and amounts owing from time to time pursuant to the Insurance Agreement (regardless of whether such amounts relate to the Notes or the Certificates), and such Grant shall continue in full force and effect for the benefit of the Enhancer until all such amounts owing to it have been repaid in full.

1

The Indenture Trustee, as trustee on behalf of the Noteholders, acknowledges such Grant, accepts the trust under this Indenture in accordance with the provisions hereof and agrees to perform its duties as Indenture Trustee as required herein.

ARTICLE I

Definitions

Section 1.01    Definitions.    For all purposes of this Indenture, except as otherwise expressly provided herein or unless the context otherwise requires, capitalized terms not otherwise defined herein shall have the meanings assigned to such terms in the Definitions attached hereto as Appendix A, which is incorporated by reference herein.  All other capitalized terms used herein shall have the meanings specified herein.

Section 1.02    Incorporation by Reference of Trust Indenture Act.    Whenever this Indenture refers to a provision of the Trust Indenture Act (the "TIA"), such provision is incorporated by reference in and made a part of this Indenture.  The following TIA terms used in this Indenture have the following meanings:

"Commission" means the Securities and Exchange Commission.

"indenture securities" means the Notes.

"indenture security holder" means a Noteholder.

"indenture to be qualified" means this Indenture.

"indenture trustee" or "institutional trustee" means the Indenture Trustee.

"obligor" on the indenture securities means the Issuer and any other obligor on the indenture securities.

All other TIA terms used in this Indenture that are defined by TIA, defined by TIA reference to another statute or defined by Commission rule have the meaning assigned to them by such definitions.

Section 1.03    Rules of Construction. Unless the context otherwise requires:

(a) a term has the meaning assigned to it;

(b) an accounting term not otherwise defined has the meaning assigned to it in accordance with generally accepted accounting principles as in effect from time to time;

(c) "or" includes "and/or";

(d) "including" means "including without limitation";

(e) words in the singular include the plural and words in the plural include the singular;

(f) the term "proceeds" has the meaning ascribed thereto in the UCC; and

(g) any agreement, instrument or statute defined or referred to herein or in any instrument or certificate delivered in connection herewith means such agreement, instrument or statute as from time to time amended, modified or supplemented and includes (in the case of agreements or instruments) references to all attachments thereto and instruments incorporated therein; references to a Person are also to its permitted successors and assigns.

## ARTICLE II

## Original Issuance of Notes

Section 2.01    Form.    The Term Notes and the Variable Pay Revolving Notes, in each case together with the Indenture Trustee's certificate of authentication, shall be in substantially the forms set forth in Exhibits A-1 and A-2, respectively, with such appropriate insertions, omissions, substitutions and other variations as are required or permitted by this Indenture and may have such letters, numbers or other marks of identification and such legends or endorsements placed thereon as may, consistently herewith, be determined by the officers executing the Notes, as evidenced by their execution thereof.    Any portion of the text of any Note may be set forth on the reverse thereof, with an appropriate reference thereto on the face of such Note.

The Notes shall be typewritten, printed, lithographed or engraved or produced by any combination of these methods, all as determined by the Authorized Officers executing such Notes, as evidenced by their execution of such Notes.

The terms of the Notes set forth in Exhibits A-1 and A-2 are part of the terms of this Indenture.

Any additional Variable Pay Revolving Notes issued by the Issuer (in accordance with the instruction of the Depositor) after the Closing Date pursuant to Section 2.03 shall be issued in accordance with the provisions of this Indenture and shall be in substantially the form of Exhibit A-2 and shall have the same Note Rate (which may be adjusted as described in Section 2.03), Final Payment Date and priority for payment as the Variable Pay Revolving Notes issued on the Closing Date.

Section 2.02    Execution, Authentication and Delivery.    The Notes shall be executed on behalf of the Issuer by any of its Authorized Officers.    The signature of any such Authorized Officer on the Notes may be manual or facsimile.

Notes bearing the manual or facsimile signature of individuals who were at any time Authorized Officers of the Issuer shall bind the Issuer, notwithstanding that such individuals or any of them have ceased to hold such offices prior to the authentication and delivery of such Notes or did not hold such offices at the date of such Notes.

The Indenture Trustee shall upon Issuer Request authenticate and deliver Term Notes for original issue in an aggregate initial principal amount of 962,325,000 and Variable Pay Revolving Notes for original issue in an aggregate initial principal amount of $28,762,000. The Class A-1 Notes, Class A-2 Notes, Class A-3 Notes, Class A-1 Variable Pay Revolving Notes, Class A-2 Variable Pay Revolving Notes and Class A-3 Variable Pay Revolving Notes, shall have an initial principal amount equal to the Initial Class A-1 Note Balance, Initial Class A-2 Note Balance, Initial Class A-3 Note Balance, Initial Class A-1 Variable Pay Revolving Note Balance, Initial Class A-2 Variable Pay Revolving Note Balance and Initial Class A-3 Variable Pay Revolving Note Balance, respectively.

Each Note shall be dated the date of its authentication. The Term Notes shall be issuable as registered Book-Entry Notes in minimum denominations of $25,000 and integral multiples of $1,000 in excess thereof and the Variable Pay Revolving Notes shall be issued as Definitive Notes in minimum denominations of $250,000 and integral multiples of $1,000 in excess thereof. Each Class of Variable Pay Revolving Notes issued pursuant to Section 2.03 shall be issued with an initial Note Balance equal to the outstanding Note Balance of the related Class of Term Notes as of the related Targeted Final Payment Date, plus, in the case of a substitute Variable Pay Revolving Note issued in connection with an Advance by an existing Holder, the remaining Note Balance of the Variable Pay Revolving Note being so substituted.

No Note shall be entitled to any benefit under this Indenture or be valid or obligatory for any purpose, unless there appears on such Note a certificate of authentication substantially in the form provided for herein executed by the Indenture Trustee by the manual signature of one of its authorized signatories, and such certificate upon any Note shall be conclusive evidence, and the only evidence, that such Note has been duly authenticated and delivered hereunder.

Section 2.03    Advance or Additional Variable Pay Revolving Notes. Not later than sixty (60) days prior to a Targeted Final Payment Date, the Indenture Trustee, on behalf of the Issuer, will request an Advance (in substantially the form attached hereto as Exhibit C) from the Holder(s) of the related Class of Variable Pay Revolving Notes in an aggregate amount equal to the outstanding Note Balance of the related Class of Term Notes, to be paid on the Business Day prior to such Targeted Final Payment Date. Within thirty (30) days thereafter, each Holder of that Class of Variable Pay Revolving Notes shall notify the Indenture Trustee in writing (as set forth in Exhibit C) whether it will make such Advance, subject to the continued satisfaction of the conditions precedent specified in the Note Purchase Agreement.

If the Holder of such Class of Variable Pay Revolving Notes indicates that it will make an Advance, the Issuer shall issue and, upon receipt of an Issuer Order, the Indenture Trustee shall authenticate, a substitute Variable Pay Revolving Note for such Holder in a principal amount equal to the remaining Note Balance of such Holder's existing Variable Pay Revolving Note plus the amount of the Advance to be made by such Holder. The Indenture Trustee shall register such substitute Variable Pay Revolving Note to such Holder on or prior to the date such Advance is to be made in exchange for the Advance and the existing Variable Pay Revolving Note of such Holder.

If the Holders of such Class of Variable Pay Revolving Notes indicate to the Indenture Trustee that they will not make an Advance in an aggregate amount equal to the outstanding Note Balance of the related Class of Term Notes, the Indenture Trustee will notify the Depositor by close of business on the next Business Day. If insufficient Advances will be made, the Depositor may direct the Issuer to issue additional Variable Pay Revolving Notes in an aggregate amount equal to the related outstanding Class of Term Notes or such insufficiency, if less. Upon receipt of such direction and the related Advance, the Issuer shall issue and, upon receipt of an Issuer Order, the Indenture Trustee shall authenticate, such additional Variable Pay Revolving Notes in accordance with Sections 2.01 and 2.02 and Article IV. If such additional Variable Pay Revolving Notes are issued, the Indenture Trustee shall register such Variable Pay Revolving Notes in accordance with Article IV of this Indenture and deliver such Variable Pay Revolving Notes in accordance with the instructions of the Depositor. In addition, in connection with the issuance of the additional Variable Pay Revolving Notes, at the direction of, and pursuant to the procedures provided by, the Depositor, the Indenture Trustee shall contact the broker-dealers identified by the Depositor in order to solicit bids for the aggregate principal amount of Variable Pay Revolving Notes for which the Indenture Trustee has received notice that Advances will not be made. Within a reasonable time after receipt of the bids, the Indenture Trustee, in consultation with the Depositor, shall determine the lowest margin over LIBOR at which Variable Pay Revolving Notes in an aggregate amount equal to the amount of requested Advances which the Indenture Trustee has received notice will not be made, can be sold, and such margin shall become the new margin in effect for all the Variable Pay Revolving Notes, as of the related Targeted Final Payment Date; provided that such margin shall in no event exceed 0.50%; and provided further that, if any Holder of a Variable Pay Revolving Note agrees to make an Advance on the related Targeted Final Payment Date, such margin shall not be lower than the margin on the Variable Pay Revolving Notes immediately prior to such Targeted Final Payment Date. In addition, if there exists an unreimbursed Draw on the Policy, or a Servicing Default has occurred and is continuing, the margin on the Variable Pay Revolving Notes may not be increased without the consent of the Enhancer. All further actions of the Indenture Trustee necessary to effect the issuance and sale of such additional Variable Pay Revolving Notes shall be at the direction of the Depositor and in conformity with this Indenture.

Notwithstanding the foregoing, if an Early Amortization Event has occurred, an Insolvency Event with respect to the Enhancer has occurred and is continuing or a Default has occurred and is continuing, the Indenture Trustee will not request an Advance and the Issuer will not issue any additional Variable Pay Revolving Notes.

## ARTICLE III

### Covenants

Section 3.01    Collection of Payments with Respect to the Mortgage Loans.    The Indenture Trustee shall establish and maintain with itself the Note Payment Account in which the Indenture Trustee shall, subject to the terms of this paragraph, deposit, on the same day as it is received from the Servicer, each remittance received by the Indenture Trustee with respect to the Mortgage Loans. The Indenture Trustee shall make all payments of principal of and interest on

the Notes, subject to Section 3.03 as provided in Section 3.05 herein from monies on deposit in the Note Payment Account.

Section 3.02    Maintenance of Office or Agency.  The Issuer will maintain in the City of Minneapolis, Minnesota, an office or agency where, subject to satisfaction of conditions set forth herein, Notes may be surrendered for registration of transfer or exchange, and where notices and demands to or upon the Issuer in respect of the Notes and this Indenture may be served.  The Issuer hereby initially appoints the Indenture Trustee to serve as its agent for the foregoing purposes.  If at any time the Issuer shall fail to maintain any such office or agency or shall fail to furnish the Indenture Trustee with the address thereof, such surrenders, notices and demands may be made or served at the Corporate Trust Office, and the Issuer hereby appoints the Indenture Trustee as its agent to receive all such surrenders, notices and demands.

Section 3.03    Money for Payments to Be Held in Trust; Paying Agent.  As provided in Section 3.01, all payments of amounts due and payable with respect to any Notes that are to be made from amounts withdrawn from the Note Payment Account pursuant to Section 3.01 shall be made on behalf of the Issuer by the Indenture Trustee or by the Paying Agent, and no amounts so withdrawn from the Note Payment Account for payments of Notes shall be paid over to the Issuer except as provided in this Section 3.03.  The Issuer hereby appoints the Indenture Trustee to act as initial Paying Agent hereunder.  The Issuer will cause each Paying Agent other than the Indenture Trustee to execute and deliver to the Indenture Trustee an instrument in which such Paying Agent shall agree with the Indenture Trustee (and if the Indenture Trustee acts as Paying Agent, it hereby so agrees), subject to the provisions of this Section 3.03, that such Paying Agent will:

(a)    hold all sums held by it for the payment of amounts due with respect to the Notes in trust for the benefit of the Persons entitled thereto until such sums shall be paid to such Persons or otherwise disposed of as herein provided and pay such sums to such Persons as herein provided;

(b)    give the Indenture Trustee and the Enhancer written notice of any default by the Issuer of which it has actual knowledge in the making of any payment required to be made with respect to the Notes;

(c)    at any time during the continuance of any such default, upon the written request of the Indenture Trustee, forthwith pay to the Indenture Trustee all sums so held in trust by such Paying Agent;

(d)    immediately resign as Paying Agent and forthwith pay to the Indenture Trustee all sums held by it in trust for the payment of Notes, if at any time it ceases to meet the standards required to be met by a Paying Agent at the time of its appointment;

(e)    comply with all requirements of the Code with respect to the withholding from any payments made by it on any Notes of any applicable withholding taxes imposed thereon and with respect to any applicable reporting requirements in connection therewith; and

(f)     deliver to the Indenture Trustee a copy of the statement to Noteholders prepared with respect to each Payment Date by the Servicer pursuant to Section 4.01 of the Servicing Agreement.

The Issuer may at any time, for the purpose of obtaining the satisfaction and discharge of this Indenture or for any other purpose, by Issuer Request direct any Paying Agent to pay to the Indenture Trustee all sums held in trust by such Paying Agent, such sums to be held by the Indenture Trustee upon the same trusts as those upon which the sums were held by such Paying Agent; and upon such payment by any Paying Agent to the Indenture Trustee, such Paying Agent shall be released from all further liability with respect to such money.

Subject to applicable laws with respect to escheat of funds, any money held by the Indenture Trustee or any Paying Agent in trust for the payment of any amount due with respect to any Note and remaining unclaimed for one year after such amount has become due and payable shall be discharged from such trust and be paid to the Issuer on Issuer Request; and the Noteholder of such Note shall thereafter, as an unsecured general creditor, look only to the Issuer for payment thereof (but only to the extent of the amounts so paid to the Issuer), and all liability of the Indenture Trustee or such Paying Agent with respect to such trust money shall thereupon cease; provided, however, that the Indenture Trustee or such Paying Agent, before being required to make any such repayment, shall at the expense and direction of the Issuer cause to be published once, in an Authorized Newspaper, notice that such money remains unclaimed and that, after a date specified therein, which shall not be less than 30 days from the date of such publication, any unclaimed balance of such money then remaining will be repaid to the Issuer. The Indenture Trustee may also adopt and employ, at the expense and direction of the Issuer, any other reasonable means of notification of such repayment (including, but not limited to, mailing notice of such repayment to Noteholders the Notes which have been called but have not been surrendered for redemption or whose right to or interest in monies due and payable but not claimed is determinable from the records of the Indenture Trustee or of any Paying Agent, at the last address of record for each such Noteholder).

Section 3.04    Existence.   The Issuer will keep in full effect its existence, rights and franchises as a statutory trust under the laws of the State of Delaware (unless it becomes, or any successor Issuer hereunder is or becomes, organized under the laws of any other state or of the United States of America, in which case the Issuer will keep in full effect its existence, rights and franchises under the laws of such other jurisdiction) and will obtain and preserve its qualification to do business in each jurisdiction in which such qualification is or shall be necessary to protect the validity and enforceability of this Indenture, the Notes, the Mortgage Loans and each other instrument or agreement included in the Trust Estate.

Section 3.05    Priority of Distributions; Defaulted Interest.

(a) In accordance with Section 3.03(a) of the Servicing Agreement, the priority of distributions on each Payment Date from Principal Collections and Interest Collections with respect to the Mortgage Loans, any optional advance of delinquent principal or interest on the Mortgage Loans made by the Servicer in respect of the related Collection Period, any Policy Draw Amount deposited into the Note Payment Account (to be applied solely with respect to the

payment of amounts described in clauses (i) and (vi) under this Section 3.05(a)), and any amounts transferred to the Note Payment Account or Funding Account from the Pre-Funding Account, Capitalized Interest Account, Funding Account or Reserve Sub-Account pursuant to Sections 3.16, 3.17, 3.18 and 3.19 of the Servicing Agreement, is as follows:

      (i)      from Interest Collections, any Capitalized Interest Requirement pursuant to Section 3.19(b) of the Servicing Agreement and any Policy Draw Amount with respect to the Notes deposited into the Note Payment Account on such Payment Date pursuant to Section 3.28(a)(ii), to the Note Payment Account, for payment by the Paying Agent to the Noteholders of each Class of Term Notes and Variable Pay Revolving Notes, *pari passu*, interest for the related Interest Period at the related Note Rate on the related Note Balance immediately prior to such Payment Date, excluding any Relief Act Shortfalls allocated thereto pursuant to Section 3.05(f), plus any such amount remaining unpaid from prior Payment Dates;

      (ii)      from Net Principal Collections, to the extent not paid pursuant to clause (i) above, to the Note Payment Account, for payment by the Paying Agent to the Noteholders of each Class of Term Notes and Variable Pay Revolving Notes, *pari passu*, interest for the related Interest Period at the related Note Rate on the related Note Balance immediately prior to such Payment Date, excluding any Relief Act Shortfalls allocated thereto pursuant to Section 3.05(f), plus any such amount remaining unpaid from prior Payment Dates;

      (iii)      during the Revolving Period, to the Funding Account, Principal Collections to the extent not previously applied to purchase Additional Balances or Subsequent Mortgage Loans;

      (iv)      from Interest Collections, to the Enhancer, the amount of the premium for the Policy and any unpaid premium for the Policy from prior Payment Dates, with interest thereon as provided in the Insurance Agreement;

      (v)      at the request of the holders of the Certificates, from Excess Spread, to the Distribution Account, for distribution to the holders of the Certificates, an amount equal to the Additional Balance Increase Amount;

      (vi)      during the Revolving Period and the Amortization Periods, to the Note Payment Account, the Principal Distribution Amount for payment by the Paying Agent to the Noteholders for each Class of Variable Pay Revolving Notes, *pro rata*, based on their respective Note Balances, including any Policy Draw Amount with respect to the Notes deposited into the Note Payment Account on such Payment Date pursuant to Section 3.28(a)(iii); provided that any Liquidation Loss Amounts for any Payment Date during the Revolving Period shall be deposited in the Funding Account; provided further, that any amounts transferred from the Pre-Funding Account pursuant to Section 3.18(b) of the Servicing Agreement after the aggregate Note Balance of the Variable Pay Revolving Notes has been reduced to zero shall be deposited into the Funding Account;

(vii)    to the Enhancer, to reimburse it for prior draws made on the Policy, with interest thereon as provided in the Insurance Agreement;

(viii)    from any remaining Excess Spread during the Revolving Period, first, to the Note Payment Account for payment to each Class of Variable Pay Revolving Notes, *pro rata*, based on their respective Note Balances, until the Note Balance thereof has been reduced to zero and then as a deposit to the Funding Account, the amount necessary to be applied on that Payment Date so that the Overcollateralization Amount, after giving effect to the application of funds pursuant to clause (vi) above, is not less than the Overcollateralization Target Amount;

(ix)    from any remaining Excess Spread during the Amortization Periods, to the Note Payment Account, the amount necessary to be applied on such Payment Date for payment by the Paying Agent to the Noteholders of the Variable Pay Revolving Notes, which amount will be paid to each Class of the Variable Pay Revolving Notes, *pro rata*, based on their respective Note Balances, so that the Overcollateralization Amount, after giving effect to the application of funds pursuant to clause (vi) above, is not less than the Overcollateralization Target Amount;

(x)    from any remaining Excess Spread during the Amortization Periods, to the Note Payment Account, any Liquidation Loss Amounts not otherwise covered by payments pursuant to clauses (vi), (viii) or (ix) above on such Payment Date or prior Payment Dates, for payment by the Paying Agent to the Noteholders of each Class of Variable Pay Revolving Notes, *pro rata*, based on their respective Note Balances;

(xi)    to the Enhancer, any amounts owed to the Enhancer pursuant to the Insurance Agreement other than amounts specified in clauses (iv) or (vii) above;

(xii)    to the Note Payment Account from the remaining Excess Spread, for payment by the Paying Agent to the Noteholders, any Interest Shortfalls on the Notes for such Payment Date and for any Payment Date not previously paid, *pro rata*, in accordance with Interest Shortfalls previously allocated thereto and remaining unpaid;

(xiii)    during the Amortization Periods, to the Indenture Trustee, any amounts owing to the Indenture Trustee pursuant to Section 6.07 to the extent remaining unpaid;

(xiv)    to the Reserve Sub-Account, the amount (if any) required pursuant to Section 3.05(c); and

(xv)    any remaining amount, to the Distribution Account, for distribution to the holders of the Certificates by the Certificate Paying Agent in accordance with the Trust Agreement;

provided, that on the Final Payment Date, the amount that is required to be paid pursuant to clause (vi) above shall be equal to the Note Balance immediately prior to such Payment Date and

shall include any amount on deposit in the Note Payment Account on such Payment Date in accordance with Section 3.28(a)(iii).

For purposes of the foregoing, the Note Balance of each Class of Notes on each Payment Date during the Amortization Periods for such Class of Notes will be reduced (any such reduction, an "Unpaid Principal Amount") by the pro rata portion allocable to such Notes of all Liquidation Loss Amounts for such Payment Date, but only to the extent that such Liquidation Loss Amounts are not otherwise covered by payments made pursuant to clauses (vi), (viii), (ix) or (x) above, or by a draw on the Policy, and the Overcollateralization Amount is zero.

(b) Notwithstanding the allocation of payments described in Section 3.05(a), unless an Early Amortization Event has occurred, all Collections on the Mortgage Loans payable as principal distributions on the Variable Pay Revolving Notes during the Amortization Periods will be so paid until the aggregate Note Balance of the Variable Pay Revolving Notes has been reduced to zero and thereafter, will be deposited into the Reserve Sub-Account. On the first Payment Date following the next Targeted Final Payment Date, amounts in the Reserve Sub-Account will be deposited into the Note Payment Account and applied as principal payments, *pro rata*, on the Variable Pay Revolving Notes based on their respective Note Balances.

Notwithstanding the allocation of payments described in Section 3.05(a), if an Early Amortization Event has occurred, all amounts in the Reserve Sub-Account and all Collections on the Mortgage Loans payable as principal distributions on the Variable Pay Revolving Notes pursuant to Section 3.05(a) will be paid on each Payment Date to the Holders of the Variable Pay Revolving Notes and the Term Notes, *pro rata*, based on their respective Note Balances.

(c) Within sixty (60) Business Days of each Targeted Final Payment Date, the Indenture Trustee, on behalf of the Issuer, will request an Advance (under the circumstances and in the manner set forth in Section 2.03 hereof) from the Holder of the related Class of Variable Pay Revolving Notes, the proceeds of which shall be applied by the Indenture Trustee to make principal payments in an amount equal to the outstanding Note Balance on the related Class of Term Notes on such Targeted Final Payment Date or, if received within 10 days following such Targeted Final Payment Date (but not later than 1:00 p.m. New York time on the 10th day or, if such 10th day is not a Business Day, the immediately preceding Business Day), not later than the 10th day following the related Targeted Final Payment Date or, if such 10th day is not a Business Day, the immediately preceding Business Day. If no Advance is received, the Issuer shall, at the direction of the Depositor, issue additional Variable Pay Revolving Notes. Neither the Advance, nor proceeds from the sale of additional Variable Pay Revolving Notes issued with respect to a Targeted Final Payment Date, will exceed or be less than the amount necessary to pay the outstanding Note Balance on the related Class of Term Notes on such Targeted Final Payment Date. Advances may be made and additional Variable Pay Revolving Notes may be issued only in connection with a Targeted Final Payment Date and in accordance with this Indenture and the Trust Agreement. If no Advance is received, and the Trust fails to issue additional Variable Pay Revolving Notes on a Targeted Final Payment Date, an amount equal to 10 days interest on the related Class of Term Notes shall be deposited into the Reserve Sub-Account pursuant to Section

3.05(a)(xv) from amounts otherwise payable to Certificateholders. Upon the issuance and sale by the Trust of additional Variable Pay Revolving Notes within 10 days after the related Targeted Final Payment Date, the amount of interest deposited into the Reserve Sub-Account pursuant to Section 3.05(a)(xv) shall be paid to the Holders of the related Class of Term Notes, together with the Note Balance of such Class, in an amount equal to the interest accrued on such Class of Term Notes through the date of payment.

(d) On each Payment Date, the Paying Agent shall apply, from amounts on deposit in the Note Payment Account, and in accordance with the Servicing Certificate, the amounts set forth above in the order of priority set forth in Section 3.05(a).

Amounts paid to Noteholders shall be paid in respect of the Notes in accordance with the applicable percentage as set forth in Section 3.05(e). Interest on the Notes will be computed on the basis of the actual number of days in each Interest Period and a 360-day year. Any installment of interest or principal payable on any Note that is punctually paid or duly provided for by the Issuer on the applicable Payment Date shall be paid to the Noteholder of record thereof on the immediately preceding Record Date by wire transfer to an account specified in writing by such Noteholder reasonably satisfactory to the Indenture Trustee, or by check or money order mailed to such Noteholder at such Noteholder's address appearing in the Note Register, the amount required to be distributed to such Noteholder on such Payment Date pursuant to such Noteholder's Notes; provided, that the Indenture Trustee shall not pay to any such Noteholder any amounts required to be withheld from a payment to such Noteholder by the Code.

(e) Principal of each Note shall be due and payable in full on the Final Payment Date as provided in the applicable form of Note set forth in Exhibits A-1 and A-2. All principal payments on the Term Notes and Variable Pay Revolving Notes of each Class shall be made in accordance with the priorities set forth in Sections 3.05(a), 3.05(b) and 3.05(c) to the Noteholders entitled thereto in accordance with the related Percentage Interests represented thereby. Upon written notice to the Indenture Trustee by the Issuer, the Indenture Trustee shall notify the Person in the name of which a Note is registered at the close of business on the Record Date preceding the applicable Targeted Final Payment Date, the Final Payment Date or other final Payment Date, as applicable. Such notice shall be mailed no later than five Business Days prior to the Final Payment Date or such other final Payment Date and, unless such Note is then a Book-Entry Note, shall specify that payment of the principal amount and any interest due with respect to such Note at the Final Payment Date or such other final Payment Date will be payable only upon presentation and surrender of such Note, and shall specify the place where such Note may be presented and surrendered for such final payment.

On each Payment Date, the Overcollateralization Amount available to cover any Liquidation Loss Amounts on such Payment Date shall be deemed to be reduced by an amount equal to such Liquidation Loss Amounts (except to the extent that such Liquidation Loss Amounts were covered on such Payment Date by a payment in respect of Liquidation Loss Amounts).

    (f) With respect to any Payment Date, interest payments on the Notes will be reduced by any Relief Act Shortfalls for the related Collection Period on a pro rata basis in accordance with the amount of interest payable on the Notes on such Payment Date, absent such reduction.

Section 3.06    Protection of Trust Estate.

(a)    The Issuer shall from time to time execute and deliver all such supplements and amendments hereto and all such financing statements, continuation statements, instruments of further assurance and other instruments, and will take such other action necessary or advisable to:

(i)    maintain or preserve the lien and security interest (and the priority thereof) of this Indenture or carry out more effectively the purposes hereof;

(ii)    perfect, publish notice of or protect the validity of any Grant made or to be made by this Indenture;

(iii)    cause the Trust to enforce any of the Mortgage Loans; or

(iv)    preserve and defend title to the Trust Estate and the rights of the Indenture Trustee and the Noteholders in such Trust Estate against the claims of all persons and parties.

(b)    Except as otherwise provided in this Indenture, the Indenture Trustee shall not remove any portion of the Trust Estate that consists of money or is evidenced by an instrument, certificate or other writing from the jurisdiction in which it was held at the date of the most recent Opinion of Counsel delivered pursuant to Section 3.07 (or from the jurisdiction in which it was held as described in the Opinion of Counsel delivered at the Closing Date pursuant to Section 3.07, if no Opinion of Counsel has yet been delivered pursuant to Section 3.07) unless the Indenture Trustee shall have first received an Opinion of Counsel to the effect that the lien and security interest created by this Indenture with respect to such property will continue to be maintained after giving effect to such action or actions.

The Issuer hereby designates the Indenture Trustee its agent and attorney-in-fact to execute any financing statement, continuation statement or other instrument required to be executed pursuant to this Section 3.06.

Section 3.07    Opinions as to Trust Estate.

On the Closing Date, the Issuer shall furnish to the Indenture Trustee and the Owner Trustee an Opinion of Counsel at the expense of the Issuer stating that, upon delivery of the Loan Agreements relating to the Initial Mortgage Loans to the Indenture Trustee or the Custodian in the State of Pennsylvania, the Indenture Trustee will have a perfected, first priority security interest in such Mortgage Loans.

On or before December 31st in each calendar year, beginning in 2005, the Issuer shall furnish to the Indenture Trustee an Opinion of Counsel at the expense of the Issuer either stating that, in the opinion of such counsel, no further action is necessary to maintain a perfected, first priority security interest in the Mortgage Loans until December 31 in the following calendar year or, if any such action is required to maintain such security interest in the Mortgage Loans, such Opinion of Counsel shall also describe the recording, filing, re-recording and refiling of this

Indenture, any indentures supplemental hereto and any other requisite documents and the execution and filing of any financing statements and continuation statements that will, in the opinion of such counsel, be required to maintain the security interest in the Mortgage Loans until December 31 in the following calendar year.

Section 3.08    Performance of Obligations; Servicing Agreement.

(a)    The Issuer shall punctually perform and observe all of its obligations and agreements contained in this Indenture, the Basic Documents and in the instruments and agreements included in the Trust Estate.

(b)    The Issuer may contract with other Persons to assist it in performing its duties under this Indenture, and any performance of such duties by a Person identified to the Indenture Trustee in an Officer's Certificate of the Issuer shall be deemed to be action taken by the Issuer.

(c)    The Issuer shall not take any action or permit any action to be taken by others that would release any Person from any of such Person's covenants or obligations under any of the documents relating to the Mortgage Loans or under any instrument included in the Trust Estate, or that would result in the amendment, hypothecation, subordination, termination or discharge of, or impair the validity or effectiveness of, any of the documents relating to the Mortgage Loans or any such instrument, except such actions as the Servicer is expressly permitted to take in the Servicing Agreement.

(d)    The Issuer may retain an administrator and may enter into contracts with other Persons for the performance of the Issuer's obligations hereunder, and performance of such obligations by such Persons shall be deemed to be performance of such obligations by the Issuer.

Section 3.09    Negative Covenants.    So long as any Notes are Outstanding, the Issuer shall not:

(a)    except as expressly permitted by this Indenture, sell, transfer, exchange or otherwise dispose of the Trust Estate, unless directed to do so by the Indenture Trustee pursuant to Section 5.04 hereof;

(b)    claim any credit on, or make any deduction from the principal or interest payable in respect of, the Notes (other than amounts properly withheld from such payments under the Code) or assert any claim against any present or former Noteholder by reason of the payment of the taxes levied or assessed upon any part of the Trust Estate;

(c)    (i) permit the validity or effectiveness of this Indenture to be impaired, or permit the lien of this Indenture to be amended, hypothecated, subordinated, terminated or discharged, or permit any Person to be released from any covenants or obligations with respect to the Notes under this Indenture except as may be expressly permitted hereby, (ii) permit any lien, charge, excise, claim, security interest, mortgage or other encumbrance (other than the lien of this Indenture) to be created on or extend to or otherwise arise upon or burden the Trust Estate or

any part thereof or any interest therein or the proceeds thereof or (iii) permit the lien of this Indenture not to constitute a valid first priority security interest in the Trust Estate; or

        (d)    impair or cause to be impaired the Issuer's interest in the Mortgage Loans, the Purchase Agreement or in any other Basic Document, if any such action would materially and adversely affect the interests of the Noteholders.

        Section 3.10   <u>Annual Statement as to Compliance</u>.  The Issuer shall deliver to the Indenture Trustee, within 120 days after the end of each fiscal year of the Issuer (commencing with the fiscal year ending on December 31, 2005), an Officer's Certificate stating, as to the Authorized Officer signing such Officer's Certificate, that:

        (a)    a review of the activities of the Issuer during such year and of its performance under this Indenture and the Trust Agreement has been made under such Authorized Officer's supervision; and

        (b)    to the best of such Authorized Officer's knowledge, based on such review, the Issuer has complied with all conditions and covenants under this Indenture and the provisions of the Trust Agreement throughout such year, or, if there has been a default in its compliance with any such condition or covenant, specifying each such default known to such Authorized Officer and the nature and status thereof.

        Section 3.11   <u>Recordation of Assignments</u>.  The Issuer shall enforce the obligation, if any, of the Sellers under the Purchase Agreement to submit or cause to be submitted for recordation all Assignments of Mortgages within 60 days of receipt of recording information by the Servicer.

        Section 3.12   <u>Representations and Warranties Concerning the Mortgage Loans</u>.  The Indenture Trustee, as pledgee of the Mortgage Loans, shall have the benefit of (i) the representations and warranties made by GMACM in Section 3.1(a) and Section 3.1(b) of the Purchase Agreement and (ii) the benefit of the representations and warranties made by WG Trust 2003 in Section 3.1(d) of the Purchase Agreement, in each case, concerning the Mortgage Loans and the right to enforce the remedies against GMACM or WG Trust 2003 provided in Section 3.1(e) of the Purchase Agreement, as applicable, to the same extent as though such representations and warranties were made directly to the Indenture Trustee.

        Section 3.13   <u>Assignee of Record of the Mortgage Loans</u>. As pledgee of the Mortgage Loans, the Indenture Trustee shall hold title to the Mortgage Loans by being named as payee in the endorsements or assignments of the Loan Agreements and assignee in the Assignments of Mortgage to be delivered under Section 2.1 of the Purchase Agreement.  Except as expressly provided in the Purchase Agreement or in the Servicing Agreement with respect to any specific Mortgage Loan, the Indenture Trustee shall not execute any endorsement or assignment or otherwise release or transfer such title to any of the Mortgage Loans until such time as the remaining Trust Estate may be released pursuant to Section 8.05(b).  The Indenture Trustee's holding of such title shall in all respects be subject to its fiduciary obligations to the Noteholders hereunder.

Section 3.14    <u>Servicer as Agent and Bailee of the Indenture Trustee</u>.    Solely for purposes of perfection under Section 9-313 or 9-314 of the UCC or other similar applicable law, rule or regulation of the state in which such property is held by the Servicer, the Issuer and the Indenture Trustee hereby acknowledge that the Servicer is acting as agent and bailee of the Indenture Trustee in holding amounts on deposit in the Custodial Account pursuant to Section 3.02 of the Servicing Agreement that are allocable to the Mortgage Loans, as well as the agent and bailee of the Indenture Trustee in holding any Related Documents released to the Servicer pursuant to Section 3.06(c) of the Servicing Agreement, and any other items constituting a part of the Trust Estate which from time to time come into the possession of the Servicer.    It is intended that, by the Servicer's acceptance of such agency pursuant to Section 3.02 of the Servicing Agreement, the Indenture Trustee, as a pledgee of the Mortgage Loans, will be deemed to have possession of such Related Documents, such monies and such other items for purposes of Section 9-313 or 9-314 of the UCC of the state in which such property is held by the Servicer.

Section 3.15    <u>Investment Company Act</u>.    The Issuer shall not become an "investment company" or under the "control" of an "investment company" as such terms are defined in the Investment Company Act of 1940, as amended (or any successor or amendatory statute), and the rules and regulations thereunder (taking into account not only the general definition of the term "investment company" but also any available exceptions to such general definition); provided, however, that the Issuer shall be in compliance with this Section 3.15 if it shall have obtained an order exempting it from regulation as an "investment company" so long as it is in compliance with the conditions imposed in such order.

Section 3.16    <u>Issuer May Consolidate, etc.</u>

(a)    The Issuer shall not consolidate or merge with or into any other Person, unless:

(i)    the Person (if other than the Issuer) formed by or surviving such consolidation or merger shall be a Person organized and existing under the laws of the United States of America or any state or the District of Columbia and shall expressly assume, by an indenture supplemental hereto, executed and delivered to the Indenture Trustee, in form reasonably satisfactory to the Indenture Trustee, the due and punctual payment of the principal of and interest on all Notes and to the Certificate Paying Agent, on behalf of the Certificateholders and the performance or observance of every agreement and covenant of this Indenture on the part of the Issuer to be performed or observed, all as provided herein;

(ii)    immediately after giving effect to such transaction, no Event of Default shall have occurred and be continuing;

(iii)    the Enhancer shall have consented thereto and each Rating Agency shall have notified the Issuer that such transaction will not cause a Rating Event, without taking into account the Policy;

(iv)    the Issuer shall have received an Opinion of Counsel (and shall have delivered copies thereof to the Indenture Trustee and the Enhancer) to the effect that such transaction will not have any material adverse tax consequence to the Issuer, any Noteholder or any Certificateholder;

(v)    any action that is necessary to maintain the lien and security interest created by this Indenture shall have been taken; and

(vi)    the Issuer shall have delivered to the Indenture Trustee an Officer's Certificate and an Opinion of Counsel each stating that such consolidation or merger and such supplemental indenture comply with this Article III and that all conditions precedent herein provided for relating to such transaction have been complied with (including any filing required by the Exchange Act).

(b)    The Issuer shall not convey or transfer any of its properties or assets, including those included in the Trust Estate, to any Person, unless:

(i)    the Person that acquires by conveyance or transfer the properties and assets of the Issuer the conveyance or transfer of which is hereby restricted shall (A) be a United States citizen or a Person organized and existing under the laws of the United States of America or any state, (B) expressly assumes, by an indenture supplemental hereto, executed and delivered to the Indenture Trustee, in form satisfactory to the Indenture Trustee, the due and punctual payment of the principal of and interest on all Notes and the performance or observance of every agreement and covenant of this Indenture on the part of the Issuer to be performed or observed, all as provided herein, (C) expressly agrees by means of such supplemental indenture that all right, title and interest so conveyed or transferred shall be subject and subordinate to the rights of Noteholders of the Notes, (D) unless otherwise provided in such supplemental indenture, expressly agrees to indemnify, defend and hold harmless the Issuer against and from any loss, liability or expense arising under or related to this Indenture and the Notes and (E) expressly agrees by means of such supplemental indenture that such Person (or if a group of Persons, then one specified Person) shall make all filings with the Commission (and any other appropriate Person) required by the Exchange Act in connection with the Notes;

(ii)    immediately after giving effect to such transaction, no Default or Event of Default shall have occurred and be continuing;

(iii)    the Enhancer shall have consented thereto, and each Rating Agency shall have notified the Issuer that such transaction will not cause a Rating Event, if determined without regard to the Policy;

(iv)    the Issuer shall have received an Opinion of Counsel (and shall have delivered copies thereof to the Indenture Trustee) to the effect that such transaction will not have any material adverse tax consequence to the Issuer or any Noteholder;

(v)    any action that is necessary to maintain the lien and security interest created by this Indenture shall have been taken; and

(vi)    the Issuer shall have delivered to the Indenture Trustee an Officer's Certificate and an Opinion of Counsel each stating that such conveyance or transfer and such supplemental indenture comply with this Article III and that all conditions precedent herein provided for relating to such transaction have been complied with (including any filing required by the Exchange Act).

Section 3.17    Successor or Transferee.

(a) Upon any consolidation or merger of the Issuer in accordance with Section 3.16(a), the Person formed by or surviving such consolidation or merger (if other than the Issuer) shall succeed to, and be substituted for, and may exercise every right and power of, the Issuer under this Indenture with the same effect as if such Person had been named as the Issuer herein.

(b) Upon a conveyance or transfer of all the assets and properties of the Issuer pursuant to Section 3.16(b), the Issuer shall be released from every covenant and agreement of this Indenture to be observed or performed on the part of the Issuer with respect to the Notes immediately upon the delivery of written notice to the Indenture Trustee of such conveyance or transfer.

Section 3.18    No Other Business. The Issuer shall not engage in any business other than financing, purchasing, owning and selling and managing the Mortgage Loans and the issuance of the Notes and Certificates in the manner contemplated by this Indenture and the Basic Documents and all activities incidental thereto.

Section 3.19    No Borrowing. The Issuer shall not issue, incur, assume, guarantee or otherwise become liable, directly or indirectly, for any indebtedness except for the Notes.

Section 3.20    Guarantees, Loans, Advances and Other Liabilities. Except as contemplated by this Indenture or the other Basic Documents, the Issuer shall not make any loan or advance or credit to, or guarantee (directly or indirectly or by an instrument having the effect of assuring another's payment or performance on any obligation or capability of so doing or otherwise), endorse or otherwise become contingently liable, directly or indirectly, in connection with the obligations, stocks or dividends of, or own, purchase, repurchase or acquire (or agree contingently to do so) any stock, obligations, assets or securities of, or any other interest in, or make any capital contribution to, any other Person.

Section 3.21    Capital Expenditures.    The Issuer shall not make any expenditure (by long-term or operating lease or otherwise) for capital assets (either realty or personalty).

Section 3.22    Owner Trustee Not Liable for Certificates or Related Documents.    The recitals contained herein shall be taken as the statements of the Issuer, and the Owner Trustee and the Indenture Trustee assume no responsibility for the correctness of the recitals contained herein. The Owner Trustee and the Indenture Trustee make no representations as to the validity

or sufficiency of this Indenture or any other Basic Document, of the Certificates (other than the signatures of the Owner Trustee or the Indenture Trustee on the Certificates) or the Notes, or of any Related Documents. The Owner Trustee and the Indenture Trustee shall at no time have any responsibility or liability with respect to the sufficiency of the Trust Estate or its ability to generate the payments to be distributed to Certificateholders under the Trust Agreement or the Noteholders under this Indenture, including, the compliance by the Depositor or the Sellers with any warranty or representation made under any Basic Document or in any related document or the accuracy of any such warranty or representation, or any action of the Certificate Paying Agent, the Certificate Registrar or any other person taken in the name of the Owner Trustee or the Indenture Trustee.

Section 3.23   Restricted Payments.   The Issuer shall not, directly or indirectly, (i) pay any dividend or make any distribution (by reduction of capital or otherwise), whether in cash, property, securities or a combination thereof, to the Owner Trustee or any owner of a beneficial interest in the Issuer or otherwise with respect to any ownership or equity interest or security in or of the Issuer, (ii) redeem, purchase, retire or otherwise acquire for value any such ownership or equity interest or security or (iii) set aside or otherwise segregate any amounts for any such purpose; provided, however, that the Issuer may make, or cause to be made, (x) distributions to the Owner Trustee and the Certificateholders as contemplated by, and to the extent funds are available for such purpose under, the Trust Agreement and (y) payments to the Servicer pursuant to the terms of the Servicing Agreement.   The Issuer will not, directly or indirectly, make payments to or distributions from the Custodial Account except in accordance with this Indenture and the other Basic Documents.

Section 3.24   Notice of Events of Default.   The Issuer shall give the Indenture Trustee, the Enhancer and the Rating Agencies prompt written notice of each Event of Default hereunder and under the Trust Agreement.

Section 3.25   Further Instruments and Acts.   Upon request of the Indenture Trustee, the Issuer shall execute and deliver such further instruments and do such further acts as may be reasonably necessary or proper to carry out more effectively the purposes of this Indenture.

Section 3.26   Statements to Noteholders.   On each Payment Date, each of the Indenture Trustee and the Certificate Registrar shall make available to the Depositor, the Owner Trustee, each Rating Agency, each Noteholder and each Certificateholder, with a copy to the Enhancer, the Servicing Certificate provided to the Indenture Trustee by the Servicer relating to such Payment Date and delivered pursuant to Section 4.01 of the Servicing Agreement.

The Indenture Trustee will make the Servicing Certificate (and, at its option, any additional files containing the same information in an alternative format) available each month to Securityholders and the Enhancer, and other parties to this Indenture via the Indenture Trustee's internet website.   The Indenture Trustee's internet website shall initially be located at "www.ctslink.com." Assistance in using the website can be obtained by calling the Indenture Trustee's customer service desk at (301) 815-6600. Parties that are unable to use the above distribution options are entitled to have a paper copy mailed to them via first class mail by calling the customer service desk and indicating such. The Indenture Trustee shall have the right

to change the way the statement to Securityholders are distributed in order to make such distribution more convenient or more accessible to the above parties and the Indenture Trustee shall provide timely and adequate notification to all above parties regarding any such changes. The Indenture Trustee may require registration and acceptance of a disclaimer in connection with providing access to its website.

Section 3.27    Determination of Note Rate.    On the second LIBOR Business Day immediately preceding (i) the Closing Date in the case of the first Interest Period and (ii) the first day of each succeeding Interest Period, the Indenture Trustee shall determine LIBOR and the applicable Note Rate for such Interest Period and shall inform the Issuer, the Servicer and the Depositor by means of the Indenture Trustee's online service.

Section 3.28    Payments under the Policy.

(a) (i)    If the Servicing Certificate specifies a Policy Draw Amount for any Payment Date, the Indenture Trustee shall make a draw on the Policy in an amount specified in the Servicing Certificate for such Payment Date or, if no amount is specified, the Indenture Trustee shall make a draw on the Policy in the amount by which the amount on deposit in the Note Payment Account is less than interest due on the Notes on such Payment Date.

(ii)    The Indenture Trustee shall deposit or cause to be deposited such Policy Draw Amount into the Note Payment Account on such Payment Date to the extent such amount relates to clause (a) of the definition of "Deficiency Amount" or clause (b) of the definition of "Insured Amount".

(iii)    To the extent such amount relates to clause (b) of the definition of "Deficiency Amount", the Indenture Trustee shall (i) during the Revolving Period, deposit such amount into the Funding Account as Principal Collections and (ii) during the Amortization Periods, deposit such amount into the Note Payment Account.

(b) The Indenture Trustee shall submit, if a Policy Draw Amount is specified in any statement to Securityholders prepared pursuant to Section 4.01 of the Servicing Agreement, the Notice (in the form attached as Exhibit A to the Policy) to the Enhancer no later than 12:00 noon, New York City time, on the second (2nd) Business Day prior to the applicable Payment Date.

Section 3.29    Replacement/Additional Enhancement.    The Issuer (or the Servicer on its behalf) may, at its expense, in accordance with and upon satisfaction of the conditions set forth herein, but shall not be required to, obtain a surety bond, letter of credit, guaranty or reserve account as a Permitted Investment for amounts on deposit in the Capitalized Interest Account, or may arrange for any other form of additional credit enhancement; provided, that after prior notice thereto, no Rating Agency shall have informed the Issuer that a Rating Event would occur as a result thereof (without taking the Policy into account); and provided further, that the issuer of any such instrument or facility and the timing and mechanism for drawing on such additional enhancement shall be acceptable to the Indenture Trustee and the Enhancer.    It shall be a condition to procurement of any such additional credit enhancement that there be delivered to the

Indenture Trustee and the Enhancer (a) an Opinion of Counsel, acceptable in form to the Indenture Trustee and the Enhancer, from counsel to the provider of such additional credit enhancement with respect to the enforceability thereof and such other matters as the Indenture Trustee or the Enhancer may require and (b) an Opinion of Counsel to the effect that the procurement of such additional enhancement would not (i) adversely affect in any material respect the tax status of the Notes or the Certificates or (ii) cause the Issuer to be taxable as an association (or a publicly traded partnership) for federal income tax purposes or to be classified as a taxable mortgage pool within the meaning of Section 7701(i) of the Code.

Section 3.30    Additional Representations of Issuer.

The Issuer hereby represents and warrants to the Indenture Trustee that as of the Closing Date:

(a) This Indenture creates a valid and continuing security interest (as defined in the applicable UCC) in the Loan Agreements in favor of the Indenture Trustee, which security interest is prior to all other Liens (except as expressly permitted otherwise in this Indenture), and is enforceable as such as against creditors of and purchasers from the Issuer.

(b) The Loan Agreements constitute "instruments" within the meaning of the applicable UCC.

(c) The Issuer owns and has good and marketable title to the Loan Agreements free and clear of any Lien of any Person.

(d) The original executed copy of each Loan Agreement (except for any Loan Agreement with respect to which a Lost Note Affidavit has been delivered to the Custodian) has been delivered to the Custodian.

(e) The Issuer has received a written acknowledgment from the Custodian that the Custodian is acting solely as agent of the Indenture Trustee for the benefit of the Noteholders.

(f) Other than the security interest granted to the Indenture Trustee pursuant to this Indenture, the Issuer has not pledged, assigned, sold, granted a security interest in, or otherwise conveyed any of the Loan Agreements. The Issuer has not authorized the filing of and is not aware of any financing statements against the Issuer that include a description of collateral covering the Loan Agreements other than any financing statement relating to the security interest granted to the Indenture Trustee hereunder or any security interest that has been terminated. The Issuer is not aware of any judgment or tax lien filings against the Issuer.

(g) None of the Loan Agreements has any marks or notations indicating that they have been pledged, assigned or otherwise conveyed to any Person other than the Indenture Trustee, except for (i) any endorsements that are part of a complete chain of endorsements from the originator of the Loan Agreement to the Indenture Trustee,

and (ii) any marks or notations pertaining to Liens that have been terminated or released.

(h) None of the provisions of this Section 3.30 shall be waived without the prior written confirmation from Standard & Poor's that such waiver shall not result in a reduction or withdrawal of the then-current rating of the Notes.

ARTICLE IV

The Notes; Satisfaction And Discharge Of Indenture

Section 4.01    The Notes; Variable Pay Revolving Notes

(a) The Term Notes shall be registered in the name of a nominee designated by the Depository. Beneficial Owners will hold interests in the Term Notes through the book-entry facilities of the Depository in minimum initial Term Note Balances of $25,000 and integral multiples of $1,000 in excess thereof.

The Indenture Trustee may for all purposes (including the making of payments due on the Notes) deal with the Depository as the authorized representative of the Beneficial Owners with respect to the Term Notes for the purposes of exercising the rights of Noteholders of Term Notes hereunder. Except as provided in the next succeeding paragraph of this Section 4.01, the rights of Beneficial Owners with respect to the Term Notes shall be limited to those established by law and agreements between such Beneficial Owners and the Depository and Depository Participants. Except as provided in Section 4.08, Beneficial Owners shall not be entitled to definitive certificates for the Term Notes as to which they are the Beneficial Owners. Requests and directions from, and votes of, the Depository as Noteholder of the Term Notes shall not be deemed inconsistent if they are made with respect to different Beneficial Owners. The Indenture Trustee may establish a reasonable record date in connection with solicitations of consents from or voting by Noteholders and give notice to the Depository of such record date. Without the consent of the Issuer and the Indenture Trustee, no Term Note may be transferred by the Depository except to a successor Depository that agrees to hold such Note for the account of the Beneficial Owners.

In the event the Depository Trust Company resigns or is removed as Depository, the Indenture Trustee, at the request of the Servicer and with the approval of the Issuer may appoint a successor Depository. If no successor Depository has been appointed within 30 days of the effective date of the Depository's resignation or removal, each Beneficial Owner shall be entitled to certificates representing the Notes it beneficially owns in the manner prescribed in Section 4.08.

The Notes shall, on original issue, be executed on behalf of the Issuer by the Owner Trustee, not in its individual capacity but solely as Owner Trustee and upon Issuer Order, authenticated by the Note Registrar and delivered by the Indenture Trustee to or upon the order of the Issuer.

(b) The Variable Pay Revolving Notes issued on the Closing Date shall be issued in definitive form and shall bear the designation "Class A-1 VPRN-1," "Class A-2 VPRN-1" and "Class A-3 VPRN-1," as applicable, and each new Class of Variable Pay Revolving Notes will be issued in definitive form and shall bear sequential numerical designations in the order of their issuance.

Section 4.02    Registration of and Limitations on Transfer and Exchange of Notes; Appointment of Certificate Registrar.  The Issuer shall cause to be kept at the Indenture Trustee's Corporate Trust Office a Note Register in which, subject to such reasonable regulations as it may prescribe, the Note Registrar shall provide for the registration of Notes and of transfers and exchanges of Notes as herein provided.  The Issuer hereby appoints the Indenture Trustee as the initial Note Registrar.

Subject to the restrictions and limitations set forth below, upon surrender for registration of transfer of any Note at the Corporate Trust Office, the Issuer shall execute, and the Note Registrar shall authenticate and deliver, in the name of the designated transferee or transferees, one or more new Notes in authorized initial Note Balances evidencing the same aggregate Percentage Interests.

No transfer, sale, pledge or other disposition of a Variable Pay Revolving Note shall be made unless such transfer, sale, pledge or other disposition is exempt from the registration requirements of the Securities Act, and any applicable state securities laws or is made in accordance with said Act and laws.  In the event of any such transfer, the Indenture Trustee or the Issuer shall require the transferee to either (i) execute an investment letter in substantially the form attached hereto as Exhibit B (or in such form and substance reasonably satisfactory to the Indenture Trustee and the Issuer) which investment letters shall not be an expense of the Owner Trustee, the Indenture Trustee, the Servicer, the Depositor or the Issuer and which investment letter states that, among other things, such transferee (a) is a "qualified institutional buyer" as defined under Rule 144A, acting for its own account or the accounts of other "qualified institutional buyers" as defined under Rule 144A, and (b) is aware that the proposed transferor intends to rely on the exemption from registration requirements under the Securities Act, provided by Rule 144A or (ii) deliver to the Indenture Trustee and the Issuer (a) an investment letter executed by the transferee in substantially the form of Exhibit D, (b) a representation letter executed by the transferor in substantially the form of Exhibit E and (c) an opinion of counsel to the effect that such transfer is not required to be registered under the Securities Act and the facts surrounding the transfer do not create a security that is required to be registered under the Securities Act, in each case, acceptable to and in form and substance reasonably satisfactory to the Issuer and the Indenture Trustee, which opinion and letters shall not be an expense of the Owner Trustee, the Indenture Trustee, the Servicer, the Depositor or the Issuer.  The Noteholder of a Variable Pay Revolving Note desiring to effect such transfer shall, and does hereby agree to, indemnify the Indenture Trustee, the Enhancer and the Issuer against any liability that may result if the transfer is not so exempt or is not made in accordance with such federal and state laws.  In addition, no transfer of any Variable Pay Revolving Note or any interest therein shall be made to any employee benefit plan or certain other retirement plans and arrangements, including individual retirement accounts and annuities, Keogh plans and bank collective investment funds and insurance company general or separate accounts in which such plans, accounts or

arrangements are invested, that are subject to ERISA or Section 4975 of the Code (collectively, a "Plan"), any Person acting, directly or indirectly, on behalf of any such Plan or any Person acquiring such Variable Pay Revolving Note with "plan assets" of a Plan within the meaning of the Department of Labor Regulations Section 2510.3-101 ("Plan Assets") unless the Indenture Trustee and the Servicer are provided with an Opinion of Counsel that establishes to the satisfaction of the Indenture Trustee and the Servicer that the purchase of such Variable Pay Revolving Note is permissible under applicable law, will not constitute or result in any prohibited transaction under ERISA or Section 4975 of the Code and will not subject the Indenture Trustee or the Servicer to any obligation or liability (including obligations or liabilities under ERISA or Section 4975 of the Code) in addition to those undertaken in this Indenture, which Opinion of Counsel shall not be an expense of the Indenture Trustee or the Servicer. In lieu of such Opinion of Counsel, any Person acquiring such Variable Pay Revolving Note shall provide a certification in the form of Exhibit G to the Trust Agreement, which the Indenture Trustee and the Servicer may rely upon without further inquiry or investigation. Neither an Opinion of Counsel nor a certification will be required in connection with the initial transfer of any such Variable Pay Revolving Note by the Owner Trust to the Depositor or any transfer from the Depositor to an Affiliate of the Depositor (in which case, the Depositor or any such Affiliate shall be deemed to have represented that the Depositor or such Affiliate, as applicable, is not a Plan or a Person investing Plan Assets of any Plan) and the Indenture Trustee shall be entitled to conclusively rely upon a representation (which shall be a written representation) from the Depositor of the status of such transferee as an Affiliate of the Depositor.

Until the earlier of (i) 10 days after the Targeted Final Payment Date for the related Class of Term Notes or (ii) the occurrence of an Early Amortization Event, no Variable Pay Revolving Note issued after the Closing Date, either at issuance or upon sale transfer, pledge or other disposition, will be registered in the name of any Holder unless such Holder shall have established, to the satisfaction of the Indenture Trustee and the Depositor, that such Holder is either an Initial Purchaser, any Affiliate thereof or a broker-dealer acquiring a Variable Pay Revolving Note for resale or has the Required Ratings (or its obligations are guaranteed by an entity that has the Required Ratings) or such Holder shall have been approved by Noteholders representing 51% of the aggregate Note Balance of each Class of Term Notes and the Enhancer (provided that no Enhancer Default or Insolvency Event with respect to the Enhancer has occurred and is continuing), which approval of the Enhancer shall not be unreasonably withheld; provided, that if the Enhancer shall not have notified the Depositor or the Indenture Trustee within five (5) days of receiving notice of a proposed transferee, that the Enhancer does not approve such Holder, such approval shall be deemed to have been made.

Subject to the foregoing, at the option of the Noteholders, Notes may be exchanged for other Notes of like tenor, in each case in authorized initial Note Balances evidencing the same aggregate Percentage Interests, upon surrender of the Notes to be exchanged at the Corporate Trust Office of the Note Registrar. Whenever any Notes are so surrendered for exchange, the Issuer shall execute and the Note Registrar shall authenticate and deliver the Notes which the Noteholder making the exchange is entitled to receive. Each Note presented or surrendered for registration of transfer or exchange shall (if so required by the Note Registrar) be duly endorsed by, or be accompanied by a written instrument of transfer in form reasonably satisfactory to the Note Registrar duly executed by, the Noteholder thereof or his attorney duly authorized in

writing with such signature guaranteed by a commercial bank or trust company located or having a correspondent located in The City of New York. Notes delivered upon any such transfer or exchange will evidence the same obligations, and will be entitled to the same rights and privileges, as the Notes surrendered.

No service charge shall be imposed for any registration of transfer or exchange of Notes, but the Note Registrar shall require payment of a sum sufficient to cover any tax or governmental charge that may be imposed in connection with any registration of transfer or exchange of Notes.

All Notes surrendered for registration of transfer and exchange shall be cancelled by the Note Registrar and delivered to the Indenture Trustee for subsequent destruction without liability on the part of either.

The Issuer hereby appoints the Indenture Trustee as Certificate Registrar to keep at its Corporate Trust Office a Certificate Register pursuant to Section 3.09 of the Trust Agreement in which, subject to such reasonable regulations as it may prescribe, the Certificate Registrar shall provide for the registration of Certificates and of transfers and exchanges thereof pursuant to Section 3.05 of the Trust Agreement. The Indenture Trustee hereby accepts such appointment.

Each purchaser of a Note, by its acceptance of the Note, shall be deemed to have represented that the acquisition of such Note by the purchaser does not constitute or give rise to a prohibited transaction under Section 406 of ERISA or Section 4975 of the Code, for which no statutory, regulatory or administrative exemption is available.

Section 4.03    Mutilated, Destroyed, Lost or Stolen Notes.    If (i) any mutilated Note is surrendered to the Indenture Trustee, or the Indenture Trustee receives evidence to its satisfaction of the destruction, loss or theft of any Note, and (ii) there is delivered to the Indenture Trustee such security or indemnity as may be required by it to hold the Issuer and the Indenture Trustee harmless, then, in the absence of notice to the Issuer, the Note Registrar or the Indenture Trustee that such Note has been acquired by a bona fide purchaser, and provided that the requirements of Section 8 405 of the UCC are met, the Issuer shall execute, and upon its request the Indenture Trustee shall authenticate and deliver, in exchange for or in lieu of any such mutilated, destroyed, lost or stolen Note, a replacement Note of the same class; provided, however, that if any such destroyed, lost or stolen Note, but not a mutilated Note, shall have become or within seven days shall be due and payable, instead of issuing a replacement Note, the Issuer may pay such destroyed, lost or stolen Note when so due or payable without surrender thereof. If, after the delivery of such replacement Note or payment of a destroyed, lost or stolen Note pursuant to the proviso to the preceding sentence, a bona fide purchaser of the original Note in lieu of which such replacement Note was issued presents for payment such original Note, the Issuer and the Indenture Trustee shall be entitled to recover such replacement Note (or such payment) from the Person to whom it was delivered or any Person taking such replacement Note from such Person to whom such replacement Note was delivered or any assignee of such Person, except a bona fide purchaser, and shall be entitled to recover upon the security or indemnity provided therefor to the extent of any loss, damage, cost or expense incurred by the Issuer or the Indenture Trustee in connection therewith.

Upon the issuance of any replacement Note under this Section 4.03, the Issuer may require the payment by the Noteholder of such Note of a sum sufficient to cover any tax or other governmental charge that may be imposed in relation thereto and any other reasonable expenses (including the fees and expenses of the Indenture Trustee) connected therewith.

Every replacement Note issued pursuant to this Section 4.03 in replacement of any mutilated, destroyed, lost or stolen Note shall constitute an original additional contractual obligation of the Issuer, whether or not the mutilated, destroyed, lost or stolen Note shall be at any time enforceable by anyone, and shall be entitled to all the benefits of this Indenture equally and proportionately with any and all other Notes duly issued hereunder.

The provisions of this Section 4.03 are exclusive and shall preclude (to the extent lawful) all other rights and remedies with respect to the replacement or payment of mutilated, destroyed, lost or stolen Notes.

Section 4.04    Persons Deemed Owners.    Prior to due presentment for registration of transfer of any Note, the Issuer, the Indenture Trustee and any agent of the Issuer or the Indenture Trustee may treat the Person in whose name any Note is registered (as of the day of determination) as the owner of such Note for the purpose of receiving payments of principal of and interest, if any, on such Note and for all other purposes whatsoever, whether or not such Note be overdue, and none of the Issuer, the Indenture Trustee or any agent of the Issuer or the Indenture Trustee shall be affected by notice to the contrary.

Section 4.05    Cancellation.    All Notes surrendered for payment, registration of transfer, exchange or redemption shall, if surrendered to any Person other than the Indenture Trustee, be delivered to the Indenture Trustee and shall be promptly cancelled by the Indenture Trustee. The Issuer may at any time deliver to the Indenture Trustee for cancellation any Notes previously authenticated and delivered hereunder which the Issuer may have acquired in any manner whatsoever, and all Notes so delivered shall be promptly cancelled by the Indenture Trustee. No Notes shall be authenticated in lieu of or in exchange for any Notes cancelled as provided in this Section 4.05, except as expressly permitted by this Indenture. All cancelled Notes may be held or disposed of by the Indenture Trustee in accordance with its standard retention or disposal policy as in effect at the time unless the Issuer shall direct by an Issuer Request that they be destroyed or returned to it; provided, however, that such Issuer Request is timely and the Notes have not been previously disposed of by the Indenture Trustee.

Section 4.06    Book-Entry Notes.    Each Class of Term Notes, upon original issuance, shall be issued in the form of typewritten Notes representing the Book-Entry Notes, to be delivered to The Depository Trust Company, the initial Depository, by, or on behalf of, the Issuer. Such Term Notes shall initially be registered on the Note Register in the name of Cede & Co., the nominee of the initial Depository, and no Beneficial Owner shall receive a Definitive Note representing such Beneficial Owner's interest in such Note, except as provided in Section 4.08. Unless and until definitive, fully registered Term Notes (such Term Notes, together with the Variable Pay Revolving Notes, the "Definitive Notes") have been issued to Beneficial Owners pursuant to Section 4.08:

(a) the provisions of this Section 4.06 shall be in full force and effect;

(b) the Note Registrar and the Indenture Trustee shall be entitled to deal with the Depository for all purposes of this Indenture (including the payment of principal of and interest on the Notes and the giving of instructions or directions hereunder) as the sole holder of the Term Notes, and shall have no obligation to the Beneficial Owners;

(c) to the extent that the provisions of this Section 4.06 conflict with any other provisions of this Indenture, the provisions of this Section 4.06 shall control;

(d) the rights of Beneficial Owners shall be exercised only through the Depository and shall be limited to those established by law and agreements between such Owners of Term Notes and the Depository or the Depository Participants. Unless and until Definitive Notes are issued pursuant to Section 4.08, the initial Depository will make book-entry transfers among the Depository Participants and receive and transmit payments of principal of and interest on the Notes to such Depository Participants; and

(e) whenever this Indenture requires or permits actions to be taken based upon instructions or directions of Noteholders of Term Notes evidencing a specified percentage of the Note Balances of the Term Notes, the Depository shall be deemed to represent such percentage only to the extent that it has received instructions to such effect from Beneficial Owners or Depository Participants owning or representing, respectively, such required percentage of the beneficial interest in the Term Notes and has delivered such instructions to the Indenture Trustee.

Section 4.07    Notices to Depository.  Whenever a notice or other communication to the Noteholders of the Term Notes is required under this Indenture, unless and until Definitive Term Notes shall have been issued to Beneficial Owners pursuant to Section 4.08, the Indenture Trustee shall give all such notices and communications specified herein to be given to Noteholders of the Term Notes to the Depository, and shall have no obligation to the Beneficial Owners.

Section 4.08    Definitive Notes.  Each Variable Pay Revolving Note shall be issued as a Definitive Note.  If (i) the Indenture Trustee determines that the Depository is no longer willing or able to properly discharge its responsibilities with respect to the Term Notes and the Indenture Trustee is unable to locate a qualified successor, (ii) the Depositor, with the prior consent of the Beneficial Owners, notifies the Indenture Trustee and the Depository that it has elected to terminate the book-entry system through the Depository, or (iii) after the occurrence of an Event of Default, Beneficial Owners of Term Notes representing beneficial interests aggregating at least a majority of the aggregate Term Note Balance of the Term Notes advise the Depository in writing that the continuation of a book-entry system through the Depository is no longer in the best interests of the Beneficial Owners, then the Depository shall notify all Beneficial Owners and the Indenture Trustee of the occurrence of any such event and of the availability of Definitive Notes to Beneficial Owners requesting the same.  Upon surrender to the Indenture Trustee of the typewritten Term Notes representing the Book-Entry Notes by the Depository (or Percentage Interest of the Book-Entry Notes being transferred pursuant to clause (iii) above), accompanied by registration instructions, the Issuer shall execute and the Indenture Trustee shall

authenticate the Definitive Notes in accordance with the instructions of the Depository. None of the Issuer, the Note Registrar or the Indenture Trustee shall be liable for any delay in delivery of such instructions, and each may conclusively rely on, and shall be protected in relying on, such instructions. Upon the issuance of Definitive Notes, the Indenture Trustee shall recognize the Noteholders of the Definitive Notes as Noteholders.

Section 4.09    Tax Treatment.    The Issuer has entered into this Indenture, and the Notes will be issued, with the intention that, for federal, state and local income, single business and franchise tax purposes, the Notes will be treated as indebtedness for purposes of such taxes. The Issuer, by entering into this Indenture, and each Noteholder, by its acceptance of its Note (and each Beneficial Owner by its acceptance of an interest in the applicable Book-Entry Note), agree to treat the Notes for federal, state and local income, single business and franchise tax purposes as indebtedness for purposes of such taxes.

Section 4.10    Satisfaction and Discharge of Indenture.    This Indenture shall cease to be of further effect with respect to the Notes except as to (i) rights of registration of transfer and exchange, (ii) substitution of mutilated, destroyed, lost or stolen Notes, (iii) rights of Noteholders to receive payments of principal thereof and interest thereon, (iv) Sections 3.03, 3.04, 3.06, 3.09, 3.16, 3.18 and 3.19, (v) the rights, obligations and immunities of the Indenture Trustee hereunder (including the rights of the Indenture Trustee under Section 6.07 and the obligations of the Indenture Trustee under Section 4.11) and (vi) the rights of Noteholders as beneficiaries hereof with respect to the property so deposited with the Indenture Trustee payable to all or any of them, and the Indenture Trustee, on demand of and at the expense of the Issuer, shall execute proper instruments acknowledging satisfaction and discharge of this Indenture with respect to the Notes, when:

        (A)    either:

        (1) all Notes theretofore authenticated and delivered (other than (i) Notes that have been destroyed, lost or stolen and that have been replaced or paid as provided in Section 4.03 and (ii) Notes for whose payment money has theretofore been deposited in trust or segregated and held in trust by the Issuer and thereafter repaid to the Issuer or discharged from such trust, as provided in Section 3.03) have been delivered to the Indenture Trustee for cancellation; or

        (2) all Notes not theretofore delivered to the Indenture Trustee for cancellation:

        a)  have become due and payable;

        b)  will become due and payable at the Final Payment Date within one year; or

        c)  have been declared immediately due and payable pursuant to Section 5.02.

and the Issuer has irrevocably deposited or caused to be irrevocably deposited with the Indenture Trustee cash or direct obligations of or obligations guaranteed by the United States of America (which will mature prior to the date such amounts are payable), in trust for such purpose, in an amount sufficient to pay and discharge the entire indebtedness on such Notes and Certificates then Outstanding not theretofore delivered to the Indenture Trustee for cancellation when due on the Final Payment Date, as evidenced to the Indenture Trustee by an accountant's letter or an Officer's Certificate of the Issuer;

        (B)     the Issuer has paid or caused to be paid all other sums payable hereunder and under the Insurance Agreement by the Issuer; and

        (C)     the Issuer has delivered to the Indenture Trustee and the Enhancer an Officer's Certificate and an Opinion of Counsel, each meeting the applicable requirements of Section 10.01 and each stating that all conditions precedent herein provided for relating to the satisfaction and discharge of this Indenture have been complied with and, if the Opinion of Counsel relates to a deposit made in connection with Section 4.10(A)(2)b. above, such opinion shall further be to the effect that such deposit will not have any material adverse tax consequences to the Issuer, any Noteholders or any Certificateholders.

Section 4.11   Application of Trust Money.   All monies deposited with the Indenture Trustee pursuant to Section 4.10 hereof shall be held in trust and applied by it, in accordance with the provisions of the Notes and this Indenture, to the payment, either directly or through any Paying Agent or Certificate Paying Agent, as the Indenture Trustee may determine, to the Securityholders of Securities, of all sums due and to become due thereon for principal and interest; but such monies need not be segregated from other funds except to the extent required herein or required by law.

Section 4.12   Subrogation and Cooperation.   The Issuer and the Indenture Trustee acknowledge that (i) to the extent the Enhancer makes payments under the Policy on account of principal of or interest on the Notes, the Enhancer will be fully subrogated to the rights the Noteholders to receive such principal and interest, and (ii) the Enhancer shall be paid such principal and interest only from the sources and in the manner provided herein and in the Insurance Agreement for the payment of such principal and interest.

The Indenture Trustee shall cooperate in all respects with any reasonable request by the Enhancer for action to preserve or enforce the Enhancer's rights or interest under this Indenture or the Insurance Agreement, consistent with this Indenture and without limiting the rights of the Noteholders as otherwise set forth in the Indenture, including upon the occurrence and continuance of a default under the Insurance Agreement, a request (which request shall be in writing) to take any one or more of the following actions:

        (i)     institute Proceedings for the collection of all amounts then payable on the Notes or under this Indenture in respect to the Notes and all amounts payable under the Insurance Agreement and to enforce any judgment obtained and collect from the Issuer monies adjudged due;

          (ii)     sell the Trust Estate or any portion thereof or rights or interest therein, at one or more public or private Sales (as defined in Section 5.15 hereof) called and conducted in any manner permitted by law;

          (iii)    file or record all assignments that have not previously been recorded;

          (iv)    institute Proceedings from time to time for the complete or partial foreclosure of this Indenture; and

          (v)    exercise any remedies of a secured party under the UCC and take any other appropriate action to protect and enforce the rights and remedies of the Enhancer hereunder.

Following the payment in full of the Notes, the Enhancer shall continue to have all rights and privileges provided to it under this Section and in all other provisions of this Indenture, until all amounts owing to the Enhancer have been paid in full.

Section 4.13    Repayment of Monies Held by Paying Agent.    In connection with the satisfaction and discharge of this Indenture with respect to the Notes, all monies then held by any Paying Agent (other than the Indenture Trustee) under the provisions of this Indenture with respect to such Notes shall, upon demand of the Issuer, be paid to the Indenture Trustee to be held and applied according to Section 3.05; and thereupon, such Paying Agent shall be released from all further liability with respect to such monies.

Section 4.14    Temporary Notes.    Pending the preparation of any Definitive Notes, the Issuer may execute and upon its written direction, the Indenture Trustee may authenticate and make available for delivery, temporary Notes that are printed, lithographed, typewritten, photocopied or otherwise produced, in any denomination, substantially of the tenor of the Definitive Notes in lieu of which they are issued and with such appropriate insertions, omissions, substitutions and other variations as the officers executing such Notes may determine, as evidenced by their execution of such Notes.

If temporary Notes are issued, the Issuer will cause Definitive Notes to be prepared without unreasonable delay. After the preparation of the Definitive Notes, the temporary Notes shall be exchangeable for Definitive Notes upon surrender of the temporary Notes at the office or agency of the Indenture Trustee, without charge to the Noteholder.    Upon surrender for cancellation of any one or more temporary Notes, the Issuer shall execute and the Indenture Trustee shall authenticate and make available for delivery, in exchange therefor, Definitive Notes of authorized denominations and of like tenor and aggregate principal amount.    Until so exchanged, such temporary Notes shall in all respects be entitled to the same benefits under this Indenture as Definitive Notes.

ARTICLE V

Default And Remedies

Section 5.01    Events of Default.  The Issuer shall deliver to the Indenture Trustee and the Enhancer, within five days after learning of the occurrence of any event that with the giving of notice and the lapse of time would become an Event of Default under clause (c) of the definition of "Event of Default" written notice in the form of an Officer's Certificate of its status and what action the Issuer is taking or proposes to take with respect thereto.

Section 5.02    Acceleration of Maturity; Rescission and Annulment.  If an Event of Default shall occur and be continuing, then and in every such case the Indenture Trustee, acting at the direction of the Enhancer or the Noteholders of Notes representing not less than a majority of the aggregate Note Balance of the Notes, with the written consent of the Enhancer (so long as no Enhancer Default exists), may declare the Notes to be immediately due and payable by a notice in writing to the Issuer (and to the Indenture Trustee if given by Noteholders); and upon any such declaration, the unpaid principal amount of the Notes, together with accrued and unpaid interest thereon through the date of acceleration, shall become immediately due and payable.

At any time after such declaration of acceleration of maturity with respect to an Event of Default has been made and before a judgment or decree for payment of the money due has been obtained by the Indenture Trustee as hereinafter provided in this Article V, the Enhancer or the Noteholders of Notes representing a majority of the aggregate Note Balance of the Notes, with the written consent of the Enhancer, by written notice to the Issuer and the Indenture Trustee, may in writing waive the related Event of Default and rescind and annul such declaration and its consequences if:

(a) the Issuer has paid or deposited with the Indenture Trustee a sum sufficient to pay:

(i)    all payments of principal of and interest on the Notes and all other amounts that would then be due hereunder or upon the Notes if the Event of Default giving rise to such acceleration had not occurred;

(ii)    all sums paid or advanced by the Indenture Trustee hereunder and the reasonable compensation, expenses, disbursements and advances of the Indenture Trustee and its agents and counsel; and

(iii)    all Events of Default, other than the nonpayment of the principal of the Notes that has become due solely by such acceleration, have been cured or waived as provided in Section 5.12;

provided that no such waiver shall be effective following an Early Amortization Event if the requisite consents of the Noteholders and the Enhancer have been obtained with respect to a sale or other liquidation of the Trust Estate pursuant to Section 5.04(a).

No such rescission shall affect any subsequent default or impair any right consequent thereto.

Section 5.03    <u>Collection of Indebtedness and Suits for Enforcement by Indenture Trustee.</u>

(a) The Issuer covenants that if default in the payment of (i) any interest on any Note when the same becomes due and payable, and such default continues for a period of five days, or (ii) the principal of or any installment of the principal of any Note when the same becomes due and payable, the Issuer shall, upon demand of the Indenture Trustee, pay to it, for the benefit of the Noteholders, the entire amount then due and payable on the Notes for principal and interest, with interest on the overdue principal, and in addition thereto such further amount as shall be sufficient to cover the costs and expenses of collection, including the reasonable compensation, expenses, disbursements and advances of the Indenture Trustee and its agents and counsel.

(b) In case the Issuer shall fail forthwith to pay such amounts upon such demand, the Indenture Trustee, in its own name and as trustee of an express trust, subject to the provisions of Section 10.17 hereof, may institute a Proceeding for the collection of the sums so due and unpaid, and may prosecute such Proceeding to judgment or final decree, and may enforce the same against the Issuer or other obligor on the Notes and collect in the manner provided by law out of the property of the Issuer or other obligor on the Notes, wherever situated, the monies adjudged or decreed to be payable.

(c) If an Event of Default shall occur and be continuing, the Indenture Trustee, subject to the provisions of Section 10.17 hereof, may, as more particularly provided in Section 5.04, in its discretion proceed to protect and enforce its rights and the rights of the Noteholders by such appropriate Proceedings as the Indenture Trustee shall deem most effective to protect and enforce any such rights, whether for the specific enforcement of any covenant or agreement in this Indenture or in aid of the exercise of any power granted herein, or to enforce any other proper remedy or legal or equitable right vested in the Indenture Trustee by this Indenture or by law.

(d) If there shall be pending, relative to the Issuer or any other obligor on the Notes or any Person having or claiming an ownership interest in the Trust Estate, Proceedings under Title 11 of the United States Code or any other applicable federal or state bankruptcy, insolvency or other similar law, or if a receiver, assignee or trustee in bankruptcy or reorganization, liquidator, sequestrator or similar official shall have been appointed for or taken possession of the Issuer or its property or such other obligor or Person, or if there shall be any other comparable judicial Proceedings relative to the Issuer or other any other obligor on the Notes, or relative to the creditors or property of the Issuer or such other obligor, then the Indenture Trustee, irrespective of whether the principal of any Notes shall then be due and payable as therein expressed or by declaration or otherwise, and irrespective of whether the Indenture Trustee shall have made any demand pursuant to the provisions of this Section, shall be entitled and empowered, by intervention in such Proceedings or otherwise:

(i)    to file and prove a claim or claims for the entire amount of principal and interest owing and unpaid in respect of the Notes and to file such other papers or documents as may be necessary or advisable in order to have the claims of the Indenture Trustee (including any claim for reasonable compensation to the Indenture Trustee and each predecessor Indenture Trustee, and their respective agents, attorneys and counsel, and for reimbursement of all expenses and liabilities incurred, and all advances made, by the Indenture Trustee and each predecessor Indenture Trustee, except as a result of negligence, willful misconduct or bad faith) and of the Noteholders allowed in such Proceedings;

(ii)    unless prohibited by applicable law and regulations, to vote on behalf of the Noteholders in any election of a trustee, a standby trustee or Person performing similar functions in any such Proceedings;

(iii)    to collect and receive any monies or other property payable or deliverable on any such claims and to distribute all amounts received with respect to the claims of the Noteholders and of the Indenture Trustee on their behalf; and

(iv)    to file such proofs of claim and other papers or documents as may be necessary or advisable in order to have the claims of the Indenture Trustee or the Noteholders allowed in any judicial proceedings relative to the Issuer, its creditors and its property;

and any trustee, receiver, liquidator, custodian or other similar official in any such Proceeding is hereby authorized by each of such Noteholders to make payments to the Indenture Trustee, and, in the event the Indenture Trustee shall consent to the making of payments directly to such Noteholders, to pay to the Indenture Trustee such amounts as shall be sufficient to cover reasonable compensation to the Indenture Trustee, each predecessor Indenture Trustee and their respective agents, attorneys and counsel, and all other expenses and liabilities incurred, and all advances made, by the Indenture Trustee and each predecessor Indenture Trustee, except as a result of negligence, willful misconduct or bad faith.

(e) Nothing herein contained shall be deemed to authorize the Indenture Trustee to authorize or consent to or vote for or accept or adopt on behalf of any Noteholder any plan of reorganization, arrangement, adjustment or composition affecting the Notes or the rights of any Noteholder thereof or to authorize the Indenture Trustee to vote in respect of the claim of any Noteholder in any such proceeding except, as aforesaid, to vote for the election of a trustee in bankruptcy or similar Person.

(f) All rights of action and of asserting claims under this Indenture, or under any of the Notes, may be enforced by the Indenture Trustee without the possession of any of the Notes or the production thereof in any trial or other Proceedings relative thereto, and any such action or proceedings instituted by the Indenture Trustee shall be brought in its own name as trustee of an express trust, and any recovery of judgment, subject to the payment of the expenses, disbursements and compensation of the Indenture Trustee, each predecessor Indenture Trustee

and their respective agents and attorneys, shall be for the ratable benefit of the Holders of the Term Notes and the Variable Pay Revolving Notes, as applicable.

(g) In any Proceedings to which the Indenture Trustee shall be a party (including any Proceedings involving the interpretation of any provision of this Indenture), the Indenture Trustee shall be held to represent all Noteholders, and it shall not be necessary to make any Noteholder a party to any such Proceedings.

Section 5.04    Remedies; Priorities.

(a) If an Event of Default shall have occurred and be continuing, then the Indenture Trustee, subject to the provisions of Section 10.17 hereof, with the written consent of the Enhancer may, or, at the written direction of the Enhancer, shall, do one or more of the following, in each case subject to Section 5.05:

(i)    institute Proceedings in its own name and as trustee of an express trust for the collection of all amounts then payable on the Notes or under this Indenture with respect thereto, whether by declaration or otherwise, and all amounts payable under the Insurance Agreement, enforce any judgment obtained, and collect from the Issuer and any other obligor on the Notes monies adjudged due;

(ii)    institute Proceedings from time to time for the complete or partial foreclosure of this Indenture with respect to the Trust Estate;

(iii)    exercise any remedies of a secured party under the UCC and take any other appropriate action to protect and enforce the rights and remedies of the Indenture Trustee and the Noteholders; and

(iv)    sell the Trust Estate or any portion thereof or rights or interest therein, at one or more public or private sales called and conducted in any manner permitted by law;

provided, however, that the Indenture Trustee may not sell or otherwise liquidate the Trust Estate following an Event of Default, unless (A) the Indenture Trustee obtains the consent of the Enhancer, which consent will not be unreasonably withheld, and the Noteholders of 100% of the aggregate Note Balance of the Notes, (B) the proceeds of such sale or liquidation distributable to Noteholders are sufficient to discharge in full all amounts then due and unpaid upon the Notes for principal and interest and to reimburse the Enhancer for any amounts drawn under the Policy and any other amounts due the Enhancer under the Insurance Agreement or (C) the Indenture Trustee determines that the Mortgage Loans will not continue to provide sufficient funds for the payment of principal of and interest on the Notes as they would have become due if the Notes had not been declared due and payable, and the Indenture Trustee obtains the consent of the Enhancer, which consent will not be unreasonably withheld, and the Noteholders of 66 2/3% of the aggregate Note Balance of the Notes. In determining such sufficiency or insufficiency with respect to clause (B) and (C) above, the Indenture Trustee may, but need not, obtain and rely, and shall be protected in relying in good faith, upon an opinion of an Independent investment banking or accounting firm of national reputation as to the feasibility of such proposed action

and as to the sufficiency of the Trust Estate for such purpose. Notwithstanding the foregoing, provided that a Servicing Default shall not have occurred, any Sale (as defined in Section 5.15 hereof) of the Trust Estate shall be made subject to the continued servicing of the Mortgage Loans by the Servicer as provided in the Servicing Agreement. Notwithstanding any sale of the Mortgage Loans pursuant to this Section 5.04(a), the Indenture Trustee shall, for so long as any principal or accrued interest on the Notes remains unpaid, continue to act as Indenture Trustee hereunder and to draw amounts payable under the Policy in accordance with its terms.

(b) If the Indenture Trustee collects any money or property pursuant to this Article V, it shall pay out such money or property in the following order:

FIRST:    to the Indenture Trustee for amounts due under Section 6.07;

SECOND:    to the Noteholders for amounts due and unpaid on the related Notes for interest, including accrued and unpaid interest on the Notes for any prior Payment Date, ratably, without preference or priority of any kind, according to the amounts due and payable on such Notes for interest from amounts available in the Trust Estate for such Noteholders, but excluding any Interest Shortfalls;

THIRD:    to the Noteholders for amounts due and unpaid on the related Notes for principal, ratably, without preference or priority of any kind, according to the amounts due and payable on such Notes for principal, from amounts available in the Trust Estate for such Noteholders, until the respective Note Balances of such Notes have been reduced to zero;

FOURTH:    to the payment of all amounts due and owing the Enhancer under the Insurance Agreement;

FIFTH:    to the Noteholders for amounts due and unpaid on the related Notes for Interest Shortfalls, if any, including any unpaid Interest Shortfalls on the Notes for any prior Payment Date, ratably, without preference or priority of any kind, according to such amounts due and payable from amounts available in the Trust Estate for such Noteholders;

SIXTH:    to the Certificate Paying Agent for amounts due under Article VIII of the Trust Agreement; and

SEVENTH:    to the payment of the remainder, if any, to the Issuer or any other person legally entitled thereto.

The Indenture Trustee may fix a record date and payment date for any payment to Noteholders pursuant to this Section 5.04.    At least 15 days before such record date, the Indenture Trustee shall mail to each Noteholder a notice that states the record date, the payment date and the amount to be paid.

Section 5.05    Optional Preservation of the Trust Estate.  If the Notes have been declared due and payable under Section 5.02 following an Event of Default and such declaration and its

consequences have not been rescinded and annulled, the Indenture Trustee may, but need not (but shall at the written direction of the Enhancer), elect to take and maintain possession of the Trust Estate; provided that no such waiver shall be effective following an Early Amortization Event if the requisite consents of the Noteholders and the Enhancer have been obtained with respect to a sale or other liquidation of the Trust Estate pursuant to Section 5.04(a). It is the desire of the parties hereto and the Noteholders that there be at all times sufficient funds for the payment of principal of and interest on the Notes and other obligations of the Issuer including payment to the Enhancer, and the Indenture Trustee shall take such desire into account when determining whether or not to take and maintain possession of the Trust Estate. In determining whether to take and maintain possession of the Trust Estate, the Indenture Trustee may, but need not, obtain and rely, and shall be protected in relying in good faith, upon an opinion of an Independent investment banking or accounting firm of national reputation as to the feasibility of such proposed action and as to the sufficiency of the Trust Estate for such purpose.

Section 5.06    Limitation of Suits. No Noteholder shall have any right to institute any Proceeding, judicial or otherwise, with respect to this Indenture, or for the appointment of a receiver or trustee, or for any other remedy hereunder, unless and subject to the provisions of Section 10.17 hereof:

(a) such Noteholder shall have previously given written notice to the Indenture Trustee of a continuing Event of Default;

(b) the Noteholders of not less than 25% of the aggregate Note Balance of the Notes shall have made written request to the Indenture Trustee to institute such Proceeding in respect of such Event of Default in its own name as Indenture Trustee hereunder;

(c) such Noteholder or Noteholders shall have offered the Indenture Trustee reasonable indemnity against the costs, expenses and liabilities to be incurred by it in complying with such request;

(d) the Indenture Trustee for 60 days after its receipt of such notice, request and offer of indemnity shall have failed to institute such Proceedings; and

(e) no direction inconsistent with such written request shall have been given to the Indenture Trustee during such 60-day period by the Noteholders of a majority of the aggregate Note Balance of the Notes or by the Enhancer.

It is understood and intended that no Noteholder shall have any right in any manner whatever by virtue of, or by availing itself of, any provision of this Indenture to affect, disturb or prejudice the rights of any other Noteholders or to obtain or to seek to obtain priority or preference over any other Noteholders or to enforce any right under this Indenture, except in the manner herein provided.

In the event the Indenture Trustee shall receive conflicting or inconsistent requests and indemnity from two or more groups of Noteholders, each representing less than a majority of the aggregate Note Balance of the Notes, the Indenture Trustee shall act at the direction of the group of Noteholders with the greater Note Balance. In the event that the Indenture Trustee shall

receive conflicting or inconsistent requests and indemnity from two or more groups of Noteholders representing the same Note Balance, then the Indenture Trustee in its sole discretion may determine what action, if any, shall be taken, notwithstanding any other provisions of this Indenture.

Section 5.07    Unconditional Rights of Noteholders to Receive Principal and Interest. Subject to the provisions of this Indenture, the Noteholder of any Note shall have the right, which is absolute and unconditional, to receive payment of the principal of and interest, if any, on such Note on or after the respective due dates thereof expressed in such Note or in this Indenture and to institute suit for the enforcement of any such payment, and such right shall not be impaired without the consent of such Noteholder.

Section 5.08    Restoration of Rights and Remedies.    If the Indenture Trustee or any Noteholder has instituted any Proceeding to enforce any right or remedy under this Indenture and such Proceeding has been discontinued or abandoned for any reason or has been determined adversely to the Indenture Trustee or to such Noteholder, then and in every such case the Issuer, the Indenture Trustee and the Noteholders shall, subject to any determination in such Proceeding, be restored severally and respectively to their former positions hereunder, and thereafter all rights and remedies of the Indenture Trustee and the Noteholders shall continue as though no such Proceeding had been instituted.

Section 5.09    Rights and Remedies Cumulative.    No right or remedy herein conferred upon or reserved to the Indenture Trustee, the Enhancer or the Noteholders is intended to be exclusive of any other right or remedy, and every right and remedy shall, to the extent permitted by law, be cumulative and in addition to every other right and remedy given hereunder or now or hereafter existing at law, in equity or otherwise.    The assertion or employment of any right or remedy hereunder, or otherwise, shall not prevent the concurrent assertion or employment of any other appropriate right or remedy.

Section 5.10    Delay or Omission Not a Waiver.    No delay or omission of the Indenture Trustee, the Enhancer or any Noteholder to exercise any right or remedy accruing upon any Event of Default shall impair any such right or remedy or constitute a waiver of any such Event of Default or an acquiescence therein.    Every right and remedy given by this Article V or by law to the Indenture Trustee or to the Noteholders may be exercised from time to time, and as often as may be deemed expedient, by the Indenture Trustee or by the Noteholders, as the case may be.

Section 5.11    Control by Enhancer or Noteholders.    The Enhancer (so long as no Enhancer Default exists) or the Noteholders of a majority of the aggregate Note Balance of Notes with the consent of the Enhancer, shall have the right to direct the time, method and place of conducting any Proceeding for any remedy available to the Indenture Trustee with respect to the Notes or exercising any trust or power conferred on the Indenture Trustee, provided that:

(a)    such direction shall not be in conflict with any rule of law or with this Indenture;

(b) subject to the express terms of Section 5.04, any direction to the Indenture Trustee to sell or liquidate the Trust Estate shall be by the Enhancer (so long as no Enhancer Default exists) or by the Noteholders of Notes representing not less than 100% of the aggregate Note Balance of the Notes with the consent of the Enhancer;

(c) if the conditions set forth in Section 5.05 shall have been satisfied and the Indenture Trustee elects to retain the Trust Estate pursuant to such Section, then any direction to the Indenture Trustee by Noteholders of Notes representing less than 100% of the aggregate Note Balance of the Notes to sell or liquidate the Trust Estate shall be of no force and effect; and

(d) the Indenture Trustee may take any other action deemed proper by the Indenture Trustee that is not inconsistent with such direction.

Notwithstanding the rights of Noteholders set forth in this Section, subject to Section 6.01, the Indenture Trustee need not take any action that it determines (in its sole discretion) might involve it in liability or might materially adversely affect the rights of any Noteholders not consenting to such action, unless the Trustee has received satisfactory indemnity from the Enhancer or a Noteholder.

Section 5.12    Waiver of Past Defaults. Prior to the declaration of the acceleration of the maturity of the Notes as provided in Section 5.02, the Enhancer (so long as no Enhancer Default exists) or the Noteholders of not less than a majority of the aggregate Note Balance of the Notes, with the consent of the Enhancer, may waive any past Event of Default and its consequences, except an Event of Default (a) with respect to payment of principal of or interest on any of the Notes or (b) in respect of a covenant or provision hereof that cannot be modified or amended without the consent of the Noteholder of each Note. In the case of any such waiver, the Issuer, the Indenture Trustee and the Noteholders shall be restored to their respective former positions and rights hereunder; but no such waiver shall extend to any subsequent or other Event of Default or impair any right consequent thereto.

Upon any such waiver, any Event of Default arising therefrom shall be deemed to have been cured and not to have occurred, for every purpose of this Indenture; but no such waiver shall extend to any subsequent or other Event of Default or impair any right consequent thereto.

Section 5.13    Undertaking for Costs. All parties to this Indenture agree, and each Noteholder by such Noteholder's acceptance of the related Note shall be deemed to have agreed, that any court may in its discretion require, in any Proceeding for the enforcement of any right or remedy under this Indenture, or in any Proceeding against the Indenture Trustee for any action taken, suffered or omitted by it as Indenture Trustee, the filing by any party litigant in such Proceeding of an undertaking to pay the costs of such Proceeding, and that such court may in its discretion assess reasonable costs, including reasonable attorneys' fees, against any party litigant in such Proceeding, having due regard to the merits and good faith of the claims or defenses made by such party litigant; but the provisions of this Section 5.13 shall not apply to (a) any Proceeding instituted by the Indenture Trustee, (b) any Proceeding instituted by any Noteholder, or group of Noteholders, in each case holding in the aggregate more than 10% of the aggregate Note Balance of the Notes or (c) any Proceeding instituted by any Noteholder for the

enforcement of the payment of principal of or interest on any Note on or after the respective due dates expressed in such Note and in this Indenture.

Section 5.14    Waiver of Stay or Extension Laws.  The Issuer covenants (to the extent that it may lawfully do so) that it will not at any time insist upon, or plead or in any manner whatsoever, claim or take the benefit or advantage of, any stay or extension law wherever enacted, now or at any time hereafter in force, that may affect the covenants or the performance of this Indenture; and the Issuer (to the extent that it may lawfully do so) hereby expressly waives all benefit or advantage of any such law, and covenants that it shall not hinder, delay or impede the execution of any power herein granted to the Indenture Trustee, but will suffer and permit the execution of every such power as though no such law had been enacted.

Section 5.15    Sale of Trust Estate.

(a) The power to effect any sale or other disposition (a "Sale") of any portion of the Trust Estate pursuant to Section 5.04 is expressly subject to the provisions of Section 5.05 and this Section 5.15.  The power to effect any such Sale shall not be exhausted by any one or more Sales as to any portion of the Trust Estate remaining unsold, but shall continue unimpaired until the entire Trust Estate shall have been sold or all amounts payable on the Notes and under this Indenture and under the Insurance Agreement shall have been paid.  The Indenture Trustee may from time to time postpone any public Sale by public announcement made at the time and place of such Sale.  The Indenture Trustee hereby expressly waives its right to any amount fixed by law as compensation for any Sale.

(b) The Indenture Trustee shall not in any private Sale sell the Trust Estate, or any portion thereof, unless:

(i)    the Noteholders of all Notes and the Enhancer direct the Indenture Trustee to make such Sale in accordance with the provisions of Section 5.04,

(ii)    the proceeds of such Sale would be not less than the entire amount that would be payable to the Noteholders under the Notes, the Certificateholders under the Certificates and the Enhancer in respect of amounts drawn under the Policy and any other amounts due the Enhancer under the Insurance Agreement, in full payment thereof in accordance with Section 5.02, on the Payment Date next succeeding the date of such Sale, or

(iii)    the Indenture Trustee determines, in its sole discretion, that the conditions for retention of the Trust Estate set forth in Section 5.05 cannot be satisfied (in making any such determination, the Indenture Trustee may rely and shall be protected in relying in good faith upon an opinion of an Independent investment banking firm obtained and delivered as provided in Section 5.05), and the Enhancer consents to such Sale (which consent shall not be unreasonably withheld), and the Noteholders of Notes representing at least 66 2/3% of the aggregate Note Balance of the Notes consent to such Sale.

The purchase by the Indenture Trustee of all or any portion of the Trust Estate at a private Sale shall not be deemed a Sale or other disposition thereof for purposes of this Section 5.15(b).

(c) Unless the Noteholders and the Enhancer shall have otherwise consented or directed the Indenture Trustee, at any public Sale of all or any portion of the Trust Estate at which a minimum bid equal to or greater than the amount described in paragraph (ii) of Section 5.15(b) has not been established by the Indenture Trustee and no Person bids an amount equal to or greater than such amount, then the Indenture Trustee shall bid an amount at least $1.00 more than the highest other bid, which bid shall be subject to the provisions of Section 5.15(d)(ii) herein.

(d) In connection with a Sale of all or any portion of the Trust Estate:

(i)    any Noteholder may bid for and, with the consent of the Enhancer, purchase the property offered for sale, and upon compliance with the terms of sale may hold, retain and possess and dispose of such property, without further accountability, and may, in paying the purchase money therefor, deliver any Notes or claims for interest thereon in lieu of cash up to the amount which shall, upon distribution of the net proceeds of such sale, be payable thereon, and such Notes, in case the amounts so payable thereon shall be less than the amount due thereon, shall be returned to the Noteholders thereof after being appropriately stamped to show such partial payment;

(ii)    the Indenture Trustee may bid for and acquire the property offered for Sale in connection with any Sale thereof and, subject to any requirements of, and to the extent permitted by, applicable law in connection therewith, may purchase all or any portion of the Trust Estate in a private sale. In lieu of paying cash therefor, the Indenture Trustee may make settlement for the purchase price by crediting the gross Sale price against the sum of (A) the amount that would be distributable to the Noteholders and the Certificateholders and amounts owing to the Enhancer as a result of such Sale in accordance with Section 5.04(b) on the Payment Date next succeeding the date of such Sale and (B) the expenses of the Sale and of any Proceedings in connection therewith that are reimbursable to it, without being required to produce the Notes in order to complete any such Sale or in order for the net Sale price to be credited against such Notes, and any property so acquired by the Indenture Trustee shall be held and dealt with by it in accordance with the provisions of this Indenture;

(iii)    the Indenture Trustee shall execute and deliver an appropriate instrument of conveyance transferring its interest in any portion of the Trust Estate in connection with a Sale thereof;

(iv)    the Indenture Trustee is hereby irrevocably appointed the agent and attorney-in-fact of the Issuer to transfer and convey its interest in any portion of the Trust Estate in connection with a Sale thereof, and to take all action necessary to effect such Sale; and

(v)    no purchaser or transferee at such a Sale shall be bound to ascertain the Indenture Trustee's authority, inquire into the satisfaction of any conditions precedent or see to the application of any monies.

Section 5.16    <u>Action on Notes</u>.    The Indenture Trustee's right to seek and recover judgment on the Notes or under this Indenture shall not be affected by the seeking, obtaining or application of any other relief under or with respect to this Indenture.    Neither the lien of this Indenture nor any rights or remedies of the Indenture Trustee or the Noteholders shall be impaired by the recovery of any judgment by the Indenture Trustee against the Issuer or by the levy of any execution under such judgment upon any portion of the Trust Estate or upon any of the assets of the Issuer.    Any money or property collected by the Indenture Trustee shall be applied in accordance with Section 5.04(b).

Section 5.17    <u>Performance and Enforcement of Certain Obligations</u>.

(a) Promptly following a written request from the Enhancer or the Indenture Trustee (with the written consent of the Enhancer), the Issuer, in its capacity as owner of the Mortgage Loans, shall, with the written consent of the Enhancer, take all such lawful action as the Indenture Trustee may request to cause the Issuer to compel or secure the performance and observance by the Sellers and the Servicer, as applicable, of each of their obligations to the Issuer under or in connection with the Purchase Agreement and the Servicing Agreement, and to exercise any and all rights, remedies, powers and privileges lawfully available to the Issuer under or in connection with the Purchase Agreement and the Servicing Agreement to the extent and in the manner directed by the Indenture Trustee, as pledgee of the Mortgage Loans, including the transmission of notices of default on the part of the Sellers or the Servicer thereunder and the institution of legal or administrative actions or proceedings to compel or secure performance by the Sellers or the Servicer of each of their obligations under the Purchase Agreement and the Servicing Agreement.

(b) If an Event of Default shall have occurred and be continuing, the Indenture Trustee, as pledgee of the Mortgage Loans, subject to the rights of the Enhancer under the Servicing Agreement, may, and at the direction (which direction shall be in writing or by telephone (confirmed in writing promptly thereafter)) of the Noteholders of 66 2/3% of the aggregate Note Balance of the Notes, shall, exercise all rights, remedies, powers, privileges and claims of the Issuer against the Sellers or the Servicer under or in connection with the Purchase Agreement and the Servicing Agreement, including the right or power to take any action to compel or secure performance or observance by the Sellers or the Servicer, as the case may be, of each of their obligations to the Issuer thereunder and to give any consent, request, notice, direction, approval, extension or waiver under the Purchase Agreement and the Servicing Agreement, as the case may be, and any right of the Issuer to take such action shall not be suspended.    In connection therewith, as determined by the Indenture Trustee, the Issuer shall take all actions necessary to effect the transfer of the Mortgage Loans to the Indenture Trustee.

ARTICLE VI

The Indenture Trustee

Section 6.01    Duties of Indenture Trustee.

(a) If an Event of Default shall have occurred and be continuing, the Indenture Trustee shall exercise the rights and powers vested in it by this Indenture and use the same degree of care and skill in their exercise as a prudent Person would exercise or use under the circumstances in the conduct of such Person's own affairs.

(b) Except during the continuance of an Event of Default:

(i)    the Indenture Trustee undertakes to perform such duties and only such duties as are specifically set forth in this Indenture and no implied covenants or obligations shall be read into this Indenture against the Indenture Trustee; and

(ii)    in the absence of bad faith on its part, the Indenture Trustee may conclusively rely, as to the truth of the statements and the correctness of the opinions expressed therein, upon certificates, reports or opinions furnished to the Indenture Trustee and conforming to the requirements of this Indenture; provided, however, that the Indenture Trustee shall examine the certificates, reports and opinions to determine whether or not they conform to the requirements of this Indenture.

(c) The Indenture Trustee may not be relieved from liability for its own negligent action, its own negligent failure to act or its own willful misconduct, except that:

(i)    this paragraph does not limit the effect of Section 6.01(a);

(ii)    the Indenture Trustee shall not be liable for any error of judgment made in good faith by a Responsible Officer unless it is proved that the Indenture Trustee was negligent in ascertaining the pertinent facts; and

(iii)    the Indenture Trustee shall not be liable with respect to any action it takes or omits to take in good faith in accordance with a direction received by it pursuant to Section 5.11 or any direction from the Enhancer that the Enhancer is entitled to give under any of the Basic Documents.

(d) The Indenture Trustee shall not be liable for interest on any money received by it except as the Indenture Trustee may agree in writing with the Issuer.

(e) Money held in trust by the Indenture Trustee need not be segregated from other funds except to the extent required by law or the terms of this Indenture or the Trust Agreement.

(f) No provision of this Indenture shall require the Indenture Trustee to expend or risk its own funds or otherwise incur financial liability in the performance of any of its duties

hereunder or in the exercise of any of its rights or powers, if it shall have reasonable grounds to believe that repayment of such funds or adequate indemnity against such risk or liability is not reasonably assured to it.

(g) Every provision of this Indenture relating to the conduct or affecting the liability of or affording protection to the Indenture Trustee shall be subject to the provisions of this Section and to the provisions of TIA.

(h) With respect to each Payment Date, on the Business Day following the related Determination Date, the Indenture Trustee shall forward or cause to be forwarded by mail, or other mutually agreed-upon method, to the Enhancer and the Servicer, a statement setting forth, to the extent applicable, (i) during the Pre-Funding Period, the Pre-Funded Amount as of such Payment Date and any transfers of funds in connection therewith, and (ii) during the Revolving Period, the amount of Principal Collections to be deposited into the Funding Account (including the Reserve Sub-Account) in respect of such Payment Date, and the amount on deposit in the Funding Account (including the Reserve Sub-Account) as of such Payment Date, after giving effect to any amounts so deposited therein.

(i) The Indenture Trustee hereby accepts appointment as Certificate Paying Agent under the Trust Agreement and agrees to be bound by the provisions of the Trust Agreement relating to the Certificate Paying Agent. The Indenture Trustee hereby agrees to be bound by the provisions of Article IX of the Trust Agreement.

(j) The Indenture Trustee shall not be required to take notice or be deemed to have notice or knowledge of any Event of Default (except for an Event of Default specified in clause (a) of the definition thereof) unless a Responsible Officer of the Indenture Trustee shall have received written notice or have actual knowledge thereof. In the absence of receipt of such notice or such knowledge, the Indenture Trustee may conclusively assume that there is no default or Event of Default.

(k) The Indenture Trustee shall have no duty to see to any recording or filing of any financing statement or continuation statement evidencing a security interest or to see to the maintenance of any such recording or filing or to any rerecording or refiling of any thereof.

Section 6.02    Rights of Indenture Trustee.

(a) The Indenture Trustee may rely and shall be protected in acting or refraining from acting in good faith upon any resolution, Officer's Certificate, opinion of counsel, certificate of auditors, or any other certificate, statement, instrument, report, notice, consent or other document believed by it to be genuine and to have been signed or presented by the proper person. The Indenture Trustee need not investigate any fact or matter stated in any such document.

(b) Before the Indenture Trustee acts or refrains from acting, it may require an Officer's Certificate or an Opinion of Counsel. The Indenture Trustee shall not be liable for any action it takes or omits to take in good faith in reliance on any such Officer's Certificate or Opinion of Counsel.

(c) The Indenture Trustee may execute any of the trusts or powers hereunder or perform any duties hereunder either directly or by or through agents or attorneys or a custodian or nominee, and the Indenture Trustee shall not be responsible for any misconduct or negligence on the part of, or for the supervision of, any such agent, attorney, custodian or nominee appointed with due care by it hereunder.

(d) The Indenture Trustee shall not be liable for any action it takes or omits to take in good faith which it believes to be authorized or within its rights or powers; provided, however, that the Indenture Trustee's conduct does not constitute willful misconduct, negligence or bad faith.

(e) The Indenture Trustee may consult with counsel, and the advice or opinion of counsel with respect to legal matters relating to this Indenture and the Notes shall be full and complete authorization and protection from liability in respect to any action taken, omitted or suffered by it hereunder in good faith and in accordance with the advice or opinion of such counsel.

(f) The Indenture Trustee shall not be personally liable for any action taken, suffered or omitted by it in good faith and believed by it to be authorized or within the discretion or rights or powers conferred upon it by this Indenture, unless it shall be proved that the Indenture Trustee was negligent in ascertaining the pertinent facts.

(g) Prior to the occurrence of an Event of Default hereunder, and after the curing or waiver of all Events of Default that may have occurred, the Indenture Trustee shall not be bound to make any investigation into the facts or matters stated in any resolution, certificate, statement, instrument, opinion, report, notice, request, consent, order, approval, bond or other paper or document, unless requested in writing to do so by the Enhancer or the Noteholders representing a majority of the aggregate Note Balance; provided, however, that if the payment within a reasonable time to the Indenture Trustee of the costs, expenses or liabilities likely to be incurred by it in the making of such investigation is, in the opinion of the Indenture Trustee, not assured to the Indenture Trustee by the security afforded to it by the terms of this Indenture, the Indenture Trustee may require indemnity satisfactory to the Indenture Trustee against such cost, expense or liability as a condition to taking any such action.

(h) The Indenture Trustee shall be under no obligation to exercise any of the trusts or powers vested in it by this Indenture or to institute, conduct or defend any litigation hereunder or in relation hereto at the request, order or direction of any of the Enhancer or the Noteholders, pursuant to the provisions of this Indenture, unless the Enhancer or the Noteholders shall have offered to the Indenture Trustee reasonable security or indemnity against the costs, expenses and liabilities which may be incurred therein or thereby; nothing contained herein shall, however, relieve the Indenture Trustee of the obligation, upon the occurrence of an Event of Default (which has not been cured or waived), to exercise such of the rights and powers vested in it by this Indenture, and to use the same degree of care and skill in their exercise as a prudent investor would exercise or use under the circumstances in the conduct of such investor's own affairs.

Section 6.03    Individual Rights of Indenture Trustee.    The Indenture Trustee in its individual or any other capacity may become the owner or pledgee of Notes and may otherwise deal with the Issuer or its Affiliates with the same rights it would have if it were not Indenture Trustee.  Any Note Registrar, co-registrar or co-paying agent may do the same with like rights.  However, the Indenture Trustee must comply with Sections 6.11 and 6.12.

Section 6.04    Indenture Trustee's Disclaimer.    The Indenture Trustee shall not be (i) responsible for and makes no representation as to the validity or adequacy of this Indenture or the Notes, (ii) accountable for the Issuer's use of the proceeds from the Notes or (iii) responsible for any statement of the Issuer in this Indenture or in any document issued in connection with the sale of the Notes or in the Notes, other than the Indenture Trustee's certificate of authentication thereon.

Section 6.05    Notice of Event of Default.    If an Event of Default shall occur and be continuing, and if such Event of Default is known to a Responsible Officer of the Indenture Trustee, then the Indenture Trustee shall give prompt notice thereof to the Enhancer.  The Indenture Trustee shall mail to each Noteholder notice of such Event of Default within 90 days after it occurs. Except in the case of an Event of Default with respect to the payment of principal of or interest on any Note, the Indenture Trustee may withhold such notice if and so long as a committee of its Responsible Officers in good faith determines that withholding such notice is in the interests of the Noteholders.

Section 6.06    Reports by Indenture Trustee to Noteholders.    The Indenture Trustee shall deliver to each Noteholder such information as may be required to enable such Noteholder to prepare its federal and state income tax returns. In addition, upon Issuer Request, the Indenture Trustee shall promptly furnish such information reasonably requested by the Issuer that is reasonably available to the Indenture Trustee to enable the Issuer to perform its federal and state income tax reporting obligations.

Section 6.07    Compensation and Indemnity.    The Indenture Trustee shall be compensated and indemnified by the Servicer in accordance with Section 6.06 of the Servicing Agreement. All amounts owing the Indenture Trustee hereunder in excess of such amount, as well as any amount owed to the Indenture Trustee in accordance with Section 6.06 of the Servicing Agreement, to the extent the Servicer has failed to pay such amount, shall be paid solely as provided in Section 3.05 hereof (subject to the priorities set forth therein). The Indenture Trustee's compensation shall not be limited by any law on compensation of a trustee of an express trust.  The Issuer shall reimburse the Indenture Trustee for all reasonable out-of-pocket expenses incurred or made by it, including costs of collection, in addition to the compensation for its services.    Such expenses shall include the reasonable compensation, expenses, disbursements and advances of the Indenture Trustee's agents, counsel, accountants and experts. The Issuer shall indemnify the Indenture Trustee against any and all loss, liability or expense (including attorneys' fees) incurred by it in connection with the administration of this trust and the performance of its duties hereunder.  The Indenture Trustee shall notify the Issuer promptly of any claim for which it may seek indemnity.  Failure by the Indenture Trustee to so notify the Issuer shall not relieve the Issuer of its obligations hereunder.  The Issuer shall defend any such claim, and the Indenture Trustee may have separate counsel and the Issuer shall pay the

fees and expenses of such counsel.  The Issuer is not obligated to reimburse any expense or indemnify against any loss, liability or expense incurred by the Indenture Trustee through the Indenture Trustee's own willful misconduct, negligence or bad faith.

The Issuer's payment obligations to the Indenture Trustee pursuant to this Section 6.07 shall survive the discharge of this Indenture.  When the Indenture Trustee incurs expenses after the occurrence of an Event of Default specified in clause (c) or (d) of the definition thereof with respect to the Issuer, such expenses are intended to constitute expenses of administration under Title 11 of the United States Code or any other applicable federal or state bankruptcy, insolvency or similar law.

Section 6.08    Replacement of Indenture Trustee.    No resignation or removal of the Indenture Trustee and no appointment of a successor Indenture Trustee shall become effective until the acceptance of appointment by the successor Indenture Trustee pursuant to this Section 6.08.  The Indenture Trustee may resign at any time by so notifying the Issuer and the Enhancer. The Enhancer or the Noteholders of a majority of the aggregate Note Balance of the Notes may remove the Indenture Trustee by so notifying the Indenture Trustee and the Enhancer (if given by such Noteholders) and may appoint a successor Indenture Trustee.  Unless a Servicer Default has occurred and is continuing, the appointment of any successor Indenture Trustee shall be subject to the prior written approval of the Servicer.  The Issuer shall remove the Indenture Trustee if:

(a) the Indenture Trustee fails to comply with Section 6.11;

(b) the Indenture Trustee is adjudged a bankrupt or insolvent;

(c) a receiver or other public officer takes charge of the Indenture Trustee or its property; or

(d) the Indenture Trustee otherwise becomes incapable of fulfilling its duties under the Basic Documents.

If the Indenture Trustee resigns or is removed or if a vacancy exists in the office of the Indenture Trustee for any reason (the Indenture Trustee in such event being referred to herein as the retiring Indenture Trustee), the Issuer shall promptly appoint a successor Indenture Trustee with the consent of the Enhancer, which consent shall not be unreasonably withheld.  In addition, the Indenture Trustee shall resign to avoid being directly or indirectly controlled by the Issuer.

A successor Indenture Trustee shall deliver a written acceptance of its appointment to the retiring Indenture Trustee and to the Issuer.  Thereupon, the resignation or removal of the retiring Indenture Trustee shall become effective, and the successor Indenture Trustee shall have all the rights, powers and duties of the Indenture Trustee under this Indenture.  The successor Indenture Trustee shall mail a notice of its succession to the Noteholders.  The retiring Indenture Trustee shall promptly transfer all property held by it as Indenture Trustee to the successor Indenture Trustee.

If a successor Indenture Trustee does not take office within 60 days after the retiring Indenture Trustee resigns or is removed, then the retiring Indenture Trustee, the Issuer or the Noteholders of a majority of aggregate Note Balance of the Notes may petition any court of competent jurisdiction for the appointment of a successor Indenture Trustee.

If the Indenture Trustee fails to comply with Section 6.11, any Noteholder may petition any court of competent jurisdiction for the removal of the Indenture Trustee and the appointment of a successor Indenture Trustee.

Notwithstanding the replacement of the Indenture Trustee pursuant to this Section, the Issuer's obligations under Section 6.07 shall continue for the benefit of the retiring Indenture Trustee.

Section 6.09    Successor Indenture Trustee by Merger.    If the Indenture Trustee consolidates with, merges or converts into, or transfers all or substantially all its corporate trust business or assets to, another corporation or banking association, then the resulting, surviving or transferee corporation without any further act shall be the successor Indenture Trustee; provided, that such corporation or banking association shall be otherwise qualified and eligible under Section 6.11. The Indenture Trustee shall provide the Rating Agencies with written notice of any such transaction occurring after the Closing Date.

If at the time of any such succession by merger, conversion or consolidation, any of the Notes shall have been authenticated but not delivered, then any such successor to the Indenture Trustee may adopt the certificate of authentication of any predecessor trustee, and deliver such Notes so authenticated. If at such time any of the Notes shall not have been authenticated, any successor to the Indenture Trustee may authenticate such Notes either in the name of any predecessor hereunder or in the name of the successor to the Indenture Trustee; and in all such cases, such certificates shall have the full force that it is anywhere in the Notes or in this Indenture provided that the certificate of the Indenture Trustee shall have.

Section 6.10    Appointment of Co-Indenture Trustee or Separate Indenture Trustee.

(a) Notwithstanding any other provisions of this Indenture, at any time, for the purpose of meeting any legal requirement of any jurisdiction in which any part of the Trust Estate may at such time be located, the Indenture Trustee shall have the power and may execute and deliver all instruments to appoint one or more Persons to act as a co-trustee or co-trustees, or separate trustee or separate trustees, of all or any part of the Issuer, and to vest in such Person or Persons, in such capacity and for the benefit of the Noteholders, such title to the Trust Estate, or any part thereof, and, subject to the other provisions of this Section, such powers, duties, obligations, rights and trusts as the Indenture Trustee may consider necessary or desirable. No co trustee or separate trustee hereunder shall be required to meet the terms of eligibility as a successor trustee under Section 6.11, and no notice to Noteholders of the appointment of any co trustee or separate trustee shall be required under Section 6.08 hereof.

(b) Every separate trustee and co-trustee shall, to the extent permitted by law, be appointed and act subject to the following provisions and conditions:

(i)    all rights, powers, duties and obligations conferred or imposed upon the Indenture Trustee shall be conferred or imposed upon and exercised or performed by the Indenture Trustee and such separate trustee or co-trustee jointly (it being understood that such separate trustee or co-trustee is not authorized to act separately without the Indenture Trustee joining in such act), except to the extent that under any law of any jurisdiction in which any particular act or acts are to be performed the Indenture Trustee shall be incompetent or unqualified to perform such act or acts, in which event such rights, powers, duties and obligations (including the holding of title to the Trust Estate or any portion thereof in any such jurisdiction) shall be exercised and performed singly by such separate trustee or co-trustee, but solely at the direction of the Indenture Trustee;

(ii)    no trustee hereunder shall be personally liable by reason of any act or omission of any other trustee hereunder; and

(iii)    the Indenture Trustee may at any time accept the resignation of or remove any separate trustee or co-trustee.

(c) Any notice, request or other writing given to the Indenture Trustee shall be deemed to have been given to each of the then separate trustees and co-trustees, as effectively as if given to each of them. Every instrument appointing any separate trustee or co-trustee shall refer to this Indenture and the conditions of this Article VI. Each separate trustee and co-trustee, upon its acceptance of the trusts conferred, shall be vested with the estates or property specified in its instrument of appointment, either jointly with the Indenture Trustee or separately, as may be provided therein, subject to all the provisions of this Indenture, specifically including every provision of this Indenture relating to the conduct of, affecting the liability of, or affording protection to, the Indenture Trustee. Every such instrument shall be filed with the Indenture Trustee.

(d) Any separate trustee or co-trustee may at any time constitute the Indenture Trustee, its agent or attorney-in-fact with full power and authority, to the extent not prohibited by law, to do any lawful act under or in respect of this Indenture on its behalf and in its name. If any separate trustee or co-trustee shall die, become incapable of acting, resign or be removed, all of its estates, properties, rights, remedies and trusts shall vest in and be exercised by the Indenture Trustee, to the extent permitted by law, without the appointment of a new or successor trustee.

Section 6.11    Eligibility; Disqualification.    The Indenture Trustee shall at all times satisfy the requirements of TIA § 310(a). The Indenture Trustee shall have a combined capital and surplus of at least $50,000,000 as set forth in its most recent published annual report of condition and it or its parent shall have a long-term debt rating of "A" or better by Moody's. The Indenture Trustee shall comply with TIA § 310(b), including the optional provision permitted by the second sentence of TIA § 310(b)(9); provided, however, that there shall be excluded from the operation of TIA § 310(b)(1) any indenture or indentures under which other securities of the Issuer are outstanding if the requirements for such exclusion set forth in TIA § 310(b)(1) are met.

Section 6.12   <u>Preferential Collection of Claims Against Issuer</u>.  The Indenture Trustee shall comply with TIA § 311(a), excluding any creditor relationship listed in TIA § 311(b).  An Indenture Trustee that has resigned or been removed shall be subject to TIA § 311(a) to the extent indicated.

Section 6.13   <u>Representations and Warranties</u>.  The Indenture Trustee hereby represents and warrants that:

(a) The Indenture Trustee is duly organized, validly existing and in good standing as a national banking association with power and authority to own its properties and to conduct its business as such properties are currently owned and such business is currently conducted.

(b) The Indenture Trustee has the power and authority to execute and deliver this Indenture and to carry out its terms; and the execution, delivery and performance of this Indenture have been duly authorized by the Indenture Trustee by all necessary corporate action.

(c) The consummation of the transactions contemplated by this Indenture and the fulfillment of the terms hereof do not conflict with, result in any breach of any of the terms and provisions of, or constitute (with or without notice or lapse of time) a default under, the articles of organization or bylaws of the Indenture Trustee or any agreement or other instrument to which the Indenture Trustee is a party or by which it is bound.

(d) To the Indenture Trustee's best knowledge, there are no Proceedings or investigations pending or threatened before any court, regulatory body, administrative agency or other governmental instrumentality having jurisdiction over the Indenture Trustee or its properties (A) asserting the invalidity of this Indenture, (B) seeking to prevent the consummation of any of the transactions contemplated by this Indenture or (C) seeking any determination or ruling that might materially and adversely affect the performance by the Indenture Trustee of its obligations under, or the validity or enforceability of, this Indenture.

(e) The Indenture Trustee does not have notice of any adverse claim (as such terms are used in Section 8-302 of the UCC in effect in the State of Delaware) with respect to the Mortgage Loans.

Section 6.14   <u>Directions to Indenture Trustee</u>.  The Indenture Trustee is hereby directed:

(a) to accept the pledge of the Mortgage Loans and hold the assets of the Trust in trust for the Noteholders and the Enhancer;

(b) to authenticate and deliver the Notes substantially in the form prescribed by Exhibit A in accordance with the terms of this Indenture; and

(c) to take all other actions as shall be required to be taken by the terms of this Indenture.

Section 6.15    <u>Indenture Trustee May Own Securities</u>.    The Indenture Trustee, in its individual or any other capacity, may become the owner or pledgee of Securities with the same rights it would have if it were not Indenture Trustee.

ARTICLE VII

Noteholders' Lists and Reports

Section 7.01    <u>Issuer to Furnish Indenture Trustee Names and Addresses of Noteholders</u>. The Issuer shall furnish or cause to be furnished to the Indenture Trustee (a) not more than five days after each Record Date, a list, in such form as the Indenture Trustee may reasonably require, of the names and addresses of the Noteholders as of such Record Date, and (b) at such other times as the Indenture Trustee and the Enhancer may request in writing, within 30 days after receipt by the Issuer of any such request, a list of similar form and content as of a date not more than 10 days prior to the time such list is furnished; provided, however, that for so long as the Indenture Trustee is the Note Registrar, no such list need be furnished.

Section 7.02    <u>Preservation of Information; Communications to Noteholders</u>.

(a) The Indenture Trustee shall preserve, in as current a form as is reasonably practicable, the names and addresses of the Noteholders contained in the most recent list furnished to the Indenture Trustee as provided in Section 7.01 and the names and addresses of the Noteholders received by the Indenture Trustee in its capacity as Note Registrar.    The Indenture Trustee may destroy any list furnished to it as provided in such Section 7.01 upon receipt of a new list so furnished.

(b) Noteholders may communicate pursuant to TIA § 312(b) with other Noteholders with respect to their rights under this Indenture or under the Notes.

(c) The Issuer, the Indenture Trustee and the Note Registrar shall have the protection of TIA § 312(c).

Section 7.03    <u>Reports by Issuer</u>.

(a) The Issuer shall:

(i)    file with the Indenture Trustee, within 15 days after the Issuer is required to file the same with the Commission, copies of the annual reports and the information, documents and other reports (or copies of such portions of any of the foregoing as the Commission may from time to time by rules and regulations prescribe) that the Issuer may be required to file with the Commission pursuant to Section 13 or 15(d) of the Exchange Act;

(ii)    file with the Indenture Trustee and the Commission, in accordance with rules and regulations prescribed from time to time by the Commission, such additional information, documents and reports with respect to compliance by the Issuer

with the conditions and covenants of this Indenture as may be required from time to time by such rules and regulations; and

        (iii)     supply to the Indenture Trustee (and the Indenture Trustee shall transmit by mail to all Noteholders described in TIA § 313(c)) such summaries of any information, documents and reports required to be filed by the Issuer pursuant to clauses (i) and (ii) of this Section 7.03(a) and by rules and regulations prescribed from time to time by the Commission.

        (b) Unless the Issuer otherwise determines, the fiscal year of the Issuer shall end on December 31 of each year.

        Section 7.04   <u>Reports by Indenture Trustee</u>. If required by TIA § 313(a), within 60 days after each January 1, beginning with January 1, 2005, the Indenture Trustee shall make available to each Noteholder as required by TIA § 313(c) and to the Enhancer a brief report dated as of such date that complies with TIA § 313(a). The Indenture Trustee also shall comply with TIA § 313(b).

        A copy of each report at the time of its distribution to Noteholders shall be filed by the Indenture Trustee with the Commission, if required, and each stock exchange, if any, on which the Term Notes are listed. The Issuer shall notify the Indenture Trustee if and when the Term Notes are listed on any stock exchange.

ARTICLE VIII

Accounts, Disbursements and Releases

        Section 8.01   <u>Collection of Money</u>. Except as otherwise expressly provided herein, the Indenture Trustee may demand payment or delivery of, and shall receive and collect, directly and without intervention or assistance of any fiscal agent or other intermediary, all money and other property payable to or receivable by the Indenture Trustee pursuant to this Indenture. The Indenture Trustee shall apply all such money received by it as provided in this Indenture. Except as otherwise expressly provided in this Indenture, if any default occurs in the making of any payment or performance under any agreement or instrument that is part of the Trust Estate, the Indenture Trustee may take such action as may be appropriate to enforce such payment or performance, including the institution and prosecution of appropriate Proceedings. Any such action shall be without prejudice to any right to claim a Default or Event of Default under this Indenture and any right to proceed thereafter as provided in Article V.

        Section 8.02   <u>Trust Accounts</u>.

        (a) On or prior to the Closing Date, the Issuer shall cause the Indenture Trustee to establish and maintain, in the name of the Indenture Trustee, for the benefit of the Noteholders, the Certificate Paying Agent, on behalf of the Certificateholders, and the Enhancer, the Note Payment Account as provided in Section 3.01 of this Indenture and the Reserve Sub-Account.

(b) All monies deposited from time to time in the Note Payment Account pursuant to the Servicing Agreement and all deposits therein pursuant to this Indenture are for the benefit of the Noteholders and the Certificate Paying Agent, on behalf of the Certificateholders, and all investments made with such monies, including all income or other gain from such investments, are for the benefit of the Servicer as provided in Section 5.01 of the Servicing Agreement.

On each Payment Date, the Indenture Trustee shall distribute all amounts on deposit in the Note Payment Account to the Noteholders in respect of the Notes and, in its capacity as Certificate Paying Agent, to the Certificateholders from the Distribution Account in the order of priority set forth in Section 3.05 (except as otherwise provided in Section 5.04(b)) and in accordance with the Servicing Certificate.

All monies deposited from time to time in the Reserve Sub-Account pursuant to this Indenture are for the benefit of the Noteholders and the Enhancer, and all investments made with such monies, including all income or other gain from such investments, are for the benefit of the Noteholders.

The Indenture Trustee shall invest any funds in the Note Payment Account and the Reserve Sub-Account in Permitted Investments selected in writing by the Servicer maturing no later than the Business Day preceding the next succeeding Payment Date (except that any investment in the institution with which the Note Payment Account is maintained may mature on such Payment Date) and shall not be sold or disposed of prior to the maturity. In addition, such Permitted Investments shall not be purchased at a price in excess of par. The Indenture Trustee shall have no liability whatsoever for investment losses on Permitted Investments, if such investments are made in accordance with the provisions of this Indenture and the Indenture Trustee is not the obligor under the Permitted Investment.

Section 8.03   Officer's Certificate.   The Indenture Trustee shall receive at least seven days' notice when requested by the Issuer to take any action pursuant to Section 8.05(a), accompanied by copies of any instruments to be executed, and the Indenture Trustee shall also require, as a condition to such action, an Officer's Certificate, in form and substance satisfactory to the Indenture Trustee, stating the legal effect of any such action, outlining the steps required to complete the same, and concluding that all conditions precedent to the taking of such action have been complied with.

Section 8.04   Termination Upon Distribution to Noteholders.   This Indenture and the respective obligations and responsibilities of the Issuer and the Indenture Trustee created hereby shall terminate upon the distribution to the Noteholders, the Certificate Paying Agent on behalf of the Certificateholders and the Indenture Trustee of all amounts required to be distributed pursuant to Article III; provided, however, that in no event shall the trust created hereby continue beyond the expiration of 21 years from the death of the survivor of the descendants of Joseph P. Kennedy, the late ambassador of the United States to the Court of St. James's, living on the date hereof.

Section 8.05    Release of Trust Estate.

(a) Subject to the payment of its fees, expenses and indemnification, the Indenture Trustee may, and when required by the provisions of this Indenture or the Servicing Agreement, shall, execute instruments to release property from the lien of this Indenture, or convey the Indenture Trustee's interest in the same, in a manner and under circumstances that are not inconsistent with the provisions of this Indenture. No Person relying upon an instrument executed by the Indenture Trustee as provided in Article VIII hereunder shall be bound to ascertain the Indenture Trustee's authority, inquire into the satisfaction of any conditions precedent, or see to the application of any monies.

(b) The Indenture Trustee shall, at such time as (i) there are no Notes Outstanding, (ii) all sums due the Indenture Trustee pursuant to this Indenture have been paid and (iii) all sums due the Enhancer have been paid, release any remaining portion of the Trust Estate that secured the Notes from the lien of this Indenture.

(c) The Indenture Trustee shall release property from the lien of this Indenture pursuant to this Section 8.05 only upon receipt of an Issuer Request accompanied by an Officers' Certificate and a letter from the Enhancer stating that the Enhancer has no objection to such request from the Issuer.

(d) The Indenture Trustee shall, at the request of the Issuer or the Depositor, surrender the Policy to the Enhancer for cancellation, upon final payment of principal of and interest on the Notes.

Section 8.06    Surrender of Notes Upon Final Payment.  By acceptance of any Note, the Noteholder thereof agrees to surrender such Note to the Indenture Trustee promptly, prior to such Noteholder's receipt of the final payment thereon.

ARTICLE IX

Supplemental Indentures

Section 9.01    Supplemental Indentures Without Consent of Noteholders.

(a) Without the consent of the Noteholders of any Notes, but with prior notice to the Rating Agencies and the prior written consent of the Enhancer (which consent shall not be unreasonably withheld and so long as no Enhancer Default exists), the Issuer and the Indenture Trustee, when authorized by an Issuer Request, at any time and from time to time, may enter into one or more indentures supplemental hereto (which shall conform to the provisions of the Trust Indenture Act as in force at the date of the execution thereof), in form satisfactory to the Indenture Trustee, for any of the following purposes:

(i)    to correct or amplify the description of any property at any time subject to the lien of this Indenture, or better to assure, convey and confirm unto the Indenture Trustee any property subject or required to be subjected to the lien of this Indenture, or to subject to the lien of this Indenture additional property;

(ii)    to evidence the succession, in compliance with the applicable provisions hereof, of another Person to the Issuer, and the assumption by any such successor of the covenants of the Issuer herein and in the Notes contained;

(iii)    to add to the covenants of the Issuer, for the benefit of the Noteholders or the Enhancer, or to surrender any right or power herein conferred upon the Issuer;

(iv)    to convey, transfer, assign, mortgage or pledge any property to or with the Indenture Trustee;

(v)    to cure any ambiguity, to correct any error or to correct or supplement any provision herein or in any supplemental indenture that may be inconsistent with any other provision herein or in any supplemental indenture;

(vi)    to make any other provisions with respect to matters or questions arising under this Indenture or in any supplemental indenture; provided, that such action shall not materially and adversely affect the interests of the Noteholders or the Enhancer (as evidenced by an Opinion of Counsel);

(vii)    to evidence and provide for the acceptance of the appointment hereunder by a successor trustee with respect to the Notes and to add to or change any of the provisions of this Indenture as shall be necessary to facilitate the administration of the trusts hereunder by more than one trustee, pursuant to the requirements of Article VI; or

(viii)    to modify, eliminate or add to the provisions of this Indenture to such extent as shall be necessary to effect the qualification of this Indenture under TIA or under any similar federal statute hereafter enacted and to add to this Indenture such other provisions as may be expressly required by TIA;

provided, however, that no such supplemental indenture shall be entered into unless the Indenture Trustee shall have received an Opinion of Counsel to the effect that the execution of such supplemental indenture will not give rise to any material adverse tax consequence to the Noteholders.

The Indenture Trustee is hereby authorized to join in the execution of any such supplemental indenture and to make any further appropriate agreements and stipulations that may be therein contained.

(b) The Issuer and the Indenture Trustee, when authorized by an Issuer Request, may, without the consent of any Noteholder but with prior notice to the Rating Agencies and the Enhancer, enter into an indenture or indentures supplemental hereto for the purpose of adding any provisions to, or changing in any manner or eliminating any of the provisions of, this Indenture or of modifying in any manner the rights of the Noteholders under this Indenture; provided, however, that such action shall not, as evidenced by an Opinion of Counsel, (i) adversely affect in any material respect the interests of any Noteholder or the Enhancer or (ii) cause the Issuer to be subject to an entity level tax.

Section 9.02    <u>Supplemental Indentures With Consent of Noteholders</u>.  The Issuer and the Indenture Trustee, when authorized by an Issuer Request, may, with prior notice to the Rating Agencies and with the consent of the Enhancer and the Noteholders of not less than a majority of the Note Balances of each Class of Notes affected thereby, by Act (as defined in Section 10.03 hereof) of such Noteholders delivered to the Issuer and the Indenture Trustee, enter into an indenture or indentures supplemental hereto for the purpose of adding any provisions to, or changing in any manner or eliminating any of the provisions of, this Indenture or of modifying in any manner the rights of the Noteholders under this Indenture; provided, however, that no such supplemental indenture shall, without the consent of the Noteholder of each Note affected thereby:

(a) change the date of payment of any installment of principal of or interest on any Note, or reduce the principal amount thereof or the Note Rate thereon, change the provisions of this Indenture relating to the application of collections on, or the proceeds of the sale of, the Trust Estate to payment of principal of or interest on the Notes, or change any place of payment where, or the coin or currency in which, any Note or the interest thereon is payable, or impair the right to institute suit for the enforcement of the provisions of this Indenture requiring the application of funds available therefor, as provided in Article V, to the payment of any such amount due on the Notes on or after the respective due dates thereof;

(b) reduce the percentage of the Note Balances of any Class of Notes, the consent of the Noteholders of which is required for any such supplemental indenture, or the consent of the Noteholders of which is required for any waiver of compliance with certain provisions of this Indenture or certain defaults hereunder and their consequences provided for in this Indenture;

(c) modify or alter the provisions of the proviso to the definition of the term "Outstanding" or modify or alter the exception in the definition of the term "Noteholder";

(d) reduce the percentage of the aggregate Note Balance of the Notes required to direct the Indenture Trustee to direct the Issuer to sell or liquidate the Trust Estate pursuant to Section 5.04;

(e) modify any provision of this Section 9.02 except to increase any percentage specified herein or to provide that certain additional provisions of this Indenture or the other Basic Documents cannot be modified or waived without the consent of the Noteholder of each Note affected thereby;

(f) modify any of the provisions of this Indenture in such manner as to affect the calculation of the amount of any payment of interest or principal due on any Note on any Payment Date (including the calculation of any of the individual components of such calculation); or

(g) permit the creation of any lien ranking prior to or on a parity with the lien of this Indenture with respect to any part of the Trust Estate or, except as otherwise permitted or contemplated herein, terminate the lien of this Indenture on any property at any time subject hereto or deprive the Noteholder of any Note of the security provided by the lien of this

Indenture; and provided further, that such action shall not, as evidenced by an Opinion of Counsel, cause the Issuer to be subject to an entity level tax.

The Indenture Trustee may in its discretion determine whether or not any Notes would be affected by any supplemental indenture and any such determination shall be conclusive upon the Noteholders of all Notes, whether theretofore or thereafter authenticated and delivered hereunder. The Indenture Trustee shall not be liable for any such determination made in good faith.

It shall not be necessary for any Act (as defined in Section 10.03 hereof) of Noteholders under this Section 9.02 to approve the particular form of any proposed supplemental indenture, but it shall be sufficient if such Act shall approve the substance thereof.

Promptly after the execution by the Issuer and the Indenture Trustee of any supplemental indenture pursuant to this Section 9.02, the Indenture Trustee shall mail to the Noteholders of the Notes to which such amendment or supplemental indenture relates a notice setting forth in general terms the substance of such supplemental indenture. Any failure of the Indenture Trustee to mail such notice, or any defect therein, shall not, however, in any way impair or affect the validity of any such supplemental indenture.

Section 9.03    Execution of Supplemental Indentures.    In executing, or permitting the additional trusts created by, any supplemental indenture permitted by this Article IX or the modification thereby of the trusts created by this Indenture, the Indenture Trustee shall be entitled to receive and, subject to Sections 6.01 and 6.02, shall be fully protected in relying upon, an Opinion of Counsel stating that the execution of such supplemental indenture is authorized or permitted by this Indenture. The Indenture Trustee may, but shall not be obligated to, enter into any such supplemental indenture that affects the Indenture Trustee's own rights, duties, liabilities or immunities under this Indenture or otherwise.

Section 9.04    Effect of Supplemental Indenture.    Upon the execution of any supplemental indenture pursuant to the provisions hereof, this Indenture shall be and shall be deemed to be modified and amended in accordance therewith with respect to the Notes affected thereby, and the respective rights, limitations of rights, obligations, duties, liabilities and immunities under this Indenture of the Indenture Trustee, the Issuer and the Noteholders shall thereafter be determined, exercised and enforced hereunder subject in all respects to such modifications and amendments, and all the terms and conditions of any such supplemental indenture shall be and be deemed to be part of the terms and conditions of this Indenture for any and all purposes.

Section 9.05    Conformity with Trust Indenture Act.    Every amendment of this Indenture and every supplemental indenture executed pursuant to this Article IX shall conform to the requirements of TIA as in effect at the time of such amendment or supplement so long as this Indenture shall then be qualified under TIA.

Section 9.06    Reference in Notes to Supplemental Indentures.    Notes authenticated and delivered after the execution of any supplemental indenture pursuant to this Article IX may, and

if required by the Indenture Trustee, shall, bear a notation in form approved by the Indenture Trustee as to any matter provided for in such supplemental indenture. If the Issuer or the Indenture Trustee shall so determine, new Notes so modified as to conform, in the opinion of the Indenture Trustee and the Issuer, to any such supplemental indenture may be prepared and executed by the Issuer and authenticated and delivered by the Indenture Trustee in exchange for Outstanding Notes.

## ARTICLE X

### Miscellaneous

Section 10.01  Compliance Certificates and Opinions, etc.

(a) Upon any application or request by the Issuer to the Indenture Trustee to take any action under any provision of this Indenture, the Issuer shall furnish to the Indenture Trustee and to the Enhancer (i) an Officer's Certificate stating that all conditions precedent, if any, provided for in this Indenture relating to the proposed action have been complied with and (ii) an Opinion of Counsel stating that in the opinion of such counsel all such conditions precedent, if any, have been complied with, except that, in the case of any such application or request as to which the furnishing of such documents is specifically required by any provision of this Indenture, no additional certificate or opinion need be furnished.

Every certificate or opinion with respect to compliance with a condition or covenant provided for in this Indenture shall include:

(i) a statement that each signatory of such certificate or opinion has read or has caused to be read such covenant or condition and the definitions herein relating thereto;

(ii) a brief statement as to the nature and scope of the examination or investigation upon which the statements or opinions contained in such certificate or opinion are based;

(iii) a statement that, in the opinion of each such signatory, such signatory has made such examination or investigation as is necessary to enable such signatory to express an informed opinion as to whether or not such covenant or condition has been complied with;

(iv) a statement as to whether, in the opinion of each such signatory, such condition or covenant has been complied with; and

(v) if the signer of such certificate or opinion is required to be Independent, the statement required by the definition of the term "Independent."

(b) (i) Prior to the deposit of any Collateral or other property or securities with the Indenture Trustee that is to be made the basis for the release of any property or securities subject to the lien of this Indenture, the Issuer shall, in addition to any obligation imposed in

Section 10.01(a) or elsewhere in this Indenture, furnish to the Indenture Trustee an Officer's Certificate certifying or stating the opinion of each person signing such certificate as to the fair value (within 90 days of such deposit) to the Issuer of the Collateral or other property or securities to be so deposited.

        (ii)    Whenever the Issuer is required to furnish to the Indenture Trustee an Officer's Certificate certifying or stating the opinion of any signer thereof as to the matters described in clause (i) above, the Issuer shall also deliver to the Indenture Trustee an Independent Certificate as to the same matters, if the fair value to the Issuer of the securities to be so deposited and of all other such securities made the basis of any such withdrawal or release since the commencement of the then-current fiscal year of the Issuer, as set forth in the certificates delivered pursuant to clause (i) above and this clause (ii), is 10% or more of the aggregate Note Balance of the Notes, but such a certificate need not be furnished with respect to any securities so deposited, if the fair value thereof to the Issuer as set forth in the related Officer's Certificate is less than $25,000 or less than one percent of the aggregate Note Balance of the Notes.

        (iii)    Whenever any property or securities are to be released from the lien of this Indenture, the Issuer shall furnish to the Indenture Trustee an Officer's Certificate certifying or stating the opinion of each person signing such certificate as to the fair value (within 90 days of such release) of the property or securities proposed to be released and stating that in the opinion of such person the proposed release will not impair the security under this Indenture in contravention of the provisions hereof.

        (iv)    Whenever the Issuer is required to furnish to the Indenture Trustee an Officer's Certificate certifying or stating the opinion of any signer thereof as to the matters described in clause (iii) above, the Issuer shall also furnish to the Indenture Trustee an Independent Certificate as to the same matters if the fair value of the property or securities and of all other property, other than property as contemplated by clause (v) below or securities released from the lien of this Indenture since the commencement of the then-current calendar year, as set forth in the certificates required by clause (iii) above and this clause (iv), equals 10% or more of the aggregate Note Balance of the Notes, but such certificate need not be furnished in the case of any release of property or securities if the fair value thereof as set forth in the related Officer's Certificate is less than $25,000 or less than one percent of the aggregate Note Balance of the Notes.

        (v)    Notwithstanding the foregoing, this Section 10.01(b) shall not apply to (A) collection upon, sales or other dispositions of the Mortgage Loans as and to the extent permitted or required by the Basic Documents or (B) the making of cash payments out of the Note Payment Account as and to the extent permitted or required by the Basic Documents, so long as the Issuer shall deliver to the Indenture Trustee every six months, commencing December 31, 2005, an Officer's Certificate of the Issuer stating that all the dispositions of Collateral described in clauses (A) or (B) above that occurred during the preceding six calendar months (or such longer period, in the case of the first such Officer's Certificate) were permitted or required by the Basic Documents and that the proceeds thereof were applied in accordance with the Basic Documents.

Section 10.02  <u>Form of Documents Delivered to Indenture Trustee</u>.

In any case where several matters are required to be certified by, or covered by an opinion of, any specified Person, it is not necessary that all such matters be certified by, or covered by the opinion of, only one such Person, or that they be so certified or covered by only one document, but one such Person may certify or give an opinion with respect to some matters and one or more other such Persons as to other matters, and any such Person may certify or give an opinion as to such matters in one or several documents.

Any certificate or opinion of an Authorized Officer of the Issuer may be based, insofar as it relates to legal matters, upon a certificate or opinion of, or representations by, counsel, unless such officer knows, or in the exercise of reasonable care should know, that the certificate or opinion or representations with respect to the matters upon which his certificate or opinion is based are erroneous.  Any such certificate of an Authorized Officer or Opinion of Counsel may be based, insofar as it relates to factual matters, upon a certificate or opinion of, or representations by, an officer or officers of any Seller or the Issuer, stating that the information with respect to such factual matters is in the possession of any Seller or the Issuer, unless such counsel knows, or in the exercise of reasonable care should know, that the certificate or opinion or representations with respect to such matters are erroneous.

Where any Person is required to make, give or execute two or more applications, requests, consents, certificates, statements, opinions or other instruments under this Indenture, they may, but need not, be consolidated and form one instrument.

Whenever in this Indenture, in connection with any application or certificate or report to the Indenture Trustee, it is provided that the Issuer shall deliver any document as a condition of the granting of such application, or as evidence of the Issuer's compliance with any term hereof, it is intended that the truth and accuracy, at the time of the granting of such application or at the effective date of such certificate or report (as the case may be), of the facts and opinions stated in such document shall in such case be conditions precedent to the right of the Issuer to have such application granted or to the sufficiency of such certificate or report.  The foregoing shall not, however, be construed to affect the Indenture Trustee's right to rely upon the truth and accuracy of any statement or opinion contained in any such document as provided in Article VI.

Section 10.03  <u>Acts of Noteholders</u>.

(a)  Any request, demand, authorization, direction, notice, consent, waiver or other action provided by this Indenture to be given or taken by Noteholders may be embodied in and evidenced by one or more instruments of substantially similar tenor signed by such Noteholders in person or by agents duly appointed in writing; and except as herein otherwise expressly provided such action shall become effective when such instrument or instruments are delivered to the Indenture Trustee, and, where it is hereby expressly required, to the Issuer.  Such instrument or instruments (and the action embodied therein and evidenced thereby) are herein sometimes referred to as the "Act" of the Noteholders signing such instrument or instruments. Proof of execution of any such instrument or of a writing appointing any such agent shall be

sufficient for any purpose of this Indenture and (subject to Section 6.01) conclusive in favor of the Indenture Trustee and the Issuer, if made in the manner provided in this Section 10.03.

(b) The fact and date of the execution by any person of any such instrument or writing may be proved in any manner that the Indenture Trustee deems sufficient.

(c) The ownership of Notes shall be proved by the Note Register.

(d) Any request, demand, authorization, direction, notice, consent, waiver or other action by the Noteholder of any Note shall bind the Noteholder of every Note issued upon the registration thereof or in exchange therefor or in lieu thereof, in respect of anything done, omitted or suffered to be done by the Indenture Trustee or the Issuer in reliance thereon, whether or not notation of such action is made upon such Note.

Section 10.04  Notices, etc., to Indenture Trustee, Issuer, Enhancer and Rating Agencies. Any request, demand, authorization, direction, notice, consent, waiver or Act of Noteholders or other documents provided or permitted by this Indenture shall be in writing and if such request, demand, authorization, direction, notice, consent, waiver or Act of Noteholders is to be made upon, given or furnished to or filed with:

(a) the Indenture Trustee by any Noteholder or by the Issuer shall be sufficient for every purpose hereunder if made, given, furnished or filed in writing to or with the Indenture Trustee at its Corporate Trust Office with a copy to Wells Fargo Bank, N.A., 9062 Old Annapolis Road, Columbia, Maryland 21045-1951, Attention: Corporate Trust Services — GMACM — 2005-HE1. The Indenture Trustee shall promptly transmit any notice received by it from the Noteholders to the Issuer,

(b) the Issuer by the Indenture Trustee or by any Noteholder shall be sufficient for every purpose hereunder if in writing and mailed first-class, postage prepaid to the Issuer addressed to: GMACM Home Equity Loan Trust 2005-HE1, in care of the Owner Trustee, or at any other address previously furnished in writing to the Indenture Trustee by the Issuer. The Issuer shall promptly transmit any notice received by it from the Noteholders to the Indenture Trustee, or

(c) the Enhancer by the Issuer, the Indenture Trustee or by any Noteholders shall be sufficient for every purpose hereunder to in writing and mailed, first-class postage pre-paid, or personally delivered or telecopied to: Financial Guaranty Insurance Company, 125 Park Avenue, New York, New York 10017, Attention: Research and Risk Management – Structured Finance (GMACM Home Equity Loan Trust 2005-HE1), telecopier number (212) 312-3000.   The Enhancer shall promptly transmit any notice received by it from the Issuer, the Indenture Trustee or the Noteholders to the Issuer or Indenture Trustee, as the case may be.

Notices required to be given to the Rating Agencies by the Issuer, the Indenture Trustee or the Owner Trustee shall be in writing, personally delivered or mailed by certified mail, return receipt requested, to (i) in the case of Moody's, at the following address:  Moody's Investors Service, Inc., ABS Monitoring Department, 99 Church Street, New York, New York 10007 and (ii) in the case of Standard & Poor's, at the following address:  Standard & Poor's, 55 Water

Street, New York, New York 10041-0003, Attention: Asset Backed Surveillance Department; or, as to each of the foregoing Persons, at such other address as shall be designated by written notice to the other foregoing Persons.

Section 10.05 <u>Notices to Noteholders; Waiver</u>. Where this Indenture provides for notice to Noteholders of any event, such notice shall be sufficiently given (unless otherwise herein expressly provided) if in writing and mailed, first-class, postage prepaid to each Noteholder affected by such event, at such Person's address as it appears on the Note Register, not later than the latest date, and not earlier than the earliest date, prescribed for the giving of such notice. In any case where notice to Noteholders is given by mail, neither the failure to mail such notice nor any defect in any notice so mailed to any particular Noteholder shall affect the sufficiency of such notice with respect to other Noteholders, and any notice that is mailed in the manner herein provided shall conclusively be presumed to have been duly given regardless of whether such notice is in fact actually received.

Where this Indenture provides for notice in any manner, such notice may be waived in writing by any Person entitled to receive such notice, either before or after the event, and such waiver shall be the equivalent of such notice. Waivers of notice by Noteholders shall be filed with the Indenture Trustee, but such filing shall not be a condition precedent to the validity of any action taken in reliance upon such a waiver.

In case, by reason of the suspension of regular mail service as a result of a strike, work stoppage or similar activity, it shall be impractical to mail notice of any event to Noteholders when such notice is required to be given pursuant to any provision of this Indenture, then any manner of giving such notice as shall be satisfactory to the Indenture Trustee shall be deemed to be a sufficient giving of such notice.

Where this Indenture provides for notice to the Rating Agencies, failure to give such notice shall not affect any other rights or obligations created hereunder, and shall not under any circumstance constitute an Event of Default.

Section 10.06 <u>Alternate Payment and Notice Provisions</u>. Notwithstanding any provision of this Indenture or any of the Notes to the contrary, the Issuer may enter into any agreement with any Noteholder providing for a method of payment, or notice by the Indenture Trustee to such Noteholder, that is different from the methods provided for in this Indenture for such payments or notices. The Issuer shall furnish to the Indenture Trustee a copy of each such agreement and the Indenture Trustee shall cause payments to be made and notices to be given in accordance with such agreements.

Section 10.07 <u>Conflict with Trust Indenture Act</u>. If any provision hereof limits, qualifies or conflicts with another provision hereof that is required to be included in this Indenture by any of the provisions of TIA, such required provision shall control.

The provisions of TIA §§ 310 through 317 that impose duties on any Person (including the provisions automatically deemed included herein unless expressly excluded by this Indenture) are a part of and govern this Indenture, whether or not physically contained herein.

Section 10.08 <u>Effect of Headings</u>.  The Article and Section headings herein are for convenience only and shall not affect the construction hereof.

Section 10.09 <u>Successors and Assigns</u>.  All covenants and agreements in this Indenture and the Notes by the Issuer shall bind its successors and assigns, whether so expressed or not. All agreements of the Indenture Trustee in this Indenture shall bind its successors, co-trustees and agents.

Section 10.10 <u>Severability</u>.  In case any provision in this Indenture or in the Notes shall be held invalid, illegal or unenforceable, the validity, legality, and enforceability of the remaining provisions hereof shall not in any way be affected or impaired thereby.

Section 10.11 <u>Benefits of Indenture</u>.  Nothing in this Indenture or in the Notes, express or implied, shall give to any Person, other than the parties hereto and their successors hereunder, and the Noteholders, the Enhancer, and any other party secured hereunder, and any other Person with an ownership interest in any part of the Trust Estate, any benefit or any legal or equitable right, remedy or claim under this Indenture. The Enhancer shall be a third party beneficiary of this Indenture.

Section 10.12 <u>Legal Holidays</u>.  In any case where the date on which any payment is due shall not be a Business Day, then (notwithstanding any other provision of the Notes or this Indenture) payment need not be made on such date, but may be made on the next succeeding Business Day with the same force and effect as if made on the date on which nominally due, and no interest shall accrue for the period from and after any such nominal date.

Section 10.13 <u>GOVERNING LAW</u>.  THIS INDENTURE SHALL BE CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK, WITHOUT REFERENCE TO ITS CONFLICTS OF LAW PROVISIONS, AND THE OBLIGATIONS, RIGHTS AND REMEDIES OF THE PARTIES HEREUNDER SHALL BE DETERMINED IN ACCORDANCE WITH SUCH LAWS.

Section 10.14 <u>Counterparts</u>.  This Indenture may be executed in any number of counterparts, each of which so executed shall be deemed to be an original, but all such counterparts shall together constitute but one and the same instrument.

Section 10.15 <u>Recording of Indenture</u>.  If this Indenture is subject to recording in any appropriate public recording offices, such recording is to be effected by the Issuer and at its expense accompanied by an Opinion of Counsel (which counsel shall be reasonably acceptable to the Indenture Trustee) to the effect that such recording is necessary either for the protection of the Noteholders or any other Person secured hereunder or for the enforcement of any right or remedy granted to the Indenture Trustee under this Indenture.

Section 10.16 <u>Issuer Obligation</u>.  No recourse may be taken, directly or indirectly, with respect to the obligations of the Issuer, the Owner Trustee or the Indenture Trustee on the Notes or under this Indenture or any certificate or other writing delivered in connection herewith or therewith, against (i) the Indenture Trustee or the Owner Trustee in its individual capacity, (ii) any owner of a beneficial interest in the Issuer or (iii) any partner, owner, beneficiary, agent,

officer, director, employee or agent of the Indenture Trustee or the Owner Trustee in its individual capacity, any holder of a beneficial interest in the Issuer, the Owner Trustee or the Indenture Trustee or of any successor or assign of the Indenture Trustee or the Owner Trustee in its individual capacity, except as any such Person may have expressly agreed (it being understood that the Indenture Trustee and the Owner Trustee have no such obligations in their respective individual capacities), and except that any such partner, owner or beneficiary shall be fully liable, to the extent provided by applicable law, for any unpaid consideration for stock, unpaid capital contribution or failure to pay any installment or call owing to such entity. For all purposes of this Indenture, in the performance of any duties or obligations of the Issuer hereunder, the Owner Trustee shall be subject to, and entitled to the benefits of, the terms and provisions of Articles VI, VII and VIII of the Trust Agreement.

Section 10.17 <u>No Petition</u>. The Indenture Trustee, by entering into this Indenture, and each Noteholder, by its acceptance of a Note, hereby covenant and agree that they will not at any time institute against the Depositor or the Issuer, or join in any institution against the Depositor or the Issuer of, any bankruptcy, reorganization, arrangement, insolvency or liquidation proceedings, or other proceedings under any United States federal or state bankruptcy or similar law in connection with any obligations relating to the Notes, this Indenture or any of the other Basic Documents.

Section 10.18 <u>Inspection</u>. The Issuer agrees that, on reasonable prior notice, it shall permit any representative of the Indenture Trustee, during the Issuer's normal business hours, to examine all the books of account, records, reports and other papers of the Issuer, to make copies and extracts therefrom, to cause such books to be audited by Independent certified public accountants, and to discuss the Issuer's affairs, finances and accounts with the Issuer's officers, employees, and Independent certified public accountants, all at such reasonable times and as often as may be reasonably requested. The Indenture Trustee shall and shall cause its representatives to hold in confidence all such information except to the extent disclosure may be required by law (and all reasonable applications for confidential treatment are unavailing) and except to the extent that the Indenture Trustee may reasonably determine that such disclosure is consistent with its obligations hereunder.

IN WITNESS WHEREOF, the Issuer and the Indenture Trustee have caused their names to be signed hereto by their respective officers thereunto duly authorized, all as of the day and year first above written.

GMACM HOME EQUITY LOAN TRUST
2005-HE1, as Issuer

By:  WILMINGTON TRUST COMPANY, not in
its individual capacity but solely as Owner
Trustee

By: _____
Name:
Title:    Hea~~ ~ ~ Williamson
          Financial Services Officer

WELLS FARGO BANK, N.A., as Indenture
Trustee

By: _____
Name:
Title:

WELLS FARGO BANK, N.A.
hereby accepts the appointment as Paying
Agent pursuant to Section 3.03 hereof
and as Note Registrar pursuant to Section
4.02 hereof.

By: _____
Name:
Title:

Signatures and Seals

IN WITNESS WHEREOF, the Issuer and the Indenture Trustee have caused their names to be signed hereto by their respective officers thereunto duly authorized, all as of the day and year first above written.

GMACM HOME EQUITY LOAN TRUST
2005-HE1, as Issuer

By:    WILMINGTON TRUST COMPANY, not in
     its individual capacity but solely as Owner
     Trustee

By:    _____
     Name:
     Title:

WELLS FARGO BANK, N.A., as Indenture
Trustee

By:    _____
     Name: Peter A. Gobell
     Title:   Vice President

WELLS FARGO BANK, N.A.
hereby accepts the appointment as Paying
Agent pursuant to Section 3.03 hereof
and as Note Registrar pursuant to Section
4.02 hereof.

By:    _____
     Name:  Peter A. Gobell
     Title:   Vice Presient

Signatures and Seals

STATE OF __DELAWARE__                )
                                     )    ss.:
COUNTY OF __NEW CASTLE__             )

On this 21 day of March, 2005, before me personally appeared Heather Williams, to me
known, who being by me duly sworn, did depose and say, that he/she resides at Delaware,
that he/she is the Fin. Svcs. office of Wilmington Trust Company, the Owner Trustee, one of the
corporations described in and which executed the above instrument; that he/she knows the seal of
said corporation; that the seal affixed to said instrument is such corporate seal; that it was so
affixed by order of the Board of Directors of said corporation; and that he/she signed his/her
name thereto by like order.

Michele Lauren Centrella
                Notary Public

Acknowledgements

MICHELE LAUREN CENTRELLA
Notary Public - Delaware
My Comm. Expires May 17, 2008

STATE OF MARYLAND          )
                           ) ss.:
COUNTY OF BALTIMORE        )

    On this 29th day of March, 2005, before me personally appeared Peter A. Gobell, to me known, who being by me duly sworn, did depose and say, that he is a Vice President of Wells Fargo Bank, N.A., as Indenture Trustee, one of the corporations described in and which executed the above instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation; and that he/she signed his/her name thereto by like order.

_____
Notary Public

NOTORIAL SEAL

DARRON C. WOODUS
NOTARY PUBLIC
BALTIMORE COUNTY
MARYLAND
MY COMMISSION EXPIRES DECEMBER 6, 2008

# EXHIBIT B

| | |
|---|---|
| **From:** | Johnson, Michael |
| **To:** | Sohlberg, Mary |
| **CC:** | Weitnauer, Kit |
| **Sent:** | 5/10/2013 1:24:48 PM |
| **Subject:** | FW: ResCap / FGIC Proposal (D&P Summary) |
| **Attachments:** | ResCap_FGIC Commutation Proposal_D&P Summary.pdf |

Mary:  here's Duff's FGIC presentation.

Mike

Michael E. Johnson
Alston & Bird LLP
90 Park Avenue
New York, New York 10016
(212) 210-9584
michael.johnson@alston.com

**From:** Murphy, Brendan [mailto:Brendan.Murphy@duffandphelps.com]
**Sent:** Monday, May 06, 2013 4:54 PM
**To:** Johnson, Michael; Siegel, Glenn
**Cc:** Murphy, Brendan; Pfeiffer, Allen; Chong, Alice; Messenger, Zachary; Parekh, Charles
**Subject:** ResCap / FGIC Proposal (D&P Summary)

*Privileged and Confidential / Attorney-Client Work Product*

Mike (cc Glenn) –

Per our recent conversation, I have **attached** our summary on the FGIC Proposal, including the situation overview, claim quantification, summary of FGIC's Plan of Rehabilitation, comparison of the Base vs. Stress Scenarios, comparison of the current settlement proposal vs. FGIC's Plan etc.

We (D&P) understand that both Alston and Dechert have executed the NDA, but need to confirm that the other Trustee's have also executed the requisite documentation before receiving the attached.

In the meantime, please let us know if you have any questions.

Thanks,
Brendan

---

**Brendan J. Murphy**
*Director, Restructuring & Special Situations*

T  +1 212 277 0138
M  +1 713 628 0216
F  +1 917 267 7073

55 East 52nd Street
Floor 31
New York, NY 10055

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at http://www.duffandphelps.com /disclosure. Circular 230 Disclosure: Any advice contained in this email (including any attachments unless expressly stated otherwise) is not intended or written to be used, and cannot be used, for purposes of avoiding tax penalties that may be imposed on any taxpayer.

CONFIDENTIAL

EXHIBIT  4
WIT: SOHLBERG
DATE: 7-16-13
E. MULVENNA, CSR/RMR/CRR

WFB-MS000009

WFB-MS000009

NOTICE: This e-mail message and all attachments may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient, you are hereby notified that you may not read, copy, distribute or otherwise use this message or its attachments. If you have received this message in error, please notify the sender by email and delete all copies of the message immediately.

CONFIDENTIAL

WFB-MS000010

WFB-MS000010

# RESCAP

# DUFF&PHELPS

## Residential Capital, LLC

FGIC Commutation Proposal
Discussion Materials

May 2013

*DRAFT* – *Subject to Change*

DUFF&PHELPS
*Duff & Phelps Securities, LLC is a FINRA Registered Broker-Dealer*

CONFIDENTIAL
Attorney-Client Privilege

AMSTERDAM • ATLANTA • AUSTIN • BOSTON • CHICAGO • CINCINNATI • DALLAS • DENVER • DETROIT • HOUSTON • LONDON • LOS ANGELES • MORRISTOWN
MUNICH • NEW YORK • NEWPORT BEACH • PARIS • PHILADELPHIA • PLANO • SAN FRANCISCO • SEATTLE • SHANGHAI • SILICON VALLEY • TOKYO • TORONTO • WASHINGTON D.C.

# Situation Overview

In late March, FGIC delivered a commutation proposal ("Proposal") to the Steering Committee Group of RMBS Holders for ResCap-related trusts to provide a global resolution regarding the pending RMBS litigation. The Proposal from FGIC sets forth a lump sum cash consideration paid to the policyholders of the Rescap-related wrapped trusts in exchange for the ability to assert a general unsecured claim in the Rescap bankruptcy cases.

- On June 11, 2012, Benjamin Lawsky, Superintendent of Financial Services of the State of New York (the "Rehabilitator"), filed a rehabilitation petition on behalf of FGIC with the Supreme Court of the State of New York.

  - The Rehabilitator filed an initial Plan of Rehabilitation for FGIC on September 27, 2012 and filed the First Amended Plan of Rehabilitation on December 12, 2012.

  - In connection with the First Amended Plan of Rehabilitation, Lazard, as financial advisor to the New York Liquidation Bureau, submitted an affidavit which contained revised projections.

  - The Rehabilitator filed a revised First Amended Plan of Rehabilitation for FGIC on April 12, 2013 (the "Plan") which is expected to be heard on June 11, 2013.

- Based on the current Plan, holders of permitted policy claims ("Policyholders") would receive (i) an upfront Cash Payment in an amount equal to a specified cash payout percentage upon the initial incurrence of the policy claim and (ii) additional catch-up payments through a ratable payout mechanism as set forth in the Plan.

  - In the revised Base Scenario, the Policyholders would receive a recovery of 28.5% on their claim (based on a net present value of the distributions discounted at an illustrative rate of 15%).

- In connection with the Plan, FGIC has presented the Proposal to the Steering Committee Group of RMBS Holders for ResCap-related RMBS trusts in late March.

  - The Proposal provides a cash payout from FGIC of approximately $253 million to the ResCap-related RMBS Policyholders in exchange for approximately $597 million of claims asserted in the ResCap case by FGIC.

- The following materials provide initial observations regarding the potential recoveries, timing, and risks to the Rescap-related RMBS Policyholders for both the current Plan and the Proposal.

DRAFT - Privileged & Confidential - Attorney Work Product                                                                                                                 2

WFB-MS000012

WFB-MS000012

# FGIC Proposal – Commutation and Claim
($ in millions)

The Proposal outlines a cash payment of approximately $253 million by FGIC upon emergence in exchange for the ability for FGIC to assert approximately $597 million of allowed claims at Rescap.

- The following Proposal is based on the following three main assumptions:
  - [A] Initial Cash Payment Percentage of 17.25% (based on the updated Stress Scenario pursuant to the Plan),
  - [B] Base Case Payout to policyholders of 28.5% (based on the updated Base scenario pursuant to the Plan assuming a 15% discount rate), and
  - [J] Haircut of 40% on unpaid payout claim estimates.

- In consideration for the cash commutation payment of approximately $253 million, FGIC in return would receive a claim in the Rescap case for the sum of the (i) payouts made to date related to the RFC- and GMACM-sponsored trusts and (ii) the cash commutation.

| Information Points | |
|---|---|
| Initial Cash Payment Percentage (CPP) | 17.25% [A] |
| Base Case Payout (NPV @ 15.0%) | 28.50% [B] |
| | |
| FGIC - Ch. 11 Proof of Claim (POC) Amount | $1,850.0 |
| Less: Cost, Interest, etc. | (236.0) |
| Total Projected Claims in POC | 1,614.0 |
| Claims Paid to Date | 344.0 [C] |
| Estimated Unpaid Claims | 1,270.0 |
| Accrued and Unpaid ("A&U") Claims (as of 3/31/13) | 789.0 [D] |
| Future Estimated Claims | $481.0 [E] |

| Commutation Consideration | |
|---|---|
| Claims - A&U - Cash at Initial CPP | $136.1 [F] = [A] x [D] |
| | |
| Claims - A&U - Base Case Payout less Initial CPP | $88.8 [G] = [B] x [D] - [F] |
| Claims - Future Estimated Claims at Base Case Payout | 137.1 [H] = [B] x [E] |
| Subtotal | $225.8 [I] = [G] + [H] |
| Factor % of Unpaid Payout | 60.0% [J] |
| Value Attributable to Estimated Unpaid Claims | $135.5 [K] = [I] x [J] |
| | |
| Total Value to Trusts | $271.6 [L] = [F] + [K] |
| Less: Premiums waived by FGIC and retained by Trusts | 18.3 [M] |
| Cash Commutation paid by FGIC | $253.3 [N] = [L] - [M] |

| FGIC Allowed Claims | |
|---|---|
| Prior Claims Paid | $344.0 [C] |
| Cash Commutation | 253.3 [N] |
| Amount of FGIC Allowed Claim | $597.3 [C] + [N] |

DRAFT - Privileged & Confidential - Attorney Work Product

3

CONFIDENTIAL

# FGIC Plan of Rehabilitation – Summary

The current Plan of Rehabilitation provides all of the value of FGIC, after the payment of certain administrative expenses and other costs, to be ratably distributed to the all of FGIC's Policyholders in a fair and equitable manner.

- Per Lazard's Affidavit filed on December 12, 2012, the Policyholders are projected to receive a recovery of approximately 27-30% in the Base Scenario and 17-18% in the Stress Scenario (assuming a discount rate of approximately 10-20% on the distributions).

- The Policyholders would receive an initial cash payout percentage ("CPP") of 17.25% on accrued but unpaid claims on the effective date, an updated initial CPP on future claims as they arise, true-up payments for any upward changes in the CPP, and pro rata distribution of excess cash after accounting for appropriate reserves.

  - The Policyholders would receive distributions on an annual basis based on the updated Base and Stress Scenarios or if there an significant cash inflow event as further outlined in the Plan.

| Summary | Base Scenario | Stress Scenario |
|---|---|---|
| Summary | FGIC's current expectation of future Claims, investment performance, recoveries, financial markets and other factors of relevance to CPP Revaluations based on circumstances, events and projections that FGIC anticipates are reasonably likely to occur. | Non-catastrophic scenario envisioning a severe economic recession that is accompanied by: (i) sharp declines in home prices and the financial markets (e.g., approximately 30% decrease from peak home values), (ii) significant unemployment (e.g., approximately 5% increase in unemployment rates), (iii) high mortgage default rates, and (iv) other negative economic indicators of potential relevance to FGIC's insured exposures. |
| Notional Claims | $6.3 billion | $11.7 billion |
| Total Payments | $2.8 billion | $2.6 billion |
| Initial CPP | 17.25% | 17.25% |
| Nominal Recovery | 45% | 23% |
| 10% Discount Rate | 30% | 18% |
| 15% Discount Rate | 28.5% | 17% |
| 20% Discount Rate | 27% | 17% |

DRAFT - Privileged & Confidential - Attorney Work Product

4

CONFIDENTIAL

WFB-MS000014

WFB-MS000014

# FGIC Plan of Rehabilitation – Base vs. Stress Scenario
($ in millions)

FGIC's total notional claims estimates is approximately $6.3 billion in the base case and $11.7 billion in the stress case.

- Based on D&P loss estimates of approximately $1.1 billion to $1.5 billion, the Policyholders for the ResCap-related RMBS trusts may potentially represent 10% to 24% of the overall pool.

- A majority of the claims for the Policyholders of Rescap-related RMBS trusts are expected to arise in the next 5 years.

| | | 2012 | '13 - '17 | '18 - '22 | '23 - '27 | '28 - '32 | '33 - '37 | '38 - '42 | '43 - '47 | '48 - '52 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **All FGIC Policyholders (Lazard Affidavit)** | **BASE SCENARIO** | | | | | | | | | | |
| | Notional Claims - All | $2,133 | $1,655 | $585 | $229 | $160 | $948 | $600 | $6 | -- | $6,316 |
| | Ending CPP | 17% | 23% | 26% | 29% | 31% | 34% | 37% | 37% | 39% | |
| | Total Payments | ($366) | ($516) | ($297) | ($197) | ($195) | ($536) | ($498) | ($2) | ($227) | ($2,840) |
| | **STRESS SCENARIO** | | | | | | | | | | |
| | Notional Claims - All | $2,399 | $3,874 | $1,247 | $675 | $637 | $1,696 | $1,130 | $12 | -- | $11,670 |
| | Ending CPP | 17% | 17% | 17% | 17% | 17% | 17% | 17% | 17% | 20% | |
| | Total Payments | ($414) | ($668) | ($215) | ($116) | ($110) | ($293) | ($195) | ($2) | ($629) | ($2,642) |
| | **VARIANCE** | | | | | | | | | | |
| | Notional Claims - All | $266 | $2,219 | $662 | $446 | $477 | $748 | $530 | $6 | -- | $5,354 |
| | Ending CPP | (0%) | (6%) | (9%) | (11%) | (13%) | (16%) | (19%) | (19%) | (18%) | |
| | Total Payments | ($48) | ($152) | $82 | $81 | $85 | $243 | $303 | -- | ($402) | $198 |
| **Claims for Policyholders of ResCap-Related RMBS Trusts (Per D&P's Estimates)** | **LOW CASE** | | | | | | | | | | |
| | Notional Claims - ResCap | $709 | $182 | $74 | $54 | $74 | $58 | ($4) | ($1) | | $1,113 |
| | % Cumulative | 64% | 77% | 84% | 89% | 95% | 100% | 100% | 100% | | 100% |
| | % of Total Notional Claims | | | | | | | | | | |
| | Base Case | 33% | 9% | 13% | 23% | 46% | 6% | NM | NM | | 18% |
| | Stress Case | 30% | 4% | 6% | 6% | 12% | 3% | NM | NM | | 10% |
| | **HIGH CASE** | | | | | | | | | | |
| | Notional Claims - ResCap | $709 | $341 | $139 | $113 | $115 | $78 | ($3) | ($1) | | $1,491 |
| | % Cumulative | 48% | 70% | 80% | 87% | 95% | 100% | 100% | 100% | | 100% |
| | % of Total Notional Claims | | | | | | | | | | |
| | Base Case | 33% | 21% | 24% | 49% | 72% | 8% | NM | NM | | 24% |
| | Stress Case | 30% | 9% | 11% | 17% | 18% | 5% | NM | NM | | 13% |

DRAFT - Privileged & Confidential - Attorney Work Product

5

CONFIDENTIAL

WFB-MS000015

WFB-MS000015

# FGIC Plan of Rehabilitation – ResCap Trust Policyholders
($ in millions)

Under the Base Scenario, the ResCap RMBS Trust Policyholders may receive approximately $200-$320 million on a net present value basis.

| | Initial | '14 - '17 | '18-'52 | Total Recovery | Recovery % Based on: % Notional | % Discounted | Notes |
|---|---|---|---|---|---|---|---|
| **LOW CASE** | | | | | | | |
| Notional Claims - ResCap | $709 | $162 | $263 | $1,113 | | | [A] |
| Nominal Cash Flow | | | | | | | |
| Initial CPP Payments | $130 | $32 | $72 | $234 | | | |
| Catch-Up CPP Payments | -- | 36 | 160 | 196 | | | |
| Subtotal | 130 | 67 | 232 | 430 | | | |
| Portion of DPO Accretion Payout | -- | 4 | 85 | 88 | | | |
| Total Payout | $130 | $71 | $317 | $518 | 47% | | [B] |
| Discounted Cash Flows | | | | | | | |
| 10% | $130 | $56 | $64 | $251 | 23% | 28% | [C] |
| 15% | 130 | 51 | 37 | 218 | 20% | 25% | |
| 20% | 130 | 48 | 23 | 200 | 18% | 24% | |
| **HIGH CASE** | | | | | | | |
| Notional Claims - ResCap | $709 | $341 | $441 | $1,491 | | | [A] |
| Nominal Cash Flow | | | | | | | |
| Initial CPP Payments | $130 | $71 | $124 | $325 | | | |
| Catch-Up CPP Payments | -- | 40 | 210 | 250 | | | |
| Subtotal | 130 | 111 | 334 | 575 | | | |
| Portion of DPO Accretion Payout | -- | 4 | 108 | 112 | | | |
| Total Payout | $130 | $115 | $442 | $687 | 46% | | [B] |
| Discounted Cash Flows | | | | | | | |
| 10% | $130 | $92 | $93 | $316 | 21% | 26% | [C] |
| 15% | 130 | 83 | 54 | 268 | 18% | 25% | |
| 20% | 130 | 76 | 35 | 241 | 16% | 24% | |

[A] A majority of the notional claims for the ResCap RMBS Trust Policyholders are presented within the first 5 years post-emergence in both the low and high cases.

[B] However, the nominal cash flows to the Policyholders are mostly back-ended due to the true-up payments related to the projected CPP increases and the payments on account of the DPO accretion.

[C] When applying a 10-20% discount rate to the recovery cash flow stream, the illustrative recovery estimates are approximately $200-$320 million which implies a recovery rate of approximately 16-23% based on the notional claim amount and 24-28% based on the discounted claim amount.

CONFIDENTIAL

WFB-MS000016

WFB-MS000016

# Comparison Between Commutation Proposal and Plan

The following table outlines the various considerations, risks and economics associated with the Proposal and the Plan.

- The payment and recovery estimates are based on D&P's assessment of the accrued and unpaid claims to date and projected claims for both a low and high case.

| | Proposal[a] | Plan[b] | |
|---|---|---|---|
| Considerations and Risks | • Provides a global resolution on outstanding ResCap RMBS litigation issues<br>• One-time payment made to ResCap RMBS Policyholders upon plan confirmation (payout expected to occur on December 2013)<br>• ResCap RMBS Trusts will not need to pay future premiums<br>• Potential risk of relinquished upside economics in the event that the Base Scenario under the Plan is met and exceeded<br>• Proposal terms subject to approval from the Rehabilitator and the New York Insurance Bureau | • Outstanding ResCap RMBS litigation issues would need to be resolved separately<br>• RMBS Policyholders would receive approximately $130 million upon plan confirmation (payout expected to occur on December 2013); remainder to be made over 40 years<br>• Recoveries based on financial projections and claim estimates from December 2011; updates have not yet been provided<br>• RMBS Policyholders bear the exposure to upside opportunity and downside risk related to size of actual claim pool and cash flows versus the original projections<br>• Recoveries may be influenced by other commutation proposals that are currently pending | |
| | | **Base Scenario** | **Stress Scenario** |
| NPV of Payments | ~$220-285 million | $200-320 million | $190-$250 million |
| Nominal Recovery | ~19-20% | N/M | N/M |
| 10-20% Discount Rate[b] | N/A | 24-28% | 17-18% |

(a)  Based on D&P's low and high claims estimates.  Variance between NPV of payments due to the difference in starting claim amounts.
(b)  Discrepancy between the stated discounted recovery per the estimates provided in the Lazard Affidavit is primarily due to the adjustments that are made to calculate recoveries on an annual basis versus the 5-year  basis shown in the revised Scenarios.

DRAFT - Privileged & Confidential - Attorney Work Product

CONFIDENTIAL

# Next Steps and Follow-up Questions

Prior to the confirmation hearing currently set for June 11, 2013, additional follow-up discussions on the commutation Proposal will likely be centered around the following key issues:

- Base case payout assumption of 28.5% included in the Proposal;

- Factor of unpaid payout assumption of 60% included in the Proposal;

- Resolution regarding the accrued and unpaid claims to date;

- Resolution regarding the projected claim estimates;

- FGIC Allowed Claim in the ResCap cases (i.e., detail regarding the amount asserted to certain debtor entities);

- Timing and probability of receiving approval from the Rehabilitator and NYLB; and

- Timing of commutation related to overall FGIC rehabilitation proceeding.

CONFIDENTIAL                                                                                      WFB-MS000018

WFB-MS000018

# EXHIBIT C

# RESCAP

# DUFF&PHELPS

## Residential Capital, LLC

### FGIC Commutation Proposal
### Discussion Materials

**May 2013**

### *DRAFT* – *Subject to Change*



EXHIBIT __5__
WIT: SO HLBERG
DATE: 7-16-13
E. MULVENNA, CSR/RMR/CRR

## DUFF&PHELPS
*Duff & Phelps Securities, LLC is a FINRA Registered Broker-Dealer*

*CONFIDENTIAL*
*Attorney-Client Privilege*

AMSTERDAM • ATLANTA • AUSTIN • BOSTON • CHICAGO • CINCINNATI • DALLAS • DENVER • DETROIT • HOUSTON • LONDON • LOS ANGELES • MORRISTOWN
MUNICH • NEW YORK • NEWPORT BEACH • PARIS • PHILADELPHIA • PLANO • SAN FRANCISCO • SEATTLE • SHANGHAI • SILICON VALLEY • TOKYO • TORONTO • WASHINGTON D.C.

# Situation Overview

In late March, FGIC delivered a commutation proposal ("Proposal") to the Steering Committee Group of RMBS Holders for ResCap-related trusts to provide a global resolution regarding the pending RMBS litigation. The Proposal from FGIC sets forth a lump sum cash consideration paid to the policyholders of the Rescap-related wrapped trusts in exchange for the ability to assert a general unsecured claim in the Rescap bankruptcy cases.

- On June 11, 2012, Benjamin Lawsky, Superintendent of Financial Services of the State of New York (the "Rehabilitator"), filed a rehabilitation petition on behalf of FGIC with the Supreme Court of the State of New York.

  - The Rehabilitator filed an initial Plan of Rehabilitation for FGIC on September 27, 2012 and filed the First Amended Plan of Rehabilitation on December 12, 2012.

  - In connection with the First Amended Plan of Rehabilitation, Lazard, as financial advisor to the New York Liquidation Bureau, submitted an affidavit which contained revised projections.

  - The Rehabilitator filed a revised First Amended Plan of Rehabilitation for FGIC on April 12, 2013 (the "Plan") which is expected to be heard on June 11, 2013.

- Based on the current Plan, holders of permitted policy claims ("Policyholders") would receive (i) an upfront Cash Payment in an amount equal to a specified cash payout percentage upon the initial incurrence of the policy claim and (ii) additional catch-up payments through a ratable payout mechanism as set forth in the Plan.

  - In the revised Base Scenario, the Policyholders would receive a recovery of 28.5% on their claim (based on a net present value of the distributions discounted at an illustrative rate of 15%). $17.25/1.60$ plus

- In connection with the Plan, FGIC has presented the Proposal to the Steering Committee Group of RMBS Holders for ResCap-related RMBS trusts in late March.

  - The Proposal provides a cash payout from FGIC of approximately $253 million to the ResCap-related RMBS Policyholders in exchange for approximately $597 million of claims asserted in the ResCap case by FGIC.

- The following materials provide initial observations regarding the potential recoveries, timing, and risks to the Rescap-related RMBS Policyholders for both the current Plan and the Proposal.



DRAFT - Privileged & Confidential - Attorney Work Product

CONFIDENTIAL

WFB-MS000002

# FGIC Proposal – Commutation and Claim

($ in millions)

The Proposal outlines a cash payment of approximately $253 million by FGIC upon emergence in exchange for the ability for FGIC to assert approximately $597 million of allowed claims at Rescap.

*11.25 dft*

- The following Proposal is based on the following three main assumptions:

  - [A] Initial Cash Payment Percentage of 17.25% (based on the updated Stress Scenario pursuant to the Plan),

  - [B] Base Case Payout to policyholders of 28.5% (based on the updated Base scenario pursuant to the Plan assuming a 15% discount rate), and

  - [J] Haircut of 40% on unpaid payout claim estimates.

- In consideration for the cash commutation payment of approximately $253 million, FGIC in return would receive a claim in the Rescap case for the sum of the (i) payouts made to date related to the RFC- and GMACM-sponsored trusts and (ii) the cash commutation.

*policy ended*

**Information Points**

| | | |
|---|---|---|
| Initial Cash Payment Percentage (CPP) | 17.25% | [A] *CPP - min: recovery* |
| Base Case Payout (NPV @ 15.0%) | 28.50% | [B] *to policyhldr* |
| | | |
| FGIC - Ch. 11 Proof of Claim (POC) Amount | $1,850.0 | POC *trust essentla* |
| Less: Cost, Interest, etc. | (236.0) | - cost *FGIC POC* |
| Total Projected Claims in POC | 1,614.0 | |
| Claims Paid to Date | 344.0 | [C] |
| Estimated Unpaid Claims | 1,270.0 | |
| Accrued and Unpaid ("A&U") Claims (as of 3/31/13) | 789.0 | [D] |
| Future Estimated Claims | $481.0 | [E] |

**Commutation Consideration**

| | | |
|---|---|---|
| Claims - A&U - Cash at Initial CPP | $136.1 | [F] = [A] x [D] |
| | | |
| Claims - A&U - Base Case Payout less Initial CPP | $88.8 | [G] = [B] x [D] - [F] |
| Claims - Future Estimated Claims at Base Case Payout | 137.1 | [H] = [B] x [E] |
| Subtotal | $225.8 | [I] = [G] + [H] |
| | | |
| Factor % of Unpaid Payout | 60.0% | [J] *Settlemt discount* |
| Value Attributable to Estimated Unpaid Claims | $135.5 | [K] = [I] x [J] |
| | | |
| Total Value to Trusts | $271.6 | [L] = [F] + [K] |
| Less: Premiums waived by FGIC and retained by Trusts | 18.3 | [M] |
| Cash Commutation paid by FGIC *net cash received* | $253.3 | [N] = [L] - [M] |

**FGIC Allowed Claims**

| | | |
|---|---|---|
| Prior Claims Paid | $344.0 | [C] |
| Cash Commutation | 253.3 | [N] |
| Amount of FGIC Allowed Claim | $597.3 | [C] + [N] *general unsecured claim* |

DRAFT - Privileged & Confidential - Attorney Work Product

CONFIDENTIAL

*to deals ~ $215 m ³*

# FGIC Plan of Rehabilitation – Summary

The current Plan of Rehabilitation provides all of the value of FGIC, after the payment of certain administrative expenses and other costs, to be ratably distributed to the all of FGIC's Policyholders in a fair and equitable manner.

- Per Lazard's Affidavit filed on December 12, 2012, the Policyholders are projected to receive a recovery of approximately 27-30% in the Base Scenario and 17-18% in the Stress Scenario (assuming a discount rate of approximately 10-20% on the distributions).

- The Policyholders would receive an initial cash payout percentage ("CPP") of 17.25% on accrued but unpaid claims on the effective date, an updated initial CPP on future claims as they arise, true-up payments for any upward changes in the CPP, and pro rata distribution of excess cash after accounting for appropriate reserves.

    - The Policyholders would receive distributions on an annual basis based on the updated Base and Stress Scenarios or if there an significant cash inflow event as further outlined in the Plan.

| | Base Scenario | Stress Scenario |
|---|---|---|
| Summary | ▪ FGIC's current expectation of future Claims, investment performance, recoveries, financial markets and other factors of relevance to CPP Revaluations based on circumstances, events and projections that FGIC anticipates are reasonably likely to occur. | ▪ Non-catastrophic scenario envisioning a severe economic recession that is accompanied by:<br>– (i) sharp declines in home prices and the financial markets (e.g., approximately 30% decrease from peak home values),<br>– (ii) significant unemployment (e.g., approximately 5% increase in unemployment rates),<br>– (iii) high mortgage default rates, and<br>– (iv) other negative economic indicators of potential relevance to FGIC's insured exposures. |
| Notional Claims | $6.3 billion | $11.7 billion |
| Total Payments | $2.8 billion | $2.6 billion |
| Initial CPP | 17.25% | 17.25% |
| Nominal Recovery | 45% | 23% |
| 10% Discount Rate | 30% | 18% |
| 15% Discount Rate | 28.5% | 17% |
| 20% Discount Rate | 27% | 17% |

DRAFT - Privileged & Confidential - Attorney Work Product

CONFIDENTIAL



WFB-MS000004

# FGIC Plan of Rehabilitation – Base vs. Stress Scenario

($ in millions)

FGIC's total notional claims estimates is approximately $6.3 billion in the base case and $11.7 billion in the stress case.

- Based on D&P loss estimates of approximately $1.1 billion to $1.5 billion, the Policyholders for the ResCap-related RMBS trusts may potentially represent 10% to 24% of the overall pool.

- A majority of the claims for the Policyholders of Rescap-related RMBS trusts are expected to arise in the next 5 years.

| | | 2012 | '13 - '17 | '18 - '22 | '23 - '27 | '28 - '32 | '33 - '37 | 38 - '42 | '43 - '47 | '48 - '52 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **All FGIC Policyholders (Lazard Affidavit)** | **BASE SCENARIO** | | | | | | | | | | |
| | Notional Claims - All | $2,133 | $1,655 | $585 | $229 | $160 | $948 | $600 | $6 | -- | $6,316 |
| | *Ending CPP* | 17% | 23% | 26% | 29% | 31% | 34% | 37% | 37% | 39% | |
| | *Total Payments* | ($368) | ($516) | ($297) | ($197) | ($195) | ($536) | ($498) | ($2) | ($227) | ($2,840) |
| | **STRESS SCENARIO** | | | | | | | | | | |
| | Notional Claims - All | $2,399 | $3,874 | $1,247 | $675 | $637 | $1,696 | $1,130 | $12 | -- | $11,670 |
| | *Ending CPP* | 17% | 17% | 17% | 17% | 17% | 17% | 17% | 17% | 20% | |
| | *Total Payments* | ($414) | ($668) | ($215) | ($116) | ($110) | ($293) | ($195) | ($2) | ($629) | ($2,642) |
| | **VARIANCE** | | | | | | | | | | |
| | Notional Claims - All | $266 | $2,219 | $662 | $446 | $477 | $748 | $530 | $6 | -- | $5,354 |
| | *Ending CPP* | (0%) | (6%) | (9%) | (11%) | (13%) | (16%) | (19%) | (19%) | (18%) | |
| | *Total Payments* | ($46) | ($152) | $82 | $81 | $85 | $243 | $303 | -- | ($402) | $198 |
| **Claims for Policyholders of ResCap-Related RMBS Trusts (Per D&P's Estimates)** | **LOW CASE** | | | | | | | | | | |
| | Notional Claims - ResCap | $709 | $152 | $74 | $54 | $74 | $56 | ($4) | ($1) | | $1,113 |
| | *% Cumulative* | 64% | 77% | 84% | 89% | 95% | 100% | 100% | 100% | | 100% |
| | *% of Total Notional Claims* | | | | | | | | | | |
| | *Base Case* | 33% | 9% | 13% | 23% | 46% | 6% | NM | NM | | 18% |
| | *Stress Case* | 30% | 4% | 6% | 8% | 12% | 3% | NM | NM | | 10% |
| | **HIGH CASE** | | | | | | | | | | |
| | Notional Claims - ResCap | $709 | $341 | $139 | $113 | $115 | $78 | ($3) | ($1) | | $1,491 |
| | *% Cumulative* | 48% | 70% | 80% | 87% | 95% | 100% | 100% | 100% | | 100% |
| | *% of Total Notional Claims* | | | | | | | | | | |
| | *Base Case* | 33% | 21% | 24% | 49% | 72% | 8% | NM | NM | | 24% |
| | *Stress Case* | 30% | 9% | 11% | 17% | 18% | 5% | NM | NM | | 13% |

*(handwritten annotation next to $1,113 Total: "AA"; next to $1,491 Total: "BB")*

DRAFT - Privileged & Confidential - Attorney Work Product

5

CONFIDENTIAL

# FGIC Plan of Rehabilitation – ResCap Trust Policyholders

($ in millions)

**Under the Base Scenario, the ResCap RMBS Trust Policyholders may receive approximately $200-$320 million on a net present value basis.**

| | Initial | '14 - '17 | '18-'52 | Total Recovery | Recovery % Based on: % Notional | % Discounted | Notes |
|---|---|---|---|---|---|---|---|
| **LOW CASE** | | | | | | | |
| Notional Claims - ResCap | $709 | $152 | $253 | $1,113 | | | [A] |
| Nominal Cash Flow | | | | | | | |
| Initial CPP Payments | $130 | $32 | $72 | $234 | | | |
| Catch-Up CPP Payments | – | 36 | 160 | 196 | | | |
| Subtotal | 130 | 67 | 232 | 430 | | | |
| Portion of DPO Accretion Payout | – | 4 | 85 | 88 | | | |
| Total Payout | $130 | $71 | $317 | $518 | 47% | | [B] |
| Discounted Cash Flows | | | | | | | |
| 10% | $130 | $56 | $64 | $251 | 23% | 28% | [C] |
| 15% | 130 | 51 | 37 | 218 | 20% | 25% | |
| 20% | 130 | 46 | 23 | 200 | 18% | 24% | |
| **HIGH CASE** | | | | | | | |
| Notional Claims - ResCap | $709 | $341 | $441 | $1,491 | | | [A] |
| Nominal Cash Flow | | | | | | | |
| Initial CPP Payments | $130 | $71 | $124 | $325 | | | |
| Catch-Up CPP Payments | – | 40 | 210 | 250 | | | |
| Subtotal | 130 | 111 | 334 | 575 | | | |
| Portion of DPO Accretion Payout | – | 4 | 108 | 112 | | | |
| Total Payout | $130 | $115 | $442 | $687 | 46% | | [B] |
| Discounted Cash Flows | | | | | | | |
| 10% | $130 | $92 | $93 | $316 | 21% | 28% | [C] |
| 15% | 130 | 83 | 54 | 268 | 18% | 25% | |
| 20% | 130 | 76 | 35 | 241 | 16% | 24% | |

[A] A majority of the notional claims for the ResCap RMBS Trust Policyholders are presented within the first 5 years post-emergence in both the low and high cases.

[B] However, the nominal cash flows to the Policyholders are mostly back-ended due to the true-up payments related to the projected CPP increases and the payments on account of the DPO accretion.

[C] When applying a 10-20% discount rate to the recovery cash flow stream, the illustrative recovery estimates are approximately $200-$320 million which implies a recovery rate of approximately 16-23% based on the notional claim amount and 24-28% based on the discounted claim amount.

DRAFT - Privileged & Confidential - Attorney Work Product

CONFIDENTIAL

WFB-MS000006

6

# Comparison Between Commutation Proposal and Plan

The following table outlines the various considerations, risks and economics associated with the Proposal and the Plan.

- The payment and recovery estimates are based on D&P's assessment of the accrued and unpaid claims to date and projected claims for both a low and high case.

| | Proposal[a] | Plan[b] | |
|---|---|---|---|
| **Considerations and Risks** | ▪ Provides a global resolution on outstanding ResCap RMBS litigation issues<br>▪ One-time payment made to ResCap RMBS Policyholders upon plan confirmation (payout expected to occur on December 2013)<br>▪ ResCap RMBS Trusts will not need to pay future premiums<br>▪ Potential risk of relinquished upside economics in the event that the Base Scenario under the Plan is met and exceeded<br>▪ Proposal terms subject to approval from the Rehabilitator and the New York Insurance Bureau | ▪ Outstanding ResCap RMBS litigation issues would need to be resolved separately<br>▪ RMBS Policyholders would receive approximately $130 million upon plan confirmation (payout expected to occur on December 2013); remainder to be made over 40 years<br>▪ Recoveries based on financial projections and claim estimates from December 2011; updates have not yet been provided<br>▪ RMBS Policyholders bear the exposure to upside opportunity and downside risk related to size of actual claim pool and cash flows versus the original projections<br>▪ Recoveries may be influenced by other commutation proposals that are currently pending | |
| | | **Base Scenario** | **Stress Scenario** |
| **NPV of Payments** | ~$220-285 million | $200-320 million | $190-$250 million |
| **Nominal Recovery** | ~19-20% | N/M | N/M |
| **10-20% Discount Rate**[b] | N/A | 24-28% | 17-18% |

(a) Based on D&P's low and high claims estimates. Variance between NPV of payments due to the difference in starting claim amounts.
(b) Discrepancy between the stated discounted recovery per the estimates provided in the Lazard Affidavit is primarily due to the adjustments that are made to calculate recoveries on an annual basis versus the 5-year basis shown in the revised Scenarios.

DRAFT - Privileged & Confidential - Attorney Work Product

7

CONFIDENTIAL

# Next Steps and Follow-up Questions

Prior to the confirmation hearing currently set for June 11, 2013, additional follow-up discussions on the commutation Proposal will likely be centered around the following key issues:

- Base case payout assumption of 28.5% included in the Proposal;

- Factor of unpaid payout assumption of 60% included in the Proposal;

- Resolution regarding the accrued and unpaid claims to date;

- Resolution regarding the projected claim estimates;

- FGIC Allowed Claim in the ResCap cases (i.e., detail regarding the amount asserted to certain debtor entities);

- Timing and probability of receiving approval from the Rehabilitator and NYLB; and

- Timing of commutation related to overall FGIC rehabilitation proceeding.

CONFIDENTIAL                                                                                      WFB-MS000008

# EXHIBIT D

# DUFF&PHELPS

# RESCAP

## Residential Capital, LLC

### FGIC Commutation Proposal
### Discussion Materials

**May 15, 2013**

## DUFF&PHELPS

*Duff & Phelps Securities, LLC is a FINRA Registered Broker-Dealer*

*CONFIDENTIAL*
*Attorney-Client Privilege*

AMSTERDAM • ATLANTA • AUSTIN • BOSTON • CHICAGO • CINCINNATI • DALLAS • DENVER • DETROIT • HOUSTON • LONDON • LOS ANGELES • MORRISTOWN
MUNICH • NEW YORK • NEWPORT BEACH • PARIS • PHILADELPHIA • PLANO • SAN FRANCISCO • SEATTLE • SHANGHAI • SILICON VALLEY • TOKYO • TORONTO • WASHINGTON D.C.

CONFIDENTIAL

TR-MS000001



EXHIBIT ___6___
WIT: _SOHLBERG_
DATE: _7-16-13_
E. MULVENNA, CSR/RMR/CRR

# Executive Summary

In late March, FGIC delivered a commutation proposal ("Proposal") to the Steering Committee Group of RMBS Holders for ResCap sponsored trusts to provide a global resolution regarding the pending RMBS litigation. The Proposal from FGIC sets forth a lump sum cash consideration paid to the policyholders of the ResCap-related wrapped trusts in exchange for the ability to assert a general unsecured claim in the ResCap bankruptcy cases.

- On June 11, 2012, Benjamin Lawsky, Superintendent of Financial Services of the State of New York (the "Rehabilitator"), filed a rehabilitation petition on behalf of FGIC with the Supreme Court of the State of New York.

    - The Rehabilitator filed an initial Plan of Rehabilitation for FGIC on September 27, 2012 and filed the First Amended Plan of Rehabilitation on December 12, 2012.

    - In connection with the First Amended Plan of Rehabilitation, Lazard, as financial advisor to the New York Liquidation Bureau, submitted an affidavit which contained revised projections.

    - The Rehabilitator filed a revised First Amended Plan of Rehabilitation for FGIC on April 12, 2013 (the "Plan") which is expected to be heard on June 11, 2013.

- Based on the current Plan, holders of permitted policy claims ("Policyholders") would receive (i) an upfront Cash Payment in an amount equal to a specified cash payout percentage upon the initial incurrence of the policy claim and (ii) additional catch-up payments through a ratable payout mechanism as set forth in the Plan.

    - In the revised Base Scenario, the Policyholders would receive an initial recovery of ~17.25% and then a subsequent distribution of up to 28.5% on their claim (based on a net present value of the distributions discounted at an illustrative rate of 15%).

- In connection with the Plan, FGIC presented the Proposal to the Steering Committee Group of RMBS Holders for ResCap trusts in late March.

    - The Proposal provides a cash payout from FGIC of approximately **$253 million** to the ResCap-related RMBS Policyholders in exchange for FGIC to have the right to assert a **~$597 million claim** in the ResCap case.

Privileged & Confidential - Attorney Work Product
CONFIDENTIAL

# Executive Summary (cont'd)

Based on D&P's loss estimates of the wrapped portion of the ResCap-sponsored RMBS trusts, the cash commutation proposal provided by FGIC is within the range of expected payments under the Plan of Rehabilitation on discounted cash flow basis.

| | FGIC Settlement Proposal | FGIC Plan | |
|---|---|---|---|
| **Considerations (Benefits and Risks)** | • RMBS Policyholders would receive approximately **$253 million** upon plan confirmation (on or around December 2013).<br><br>• *Benefit:* Provides a global resolution on outstanding ResCap RMBS litigation issues.<br><br>• *Benefit:* One-time cash payment made to ResCap RMBS Policyholders upon plan confirmation.<br><br>• *Benefit:* ResCap RMBS Trusts will not need to pay future premiums.<br><br>• *Risk:* Potential risk of relinquished upside economics in the event that the Base Scenario under the Plan is met and correspondingly exceeded. | • RMBS Policyholders would receive approximately **$150 million** upon plan confirmation (on or around December 2013); remainder of the payments will be made over 40 years.<br><br>• *Benefit / Risk:* RMBS Policyholders bear the exposure to upside opportunity (benefit) and downside (risk) related to size of actual claim pool(s) and cash flows.<br><br>• *Risk:* A significant portion of cash distributions from Deferred Payout Obligations and other true-up payments are significantly back-ended, although a majority of the claims are expected to arise in the first five years (>70%).<br><br>• *Risk:* Outstanding ResCap RMBS litigation issues would need to be resolved separately.<br><br>• *Risk:* Recoveries are based on stale financial projections and claim estimates; updated estimates have not yet been provided. | |
| | | **Base Scenario** | **Stress Scenario** |
| **Cash Payments (NPV for the Plan)** | $253 million | ~$220 to $340 million[a] | ~$190 to $250 million[a][b] |
| **Duff & Phelps' Recommendation** | X | *Settlement Proposal is within the range of reasonableness under either scenario(s). Distributions are subject to additional unforeseen risks not identified above.* | |

a)   Range reflects 10% to 20% discount rate applied to the projected payouts.
b)   Reflects 17-18% recovery on D&P's low and high loss estimates.
     Note: D&P has not estimated projected losses that correspond to the underlying macro assumptions as assumed under the Stress Scenario (per the Lazard Affidavit).

*Privileged & Confidential - Attorney Work Product*
**CONFIDENTIAL**

1

# FGIC Settlement Proposal

CONFIDENTIAL

TR-MS000004

# FGIC Settlement Proposal – Commutation and Claim

($ in millions)

The Proposal outlines a cash payment of approximately $253 million by FGIC upon emergence in exchange for the ability for FGIC to assert approximately $597 million of allowed claims at Rescap.

- The following Proposal is based on the following three main assumptions:

  - [A] Initial Cash Payment Percentage of 17.25% (based on the updated Stress Scenario pursuant to the Plan),

  - [B] Base Case Payout to policyholders of 28.5% (based on the updated Base scenario pursuant to the Plan assuming a 15% discount rate), and

  - [J] Haircut of 40% on unpaid payout claim estimates.

- In consideration for the cash commutation payment of approximately $253 million, FGIC in return would receive a claim in the Rescap case for the sum of the (i) payouts made to date related to the RFC- and GMACM-sponsored trusts and (ii) the cash commutation.

### Information Points

| | | |
|---|---|---|
| Initial Cash Payment Percentage (CPP) | 17.25% | [A] |
| Base Case Payout (NPV @ 15.0%) | 28.50% | [B] |
| | | |
| ResCap Sponsored RMBS Claim (Per FGIC) | $1,850.0 | |
| Less: Cost, Interest, etc. | (236.0) | |
| Total Projected Claims in POC | 1,614.0 | |
| Claims Paid to Date | 344.0 | [C] |
| Estimated Unpaid Claims | 1,270.0 | |
| Accrued and Unpaid ("A&U") Claims (as of 3/31/13) | 789.0 | [D] |
| Future Estimated Claims | $481.0 | [E] |

### Commutation Consideration

| | | |
|---|---|---|
| Claims - A&U - Cash at Initial CPP | $136.1 | [F] = [A] x [D] |
| | | |
| Claims - A&U - Base Case Payout less Initial CPP | $88.8 | [G] = [B] x [D] - [F] |
| Claims - Future Estimated Claims at Base Case Payout | 137.1 | [H] = [B] x [E] |
| Subtotal | $225.8 | [I] = [G] + [H] |
| Factor % of Unpaid Payout | 60.0% | [J] |
| Value Attributable to Estimated Unpaid Claims | $135.5 | [K] = [I] x [J] |
| | | |
| Total Value to Trusts | $271.6 | [L] = [F] + [K] |
| Less: Premiums waived by FGIC and retained by Trusts | 18.3 | [M] |
| Cash Commutation paid by FGIC | $253.3 | [N] = [L] - [M] |

### FGIC Allowed Claims

| | | |
|---|---|---|
| Prior Claims Paid | $344.0 | [C] |
| Cash Commutation | 253.3 | [N] |
| Amount of FGIC Allowed Claim | $597.3 | [C] + [N] |

Privileged & Confidential - Attorney Work Product
CONFIDENTIAL

2

# Plan of Rehabilitation

CONFIDENTIAL                                                            TR-MS000006

# FGIC Plan of Rehabilitation – Summary

The current Plan of Rehabilitation provides all of the value of FGIC, after the payment of certain administrative expenses and other costs, to be ratably distributed to the all of FGIC's Policyholders in a fair and equitable manner.

- Per Lazard's Affidavit filed on December 12, 2012, the Policyholders are projected to receive a recovery of approximately 27-30% in the Base Scenario and 17-18% in the Stress Scenario (assuming a discount rate of approximately 10-20% on the distributions).

- The Policyholders would receive: **(1)** an initial cash payout percentage ("CPP") of 17.25% on accrued but unpaid claims on the effective date, **(2)** an updated initial CPP on future claims as they arise, **(3)** true-up payments for any upward changes in the CPP, and **(4)** pro rata distribution of excess cash after accounting for appropriate reserves.

  - The Policyholders would receive distributions on an annual basis based on the updated Base and Stress Scenarios or if there an significant cash inflow event as further outlined in the Plan.

| | Base Scenario | Stress Scenario |
|---|---|---|
| Summary | • FGIC's current expectation of future Claims, investment performance, recoveries, financial markets and other factors of relevance to CPP Revaluations based on circumstances, events and projections that FGIC anticipates are reasonably likely to occur. | • Non-catastrophic scenario envisioning a severe economic recession that is accompanied by:<br>– (i) sharp declines in home prices and the financial markets (e.g., approximately 30% decrease from peak home values),<br>– (ii) significant unemployment (e.g., approximately 5% increase in unemployment rates),<br>– (iii) high mortgage default rates, and<br>– (iv) other negative economic indicators of potential relevance to FGIC's insured exposures. |
| Notional Claims | $6.3 billion | $11.7 billion |
| Total Payments | $2.8 billion | $2.6 billion |
| Initial CPP | 17.25% | 17.25% |
| Nominal Recovery | 45% | 23% |
| 10% Discount Rate | 30% | 18% |
| 15% Discount Rate | 28.5% | 17% |
| 20% Discount Rate | 27% | 17% |

Privileged & Confidential - Attorney Work Product
CONFIDENTIAL

# FGIC Plan of Rehabilitation – Base vs. Stress Scenario

($ in millions)

FGIC's total notional claims estimates is approximately $6.3 billion in the base case and $11.7 billion in the stress case.

- Based on D&P loss estimates of approximately $1.2 billion to $1.5 billion, the Policyholders for the ResCap-sponsored RMBS trusts may potentially represent 10% to 24% of the overall pool.

- A majority of the claims for the Policyholders of Rescap-sponsored RMBS trusts are expected to arise within the next 5 years.

| | | 2012 | '13 - '17 | '18 - '22 | '23 - '27 | '28 - '32 | '33 - '37 | '38 - '42 | '43 - '47 | '48 - '52 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **All FGIC Policyholders (Lazard Affidavit)** | **BASE SCENARIO** | | | | | | | | | | |
| | Notional Claims - All | $2,133 | $1,655 | $585 | $229 | $160 | $948 | $600 | $6 | -- | $6,316 |
| | Ending CPP | 17% | 23% | 26% | 29% | 31% | 34% | 37% | 37% | 39% | |
| | Total Payments | ($368) | ($516) | ($297) | ($197) | ($195) | ($536) | ($498) | ($2) | ($227) | ($2,840) |
| | **STRESS SCENARIO** | | | | | | | | | | |
| | Notional Claims - All | $2,399 | $3,874 | $1,247 | $675 | $637 | $1,696 | $1,130 | $12 | -- | $11,670 |
| | Ending CPP | 17% | 17% | 17% | 17% | 17% | 17% | 17% | 17% | 20% | |
| | Total Payments | ($414) | ($668) | ($215) | ($116) | ($110) | ($293) | ($195) | ($2) | ($629) | ($2,642) |
| | **VARIANCE** | | | | | | | | | | |
| | Notional Claims - All | $266 | $2,219 | $662 | $446 | $477 | $748 | $530 | $6 | -- | $5,354 |
| | Ending CPP | (0%) | (6%) | (9%) | (11%) | (13%) | (16%) | (19%) | (19%) | (18%) | |
| | Total Payments | ($46) | ($152) | $82 | $81 | $85 | $243 | $303 | -- | ($402) | $198 |
| **Claims for Policyholders of ResCap-Related RMBS Trusts (Per D&P's Estimates)** | **LOW CASE** | | | | | | | | | | |
| | Notional Claims - ResCap | $753 | $173 | $69 | $53 | $74 | $40 | ($0) | ($0) | $0 | $1,162 |
| | % Cumulative | 65% | 80% | 86% | 90% | 97% | 100% | 100% | 100% | 100% | 100% |
| | % of Total Notional Claims | | | | | | | | | | |
| | Base Case | 35% | 10% | 12% | 23% | 46% | 4% | NM | NM | NM | 18% |
| | Stress Case(a) | 31% | 4% | 6% | 8% | 12% | 2% | NM | NM | NM | 10% |
| | **HIGH CASE** | | | | | | | | | | |
| | Notional Claims - ResCap | $753 | $386 | $124 | $115 | $110 | $59 | $0 | ($0) | $0 | $1,546 |
| | % Cumulative | 49% | 74% | 82% | 89% | 96% | 100% | 100% | 100% | 100% | 100% |
| | % of Total Notional Claims | | | | | | | | | | |
| | Base Case | 35% | 23% | 21% | 50% | 69% | 6% | 0% | NM | NM | 24% |
| | Stress Case(a) | 31% | 10% | 10% | 17% | 17% | 3% | 0% | NM | NM | 13% |

(a)  D&P has not estimated projected losses that reflect the same underlying macro assumptions as the Stress Scenario included in the Affidavit.

Privileged & Confidential - Attorney Work Product
CONFIDENTIAL

# FGIC Plan of Rehabilitation – ResCap Trust Policyholders
($ in millions)

Under the Base Scenario, the ResCap-Sponsored RMBS Trust Policyholders may receive approximately $220-$340 million on a net present value basis.

| Plan of Rehabilitation – Base Scenario | Initial | '14 - '17 | '18-'52 | Total Recovery | Recovery % Based on: % Notional | % Discounted | Notes |
|---|---|---|---|---|---|---|---|
| **LOW CASE** | | | | | | | |
| Notional Claims - ResCap | $814 | $112 | $236 | $1,162 | | | [A] |
| Nominal Cash Flow | | | | | | | |
| Initial CPP Payments | $150 | $23 | $67 | $240 | | | |
| Catch-Up CPP Payments | -- | 40 | 164 | 204 | | | |
| Subtotal | 150 | 63 | 231 | 444 | | | |
| Portion of DPO Accretion Payout | -- | 4 | 70 | 74 | | | |
| Total Payout | $150 | $67 | $301 | $518 | 45% | | [B] |
| Discounted Cash Flows | | | | | | | |
| 10% | $150 | $53 | $65 | $268 | 23% | 27% | [C] |
| 15% | 150 | 48 | 38 | 235 | 20% | 25% | |
| 20% | 150 | 43 | 24 | 217 | 19% | 24% | |
| **HIGH CASE** | | | | | | | |
| Notional Claims - ResCap | $888 | $251 | $408 | $1,546 | | | [A] |
| Nominal Cash Flow | | | | | | | |
| Initial CPP Payments | $163 | $52 | $114 | $330 | | | |
| Catch-Up CPP Payments | -- | 46 | 214 | 261 | | | |
| Subtotal | 163 | 99 | 328 | 590 | | | |
| Portion of DPO Accretion Payout | -- | 5 | 89 | 94 | | | |
| Total Payout | $163 | $103 | $418 | $684 | 44% | | [B] |
| Discounted Cash Flows | | | | | | | |
| 10% | $163 | $82 | $93 | $339 | 22% | 28% | [C] |
| 15% | 163 | 74 | 54 | 292 | 19% | 25% | |
| 20% | 163 | 68 | 35 | 266 | 17% | 24% | |

[A] A majority of the notional claims for the ResCap RMBS Trust Policyholders are presented within the first 5 years post-emergence in both the low and high cases.

[B] However, the nominal cash flows to the Policyholders are mostly back-ended due to the true-up payments related to the projected CPP increases and the payments on account of the DPO accretion.

[C] When applying a 10-20% discount rate to the recovery cash flow stream, the illustrative recovery estimates are approximately $220-$340 million which implies a recovery rate of approximately 17-23% based on the notional claim amount and 24-28% based on the discounted claim amount.

Note: Assumes emergence occurs at the end of 2013.

Privileged & Confidential - Attorney Work Product
CONFIDENTIAL

# EXHIBIT E

**TIME SENSITIVE NOTICE
REGARDING (A) PLAN SUPPORT AGREEMENT AMONG THE RESCAP DEBTORS
AND THE RMBS TRUSTEES, AMONG OTHERS, AND (B) SETTLEMENT
AGREEMENT AMONG THE DEBTORS, FINANCIAL GUARANTY INSURANCE
COMPANY AND CERTAIN OF THE RMBS TRUSTEES**

**NOTICE IS HEREBY GIVEN BY:**

**THE BANK OF NEW YORK MELLON,
THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,
DEUTSCHE BANK NATIONAL TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
U.S. BANK NATIONAL ASSOCIATION,
WELLS FARGO BANK, N.A.,
HSBC BANK USA, N.A., AND
LAW DEBENTURE TRUST COMPANY OF NEW YORK**

**IN THEIR SEVERAL CAPACITIES AS TRUSTEES, MASTER SERVICERS, AND/OR
INDENTURE TRUSTEES OR SEPARATE TRUSTEES (COLLECTIVELY, THE
"RMBS TRUSTEES" AND EACH, AN "RMBS TRUSTEE"), TO THE HOLDERS (THE
"CERTIFICATEHOLDERS") OF CERTIFICATES, NOTES OR OTHER SECURITIES
(COLLECTIVELY, THE "CERTIFICATES") UNDER THE RESIDENTIAL
MORTGAGE-BACKED SECURITIZATION TRUSTS IDENTIFIED ON SCHEDULE A
AT http://www.rescaprmbssettlement.com (COLLECTIVELY, THE "TRUSTS" AND
EACH A "TRUST").**

**THIS NOTICE CONTAINS IMPORTANT TIME-SENSITIVE INFORMATION FOR
CERTIFICATEHOLDERS AND OTHER PERSONS POTENTIALLY INTERESTED IN
THE TRUSTS.  ALL DEPOSITORIES, CUSTODIANS AND OTHER
INTERMEDIARIES RECEIVING THIS NOTICE, AS APPLICABLE, ARE
REQUESTED TO EXPEDITE ITS RE-TRANSMITTAL TO CERTIFICATEHOLDERS
IN A TIMELY MANNER.**

Dated:  May 24, 2013

This notice (the "**Notice**") is given to you by the RMBS Trustees under the Pooling and
Servicing Agreements (including Series Supplements and Standard Terms of Pooling and
Servicing Agreements), Indentures and related Servicing Agreements (collectively, the
"**Governing Agreements**") governing the Trusts.  Capitalized terms used but not defined herein
shall have the meanings assigned to them in the Governing Agreements.

**THIS NOTICE CONCERNS PROPOSED SETTLEMENTS IN A PLAN SUPPORT AGREEMENT, INCLUDING:**[1]

**1) A SETTLEMENT OF ALL THE TRUSTS' CLAIMS AGAINST THE DEBTORS IN THE CHAPTER 11 CASES, AND AFI, INCLUDING, WITHOUT LIMITATION, AND WHERE APPLICABLE, CLAIMS RELATING TO THE ORIGINATION AND SALE BY A DEBTOR OF MORTGAGE LOANS TO THE TRUSTS, AND CLAIMS ARISING OUT OF A DEBTOR'S SERVICING OF THE MORTGAGE LOANS; AND**

**2) A SETTLEMENT OF, AMONG OTHER THINGS, THE CLAIMS OF CERTAIN OF THE TRUSTS AGAINST FINANCIAL GUARANTY INSURANCE CORPORATION ("FGIC") UNDER THE INSURANCE POLICIES ISSUED BY FGIC IN RESPECT OF THE TRUSTS. A LIST OF THOSE TRUSTS AFFECTED BY THE FGIC SETTLEMENT IS AVAILABLE AT http://www.rescaprmbssettlement.com AS SCHEDULE B.**

**IF CERTIFICATEHOLDERS DO NOT OBJECT TO THESE SETTLEMENTS BEFORE THE DEADLINE OF JUNE 19, 2013 AT 4:00 P.M. (PREVAILING EASTERN TIME) TO OBJECT TO THE PLAN SUPPORT AGREEMENT MOTION, SUCH CERTIFICATEHOLDERS MAY BE PRECLUDED FROM OBJECTING TO THE PLAN AND THE BANKRUPTCY COURT MAY FIND THAT SUCH CERTIFICATEHOLDERS DO NOT HAVE STANDING TO OBJECT.**

**EACH OF THE PROPOSED SETTLEMENTS, IF APPROVED BY THE BANKRUPTCY COURT, AND ADDITIONALLY IN THE CASE OF THE FGIC SETTLEMENT AGREEMENT, BY THE NEW YORK STATE SUPREME COURT, WOULD BIND EACH APPLICABLE TRUST AND THE RELATED CERTIFICATEHOLDERS. THE PROPOSED SETTLEMENTS MATERIALLY AFFECT THE INTERESTS OF CERTIFICATEHOLDERS. THE RMBS TRUSTEES THEREFORE RESPECTFULLY REQUEST THAT ALL CERTIFICATEHOLDERS AND OTHER NOTICE RECIPIENTS READ THIS NOTICE AND RELATED MATERIALS CAREFULLY IN CONSULTATION WITH THEIR LEGAL AND FINANCIAL ADVISORS.**

## I.    Background -- Residential Capital Bankruptcy Filing

On May 14, 2012, Residential Capital, LLC, and certain of its direct and indirect subsidiaries (collectively, "**ResCap**" or the "**Debtors**") filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") (*In re Residential Capital, LLC*, Case No. 12-12020 (MG) and related cases) (collectively, the "**Chapter 11 Cases**").  To obtain information regarding the Chapter 11 Cases, please see Section VI, below.

## II.    The Plan Support Agreement and Term Sheets

On May 13, 2013, the Debtors, Ally Financial Inc. ("**AFI**"), the Official Committee of Unsecured Creditors (the "**Committee**"), and the Consenting Claimants (as defined in the Plan Support Agreement, which defined term includes the RMBS Trustees; collectively with the Debtors, AFI, and the Committee, the "**Plan Support Agreement Parties**") entered into the Plan Support Agreement

---

[1]    Terms not otherwise defined in these initial summary paragraphs are defined below.

(the "**Plan Support Agreement**") pursuant to which the Plan Support Agreement Parties agreed to
the terms of a consensual Chapter 11 plan of reorganization (the "**Plan**") and resolution of all claims
and disputes between them as set forth in the Plan Term Sheet (the "**Plan Term Sheet**") and the
Supplemental Term Sheet[2] (the "**Supplemental Term Sheet**," together with the Plan Term Sheet, the
"**Term Sheets**") attached respectively as Exhibits A and B to the Plan Support Agreement. Copies of
the Plan Support Agreement and the Term Sheets are available at
**http://www.rescaprmbssettlement.com** or from The Garden City Group ("**GCG**") by contacting
GCG in the manner described in Section VI, below.

The Plan Support Agreement and the Term Sheets provide for a payment by AFI to the Debtors'
estates and its creditors totaling $2.1 billion and for an agreed upon division of that amount, as well
as ResCap's other available assets, among all ResCap creditors.  More specifically with respect to the
Trusts, the Plan Support Agreement and Term Sheets settle (a) the claims of those Trusts (the
"**Original Settlement Trusts**") that were originally included in the RMBS Trust Settlement
Agreements, dated May 13, 2012, as amended, against the Debtors arising, among other things, from
the origination and sale by the Debtors of mortgage loans (the "**Buyback Claims**"), (b) the Buyback
Claims, if any, held by those Trusts that are not Original Settlement Trusts (the "**Additional
Settlement Trusts**"), and (c) claims held by certain of the Trusts against the Debtors relating to
alleged defaults under any servicing agreements or other executory contracts that were assumed by
the Debtors and assigned to Ocwen Loan Servicing LLC or other successor servicers, if any, pursuant
to the Bankruptcy Court's orders approving the sale of the Debtors' mortgage servicing rights or
similar orders regarding the assignment or other disposition of such agreements (the "**Cure Claims**,"
and together with the Buyback Claims, the "**Claims**").  All the Claims that the Trusts have against
AFI and ResCap will be released under the Plan in exchange for the consideration to be received
pursuant to the Plan.

If the Plan Support Agreement is approved by the Bankruptcy Court, the RMBS Trustees will
vote in favor of the Plan on behalf of each Trust, and the Certificateholders will be precluded
from providing contrary direction to the RMBS Trustees with respect to the Plan.

**Under the Plan, if confirmed, all entities, including the Trusts, will be permanently
enjoined after the effective date of the Plan, from commencing any actions against any of
the Plan Support Agreement Parties with respect to the Claims.  Pursuant to the Plan
Support Agreement, it is contemplated that the Bankruptcy Court's order approving the
Plan Support Agreement will contain findings that (a) the Plan Support Agreement, the
Term Sheets, the RMBS Settlement (as defined in the Plan Support Agreement), and the
FGIC Settlement Agreement contemplated thereunder are in the best interests of the
investors in each of the RMBS Trusts, each such RMBS Trust and the RMBS Trustees, (b)
the RMBS Trustees have acted reasonably, in good faith and in the best interests of the
investors in each RMBS Trust and each such RMBS Trust in agreeing to the Plan Support
Agreement, the Term Sheets, the RMBS Settlement, and the FGIC Settlement Agreement
contemplated thereunder, and (c) the RMBS Trustees' notice of the Plan Support
Agreement, the RMBS Settlement, the Term Sheets, and the FGIC Settlement Agreement
was sufficient and effective.  It is further contemplated that the order confirming the Plan
will contain exculpatory provisions barring any entity from making any claim against the**

---

[2]    The Supplemental Tern Sheet was agreed to by the Plan Support Agreement Parties on May 23, 2013, as
contemplated by the Plan Term Sheet.

**Plan Support Agreement Parties, including the RMBS Trustees, arising from their
agreement to enter into the Plan Support Agreement, their consent to the terms in the
Terms Sheets, or their agreement to support the Plan.**

The Supplemental Term Sheet sets forth the approximate percentage of ResCap assets and the
amounts contributed by AFI that will be distributed under the Plan for the benefit of all the Trusts
that have Claims.[3]  The allocation of such settlement amounts among the Trusts (the "**Allocation**")
shall be determined by the RMBS Trustees pursuant to the advice of Duff & Phelps, LLC ("**Duff &
Phelps**"), the primary financial advisor retained by the RMBS Trustees, and upon which advice the
RMBS Trustees shall exclusively rely upon for the determination of the Allocation.  For all Trusts
other than the Original Settlement Trusts, the Buyback Claims will be subject to further review,
including objections as to the existence or amount of such claims asserted by the Institutional
Investors (as defined in the Plan Support Agreement).

Information concerning the methodology to be used by Duff & Phelps to perform the Allocation can
be found in Annex III and Schedule A to Annex III to the Supplemental Term Sheet, as amended
from time to time.  Pursuant to the Allocation, the percent recovery on the Claims of any Trust will
likely vary materially from, and in all cases be lower than, the recovery of other claims allowed
against the relevant Debtors' estates.  This variation will be caused by a number of factors including,
but not limited to: (i) the inclusion in the Allocation of the claims of the Additional Settlement Trusts
and the inclusion of Cure Claims, none of which were fully factored into the Debtors' claims models,
but which are, as a result of the settlement under the Plan Support Agreement, required to be paid out
of the fixed aggregate allowed claims and recoveries to be received by the Trusts, and (ii) the
determinations made, and to be made, by Duff & Phelps as required by the RMBS Trust Allocation
Protocol attached to the Supplemental Term Sheet as Annex III, including Schedule A thereto.

*Please note that, based on each Trust's Governing Agreements and the facts and circumstances
surrounding each Trust, each Trust has its own unique claim against one or more of the Debtors.  As
a result, not all Trusts will be allocated amounts in respect of Cure Claims and not all Additional
Settlement Trusts will be allocated amounts in respect of Buyback Claims. Further, the amounts
available for distribution from the estate of each Debtor will differ.  Thus, the amounts recovered by
each Trust may vary considerably, and some Trusts may not be entitled to any recovery, including
certain Trusts that are subject to insurance policies issued by certain monoline insurance companies.*

On May 23, 2013, the Debtors filed with the Bankruptcy Court a motion to approve the Plan
Support Agreement (the "**Plan Support Agreement Motion**") and to authorize the RMBS
Trustees and ResCap to enter into the Plan Support Agreement. Pursuant to the Term Sheets, the
Bankruptcy Court is to enter an order approving the Plan Support Agreement by no later than
July 3, 2013.  **The hearing on the Plan Support Agreement Motion is scheduled for June 26,
2013 at 10:00 a.m. (prevailing Eastern Time), and objections, if any, must be filed and
served by June 19, 2013 at 4:00 p.m. (prevailing Eastern Time).**  The Plan Support
Agreement Motion and any notices and pleadings regarding same are available or will be
available shortly after they are filed at **http://www.rescaprmbssettlement.com**, or by contacting

---

[3]  Trusts for which an RMBS Trustee acts as master servicer and for which no other RMBS Trustee acts as trustee
are identified on Schedule A by an asterisk.  Pursuant to the Plan Support Agreement, any allowed Buyback Claims
that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement.
Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

4

GCG in the manner described in Section VI, below.  The RMBS Trustees intend to provide evidence to support certain findings in the proposed order approving  the Plan Support Agreement Motion.  To the extent filed, the RMBS Trustees' additional evidence will be available at **http://www.rescaprmbssettlement.com** and from GCG not less than fourteen  (14) days before the hearing on the Plan Support Agreement Motion.

**Pursuant to the Plan Support Agreement, if Certificateholders do not desire the Trusts in which they hold Certificates to be bound by the Plan Support Agreement and the Term Sheets, they have the option, if they meet the requirements set forth in the applicable Governing Agreements, to issue a direction, which shall include an indemnity satisfactory to the applicable RMBS Trustee, directing the RMBS Trustee to withdraw its execution of the Plan Support Agreement in respect of the applicable Trust.  Any direction and indemnity must be in a form satisfactory to the applicable RMBS Trustee and must be received by such RMBS Trustee on or before June 19, 2013.  Any Certificateholder that intends to issue such a direction is strongly urged to contact the relevant RMBS Trustee as soon as possible.  If the Plan Support Agreement is approved by the Bankruptcy Court, the RMBS Trustees will vote in favor of the Plan on behalf of each Trust, and the Certificateholders will be precluded from providing contrary direction to the RMBS Trustees with respect to the Plan.**

Upon acceptance by the RMBS Trustee of any Trust of a valid and satisfactory direction to withdraw its execution of the Plan Support Agreement, that RMBS Trustee shall withdraw its execution of the Plan Support Agreement on behalf of such Trust and such Trust will no longer be subject to the Plan Support Agreement.  **The relevant RMBS Trustee may determine not to accept such an instruction for a number of reasons, including, but not limited to, its determination that (a) Certificateholders having greater voting rights in such Trust have indicated, in a manner satisfactory to such RMBS Trustee, their support for the Plan Support Agreement, (b) the indemnification tendered is insufficient in any respect, or (c) the direction tendered is not in the best interests of the Trust.  Any claims of a withdrawing Trust against the Debtors must be pursued individually against the appropriate Debtors**.

**Even if the Certificateholders provide a valid direction to the RMBS Trustees to withdraw their execution of the Plan Support Agreement in respect of the applicable Trust, the Plan Proponents (as defined in the Plan Support Agreement) may still seek confirmation of the Plan that provides the same treatment of that Trust's Claims as set forth in the Plan Support Agreement.  Certificateholders who provide a valid direction to the RMBS Trustees to withdraw their execution of the Plan Support Agreement will maintain their ability to object to the treatment of the applicable Trust's Claims under the Plan, although the Bankruptcy Court may find that such Certificateholders lack standing to object.**

**Certificateholders may also individually object to the Plan Support Agreement by filing and serving an objection to the Plan Support Agreement Motion by June 19, 2013 at 4:00 p.m. (prevailing Eastern Time) pursuant to the terms of the Plan Support Agreement Motion and any accompanying notices filed regarding the Plan Support Agreement Motion**.

*If a Certificateholder (a) does not file a timely objection to the Plan Support Agreement, (b) files a timely objection that is overruled by the Bankruptcy Court, or (c) does not timely issue a valid direction and indemnity to its respective RMBS Trustee to withdraw its execution of the Plan Support Agreement with respect to any Trust, and the Plan Support Agreement is approved by the Bankruptcy Court, the Certificateholder will be bound by the the Plan Support Agreement and the Plan once it is confirmed and becomes effective, including with respect to its recovery, if any, in respect of its Certificates pursuant to the Allocation and with respect to the releases as set forth in the Term Sheets.*

**CERTIFICATEHOLDERS ARE URGED TO REVIEW THE PLAN SUPPORT AGREEMENT AND TERM SHEETS CAREFULLY AND TO CONSULT WITH THEIR ADVISORS.**

### III.    The FGIC Settlement Agreement

The Plan Support Agreement incorporates a settlement agreement (the "**FGIC Settlement Agreement**") dated May 23, 2013, pursuant to which ResCap, FGIC, The Bank of New York Mellon and the Bank of New York Mellon Trust Company, N.A., US Bank National Association, Wells Fargo Bank, N.A., and Law Debenture Trust Company of New York (collectively, the "**FGIC Trustees**") as trustees or separate trustees under certain Trusts (the "**FGIC Trusts**") as set forth in the FGIC Settlement Agreement (as defined below) (collectively, the "**FGIC Settlement Parties**") settled their claims against each other, including the claims of the FGIC Trusts against FGIC for claims under the insurance policies issued by FGIC (the "**Policies**") in respect of the FGIC Trusts.[4]  Pursuant to the terms of the FGIC Settlement Agreement, among other things, (a) each FGIC Settlement Party shall release the other FGIC Settlement Parties in respect of the Policies and other Policy Agreements (as defined in the FGIC Settlement Agreement), (b) FGIC will pay to the FGIC Trusts certain amounts in settlement of the FGIC Trusts' claims against FGIC as set forth in the FGIC Settlement Agreement, (c) the FGIC Trustees shall release the Debtors in respect of Origination-Related Provisions (as defined in the FGIC Settlement Agreement), (d) the Policies and other Policy Agreements will be commuted, (e) FGIC will not be liable for any further payments under the Policies and other Policy Agreements, and (f) the FGIC Trusts will no longer make premium, reimbursement, or other payments to FGIC.  Copies of the FGIC Settlement will be made available on or after May 29, 2013 at **http://www.rescaprmbssettlement.com** or from GCG by contacting GCG in the manner described in Section VI, below.

By May 29, 2013, an affirmation (the "**Affirmation**") in support of a motion seeking approval of the FGIC Settlement Agreement will be filed in the New York State Supreme Court with jurisdiction over FGIC's rehabilitation proceeding (the "**State Court**"), and by June 4, 2013, a motion to approve the FGIC Settlement Agreement (the "**FGIC Motion**") will be filed in the Bankruptcy Court.  The FGIC Settlement Agreement shall not become effective unless and until it is approved by the Bankruptcy Court and the State Court.  In the Bankruptcy Court, the notice filed regarding the FGIC Motion will include the hearing date on the FGIC Motion and the

---

[4]  The Supplemental Term Sheet sets forth the  terms of any settlements with the other monoline insurance companies that are among the Plan Support Agreement Parties.  To the extent monoline insurance companies are not parties to the Plan Support Agreement, the Trusts reserve any and all claims against them.

6

procedures for objecting to same.  The FGIC Settlement Agreement, the FGIC Motion, the Affirmation, and any notices will be available once they have been filed at **http://www.rescaprmbssettlement.com** or from GCG by contacting GCG in the manner described in Section VI, below.

**Any Certificateholder of a FGIC Trust may object to the approval of the FGIC Settlement Agreement in the Bankruptcy Court pursuant to the terms of the FGIC Motion.  Any Certificateholder of a FGIC Trust also might have an opportunity in the State Court to object to the Affirmation and approval of the FGIC Settlement Agreement.**

*If a Certificateholder of a FGIC Trust does not file a timely objection to the FGIC Settlement Agreement Motion or if such Certificateholder's  timely objection is overruled, so long as the FGIC Settlement Agreement  and the Plan Support Agreement are approved by the Bankruptcy Court and the State Court, and the Bankruptcy Court confirms the Plan, such Certificateholder will be bound by the terms of the FGIC Settlement Agreement.*

**CERTIFICATEHOLDERS OF A FGIC TRUST ARE URGED TO CAREFULLY REVIEW THE FGIC SETTLEMENT AGREEMENT ONCE IT IS AVAILABLE AND TO CONSULT WITH THEIR ADVISORS.**

### IV.    Other RMBS Trusts that Have an Insurance Policy with a Monoline Insurance Company.

Pursuant to the Plan Support Agreement and the Term Sheets, any RMBS Trust that has an insurance policy with a Monoline (as defined in the Plan Support Agreement) reserves the ability to enforce its rights, in the Bankruptcy Court or otherwise, against any Monoline (other than FGIC) that does not, in the future, perform in accordance with an insurance policy for the benefit of that Trust.

### V.    This Notice Is a Summary.

This Notice is not intended as, nor does not provide, a detailed restatement of the Plan Support Agreement, the Term Sheets, the RMBS Settlement or the FGIC Settlement Agreement, relevant law or relevant legal procedures.  The RMBS Trustees, do not intend to send any further notices with respect to the matters addressed herein, and Certificateholders and other potentially interested persons are urged to review carefully the Plan Support Agreement, the Term Sheets, the FGIC Settlement Agreement, any related notices, and other related pleadings that have been filed, and that subsequently may be filed, in the Chapter 11 Cases, and to consult with their own legal and financial advisors.

### VI.    Other Sources of Information.

The Committee appointed in the Chapter 11 Cases has established an official website (the "**Committee Website**"), on which basic information concerning the Chapter 11 Cases has been posted, including, but not limited to, relevant contact information, upcoming dates and deadlines, statements and schedules filed by ResCap and a list of answers to frequently asked questions. The Committee Website can be reached at **http://dm.epiq11.com/RES/Project**.

Information relevant to the Plan Support Agreement Motion, the Plan, the Affirmation, the FGIC Settlement Agreement, and any notices thereof will be available at **http://www.rescaprmbssettlement.com,** which will be updated regularly with related material documents filed or orders entered by the Bankruptcy Court or the State Court.  If a Certificateholder has any questions or would like to request copies of any of the relevant documents, Certificateholders may call GCG at (866) 241-7538 in the United States, +1 (202) 470-4565 outside the United States, or send an email to **questions@ rescaprmbssettlement.com**.

Certificateholders may also obtain any documents filed with the Bankruptcy Court in the Chapter 11 Cases by visiting ResCap's claims agent website at **http://www.kccllc.net/rescap,** or by logging on to PACER at **https://www.uscourts.gov** (a small fee is charged for this service). Documents filed in the Chapter 11 Cases may also be viewed during normal business hours at the Clerk's Office of the Bankruptcy Court, located at One Bowling Green, New York, New York 10004.

Inquiries with respect to any particular Trust for which The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., Deutsche Bank National Trust Company, Deutsche Bank Trust Company Americas, or US Bank National Association, Wells Fargo Bank, N.A., serves as RMBS Trustee may be directed to the RMBS Trustee for such Trust using the "RMBS Trustee Contact Information" for such RMBS Trustee at **http://www.rescaprmbssettlement.com**.  With respect to those Trusts for which HSBC Bank USA, N.A. serves as RMBS Trustee, inquiries may be directed to **US.CTLA.Structured.Unit@us.hsbc.com**.  With respect to those Trusts for which Law Debenture Trust Company of New York serves as RMBS Trustee, inquires may be directed to **nytrustco@lawdeb.com**.  **With respect to all other trusts, Certificateholders of those trusts should refer to their respective Governing Agreements for contact information.**

## VII.    Other Matters.

Certificateholders and other persons interested in the Trusts should not rely on the RMBS Trustees, or on counsel or other advisors retained by the RMBS Trustees, as their sole source of information.

Please note that the foregoing is not intended and should not be construed as investment, accounting, financial, legal or tax advice by or on behalf of the RMBS Trustees, or their directors, officers, affiliates, agents, attorneys or employees. Each person or entity receiving this Notice should seek the advice of its own advisers in respect of the matters set forth herein.

Please be further advised that each of the RMBS Trustees reserves all of the rights, powers, claims and remedies available to it under the Governing Agreements and applicable law. No delay or forbearance by an RMBS Trustee to exercise any right or remedy accruing upon the occurrence of a default, or otherwise under the terms of the Governing Agreements, other documentation relating thereto or under applicable law, shall impair any such right or remedy or constitute a waiver thereof or acquiescence therein.

Each of the RMBS Trustees expressly reserves its rights under each applicable Governing Agreement, including without limitation, its right to recover in full its fees and costs (including, without limitation, fees and costs incurred or to be incurred by such RMBS Trustee in performing its duties, indemnities owing or to become owing to such RMBS Trustee, compensation for such RMBS Trustee's time spent and reimbursement for fees and costs of counsel and other agents it employs in performing its duties or to pursue remedies) and its right, prior to exercising any rights or powers in connection with any applicable Governing Agreement at the request or direction of any Certificateholder, to receive security or indemnity satisfactory to it against all costs, expenses and liabilities which might be incurred in compliance therewith, and all rights that may be available to it under applicable law or otherwise.

Please be advised that with respect to any particular inquiry from individual Certificateholders, an RMBS Trustee may conclude that a specific response to such inquiry is not consistent with requirements under applicable law and regulation of equal and full dissemination of information to all Certificateholders.

THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, U.S. BANK NATIONAL ASSOCIATION, WELLS FARGO BANK, N.A., HSBC BANK USA, N.A., AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, severally, as trustees, master servicers, and/or indenture trustees or separate trustees of the Trusts

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

**GMACM Mortgage Loan Trust 2004-AR1**

36185NX21
36185NX39
36185NX47
36185NX54
36185NX62
36185NX70
36185NX88
36185NX96
36185NY20
36185NY38
36185NY46
36185NY53
36185NY61
36185NY79
36185NY87
36185NY95
36185NZ29
36185NZ37
36185NZ45
36185NZ52
36185NZ60

**GMACM Mortgage Loan Trust 2004-AR2**

36185N3R9
36185N3S7
36185N3T5
36185N3U2
36185N3V0

36185N3W8
36185N3X6
36185N3Y4
36185N3Z1
36185N4A5
36185N4B3
36185N4C1
36185N4D9

**GMACM Mortgage Loan Trust 2004-GH1**

36185HDW0
36185HDX8
36185HDY6
36185HDZ3
36185HEA7
36185HEB5
36185HEC3
36185HED1
36185HEE9
N/C107490
N/C107495
N/C107496

**GMACM Home Loan Trust 2004-HLTV1**

36185HDT7
36185HDU4
36185HDV2

**GMACM Mortgage Loan Trust 2004-J1**

36185NT26
36185NT34
36185NT42

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

| | |
|---|---|
| 36185NT59 | 36185N2D1 |
| 36185NT83 | 36185N2E9 |
| 36185NT91 | 36185N2F6 |
| 36185NU24 | 36185N2G4 |
| 36185NU32 | 36185N2H2 |
| 36185NU57 | 36185N2J8 |
| 36185NU65 | 36185N2K5 |
| 36185NU73 | 36185N2L3 |
| 36185NU81 | 36185N2M1 |
| 36185NU99 | 36185N2N9 |
| 36185NV23 | 36185N2P4 |
| 36185NV31 | 36185N2Q2 |
| 36185NV49 | 36185N2R0 |
| 36185NV56 | 36185N2S8 |
| 36185NV64 | 36185N2T6 |
| 36185NV72 | 36185N2U3 |
| 36185NV80 | 36185NZ78 |
| 36185NV98 | **GMACM Mortgage Loan Trust 2004-J3** |
| 36185NW22 | 36185N2V1 |
| 36185NW30 | 36185N2W9 |
| 36185NW48 | 36185N2Y5 |
| 36185NW55 | 36185N2Z2 |
| 36185NW63 | 36185N3A6 |
| 36185NW71 | 36185N3B4 |
| 36185NW89 | 36185N3C2 |
| 36185NW97 | 36185N3D0 |
| **GMACM Mortgage Loan Trust 2004-J2** | 36185N3E8 |
| 36185N2A7 | 36185N3F5 |
| 36185N2B5 | 36185N3G3 |
| 36185N2C3 | 36185N3H1 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 36185N3J7 | 36185N5D8 |
| 36185N3K4 | 36185N5E6 |
| 36185N3L2 | 36185N5F3 |
| 36185N3M0 | 36185N5G1 |
| 36185N3N8 | 36185N5H9 |
| 36185N3P3 | 36185N5J5 |
| 36185N3Q1 | 36185N5K2 |
| **GMACM Mortgage Loan Trust 2004-J4** | 36185N5L0 |
| 36185N4E7 | 36185N5M8 |
| 36185N4F4 | 36185N5N6 |
| 36185N4H0 | 36185N5P1 |
| 36185N4J6 | 36185N5Q9 |
| 36185N4K3 | 36185N5R7 |
| 36185N4L1 | **GMACM Mortgage Loan Trust 2004-J6** |
| 36185N4N7 | 36185N5S5 |
| 36185N4P2 | 36185N5T3 |
| 36185N4Q0 | 36185N5U0 |
| 36185N4R8 | 36185N5V8 |
| 36185N4S6 | 36185N5W6 |
| 36185N4T4 | 36185N5X4 |
| 36185N4U1 | 36185N5Y2 |
| 36185N4V9 | 36185N5Z9 |
| 36185N4W7 | 36185N6A3 |
| 36185N4X5 | 36185N6B1 |
| **GMACM Mortgage Loan Trust 2004-J5** | 36185N6C9 |
| 36185N4Y3 | 36185N6D7 |
| 36185N4Z0 | 36185N6E5 |
| 36185N5A4 | 36185N6F2 |
| 36185N5B2 | 36185N6G0 |
| 36185N5C0 | 36185N6H8 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

36185N6K1

36185N6L9

**GMACM Mortgage Loan Trust 2005-AR1**

76112BKK5

76112BKL3

76112BKM1

76112BKN9

76112BKP4

76112BKQ2

76112BKR0

76112BKS8

76112BKT6

76112BKU3

76112BKV1

76112BKW9

76112BKX7

76112BKY5

**GMACM Mortgage Loan Trust 2005-AR2**

36185N2R6

36185N6M7

36185N6N5

36185N6P0

36185N6Q8

36185N6S4

36185N6T2

36185N6U9

36185N6V7

36185N6W5

36185N6X3

**GMACM Mortgage Loan Trust 2006-AR2**

36185MET5

36185MEU2

36185MEV0

36185MEW8

36185MEX6

36185MEZ1

36185MFA5

36185MFB3

36185MFC1

36185MFD9

36185MFE7

36185MFF4

36185MFG2

36185MFH0

36185MFJ6

36185MFK3

36185MFL1

**GMACM Home Loan Trust 2006-HLTV1**

36185HEF6

36185HEG4

36185HEH2

36185HEJ8

36185HEK5

N/C133485

**GMACM Home Equity Loan Trust 2006-HE1**

361856ER4

N/C133479

**GMACM Home Equity Loan Trust 2006-**

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

**HE2**

38011AAB0

38011AAC8

38011AAD6

**GMACM Home Equity Loan Trust 2006-HE3**

38012TAA0

38012TAB8

38012TAC6

38012TAD4

38012TAE2

N/A142614

**GMACM Home Equity Loan Trust 2006-HE5**

38012EAA3

38012EAB1

38012EAC9

**GMACM Home Equity Loan Trust 2007-HE2**

36186LAA1

36186LAB9

36186LAC7

36186LAD5

36186LAE3

36186LAF0

36186LAG8

N/C160336

N/C160337

**GMACM Home Equity Loan Trust 2007-HE3**

36186MAA9

36186MAB7

36186MAC5

36186MAD3

36186MAE1

36186MAF8

N/C165704

N/C165705

N/C165706

**RAMP Series 2004-KR1**

7609852E0

7609852F7

760985X89

760985X97

760985Y88

760985Y96

N/A94270

N/A94271

N/A95493

**RAMP Series 2004-KR2**

76112BCV0

76112BCW8

76112BCX6

76112BDB3

76112BDC1

76112BDD9

76112BDJ6

76112BDK3

N/C104555

N/C104556

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

N/C104557

**RAMP Series 2004-RS1**

760985M73
760985M81
760985M99
760985N49
760985N56
760985N64
760985N72
760985N80
760985N98
760985P21
760985P62
760985P70
N/A82146
N/A82147
N/A82148
N/A82149

**RAMP Series 2004-RS10**

76112BDS6
76112BDT4
76112BDU1
76112BDV9
76112BDW7
76112BEC0
76112BED8
76112BEE6
76112BEF3
76112BEG1
76112BEH9

76112BEJ5
N/C106148
N/C106149
N/C106150
N/C106151

**RAMP Series 2004-RS11**

76112BFH8
76112BFJ4
76112BFK1
76112BFL9
76112BFM7
76112BFN5
N/C107783
N/C107784

**RAMP Series 2004-RS12**

76112BFS4
76112BFT2
76112BFU9
76112BFV7
76112BFW5
76112BFX3
76112BFY1
76112BGD6
76112BGE4
76112BGF1
76112BGG9
76112BGH7
76112BGJ3
N/C108738
N/C108739

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| N/C108740 | **RAMP Series 2004-RS4** |
| N/C108741 | 7609852X8 |
| N/C108742 | 7609852Y6 |
| N/C108743 | 7609853E9 |
| **RAMP Series 2004-RS2** | 7609853F6 |
| 760985Q38 | 7609853G4 |
| 760985Q46 | 7609853H2 |
| 760985Q53 | 7609853J8 |
| 760985Q61 | 7609853K5 |
| 760985Q79 | 7609853L3 |
| 760985Q87 | 7609853N9 |
| 760985R37 | 7609853P4 |
| 760985R45 | N/A95998 |
| 760985R52 | N/A95999 |
| 760985R94 | N/A96000 |
| 760985S28 | N/A96001 |
| N/A92036 | **RAMP Series 2004-RS5** |
| N/A92037 | 7609853W9 |
| N/A92038 | 7609853Z2 |
| N/A92039 | 7609854A6 |
| **RAMP Series 2004-RS3** | 7609854B4 |
| 7609852C4 | 7609854D0 |
| 760985V32 | 7609854F5 |
| 760985V40 | 7609854G3 |
| 760985V65 | 7609854H1 |
| 760985V73 | 7609854J7 |
| 760985V81 | 7609854K4 |
| 760985V99 | 7609854L2 |
| N/A94284 | 7609854M0 |
| N/A94285 | 7609854N8 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

N/A97460

N/A97461

N/A97462

N/A97463

**RAMP Series 2004-RS6**

7609854X6

7609855A5

7609855B3

7609855C1

7609855D9

7609855E7

7609855F4

7609855G2

7609855H0

7609855L1

7609855M9

7609855N7

7609855P2

7609855Q0

7609856P1

7609856Q9

N/C98807

N/C98808

N/C98809

N/C98810

**RAMP Series 2004-RS7**

7609857C9

7609857D7

7609857E5

7609857F2

7609857G0

7609857J4

7609857K1

7609857L9

7609857M7

N/C100700

N/C100701

N/C100702

N/C100703

**RAMP Series 2004-RS8**

76112BAD2

76112BAE0

76112BAF7

76112BAG5

76112BAH3

76112BAJ9

76112BAM2

76112BAN0

76112BAP5

76112BAQ3

76112BAT7

76112BAU4

N/C103114

N/C103115

N/C103116

N/C103117

**RAMP Series 2004-RS9**

76112BCF5

76112BCG3

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 76112BCH1 | 7609856S5 |
| 76112BCM0 | 7609856T3 |
| 76112BCN8 | N/C98823 |
| 76112BCP3 | N/C98824 |
| 76112BCQ1 | N/C98825 |
| 76112BCR9 | N/C98918 |
| 76112BDE7 | N/C98919 |
| N/C104627 | **RAMP Series 2004-RZ3** |
| N/C104628 | 76112BAY6 |
| N/C104629 | 76112BAZ3 |
| N/C104630 | 76112BBA7 |
| **RAMP Series 2004-RZ1** | 76112BBB5 |
| 7609852B6 | 76112BBC3 |
| 760985T84 | 76112BBD1 |
| 760985T92 | 76112BBE9 |
| 760985U25 | 76112BBJ8 |
| 760985U33 | 76112BBK5 |
| 760985U41 | 76112BBL3 |
| 760985U58 | 76112BBM1 |
| 760985U66 | 76112BBN9 |
| 760985U74 | 76112BDG2 |
| N/A94504 | 76112BDH0 |
| N/A94505 | N/C104592 |
| N/A94506 | N/C104593 |
| **RAMP Series 2004-RZ2** | N/C104594 |
| 7609854S7 | N/C104595 |
| 7609854T5 | N/C104596 |
| 7609854U2 | **RAMP Series 2004-RZ4** |
| 7609854V0 | 76112BHF0 |
| 7609854W8 | 76112BHG8 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 76112BHH6 | N/C110292 |
| 76112BHJ2 | N/C110293 |
| 76112BHK9 | **RAMP Series 2005-RS2** |
| 76112BHL7 | 76112BJW1 |
| 76112BHM5 | 76112BKB5 |
| 76112BHN3 | 76112BKC3 |
| 76112BHP8 | 76112BKD1 |
| 76112BHQ6 | 76112BKE9 |
| N/A109040 | 76112BKF6 |
| N/A109040 | 76112BKG4 |
| N/C109041 | 76112BKZ2 |
| N/C109041 | N/C111831 |
| **RAMP Series 2005-RS1** | N/C111832 |
| 76112BHV5 | **RAMP Series 2005-RS3** |
| 76112BHW3 | 76112BLD0 |
| 76112BHX1 | 76112BLE8 |
| 76112BHY9 | 76112BLF5 |
| 76112BHZ6 | 76112BLG3 |
| 76112BJA9 | 76112BLH1 |
| 76112BJB7 | 76112BLJ7 |
| 76112BJC5 | 76112BLK4 |
| 76112BJG6 | 76112BLL2 |
| 76112BJH4 | 76112BLM0 |
| 76112BJJ0 | 76112BLN8 |
| 76112BJK7 | 76112BLP3 |
| 76112BJL5 | 76112BLQ1 |
| 76112BJM3 | 76112BLR9 |
| 76112BJN1 | 76112BND8 |
| N/C110290 | N/A114662 |
| N/C110291 | N/C113171 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| N/C113172 | N/C117186 |
| N/C113646 | N/C117187 |
| N/C113647 | N/C117188 |
| N/C113648 | N/C117189 |
| **RAMP Series 2005-RS4** | N/C117190 |
| 76112BPA2 | **RAMP Series 2005-RS6** |
| 76112BPB0 | 76112BTP5 |
| 76112BPC8 | 76112BTQ3 |
| 76112BPD6 | 76112BTR1 |
| 76112BPE4 | 76112BTS9 |
| 76112BPF1 | 76112BTT7 |
| 76112BPG9 | 76112BTU4 |
| 76112BPH7 | 76112BTV2 |
| 76112BPJ3 | 76112BTW0 |
| N/C115787 | 76112BTX8 |
| N/C115788 | 76112BTY6 |
| N/C115789 | 76112BTZ3 |
| N/C115790 | 76112BVL1 |
| N/C115791 | N/C119140 |
| **RAMP Series 2005-RS5** | N/C119141 |
| 76112BPU8 | N/C119142 |
| 76112BPV6 | N/C119143 |
| 76112BPW4 | N/C119144 |
| 76112BPX2 | **RAMP Series 2005-RS7** |
| 76112BPY0 | 76112BWV8 |
| 76112BPZ7 | 76112BWW6 |
| 76112BQA1 | 76112BWX4 |
| 76112BQB9 | 76112BWY2 |
| 76112BQC7 | 76112BWZ9 |
| 76112BQK9 | 76112BXA3 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

| | |
|---|---|
| 76112BXB1 | 76112BMA5 |
| 76112BXC9 | 76112BMB3 |
| 76112BXD7 | 76112BMC1 |
| 76112BXG0 | 76112BMD9 |
| N/A120701 | 76112BME7 |
| N/C120702 | 76112BMF4 |
| **RAMP Series 2005-RS8** | 76112BMG2 |
| 76112BZF0 | 76112BMH0 |
| 76112BZG8 | 76112BMJ6 |
| 76112BZJ2 | 76112BMK3 |
| 76112BZK9 | 76112BNE6 |
| 76112BZL7 | N/C113078 |
| 76112BZM5 | N/C113080 |
| 76112BZN3 | **RAMP Series 2005-RZ2** |
| 76112BZP8 | 76112BWD8 |
| 76112BZU7 | 76112BWE6 |
| 76112BZV5 | 76112BWF3 |
| N/C125141 | 76112BWG1 |
| N/C125142 | 76112BWH9 |
| **RAMP Series 2005-RS9** | 76112BWJ5 |
| 76112BL73 | 76112BWK2 |
| 76112BL81 | 76112BWL0 |
| 76112BL99 | 76112BWM8 |
| 76112BM23 | 76112BXJ4 |
| N/A128298 | 76112BXK1 |
| N/A128299 | 76112BXL9 |
| **RAMP Series 2005-RZ1** | **RAMP Series 2005-RZ3** |
| 76112BLX6 | 76112BA26 |
| 76112BLY4 | 76112BA34 |
| 76112BLZ1 | 76112BA42 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 76112BA59 | 76112BY46 |
| 76112BA67 | N/A130656 |
| 76112BA75 | N/A130657 |
| 76112BA83 | N/A130658 |
| 76112BA91 | **RAMP Series 2006-RS2** |
| 76112BB41 | 76112B2C3 |
| 76112BB58 | 76112B2D1 |
| 76112BB66 | 76112B2E9 |
| 76112BB74 | 76112B2F6 |
| 76112BZY9 | 76112B2G4 |
| 76112BZZ6 | 76112B2H2 |
| **RAMP Series 2005-RZ4** | 76112B2S8 |
| 76112BM72 | 76112B3A6 |
| 76112BM80 | N/A132344 |
| 76112BM98 | N/A132345 |
| 76112BN22 | **RAMP Series 2006-RS3** |
| 76112BN30 | 75156VAB1 |
| 76112BN48 | 75156VAC9 |
| 76112BN55 | 75156VAD7 |
| 76112BN63 | 75156VAP0 |
| 76112BP20 | N/A135924 |
| 76112BP38 | N/A135925 |
| 76112BP46 | **RAMP Series 2006-RS4** |
| 76112BP53 | 75156WAC7 |
| **RAMP Series 2006-RS1** | 75156WAD5 |
| 76112BT75 | 75156WAE3 |
| 76112BT83 | 75156WAF0 |
| 76112BT91 | 75156WAG8 |
| 76112BU24 | 75156WAH6 |
| 76112BU32 | 75156WAP8 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

| | |
|---|---|
| N/A138738 | 75156UAN7 |
| N/A138739 | 75156UAP2 |
| **RAMP Series 2006-RS5** | N/A135558 |
| 75156YAA7 | N/A135559 |
| 75156YAC3 | **RAMP Series 2006-RZ3** |
| 75156YAD1 | 75156MAB1 |
| 75156YAE9 | 75156MAC9 |
| 75156YAF6 | 75156MAD7 |
| 75156YAG4 | 75156MAE5 |
| 75156YAP4 | 75156MAF2 |
| N/A142028 | 75156MAG0 |
| N/A142029 | 75156MAN5 |
| **RAMP Series 2006-RZ1** | N/A140791 |
| 76112BY87 | N/A140792 |
| 76112BY95 | **RAMP Series 2006-RZ4** |
| 76112BZ29 | 75156XAB7 |
| 76112BZ37 | 75156XAC5 |
| 76112BZ45 | 75156XAD3 |
| 76112BZ52 | 75156XAE1 |
| 76112BZ60 | 75156XAF8 |
| 76112BZ78 | 75156XAG6 |
| 76112BZ86 | 75156XAH4 |
| N/A132261 | 75156XAQ4 |
| N/A132262 | 75156XAR2 |
| **RAMP Series 2006-RZ2** | N/A143334 |
| 75156UAB3 | **RASC Series 2004-KS1** |
| 75156UAC1 | 74924PAD4 |
| 75156UAD9 | 74924PAE2 |
| 75156UAE7 | 74924PAF9 |
| 75156UAF4 | 74924PAG7 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

| | |
|---|---|
| 74924PAH5 | 76110WH82 |
| 74924PAJ1 | 76110WH90 |
| 74924PAM4 | 76110WJ23 |
| 74924PAN2 | 76110WJ31 |
| 74924PAP7 | 76110WJ49 |
| 74924PAR3 | 76110WJ56 |
| 74924PAS1 | 76110WK21 |
| N/A82223 | N/C107721 |
| N/A82224 | N/C107722 |
| N/A82225 | N/C107723 |
| **RASC Series 2004-KS10** | **RASC Series 2004-KS2** |
| 76110WF68 | 76110WWE2 |
| 76110WF84 | 76110WWF9 |
| 76110WF92 | 76110WWG7 |
| 76110WG26 | 76110WWH5 |
| 76110WG34 | 76110WWJ1 |
| 76110WG42 | 76110WWK8 |
| 76110WG59 | 76110WWN2 |
| 76110WG67 | 76110WWP7 |
| 76110WG75 | 76110WWQ5 |
| 76110WG83 | 76110WWS1 |
| 76110WH25 | 76110WWT9 |
| N/A106119 | N/A91859 |
| N/A106119 | N/A91860 |
| N/A106120 | N/A91861 |
| N/A106120 | **RASC Series 2004-KS3** |
| N/A106121 | 76110WWX0 |
| N/A106121 | 76110WWY8 |
| N/C116634 | 76110WWZ5 |
| **RASC Series 2004-KS11** | 76110WXA9 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

| | |
|---|---|
| 76110WXB7 | 76110WYH3 |
| 76110WXC5 | 76110WYM2 |
| 76110WXF8 | 76110WYN0 |
| 76110WXG6 | 76110WYP5 |
| 76110WXH4 | 76110WZG4 |
| 76110WXK7 | 76110WZH2 |
| 76110WXL5 | N/A97715 |
| N/A94481 | N/A97716 |
| N/A94482 | N/A97717 |
| N/A94483 | **RASC Series 2004-KS6** |
| **RASC Series 2004-KS4** | 76110WA30 |
| 76110WXM3 | 76110WA48 |
| 76110WXQ4 | 76110WZM1 |
| 76110WXR2 | 76110WZN9 |
| 76110WXS0 | 76110WZP4 |
| 76110WXT8 | 76110WZU3 |
| 76110WXV3 | 76110WZV1 |
| 76110WXW1 | 76110WZW9 |
| 76110WXX9 | 76110WZX7 |
| 76110WXY7 | 76110WZY5 |
| N/A96111 | 76110WZZ2 |
| N/A96112 | N/A98896 |
| N/A96113 | N/A98897 |
| **RASC Series 2004-KS5** | N/A98898 |
| 76110WXZ4 | **RASC Series 2004-KS7** |
| 76110WYC4 | 76110WA89 |
| 76110WYD2 | 76110WA97 |
| 76110WYE0 | 76110WB21 |
| 76110WYF7 | 76110WB54 |
| 76110WYG5 | 76110WB62 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 76110WB70 | N/C104590 |
| 76110WB88 | **RFSC Series 2004-RP1** |
| N/A100758 | 760985S |
| N/A100759 | 760985S44 |
| N/A700760 | 760985S51 |
| **RASC Series 2004-KS8** | 760985S69 |
| 76110WC46 | N/A92314 |
| 76110WC53 | N/A92315 |
| 76110WC61 | **RFSC Series 2005-RP1** |
| 76110WC79 | 76112BJQ4 |
| 76110WC87 | 76112BJR2 |
| 76110WC95 | 76112BJS0 |
| 76110WD52 | 76112BJT8 |
| 76110WD60 | 76112BJU5 |
| 76110WD78 | 76112BJV3 |
| 76110WD86 | N/C111410 |
| 76110WD94 | N/C111411 |
| N/C103019 | **RFSC Series 2005-RP3** |
| N/C103020 | 76112BP79 |
| N/C103021 | 76112BP87 |
| **RASC Series 2004-KS9** | 76112BP95 |
| 76110WE51 | 76112BQ29 |
| 76110WE69 | 76112BQ37 |
| 76110WE77 | 76112BQ45 |
| 76110WF27 | 76112BQ52 |
| 76110WF34 | 76112BQ60 |
| 76110WF35 | N/A128751 |
| 76110WF50 | N/A128752 |
| N/C104586 | U76127CA2 |
| N/C104588 | U76127CB0 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

| | |
|---|---|
| U76127CC8 | 7609855T4 |
| U76127CD6 | 7609855U1 |
| U76127CE4 | 7609855V9 |
| U76127CF1 | 7609855W7 |
| U76127CG9 | 7609855X5 |
| **RFSC Series 2006-RP1** | 7609855Z0 |
| 76112B2S7 | 7609856R7 |
| 76112B2U3 | N/A98705 |
| 76112B2V1 | N/A98706 |
| 76112B2W9 | N/A98707 |
| 76112B2X7 | **RAAC Series 2004-SP2** |
| 76112B2Y5 | 7609857N5 |
| 76112B3R9 | 7609857P0 |
| 76112B3T5 | 7609857Q8 |
| 76112B3U2 | 7609857R6 |
| **RFSC Series 2006-RP2** | 7609857S4 |
| 74919MAA4 | 7609857T2 |
| 74919MAB2 | 7609857U9 |
| 74919MAC0 | 7609857V7 |
| 74919MAG1 | 7609857W5 |
| 74919MAH9 | 7609857X3 |
| 74919MAJ5 | 7609857Z8 |
| **RFSC Series 2006-RP3** | 7609858A2 |
| 74919RAA3 | **RAAC Series 2004-SP3** |
| 74919RAE5 | 76112BEL0 |
| 74919RAF2 | 76112BEM8 |
| N/A139405 | 76112BEN6 |
| N/A139406 | 76112BEP1 |
| N/A139407 | 76112BEQ9 |
| **RAAC Series 2004-SP1** | 76112BER7 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 76112BES5 | U76127BR6 |
| 76112BET3 | U76127BS4 |
| 76112BEU0 | **RAAC Series 2005-SP1** |
| 76112BEV8 | 76112BQL7 |
| 76112BEW6 | 76112BQM5 |
| 76112BEX4 | 76112BQP8 |
| 76112BEY2 | 76112BQR4 |
| 76112BEZ9 | 76112BQS2 |
| 76112BFA3 | 76112BQT0 |
| 76112BFB1 | 76112BQU7 |
| 76112BFC9 | 76112BQV5 |
| 76112BFD7 | 76112BQW3 |
| **RAAC Series 2005-RP2** | 76112BQX1 |
| 76112BXN5 | 76112BQY9 |
| 76112BXP0 | 76112BQZ6 |
| 76112BXQ8 | 76112BRA0 |
| 76112BXR6 | 76112BRB8 |
| 76112BXS4 | 76112BRC6 |
| 76112BXT2 | 76112BRD4 |
| 76112BXU9 | 76112BRE2 |
| N/C120895 | 76112BRY8 |
| N/C120895 | 76112BSA9 |
| N/C120895 | 76112BSB7 |
| N/C120896 | 76112BSC5 |
| N/C120897 | 76112BSE1 |
| U76127BL9 | 76112BSF8 |
| U76127BM7 | 76112BSG6 |
| U76127BN5 | 76112BSJ0 |
| U76127BP0 | 76112BSK7 |
| U76127BQ8 | 76112BSL5 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

| | |
|---|---|
| 76112BSM3 | 76112BG38 |
| 76112BSN1 | 76112BG79 |
| 76112BSQ4 | 76112BG87 |
| 76112BSR2 | U76127BT2 |
| 76112BSS0 | U76127BU9 |
| 76112BSV3 | U76127BY1 |
| 76112BSW1 | **RAAC Series 2005-SP3** |
| 76112BSX9 | 76112BS43 |
| 76112BSY7 | 76112BS50 |
| 76112BTA8 | 76112BS68 |
| 76112BTB6 | 76112BS76 |
| 76112BTC4 | 76112BS84 |
| 76112BTD2 | 76112BT26 |
| 76112BTE0 | 76112BT34 |
| 76112BTF7 | 76112BT42 |
| 76112BTH3 | 76112BT59 |
| **RAAC Series 2005-SP2** | **RAAC Series 2006-RP4** |
| 76112BE48 | 74919TAA9 |
| 76112BE55 | 74919TAB7 |
| 76112BE63 | 74919TAC5 |
| 76112BE71 | 74919TAD3 |
| 76112BE89 | 74919TAE1 |
| 76112BE97 | 74919TAG6 |
| 76112BF21 | 74919TAH4 |
| 76112BF39 | 74919TAJ0 |
| 76112BF47 | **RAAC Series 2006-SP1** |
| 76112BF54 | 76112B3D0 |
| 76112BF62 | 76112B3E8 |
| 76112BF70 | 76112B3F5 |
| 76112BG20 | 76112B3G3 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

76112B3H1

76112B3L2

76112B3M0

76112B3N8

**RAAC Series 2006-SP2**

74919PAB5

74919PAC3

74919PAD1

74919PAE9

74919PAF6

74919PAJ8

74919PAK5

74919PAL3

**RAAC Series 2006-SP3**

74919QAA5

74919QAB3

74919QAC1

74919QAD9

74919QAE7

74919QAF4

74919QAL1

74949QAJ6

74949QAK3

**RFMSI Series 2004-SA1**

76111XGL6

76111XLC5

76111XLD3

76111XLE1

76111XLF8

76111XLH4

76111XLJ0

76111XLK7

76111XLL5

76111XLM3

**RFMSI Series 2004-S1**

76111XEX7

76111XEY5

76111XEZ2

76111XFD0

76111XFE8

76111XFF5

76111XFH1

76111XFJ7

76111XFK4

76111XFL2

76111XFM0

76111XFN8

76111XFP3

76111XFQ1

76111XFR9

76111XFS7

**RFMSI Series 2004-S2**

76111XFX6

76111XFY4

76111XFZ1

76111XGA5

76111XGB3

76111XGC1

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 76111XGD9 | 76111XHN6 |
| 76111XGE7 | 76111XHP1 |
| 76111XGF4 | 76111XHQ9 |
| 76111XGG2 | 76111XHR7 |
| 76111XGH0 | 76111XHS5 |
| 76111XGJ6 | 76111XHT3 |
| 76111XGK3 | 76111XHU0 |
| 76111XGL1 | 76111XHV8 |
| **RFMSI Series 2004-S3** | 76111XHW6 |
| 76111XGN7 | 76111XHX4 |
| 76111XGP2 | 76111XHY2 |
| 76111XGQ0 | 76111XHZ9 |
| 76111XGR8 | 76111XJA2 |
| 76111XGS6 | 76111XJB0 |
| 76111XGT4 | 76111XJC8 |
| 76111XGU1 | 76111XJD6 |
| 76111XGV9 | 76111XJE4 |
| 76111XGW7 | 76111XJF1 |
| 76111XGX5 | 76111XJG9 |
| **RFMSI Series 2004-S4 Trust** | 76111XJH7 |
| 76111XGZ0 | 76111XJJ3 |
| 76111XHA4 | 76111XJK0 |
| 76111XHB2 | 76111XJL8 |
| 76111XHC0 | **RFMSI Series 2004-S5** |
| 76111XHD8 | 76111XJM6 |
| 76111XHE6 | 76111XJU8 |
| 76111XHF3 | 76111XJV6 |
| 76111XHH9 | 76111XJW4 |
| 76111XHJ5 | 76111XJX2 |
| 76111XHM8 | 76111XJY0 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 76111XJZ7 | 76111XMB6 |
| 76111XKA0 | 76111XMC4 |
| 76111XKB8 | 76111XMG5 |
| 76111XKC6 | 76111XMH3 |
| 76111XKD4 | 76111XMJ9 |
| 76111XKE2 | 76111XMK6 |
| 76111XKF9 | 76111XML4 |
| 76111XKG7 | 76111XMM2 |
| 76111XKH5 | 76111XMN0 |
| 76111XKJ1 | 76111XMP5 |
| 76111XKK8 | 76111XMQ3 |
| 76111XKL6 | 76111XMR1 |
| 76111XKM4 | 76111XMS9 |
| 76111XKN2 | 76111XMT7 |
| 76111XKP7 | 76111XMU4 |
| 76111XKQ5 | 76111XMV2 |
| 76111XKT9 | 76111XMW0 |
| 76111XKU6 | 76111XMX8 |
| 76111XKV4 | 76111XMY6 |
| 7611XKR3 | 76111XMZ3 |
| **RFMSI Series 2004-S6** | 76111XNA7 |
| 76111XLQ4 | 76111XNB5 |
| 76111XLR2 | 76111XNC3 |
| 76111XLU5 | 76111XND1 |
| 76111XLV3 | 76111XNE9 |
| 76111XLW1 | **Residential Funding Mortgage Securities** |
| 76111XLX9 | **II, Series 2006 -HSA1** |
| 76111XLY7 | 76110VTE8 |
| 76111XLZ4 | 76110VTF5 |
| 76111XMA8 | 76110VTG3 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 76110VTH1 | 76110VRX8 |
| 76110VTJ7 | 76110VRY6 |
| 76110VTK4 | 76110VRZ3 |
| **Home Equity Loan Trust 2004-HS1** | N/C124973 |
| 76110VQA9 | N/C124974 |
| 76110VQB7 | N/C124975 |
| 76110VQC5 | N/C124976 |
| 76110VQD3 | N/C126644 |
| 76110VQE1 | **Home Equity Loan Trust 2005-HS2** |
| N/A94406 | 76110VSR0 |
| N/A94407 | 76110VSS8 |
| N/A94525 | 76110VST6 |
| N/A95474 | 76110VSU3 |
| N/A95475 | 76110VSV1 |
| N/A95476 | NA128287 |
| **Home Equity Loan Trust 2004-HS2** | NA128288 |
| 76110VQJ0 | NA128289 |
| 76110VQK7 | NA128290 |
| 76110VQL5 | NA128291 |
| 76110VQM3 | **Home Equity Loan Trust 2005-HSA1** |
| N/C98909 | 76110VSX7 |
| N/C98911 | 76110VSY5 |
| N/C98912 | 76110VSZ2 |
| N/C98913 | 76110VTA6 |
| **Home Equity Loan Trust 2004-HS3** | 76110VTB4 |
| 76110VQY7 | N/A129188 |
| N/C104665 | N/A129189 |
| **Home Equity Loan Trust 2005-HS1** | N/A129191 |
| 76110VRV2 | N/A129192 |
| 76110VRW0 | N/A129193 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| | N/A94431 |
| **Home Equity Loan Trust 2006-HSA2** | **Home Loan Trust 2004-HI2** |
| 76110VTN8 | 76110VQS0 |
| 76110VTP3 | N/A98925 |
| 76110VTQ1 | **Home Loan Trust 2004-HI3** |
| 76110VTR9 | 76110VQX9 |
| 76110VTS7 | N/C104808 |
| N/A131590 | **Home Loan Trust 2005-HI1** |
| N/A131591 | 76110VRD2 |
| N/A131592 | N/C110224 |
| N/A140008 | **Home Loan Trust 2005-HI2** |
| NA131593 | 76110VRJ9 |
| **Home Equity Loan Trust 2006-HSA3** | 76110VRK6 |
| 76113JAA0 | 76110VRL4 |
| N/A136608 | 76110VRM2 |
| N/A136609 | 76110VRN0 |
| **Home Equity Loan Trust 2006-HSA4** | 76110VRP5 |
| 43709WAA1 | 76110VRQ3 |
| N/A140486 | 76110VRR1 |
| N/A140487 | 76110VRS9 |
| **Home Equity Loan Trust 2006-HSA5** | 76110VRT7 |
| 437099AA2 | N/C118907 |
| N/A143532 | **Home Loan Trust 2005-HI3** |
| **Home Loan Trust 2004-HI1** | 76110VSD1 |
| 76110VPR3 | 76110VSE9 |
| 76110VPS1 | 76110VSF6 |
| 76110VPT9 | 76110VSG4 |
| 76110VPU6 | 76110VSH2 |
| 76110VPV4 | 76110VSJ8 |
| 76110VPW2 | 76110VSK5 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

76110VSL3

76110VSM1

76110VSN9

76110VSP4

N/C127228

**Home Loan Trust 2006-HI1**

76110VTV0

76110VTW8

76110VTX6

76110VTY4

76110VTZ1

76110VUA4

76110VUB2

76110VUC0

76110VUD8

76110VUE6

76110VUF3

N/A133615

**Home Loan Trust 2006-HI2**

437185AB7

437185AC5

437185AD3

N/A136942

**Home Loan Trust 2006-HI3**

43718NAB8

43718NAC6

43718NAD4

N/A140364

**Home Loan Trust 2006-HI4**

43718MAB0

43718MAC8

43718MAD6

N/C143537

**GMACM Home Loan Trust 2001-HE2**

100001885

100001886

100001887

100001888

361856BE6

361856BG1

361856BH9

361856BJ5

**GMACM Home Loan Trust 2001-HE3**

100002132

361856BR7

361856BS5

NA252703

NA252704

**GMACM Mortgage Loan Trust 2003-GH1**

100002413

100002414

100002415

36185NXR6

36185NXS4

36185NXT2

36185NXU9

**GMACM Mortgage Loan Trust 2003-GH2**

100002543

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

| | |
|---|---|
| 100002544 | 36185NYY0 |
| 100002545 | 36185NYZ7 |
| 36185NQ45 | 36185NZA1 |
| 36185NQ60 | 36185NZC7 |
| 36185NQ78 | 36185NZD5 |
| 36185NQ86 | 36185NZE3 |
| 36185NQ94 | 36185NZF0 |
| **GMACM Mortgage Loan Trust 2003-J10** | 36185NZG8 |
| 36185NM72 | 36185NZJ2 |
| 36185NM80 | 36185NZK9 |
| 36185NM98 | **GMACM Mortgage Loan Trust 2003-AR2** |
| 36185NN22 | 36185NF39 |
| 36185NN30 | 36185NF54 |
| 36185NN48 | 36185NF62 |
| 36185NN55 | 36185NF70 |
| 36185NN63 | 36185NF96 |
| 36185NN71 | 36185NG20 |
| 36185NN89 | 36185NG38 |
| 36185NN97 | 36185NG46 |
| 36185NP20 | 36185NG53 |
| 36185NP38 | 36185NG61 |
| **GMACM Home Loan Trust 2001-HLTV2** | 36185NG79 |
| 100002131 | 36185NG87 |
| 36185HDG5 | 36185NG95 |
| 36185HDH3 | 36185NH29 |
| **GMACM Home Loan Trust 2002-HLTV1** | 36185NH37 |
| 100002328 | 36185NH45 |
| 36185HDQ3 | 36185NH52 |
| **GMACM Mortgage Loan Trust 2003-AR1** | 36185NH60 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| **GMACM Mortgage Loan Trust 2003-J5** | 36185NZZ6 |
| 36185NB90 | **GMACM Mortgage Loan Trust 2003-J7** |
| 36185NC24 | 36185NC73 |
| 36185NZL7 | 36185NC81 |
| 36185NZM5 | 36185NC99 |
| 36185NZN3 | 36185ND23 |
| 36185NZQ6 | 36185ND31 |
| 36185NZR4 | 36185ND49 |
| 36185NZS2 | 36185ND56 |
| 36185NZT0 | 36185ND64 |
| 36185NZU7 | 36185ND72 |
| 36185NZV5 | 36185ND80 |
| **GMACM Mortgage Loan Trust 2003-J6** | 36185ND98 |
| 36185NA26 | 36185NE22 |
| 36185NA34 | 36185NE30 |
| 36185NA59 | 36185NE48 |
| 36185NA67 | 36185NE55 |
| 36185NA75 | 36185NE63 |
| 36185NA83 | 36185NE71 |
| 36185NA91 | 36185NE89 |
| 36185NB25 | 36185NE97 |
| 36185NB33 | 36185NF21 |
| 36185NB41 | **GMACM Mortgage Loan Trust 2003-J8** |
| 36185NB58 | 36185NH78 |
| 36185NB66 | 36185NH86 |
| 36185NB74 | 36185NH94 |
| 36185NB82 | 36185NJ27 |
| 36185NZW3 | 36185NJ35 |
| 36185NZX1 | 36185NJ43 |
| 36185NZY9 | 36185NJ50 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

| | |
|---|---|
| 36185NJ68 | 36185NR36 |
| 36185NJ76 | 36185NR51 |
| 36185NJ84 | 36185NR77 |
| 36185NJ92 | 36185NR85 |
| **GMACM Mortgage Loan Trust 2003-J9** | 36185NS27 |
| 36185NK25 | 36185NS35 |
| 36185NK33 | 36185NS43 |
| 36185NK41 | 36185NS50 |
| 36185NK58 | 36185NS68 |
| 36185NK66 | 36185NS76 |
| 36185NK74 | 36185NS84 |
| 36185NK82 | 36185NS92 |
| 36185NK90 | **RFSC Series 2001-RM2 Trust** |
| 36185NL40 | 0760985FV8 |
| 36185NL57 | 0760985FW6 |
| 36185NL65 | 0760985FX4 |
| 36185NL81 | 760985FR7 |
| 36185NL99 | 760985FS5 |
| 36185NM23 | 760985FT3 |
| 36185NM31 | 760985FU0 |
| 36185NM49 | 760985FV8 |
| 36185NM56 | 760985FW6 |
| 36185NM64 | 760985FX4 |
| 36185NP79 | 760985FY2 |
| 36185NP87 | 760985FZ9 |
| 36185NP95 | 760985GA3 |
| 36185NQ29 | 760985GB1 |
| 36185NR28 | 760985GC9 |
| **GMACM Mortgage Loan TrustT 2004-JR1** | 760985GD7 |
| | 760985GE5 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

760985GF2

760985GG0

760985GH8

760985GJ4

760985GK1

**RAMP Series 2001-RS1 Trust**

100001859

100001860

100001861

100001865

760985CM1

760985CP4

760985CQ2

760985CR0

**RAMP Series 2001-RS2 Trust**

100001878

100001879

100001880

100001881

760985DT5

760985DV0

760985DW8

760985DX6

760985DY4

760985DZ1

760985EA5

760985EB3

760985EC1

760985ED9

760985EE7

760985EF4

U76127AC0

U76127AD8

**RAMP Series 2001-RS3 Trust**

100002127

100002128

100002129

100002130

760985EZ0

760985FA4

760985FB2

760985FC0

760985FD8

760985FE6

**RFSC Series 2002-RP1 Trust**

760985JD4

760985JE2

760985JF9

N/A40754

N/A40755

N/A40756

U76127AF3

U76127AG1

**RFSC Series 2002-RP2 Trust**

760985PC9

760985PH8

N/A60034

N/A60035

N/A60036

U76127AH9

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| **RAMP Series 2002-RS1 Trust** | 100002244 |
| 760985GQ8 | 100002245 |
| 760985GR6 | 100002246 |
| 760985GS4 | 760985LV1 |
| 760985GT2 | 760985LW9 |
| 760985GX3 | 760985LX7 |
| 760985GY1 | 760985LY5 |
| 760985HS3 | 760985LZ2 |
| N/A39209 | 760985MA6 |
| N/A39211 | 760985MB4 |
| N/C39208 | 760985MD0 |
| N/C39210 | 760985ME8 |
| **RAMP Series 2002-RS2 Trust** | 760985MF5 |
| 100002166 | 760985MT5 |
| 100002167 | 760985MU2 |
| 100002168 | **RAMP Series 2002-RS4 Trust** |
| 100002169 | 100002317 |
| 760985JL6 | 100002318 |
| 760985JM4 | 100002319 |
| 760985JP7 | 100002320 |
| 760985JQ5 | 760985NK3 |
| 760985JR3 | 760985NL1 |
| 760985JS1 | 760985NM9 |
| 760985JT9 | 760985NN7 |
| 760985JU6 | 760985NP2 |
| 760985JV4 | 760985NQ0 |
| 760985JW2 | **RAMP Series 2002-RS5 Trust** |
| **RAMP Series 2002-RS3 Trust** | 100002324 |
| 100002242 | 100002325 |
| 100002243 | 100002326 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

| | |
|---|---|
| 100002327 | 760985KY6 |
| 760985NW7 | 760985KZ3 |
| 760985NX5 | N/A51458 |
| 760985NY3 | N/A51459 |
| 760985NZ0 | N/A51460 |
| 760985PA3 | **RAMP Series 2002-RZ3 Trust** |
| 760985PB1 | 760985NC1 |
| **RAMP Series 2002-RS6 Trust** | 760985ND9 |
| 760985PM7 | 760985NE7 |
| 760985PN5 | 760985NR8 |
| 760985PP0 | N/A57293 |
| 760985PQ8 | N/A57294 |
| 760985PR6 | N/A57295 |
| 760985PS4 | **RAMP Series 2002-RZ4 Trust** |
| 760985PT2 | 760985PE5 |
| 760985PU9 | 760985PG0 |
| N/A61338 | N/A60024 |
| N/A61339 | N/A60025 |
| N/A61340 | N/A60026 |
| N/A61555 | **RAMP Series 2002-SL1 Trust** |
| **RAMP Series 2002-RS7 Trust** | 760985LC3 |
| 760985PV7 | 760985LD1 |
| 760985PW5 | 760985LF6 |
| 760985RG8 | 760985LG4 |
| N/A63338 | 760985LH2 |
| N/A63339 | 760985LJ8 |
| N/A63340 | 760985LK5 |
| **RAMP Series 2002-RZ2 Trust** | 760985LL3 |
| 760985KV2 | 760985LM1 |
| 760985KX8 | 760985LN9 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

| | |
|---|---|
| 760985LP4 | N/A75111 |
| 760985LQ2 | N/A75112 |
| 760985MG3 | U76127AQ9 |
| 760985MH1 | U76127AR7 |
| 760985MJ7 | U76127AS5 |
| 760985MK4 | **RAMP Series 2003-RS1 Trust** |
| 760985ML2 | 760985RX1 |
| 760985MM0 | 760985RY9 |
| N/A52935 | 760985RZ6 |
| N/A52935 | 760985SA0 |
| N/A52936 | 760985SC6 |
| N/A52936 | 760985SD4 |
| N/A52937 | 760985SF9 |
| N/A52937 | 760985SG7 |
| **RFSC Series 2003-RP1 Trust** | N/A64985 |
| 760985UG4 | N/A64986 |
| 760985UH2 | N/A64987 |
| 760985UJ8 | N/A64988 |
| 760985UK5 | **RAMP Series 2003-RS10 Trust** |
| N/A69339 | 760985C82 |
| N/A69340 | 760985C90 |
| N/A69341 | 760985D24 |
| U76127AL0 | 760985D32 |
| U76127AN6 | 760985D40 |
| U76127AP1 | 760985D73 |
| **RFSC Series 2003-RP2 Trust** | 760985D81 |
| 760985YH8 | 760985D99 |
| 760985YJ4 | 760985D24 |
| 760985YK1 | 760985G70 |
| 760985YN5 | 760985G88 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| N/A79739 | N/A67492 |
| N/A79740 | **RAMP Series 2003-RS3 Trust** |
| N/A79741 | 760985UA7 |
| N/A79742 | 760985UB5 |
| **RAMP Series 2003-RS11 Trust** | 760985UC3 |
| 760985K26 | 760985UD1 |
| 760985K34 | 760985UE9 |
| 760985K42 | N/A68959 |
| 760985K59 | N/A68960 |
| 760985K67 | N/A68961 |
| 760985K91 | **RAMP Series 2003-RS4 Trust** |
| 760985L25 | 760985UN9 |
| 760985L33 | 760985UP4 |
| 760985L41 | 760985UR0 |
| 760985L58 | 760985US8 |
| 760985L66 | 760985UT6 |
| 760985L82 | 760985UU3 |
| 760985L90 | 760985WF4 |
| NA80936 | 760985WG2 |
| NA80938 | NA71009 |
| NA80939 | NC71007 |
| NA90835 | NC71008 |
| **RAMP Series 2003-RS2 Trust** | **RAMP Series 2003-RS5 Trust** |
| 760985SS1 | 760985WW7 |
| 760985ST9 | 760985WY3 |
| 760985SU6 | 760985WZ0 |
| 760985TU5 | 760985XA4 |
| 760985TV3 | 760985XB2 |
| N/A67490 | 760985XC0 |
| N/A67491 | 760985XD8 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

| | |
|---|---|
| N/A72730 | **RAMP Series 2003-RS8 Trust** |
| N/A72732 | 760985ZE4 |
| N/A72733 | 760985ZF1 |
| N/C72731 | 760985ZG9 |
| **RAMP Series 2003-RS6 Trust** | 760985ZH7 |
| 760985XK2 | 760985ZJ3 |
| 760985XL0 | 760985ZK0 |
| 760985XM8 | 760985ZN4 |
| 760985XN6 | 760985ZP9 |
| 760985XP1 | 760985ZQ7 |
| 760985XQ9 | 760985ZR5 |
| N/A73420 | 760985ZS3 |
| N/A73421 | 760985ZT1 |
| N/A73422 | 760985ZU8 |
| N/A73423 | 760985ZV6 |
| **RAMP Series 2003-RS7 Trust** | N/A75818 |
| 760985XV8 | N/A75819 |
| 760985XW6 | N/A75820 |
| 760985XX4 | N/A75821 |
| 760985XY2 | **RAMP Series 2003-RS9 Trust** |
| 760985XZ9 | 760985A43 |
| 760985YC9 | 760985A50 |
| 760985YD7 | 760985A84 |
| 760985YE5 | 760985A92 |
| 760985YF2 | 760985B26 |
| 760985YG0 | 760985B34 |
| N/A74779 | 760985B42 |
| N/A74780 | 760985B59 |
| N/A74781 | 760985B67 |
| N/A74782 | 760985B75 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 760985B83 | 760985WP2 |
| 760985B91 | 760985WQ0 |
| 760985C25 | 760985WR8 |
| N/A77080 | 760985WS6 |
| N/A77083 | 760985WT4 |
| N/A77085 | 760985XE6 |
| N/A77087 | N/A72127 |
| **RAMP Series 2003-RZ1 Trust** | N/A72128 |
| 760985RN3 | N/A72129 |
| 760985RP8 | **RAMP Series 2003-RZ4 Trust** |
| 760985RQ6 | 760985YS4 |
| 760985RR4 | 760985YU9 |
| 760985RS2 | 760985YV7 |
| N/A64305 | 760985YW5 |
| N/A64307 | 760985YX3 |
| N/C64306 | 760985YY1 |
| **RAMP Series 2003-RZ2 Trust** | 760985ZW4 |
| 760985SH5 | N/A76102 |
| 760985SJ1 | N/A76105 |
| 760985SK8 | **RAMP Series 2003-RZ5 Trust** |
| 760985SL6 | 760985H61 |
| 760985SM4 | 760985H79 |
| N/A67892 | 760985H95 |
| N/A67893 | 760985J28 |
| N/A67894 | 760985J36 |
| N/A67895 | 760985J44 |
| **RAMP Series 2003-RZ3 Trust** | 760985L74 |
| 760985WK3 | N/A80688 |
| 760985WM9 | N/A80689 |
| 760985WN7 | N/A81855 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

| RAMP Series 2003-SL1 Trust | RASC Series 2001-KS1 Trust |
|---|---|
| 760985E49 | 100001862 |
| 760985E56 | 100001863 |
| 760985E64 | 100001864 |
| 760985E72 | 76110WLB0 |
| 760985E80 | 76110WLC8 |
| 760985E98 | 76110WLD6 |
| 760985F22 | 76110WLE4 |
| 760985F30 | 76110WLF1 |
| 760985F48 | **RASC Series 2001-KS2 Trust** |
| 760985F55 | 100001882 |
| 760985F63 | 100001883 |
| 760985F71 | 100001884 |
| 760985F89 | 76110WLL8 |
| 760985F97 | 76110WLM6 |
| **RAMP NIM 2005 NM2 Trust** | 76110WLN4 |
| 76112BPQ7 | 76110WLP9 |
| N/C116726 | 76110WLQ7 |
| **RAMP NIM 2005 NM4 Trust** | 76110WLR5 |
| 76112BTJ9 | 76110WLS3 |
| 76112BTK6 | 76110WLT1 |
| U76127BJ4 | 76110WLW4 |
| U76127BK1 | **RASC Series 2002-KS4 Trust** |
| **RAMP NIM 2005 NM5 Trust** | 76110WPC4 |
| 75156RAA2 | 76110WPD2 |
| 75156RAB0 | 76110WPE0 |
| U75169AA7 | 76110WPF7 |
| **RAMP NIM 2005 NS1 Trust** | 76110WPG5 |
| 75156LAA5 | 76110WPH3 |
| 75156LAB3 | 76110WPJ9 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

| | |
|---|---|
| N/A53314 | 76110WVG8 |
| N/A53315 | N/A80428 |
| N/A53316 | N/A80429 |
| N/A53317 | N/A80430 |
| **RASC Series 2002-KS6 Trust** | **RASC Series 2003-KS11 Trust** |
| 749248AA8 | 76110WVL7 |
| 749248AF7 | 76110WVN3 |
| 749248AG5 | 76110WVP8 |
| 749248AH3 | 76110WVQ6 |
| 749248AJ9 | 76110WVR4 |
| 749248AK6 | 76110WVS2 |
| N/A59012 | 76110WVT0 |
| N/A59013 | 76110WVV5 |
| N/A59014 | 76110WVW3 |
| N/A59015 | 76110WVX1 |
| **RASC Series 2002-KS8 Trust** | 76110WVZ6 |
| 76110WQA7 | 76110WWA0 |
| 76110WQB5 | NA80977 |
| 76110WQC3 | NA80978 |
| 76110WQD1 | NA80979 |
| N/A62628 | **RASC Series 2003-KS2 Trust** |
| N/A62629 | 76110WQQ2 |
| N/A63804 | 76110WQR0 |
| **RASC Series 2003-KS10 Trust** | 76110WQS8 |
| 76110WUV6 | 76110WQT6 |
| 76110WUW4 | 76110WQU3 |
| 76110WUX2 | 76110WQV1 |
| 76110WUY0 | 76110WRB4 |
| 76110WUZ7 | 76110WRC2 |
| 76110WVA1 | N/A67882 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

| | |
|---|---|
| N/A67883 | **RASC Series 2003-KS5 Trust** |
| N/A67884 | 76110WSF4 |
| N/A67885 | 76110WSG2 |
| N/A67886 | 76110WSH0 |
| **RASC Series 2003-KS3 Trust** | 76110WSJ6 |
| 76110WRD0 | 76110WSK3 |
| 76110WRE8 | 76110WSL1 |
| 76110WRF5 | 76110WSM9 |
| 76110WRG3 | N/A72151 |
| 76110WRJ7 | N/A72152 |
| N/A68949 | N/A72153 |
| N/A68950 | N/A72154 |
| **RASC Series 2003-KS4 Trust** | N/A72155 |
| 76110WRP3 | **RASC Series 2003-KS6 Trust** |
| 76110WRQ1 | 76110WSN7 |
| 76110WRR9 | 76110WSP2 |
| 76110WRS7 | 76110WSQ0 |
| 76110WRT5 | 76110WSR8 |
| 76110WRU2 | 76110WST4 |
| 76110WRV0 | N/A73536 |
| 76110WRW8 | N/A73537 |
| 76110WRX6 | **RASC Series 2003-KS7 Trust** |
| 76110WRY4 | 76110WSU1 |
| 76110WRZ1 | 76110WSZ0 |
| 76110WSA5 | 76110WTA4 |
| NA70844 | 76110WTB2 |
| NA70845 | 76110WTC0 |
| NA70846 | 76110WTD8 |
| NA70847 | 76110WTK2 |
| NA70848 | N/A74753 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

| | |
|---|---|
| N/A74754 | **RASC Series 1999-RS1 Trust** |
| N/A74755 | 76110WFW1 |
| N/A74756 | 76110WFX9 |
| N/A74757 | 99RS1CLR2 |
| **RASC Series 2003-KS8 Trust** | 99RS1CLR3 |
| 76110WTR7 | 99RS1CLR4 |
| 76110WTS5 | 99RS1CLRI |
| 76110WTT3 | 99RS1SB-1 |
| 76110WTU0 | 99RS1SBII |
| 76110WTV8 | **Home Loan Trust 2000-HI1** |
| 76110WTW6 | 76110VDW5 |
| 76110WUC8 | NC00000466 |
| 76110WUE4 | **Home Loan Trust 2000-HI2** |
| N/A76032 | 76110VEC8 |
| N/A76033 | NC00000478 |
| N/A76034 | **Home Loan Trust 2000-HI3** |
| **RASC Series 2003-KS9 Trust** | 76110VEL8 |
| 76110WUK0 | NC00000508 |
| 76110WUL8 | **Home Loan Trust 2000-HI4** |
| 76110WUM6 | 76110VEU8 |
| 76110WUN4 | 76110VEV6 |
| 76110WUP9 | NC00000539 |
| 76110WUQ7 | **Home Loan Trust 2000-HI5** |
| 76110WUR5 | 76110VFD5 |
| N/A77057 | NC00000585 |
| N/A77058 | **Home Loan Trust 2000-HL1** |
| N/A77059 | 437184AU8 |
| **RASC NIM 2004-NT11 Trust** | NC00000529 |
| 749243AS0 | **Home Loan Trust 2001-HI1** |
| N/C107775 | 76110VFF0 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

NC00000592

**Home Loan Trust 2001-HI2**

76110VFY9

76110VGA0

NC00000640

**Home Loan Trust 2001-HI3**

76110VGP7

76110VGS9

**Home Loan Trust 2001-HI4**

76110VHA2

76110VHJ0

76110VHK7

**Residential Funding Mortgage Securities
II, Series 2001 HS2 Trust**

76110ABC1

76110ABC2

76110ABC3

76110ABC4

76110VGF9

76110VGG7

**Home Equity Loan Trust 2001-HS3**

76110VCH2

76110VGX0

76110VGZ5

76110VHA9

76110VHB7

76110VHE4

76110VHF5

76110VHG3

76110VHK1

**Home Loan Trust 2002-HI1**

76110VHS0

76110VHT8

N/A39161

**Home Loan Trust 2002-HI2**

76110VJM1

76110VJN9

76110VJP4

76110VJQ2

N/A41461

**Home Loan Trust 2002-HI3**

76110VJX7

76110VJY5

N/A53010

**Home Loan  Trust 2002-HI4**

76110VLA4

76110VLB2

76110VLC0

76110VLD8

N/A59805

**Home Loan Trust 2002-HI5**

76110VLM8

76110VLN6

76110VLP1

76110VLQ9

N/A63352

**Residential Funding Mortgage Securities
II, Series 2002-HS1 Trust**

76110VJA7

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

76110VJE9

N/A39347

N/A39350

**Residential Funding Mortgage Securities II, Series 2002 HS2 Trust**

76110VKF4

76110VKG2

76110VKL1

N/A53202

N/A53203

N/A53204

**Home Equity Loan Trust 2002-HS3**

76110VKS6

76110VKT4

76110VKU1

N/A58682

N/A58683

N/A58684

N/A58685

N/A58686

N/A58687

**Home Loan Trust 2003-HI1**

76110VMG0

76110VMH8

76110VMJ4

76110VMK1

76110VMM7

N/A68579

**Home Loan Trust 2003-HI2**

76110VNE4

76110VNF1

76110VNG9

76110VNH7

76110VNJ3

N/A72178

**Home Equity Loan Trust  2003-HI3**

76110VNQ7

76110VNR5

N/A76382

**Home Equity Loan Trust  2003-HI4**

76110VPD4

76110VPF9

76110VPG7

76110VPH5

76110VPJ1

N/A80673

**Home Equity Loan Trust 2003-HS1**

76110VLW6

76110VLX4

76110VLY2

76110VLZ9

N/A67462

N/A67463

N/A67464

N/A67465

N/A67466

N/A67467

**Home Equity Loan Trust 2003-HS2**

76110VMS4

76110VMT2

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

76110VMU9

76110VMV7

76110VMX3

76110VMY1

N/A72062

N/A72063

N/A72064

N/A72065

N/A72066

N/A72067

N/A72068

**Home Equity Loan Trust  2003-HS3**

76110VNU8

76110VNV6

76110VNW4

76110VNX2

76110VNY0

N/A75836

N/A75837

N/A76092

N/A76093

N/A76094

N/A76097

N/C76096

**Home Equity Loan Trust 2003-HS4**

76110VPK8

76110VPL6

N/A80911

N/A80912

N/A80913

**Residential Funding Mortgage Securities
II, Series 2006 -HSA1**

76110VTE8

76110VTF5

76110VTG3

76110VTH1

76110VTJ7

76110VTK4

**Home Equity Loan Trust 2006-HSA3**

76113JAA0

N/A136608

N/A136609

**Home Loan Trust 1999-HI4**

76110VCR7

NC00000441

**Home Loan Trust  1999-HI6**

76110VCZ9

76110VDA3

NC00000474

**Home Loan Trust 1999-HI8**

76110VDL9

76110VDM7

NC00000440

**RFMSI Series 2003-S10 Trust**

76111J7H1

76111J7J7

76111J7K4

76111J7N8

76111J7P3

76111J7Q1

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

76111J7R9

76111J7S7

76111J7T5

76111J7U2

76111J7V0

76111J7W8

76111J7X6

**RFMSI Series 2003-S11 Trust**

76111J6N9

76111J6P4

76111J6Q2

76111J6R0

76111J6U3

76111J6V1

76111J6W9

76111J6X7

76111J6Y5

76111J6Z2

76111J7A6

76111J7B4

76111J7C2

76111J7D0

**RFMSI Series 2003-S12 Trust**

76111J4H4

76111J4J0

76111J4M3

76111J4N1

76111J4R2

76111J4S0

76111J4W1

76111J4Y7

76111J4Z4

76111J5A8

76111J5B6

76111J5E0

76111J5F7

76111J5G5

76111J5H3

76111J5J9

76111J5K6

76111J5L4

76111J5M2

76111J5N0

76111J5P5

76111J5Q3

76111J5R1

76111J5S9

**RFMSI Series 2003-S13 Trust**

76111J5U4

76111J5V2

76111J5W0

76111J5X8

76111J5Y6

76111J6B5

76111J6C3

76111J6D1

76111J6E9

76111J6F6

76111J6G4

76111J6H2

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 76111J6J8 | 76111XBB8 |
| 76111J6K5 | **RFMSI Series 2003-S16 Trust** |
| 76111J6L3 | 76111XBC6 |
| **RFMSI Series 2003-S14 Trust** | 76111XBD4 |
| 76111XAA1 | 76111XBE2 |
| 76111XAB9 | 76111XBF9 |
| 76111XAC7 | 76111XBG7 |
| 76111XAD5 | 76111XBH5 |
| 76111XAE3 | 76111XBJ1 |
| 76111XAF0 | 76111XBK8 |
| 76111XAG8 | 76111XBL6 |
| 76111XAH6 | 76111XBM4 |
| 76111XAJ2 | 76111XBN2 |
| 76111XAK9 | 76111XBP7 |
| 76111XAL7 | **RFMSI Series 2003-S17 Trust** |
| 76111XAM5 | 76111XBQ5 |
| 76111XAN3 | 76111XBR3 |
| 76111XAP8 | 76111XBS1 |
| 76111XAQ6 | 76111XBT9 |
| 76111XAR4 | 76111XBU6 |
| **RFMSI Series 2003-S15 Trust** | 76111XBV4 |
| 76111XAS2 | 76111XBW2 |
| 76111XAT0 | 76111XBX0 |
| 76111XAU7 | 76111XBY8 |
| 76111XAV5 | 76111XBZ5 |
| 76111XAW3 | 76111XCA9 |
| 76111XAX1 | 76111XCB7 |
| 76111XAY9 | 76111XCC5 |
| 76111XAZ6 | 76111XCD3 |
| 76111XBA0 | 76111XCE1 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

**RFMSI Series 2003-S18 Trust**
76111XDD2
76111XDE0
76111XDF7
76111XDG5
76111XDH3
76111XDJ9
76111XDK6
76111XDL4
76111XDM2
76111XDN0
76111XDP5
76111XDQ3
**RFMSI Series 2003-S19 Trust**
76111XCG6
76111XCJ0
76111XCK7
76111XCM3
76111XCN1
76111XCP6
76111XCQ4
76111XCR2
76111XCT8
76111XCU5
76111XCV3
76111XCW1
76111XCX9
76111XCY7
76111XCZ4
76111XDA8

76111XDB6
76111XDC4
**RFMSI Series 2003-S20 Trust**
76111XDU4
76111XDV2
76111XDW0
76111XDY6
76111XDZ3
76111XEA7
76111XEB5
76111XEC3
76111XED1
76111XEE9
76111XEF6
76111XEG4
76111XEH2
76111XEJ8
76111XEK5
76111XEL3
76111XEM1
76111XEN9
76111XEP4
76111XEQ2
76111XER0
76111XES8
76111XET6
76111XEU3
76111XEV1
76111XEW9
**RFMSI Series 2003-S4 Trust**

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

| | |
|---|---|
| 76111JU36 | 76111JZ49 |
| 76111JU44 | 76111JZ56 |
| 76111JU51 | 76111JZ64 |
| 76111JU69 | **RFMSI Series 2003-S7 Trust** |
| 76111JU77 | 76111J2T0 |
| 76111JU85 | 76111J2V5 |
| 76111JV43 | 76111J2W3 |
| 76111JV50 | 76111J2X1 |
| 76111JV76 | 76111J2Y9 |
| 76111JV84 | 76111J2Z6 |
| 76111JV92 | 76111J3B8 |
| 76111JW26 | 76111J3C6 |
| 76111JW34 | 76111J3D4 |
| 76111JW42 | 76111J3E2 |
| 76111JW59 | 76111J3J1 |
| 76111JW67 | 76111J3K8 |
| 76111JW75 | 76111J3L6 |
| 76111JW83 | 76111J3V4 |
| 76111JW91 | 76111J3W2 |
| **RFMSI Series 2003-S6 Trust** | 76111J3X0 |
| 76111JX66 | 76111J3Y8 |
| 76111JY24 | 76111J3Z5 |
| 76111JY32 | 76111J4A9 |
| 76111JY57 | 76111J4B7 |
| 76111JY65 | 76111J4C5 |
| 76111JY73 | 76111J4D3 |
| 76111JY81 | 76111J4E1 |
| 76111JY99 | 76111J4F8 |
| 76111JZ23 | 76111J4G6 |
| 76111JZ31 | 76111J5T7 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

02660TCG6

02660TCH4

**RFMSI Series 2003-S9 Trust**
02660TCJ0

76111J2A1
02660TCK7

76111J2B9
02660TCL5

76111J2C7
02660TCM3

76111J2D5
02660TCN1

76111J2E3
02660TCP6

76111J2F0
02660TCQ4

76111J2G8
02660TCR2

76111JZ72
02660TCS0

76111JZ80
02660TCT8

76111JZ98
02660TCU5

**RFMSI Series 2004-SR1 Trust**
02660TCV3

76111XKX0
02660TCW1

76111XKY8
02660TCX9

76111XKZ5
**Bear Stearns Arm Trust 2001-4**

76111XLA9
07384MCX8

76111XLB7
07384MCY6

76111XLB7
07384MCZ3

**GMACM 2001-HLTV1**
07384MDA7

36185HCY7
07384MDB5

NA251442
07384MDC3

**GMACM 2010-1**
07384MDU3

36188LAB7
07384MEB4

**American Home 2004-4**
**Bear Stearns Arm Trust 2002-11**

02660TCC5
07384MRV6

02660TCD3
07384MRW4

02660TCE1
07384MRX2

02660TCF8
07384MSH6

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

### Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 07384MSJ2 | **Bear Stearns Arm Trust 2003-3** |
| 07384MSK9 | 07384MUG5 |
| 07384MSM5 | 07384MUH3 |
| 07384MSN3 | 07384MUJ9 |
| 07384MSP8 | 07384MUK6 |
| 07384MSQ6 | 07384MUL4 |
| 07384MSW3 | 07384MUM2 |
| 07384MSX1 | 07384MUN0 |
| 07384MSY9 | 07384MUP5 |
| **Bear Stearns Arm Trust 2003-1** | 07384MUQ3 |
| 07384MTH5 | 07384MUR1 |
| 07384MTJ1 | 07384MUS9 |
| 07384MTK8 | 07384MUT7 |
| 07384MTL6 | 07384MUU4 |
| 07384MTM4 | 07384MUV2 |
| 07384MTN2 | 07384MUW0 |
| 07384MTP7 | 07384MUX8 |
| 07384MTQ5 | 07384MUY6 |
| 07384MTR3 | 07384MUZ3 |
| 07384MTS1 | 07384MVA7 |
| 07384MTT9 | 07384MVB5 |
| 07384MTU6 | 07384MVC3 |
| 07384MTV4 | 07384MVD1 |
| 07384MTW2 | 07384MVE9 |
| 07384MTX0 | 07384MVF6 |
| 07384MTY8 | 07384MVG4 |
| 07384MTZ5 | 07384MVH2 |
| N/A65055 | **Bear Stearns Arm Trust 2003-4** |
| N/A65056 | 07384MVM1 |
| N/A65057 | 07384MVN9 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

07384MVP4

07384MVQ2

07384MVR0

07384MVS8

07384MVT6

07384MVU3

07384MVV1

07384MVW9

07384MVX7

07384MVY5

07384MVZ2

07384MWA6

07384MWB4

**Bear Stearns Arm Trust 2003-5**

07384MWF5

07384MWG3

07384MWH1

07384MWJ7

07384MWK4

07384MWL2

07384MWM0

07384MWN8

07384MWP3

07384MWQ1

07384MWR9

07384MWS7

07384MWT5

07384MXM9

07384MXN7

07384MXP2

07384MXQ0

07384MXR8

07384MXS6

07384MXT4

07384MYP1

**Bear Stearns Arm Trust 2003-6**

073284MYC0

07384MWW8

07384MWX6

07384MWY4

07384MWZ1

07384MXA5

07384MXB3

07384MXC1

07384MXD9

07384MXE7

07384MXF4

07384MXG2

07384MXH0

07384MXJ6

07384MXK3

07384MXL1

07384MYA4

07384MYB2

07384MYD8

07384MYE6

07384MYF3

07384MYN6

**Bear Stearns Arm Trust 2003-7**

07384MYQ9

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

07384MYR7

07384MYS5

07384MYT3

07384MYU0

07384MYV8

07384MYW6

07384MYX4

07384MYY2

07384MYZ9

07384MZA3

07384MZB1

07384MZC9

07384MZD7

07384MZE5

07384MZF2

07384MZG0

07384MZH8

07384MZM7

07384MZN5

**Bear Stearns Alt-A Trust 2003-1**

07386HBJ9

07386HBL4

07386HBM2

**Bear Stearns Alt-A Sec. Trust 2004-4**

07386HHT1

07386HHU8

07386HHV6

07386HHW4

07386HHX2

07386HHY0

07386HHZ7

07386HJB8

**Bear Stearns Alt-A Sec. Trust 2004-6**

07386HJU6

07386HJV4

07386HJW2

07386HJX0

07386HJY8

07386HJZ5

07386HKB6

07386HKC4

07386HKD2

07386HKE0

07386HKF7

07386HKG5

07386HKH3

**Bear Stearns Alt-A Securities Trust 2004-12**

07386HNQ0

07386HNR8

07386HNS6

07386HNT4

07386HNU1

07386HNV9

07386HNW7

07386HNX5

07386HNY3

07386HNZ0

07386HPA3

07386HPD7

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

07386HPE5

07386HPF2

07386HPG0

07386HPH8

07386HPJ4

07386HPK1

07386HPL9

07386HPM7

07386HPN5

07386HPP0

07386HPQ8

07386HPW5

**Bear Stearns 2003-AC3**

07384YJH0

07384YJK3

07384YJL1

07384YJM9

07384YJY3

07384YJZ0

07384YKB1

07384YKC9

07384YKD7

**Bear Stearns Alt-A Trust 2005-3**

07386HRU7

07386HRV5

07386HRW3

07386HRX1

07386HRY9

07386HRZ6

07386HSA0

07386HSB8

07386HSC6

07386HSN2

07386HSE2

07386HSF9

07386HSG7

07386HSH5

07386HSJ1

07386HSD4

07386HSK8

**Bear Stearns Alt-A Trust 2005-4**

07386HTN1

07386HTX9

07386HSP7

07386SHQ5

07386HST9

07386JHSU6

07386HSR3

07386HSS1

07386HSV4

07386HTP6

07386HSW2

07386HSX0

07386HSY8

07386HSZ5

07386HTA9

07386HTB7

07386HTC5

07386HTD3

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 07386HTE1 | 07386HUN9 |
| 07386HTF8 | 07386HUV1 |
| 07386HTG6 | 07386HUW9 |
| 07386HTH4 | 07386HUX7 |
| 07386HTJ0 | 07386HUP4 |
| 07386HTQ1 | 07386HUQ2 |
| 07386HTR2 | 07386HUR0 |
| 07386HTS0 | 07386HUS8 |
| 07386HTT8 | 07386HUT6 |
| 07386HTK7 | 07386HUU3 |
| 07386HTV3 | 07386HUY5 |
| 07386HTU5 | 07386HVA6 |
| 07386HTW1 | 07386HVD0 |
| 07386HTL5 | 07386HVE8 |
| 07386HTM3 | 07386HVF5 |
| **Bear Stearns Alt-A Trust 2005-5** | 07386HUZ2 |
| 07386HVC2 | 07386HVB4 |
| 07386HTY7 | **Bear Stearns Alt-A Trust 2005-10** |
| 07386HUA7 | 07386HYW5 |
| 07386HUB5 | 07386HYX3 |
| 07386HUE9 | 07386HZA2 |
| 07386HUF6 | 07386HZB0 |
| 07386HUC3 | 07386HYY1 |
| 07386HUD1 | 07386HYZ8 |
| 07386HUG4 | 07386HZC8 |
| 07386HUH2 | 07386HZD6 |
| 07386HUJ8 | 07386HZE4 |
| 07386HUK5 | 07386HZF1 |
| 07386HUL3 | 07386HZG9 |
| 07386HUM1 | 07386HZH7 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

07386HZJ3

07386HZK0

07386HZ68

07386HZM6

07386HZN4

07386HZP9

07386HZQ7

07386HZR5

07386HZS3

07386HZW4

07386HZX2

07386HZZ7

07386HA76

07386HA50

07386HA68

07386HA27

07386HA35

07386HA43

**Bear Stearns Alt-A Trust 2006-1**

07386HD32

07386HA92

07386HB26

07386HB34

07386HB42

07386HB75

07386HB83

07386HE49

07386HB91

07386HE56

07386HC25

07386HC33

07386HC41

07386HC58

07386HC66

07386HD81

07386HD99

07386HE23

07386HE64

07386HE72

07386HE80

07386HC90

07386HD73

07386HC82

07386HD65

07386HD24

**Bear Stearns Asset Backed Securities
2003-AC4**

07384YKF2

07384YKH8

07384YKJ4

07384YKS4

07384YKU9

07384YKV7

07384YKW5

07384YKX3

**Bear Stearns Asset Backed Securities
Trust 2006-SD2**

07388EAA4

07388EAJ5

07388EAK2

07388EAB2

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 07388EAC0 | 22541QWB4 |
| 07388EAD8 | 22541QWC2 |
| 07388EAE6 | 22541QWD0 |
| 07388EAF3 | 22541QWE8 |
| 07388EAG1 | 22541QWF5 |
| 07388EAH9 | 22541QWG3 |
| **CS First Boston Mortgage Securities** | 22541QWH1 |
| **Corp. 2003-23** | 22541QWJ7 |
| 22541QVD1 | 22541QWK4 |
| 22541QVE9 | 22541QWL2 |
| 22541QVF6 | 22541QWM0 |
| 22541QVG4 | 22541QWN8 |
| 22541QVH2 | 22541QWP3 |
| 22541QVJ8 | 22541QWQ1 |
| 22541QVK5 | 22541QWR9 |
| 22541QVL3 | 22541QWS7 |
| 22541QVM1 | 22541QWT5 |
| 22541QVN9 | 22541QWU2 |
| 22541QVP4 | 22541QWV0 |
| 22541QVQ2 | 22541QWW8 |
| 22541QVR0 | 22541QWX6 |
| 22541QVS8 | 22541QWY4 |
| 22541QVT6 | 22541QWZ1 |
| 22541QVU3 | 22541QXA5 |
| 22541QVV1 | 22541QXB3 |
| 22541QVW9 | 22541QXC1 |
| 22541QVX7 | 22541QXD9 |
| 22541QVY5 | 22541QXE7 |
| 22541QVZ2 | 22541QXF4 |
| 22541QWA6 | 22541QXG2 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 22541QXH0 | 31394JDC8 |
| 22541QXJ6 | 31394JDD6 |
| 22541QXK3 | 36290PAK3 |
| 22541QXL1 | 36290PAK3 |
| 22541QXM9 | 36290PAL1 |
| 22541QXN7 | 36290PAM9 |
| 22541QXP2 | 36290PAN7 |
| 22541QXQ0 | 36290PAP2 |
| 22541QXR8 | 36290PAR8 |
| 22541QXS6 | 36290PAR8 |
| 22541QXT4 | **GSMPS Mortgage Loan Trust 2005-LT1** |
| 22541QXU1 | 36290PBS5 |
| 22541QXV9 | 36290PBT3 |
| 22541QXW7 | 36290PBU0 |
| 22541QXX5 | 36290PBV8 |
| 22541QXY3 | 36290PBW6 |
| 22541QXZ0 | 36290PBY2 |
| 22541QYA4 | **GSR 2003-2F** |
| 22541QYB2 | 36228FMM5 |
| 22541QYC0 | 36228FMN3 |
| 22541QYD8 | 36228FMP8 |
| **FIRST MATRIX RM TRUST 2003** | 36228FMU7 |
| 32082HAA4 | 36228FMV5 |
| 32082HAB2 | 36228FMW3 |
| 32082HAC0 | 36228FMX1 |
| **GSMPS Mortgage Loan Trust 2003-2** | 36228FMZ6 |
| 31394JD87 | 36228FNA0 |
| 31394JD95 | 36228FNB8 |
| 31394JDA2 | 36228FNC6 |
| 31394JDBO | 36228FND4 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 36228FNE2 | **GSRPM 2003-2** |
| 36228FNF9 | 36228FWH5 |
| 36228FNG7 | 36228FWJ1 |
| 36228FNH5 | 36228FWK8 |
| 36228FNJ1 | 36228FWL6 |
| 36228FNK8 | 36228FWM4 |
| 36228FNK8 | 36228FWN2 |
| **GSRPM 2002-1** | 36228FWQ5 |
| 361988AA6 | **GSRPM 2004-1** |
| 361988AE8 | 36242DGH0 |
| 361988AG3 | 36242DGJ6 |
| 361988AL2 | 36242DGK3 |
| 361988AM0 | 36242DGL1 |
| 361988AM0 | 36242DGM9 |
| 361988AN8 | 36242DGN7 |
| 361988AN8 | 36242DGP2 |
| U0393EAA9 | 36242DGQ0 |
| U0393EAC5 | 36242DGR8 |
| U0393EAD3 | 36242DGS6 |
| **GSRPM 2003-1** | 36242DGT4 |
| 36228FLK0 | **MacQuairie Mortgage Funding Trust 2007-1** |
| 36228FLL8 | |
| 36228FLM6 | 556083AA1 |
| 36228FLN4 | 556083AB9 |
| 36228FLP9 | 556083AC7 |
| 36228FLQ7 | 556083AD5 |
| 36228FLR5 | 556083AE3 |
| 36228FLS3 | 556083AF0 |
| 36228FLS3 | 556083AG8 |
| 36228FLU8 | **MASTR Alternative Loans Trust 2002-1** |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 576434AA2 | 576434AR5 |
| 576434AB0 | 576434AS3 |
| 576434AC8 | 576434AT1 |
| 576434AD6 | **MASTR 2002-3** |
| 576434AE4 | 576434BR4 |
| 576434AF1 | 576434BT0 |
| 576434AG9 | 576434BW3 |
| 576434AM6 | **MASTR Alternative Loans Trust 2003-2** |
| 576434AH7 | 576434CU6 |
| 576434AJ3 | 576434CV4 |
| 576434AK0 | 576434CW2 |
| 576434AL8 | 576434CX0 |
| 576434AN4 | 576434CY8 |
| 576434AP9 | 576434CZ5 |
| 576434AQ7 | 576434DA9 |
| **MASTR Alternative Loans Trust 2002-2** | 576434DB7 |
| 576434AU8 | 576434DC5 |
| 576434AV6 | 576434DD3 |
| 576434AW4 | 576434DR2 |
| 576434AX2 | 576434DS0 |
| 576434AY0 | 576434DE1 |
| 576434AZ7 | 576434DF8 |
| 576434BA1 | 576434DG6 |
| 576434BB9 | 576434DH4 |
| 576434BD5 | 576434DJ0 |
| 576434BE3 | 576434DK7 |
| 576434BC7 | 576434DL5 |
| 576434BF0 | 576434DM3 |
| 576434BG8 | 576434DN1 |
| 576434BH6 | 576434DP6 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

576434DQ4

**MASTR Alternative Loans Trust 2003-3**

576434DT8

576434DU5

576434DV3

576434DW1

576434DX9

576434DY7

576434DZ4

576434EA8

576434EB6

576434EC4

576434ED2

576434EE0

576434EF7

576434EG5

576434EH3

**MASTR Alternative Loan Trust Mortgage Series 2003-4**

576434EJ9

576434EK6

576434EL4

576434EM2

576434EN0

576434EP5

576434EQ3

576434ER1

576434ES9

576434ET7

576434EU4

576434EV2

576434EW0

576434EX8

576434EY6

576434EZ3

576434FA7

576434FB5

**MASTR Alternative Loan Trust 2003-5**

576434FC3

576434FD1

576434FE9

576434FF6

576434FG4

576434FH2

576434FJ8

576434FK5

576434FL3

576434FM1

576434FP4

576434FQ2

576434FR0

576434FS8

576434FT6

576434FU3

576434FV1

576434FW9

576434FX7

576434FY5

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 576434GA6 | 576434HJ6 |
| 576434GB4 | 576434HK3 |
| **MASTR Alternative Loan Trust 2003-6** | 576434HL1 |
| 576434GD0 | 576434HM9 |
| 576434GE8 | 576434HN7 |
| 576434GG3 | 576434HP2 |
| 576434GH1 | 576434HQ0 |
| 576434GJ7 | 576434HR8 |
| 576434GK4 | 576434HS6 |
| 576434GL2 | 576434HT4 |
| 576434GM0 | 576434HU1 |
| 576434GN8 | 576434HV9 |
| 576434GP3 | 576434HW7 |
| 576434GQ1 | 576434HX5 |
| 576434GR9 | 576434HY3 |
| 576434GS7 | 576434HZ0 |
| 576434GU2 | 576434JA3 |
| **MAST Alternative Loans Trust 2003-7** | 576434JB1 |
| 576434GW8 | 576434JC9 |
| 576434GX6 | 576434JD7 |
| 576434GY4 | 576434JE5 |
| 576434GZ1 | 576434JF2 |
| 576434HA5 | 576434JG0 |
| 576434HB3 | 576434JH8 |
| 576434HC1 | 576434JJ4 |
| 576434HD9 | 576434JK1 |
| 576434HE7 | 576434JL9 |
| 576434HF4 | 576434JM7 |
| 576434HG2 | 576434JN5 |
| 576434HH0 | 576434JP0 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

576434JQ8
576434JR6

**MASTR Alternative Loans Trust 2005-2**

576434H72
576434H80
576434H98
576434J21
576434J39
576434J47
576434J54
576434J62
576434J70
576434J88
576434K78
576434J96
576434K29
576434K37
576434K45
576434K52
576434K60
576434K86
576434K94
576434L28
576434L36
576434L44
576434L51
576434L69
576434L77
576434L85

**MASTR Alternative Loans Trust 2006-3**

57645DAN2
57645DAS1
57645DAA0
57645DAB8
57645DAC6
57645DAD4
57645DAF9
57645DAG7
57645DAH5
57645DAJ1
57645DAR3
57645DBA9
57645DAT9
57645DAV4
57645DAU6
57645DAW2
57645DAP7
57645DAQ5
57645DAX0
57645DAY8

**MASTR Adjustable Rate Mortgage Trust 2003-2**

576433DE3
576433DF0
576433DG8
576433DH6
576433DJ2
576433DK9
576433DL7

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

**Schedule A**

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

576433DM5

576433DN3

576433DP8

576433DQ6

576433DR4

576433DS2

576433DT0

576433DU7

576433DV5

576433DX1

**MASTR Adjustable Rate Mortgages
Trust 2003-4**

576433EQ5

576433ER3

576433ES1

576433EU6

576433EV4

576433EW2

57433EX0

576433EY8

**MASTR Adjustable Rate Mortgage Trust
2003-7**

576433HF6

576433HG4

576433HH2

576433HJ8

576433HK5

576433HL3

576433HM1

576433HN9

576433HP4

576433HQ2

576433HS8

576433HV1

576433HW9

576433HX7

576433HY5

576433HZ2

576433JB3

**MASTR Adjustable Rate Mortgage Trust
2004-1**

576433JC1

576433JD9

576433JF4

576433JG2

576433JH0

576433JJ6

576433JK3

576433JL1

576433JM9

576433JN7

576433JP2

576433JQ0

576433JR8

576433JS6

576433JT4

576433JU1

576433JV9

576433JW7

576433JZ0

**MASTR Adjustable Rate Mortgage Trust
2004-2**

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

576433KA3

576433KG0

576433KH8

576433KJ4

576433KK1

576433KL9

**MASTR Adjustable Rate Mortgage Trust
2004-3**

576433KM7

576433KN5

576433KP0

576433KQ8

576433KR6

576433KS4

576433KT2

576433KU9

576433KV7

576433KW5

576433KX3

576433KY1

576433KZ8

576433LA2

576433LB0

576433LC8

576433LD6

576433LE4

576433LF1

576433LG9

576433LH7

576433LJ3

576433LK0

576433LL8

576433LM6

576433LN4

576433LP9

576433LQ7

576433LR5

576433LS3

576433LT1

576433LU8

**MASTR Adjustable Rate Mortgages
Trust 2004-4**

576433LW4

576433LX2

576433LY0

576433LZ7

576433MA1

576433MB9

576433MC7

576433MD5

576433ME3

576433MF0

576433MG8

576433MH6

576433MJ2

576433MK9

576433ML7

576433MM5

576433MN3

576433MP8

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

576433MQ6

576433MR4

576433MS2

**MASTR Adjustable Rate Mortgages Trust 2004-5**

576433MT0

576433MU7

576433MV5

576433MW3

576433MX1

576433MY9

576433MZ6

576433NA0

576433NB8

576433NC6

576433ND4

576433NP7

576433NE2

576433NF9

576433NG7

576433NH5

576433NJ1

576433NK8

576433NL6

576433NM4

576433NN2

**MASTR Adjustable Rate Mortgages Truste 2004-6**

576433NQ5

576433NR3

576433NS1

576433NT9

576433NU6

576433NV4

576433NW2

576433NX0

576433NY8

576433NZ5

576433PA8

576433PB6

576433PC4

576433PD2

576433PE0

576433PF7

576433PG5

576433PH3

576433PJ9

576433PK6

576433PL4

576433PM2

576433PN0

**MASTR Adjustable Rate Mortgages Trust 2004-7**

576433PP5

576433PQ3

576433PR1

576433PS9

576433PT7

576433QD1

576433QK5

576433QL3

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

576433QC3

576433PW0

576433PX8

576433PY6

576433PZ3

576433QA7

576433QG4

576433QH2

576433QJ8

576433QM1

576433QF6

576433QN9

576433QP4

576433QE9

**MASTR Adjustable Rate Mortgages
Trust 2004-8**

576433QQ2

576433QR0

576433QS8

576433QT6

576433QU3

576433QV1

576433QW9

576433QX7

576433QY5

576433QZ2

576433RA6

576433RB4

576433RC2

576433RD0

576433RE8

576433RF5

576433RG3

BCC0GCDY8

**MASTR Adjustable Rate Mortgages
Trust 2004-9**

576433RH1

576433RJ7

576433RK4

576433RL2

576433RM0

576433RN8

576433RP3

576433RQ1

576433RR9

576433RS7

576433RT5

576433RU2

576433RV0

576433RW8

576433TE6

576433TF3

576433TG1

576433TH9

**MASTR Adjustable Rate Mortgages
Trust 2004-10**

576433SU1

576433SV9

576433SW7

576433SX5

576433SY3

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 576433SZ0 | 576433UC8 |
| 576433TA4 | 576433TS5 |
| 576433TB2 | 576433TT3 |
| 576433TC0 | 576433TX4 |
| 576433TD8 | 576433TU0 |
| 576433SR8 | 576433TV8 |
| 576433SS6 | 576433TW6 |
| 576433ST4 | 576433TY2 |
| BCCOGP452 | 576433TZ9 |

**MASTR Adjustable Rate Mortgages Trust 2004-11**

| | |
|---|---|
| 576433RX6 | 576433UA2 |
| 576433RY4 | 576433UB0 |

**MASTR Adjustable Rate Mortgages Trust 2004-14**

| | |
|---|---|
| 576433RZ1 | |
| 576433SA5 | 576433UX2 |
| 576433SB3 | 576433UY0 |
| 576433SC1 | 576433UZ7 |
| 576433SD9 | 576433VA1 |
| 576433SE7 | 576433VB9 |
| 576433SF4 | 576433VC7 |
| 576433SG2 | 576433VD5 |
| 576433TJ5 | 576433VE3 |
| 576433TK2 | 576433VF0 |
| 576433TL0 | 576433VG8 |
| 576433TM8 | 576433VH6 |
| | 576433VJ2 |

**MASTR Adjustable Rate Mortgages Trust 2004-12**

**MASTR Adjustable Rate Mortgages Trust 2004-15**

| | |
|---|---|
| 576433TN6 | 576433VK9 |
| 576433TP1 | 576433VL7 |
| 576433TQ9 | 576433WR3 |
| 576433TR7 | 576433VM5 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

576433VN3

576433VP8

576433VQ6

576433VR4

576433VS2

576433VTO

576433VU7

576433VV5

576433VW3

576433VX1

576433VY9

576433VZ6

576433WAO

576433WB8

576433WC6

576433WS1

**MASTR Adjustable Rate Mortgages Trust 2005-1**

576433WX0

576433WY8

576433WZ5

576433XA9

576433XB7

576433XC5

576433XD3

576433XE1

57643QX4

576433XR2

576433XF8

576433XS0

576433XG6

576433XH4

576433XK7

576433XL5

576433XM3

576433XN1

576433XP6

576433WU6

576433WV4

576433WW2

576433XT8

**MASTR Adjustable Rate Mortgages Trust 2005-2**

576433XU5

576433XV3

576433XW1

576433XX9

576433XY7

576433XZ4

576433YA8

576433YB6

576433YC4

576433YD2

576433YE0

576433YF7

576433YG5

576433YH3

576433YJ9

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

576433YK6

576433YL4

576433YM2

**MASTR Adjustable Rate Mortgages
Trust 2005-3**

576433YN0

576433ZC3

576433YP5

576433YQ3

576433YR1

576433ZD1

576433ZE9

576433YS9

576433YV2

576433YX8

576433YY6

576433YZ3

576433ZA7

576433ZB5

576433ZF6

576433ZG4

576433ZH2

576433ZJ8

**MASTR Adjustable Rate Mortgages
Trust 2005-6**

576433ZX7

576433ZY5

576433ZZ2

576433A22

576433A30

576433C46

576433A48

576433A55

576433A63

576433A71

576433C53

576433A97

576433A89

576433B21

576433B39

576433B47

576433B54

576433B62

576433B70

576433B88

576433B96

576433C20

576433C38

**MASTR Adjustable Rate Mortgages
Trust 2005-8**

576433E51

576433F68

576433E69

576433F76

576433E77

576433F84

576433E85

576433E93

576433F27

576433F35

576433F43

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

| | |
|---|---|
| 576433F50 | 55265KPJ2 |
| 576433G26 | 55265KPK9 |
| 576433F92 | 55265KPL7 |
| 576433G34 | 55265KPM5 |
| **MASTR Asset Securitization Trust 2002-8** | **MLMI Series 2003-A2** |
| 55265KNJ4 | 589929M70 |
| 55265KNK1 | 589929M88 |
| 55265KNL9 | 589929M96 |
| 55265KNM7 | 589929N20 |
| 55265KNN5 | 589929N38 |
| 55265KNP0 | 589929N46 |
| 55265KNQ8 | 589929N53 |
| 55265KNR6 | 589929N61 |
| 55265KNS4 | 589929N79 |
| 55265KNT2 | 589929N87 |
| 55265KNU9 | 589929N95 |
| 55265KNV7 | 589929P28 |
| 55265KNW5 | 589929P36 |
| 55265KNX3 | 589929P44 |
| 55265KNY1 | 589929P51 |
| 55265KNZ8 | 589929P69 |
| 55265KPA1 | 589929P77 |
| 55265KPB9 | 589929P85 |
| 55265KPC7 | 589929P93 |
| 55265KPD5 | 589929Q27 |
| 55265KPE3 | 589929Q27 |
| 55265KPF0 | 589929Q35 |
| 55265KPG8 | 589929Q43 |
| 55265KPH6 | 589929Q50 |
| | **MLMI Series 2003-A4** |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

**<u>Schedule A</u>**

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 589929W53 | 65535VCA4 |
| 589929W61 | 65535VCB2 |
| 589929W79 | 65535VCC0 |
| 589929W87 | 65535VCD8 |
| 589929W95 | 65535VCE6 |
| 589929X29 | 65535VCF3 |
| 589929X37 | 65535VCG1 |
| 589929X45 | **Nomura 2004-AP1** |
| 589929X78* | 65535VCL0 |
| 589929X86 | 65535VCM8 |
| 589929X94 | 65535VCN6 |
| 589929Y28 | 65535VCQ9 |
| **Nomura Asset Acceptance Corp., 2003-A1** | 65535VCR7 |
| 65535VAT5 | 65535VCS5 |
| 65535VAU2 | 65535VCT3 |
| 65535VAV0 | 65535VCU0 |
| 65535VAW8 | N/A92289 |
| 65535VAX6 | **Nomura 2004-AP2** |
| 65535VAY4 | 65535VDA3 |
| 65535VAZ1 | 65535VDB1 |
| 65535VBA5 | 65535VDC9 |
| 65535VBB3 | 65535VDE5 |
| 65535VBC1 | 65535VDF2 |
| 65535VBD9 | 65535VDL9 |
| 65535VBE7 | **Nomura 2004-AR1** |
| 65535VBF4 | 65535VDM7 |
| 65535VBG2 | 65535VDN5 |
| 65535VBH0 | 65535VDQ8 |
| **Nomura 2003-A3** | 65535VDR6 |
| 65535VBZ0 | 65535VDS4 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.**

65535VDT2

65535VDU9

65535VDV7

65535VDW5

65535VDX3

65535VDZ8

65535VEA2

65535VED6

65535VEE4

65535VEJ3

65535VEL8

65535VEM6

N/C101938

N/C102062

**Nomura 2005-S1**

65535VJT6

65535VJU3

65535VJV1

65535VJY5

65535VJZ2

65535VKA5

**Structured Asset Mortgage Investments
Inc. 2003-AR1**

86358HRV3

86358HRW1

86358HRX9

86358HRY7

86358HRZ4

86358HSA8

86358HSB6

86358HSD2

86358HSE0

86358HSF7

86358HSG5

86358HSH3

86358HSJ9

86358HSK6

86358HSL4

86358HSM2

86358HSN0

**Structured Asset Mortgage Investments,
Inc. 2004-AR6**

86359LEV7

86359LFJ3

86359LEW5

86359LFK0

86359LEX3

86359LEY1

86359LEZ8

86359LFA2

86359LFB0

86359LFC8

86359LFD6

86359LFE4

86359LFF1

86359LFG9

86359LFH7

**Structured Asset Mortgage Investments
Inc. 2005-AR1**

86359LGS2

86359LGT0

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 86359LGU7 | 86358RCW5 |
| 86359LGV5 | **SASCO 1995-2** |
| 86359LGW3 | 863572GE7 |
| 86359LGX1 | STRUCT952R2 |
| 86359LGY9 | 863572GC1 |
| 86359LGZ6 | 863572GC1 |
| 86359LHA0 | 863572GD9 |
| 86359LHB8 | 863572GN7 |
| 86359LHC6 | 863572GL1 |
| 86359LHD4 | 863572GA5 |
| 86359LHE2 | 863572GK3 |
| 86359LHF9 | 863572GM9 |
| **Structured Asset Securities Corp. 2001-8A** | STRUCT952R |
| | 863572GB3 |
| 86358RBT3 | 863572GG2 |
| 86358RBU0 | 863572GB3 |
| 86358RCB1 | **SASCO 2001-9** |
| 86358RCC9 | 86358REP8 |
| 86358RCE5 | 86358REU7 |
| 86358RCF2 | 86358RFB8 |
| 86358RCG0 | 86358RFC6 |
| 86358RCH8 | 86358RFE2 |
| 86358RCJ4 | 86358RFJ1 |
| 86358RCK1 | 86358RFM4 |
| 86358RCL9 | 86358RFQ5 |
| 86358RCM7 | 86358RFT9 |
| 86358RCN5 | 86358RFU6 |
| 86358RCR6 | 86358RFV4 |
| 86358RCU9 | 86358RFW2 |
| 86358RCV7 | 86358RFX0 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

| | |
|---|---|
| 86358RFY8 | 881561WV2 |
| 86358RFZ5 | 881561WW0 |
| 86358RGA9 | 881561WX8 |
| 86358RGC5 | 881561WY6 |
| 86358RGD3 | 881561XA7 |
| 86358RGE1 | 881561XB5 |
| 86358RGB7 | 881561XB5 |
| **Structured Asset Securities 2002-4H** | 881561XC3 |
| 86358RWY9 | 881561XD1 |
| 86358RWZ6 | 881561XE9 |
| 86358RXA0 | **Terwin 2005-13SL** |
| 86358RXD4 | 881561E26 |
| 86358RXE2 | 881561E42 |
| 86358RXF9 | 881561E59 |
| 86358RXG7 | 881561E67 |
| 86358RXH5 | 881561E75 |
| 86358RXJ1 | 881561E83 |
| 86358RXK8 | 881561C77 |
| 86358RXL6 | 881561C85 |
| **Structured Asset Securities Corp. M/L 2002-9** | 881561C93 |
| | 881561D43 |
| 86358RB55 | 881561D68 |
| 86358RC21 | 881561D76 |
| N/A51382 | **Terwin 2006-2HGS** |
| **Terwin 2005-9HGS** | 53199BAB1 |
| 881561WQ3 | 881561P24 |
| 881561WR1 | 881561P32 |
| 881561WS9 | 881561P40 |
| 881561WT7 | 881561P57 |
| 881561WU4 | 881561P65 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

| | |
|---|---|
| 881561P73 | 8815613L6 |
| 881561Q23 | 8815613M4 |
| 881561Q72 | 88156CAA8 |
| 881561Q80 | 88156CAB6 |
| 881561Q98 | 88156CAJ9 |
| 881561R22 | 88156CAK6 |
| 881561R30 | 88156CAN0 |
| **Terwin 2006-4SL** | 88156CAP5 |
| 881561W91 | 88156CAQ3 |
| 881561X25 | 88156CAR1 |
| 881561X33 | 88156CAS9 |
| 881561X41 | 88156CAT7 |
| 881561X58 | N/A139243 |
| 881561Y32 | **Terwin 2006-HF-1** |
| 881561Y73 | 881561R55 |
| 881561Y73 | 881561R63 |
| 881561Y81 | 881561R71 |
| 881561Y99 | 881561R89 |
| 881561Z23 | 881561R97 |
| 881561Z31 | 881561S21 |
| **Terwin 2006-6** | 881561S39 |
| 8815613C6 | 881561S54 |
| 8815612T0 | 881561S62 |
| 8815612U7 | 881561S88 |
| 8815612W3 | 881561S96 |
| 8815612X1 | 881561T20 |
| 8815612Y9 | 881561T38 |
| 8815613H5 | 881561T46 |
| 8815613J1 | **Truman 2004-1** |
| 8815613K8 | 897896AN6 |

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

897896AP1

897896AR7

897896AS5

897896AT3

N/A83176

N/A83177

**Truman 2005-1**

897896BD7

897896BE5

897896BF2

897896BG0

N/A129365

N/A129366

**Truman 2006-1**

89789KAA3

89789KAB1

89789KAC9

89789KAD7

N/A140743

N/A140744

**RASC 2003-K10W RESIDENTIAL ASSET
SECURITIES CORPORATION**
76110WVJ2

**Home Loan Trust 1998-HI2**
76110VBE7
76110VBF4
76110VBG2
76110VBHO
76110VBJ6
76110V8K3
76110VBL1
76110VBM9
76110VBN7

76110VBP2
BCC02F7A5

**Home Loan Trust 1999-HI1**
76110VBS6
76110VBT4
76110VBU1
76110VBV9
76110VBW7
76110VBX5
BCC02RX36

**SAMI 2003-AR1 STRUCTURED ASSET
MORTGAGE INVESTMENTS INC**
86358HRV3
86358HRW1
86358HRX9
86358HRY7
86358HRZ4
86358HSA8
86358HSB6
86358HSD2
86358HSE0
86358HSF7
86358HSG5
86358HSH3
86358HSJ9
86358HSK6
86358HSL4
86358HSM2
86358HSN0

**SASC 2002-4H STRUCTURED ASSET
SECURITIES CORPORATION**
86358RWY9
86358RWZ6
86358RXA0
86358RXB8
86358RXC6
86358RXD4

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### The Bank of New York Mellon
### The Bank of New York Mellon Trust Company, N.A.

86358RXE2
86358RXF9
86358RXG7
86358RXH5
86358RXJ1
86358RXK8
86358RXL6

### MASTR 2003-2 MASTR ASSET SECURITIZATION TRUST
55265KRL5
55265KRM3
55265KRN1
55265KRP6
55265KRQ4
55265KRR2
55265KRS0
55265KRT8
55265KRU5
55265KRV3
55265KRW1
55265KRX9
55265KRY7
55265KRZ4
55265KSA8
55265KSB6
55265K SC4
55265KSD2
55265KSE0
55265KSF7
55265KSG5
55265KSH3
55265KSJ9
55265KSK6
55265KSL4
55265KSM2
55265KSN0
55265KSP5
55265KSQ3

55265KSR1
55265KSS9
55265KST7
55265KSU4
55265KSV2
55265KSW0
55265KSX8
55265KSY6
55265KSZ3
55265KTA7
55265KTB5
55265KTC3
55265KTD1
55265KTE9
55265KTF6

### MASTR 2003-3 MASTR ASSET SECURITIZATION TRUST
55265KTG4
55265KTH2
55265KTJ8
55265KTK5
55265KTL3
55265KTM1
55265KTN9
55265KTP4
55265KTQ2
55265KTR0
55265KTS8
55265KTT6
55265KTU3
55265KTV1
55265KTW9
55265KTX7
55265KTY5
55265KTZ2
55265KUA5
55265KUB3
55265KUC1

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

| | |
|---|---|
| 55265KUD9 | 55265KVR7 |
| 55265KUE7 | 55265KVS5 |
| 55265KUG2 | 55265KVT3 |
| 55265KUH0 | 55265KVU0 |
| 55265KUK3 | 55265KVV8 |
| 55265KUJ6 | 55265KVW6 |
| 55265KUM9 | 55265KVX4 |
| 55265KUV9 | 55265KVY2 |
| 55265KUL1 | 55265KVZ9 |
| 55265KUW7 | 55265KWA3 |
| 55265KUN7 | 55265KWB1 |
| 55265KUP2 | 55265KWC9 |
| 55265KUQ0 | 55265KWD7 |
| 55265KUR8 | 55265KWE5 |
| 55265KUS6 | 55265KWF2 |
| 55265KUT4 | 55265KWG0 |
| 55265KUU1 | 55265KWH8 |
| | 55265KWJ4 |

**MASTR 2003-4 MASTR ASSET SECURITIZATION TRUST**

| | |
|---|---|
| 55265KUX5 | 55265KWK1 |
| 55265KUY3 | 55265KWL9 |
| 55265KUZ0 | 55265KWM7 |
| 55265KVA4 | 55265KWN5 |
| 55265KVB2 | 55265KWP0 |
| 55265KVC0 | 55265KWQ8 |
| 55265KVD8 | 55265KWR6 |
| 55265KXD6 | 55265KWS4 |
| 55265KVE6 | 55265KWT2 |
| 55265KVF3 | 55265KWU9 |
| 55265KVG1 | 55265KWV7 |
| 55265KVH9 | 55265KWW5 |
| 55265KVJ5 | 55265KWX3 |
| 55265KVK2 | 55265KWY1 |
| 55265KVL0 | 55265KWZ8 |
| 55265KVM8 | 55265KXA2 |
| 55265KVN6 | 55265KXB0 |
| 55265KVP1 | 55265KXC8 |
| 55265KVQ9 | |

**SMSC 1992-2**
805570AE8

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**The Bank of New York Mellon**
**The Bank of New York Mellon Trust Company, N.A.**

805570AF5
BCC00UZ39
BCC00UZ47

**SMSC 1992-3**
805570AG3
805570AH1
BCC00W9V2
BCC00W9W0

**SMSC 1992-4**
805570A37
805570AK4
BCC00WZV3
BCC00WZW1

**SMSC 1992-6 SAXON MORTGAGE
SECURITIES CORPORATION**
805570AL2
805570AM0
BCC00XLC8

**SMSC 1994-2 SAXON MORTGAGE
SECURITIES CORPORATION**
805570DH8
805570DJ4
805570DK1
805570DL9
805570DM7
805570DN5
805570DP0
805570DQ8
805570DR6
805570DS4
805570DT2
805570DU9
805570DV7
805570DX3

805570DW5
805570DY1
805570DZ8
805570EA2
805570HV3
BCC01E3Y1

**RYMS 1991-15 RYLAND MORTGAGE
SECURITIES CORP.**
783766GU6
783766GT9
783766GV4
BCC00KBC7
BCC00KBD5

**RYMS 1991-16 RYLAND MORTGAGE
SECURITIES CORP.**
783766GX0
783766GW2
783766GZ5
783766GY8
BCC00FM44
BCC00FM51

**Residential Asset Acquisition Corp, Inc.,
NIM, 2006-RX1**

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders.  No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

HarborView Mortgage Loan Trust 2006-SB1

| <u>Class</u> | <u>Cusip</u> |
|---|---|
| A-1A | 41162BAA1 |
| A-1B | 41162BAB9 |
| M-1 | 41162BAC7 |
| M-2 | 41162BAD5 |
| M-3 | 41162BAE3 |
| M-4 | 41162BAF0 |
| M-5 | 41162BAG8 |
| M-6 | 41162BAH6 |
| M-7 | 41162BAJ2 |
| C | 41161BAK9 |
| P | 41161BAL7 |
| R | 41162BAM5 |
| ES | |

Greenwich 1991-4

| <u>Class</u> | <u>Cusip</u> |
|---|---|
| A | 00000CW06 |
| B-1 | 00000CW07 |
| B-2 | 00000CW08 |
| S | 00000CW09 |
| R | 00000CW10 |

MASTR Specialized Loan Trust 2004-1

| <u>Class</u> | <u>Cusip</u> |
|---|---|
| A-1 | 576436AA7 |
| A-2 | 576436AG4 |
| M-1 | 576436AB5 |
| M-2 | 576436AC3 |
| M-3 | 576436AD1 |
| M-4 | 576436AE9 |
| B | 576436AF6 |
| CE | 576436AJ8 |
| R | 576436AH2 |

Soundview Home Loan Trust 2005-B

| <u>Class</u> | <u>Cusip</u> |
|---|---|
| REMIC-1 | GC05SB105 |
| R-1 | GC05SB106 |
| A-1 | 83611MHK7 |
| A-2 | 83611MJE9 |
| M-1 | 83611MHL5 |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| M-2 | 83611MHM3 |
| M-3 | 83611MHN1 |
| M-4 | 83611MHP6 |
| M-5 | 83611MHQ4 |
| M-6 | 83611MHR2 |
| M-7 | 83611MHS0 |
| M-8 | 83611MHT8 |
| M-9 | 83611MHU5 |
| M-10 | 83611MHV3 |
| M-11 | 83611MHW1 |
| M-12 | 83611MHX9 |
| M-13 | 83611MHY7 |
| M-14 | 83611MHZ4 |
| M-15 | 83611MJA7 |
| | C P R R-X |
| X | |

FNBA Mortgage Loan Trust 2004-AR1

| Class | Cusip |
|---|---|
| A-1 | 30251YAA6 |
| A-2 | 30251YAB4 |
| A-3 | 30251YAC2 |
| M-1 | 30251YAD0 |
| M-2 | 30251YAE8 |
| M-3 | 30251YAF5 |
| C | 30251YAJ7 |
| P | 30251YAK4 |
| R | 30251YAG3 |
| R-X | 30251YAH1 |
| Y | 30251YAL2 |

New Century Home Equity Loan Trust 2004-A

| Class | Cusip |
|---|---|
| A-I-1 | 64352VHE4 |
| A-I-2 | 64352VHF1 |
| A-I-3 | 64352VHG9 |
| A-I-4 | 64352VHH7 |
| A-I-5 | 64352VHJ3 |
| A-I-6 | 64352VHK0 |
| A-I-7 | 64352VHL8 |
| A-I-8 | 64352VHM6 |
| A-I-9 | 64352VHN4 |
| A-II-1 | 64352VGN5 |
| A-II-2 | 64352VGP0 |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| A-II-3 | 64352VGQ8 |
| A-II-4 | 64352VGR6 |
| A-II-5 | 64352VGS4 |
| A-II-6 | 64352VGT2 |
| A-II-7 | 64352VGU9 |
| A-II-8 | 64352VGV7 |
| A-II-9 | 64352VGW5 |
| A-III-A | 64352VGZ8 |
| A-III-B1 | 64352VHA2 |
| A-III-B2 | 64352VHB0 |
| M-I-1 | 64352VGK1 |
| M-I-2 | 64352VGL9 |
| B-I | 64352VGM7 |
| M-II | 64352VGX3 |
| B-II | 64352VGY1 |
| M-III | 64352VHC8 |
| B-III | 64352VHD6 |
| Œ-I | |
| Œ-II | |
| Œ-III | |
| P-I | |
| P-II | |
| P-III | |
| R-I | |
| R-II | |
| R-III | |
| R-X | |

Soundview Home Loan Trust 2005-A

| Class | Cusip |
|---|---|
| A | 83611PAU5 |
| M-1 | 83611PAV3 |
| M-2 | 83611PAW1 |
| M-3 | 83611PAX9 |
| M-4 | 83611PAY7 |
| M-5 | 83611PAZ4 |
| M-6 | 83611PBA8 |
| M-7 | 83611PBB6 |
| M-8 | 83611PBC4 |
| M-9 | 83611PBD2 |
| M-10 | 83611PBE0 |
| M-11 | 83611PBF7 |
| B-1 | 83611PBG5 |
| B-2 | 83611PBH3 |
| B-3 | 83611PBJ9 |
| B-4 | 83611PBK6 |
| R | 83611PBL4 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| R-X | 83611PBM2 |
| C | |
| P | |
| X | |

MASTR SPECIALIZED LOAN TRUST 2007-01 Mortgage Pass-Through Certificates

| <u>Class</u> | <u>Cusip</u> |
|---|---|
| A | 57645KAA4 |
| M1 | 57645KAB2 |
| M2 | 57645KAC0 |
| M3 | 57645KAD8 |
| M4 | 57645KAE6 |
| M5 | 57645KAF3 |
| M6 | 57645KAG1 |
| M7 | 57645KAH9 |
| M8 | 57645KAJ5 |
| M9 | 57645KAK2 |
| B1 | 57645KAL0 |
| B2 | 57645KAM8 |
| B3 | 57645KAN6 |
| AP | |
| CE | |
| R | |

Greenpoint Mortgage Funding Trust 2005-HE4

| <u>Class</u> | <u>Cusip</u> |
|---|---|
| IA-1 | 39538WDC9 |
| IIA-1a | 39538WDD7 |
| IIA-1b | 39538WDW5 |
| IIA-1c | 39538WDX3 |
| IIA-2c | 39538WDE5 |
| IIA-3c | 39538WDF2 |
| IIA-4c | 39538WDG0 |
| IIA-4c-1 | GC05G4112 |
| IIA-4c-2 | GC05G4113 |
| M-1 | 39538WDH8 |
| M-2 | 39538WDJ4 |
| M-3 | 39538WDK1 |
| M-4 | 39538WDL9 |
| M-5 | 39538WDM7 |
| M-6 | 39538WDN5 |
| M-7 | 39538WDP0 |
| M-8 | 39538WDQ8 |
| M-9 | 39538WDR6 |
| M-10 | 39538WDS4 |
| M-11 | 39538WDT2 |
| B-1 | 39538WDU9 |

## Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| B-2 | 39538WDV7 |
| C | |
| G | |
| G-1 | |
| G-2 | |
| R | |
| R-X | |

Ace Securities Corp. 1999-A

| Class | Cusip |
|---|---|
| A | 004420AA3 |
| R | |

Soundview 2003-2

| Class | Cusip |
|---|---|
| A-1A | 83611MAN8 |
| A-1B | 83611MAP3 |
| A-2 | 83611MAQ1 |
| M-1 | 83611MAR9 |
| M-2 | 83611MAS7 |
| M-3 | 83611MAT5 |
| M-4 | 83611MAU2 |
| M-5 | 83611MAV0 |
| M-6 | 83611MAW8 |
| B | 83611MAM0 |
| C | |
| P | |
| R | |

MASTR SPECIALIZED LOAN TRUST 2007-02 Mortgage Pass-Through Certificates

| Class | Cusip |
|---|---|
| A | 55291QAA2 |
| M-1 | 55291QAB0 |
| M-2 | 55291QAC8 |
| M-3 | 55291QAD6 |
| M-4 | 55291QAE4 |
| M-5 | 55291QAF1 |
| M-6 | 55291QAG9 |
| M-7 | 55291QAH7 |
| M-8 | 55291QAJ3 |
| M-9 | 55291QAK0 |
| B-1 | 55291QAL8 |
| B-2 | 55291QAM6 |
| CE | |
| A-P | |
| R | |

<u>**Schedule A**</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

American Home Mortgage Securities LLC Trust 2005-1

| Cusip | Class |
|-------|-------|
| 02660TCZ4 | I-A-1 |
| 02660TDA8 | I-A-2 |
| 02660TEA7 | I-A-3 |
| 02660TDB6 | II-A-1 |
| 02660TDC4 | II-A-2 |
| 02660TDD2 | III-A-1 |
| 02660TDE0 | III-A-2 |
| 02660TDF7 | IV-A-1 |
| 02660TEB5 | IV-A-2 |
| 02660TDG5 | V-A-1 |
| 02660TEC3 | V-A-2 |
| 02660TDH3 | VI-A |
| 02660TDJ9 | VII-A-1 |
| 02660TED1 | VII-A-2 |
| 02660TDK6 | VIII-A-1 |
| 02660TDL4 | VIII-A-2 |
| 02660TDM2 | M-1 |
| 02660TDN0 | M-2 |
| 02660TDP5 | M-3 |
| 02660TDQ3 | M-4 |
| 02660TDR1 | M-5 |
| 02660TDS9 | M-6 |
| 02660TEE9 | M-7 |
| 02660TEF6 | M-8 |
| 02660TDT7 | VIII-M-1 |
| 02660TDU4 | VIII-M-2 |
| 02660TDV2 | VIII-M-3 |
| 02660TDW0 | VIII-M-4 |
| 02660TDX8 | VIII-M-5 |
| 02660TDY6 | VIII-M-6 |
| 02660TDZ3 | IX-A |
| 02660TEG4 | B |
| 02660TEH2 | N |
| 02660TEJ8 | OT |

American Home Mortgage Securities LLC Trust 2005-2

| Cusip | Class |
|-------|-------|
| 02660TEK5 | I-A-1 |
| 02660TEL3 | I-A-2 |
| 02660TEM1 | I-A-3 |
| 02660TEN9 | II-A-1 |
| 02660TFN8 | II-A-2 |
| 02660TFP3 | II-A-3 |
| 02660TEP4 | III-A |
| 02660TEQ2 | IV-A-1 |

<u>**Schedule A**</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 02660TFG3 | IV-A-2 |
| 02660TFH1 | IV-A-3 |
| 02660TEW9 | M-1 |
| 02660TEX7 | M-2 |
| 02660TEY5 | M-3 |
| 02660TEZ2 | M-4 |
| 02660TFA6 | M-5 |
| 02660TER0 | V-A-1 |
| 02660TES8 | V-A-2 |
| 02660TET6 | V-A-3 |
| 02660TFK4 | V-A-4A |
| 02660TFL2 | V-A-4B |
| 02660TFJ7 | V-A-4C |
| 02660TFM0 | V-A-4D |
| 02660TFB4 | V-M-1 |
| 02660TFC2 | V-M-2 |
| 02660TFD0 | V-M-3 |
| 02660TFE8 | V-M-4 |
| 02660TEV1 | VI-A |
| 02660TFQ1 | B |
| 02660TFF5 | V-M-5 |
| 02660TFS7 | V-B |
| 02660TFT5 | N-1 |
| 02660TFU2 | N-2 |
| AH0502001 | OT |

**Impac CMB Trust 2002-9F**

| Cusip | Class |
|---|---|
| 45254NDK0 | A-1 |
| 45254NDL8 | A-IO |
| 45254NDM6 | M-1 |
| 45254NDN4 | M-2 |
| 45254NDP9 | B |
| IM0209101 | Cert |

**Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2002-2**

| Cusip | Class |
|---|---|
| IM02S2101 | LTA1 |
| IM02S2102 | LTA2 |
| IM02S2103 | LTA3 |
| IM02S2104 | LTA4 |
| IM02S2105 | LTA6 |
| IM02S2106 | LTA7 |
| IM02S2107 | LTMB |
| IM02S2108 | LTIO |
| IM02S2109 | LTPO |
| IM02S2110 | LTP |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| IM02S2111 | LTR2 |
| IM02S2112 | REMIC1 |
| 45254TLB8 | A-1 |
| 45254TLC6 | A-2 |
| 45254TLD4 | A-3 |
| 45254TLE2 | A-4 |
| 45254TLF9 | A-5 |
| 45254TLG7 | A-6 |
| 45254TLT9 | A-7 |
| 45254TLJ1 | A-PO |
| 45254TLH5 | A-IO |
| 45254TLK8 | R |
| 45254TLL6 | M-1 |
| 45254TLM4 | M-2 |
| 45254TLN2 | M-3 |
| 45254TLQ5 | B-1 |
| 45254TLR3 | B-2 |
| 45254TLS1 | B-3 |
| 45254TLP7 | P |
| IM02S2301 | R-1 |
| IM02S2302 | R-2 |

Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2002-3

| Cusip | Class |
|---|---|
| IM02S3LT1 | LT-1 |
| IM02S3LT2 | LT-2 |
| IM02S3LT3 | LT-3 |
| IM02S3LT4 | LT-4 |
| IM02S3LT5 | LT-5 |
| IM02S3LTP | LT-P |
| IM02S3LR1 | R-1 |
| IM02S3RM1 | REMIC1 |
| IM02S3RM2 | REMIC2 |
| IM02S3MAA | MT-AA |
| IM02S3MA1 | MT-A1 |
| IM02S3MA2 | MT-A2 |
| IM02S3MA3 | MT-A3 |
| IM02S3MA4 | MT-A4 |
| IM02S3MM1 | MT-M1 |
| IM02S3MM2 | MT-M2 |
| IM02S3MTB | MT-B |
| IM02S3MZZ | MT-ZZ |
| IM02S3MIO | MT-IO |
| IM02S3MTP | MT-P |
| IM02S3MTJ | MT-J |
| IM02S3MR2 | R-2 |
| 45254TLU6 | A-1 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 45254TLV4 | A-2 |
| 45254TLW2 | A-3 |
| 45254TLX0 | A-4 |
| 45254TLY8 | A-IO |
| 45254TLZ5 | M-1 |
| 45254TMA9 | M-2 |
| 45254TMB7 | B |
| 45254TMD3 | C |
| 45254TMC5 | P |
| 45254TME1 | R-3 |

PFCA Home Equity Investment Trust 2002-IFC4

| Cusip | Class |
|---|---|
| IM02U11A1 | A |
| IM02U11B1 | B |
| IM02U11P1 | P |
| IM02U11R1 | R |
| IM02U11B2 | B-1 |
| IM02U11B3 | B-2 |

PFCA Home Equity Investment Trust 2002-IFC4

| Cusip | Class |
|---|---|
| IM02U2LA1 | A-LT |
| IM02U2LB1 | B-LT |
| IM02U2LP1 | P-LT |
| IM02U2LR1 | R-LT |
| IM02U2LB2 | B-1LT |
| IM02U2LB3 | B-2LT |
| IM02U21A1 | A |
| IM02U21B1 | B |
| IM02U21P1 | P |
| IM02U21R1 | R |
| IM02U21B2 | B-1 |
| IM02U21B3 | B-2 |

Impac CMB Trust 2003-2F

| Cusip | Class |
|---|---|
| 45254NDQ7 | A-1 |
| 45254NDR5 | A-IO |
| 45254NDS3 | M-1 |
| 45254NDT1 | M-2 |
| 45254NDU8 | B |
| IM0302101 | Cert |

Impac CMB Trust 2003-4

| Cusip | Class |
|---|---|
| 45254NED5 | 1-A-1 |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 45254NEF0 | 2-A-1 |
| 45254NEG8 | 3-A-1 |
| 45254NEH6 | 3-A-IO |
| 45254NEJ2 | 3-M-1 |
| 45254NEK9 | 3-M-2 |
| 45254NEE3 | 1-B-1 |
| 45254NEL7 | 3-B-1 |
| IM0304101 | Cert |

Impac CMB Trust 2003-9F

| Cusip | Class |
|---|---|
| 45254NFL6 | A-1 |
| 45254NFM4 | A-IO |
| 45254NFN2 | M |
| IM0309101 | Cert |

Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2003-1

| Cusip | Class |
|---|---|
| IM03S1LT1 | LT-1 |
| IM03S1LT2 | LT-2 |
| IM03S1LT3 | LT-3 |
| IM03S1LT4 | LT-4 |
| IM03S1LT5 | LT-5 |
| IM03S1LTP | LT-P |
| IM03S1LR1 | R-1 |
| IM03S1MAA | MT-AA |
| IM03S1MA1 | MT-A1 |
| IM03S1MM1 | MT-M1 |
| IM03S1MM2 | MT-M2 |
| IM03S1MTB | MT-B |
| IM03S1MZZ | MT-ZZ |
| IM03S1MIO | MT-IO |
| IM03S1MTP | MT-P |
| IM03S1MR2 | R-2 |
| 45254TMF8 | A-1 |
| 45254TMG6 | A-IO |
| 45254TMH4 | M-1 |
| 45254TMJ0 | M-2 |
| 45254TMK7 | B |
| 45254TMM3 | C |
| 45254TML5 | P |
| 45254TMN1 | R-3 |

Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2003-3

| Cusip | Class |
|---|---|
| IM03S3LR0 | REMIC1 |
| IM03S3LT1 | LT-1 |

<u>**Schedule A**</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| IM03S3LT2 | LT-2 |
| IM03S3LT3 | LT-3 |
| IM03S3LT4 | LT-4 |
| IM03S3LT5 | LT-5 |
| IM03S3LTP | LT-P |
| IM03S3LR1 | R-1 |
| IM03S3MR0 | REMIC2 |
| IM03S3MAA | MT-AA |
| IM03S3MA1 | MT-A1 |
| IM03S3MM1 | MT-M1 |
| IM03S3MM2 | MT-M2 |
| IM03S3MTB | MT-B |
| IM03S3MZZ | MT-ZZ |
| IM03S3MIO | MT-IO |
| IM03S3MTP | MT-P |
| IM03S3MR2 | R-2 |
| 45254TNG5 | A-1 |
| 45254TNH3 | A-IO |
| 45254TNJ9 | M-1 |
| 45254TNK6 | M-2 |
| 45254TNL4 | B |
| 45254TNN0 | C |
| 45254TNM2 | P |
| 45254TNP5 | R-3 |

Impac CMB Trust 2004-4

| Cusip | Class |
|---|---|
| 45254NHS9 | 1-A-1 |
| 45254NHT7 | 1-A-2 |
| 45254NHU4 | 1-A-3 |
| 45254NJB4 | 2-A-1 |
| 45254NJF5 | 2-A-2 |
| 45254NHV2 | 1-M-1 |
| 45254NHW0 | 1-M-2 |
| 45254NHX8 | 1-M-3 |
| 45254NHY6 | 1-M-4 |
| 45254NHZ3 | 1-M-5 |
| 45254NJA6 | 1-M-6 |
| 45254NJC2 | 2-M-1 |
| 45254NJD0 | 2-M-2 |
| 45254NJE8 | 2-B |
| IM0404101 | Cert |

Impac CMB Trust 2004-5

| Cusip | Class |
|---|---|
| 45254NJG3 | 1-A-1 |
| 45254NJH1 | 1-A-2 |

## Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 45254NJJ7 | 1-A-3 |
| 45254NJR9 | 2-A |
| 45254NJK4 | 1-M-1 |
| 45254NJL2 | 1-M-2 |
| 45254NJM0 | 1-M-3 |
| 45254NJN8 | 1-M-4 |
| 45254NJP3 | 1-M-5 |
| 45254NJQ1 | 1-M-6 |
| 45254NJS7 | 2-M-1 |
| 45254NJT5 | 2-M-2 |
| 45254NJU2 | 2-B |
| IM0405101 | Cert |

### Impac CMB Trust 2004-7

| Cusip | Class |
|---|---|
| 45254NKF3 | 1-A-1 |
| 45254NKG1 | 1-A-2 |
| 45254NKJ5 | 2-A |
| 45254NKK2 | M-1 |
| 45254NKL0 | M-2 |
| 45254NKM8 | M-3 |
| 45254NKN6 | M-4 |
| 45254NKP1 | M-5 |
| IM0407101 | CERT |
| IM0407M11 | M-1-1 |
| IM0407M12 | M-2-1 |
| IM0407M13 | M-3-1 |
| IM0407M14 | M-4-1 |
| IM0407M15 | M-5-1 |
| IM0407M21 | M-1-2 |
| IM0407M22 | M-2-2 |
| IM0407M23 | M-3-2 |
| IM0407M24 | M-4-2 |
| IM0407M25 | M-5-2 |

### Impac CMB Trust 2004-8

| Cusip | Class |
|---|---|
| 45254NKQ9 | 1-A |
| 45254NKR7 | 2-A-1 |
| 45254NKS5 | 2-A-2 |
| 45254NKT3 | 3-A |
| 45254NKU0 | 3-M-1 |
| 45254NKV8 | 3-M-2 |
| 45254NKW6 | 3-B |
| IM0408101 | CERT |

### Impac CMB Trust 2004-10

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| Cusip | Class |
|-------|-------|
| 45254NLJ4 | 1-A-1 |
| 45254NLK1 | 1-A-2 |
| 45254NLL9 | 2-A |
| 45254NLM7 | 3-A-1 |
| 45254NLN5 | 3-A-2 |
| 45254NLP0 | 4-A-1 |
| 45254NLQ8 | 4-A-2 |
| 45254NLR6 | 3-M-1 |
| 45254NLS4 | 3-M-2 |
| 45254NLT2 | 3-M-3 |
| 45254NLU9 | 3-M-4 |
| 45254NLV7 | 3-M-5 |
| 45254NLW5 | 4-M-1 |
| 45254NLX3 | 4-M-2 |
| 45254NLY1 | 4-B |
| IM0410101 | CERT |

Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series

| 2004-1 Cusip | Class |
|--------------|-------|
| IM04S1101 | REMIC1 |
| IM04S1102 | REMIC2 |
| 45254TNT7 | A-1 |
| 45254TNU4 | A-2 |
| 45254TNV2 | A-3 |
| 45254TNW0 | A-4 |
| 45254TNX8 | A-5 |
| 45254TNY6 | A-6 |
| 45254TNZ3 | A-IO |
| 45254TPA6 | M-1 |
| 45254TPB4 | M-2 |
| 45254TPC2 | M-3 |
| 45254TPD0 | C |
| 45254TPE8 | P |
| 45254TPF5 | R |

Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2004-

| 2 Cusip | Class |
|---------|-------|
| IM04S2101 | REMIC1 |
| 45254TPG3 | A-1 |
| 45254TPH1 | A-2 |
| 45254TPJ7 | A-3 |
| 45254TPK4 | A-4 |
| 45254TPL2 | A-5 |
| 45254TPM0 | A-6 |
| 45254TPN8 | M-1 |
| 45254TPP3 | M-2 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 45254TPQ1 | M-3 |
| 45254TPR9 | C |
| 45254TPS7 | P |
| 45254TPT5 | R |

### Impac CMB Trust 2005-1

| Cusip | Class |
|---|---|
| 45254NML8 | 1-A-1 |
| 45254NMM6 | 1-A-2 |
| 45254NMN4 | 2-A-1 |
| 45254NMP9 | 2-A-2 |
| IM0501101 | CERT |
| IM0501102 | M-1-1 |
| IM0501103 | M-2-1 |
| IM0501104 | M-3-1 |
| IM0501105 | M-4-1 |
| IM0501106 | M-5-1 |
| IM0501107 | M-6-1 |
| IM0501108 | M-1-2 |
| IM0501109 | M-2-2 |
| IM0501110 | M-3-2 |
| IM0501111 | M-4-2 |
| IM0501112 | M-5-2 |
| IM0501113 | M-6-2 |
| IM0501114 | B-1 |
| IM0501115 | B-2 |
| IM0501116 | A-IO-1 |
| IM0501117 | A-IO-2 |
| 45254NMR5 | M-1 |
| 45254NMS3 | M-2 |
| 45254NMT1 | M-3 |
| 45254NMU8 | M-4 |
| 45254NMV6 | M-5 |
| 45254NMW4 | M-6 |
| 45254NMX2 | B |
| 45254NMQ7 | A-IO |

### Impac CMB Trust 2005-4

| Cusip | Class |
|---|---|
| 45254NPA9 | 1-A-1A |
| 45254NPB7 | 1-A-1B |
| 45254NPC5 | 1-A-2 |
| 45254NPD3 | 1-A-IO |
| 45254NPE1 | 2-A-1 |
| 45254NPF8 | 2-A-2 |
| 45254NPG6 | 1-M-1 |
| 45254NPH4 | 1-M-2 |

**<u>Schedule A</u>**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 45254NPJ0 | 1-M-3 |
| 45254NPK7 | 1-M-4 |
| 45254NPL5 | 1-M-5 |
| 45254NPM3 | 1-M-6 |
| 45254NPN1 | 2-M-1 |
| 45254NPP6 | 2-M-2 |
| 45254NPQ4 | 1-B-1 |
| 45254NPR2 | 1-B-2 |
| 45254NPS0 | 2-B-1 |
| 45254NPT8 | 2-B-2 |
| IM0504101 | CERT |

Impac CMB Trust 2005-5

| Cusip | Class |
|---|---|
| 45254NPU5 | A-1 |
| 45254NPV3 | A-2 |
| 45254NPW1 | A-3W |
| 45254NQF7 | A-4 |
| 45254NPX9 | A-IO |
| 45254NPY7 | M-1 |
| 45254NPZ4 | M-2 |
| 45254NQA8 | M-3 |
| 45254NQB6 | M-4 |
| 45254NQC4 | M-5 |
| 45254NQD2 | M-6 |
| 45254NQE0 | B |
| IM0505101 | CERT |

Impac CMB Trust 2005-7

| Cusip | Class |
|---|---|
| 45254NQX8 | A-1 |
| 45254NQY6 | A-2 |
| 45254NQZ3 | M-1 |
| 45254NRA7 | M-2 |
| 45254NRB5 | M-3 |
| 45254NRC3 | M-4 |
| 45254NRD1 | M-5 |
| 45254NRE9 | M-6 |
| 45254NRF6 | B |
| IM0507101 | CERT |

Impac CMB Trust 2005-8

| Cusip | Class |
|---|---|
| 45254NRG4 | 1-A |
| 45254NRJ8 | 1-A-IO |
| 45254NRK5 | 1-M-1 |
| 45254NRL3 | 1-M-2 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 45254NRM1 | 1-M-3 |
| 45254NRN9 | 1-M-4 |
| 45254NRP4 | 1-M-5 |
| 45254NRQ2 | 1-M-6 |
| 45254NRR0 | 1-M-7 |
| 45254NRS8 | 1-B |
| 45254NRT6 | 2-A |
| 45254NRV1 | 2-M-1 |
| 45254NRW9 | 2-M-2 |
| 45254NRX7 | 2-M-3 |
| 45254NRY5 | 2-B |
| 45254NRH2 | 1-AM |
| 45254NRU3 | 2-AM |
| IM0508101 | CERT |

Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-1

| Cusip | Class |
|---|---|
| IM06S1102 | REMIC1 |
| IM06S1103 | R-I |
| IM06S1104 | REMIC2 |
| IM06S1105 | R-II |
| IM06S1106 | REMIC3 |
| IM06S1107 | R-III |
| 45254TTJ3 | 1-A-1-1 |
| 45254TUD4 | 1-A-1-2 |
| 45254TTK0 | 1-A-2A |
| 45254TTL8 | 1-A-2B |
| 45254TTM6 | 1-A-2C |
| 45254TTN4 | 2-A-1 |
| 45254TTP9 | 2-A-2 |
| 45254TTQ7 | 1-M-1 |
| 45254TTR5 | 1-M-2 |
| 45254TTS3 | 1-M-3 |
| 45254TTT1 | 1-M-4 |
| 45254TTU8 | 1-M-5 |
| 45254TTV6 | 1-M-6 |
| 45254TTW4 | 1-M-7 |
| 45254TTX2 | 1-M-8 |
| 45254TTY0 | 2-M-1 |
| 45254TTZ7 | 2-M-2 |
| 45254TUA0 | 2-M-3 |
| 45254TUB8 | 1-B |
| 45254TUC6 | 2-B |
| 45254TUH5 | C-R |
| 45254TUJ1 | C-M |
| 45254TUF9 | P-R |
| 45254TUG7 | P-M |

## Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 45254TUE2 | R |
| IM06S1108 | 1-IO |
| IM06S1109 | 2-IO |

Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-

| 2 Cusip | Class |
|---|---|
| IM06S2102 | REMIC1 |
| IM06S2103 | R-I |
| IM06S2104 | REMIC2 |
| IM06S2105 | R-II |
| IM06S2106 | REMIC3 |
| IM06S2107 | R-III |
| 45256VAA5 | 1-A1-1 |
| 45256VAB3 | 1-A1-2 |
| 45256VAC1 | 1-A2-A |
| 45256VAD9 | 1-A2-B |
| 45256VAE7 | 1-A2-C |
| 45256VAQ0 | 2-A-1 |
| 45256VAR8 | 2-A-2 |
| 45256VAF4 | 1-M-1 |
| 45256VAG2 | 1-M-2 |
| 45256VAH0 | 1-M-3 |
| 45256VAJ6 | 1-M-4 |
| 45256VAK3 | 1-M-5 |
| 45256VAL1 | 1-M-6 |
| 45256VAM9 | 1-M-7 |
| 45256VAN7 | 1-M-8 |
| 45256VAS6 | 2-M-1 |
| 45256VAT4 | 2-M-2 |
| 45256VAU1 | 2-M-3 |
| 45256VAP2 | 1-B |
| 45256VAV9 | 2-B |
| 45256VBA4 | C-R |
| 45256VBC0 | C-M |
| 45256VAY3 | P-R |
| 45256VAZ0 | P-M |
| 45256VAX5 | R |

Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-

| 3 Cusip | Class |
|---|---|
| IM06S3102 | REMIC1 |
| IM06S3103 | R-I |
| IM06S3104 | REMIC2 |
| IM06S3105 | R-II |
| 45255RAA5 | A-1 |
| 45255RAB3 | A-2 |
| 45255RAT4 | A-2M |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 45255RAC1 | A-3 |
| 45255RAD9 | A-3M |
| 45255RAE7 | A-4 |
| 45255RAU1 | A-4M |
| 45255RAV9 | A-5 |
| 45255RAW7 | A-5M |
| 45255RAX5 | A-6 |
| 45255RAY3 | A-6M |
| 45255RAZ0 | A-7 |
| 45255RAF4 | M-1 |
| 45255RAG2 | M-2 |
| 45255RAH0 | M-3 |
| 45255RAJ6 | M-4 |
| 45255RAK3 | M-5 |
| 45255RAL1 | M-6 |
| 45255RAM9 | M-7 |
| 45255RAN7 | M-8 |
| 45255RAP2 | B |
| 45255RAR8 | C |
| 45255RAQ0 | P |
| 45255RAS6 | R |

Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-4

| Cusip | Class |
|---|---|
| IM06S4102 | REMIC1 |
| IM06S4103 | R-I |
| IM06S4104 | REMIC2 |
| IM06S4105 | R-II |
| 45257BAA8 | A-1 |
| 45257BAB6 | A-2A |
| 45257BAC4 | A-2B |
| 45257BAD2 | A-2C |
| 45257BAE0 | A-M |
| 45257BAF7 | M-1 |
| 45257BAG5 | M-2 |
| 45257BAH3 | M-3 |
| 45257BAJ9 | M-4 |
| 45257BAK6 | M-5 |
| 45257BAL4 | M-6 |
| 45257BAM2 | M-7 |
| 45257BAN0 | M-8 |
| 45257BAP5 | B |
| 45257BAQ3 | C |
| 45257BAR1 | P |
| 45257BAS9 | R |

Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2006-5

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| Cusip | Class |
|---|---|
| IM06S5101 | REMIC1 |
| IM06S5102 | R-1 |
| IM06S5103 | REMIC2 |
| IM06S5104 | R-2 |
| IM06S5105 | REMIC3 |
| IM06S5106 | R-3 |
| 45257EAA2 | 1-A1-A |
| 45257EAB0 | 1-A1-B |
| 45257EAC8 | 1-A1-C |
| 45257EAD6 | 1-AM |
| 45257EAE4 | 2-A |
| 45257EAF1 | 1-M-1 |
| 45257EAG9 | 1-M-2 |
| 45257EAH7 | 1-M-3 |
| 45257EAJ3 | 1-M-4 |
| 45257EAK0 | 1-M-5 |
| 45257EAL8 | 1-M-6 |
| 45257EAM6 | 1-M-7 |
| 45257EAN4 | 1-M-8 |
| 45257EAP9 | 1-B |
| 45257EAR5 | 1-C |
| 45257EAS3 | 2-C |
| 45257EAT1 | 1-P |
| 45257EAU8 | 2-P |
| 45257EAQ7 | R |

IMPAC CMB Trust Series 2007-A

| Cusip | Class |
|---|---|
| 452550AA4 | A |
| 452550AB2 | M-1 |
| 452550AC0 | M-2 |
| 452550AD8 | M-3 |
| 452550AE6 | M-4 |
| IM070A101 | OWNER |

Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-3

| Cusip | Class |
|---|---|
| IM07S3101 | REMIC1 |
| IM07S3104 | R-1 |
| IM07S3102 | REMIC2 |
| IM07S3105 | R-2 |
| 45257VAA4 | A1-A |
| 45257VAB2 | A1-B |
| 45257VAC0 | A1-C |
| 45257VAD8 | AM |
| 45257VAE6 | M-1 |

## Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 45257VAF3 | M-2 |
| 45257VAG1 | M-3 |
| 45257VAH9 | M-4 |
| 45257VAJ5 | M-5 |
| 45257VAK2 | M-6 |
| 45257VAL0 | M-7 |
| 45257VAM8 | M-8 |
| 45257VAN6 | B |
| 45257VAP1 | C |
| 45257VAQ9 | P |
| 45257VAR7 | R |
| IM07S3103 | IO |

Southwest Savings 1988-1

| Cusip | Class |
|---|---|
| 00000LN76 | MORTGAGE |
| 00000LN75 | RESIDUAL |
| 00000LN72 | A |
| 00000LN73 | B |
| 00000LN74 | C |

PFCA Home Equity Investment Trust 2002-IFC4

| Cusip | Class |
|---|---|
| UB03I21A1 | A |
| UB03I21B1 | B |
| UB03I21P1 | P |
| UB03I21R1 | R |

PFCA Home Equity Investment Trust 2002-IFC4

| Cusip | Class |
|---|---|
| UB03I31A1 | A |
| UB03I31B1 | B |
| UB03I31P1 | P |
| UB03I31R1 | R |
| UB03I31B2 | B-1 |
| UB03I31B3 | B-2 |

PFCA Home Equity Investment Trust 2002-IFC4

| Cusip | Class |
|---|---|
| UB03I41A1 | A |
| UB03I41B1 | B |
| UB03I41P1 | P |
| UB03I41R1 | R |
| UB03I41B2 | B-1 |
| UB03I41B3 | B-2 |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

Residential Accredit Loans, Inc. 1999-QS4

| Cusip | Class |
|---|---|
| 76110FG98 | A1 |
| 76110FH22 | AP |
| 76110FH30 | AV |
| 76110FH48 | R |
| 76110FH55 | M1 |
| 76110FH63 | M2 |
| 76110FH71 | M3 |
| 76110FH89 | B1 |
| 76110FH97 | B2 |
| 76110FJ20 | B3 |

Residential Asset Securities Corp. 2001-KS3

| Cusip | Class |
|---|---|
| 76110WLX2 | AI1 |
| 76110WLY0 | AI2 |
| 76110WLZ7 | AI3 |
| 76110WMA1 | AI4 |
| 76110WMB9 | AI5 |
| 76110WMC7 | AI6 |
| 76110WMD5 | AIIO |
| 76110WME3 | AII |
| 76110WMF0 | MI1 |
| 76110WMG8 | MI2 |
| 76110WMH6 | MI3 |
| 76110WMJ2 | MII1 |
| 76110WMK9 | MII2 |
| 76110WML7 | MII3 |
| 76110WMM5 | SBI |
| 76110WMN3 | SBII |
| | RI |
| | RIA |
| | RII |
| | RIII |

Residential Accredit Loans, Inc. 2001-QS13

| Cusip | Class |
|---|---|
| 76110GNX5 | A1 |
| 76110GNY3 | AP |
| 76110GNZ0 | AV |
| 76110GPA3 | R |
| 76110GPB1 | M1 |
| 76110GPC9 | M2 |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110GPD7 | M3 |
| 76110GPE5 | B1 |
| 76110GPF2 | B2 |
| 76110GPG0 | B3 |

Residential Accredit Loans, Inc. 2001-QS16

| Cusip | Class |
|---|---|
| 76110GRY9 | A1 |
| 76110GRZ6 | A2 |
| 76110GSA0 | A3 |
| 76110GSB8 | A4 |
| 76110GSC6 | A5 |
| 76110GSD4 | A6 |
| 76110GSE2 | A7 |
| 76110GSF9 | A7A |
| 76110GSG7 | AP |
| 76110GSH5 | AV |
| 76110GSJ1 | RI |
| 76110GSK8 | RII |
| 76110GSL6 | M1 |
| 76110GSM4 | M2 |
| 76110GSN2 | M3 |
| 76110GSP7 | B1 |
| 76110GSQ5 | B2 |
| 76110GSR3 | B3 |

Residential Accredit Loans, Inc. 2001-QS17

| Cusip | Class |
|---|---|
| 76110GSS1 | A1 |
| 76110GST9 | A2 |
| 76110GSU6 | A2A |
| 76110GSV4 | A3 |
| 76110GSW2 | A4 |
| 76110GSX0 | A5 |
| 76110GSY8 | A6 |
| 76110GSZ5 | A7 |
| 76110GTA9 | A8 |
| 76110GTB7 | A9 |
| 76110GTC5 | A9A |
| 76110GTD3 | A10 |
| 76110GTE1 | A11 |
| 76110GTF8 | AP |
| 76110GTG6 | AV |
| 76110GTH4 | RI |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110GTJ0 | RII |
| 76110GTK7 | M1 |
| 76110GTL5 | M2 |
| 76110GTM3 | M3 |
| 76110GTN1 | B1 |
| 76110GTP6 | B2 |
| 76110GTQ4 | B3 |

Residential Accredit Loans, Inc. 2001-QS18

| Cusip | Class |
|---|---|
| 76110GTR2 | A1 |
| 76110GTS0 | A2 |
| 76110GTT8 | A3 |
| 76110GTU5 | A4 |
| 76110GTV3 | A5 |
| 76110GTW1 | A6 |
| 76110GTX9 | A7 |
| 76110GTY7 | A8 |
| 76110GTZ4 | A9 |
| 76110GUA7 | A10 |
| 76110GUB5 | A11 |
| 76110GVB4 | A12 |
| 76110GUE9 | R |
| 76110GUC3 | AP |
| 76110GUD1 | AV |
| 76110GUF6 | M1 |
| 76110GUG4 | M2 |
| 76110GUH2 | M3 |
| 76110GUJ8 | B1 |
| 76110GUK5 | B2 |
| 76110GUL3 | B3 |

Residential Accredit Loans, Inc. 2001-QS19

| Cusip | Class |
|---|---|
| 76110GUM1 | A1 |
| 76110GUN9 | A2 |
| 76110GUP4 | A3 |
| 76110GUQ2 | A4 |
| 76110GUR0 | A5 |
| 76110GUT6 | AV |
| 76110GUS8 | AP |
| 76110GUV1 | M1 |
| 76110GUW9 | M2 |
| 76110GUX7 | M3 |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110GUY5 | B1 |
| 76110GUZ2 | B2 |
| 76110GVA6 | B3 |
| 76110GUU3 | R |

Residential Asset Securities Corp. 2002-KS1

| Cusip | Class |
|---|---|
| 76110WMS2 | AI1 |
| 76110WMT0 | AI2 |
| 76110WMU7 | AI3 |
| 76110WMV5 | AI4 |
| 76110WMW3 | AI5 |
| 76110WMX1 | AI6 |
| 76110WMY9 | AIIA |
| 76110WMZ6 | AIIB |
| 76110WNA0 | SBI |
| 76110WNB8 | SBII |
| | RI |
| | RII |
| | RIII |
| | RIV |

Residential Asset Securities Corp. 2002-KS2

| Cusip | Class |
|---|---|
| 76110WNC6 | AI1 |
| 76110WND4 | AI2 |
| 76110WNE2 | AI3 |
| 76110WNF9 | AI4 |
| 76110WNG7 | AI5 |
| 76110WNH5 | AI6 |
| 76110WNJ1 | AIIO |
| 76110WNN2 | AIIA |
| 76110WNP7 | AIIB |
| 76110WNK8 | MI1 |
| 76110WNL6 | MI2 |
| 76110WNM4 | MI3 |
| 76110WNQ5 | MII1 |
| 76110WNR3 | MII2 |
| 76110WNS1 | MII3 |
| 76110WNT9 | SBI |
| 76110WNU6 | SBII |
| | RI |
| | RII |
| | RIII |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

R I V

Residential Accredit Loans, Inc. 2002-QS1

| Cusip | Class |
|-------|-------|
| 76110GVC2 | A1 |
| 76110GVD0 | A2 |
| 76110GVE8 | A3 |
| 76110GVF5 | A4 |
| 76110GVG3 | A5 |
| 76110GVH1 | A5A |
| 76110GVJ7 | A6 |
| 76110GVK4 | A7 |
| 76110GVL2 | A8 |
| 76110GVM0 | A9 |
| 76110GVN8 | AP |
| 76110GVP3 | AV |
| 76110GVQ1 | RI |
| 76110GVR9 | RII |
| 76110GVS7 | M1 |
| 76110GVT5 | M2 |
| 76110GVU2 | M3 |
| 76110GVV0 | B1 |
| 76110GVW8 | B2 |
| 76110GVX6 | B3 |

Residential Accredit Loans, Inc. 2002-QS2

| Cusip | Class |
|-------|-------|
| 76110GVY4 | A1 |
| 76110GVZ1 | A2 |
| 76110GWA5 | A3 |
| 76110GWB3 | A4 |
| 76110GWC1 | AP |
| 76110GWD9 | AV |
| 76110GWE7 | R |
| 76110GWF4 | M1 |
| 76110GWG2 | M2 |
| 76110GWH0 | M3 |
| 76110GWJ6 | B1 |
| 76110GWK3 | B2 |
| 76110GWL1 | B3 |

Residential Accredit Loans, Inc. 2002-QS3

| Cusip | Class |
|-------|-------|
| 76110GWM9 | A1 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110GWN7 | A2 |
| 76110GWP2 | A3 |
| 76110GWQ0 | A4 |
| 76110GWR8 | A5 |
| 76110GWS6 | A6 |
| 76110GWT4 | A7 |
| 76110GWU1 | A8 |
| 76110GWV9 | A9 |
| 76110GWW7 | A10 |
| 76110GWX5 | A11 |
| 76110GWY3 | A11A |
| 76110GWZ0 | A12 |
| 76110GXE6 | M1 |
| 76110GXF3 | M2 |
| 76110GXG1 | M3 |
| 76110GXH9 | B1 |
| 76110GXJ5 | B2 |
| 76110GXK2 | B3 |
| 76110GXB2 | AV |
| 76110GXA4 | AP |
| 76110GXC0 | RI |
| 76110GXD8 | RII |

Residential Accredit Loans, Inc. 2002-QS4

| Cusip | Class |
|---|---|
| 76110GXL0 | A1 |
| 76110GXM8 | A2 |
| 76110GXN6 | A3 |
| 76110GXP1 | A4 |
| 76110GXQ9 | AP |
| 76110GXR7 | AV |
| 76110GXS5 | R |
| 76110GXT3 | M1 |
| 76110GXU0 | M2 |
| 76110GXV8 | M3 |
| 76110GXW6 | B1 |
| 76110GXX4 | B2 |
| 76110GXY2 | B3 |

Residential Accredit Loans, Inc. 2002-QS5

| Cusip | Class |
|---|---|
| 76110GXZ9 | A1 |
| 76110GYA3 | A2 |
| 76110GYB1 | A3 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110GYC9 | A4 |
| 76110GYD7 | A5 |
| 76110GYE5 | A6 |
| 76110GYF2 | A7 |
| 76110GYG0 | A8 |
| 76110GYH8 | A9 |
| 76110GYJ4 | A10 |
| 76110GYK1 | A11 |
| 76110GYL9 | A12 |
| 76110GYM7 | AP |
| 76110GYN5 | AV |
| 76110GYP0 | RI |
| 76110GYQ8 | RII |
| 76110GYR6 | M1 |
| 76110GYS4 | M2 |
| 76110GYT2 | M3 |
| 76110GYU9 | B1 |
| 76110GYV7 | B2 |
| 76110GYW5 | B3 |

Residential Accredit Loans, Inc. 2002-QS6

| Cusip | Class |
|---|---|
| 76110GYX3 | A1 |
| 76110GYY1 | A2 |
| 76110GYZ8 | A3 |
| 76110GZA2 | A4 |
| 76110GZB0 | A5 |
| 76110GZC8 | A6 |
| 76110GZD6 | A7 |
| 76110GZE4 | A8 |
| 76110GZF1 | A9 |
| 76110GZG9 | A10 |
| 76110GZH7 | A11 |
| 76110GZJ3 | A12 |
| 76110GZK0 | A13 |
| 76110GZL8 | AP |
| 76110GZM6 | AV |
| 76110GZN4 | RI |
| 76110GZP9 | RII |
| 76110GZQ7 | M1 |
| 76110GZR5 | M2 |
| 76110GZS3 | M3 |
| 76110GZT1 | B1 |
| 76110GZU8 | B2 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

76110GZV6                                   B3

Residential Accredit Loans, Inc. 2002-QS7

| Cusip | Class |
|-------|-------|
| 76110GB67 | A1 |
| 76110GB75 | A2 |
| 76110GB83 | A3 |
| 76110GB91 | A4 |
| 76110GC25 | A5 |
| 76110GC33 | A6 |
| 76110GC41 | A7 |
| 76110GC58 | A8 |
| 76110GC66 | A9 |
| 76110GC74 | A10 |
| 76110GC82 | A11 |
| 76110GC90 | A12 |
| 76110GD24 | A13 |
| 76110GD32 | A14 |
| 76110GD40 | A15 |
| 76110GD57 | A16 |
| 76110GD65 | AP |
| 76110GD73 | AV |
| 76110GD81 | RI |
| 76110GD99 | RII |
| 76110GE23 | M1 |
| 76110GE31 | M2 |
| 76110GE49 | M3 |
| 76110GE56 | B1 |
| 76110GE64 | B2 |
| 76110GE72 | B3 |

Residential Accredit Loans, Inc. 2002-QS8

| Cusip | Class |
|-------|-------|
| 76110GZW4 | A1 |
| 76110GZX2 | A2 |
| 76110GZY0 | A3 |
| 76110GZZ7 | A4 |
| 76110GA27 | A5 |
| 76110GA35 | A6 |
| 76110GA43 | AP |
| 76110GA50 | AV |
| 76110GA68 | RI |
| 76110GA76 | RII |
| 76110GA84 | M1 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110GA92 | M2 |
| 76110GB26 | M3 |
| 76110GB34 | B1 |
| 76110GB42 | B2 |
| 76110GB59 | B3 |

Residential Accredit Loans, Inc. 2002-QS9

| Cusip | Class |
|---|---|
| 76110GE80 | A1 |
| 76110GE98 | A2 |
| 76110GF22 | A3 |
| 76110GF30 | A4 |
| 76110GF48 | A5 |
| 76110GF55 | A6 |
| 76110GF63 | A7 |
| 76110GF71 | A8 |
| 76110GF89 | A9 |
| 76110GF97 | A10 |
| 76110GG21 | AP |
| 76110GG39 | AV |
| 76110GG96 | B1 |
| 76110GH20 | B2 |
| 76110GH38 | B3 |
| 76110GG62 | M1 |
| 76110GG70 | M2 |
| 76110GG88 | M3 |
| 76110GG47 | RI |
| 76110GG54 | RII |

Residential Accredit Loans, Inc. 2002-QS10

| Cusip | Class |
|---|---|
| 76110GK67 | A1 |
| 76110GK75 | A2 |
| 76110GK83 | A3 |
| 76110GK91 | A4 |
| 76110GL25 | A5 |
| 76110GL33 | A6 |
| 76110GL41 | A7 |
| 76110GL58 | A8 |
| 76110GL66 | A9 |
| 76110GL74 | A10 |
| 76110GL82 | A11 |
| 76110GL90 | A12 |
| 76110GM32 | AP |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110GM40 | AV |
| 76110GM57 | RI |
| 76110GM65 | RII |
| 76110GM73 | M1 |
| 76110GM81 | M2 |
| 76110GM99 | M3 |
| 76110GN23 | B1 |
| 76110GN31 | B2 |
| 76110GN49 | B3 |

Residential Accredit Loans, Inc. 2002-QS11

| Cusip | Class |
|---|---|
| 76110GH46 | A1 |
| 76110GH53 | A2 |
| 76110GH61 | A3 |
| 76110GH79 | A4 |
| 76110GH87 | A5 |
| 76110GH95 | A6 |
| 76110GJ28 | A7 |
| 76110GJ36 | A8 |
| 76110GJ44 | AP |
| 76110GJ51 | AV |
| 76110GJ69 | RI |
| 76110GJ77 | RII |
| 76110GJ85 | M1 |
| 76110GJ93 | M2 |
| 76110GK26 | M3 |
| 76110GK34 | B1 |
| 76110GK42 | B2 |
| 76110GK59 | B3 |

Residential Accredit Loans, Inc. 2002-QS12

| Cusip | Class |
|---|---|
| 76110GQ87 | A1 |
| 76110GQ95 | A2 |
| 76110GR29 | A3 |
| 76110GR37 | A4 |
| 76110GR45 | A5 |
| 76110GR52 | A6 |
| 76110GR60 | A7 |
| 76110GR78 | A8 |
| 76110GR86 | A9 |
| 76110GR94 | A10 |
| 76110GS28 | AP |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110GS36 | AV |
| 76110GS44 | RI |
| 76110GS51 | RII |
| 76110GS69 | M1 |
| 76110GS77 | M2 |
| 76110GS85 | M3 |
| 76110GS93 | B1 |
| 76110GT27 | B2 |
| 76110GT35 | B3 |

Residential Accredit Loans, Inc. 2002-QS13

| Cusip | Class |
|---|---|
| 76110GN56 | A1 |
| 76110GN64 | A2 |
| 76110GN72 | A3 |
| 76110GN80 | A4 |
| 76110GN98 | A5 |
| 76110GP21 | A6 |
| 76110GP39 | A7 |
| 76110GQ79 | A7A |
| 76110GP47 | A8 |
| 76110GP54 | AP |
| 76110GP62 | AV |
| 76110GP70 | RI |
| 76110GP88 | RII |
| 76110GP96 | M1 |
| 76110GQ20 | M2 |
| 76110GQ38 | M3 |
| 76110GQ46 | B1 |
| 76110GQ53 | B2 |
| 76110GQ61 | B3 |

Residential Accredit Loans, Inc. 2002-QS14

| Cusip | Class |
|---|---|
| 76110GT43 | A1 |
| 76110GT50 | A2 |
| 76110GT68 | A3 |
| 76110GT76 | A4 |
| 76110GT84 | A5 |
| 76110GT92 | A6 |
| 76110GU25 | A7 |
| 76110GU33 | A8 |
| 76110GU41 | A9 |
| 76110GU58 | A10 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110GU66 | A11 |
| 76110GU74 | A12 |
| 76110GU82 | AP |
| 76110GU90 | AV |
| 76110GV24 | RI |
| 76110GV32 | RII |
| 76110GV40 | M1 |
| 76110GV57 | M2 |
| 76110GV65 | M3 |
| 76110GV73 | B1 |
| 76110GV81 | B2 |
| 76110GV99 | B3 |

Residential Accredit Loans, Inc. 2002-QS15

| Cusip | Class |
|---|---|
| 76110GX63 | CB |
| 76110GX71 | NB1 |
| 76110GX89 | NB2 |
| 76110GX97 | NB3 |
| 76110GY21 | AP |
| 76110GY39 | AV |
| 76110GY47 | RI |
| 76110GY54 | RII |
| 76110GY62 | M1 |
| 76110GY70 | M2 |
| 76110GY88 | M3 |
| 76110GY96 | B1 |
| 76110GZ20 | B2 |
| 76110GZ38 | B3 |

Residential Accredit Loans, Inc. 2002-QS16

| Cusip | Class |
|---|---|
| 76110GW23 | A1 |
| 76110GW31 | A2 |
| 76110GW49 | A3 |
| 76110GW56 | AP |
| 76110GW64 | AV |
| 76110GW72 | R |
| 76110GW80 | M1 |
| 76110GW98 | M2 |
| 76110GX22 | M3 |
| 76110GX30 | B1 |
| 76110GX48 | B2 |
| 76110GX55 | B3 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

Residential Accredit Loans, Inc. 2002-QS17

| Cusip | Class |
|-------|-------|
| 76110G2E0 | CB1 |
| 76110G2F7 | CB2 |
| 76110G2G5 | NB1 |
| 76110GZ46 | NB2 |
| 76110GZ53 | AP |
| 76110GZ61 | AV |
| 76110GZ79 | R |
| 76110GZ87 | M1 |
| 76110GZ95 | M2 |
| 76110G2A8 | M3 |
| 76110G2B6 | B1 |
| 76110G2C4 | B2 |
| 76110G2D2 | B3 |

Residential Accredit Loans, Inc. 2002-QS18

| Cusip | Class |
|-------|-------|
| 76110G2H3 | A1 |
| 76110G2J9 | AP |
| 76110G2K6 | AV |
| 76110G2L4 | R |
| 76110G2M2 | M1 |
| 76110G2N0 | M2 |
| 76110G2P5 | M3 |
| 76110G2Q3 | B1 |
| 76110G2R1 | B2 |
| 76110G2S9 | B3 |

Residential Accredit Loans, Inc. 2002-QS19

| Cusip | Class |
|-------|-------|
| 76110G2T7 | A1 |
| 76110G2U4 | A2 |
| 76110G2V2 | A3 |
| 76110G2W0 | A4 |
| 76110G2X8 | A5 |
| 76110G2Y6 | A6 |
| 76110G2Z3 | A7 |
| 76110G3A7 | A8 |
| 76110G3B5 | AP |
| 76110G3C3 | AV |
| 76110G3D1 | RI |
| 76110G3E9 | RII |

### Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110G3F6 | M1 |
| 76110G3G4 | M2 |
| 76110G3H2 | M3 |
| 76110G3J8 | B1 |
| 76110G3K5 | B2 |
| 76110G3L3 | B3 |

Residential Asset Mortgage Products, Inc. 2002-RM1

| Cusip | Class |
|---|---|
| 760985PX3 | AI1 |
| 760985PY1 | AI2 |
| 760985PZ8 | AI3 |
| 760985QA2 | API |
| 760985QB0 | AVI |
| 760985QC8 | AII |
| 760985QD6 | APII |
| 760985QE4 | AVII |
| 760985QF1 | AIII |
| 760985QG9 | RI |
| 760985QH7 | RII |
| 760985QJ3 | RIII |
| 760985QK0 | RIV |
| 760985QL8 | MI1 |
| 760985QM6 | MI2 |
| 760985QN4 | MI3 |
| 760985QP9 | MII1 |
| 760985QQ7 | MII2 |
| 760985QR5 | MII3 |
| 760985QS3 | MIII1 |
| 760985QT1 | MIII2 |
| 760985QU8 | MIII3 |
| 760985QV6 | BI1 |
| 760985QW4 | BI2 |
| 760985QX2 | BI3 |
| 760985QY0 | BII1 |
| 760985QZ7 | BII2 |
| 760985RA1 | BII3 |
| 760985RB9 | BIII1 |
| 760985RC7 | BIII2 |
| 760985RD5 | BIII3 |

Residential Accredit Loans, Inc. 2003-QS1

| Cusip | Class |
|---|---|
| 76110G4H1 | A1 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110G4J7 | A2 |
| 76110G4K4 | A3 |
| 76110G4L2 | A4 |
| 76110G4M0 | A5 |
| 76110G4N8 | A6 |
| 76110G4P3 | A7 |
| 76110G4Q1 | A8 |
| 76110G4R9 | A9 |
| 76110G4S7 | A10 |
| 76110G4T5 | A11 |
| 76110G4U2 | A12 |
| 76110G4V0 | A13 |
| 76110G4W8 | A14 |
| 76110G4X6 | AP |
| 76110G4Y4 | AV |
| 76110G4Z1 | RI |
| 76110G5A5 | RII |
| 76110G5B3 | M1 |
| 76110G5C1 | M2 |
| 76110G5D9 | M3 |
| 76110G5E7 | B1 |
| 76110G5F4 | B2 |
| 76110G5G2 | B3 |

Residential Accredit Loans, Inc. 2003-QS2

| Cusip | Class |
|---|---|
| 76110G5H0 | A1 |
| 76110G5J6 | A2 |
| 76110G5K3 | A3 |
| 76110G5L1 | A4 |
| 76110G5M9 | A5 |
| 76110G5N7 | A6 |
| 76110G5P2 | A7 |
| 76110G5Q0 | AP |
| 76110G5R8 | AV |
| 76110G5S6 | RI |
| 76110G5T4 | RII |
| 76110G5U1 | M1 |
| 76110G5V9 | M2 |
| 76110G5W7 | M3 |
| 76110G5X5 | B1 |
| 76110G5Y3 | B2 |
| 76110G5Z0 | B3 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company
Deutsche Bank Trust Company Americas**

Residential Accredit Loans, Inc. 2003-QS3

| Cusip | Class |
|---|---|
| 76110G6A4 | A1 |
| 76110G6B2 | A2 |
| 76110G6C0 | A3 |
| 76110G6D8 | A4 |
| 76110G6E6 | A5 |
| 76110G6F3 | A6 |
| 76110G6G1 | A7 |
| 76110G6H9 | A8 |
| 76110G6J5 | AP |
| 76110G6K2 | AV |
| 76110G6L0 | RI |
| 76110G6M8 | RII |
| 76110G6N6 | M1 |
| 76110G6P1 | M2 |
| 76110G6Q9 | M3 |
| 76110G6R7 | B1 |
| 76110G6S5 | B2 |
| 76110G6T3 | B3 |

Residential Accredit Loans, Inc. 2003-QS4

| Cusip | Class |
|---|---|
| 76110HAA7 | A1 |
| 76110HAB5 | A2 |
| 76110HAC3 | A3 |
| 76110HAD1 | A4 |
| 76110HAE9 | A5 |
| 76110HAF6 | A6 |
| 76110HAG4 | AP |
| 76110HAH2 | AV |
| 76110HAJ8 | RI |
| 76110HAK5 | RII |
| 76110HAL3 | M1 |
| 76110HAM1 | M2 |
| 76110HAN9 | M3 |
| 76110HAP4 | B1 |
| 76110HAQ2 | B2 |
| 76110HAR0 | B3 |

Residential Accredit Loans, Inc. 2003-QS5

| Cusip | Class |
|---|---|
| 76110G6U0 | A1 |
| 76110G6V8 | A2 |

## Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110G6W6 | A3 |
| 76110G6X4 | A4 |
| 76110G6Y2 | A5 |
| 76110G6Z9 | A6 |
| 76110G7A3 | AP |
| 76110G7B1 | AV |
| 76110G7C9 | RI |
| 76110G7D7 | RII |
| 76110G7E5 | M1 |
| 76110G7F2 | M2 |
| 76110G7G0 | M3 |
| 76110G7H8 | B1 |
| 76110G7J4 | B2 |
| 76110G7K1 | B3 |

Residential Accredit Loans, Inc. 2003-QS6

| Cusip | Class |
|---|---|
| 76110G7L9 | A1 |
| 76110G7M7 | A2 |
| 76110G7N5 | A3 |
| 76110G7P0 | A4 |
| 76110G7Q8 | A5 |
| 76110G7R6 | A6 |
| 76110G7S4 | A7 |
| 76110G7T2 | A8 |
| 76110G7U9 | A9 |
| 76110G7V7 | A10 |
| 76110G7W5 | A11 |
| 76110G7X3 | A12 |
| 76110G7Y1 | A13 |
| 76110G7Z8 | A14 |
| 76110G8A2 | A15 |
| 76110G8B0 | AP |
| 76110G8C8 | AV |
| 76110G8D6 | RI |
| 76110G8E4 | RII |
| 76110G8F1 | M1 |
| 76110G8G9 | M2 |
| 76110G8H7 | M3 |
| 76110G8J3 | B1 |
| 76110G8K0 | B2 |
| 76110G8L8 | B3 |

Residential Accredit Loans, Inc. 2003-QS7

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| Cusip | Class |
|-------|-------|
| 76110HBK4 | A1 |
| 76110HBL2 | A2 |
| 76110HBM0 | A3 |
| 76110HBN8 | A4 |
| 76110HBP3 | A5 |
| 76110HBQ1 | AP |
| 76110HBR9 | AV |
| 76110HBS7 | RI |
| 76110HBT5 | RII |
| 76110HBU2 | M1 |
| 76110HBV0 | M2 |
| 76110HBW8 | M3 |
| 76110HBX6 | B1 |
| 76110HBY4 | B2 |
| 76110HBZ1 | B3 |

Residential Accredit Loans, Inc. 2003-QS8

| Cusip | Class |
|-------|-------|
| 76110HAS8 | A1 |
| 76110HAT6 | A2 |
| 76110HAU3 | A3 |
| 76110HAV1 | A4 |
| 76110HAW9 | A5 |
| 76110HAX7 | A6 |
| 76110HAY5 | A7 |
| 76110HAZ2 | AP |
| 76110HBA6 | AV |
| 76110HBB4 | RI |
| 76110HBC2 | RII |
| 76110HBD0 | M1 |
| 76110HBE8 | M2 |
| 76110HBF5 | M3 |
| 76110HBG3 | B1 |
| 76110HBH1 | B2 |
| 76110HBJ7 | B3 |

Residential Accredit Loans, Inc. 2003-QS9

| Cusip | Class |
|-------|-------|
| 76110HCA5 | A1 |
| 76110HCB3 | A2 |
| 76110HCC1 | A3 |
| 76110HCD9 | AP |
| 76110HCE7 | AV |
| 76110HCF4 | RI |

## Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110HCG2 | RII |
| 76110HCH0 | M1 |
| 76110HCJ6 | M2 |
| 76110HCK3 | M3 |
| 76110HCL1 | B1 |
| 76110HCM9 | B2 |
| 76110HCN7 | B3 |

Residential Accredit Loans, Inc. 2003-QS10

| Cusip | Class |
|---|---|
| 76110HCP2 | A1 |
| 76110HCQ0 | A2 |
| 76110HCR8 | A3 |
| 76110HCS6 | A4 |
| 76110HCT4 | A5 |
| 76110HCU1 | A6 |
| 76110HCV9 | A7 |
| 76110HCW7 | A8 |
| 76110HCX5 | A9 |
| 76110HCY3 | A10 |
| 76110HCZ0 | A11 |
| 76110HDA4 | A12 |
| 76110HDB2 | A13 |
| 76110HDC0 | A14 |
| 76110HDD8 | A15 |
| 76110HDE6 | A16 |
| 76110HDF3 | AP |
| 76110HDG1 | AV |
| 76110HDH9 | RI |
| 76110HDJ5 | RII |
| 76110HDK2 | M1 |
| 76110HDL0 | M2 |
| 76110HDM8 | M3 |
| 76110HDN6 | B1 |
| 76110HDP1 | B2 |
| 76110HDQ9 | B3 |

Residential Accredit Loans, Inc. 2003-QS11

| Cusip | Class |
|---|---|
| 76110HEH8 | A1 |
| 76110HEJ4 | A2 |
| 76110HEK1 | A3 |
| 76110HEL9 | A4 |
| 76110HEM7 | A5 |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110HEN5 | A6 |
| 76110HEP0 | A7 |
| 76110HEQ8 | A8 |
| 76110HER6 | A9 |
| 76110HES4 | A10 |
| 76110HET2 | A11 |
| 76110HEU9 | A12 |
| 76110HEV7 | A13 |
| 76110HEW5 | A14 |
| 76110HEX3 | AP |
| 76110HEY1 | AV |
| 76110HEZ8 | RI |
| 76110HFA2 | RII |
| 76110HFB0 | M1 |
| 76110HFC8 | M2 |
| 76110HFG9 | M3 |
| 76110HFD6 | B1 |
| 76110HFE4 | B2 |
| 76110HFF1 | B3 |

Residential Accredit Loans, Inc. 2003-QS12

| Cusip | Class |
|---|---|
| 76110HDR7 | A1 |
| 76110HDS5 | A2 |
| 76110HDT3 | A2A |
| 76110HDU0 | A3 |
| 76110HDV8 | A4 |
| 76110HDW6 | A5 |
| 76110HDX4 | AP |
| 76110HDY2 | AV |
| 76110HDZ9 | RI |
| 76110HEA3 | RII |
| 76110HEB1 | M1 |
| 76110HEC9 | M2 |
| 76110HED7 | M3 |
| 76110HEE5 | B1 |
| 76110HEF2 | B2 |
| 76110HEG0 | B3 |

Residential Accredit Loans, Inc. 2003-QS13

| Cusip | Class |
|---|---|
| 76110HFT1 | A1 |
| 76110HFU8 | A2 |
| 76110HFV6 | A3 |

<u>**Schedule A**</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110HFW4 | A4 |
| 76110HFX2 | A5 |
| 76110HFY0 | A6 |
| 76110HFZ7 | A7 |
| 76110HGA1 | A8 |
| 76110HGB9 | A9 |
| 76110HGC7 | A10 |
| 76110HGD5 | AP |
| 76110HGE3 | AV |
| 76110HGF0 | RI |
| 76110HGG8 | RII |
| 76110HGH6 | M1 |
| 76110HGJ2 | M2 |
| 76110HGK9 | M3 |
| 76110HGL7 | B1 |
| 76110HGM5 | B2 |
| 76110HGN3 | B3 |

Residential Accredit Loans, Inc. 2003-QS14

| Cusip | Class |
|---|---|
| 76110HFL8 | A1 |
| 76110HFM6 | AP |
| 76110HFN4 | AV |
| 76110HFP9 | R |
| 76110HFQ7 | M1 |
| 76110HFR5 | M2 |
| 76110HFS3 | M3 |
| 76110HFH7 | B1 |
| 76110HFJ3 | B2 |
| 76110HFK0 | B3 |

Residential Accredit Loans, Inc. 2003-QS15

| Cusip | Class |
|---|---|
| 76110HGP8 | A1 |
| 76110HGQ6 | A2 |
| 76110HGR4 | A3 |
| 76110HGS2 | A4 |
| 76110HGT0 | A5 |
| 76110HGU7 | A6 |
| 76110HGV5 | A7 |
| 76110HHS1 | A8 |
| 76110HGW3 | AP |
| 76110HGX1 | AV |
| 76110HGY9 | RI |

<u>**Schedule A**</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110HGZ6 | RII |
| 76110HHA0 | M1 |
| 76110HHB8 | M2 |
| 76110HHC6 | M3 |
| 76110HHD4 | B1 |
| 76110HHE2 | B2 |
| 76110HHF9 | B3 |

Residential Accredit Loans, Inc. 2003-QS16

| Cusip | Class |
|---|---|
| 76110HHG7 | A1 |
| 76110HHH5 | AP |
| 76110HHJ1 | AV |
| 76110HHK8 | R |
| 76110HHL6 | M1 |
| 76110HHM4 | M2 |
| 76110HHN2 | M3 |
| 76110HHP7 | B1 |
| 76110HHQ5 | B2 |
| 76110HHR3 | B3 |

Residential Accredit Loans, Inc. 2003-QS17

| Cusip | Class |
|---|---|
| 76110HHT9 | AI1 |
| 76110HHU6 | AI2 |
| 76110HHV4 | CB1 |
| 76110HHW2 | CB2 |
| 76110HHX0 | CB3 |
| 76110HHY8 | CB4 |
| 76110HHZ5 | CB5 |
| 76110HJA8 | CB6 |
| 76110HJB6 | CB7 |
| 76110HJC4 | NB1 |
| 76110HJD2 | NB2 |
| 76110HJE0 | NB3 |
| 76110HJF7 | NB4 |
| 76110HJG5 | AP |
| 76110HJH3 | AV |
| 76110HJJ9 | R |
| 76110HJK6 | M1 |
| 76110HJL4 | M2 |
| 76110HJM2 | M3 |
| 76110HJN0 | B1 |
| 76110HJP5 | B2 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

76110HJQ3                                        B3

Residential Accredit Loans, Inc. 2003-QS18

| Cusip | Class |
|-------|-------|
| 76110HJR1 | A1 |
| 76110HJS9 | AP |
| 76110HJT7 | AV |
| 76110HJU4 | R |
| 76110HJV2 | M1 |
| 76110HJW0 | M2 |
| 76110HJX8 | M3 |
| 76110HJY6 | B1 |
| 76110HJZ3 | B2 |
| 76110HKA6 | B3 |

Residential Accredit Loans, Inc. 2003-QS19

| Cusip | Class |
|-------|-------|
| 76110HKJ7 | AI |
| 76110HKK4 | CB |
| 76110HKL2 | NB1 |
| 76110HKM0 | NB2 |
| 76110HKN8 | NB3 |
| 76110HKP3 | NB4 |
| 76110HKQ1 | NB5 |
| 76110HKR9 | NB6 |
| 76110HKS7 | NB7 |
| 76110HKT5 | AP |
| 76110HKU2 | AV |
| 76110HKV0 | RI |
| 76110HKW8 | RII |
| 76110HKX6 | M1 |
| 76110HKY4 | M2 |
| 76110HKZ1 | M3 |
| 76110HLA5 | B1 |
| 76110HLB3 | B2 |
| 76110HLC1 | B3 |

Residential Accredit Loans, Inc. 2003-QS20

| Cusip | Class |
|-------|-------|
| 76110HMB2 | CB |
| 76110HMC0 | AP |
| 76110HMD8 | AV |
| 76110HME6 | R |
| 76110HMF3 | M1 |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110HMG1 | M2 |
| 76110HMH9 | M3 |
| 76110HMJ5 | B1 |
| 76110HMK2 | B2 |
| 76110HML0 | B3 |

Residential Accredit Loans, Inc. 2003-QS21

| Cusip | Class |
|---|---|
| 76110HLJ6 | A1 |
| 76110HLK3 | A2 |
| 76110HLL1 | A3 |
| 76110HLM9 | A4 |
| 76110HLN7 | A5 |
| 76110HLP2 | A6 |
| 76110HLQ0 | AP |
| 76110HLR8 | AV |
| 76110HLS6 | RI |
| 76110HLT4 | RII |
| 76110HLU1 | M1 |
| 76110HLV9 | M2 |
| 76110HLW7 | M3 |
| 76110HLX5 | B1 |
| 76110HLY3 | B2 |
| 76110HLZ0 | B3 |

Residential Accredit Loans, Inc. 2003-QS22

| Cusip | Class |
|---|---|
| 76110HMV8 | A1 |
| 76110HMW6 | A2 |
| 76110HMX4 | A3 |
| 76110HMY2 | A4 |
| 76110HMZ9 | A5 |
| 76110HNA3 | A6 |
| 76110HNB1 | A7 |
| 76110HNC9 | A8 |
| 76110HND7 | A9 |
| 76110HNE5 | A10 |
| 76110HNF2 | A11 |
| 76110HNG0 | A12 |
| 76110HNH8 | A13 |
| 76110HNJ4 | A14 |
| 76110HNK1 | AP |
| 76110HNL9 | AV |
| 76110HNM7 | RI |

## Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110HNN5 | RII |
| 76110HNP0 | M1 |
| 76110HNQ8 | M2 |
| 76110HNR6 | M3 |
| 76110HNS4 | B1 |
| 76110HNT2 | B2 |
| 76110HNU9 | B3 |

Residential Accredit Loans, Inc. 2003-QS23

| Cusip | Class |
|---|---|
| 76110HNV7 | A1 |
| 76110HNW5 | AP |
| 76110HNX3 | AV |
| 76110HNY1 | R |
| 76110HNZ8 | M1 |
| 76110HPA1 | M2 |
| 76110HPB9 | M3 |
| 76110HPC7 | B1 |
| 76110HPD5 | B2 |
| 76110HPE3 | B3 |
| 76110HLD9 | CB1 |

Residential Accredit Loans, Inc. 2003-QA1

| Cusip | Class |
|---|---|
| 76110HPF0 | AI |
| 76110HPG8 | AII |
| 76110HPH6 | M1 |
| 76110HPJ2 | M2 |
| 76110HPK9 | M3 |
| 76110HPL7 | SB |
| 76110HPM5 | RI |
| 76110HPN3 | RII |
| 76110HPP8 | RIII |

Residential Asset Mortgage Products, Inc. 2003-RM1

| Cusip | Class |
|---|---|
| 760985SV4 | A1 |
| 760985SW2 | A2 |
| 760985SX0 | A3 |
| 760985SY8 | A4 |
| 760985SZ5 | A5 |
| 760985TA9 | A6 |
| 760985TB7 | A7 |
| 760985TC5 | A8 |

## Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 760985TD3 | A8A |
| 760985TE1 | A9 |
| 760985TF8 | A10 |
| 760985TG6 | A11 |
| 760985TH4 | A12 |
| 760985TJ0 | AP |
| 760985TK7 | AV |
| 760985TL5 | RI |
| 760985TM3 | RII |
| 760985TN1 | M1 |
| 760985TP6 | M2 |
| 760985TQ4 | M3 |
| 760985TR2 | B1 |
| 760985TS0 | B2 |
| 760985TT8 | B3 |

Residential Asset Mortgage Products, Inc. 2003-RM2

| Cusip | Class |
|---|---|
| 760985UV1 | AI1 |
| 760985UW9 | AI2 |
| 760985UX7 | AI3 |
| 760985UY5 | AI4 |
| 760985UZ2 | AI5 |
| 760985VA6 | AI6 |
| 760985VB4 | AI7 |
| 760985VC2 | AI8 |
| 760985VD0 | AI9 |
| 760985VE8 | AI10 |
| 760985VF5 | API |
| 760985VG3 | AVI |
| 760985VH1 | AII |
| 760985VJ7 | APII |
| 760985VK4 | AVII |
| 760985VL2 | AIII |
| 760985VM0 | APIII |
| 760985VN8 | AVIII |
| 760985VP3 | RI |
| 760985VQ1 | RII |
| 760985VR9 | RIII |
| 760985VS7 | RIV |
| 760985VT5 | M1 |
| 760985VU2 | M2 |
| 760985VV0 | M3 |
| 760985VW8 | MIII1 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 760985VX6 | MIII2 |
| 760985VY4 | MIII3 |
| 760985VZ1 | B1 |
| 760985WA5 | B2 |
| 760985WB3 | B3 |
| 760985WC1 | BIII1 |
| 760985WD9 | BIII2 |
| 760985WE7 | BIII3 |

Residential Accredit Loans, Inc. 2004-QA1

| Cusip | Class |
|---|---|
| 76110HRL5 | AI |
| 76110HRM3 | AII |
| 76110HRN1 | M1 |
| 76110HRP6 | M2 |
| 76110HRQ4 | M3 |
| 76110HRR2 | SB |
| 76110HRS0 | RI |
| 76110HRT8 | RII |
| 76110HRU5 | RIII |

Residential Accredit Loans, Inc. 2004-QA2

| Cusip | Class |
|---|---|
| 76110HVT3 | AI |
| 76110HVU0 | AII |
| 76110HVV8 | M1 |
| 76110HVW6 | M2 |
| 76110HVX4 | M3 |
| 76110HVY2 | SB |
| 76110HVZ9 | RI |
| 76110HWA3 | RII |
| 76110HWB1 | RIII |

Residential Accredit Loans, Inc. 2004-QA3

| Cusip | Class |
|---|---|
| 76110HXM6 | CBI |
| 76110HXN4 | CBII |
| 76110HXP9 | NBI1 |
| 76110HXQ7 | NBI2 |
| 76110HXR5 | NBII1 |
| 76110HYA1 | NBII2 |
| 76110HXS3 | RI |

**<u>Schedule A</u>**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110HXT1 | RII |
| 76110HXU8 | M1 |
| 76110HXV6 | M2 |
| 76110HXW4 | M3 |
| 76110HXX2 | B1 |
| 76110HXY0 | B2 |
| 76110HXZ7 | B3 |

Residential Accredit Loans, Inc. 2004-QA4

| Cusip | Class |
|---|---|
| 76110HZE2 | CBI |
| 76110HZF9 | NBI |
| 76110HZH5 | NBII1 |
| 76110HZJ1 | NBII2 |
| 76110HZK8 | NBII3 |
| 76110HZL6 | NBIII |
| 76110HZM4 | RI |
| 76110HZN2 | RII |
| 76110HZP7 | M1 |
| 76110HZQ5 | M2 |
| 76110HZR3 | M3 |
| 76110HZS1 | B1 |
| 76110HZT9 | B2 |
| 76110HZU6 | B3 |
| 76110HZG7 | B4 |

Residential Accredit Loans, Inc. 2004-QA5

| Cusip | Class |
|---|---|
| 76110HC72 | AI |
| 76110HC80 | AIIO |
| 76110HC98 | AII |
| 76110HD22 | AIII1 |
| 76110HD30 | AIIIIO1 |
| 76110HD48 | AIII2 |
| 76110HD55 | AIII3 |
| 76110HD63 | AIIIIO2 |
| 76110HD71 | RI |
| 76110HD89 | RII |
| 76110HG52 | RIII |
| 76110HD97 | M1 |
| 76110HE21 | M2 |
| 76110HE39 | M3 |
| 76110HC49 | B1 |
| 76110HC56 | B2 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

76110HC64                                    B3


Residential Accredit Loans, Inc. 2004-QA6

| Cusip | Class |
|-------|-------|
| 76110HG94 | CBI |
| 76110HH28 | NBI |
| 76110HH36 | CBII |
| 76110HH44 | NBII |
| 76110HH51 | NBIII1 |
| 76110HH69 | NBIII2 |
| 76110HH77 | NBIII3 |
| 76110HH85 | NBIV |
| 76110HH93 | R |
| 76110HJ26 | M1 |
| 76110HJ34 | M2 |
| 76110HJ42 | M3 |
| 76110HG60 | B1 |
| 76110HG78 | B2 |
| 76110HG86 | B3 |


Residential Accredit Loans, Inc. 2004-QS1

| Cusip | Class |
|-------|-------|
| 76110HPQ6 | A1 |
| 76110HPR4 | A2 |
| 76110HPS2 | A3 |
| 76110HPT0 | A4 |
| 76110HPU7 | A5 |
| 76110HQF9 | A6 |
| 76110HPV5 | AP |
| 76110HPW3 | AV |
| 76110HPX1 | RI |
| 76110HPY9 | RII |
| 76110HPZ6 | M1 |
| 76110HQA0 | M2 |
| 76110HQB8 | M3 |
| 76110HQC6 | B1 |
| 76110HQD4 | B2 |
| 76110HQE2 | B3 |


Residential Accredit Loans, Inc. 2004-QS2

| Cusip | Class |
|-------|-------|
| 76110HQG7 | AI1 |
| 76110HQH5 | AI2 |
| 76110HQJ1 | AI3 |

## Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| 76110HQK8 | AI4 |
| 76110HQL6 | AI5 |
| 76110HQM4 | CB |
| 76110HQN2 | AP |
| 76110HQP7 | AV |
| 76110HQQ5 | RI |
| 76110HQR3 | RII |
| 76110HQS1 | M1 |
| 76110HQT9 | M2 |
| 76110HQU6 | M3 |
| 76110HQV4 | B1 |
| 76110HQW2 | B2 |
| 76110HQX0 | B3 |

Residential Accredit Loans, Inc. 2004-QS3

| Cusip | Class |
|---|---|
| 76110HQY8 | AI |
| 76110HQZ5 | AII |
| 76110HRA9 | CB |
| 76110HRB7 | AP |
| 76110HRC5 | AV |
| 76110HRD3 | R |
| 76110HRE1 | M1 |
| 76110HRF8 | M2 |
| 76110HRG6 | M3 |
| 76110HRH4 | B1 |
| 76110HRJ0 | B2 |
| 76110HRK7 | B3 |

Residential Accredit Loans, Inc. 2004-QS4

| Cusip | Class |
|---|---|
| 76110HRV3 | A1 |
| 76110HRW1 | A2 |
| 76110HRX9 | A3 |
| 76110HRY7 | A4 |
| 76110HRZ4 | A5 |
| 76110HSA8 | A6 |
| 76110HSB6 | A7 |
| 76110HSC4 | AP |
| 76110HSD2 | AV |
| 76110HSE0 | RI |
| 76110HSF7 | RII |
| 76110HSG5 | M1 |
| 76110HSH3 | M2 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110HSJ9 | M3 |
| 76110HSK6 | B1 |
| 76110HSL4 | B2 |
| 76110HSM2 | B3 |

Residential Accredit Loans, Inc. 2004-QS5

| Cusip | Class |
|---|---|
| 76110HSR1 | A1 |
| 76110HSS9 | A2 |
| 76110HST7 | A3 |
| 76110HSU4 | A4 |
| 76110HSV2 | A5 |
| 76110HSW0 | A6 |
| 76110HSX8 | A7 |
| 76110HSY6 | A8 |
| 76110HSZ3 | AP |
| 76110HTA7 | AV |
| 76110HTB5 | RI |
| 76110HTC3 | RII |
| 76110HTD1 | M1 |
| 76110HTE9 | M2 |
| 76110HTF6 | M3 |
| 76110HSN0 | B1 |
| 76110HSP5 | B2 |
| 76110HSQ3 | B3 |

Residential Accredit Loans, Inc. 2004-QS6

| Cusip | Class |
|---|---|
| 76110HTG4 | A1 |
| 76110HTH2 | AP |
| 76110HTJ8 | AV |
| 76110HTK5 | R |
| 76110HTL3 | M1 |
| 76110HTM1 | M2 |
| 76110HTN9 | M3 |
| 76110HTP4 | B1 |
| 76110HTQ4 | B2 |
| 76110HTR0 | B3 |

Residential Accredit Loans, Inc. 2004-QS7

| Cusip | Class |
|---|---|
| 76110HTV1 | A1 |
| 76110HTW9 | A2 |
| 76110HTX7 | A3 |

## Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110HTY5 | A4 |
| 76110HTZ2 | A5 |
| 76110HUA5 | AP |
| 76110HUB3 | AV |
| 76110HUC1 | R |
| 76110HUD9 | M1 |
| 76110HUE7 | M2 |
| 76110HUF4 | M3 |
| 76110HTS8 | B1 |
| 76110HTT6 | B2 |
| 76110HTU3 | B3 |

Residential Accredit Loans, Inc. 2004-QS8

| Cusip | Class |
|---|---|
| 76110HUK3 | A1 |
| 76110HUL1 | A2 |
| 76110HUM9 | A3 |
| 76110HUN7 | A4 |
| 76110HUP2 | A5 |
| 76110HUQ0 | A6 |
| 76110HUR8 | A7 |
| 76110HUS6 | A8 |
| 76110HUT4 | A9 |
| 76110HUU1 | A10 |
| 76110HUV9 | A11 |
| 76110HUW7 | A12 |
| 76110HUX5 | AP |
| 76110HUY3 | AV |
| 76110HUZ0 | RI |
| 76110HVA4 | RII |
| 76110HVB2 | M1 |
| 76110HVC0 | M2 |
| 76110HVD8 | M3 |
| 76110HVE6 | B1 |
| 76110HVF3 | B2 |
| 76110HVG1 | B3 |

Residential Accredit Loans, Inc. 2004-QS9

| Cusip | Class |
|---|---|
| 76110HVH9 | A1 |
| 76110HVJ5 | AP |
| 76110HVK2 | AV |
| 76110HVL0 | R |
| 76110HVM8 | M1 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110HVN6 | M2 |
| 76110HVP1 | M3 |
| 76110HVQ9 | B1 |
| 76110HVR7 | B2 |
| 76110HVS5 | B3 |

Residential Accredit Loans, Inc. 2004-QS10

| Cusip | Class |
|---|---|
| 76110HWC9 | A1 |
| 76110HWD7 | A2 |
| 76110HWE5 | A3 |
| 76110HWF2 | A4 |
| 76110HWG0 | A5 |
| 76110HWH8 | A6 |
| 76110HWJ4 | AP |
| 76110HWK1 | AV |
| 76110HWL9 | RI |
| 76110HWM7 | RII |
| 76110HWN5 | M1 |
| 76110HWP0 | M2 |
| 76110HWQ8 | M3 |
| 76110HWR6 | B1 |
| 76110HWS4 | B2 |
| 76110HWT2 | B3 |

Residential Accredit Loans, Inc. 2004-QS11

| Cusip | Class |
|---|---|
| 76110HWU9 | A1 |
| 76110HWV7 | A2 |
| 76110HWW5 | A3 |
| 76110HWX3 | A4 |
| 76110HWY1 | A5 |
| 76110HWZ8 | A6 |
| 76110HXA2 | A7 |
| 76110HXB0 | AP |
| 76110HXC8 | AV |
| 76110HXD6 | RI |
| 76110HXE4 | RII |
| 76110HXF1 | M1 |
| 76110HXG9 | M2 |
| 76110HXH7 | M3 |
| 76110HXJ3 | B1 |
| 76110HXK0 | B2 |
| 76110HXL8 | B3 |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

Residential Accredit Loans, Inc. 2004-QS12

| Cusip | Class |
|-------|-------|
| 76110HYN3 | A1 |
| 76110HYP8 | A2 |
| 76110HYQ6 | A3 |
| 76110HYR4 | A4 |
| 76110HYS2 | A5 |
| 76110HYT0 | A6 |
| 76110HYU7 | AP |
| 76110HYV5 | AV |
| 76110HYW3 | RI |
| 76110HYX1 | RII |
| 76110HYY9 | M1 |
| 76110HYZ6 | M2 |
| 76110HZA0 | M3 |
| 76110HZB8 | B1 |
| 76110HZC6 | B2 |
| 76110HZD4 | B3 |

Residential Accredit Loans, Inc. 2004-QS13

| Cusip | Class |
|-------|-------|
| 76110HYF0 | CB |
| 76110HYE3 | NB |
| 76110HYG8 | AP |
| 76110HYH6 | AV |
| 76110HYJ2 | R |
| 76110HYK9 | M1 |
| 76110HYL7 | M2 |
| 76110HYM5 | M3 |
| 76110HYB9 | B1 |
| 76110HYC7 | B2 |
| 76110HYD5 | B3 |

Residential Accredit Loans, Inc. 2004-QS14

| Cusip | Class |
|-------|-------|
| 76110HZV4 | A1 |
| 76110HA33 | AP |
| 76110HA41 | AV |
| 76110HA58 | R |
| 76110HA74 | M1 |
| 76110HA82 | M2 |
| 76110HA90 | M3 |

<u>**Schedule A**</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110HB24 | B1 |
| 76110HB32 | B2 |
| 76110HB40 | B3 |

Residential Accredit Loans, Inc. 2004-QS15

| Cusip | Class |
|---|---|
| 76110HE47 | A1 |
| 76110HE54 | A2 |
| 76110HE62 | A3 |
| 76110HE70 | A4 |
| 76110HE88 | A5 |
| 76110HE96 | A6 |
| 76110HF20 | A7 |
| 76110HF38 | AP |
| 76110HF46 | AV |
| 76110HF53 | RI |
| 76110HF61 | RII |
| 76110HF79 | M1 |
| 76110HF87 | M2 |
| 76110HF95 | M3 |
| 76110HG29 | B1 |
| 76110HG37 | B2 |
| 76110HG45 | B3 |

Residential Accredit Loans, Inc. 2004-QS16

| Cusip | Class |
|---|---|
| 76110HJ59 | IA1 |
| 76110HJ67 | IA2 |
| 76110HJ75 | IA3 |
| 76110HJ83 | IA4 |
| 76110HJ91 | IA5 |
| 76110HK24 | IIA1 |
| 76110HK32 | IAP |
| 76110HK40 | IAV |
| 76110HK57 | IIAP |
| 76110HK65 | IIAV |
| 76110HK73 | RI |
| 76110HK81 | RII |
| 76110HK99 | RIII |
| 76110HL23 | IM1 |
| 76110HL31 | IM2 |
| 76110HL49 | IM3 |
| 76110HL56 | IIM1 |
| 76110HL64 | IIM2 |

### Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110HL72 | IIM3 |
| 76110HL80 | IB1 |
| 76110HL98 | IB2 |
| 76110HM22 | IB3 |
| 76110HM30 | IIB1 |
| 76110HM48 | IIB2 |
| 76110HM55 | IIB3 |

Residential Asset Mortgage Products, Inc. 2004-SL1

| Cusip | Class |
|---|---|
| 760985Z38 | AI1 |
| 7609852G5 | AI2 |
| 760985W31 | AII |
| 760985W49 | AIII |
| 760985W56 | AIV |
| 760985W64 | AV |
| 760985W72 | AVI |
| 760985W80 | AVII |
| 760985W98 | AVIII |
| 760985X22 | AIX |
| 7609852H3 | APO |
| 7609852J9 | AIO1 |
| 7609852K6 | AIO2 |
| | RI |
| 7609852Q3 | RII |
| 7690852R1 | RIII |
| 760985Z46 | MI1 |
| 760985Z53 | MI2 |
| 760985Z61 | MI3 |
| 760985Z79 | MI4 |
| 760985Z87 | MI5 |
| 760985Z95 | MI6 |
| 7609852A8 | MI7 |
| 760985X30 | MII1 |
| 760985X48 | MII2 |
| 760985X55 | MII3 |
| 7609852L4 | BII1 |
| 7609852M2 | BII2 |
| 7609852N0 | BII3 |
| 7609852P5 | SB |

Residential Asset Mortgage Products, Inc. 2004-SL2

| Cusip | Class |
|---|---|
| 7609856A4 | AI |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 7609856B2 | AII |
| 7609856C0 | AIII |
| 7609856D8 | AIV |
| 7609856E6 | AIIO |
| 7609856F3 | AIPO |
| 7609856G1 | AIO |
| 7609856H9 | APO |
| 7609856J5 | RI |
| 7609856K2 | RII |
| 7609856L0 | M1 |
| 7609856M8 | M2 |
| 7609856N6 | M3 |
| 7609856U0 | B1 |
| 7609856V8 | B2 |
| 7609856W6 | B3 |

Residential Accredit Loans, Inc. 2004-SL3

| Cusip | Class |
|---|---|
| 76112BBP4 | AI |
| 76112BBQ2 | AII |
| 76112BBR0 | AIII |
| 76112BBS8 | AIV |
| 76112BBT6 | AIIO |
| 76112BBU3 | AIPO |
| 76112BBV1 | AIO |
| 76112BBW9 | APO |
| 76112BBX7 | RI |
| 76112BBY5 | RII |
| 76112BBZ2 | M1 |
| 76112BCA6 | M2 |
| 76112BCB4 | M3 |
| 76112BDL1 | B1 |
| 76112BDM9 | B2 |
| 76112BDN7 | B3 |

Residential Asset Mortgage Products, Inc. 2004-SL4

| Cusip | Class |
|---|---|
| 76112BGK0 | AI |
| 76112BGL8 | AII |
| 76112BGM6 | AIII |
| 76112BGN4 | AIV |
| 76112BGP9 | AV |
| 76112BGQ7 | AIO |
| 76112BGR5 | APO |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76112BGS3 | RI |
| 76112BGT1 | RII |
| 76112BGU8 | M1 |
| 76112BGV6 | M2 |
| 76112BGW4 | M3 |
| 76112BGX2 | B1 |
| 76112BGY0 | B2 |
| 76112BGZ7 | B3 |

Residential Accredit Loans, Inc. 2005-QA1

| Cusip | Class |
|---|---|
| 76110HM63 | A1 |
| 76110HQ51 | A2 |
| 76110HM71 | M1 |
| 76110HM89 | M2 |
| 76110HM97 | M3 |
| 76110HN21 | SB |
| 76110HN39 | RI |
| 76110HN47 | RII |

Residential Accredit Loans, Inc. 2005-QA2

| Cusip | Class |
|---|---|
| 76110HS34 | A1I |
| 76110HS42 | A1II |
| 76110HU23 | A2I |
| 76110HU31 | A2II |
| 76110HS67 | M1 |
| 76110HS75 | M2 |
| 76110HS83 | M3 |
| 76110HT66 | CBI |
| 76110HT74 | CBII |
| 76110HT82 | NBI |
| 76110HT90 | NBII |
| 76110HS59 | R |
| 76110HS91 | B1 |
| 76110HT25 | B2 |
| 76110HT33 | B3 |

Residential Accredit Loans, Inc. 2005-QA3

| Cusip | Class |
|---|---|
| 76110H2G3 | CBI |
| 76110H2H1 | NBI |
| 76110H2J7 | CBII |
| 76110H2K4 | NBII |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110H2L2 | CBIII |
| 76110H2M0 | NBIII |
| 76110H2N8 | CBIV |
| 76110H2P3 | NBIV |
| 76110H2Q1 | R |
| 76110H2R9 | M1 |
| 76110H2S7 | M2 |
| 76110H2T5 | M3 |
| 76110H2U2 | B1 |
| 76110H2V0 | B2 |
| 76110H2W8 | B3 |

Residential Accredit Loans, Inc. 2005-QA4

| Cusip | Class |
|---|---|
| 76110H4E6 | AI1 |
| 76110H4F3 | AI2 |
| 76110H4G1 | AII1 |
| 76110H4H9 | AII2 |
| 76110H4J5 | AIII1 |
| 76110H4K2 | AIII2 |
| 76110H4L0 | AIV1 |
| 76110H4M8 | AIV2 |
| 76110H4N6 | AV |
| 76110H4P1 | R |
| 76110H4Q9 | M1 |
| 76110H4R7 | M2 |
| 76110H4S5 | M3 |
| 76110H4T3 | B1 |
| 76110H4U0 | B2 |
| 76110H4V8 | B3 |

Residential Accredit Loans, Inc. 2005-QA5

| Cusip | Class |
|---|---|
| 76110H4Z9 | AI |
| 76110H5A3 | AII |
| 76110H5B1 | R |
| 76110H5C9 | M1 |
| 76110H5D7 | M2 |
| 76110H5E5 | M3 |
| 76110H4W6 | B1 |
| 76110H4X4 | B2 |
| 76110H4Y2 | B3 |

Residential Accredit Loans, Inc. 2005-QA6

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| Cusip | Class |
|-------|-------|
| 76110H5Z8 | CBI |
| 76110H6A2 | NBI |
| 76110H6B0 | CBII |
| 76110H6C8 | NBII1 |
| 76110H6D6 | NBII2 |
| 76110H6P9 | NBII3 |
| 76110H6E4 | AIII1 |
| 76110H6F1 | AIII2 |
| 76110H6G9 | R |
| 76110H6H7 | M1 |
| 76110H6J3 | M2 |
| 76110H6K0 | M3 |
| 76110H6L8 | B1 |
| 76110H6M6 | B2 |
| 76110H6N4 | B3 |

Residential Accredit Loans, Inc. 2005-QA7

| Cusip | Class |
|-------|-------|
| 76110H7A1 | AI |
| 76110H7B9 | AII1 |
| 76110H7C7 | AIIIO |
| 76110H7D5 | AII2 |
| 76110H7E3 | AII3 |
| 76110H7F0 | RI |
| 76110H7G8 | RII |
| 76110H7H6 | RIII |
| 76110H7J2 | M1 |
| 76110H7K9 | M2 |
| 76110H7L7 | M3 |
| 76110H7M5 | B1 |
| 76110H7N3 | B2 |
| 76110H7P8 | B3 |

Residential Accredit Loans, Inc. 2005-QA8

| Cusip | Class |
|-------|-------|
| 761118BP2 | CBI1 |
| 761118BQ0 | CBI2 |
| 761118BR8 | NBI |
| 761118BS6 | CBII1 |
| 761118BT4 | CBII2 |
| 761118BU1 | NBII |
| 761118BV9 | CBIII |
| 761118BW7 | NBIII |

## Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 761118BX5 | R |
| 761118BY3 | M1 |
| 761118BZ0 | M2 |
| 761118CA4 | M3 |
| 761118CB2 | B1 |
| 761118CC0 | B2 |
| 761118CD8 | B3 |

Residential Accredit Loans, Inc. 2005-QA9

| Cusip | Class |
|---|---|
| 761118FG8 | CBI1 |
| 761118FH6 | CBI2 |
| 761118FJ2 | NBII1 |
| 761118FK9 | NBII2 |
| 761118FL7 | CBIII |
| 761118FM5 | NBIV1 |
| 761118FN3 | NBIV2 |
| 761118FP8 | R |
| 761118FQ6 | M1 |
| 761118FR4 | M2 |
| 761118FS2 | M3 |
| 761118FD5 | B1 |
| 761118FE3 | B2 |
| 761118FF0 | B3 |

Residential Accredit Loans, Inc. 2005-QA10

| Cusip | Class |
|---|---|
| 761118GB8 | AI1 |
| 761118GK8 | AI2 |
| 761118GC6 | AII1 |
| 761118GL6 | AII2 |
| 761118GD4 | AIII1 |
| 761118GM4 | AIII2 |
| 761118GE2 | AIV1 |
| 761118GN2 | AIV2 |
| 761118GF9 | R |
| 761118GG7 | M1 |
| 761118GH5 | M2 |
| 761118GJ1 | M3 |
| 761118FY9 | B1 |
| 761118FZ6 | B2 |
| 761118GA0 | B3 |

Residential Accredit Loans, Inc. 2005-QA11

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| Cusip | Class |
|-------|-------|
| 761118LH9 | IA1 |
| 761118LJ5 | IAIO |
| 761118LK2 | IIA1 |
| 761118LL0 | IIIA1 |
| 761118LM8 | IVA1 |
| 761118LN6 | IVA2 |
| 761118LP1 | VA1 |
| 761118LQ9 | VIA1 |
| 761118LR7 | RI |
| 761118LS5 | RII |
| 761118LT3 | RIII |
| 761118LU0 | M1 |
| 761118LV8 | M2 |
| 761118LW6 | M3 |
| 761118LX4 | B1 |
| 761118LY2 | B2 |
| 761118LZ9 | B3 |

Residential Accredit Loans, Inc. 2005-QA12

| Cusip | Class |
|-------|-------|
| 761118MY1 | CBI |
| 761118MZ8 | NBII |
| 761118NA2 | CBIII |
| 761118NB0 | NBIV |
| 761118NC8 | NBV |
| 761118ND6 | R |
| 761118NE4 | M1 |
| 761118NF1 | M2 |
| 761118NG9 | M3 |
| 761118NH7 | B1 |
| 761118NJ3 | B2 |
| 761118NK0 | B3 |

Residential Accredit Loans, Inc. 2005-QA13

| Cusip | Class |
|-------|-------|
| 761118PC6 | IA1 |
| 761118PD4 | IA2 |
| 761118PE2 | IIA1 |
| 761118PF9 | IIIA1 |
| 761118PG7 | IIIA2 |
| 761118PH5 | R |
| 761118PJ1 | M1 |
| 761118PK8 | M2 |

<u>**Schedule A**</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 761118PL6 | M3 |
| 761118PM4 | B1 |
| 761118PN2 | B2 |
| 761118PP7 | B3 |

Residential Accredit Loans, Inc. 2005-QS1

| Cusip | Class |
|---|---|
| 76110HN88 | A1 |
| 76110HN96 | A2 |
| 76110HP29 | A3 |
| 76110HP37 | A4 |
| 76110HP45 | A5 |
| 76110HP52 | A6 |
| 76110HP60 | AP |
| 76110HP78 | AV |
| 76110HP86 | RI |
| 76110HP94 | RII |
| 76110HQ28 | M1 |
| 76110HQ36 | M2 |
| 76110HQ44 | M3 |
| 76110HN54 | B1 |
| 76110HN62 | B2 |
| 76110HN70 | B3 |

Residential Accredit Loans, Inc. 2005-QS2

| Cusip | Class |
|---|---|
| 76110HQ69 | A1 |
| 76110HQ77 | A2 |
| 76110HQ85 | A3 |
| 76110HQ93 | A4 |
| 76110HR27 | AP |
| 76110HR35 | AV |
| 76110HR43 | R |
| 76110HR50 | M1 |
| 76110HR68 | M2 |
| 76110HR76 | M3 |
| 76110HR84 | B1 |
| 76110HR92 | B2 |
| 76110HS26 | B3 |

Residential Accredit Loans, Inc. 2005-QS3

| Cusip | Class |
|---|---|
| 76110HX38 | IA11 |
| 76110HX46 | IA12 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110HX53 | IA13 |
| 76110HX61 | IA21 |
| 76110HX79 | IA22 |
| 76110HX87 | IA23 |
| 76110HX95 | IA24 |
| 76110HY29 | IA25 |
| 76110HY37 | IA26 |
| 76110HY45 | IIA1 |
| 76110HY52 | IAP |
| 76110HY60 | IAV |
| 76110HY78 | IIAP |
| 76110HY86 | IIAV |
| 76110HY94 | RI |
| 76110HZ28 | RII |
| 76110HZ36 | RIII |
| 76110HZ44 | IM1 |
| 76110HZ51 | IM2 |
| 76110HZ69 | IM3 |
| 76110HZ77 | IIM1 |
| 76110HZ85 | IIM2 |
| 76110HZ93 | IIM3 |
| 76110H2A6 | IB1 |
| 76110H2B4 | IB2 |
| 76110H2C2 | IB3 |
| 76110H2D0 | IIB1 |
| 76110H2E8 | IIB2 |
| 76110H2F5 | IIB3 |

Residential Accredit Loans, Inc. 2005-QS4

| Cusip | Class |
|---|---|
| 76110H3N7 | A1 |
| 76110H3P2 | A2 |
| 76110H3Q0 | A3 |
| 76110H3R8 | A4 |
| 76110H3S6 | A5 |
| 76110H3T4 | A6 |
| 76110H3U1 | AP |
| 76110H3V9 | AV |
| 76110H3W7 | R |
| 76110H3X5 | M1 |
| 76110H3Y3 | M2 |
| 76110H3Z0 | M3 |
| 76110H4A4 | B1 |
| 76110H4B2 | B2 |

## Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76110H4C0 | B3 |
| 76110H2X6 | A1 |

Residential Accredit Loans, Inc. 2005-QS5

| Cusip | Class |
|---|---|
| 76110H2Y4 | A2 |
| 76110H2Z1 | A3 |
| 76110H3A5 | A4 |
| 76110H3B3 | A5 |
| 76110H4D8 | A6 |
| 76110H3C1 | AP |
| 76110H3D9 | AV |
| 76110H3E7 | RI |
| 76110H3F4 | RII |
| 76110H3G2 | M1 |
| 76110H3H0 | M2 |
| 76110H3J6 | M3 |
| 76110H3K3 | B1 |
| 76110H3L1 | B2 |
| 76110H3M9 | B3 |

Residential Accredit Loans, Inc. 2005-QS6

| Cusip | Class |
|---|---|
| 76110H5F2 | A1 |
| 76110H5G0 | A2 |
| 76110H5H8 | A3 |
| 76110H5J4 | A4 |
| 76110H5K1 | A5 |
| 76110H5L9 | A6 |
| 76110H5M7 | A7 |
| 76110H5N5 | A8 |
| 76110H5P0 | AP |
| 76110H5Q8 | AV |
| 76110H5R6 | RI |
| 76110H5S4 | RII |
| 76110H5T2 | M1 |
| 76110H5U9 | M2 |
| 76110H5V7 | M3 |
| 76110H5W5 | B1 |
| 76110H5X3 | B2 |
| 76110H5Y1 | B3 |

Residential Accredit Loans, Inc. 2005-QS7

| Cusip | Class |
|---|---|

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 761118AA6 | A1 |
| 761118AB4 | A2 |
| 761118AC2 | A3 |
| 761118AD0 | A4 |
| 761118AE8 | A5 |
| 761118AF5 | A6 |
| 761118AG3 | A7 |
| 761118AH1 | CB |
| 761118AJ7 | AP |
| 761118AK4 | AV |
| 761118AL2 | RI |
| 761118AM0 | RII |
| 761118AN8 | M1 |
| 761118AP3 | M2 |
| 761118AQ1 | M3 |
| 761118AR9 | B1 |
| 761118AS7 | B2 |
| 761118AT5 | B3 |

Residential Accredit Loans, Inc. 2005-QS8

| Cusip | Class |
|---|---|
| 76110H6Q7 | A1 |
| 76110H6R5 | AP |
| 76110H6S3 | AV |
| 76110H6T1 | R |
| 76110H6U8 | M1 |
| 76110H6V6 | M2 |
| 76110H6W4 | M3 |
| 76110H6X2 | B1 |
| 76110H6Y0 | B2 |
| 76110H6Z7 | B3 |

Residential Accredit Loans, Inc. 2005-QS9

| Cusip | Class |
|---|---|
| 761118AU2 | A1 |
| 761118AV0 | A2 |
| 761118AW8 | A3 |
| 761118AX6 | A4 |
| 761118AY4 | A5 |
| 761118AZ1 | A6 |
| 761118BA5 | A7 |
| 761118BB3 | A8 |
| 761118BC1 | A9 |
| 761118BD9 | AP |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 761118BE7 | AV |
| 761118BF4 | RI |
| 761118BG2 | RII |
| 761118BH0 | M1 |
| 761118BJ6 | M2 |
| 761118BK3 | M3 |
| 761118BL1 | B1 |
| 761118BM9 | B2 |
| 761118BN7 | B3 |

Residential Accredit Loans, Inc. 2005-QS10

| Cusip | Class |
|---|---|
| 761118CV8 | IA |
| 761118CW6 | IIA |
| 761118CX4 | IIIA1 |
| 761118CY2 | IIIA2 |
| 761118CZ9 | IIIA3 |
| 761118DA3 | IIIA4 |
| 761118DB1 | AP |
| 761118DC9 | AV |
| 761118DD7 | RI |
| 761118DE5 | RII |
| 761118DF2 | RIII |
| 761118DG0 | M1 |
| 761118DH8 | M2 |
| 761118DJ4 | M3 |
| 761118DK1 | B1 |
| 761118DL9 | B2 |
| 761118DM7 | B3 |

Residential Accredit Loans, Inc. 2005-QS11

| Cusip | Class |
|---|---|
| 761118CE6 | A1 |
| 761118CF3 | A2 |
| 761118CG1 | A3 |
| 761118CH9 | A4 |
| 761118CJ5 | A5 |
| 761118CK2 | AP |
| 761118CL0 | AV |
| 761118CM8 | RI |
| 761118CN6 | RII |
| 761118CP1 | M1 |
| 761118CQ9 | M2 |
| 761118CR7 | M3 |

**Schedule A**

**Deutsche Bank National Trust Company
Deutsche Bank Trust Company Americas**

| 761118CS5 | B1 |
| 761118CT3 | B2 |
| 761118CU0 | B3 |

Residential Accredit Loans, Inc. 2005-QS12

| Cusip | Class |
|---|---|
| 761118DN5 | A1 |
| 761118DP0 | A2 |
| 761118DQ8 | A3 |
| 761118DR6 | A4 |
| 761118DS4 | A5 |
| 761118DT2 | A6 |
| 761118DU9 | A7 |
| 761118DV7 | A8 |
| 761118DW5 | A9 |
| 761118DX3 | A10 |
| 761118DY1 | A11 |
| 761118DZ8 | A12 |
| 761118EA2 | A13 |
| 761118EB0 | A14 |
| 761118EC8 | AP |
| 761118ED6 | AV |
| 761118EE4 | RI |
| 761118EF1 | RII |
| 761118EG9 | M1 |
| 761118EH7 | M2 |
| 761118EJ3 | M3 |
| 761118EK0 | B1 |
| 761118EL8 | B2 |
| 761118EM6 | B3 |

Residential Accredit Loans, Inc. 2005-QS13

| Cusip | Class |
|---|---|
| 761118GS1 | IA1 |
| 761118GT9 | IA2 |
| 761118GU6 | IA3 |
| 761118GV4 | IA4 |
| 761118GW2 | IA5 |
| 761118GX0 | IA6 |
| 761118GY8 | IA7 |
| 761118GZ5 | IA8 |
| 761118HA9 | IIA1 |
| 761118HB7 | IIA2 |
| 761118HC5 | IIA3 |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 761118HD3 | IIA4 |
| 761118HE1 | IIA5 |
| 761118HF8 | IIA6 |
| 761118HG6 | IIA7 |
| 761118HH4 | AP |
| 761118HJ0 | AV |
| 761118HK7 | RI |
| 761118HL5 | RII |
| 761118HM3 | RIII |
| 761118HN1 | M1 |
| 761118HP6 | M2 |
| 761118HQ4 | M3 |
| 761118GP7 | B1 |
| 761118GQ5 | B2 |
| 761118GR3 | B3 |

Residential Accredit Loans, Inc. 2005-QS14

| Cusip | Class |
|---|---|
| 761118JG4 | IA1 |
| 761118JH2 | IIA1 |
| 761118JJ8 | IIIA1 |
| 761118JK5 | IIIA2 |
| 761118JL3 | IIIA3 |
| 761118JM1 | IAP |
| 761118JN9 | IAV |
| 761118JP4 | IIAP |
| 761118JQ2 | IIAV |
| 761118JR0 | RI |
| 761118JS8 | RII |
| 761118JT6 | RIII |
| 761118JU3 | IM1 |
| 761118JV1 | IM2 |
| 761118JW9 | IM3 |
| 761118JX7 | IIM1 |
| 761118JY5 | IIM2 |
| 761118JZ2 | IIM3 |
| 761118KA5 | IB1 |
| 761118KB3 | IB2 |
| 761118KC1 | IB3 |
| 761118KD9 | IIB1 |
| 761118KE7 | IIB2 |
| 761118KF4 | IIB3 |

Residential Accredit Loans, Inc. 2005-QS15

**<u>Schedule A</u>**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| Cusip | Class |
|-------|-------|
| 761118KG2 | IA |
| 761118KH0 | IIA |
| 761118KJ6 | IIIA |
| 761118KK3 | AP |
| 761118KL1 | AV |
| 761118KM9 | R |
| 761118KN7 | M1 |
| 761118KP2 | M2 |
| 761118KQ0 | M3 |
| 761118KR8 | B1 |
| 761118KS6 | B2 |
| 761118KT4 | B3 |
| 761118MA3 | A1 |

Residential Accredit Loans, Inc. 2005-QS16

| Cusip | Class |
|-------|-------|
| 761118MB1 | A2 |
| 761118MC9 | A3 |
| 761118MD7 | A4 |
| 761118ME5 | A5 |
| 761118MF2 | A6 |
| 761118MG0 | A7 |
| 761118MH8 | A8 |
| 761118MJ4 | A9 |
| 761118MK1 | A10 |
| 761118ML9 | A11 |
| 761118MM7 | A12 |
| 761118MN5 | AP |
| 761118MP0 | AV |
| 761118MQ8 | RI |
| 761118MR6 | RII |
| 761118MS4 | M1 |
| 761118MT2 | M2 |
| 761118MU9 | M3 |
| 761118MV7 | B1 |
| 761118MW5 | B2 |
| 761118MX3 | B3 |

Residential Accredit Loans, Inc. 2005-QS17

| Cusip | Class |
|-------|-------|
| 761118PQ5 | A1 |
| 761118PR3 | A2 |
| 761118PS1 | A3 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 761118PT9 | A4 |
| 761118PU6 | A5 |
| 761118PV4 | A6 |
| 761118PW2 | A7 |
| 761118PX0 | A8 |
| 761118PY8 | A9 |
| 761118PZ5 | A10 |
| 761118QA9 | A11 |
| 761118QB7 | AP |
| 761118QC5 | AV |
| 761118QD3 | RI |
| 761118QE1 | RII |
| 761118QF8 | M1 |
| 761118QG6 | M2 |
| 761118QH4 | M3 |
| 761118QJ0 | B1 |
| 761118QK7 | B2 |
| 761118QL5 | B3 |

Residential Asset Mortgage Products, Inc. 2005-SL1

| Cusip | Class |
|---|---|
| 76112BML1 | AI |
| 76112BMM9 | AII |
| 76112BMN7 | AIII |
| 76112BMP2 | AIV |
| 76112BMQ0 | AV |
| 76112BMR8 | AVI |
| 76112BMS6 | AVII |
| 76112BMT4 | AIO |
| 76112BMU1 | APO |
| 76112BMV9 | RI |
| 76112BMW7 | RII |
| 76112BMX5 | M1 |
| 76112BMY3 | M2 |
| 76112BMZ0 | M3 |
| 76112BNA4 | B1 |
| 76112BNB2 | B2 |
| 76112BNC0 | B3 |

Residential Asset Mortgage Products, Inc. 2005-SL2

| Cusip | Class |
|---|---|
| 76112BUV0 | AI |
| 76112BUW8 | AII |
| 76112BUX6 | AIII |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76112BUY4 | AIV |
| 76112BUZ1 | AV |
| 76112BVA5 | AIO |
| 76112BVB3 | APO |
| 76112BVC1 | RI |
| 76112BVD9 | RII |
| 76112BVE7 | M1 |
| 76112BVF4 | M2 |
| 76112BVG2 | M3 |
| 76112BVH0 | B1 |
| 76112BVJ6 | B2 |
| 76112BVK3 | B3 |

Residential Accredit Loans, Inc. 2006-QA1

| Cusip | Class |
|---|---|
| 761118SZ2 | AI1 |
| 761118TA6 | AI2 |
| 761118TB4 | AII1 |
| 761118TC2 | AII2 |
| 761118TD0 | AIII1 |
| 761118TE8 | AIII2 |
| 761118TF5 | R |
| 761118TG3 | M1 |
| 761118TH1 | M2 |
| 761118TJ7 | M3 |
| 761118TK4 | B1 |
| 761118TL2 | B2 |
| 761118TM0 | B3 |

Residential Accredit Loans, Inc. 2006-QA3

| Cusip | Class |
|---|---|
| 75114RAD7 | A1 |
| 75114RAE5 | A2 |
| 75114RAF2 | A3 |
| 75114RAG0 | M1 |
| 75114RAH8 | M2 |
| 75114RAJ4 | M3 |
| 75114RAK1 | M4 |
| 75114RAL9 | M5 |
| 75114RAM7 | M6 |
| 75114RAN5 | M7 |
| 75114RAP0 | M8 |
| 75114RAQ8 | M9 |
| 75114RAR6 | M10 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 75114RAT2 | SB |
| 75114RAS4 | P |
| 75114RAU9 | RI |
| 75114RAV7 | RII |
| 75114RAC9 | RIII |

Residential Accredit Loans, Inc. 2006-QA4

| Cusip | Class |
|---|---|
| 748939AA3 | A |
| 748939AB1 | M1 |
| 748939AC9 | M2 |
| 748939AD7 | M3 |
| 748939AE5 | M4 |
| 748939AF2 | M5 |
| 748939AG0 | M6 |
| 748939AH8 | M7 |
| 748939AJ4 | M8 |
| 748939AK1 | M9 |
| 748939AL9 | M10 |
| 748939AM7 | SB |
| 748939AN5 | RI |
| 748939AP0 | RII |
| 748939AQ8 | RIII |

Residential Accredit Loans, Inc. 2006-QA5

| Cusip | Class |
|---|---|
| 75115BAA7 | IA1 |
| 75115BAB5 | IA2 |
| 75115BAY5 | IA3 |
| 75115BAC3 | IIA1 |
| 75115BAD1 | IIA2 |
| 75115BAF6 | IM1 |
| 75115BAG4 | IM2 |
| 75115BAH2 | IM3 |
| 75115BAJ8 | IM4 |
| 75115BAK5 | IM5 |
| 75115BAL3 | IM6 |
| 75115BAM1 | IM7 |
| 75115BAN9 | IM8 |
| 75115BAP4 | IM9 |
| 75115BAQ2 | IIM1 |
| 75115BAR0 | IIM2 |
| 75115BAS8 | IIM3 |
| 75115BAT6 | ISB |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 75115BAU3 | IIB1 |
| 75115BAV1 | IIB2 |
| 75115BAW9 | IIB3 |
| 75115BAX7 | IRI |
| 75115BAZ2 | IRII |
| 75115BAA6 | IRIII |
| 75115BAE9 | IIRI |
| 75115BBB4 | IP |
| 75115BBC2 | IIP |

Residential Accredit Loans, Inc. 2006-QA6

| Cusip | Class |
|---|---|
| 74922MAA9 | A1 |
| 74922MAB7 | A2 |
| 74922MAC5 | A3 |
| 74922MAD3 | A4 |
| 74922MAE1 | M1 |
| 74922MAF8 | M2 |
| 74922MAG6 | M3 |
| 74922MAH4 | M4 |
| 74922MAJ0 | M5 |
| 74922MAK7 | M6 |
| 74922MAL5 | M7 |
| 74922MAM3 | M8 |
| 74922MAN1 | M9 |
| 74922MAQ4 | SB |
| 74922MAR2 | RI |
| 74922MAS0 | RII |
| 74922MAT8 | RIII |
| 74922MAP6 | B |

Residential Accredit Loans, Inc. 2006-QA7

| Cusip | Class |
|---|---|
| 751152AA7 | IA1 |
| 751152AB5 | IIA1 |
| 751152AC3 | IIA2 |
| 751152AD1 | M1 |
| 751152AE9 | M2 |
| 751152AF6 | M3 |
| 751152AG4 | M4 |
| 751152AH2 | M5 |
| 751152AJ8 | M6 |
| 751152AK5 | M7 |
| 751152AL3 | M8 |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 751152AM1 | M9 |
| 751152AN9 | M10 |
| 751152AP4 | SBI |
| 751152AQ2 | SBII |
| 751152AR0 | RI |
| 751152AS8 | RII |
| 751152AT6 | RIII |
| 751152AU3 | RIV |
| 751152AV1 | RX |

Residential Accredit Loans, Inc. 2006-QA8

| Cusip | Class |
|---|---|
| 74922QAA0 | A1 |
| 74922QAB8 | A2 |
| 74922QAC6 | A3 |
| 74922QAD4 | M1 |
| 74922QAE2 | M2 |
| 74922QAF9 | M3 |
| 74922QAG7 | M4 |
| 74922QAH5 | M5 |
| 74922QAJ1 | M6 |
| 74922QAK8 | M7 |
| 74922QAL6 | M8 |
| 74922QAM4 | M9 |
| 74922QAN2 | SBI |
| 74922QAP7 | SBII |
| 74922QAQ5 | RI |
| 74922QAR3 | RII |
| 74922QAS1 | RIII |
| 74922QAT9 | RX |

Residential Accredit Loans, Inc. 2006-QA9

| Cusip | Class |
|---|---|
| 75115VAA3 | A1 |
| 75115VAB1 | A2 |
| 75115VAC9 | M1 |
| 75115VAD7 | M2 |
| 75115VAE5 | M3 |
| 75115VAF2 | M4 |
| 75115VAG0 | M5 |
| 75115VAH8 | M6 |
| 75115VAL9 | SB |
| 75115VAJ4 | RI |
| 75115VAK1 | RX |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

Residential Accredit Loans, Inc. 2006-QA10

| Cusip | Class |
|-------|-------|
| 74922NAA7 | A1 |
| 74922NAB5 | A2 |
| 74922NAC3 | A3 |
| 74922NAD1 | M1 |
| 74922NAE9 | M2 |
| 74922NAF6 | M3 |
| 74922NAG4 | M4 |
| 74922NAH2 | M5 |
| 74922NAJ8 | M6 |
| 74922NAK5 | SBI |
| 74922NAL3 | SBII |
| 74922NAM1 | RI |
| 74922NAN9 | RX |

Residential Accredit Loans, Inc. 2006-QA11

| Cusip | Class |
|-------|-------|
| 74922XAA5 | A1 |
| 74922XAB3 | A2 |
| 74922XAC1 | M1 |
| 74922XAD9 | M2 |
| 74922XAE7 | M3 |
| 74922XAF4 | M4 |
| 74922XAG2 | M5 |
| 74922XAH0 | SB |
| 74922XAJ6 | RI |
| 74922XAK3 | RX |

Residential Accredit Loans, Inc. 2006-QS1

| Cusip | Class |
|-------|-------|
| 761118RZ3 | A1 |
| 761118SA7 | A2 |
| 761118SB5 | A3 |
| 761118SC3 | A4 |
| 761118SD1 | A5 |
| 761118SE9 | A6 |
| 761118SF6 | A7 |
| 761118SG4 | A8 |
| 761118SH2 | A9 |
| 761118SJ8 | AP |
| 761118SK5 | AV |
| 761118SL3 | RI |

<u>**Schedule A**</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 761118SM1 | RII |
| 761118SN9 | M1 |
| 761118SP4 | M2 |
| 761118SQ2 | M3 |
| 761118SR0 | B1 |
| 761118SS8 | B2 |
| 761118ST6 | B3 |

Residential Accredit Loans, Inc. 2006-QS3

| Cusip | Class |
|---|---|
| 761118XD5 | IA1 |
| 761118XE3 | IA2 |
| 761118XF0 | IA3 |
| 761118XG8 | IA4 |
| 761118XH6 | IA5 |
| 761118XJ2 | IA6 |
| 761118XK9 | IA7 |
| 761118XL7 | IA8 |
| 761118XM5 | IA9 |
| 761118XN3 | IA10 |
| 761118XP8 | IA11 |
| 761118XQ6 | IA12 |
| 761118XR4 | IA13 |
| 761118XS2 | IA14 |
| 761118XT0 | IA15 |
| 761118XU7 | IIA1 |
| 761118XV5 | IAP |
| 761118XW3 | IAV |
| 761118XX1 | IIAP |
| 761118YH5 | IIAV |
| 761118XY9 | RI |
| 761118XZ6 | RII |
| 761118YA0 | RIII |
| 761118YB8 | M1 |
| 761118YC6 | M2 |
| 761118YD4 | M3 |
| 761118YE2 | B1 |
| 761118YF9 | B2 |
| 761118YG7 | B3 |

Residential Accredit Loans, Inc. 2006-QS4

| Cusip | Class |
|---|---|
| 749228AA0 | A1 |
| 749228AB8 | A2 |

<u>**Schedule A**</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 749228AC6 | A3 |
| 749228AD4 | A4 |
| 749228AE2 | A5 |
| 749228AF9 | A6 |
| 749228AG7 | A7 |
| 749228AH5 | A8 |
| 749228AJ1 | A9 |
| 749228AK8 | A10 |
| 749228AL6 | A11 |
| 749228AM4 | A12 |
| 749228AN2 | AP |
| 749228AP7 | AV |
| 749228AQ5 | RI |
| 749228AR3 | RII |
| 749228AS1 | M1 |
| 749228AT9 | M2 |
| 749228AU6 | M3 |
| 749228AV4 | B1 |
| 749228AW2 | B2 |
| 749228AX0 | B3 |

Residential Accredit Loans, Inc. 2006-QS5

| Cusip | Class |
|---|---|
| 75114TAA9 | A1 |
| 75114TAB7 | A2 |
| 75114TAC5 | A3 |
| 75114TAD3 | A4 |
| 75114TAE1 | A5 |
| 75114TAF8 | A6 |
| 75114TAG6 | A7 |
| 75114TAH4 | A8 |
| 75114TAJ0 | A9 |
| 75114TAK7 | AP |
| 75114TAL5 | AV |
| 75114TAP6 | M1 |
| 75114TAQ4 | M2 |
| 75114TAR2 | M3 |
| 75114TAM3 | RI |
| 75114TAN1 | RII |
| 75114TAV3 | B1 |
| 75114TAW1 | B2 |
| 75114TAX9 | B3 |

Residential Accredit Loans, Inc. 2006-QS6

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| Cusip | Class |
|-------|-------|
| 74922EAA7 | IA1 |
| 74922EAB5 | IA2 |
| 74922EAC3 | IA3 |
| 74922EAD1 | IA4 |
| 74922EAE9 | IA5 |
| 74922EAF6 | IA6 |
| 74922EAG4 | IA7 |
| 74922EAH2 | IA8 |
| 74922EAJ8 | IA9 |
| 74922EAK5 | IA10 |
| 74922EAL3 | IA11 |
| 74922EAM1 | IA12 |
| 74922EAN9 | IA13 |
| 74922EAP4 | IA14 |
| 74922EAQ2 | IA15 |
| 74922EAR0 | IA16 |
| 74922EAS8 | IA17 |
| 74922EAT6 | IIA1 |
| 74922EAU3 | IAP |
| 74922EAV1 | IAV |
| 74922EAW9 | IIAP |
| 74922EAX7 | IIAV |
| 74922EBB4 | IM1 |
| 74922EBC2 | IM2 |
| 74922EBD0 | IM3 |
| 74922EBE8 | IIM1 |
| 74922EBF5 | IIM2 |
| 74922EBG3 | IIM3 |
| 74922EBH1 | IB1 |
| 74922EBJ7 | IB2 |
| 74922EBK4 | IB3 |
| 74922EBL2 | IIB1 |
| 74922EBM0 | IIB2 |
| 74922EBN8 | IIB3 |
| 74922EAY5 | RI |
| 74922EAZ2 | RII |
| 74922EBA6 | RIII |

Residential Accredit Loans, Inc. 2006-QS7

| Cusip | Class |
|-------|-------|
| 748940AA1 | A1 |
| 748940AB9 | A2 |
| 748940AC7 | A3 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 748940AD5 | A4 |
| 748940AE3 | A5 |
| 748940AF0 | AP |
| 748940AG8 | AV |
| 748940AK9 | M1 |
| 748940AL7 | M2 |
| 748940AM5 | M3 |
| 748940AN3 | B1 |
| 748940AP8 | B2 |
| 748940AQ6 | B3 |
| 748940AH6 | RI |
| 748940AJ2 | RII |

Residential Accredit Loans, Inc. 2006-QS8

| Cusip | Class |
|---|---|
| 75115AAA9 | A1 |
| 75115AAB7 | A2 |
| 75115AAC5 | A3 |
| 75115AAD3 | A4 |
| 75115AAE1 | A5 |
| 75115AAF8 | AP |
| 75115AAG6 | AV |
| 75115AAK7 | M1 |
| 75115AAL5 | M2 |
| 75115AAM3 | M3 |
| 75115AAN1 | B1 |
| 75115AAP6 | B2 |
| 75115AAQ4 | B3 |
| 75115AAH4 | RI |
| 75115AAJ0 | RII |

Residential Accredit Loans, Inc. 2006-QS9

| Cusip | Class |
|---|---|
| 75115CAA5 | IA1 |
| 75115CAB3 | IA2 |
| 75115CAC1 | IA3 |
| 75115CAD9 | IA4 |
| 75115CAE7 | IA5 |
| 75115CAF4 | IA6 |
| 75115CAG2 | IA7 |
| 75115CAH0 | IA8 |
| 75115CAJ6 | IA9 |
| 75115CAK3 | IA10 |
| 75115CAL1 | IA11 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 75115CAM9 | IA12 |
| 75115CAN7 | IA13 |
| 75115CAP2 | IA14 |
| 75115CAQ0 | IA15 |
| 75115CAR8 | IA16 |
| 75115CAS6 | IA17 |
| 75115CAT4 | IIA1 |
| 75115CAU1 | IAP |
| 75115CAV9 | IAV |
| 75115CAW7 | IIAP |
| 75115CAX5 | IIAV |
| 75115CBB2 | M1 |
| 75115CBC0 | M2 |
| 75115CBD8 | M3 |
| 75115CBE6 | B1 |
| 75115CBF3 | B2 |
| 75115CBG1 | B3 |
| 75115CAY3 | RI |
| 75115CAZ0 | RII |
| 75115CBA4 | RIII |

Residential Accredit Loans, Inc. 2006-QS10

| Cusip | Class |
|---|---|
| 751155AA0 | A1 |
| 751155AB8 | A2 |
| 751155AC6 | A3 |
| 751155AD4 | A4 |
| 751155AE2 | A5 |
| 751155AF9 | A6 |
| 751155AG7 | A7 |
| 751155AH5 | A8 |
| 751155AJ1 | A9 |
| 751155AK8 | A10 |
| 751155AL6 | A11 |
| 751155AM4 | A12 |
| 751155AN2 | A13 |
| 751155AP7 | A14 |
| 751155AQ5 | A15 |
| 751155BB7 | A16 |
| 751155BC5 | A17 |
| 751155BD3 | A18 |
| 751155BE1 | A19 |
| 751155AR3 | AP |
| 751155AS1 | AV |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 751155AV4 | M1 |
| 751155AW2 | M2 |
| 751155AX0 | M3 |
| 751155AY8 | B1 |
| 751155AZ5 | B2 |
| 751155BA9 | B3 |
| 751155AT9 | RI |
| 751155AU6 | RII |

Residential Accredit Loans, Inc. 2006-QS11

| Cusip | Class |
|---|---|
| 75115EAA1 | IA1 |
| 75115EAB9 | IA2 |
| 75115EAC7 | IA3 |
| 75115EAD5 | IA4 |
| 75115EAE3 | IA5 |
| 75115EAF0 | IA6 |
| 75115EAG8 | IA7 |
| 75115EAU7 | IA8 |
| 75115EAH6 | IIA1 |
| 75115EAJ2 | AP |
| 75115EAK9 | AV |
| 75115EAN3 | M1 |
| 75115EAP8 | M2 |
| 75115EAQ6 | M3 |
| 75115EAR4 | B1 |
| 75115EAS2 | B2 |
| 75115EAT0 | B3 |
| 75115EAL7 | RI |
| 75115EAM5 | RII |

Residential Accredit Loans, Inc. 2006-QS12

| Cusip | Class |
|---|---|
| 751151AA9 | IA1 |
| 751151AB7 | IA2 |
| 751151AC5 | IA3 |
| 751151AD3 | IA4 |
| 751151AE1 | IIA1 |
| 751151AF8 | IIA2 |
| 751151AG6 | IIA3 |
| 751151AH4 | IIA4 |
| 751151AJ0 | IIA5 |
| 751151AK7 | IIA6 |
| 751151AL5 | IIA7 |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 751151AM3 | IIA8 |
| 751151AN1 | IIA9 |
| 751151AP6 | IIA10 |
| 751151AQ4 | IIA11 |
| 751151AR2 | IIA12 |
| 751151AS0 | IIA13 |
| 751151AT8 | IIA14 |
| 751151AU5 | IIA15 |
| 751151AV3 | IIA16 |
| 751151AW1 | IIA17 |
| 751151AX9 | IIA18 |
| 751151AY7 | IIA19 |
| 751151AZ4 | AP |
| 751151BA8 | AV |
| 751151BD2 | M1 |
| 751151BE0 | M2 |
| 751151BJ9 | M3 |
| 751151BF7 | B1 |
| 751151BG5 | B2 |
| 751151BH3 | B3 |
| 751151BB6 | RI |
| 751151BC4 | RII |

Residential Accredit Loans, Inc. 2006-QS13

| Cusip | Class |
|---|---|
| 75115DAA3 | IA1 |
| 75115DAK1 | IA10 |
| 75115DAL9 | IA11 |
| 75115DAB1 | IA2 |
| 75115DAC9 | IA3 |
| 75115DAD7 | IA4 |
| 75115DAE5 | IA5 |
| 75115DAF2 | IA6 |
| 75115DAG0 | IA7 |
| 75115DAH8 | IA8 |
| 75115DAJ4 | IA9 |
| 75115DAN5 | IAP |
| 75115DAP0 | IAV |
| 75115DAX3 | IB1 |
| 75115DAY1 | IB2 |
| 75115DAZ8 | IB3 |
| 75115DAM7 | IIA1 |
| 75115DBD6 | IIAP |
| 75115DBE4 | IIAV |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 75115DBA2 | IIB1 |
| 75115DBB0 | IIB2 |
| 75115DBC8 | IIB3 |
| 75115DAV7 | IIM1 |
| 75115DAW5 | IIM2 |
| 75115DBG9 | IIM3 |
| 75115DAT2 | IM1 |
| 75115DAU9 | IM2 |
| 75115DBF1 | IM3 |
| 75115DAQ8 | RI |
| 75115DAR6 | RII |
| 75115DAS4 | RIII |

Residential Accredit Loans, Inc. 2006-QS14

| Cusip | Class |
|---|---|
| 74922GAA2 | A1 |
| 74922GAB0 | A2 |
| 74922GAC8 | A3 |
| 74922GAD6 | A4 |
| 74922GAE4 | A5 |
| 74922GAF1 | A6 |
| 74922GAG9 | A7 |
| 74922GAH7 | A8 |
| 74922GAJ3 | A9 |
| 74922GAK0 | A10 |
| 74922GAL8 | A11 |
| 74922GAM6 | A12 |
| 74922GAN4 | A13 |
| 74922GAP9 | A14 |
| 74922GAQ7 | A15 |
| 74922GAR5 | A16 |
| 74922GAS3 | A17 |
| 74922GAT1 | A18 |
| 74922GAU8 | A19 |
| 74922GAV6 | A20 |
| 74922GAW4 | A21 |
| 74922GAX2 | A22 |
| 74922GAY0 | A23 |
| 74922GAZ7 | A24 |
| 74922GBA1 | A25 |
| 74922GBB9 | A26 |
| 74922GBC7 | A27 |
| 74922GBD5 | A28 |
| 74922GBE3 | A29 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 74922GBF0 | A30 |
| 74922GBG8 | AP |
| 74922GBH6 | AV |
| 74922GBL7 | M1 |
| 74922GBM5 | M2 |
| 74922GBR4 | M3 |
| 74922GBN3 | B1 |
| 74922GBP8 | B2 |
| 74922GBQ6 | B3 |
| 74922GBJ2 | RI |
| 74922GBK9 | RII |

Residential Accredit Loans, Inc. 2006-QS15

| Cusip | Class |
|---|---|
| 74922YAA3 | A1 |
| 74922YAB1 | A2 |
| 74922YAC9 | A3 |
| 74922YAD7 | A4 |
| 74922YAE5 | A5 |
| 74922YAF2 | A6 |
| 74922YAG0 | AP |
| 74922YAH8 | AV |
| 74922YAK1 | M1 |
| 74922YAL9 | M2 |
| 74922YAM7 | M3 |
| 74922YAN5 | B1 |
| 74922YAP0 | B2 |
| 74922YAQ8 | B3 |
| 74922YAJ4 | R |

Residential Accredit Loans, Inc. 2006-QS16

| Cusip | Class |
|---|---|
| 74922LAA1 | A1 |
| 74922LAB9 | A2 |
| 74922LAC7 | A3 |
| 74922LAD5 | A4 |
| 74922LAE3 | A5 |
| 74922LAF0 | A6 |
| 74922LAG8 | A7 |
| 74922LAH6 | A8 |
| 74922LAJ2 | A9 |
| 74922LAK9 | A10 |
| 74922LAL7 | A11 |
| 74922LAM5 | AP |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 74922LAN3 | AV |
| 74922LAR4 | M1 |
| 74922LAS2 | M2 |
| 74922LAT0 | M3 |
| 74922LAU7 | B1 |
| 74922LAV5 | B2 |
| 74922LAW3 | B3 |
| 74922LAP8 | RI |
| 74922LAQ6 | RII |

Residential Accredit Loans, Inc. 2006-QS17

| Cusip | Class |
|---|---|
| 74922SAA6 | A1 |
| 74922SAB4 | A2 |
| 74922SAC2 | A3 |
| 74922SAD0 | A4 |
| 74922SAE8 | A5 |
| 74922SAF5 | A6 |
| 74922SAG3 | A7 |
| 74922SAH1 | A8 |
| 74922SAJ7 | A9 |
| 74922SAK4 | A10 |
| 74922SAL2 | A11 |
| 74922SAM0 | AP |
| 74922SAN8 | AV |
| 74922SAP3 | RI |
| 74922SAQ1 | RII |
| 74922SAR9 | M1 |
| 74922SAS7 | M2 |
| 74922SAT5 | M3 |
| 74922SAU2 | B1 |
| 74922SAV0 | B2 |
| 74922SAW8 | B3 |

Residential Accredit Loans, Inc. 2006-QS18

| Cusip | Class |
|---|---|
| 74922RAA8 | IA1 |
| 74922RAB6 | IA2 |
| 74922RAC4 | IA3 |
| 74922RAD2 | IA4 |
| 74922RAE0 | IA5 |
| 74922RAF7 | IA6 |
| 74922RAG5 | IA7 |
| 74922RAH3 | IIA1 |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 74922RAJ9 | IIA2 |
| 74922RAK6 | IIA3 |
| 74922RAL4 | IIA4 |
| 74922RAM2 | IIA5 |
| 74922RAN0 | IIA6 |
| 74922RAP5 | IIIA1 |
| 74922RAQ3 | IIIA2 |
| 74922RAR1 | IIIA3 |
| 74922RAS9 | IAP |
| 74922RAT7 | IAV |
| 74922RAU4 | IIAP |
| 74922RAV2 | IIAV |
| 74922RAW0 | IIIAP |
| 74922RAX8 | IIIAV |
| 74922RAY6 | RI |
| 74922RAZ3 | RII |
| 74922RBA7 | RIII |
| 74922RBB5 | RIV |
| 74922RBC3 | IM1 |
| 74922RBD1 | IM2 |
| 74922RBE9 | IM3 |
| 74922RBF6 | IIM1 |
| 74922RBG4 | IIM2 |
| 74922RBH2 | IIM3 |
| 74922RBJ8 | IB1 |
| 74922RBK5 | IB2 |
| 74922RBL3 | IB3 |
| 74922RBM1 | IIB1 |
| 74922RBN9 | IIB2 |
| 74922RBP4 | IIB3 |

Residential Accredit Loans, Inc. 2007-QA1

| Cusip | Class |
|---|---|
| 74923GAA1 | A1 |
| 74923GAB9 | A2 |
| 74923GAC7 | A3 |
| 74923GAD5 | A4 |
| 74923GAE3 | M1 |
| 74923GAF0 | M2 |
| 74923GAG8 | M3 |
| 74923GAH6 | M4 |
| 74923GAJ2 | M5 |
| 74923GAL7 | RI |
| 74923GAM5 | RX |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

74923GAK9                                SB

Residential Accredit Loans, Inc. 2007-QA2

| Cusip | Class |
|-------|-------|
| 74922PAA2 | A1 |
| 74922PAB0 | A2 |
| 74922PAC8 | A3 |
| 74922PAD6 | A4 |
| 74922PAE4 | M1 |
| 74922PAF1 | M2 |
| 74922PAG9 | M3 |
| 74922PAH7 | M4 |
| 74922PAJ3 | M5 |
| 74922PAK0 | RI |
| 74922PAL8 | RX |
| 74922PAM6 | SB |

Residential Accredit Loans, Inc. 2007-QA3

| Cusip | Class |
|-------|-------|
| 74923XAA4 | A1 |
| 74923XAB2 | A2 |
| 74923XAC0 | A3 |
| 74923XAD8 | A4 |
| 74923XAE6 | A5 |
| 74923XAF3 | M1 |
| 74923XAG1 | M2 |
| 74923XAH9 | M3 |
| 74923XAJ5 | M4 |
| 74923XAK2 | M5 |
| 74923XAL0 | SB |
| 74923XAM8 | RI |
| 74923XAN6 | RX |
| 74923YAA2 | A1A |
| 74923YAB0 | A1B |
| 74923YAC8 | A2 |
| 74923YAD6 | M1 |
| 74923YAE4 | M2 |
| 74923YAF1 | M3 |
| 74923YAG9 | M4 |
| 74923YAH7 | SB |
| 74923YAJ3 | RI |
| 74923YAK0 | RX |

Residential Accredit Loans, Inc. 2007-QA4

## Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| Cusip | Class |
|-------|-------|
| 74923YAA2 | A1A |
| 74923YAB0 | A1B |
| 74923YAC8 | A2 |
| 74923YAD6 | M1 |
| 74923YAE4 | M2 |
| 74923YAF1 | M3 |
| 74923YAG9 | M4 |
| 74923YAH7 | SB |
| 74923YAJ3 | RI |
| 74923YAK0 | RX |

Residential Accredit Loans, Inc. 2007-QA5

| Cusip | Class |
|-------|-------|
| 749236AA3 | IA1 |
| 749236AB1 | IA2 |
| 749236AC9 | IIA1 |
| 749236AD7 | IIA2 |
| 749236AE5 | IIIA1 |
| 749236AF2 | IIIA2 |
| 749236AG0 | RI |
| 749236AH8 | RII |
| 749236AJ4 | M1 |
| 749236AK1 | M2 |
| 749236AL9 | M3 |
| 749236AM7 | B1 |
| 749236AN5 | B2 |
| 749236AP0 | B3 |

Residential Accredit Loans, Inc. 2007-QS1

| Cusip | Class |
|-------|-------|
| 74922KAA3 | IA1 |
| 74922KAB1 | IA2 |
| 74922KAC9 | IA3 |
| 74922KAD7 | IA4 |
| 74922KAE5 | IA5 |
| 74922KAF2 | IA6 |
| 74922KAG0 | IIA1 |
| 74922KAH8 | IIA2 |
| 74922KAJ4 | IIA3 |
| 74922KAK1 | IIA4 |
| 74922KAL9 | IIA5 |
| 74922KAM7 | IIA6 |
| 74922KAN5 | IIA7 |

## Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 74922KAP0 | IIA8 |
| 74922KAQ8 | IIA9 |
| 74922KAR6 | IIA10 |
| 74922KAS4 | IIA11 |
| 74922KAT2 | IIA12 |
| 74922KAU9 | IIA13 |
| 74922KAV7 | IAP |
| 74922KAW5 | IAV |
| 74922KAX3 | IIAP |
| 74922KAY1 | IIAV |
| 74922KAZ8 | RI |
| 74922KBA2 | RII |
| 74922KBB0 | RIII |
| 74922KBC8 | IM1 |
| 74922KBD6 | IM2 |
| 74922KBE4 | IM3 |
| 74922KBF1 | IIM1 |
| 74922KBG9 | IIM2 |
| 74922KBH7 | IIM3 |
| 74922KBJ3 | IB1 |
| 74922KBK0 | IB2 |
| 74922KBL8 | IB3 |
| 74922KBM6 | IIB1 |
| 74922KBN4 | IIB2 |
| 74922KBP9 | IIB3 |

Residential Accredit Loans, Inc. 2007-QS2

| Cusip | Class |
|---|---|
| 74923CAA0 | A1 |
| 74923CAB8 | A2 |
| 74923CAC6 | A3 |
| 74923CAD4 | A4 |
| 74923CAE2 | A5 |
| 74923CAF9 | A6 |
| 74923CAG7 | A7 |
| 74923CAH5 | AP |
| 74923CAJ1 | AV |
| 74923CAK8 | RI |
| 74923CAL6 | RII |
| 74923CAM4 | M1 |
| 74923CAN2 | M2 |
| 74923CAP7 | M3 |
| 74923CAQ5 | B1 |
| 74923CAR3 | B2 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

74923CAS1                                    B3

Residential Accredit Loans, Inc. 2007-QS3

| Cusip | Class |
|---|---|
| 75116BAA6 | A1 |
| 75116BAB4 | A2 |
| 75116BAC2 | A3 |
| 75116BAD0 | A4 |
| 75116BAE8 | A5 |
| 75116BAF5 | A6 |
| 75116BAG3 | AP |
| 75116BAH1 | AV |
| 75116BAJ7 | R |
| 75116BAL2 | M1 |
| 75116BAM0 | M2 |
| 75116BAN8 | M3 |
| 75116BAP3 | B1 |
| 75116BAQ1 | B2 |
| 75116BAR9 | B3 |
| 75116BAS7 | P |

Residential Accredit Loans, Inc. 2007-QS4

| Cusip | Class |
|---|---|
| 74923HBR1 | B1 |
| 74923HBS9 | B2 |
| 74923HBT7 | B3 |
| 74923HAA9 | IA1 |
| 74923HAB7 | IA2 |
| 74923HAC5 | IA3 |
| 74923HAD3 | IA4 |
| 74923HBB6 | IAP |
| 74923HBC4 | IAV |
| 74923HAE1 | IIA1 |
| 74923HAF8 | IIA2 |
| 74923HAG6 | IIA3 |
| 74923HAH4 | IIA4 |
| 74923HAJ0 | IIA5 |
| 74923HBD2 | IIAP |
| 74923HBE0 | IIAV |
| 74923HAK7 | IIIA1 |
| 74923HAU5 | IIIA10 |
| 74923HAV3 | IIIA11 |
| 74923HAL5 | IIIA2 |
| 74923HAM3 | IIIA3 |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 74923HAN1 | IIIA4 |
| 74923HAP6 | IIIA5 |
| 74923HAQ4 | IIIA6 |
| 74923HAR2 | IIIA7 |
| 74923HAS0 | IIIA8 |
| 74923HAT8 | IIIA9 |
| 74923HBF7 | IIIAP |
| 74923HBG5 | IIIAV |
| 74923HAW1 | IVA1 |
| 74923HAX9 | IVA2 |
| 74923HAY7 | IVA3 |
| 74923HBN0 | M1 |
| 74923HBP5 | M2 |
| 74923HBQ3 | M3 |
| 74923HBK6 | RI |
| 74923HBL4 | RII |
| 74923HBM2 | RIII |
| 74923HAZ4 | VA1 |
| 74923HBA8 | VA2 |
| 74923HBH3 | VAP |
| 74923HBJ9 | VAV |

Residential Accredit Loans, Inc. 2007-QS5

| Cusip | Class |
|---|---|
| 74923JAA5 | A1 |
| 74923JAK3 | A10 |
| 74923JAL1 | A11 |
| 74923JAM9 | A12 |
| 74923JAN7 | A13 |
| 74923JAP2 | A14 |
| 74923JAB3 | A2 |
| 74923JAC1 | A3 |
| 74923JAD9 | A4 |
| 74923JAE7 | A5 |
| 74923JAF4 | A6 |
| 74923JAG2 | A7 |
| 74923JAH0 | A8 |
| 74923JAJ6 | A9 |
| 74923JAQ0 | AP |
| 74923JAR8 | AV |
| 74923JAY3 | B1 |
| 74923JAZ0 | B2 |
| 74923JBA4 | B3 |
| 74923JAU1 | M1 |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 74923JAV9 | M2 |
| 74923JAW7 | M3 |
| 74923JAX5 | P |
| 74923JAS6 | RI |
| 74923JAT4 | RII |

Residential Accredit Loans, Inc. 2007-QS6

| Cusip | Class |
|---|---|
| 75116CAA4 | A1 |
| 75116CAB2 | A2 |
| 75116CAC0 | A3 |
| 75116CAD8 | A4 |
| 75116CAE6 | A5 |
| 75116CAF3 | A6 |
| 75116CAG1 | A7 |
| 75116CAH9 | A8 |
| 75116CAJ5 | A9 |
| 75116CAK2 | A10 |
| 75116CAL0 | A11 |
| 75116CAM8 | A12 |
| 75116CAN6 | A13 |
| 75116CAP1 | A14 |
| 75116CAQ9 | A15 |
| 75116CAR7 | A16 |
| 75116CAS5 | A17 |
| 75116CAT3 | A18 |
| 75116CAU0 | A19 |
| 75116CAV8 | A20 |
| 75116CAW6 | A21 |
| 75116CAX4 | A22 |
| 75116CAY2 | A23 |
| 75116CAZ9 | A24 |
| 75116CBA3 | A25 |
| 75116CBB1 | A26 |
| 75116CBC9 | A27 |
| 75116CBD7 | A28 |
| 75116CBE5 | A29 |
| 75116CBF2 | A30 |
| 75116CBG0 | A31 |
| 75116CBH8 | A32 |
| 75116CBJ4 | A33 |
| 75116CBK1 | A34 |
| 75116CBL9 | A35 |
| 75116CBM7 | A36 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 75116CBN5 | A37 |
| 75116CBP0 | A38 |
| 75116CBQ8 | A39 |
| 75116CBR6 | A40 |
| 75116CBS4 | A41 |
| 75116CBT2 | A42 |
| 75116CBU9 | A43 |
| 75116CBV7 | A44 |
| 75116CBW5 | A45 |
| 75116CBX3 | A46 |
| 75116CBY1 | A47 |
| 75116CBZ8 | A48 |
| 75116CCA2 | A49 |
| 75116CCB0 | A50 |
| 75116CCC8 | A51 |
| 75116CCD6 | A52 |
| 75116CCE4 | A53 |
| 75116CCF1 | A54 |
| 75116CCG9 | A55 |
| 75116CCH7 | A56 |
| 75116CCJ3 | A57 |
| 75116CCK0 | A58 |
| 75116CCL8 | A59 |
| 75116CCM6 | A60 |
| 75116CCN4 | A61 |
| 75116CCP9 | A62 |
| 75116CCQ7 | A63 |
| 75116CCR5 | A64 |
| 75116CCS3 | A65 |
| 75116CCT1 | A66 |
| 75116CCU8 | A67 |
| 75116CCV6 | A68 |
| 75116CCW4 | A69 |
| 75116CCX2 | A70 |
| 75116CCY0 | A71 |
| 75116CCZ7 | A72 |
| 75116CDA1 | A73 |
| 75116CDB9 | A74 |
| 75116CDC7 | A75 |
| 75116CDD5 | A76 |
| 75116CDE3 | A77 |
| 75116CDF0 | A78 |
| 75116CDG8 | A79 |
| 75116CDH6 | A80 |

## Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 75116CDJ2 | A81 |
| 75116CDK9 | A82 |
| 75116CDL7 | A83 |
| 75116CDM5 | A84 |
| 75116CDN3 | A85 |
| 75116CDP8 | A86 |
| 75116CDQ6 | A87 |
| 75116CDR4 | A88 |
| 75116CDS2 | A89 |
| 75116CDT0 | A90 |
| 75116CDU7 | A91 |
| 75116CDV5 | A92 |
| 75116CDW3 | A93 |
| 75116CDX1 | A94 |
| 75116CDY9 | A95 |
| 75116CDZ6 | A96 |
| 75116CEA0 | A97 |
| 75116CEB8 | A98 |
| 75116CEC6 | A99 |
| 75116CED4 | A100 |
| 75116CEE2 | A101 |
| 75116CEF9 | A102 |
| 75116CEG7 | A103 |
| 75116CEH5 | A104 |
| 75116CEJ1 | A105 |
| 75116CEK8 | A106 |
| 75116CEL6 | A107 |
| 75116CEM4 | A108 |
| 75116CEN2 | A109 |
| 75116CEP7 | A110 |
| 75116CEQ5 | A111 |
| 75116CER3 | A112 |
| 75116CES1 | A113 |
| 75116CET9 | A114 |
| 75116CEU6 | A115 |
| 75116CEV4 | A116 |
| 75116CEW2 | AP |
| 75116CEX0 | AV |
| 75116CEY8 | RI |
| 75116CEZ5 | RII |
| 75116CFA9 | M1 |
| 75116CFB7 | M2 |
| 75116CFC5 | M3 |
| 75116CFD3 | B1 |

## Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 75116CFE1 | B2 |
| 75116CFF8 | B3 |
| 75116CFG6 | P |

Residential Accredit Loans, Inc. 2007-QS9

| Cusip | Class |
|---|---|
| 75116FAA7 | A1 |
| 75116FAB5 | A2 |
| 75116FAC3 | A3 |
| 75116FAD1 | A4 |
| 75116FAE9 | A5 |
| 75116FAF6 | A6 |
| 75116FAG4 | A7 |
| 75116FAH2 | A8 |
| 75116FAJ8 | A9 |
| 75116FAK5 | A10 |
| 75116FAL3 | A11 |
| 75116FAM1 | A12 |
| 75116FAN9 | A13 |
| 75116FAP4 | A14 |
| 75116FAQ2 | A15 |
| 75116FAR0 | A16 |
| 75116FAS8 | A17 |
| 75116FAT6 | A18 |
| 75116FAU3 | A19 |
| 75116FAV1 | A20 |
| 75116FAW9 | A21 |
| 75116FBU2 | A22 |
| 75116FAX7 | A23 |
| 75116FAY5 | A24 |
| 75116FAZ2 | A25 |
| 75116FBA6 | A26 |
| 75116FBB4 | A27 |
| 75116FBC2 | A28 |
| 75116FBD0 | A29 |
| 75116FBE8 | A30 |
| 75116FBF5 | A31 |
| 75116FBG3 | A32 |
| 75116FBH1 | A33 |
| 75116FBJ7 | AP |
| 75116FBK4 | AV |
| 75116FBL2 | RI |
| 75116FBM0 | RII |
| 75116FBN8 | M1 |

<u>**Schedule A**</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 75116FBP3 | M2 |
| 75116FBQ1 | M3 |
| 75116FBV0 | P |
| 75116FBR9 | B1 |
| 75116FBS7 | B2 |
| 75116FBT5 | B3 |

Residential Accredit Loans, Inc. 2007-QS10

| Cusip | Class |
|---|---|
| 74924DAA7 | A1 |
| 74924DAB5 | A2 |
| 74924DAC3 | A3 |
| 74924DAD1 | A4 |
| 74924AAE9 | A5 |
| 74924DAF6 | A6 |
| 74924DAG4 | A7 |
| 74924DAH2 | AP |
| 74924DAJ8 | AV |
| 74924DAK5 | R |
| 74924DAL3 | M1 |
| 74924DAM1 | M2 |
| 74924DAN9 | M3 |
| 74924DAP4 | P |
| 74924DAQ2 | B1 |
| 74924DAR0 | B2 |
| 74924DAS8 | B3 |

Residential Accredit Loans, Inc. 2007-QS11

| Cusip | Class |
|---|---|
| 74925GAA9 | A1 |
| 74925GAB7 | A2 |
| 74925GAC5 | AP |
| 74925GAD3 | AV |
| 74925GAF8 | R |
| 74925GAG6 | M1 |
| 74925GAH4 | M2 |
| 74925GAJ0 | M3 |
| 74925GAE1 | P |
| 74925GAK7 | B1 |
| 74925GAL5 | B2 |
| 74925GAM3 | B3 |

Residential Funding Mortgage Securities I, Inc. 2007-S4

| Cusip | Class |
|---|---|

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 74958YAA0 | A1 |
| 74958YAB8 | A2 |
| 74958YAC6 | A3 |
| 74958YAD4 | A4 |
| 74958YAE2 | A5 |
| 74958YAF9 | A6 |
| 74958YAG7 | A7 |
| 74958YAH5 | A8 |
| 74958YAJ1 | A9 |
| 74958YAK8 | A10 |
| 74958YAL6 | A11 |
| 74958YAM4 | A12 |
| 74958YBA9 | A13 |
| 74958YAN2 | A14 |
| 74958YAP7 | A15 |
| 74958YAQ5 | AP |
| 74958YAR3 | AV |
| 74958YAS1 | RI |
| 74958YAT9 | RII |
| 74958YAU6 | M1 |
| 74958YAV4 | M2 |
| 74958YAW2 | M3 |
| 74958YAX0 | B1 |
| 74958YAY8 | B2 |
| 74958YAZ5 | B3 |

Residential Funding Mortgage Securities I, Inc. 2007-S5

| Cusip | Class |
|---|---|
| 749580AA4 | A1 |
| 749580AB2 | A2 |
| 749580AC0 | A3 |
| 749580AD8 | A4 |
| 749580AE6 | A5 |
| 749580AF3 | A6 |
| 749580AG1 | A7 |
| 749580AH9 | A8 |
| 749580AJ5 | A9 |
| 749580AK2 | A10 |
| 749580AL0 | AP |
| 749580AM8 | AV |
| 749580AN6 | R |
| 749580AQ9 | M1 |
| 749580AR7 | M2 |
| 749580AS5 | M3 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 749580AU0 | B1 |
| 749580AV8 | B2 |
| 749580AW6 | B3 |

Residential Accredit Loans, Inc. 2007-QS7

| Cusip | Class |
|---|---|
| 74923WAA6 | IA1 |
| 74923WAB4 | IA2 |
| 74923WAC2 | IA3 |
| 74923WAD0 | IA4 |
| 74923WAE8 | IA5 |
| 74923WAF5 | IA6 |
| 74923WAG3 | IA7 |
| 74923WAH1 | IA8 |
| 74923WAJ7 | IA9 |
| 74923WAK4 | IIA1 |
| 74923WAL2 | IIA2 |
| 74923WAM0 | IAP |
| 74923WAN8 | IAV |
| 74923WAP3 | IIAP |
| 74923WAQ1 | IIAV |
| 74923WAR9 | RI |
| 74923WAS7 | RII |
| 74923WAT5 | RIII |
| 74923WAU2 | M1 |
| 74923WAV0 | M2 |
| 74923WAW8 | M3 |
| 74923WAX6 | P |
| 74923WAY4 | B1 |
| 74923WAZ1 | B2 |
| 74923WBA5 | B3 |

Residential Accredit Loans, Inc. 2007-QS8

| Cusip | Class |
|---|---|
| 74922UAA1 | A1 |
| 74922UAB9 | A2 |
| 74922UAC7 | A3 |
| 74922UAD5 | A4 |
| 74922UAE3 | A5 |
| 74922UAF0 | A6 |
| 74922UAG8 | A7 |
| 74922UAH6 | A8 |
| 74922UAJ2 | A9 |
| 74922UAK9 | A10 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 74922UAL7 | A11 |
| 74922UAM5 | A12 |
| 74922UAN3 | A13 |
| 74922UAP8 | A14 |
| 74922UAQ6 | A15 |
| 74922UAR4 | A16 |
| 74922UAS2 | A17 |
| 74922UAT0 | AP |
| 74922UAU7 | AV |
| 74922UAV5 | RI |
| 74922UAW3 | RII |
| 74922UAX1 | M1 |
| 74922UAY9 | M2 |
| 74922UAZ6 | M3 |
| 74922UBB8 | B1 |
| 74922UBC6 | B2 |
| 74922UBD4 | B3 |
| 74922UBA0 | P |

Residential Accredit Loans, Inc. 2005-QO1

| Cusip | Class |
|---|---|
| 761118EN4 | A1 |
| 761118EP9 | A2 |
| 761118EQ7 | A3 |
| 761118ER5 | A4 |
| 761118ET1 | X |
| 761118EU8 | RI |
| 761118EV6 | RII |
| 761118EX2 | M1 |
| 761118EY0 | M2 |
| 761118EZ7 | M3 |
| 761118ES3 | M4 |
| 761118EW4 | M5 |
| 761118FT0 | M6 |
| 761118FU7 | M7 |
| 761118FV5 | M8 |
| 761118FW3 | M9 |
| 761118FA1 | B1 |
| 761118FB9 | B2 |
| 761118FC7 | B3 |
| 761118FX1 | P |

Residential Accredit Loans, Inc. 2005-QO2

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| Cusip | Class |
|-------|-------|
| 761118HU5 | A1 |
| 761118HV3 | A2 |
| 761118HW1 | A3 |
| 761118HX9 | X |
| 761118HY7 | RI |
| 761118HZ4 | RII |
| 761118JA7 | M1 |
| 761118JB5 | M2 |
| 761118JC3 | M3 |
| 761118JD1 | B1 |
| 761118JE9 | B2 |
| 761118JF6 | B3 |

Residential Accredit Loans, Inc. 2005-QO3

| Cusip | Class |
|-------|-------|
| 761118KU1 | A1 |
| 761118KV9 | A2 |
| 761118KW7 | A3 |
| 761118KX5 | X |
| 761118KY3 | RI |
| 761118LZ0 | RII |
| 761118LA4 | M1 |
| 761118LB2 | M2 |
| 761118LC0 | M3 |
| 761118LD8 | B1 |
| 761118LE6 | B2 |
| 761118LF3 | B3 |
| 761118LG1 | P |

Residential Accredit Loans, Inc. 2005-QO4

| Cusip | Class |
|-------|-------|
| 761118NL8 | IA1 |
| 761118NM6 | IA2 |
| 761118NN4 | IIA1 |
| 761118NP9 | IIA2 |
| 761118NQ7 | IIA3 |
| 761118NR5 | XIO |
| 761118NS3 | XPO |
| 761118NT1 | RI |
| 761118NU8 | RII |
| 761118NV6 | M1 |
| 761118NW4 | M2 |
| 761118NX2 | M3 |

### Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 761118NY0 | B1 |
| 761118NZ7 | B2 |
| 761118PA0 | B3 |

Residential Accredit Loans, Inc. 2005-QO5

| Cusip | Class |
|---|---|
| 761118QM3 | A1 |
| 761118QN1 | A2 |
| 761118QP6 | A3 |
| 761118QQ4 | X |
| 761118QR2 | RI |
| 761118QS0 | RII |
| 761118QT8 | M1 |
| 761118QU5 | M2 |
| 761118QV3 | M3 |
| 761118QW1 | M4 |
| 761118QX9 | M5 |
| 761118QY7 | M6 |
| 761118QZ4 | M7 |
| 761118RA8 | M8 |
| 761118RB6 | M9 |
| 761118RC4 | B1 |
| 761118RD2 | B2 |
| 761118RE0 | B3 |
| 761118RF7 | P |

Residential Accredit Loans, Inc. 2006-QO1

| Cusip | Class |
|---|---|
| 761118RG5 | 1A1 |
| 761118RH3 | 1A2 |
| 761118RJ9 | 2A1 |
| 761118RK6 | 2A2 |
| 761118RL4 | 2A3 |
| 761118RM2 | 3A1 |
| 761118RN0 | 3A2 |
| 761118RP5 | 3A3 |
| 761118RW0 | X1 |
| 761118RX8 | X2 |
| 761118RY6 | X3 |
| 761118SX7 | RI |
| 761118SY5 | RII |
| 761118RQ3 | M1 |
| 761118RR1 | M2 |
| 761118RS9 | M3 |

<u>**Schedule A**</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 761118RT7 | M4 |
| 761118RU4 | M5 |
| 761118RV2 | M6 |
| 761118SU3 | B1 |
| 761118SV1 | B2 |
| 761118SW9 | B3 |

Residential Accredit Loans, Inc. 2006-QO3

| Cusip | Class |
|---|---|
| 761118WP9 | A1 |
| 761118WQ7 | A2 |
| 761118WR5 | A3 |
| 761118WS3 | M1 |
| 761118WT1 | M2 |
| 761118WU8 | M3 |
| 761118WV6 | M4 |
| 761118WW4 | M5 |
| 761118WX2 | M6 |
| 761118WY0 | M7 |
| 761118WZ7 | M8 |
| 761118XB9 | RI |
| 761118XC7 | RII |
| 761118XA1 | SB |

Residential Accredit Loans, Inc. 2006-QO4

| Cusip | Class |
|---|---|
| 75114GAA7 | IA1 |
| 75114GAB5 | IA2 |
| 75114GAC3 | IIA1 |
| 75114GAD1 | IIA2 |
| 75114GAE9 | IIA3 |
| 75114GAF6 | M1 |
| 75114GAG4 | M2 |
| 75114GAH2 | M3 |
| 75114GAJ8 | M4 |
| 75114GAK5 | M5 |
| 75114GAL3 | M6 |
| 75114GAM1 | M7 |
| 75114GAN9 | M8 |
| 75114GAP4 | M9 |
| 75114GAQ2 | M10 |
| 75114GAR0 | SB |
| 75114GAS8 | RI |
| 75114GAT6 | RII |

<u>**Schedule A**</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

75114GAU3                                    RIII


Residential Accredit Loans, Inc. 2006-QO5

| Cusip | Class |
|-------|-------|
| 75114HAA5 | IA1 |
| 75114HAB3 | IA2 |
| 75114HAC1 | IA3 |
| 75114HAD9 | IIA1 |
| 75114HAE7 | IIA2 |
| 75114HAF4 | IIA3 |
| 75114HAG2 | IIIA1 |
| 75114HAH0 | IIIA2 |
| 75114HAJ6 | IIIA3 |
| 75114HAK3 | IIIA4 |
| 75114HAL1 | IIIA5 |
| 75114HAP2 | M1 |
| 75114HAQ0 | M2 |
| 75114HAR8 | M3 |
| 75114HAS6 | M4 |
| 75114HAT4 | M5 |
| 75114HAU1 | M6 |
| 75114HAV9 | M7 |
| 75114HAW7 | XC |
| 75114HAX5 | XN |
| 75114HAY3 | SB |
| 75114HBC0 | P |
| 75114HAZ0 | RI |
| 75114HBA4 | RII |
| 75114HBB2 | RIII |
| 75114HBD8 | RX |


Residential Accredit Loans, Inc. 2006-QO6

| Cusip | Class |
|-------|-------|
| 75114NAA2 | A1 |
| 75114NAB0 | A2 |
| 75114NAC8 | A3 |
| 75114NAD6 | M1 |
| 75114NAE4 | M2 |
| 75114NAF1 | M3 |
| 75114NAG9 | M4 |
| 75114NAH7 | M5 |
| 75114NAJ3 | M6 |
| 75114NAK0 | M7 |
| 75114NAL8 | M8 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 75114NAM6 | M9 |
| 75114NAP9 | RI |
| 75114NAQ7 | RII |
| 75114NAN4 | SB |

Residential Accredit Loans, Inc. 2006-QO7

| Cusip | Class |
|---|---|
| 751150AA1 | IA1 |
| 751150AB9 | IA2 |
| 751150AC7 | IA3 |
| 751150AD5 | IIA1 |
| 751150AE3 | IIA2 |
| 751150AF0 | IIA3 |
| 751150AG8 | IIIA1 |
| 751150AH6 | IIIA2 |
| 751150AJ2 | IIIA3 |
| 751150AK9 | IIIA4 |
| 751150AS2 | M1 |
| 751150AT0 | M2 |
| 751150AU7 | M3 |
| 751150AV5 | M4 |
| 751150AW3 | M5 |
| 751150AX1 | M6 |
| 751150AY9 | M7 |
| 751150BE2 | P |
| 751150BA0 | RI |
| 751150BB8 | RII |
| 751150BC6 | RIII |
| 751150BD4 | RX |
| 751150AZ6 | SB |
| 751150AP8 | X1 |
| 751150AQ6 | X2 |
| 751150AR4 | X3 |

Residential Accredit Loans, Inc. 2006-QO8

| Cusip | Class |
|---|---|
| 75115FAA8 | IA1A |
| 75115FAC4 | IA2A |
| 75115FAS9 | IA5A |
| 75115FAB6 | IA1B |
| 75115FAD2 | IA3A |
| 75115FAE0 | IA3B |
| 75115FAQ3 | IA4A |
| 75115FAR1 | IA4B |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 75115FAT7 | IIA |
| 75115FAF7 | M1 |
| 75115FAG5 | M2 |
| 75115FAH3 | M3 |
| 75115FAJ9 | M4 |
| 75115FAK6 | M5 |
| 75115FAL4 | M6 |
| 75115FAM2 | M7 |
| 75115FAN0 | M8 |
| 75115FAP5 | M9 |
| 75115FAX8 | IAX |
| 75115FAY6 | IIAX |
| 75115FAZ3 | SB |
| 75115FBA7 | P |
| 75115FBB5 | RI |
| 75115FBC3 | RII |
| 75115FBD1 | RIII |
| 75115FBE9 | RX |

Residential Accredit Loans, Inc. 2006-QO9

| Cusip | Class |
|---|---|
| 75115HAA4 | IA1A |
| 75114PAA7 | IA1B |
| 75114PAB5 | IA2A |
| 75114PAC3 | IA3A |
| 75114PAD1 | IA3B |
| 75114PAE9 | IA4A |
| 75115HAB2 | IIA |
| 75115HAC0 | M1 |
| 75115HAD8 | M2 |
| 75115HAE6 | M3 |
| 75115HAF3 | M4 |
| 75115HAG1 | M5 |
| 75115HAH9 | M6 |
| 75115HAJ5 | M7 |
| 75115HAK2 | M8 |
| 75115HAL0 | M9 |
| 75115HAM8 | B |
| 75115HAN6 | AXP |
| 75115HAP1 | SB |
| 75115HAQ9 | P |
| 75115HAR7 | RI |
| 75115HAS5 | RII |
| 75115HAT3 | RIII |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 75115HAU0 | RIV |
| 75115HAV8 | RX |

Residential Accredit Loans, Inc. 2006-QO10

| Cusip | Class |
|---|---|
| 751153AA5 | A1 |
| 751153AB3 | A2 |
| 751153AC1 | A3 |
| 751153AD9 | M1 |
| 751153AE7 | M2 |
| 751153AF4 | M3 |
| 751153AG2 | M4 |
| 751153AH0 | M5 |
| 751153AJ6 | M6 |
| 751153AK3 | M7 |
| 751153AL1 | M8 |
| 751153AM9 | M9 |
| 751153AN7 | B |
| 751153AQ0 | RI |
| 751153AR8 | RII |
| 751153AT4 | RX |
| 751153AP2 | SB |
| 751153AS6 | P |

Residential Accredit Loans, Inc. 2007-QH1

| Cusip | Class |
|---|---|
| 74922HAA0 | A1 |
| 74922HAB8 | A2 |
| 74922HAC6 | A3 |
| 74922HAD4 | M1 |
| 74922HAE2 | M2 |
| 74922HAF9 | M3 |
| 74922HAG7 | M4 |
| 74922HAH5 | M5 |
| 74922HAJ1 | M6 |
| 74922HAK8 | M7 |
| 74922HAL6 | SB |
| 74922HAM4 | RI |
| 74922HAN2 | RII |
| 74922HAQ5 | RIII |
| 74922HAP7 | RX |

Residential Accredit Loans, Inc. 2007-QH2

| Cusip | Class |
|---|---|

185

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 74922JAA6 | A1 |
| 74922JAB4 | A2 |
| 74922JAC2 | A3 |
| 74922JAD0 | M1 |
| 74922JAE8 | M2 |
| 74922JAF5 | M3 |
| 74922JAG3 | M4 |
| 74922JAH1 | M5 |
| 74922JAJ7 | M6 |
| 74922JAK4 | M7 |
| 74922JAL2 | SB |
| 74922JAM0 | RI |
| 74922JAN8 | RII |
| 74922JAP3 | RIII |
| 74922JAQ1 | RX |

Residential Accredit Loans, Inc. 2007-QH3

| Cusip | Class |
|---|---|
| 74922WAA7 | A1 |
| 74922WAB5 | A2 |
| 74922WAC3 | A3 |
| 74922WAD1 | M1 |
| 74922WAE9 | M2 |
| 74922WAF6 | M3 |
| 74922WAG4 | M4 |
| 74922WAH2 | M5 |
| 74922WAJ8 | M6 |
| 74922WAK5 | M7 |
| 74922WAL3 | M8 |
| 74922WAM1 | M9 |
| 74922WAN9 | SB |
| 74922WAP4 | RI |
| 74922WAQ2 | RII |
| 74922WAR0 | RIII |
| 74922WAS8 | RX |

Residential Accredit Loans, Inc. 2007-QH4

| Cusip | Class |
|---|---|
| 74922TAA4 | A1 |
| 74922TAB2 | A2 |
| 74922TAC0 | A3 |
| 74922TAD8 | M1 |
| 74922TAE6 | M2 |
| 74922TAF3 | M3 |

<u>**Schedule A**</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 74922TAG1 | M4 |
| 74922TAH9 | M5 |
| 74922TAJ5 | M6 |
| 74922TAK2 | M7 |
| 74922TAL0 | M8 |
| 74922TAM8 | B |
| 74922TAN6 | SB |
| 74922TAP1 | RI |
| 74922TAQ9 | RII |
| 74922TAR7 | RIII |
| 74922TAS5 | RX |

Residential Accredit Loans, Inc. 2007-QH5

| Cusip | Class |
|---|---|
| 75116EAA0 | AI1 |
| 75116EAB8 | AI2 |
| 75116EAC6 | AI3 |
| 75116EAD4 | AII |
| 75116EAE2 | M1 |
| 75116EAF9 | M2 |
| 75116EAG7 | M3 |
| 75116EAH5 | M4 |
| 75116EAJ1 | M5 |
| 75116EAK8 | M6 |
| 75116EAL6 | M7 |
| 75116EAM4 | M8 |
| 75116EAU6 | SB |
| 75116EAP7 | RI |
| 75116EAQ5 | RII |
| 75116EAR3 | RIII |
| 75116EAT9 | RIV |
| 75116EAS1 | RX |

Residential Accredit Loans, Inc. 2007-QH6

| Cusip | Class |
|---|---|
| 74922AAA5 | A1 |
| 74922AAB3 | A2 |
| 74922AAC1 | A3 |
| 74922AAD9 | M1 |
| 74922AAE7 | M2 |
| 74922AAF4 | M3 |
| 74922AAG2 | M4 |
| 74922AAH0 | M5 |
| 74922AAJ6 | M6 |

<u>**Schedule A**</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 74922AAK3 | M7 |
| 74922AAL1 | M8 |
| 74922AAR8 | B |
| 74922AAS6 | SB |
| 74922AAM9 | RI |
| 74922AAN7 | RII |
| 74922AAP2 | RIII |
| 74922AAQ0 | RX |

Residential Accredit Loans, Inc. 2007-QH7

| Cusip | Class |
|---|---|
| 75115LAA5 | 1A1 |
| 75115LAB3 | 1A2 |
| 75115LAC1 | 1A3 |
| 75115LAD9 | 2A1 |
| 75115LAE7 | 2A2 |
| 75115LAF4 | M1 |
| 75115LAG2 | M2 |
| 75115LAH0 | M3 |
| 75115LAJ6 | M4 |
| 75115LAK3 | M5 |
| 75115LAL1 | M6 |
| 75115LAM9 | M7 |
| 75115LAN7 | M8 |
| 75115LAP2 | M9 |
| 75115LAT4 | SB |
| 75115LAU1 | RI |
| 75115LAV9 | RII |
| 75115LAW7 | RIII |
| 75115LAX5 | RIV |
| 75115LAY3 | RX |

Residential Accredit Loans, Inc. 2007-QH8

| Cusip | Class |
|---|---|
| 74924EAA5 | A |
| 74924EAJ6 | X |
| 74924EAK3 | RI |
| 74924EAL1 | RII |
| 74924EAB3 | M1 |
| 74924EAC1 | M2 |
| 74924EAD9 | M3 |
| 74924EAH0 | P |
| 74924EAE7 | B1 |
| 74924EAF4 | B2 |

**<u>Schedule A</u>**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

74924EAG2                                    B3

Residential Accredit Loans, Inc. 2007-QH9

| Cusip | Class |
|-------|-------|
| 749241AA3 | A1 |
| 749241AB1 | A2 |
| 749241AC9 | X |
| 749241AD7 | RI |
| 749241AE5 | RII |
| 749241AF2 | M1 |
| 749241AG0 | M2 |
| 749241AH8 | M3 |
| 749241AJ4 | P |
| 749241AK1 | B1 |
| 749241AL9 | B2 |
| 749241AM7 | B3 |

Residential Accredit Loans, Inc. 2007-QO1

| Cusip | Class |
|-------|-------|
| 75115YAA7 | A1 |
| 75115YAB5 | A2 |
| 75115YAC3 | A3 |
| 75115YAD1 | M1 |
| 75115YAE9 | M2 |
| 75115YAF6 | M3 |
| 75115YAG4 | M4 |
| 75115YAH2 | M5 |
| 75115YAJ8 | M6 |
| 75115YAK5 | M7 |
| 75115YAL3 | M8 |
| 75115YAM1 | M9 |
| 75115YAT6 | B |
| 75115YAN9 | SB |
| 75115YAP4 | P |
| 75115YAQ2 | RI |
| 75115YAR0 | RII |
| 75115YAS8 | RX |

Residential Accredit Loans, Inc. 2007-QO2

| Cusip | Class |
|-------|-------|
| 75116AAA8 | A1 |
| 75116AAB6 | A2 |
| 75116AAC4 | A3 |
| 75116AAD2 | M1 |

Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 75116AAE0 | M2 |
| 75116AAF7 | M3 |
| 75116AAG5 | M4 |
| 75116AAH3 | M5 |
| 75116AAJ9 | M6 |
| 75116AAK6 | M7 |
| 75116AAL4 | M8 |
| 75116AAM2 | M9 |
| 75116AAS9 | B |
| 75116AAN0 | SB |
| 75116AAP5 | P |
| 75116AAQ3 | RI |
| 75116AAR1 | RII |
| 111411898 | RIII |
| 111411906 | RX |

Residential Accredit Loans, Inc. 2007-QO3

| Cusip | Class |
|---|---|
| 74923TAA3 | A1 |
| 74923TAB1 | A2 |
| 74923TAC9 | A3 |
| 74923TAD7 | M1 |
| 74923TAE5 | M2 |
| 74923TAF2 | M3 |
| 74923TAG0 | M4 |
| 74923TAH8 | M5 |
| 74923TAJ4 | M6 |
| 74923TAK1 | M7 |
| 74923TAL9 | M8 |
| 74923TAM7 | M9 |
| 74923TAN5 | SB |
| 74923TAP0 | RI |
| 74923TAQ8 | RII |
| 74923TAR6 | RX |

Residential Accredit Loans, Inc. 2007-QO4

| Cusip | Class |
|---|---|
| 74923LAA0 | A1 |
| 74923LAB8 | A1a |
| 74923LAC6 | A2 |
| 74923LAD4 | A3 |
| 74923LAE2 | M1 |
| 74923LAF9 | M2 |
| 74923LAG7 | M3 |

## Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 74923LAH5 | M4 |
| 74923LAJ1 | M5 |
| 74923LAK8 | M6 |
| 74923LAL6 | M7 |
| 74923LAM4 | M8 |
| 74923LAN2 | M9 |
| 74923LAS1 | SB |
| 74923LAP7 | RI |
| 74923LAQ5 | RII |
| 74923LAR3 | RX |

Residential Accredit Loans, Inc. 2007-QO5

| Cusip | Class |
|---|---|
| 74924AAA3 | A |
| 74924AAB1 | M1 |
| 74924AAC9 | M2 |
| 74924AAD7 | M3 |
| 74924AAF2 | M5 |
| 74924AAG0 | SB |
| 74924AAH8 | RI |
| 74924AAJ4 | RII |
| 74924AAK1 | RX |

Residential Accredit Loans, Inc. 2006-QH1

| Cusip | Class |
|---|---|
| 75115GAA6 | A1 |
| 75115GAB4 | A2 |
| 75115GAC2 | A3 |
| 75115GAD0 | M1 |
| 75115GAE8 | M2 |
| 75115GAF5 | M3 |
| 75115GAG3 | M4 |
| 75115GAH1 | M5 |
| 75115GAJ7 | SB |
| 75115GAM0 | RX |
| 75115GAK4 | RI |
| 75115GAL2 | RII |

GMACM Mortgage Loan Trust 2005-AR3

| Cusip | Class |
|---|---|
| 36185N6Y1 | 1A |
| 36185N6Z8 | 2A1 |
| 36185N7A2 | 2A2 |
| 36185N7B0 | 3A1 |

**Schedule A**

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 36185N7C8 | 3A2 |
| 36185N7D6 | 3A3 |
| 36185N7E4 | 3A4 |
| 36185N7F1 | 4A1 |
| 36185N7G9 | 4A2 |
| 36185N7H7 | 4A3 |
| 36185N7J3 | 4A4 |
| 36185N7K0 | 4A5 |
| 36185N7L8 | 5A1 |
| 36185N7M6 | 5A2 |
| 36185N7P9 | M1 |
| 36185N7Q7 | M2 |
| 36185N7R5 | M3 |
| 36185N7S3 | B1 |
| 36185N7T1 | B2 |
| 36185N7U8 | B3 |
| 36185N7N4 | R |

GMACM Mortgage Loan Trust 2005-AR4

| Cusip | Class |
|---|---|
| 76112BUD0 | 1-A |
| 76112BUE8 | 2A-1 |
| 76112BUF5 | 2A-2 |
| 76112BUG3 | 3A-1 |
| 76112BUH1 | 3A-2 |
| 76112BUJ7 | 4A-1 |
| 76112BUK4 | 4A-2 |
| 76112BUL2 | 5A-1 |
| 76112BUM0 | 5A-2 |
| 76112BUP3 | M-1 |
| 76112BUQ1 | M-2 |
| 76112BUR9 | M-3 |
| 76112BUS7 | B-1 |
| 76112BUT5 | B-2 |
| 76112BUU2 | B-3 |
| 76112BUN8 | R |

GMACM Mortgage Loan Trust 2005-AR5

| Cusip | Class |
|---|---|
| 76112BXX3 | 1A-1 |
| 76112BXY1 | 1A-2 |
| 76112BXZ8 | 2A-1 |
| 76112BYA2 | 2A-2 |
| 76112BYB0 | 3A-1 |

Schedule A

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 76112BYC8 | 3A-2 |
| 76112BYD6 | 4A-1 |
| 76112BYE4 | 4A-2 |
| 76112BYF1 | 5A-1 |
| 76112BYH7 | M-1 |
| 76112BYJ3 | M-2 |
| 76112BYK0 | M-3 |
| 76112BYL8 | B-1 |
| 76112BYM6 | B-2 |
| 76112BYN4 | B-3 |
| 76112BYG9 | R |

GMACM Mortgage Loan Trust 2005-AR6

| Cusip | Class |
|---|---|
| 36185MBG6 | 1-A-1 |
| 36185MBH4 | 1-A-2 |
| 36185MBJ0 | 2-A-1 |
| 36185MBK7 | 2-A-2 |
| 36185MBL5 | 3-A-1 |
| 36185MBM3 | 3-A-2 |
| 36185MBN1 | 4-A-1 |
| 36185MBP6 | 4-A-2 |
| 36185MBR2 | M-1 |
| 36185MBS0 | M-2 |
| 36185MBT8 | M-3 |
| 36185MBU5 | B-1 |
| 36185MBV3 | B-2 |
| 36185MBW1 | B-3 |
| 36185MBQ4 | R |

GMACM Mortgage Loan Trust 2005-AF1

| Cusip | Class |
|---|---|
| 36185MAH5 | A-1 |
| 36185MAJ1 | A-2 |
| 36185MAK8 | A-3 |
| 36185MAL6 | A-4 |
| 36185MAM4 | A-5 |
| 36185MAN2 | A-6 |
| 36185MAP7 | A-7 |
| 36185MAQ5 | A-8 |
| 36185MAR3 | A-9 |
| 36185MAW2 | A-10 |
| 36185MAX0 | A-11 |
| 36185MAY8 | A-12 |

<u>Schedule A</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 36185MBF8 | A-13 |
| 36185MAS1 | M-1 |
| 36185MAT9 | M-2 |
| 36185MAU6 | M-3 |
| 36185MAZ5 | B-1 |
| 36185MBA9 | B-2 |
| 36185MBB7 | B-3 |
| 36185MBC5 | PO |
| 36185MBD3 | IO |
| 36185MBE1 | R |

GMACM Mortgage Loan Trust 2005-AF2

| Cusip | Class |
|---|---|
| 36185MDB5 | A-1 |
| 36185MDC3 | A-2 |
| 36185MDD1 | PO |
| 36185MDE9 | IO |
| 36185MDF6 | R |
| 36185MDG4 | M-1 |
| 36185MDH2 | M-2 |
| 36185MDJ8 | M-3 |
| 36185MDK5 | B-1 |
| 36185MDL3 | B-2 |
| 36185MDM1 | B-3 |

GMACM Mortgage Loan Trust 2005-J1

| Cusip | Class |
|---|---|
| 36185MBX9 | A-1 |
| 36185MBY7 | A-2 |
| 36185MBZ4 | A-3 |
| 36185MCA8 | A-4 |
| 36185MCB6 | A-5 |
| 36185MCC4 | A-6 |
| 36185MCD2 | A-7 |
| 36185MCE0 | A-8 |
| 36185MCF7 | A-9 |
| 36185MCG5 | A-10 |
| 36185MCH3 | A-11 |
| 36185MCJ9 | A-12 |
| 36185MCK6 | A-13 |
| 36185MCL4 | A-14 |
| 36185MCM2 | A-15 |
| 36185MCN0 | A-16 |
| 36185MCP5 | A-17 |

<u>**Schedule A**</u>

**Deutsche Bank National Trust Company**
**Deutsche Bank Trust Company Americas**

| | |
|---|---|
| 36185MCQ3 | A-18 |
| 36185MCR1 | A-19 |
| 36185MCS9 | PO |
| 36185MCT7 | IO |
| 36185MCV2 | M-1 |
| 36185MCW0 | M-2 |
| 36185MCX8 | M-3 |
| 36185MCU4 | R |
| 36185MCY6 | B-1 |
| 36185MCZ3 | B-2 |
| 36185MDA7 | B-3 |

MASTR SPEC LN TR 2005-2
Cusip
576436CD9
576436CF4
576436CE7
576436CG2
576436CL1
576436CH0
576436CJ6
576436CK3
MSL0502CE

MASTR SPEC LN TR 2005-3
Cusip
576436CN7
576436CP2
576436CQ2
576436CR8
576436CM9
576436CS6
MSL053P
MSL053C

## Schedule A

### U.S. Bank National Association

**GMACM Home Equity Loan Trust 2004-HE4, Successor Trustee**
**361856DP9**
**GMACM4HE4OTC**
**361856DR5**

**GMACM Home Equity Loan Trust 2005-HE3, Successor Trustee**
**361856EH6**
**361856EJ2**
**GMACM05HE3CE**
**361856EK9**
**361856EM5**

**GMACM Home Equity Loan Trust 2006-HE4, Successor Trustee**
**38012UAA7**
**38012UAB5**
**38012UAC3**
**GMACM6HE4OTC**
**38012UAF6**

**GMACM Home Equity Loan Trust 2007-HE1, Successor Trustee**
**36186KAB1**
**36186KAC9**
**36186KAD7**
**36186KAE5**
**GMACM7HE1OTC**
**GMACM07HE1RI**
**GMAC07HE1RII**
**GMACM07HE1SB**

**Home Equity Loan Trust 2007-HSA2, Successor Trustee**
**43710RAE1**
**43710RAF8**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**43710RAG6**

**43710RAJ0**

**43710RAK7**

**43710RAH4**

**Home Equity Loan Trust 2007-HSA3, Successor Trustee**

**43710WAD2**

**43710WAE0**

**43710WAF7**

**43710WAG5**

**43710WAK6**

**43710WAL4**

**43710WAH3**

**43710WAJ9**

**RAAC Series 2007-RP1 Trust**

**74977YAA7**

**74977YAB5**

**74977YAC3**

**74977YAD1**

**74977YAE9**

**74977YAG4**

**74977YAH2**

**74977YAF6**

**RAAC Series 2007-RP2 Trust**

**74919WAA2**

**74919WAB0**

**74919WAC8**

**74919WAD6**

**74919WAE4**

**74919WAG9**

**74919WAH7**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**74919WAF1**

**RAAC Series 2007-RP3 Trust**
**74978BAA6**
**74978BAB4**
**74978BAC2**
**74978BAD0**
**74978BAE8**
**74978BAG3**
**74978BAH1**
**74978BAF5**

**RAAC Series 2007-RP4 Trust**
**74919LAD0**
**74919LAE8**
**74919LAF5**
**74919LAG3**
**74919LAH1**
**74919LAB4**
**74919LAC2**
**74919LAA6**

**Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates Series 2006-QA2**
**761118UD8**
**761118UE6**
**761118TN8**
**761118TP3**
**761118TQ1**
**761118TR9**
**761118TS7**
**761118TT5**
**761118TU2**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

761118TV0

761118TW8

761118UA4

761118UB2

761118UC0

761118WN4

761118TX6

761118TY4

761118TZ1

**Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates Series 2006-QO2**

761118VY1

761118VZ8

761118WA2

761118WB0

761118WC8

761118WD6

761118WE4

761118WF1

761118WG9

761118WH7

761118WJ3

761118WL8

761118WM6

761118WK0

**Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS2**

761118UG1

761118UR7

761118US5

761118UU0

761118UV8

761118UW6

761118UX4

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

761118UY2

761118UZ9

761118UH9

761118UJ5

761118UK2

761118UL0

761118UM8

761118UN6

761118UP1

761118UQ9

761118VD7

761118VE5

761118VS4

761118VT2

761118VU9

761118VA3

761118VB1

761118VF2

761118VG0

761118VV7

761118VW5

761118VX3

761118VC9

761118VP0

761118VQ8

761118VR6

761118VL9

761118VM7

761118VN5

761118VH8

761118VJ4

761118VK1

**Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates Series 2007-RS1**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

74923RAC3

74923RAD1

74923RAE9

74923RAQ2

74923RAF6

74923RAG4

74923RAH2

74923RAJ8

74923RAK5

74923RAL3

74923RAM1

74923RAN9

74923RAP4

111412383

111412391

111412375

**Residential Asset Mortgage Products Inc. Mortgage Asset-Backed Pass Through Certificates Series 2007-SP1**

74978AAB6

74978AAC4

74978AAD2

74978AAE0

74978AAF7

74978AAG5

74978AAJ9

74978AAK6

74978AAH3

**Residential Asset Mortgage Products Inc. Mortgage Asset-Backed Pass Through Certificates Series 2007-SP3**

74978FAA7

74978FAH2

74978FAB5

74978FAC3

74978FAD1

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**74978FAE9**

**74978FAG4**

**74978FAJ8**

**74978FAF6**

**Residential Asset Mortgage Products Mortgage Asset-Backed Pass-Through Certificate Series 2007-RZ1**

**74923PAB9**

**74923PAC7**

**74923PAP8**

**U75181AA2**

**74923PAN3**

**74923PAD5**

**74923PAE3**

**74923PAF0**

**74923PAG8**

**74923PAH6**

**74923PAJ2**

**74923PAK9**

**74923PAL7**

**74923PAM5**

**9ABSAT010**

**74923PAQ6**

**Residential Asset Mortgage Products, Inc Mortgage Asset-Backed Pass Through Certificates Series 2007-SP2**

**74919XAD4**

**74919XAE2**

**74919XAF9**

**74919XAG7**

**74919XAH5**

**74919XAJ1**

**74919XAK8**

**74919XAB8**

**74919XAC6**

**74919XAA0**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass Through Certificates, Series 2005-EFC1**

76112BRV4

76112BRW2

76112BRL6

76112BRM4

76112BRN2

76112BRP7

76112BRQ5

76112BRR3

76112BRS1

76112BRT9

76112BRU6

RAMP05EF0547

RAMP05EF0542

RAMP05EF0544

RAMP05EF0549

RAMP05EF0546

76112BQJ2

**Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates Series 2007-RS2**

75157DAA2

75157DAB0

75157DAC8

75157DAD6

75157DAE4

75157DAF1

75157DAG9

75157DAH7

75157DAJ3

75157DAK0

9ABSCF877

9ABSCF885

75157DAL8

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EFC2**

76112BVY3

RAM05EFC0608

76112BVP2

76112BVQ0

76112BVR8

76112BVS6

76112BVT4

76112BVU1

76112BVV9

76112BVW7

76112BVX5

RAMP05EF0609

76112BWA4

**Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EFC3**

RAM5EFC30634

76112BYT1

76112BYU8

76112BYV6

76112BYW4

76112BYX2

76112BYY0

76112BYZ7

76112BZA1

76112BZB9

RAMP05EF0632

76112BZD5

76112BZC7

RAMP5EFC0633

**Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EFC4**

76112BD56

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**76112BC32**

**76112BD64**

**76112BC40**

**76112BC57**

**76112BC65**

**76112BC73**

**76112BC81**

**76112BC99**

**76112BD23**

**76112BD31**

**76112BD49**

**RAMP05EF0670**

**76112BB90**

**RAMP5EFC0671**

**Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EFC5**

**76112BH29**

**76112BH37**

**76112BH45**

**76112BH52**

**76112BH60**

**76112BH78**

**76112BH86**

**76112BH94**

**76112BJ27**

**76112BJ35**

**76112BJ43**

**RAMP05EF0714**

**76112BJ68**

**76112BJ50**

**RAMP5EFC0713**

**Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EFC6**

**76112BJ84**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

<u>**Schedule A**</u>

**U.S. Bank National Association**

**76112BJ92**

**76112BL32**

**76112BK25**

**76112BK33**

**76112BK41**

**76112BK58**

**76112BK66**

**76112BK74**

**76112BK82**

**76112BK90**

**76112BL24**

**RAMP05EFC6RI**

**RAMP05EFC6R2**

**RAMP5EFC6III**

**76112BL40**


**Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EFC7**

**76112BR69**

**76112BR77**

**76112BR85**

**RAMP05EFCTRI**

**RAM05EFC7RII**

**76112BR93**


**Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-NC1**

**76112BQ94**

**76112BR28**

**76112BR36**

**RAMP05NC1RI**

**RAMP05NC1RII**

**76112BT67**


**Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EFC1**

**76112BW30**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**76112BV56**

**76112BV64**

**76112BV72**

**76112BV80**

**76112BV98**

**76112BW22**

**76112BW48**

**76112BW55**

**76112BW63**

**76112BW71**

**RAMP06EFC1RI**

**RAMP6EFC1RII**

**76112BY53**

**Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EFC2**

**749238AB7**

**749238AC5**

**749238AD3**

**749238AP6**

**U75184AA6**

**749238AE1**

**749238AF8**

**749238AG6**

**749238AH4**

**749238AJ0**

**749238AK7**

**749238AL5**

**749238AM3**

**749238AN1**

**749238AR2**

**RAMP06EFC2R2**

**749238AQ4**

**U75184AB4**

---

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2006-NC1**

**76112BW97**

**76112BX21**

**76112BX39**

**76112BX47**

**76112BX54**

**76112BX62**

**76112BX70**

**76112BX88**

**76112BX96**

**76112BY20**

**76112BY38**

**RAMP06NC1RI**

**RAMP06NC1RII**

**76112BY61**

**Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2006-NC2**

**75156TAB6**

**75156TAC4**

**75156TAN0**

**75156TAD2**

**75156TAE0**

**75156TAF7**

**75156TAG5**

**75156TAH3**

**75156TAJ9**

**75156TAK6**

**75156TAL4**

**75156TAM2**

**RAMP06NC2RI**

**RAMP06NC2RII**

**75156TAP5**

**Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2006-NC3**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

<u>**Schedule A**</u>

**U.S. Bank National Association**

**76112B4M9**

**76112B4N7**

**76112B4P2**

**76112B4Y3**

**76112B4Q0**

**76112B4R8**

**76112B4S6**

**76112B4T4**

**76112B4U1**

**76112B4V9**

**76112B4W7**

**76112B4X5**

**RAMP06NC3RI**

**RAMP06NC3RII**

**76112B4K3**

**Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-RS6**

**75156QAB2**

**75156QAC0**

**75156QAD8**

**75156QAP1**

**75156QAE6**

**75156QAF3**

**75156QAG1**

**75156QAH9**

**75156QAJ5**

**75156QAK2**

**75156QAL0**

**75156QAM8**

**75156QAN6**

**RAMP06RS6RI**

**RAMP06RS6RII**

**RAMP06RS6SB**

**\*\*** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## <u>Schedule A</u>

## **U.S. Bank National Association**

**Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-RZ5**

749239AD1
749239AE9
749239AF6
749239AG4
749239AH2
749239AJ8
749239AK5
749239AL3
749239AM1
749239AN9
749239AP4
749239AR0
749239AQ2

**Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-SP4**

74919VAB2
74919VAC0
74919VAG1
74919VAH9
74919VAJ5
74919VAK2
74919VAL0
74919VAD8
74919VAE6
74919VAF3

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2006-EMX1**

75405KAB4
75405KAC2
75405KAD0
75405KAE8
75405KAF5

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

75405KAG3

75405KAH1

75405KAJ7

75405KAK4

75405KAL2

75405KAM0

RASC06EMX1RI

RASC6EMX1RII

RASC06EMX1SB


**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2006-EMX2**

75406AAB5

75406AAC3

75406AAD1

75406AAE9

75406AAF6

75406AAG4

75406AAH2

75406AAJ8

75406AAK5

75406AAL3

75406AAM1

RASC06EMX2RI

RASC6EMX2RII

75406AAN9


**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2006-EMX3**

76113ABZ3

76113ACA7

76113ACB5

76113ACC3

76113ACD1

76113ACE9

76113ACF6

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

76113ACG4

76113ACH2

76113ACJ8

76113ACK5

RASC06EMX3R

76113ACL3

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2006-EMX4**

75406DAC7

75406DAD5

75406DAE3

75406DAF0

75406DAG8

75406DAH6

75406DAJ2

75406DAK9

75406DAL7

75406DAM5

75406DAN3

RASC06EMX4R

75406DAP8

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2006-EMX5**

74924QAC4

74924QAD2

74924QAE0

74924QAF7

74924QAG5

74924QAH3

74924QAJ9

74924QAK6

74924QAL4

74924QAM2

74924QAN0

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**RASC06EMX5R**

**74924QAP5**

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2006-EMX6**

**754065AB6**

**754065AC4**

**754065AD2**

**754065AE0**

**754065AF7**

**754065AG5**

**754065AH3**

**754065AJ9**

**754065AK6**

**754065AL4**

**754065AM2**

**754065AN0**

**RASC06EMX6R**

**754065AP5**

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2006-EMX7**

**74924TAB0**

**74924TAC8**

**74924TAD6**

**74924TAE4**

**74924TAF1**

**74924TAG9**

**74924TAH7**

**74924TAJ3**

**74924TAK0**

**74924TAL8**

**74924TAM6**

**74924TAN4**

**RASC06EMX7R**

**74924TAP9**

[**]  Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2006-EMX8**

74924UAB7

74924UAC5

74924UAD3

74924UAE1

74924UAF8

74924UAG6

74924UAH4

74924UAJ0

74924UAK7

74924UAL5

74924UAM3

74924UAN1

74924UAP6

74924UAR2

74924UAQ4

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2006-EMX9**

74924VAE9

74924VAB5

74924VAC3

74924VAD1

74924VAF6

74924VAQ2

74924VAG4

74924VAH2

74924VAJ8

74924VAK5

74924VAL3

74924VAM1

74924VAN9

74924VAP4

74924VAS8

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**74924VAR0**

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2007-EMX1**

**74924XAA3**

**74924XAB1**

**74924XAC9**

**74924XAD7**

**74924XAE5**

**RASC07EMX1R**

**74924XAF2**

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, 2005-AHL1**

**76110W4D5**

**76110W4E3**

**76110W4F0**

**76110W4G8**

**76110W4H6**

**RASC05AH0683**

**RASC5AHL0684**

**76110W4J2**

**76110W4K9**

**76110W4L7**

**76110W4M5**

**76110W4N3**

**76110W4P8**

**RASCO05A0682**

**76110W5D4**

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, 2005-AHL2**

**76110W5F9**

**76110W5G7**

**76110W5H5**

**76110W5J1**

**76110W5K8**

---

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

76110W5L6

76110W5M4

76110W5N2

76110W5P7

76110W5Q5

76110W5R3

RASC05AH0716

76110W5T9

76110W5S1

RASC5AHL0715

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, 2005-AHL3**

76110W6L5

76110W6M3

76110W6N1

76110W6P6

76110W6Q4

76110W6R2

76110W6S0

76110W6T8

76110W6U5

76110W6V3

76110W6W1

RASC05AH0742

76110W6X9

RASC5AHL0743

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2004-KS12**

76110WL61

76110WK88

76110WK96

76110WL20

76110WL38

76110WL46

**    Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**76110WL53**

**RASC04KS0451**

**RASC04KS0452**

**RASC04KS0453**

**76110WL79**

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005 KS2**

**76110WN51**

**76110WP59**

**76110WP67**

**76110WP42**

**76110WN69**

**76110WN77**

**76110WN85**

**76110WN93**

**76110WP26**

**76110WP34**

**RASC05KS0485**

**RASC05KS0484**

**RASC05KS0482**

**76110WP75**

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005 KS3**

**76110WT30**

**76110WT48**

**76110WT55**

**76110WT63**

**76110WT22**

**76110WS31**

**76110WS49**

**76110WS56**

**76110WS64**

**76110WS72**

**76110WS80**

---

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**76110WS98**

**RASC05KL0511**

**RASC05KL0510**

**76110WT71**

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-EMX1**

**RA05EMX10639**

**RAS05EMX0638**

**76110WR32**

**76110WQ58**

**76110WQ66**

**76110WQ74**

**76110WQ82**

**76110WQ90**

**76110WR24**

**RASC05EM0624**

**73110WR40**

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-EMX2**

**76110W2F2**

**76110W2R6**

**76110W2G0**

**76110W2H8**

**76110W2J4**

**76110W2K1**

**76110W2L9**

**76110W2M7**

**76110W2N5**

**76110W2P0**

**76110W2Q8**

**RASC05EM0571**

**RASC05EM0572**

**76110W2S4**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## <u>Schedule A</u>

### U.S. Bank National Association

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-EMX3**

RA05EMX30662

75405MAQ7

RAS05EMX0661

75405MAF1

75405MAG9

75405MAH7

75405MAJ3

75405MAK0

75405MAL8

75405MAM6

75405MAN4

75405MAP9

RASC05EM0663

75405MAR5

75405MAE4

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-EMX4**

76110W5X0

76110W5Y8

76110W5Z5

76110W6A9

76110W6B7

76110W6C5

76110W6D3

76110W6E1

76110W6F8

76110W6G6

76110W6H4

RASC05EMX4RI

RASC5EMX4RII

76110W6J0

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-KS10**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

75405WAB8

75405WAC6

75405WAD4

RAS05KS10723

RASC05KS0724

75405WAE2

75405WAF9

75405WAG7

75405WAH5

75405WAJ1

75405WAK8

75405WAL6

75405WAM4

75405WAN2

RASC05KS0725

76110W5U6

75405WAP7

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-KS11**

RA05KS110739

76110W7A8

76110W7B6

76110W7C4

RAS05KS10740

76110W7D2

76110W7E0

76110W7F7

76110W7G5

76110W7H3

76110W7J9

76110W7K6

76110W7L4

76110W7M2

RASC05KS0738

**    Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

76110W7N0

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-KS12**

753910AB4

753910AC2

753910AD0

753910AE8

753910AF5

753910AG3

753910AH1

753910AJ7

753910AK4

753910AL2

753910AM0

RASC05KS12RI

RASC5KS12RII

753910AN8

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-KS4**

76110WV86

76110WV94

76110WU61

76110WU79

76110WU87

76110WU95

76110WV29

76110WV37

76110WV45

RASC05KS0528

RASC05KS0529

76110WV52

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-KS5**

76110WX68

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

### Schedule A

### U.S. Bank National Association

**76110WX76**

**76110WW69**

**76110WW77**

**76110WW85**

**76110WW93**

**76110WX27**

**76110WX35**

**76110WX43**

**76110WX50**

**RASC05KS0538**

**RASC05KS0539**

**76110WX84**

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-KS6**

**76110W2A3**

**76110W2B1**

**76110WY67**

**76110WZ74**

**76110WZ82**

**76110WY75**

**76110WY83**

**76110WY91**

**76110WZ25**

**76110WZ33**

**76110WZ41**

**76110WZ58**

**76110WZ66**

**RASC05KS0585**

**RASC05KS0583**

**76110W2T2**

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-KS8**

**RASC5KS80654**

**76110W4A1**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**RASCM5KS0653**

**76110W3T1**

**76110W3U8**

**76110W3V6**

**76110W3W4**

**76110W3X2**

**76110W3Y0**

**76110W3Z7**

**RASCMS5K0652**

**76110W4B9**

**76110W3Q7**

**76110W3R5**

**76110W3S3**

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-KS9**

**RASC05KS0698**

**754058AB1**

**754058AC9**

**754058AN5**

**754058AP0**

**754058AD7**

**754058AE5**

**754058AF2**

**754058AG0**

**754058AH8**

**754058AJ4**

**754058AK1**

**754058AL9**

**754058AM7**

**RASCS05K0699**

**754058AQ8**

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2006-KS9**

**75406YAB3**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

75406YAC1

75406YAD9

75406YAE7

75406YAF4

75406YAG2

75406YAH0

75406YAJ6

75406YAK3

75406YAL1

75406YAM9

75406YAN7

75406YAP2

RASC06KS9R

75406YAQ0

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2007-KS1**

74924SAB2

74924SAC0

74924SAD8

74924SAP1

U75308AA1

74924SAE6

74924SAF3

74924SAG1

74924SAH9

74924SAJ5

74924SAK2

74924SAL0

74924SAM8

74924SAN6

RASC07KS1R

74924SAQ9

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2007-KS2**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## <u>Schedule A</u>

### U.S. Bank National Association

74924WAB3

74924WAC1

74924WAD9

74924WAE7

74924WAF4

74924WAQ0

74924WAG2

74924WAH0

74924WAJ6

74924WAK3

74924WAL1

74924WAM9

74924WAN7

74924WAP2

RASC07KS2R

74924WAR8

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2007-KS3**

74924YAB9

74924YAC7

74924YAD5

74924YAE3

74924YAF0

74924YAG8

74924YAH6

74924YAJ2

74924YAK9

74924YAL7

74924YAM5

74924YAN3

74924YAP8

RASC07KS3R

74924YAQ6

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-KS1**

76110WM29

76110WM94

76110WM37

76110WM45

76110WM52

76110WM60

76110WM78

76110WM86

RASC05KS0475

RASC05KS0476

76110WN28

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2006-KS1**

76113AAE1

76113AAF8

76113AAG6

76113AAH4

76113AAJ0

76113AAK7

76113AAL5

76113AAM3

76113AAN1

76113AAP6

76113AAQ4

RASC06KS1RI

RASC06KS1RII

76113ABE0

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2006-KS2**

75406BAM9

75406BAC1

75406BAD9

75406BAE7

\*\*    Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

75406BAP2

75406BAF4

75406BAG2

75406BAH0

75406BAJ6

75406BAK3

75406BAL1

75406BAN7

RASC06KS2RI

RASC06KS2RII

RASC6KS2RIII

75406BAQ0

75406BAD8

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2006-KS3**

76113ABH3

76113ABJ9

76113ABK6

76113ABL4

76113ABV2

76113ABW0

76113ABM2

76113ABN0

76113ABP5

76113ABQ3

76113ABR1

76113ABS9

76113ABT7

76113ABU4

RASC06K3R

76113ABX8

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2006-KS4**

75406EAC5

75406EAD3

75406EAQ4

U7530PAA3

75406EAE1

75406EAP6

75406EAF8

75406EAG6

75406EAH4

75406EAJ0

75406EAK7

75406EAL5

75406EAM3

75406EAN1

RASC06KS4RI

RASC06KS4RII

RASC6KS4RIII

75406EAR2

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2006-KS5**

75406VAC7

75406VAD5

75406VAP8

75406VAE3

75406VAF0

75406VAG8

75406VAH6

75406VAJ2

75406VAK9

75406VAL7

75406VAM5

75406VAN3

RASC06KS5R

**     Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

**<u>Schedule A</u>**

**U.S. Bank National Association**

**75406VAQ6**

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2006-KS6**
**75406WAC5**
**75406WAD3**
**75406WAP6**
**75406WAE1**
**75406WAF8**
**75406WAG6**
**75406WAH4**
**75406WAJ0**
**75406WAK7**
**75406WAL5**
**75406WAM3**
**75406WAN1**
**RASC06KS6R**
**75406WAQ4**

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2006-KS7**
**75406XAC3**
**75406XAD1**
**75406XAE9**
**75406XAF6**
**75406XAG4**
**75406XAH2**
**75406XAJ8**
**75406XAK5**
**75406XAL3**
**75406XAM1**
**75406XAN9**
**RASC06KS7R**
**75406XAP4**

**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2006-KS8**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

74924RAB4

74924RAC2

74924RAD0

74924RAE8

74924RAF5

74924RAG3

74924RAH1

74924RAJ7

74924RAK4

74924RAL2

74924RAM0

74924RAN8

74924RAQ1

74924RAP3


**Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EMX5**

76110W7Q3

76110W7R1

RASC05EMX5RI

RASC5EMX5RII

76110W7S9


**Residential Asset Securities Corporation Home Equity Mortgage Pass Through Certificates, Series 2005-KS7**

76110W3G9

RASC05KS0604

76110W2X3

76110W2Y1

76110W2Z8

76110W3A2

76110W3B0

76110W3C8

76110W3D6

76110W3E4

**       Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk.
Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support
Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**76110W3F1**

**RASCO05K0602**

**76110W3H7**

**Residential Asset Securities Corporation Series 2007-KS4 Trust**

**74924NAA5**

**74924NAB3**

**74924NAC1**

**74924NAD9**

**74924NAE7**

**74924NAF4**

**74924NAG2**

**74924NAH0**

**74924NAJ6**

**74924NAK3**

**74924NAL1**

**74924NAM9**

**74924NAN7**

**9ABSCK850**

**9ABSCK868**

**74924NAP2**

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2004-PS1**

**76111XPP2**

**76111XPU1**

**76111XPV9**

**76111XPW7**

**76111XPR8**

**76111XPS6**

**76111XPT4**

**76111XPQ0**

**Residential Funding Mortgage Securities I, INC. Mortgage Pass-Through Certificates, Series 2004-S9**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

76111XQD8

76111XQN6

76111XQP1

76111XQQ9

76111XQR7

76111XQS5

76111XQT3

76111XQU0

76111XQV8

76111XQW6

76111XQX4

76111XQE6

76111XQY2

76111XRA3

76111XRB1

76111XRC9

76111XRD7

76111XRE5

76111XRF2

76111XQF3

76111XQG1

76111XQH9

76111XQJ5

76111XQK2

76111XQL0

76111XQM8

76111XRH8

76111XRJ4

76111XPX5

76111XPY3

76111XPZ0

76111XRG0

76111XRK1

76111XRL9

**    Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

76111XQA4

76111XQB2

76111XQC0

76111XRU9

76111XRV7

76111XRW5

76111XRR6

76111XRS4

76111XRT2

76111XRM7

76111XRN5

76111XRP0

76111XRQ8

76111XQZ9

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-S1**

76111XRX3

76111XRY1

76111XRZ8

76111XSA2

76111XSB0

76111XSC8

76111XSG9

76111XSH7

76111XSV6

76111XSW4

76111XSX2

76111XSD6

76111XSE4

76111XSF1

76111XSJ3

76111XSK0

76111XSY0

76111XSZ7

**  Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

76111XTA1

76111XSS3

76111XST1

76111XSU8

76111XSP9

76111XSQ7

76111XSR5

76111XSL8

76111XSM6

76111XSN4

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-S2**

76111XTQ6

76111XTR4

76111XTS2

76111XTT0

76111XTU7

76111XTV5

76111XTW3

76111XTX1

76111XUD3

76111XUE1

76111XUF8

76111XUA9

76111XUB7

76111XUC5

76111XTY9

76111XTZ6

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-S3**

76111XUG6

76111XUH4

76111XUJ0

76111XUP6

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

76111XUQ4

76111XUR2

76111XUL5

76111XUM3

76111XUN1

76111XUK7

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-through Certificates, Series 2005-S4**

76111XUS0

76111XUT8

76111XUU5

76111XUV3

76111XUW1

76111XVB6

76111XVC4

76111XVD2

76111XUY7

76111XUZ4

76111XVA8

76111XUX9

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-S5**

76111XXH1

76111XWN9

76111XWP4

76111XWQ2

76111XWR0

76111XWS8

76111XWT6

76111XWU3

76111XWV1

76111XWW9

76111XWX7

76111XXC2

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**76111XXD0**

**76111XXE8**

**76111XWZ2**

**76111XXA6**

**76111XXB4**

**76111XWY5**

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-S6**

**76111XXT5**

**76111XXR9**

**76111XXS7**

**76111XXW8**

**76111XXX6**

**76111XXY4**

**76111XXJ7**

**76111XXK4**

**76111XXL2**

**76111XXM0**

**76111XXN8**

**76111XXP3**

**76111XXQ1**

**76111XXU2**

**76111XXZ1**

**76111XYA5**

**76111XYB3**

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-S7**

**76111XZR7**

**76111XZS5**

**76111XZT3**

**76111XZU0**

**76111XZV8**

**76111XZW6**

**76111XZX4**

[**]    Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

76111XZY2

76111XZZ9

76111XA29

76111XA37

76111XZN6

76111XZP1

76111XZQ9

76111XA60

76111XA78

76111XA86

76111XA45

76111XA52

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-S8**

76111XD26

76111XC50

76111XC68

76111XC76

76111XC84

76111XC92

76111XD67

76111XD75

76111XD83

76111XD34

76111XD42

76111XD59

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-S9**

76111XD91

76111XF24

76111XF32

76111XF40

76111XE25

76111XE33

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

76111XE41

76111XE58

76111XE66

76111XE74

76111XE82

76111XE90

76111XF57

76111XF65

76111XG49

76111XG56

76111XG64

76111XF99

76111XG23

76111XG31

76111XF73

76111XF81

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-through Certificates, Series 2005-SA2**

76111XVJ9

76111XVK6

76111XVW0

76111XVX8

76111XVY6

76111XVE0

76111XVF7

76111XVG5

76111XVL4

76111XVS9

76111XVT7

76111XVU4

76111XVV2

76111XVQ3

76111XVR1

76111XVM2

**       Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**76111XVN0**

**76111XVP5**


**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-SA3**

**76111XWA7**

**76111XWB5**

**76111XWD1**

**76111XXG3**

**76111XWE9**

**76111XXF5**

**76111XWK5**

**76111XWL3**

**76111XWM1**

**76111XVZ3**

**76111XWF6**

**76111XWG4**

**76111XWH2**

**76111XWJ8**


**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-SA4**

**76111XYY3**

**76111XYZ0**

**76111XYU1**

**76111XYV9**

**76111XYW7**

**76111XYN7**

**76111XYP2**

**76111XYQ0**

**76111XYL1**

**76111XYC1**

**76111XYD9**

**76111XYE7**

**76111XYF4**

**76111XYH0**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

76111XYJ6

76111XYX5

76111XYR8

76111XYS6

76111XYT4

76111XYK3

76111XYG2


**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-SA5**

76111XZD8

76111XZB2

76111XZE6

76111XZC0

76111XZK2

76111XZL0

76111XZM8

76111XZA4

76111XZG1

76111XZH9

76111XZJ5


**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S1**

76111XK44

76111XK51

76111XL35

76111XL43

76111XL50

76111XJ20

76111XJ38

76111XJ46

76111XJ53

76111XJ61

76111XJ79

76111XJ95

**

Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

240

## Schedule A

## U.S. Bank National Association

**76111XK28**

**76111XK36**

**76111XK85**

**76111XK93**

**76111XL27**

**76111XK69**

**76111XK77**

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S10**

**74958DAX6**

**74958DAY4**

**74958DAZ1**

**74958DAA6**

**74958DAB4**

**74958DAC2**

**74958DAD0**

**74958DAE8**

**74958DAF5**

**74958DAG3**

**74958DAJ7**

**74958DAK4**

**74958DAH1**

**74958DAL2**

**74958DAM0**

**74958DBA5**

**74958DBB3**

**74958DBC1**

**74958DAU2**

**74958DAV0**

**74958DAW8**

**74958DAR9**

**74958DAS7**

**74958DAT5**

**74958DAN8**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

74958DAP3

74958DAQ1

### Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S11

74958FAA1

74958FAB9

74958FAC7

74958FAD5

74958FAE3

74958FAF0

74958FAM5

74958FAN3

74958FAP8

74958FAJ2

74958FAK9

74958FAL7

74958FAG8

### Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S12

74958EAB2

74958EAC0

74958EAD8

74958EAE6

74958EAF3

74958EAG1

74958EAH9

74958EBT2

74958EBU9

74958EBV7

74958EBJ4

74958EBK1

74958EBL9

74958EAJ5

74958EAT3

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

74958EAK2

74958EAL0

74958EAM8

74958EAN6

74958EAP1

74958EAQ9

74958EAR7

74958EAS5

74958EAY2

74958EAZ9

74958EBW5

74958EBX3

74958EBY1

74958EBM7

74958EBN5

74958EBP0

74958EAA4

74958EAU0

74958EAV8

74958EBQ8

74958EBR6

74958EBS4

74958EAW6

74958EAX4

74958EBF2

74958EBG0

74958EBH8

74958EBA3

74958EBB1

74958EBC9

74958EBD7

74958EBE5

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S2**

<sup>**</sup> Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**76111XL76**

**76111XL84**

**76111XL92**

**76111XM26**

**76111XM34**

**76111XM42**

**76111XM59**

**76111XM67**

**76111XM75**

**76111XN41**

**76111XN58**

**76111XN66**

**76111XM91**

**76111XN25**

**76111XN33**

**76111XM83**

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S3**

**76111XN74**

**76111XP80**

**76111XN82**

**76111XN90**

**76111XP23**

**76111XP31**

**76111XP56**

**76111XP64**

**76111XP72**

**76111XP98**

**76111XQ22**

**76111XQ71**

**76111XQ89**

**76111XQ97**

**76111XQ48**

**76111XQ55**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**76111XQ63**

**76111XQ30**

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S4**

**762010AA4**

**762010AK2**

**762010AB2**

**762010AC0**

**762010AD8**

**762010AE6**

**762010AF3**

**762010AG1**

**762010AJ5**

**762010AL0**

**762010AM8**

**762010AS5**

**762010AT3**

**762010AU0**

**762010AP1**

**762010AQ9**

**762010AR7**

**762010AN6**

**762010AV8**

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S5**

**74957EAA5**

**74957EAK3**

**74957EAM9**

**74957EAN7**

**74957EAP2**

**74957EAQ0**

**74957EAR8**

**74957EAS6**

**74957EAT4**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## <u>Schedule A</u>

## U.S. Bank National Association

74957EAB3

74957EAC1

74957EAD9

74957EAE7

74957EAF4

74957EAG2

74957EAJ6

74957EAW7

74957EAX5

74957EBB2

74957EBC0

74957EBD8

74957EAY3

74957EAZ0

74957EBA4

74957EAU1

74957EAV9

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S6**

74957VAA7

74957VAK5

74957VAM1

74957VAN9

74957VAP4

74957VAQ2

74957VAR0

74957VAJ8

74957VAS8

74957VAT6

74957VAZ2

74957VBA6

74957VBB4

74957VAW9

74957VAX7

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**74957VAY5**

**74957VAU3**

**74957VAV1**

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S7**

**74958AAA2**

**74958AAK0**

**74958AAB0**

**74958AAC8**

**74958AAD6**

**74958AAE4**

**74958AAF1**

**74958AAG9**

**74958AAH7**

**74958AAJ3**

**74958AAL8**

**74958AAM6**

**74958AAT1**

**74958AAU8**

**74958AAV6**

**74958AAQ7**

**74958AAR5**

**74958AAS3**

**74958AAN4**

**74958AAP9**

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S8**

**74957XAA3**

**74957XAK1**

**74957XAL9**

**74957XAM7**

**74957XAN5**

**74957XAP0**

**74957XAQ8**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

74957XAR6
74957XAB1
74957XAC9
74957XAD7
74957XAE5
74957XAF2
74957XAG0
74957XAV7
74957XAW5
74957XBA2
74957XBB0
74957XBC8
74957XAX3
74957XAY1
74957XAZ8
74957XAS4
74957XAT2

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S9**

749577AA0
749577AK8
749577AL6
749577AM4
749577AB8
749577AC6
749577AD4
749577AH5
749577AJ1
749577AN2
749577AP7
749577AV4
749577AW2
749577AX0
749577AS1

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

749577AT9

749577AU6

749577AQ5

749577AR3

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-SA1**

76111XH71

76111XH89

76111XH97

76111XG72

76111XG80

76111XG98

76111XH22

76111XH48

76111XH55

76111XH63

76111XH30

76111XL68

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-SA2**

749574AE9

749574AF6

749574AQ2

749574AR0

749574AS8

749574AA7

749574AC3

749574AD1

749574AG4

749574AH2

749574AM1

749574AN9

749574AP4

749574AJ8

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**749574AK5**

**749574AL3**

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-SA3**

**749575AU0**

**749575AG1**

**749575AH9**

**749575AV8**

**749575AW6**

**749575AA4**

**749575AB2**

**749575AC0**

**749575AD8**

**749575AE6**

**749575AJ5**

**749575AK2**

**749575AL0**

**749575AM8**

**749575AR7**

**749575AS5**

**749575AT3**

**749575AN6**

**749575AP1**

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-SA4**

**74958CAF7**

**74958CAG5**

**74958CAN0**

**74958CAE0**

**74958CAP5**

**74958CAQ3**

**74958CAR1**

**74958CAA8**

**74958CAD2**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

74958CAB6

74958CAC4

74958CAK6

74958CAL4

74958CAM2

74958CAH3

74958CAJ9

74958CAS9

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-S1**

749581AE4

749581AP9

749581AQ7

749581AR5

749581AS3

749581AT1

749581AU8

749581AV6

749581AW4

749581AF1

749581AH7

749581AJ3

749581AK0

749581AL8

749581AM6

749581AN4

749581AA2

749581AB0

749581BA1

749581BB9

749581BC7

749581AX2

749581AY0

749581AZ7

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**749581AC8**

**749581AD6**


**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-S2**

**749583AA8**

**749583AK6**

**749583AY6**

**749583AZ3**

**749583AB6**

**749583AD2**

**749583AE0**

**749583AF7**

**749583AG5**

**749583AH3**

**749583AJ9**

**749583AL4**

**749583AM2**

**749583AT7**

**749583AU4**

**749583AV2**

**749583AQ3**

**749583AR1**

**749583AS9**

**749583AN0**

**749583AP5**


**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-S3**

**74958BAD4**

**74958BAE2**

**74958BAF9**

**74958BAG7**

**74958BAH5**

**74958BAJ1**

**74958BAK8**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

74958BAL6

74958BAM4

74958BAR3

74958BAS1

74958BAQ5

74958BAT9

74958BAU6

74958BAA0

74958BAB8

74958BAC6

74958BAV4

74958BAW2

74958BAX0

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-S6**

762009AA6

762009AK4

762009AL2

762009AM0

762009AN8

762009AP3

762009AQ1

762009AR9

762009AS7

762009AT5

762009AU2

762009AB4

762009AV0

762009AC2

762009AD0

762009AE8

762009AF5

762009AH1

762009AJ7

**          Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

762009AX6

762009AW8

762009CA4

762009CB2

762009CC0

762009AY4

762009BH0

762009BJ6

762009BK3

762009BL1

762009BM9

762009BN7

762009AZ1

762009BA5

762009BB3

762009BC1

762009BD9

762009BE7

762009BF4

762009BG2

762009BQ0

762009BP2

762009CD8

762009CE6

762009CF3

762009BX5

762009BY3

762009BZ0

762009BU1

762009BV9

762009BW7

762009BR8

762009BS6

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-S7**

76200RAA6

76200RAK4

76200RAL2

76200RAM0

76200RAN8

76200RAP3

76200RAQ1

76200RAR9

76200RAS7

76200RAT5

76200RAU2

76200RAV0

76200RAW8

76200RAX6

76200RAY4

76200RAZ1

76200RBA5

76200RBB3

76200RBC1

76200RBD9

76200RBE7

76200RAC2

76200RBF4

76200RBG2

76200RBH0

76200RBJ6

76200RBK3

76200RBL1

76200RBM9

76200RAE8

76200RAF5

76200RAG3

76200RAH1

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

76200RAJ7

76200RBN7

76200RBP2

76200RBU1

76200RBV9

76200RBW7

76200RBR8

76200RBS6

76200RBT4

76200RBX5

76200RBQ0

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-S8**

76200QAN0

76200QAP5

76200QAQ3

76200QAA8

76200QAB6

76200QAE0

76200QAF7

76200QAC4

76200QAD2

76200QAR1

76200QAS9

76200QAJ9

76200QAK6

76200QAL4

76200QAM2

76200QAG5

76200QAH3

X76200QAM2

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-SA1**

74958WAP1

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**74958WAQ9**

**74958WAR7**

**74958WAA4**

**74958WAB2**

**74958WAC0**

**74958WAD8**

**74958WAE6**

**74958WAF3**

**74958WAG1**

**74958WAL0**

**74958WAM8**

**74958WAN6**

**74958WAH9**

**74958WAJ5**

**74958WAK2**

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-SA2**

**74958XAP9**

**74958XAQ7**

**74958XAR5**

**74958XAA2**

**74958XAB0**

**74958XAC8**

**74958XAD6**

**74958XAE4**

**74958XAF1**

**74958XAL8**

**74958XAM6**

**74958XAN4**

**74958XAH7**

**74958XAJ3**

**74958XAG9**

**X74958XAH7**

**\*\*** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-SA3**

74958TAR4

74958TAS2

74958TAT0

74958TAA1

74958TAB9

74958TAC7

74958TAH6

74958TAK9

74958TAN3

74958TAP8

74958TAQ6

74958TAL7

74958TAM5

74958TAJ2

74958TAF0

74958TAG8

**Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-SA4**

74959AAK9

74959AAL7

74959AAM5

74959AAN3

74959AAP8

74959AAQ6

74959AAA1

74959AAR4

74959AAD5

74959AAE3

74959AAH6

74959AAJ2

74959AAF0

74959AAG8

74959AAB9

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**74959AAC7**

**Residential Funding Mortgage Securities I, Inc., Series 2007-S9**

**74958VAR9**

**74958VAS7**

**74958VAT5**

**74958VAA6**

**74958VAB4**

**74958VAF5**

**74958VAG3**

**74958VAC2**

**74958VAD0**

**74958VAE8**

**74958VAJ7**

**74958VAM0**

**74958VAN8**

**74958VAP3**

**74958VAQ1**

**74958VAK4**

**74958VAL2**

**Residential Funding Mortgage Securities II Home Loan Trust 2007-HI1**

**43718WAB8**

**43718WAC6**

**43718WAD4**

**9ABSCA654**

**Residential Funding Mortgage Securities II Series 2007-HSA1**

**43710MAA0**

**9ABSAW872**

**9ABSAT036**

**Residential Funding Mortgage Securities II, Inc. Home Loan-Backed Notes, Series 2006-HI5**

**43718VAC8**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**43718VAD6**

**RFMSII06HI5T**

**Residential Funding Mortgage Securities, I Inc. Mortgage Pass-Through Certificates, Series 2005-SA1**

76111XTH6

76111XTM5

76111XTN3

76111XTP8

76111XTB9

76111XTC7

76111XTD5

76111XTE3

76111XTF0

76111XTJ2

76111XTK9

76111XTL7

76111XTG8

**Residential Funding Mortgage, Securities I, Inc. Mortgage Pass-Through Certificates, Series 2004-S7**

76111XNF6

76111XNG4

76111XNH2

76111XNN9

76111XNP4

76111XNQ2

76111XNK5

76111XNL3

76111XNM1

76111XNJ8

**Residential Funding Mortgage, Securities I, Inc. Mortgage Pass-Through Certificates, Series 2004-S8**

76111XPL1

76111XPM9

76111XNU3

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**76111XNY5**

**76111XNZ2**

**76111XPA5**

**76111XPB3**

**76111XPH0**

**76111XPJ6**

**76111XPK3**

**76111XPE7**

**76111XPF4**

**76111XPG2**

**76111XPC1**

**76111XPD9**

**GMACM HELT 2004-HE3**

**361856DL8**

**GMACM04HE3**

**361856DG9**

**ACE Series 2007-SL3**

**00443YAA8**

**9ABSDU865**

**9ABSDU881**

**9ABSDU873**

**9ABSDU857**

**9ABSDU840**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**ACE Securities Corp. 1999-A**

**AHMIT 2005-4**

**02660TGT4**

**02660TGW7**

**02660TGR8**

**02660TGX5**

**02660THB2**

**02660TGP2**

**02660TGU1**

**02660TGY3**

**02660TGN7**

**02660TGZ0**

**02660TGS6**

**02660THC0**

**02660THA4**

**02660TGQ0**

**02660TGV9**

**AHM0544A**

**AHM0544C**

**02660THJ5**

[**]  Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**02660THD8**

**02660THF3**

**02660THE6**

**02660THH9**

**02660THG1**

**ARMT 2005-10**

**007036TA4**

**007036TB2**

**007036TC0**

**007036TD8**

**007036TE6**

**007036TF3**

**007036TG1**

**007036TH9**

**007036TJ5**

**007036TK2**

**007036TL0**

**007036TT3**

**007036TM8**

**007036TN6**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

**U.S. Bank National Association**

**007036TW6**

**007036UK0**

**007036TP1**

**007036TQ9**

**007036TR7**

**007036UB0**

**007036UC8**

**007036TS5**

**ARMT 2005-11**

**007036UX2**

**007036UY0**

**007036VA1**

**007036VB9**

**007036VC7**

**007036VD5**

**007036VE3**

**007036VF0**

**007036VG8**

**007036UQ7**

**007036UR5**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## <u>Schedule A</u>

### U.S. Bank National Association

**007036US3**

**007036VS2**

**ARMT 2005-9**

**007036RT5**

**007036RU2**

**007036RW8**

**007036RV0**

**007036RX6**

**007036RY4**

**007036RZ1**

**007036SA5**

**007036SB3**

**007036SC1**

**007036SD9**

**007036SE7**

**007036SG2**

**007036SH0**

**007036SJ6**

**007036SX5**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**BAFC 2005-3**

**05946XVL4**

**05946XVQ3**

**05946XVR1**

**05946XVS9**

**05946XVT7**

**05946XVU4**

**05946XVV2**

**05946XVW0**

**05946XVX8**

**05946XVY6**

**05946XVZ3**

**05946XWA7**

**05946XWB5**

**05946XWC3**

**05946XWD1**

**05946XWE9**

**05946XWF6**

**05946XWG4**

**05946XWH2**

**05946XWN9**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

05946XWP4

05946XWQ2

05946XWR0

05946XWS8

05946XWT6

05946XWU3

05946XWV1

05946XWL3

05946XWM1

05946XWW9

05946XWX7

05946XWY5

05946XWZ2

05946XXA6

**BAFC 2005-4**

05946XZV8

05946XZW6

05946XZX4

05946XZY2

05946XB77

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

05946XZZ9

05946XA29

05946XA37

05946XA45

05946XA52

05946XA60

05946XA78

05946XA86

05946XA94

05946XB28

05946XB36

05946XB44

05946XB51

**BAFC 2005-5**

05946XD34

05946XD42

05946XD59

05946XD67

05946XD75

05946XD83

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## <u>Schedule A</u>

### U.S. Bank National Association

05946XD91

05946XE25

05946XE33

05946XE41

05946XE58

05946XE66

05946XE74

05946XE82

05946XE90

05946XF24

05946XF32

05946XF40

05946XF57

05946XF65

05946XF73

05946XF81

05946XF99

05946XG23

05946XG31

05946XG49

05946XG56

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**BAFC 2005-6**

**05946XL92**

**05946XM26**

**05946XM34**

**05946XM42**

**05946XM59**

**05946XM67**

**05946XM75**

**05946XM83**

**05946XM91**

**05946XN25**

**05946XN33**

**05946XN41**

**05946XN58**

**05946XN66**

**05946XN74**

**05946XN82**

**05946XN90**

**05946XP23**

**05946XP31**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

05946XP49

05946XP56

05946XP64

05946XP72

05946XP80

05946XP98

05946XQ22

05946XQ30

**BAFC 2005-7**

05946XQ97

05946XR21

05946XR39

05946XR47

05946XR54

05946XV83

05946XR62

05946XR70

05946XR88

05946XR96

05946XS20

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

05946XS38

05946XS46

05946XS53

05946XS61

05946XS79

05946XS87

05946XS95

05946XT29

05946XT37

05946XT45

05946XT52

05946XT60

05946XT78

05946XT86

05946XT94

05946XU27

05946XU35

05946XU43

05946XU50

05946XU68

05946XU76

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**05946XU84**

**05946XU92**

**05946XV26**

**05946XV34**

**05946XV42**

**05946XV59**

**05946XV67**

**05946XV91**

**05946XW25**

**05946XW41**

**05946XW58**

**05946XV75**

**BAFC 2005-8**

**05946XX57**

**05946XX65**

**05946XX73**

**05946X3C5**

**05946X3B7**

**05946XX81**

**05946XX99**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

05946XY23

05946XY31

05946XY49

05946XY56

05946XY64

05946XY72

05946XY80

05946XY98

05946XZ22

05946XZ30

05946XZ48

05946XZ55

05946XZ63

05946XZ71

05946XZ89

05946XZ97

05946X2A0

05946X2B8

05946X2C6

05946X2D4

05946X2E2

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

05946X2F9

05946X2G7

05946X2H5

05946X2J1

05946X2K8

05946X2L6

05946X2M4

05946X2N2

05946X2P7

05946X2Q5

05946X2R3

05946X2S1

05946X2T9

05946X2U6

05946X2V4

05946X2W2

05946X2X0

05946X2Y8

05946X2Z5

05946X3A9

05946X3D3

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

**U.S. Bank National Association**

**05946X3E1**

**05946X3F8**

**05946X3G6**

**05946X3H4**

**05946X3J0**


**BAFC 2006-5**

**05950NAA6**

**05950NAB4**

**05950NAC2**

**05950NAD0**

**05950NAE8**

**05950NAF5**

**05950NAG3**

**05950NAH1**

**05950NAJ7**

**05950NAK4**

**05950NAL2**

**05950NAM0**

**05950NAN8**

**05950NAP3**


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**05950NBT4**

**05950NBS6**

**05950NBA5**

**05950NBB3**

**05950NBC1**

**05950NBD9**

**05950NAQ1**

**05950NBE7**

**05950NBF4**

**05950NBG2**

**05950NBH0**

**05950NBJ6**

**05950NBK3**

**05950NBN7**

**05950NBP2**

**05950NBQ0**

**05950NBR8**

**05950NBU1**

**BAFC 2007-3**

**059515AU0**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

059515AV8

059515AW6

059515AX4

059515BE5

059515BF2

059515AZ9

059515BA3

059515AY2

059515BB1

059515BC9

059515BD7

059515BK1

059515BL9

059515BM7

059515BR6

059515BS4

059515BT2

059515AA4

059515AB2

059515AC0

059515AD8

\*\*   Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

059515AE6

059515AF3

059515AG1

059515AH9

059515AJ5

059515AK2

059515AL0

059515AT3

059515AM8

059515AN6

059515AP1

059515AQ9

059515AR7

059515AS5

059515BG0

059515BH8

059515BJ4

059515BN5

059515BP0

059515BQ8

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**BAFC 2007-4**

**05953YAS0**

**05953YAT8**

**05953YAU5**

**05953YAV3**

**05953YAW1**

**05953YAX9**

**05953YAY7**

**05953YAZ4**

**05953YBA8**

**05953YBB6**

**05953YBC4**

**05953YBD2**

**05953YBE0**

**05953YBF7**

**05953YBG5**

**05953YBH3**

**05953YBJ9**

**05953YBK6**

**05953YBL4**

**05953YBM2**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

05953YBN0

05953YBP5

05953YBQ3

05953YBR1

05953YBS9

05953YBT7

05953YBU4

05953YBV2

05953YBW0

05953YBX8

05953YBY6

05953YBZ3

05953YCA7

05953YCB5

05953YCC3

05953YCD1

05953YCE9

05953YCJ8

05953YCK5

05953YCL3

05953YCF6

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**05953YCG4**

**05953YCH2**

**05953YCM1**

**05953YCN9**

**05953YCP4**

**05953YAG6**

**05953YAH4**

**05953YAJ0**

**05953YAA9**

**05953YAB7**

**05953YAK7**

**05953YAC5**

**05953YCQ2**

**05953YAD3**

**05953YAL5**

**05953YAE1**

**05953YAF8**

**05953YAM3**

**05953YAN1**

**05953YAP6**

**05953YAQ4**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**05953YAR2**

**BAFC 2007-7**

**059529AB3**

**059529AC1**

**059529AD9**

**059529AA5**

**059529AE7**

**059529AF4**

**059529AG2**

**059529AH0**

**059529AJ6**

**059529AK3**

**059529AL1**

**059529AM9**

**059529AN7**

**059529AP2**

**059529AQ0**

**059529AR8**

**059529AS6**

**059529AT4**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

059529AU1

059529AV9

059529AW7

059529AX5

059529AY3

059529BB2

059529BC0

059529BD8

059529BE6

059529BN6

059529BP1

059529BQ9

059529BF3

059529BG1

059529BH9

059529BR7

059529BS5

059529BT3

059529AZ0

059529BA4

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**BART 2004-1**

**07384MG22**

**07384ML67**

**07384MG63**

**07384MK27**

**07384ML42**

**07384ML75**

**07384MJ45**

**07384MH96**

**07384ML26**

**07384MJ29**

**07384MG30**

**07384MJ78**

**07384MK35**

**07384MH62**

**07384MH70**

**07384MJ94**

**07384MG97**

**07384MH39**

**07384MG89**

**07384MJ52**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07384MG48

07384MJ86

07384MF80

07384MG55

07384MH88

07384MG71

07384ML34

07384MJ37

07384MH47

07384MJ60

07384ML59

07384MF98

07384MH54

07384MK43

07384MH21

07384MK92

07384MK50

07384ME73

07384ME99

07384ME81

07384ME65

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

<u>Schedule A</u>

**U.S. Bank National Association**

**07384ME40**

**07384ME57**

**07384MK68**

**07384MK84**

**07384MK76**

**BART 2004-10**

**07384M4G4**

**07384M3Y6**

**07384M4A7**

**07384M4W9**

**07384M4M1**

**07384M4H2**

**07384M4F6**

**07384M4X7**

**07384M6A5**

**07384M5X6**

**07384M4L3**

**07384M5A6**

**07384M4J8**

**07384M4U3**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## <u>Schedule A</u>

### U.S. Bank National Association

07384M4D1

07384M4K5

07384M3Z3

07384M5Z1

07384M4E9

07384M5B4

07384M3X8

07384M4V1

07384M4C3

07384M4T6

07384M4Y5

07384M4B5

07384M5Y4

07384M4Z2

07384M6B3

07384M5E8

07384M5G3

07384M5H1

07384M5F5

07384M4P4

07384M5C2

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07384M5L2

07384M4S8

07384M4Q2

07384M4R0

07384M5J7

07384M4N9

07384M5K4

07384M5D0


**BART 2004-12**

07384M6U1

07384M6P2

07384M6F4

07384M6W7

07384M6V9

07384M6L1

07384M6H0

07384M6Q0

07384M6K3

07384M6N7

07384M6M9


[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

**<u>Schedule A</u>**

**U.S. Bank National Association**

**07384M6Y3**

**07384M6J6**

**07384M6G2**

**07384M6X5**

**07384M7B2**

**07384M6Z0**

**07384M7A4**

**07384M6S6**

**07384M6T4**

**07384M6R8**


**BART 2004-5**

**07384MT51**

**07384MT69**

**07384MT44**

**07384MS94**

**07384MS86**

**07384MS78**

**07384MS60**

**07384MT36**

**07384MT28**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

**U.S. Bank National Association**

**07384MV66**

**07384MV74**

**07384MV58**

**BART 2004-9**

**07384M2X9**

**07384M2Z4**

**07384M3A8**

**07384M2Y7**

**07384M3M2**

**07384M3K6**

**07384M3B6**

**07384M3P5**

**07384M3C4**

**07384M3F7**

**07384M3L4**

**07384M3D2**

**07384M2V3**

**07384M3E0**

**07384M3Q3**

**07384M2W1**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## <u>Schedule A</u>

### U.S. Bank National Association

07384M3N0

07384M3H3

07384M3S9

07384M3R1

07384M3U4

07384M3V2

07384M3W0

07384M3G5

07384M3J9

**BASAT 2006-G1**

059484AA3

059484AB1

059484AC9

059484AD7

059484AE5

059484AF2

**Bayview 2006-B**

07325NDV1

07325NEA6

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## <u>Schedule A</u>

### U.S. Bank National Association

**07325NDU3**

**07325NDN9**

**07325NDY5**

**07325NDM1**

**07325NDZ2**

**07325NDS8**

**07325NDT6**

**07325NDL3**

**07325NDX7**

**07325NDW9**

**07325NDP4**

**BAYVW06RL**

**07325NEC2**

**07325NEB4**

**07325NED0**

**07325NED0**

**Bayview 2006-D**

**07325HAM7**

**07325HAJ4**

**07325HAD7**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**07325HAS4**

**07325HAF2**

**07325HAN5**

**07325HAP0**

**07325HAK1**

**07325HAR6**

**07325HAQ8**

**07325HAL9**

**07325HAH8**

**07325HAE5**

**07325HAC9**

**07325HAV7**

**07325HAU9**

**07325HAW5**

**07325HAT2**

**07325HAV7**

**Bayview 2007-A**

**07325VAF1**

**07325VAP9**

**07325VAD6**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**07325VAR5**

**07325VAM6**

**07325VAE4**

**07325VAG9**

**07325VAQ7**

**07325VAS3**

**07325VAN4**

**07325VAC8**

**07325VAL8**

**07325VAT1**

**07325VAW4**

**07325VAV6**

**07325VAU8**

**07325VAV6**

**BSABS 2004-AC1**

**07384YQN9**

**07384YQJ8**

**07384YQM1**

**07384YQP4**

**07384YQL3**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**07384YQK5**

**07384YQS8**

**07384YQQ2**

**07384YQT6**

**07384YQR0**

**07384YQU3**


**BSABS 2004-AC2**

**073879AH1**

**073879AG3**

**073879AA6**

**073879AF5**

**073879AB4**

**073879AC2**

**073879AL2**

**073879AE8**

**073879AD0**

**073879AJ7**

**073879AK4**

**073879AM0**

**073879AR9**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**073879AV0**

**073879AQ1**

**073879AN8**

**073879AP3**

**073879AS7**

**BSABS 2005-AC3**

**073879XD5**

**073879XE3**

**073879XJ2**

**073879XK9**

**073879XL7**

**073879XM5**

**073879XF0**

**073879XG8**

**073879XH6**

**073879WQ7**

**073879WR5**

**073879WS3**

**073879WT1**

**073879WW4**

**\*\*** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**073879WX2**

**073879WY0**

**073879WV6**

**073879WU8**

**073879XN3**

**073879XP8**

**073879WZ7**

**073879XS2**

**073879XT0**

**073879XR4**

**073879XB9**

**073879XC7**

**073879XA1**

**BSABS 2005-AC5**

**073879D54**

**073879ZW1**

**073879ZX9**

**073879ZY7**

**073879ZZ4**

**073879A24**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

073879A65

073879A73

073879A81

073879A32

073879A40

073879A57

073879A99

073879B23

073879B31

073879B49

073879B80

073879B98

073879B72

073879B56

073879B64

073879C71

073879C89

073879C30

073879C48

073879C55

073879D21

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**BSABS 2005-AC7**

**073879T24**

**073879T32**

**073879T40**

**073879T57**

**073879T99**

**073879U22**

**073879U30**

**073879T65**

**073879T73**

**073879T81**

**073879U63**

**073879U48**

**073879U71**

**073879U89**

**BSALTA 2006-3**

**07386HK26**

**07386HK34**

**07386HK83**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07386HK91

07386HL25

07386HL33

07386HL41

07386HL58

07386HL66

07386HL74

07386HL82

07386HL90

07386HM24

07386HM32

07386HM57

07386HM40

07386HM65

07386HM73

07386HP54

07386HP62

07386HP70

07386HP88

07386HP96

07386HQ20

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07386HN56

07386HN64

07386HQ38

07386HQ46

07386HN72

07386HQ53

07386HQ61

07386HQ79

07386HQ87

07386HQ95

07386HR52

07386HR60

07386HR29

07386HR37

07386HR45

07386HN98

07386HP21

07386HP39

07386HK42

07386HK59

07386HK67

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**07386HK75**

**07386HM81**

**07386HM99**

**07386HN80**

**07386HN23**

**07386HN31**

**BSSLT 2007-1**

**07401WAS8**

**07401WAJ8**

**07401WBA6**

**07401WAE9**

**07401WBH1**

**07401WBE8**

**07401WBB4**

**07401WAP4**

**07401WAC3**

**07401WAD1**

**07401WAA7**

**07401WAV1**

**07401WAR0**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**07401WAH2**

**07401WAT6**

**07401WBC2**

**07401WBD0**

**07401WAW9**

**07401WAF6**

**07401WAG4**

**07401WAQ2**

**07401WBF5**

**07401WBG3**

**07401WAB5**

**07401WAU3**

**07401WBM0**

**07401WAX7**

**07401WBT5**

**07401WAM1**

**07401WBN8**

**07401WAZ2**

**07401WAL3**

**07401WAK5**

**07401WAN9**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**07401WBP3**

**07401WAY5**

**GPMF 2006-AR4**

**39539FAJ3**

**39539FAT1**

**39539FAU8**

**39539FAK0**

**39539FAH7**

**39539FAP9**

**39539FAG9**

**39539FAC8**

**39539FAN4**

**39539FAB0**

**39539FAE4**

**39539FAM6**

**39539FAL8**

**39539FAS3**

**39539FAA2**

**39539FAR5**

**39539FAV6**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**39539FAF1**

**39539FAQ7**

**39539FAD6**

**GPMF6AR4C**

**GPMF6AR4X**

**GPMF6AR4P**

**GPMF6AR4R**

**GPMF 2006-AR5**

**39538AAN6**

**39538AAJ5**

**39538AAQ9**

**39538AAS5**

**39538AAG1**

**39538AAC0**

**39538AAF3**

**39538AAP1**

**39538AAR7**

**39538AAM8**

**39538AAL0**

**39538AAK2**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**39538AAA4**

**39538AAE6**

**GPMF6AR5C**

**AR51A3A2U**

**AR51A2A2U**

**GPMF6AR5P**

**GPMF6AR5X**

**GPMF6AR5R**

**GPMF 2006-AR6**

**39538BAJ3**

**39538BAC8**

**39538BAM6**

**39538BAF1**

**39538BAH7**

**39538BAB0**

**39538BAK0**

**39538BAA2**

**39538BAP9**

**39538BAG9**

**39538BAN4**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

**<u>Schedule A</u>**

**U.S. Bank National Association**

**39538BAE4**

**39538BAL8**

**GPM06AR6C**

**GPM06AR6P**

**GPM06AR6X**

**39538BAV6**

**39538BAW4**

**39538BAY0**

**39538BAX2**

**GPM06AR6R**


**GPMF 2006-AR7**

**39538CAF9**

**39538CAM4**

**39538CAC6**

**39538CAD4**

**39538CAE2**

**39538CAL6**

**39538CAA0**

**39538CAP7**

**39538CAH5**


**** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**39538CAQ5**

**39538CAN2**

**39538CAK8**

**39538CAJ1**

**GPMF6AR7C**

**GPMF6AR7X**

**GPMF6AR7P**

**GPMF6AR7R**


**GPMF 2006-AR8**

**39539HAD2**

**39539HAF7**

**39539HAK6**

**39539HAE0**

**39539HAG5**

**39539HAM2**

**39539HAA8**

**39539HAN0**

**39539HAH3**

**39539HAC4**

**39539HAL4**


[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**39539HAB6**

**39539HAJ9**

**GPMF6AR8C**

**GPMF6AR8P**

**GPMF6AR8X**

**GPMF6AR8R**


**GPMF 2007-AR2**

**39539LAK7**

**39539LAV3**

**39539LAH4**

**39539LAC5**

**39539LAG6**

**39539LAT8**

**39539LAL5**

**39539LAD3**

**39539LAP6**

**39539LBC4**

**39539LAE1**

**39539LAY7**

**39539LAQ4**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**39539LAA9**

**39539LBF7**

**39539LAZ4**

**39539LAF8**

**39539LAW1**

**39539LAX9**

**39539LAR2**

**39539LAM3**

**39539LAS0**

**39539LAB7**

**39539LAN1**

**39539LBA8**

**39539LAJ0**

**39539LBB6**

**GPM7AR21C**

**GPM7AR22C**

**GPM7AR21X**

**GPM7AR22X**

**GPMF7AR2R**


**Greenpoint 2006-HE1**


[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**39539BAA1**

**39539BAB9**

**GPF06HE1B**

**GPF06HE1L**

**GPF06HE1R**

**LMT 2005-1**

**52520MBE2**

**52520MAK9**

**52520MAE3**

**52520MBC6**

**52520MBB8**

**52520MAN3**

**52520MAR4**

**52520MAD5**

**52520MAJ2**

**52520MBG7**

**52520MAV5**

**52520MAZ6**

**52520MAA1**

**52520MAQ6**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**52520MAG8**

**52520MBK8**

**52520MAX1**

**52520MAP8**

**52520MAB9**

**52520MAT0**

**52520MBH5**

**52520MAW3**

**52520MAS2**

**52520MBD4**

**52520MAC7**

**52520MAL7**

**52520MAM5**

**52520MAU7**

**52520MAH6**

**52520MBF9**

**52520MBL6**

**52520MAY9**

**52520MAF0**

**LMT051P**

**LMT051X**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**52520MBJ1**

**LMT051LTR**

**LXS 2006-10N**

**525229BD1**

**525229AW0**

**525229BE9**

**525229AU4**

**525229AH3**

**525229AQ3**

**525229AF7**

**525229AR1**

**525229AY6**

**525229AS9**

**525229AL4**

**525229BA7**

**525229AG5**

**525229AP5**

**525229AV2**

**525229AD2**

**525229AM2**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

525229AK6

525229AN0

525229AE0

525229AJ9

525229AZ3

525229AX8

LXS0610NP

LX0610N2X

LX0610N1X

LX0610N1P

LXS0610NR


LXS 2006-12N

525226AV8

525226AG1

525226AF3

525226AS5

525226AP1

525226AK2

525226AX4

525226AQ9


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**525226AU0**

**525226AR7**

**525226AJ5**

**525226AW6**

**525226AL0**

**525226AT3**

**525226AH9**

**525226AD8**

**525226AY2**

**525226AN6**

**525226AM8**

**525226AE6**

**LXS0612NX**

**LXS0612NC**

**LXS0612NP**

**LXS0612NR**

**LXS 2006-4N**

**525221KZ9**

**525221KQ9**

**525221KW6**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

525221KS5

525221KK2

525221KM8

525221KU0

525221KL0

525221KP1

525221KY2

525221KT3

525221KX4

525221KR7

525221KN6

525221LA3

525221KV8

LXS64NX

LXS64NC

LXS64NP

LXS64NR

LXS 2006-GP1

52522RAB6

52522RAF7

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**52522RAH3**

**52522RAJ9**

**52522RAE0**

**52522RAC4**

**52522RAG5**

**52522RAL4**

**52522RAD2**

**52522RAK6**

**LXS06GP1C**

**LXS06GP1P**

**LXS06GP1X**

**LXS06GP1R**

**LXS 2006-GP2**

**525227AF1**

**525227AT1**

**525227AG9**

**525227AS3**

**525227AN4**

**525227AH7**

**525227AQ7**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**525227AR5**

**525227AJ3**

**525227AP9**

**525227AC8**

**525227BD5**

**525227AK0**

**525227AU8**

**525227AE4**

**525227AM6**

**525227AD6**

**525227AL8**

**LXS06GP2C**

**LXS06GP2X**

**LXS06GP2P**

**LXS06GP2R**

**LXS 2006-GP3**

**525228AK8**

**525228AD4**

**525228AQ5**

**525228AL6**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**525228AM4**

**525228AV4**

**525228AR3**

**525228AT9**

**525228AS1**

**525228AU6**

**525228AP7**

**525228AG7**

**525228AA0**

**525228AC6**

**525228AH5**

**525228AB8**

**525228AN2**

**525228AJ1**

**525228AE2**

**LXS06GP3C**

**LXS06GP3X**

**LXS06GP3P**

**LXS06GP3R**

**LXS 2006-GP4**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**525161AH8**

**525161AQ8**

**525161AE5**

**525161AM7**

**525161AP0**

**525161AG0**

**525161AA3**

**525161AS4**

**525161AV7**

**525161AR6**

**525161AL9**

**525161AN5**

**525161AD7**

**525161AB1**

**525161AT2**

**525161AU9**

**525161AK1**

**525161AC9**

**525161AJ4**

**LXS06GP4C**

**LXS06GP4P**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**LXS06GP4X**

**LXS06GP4R**

**LXS 2007-12N**

**52524YAZ6**

**52524YAE3**

**52524YBL6**

**52524YAC7**

**52524YAB9**

**52524YBP7**

**52524YBJ1**

**52524YAM5**

**52524YAW3**

**52524YAR4**

**52524YAP8**

**52524YAX1**

**52524YAQ6**

**52524YAU7**

**52524YAV5**

**52524YAD5**

**52524YAK9**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

52524YAA1

52524YAL7

52524YAH6

52524YAG8

52524YBE2

52524YBA0

52524YBN2

52524YBC6

52524YBK8

52524YAT0

52524YBB8

52524YBD4

52524YAN3

52524YBH5

52524YBG7

52524YAY9

52524YAS2

52524YAF0

52524YBM4

52524YAJ2

52524YBY8

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**52524YBT9**

**52524YBX0**

**52524YBW2**

**52524YBU6**

**52524YBV4**

**52524YBZ5**

**LXS 2007-15N**

**52524VAD1**

**52524VBU2**

**52524VAS8**

**52524VBW8**

**52524VAU3**

**52524VAA7**

**52524VCG2**

**52524VAP4**

**52524VBS7**

**52524VAT6**

**52524VAQ2**

**52524VBY4**

**52524VAK5**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**52524VBX6**

**52524VBQ1**

**52524VBN8**

**52524VBT5**

**52524VBR9**

**52524VBP3**

**52524VBV0**

**52524VCC1**

**52524VAR0**

**52524VBM0**

**52524VCF4**

**52524VCH0**

**52524VAN9**

**52524VCD9**

**52524VAL3**

**52524VAM1**

**52524VCE7**

**52524VAG4**

**LXS15NCII**

**LXS715NCI**

**LXS715NXI**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**LXS715NX2**

**52524VCB3**

**LXS 2007-2N**

**52524LAK7**

**52524LAH4**

**52524LAC5**

**52524LAV3**

**52524LAR2**

**52524LAN1**

**52524LAU5**

**52524LAQ4**

**52524LAG6**

**52524LAE1**

**52524LAP6**

**52524LAW1**

**52524LAM3**

**52524LAT8**

**52524LAD3**

**52524LAA9**

**52524LAL5**

[**]  Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**52524LAS0**

**52524LAF8**

**52524LAJ0**

**52524LAB7**

**LX72NPIII**

**LXS072NPI**

**LXS0072NC**

**LXS0072NX**

**LXS072NPI**

**LX72NPIII**

**LX72NPIII**

**LXS72NPII**

**LXS0072NR**


**LXS 2007-4N**

**52524HAH3**

**52524HAZ3**

**52524HAV2**

**52524HAD2**

**52524HAB6**

**52524HAE0**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**52524HAJ9**

**52524HAW0**

**52524HAS9**

**52524HAG5**

**52524HAF7**

**52524HAQ3**

**52524HAC4**

**52524HAR1**

**52524HAA8**

**52524HAL4**

**52524HAN0**

**52524HAP5**

**52524HAK6**

**52524HAT7**

**52524HAM2**

**52524HAX8**

**52524HAU4**

**52524HAY6**

**LXS0074NX**

**LXS0074NC**

**LXS0074NR**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**MASTR 2003-12**

**55265K3Y3**

**55265K4E6**

**55265K4P1**

**55265K3R8**

**55265K3U1**

**55265K3X5**

**55265K3L1**

**55265K3Q0**

**55265K3T4**

**55265K3W7**

**55265K3K3**

**55265K4C0**

**55265K3S6**

**55265K3V9**

**55265K3J6**

**55265K4K2**

**55265K4A4**

**55265K4B2**

**55265K4D8**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

**<u>Schedule A</u>**

**U.S. Bank National Association**

**55265K4J5**

**55265K3Z0**

**55265K4H9**

**55265K4L0**

**55265K4M8**

**55265K4F3**

**55265K4G1**

**55265K4N6**

**MASTR ABS 2005-AB1**

**57643LKX3**

**57643LKY1**

**57643LKZ8**

**57643LLA2**

**57643LLB0**

**57643LLC8**

**57643LLD6**

**57643LLE4**

**57643LLF1**

**57643LLG9**

**57643LLH7**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

57643LLJ3

57643LLK0

57643LLL8

57643LLM6

57643LLN4

57643LLP9

57643LLQ7

57643LLR5

57643LLU8

57643LLT1

57643LLS3


**MS 1999-RM1**

61745MLM3

61745MLH4

61745MLN1

61745MLL5

61745MLK7

61745MLJ0

61745MLE1

9ABSC2439


[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**9ABSC2454**

**9ABSC2447**


**MSM 2006-11**

**61749WAG2**

**61749WAH0**

**61749WAJ6**

**61749WAK3**

**61749WAL1**

**61749WAM9**

**61749WBA4**

**61749WBB2**

**61749WBC0**

**61749WBD8**

**61749WBE6**

**61749WBF3**

**61749WBG1**

**61749WBH9**

**61749WBJ5**

**61749WAA5**

**61749WAN7**


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**61749WAP2**

**61749WAQ0**

**61749WAR8**

**61749WAS6**

**61749WAT4**

**61749WAU1**

**61749WAV9**

**61749WAW7**

**61749WAX5**

**61749WAY3**

**61749WAZ0**

**61749WBK2**

**61749WBL0**

**61749WBM8**

**61749WAB3**

**61749WAC1**

**61749WAD9**

**61749WAE7**

**61749WAF4**

**MSM 2006-12XS**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**61749EAA5**

**61749EAB3**

**61749EAC1**

**61749EAD9**

**61749EAE7**

**61749EAF4**

**61749EAG2**

**61749EAH0**

**61749EAJ6**

**61749EAU1**

**61749EAK3**

**61749EAL1**

**61749EAM9**

**61749EAN7**

**61749EAP2**

**61749EAQ0**

**61749EAR8**

**61749EAS6**

**61749EAT4**

**61749EAW7**

**61749EAV9**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**MSM 2006-15XS**

**61750YAA7**

**61750YAB5**

**61750YAC3**

**61750YAD1**

**61750YAE9**

**61750YAF6**

**61750YAG4**

**61750YAH2**

**61750YAJ8**

**61750YAK5**

**61750YAV1**

**61750YAL3**

**61750YAM1**

**61750YAN9**

**61750YAP4**

**61750YAQ2**

**61750YAR0**

**61750YAS8**

**61750YAT6**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**61750YAU3**

**61750YAX7**

**61750YAW9**

**MSM 2006-17XS**

**61751DAA2**

**61751DAB0**

**61751DAC8**

**61751DAD6**

**61751DAE4**

**61751DAF1**

**61751DAG9**

**61751DAH7**

**61751DAJ3**

**61751DAU8**

**61751DAK0**

**61751DAL8**

**61751DAM6**

**61751DAN4**

**61751DAP9**

**61751DAQ7**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

61751DAR5

61751DAS3

61751DAT1

61751DAW4

61751DAV6

**MSM 2006-1AR**

61748HUF6

61748HUG4

61748HUH2

61748HUJ8

61748HUK5

61748HUL3

61748HUM1

61748HUN9

61748HUP4

61748HVD0

61748HUQ2

61748HUR0

61748HUS8

61748HUT6

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**61748HUU3**

**61748HUV1**

**61748HUW9**

**61748HUX7**

**61748HUY5**

**61748HUZ2**

**61748HTW1**

**61748HTX9**

**61748HTY7**

**61748HVA6**

**61748HVB4**

**61748HVC2**

**61748HTZ4**

**61748HUA7**

**61748HUB5**

**61748HUC3**

**61748HUD1**

**61748HUE9**

**MSM 2006-7**

**61749JAA4**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

### Schedule A

**U.S. Bank National Association**

**61749JAB2**

**61749JBD7**

**61749JBC9**

**61749JAC0**

**61749JAD8**

**61749JAE6**

**61749JAF3**

**61749JAG1**

**61749JAH9**

**61749JAJ5**

**61749JAK2**

**61749JAL0**

**61749JAM8**

**61749JAN6**

**61749JAQ9**

**61749JAP1**

**61749JAR7**

**61749JAS5**

**61749JAT3**

**61749JAU0**

**61749JAV8**

\*\* Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

61749JAZ9

61749JBA3

61749JBB1

61749JAW6

61749JAX4

61749JAY2

61749JBE5

61749JBF2

61749JBG0

61749JBH8

61749JBJ4


**MSM 2007-1XS**

61752JAA8

61752JAB6

61752JAC4

61752JAD2

61752JAE0

61752JAF7

61752JAG5

61752JAJ9


[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**61752JAK6**

**61752JAL4**

**61752JAW0**

**61752JAM2**

**61752JAN0**

**61752JAP5**

**61752JAQ3**

**61752JAR1**

**61752JAS9**

**61752JAT7**

**61752JAU4**

**61752JAV2**

**61752JAY6**

**61752JAX8**

**MSM 2007-2AX**

**61751TAA7**

**61751TAB5**

**61751TAC3**

**61751TAD1**

**61751TAE9**

**\*\*** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**61751TAQ2**

**61751TAF6**

**61751TAG4**

**61751TAH2**

**61751TAJ8**

**61751TAK5**

**61751TAL3**

**61751TAM1**

**61751TAN9**

**61751TAP4**

**61751TAS8**

**61751TAR0**


**MSM 2007-3XS**

**61752RAA0**

**61752RAB8**

**61752RAC6**

**61752RAD4**

**61752RAE2**

**61752RAF9**

**61752RAG7**


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

**U.S. Bank National Association**

**61752RAH5**

**61752RAJ1**

**61752RAK8**

**61752RAL6**

**61752RAM4**

**61752RAN2**

**61752RAY8**

**61752RAP7**

**61752RAQ5**

**61752RAR3**

**61752RAS1**

**61752RAT9**

**61752RAU6**

**61752RAV4**

**61752RAW2**

**61752RAX0**

**61752RBA9**

**61752RAZ5**

**MSM 2007-6XS**

**61751JAA9**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**61751JAB7**

**61751JAC5**

**61751JAD3**

**61751JAE1**

**61751JAF8**

**61751JAG6**

**61751JAH4**

**61751JAJ0**

**61751JAK7**

**61751JAL5**

**61751JAM3**

**61751JAN1**

**61751JAP6**

**61751JAQ4**

**61751JAR2**

**61751JAS0**

**61751JAT8**

**61751JAU5**

**61751JAV3**

**61751JAW1**

**61751JAX9**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**61751JAY7**

**61751JBA8**

**61751JBB6**

**61751JAZ4**

**MSM 2007-7AX**

**61754HAA0**

**61754HAB8**

**61754HAC6**

**61754HAD4**

**61754HAE2**

**61754HAF9**

**61754HAG7**

**61754HAS1**

**61754HAH5**

**61754HAJ1**

**61754HAK8**

**61754HAL6**

**61754HAM4**

**61754HAN2**

**61754HAP7**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**61754HAQ5**

**61754HAR3**

**61754HAU6**

**61754HAT9**

**Prime 2004-1**

**74160MFA5**

**74160MFC1**

**74160MEY4**

**74160MEU2**

**74160MFG2**

**74160MEZ1**

**74160MEV0**

**74160MFJ6**

**74160MEW8**

**74160MFH0**

**74160MFB3**

**74160MET5**

**74160MES7**

**74160MFL1**

**74160MFK3**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**74160MFM9**

**74160MFF4**

**74160MFE7**

**74160MFD9**


**PRIME 2005-2**

**74160MHJ4**

**74160MHK1**

**74160MHL9**

**74160MHM7**

**74160MHN5**

**74160MHP0**

**74160MHQ8**

**74160MHU9**

**74160MHV7**

**74160MHW5**

**74160MHR6**

**74160MHS4**

**74160MHT2**

**74160MJB9**

**74160MJC7**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

74160MJD5

74160MJA1

74160MHX3

74160MHY1

74160MHZ8

74160MJE3

74160MJF0

74160MJG8


**PRIME 2005-4**

74160MJX1

74160MJY9

74160MJZ6

74160MKA9

74160MKB7

74160MKC5

74160MLM2

74160MKD3

74160MKE1

74160MKF8

74160MKH4


\*\*   Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

74160MKJ0

74160MKK7

74160MLF7

74160MLG5

74160MLH3

74160MKL5

74160MKM3

74160MKN1

74160MKP6

74160MKQ4

74160MKR2

74160MKS0

74160MKT8

74160MKU5

74160MKV3

74160MKW1

74160MKX9

74160MKY7

74160MKZ4

74160MLA8

74160MLB6

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**74160MLN0**

**74160MLC4**

**74160MLD2**

**74160MLE0**

**74160MLJ9**

**74160MLK6**

**74160MLL4**

**74160MLP5**


**PRIME 2005-5**

**74160MLQ3**

**74160MLR1**

**74160MLS9**

**74160MLT7**

**74160MLU4**

**74160MLY6**

**74160MMN9**

**74160MMT6**

**74160MLZ3**

**74160MMA7**

**74160MMB5**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**74160MMC3**

**74160MMD1**

**74160MME9**

**74160MMP4**

**74160MLV2**

**74160MMQ2**

**74160MMR0**

**74160MMS8**

**74160MLW0**

**74160MLX8**

**74160MMF6**

**74160MMG4**

**74160MMH2**

**74160MMJ8**

**74160MMK5**

**74160MML3**

**74160MMM1**

**RBSGC 2005-A**

**74927UAV0**

**74927UBE7**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**74927UAW8**

**74927UAX6**

**74927UAY4**

**74927UAZ1**

**74927UBA5**

**74927UBB3**

**74927UBF4**

**74927UBG2**

**74927UBH0**

**74927UBJ6**

**74927UBK3**

**74927UBL1**

**74927UBD9**

**74927UBC1**

**RBS0500AP**

**RBS050AR2**

**SACO I  2006-12 Notes**

**78577NAB4**

**78577NAG3**

**78577NAD0**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**78577NAE8**

**78577NAF5**

**78577NAC2**

**78577NAA6**

**78577NAH1**

**78577NAL2**

**78577NAN8**

**78577NAJ7**

**78577NAR9**

**78577NAM0**

**78577NAP3**

**78577NAK4**

**78577NAQ1**

**78577NAS7**

**78577NAT5**

**SACO I 2005-WM1**

**785778HX2**

**785778HY0**

**785778HU8**

**785778JB8**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**785778JD4**

**785778JC6**

**785778HZ7**

**785778JH5**

**785778JE2**

**785778JF9**

**785778JG7**

**SACO I 2005-WM3**

**785778LZ2**

**785778LS8**

**785778LU3**

**785778MC2**

**785778LX7**

**785778LY5**

**785778MB4**

**785778LW9**

**785778MA6**

**785778LV1**

**785778MF5**

**785778ME8**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**785778MJ7**

**785778MD0**

**785778MH1**

**785778MG3**

**785778MD0**

**SACO I 2006-1**

**785778QE4**

**785778QA2**

**785778QB0**

**785778QC8**

**785778QD6**

**785778QG9**

**785778QH7**

**785778RC7**

**9ABS16663**

**785778QF1**

**SACO I 2006-8 Notes**

**785813AA4**

**785813AB2**

[**]  Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**785813AC0**

**785813AE6**

**785813AF3**

**785813AG1**

**785813AH9**

**785813AD8**

**SACO I 2006-9**

**78577RAB5**

**78577RAC3**

**78577RAE9**

**78577RAA7**

**78577RAF6**

**78577RAK5**

**78577RAD1**

**78577RAG4**

**78577RAR0**

**78577RAM1**

**78577RAN9**

**78577RAP4**

**78577RAQ2**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**SACO I 2007-2**

**78581NAB8**

**78581NAF9**

**78581NAG7**

**78581NAH5**

**78581NAJ1**

**78581NAA0**

**78581NAC6**

**78581NAD4**

**78581NAE2**

**78581NAT9**

**78581NAN2**

**78581NAQ5**

**78581NAP7**

**78581NAR3**

**78581NAS1**

**SAIL 2006-2**

**86358EE69**

**86358EE85**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**86358EF27**

**86358EE77**

**86358EE93**

**SAIL0062P**

**SAIL0062X**

**SAIL62LTR**

**SAIL0062R**

**SAMI Prime 2004-CL1**

**74160MDL3**

**74160MEA6**

**74160MDR0**

**74160MEC2**

**74160MDW9**

**74160MDN9**

**74160MDK5**

**74160MDU3**

**74160MDP4**

**74160MDV1**

**74160MDT6**

**74160MDM1**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**74160MDS8**

**74160MDQ2**

**74160MEB4**

**9ABSP6311**

**9ABSP6303**

**9ABSP6329**

**9ABSP6345**

**9ABSP6337**

**9ABSP6295**

**SASCO 05-RF2**

**86359DFA0**

**86359DFD4**

**86359DFC6**

**86359DEX1**

**86359DFB8**

**86359DEY9**

**86359DEZ6**

**SASC5RF2R**

**SASC5RF2X**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

**U.S. Bank National Association**

**SASCO 05-RF4**

**86359DQB6**

**86359DQE0**

**86359DQC4**

**86359DQF7**

**86359DQH3**

**86359DQD2**

**86359DQG5**

**SASC5RF4X**

**SASC5RF4R**

**SASCO 05-RF6**

**86359DWH6**

**86359DWL7**

**86359DWN3**

**86359DWP8**

**86359DWK9**

**86359DWJ2**

**86359DWM5**

**86359DWQ6**

**SASC5RF6X**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**SASC5RF6R**

**SASCO 05-S2**

**86359DAN7**

**86359DAP2**

**86359DAL1**

**86359DAQ0**

**86359DAM9**

**SASC05S2P**

**SASC05S2X**

**SASC05S2R**

**SASCO 05-S3**

**86359DHK6**

**86359DHM2**

**86359DHP5**

**86359DHQ3**

**86359DHL4**

**86359DHN0**

**86359DHR1**

**SASC05S3X**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**SASC05S3P**

**SASC05S3R**

**SASCO 05-S5**

**86359DPQ4**

**86359DPR2**

**86359DPP6**

**86359DPS0**

**SASC05S5X**

**SASC05S5R**

**SASCO 2002-12**

**SA02121O1**

**SA0212CA6**

**SAS0212PO**

**SAS0212A5**

**SA0212I02**

**SA0212A4Z**

**SASCO0210095**

**SASCO 2005-RF1**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**86359DCA3**

**86359DBZ9**

**86359DCC9**

**86359DBY2**

**86359DCB1**

**86359DBX4**

**86359DBW6**

**NC0059501**

**NC0059500**


**SASCO 2005-S1**

**86359B4J7**

**86359B4H1**

**86359B4F5**

**86359B4E8**

**86359B4G3**

**SASC05S1X**

**SASC05S1P**

**SASC05S1R**


**SASCO 2005-S4**


[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**86359DLX3**

**SASC05S4P**

**SASC05S4X**

**SASC05S4R**


**SASCO 2006-BC2**

**86361GAN6**

**86361GAP1**

**86361GAQ9**

**SAC06BC2X**

**SAC06BC2P**

**SAC06BC2R**

**CLASS LT-R**

**86361GAA4**

**86361GAB2**

**86361GAC0**

**86361GAD8**

**86361GAE6**

**86361GAF3**

**86361GAG1**

**86361GAH9**


[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**86361GAJ5**

**86361GAK2**

**86361GAL0**

**86361GAM8**

**SASCO 2006-S1**

**86359DXD4**

**86359DXE2**

**86359DXC6**

**86359DXF9**

**SAS6S1P**

**SAS6S1X**

**SAS6S1LTR**

**SAS6S1R**

**SASCO 2007-TC1**

**86364GAD5**

**86364GAG8**

**86364GAC7**

**86364GAA1**

**86364GAE3**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**86364GAF0**

**86364GAH6**

**SAS07TC1X**

**SAS07TC1R**

**SA7TC1LTR**

**SASI SERIES #1993-6**

**81375FDN0**

**81375FDM2**

**81375FDK6**

**SASI936B0771**

**SASI936B0769**

**SASI936B0772**

**SASI936B0770**

**SASI936B0845**

**TMTS 2005-11 (Terwin)**

**881561YB4**

**881561YE8**

**881561YN8**

**881561B29**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**881561A61**

**881561YL2**

**881561A46**

**881561YH1**

**881561A79**

**881561YF5**

**881561YG3**

**881561C69**

**881561YD0**

**881561YP3**

**881561A53**

**881561B94**

**881561YV0**

**881561YS1**

**881561ZY3**

**881561B52**

**881561YU2**

**881561B86**

**881561B78**

**881561YT5**

**881561B60**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**GMACM Mortgage Loan Trust 2010-2**

**380123AA7**

**380123AK5**

**380123AL3**

**380123AM1**

**380123AN9**

**380123AP4**

**380123AQ2**

**380123AR0**

**380123AS8**

**380123AT6**

**380123AU3**

**380123AB5**

**380123AC3**

**380123AD1**

**380123AE9**

**380123AF6**

**380123AG4**

**380123AH2**

**380123AJ8**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

380123AV1

380123AW9

380123AX7

380123AY5

380123AZ2

380123BA6

380123BB4

380123BC2

380123BD0

380123BE8

380123BF5

380123BG3

380123BH1

380123BJ7

380123BK4

**RAMP NIM 2006-NC1N Notes Series 2006-NC1N**

751562AA7

751562AB5

**RAMP06NC1NPF**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**RASC 2007-NT3**

**749244AA7**

**U75305AA7**


**Residential Asset Mortgage Products, Inc. NIM Series 2007-RZ1**

**74923UAB8**

**U75194AB3**

**74923UAA0**


**Residential Asset Securities Corporation RASC NIM 2005-NT1 Trust**

**RASC05NT0614**


**Residential Asset Securities Corporation RASC NIM 2005-NT2 Trust**

**749243AY7**

**RASC05NT2OTC**


**BAYVIEW 03-A**

**07324QCW4**

**07324QCT1**

**07324QCX2**

**07324QCU8**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**07324QCR5**

**07324QCV6**

**NC0058276**

**BAYVIEW 04-A**

**073249BU7**

**073249BV5**

**073249BT0**

**073249BX1**

**073249BW3**

**073249CD4**

**073249BY9**

**073249CC6**

**073249CA0**

**073249BZ6**

**073249CB8**

**073249CC6**

**BAYVIEW 2004-C**

**073247BL1**

**073247BP2**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

073247BV9

073247BN7

073247BK3

073247BQ0

073247BM9

073247BJ6

073247BU1

073247BT4

073247BR8

**BAYVIEW 2004-D**

07325NAD4

07325NAC6

07325NAF9

07325NAE2

07325NAH5

07325NAG7

07325NAB8

07325NAL6

07325NAK8

07325NAM4

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**07325NAL6**

**BAYVIEW 2005-B**

**07325NAT9**

**07325NAY8**

**07325NBB7**

**07325NAS1**

**07325NAW2**

**07325NBD3**

**07325NBA9**

**07325NAR3**

**07325NBC5**

**07325NAZ5**

**07325NBG6**

**07325NBH4**

**07325NBH4**

**07325NBF8**

**BAYVIEW 2007-B**

**07324FAB6**

**07324FAR1**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**07324FAP5**

**07324FAL4**

**07324FAQ3**

**07324FAK6**

**07324FAE0**

**07324FAC4**

**07324FAM2**

**07324FAD2**

**07324FAN0**

**07324FAG5**

**07324FAH3**

**07324FAF7**

**07324FAJ9**

**07324FAS9**

**07324FAV2**

**07324FAU4**

**07324FAT7**

**07324FAU4**

**BAYVIEW 2008-A**

**07326PAA4**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**07326PAB2**

**07326PAC0**

**07326PAC0**

**BSABS 2004-AC7**

**073879NG9**

**073879NE4**

**073879NA2**

**073879NB0**

**073879MZ8**

**073879NC8**

**073879NF1**

**073879ND6**

**073879MY1**

**073879NL8**

**073879NM6**

**073879NK0**

**073879NH7**

**073879NJ3**

**BART 2004-10**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07384M4G4

07384M3Y6

07384M4A7

07384M4W9

07384M4M1

07384M4H2

07384M4F6

07384M4X7

07384M6A5

07384M5X6

07384M4L3

07384M5A6

07384M4J8

07384M4U3

07384M4D1

07384M4K5

07384M3Z3

07384M5Z1

07384M4E9

07384M5B4

07384M3X8

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07384M4V1

07384M4C3

07384M4T6

07384M4Y5

07384M4B5

07384M5Y4

07384M4Z2

07384M6B3

07384M5E8

07384M5G3

07384M5H1

07384M5F5

07384M4P4

07384M5C2

07384M5L2

07384M4S8

07384M4Q2

07384M4R0

07384M5J7

07384M4N9

07384M5K4

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**07384M5D0**

**BART 2004-5**

**07384MT51**

**07384MT69**

**07384MT44**

**07384MS94**

**07384MS86**

**07384MS78**

**07384MS60**

**07384MT36**

**07384MT28**

**07384MV66**

**07384MV74**

**07384MV58**

**BART 2004-9**

**07384M2X9**

**07384M2Z4**

**07384M3A8**

**07384M2Y7**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07384M3M2

07384M3K6

07384M3B6

07384M3P5

07384M3C4

07384M3F7

07384M3L4

07384M3D2

07384M2V3

07384M3E0

07384M3Q3

07384M2W1

07384M3N0

07384M3S9

07384M3R1

07384M3U4

07384M3V2

07384M3W0

07384M3G5

07384M3H3

07384M3J9

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**BART 2004-12**

07384M6U1

07384M6P2

07384M6F4

07384M6W7

07384M6V9

07384M6L1

07384M6H0

07384M6Q0

07384M6K3

07384M6N7

07384M6M9

07384M6Y3

07384M6J6

07384M6G2

07384M6X5

07384M7B2

07384M6Z0

07384M7A4

07384M6S6

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**07384M6T4**

**07384M6R8**

**MALT 03-8**

**576434KA1**

**576434KG8**

**576434JZ8**

**576434KM5**

**576434KE3**

**576434JY1**

**576434KB9**

**576434KL7**

**576434KF0**

**576434JX3**

**576434KK9**

**576434KD5**

**576434JW5**

**576434JT2**

**576434JV7**

**576434JS4**

**576434JU9**

\*\*    Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

576434KC7

576434KN3

576434KQ6

576434KP8

576434KH6

576434KJ2

MALT 03-9

576434LJ1

576434LQ5

576434LG7

576434LB8

576434LE2

576434LH5

576434LP7

576434KV5

576434LA0

576434LD4

576434LN2

576434KU7

576434KZ6

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**576434LC6**

**576434LF9**

**576434LK8**

**576434KY9**

**576434KX1**

**576434KW3**

**576434LL6**

**576434LM4**

**576434KS2**

**576434KT0**

**576434KR4**

**MALT 04-1**

**576434LV4**

**576434LY8**

**576434LU6**

**576434LR3**

**576434LX0**

**576434ME1**

**576434LZ5**

**576434LW2**

<sup>**</sup> Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**576434LT9**

**576434MD3**

**576434LS1**

**576434MC5**

**576434MA9**

**576434MG6**

**576434MH4**

**576434MB7**

**576434MF8**

**576434MF8**

**576434MF8**

**MALT 2004-2**

**576434MM3**

**576434MQ4**

**576434MV3**

**576434NG5**

**576434MZ4**

**576434NA8**

**576434MP6**

**576434MU5**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

576434MK7

576434NJ9

576434ML5

576434MN1

576434NC4

576434NB6

576434MT8

576434ND2

576434MY7

576434NH3

576434MX9

576434NM2

576434MS0

576434MJ0

576434NL4

576434MR2

576434MW1

576434NK6

576434NF7

576434NE0

576434NS9

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

### Schedule A

**U.S. Bank National Association**

576434NP5

576434NN0

576434NR1

576434NQ3

576434NT7


**MALT 04-3**

576434PM0

576434PF5

576434PQ1

576434NW0

576434NZ3

576434PL2

576434PE8

576434NV2

576434PP3

576434PD0

576434NY6

576434PB4

576434PK4

576434NU4


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**576434PN8**

**576434PG3**

**576434NX8**

**576434PA6**

**576434PC2**

**576434PW8**

**576434PV0**

**576434PH1**

**576434PR9**

**576434PS7**

**576434PU2**

**576434PT5**

**576434PJ7**

**MASTR ASSET SECURITIZATION TRUST 03-6**

**55265KYV5**

**55265KZP7**

**55265KZJ1**

**55265KZL6**

**55265KYP8**

**55265KZG7**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

### Schedule A

**U.S. Bank National Association**

55265KZC6

55265KYX1

55265KZQ5

55265KZR3

55265KYE3

55265KYL7

55265KZH5

55265KYH6

55265KYW3

55265KZD4

55265KZS1

55265KYG8

55265KYM5

55265KYF0

55265KYJ2

55265KYT0

55265KYY9

55265KZE2

55265KZT9

55265KYN3

55265KYU7

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**55265KZN2**

**55265KYZ6**

**55265KZF9**

**55265KZK8**

**55265KZM4**

**55265KZY8**

**55265KZZ5**

**55265KZU6**

**55265KZX0**

**55265KZW2**

**55265KZV4**

### MASTR ASSET SECURITIZATION TRUST 03-7

**55265KH85**

**55265KH36**

**55265KB24**

**55265KD71**

**55265KH44**

**55265KA25**

**55265KF79**

**55265KH51**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

55265KA41

55265KB32

55265KG29

55265KE54

55265KH77

55265KD89

55265KA33

55265KH69

55265KB99

55265KE21

55265KA74

55265KF95

55265KH93

55265KG37

55265KA66

55265KA90

55265KB81

55265KJ42

55265KB40

55265KG60

55265KA58

**Trustees for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**55265KE39**

**55265KA82**

**55265KJ34**

**55265KG94**

**55265KC49**

**55265KF53**

**55265KJ59**

**55265KB57**

**55265KG78**

**55265KH28**

**55265KC56**

**55265KF61**

**55265KJ67**

**55265KJ83**

**55265KJ75**

**55265KJ26**

**MASTR ASSET SECURITIZATION TRUST 03-8**

**55265KN54**

**55265KM48**

**55265KJ91**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

**<u>Schedule A</u>**

**U.S. Bank National Association**

**55265KN70**

**55265KM63**

**55265KN62**

**55265KL98**

**55265KM71**

**55265KM55**

**55265KL80**

**55265KK24**

**55265KM30**

**55265KK81**

**55265KM22**

**55265KM89**

**55265KN39**

**55265KN21**

**55265KL72**

**55265KK65**

**55265KL64**

**55265KK57**

**55265KK73**

**55265KM97**

**55265KN47**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**55265KN88**

**55265KN96**

**55265KP29**

**MASTR ASSET SECURITIZATION TRUST 03-9**

**55265KR68**

**55265KR27**

**55265KR84**

**55265KQ93**

**55265KR92**

**55265KQ36**

**55265KQ85**

**55265KR35**

**55265KP52**

**55265KS34**

**55265KQ28**

**55265KR76**

**55265KR50**

**55265KS59**

**55265KP94**

**55265KQ44**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

55265KR43

55265KS42

55265KP86

55265KP37

55265KP60

55265KS67

55265KS26

55265KS83

55265KS75

**MASTR ASSET SECURITIZATION TRUST 03-10**

55265KU49

55265KS91

55265KT41

55265KU31

55265KU56

55265KV30

55265KU23

55265KU64

55265KT25

55265KV55

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**55265KT90**

**55265KV48**

**55265KT82**

**55265KU80**

**55265KU98**

**55265KT33**

**55265KT74**

**55265KU72**

**55265KV22**

**55265KV71**

**55265KV89**

**55265KV63**

**MASTR ASSET SECURITIZATION TRUST 03-11**

**55265KW47**

**55265K3G2**

**55265K3B3**

**55265KZ85**

**55265K2C2**

**55265K2A6**

**55265K2T5**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

55265KX53

55265KZ36

55265K2W8

55265KZ69

55265K3F4

55265KY52

55265K2E8

55265KX46

55265KY94

55265K2V0

55265KZ51

55265K3E7

55265KY45

55265K2G3

55265K2X6

55265K2Y4

55265K2K4

55265KX79

55265K2N8

55265K2D0

55265KZ77

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**55265KY86**

**55265K2U2**

**55265K2Z1**

**55265KZ44**

**55265KY37**

**55265K3H0**

**55265KX61**

**55265KY29**

**55265KX87**

**55265KW54**

**55265KX95**

**55265K3A5**

**55265K3C1**

**55265KV97**

**55265KW39**

**55265KW21**

**55265K3D9**

**Prime 2003-3**

**74160MCZ3**

**74160MCX8**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**74160MCQ3**

**74160MCP5**

**74160MCR1**

**74160MCY6**

**74160MCN0**

**74160MCM2**

**74160MCT7**

**74160MCS9**

**74160MDB5**

**74160MDB5**

**74160MDB5**

**74160MDA7**

**74160MDA7**

**74160MCV2**

**74160MCU4**

**74160MCW0**

**74160MDC3**

**74160MDC3**

**74160MDC3**

**74160MDA7**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**SAMI Prime Mtg 2004-CL2**

**74160MEH1**

**74160MED0**

**74160MEG3**

**74160MEK4**

**74160MEJ7**

**74160MEF5**

**74160MEL2**

**74160MEM0**

**74160MEN8**

**74160MEE8**

**SAIL 05-5**

**86358ETL0**

**86358ETF3**

**86358ETN6**

**86358ETG1**

**86358ETM8**

**86358ETK2**

**86358ETE6**

**86358ETP1**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

**U.S. Bank National Association**

**86358ETH9**

**86358ETJ5**

**SAI05005X**

**SAI05005P**

**SAI0505R3**

**SAIL 2005-9**

**86358EYF7**

**86358EYM2**

**86358EYA8**

**86358EYK6**

**86358EYH3**

**86358EYC4**

**86358EYG5**

**86358EYL4**

**86358EYJ9**

**SAI0509R1**

**SAI05009X**

**SAI05009P**

**SAIL059R**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**Bear Stearns ARM Trust Mortgage 2005-12**

**07387AFV2**

**07387AFW0**

**07387AFX8**

**07387AFY6**

**07387AFZ3**

**07387AGA7**

**07387AGM1**

**07387AGN9**

**07387AGP4**

**07387AGB5**

**07387AGC3**

**07387AGD1**

**07387AGE9**

**07387AGF6**

**07387AGG4**

**07387AGH2**

**07387AGQ2**

**07387AGR0**

**07387AGS8**

**07387AGJ8**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**07387AGK5**

**07387AGL3**

**07387AGT6**

**07387AGU3**

**07387AGW9**

**Bear Stearns ARM Trust Mortgage 2006-2**

**07388DAJ7**

**07388DAA6**

**07388DAB4**

**07388DAC2**

**07388DAE8**

**07388DAD0**

**07388DAR9**

**07388DAS7**

**07388DAU2**

**07388DAT5**

**07388DAF5**

**07388DAG3**

**07388DAK4**

**07388DAL2**

\*\*    Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**07388DAM0**

**07388DAN8**

**07388DAV0**

**07388DAH1**

**Credit Suisse First Boston Mortgage 2005-3**

**225458MC9**

**225458JU3**

**225458JV1**

**225458KT4**

**225458KU1**

**225458KV9**

**225458JW9**

**225458KF4**

**225458KG2**

**225458KH0**

**225458KK3**

**225458KL1**

**225458KM9**

**225458KN7**

**225458KP2**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225458KQ0

225458JX7

225458KR8

225458KS6

225458KW7

225458KX5

225458KY3

225458KZ0

225458LA4

225458JY5

225458MF2

225458MJ4

225458MK1

225458JZ2

225458KA5

225458KB3

225458KC1

225458KD9

225458KE7

225458LB2

225458LC0

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225458ML9

225458LD8

225458LE6

225458LF3

225458LG1

225458LN6

225458LH9

225458LJ5

225458LL0

225458LM8

225458MM7

225458LP1

225458LR7

225458LS5

225458LT3

225458LQ9

225458LU0

225458LV8

225458LW6

225458LY2

225458MN5

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**225458MA3**

**225458ME5**

**225458MC9**

**225458LX4**

**225458MD7**

**225458MC9**

**Credit Suisse First Boston Mortgage 2005-4**

**225458PF9**

**225458PM4**

**225458QY7**

**225458PN2**

**225458PP7**

**225458PQ5**

**225458PR3**

**225458PS1**

**225458PT9**

**225458PU6**

**225458PV4**

**225458PW2**

**225458QZ4**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## <u>Schedule A</u>

### U.S. Bank National Association

225458PX0

225458QL5

225458QM3

225458QN1

225458QP6

225458QQ4

225458QR2

225458QS0

225458QT8

225458QU5

225458QV3

225458QW1

225458QX9

225458PZ5

225458QA9

225458QB7

225458QC5

225458QD3

225458RA8

225458RB6

225458RC4

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**225458RD2**

**225458RE0**

**225458RF7**

**225458RG5**

**225458RH3**

**225458RK6**

**225458RL4**

**225458PL6**

**225458PF9**

**225458PG7**

**225458PH5**

**225458RJ9**

**225458PK8**

**225458PJ1**

**225458RN0**

**225458PF9**

**Credit Suisse First Boston Mortgage 2005-5**

**225458VH8**

**225458VJ4**

**225458TF5**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225458TG3

225458TR9

225458TS7

225458TT5

225458TU2

225458TV0

225458TW8

225458UM8

225458TH1

225458TJ7

225458TK4

225458TL2

225458TM0

225458TN8

225458TP3

225458TQ1

225458UP1

225458TX6

225458TY4

225458TZ1

225458UA4

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225458UB2

225458UC0

225458UD8

225458UE6

225458UF3

225458UG1

225458UK2

225458UL0

225458UN6

225458UU0

225458UV8

225458UW6

225458US5

225458UQ9

225458UX4

225458UY2

225458UT3

225458UR7

225458VB1

225458VC9

225458VK1

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

225458VH8

225458VJ4

225458VE5

225458VF2

225458VA3

225458VJ4

225458VG0

225458VH8

225458VJ4

225458UZ9

**Credit Suisse First Boston Mortgage 2005-6**

225458XG8

225458SH6

225458XJ2

225458YH5

225458YJ1

225458YK8

225458XK9

225458XL7

225458XM5

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## <u>Schedule A</u>

### U.S. Bank National Association

225458XN3

225458XP8

225458B64

225458B72

225458XS2

225458XT0

225458XU7

225458XV5

225458XW3

225458B80

225458XX1

225458XY9

225458XZ6

225458B98

225458YA0

225458YB8

225458YF9

225458YC6

225458YM4

225458YN2

225458YP7

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

225458YD4

225458YQ5

225458YR3

225458YS1

225458YE2

225458YL6

225458YU6

225458ZB7

225458ZD3

225458YX0

225458YZ5

225458ZA9

2255458YT9

225458YW2

225458YY8

225458YV4

**Credit Suisse First Boston Mortgage 2005-8**

2254583T3

225458W87

225458W95

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225458X29

225458X37

225458X45

225458X52

225458X60

225458Y77

225458Y85

225458Y93

225458Z35

225458Z43

225458Z50

225458Z68

225458Z76

225458Z84

225458X78

225458Z92

2254582A5

2254582B3

225458X86

225458Y28

225458Y36

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225458Y51

225458Y69

2254582C1

2254582D9

2254582E7

2254582F4

2254582G2

2254582H0

2254582J6

2254582K3

2254582U1

2254582V9

2254582W7

2254582X5

2254582Y3

2254582Z0

2254582L1

2254582M9

2254582N7

2254582Q0

2254582S6

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

2254582T4

2254583C0

2254583A4

2254583D8

2254583E6

2254583F3

2254583G1

2254583H9

2254583J5

2254583K2

2254583L0

2254583M8

2254583B2

2254583P1

2254583X4

2254583U0

2254583V8

2254583N6

2254583Q9

2254583R7

2254583S5

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

### Schedule A

### U.S. Bank National Association

**Credit Suisse First Boston Mortgage Securities Corp CSFB 2005-9**

**007036RT5**

**007036RU2**

**007036RV0**

**007036RW8**

**007036RC6**

**007036RY4**

**007036RZ1**

**007036SA5**

**007036SB3**

**007036SC1**

**007036SD9**

**007036SE7**

**007036SG2**

**007036SH0**

**007036SJ6**

**007036SK3**

**007036SL1**

**007036SM9**

**007036SN7**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

007036SP2

007036SQ0

007036SR8

007036SU1

007036SS6

007036ST4

007036SV9

007036SX5

007036SY3

### Credit Suisse First Boston Mortgage Securities Corp CSFB 2005-10

225470GL1

225470GL1

225470DU4

225470DV2

225470DW0

225470DX8

225470DY6

225470DZ3

225470EA7

225470EB5

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225470EC3

225047ED1

225470EE9

225470EF6

225470EG4

225047EH2

2250470EJ8

225047EK5

225470EL3

225470EM1

225470EN9

225470EP4

225470EQ2

225470ER0

225470ES8

225470ET6

2255470EU3

225470EV1

225470EW9

225470EX7

225470EY5

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225470EZ2

225470FA6

225470FB4

225470FC2

225470FD0

225470FE8

225470FF5

225470FG3

225470FH1

225470FJ7

225470FK4

225470FL2

225470FM0

225470FN8

225470FP3

225470FQ1

225470FR9

225470FS7

225470FT5

225470FU2

225470FV0

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225470FW8

225470FC6

225470FY4

225470FZ1

225470GA5

225470GV3

225470GC1

225470GD9

225470GF4

225470GG2

225470GH0

225470GK3

225470GT4

225470GU1

225470GV9

225470GN7

225470GQ0

225470GJ6

225470GQ0

225470GM9

225470GM9

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**225470GR8**

**225470GL1**

**Credit Suisse First Boston Mortgage 2005-11**

**007036UQ7**

**007036UR5**

**007036US3**

**007036UT1**

**007036UU8**

**007036UV6**

**007036UX2**

**007036UY0**

**007036VA1**

**007036VB9**

**007036VC7**

**007036VD5**

**007036VE3**

**007036VF0**

**007036VG8**

**007036VH6**

**007036VJ2**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

007036VK9

007036VL7

007036VN3

007036VR4

007036VM5

007036VP8

007036VQ6

007036VS2

007036VT0


### Credit Suisse First Boston Mortgage Securities Corp CSFB 2005-12

225470RS4

225470RT2

225470RU9

225470RV7

225470RW5

225470RX3

225470RY1

225470RZ8

225470SA2

225470SB0


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225470SC8

225470SD6

225470SE4

225470SF1

225470SG9

225470SH7

225470SJ3

225470SM6

225470AN4

225470SR5

225470AK0

225470SL8

225470SW4

225470SY0

225470SX2

225470SZ7

### Credit Suisse First Boston Mortgage Securities Corp CSMC 2006-1

225470UH4

225470UJ0

225470UK7

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225470UL5

225470UM3

225470UN1

225470UP6

225470UQ4

225470UT8

225470UU5

225470UV3

225470UW1

225470UX9

225470UY7

225470UZ4

225470VA8

225470VB6

225470VC4

225470VD2

225470VE0

225470VF7

225470VG5

225470VH3

225470VJ9

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225470VK6

225470VL4

225470VM2

225470VN0

225470VP5

225470VT7

225470VU4

225470VV2

225470VX8

225470VY6

225470VZ3

225470WA7

225470WB5

225470WC3

225470WD1

225470WE9

225470WF6

225470WG4

225470WH2

225470WJ8

225470WK5

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**225470WM1**

**225470WN9**

**225470WP4**

**225470WQ2**

**225470WW9**

**225470WT6**

**225470WY5**

**225470WL3**

**225470WU3**

**225470WV1**

**225470WX7**

**225470WR0**

**225470WS8**


**Credit Suisse First Boston Mortgage Securities Corp CSMC 2006-8**

**22942MAA4**

**22942MAB2**

**22942MAC0**

**22942MBE5**

**22942MBF2**

**22942MBH8**


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**22942MBJ4**

**22942MBK1**

**22942MBN5**

**22942MBS4**

**22942MBM7**

**22942MBP0**

**22942MBQ8**

**22942MBR6**

**Credit Suisse First Boston Mortgage Securities Corp CSMC 2006-9**

**126380BG8**

**126380BH6**

**126380BJ2**

**126380CF9**

**126380CG7**

**126380AA2**

**126380AB0**

**126380AC8**

**126380AD6**

**126380AE4**

**126380AF1**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

126380AG9

126380AH7

126380AK0

126380AL8

126380AN4

126380AP9

126380AQ7

126380AS3

126380AU8

126380AV6

126380AW4

126380AX2

126380AY0

126380AZ7

126380BA1

126380BB9

126380BD5

126380BE3

126380BF0

126380BN3

126380BP8

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

126380BQ6

126380BR4

126380BZ6

126380CC6

126380CD4

126380CE2

126380BL7

126380BM5

126380CH5

126380BH6

126380BC7

126380BG8

126380CF9

126380CG7

### Credit Suisse First Boston Mortgage Securities Corp CSMC 2007-6

12639PAA6

12639PAB4

12639PAK4

12639PAL2

12639PAM0

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**12639PAN8**

**12639PAU2**

**12639PAQ1**

**12639PAR9**

**12639PAS7**

**12639PAP3**

### Credit Suisse First Boston Mortgage Securities Corp CSMC 2007-7

**12638DAA4**

**12638DAB2**

**12638DAC0**

**12638DAD8**

**12638DAE6**

**12638DAF3**

**12638DAG1**

**12638DAH9**

**12638DAJ5**

**12638DAM8**

**12638DAN6**

**12638DAP1**

**12638DAR7**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

12638DAS5

12638DBD7

12638DBE5

12638DBF2

12638DBG0

12638DBH8

12638DBJ4

12638DAW2

12638DAX4

12638DAT3

12638DAV8

12638DAZ9

12638DBB1A

12638DBC9


### Deutsche Alt-A Securities 2007-2

25152BAA6

25152BAB4

25152BAC2

25152BAD0

25152BAE8


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**25152BAF5**

**25152BAG3**

**25152BAH1**

**25152BAJ7**

**25152BAK4**

**25152BAL2**

**25152BAM0**

**25152BAN8**

**25152BAP3**

**25152BAQ1**

**25152BAR9**

**25152BAV0**

**25152BAU2**

**25152BAS7**

**25152BAT5**

**GS Mortgage Securities 2005-9F**

**362341Q44**

**362341Q69**

**362341Q77**

**362341U56**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

**U.S. Bank National Association**

**362341U72**

**362341U98**

**362341V22**

**362341V30**

**362341S26**

**362341S34**

**362341S75**

**362341S83**

**362341S91**

**362341U64**

**362341U80**

**362341V55**

**362341T58**

**362341T74**

**362341R84**

**362341R92**

**362341X46**

**362341Q36**

**362341R68**

**362341S59**

**362341Q85**

[**]  Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

362341Q51

362341U23A

362341V48

362341T25

362341T90

362341T33

362341V63

362341U31

362341U49

362341S67

362341T66

362341R76

362341T82

362341W54

362341W96

362341V71

362341W21

362341X38

362341V89

362341V97

362341W39

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**362341W47**

**362341W54**

**362341W70**

**362341W96**

**362341W62**

**GS Mortgage Securities Corp Depositor Mortgage 2006-3F**

**362334GM0**

**362334HG2**

**362334HH0**

**362334HJ6**

**362334JH8**

**362334JL9**

**362334JM7**

**362334JN5**

**362334JR6**

**362334JT2**

**362334JU9**

**362334JV7**

**362334JW5**

**362334KT0**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## <u>Schedule A</u>

### U.S. Bank National Association

362334KU7

362334KV5

362334KW3

362334KX1

362334KY9

362334KZ6

362334LE2

362334LA0

362334LB8

362334LC6

362334LD4

362334LE2

### GS Mortgage Securities 2006-RP2

36298XAE2

36298XAA0

36298XAB8

36298XAC6

36298XAD4

36298XAM4

36298XAN2

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**36298XAH5**

**36298XAJ1**

**36298XAK8**

**36298XAL6**

**36298XAP7**

**36298XAF9**

**36298XAG7**

**36298XAM4**

**36298XAN2**

**Mortgage Asset Securitization 2005-AB1**

**57643LKY1**

**57643LLA2**

**57643LLB0**

**57643LLC8**

**57643LLD6**

**57643LLE4**

**57643LLF1**

**57643LLH7**

**57643LLJ3**

**57643LLK0**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**57643LLL8**

**57643LLM6**

**57643LLN4**

**57643LLP9**

**57643LLQ7**

**57643LLR5**

**57643LLG9**

**MASTR Alternative Loan Trust 2004-5**

**576434RS5**

**576434FT3**

**576434RQ9**

**576434RN6**

**576434RF3**

**576434RG1**

**576434RP1**

**576434RH9**

**576434RJ5**

**576434RK2**

**576434RL0**

**576434RM8**

\** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

576434RW6

576434RX4

576434RY2

576434RZ9

576434SB1

576434RU0

576434RV8

576434SA3

### MASTR Alternative Loan Trust 2004-9

576434UF9

576434UG7

576434UH5

576434UJ1

576434UK8

576434UL6

MASTRA049ALR

MASTRA049AR1

576434UM4

576434UN2

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**MASTR Alternative Loan Trust 2004-10**

576434WF7

576434WH3

576434WJ9

576434VU5

576434VV3

576434WK6

576434WG5

576434VW1

576434VX9

576434VY7

576434VZ4

576434WA8

576434WB6

576434WC4

576434WD2

576434WE0

576434WN0

576434WP5

576434WQ3

576434WM2

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**576434WR1**

**576434WS9**

**576434WT7**

**576434WL4**

**576434WU4**

### MASTR Alternative Loan Trust 2004-11

**576434XK5**

**576434XH2**

**576434WV2**

**576434YB4**

**576434WW0**

**576434YC2**

**576434XJ8**

**576434WX8**

**576434WY6**

**576434WZ3**

**576434XA7**

**576434XB5**

**576434XC3**

**576434XD1**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**576434XE9**

**576434XG4**

**576434XN9**

**576434XP4**

**576434XQ2**

**576434XU3**

**576434XV1**

**576434XW9**

**576434XM1**

**576434XR0**

**576434XT6**

**576434XS8**

**576434XZ2**

**576434XL3**

**576434YA6**

**576434XY5**

**576434XX7**

### MASTR Alternative Loan Trust 2004-13

**576434A38**

**576434A46**

[**]  Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

576434A53

576434D43

576434B52

576434A61

576434A79

576434B45

576434B60

576434ZQ0

576434ZR8

576434B78

576434B29

576434B37

576434ZS6

576434D68

576434ZT4

576434ZU1

576434ZW7

576434ZX5

576434ZY3

576434ZZ0

576434A20

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

576434B86

576434B94

576434C28

576434C36

576434C44

576434C51

576434A95

576434C85

576434D35

576434A87

576434D50

576434C69

576434D27

576434C77

576434C93

576434ZV9

**MASTR Adjustable Rate Mortgage Trust 2005-7**

576433D29

576433D37

576433D45

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**576433E36**

**576433D52**

**576433E44**

**576433D86**

**576433D94**

**576433E28**

**576433D60**

**576433D78**

**576433C61**

**576433C79**

**576433C87**

**576433C95**

**MASTR Asset Securitization Trust 2004-8**

**57643MEY6**

**57643MEZ3**

**57643MFA7**

**57643MEE0**

**57643MEF7**

**57643MEG5**

**57643MEH3**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

### Schedule A

**U.S. Bank National Association**

**57643MEJ9**

**57643MEM2**

**57643MEN0**

**57643MEP5**

**57643MES9**

**57643MET7**

**57643MEU4**

**57643MFB5**

**57643MEL4**

**57643MEK6**

**57643MEX8**

**57643MEV2**

**57643MEW0**

**MASTR Seasoned Securitization Trust 2004-1**

**55265WAV5**

**55265WAW3**

**55265WAX1**

**55265WAY9**

**55265WAZ6**

**55265WBB8**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

55265WBC6

55265WBD4

55265WBE2

55265WBF9

55265WBJ1

55265WBK8

55265WBL6

55265WBM4

55265WBN2

55265WBP7

55265WBQ5

55265WBR3

55265WBS1

55265WBZ5

55265WBG7

55265WBU6

55265WBH5

55265WBW2

55265WBX0

55265WBT9

55265WBY8

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

<u>Schedule A</u>

**U.S. Bank National Association**

**55265WBV4**


**Prime Mortgage Trust 2006-CL1**

**74161QAA0**

**74161QAB8**

**74161QAC6**

**74161QAD4**

**74161QAE2**

**74161QAF9**

**74161QAG7**

**74161QAH5**

**74161QAQ5**

**74161QAJ1**

**74161QAK8**

**74161QAL6**

**74161QAM4**


**SACO 2005-GP1**

**785778JJ1**

**785778JK8**

**785778JL6**


<sup>**</sup> Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**785778JM4**

**785778JN2**

**785778JP7**

**785778JQ5**

**785778JR3**

**785778JT9**

**785778JU6**

**785778JS1**

**SACO 2006-5**[**]

**785811AA8**

**785811AE0**

**785811AF7**

**785811AG5**

**785811AH3**

**785811AJ9**

**785811AK6**

**785811AS9**

**785811AT7**

**785811AU4**

---

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

785811AY6

785811BD1

785811AB6

785811AC4

785811AD2

785811AL4

785811AM2

785811AN0

785811AP5

785811AQ3

785811AR1

785811AV2

785811AW0

785811AX8

785811BE9

785811BH2

785811AZ3

785811BF6

785811BA7

785811BB5

785811BC3

---

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**SACO 2006-6**[**]

**785779AA7**

**785779AB5**

**785779AC3**

**785779AD1**

**785779AE9**

**785779AF6**

**785779AG4**

**785779AH2**

**785779AJ8**

**785779AK5**

**785779AL3**

**785779AM1**

**785779AN9**

**785779AP4**

**785779AQ2**

**785779AR0**

**SACO 2006-7**[**]

---

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

78577PAA1

78577PAB9

78577PAC7

78577PAD5

78577PAE3

78577PAF0

78577PAG8

78577PAH6

78577PAJ2

78577PAK9

78577PAL7

78577PAR4

78577PAM5

78577PAN3

78577PAP8

78577PAQ6

SACO 2006-10

785812AA6

785812AB4

---

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

<u>**Schedule A**</u>

**U.S. Bank National Association**

**785812AC2**

**785812AD0**

**785812AE8**

**785812AF5**

**785812AG3**

**785812AH1**

**785812AJ7**

**785812AK4**

**785812AL2**

**785812AS7**

**785812AM0**

**785812AN8**

**785812AP3**


**BSSLT 2007-1**[**]

**07401WAA7**

**07401WAB5**

**07401WAC3**

**07401WAD1**

**07401WAE9**

---

[**]  Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**07401WAF6**

**07401WAG4**

**07401WAH2**

**07401WAJ8**

**07401WAL3**

**07401WAK5**

**07401WAM1**

**07401WAN9**

**07401WAP4**

**07401WAQ2**

**07401WAR0**

**07401WAS8**

**07401WAT6**

**07401WAU3**

**07401WAV1**

**07401WAW9**

**07401WAX7**

**07401WAZ2**

**07401WBT5**

**07401WAY5**

**07401WBA6**

\*\* Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**07401WBB4**

**07401WBC2**

**07401WBD0**

**07401WBE8**

**07401WBF5**

**07401WBG3**

**07401WBH1**

**07401WBM0**

**07401WBN8**

**07401WBP3**

**MLMI 2005-A6**

**59020UZR9**

**59020UZE8**

**59020UZF5**

**59020UZG3**

**59020UZH1**

**59020UZJ7**

**59020UZK4**

**59020UZL2**

**59020UZM0**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**59020UZN8**

**59020UZP3**

**59020UZQ1**

**59020UD36**

**59020UD44**

**GSMPS Mortgage Loan Trust 2003-3**

**36290PAS6**

**36290PAT4**

**36290PAV9**

**36290PAW7**

**36290PAX5**

**36290PAY3**

**36290PAZ0**

**36290PBA4**

**36290PBB2**

**36290PBC0**

**36290PAU1**

**GSMPS Mortgage Loan Trust 2004-1**

**31394PPQ0**

[**]  Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**31394PPR8**

**31394PPS6**

**31394PPU1**

**31394PPV9**

**36290PBD8**

**36290PBE6**

**36290PBG1**

**36290PBH9**

**36290PBJ5**

**31394PPT4**

### GSMPS Mortgage Loan Trust 2004-3

**36228F3D6**

**36228F3E4**

**36228F3F1**

**36228F3G9**

**36228F3H7**

**36228F3J3**

### ACE Securities Corp. 1999-A

**004420AA3**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**SMART 1993-3**

**863573ST9**

**863573SP7**

**863573SQ5**

**863573SR3**

**863573SC6**

**863573SW2**

**863573SS1**

**SMART 1993-6**

**863573UL3**

**863573UJ8**

**863573UN9**

**863573UA7**

**863573UQ2**

**863573UP4**

**Credit Suisse First Boston Mortgage-Backed Pass-Through Certificates, Series 2002-AR33**

**22541NXT1**

---

[**]  Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**22541NXU8**

**22541NXV6**

**22541NXW4**

**22541NXX2**

**22541NXY0**

**22541NXZ7**

**22541NYA1**

**22541NYN3**

**22541NYD5**

**22541NYE3**

**22541NYF0**

**22541NYG8**

**22541NYH6**

**22541NYJ2**

**22541NYK9**

**22541NYL7**

**22541NYB9**

**22541NYC7**

**22541NYM5**

**GSAMP 2004-SD1**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**36242DAS2**

**36242DAT0**

**36242DAU7**

**36242DAV5**

**36242DAW3**

**36242DAX1**

**36242DAY9**

**36242DAZ6**

**36242DBA0**

**36242DBB8**

**36242DBD4**

**36242DBC6**

### GSAMP 2004-SEA1

**36228FL46**

**36228FL53**

**36228FP26**

**36228FL61**

**36228FL79**

---

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**36628FL87**

**36628FL95**

**36228FM29**

**36228FM45**

**36228FM37**

**GSAMP 2004-4**

**36242DJQ7**

**36242DJS3**

**36242DJT1**

**36242DJU8**

**36242DJW4**

**36242DJX2**

**36242DJY0**

**36242DJZ7**

**36242DMJ9**

**36242DMK6**

**36242DML4**

**36242DJR5**

**36242DJV6**

\*\*   Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**GSR 2005-5F**

36242D5T6

36242D5U3

36242D5V1

36242D5W9

36242D5X7

36242D5Y5

36242D5Z2

36242D6A6

36242D6B4

36242D6C2

36242D6D0

36242D6E8

36242D6F5

36242D6G3

36242D6H1

36242D6J7

36242D6K4

36242D6L2

36242D6M0

36242D6N8

36242D6P3

36242D6Q1

36242D6R9

36242D6S7

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**36242D6T5**

**36242D6V0**

**36242D6W8**

**36242D6X6**

**36242D6Z1**

**36242D7A5**

**36242D7B3**

**36242D7C1**

**36242D7D9**

**36242D7E7**

**36242D7F4**

**36242D7G2**

**36242D7H0**

**36242D7K3**

**36242D7L1**

**36242D7M9**

**36242D7Q0**

**36242D7R8**

**36242D7T4**

**36242D7U1**

**36242D7W7**

**36242D7X5**

**36242D7Y3**

**36242D7Z0**

**362341AA7**

**362341AB5**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**362341AC3**

**36242D6U2**

**36242D6Y4**

**36242D7J6**

**36242D7N7**

**36242D7P2**

**36242D7S6**

**36242D7V9**

**GSR 2005-6F**

**362341DK2**

**362341DL0**

**362341DM8**

**362341DP1**

**362341DQ9**

**362341DR7**

**362341DS5**

**362341DU0**

**362341DV8**

**362341DY2**

**362341DZ9**

**362341EB1**

**362341ED7**

**362341EE5**

**362341EG0**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## <u>Schedule A</u>

### U.S. Bank National Association

**362341EH8**

**362341EJ4**

**362341EK1**

**362341EL9**

**362341EM7**

**362341EN5**

**362341EP0**

**362341EQ8**

**362341ES4**

**362341ET2**

**362341EU9**

**362341EV7**

**362341EW5**

**362341EX3**

**362341EY1**

**362341EZ8**

**362341DN6**

**362341DT3**

**362341DW6**

**362341DX4**

**362341EA3**

**362341EC9**

**362341EF2**

**362341ER6**

**GSR 2005-7F**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

362341MH9

362341MJ5

362341MK2

362341ML0

362341MM8

362341MN6

362341MQ9

362341MR7

362341MS5

362341MT3

362341MU0

362341MX4

362341MY2

362341MZ9

362341NB1

362341NC9

362341ND7

362341NE5

362341NF2

362341NH8

362341NJ4

362341NK1

362341NL9

362341NM7

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**362341NN5**

**362341NP0**

**362341MP1**

**362341MV8**

**362341MW6**

**362341NA3**

**362341NG0**

**GSRMP 2004-1**

**36242DGH0**

**36242DGS6**

**36242DGT4**

**36242DGJ6**

**36242DGK3**

**36242DGL1**

**36242DGM9**

**36242DGN7**

**36242DGP2**

## GSMPS 2006-RP1

**3623413C1**

**3623413V9**

**3623413E7**

**3623413F4**

**3623413G2**

**3623413J6**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**3623413K3**

**3623413L1**

**3623413M9**

**3623413N7**

**3623413P2**

**3623413Q0**

**3623413R8**

**3623413S6**

**3623413D9**

**3623413H0**

**Credit Suisse First Boston Mortgage-Backed Pass-Through Series 2002-34**

**2254W0BZ7**
**2254W0ER2**
**2254W0ES0**
**2254W0EY7**
**2254W0EZ4**
**2254W0FA8**
**2254W0EN1**

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### Wells Fargo Bank, N.A., as trustee or indenture trustee

**Bear Stearns Asset Backed Securities I Trust,**
**Series 2004-BO1**
073879JH2
073879JJ8
073879JK5
073879JL3
073879JM1
073879JN9
073879JP4
073879JQ2
073879JR0
073879JS8
073879JT6
073879JU3
073879JV1
073879KY3
073879KZ0
073879LA4
073879KK5

**Carrington Mortgage Loan Trust, Series**
**2006-RFC1**
14453EAB8
14453EAC6
14453EAD4
14453EAE2
14453EAP7
14453EAF9
14453EAG7
14453EAH5
14453EAJ1
14453EAK8
14453EAL6
14453EAM4
14453EAN2
14453EAS1
14453EAT9
14453EAQ5
14453EAR3

**Carrington Mortgage Loan Trust, Series**
**2007-RFC1**
144526AA8
144526AB6
144526AC4
144526AD2
144526AE0
144526AS9
144526AF7

144526AG5
144526AH3
144526AJ9
144526AK6
144526AL4
144526AM2
144526AN0
CAR07RFC1R1
CAR07RFC1R2
CAR07RFC1CE
CAR07RFC1P

**Impac Secured Assets Corp., Mortgage Pass-**
**Through Certificates Series 2004-4**
45254TRL0
45254TRK2
45254TRM8
45254TQP2
45254TQQ0
45254TQR8
45254TQX5
45254TQS6
45254TQT4
45254TQU1
45254TQV9
45254TQW7
IMPACS044RX

**Impac CMB Trust, Series 2004-11**
45254NLZ8
45254NMA2
45254NMB0
45254NMC8
45254NMK0
45254NMD6
45254NME4
45254NMF1
45254NMG9
45254NMH7
45254NMJ3
IMPACC0411OT

**Magnetar (RMT) 2008-R1**
RESIDE08R1R
RESIDE08R1A

**Magnetar (RMT) 2008-R2**
RESIDE08R2R
RESIDE08R2A

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**Wells Fargo Bank, N.A., as trustee or indenture trustee**

**Structured Adjustable Rate Mortgage Loan
Trust, Series 2007-3**
86363GAA2
86363GAB0
86363GAD6
86363GAE4
86363GAF1
86363GAG9
86363GAH7
86363GAJ3
86363GAK0
86363GAL8
86363GAM6
86363GAN4
86363GAP9
86363GAX2
86363GBA1
86363GAY0
86363GBB9
86363GAZ7
86363GBC7
86363GBF0
86363GBJ2
86363GBF8
86363GBK9
86363GBH6
86363GBL7
86363GAQ7
86363GAR5
86363GAS3
86363GAT1
86363GAU8
86363GBM5
STRUCT073R1
86363GBD5
STRUCT073C
86363GBE3
STRUCT073X

**Structured Adjustable Rate Mortgage Loan
Trust, Series 2007-6**
86364CAA0
86364CAB8
86364CAC6
86364CAD4
86364CAE2
86364CAF9
86364CAG7
86364CAQ5

86364CAR3
86364CAS1
86364CAT9
86364CAU6
86364CAH5
86364CAJ1
86364CAK8
86364CAL6
86364CAM4
96364CAN2
86364CAP7
86364CBA9
STRUCT076R1
86364CAZ5
STRUCT076X
STRUCT076C

**Structured Asset Securities Corporation,
Series 2001-6**
86358RAN7
86358RAV9
86358RAY3
86358RBE6
86358RBF3
86358RBG1
86358RBJ5
STRUCT016R

**Structured Asset Securities Corporation,
Series 2005-S6**
86359DTQ0
86359DUB1
86359DUC9
86359DTR8
86359DTS6
86359DTT4
86359DTU1
86359DTV9
86359DTX5
86359DTY3
STRUCT05S6LT
STRUCT05S6R
STRUCT05S6P
STRUCT05S6X

**Structured Asset Securities Corporation,
Series 2005-S7**
863576DT8
863576ED2

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### Wells Fargo Bank, N.A., as trustee or indenture trustee

863576DU5
863576DV3
863576DW1
863576DX9
863576DY7
863576DZ4
863576EA8
863576EB6
STRUCT05SLTR
STRUCT05S7R
STRUCT05S7P
STRUCT05S7X

**Stanwich Mortgage Loan Trust, Series 2009-2**
854864AA3
854864AC9

**Stanwich Mortgage Loan Trust, Series 2010-2**
85486BAA7
85486BAB5

**IMPAC Secured Assets 2005-2**
45254TSM7
45254TSN5
45254TTF1
45254TSP0
45254TSR6
45254TSS4
45254TTE4
45254TST2
45254TSU9
45254TSV7
45254TSW5
45254TSX3
45254TTD6
45254TTC8

**IMPAC CMB 2004-6**
45254NJV0
45254NKD8
45254NKE6
45254NJW8
45254NJX6
45254NJY4
45254NJZ1
45254NKA4
45254NKB2
45254NKC0
IMPACC046CTF

**IMPAC CMB Trust Series 2005-6**
45254NQG5
45254NQW0
45254NQH3
45254NQJ9
45254NQK6
45254NQL4
45254NQM2
45254NQN0
45254NQP5
45254NQQ3
45254NQR1
45254NQS9
45254NQT7
45254NQU4
45254NQV2
IMPACC056TC

**IMPAC CMB Trust Series 2004-9**
45254NLA3
45254NKX4
45254NKY2
45254NKZ9
45254NLB1
45254NLC9
45254NLD7

**IMPAC CMB Trust Series 2005-2**
45254NMY0
45254NNK9
45254NNJ2
45254NNF0
45254NNN3
45254NNM5
45254NNB9
45254NMZ7
45254NNL7
45254NNC7
45254NND5
45254NNE3
45254NNH6

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

**<u>Schedule A</u>**

**Law Debenture Trust Company of New York, as separate trustee, and Wells Fargo Bank,
N.A., as trustee or indenture trustee**

**GMAC 2000-HE2**
361856AN7
361856AP2
GMACMH00HE2C
GMACMH00HE2I
GMACMH00HE2

**GMAC 2000-HE4**
361856AQ0
361856AR8
GMACH00HE4CE
GMACH00HE41
GMACH00HE4II

**GMAC 2002-HE1**
361856BT3
361856BU0
GMACMH02HE1O

**GMAC 2002-HE3**
GMACH02HE3V1
GMACMH02HE30

**GMAC 2002-HE4**
361856CF2
GMACMH02H4SB

**GMAC 2003-HE1**
361856CK1
GMACMH03HE1C

**GMAC 2003-HE2**
361856CP0
361856CQ8
GMACMH03H2R2
GMACMH03H2R3
GMACMH03H2SB

**GMAC 2004-HE1**
7609852S91
7609852S91
361856CV7
GMACMH04HE1C

**GMAC 2004-HE2**
361856DB0
361856DD6
361856DE4

GMACH04HE2SB

**GMAC 2004-HE5**
361856DX2
361856DY0
361856SB

**GMAC 2004-VFT**
36186FAA4
GMACHMH04VFT

**GMAC 2005-AA1**
76112BNM8
76112BNN6
76112BNP1
76112BNR7
76112BNS5
76112BNT3
76112BNQ9
76112BNQ9
76112BNU0
76112BNV8

**GMAC 2005-HE1**
381856EB9
361856EC7
GMACHO05HE1C
361856ED5
361856EE3
361856EF0

**GMAC 2005-HE2**
36185MAD4
36185MAE2
36185MAF9
GMACMH05E2SB

**GMAC 2006-AR1**
36185MDN9
36185MDP4
36185MDQ2
36185MDR0
36185MDS8
36185MDT6
36185MDU3
36185MDV1
36185MDW9
36185MEA6

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

**Law Debenture Trust Company of New York, as separate trustee, and Wells Fargo Bank, N.A., as trustee or indenture trustee**

36185MDX7
36185MDY5
36185MDZ2

**GMAC 2006-J1**
36185MEB4
36185MEC2
36185MED0
36185MEE8
36185MEG3
36185MEH1
36185MEK4
36185MEM0
36185MEN8
36185MEP3
36185MEJ7
36185MER9
36185MES7
36185MEQ1

**Harborview Mortgage Loan Trust, Series 2006-10**
41162CAA9
41162CAB7
41162CAC5
41162CAD3
41162CAE1
41162CAF8
41162CAG6

41162CAH4
41162CAJ0
41162CAK7
41162CAL5
41162CAM3
HARB0610ES2
HARBOR0610R
HARBOR0610C1
HARBOR0610P

**Harborview Mortgage Loan Trust, Series 2007-3**
41164UAA7
41164UAB5
41164UAC3
41164UAD1
41164UAE9
41164UAF6
41164UAG4
41164UAH2
41164UAJ8
41164UAK5
41164UAL3
41164UAM1
41164UAN9
HARBOR073ES
HARBOR073R
HARBOR073C

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### Wells Fargo Bank, N.A., as master servicer*

**Bear Stearns Asset-Backed Securities 2007-SD2***

07386UAA0
07386UAB8
07386UAD4
07386UAE2
07386UAF9
07386UAG7
07386UAJ1
07386UAL8
07386UAL6
07386UAC6
07386UAH5
07386UAM4
07386UAN2
07386UAP7
07386UAQ5
07386UAR3
07386UAS1
07386UBA9
07386UAZ5
07386UBB7
07386UAC6

**Bear Stearns Asset Backed Securities 2007-SD3***

07387LAA9
07387LAB7
07387LAC5
07387LAD3
07387LAE1
07387LAF8
07387LAG6
07387LAH4
07387LAJ0
07387LAM3
07387LAN1
07387LAP6

**Bear Stearns Alt-A Trust 2006-4***

073871AM7
073871AA3

073871AB1
073871AC9
073871AD7
073871AE5
073871AF2
073871AG0
073871AN5
073871AP0
073871AQ8
073871AR6
073871AS4
073871AT2
073871AU9
073871AX3
073871AZ8
073871BB0
073871BD6
073871AW5
073871AY1
073871BH7
073871BJ3
073871BL8
073871BM6
073871BN4
073871BP9
073871BS3
073871BU8
073871BW4
073871BR5
073871BT1
073871BY0
073871BZ7
073871CA1
073871CL7
073871CM5
073871CE3
073871CG8

**Bear Stearns Alt-A Trust 2006-5***

073873AH4
073873AA9
073873AB7
073873AC5
073873AJ0

* Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on this Schedule A by an asterisk (see page 1 of the Notice for a definition of RMBS Trustee). Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in the Notice.

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### Wells Fargo Bank, N.A., as master servicer*

073873AK7
073873AL5
073873AN1
073873AP6
073873AQ4
073873AM3
073873AU5
073873AV3
073873AX9
073873AW1
073873AY7
073873AD3

**Bear Stearns Alt-A Trust 2006-8***
07387QAH3
07387QAA8
07387QAB6
07387QAC4
07387QAM2
07387QAN0
07387QAQ3
07387QAS9
07387QAR1
07387QBH2
07387QAP5
07387QAX8
07387QAY6
07387QBA7
07387QBB5
07387QBC3
07387QAZ3
07387QAJ9
07387QAK6
07387QBG4
07387QBE9
07387QAL4

**Bear Stearns Second Lien Trust 2007-SV1***
07401UAA1
07401UAB9
07401UAU7
07401UAH2
07401UAC7
07401UAD5
07401UAE3

07401UAF0
07401UAG8
07401UAH6
07401UAN3
07401UAP8
07401UAQ6
07401UAT0
07401UAR4
07401UAS2

**GS Mortgage Securities Corp Depositor
Mortgage 2006-AR2***
36297TAA0
36297TAB8
36297TAC6
36297TAD4
36297TAE2
36297TAF9
36297TAG7
36297TAH5
36297TAJ1
36297TAK8
36297TAL6
36297TAM4
36297TAN2
36297TAP7
36297TAQ5
36297TAR3
36297TAS1
36297TAT9
36279TAU6
36297TAV4
36297TAW2
36297TAX0
36297TAY8
36297TAZ5
36297TBB7
36297TAT9
36297TAU6
36297TBB7

**SACO I Trust 2007-1***
785814AA2
785814AB0
785814AC8

* Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on this Schedule A by an asterisk (see page 1 of the Notice for a definition of RMBS Trustee).  Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement.  Certificateholders of such Trusts should contact their trustees with respect to matters described in the Notice.

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### Wells Fargo Bank, N.A., as master servicer*

785814AT1
785814AP9
785814AQ7
785814AN4
785814AR5
785814AS3

### MASTR Alternative Loan Trust 2004-12*

576434YF5
576434YE8
576434YG3
576434YM0
576434YR9
576434YL2
576434ZE7
576434ZB3
576434YS7
576434YQ1
576434YK4
576434ZF4
576434YJ7
576434ZG2
576434YY4
576434YN8
576434YP3
576434YW8
576434YD0
576434YX6
576434YV0
576434YH1
576434YU2
576434ZC1
576434YT5
576434ZD9
576434ZP2

### MASTR Alternative Loan Trust 2004-4*

576434PX6
576434QC1
576434PX6
576434QD9

576434QF4
576434QE7
576434QB3
576434QJ6
576434QA5
576434QW7
576434PZ1
576434QT4
576434PY4
576434QG2
576434QX5
576434QP2
576434QU1
576434QQ0
576434QN7
576434QM9
576434QV9
576434QY3
576434QZ0
576434QH0
576434QL1
576434QK3

### MASTR Alternative Loan Trust 2004-6*

576434SK1
576434SN5
576434SL9
576434SW5
576434SJ4
576434SM7
576434SG0
576434SF2
576434SH8
576434SC9
576434SX3
576434ST2
576434SS4
576434SE5
576434SD7
576434SR6
576434SQ8

* Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on this Schedule A by an asterisk (see page 1 of the Notice for a definition of RMBS Trustee).  Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement.  Certificateholders of such Trusts should contact their trustees with respect to matters described in the Notice.

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### Wells Fargo Bank, N.A., as master servicer*

576434SY1
576434SP0

**MASTR Alternative Loan Trust 2004-7***
576434SK1
576434SN5
576434SL9
576434SW5
576434SJ4
576434SM7
576434SG0
576434SF2
576434SH8
576434SC9
576434SX3
576434ST2
576434SS4
576434SE5
576434SD7
576434SR6
576434SQ8
576434SY1
576434SP0

**MASTR Alternative Loan Trust 2004-8***
576434UQ5
576434UP7
576434UR3
576434UV4
576434UW2
576434VE1
576434UX0
576434VL5
576434VF8
576434UU6
576434US1
576434UT9
576434VB7
576434VM3
576434UY8
576434VN1

576434VD3
576434VC5
576434UZ5
576434VG6
576434VP6

**MASTR Alternative Loan Trust 2005-3***
576434N42
576434L93
576434N26
576434M35
576434M68
576434M76
576434P57
576434M50
576434M84
576434N59
576434N67
576434P24
576434M43
576434M27
576434N91
576434N34
576434M92
576434P65
576434P32
576434P40

**MASTR Alternative Loan Trust 2005-4***
576434Q49
576434Q98
576434R22
576434Q56
576434Q64
576434Q72
576434Q80
576434R55
576434R63
576434R30
576434R48
576434R71

* Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on this Schedule A by an asterisk (see page 1 of the Notice for a definition of RMBS Trustee).  Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement.  Certificateholders of such Trusts should contact their trustees with respect to matters described in the Notice.

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### Wells Fargo Bank, N.A., as master servicer*

576434R89

**MASTR Alternative Loan Trust 2005-5***
576434S62
576434S70
576434S88
576434S96
576434T20
576434T38
576434T46
576434T53
576434T61
576434T79
576434T87
576434T95
576434U28
576434U36
576434U44
576434U51
576434U69

**MASTR Alternative Loan Trust 2006-1***
576434Y32
576434Y40
576434Y57
576434Y65
576434Y73
5764342B9
576434Y81
576434Y99
576434Z31
576434Z23

**MASTR Alternative Loan Trust 2007-HF1***
55291YAG2
55291YBE6
55291YAH0
55291YBF3
55291YAC1
55291YBD8

55291YAL1
55291YAJ6
55291YBG1
55291YAE7
55291YAA5
55291YAP2
55291YAN7

**MASTR Asset Securitization Trust 2002-7***
55265KNB1
55265KLZ0
55265KMS5
55265KMX4
55265KNC9
55265KND7
55265KMC0
55265KNG0
55265KLX5
55265KLW7
55265KNH8
55265KNA3
55265KMB2
55265KMT3
55265KMU0
55265KMD8
55265KMA4
55265KLY3
55265KMZ9

**MASTR Asset Securitization Trust 2004-1***
55265K5M7
55265K5L9
55265K6P9
55265K5V7
55265K5Y1
55265K5W5
55265K6E4
55265K5P0
55265K5X3

* Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on this Schedule A by an asterisk (see page 1 of the Notice for a definition of RMBS Trustee).  Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement.  Certificateholders of such Trusts should contact their trustees with respect to matters described in the Notice.

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### Wells Fargo Bank, N.A., as master servicer*

55265K6J3
55265K5N5
55265K5Z8

**MASTR Asset Securitization Trust
2004-3***
55265K7Y9
55265K8A0
55265K7Q6
55265K7P8
55265K7Z6
55265K8L6
55265K7M5
55265K7K9
55265K8K8
55265K8J1
55265K8M4
55265K8D4
55265K8B8
55265K8P7
55265K7N3
55265K8N2
55265K7W3
55265K8Q5
55265K8E2
55265K7L7
57643MAA2
55265K7X1
55265K8R3
55265K8G7
55265K8S1
55265K8F9

**MASTR Asset Securitization Trust
2004-4***
57643MBF0
57643MAG9
57643MAQ7
57643MAH7
57643MAU8
57643MAX2

57643MAR5
57643MAZ7
57643MAY0
57643MBG8
57643MAJ3
57643MAE4
57643MAF1
57643MAT1
57643MBA1
57643MAS3

**MASTR Asset Securitization Trust
2004-5***
57643MBK9
57643MBM5
57643MBP8
57643MBT0
57643MBW3
57643MBN3
57643MBX1
57643MBY9
57643MBZ6
57643MBS2
57643MBL7
57643MBQ6
57643MBR4

**MASTR Asset Securitization Trust
2004-6***
57643MDH4
57643MDU5
57643MDF8
57643MDE1
57643MCY8
57643MCZ5
57643MDD3
57643MDG6
57643MCV4
57643MDQ4
57643MCU6
57643MDR2

* Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on this Schedule A by an asterisk (see page 1 of the Notice for a definition of RMBS Trustee). Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in the Notice.

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### Wells Fargo Bank, N.A., as master servicer*

57643MDV3
57643MDB7
57643MDA9
57643MDM3
57643MDW1
57643MDL5
57643MDX9
57643MDY7
57643MEA8
57643MDZ4
57643MDN1
57643MDT8
57643MDJ0
57643MDK7

**MASTR Asset Securitization Trust
2004-9***
57643MFF6
57643MFQ2
57643MFG4
57643MFM1
57643MGG3
57643MFS8
57643MFN9
57643MGC2
57643MFC3
57643MFR0
57643MFT6
57643MFW9
57643MGD0
57643MFP4
57643MFZ2
57643MGH1
57643MFV1
57643MGA6
57643MGB4
57643MGJ7
57643MGL2
57643MGK4
57643MGQ1
57643MGP3

57643MGM0
57643MGR9
57643MGN8
57643MFY5
57643MFU3

**MASTR Asset Securitization Trust
2004-10***
57643MGZ1
57643MGV0
57643MGW8
57643MHL1
57643MHH0
57643MHK3
57643MHC1
57643MHD9
57643MHJ6
57643MHT4
57643MHA5
57643MGY4
57643MHU1
57643MHQ0
57643MHV9
57643MHP2
57643MHB3
57643MHM9
57643MHN7
57643MHW7

**MASTR Asset Securitization Trust
2004-11***
57643MJK1
57643MJA3
57643MJM7
57643MJE5
57643MJD7
57643MJF2
57643MJL9
57643MJV7
57643MJB1
57643MHZ0

* Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on this Schedule A by an asterisk (see page 1 of the Notice for a definition of RMBS Trustee). Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in the Notice.

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

## Schedule A

### Wells Fargo Bank, N.A., as master servicer*

| | |
|---|---|
| 57643MJS4 | 55265WDM2 |
| 57643MJW5 | 55265WDU4 |
| 57643MJR6 | 55265WDE0 |
| 57643MJG0 | 55265WDN0 |
| 57643MJX3 | 55265WDC4 |
| 57643MJQ8 | 55265WDF7 |
| 57643MJP0 | 55265WDT7 |
| | 55265WDH3 |
| **MASTR Seasoned Securitization Trust** | 55265WDK6 |
| **2005-2*** | 55265WDV2 |
| 55265WDJ9 | 55265WDR1 |
| 55265WDG5 | 55265WDS9 |
| 55265WDB6 | |

* Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on this Schedule A by an asterisk (see page 1 of the Notice for a definition of RMBS Trustee).  Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement.  Certificateholders of such Trusts should contact their trustees with respect to matters described in the Notice.

The CUSIP numbers appearing herein have been included solely for the convenience of the Holders. No representation is made as to the correctness of the CUSIP numbers either as printed on the certificates or notes related to the Trusts or as contained in this notice.

**Schedule A**

**HSBC Bank USA, N.A.**

| Ace Securities Corp Home Equity Loan 2005-SL1 |
|---|
| ACESEC05SL1R |
| 004421RV7 |
| 004421RW5 |
| 004421RX3 |
| 004421SB0 |
| ACESEC05SCE2 |
| ACESEC05SL1P |
| ACESEC05SCE1 |

| Ace Securities Corp Home Equity Loan 2006-SL4 |
|---|
| 00441WAA4 |
| 00441WAB2 |
| 00441WAD8 |
| 00441WAE6 |
| 00441WAF3 |
| 00441WAG1 |
| 00441WAH9 |
| ACESEC06SL4R |
| ACESEC06CE1A |
| ACESEC06CE2 |

| Ace Securities Corp Home Equity Loan 2006-SL1 |
|---|
| 004421VE0 |
| 004421VF7 |
| 004421VG5 |
| 004421VH3 |
| 004421VJ9 |
| 004421VK6 |
| 004421VL4 |
| 004421VM2 |
| ACESEC06SCE2 |
| ACESEC06SL1P |
| ACESEC06SL1R |
| ACESEC06SCE1 |

| Ace Securities Corp Home Equity Loan 2007-HE4 |
|---|
| 00442LAA7 |
| 00442LAB5 |
| 00442LAC3 |

| 00442LAD1 |
|---|
| 00442LAE9 |
| 00442LAF6 |
| 00442LAG4 |
| 0042LAH2 |
| 00442LAJ8 |
| 00442LAK5 |
| 0042LAL3 |
| ACES07H4CE2 |
| ACES07H4CE1 |
| ACESEC07H4P |
| ACESEC07H4R |

| Ace Securities Corp Home Equity Loan Trust 2007-SL1 |
|---|
| 00442FAA0 |
| 00442FAB8 |
| 00442FAR3 |
| 00442FAD4 |
| 00442FAE2 |
| 00442FAF9 |
| 00442FAG7 |
| 00442FAJ1 |
| 00442FAK8 |
| 00442FAL6 |
| ACEC07SL1R |
| ACEC07SL1CE2 |
| ACEC07SL1CE1 |

| Ace Securities Corp Home Equity Loan 2007-SL2 |
|---|
| 00443WAA2 |
| ACE07SL2R |
| ACE07SL2CE2 |
| ACE07SL2P |
| ACE07SL2CE1 |

| ACE Securities Corp Suntrust Acquisition 2007-1 |
|---|
| 86801CAA1 |
| 86801CAC7 |
| 86801CAE3 |
| ACESEC071R |
| ACESEC071CE |

## Schedule A

### HSBC Bank USA, N.A.

| | |
|---|---|
| ACESEC071P | 007036FW1 |
| | 007036FX9 |
| **Alliance Securities Corp 2007-S1** | 007036FY7 |
| ALLIAN07S1CE | 007036FZ4 |
| ALLIAN07S1R | 007036GA8 |
| 01853GAA8 | 007036GB6 |
| 01853GAB6 | 007036GC4 |
| 01853GAC4 | 007036GD2 |
| 01853GAD2 | 007036GH3 |
| 01853GAE0 | 007036GJ9 |
| 01853GAF7 | 007036GK6 |
| | 007036GG5 |
| **Credit Suisse First Boston Mortgage Adjustable Rate Mortgage 2004-5** | 007036GL4 |
| 007036EN2 | 007036GM2 |
| 007036EP7 | 007036GN0 |
| 007036EQ5 | 007036GP5 |
| 007036ER3 | 007036GQ3 |
| 007036ES1 | 007036GF7 |
| 007036ET9 | |
| 007036EX0 | **Citigroup Mortgage Loan Trust 2004-2** |
| 007036EY8 | 17307GMQ8 |
| 007036EZ5 | 17307GMR6 |
| 007036FA9 | 17307GMT2 |
| 007036FB7 | 17307GMU9 |
| 007036FC5 | 17307GMS4 |
| 007036FD3 | 17307GMX3 |
| 007036FE1 | 17307GMY1 |
| 007036FL5 | 17307GMZ8 |
| 007036FG6 | 17307GMV7 |
| 007036FM3 | 17307GMW5 |
| 007036FK7 | 17307GNB0 |
| 007036FH4 | 17307G9R1 |
| 007036FJ0 | 17307GNC8 |
| 007036FF8 | 17307GNA2 |
| | |
| **Credit Suisse First Boston Mortgage Adjustable Rate Mortgage 2005-1** | **Citigroup Mortgage Loan Trust 2005-SHL1** |
| 007036FN1 | 17307GR42 |
| 007036FP6 | 17307GR67 |
| 007036FR2 | 17307GR75 |
| 007036FS0 | 17307GR83 |
| 007036FT8 | 17307GR91 |
| 007036FU5 | CITIGR05SHLR |
| 007036FV3 | CITIGR05SHLC |
| | |
| | **Citigroup Mortgage Loan Trust 2007-SHL1** |

## Schedule A

### HSBC Bank USA, N.A.

| |
|---|
| 17312WAA4 |
| 17312WAB2 |
| 17312WAC0 |
| 17312WAD8 |
| 17312WAE6 |
| 17312WAF3 |
| 17312WAG1 |
| CIT07SHL1CE |
| CIT07SHL1R |
| |
| **Deutsche Alt-A Securities Mortgage 2003-2XS** |
| 251510AV5 |
| 251510AW3 |
| 251510AY9 |
| 251510AZ6 |
| 251510BA0 |
| DEUTSC032XSR |
| DEUTSC032XCE |
| DEUTSC032XSP |
| |
| **Deutsche Alt-A Securities Mortgage 2003-4XS** |
| 251510CE1 |
| 251510CF8 |
| 251510CG6 |
| 251510CJ0 |
| 251510CK7 |
| 251510CL5 |
| 251510CT8 |
| 111276358 |
| 111276366 |
| 111276374 |
| |
| **Deutsche Alt-A Securities Mortgage 2005-3** |
| 251510FA6 |
| 251510EZ2 |
| 251510EY5 |
| 251510EA7 |
| 251510EB5 |
| 251510EC3 |
| 251510ED1 |
| 251510EE9 |
| 251510EG4 |
| 251510EH2 |
| 251510EJ8 |
| 251510EK5 |

| |
|---|
| 251510EL3 |
| 251510EM1 |
| 251510EN9 |
| 251510EP4 |
| 251510EQ2 |
| 251510ER0 |
| 251510ET6 |
| 251510EU3 |
| 251510EV1 |
| 251510EW9 |
| 251510EY5 |
| 251510FA6 |
| DEUTSC053R |
| 251510EZ2 |
| |
| **Deutsche Alt-A Securities Mortgage 2005-4** |
| 251510FU2 |
| 251510FV0 |
| 251510FW8 |
| 251510FX6 |
| 251510FY4 |
| 251510FZ1 |
| 251510GA5 |
| 251510GD9 |
| 251510GE7 |
| 251510GF4 |
| 251510GG2 |
| 251510GJ6 |
| 251510GB3 |
| 251510GH0 |
| |
| **Deutsche Alt-A Securities Mortgage 2005-5** |
| 251510HL0 |
| 251510HM8 |
| 251510HN6 |
| 251510HP1 |
| 251510HQ9 |
| 251510HR7 |
| 251510HS5 |
| 251510HT3 |
| 251510HU0 |
| 251510HV8 |
| 251510HW6 |
| 251510HX4 |
| 251510HY2 |

## Schedule A

### HSBC Bank USA, N.A.

| |
|---|
| 251510HZ9 |
| 251510JA2 |
| 251510JB0 |
| 251510JC8 |
| 251510JE4 |
| 251510JF1 |
| 251510JM6 |
| 251510JN4 |
| 251510JQ7 |
| 251510JR5 |
| 251510JS3 |
| 251510JT1 |
| 251510JU8 |
| 251510JV6 |
| 251510JL8 |
| 251510JP9 |
| 251510JJ3 |
| 251510JK0 |
| 251510JG9 |
| 251510JH7 |
| 251510JD6 |

| **Deutsche Alt-A Securities Mortgage 2005-6** |
|---|
| 251510JW4 |
| 251510JX2 |
| 251510JY0 |
| 251510JZ7 |
| 251510KA0 |
| 251510KB8 |
| 251510KC6 |
| 251510KD4 |
| 251510KE2 |
| 251510KF9 |
| 251510KG7 |
| 251510KH5 |
| 251510KJ1 |
| 251510KP7 |
| 251510KR3 |
| 251510KS1 |
| 251510KT9 |
| 251510KW2 |
| 251510LA9 |
| 251510KV4 |
| 251510KQ5 |
| 251510KY8 |

| |
|---|
| 251510KZ5 |
| 251510KX0 |

| **Deutsche Alt-A Securities Mortgage 2005-AR1** |
|---|
| 251510FB4 |
| 251510FC2 |
| 251510FD0 |
| 251510FE8 |
| 251510FF5 |
| 251510FG3 |
| 251510FH1 |
| 251510FL2 |
| 251510FM0 |
| 251510FN8 |
| DEUTSC05AR1R |
| 251510FP3 |
| 251510FQ1 |

| **Deutsche Alt-A Securities Mortgage 2005-AR2** |
|---|
| 251510GL1 |
| 251510GM9 |
| 251510GN7 |
| 251510GP2 |
| 251510GQ0 |
| 251510GR8 |
| 251510GS6 |
| 251510GT4 |
| 251510GU1 |
| 251510GV9 |
| 251510GW7 |
| 251510GX5 |
| 251510GY3 |
| 251510GZ0 |
| 251510HA4 |
| 251510HC0 |
| 251510HD8 |
| 251510HE6 |
| 251510HB2 |
| 251510HJ5 |
| 251510HK2 |
| 251510HF3 |

| **Deutsche Alt-B Securities Mortgage 2006-AB1** |
|---|
| 251510MD2 |
| 251510ME0 |

## Schedule A

### HSBC Bank USA, N.A.

| | |
|---|---|
| 251510MF7 | 25151EAE3 |
| 251510MH3 | 25151EAF0 |
| 251510MJ9 | 25151EAJ2 |
| 251510MK6 | 25151EAK9 |
| 251510ML4 | 25151EAL7 |
| 251510MM2 | 25151EAM5 |
| 251510MN0 | 25151EAN3 |
| 251510MP5 | 25151EAP8 |
| 251510MQ3 | 25151EAQ6 |
| 251510MR1 | 25151EAR4 |
| 251510MS9 | 25151EAS2 |
| 251510MT7 | 25151EAT0 |
| 251510MU4 | 25151EAU7 |
| 251510MV2 | 25151EAX1 |
| 251510MY6 | 25151EAY9 |
| 251510MW0 | 25151EAW3 |
| 251510MX8 | |
| | **Deutsche Alt-A Securities 2006-AB4** |
| **Deutsche Alt-B Securities Mortgage 2006-AB2** | 251513AA5 |
| 251511AA9 | 251513AB3 |
| 251511AB7 | 251513AC1 |
| 251511AC5 | 251513AD9 |
| 251511AD3 | 251513AE7 |
| 251511AE1 | 251513AF4 |
| 251511AF8 | 251513AG2 |
| 251511AG6 | 251513AH0 |
| 251511AJ0 | 251513AJ6 |
| 251511AK7 | 251513AK3 |
| 251511AP6 | 251513AL1 |
| 251511AQ4 | 251513AM9 |
| 251511AR2 | 251513AN7 |
| 251511AS0 | 251513AQ0 |
| 251511AT8 | 251513AR8 |
| 251511AU5 | 251513AT4 |
| 251511AV3 | 251513AU1 |
| 251511AW1 | 251513AV9 |
| 251511AN1 | 251513AW7 |
| 251511AM3 | 251513AY3 |
| DEUTSC06AB2C | 251513AZ0 |
| | 251513BA4 |
| **Deutsche Alt-B Securities Mortgage 2006-AB3** | 251513BB2 |
| 25151EAA1 | 251513BC0 |
| 25151EAB9 | 251513BD8 |
| 25151EAC7 | 251513BF3 |
| 25151EAD5 | 251513BH9 |

## Schedule A

### HSBC Bank USA, N.A.

| | |
|---|---|
| 251513BJ5 | 251510MB6 |
| 251513BG1 | DEUTSC06ARCE |
| | |
| **Deutsche Alt-A Securities 2006-AF1** | **Deutsche Alt-A Securities 2006-AR2** |
| 251510NB5 | 251508AA5 |
| 251510NC3 | 251508AB3 |
| 251510ND1 | 251508AC1 |
| 251510NE9 | 251508AD9 |
| 251510NF6 | 251508AE7 |
| 251510NG4 | 251508AF4 |
| 251510NH2 | 251508AG2 |
| 251510NJ8 | 251508AH0 |
| 251510NK5 | 251508AJ6 |
| 251510NL3 | 251508AK3 |
| 251510NM1 | 251508AL1 |
| 251510NN9 | 251508AN7 |
| 251510NP4 | 111371092 |
| DEUTSC06AF1R | |
| DEUTSC06AFCE | **Deutsche Alt-A Securities 2006-AR3** |
| | 25151AAA9 |
| **Deutsche Alt-A Securities 2006-AR1** | 25151AAB7 |
| 251510LC5 | 25151AAD3 |
| 251510LD3 | 25151AAE1 |
| 251510LE1 | 25151AAG6 |
| 251510LF8 | 25151AAH4 |
| 251510LG6 | 25151AAJ0 |
| 251510LH4 | 25151AAK7 |
| 251510LJ0 | 25151AAM3 |
| 251510LK7 | 25151AAN1 |
| 251510LL5 | 25151AAP6 |
| 251510LM3 | 25151AAQ4 |
| 251510LN1 | 25151AAR2 |
| 251510LP6 | 25151AAS0 |
| 251510LQ4 | 25151AAT8 |
| 251510LR2 | 111377305 |
| 251510LS0 | 1113772971 |
| 251510LT8 | |
| 251510LU5 | **Deutsche Alt-A Securities 2006-AR4** |
| 251510LX9 | 25150PAA7 |
| 251510LY7 | 25150PAB5 |
| 251510LZ4 | 25150PAC3 |
| DEUTSC06AR1R | 25150PAD1 |
| 251510MC4 | 25150PAE9 |
| DEUTSC06ARAR | 25150PAF6 |
| 251510MA8 | 25150PAG4 |

## Schedule A

### HSBC Bank USA, N.A.

| | |
|---|---|
| 25150PAH2 | 25150RAM7 |
| 25150PAJ8 | 25150RAN5 |
| 25150PAL3 | 25150RAP0 |
| 111386322 | 25150RAU9 |
| 111386306 | |
| 111386314 | **Deutsche Alt-A Securities 2006-OA1** |
| | 25150QAA5 |
| **Deutsche Alt-A Securities 2006-AR5** | 25150QAB3 |
| 25150NAA2 | 25150QAC1 |
| 25150NAB0 | 25150QAD9 |
| 25150NAC8 | 25150QAE7 |
| 25150NAD6 | 25150QAF4 |
| 25150NAE4 | 25150QAG2 |
| 25150NAF1 | 25150QAH0 |
| 25150NAG9 | 25150QAJ6 |
| 25150NAH7 | 25150QAK3 |
| 25150NAL8 | 25150QAP2 |
| 25150NAM6 | 11401105 |
| 25150NAN4 | 25150QAN7 |
| 25150NAP9 | 25150QAL1 |
| 25150NAT1 | |
| 25150NAU8 | **Deutsche Alt-A Securities 2007-3** |
| 25150NAV6 | 25151KAA7 |
| 25150NAW4 | 25151KAB5 |
| 25150NAX2 | 25151KAC3 |
| 25150NAY0 | 25151KDA1 |
| 25150NAZ7 | 25151KAE9 |
| 25150NBA1 | 25151KAF6 |
| 25150NBB9 | 25151KAG4 |
| 25150NBC7 | 25151KAH2 |
| 25150NBD5 | 25151KAJ8 |
| 25150NBE3 | 25151KAK5 |
| 111392114 | 25151KAL3 |
| 25150NAS3 | 25151KAM1 |
| 25150NAQ7 | 25151KAN9 |
| | 25151KAS8 |
| **Deutsche Alt-A Securities 2006-AR6** | 25151KAT6 |
| 25150RAD7 | 25151KAP4 |
| 25150RAE5 | 25151KAQ2 |
| 25150RAF2 | 25151KAR0 |
| 25150RAG0 | |
| 25150RAH8 | **DBALT Mortgage Loan Trust 2007-4** |
| 25150RAJ4 | 25151JAD4 |
| 25150RAK1 | 25151JAC6 |
| 25150RAL9 | 25151JAA0 |

## Schedule A

### HSBC Bank USA, N.A.

| 25151JAB8 |
| --- |
| |
| **Deutsche Alt-A Securities 2007-1** |
| 25151YAB5 |
| 25151YAC3 |
| 25151YAD1 |
| 25151YAE9 |
| 25151YAF6 |
| 25151YAG4 |
| 25151YAH2 |
| 25151YAJ8 |
| 25151YAK5 |
| 25151YAL3 |
| 25151YAM1 |
| 25151YAN9 |
| 25151YAP4 |
| 25151YAQ2 |
| 25151YAR0 |
| 25151YAS8 |
| 25151YAT6 |
| 25151YAU3 |
| 25151YAV1 |
| 25151YAZ2 |
| 25151YAY5 |
| |
| **Deutsche Alt-B Securities 2007-AB1** |
| 25151WAA1 |
| 25151WAB9 |
| 25151WAC7 |
| 25151WAD5 |
| 25151WAE3 |
| 25151WAF0 |
| 25151WAG8 |
| 25151WAH6 |
| 25151WAJ2 |
| 25151WAM5 |
| 25151WAN3 |
| 25151WAQ6 |
| 25151WAR4 |
| 25151WAS2 |
| 25151WAT0 |
| 25151WAU7 |
| 25151WAV5 |
| 25151WAK9 |
| |

| **Deutsche Alt-A Securities 2007-AR1** |
| --- |
| 25151RAA2 |
| 25151RAB0 |
| 25151RAF1 |
| 25151RAG9 |
| 25151RAH7 |
| 25151RAJ3 |
| 25151RAK0 |
| 25151RAL8 |
| 25151RAM6 |
| 25151RAN4 |
| 25151RAP9 |
| 25151RAQ7 |
| 25151RAS3 |
| DEUTS07AR1CE |
| DEUTS07AR1P |
| DEUTS07AR1R |
| |
| **Deutsche Alt-A Securities Mortgage Loan Trust 2007-AR2** |
| 25151UAA5 |
| 25151UAB3 |
| 25151UAC1 |
| 25151UAD9 |
| 25151UAE7 |
| 25151UAF4 |
| 25151UAG2 |
| 25151UAH0 |
| 25151IAJ6 |
| 25151IAK3 |
| 25151UAL1 |
| 25151UAM9 |
| 25151UAN7 |
| 25151UAP2 |
| 25151UAQ0 |
| 111411393 |
| 111408886 |
| 111408894 |
| |
| **Deutsche Alt-A Securities 2007-AR3** |
| 25150VAA4 |
| 25150VAB2 |
| 25150VAC0 |
| 25150VAD8 |
| 25150VAE6 |

0016071-0000294 NY:15235320.1

## Schedule A

### HSBC Bank USA, N.A.

| |
|---|
| 25150VAF3 |
| 25150VAG1 |
| 25150VAK2 |
| 25150VAL0 |
| 25150VAM8 |
| 25150VAN6 |
| 25150VAP1 |
| 25150VAQ9 |
| 25150VAR7 |
| 25150VAS5 |
| 25150VAT3 |
| 25150VAU0 |
| 25150VAV8 |
| 25150VAW6 |
| 25150VAX4 |
| 25150VAZ9 |
| 25150VBA3 |
| 25150VBB1 |
| 25150VBC9 |
| 111421608 |
| 111420394 |
| 111420279 |
| 111420402 |
| |
| **Deutsche Alt-A Securities 2007-BAR1** |
| 25151TAB6 |
| 25151TAC4 |
| 25151TAD2 |
| 25151TAE0 |
| 25151TAF7 |
| 25151TAG5 |
| 25151TAH3 |
| 25151TAJ9 |
| 25151TAK6 |
| 25151TAL4 |
| 25151TAM2 |
| 25151TAT7 |
| 25151TAR1 |
| 25151TAS9 |
| |
| **Deutsche Alt-A Securities 2007-OA1** |
| 25151VAA3 |
| 25151VAB1 |
| 25151VAC9 |
| 25151VAD7 |

| |
|---|
| 25151VAE5 |
| 25151VAF2 |
| 25151VAG0 |
| 25151VAH8 |
| 25151VAJ4 |
| 25151VAK1 |
| 25151VAL9 |
| 25151VAM7 |
| 25151VAN5 |
| 111410676 |
| 111410627 |
| 111410650 |
| |
| **Deutsche Alt-A Securities 2007-OA2** |
| 25150UAA6 |
| 25150UAB4 |
| 25150UAC2 |
| 25150UAD0 |
| 25150UAE8 |
| 25150UAF5 |
| 25150UAG3 |
| 25150UAH1 |
| 25150UAJ7 |
| 25150UAK4 |
| 25150UAL2 |
| 25150UAM0 |
| 111416905 |
| 111416913 |
| |
| **Deutsche Alt-A Securities 2007-OA3** |
| 25150WAA2 |
| 25150WAB0 |
| 25150WAC8 |
| 25150WAD6 |
| 25150WAE4 |
| 25150WAF1 |
| 25150WAG9 |
| 25150WAH7 |
| 25150WAJ3 |
| 25150WAK0 |
| 25150WAL8 |
| 25150WAM6 |
| 25150WAN4 |
| 25150WAS3 |
| 25150WAU8 |

## Schedule A

### HSBC Bank USA, N.A.

| |
|---|
| 25150WAR5 |
| 25150WAP9 |
| 25150WAQ7 |
| |
| **Deutsche Alt-A Securities 2007-OA4** |
| 25151XAA9 |
| 25151XAB7 |
| 25151XAC5 |
| 25151XAD3 |
| 25151XAE1 |
| 25151XAF8 |
| 25151XAG6 |
| 25151XAH4 |
| 25151XAJ0 |
| 25151XAK7 |
| 25151XAL5 |
| 25151XAM3 |
| 25151XAN1 |
| 25151XAP6 |
| 25151XAQ4 |
| 25151XAR2 |
| 25151XAS0 |
| 25151XAT8 |
| 25151XBC4 |
| 25151XBD2 |
| 25151XBE0 |
| 25151XBF7 |
| 111434163 |
| 111434148 |
| |
| **Deutsche Alt-A Securities 2007-OA5** |
| 25150XAA0 |
| 24150XAB8 |
| 25150XAC6 |
| 25150XAD4 |
| 25150XAE2 |
| 25150XAF9 |
| 25150XAG7 |
| 25150XAH5 |
| 25150XAJ1 |
| 25150XAK8 |
| 25150XAM4 |
| 25150XAN2 |
| 25150XAR3 |
| 25150XAQ5 |

| |
|---|
| 25150XAP7 |
| 25150XAL6 |
| |
| **Deutsche Alt-A Securities Mortgage 2007-RAMP1** |
| 25150MAC0 |
| 25150MAD8 |
| 25150MAE6 |
| 25150MAF3 |
| 25150MAG1 |
| 25150MAH9 |
| 25150MAJ5 |
| 25150MAK2 |
| 25150MAL0 |
| 25150MAM8 |
| 25150MAS5 |
| 25150MAQ9 |
| 25150MAR7 |
| |
| **Deutsche Mortgage Securities 2004-1** |
| 251563CG5 |
| 251563CJ9 |
| 251263CH3 |
| 251563CK6 |
| 251563CV2 |
| 251563CW0 |
| 251563CM2 |
| 251563CL4 |
| 251563CA8 |
| 251563CB6 |
| 251563CD2 |
| 251563CE0 |
| 251563CF7 |
| 251563CP5 |
| 251563CQ3 |
| 251563CN0 |
| 251563CT7 |
| CU4251563 |
| 251563DB5 |
| 251563DD1 |
| 251563DE9 |
| 251563CS9 |
| 251563CR1 |
| |
| **Deutsche Mortgage Securities 2004-2** |

## Schedule A

### HSBC Bank USA, N.A.

| |
|---|
| 251563DL3 |
| 251563DM1 |
| 251563DN9 |
| 251563DP4 |
| 251563DQ2 |
| 251563DR0 |
| 111282703 |
| 111282729 |
| 111282711 |
| |
| **Deutsche Mortgage Securities 2004-4** |
| 251563FQ0 |
| 251563EM0 |
| 251563EN8 |
| 251563EP3 |
| 251563ER9 |
| 251563ES7 |
| 251563ET5 |
| 251563EU2 |
| 251563EV0 |
| 251563EW8 |
| 251563EX6 |
| 251563EY4 |
| 251563EZ1 |
| 251563FA5 |
| 251563FB3 |
| 251563FC1 |
| 251563FD9 |
| 251563FE7 |
| 251563FP2 |
| 251563FL1 |
| 251563FM9 |
| 251563FK3 |
| DEUTSC04412R |
| 251563FN7 |
| DEUTSC0441CE |
| DEUTSC0442CE |
| DEUTSC0442P |
| DEUTSC0441P |
| 251563FR8 |
| 251563FS6 |
| 251563FQ0 |
| |
| **Deutsche Mortgage Securities 2004-5** |
| 251563FY3 |

| |
|---|
| 251563FZ0 |
| 251563GG1 |
| 251563GA4 |
| 251563GB2 |
| 251563GC0 |
| 251563GD8 |
| 251563GE6 |
| 251563GF3 |
| DEUTSC045R |
| DEUTSC045CE |
| DEUTSC045P |
| |
| **GS Mortgage Securities Corp 2005-RP1** |
| 36242DXW8 |
| 36242DXJ7 |
| 36242DXK4 |
| 36242DXL2 |
| 36242DXG3 |
| 36242DXH1 |
| 36242DXN8 |
| 36242DXM0 |
| 36242DXV0 |
| 36242DYX5 |
| 36242DXS7 |
| 36242DXT5 |
| 36242DXU2 |
| 36242DYY3 |
| 36242DXQ1 |
| 36242DXP3 |
| 36242DXR9 |
| 36242DXV0 |
| 36242DXP3 |
| 36242DXR9 |
| 36242DXQ1 |
| |
| **GS Mortgage Securities Home Equity Trust 2005-9** |
| 362341GJ2 |
| 362341GK9 |
| 362341HR3 |
| 362341GL7 |
| 362341HZ5 |

## Schedule A

### HSBC Bank USA, N.A.

| |
|---|
| 362341GR4 |
| 362341GS2 |
| 362341GT0 |
| 362341GW3 |
| 362341GM5 |
| 362341GN3 |
| 362341GP8 |
| 362341GQ6 |
| 362341HS1 |
| 362341HT9 |
| 362341GU7 |
| 362341GV5 |
| 362341BX1 |
| 362341GZ6 |
| 362341BY9 |
| |
| **Lehman Mortgage Trust Series 2006-7** |
| 52520QAL8 |
| 52520QAM6 |
| 52520QBG8 |
| 52520QBU7 |
| 52520QBV5 |
| 52520QBW3 |
| 52520QBX1 |
| 52520QBZ6 |
| 52520QCA0 |
| 52520QBR4 |
| 52520QBT0 |
| 52520QBS2 |
| 52520QAP9 |
| 52520QAQ7 |
| 52520QAY0 |
| 52520QAA2 |
| 52520QAB0 |
| 52520QAE4 |
| 52520QAF1 |
| 52520QAG9 |
| 52520QAH7 |
| 52520QAJ3 |
| 52520QAX2 |
| 52520QBE3 |
| 52520QAC8 |
| 52520QAZ7 |
| 52520QBA1 |
| 52520QBF0 |

| |
|---|
| 52520QAN4 |
| 52520QBY9 |
| LEHM0607X |
| 52520QBQ6 |
| |
| **Luminent 2006-3** |
| 55027AAA8 |
| 55027AAB6 |
| 55027AAC4 |
| 55027AAD2 |
| 55027AAE0 |
| 55027AAF7 |
| 55027AAG5 |
| 55027AAH3 |
| 55027AAJ9 |
| 55027AAK6 |
| 55027AAL4 |
| 55027AAR1 |
| 55027AAS9 |
| 55027AAT7 |
| 55027AAU4 |
| 55027AAV2 |
| 55027AAW0 |
| 55027AAX8 |
| 55027AAY6 |
| 55027AAZ3 |
| 55027ABA7 |
| 55027ABB5 |
| 55027ABC3 |
| 55027ABD1 |
| 55027ABF6 |
| 55027ABG4 |
| |
| **Luminent Mortgage Trust 2006-4** |
| 55027BAA6 |
| 55027BAB4 |
| 55027BAC2 |
| 55027BAD0 |
| 55027BAE8 |
| 55027BAG3 |
| 55027BAH1 |
| 55027BAJ7 |
| 55027BAK4 |
| LUMINE064ES |

## Schedule A

### HSBC Bank USA, N.A.

| |
|---|
| 55027BAF5 |
| |
| **Luminent Mortgage Trust 2006-5** |
| 55027XAA8 |
| 55027XAB6 |
| 55027XAC4 |
| 55027XAD2 |
| 55027XAG5 |
| 5507XAH3 |
| 55027XAJ9 |
| 55027XAK6 |
| LUMINE065ES |
| 55027XAF7 |
| LUMINE0651 |
| 55027AXE0 |
| |
| **Luminent 2006-6** |
| 55027YAD0 |
| 55027YAB4 |
| 55027YAE8 |
| 55027YAF5 |
| 55027YAG3 |
| 55027YAH1 |
| 55027YAJ7 |
| 55027YAK4 |
| 55027YAL2 |
| 55027YAM0 |
| 55027YAN8 |
| 55027YAP3 |
| 55027YAQ1 |
| 55027YAR9 |
| LUMINE066R |
| LUMINE066RX |
| |
| |
| **Luminent 2007-2** |
| 55028EAA9 |
| 55028EAB7 |
| 55028EAC5 |
| 55028EAD3 |
| 55028EAE1 |

| |
|---|
| 55028EAF8 |
| 55028EAG6 |
| 55028EAH4 |
| 55028EAJ0 |
| 55027WAA0 |
| 55027WAB8 |
| 5507WAC6 |
| 55027WAD4 |
| 55027WAE2 |
| 55027WAF9 |
| 55027WAG7 |
| 55027WAH5 |
| 55027WAJ1 |
| 55027WAK8 |
| 55028EAK7 |
| 55027WAL6 |
| 55028EAL5 |
| 55027WAN2 |
| 55027WAP7 |
| |
| **MASTR Reperforming Loan Trust 2005-1** |
| 57643QAC9 |
| 576436AR0 |
| 576438AS8 |
| 576436AT6 |
| 576436AU3 |
| 576436AV1 |
| 576436AY5 |
| 576436AX7 |
| 576436AZ2 |
| 576436BA6 |
| 576436BB4 |
| 576436AW9 |
| 57643QAA3 |
| 576436BE8 |
| 576436BD0 |
| 576436BC2 |
| |
| **MASTR Reperforming 2005-2** |
| 57643QAE5 |
| 57643QAF2 |
| 57643QAG0 |

0016071-0000294 NY:15235320.1

## Schedule A

### HSBC Bank USA, N.A.

| | |
|---|---|
| 57643QAH8 | 59024FAA2 |
| 57643QAJ4 | 59024FAB0 |
| 57643QAK1 | 59024FAC8 |
| 57643QAL9 | 59024FAD6 |
| 57643QAP0 | 59024FAE4 |
| 57643QAQ8 | 59024FAF1 |
| 57643QAR6 | 59024FAG9 |
| 57643QAU9 | 59024FAP9 |
| 57643QAM7 | 59024FAR5 |
| 57643QAN5 | 59024FAH7 |
| 57643QAS4 | 59024FAJ3 |
| 57643QAT2 | 59024FAK0 |
| | 59024FAL8 |
| **Mortgage Asset Securitization MASTR Performing 2006-1** | 59024FAM6 |
| 57643QBL8 | 59024FAN4 |
| 57643QBM6 | 59024FAU8 |
| 57643QBN4 | 59024FAS3 |
| 57643QBP9 | 59024FAT1 |
| 57643QBQ7 | |
| 57643QBR5 | **Merrill Lynch Mortgage Investors 2007-AF1** |
| 57643QBS3 | 59024KAA1 |
| 57643QBV6 | 59024KAJ2 |
| 57643QBW4 | 59024KAK9 |
| 57643QBX2 | 59024KBH5 |
| 57643QBY0 | 59024KAB9 |
| 57643QBZ7 | 59024KAL7 |
| 57643QCA1 | 59024KBK8 |
| 57643QBT1 | 59024KAC7 |
| 57643QBU8 | 59024KAD5 |
| | 59024KAE3 |
| **Mortgage Asset Securitization MASTR Reperforming 2006-2** | 59024KAF0 |
| 57645LAA2 | 59024KAG8 |
| 57645LAB0 | 59024KAH6 |
| 57645LAE4 | 59024KBG7 |
| 57645LAF1 | 59024KAS2 |
| 57645LAG9 | 59024KAM5 |
| 57645LAD6 | 59024KAP8 |
| 57645LAC8 | 59024KAQ6 |
| 57645LAK9 | 59024KAR4 |
| 57645LAK0 | 59024KAN3 |
| 57645LAH7 | 59024KAV5 |
| | |
| | **Merrill Lynch Mortgage Investors 2007-OAR2** |
| **Merrill Lynch Mortgage Investors 2007-A2** | 59024BAA1 |
| | 59024BAB9 |

## Schedule A

### HSBC Bank USA, N.A.

| | |
|---|---|
| 59024BAC7 | 59025EAS5 |
| 59024BAK9 | 59025EAQ9 |
| 59024BAL7 | 59025EAR7 |
| 59024BAM5 | |
| 59024BAD5 | **MortgageIt Trust 2007-1** |
| 59024BAE3 | 61915YAA9 |
| 59024BAF0 | 61915YAB7 |
| 59024BAG8 | 61915YAC5 |
| 59024BAH6 | 61915YAD3 |
| 59024BAJ2 | 61915YAE1 |
| 59024BAN3 | 61915YAG6 |
| 59024BAP8 | 61915YAH4 |
| 59024BAQ6 | 61915YAF8 |
| | 61915YAJ0 |
| **Merrill Lynch Mortgage Investors 2007-OAR3** | 61915YAK7 |
| 59024JAA4 | 61915YAL5 |
| 59024JAB2 | 61915YAM3 |
| 59024JAC0 | 61915YAN1 |
| 59024JAK2 | MORTGE071R |
| 59024JAL0 | MORTGE071CE1 |
| 59024JAM8 | MORTGE071P |
| 59024JAD8 | |
| 59024JAE6 | **MortgageIt Trust 2007-2** |
| 59024JAF3 | 61915CAA7 |
| 59024JAG1 | 61915CAB5 |
| 59024JAH9 | 61915CAC3 |
| 59024JAJ5 | 61915CAD1 |
| 59024JAR7 | 61915DAE9 |
| 59024JAN6 | 61915DAQ2 |
| 59024JAP1 | 61915CAR0 |
| | 61915CAS8 |
| **Merrill Lynch Mortgage Investors Inc. 2007-OAR4** | MORTGA072R |
| 59025EAV8 | |
| 59025EAT3 | **Nomura Asset Acceptance Corp 2004-AP3** |
| 59025EAU0 | 65535VFX1 |
| 59025EAM8 | 65535VFY9 |
| 59025EAN6 | 65535VFZ6 |
| 59025EAP1 | 65535VGH5 |
| 59025EAF3 | 65535VGB8 |
| 59025EAG1 | 65535VGC6 |
| 59025EAH9 | 65535VGD4 |
| 29025EAJ5 | 65535VGG7 |
| 59025EAK2 | |
| 59025EAL0 | |

## Schedule A

### HSBC Bank USA, N.A.

| |
|---|
| 65535VFZ6 |
| 65535VGH5 |
| 65535VGB8 |
| 65535VGC6 |
| 65535VGD4 |
| 65535VGE2 |
| |
| **Nomura Asset Acceptance Corporation, Series 2005-AP1** |
| 65535VHF8 |
| 65535VHG6 |
| 65535VHH4 |
| 65535VHK7 |
| 65535VHL5 |
| 65535VHM3 |
| 65535VHN1 |
| 65535VHQ4 |
| 65535VHR2 |
| 65535VHS0 |
| NOMURA05AIIP |
| NOMURA05APIC |
| NOMURA05AIIR |
| NOMURA05APIR |
| NOMURA05APIP |
| NOMURA05APIX |
| NOMURA05APB6 |
| NOMURA05APB5 |
| NOMURA05APB4 |
| |
| **Nomura Asset Acceptance Corp 2005-AP2** |
| 65535VLH9 |
| 65535VLJ5 |
| 65535VLK2 |
| 65535VLL0 |
| 65535VLM8 |
| 65535VLN6 |
| 65535VLP1 |
| 65535VLQ9 |
| 65535VMD7 |
| 65535VMC9 |
| 65535VLR7 |
| |
| **Nomura Asset Acceptance Corp 2005-AP3** |

| |
|---|
| 65535VPE2 |
| 65535VPF9 |
| 65535VPD4 |
| 65535VPC6 |
| 65535VPH5 |
| |
| **Nomura Asset Acceptance Corp 2005-S2** |
| 65535VLS5 |
| 65535VLW6 |
| 65535VLX4 |
| 65535VLU0 |
| 65535VLV8 |
| 65535VMB1 |
| 65535VLZ29 |
| 65535VLY2 |
| 65535VMU9 |
| |
| **Nomura Asset Acceptance Corp 2005-S3** |
| 65535VNU8 |
| 65535VPA0 |
| 65535VNS3 |
| 65535VNT1 |
| 65535VPR3 |
| 65535VNZ7 |
| 65535VPS1 |
| 65535VNY0 |
| 65535VNX2 |
| 65535VQJ0 |
| |
| **Nomura Asset Acceptance Corp 2005-S4** |
| 65535VQP6 |
| 65535VQQ4 |
| 65535VQZ4 |
| 65535VQY7 |
| 65535VRA8 |
| 65535VRE0 |
| 65535VRF7 |
| 65535VQR2 |
| 65535VQS0 |
| 65535VQT8 |
| 65535VQU5 |
| 65535VQV3 |
| 65535VQW1 |
| 65535VRX8 |
| 65535VRD2 |

## Schedule A

### HSBC Bank USA, N.A.

| |
|---|
| 65535VRB6 |
| |
| **Nomura Asset Acceptance Corp 2005-AR3** |
| 65535VMJ4 |
| 65535VMK1 |
| 65535VMF2 |
| 65535VMG0 |
| 65535VMH8 |
| 65535VML9 |
| 65535VMM7 |
| 65535VMP0 |
| 65535VMQ8 |
| 65535VMT2 |
| 65535VMN5 |
| 65535VMR6 |
| 65535VMS4 |
| |
| **Nomura Asset Acceptance Corp 2005-AR4** |
| 65535VMV7 |
| 65535VMW5 |
| 65535VMX3 |
| 65535VNN4 |
| 65535VMY1 |
| 65535VMZ8 |
| 65535VNA2 |
| 65535VNB0 |
| 65535VNL8 |
| 65535VNM6 |
| 65535VNC8 |
| 65535VND6 |
| 65535VNE4 |
| 65535VNG9 |
| 65535VNH7 |
| 65535VNK0 |
| |
| **Nomura Asset Acceptance Corp 2005-AR5** |
| 65535VPT9 |
| 65535VQM3 |
| 65535VPU6 |

| |
|---|
| 65535VQK7 |
| 65535VPV4 |
| 65535VQH4 |
| 65535VPY8 |
| 65535VQL5 |
| 65535VPZ5 |
| 65535VQA9 |
| 65535VQB7 |
| 65535VQD3 |
| 65535VQE1 |
| 65535VQG6 |
| |
| **Nomura Asset Acceptance Corp 2005-AR6** |
| 65535VRG5 |
| 65535VRH3 |
| 65535VRW0 |
| 65535VRJ9 |
| 65535VRV2 |
| 65535VRK6 |
| 65535VRL4 |
| 65535VRM2 |
| 65535VRN0 |
| 65535VRP5 |
| 65535VRQ3 |
| 65535VRR1 |
| 65535VRU4 |
| 65535VRS9 |
| 65535VRS9 |
| |
| **Nomura Asset Acceptance Corp 2006-AF1** |
| 65536PAA8 |
| 65536PAB6 |
| 65536PAC4 |
| 65536PAD2 |
| 65536PAE0 |
| 65536PAF7 |
| 65536PAH3 |
| 65536PAJ9 |
| 65536PAK6 |

## Schedule A

### HSBC Bank USA, N.A.

| | |
|---|---|
| 65536PAL4 | 65536XAE3 |
| 65536PAM2 | 65536XAF0 |
| 65536PAN0 | 65536CAH6 |
| 65536PAP5 | 65536XAJ2 |
| 65536PBC3 | 65536XAK9 |
| 65536PAQ3 | 65536VAK3 |
| 65536PAR1 | 65536XAM5 |
| 65536PAT7 | 65536XAX1 |
| 65536PAZ3 | 65536VAM9 |
| 65536PAX8 | 65536XAV5 |
| 65536PAU4 | 65536VAL1 |
| 65536PAV2 | 65536XAL7 |
| 65536PAW0 | |
| 65536PAU4 | **Nomura Asset Acceptance Corp 2006-AP1** |
| 65536PAV2 | 65535VSN9 |
| 65536PAW0 | 65535VSJ8 |
| 65536PBA7 | 65535VSK5 |
| 65536PAY6 | 65535VSL3 |
| | 65535VSM1 |
| | 65535VSP4 |
| **Nomura Asset Acceptance Corp 2006-AF2** | 65535VSQ2 |
| 65536VAA5 | 65535VSR0 |
| 65536VAB3 | 65535VSU3 |
| 65536VAC1 | 65535VSV1 |
| 65536VAD9 | |
| 65536VAE7 | **Nomura Asset Acceptance Corp 2006-AR1** |
| 65536VAF4 | 65535VTE8 |
| 65536VAG2 | 65535VRY6 |
| 65536VAH0 | 65535VRZ3 |
| 65536VAJ6 | 65535VSA7 |
| 65536XAA1 | 65535VSB5 |
| 65536XAB9 | 65535VSC3 |
| 65536XAC7 | 65535VSD1 |
| 65536XAD5 | 65535VSE9 |
| 65536XAN3 | 65535VSF6 |
| 65536XAP8 | 65535VSG4 |
| 65536XAQ6 | 65535VSZ2 |
| 65536XAT0 | 65535VTA6 |
| 65536XAU7 | 65535VTC2 |
| | 65535VSW9 |

## Schedule A

### HSBC Bank USA, N.A.

| |
|---|
| 65535VSX7 |
| 65535VTJ7 |
| 65535VTE8 |
| 65535VTM0 |
| |
| **Nomura Asset Acceptance Corp 2006-AR2** |
| 65535VUH9 |
| 65535VUJ5 |
| 65535VUK2 |
| 65535VUZ9 |
| 65535VVA3 |
| 65535VUS5 |
| 65535VUT3 |
| 65535VUU0 |
| 65535VUV8 |
| 65535VUX4 |
| 65535VUY2 |
| 65535VUL0 |
| 65535VUM8 |
| 65535VUN6 |
| 65535VVD7 |
| 65535VVB1 |
| 65535VUP1 |
| 65535VUQ9 |
| 65535VUR7 |
| 65535VUP1 |
| 65535VUQ9 |
| 65535VUR7 |
| 65535VVE5 |
| 65535VVF2 |
| 65535VVC9 |
| **Nomura Asset Acceptance Corp 2006-AR3** |
| 65537EAA2 |
| 65537EAB0 |
| 65537EAC8 |
| 65537EAD6 |
| 65537EAP9 |
| 65537EAE4 |
| 65537EAF1 |
| 65537EAG9 |
| 65537EAH7 |

| |
|---|
| 65537EAJ3 |
| 65537EAQ7 |
| 65537EAR5 |
| 65537EAN4 |
| |
| **Nomura Asset Acceptance Corp 2006-AR4** |
| 65538DAA3 |
| 65538DAB1 |
| 65538DAC9 |
| 65538DAD7 |
| 65538DAE5 |
| 65538DAF2 |
| 65538DAG0 |
| 65538DAH8 |
| 65538DAJ4 |
| 65538DAN5 |
| 65538DAR6 |
| 65538DAS4 |
| 65538DAP0 |
| |
| **Nomura Asset Acceptance Corp 2006-S1** |
| 65535VTN8 |
| 65535VTP3 |
| 65535VTQ1 |
| 65535VTR9 |
| 65535VTY4 |
| 65535VTZ1 |
| 65535VUF3 |
| 65535VTS7 |
| 65535VTT5 |
| 65535VTV0 |
| 65535VTW8 |
| 65535VTX6 |
| 65535VUD8 |
| 65535VUG1 |
| 65535VUB2 |
| |
| **Nomura Asset Acceptance Corp 2006-S2** |
| 65535YAB8 |
| 65535YAC6 |
| 65535YAD4 |
| 65535YAL6 |
| 65535YAM4 |
| 65535YAN2 |
| 65535YAP7 |

## Schedule A

### HSBC Bank USA, N.A.

| | |
|---|---|
| 65535YAQ5 | 65538AAH4 |
| 65535YAE2 | 65538AAJ0 |
| 65535YAG7 | 65538AAK7 |
| 65535YAH5 | 63538AAL5 |
| 65535YAJ1 | 65538AAR2 |
| 65535YAK8 | 65538AAP6 |
| 65535YAR3 | 65538AAQ4 |
| 65535YAT9 | |
| 65535TAS1 | **Nomura Asset Acceptance Corp 2007-S1** |
| | 655374AA4 |
| | 655374AB2 |
| **Nomura Asset Acceptance Corp 2006-S3** | 655374AC0 |
| 65536WAA3 | 655374AD8 |
| 65536WAL9 | 655374AG1 |
| 65536WAM7 | 655374AH9 |
| 65536WAN5 | 655374AJ5 |
| 65536WAP0 | 65374AM8 |
| 65536WAQ8 | 655374AP1 |
| 65536WAF2 | 655374AN6 |
| 65536WAG0 | |
| 65536WAH8 | |
| 65536WAJ4 | **Nomura Asset Acceptance 2007-S2** |
| 65536WAK1 | 65538BAF6 |
| 65536WAU9 | 65538BAA7 |
| 65536WAR6 | 65538BAB5 |
| 65536WAS4 | 65538BAD1 |
| **Nomura Asset Acceptance Corp 2006-S4** | 65538BAE9 |
| 65537DAA4 | 65538BAG4 |
| 65537DAJ5 | |
| 65537DAL0 | **Nomura Asset Acceptance Corporation 2007-1** |
| 65537DAM8 | 65538PAA6 |
| 65537DAC0 | 65538PAB4 |
| 65537DAE6 | 65538PAC2 |
| 65537DAH9 | 65538PAD0 |
| 65537DAQ7 | 65538PAE8 |
| 65537DAN6 | 65538PAF5 |
| 65537DAR7 | 65538PAG3 |
| | 65538PAH1 |
| | 65538PAJ7 |
| **Nomura Asset Acceptance Corp 2006-S5** | 65538PAK4 |
| 65538AAB7 | 65538PAL2 |
| 65538AAC5 | 65538PAM0 |
| 65538AAM3 | 65538PAN8 |
| 65538AAD3 | 65538NAA1 |
| 65538AAE1 | 65538NAB9 |
| 65538AAF8 | 65538NAC7 |
| 65538AAG6 | |

## Schedule A

### HSBC Bank USA, N.A.

| | |
|---|---|
| 65538NAD5 | 65537UAC2 |
| 65538NAE3 | 65537UAD0 |
| 65538NAF0 | 65537UAE8 |
| 65538NAG8 | 65537UAF5 |
| 65538NAH6 | 65537UAG3 |
| 65538NAJ2 | 65537UAK4 |
| 65538PAS7 | 65537UAL2 |
| 65538NAR4 | 65537UAM0 |
| 65538PAP3 | 65537UAN8 |
| 65538PAQ1 | |
| 65538PAR9 | **Nomura Home Equity Loan 2006-AF1** |
| 65538NAS2 | 65535AAA2 |
| 65538NAP8 | 65535AAB0 |
| 65535AAD6 | 65535AAC8 |
| 65535AAE4 | 65535AAD6 |
| 65535AAF1 | 65535AAE4 |
| 65535AAG9 | 65535AAF1 |
| 65535AAH7 | 65535AAG9 |
| 65535AAK0 | 65535AAH7 |
| 65535AAL8 | 65535AAK0 |
| | 65535AAL8 |
| **Nomura Asset Acceptance Corporation 2007-2** | 65535AAJ3 |
| 655378AA5 | |
| 655378AB3 | **Nomura Home Equity Loan 2007-1** |
| 655378AC1 | 65537KAV2 |
| 655378AD9 | 65537KAW0 |
| 655378AE7 | 65537KAX8 |
| 655378AH0 | 65537KAY6 |
| 655378AJ6 | 65537KAZ3 |
| 655378AF4 | 65537KBA7 |
| 655378AK3 | 65537KBB5 |
| 655378AL1 | 65537KAA8 |
| 655378AM9 | 65537KAD2 |
| 655378AN7 | 65537KAE0 |
| 655378AP2 | 65537KAB6 |
| 655378AR8 | 65537KAC4 |
| 655378AQ0 | 65537KAF7 |
| 655378AS6 | 65537KAG5 |
| 655378AT4 | 65537KAH3 |
| | 65537KAJ9 |
| **Nomura Asset Acceptance Corp 2007-3** | 65537KAM2 |
| 65537UAA6 | 65537KAN0 |
| 65537UAB4 | 65537KAP5 |

## Schedule A

### HSBC Bank USA, N.A.

| |
|---|
| 65537KAQ3 |
| 65537KBD1 |
| 65537KAR1 |
| 65537KBE9 |
| 65537KBF6 |
| 65537KAT7 |
| 65537KAU4 |

| |
|---|
| **Structured Adjustable Rate Mortgage Loan 2004-4** |
| 86359BNL1 |
| 86359BNM9 |
| 86359BNN7 |
| 86359BNQ0 |
| 86359BNT4 |
| 86359BNU1 |
| 86359BNV9 |
| 86359BNW7 |
| 86359BNX5 |
| 86359BNY3 |
| 86359BPB1 |
| 86359BPD7 |
| 86359BPE5 |
| 86359BPF2 |
| 86359BPG0 |
| 86359BPJ4 |
| 86359BPK1 |
| 86359BPL9 |
| 86359BPH8 |
| STRUCT044P1 |
| STRUCT044P2 |

| |
|---|
| **Structured Asset Securities Corp 2008-RF1** |
| 86362DAA0 |
| 86362DAB8 |
| 86362DAC6 |
| 86362DAD4 |
| 86362DAE2 |
| 86362DAF9 |
| 86262DAG7 |
| 86362DAH5 |

| |
|---|
| 86362DAJ1 |
| 86362DAZ5 |

| |
|---|
| **Sequoia Mortgage Trust 2004-3** |
| 81744FAZ0 |
| 81744FBA4 |
| 81744FBE6 |
| 81744FBD8 |
| SEQUOI043LTR |

| |
|---|
| **Sequoia Mortgage Trust 2004-4** |
| 81744FBN6 |
| 81744FBF3 |
| 81744FBG1 |
| 81744FBH9 |
| 81744FBJ5 |
| 81744FBK2 |
| 81744FBL0 |
| 81744FBM8 |
| 81744FBR7 |
| 81744FBP1 |
| 81744FBQ9 |
| SEQUOI044LTR |

| |
|---|
| **Sequoia Mortgage Trust 2004-5** |
| 81744FBS5 |
| 81744FBT3 |
| 81744FBU0 |
| 81744FBV8 |
| 81744FBX4 |
| 81744FBZ9 |
| 81744FCA3 |
| 81744FCB1 |
| 81744FBY2 |
| 81744FCD7 |
| 81744FCE5 |
| SEQUOI045LTR |
| 81744FCC9 |
| 81744FCF2 |

| |
|---|
| **Sequoia Mortgage Trust 2004-6** |
| 81744FCG0 |

## Schedule A

### HSBC Bank USA, N.A.

| |
|---|
| 81744FCK1 |
| 81744FCH8 |
| 81744FCJ4 |
| 81744FCL9 |
| 81744FCN5 |
| 81744FCP0 |
| 81744FCQ8 |
| 81744FCU9 |
| |
| **Sequoia Mortgage Trust 2004-7** |
| 81744FCV7 |
| 81744FCW5 |
| 81744FCX3 |
| 81744FCY1 |
| 81744FCZ8 |
| 81744FDB0 |
| 81744FDC8 |
| 81744FDD6 |
| 81744FDH7 |
| 81744FDA2 |
| 81744FDF1 |
| 81744FDG9 |
| SEQUOI047LTR |
| 81744FDE4 |
| |
| **Sequoia Mortgage Trust 2004-8** |
| 81744FDJ3 |
| 81744FDK0 |
| 81744FDL8 |
| 81744FDM6 |
| 81744FDP9 |
| 81744FDQ7 |
| 81744FDR5 |
| 81744FDT1 |
| 81744FDN4 |
| 81744FDU8 |
| SEQUOI048LTR |
| 81744FDS3 |
| |
| **Sequoia Mortgage Trust 2004-9** |
| 81744FDV6 |
| 81744FEW4 |
| 81744FDX2 |
| 81744FDY0 |

| |
|---|
| 81744FEA1 |
| 81744FEB9 |
| 81744FEC7 |
| 81744FEE3 |
| 81744FDZ7 |
| 81744FEF0 |
| SEQUOI049LTR |
| 81744FED5 |
| |
| **Sequoia Mortgage Trust 2004-10** |
| 81744FET0 |
| 81744FEU7 |
| 81744FEV5 |
| 81744FEW3 |
| 81744FEX1 |
| 81744FEY9 |
| 81744FEZ6 |
| 81744FFA0 |
| 81744FFC6 |
| 81744FFD4 |
| 81744FFE2 |
| 81744FFB8 |
| 81744FFG7 |
| SEQIPO04LTR |
| 81744FFF9 |
| 81744FFH5 |
| |
| **Sequoia Mortgage Trust 2004-11** |
| 81744FFJ1 |
| 81744FFK8 |
| 81744FFL6 |
| 81744FFM4 |
| 81744FFN2 |
| 81744FFP7 |
| 81744FFR3 |
| 81744FFS1 |
| 81744FFT9 |
| 81744FFQ5 |
| 81744FFW2 |
| 81744FFV4 |
| SEQUOI0411LR |
| 81744FFU6 |
| |
| **Sequoia Mortgage Trust 2004-12** |
| 81744FFY8 |

## Schedule A

### HSBC Bank USA, N.A.

| | |
|---|---|
| 81744FFZ5 | 81744FHM2 |
| 81744FGA9 | 81744FHP5 |
| 81744FGB7 | 81744FHQ3 |
| 81744FGC5 | 81744FHR1 |
| 81744FGD3 | 81744FHS9 |
| 81744FGF8 | 81744FHN0 |
| 81744FGG6 | 81744FHT7 |
| 81744FGH4 | 81744FHU4 |
| 81744FGJ0 | SEQOI053LTR |
| SEQUOI0412AR | |
| 81744FGK7 | **Sequoia Mortgage Trust 2005-4** |
| 81744FGL5 | 81744FHV2 |
| SEQUOI0412LT | 81744FHW0 |
| | 81744FHX8 |
| **Sequoia Mortgage Trust 2005-1** | 81744FHY6 |
| 81744FGM3 | 81744FHZ3 |
| 81744FGN1 | 81744FJD0 |
| 81744FGP6 | 81744FJE8 |
| 81744FGQ4 | 81744FJG3 |
| 81744FGR2 | 81744FJH1 |
| 81744FGS0 | 81744FJK4 |
| 81744FGU5 | 81744FJL2 |
| 81744FGV3 | 81744FJM0 |
| 81744FGT8 | 81744FJA6 |
| 81744FGW1 | 81744FJN8 |
| 81744FGX9 | 81744FJP3 |
| SEQUOI051LTR | 81744FJJ7 |
| | 81744FJF5 |
| **Sequoia Mortgage Trust 2005-2** | 81744FJQ1 |
| 81744FGY7 | 81744FJC2 |
| 81744FGZ4 | 81744FJB4 |
| 81744FHA8 | SEQUOI05LTR |
| 81744FHB6 | |
| 81744FHC4 | **Sequoia Mortgage Trust 2007-1** |
| 81744FHD2 | 81744HAA1 |
| 81744FHE0 | 81744HAB9 |
| 81744FHF7 | 81744HAD5 |
| 81744FHG5 | 81744HAE3 |
| 81744FHJ9 | 81744HAF0 |
| 81744FHH3 | 81744HAG8 |
| SEQUOI052LTR | 81744HAH6 |
| | 81744HAJ2 |
| **Sequoia Mortgage Trust 2005-3** | 81744HAK9 |
| 81744FHK6 | 81744HAL7 |
| 81744FHL4 | 81744HAM5 |

## Schedule A

### HSBC Bank USA, N.A.

| | |
|---|---|
| 81744HAN3 | 81744MAT9 |
| 81744HAP8 | 81744MAU6 |
| 81744HAQ6 | 81744MAV4 |
| 81744HAR4 | 81744MAW2 |
| 81744HAS2 | 81744MAX0 |
| 81744HAT0 | 81744MAY8 |
| | 81744MAZ5 |
| | 81744MBB7 |
| **Sequoia Mortgage Trust 2007-2** | 81744MAE2 |
| 81744LAA2 | 81744MAP7 |
| 81744LAC8 | 81744MAK8 |
| 81744LAD6 | 81744MAL6 |
| 81744LAE4 | 81744MAJ1 |
| 81744LAF1 | 81744MBA9 |
| 81744LAG9 | |
| 81744LAL8 | |
| 81744LAN4 | |
| 81744LAR5 | **Sequoia Mortgage Trust 2007-4** |
| 81744LAS3 | 81744JAA7 |
| 81744LAT1 | 81744JAB5 |
| 81744LAZ7 | 81744JAC3 |
| 81744LBA1 | 81744JAD1 |
| 81744LAU8 | 81744JAE9 |
| 81744LAV6 | 81744JAF6 |
| 81744LAW4 | 81744JAG4 |
| 81744LAY0 | 81744JAH2 |
| 81744LAB0 | 81744JAJ8 |
| 81744LAQ7 | 81744JAK5 |
| 81744LAJ3 | 81744JAL3 |
| 81744LAH7 | 81744JAN9 |
| 81744LAK0 | 81744JAP4 |
| 81744LAX2 | 81774JAQ2 |
| | 81744JAM1 |
| | 81744JAR0 |
| **Sequoia Mortgage Trust 2007-3** | 81744JAS8 |
| 81744MAA0 | 81744JAT6 |
| 81744MAB8 | 81744JAU3 |
| 81744MAC6 | |
| 81744MAD4 | |
| 81744MAF9 | |
| 81744MAG7 | |
| 81744MAH5 | |
| 81744MAM4 | |
| 81744MAN2 | |
| 81744MAQ5 | |
| 81744MAR3 | |
| 81744MAS1 | |

**Schedule B**

Trusts Insured by Financial Guaranty Insurance Company ("FGIC")

| Trust | Trustee | Policy ID |
|-------|---------|-----------|
| GMACM 2001-HE2 | The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A. (collectively, "BNY Mellon") | 1010293 |
| GMACM 2002-HE4 | Wells Fargo Bank, N.A. ("WFB") / Law Debenture Trust Company of New York ("LDTC") | 2030026 |
| GMACM 2003-HE2 | WFB/LDTC | 3030009 |
| GMACM 2004-HE5 | WFB/LDTC | 4030047 |
| GMACM 2005-HE2 | WFB/LDTC | 5030041 |
| GMACM 2006-HE2 | BNY Mellon | 6030080 |
| GMACM 2006-HE3 | BNY Mellon | 6030099 |
| GMACM 2006-HE5 | BNY Mellon | 6030127 |
| GMACM 2007-HE2 | BNY Mellon | 7030046 |
| GMACM 2001-HE2 | BNY Mellon | 1010294 |
| GMACM 2001-HE3 | BNY Mellon | 1030013 |
| GMACM 2002-HE1 | WFB/LDTC | 2030009 |
| GMACM 2003-HE1 | WFB/LDTC | 3030008 |
| GMACM 2004-HE1 | WFB/LDTC | 4030006 |
| GMACM 2005-HE1 | WFB/LDTC | 5030011 |
| GMACM 2006-HE1 | BNY Mellon | 6030037 |
| GMACM 2004-HLTV1 | BNY Mellon | 4030036 |
| GMACM 2006-HLTV1 | BNY Mellon | 6030034 |
| RFC, RAMP 2004-RS7 | BNY Mellon | 4030020 |
| RFC, RAMP 2004-RS7 | BNY Mellon | 4030021 |
| RFC, RAMP 2005-EFC7 | U.S. Bank National Association ("USB") | 5030159 |
| RFC, RAMP 2005-NC1 | USB | 5030158 |
| RFC, RAMP 2005-RS9 | BNY Mellon | 5030145 |
| RFC, RASC 2001-KS1 | BNY Mellon | 1010248 |
| RFC, RASC 2001-KS1 | BNY Mellon | 1010249 |
| RFC, RASC 2004-KS7 | BNY Mellon | 4030022 |
| RFC, RASC 2004-KS7 | BNY Mellon | 4030023 |
| RFC, RASC 2004-KS9 | BNY Mellon | 4030032 |
| RFC, RASC 2004-KS9 | BNY Mellon | 4030033 |
| RFC, RASC 2005-EMX5 | USB | 5030153 |
| RFC, RASC 2007-EMX1 | USB | 7030010 |
| RFC, RFMSI 2005-S2 | USB | 5030006 |
| RFC, RFMSI 2005-S7 | USB | 5030142 |
| RFC, RFMSII 2002-HS3 | BNY Mellon | 2030023 |

| Trust | Trustee | Policy ID |
|---|---|---|
| RFC, RFMSII 2003-HS1 | BNY Mellon | 3030004 |
| RFC, RFMSII 2004-HS1 | BNY Mellon | 4030007 |
| RFC, RFMSII 2005-HS1 | BNY Mellon | 5030097 |
| RFC, RFMSII 2005-HS2 | BNY Mellon | 5030143 |
| RFC, RFMSII 2005-HSA1 | BNY Mellon | 5030160 |
| RFC, RFMSII 2006-HSA1 | BNY Mellon | 6030003 |
| RFC, RFMSII 2006-HSA2 | BNY Mellon | 6030022 |
| RFC, RFMSII 2002-HS3 | BNY Mellon | 2030024 |
| RFC, RFMSII 2003-HS1 | BNY Mellon | 3030005 |
| RFC, RFMSII 2003-HS2 | BNY Mellon | 3030017 |
| RFC, RFMSII 2004-HS1 | BNY Mellon | 4030008 |
| RFC, RFMSII 2004-HS3 | BNY Mellon | 4030035 |
| RFC, RFMSII 2005-HS1 | BNY Mellon | 5030098 |
| RFC, RFMSII 2005-HS2 | BNY Mellon | 5030146 |
| RFC, RFMSII 2005-HSA1 | BNY Mellon | 5030161 |
| RFC, RFMSII 2006-HSA2 | BNY Mellon | 6030026 |
| RFC, RAMP 2004-RZ2 | BNY Mellon | 4030012 |
| RFC, RAMP 2004-RZ2 | BNY Mellon | 4030013 |
| RFC, RFMSII 2004-HI2 | BNY Mellon | 4030015 |
| RFC, RFMSII 2004-HI3 | BNY Mellon | 4030034 |
| RFC, RFMSII 2005-HI1 | BNY Mellon | 5030001 |
| RFC, RFMSII 2006-HI2 | BNY Mellon | 6030063 |
| RFC, RFMSII 2006-HI3 | BNY Mellon | 6030087 |
| RFC, RFMSII 2006-HI4 | BNY Mellon | 6030113 |
| RFC, RFMSII 2006-HI5 | USB | 6030135 |
| RFC, RFMSII 2007-HI1 | USB | 7030014 |

# EXHIBIT F

TIME SENSITIVE NOTICE
REGARDING SETTLEMENT AGREEMENT AMONG THE RESCAP DEBTORS,
FINANCIAL GUARANTY INSURANCE COMPANY AND THE FGIC TRUSTEES

NOTICE IS HEREBY GIVEN BY:

THE BANK OF NEW YORK MELLON,
THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,
U.S. BANK NATIONAL ASSOCIATION,
WELLS FARGO BANK, N.A., AND
LAW DEBENTURE TRUST COMPANY OF NEW YORK

IN THEIR SEVERAL CAPACITIES AS TRUSTEES, INDENTURE TRUSTEES
AND/OR SEPARATE TRUSTEES (COLLECTIVELY, THE "FGIC TRUSTEES" AND
EACH, AN "FGIC TRUSTEE"), TO THE HOLDERS (THE
"CERTIFICATEHOLDERS") OF CERTIFICATES, NOTES OR OTHER SECURITIES
(COLLECTIVELY, THE "CERTIFICATES") UNDER THE RESIDENTIAL
MORTGAGE-BACKED SECURITIZATION TRUSTS IDENTIFIED ON SCHEDULE A
TO THIS NOTICE (COLLECTIVELY, THE "FGIC TRUSTS" AND EACH A "FGIC
TRUST").

THIS NOTICE CONTAINS IMPORTANT TIME-SENSITIVE INFORMATION FOR
CERTIFICATEHOLDERS AND OTHER PERSONS POTENTIALLY INTERESTED IN
THE FGIC TRUSTS.  ALL DEPOSITORIES, CUSTODIANS AND OTHER
INTERMEDIARIES RECEIVING THIS NOTICE, AS APPLICABLE, ARE
REQUESTED TO EXPEDITE ITS RE-TRANSMITTAL TO CERTIFICATEHOLDERS
IN A TIMELY MANNER.  FAILURE TO ACT PROMPTLY IN COMPLIANCE WITH
THIS PARAGRAPH MAY IMPAIR THE ABILITY OF THE CERTIFICATEHOLDERS
ON WHOSE BEHALF SUCH INTERMEDIARIES ACT TO CONSIDER THE
MATTERS DESCRIBED IN THIS NOTICE IN A TIMELY FASHION.

Dated:  June 4, 2013

This notice (the "Notice") is given to you by the FGIC Trustees under the Pooling and Servicing
Agreements (including Series Supplements and Standard Terms of Pooling and Servicing
Agreements), and Indentures and related Servicing Agreements (collectively, the "Governing
Agreements") governing the FGIC Trusts.  This Notice incorporates by reference the notice
given by the RMBS Trustees (as defined therein) regarding (A) the Plan Support Agreement,
dated May 13, 2013 (the "Plan Support Agreement"), among the ResCap Debtors and the
RMBS Trustees (including the FGIC Trustees), among others, and (B) the Settlement Agreement
among the Debtors, Financial Guaranty Insurance Company and Certain of the RMBS
Trustees(including the FGIC Trustees), dated May 24, 2013 (the "May 24 Notice").  In the event
of any inconsistencies between the May 24 Notice and this Notice, this Notice shall govern.

Capitalized terms used but not defined herein shall have the meanings assigned to them in the Governing Agreements or in the FGIC Settlement Agreement, as defined below.

**THIS NOTICE CONCERNS A PROPOSED SETTLEMENT OF, AMONG OTHER THINGS, THE PRESENT AND FUTURE CLAIMS OF THE FGIC TRUSTS AGAINST FINANCIAL GUARANTY INSURANCE CORPORATION ("FGIC") UNDER THE INSURANCE POLICIES (THE "POLICIES") ISSUED BY FGIC IN RESPECT OF THE TRUSTS.[1]**

**IF THE FGIC SETTLEMENT AGREEMENT IS APPROVED BY THE STATE COURT AND THE BANKRUPTCY COURT, IT WILL BIND EACH APPLICABLE FGIC TRUST AND THE RELATED CERTIFICATEHOLDERS. THE PROPOSED FGIC SETTLEMENT AGREEMENT MATERIALLY AFFECTS THE INTERESTS OF THE CERTIFICATEHOLDERS. THE FGIC TRUSTEES THEREFORE RESPECTFULLY REQUEST THAT ALL CERTIFICATEHOLDERS AND OTHER NOTICE RECIPIENTS READ THIS NOTICE AND RELATED MATERIALS CAREFULLY IN CONSULTATION WITH THEIR LEGAL AND FINANCIAL ADVISORS. CERTIFICATEHOLDERS THAT DO NOT WANT THE FGIC SETTLEMENT AGREEMENT TO BECOME EFFECTIVE SHOULD CONSIDER OBJECTING TO ITS APPROVAL IN THE STATE COURT ON OR BEFORE THE DEADLINE OF JULY 16, 2013 AT 3:00 P.M. (PREVAILING EASTERN TIME) AND/OR IN THE BANKRUPTCY COURT ON OR BEFORE THE DEADLINE THAT WILL BE SET ONCE THE NOTICE OF THE MOTION TO APPROVE THE FGIC SETTLEMENT AGREEMENT IS FILED (SUCH NOTICE IS EXPECTED TO BE FILED ON OR BEFORE JUNE 7, 2013).[2]**

## I.    Background--ResCap Bankruptcy Filing and FGIC Rehabilitation Proceeding.

On May 14, 2012, Residential Capital, LLC, and certain of its direct and indirect subsidiaries (collectively, "**ResCap**" or the "**Debtors**") filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") (*In re Residential Capital, LLC*, Case No. 12-12020 (MG) and related cases) (collectively, the "**Chapter 11 Cases**"). To obtain information regarding the Chapter 11 Cases, please see Section VI, below.

Pursuant to an order dated June 28, 2012, the Supreme Court of the State of New York (the "**State Court**") appointed Benjamin M. Lawsky, Superintendent of Financial Services of the State of New York, as rehabilitator (the "**Rehabilitator**") of FGIC in the rehabilitation proceeding styled *In the Matter of the Rehabilitation of Financial Guaranty Insurance Company*, Index No. 401265/2012 (the "**Rehabilitation Proceeding**").

---

[1]  Terms not otherwise defined in these initial summary paragraphs are defined below.

[2]  When the notice of the motion seeking Bankruptcy Court approval of the FGIC Settlement Agreement (the "**FGIC Motion**") is filed with the Bankruptcy Court, it will be available at http://www.rescaprmbssettlement.com, or from The Garden City Group ("**GCG**") by contacting GCG in the manner described in Section VI, below, and other means as set forth in Section VI. Any Certificateholder of a FGIC Trust may object to the approval of the FGIC Settlement Agreement in the Bankruptcy Court pursuant to the terms of the FGIC Motion.

2

## II.   The FGIC Settlement Agreement.

On May 23, 2013, ResCap, FGIC, and the FGIC Trustees as trustees or separate trustees under the FGIC Trusts, and certain other parties (collectively, the "**FGIC Settlement Parties**") entered into a settlement agreement (the "**FGIC Settlement Agreement**") pursuant to which the FGIC Settlement Parties settled their claims against each other, including the claims of the FGIC Trusts against FGIC for claims under the Policies under which FGIC insured the payment of principal and interest owing on certain of the Certificates. According to the terms of the FGIC Settlement Agreement, among other things, (a) each FGIC Settlement Party shall release the other FGIC Settlement Parties in respect of the Policies and other Policy Agreements (as defined in the FGIC Settlement Agreement), including the release by the FGIC Trusts of current claims in the amount of at least $789 million, and future claims against FGIC, (b) FGIC will pay to the FGIC Trusts for distribution to Certificateholders holding Certificates insured by the Policies cash in the aggregate amount of $253.3 million in settlement of the FGIC Trusts' claims against FGIC, (c) the FGIC Trustees shall release the Debtors in respect of Origination-Related Provisions (as defined in the FGIC Settlement Agreement), (d) FGIC will not be liable for any further payments under the Policies and other Policy Agreements, and (e) the FGIC Trusts will no longer make premium, reimbursement, or other payments to FGIC.[3]  Copies of the FGIC Settlement may be obtained at http://www.rescaprmbssettlement.com, at www.fgicrehabilitation.com or from GCG by contacting GCG in the manner described in Section VI, below.

In accordance with the allocation methodology set forth in Exhibit F to the FGIC Settlement Agreement, the FGIC Trustees, in consultation with their advisors, will have sole and exclusive authority to determine the share of the $253.3 million payable to each FGIC Trust and the allocation of such share among the CUSIPs issued by each such FGIC Trust that are insured by a Policy.  On or before July 3, 2013, the FGIC Trustees will notify FGIC in writing of the cash amount that FGIC shall pay to each FGIC Trust once the FGIC settlement is effective.

**As of July 3, 2013, the FGIC Trustees will make available to any Certificateholders holding Certificates insured by a Policy information as to the cash that FGIC will pay to the FGIC Trust(s) that issued such Certificates, <u>provided</u> that any such Certificateholder submits a proper request for such information to the FGIC Trustee(s) for such FGIC Trust(s), and provides appropriate verification of its holdings.**

---

[3]  Pursuant to the FGIC Settlement Agreement, FGIC will receive an allowed claim against certain of the Debtors in the aggregate amount of (i) approximately $934 million, if the chapter 11 plan contemplated by the Plan Support Agreement attached to the FGIC Settlement Agreement as Exhibit C goes effective, or (ii) $596.5 million, if the Plan Support Agreement is terminated in accordance with its terms and the chapter 11 plan contemplated thereby does not go effective, subject to FGIC's right to assert a claim against each of three of the Debtors, in each case up to the amount of $596.5 million.  FGIC has agreed under the Plan Support Agreement to cap its recovery from ResCap under (i), above, to $206.5 million.  For more information on the Plan Support Agreement, please review the May 24 Notice.

SK 03687 0119 1385897 v5

**CERTIFICATEHOLDERS OF A FGIC TRUST ARE URGED TO REVIEW
CAREFULLY THE FGIC SETTLEMENT AGREEMENT AND TO CONSULT WITH
THEIR ADVISORS.**

### III.    The Rehabilitation Proceeding and Related Deadlines.

On May 29, 2013, an affirmation (the "**Affirmation**") in support of the Rehabilitator's motion
for an order approving the FGIC Settlement Agreement and relevant portions of the Plan Support
Agreement was filed in the State Court.  On May 30, 2013, the State Court entered an order to
show cause (the "<u>Order to Show Cause</u>") setting forth a schedule of deadlines and the date of a
hearing to consider approval of the FGIC Settlement Agreement and relevant portions of the Plan
Support Agreement (the "**State Court Hearing**").  Copies of the Affirmation and the Order to
Show Cause may be obtained at **www.fgicrehabilitation.com**, at
**http://www.rescaprmbssettlement.com** or from GCG by contacting GCG in the manner
described in Section VI, below.  Pursuant to the Order to Show Cause, the State Court Hearing
will take place on August 6, 2013 at 10:00 a.m. at IAS Part 36, Room 428, thereof, at the
Courthouse located at 60 Centre Street, New York, New York.

**Any Certificateholder objecting to any aspect of the FGIC Settlement Agreement must file
an objection with the State Court, and serve a copy of such objection via email upon
gary.holtzer@weil.com and joseph.verdesca@weil.com, attorneys for the Rehabilitator, so
that such objection is received on or before July 16, 2013 at 3:00p.m. (the "State Court
Objection Deadline").**

If no objection is filed on or before the State Court Objection Deadline, pursuant to the Order to
Show Cause, the State Court may approve the FGIC Settlement Agreement without holding the
State Court Hearing.[4]

### IV.    Certificateholders Can Object to the FGIC Settlement Agreement.

*Any Certificateholder objecting to any aspect of the FGIC Settlement Agreement can file an
objection with the Bankruptcy Court as set forth in footnote 2, above, and/or in the State
Court as set forth in Section III, above.  If a Certificateholder of a FGIC Trust does not file a
timely objection to the FGIC Settlement Agreement in the Bankruptcy Court or Rehabilitation
Proceeding or if such Certificateholder's timely objection(s) are overruled, so long as the
FGIC Settlement Agreement is approved by the Bankruptcy Court and the State Court, such
Certificateholder will be bound by the terms of the FGIC Settlement Agreement.[5]  If approved*

---

[4] As noted in footnote 2, above, Certificateholders of a FGIC Trust may also object to the FGIC Motion in the
Bankruptcy Court.

[5] Note that Bankruptcy Court approval of a plan of reorganization for the Debtors is *not* a condition to the
effectiveness of the FGIC Settlement Agreement.  By its terms, the FGIC Settlement Agreement will become
effective if and when both the Bankruptcy Court and the Rehabilitation Court have entered final orders approving it.
The May 24 Notice incorrectly stated that the Bankruptcy Court approval of a plan of reorganization for the Debtors
was a condition to the effectiveness of the FGIC Settlement Agreement.

*by the Bankruptcy Court and the State Court, all Certificateholders holding Certificates insured by FGIC's Policies, and any other persons or entities who received this Notice, will be bound by the FGIC Settlement Agreement and the settlements, releases and discharges contained therein, regardless of whether any Certificateholder or other person or entity appeared before the Bankruptcy Court and/or at the State Court Hearing or submitted an objection.*

*Certificateholders should review with their advisors the relevant Governing Agreements and any applicable orders that have been entered by the State Court, including the Order of Rehabilitation, dated June 28, 2012, to determine what legal position, if any, they intend to assert.*

### V.    This Notice Is a Summary.

This Notice is not intended as, nor does it provide, a detailed restatement of the FGIC Settlement Agreement, relevant law or relevant legal procedures. The FGIC Trustees do not intend to send any further notices with respect to the matters addressed herein, and Certificateholders and other potentially interested persons are urged to review carefully the FGIC Settlement Agreement, any related notices, and other related pleadings that have been filed, and that subsequently may be filed, in the Chapter 11 Cases and in the Rehabilitation Proceeding, and to consult with their own legal and financial advisors.

### VI.    Other Sources of Information.

Information relevant to the FGIC Settlement Agreement, the Plan Support Agreement, and any notices thereof will be available at **http://www.rescaprmbssettlement.com**, which will be updated regularly with related material documents filed or orders entered by the Bankruptcy Court and the State Court. Certificateholders may also access documents filed in the Rehabilitation Proceeding at **www.fgicrehabilitation.com**. If a Certificateholder has any questions or would like to request copies of any of the relevant documents, Certificateholders may call GCG at (866) 241-7538 in the United States, +1 (202) 470-4565 outside the United States, or send an email to **questions@ rescaprmbssettlement.com**.

Certificateholders may also obtain any documents filed with the Bankruptcy Court in the Chapter 11 Cases by visiting ResCap's claims agent website at **http://www.kccllc.net/rescap**, or by logging on to PACER at **https://www.uscourts.gov** (a small fee is charged for this service). Documents filed in the Chapter 11 Cases may also be viewed during normal business hours at the Clerk's Office of the Bankruptcy Court, located at One Bowling Green, New York, New York 10004.

The Committee appointed in the Chapter 11 Cases has established an official website (the "**Committee Website**"), on which basic information concerning the Chapter 11 Cases has been posted, including, but not limited to, relevant contact information, upcoming dates and deadlines, statements and schedules filed by ResCap and a list of answers to frequently asked questions. The Committee Website can be reached at **http://dm.epiq11.com/RES/Project**.

5

Inquiries with respect to any particular FGIC Trust for which The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A., U.S. Bank National Association, or Wells Fargo Bank, N.A. serves as FGIC Trustee may be directed to the FGIC Trustee for such FGIC Trust using the "RMBS Trustee Contact Information" for such FGIC Trustee at **http://www.rescaprmbssettlement.com**.  With respect to those FGIC Trusts for which Law Debenture Trust Company of New York serves as separate FGIC Trustee, inquiries may be directed to **nytrustco@lawdeb.com.**  With respect to all other trusts, Certificateholders of those trusts should refer to their respective Governing Agreements for contact information.

## VII.    Other Matters.

Certificateholders and other persons interested in the FGIC Trusts should not rely on the FGIC Trustees, or on counsel or other advisors retained by the FGIC Trustees, as their sole source of information.

Please note that the foregoing is not intended and should not be construed as investment, accounting, financial, legal or tax advice by or on behalf of the FGIC Trustees, or their directors, officers, affiliates, agents, attorneys or employees. Each person or entity receiving this Notice should seek the advice of its own advisers in respect of the matters set forth herein.

Please be further advised that each of the FGIC Trustees reserves all of the rights, powers, claims and remedies available to it under the Governing Agreements and applicable law. No delay or forbearance by an FGIC Trustee to exercise any right or remedy accruing upon the occurrence of a default, or otherwise under the terms of the Governing Agreements, other documentation relating thereto or under applicable law, shall impair any such right or remedy or constitute a waiver thereof or acquiescence therein.

Each of the FGIC Trustees expressly reserves its rights under each applicable Governing Agreement, including without limitation, its right to recover in full its fees and costs (including, without limitation, fees and costs incurred or to be incurred by such FGIC Trustee in performing its duties, indemnities owing or to become owing to such FGIC Trustee, compensation for such FGIC Trustee's time spent and reimbursement for fees and costs of counsel and other agents it employs in performing its duties or to pursue remedies) and its right, prior to exercising any rights or powers in connection with any applicable Governing Agreement at the request or direction of any Certificateholder, to receive security or indemnity satisfactory to it against all costs, expenses and liabilities which might be incurred in compliance therewith, and all rights that may be available to it under applicable law or otherwise.

SK 03687 0119 1385897 v5

Please be advised that with respect to any particular inquiry from individual Certificateholders, a FGIC Trustee may conclude that a specific response to such inquiry is not consistent with requirements under applicable law and regulation of equal and full dissemination of information to all Certificateholders.

THE BANK OF NEW YORK MELLON, THE BANK OF NEW
YORK MELLON TRUST COMPANY, N.A., U.S. BANK
NATIONAL ASSOCIATION, WELLS FARGO BANK, N.A.,
AND LAW DEBENTURE TRUST COMPANY OF NEW YORK,
severally, as trustees, and/or indenture trustees or separate trustees
of the FGIC Trusts

7

## Schedule A to June 4, 2013 Notice to Certificateholders in FGIC Trusts

| Trusts Insured by Financial Guaranty Insurance Company ("FGIC") | Trustee | Policy ID |
|---|---|---|
| GMACM 2001-HE2 | The Bank of New York Mellon and The Bank of New York Mellon Trust Company N.A. ("BNYM") | 1010293 |
| GMACM 2002-HE4 | Wells Fargo Bank, N.A. ("WFB")/Law Debenture Trust Company of NY ("LDTC") | 2030026 |
| GMACM 2003-HE2 | WFB/LDTC | 3030009 |
| GMACM 2004-HE5 | WFB/LDTC | 4030047 |
| GMACM 2005-HE2 | WFB/LDTC | 5030041 |
| GMACM 2006-HE2 | BNYM | 6030080 |
| GMACM 2006-HE3 | BNYM | 6030099 |
| GMACM 2006-HE5 | BNYM | 6030127 |
| GMACM 2007-HE2 | BNYM | 7030046 |
| GMACM 2001-HE2 | BNYM | 1010294 |
| GMACM 2001-HE3 | BNYM | 1030013 |
| GMACM 2002-HE1 | WFB/LDTC | 2030009 |
| GMACM 2003-HE1 | WFB/LDTC | 3030008 |
| GMACM 2004-HE1 | WFB/LDTC | 4030006 |
| GMACM 2005-HE1 | WFB/LDTC | 5030011 |
| GMACM 2006-HE1 | BNYM | 6030037 |
| GMACM 2004-HLTV1 | BNYM | 4030036 |
| GMACM 2006-HLTV1 | BNYM | 6030034 |
| RFC, RAMP 2004-RS7 | BNYM | 4030020 |
| RFC, RAMP 2004-RS7 | BNYM | 4030021 |
| RFC, RAMP 2005-EFC7 | U.S. Bank National Association ("USB") | 5030159 |
| RFC, RAMP 2005-NC1 | USB | 5030158 |
| RFC, RAMP 2005-RS9 | BNYM | 5030145 |
| RFC, RASC 2001-KS1 | BNYM | 1010248 |
| RFC, RASC 2001-KS1 | BNYM | 1010249 |
| RFC, RASC 2004-KS7 | BNYM | 4030022 |
| RFC, RASC 2004-KS7 | BNYM | 4030023 |
| RFC, RASC 2004-KS9 | BNYM | 4030032 |
| RFC, RASC 2004-KS9 | BNYM | 4030033 |
| RFC, RASC 2005-EMX5 | USB | 5030153 |
| RFC, RASC 2007-EMX1 | USB | 7030010 |

| Trusts Insured by Financial Guaranty Insurance Company ("FGIC") | Trustee | Policy ID |
|---|---|---|
| RFC, RFMSI 2005-S2 | USB | 5030006 |
| RFC, RFMSI 2005-S7 | USB | 5030142 |
| RFC, RFMSII 2002-HS3 | BNYM | 2030023 |
| RFC, RFMSII 2003-HS1 | BNYM | 3030004 |
| RFC, RFMSII 2004-HS1 | BNYM | 4030007 |
| RFC, RFMSII 2005-HS1 | BNYM | 5030097 |
| RFC, RFMSII 2005-HS2 | BNYM | 5030143 |
| RFC, RFMSII 2005-HSA1 | BNYM | 5030160 |
| RFC, RFMSII 2006-HSA1 | BNYM | 6030003 |
| RFC, RFMSII 2006-HSA2 | BNYM | 6030022 |
| RFC, RFMSII 2002-HS3 | BNYM | 2030024 |
| RFC, RFMSII 2003-HS1 | BNYM | 3030005 |
| RFC, RFMSII 2003-HS2 | BNYM | 3030017 |
| RFC, RFMSII 2004-HS1 | BNYM | 4030008 |
| RFC, RFMSII 2004-HS3 | BNYM | 4030035 |
| RFC, RFMSII 2005-HS1 | BNYM | 5030098 |
| RFC, RFMSII 2005-HS2 | BNYM | 5030146 |
| RFC, RFMSII 2005-HSA1 | BNYM | 5030161 |
| RFC, RFMSII 2006-HSA2 | BNYM | 6030026 |
| RFC, RAMP 2004-RZ2 | BNYM | 4030012 |
| RFC, RAMP 2004-RZ2 | BNYM | 4030013 |
| RFC, RFMSII 2004-HI2 | BNYM | 4030015 |
| RFC, RFMSII 2004-HI3 | BNYM | 4030034 |
| RFC, RFMSII 2005-HI1 | BNYM | 5030001 |
| RFC, RFMSII 2006-HI2 | BNYM | 6030063 |
| RFC, RFMSII 2006-HI3 | BNYM | 6030087 |
| RFC, RFMSII 2006-HI4 | BNYM | 6030113 |
| RFC, RFMSII 2006-HI5 | USB | 6030135 |
| RFC, RFMSII 2007-HI1 | USB | 7030014 |