# Tab C

# Trial Exhibit 120

**From:** alves@sewkis.com
**Sent:** May 08, 2013 12:39:40
**To:** mamta.scott@usbank.com; laura.moran@usbank.com; james.byrnes@usbank.com
**Cc:** Kotwick, Mark; Silverstein, Andrew
**Bcc:**
**Subject:** FW: ResCap / FGIC Proposal (D&P Summary) (Confidential)

Attached is Duff's analysis of the FGIC settlement proposal.

REDACTED

Regards,
Arlene

From:Murphy, Brendan [mailto:Brendan.Murphy@duffandphelps.com]
Sent: Monday, May 06, 2013 4:54 PM
To: Johnson, Michael; Siegel, Glenn
Cc: Murphy, Brendan; Pfeiffer, Allen; Chong, Alice; Messenger, Zachary;
Parekh, Charles
Subject: ResCap / FGIC Proposal (D&P Summary)

Privileged and Confidential / Attorney-Client Work Product

REDACTED

Thanks,

Brendan


Arlene R. Alves
Counsel

Tel: (212) 574-1204
Email: alves@sewkis.com

SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Fax: (212) 901-2110
Web: www.sewkis.com


Confidentiality Notice: This e-mail is intended only for the person or entity
to which it is addressed and may contain information that is privileged,
confidential or otherwise protected from disclosure. If you have received this
e-mail in error, please notify Seward & Kissel LLP by return e-mail and destroy
the original message and all copies thereof.

Circular 230 Notice: To ensure compliance with Treasury regulations regarding
practice before the IRS, we inform you that, unless expressly stated otherwise,
any federal tax advice contained in this communication was not intended or
written to be used, and cannot be used, by any taxpayer for the purpose of (i)
avoiding penalties that may be imposed on the taxpayer under United States
federal tax law, or (ii) promoting, marketing or recommending to another party
any tax-related matters addressed herein.

Brendan J. Murphy

Director, Restructuring & Special Situations


T   +1 212 277 0138

M   +1 713 628 0216

F   +1 917 267 7073

55 East 52nd Street
Floor 31
New York, NY 10055


This email is confidential and subject to important disclaimers and
conditions, including those regarding confidentiality, legal privilege and
certain legal entity disclaimers, available at
http://www.duffandphelps.com/disclosure. Circular 230 Disclosure: Any advice
contained in this email (including any attachments unless expressly stated
otherwise) is not intended or written to be used, and cannot be used, for
purposes of avoiding tax penalties that may be imposed on any taxpayer.



This e-mail is from Dechert LLP, a law firm, and may contain information that
is confidential or privileged. If you are not the intended recipient, do not
read, copy or distribute the e-mail or any attachments. Instead, please notify
the sender and delete the e-mail and any attachments. Thank you.


- ResCap_FGIC Commutation Proposal_D&P Summary.pdf

Attachment: ..\email\000301^^6

# DUFF&PHELPS

# R E S C A P

## Residential Capital, LLC

FGIC Commutation Proposal
Discussion Materials

*DRAFT – Subject to Change*

May 2013

*C O N F I D E N T I A L*
*Attorney-Client Privilege*

AMSTERDAM • ATLANTA • AUSTIN • BOSTON • CHICAGO • CINCINNATI • DALLAS • DENVER • DETROIT • HOUSTON • LONDON • LOS ANGELES • MORRISTOWN
MUNICH • NEW YORK • NEWPORT BEACH • PARIS • PHILADELPHIA • PLANO • SAN FRANCISCO • SEATTLE • SHANGHAI • SILICON VALLEY • TOKYO • TORONTO • WASHINGTON D.C.

## DUFF&PHELPS
*Duff & Phelps Securities, LLC is a FINRA Registered Broker-Dealer*

CONFIDENTIAL

USB-MS 00071

# Situation Overview

In late March, FGIC delivered a commutation proposal ("Proposal") to the Steering Committee Group of RMBS Holders for ResCap-related trusts to provide a global resolution regarding the pending RMBS litigation. The Proposal from FGIC sets forth a lump sum cash consideration paid to the policyholders of the Rescap-related wrapped trusts in exchange for the ability to assert a general unsecured claim in the Rescap bankruptcy cases.

■ On June 11, 2012, Benjamin Lawsky, Superintendent of Financial Services of the State of New York (the "Rehabilitator"), filed a rehabilitation petition on behalf of FGIC with the Supreme Court of the State of New York.

— The Rehabilitator filed an initial Plan of Rehabilitation for FGIC on September 27, 2012 and filed the First Amended Plan of Rehabilitation on December 12, 2012.

— In connection with the First Amended Plan of Rehabilitation, Lazard, as financial advisor to the New York Liquidation Bureau, submitted an affidavit which contained revised projections.

— The Rehabilitator filed a revised First Amended Plan of Rehabilitation for FGIC on April 12, 2013 (the "Plan") which is expected to be heard on June 11, 2013.

■ Based on the current Plan, holders of permitted policy claims ("Policyholders") would receive (i) an upfront Cash Payment in an amount equal to a specified cash payout percentage upon the initial incurrence of the policy claim and (ii) additional catch–up payments through a ratable payout mechanism as set forth in the Plan.

— In the revised Base Scenario, the Policyholders would receive a recovery of 28.5% on their claim (based on a net present value of the distributions discounted at an illustrative rate of 15%).

■ In connection with the Plan, FGIC has presented the Proposal to the Steering Committee Group of RMBS Holders for ResCap-related RMBS trusts in late March.

— The Proposal provides a cash payout from FGIC of approximately $253 million to the ResCap-related RMBS Policyholders in exchange for approximately $597 million of claims asserted in the ResCap case by FGIC.

■ The following materials provide initial observations regarding the potential recoveries, timing, and risks to the Rescap-related RMBS Policyholders for both the current Plan and the Proposal.

DRAFT - Privileged & Confidential - Attorney Work Product

2

USB-MS 00072

# FGIC Proposal – Commutation and Claim

($ in millions)

The Proposal outlines a cash payment of approximately $253 million by FGIC upon emergence in exchange for the ability for FGIC to assert approximately $597 million of allowed claims at Rescap.

- The following Proposal is based on the following three main assumptions:

  - [A] Initial Cash Payment Percentage of 17.25% (based on the updated Stress Scenario pursuant to the Plan),

  - [B] Base Case Payout to policyholders of 28.5% (based on the updated Base scenario pursuant to the Plan assuming a 15% discount rate), and

  - [J] Haircut of 40% on unpaid payout claim estimates.

- In consideration for the cash commutation payment of approximately $253 million, FGIC in return would receive a claim in the Rescap case for the sum of the (i) payouts made to date related to the RFC- and GMACM-sponsored trusts and (ii) the cash commutation.

**Information Points**

| | | |
|---|---|---|
| Initial Cash Payment Percentage (CPP) | 17.25% | [A] |
| Base Case Payout (NPV @ 15.0%) | 28.50% | [B] |
| | | |
| FGIC - Ch. 11 Proof of Claim (POC) Amount | $1,850.0 | |
| Less: Cost, Interest, etc. | (236.0) | |
| Total Projected Claims in POC | 1,614.0 | |
| Claims Paid to Date | 344.0 | [C] |
| Estimated Unpaid Claims | 1,270.0 | [D] |
| Accrued and Unpaid ("A&U") Claims (as of 3/31/13) | 789.0 | [D] |
| Future Estimated Claims | $481.0 | [E] |

**Commutation Consideration**

| | | |
|---|---|---|
| Claims - A&U - Cash at Initial CPP | $136.1 | [F] = [A] x [D] |
| | | |
| Claims - A&U - Base Case Payout less Initial CPP | $88.8 | [G] = [B] x [D] - [F] |
| Claims - Future Estimated Claims at Base Case Payout | 137.1 | [H] = [B] x [E] |
| Subtotal | $225.8 | [I] = [G] + [H] |
| | | |
| Factor % of Unpaid Payout | 60.0% | [J] |
| Value Attributable to Estimated Unpaid Claims | $135.5 | [K] = [I] x [J] |
| | | |
| Total Value to Trusts | $271.6 | [L] = [F] + [K] |
| Less: Premiums waived by FGIC and retained by Trusts | 18.3 | [M] |
| Cash Commutation Payment by FGIC | $253.3 | [N] = [L] - [M] |

**FGIC Allowed Claims**

| | | |
|---|---|---|
| Prior Claims Paid | $344.0 | [C] |
| Cash Commutation | 253.3 | [N] |
| Amount of FGIC Allowed Claim | $597.3 | [O] = [C] + [N] |

DRAFT - Privileged & Confidential - Attorney Work Product

3

# FGIC Plan of Rehabilitation – Summary

The current Plan of Rehabilitation provides all of the value of FGIC, after the payment of certain administrative expenses and other costs, to be ratably distributed to the all of FGIC's Policyholders in a fair and equitable manner.

- Per Lazard's Affidavit filed on December 12, 2012, the Policyholders are projected to receive a recovery of approximately 27-30% in the Base Scenario and 17-18% in the Stress Scenario (assuming a discount rate of approximately 10-20% on the distributions).

- The Policyholders would receive an initial cash payout percentage ("CPP") of 17.25% on accrued but unpaid claims on the effective date, an updated initial CPP on future claims as they arise, true-up payments for any upward changes in the CPP, and pro rata distribution of excess cash after accounting for appropriate reserves.

  – The Policyholders would receive distributions on an annual basis based on the updated Base and Stress Scenarios or if there an significant cash inflow event as further outlined in the Plan.

| Summary | Base Scenario | Stress Scenario |
|---|---|---|
| | FGIC's current expectation of future Claims, investment performance, recoveries, financial markets and other factors of relevance to CPP Revaluations based on circumstances, events and projections that FGIC anticipates are reasonably likely to occur. | Non-catastrophic scenario envisioning a severe economic recession that is accompanied by: (i) sharp declines in home prices and the financial markets (e.g., approximately 30% decrease from peak home values), (ii) significant unemployment (e.g., approximately 5% increase in unemployment rates), (iii) high mortgage default rates, and (iv) other negative economic indicators of potential relevance to FGIC's insured exposures. |
| Notional Claims | $6.3 billion | $11.7 billion |
| Total Payments | $2.8 billion | $2.6 billion |
| Initial CPP | 17.25% | 17.25% |
| Nominal Recovery | 45% | 23% |
| 10% Discount Rate | 30% | 18% |
| 15% Discount Rate | 28.5% | 17% |
| 20% Discount Rate | 27% | 17% |

DRAFT - Privileged & Confidential - Attorney Work Product

**CONFIDENTIAL**

USB-MS 00074

# FGIC Plan of Rehabilitation – Base vs. Stress Scenario

($ in millions)

- FGIC's total notional claims estimates is approximately $6.3 billion in the base case and $11.7 billion in the stress case.
- Based on D&P loss estimates of approximately $1.1 billion to $1.5 billion, the Policyholders for the ResCap-related RMBS trusts may potentially represent 10% to 24% of the overall pool.
- A majority of the claims for the Policyholders of Rescap-related RMBS trusts are expected to arise in the next 5 years.

| | | 2012 | '13 - '17 | '18 - '22 | '23 - '27 | '28 - '32 | '33 - '37 | '38 - '42 | '43 - '47 | '48 - '52 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **All FGIC Policyholders (Lazard Affidavit)** | **BASE SCENARIO** | | | | | | | | | | |
| | **Notional Claims - All** | $2,133 | $1,655 | $585 | $229 | $160 | $948 | $600 | $6 | -- | **$6,316** |
| | *Ending CPP* | *17%* | *23%* | *26%* | *29%* | *31%* | *34%* | *37%* | *37%* | *39%* | |
| | Total Payments | ($368) | ($516) | ($297) | ($197) | ($195) | ($536) | ($498) | ($2) | ($227) | ($2,840) |
| | **STRESS SCENARIO** | | | | | | | | | | |
| | **Notional Claims - All** | $2,399 | $3,874 | $1,247 | $675 | $637 | $1,696 | $1,130 | $12 | -- | **$11,670** |
| | *Ending CPP* | *17%* | *17%* | *17%* | *17%* | *17%* | *17%* | *17%* | *17%* | *20%* | |
| | Total Payments | ($414) | ($668) | ($215) | ($116) | ($110) | ($293) | ($195) | ($2) | ($629) | ($2,642) |
| | **VARIANCE** | | | | | | | | | | |
| | **Notional Claims - All** | $266 | $2,219 | $662 | $446 | $477 | $748 | $530 | $6 | -- | **$5,354** |
| | *Ending CPP* | *(0%)* | *(6%)* | *(9%)* | *(11%)* | *(13%)* | *(16%)* | *(19%)* | *(19%)* | *(18%)* | |
| | Total Payments | ($46) | ($152) | $82 | $81 | $85 | $243 | $303 | -- | ($402) | $198 |
| **Claims for Policyholders of ResCap-Related RMBS Trusts (Per D&P's Estimates)** | **LOW CASE** | | | | | | | | | | |
| | **Notional Claims - ResCap** | $709 | $152 | $74 | $54 | $74 | $56 | ($4) | ($1) | | **$1,113** |
| | *% Cumulative* | *64%* | *77%* | *84%* | *89%* | *95%* | *100%* | *100%* | *100%* | | *100%* |
| | **% of Total Notional Claims** | | | | | | | | | | |
| | *Base Case* | *33%* | *9%* | *13%* | *23%* | *46%* | *6%* | *NM* | *NM* | | *18%* |
| | *Stress Case* | *30%* | *4%* | *6%* | *8%* | *12%* | *3%* | *NM* | *NM* | | *10%* |
| | **HIGH CASE** | | | | | | | | | | |
| | **Notional Claims - ResCap** | $709 | $341 | $139 | $113 | $115 | $78 | ($3) | ($1) | | **$1,491** |
| | *% Cumulative* | *48%* | *70%* | *80%* | *87%* | *95%* | *100%* | *100%* | *100%* | | *100%* |
| | **% of Total Notional Claims** | | | | | | | | | | |
| | *Base Case* | *33%* | *21%* | *24%* | *49%* | *72%* | *8%* | *NM* | *NM* | | *24%* |
| | *Stress Case* | *30%* | *9%* | *11%* | *17%* | *18%* | *5%* | *NM* | *NM* | | *13%* |

DRAFT - Privileged & Confidential - Attorney Work Product

5

CONFIDENTIAL

# FGIC Plan of Rehabilitation – ResCap Trust Policyholders

($ in millions)

Under the Base Scenario, the ResCap RMBS Trust Policyholders may receive approximately $200-$320 million on a net present value basis.

| | Initial | '14 - '17 | '18 -'52 | Total Recovery | Recovery % Based on: % Notional | Recovery % Based on: % Discounted | Notes |
|---|---|---|---|---|---|---|---|
| **LOW CASE** | | | | | | | |
| Notional Claims - ResCap | $709 | $152 | $253 | $1,113 | | | [A] |
| _Nominal Cash Flow_ | | | | | | | |
| Initial CPP Payments | $130 | $32 | $72 | $234 | | | |
| Catch-Up CPP Payments | -- | 36 | 160 | 196 | | | |
| Subtotal | 130 | 67 | 232 | 430 | | | |
| Portion of DPO Accretion Payout | -- | 4 | 85 | 88 | | | |
| Total Payout | $130 | $71 | $317 | $518 | 47% | | [B] |
| _Discounted Cash Flows_ | | | | | | | |
| 10% | $130 | $56 | $64 | $251 | 23% | 26% | [C] |
| 15% | 130 | 51 | 37 | 218 | 20% | 25% | |
| 20% | 130 | 46 | 23 | 200 | 18% | 24% | |
| **HIGH CASE** | | | | | | | |
| Notional Claims - ResCap | $709 | $341 | $441 | $1,491 | | | [A] |
| _Nominal Cash Flow_ | | | | | | | |
| Initial CPP Payments | $130 | $71 | $124 | $325 | | | |
| Catch-Up CPP Payments | -- | 40 | 210 | 250 | | | |
| Subtotal | 130 | 111 | 334 | 575 | | | |
| Portion of DPO Accretion Payout | -- | 4 | 108 | 112 | | | |
| Total Payout | $130 | $115 | $442 | $687 | 46% | | [B] |
| _Discounted Cash Flows_ | | | | | | | |
| 10% | $130 | $92 | $93 | $316 | 21% | 28% | [C] |
| 15% | 130 | 83 | 54 | 268 | 18% | 25% | |
| 20% | 130 | 76 | 35 | 241 | 16% | 24% | |

[A] A majority of the notional claims for the ResCap RMBS Trust Policyholders are presented within the first 5 years post-emergence in both the low and high cases.

[B] However, the nominal cash flows to the Policyholders are mostly back-ended due to the true-up payments related to the projected CPP increases and the payments on account of the DPO accretion.

[C] When applying a 10-20% discount rate to the recovery cash flow stream, the illustrative recovery estimates are approximately $200-$320 million which implies a recovery rate of approximately 16-23% based on the notional claim amount and 24-28% based on the discounted claim amount.

DRAFT - Privileged & Confidential - Attorney Work Product

**CONFIDENTIAL**    USB-MS 00076

# Comparison Between Commutation Proposal and Plan

The following table outlines the various considerations, risks and economics associated with the Proposal and the Plan.

- The payment and recovery estimates are based on D&P's assessment of the accrued and unpaid claims to date and projected claims for both a low and high case.

| | Proposal[a] | Plan[b] | |
|---|---|---|---|
| Considerations and Risks | • Provides a global resolution on outstanding ResCap RMBS litigation issues<br>• One-time payment made to ResCap RMBS Policyholders upon plan confirmation (payout expected to occur on December 2013)<br>• ResCap RMBS Trusts will not need to pay future premiums<br>• Potential risk of relinquished upside economics in the event that the Base Scenario under the Plan is met and exceeded<br>• Proposal terms subject to approval from the Rehabilitator and the New York Insurance Bureau | • Outstanding ResCap RMBS litigation issues would need to be resolved separately<br>• RMBS Policyholders would receive approximately $130 million upon plan confirmation (payout expected to occur on December 2013); remainder to be made over 40 years<br>• Recoveries based on financial projections and claim estimates from December 2011; updates have not yet been provided<br>• RMBS Policyholders bear the exposure to upside opportunity and downside risk related to size of actual claim pool and cash flows versus the original projections<br>• Recoveries may be influenced by other commutation proposals that are currently pending | |
| | | Base Scenario | Stress Scenario |
| NPV of Payments | ~$220-285 million | $200-320 million | $190-$250 million |
| Nominal Recovery | ~19-20% | N/M | N/M |
| 10-20% Discount Rate[b] | N/A | 24-28% | 17-18% |

(a) Based on D&P's low and high claims estimates. Variance between NPV of payments due to the difference in starting claim amounts.
(b) Discrepancy between the stated discounted recovery per the estimates provided in the Lazard Affidavit is primarily due to the adjustments that are made to calculate recoveries on an annual basis versus the 5-year basis shown in the revised Scenarios.

DRAFT - Privileged & Confidential - Attorney Work Product

7

USB-MS 00077

# Next Steps and Follow-up Questions

**Prior to the confirmation hearing currently set for June 11, 2013, additional follow-up discussions on the commutation Proposal will likely be centered around the following key issues:**

- Base case payout assumption of 28.5% included in the Proposal;

- Factor of unpaid payout assumption of 60% included in the Proposal;

- Resolution regarding the accrued and unpaid claims to date;

- Resolution regarding the projected claim estimates;

- FGIC Allowed Claim in the ResCap cases (i.e., detail regarding the amount asserted to certain debtor entities);

- Timing and probability of receiving approval from the Rehabilitator and NYLB; and

- Timing of commutation related to overall FGIC rehabilitation proceeding.

DRAFT - Privileged & Confidential - Attorney Work Product

# Tab D

# Trial Exhibit 123

# R E S C A P

## Residential Capital, LLC

FGIC Commutation Proposal
Discussion Materials

May 15, 2013

## DUFF&PHELPS

**DUFF&PHELPS**
Duff & Phelps Securities, LLC is a FINRA Registered Broker-Dealer

AMSTERDAM • ATLANTA • AUSTIN • BOSTON • CHICAGO • CINCINNATI • DALLAS • DENVER • DETROIT • HOUSTON • LONDON • LOS ANGELES • MORRISTOWN
MUNICH • NEW YORK • NEWPORT BEACH • PARIS • PHILADELPHIA • PLANO • SAN FRANCISCO • SEATTLE • SHANGHAI • SILICON VALLEY • TOKYO • TORONTO • WASHINGTON D.C.
CONFIDENTIAL

*CONFIDENTIAL*
*Attorney-Client Privilege*
TR-MS00001

EXHIBIT 6
WIT: SCHLBERG
DATE: 7-16-13
E. MULVENNA, CSR/RMR/CRR

# Executive Summary

In late March, FGIC delivered a commutation proposal ("Proposal") to the Steering Committee Group of RMBS Holders for ResCap sponsored trusts to provide a global resolution regarding the pending RMBS litigation. The Proposal from FGIC sets forth a lump sum cash consideration paid to the policyholders of the ResCap-related wrapped trusts in exchange for the ability to assert a general unsecured claim in the ResCap bankruptcy cases.

- On June 11, 2012, Benjamin Lawsky, Superintendent of Financial Services of the State of New York (the "Rehabilitator"), filed a rehabilitation petition on behalf of FGIC with the Supreme Court of the State of New York.

- The Rehabilitator filed an initial Plan of Rehabilitation for FGIC on September 27, 2012 and filed the First Amended Plan of Rehabilitation on December 12, 2012.

- In connection with the First Amended Plan of Rehabilitation, Lazard, as financial advisor to the New York Liquidation Bureau, submitted an affidavit which contained revised projections.

- The Rehabilitator filed a revised First Amended Plan of Rehabilitation for FGIC on April 12, 2013 (the "Plan") which is expected to be heard on June 11, 2013.

- Based on the current Plan, holders of permitted policy claims ("Policyholders") would receive (i) an upfront Cash Payment in an amount equal to a specified cash payout percentage upon the initial incurrence of the policy claim and (ii) additional catch-up payments through a ratable payout mechanism as set forth in the Plan.

- In the revised Base Scenario, the Policyholders would receive an initial recovery of ~17.25% and then a subsequent distribution of up to 28.5% on their claim (based on a net present value of the distributions discounted at an illustrative rate of 15%).

- In connection with the Plan, FGIC presented the Proposal to the Steering Committee Group of RMBS Holders for ResCap trusts in late March.

- The Proposal provides a cash payout from FGIC of approximately **$253 million** to the ResCap-related RMBS Policyholders in exchange for FGIC to have the right to assert a ~**$597 million claim** in the ResCap case.

Privileged & Confidential/Attorney Work Product
CONFIDENTIAL

TR-MS000002    2

# Executive Summary (cont'd)

Based on D&P's loss estimates of the wrapped portion of the ResCap-sponsored RMBS trusts, the cash commutation proposal provided by FGIC is within the range of expected payments under the Plan of Rehabilitation on discounted cash flow basis.

|  | FGIC Settlement Proposal | FGIC Plan | |
|---|---|---|---|
| Considerations (Benefits and Risks) | • RMBS Policyholders would receive approximately $253 million upon plan confirmation (on or around December 2013)<br><br>• _Benefit:_ Provides a global resolution on outstanding ResCap RMBS litigation issues<br><br>• _Benefit:_ One-time cash payment made to ResCap RMBS Policyholders upon plan confirmation<br><br>• _Benefit:_ ResCap RMBS Trusts will not need to pay future premiums<br><br>• _Risk:_ Potential risk of relinquished upside economics in the event that the Base Scenario under the Plan is met and correspondingly exceeded | • RMBS Policyholders would receive approximately $150 million upon plan confirmation (on or around December 2013); remainder of the payments will be made over 40 years<br><br>• _Benefit / Risk:_ RMBS Policyholders bear the exposure to upside opportunity (benefit) and downside (risk) related to size of actual claim pool(s) and cash flows<br><br>• _Risk:_ A significant portion of cash distributions from Deferred Payout Obligations and other true-up payments are significantly back-ended, although a majority of the claims are expected to arise in the first few years (>70%)<br><br>• _Risk:_ Outstanding ResCap RMBS litigation issues would need to be resolved separately<br><br>• _Risk:_ Recoveries are based on stale financial projections and claim estimates; updated estimates have not yet been provided | |
|  |  | Base Scenario | Stress Scenario |
| Cash Payments (NPV for the Plan) | $253 million | ~$220 to $340 million[a] | ~$190 to $250 million[a][b] |
| Duff & Phelps Recommendation | X | Settlement Proposal is within the range of reasonableness under either scenario(s). Distributions are subject to additional unforeseen risks not identified above | |

a) Range reflects 10% to 20% discount rate applied to the projected payouts.
b) Reflects 17-18% recovery on D&P's low and high loss estimates.
Note: D&P has not estimated projected losses that correspond to the underlying macro assumptions as assumed under the Stress Scenario (per the Lazard Affidavit).

Privileged & Confidential — Attorney Work Product
CONFIDENTIAL

TR-MS000003

3

# FGIC Settlement Proposal

1

TR-MSO00004

CONFIDENTIAL

# FGIC Settlement Proposal – Commutation and Claim

($ in millions)

The Proposal outlines a cash payment of approximately $263 million by FGIC upon emergence in exchange for the ability for FGIC to assert approximately $597 million of allowed claims at Rescap.

- The following Proposal is based on the following three main assumptions:

  - [A] Initial Cash Payment Percentage of 17.25% (based on the updated Stress Scenario pursuant to the Plan),

  - [B] Base Case Payout to policyholders of 28.5% (based on the updated Base scenario pursuant to the Plan assuming a 15% discount rate); and

  - [J] Haircut of 40% on unpaid payout claim estimates.

- In consideration for the cash commutation payment of approximately $263 million, FGIC in return would receive a claim in the Rescap case for the sum of the (i) payouts made to date related to the RFC- and GMACM-sponsored trusts and (ii) the cash commutation.

## Information Points

| | | |
|---|---|---|
| Initial Cash Payment Percentage (CPP) | 17.25% | [A] |
| Base Case Payout (NPV @ 15.0%) | 28.50% | [B] |
| | | |
| ResCap Sponsored RMBS Claim (Per FGIC) | $1,850.0 | |
| Less: Cost, Interest, etc. | (236.0) | |
| Total Projected Claims in POC | 1,614.0 | |
| Claims Paid to Date | 344.0 | [C] |
| Estimated Unpaid Claims | 1,270.0 | |
| Accrued and Unpaid ("A&U") Claims (as of 3/31/13) | 789.0 | [D] |
| Future Estimated Claims | $481.0 | [E] |

## Commutation Consideration

| | | |
|---|---|---|
| Claims - A&U - Cash at Initial CPP | $136.1 | [F] = (A) x (D) |
| | | |
| Claims - A&U - Base Case Payout less Initial CPP | $88.6 | [G] = [(B) x (D) - [F] |
| Claims - Future Estimated Claims at Base Case Payout | 137.1 | [H] = (B) x (E) |
| Subtotal | $225.8 | [I] = (G) + (H) |
| Factor: % of Unpaid Payout | 60.00% | [J] |
| Value Attributable to Estimated Unpaid Claims | $135.5 | [K] = (I) x (J) |
| | | |
| Total Value to Trusts | $271.6 | [L] = [F] + [K] |
| Less: Premiums waived by FGIC and retained by Trusts | 18.3 | [M] |
| Cash Commutation paid by FGIC | $253.3 | [N] = (L) - (M) |

## FGIC Allowed Claims

| | | |
|---|---|---|
| Prior Claims Paid | $344.0 | [C] |
| Cash Commutation | 253.3 | [N] |
| Amount of FGIC Allowed Claims | $597.3 | [O] = [C] + [N] |

Privileged & Confidential / Attorney Work Product
CONFIDENTIAL

# Plan of Rehabilitation

2

TR-MS000006

CONFIDENTIAL

# FGIC Plan of Rehabilitation – Summary

The current Plan of Rehabilitation provides all of the value of FGIC, after the payment of certain administrative expenses and other costs, to be ratably distributed to the all of FGIC's Policyholders in a fair and equitable manner.

- Per Lazard's Affidavit filed on December 12, 2012, the Policyholders are projected to receive a recovery of approximately 27-30% in the Base Scenario and 17-18% in the Stress Scenario (assuming a discount rate of approximately 10-20% on the distributions).

- The Policyholders would receive: **(1)** an initial cash payout percentage ("CPP") of 17.25% on accrued but unpaid claims on the effective date, **(2)** an updated initial CPP on future claims as they arise, **(3)** true-up payments for any upward changes in the CPP, and **(4)** pro rata distribution of excess cash after accounting for appropriate reserves.

  – The Policyholders would receive distributions on an annual basis based on the updated Base and Stress Scenarios or if there an significant cash inflow event as further outlined in the Plan.

| Summary | Base Scenario | Stress Scenario |
|---|---|---|
| | FGIC's current expectation of future Claims, investment performance, recoveries, financial markets and other factors of relevance to CPP. Revaluations based on circumstances, events and projections that FGIC anticipates are reasonably likely to occur. | Non-catastrophic scenario envisioning a severe economic recession that is accompanied by: (i) sharp declines in home prices and the financial markets, (e.g., approximately 30% decrease from peak home values); (ii) significant unemployment (e.g., approximately 5% increase in unemployment rates); (iii) high mortgage default rates; and (iv) other negative economic indicators of potential relevance to FGIC's insured exposures. |
| Notional Claims | $6.3 billion | $11.7 billion |
| Total Payments | $2.8 billion | $2.6 billion |
| Initial CPP | 17.25% | 17.25% |
| Nominal Recovery | 45% | 23% |
| 10% Discount Rate | 30% | 18% |
| 15% Discount Rate | 28.5% | 17% |
| 20% Discount Rate | 27% | 17% |

*Privileged & Confidential – Attorney Work Product*
CONFIDENTIAL

TR-MS000007    7

# FGIC Plan of Rehabilitation – Base vs. Stress Scenario

($ in millions)

- FGIC's total notional claims estimates is approximately $8.3 billion in the base case and $11.7 billion in the stress case.
- Based on D&P loss estimates of approximately $1.2 billion to $1.5 billion, the Policyholders for the ResCap-sponsored RMBS trusts may potentially represent 10% to 24% of the overall pool.
- A majority of the claims for the Policyholders of Rescap-sponsored RMBS trusts are expected to arise within the next 5 years.

| | | 2012 | '13 - '17 | '18 - '22 | '23 - '27 | '28 - '32 | '33 - '37 | '38 - '42 | '43 - '47 | '48 - '52 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **All FGIC Policyholders (Lazard Affidavit)** | **BASE SCENARIO** | | | | | | | | | | |
| | Notional Claims – All | $2,133 | $1,655 | $585 | $229 | $160 | $946 | $600 | $6 | -- | $6,316 |
| | Ending CPP | 17% | 23% | 26% | 29% | 31% | 34% | 37% | 37% | 39% | |
| | Total Payments | ($368) | ($516) | ($297) | ($197) | ($195) | ($536) | ($498) | ($62) | ($227) | ($2,840) |
| | **STRESS SCENARIO** | | | | | | | | | | |
| | Notional Claims – All | $2,399 | $3,874 | $1,247 | $675 | $837 | $1,696 | $1,130 | $12 | -- | $11,670 |
| | Ending CPP | 17% | 17% | 17% | 17% | 17% | 17% | 17% | 17% | 20% | |
| | Total Payments | ($414) | ($668) | ($215) | ($116) | ($110) | ($293) | ($195) | ($52) | ($629) | ($2,842) |
| | **VARIANCE** | | | | | | | | | | |
| | Notional Claims – All | $266 | $2,219 | $662 | $446 | $477 | $748 | $530 | $6 | -- | $5,354 |
| | Ending CPP | (0%) | (6%) | (9%) | (11%) | (13%) | (16%) | (19%) | (19%) | (18%) | |
| | Total Payments | ($46) | ($152) | $82 | $81 | $85 | $243 | $303 | -- | ($402) | $198 |
| **Claims for Policyholders of ResCap-Related RMBS Trusts (Per D&P's Estimates)** | **LOW CASE** | | | | | | | | | | |
| | Notional Claims – ResCap | $753 | $173 | $69 | $53 | $74 | $40 | ($0) | ($0) | $0 | $1,162 |
| | % Cumulative | 65% | 80% | 86% | 90% | 97% | 100% | 100% | 100% | 100% | 100% |
| | % of Total Notional Claims | | | | | | | | | | |
| | Base Case | 35% | 4% | 12% | 23% | 46% | 4% | NM | NM | NM | 18% |
| | Stress Case(a) | 31% | 4% | 6% | 8% | 12% | 2% | NM | NM | NM | 10% |
| | **HIGH CASE** | | | | | | | | | | |
| | Notional Claims – ResCap | $753 | $386 | $124 | $115 | $110 | $59 | $0 | ($0) | $0 | $1,548 |
| | % Cumulative | 49% | 74% | 82% | 89% | 98% | 100% | 100% | 100% | 100% | 100% |
| | % of Total Notional Claims | | | | | | | | | | |
| | Base Case | 35% | 23% | 21% | 50% | 69% | 6% | 0% | NM | NM | 24% |
| | Stress Case(a) | 31% | 10% | 10% | 17% | 17% | 3% | 0% | NM | NM | 13% |

(a) D&P has not estimated projected losses that reflect the same underlying macro assumptions as the Stress Scenario included in the Affidavit.

Privileged & Confidential Attorney Work Product
CONFIDENTIAL

TR-MSO00008

8

# FGIC Plan of Rehabilitation – ResCap Trust Policyholders

($ in millions)

Under the Base Scenario, the ResCap-Sponsored RMBS Trust Policyholders may receive approximately $220-$340 million on a net present value basis.

| Plan of Rehabilitation – Base Scenario | Initial | '14-'17 | '18-'52 | Total | Recovery % Based on: Notional | Recovery % Based on: Discounted | Notes |
|---|---|---|---|---|---|---|---|
| **LOW CASE** | | | | | | | |
| Notional Claims - ResCap | $814 | $112 | $236 | $1,162 | | | [A] |
| Nominal Cash Flow | | | | | | | |
| Initial CPP Payments | $150 | $23 | $67 | $240 | | | |
| Catch-Up CPP Payments | – | 40 | 164 | 204 | | | |
| Subtotal | 150 | 63 | 231 | 444 | | | |
| Portion of DPO Accretion Payout | | 4 | 70 | 74 | | | |
| Total Payout | $150 | $67 | $301 | $518 | 45% | | [B] |
| Discounted Cash Flows | | | | | | | |
| 10% | 150 | 53 | 65 | 268 | 23% | 27% | |
| 15% | 150 | 48 | 38 | 235 | 20% | 25% | |
| 20% | 150 | 43 | 24 | 217 | 19% | 24% | [C] |
| **HIGH CASE** | | | | | | | |
| Notional Claims - ResCap | $888 | $251 | $408 | $1,546 | | | [A] |
| Nominal Cash Flow | | | | | | | |
| Initial CPP Payments | $163 | $52 | $114 | $330 | | | |
| Catch-Up CPP Payments | – | 46 | 214 | 261 | | | |
| Subtotal | 163 | 99 | 328 | 590 | | | |
| Portion of DPO Accretion Payout | | 5 | 89 | 94 | | | |
| Total Payout | $163 | $103 | $418 | $684 | 44% | | [B] |
| Discounted Cash Flows | | | | | | | |
| 10% | 163 | 82 | 93 | 339 | 22% | 28% | |
| 15% | 163 | 74 | 54 | 292 | 19% | 25% | |
| 20% | 163 | 68 | 35 | 266 | 17% | 24% | [C] |

**Notes**

[A] A majority of the notional claims for the ResCap RMBS Trust Policyholders are presented within the first 5 years post-emergence in both the low and high cases.

[B] However, the nominal cash flows to the Policyholders are mostly back-ended due to the true-up payments related to the projected CPP increases and the payments on account of the DPO accretion.

[C] When applying a 10-20% discount rate to the recovery cash flow stream, the illustrative recovery estimates are approximately $220-$340 million which implies a recovery rate of approximately 17-23% based on the notional claim amount and 24-28% based on the discounted claim amount.

Note: Assumes emergence occurs at the end of 2013.

Privileged & Confidential; Attorney Work Product
CONFIDENTIAL

TR-MS000009