## Schedule A

## U.S. Bank National Association

### ACE Securities Corp. 1999-A

#### AHMIT 2005-4

02660TGT4

02660TGW7

02660TGR8

02660TGX5

02660THB2

02660TGP2

02660TGU1

02660TGY3

02660TGN7

02660TGZ0

02660TGS6

02660THC0

02660THA4

02660TGQ0

02660TGV9

AHM0544A

AHM0544C

02660THJ5

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

02660THD8

02660THF3

02660THE6

02660THH9

02660THG1


**ARMT 2005-10**

007036TA4

007036TB2

007036TC0

007036TD8

007036TE6

007036TF3

007036TG1

007036TH9

007036TJ5

007036TK2

007036TL0

007036TT3

007036TM8

007036TN6


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

007036TW6

007036UK0

007036TP1

007036TQ9

007036TR7

007036UB0

007036UC8

007036TS5


**ARMT 2005-11**

007036UX2

007036UY0

007036VA1

007036VB9

007036VC7

007036VD5

007036VE3

007036VF0

007036VG8

007036UQ7

007036UR5


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

007036US3

007036VS2

ARMT 2005-9

007036RT5

007036RU2

007036RW8

007036RV0

007036RX6

007036RY4

007036RZ1

007036SA5

007036SB3

007036SC1

007036SD9

007036SE7

007036SG2

007036SH0

007036SJ6

007036SX5

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

BAFC 2005-3

05946XVL4

05946XVQ3

05946XVR1

05946XVS9

05946XVT7

05946XVU4

05946XVV2

05946XVW0

05946XVX8

05946XVY6

05946XVZ3

05946XWA7

05946XWB5

05946XWC3

05946XWD1

05946XWE9

05946XWF6

05946XWG4

05946XWH2

05946XWN9

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

05946XWP4

05946XWQ2

05946XWR0

05946XWS8

05946XWT6

05946XWU3

05946XWV1

05946XWL3

05946XWM1

05946XWW9

05946XWX7

05946XWY5

05946XWZ2

05946XXA6


BAFC 2005-4

05946XZV8

05946XZW6

05946XZX4

05946XZY2

05946XB77


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

05946XZZ9

05946XA29

05946XA37

05946XA45

05946XA52

05946XA60

05946XA78

05946XA86

05946XA94

05946XB28

05946XB36

05946XB44

05946XB51


BAFC 2005-5

05946XD34

05946XD42

05946XD59

05946XD67

05946XD75

05946XD83

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

05946XD91

05946XE25

05946XE33

05946XE41

05946XE58

05946XE66

05946XE74

05946XE82

05946XE90

05946XF24

05946XF32

05946XF40

05946XF57

05946XF65

05946XF73

05946XF81

05946XF99

05946XG23

05946XG31

05946XG49

05946XG56

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**BAFC 2005-6**

05946XL92

05946XM26

05946XM34

05946XM42

05946XM59

05946XM67

05946XM75

05946XM83

05946XM91

05946XN25

05946XN33

05946XN41

05946XN58

05946XN66

05946XN74

05946XN82

05946XN90

05946XP23

05946XP31

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

05946XP49

05946XP56

05946XP64

05946XP72

05946XP80

05946XP98

05946XQ22

05946XQ30


**BAFC 2005-7**

05946XQ97

05946XR21

05946XR39

05946XR47

05946XR54

05946XV83

05946XR62

05946XR70

05946XR88

05946XR96

05946XS20

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

05946XS38

05946XS46

05946XS53

05946XS61

05946XS79

05946XS87

05946XS95

05946XT29

05946XT37

05946XT45

05946XT52

05946XT60

05946XT78

05946XT86

05946XT94

05946XU27

05946XU35

05946XU43

05946XU50

05946XU68

05946XU76

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

05946XU84

05946XU92

05946XV26

05946XV34

05946XV42

05946XV59

05946XV67

05946XV91

05946XW25

05946XW41

05946XW58

05946XV75


**BAFC 2005-8**

05946XX57

05946XX65

05946XX73

05946X3C5

05946X3B7

05946XX81

05946XX99


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

05946XY23

05946XY31

05946XY49

05946XY56

05946XY64

05946XY72

05946XY80

05946XY98

05946XZ22

05946XZ30

05946XZ48

05946XZ55

05946XZ63

05946XZ71

05946XZ89

05946XZ97

05946X2A0

05946X2B8

05946X2C6

05946X2D4

05946X2E2

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

<u>**Schedule A**</u>

**U.S. Bank National Association**

05946X2F9

05946X2G7

05946X2H5

05946X2J1

05946X2K8

05946X2L6

05946X2M4

05946X2N2

05946X2P7

05946X2Q5

05946X2R3

05946X2S1

05946X2T9

05946X2U6

05946X2V4

05946X2W2

05946X2X0

05946X2Y8

05946X2Z5

05946X3A9

05946X3D3

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

05946X3E1

05946X3F8

05946X3G6

05946X3H4

05946X3J0


BAFC 2006-5

05950NAA6

05950NAB4

05950NAC2

05950NAD0

05950NAE8

05950NAF5

05950NAG3

05950NAH1

05950NAJ7

05950NAK4

05950NAL2

05950NAM0

05950NAN8

05950NAP3

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

05950NBT4

05950NBS6

05950NBA5

05950NBB3

05950NBC1

05950NBD9

05950NAQ1

05950NBE7

05950NBF4

05950NBG2

05950NBH0

05950NBJ6

05950NBK3

05950NBN7

05950NBP2

05950NBQ0

05950NBR8

05950NBU1


**BAFC 2007-3**

059515AU0


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

059515AV8

059515AW6

059515AX4

059515BE5

059515BF2

059515AZ9

059515BA3

059515AY2

059515BB1

059515BC9

059515BD7

059515BK1

059515BL9

059515BM7

059515BR6

059515BS4

059515BT2

059515AA4

059515AB2

059515AC0

059515AD8

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

059515AE6

059515AF3

059515AG1

059515AH9

059515AJ5

059515AK2

059515AL0

059515AT3

059515AM8

059515AN6

059515AP1

059515AQ9

059515AR7

059515AS5

059515BG0

059515BH8

059515BJ4

059515BN5

059515BP0

059515BQ8

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

BAFC 2007-4

05953YAS0

05953YAT8

05953YAU5

05953YAV3

05953YAW1

05953YAX9

05953YAY7

05953YAZ4

05953YBA8

05953YBB6

05953YBC4

05953YBD2

05953YBE0

05953YBF7

05953YBG5

05953YBH3

05953YBJ9

05953YBK6

05953YBL4

05953YBM2

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

05953YBN0

05953YBP5

05953YBQ3

05953YBR1

05953YBS9

05953YBT7

05953YBU4

05953YBV2

05953YBW0

05953YBX8

05953YBY6

05953YBZ3

05953YCA7

05953YCB5

05953YCC3

05953YCD1

05953YCE9

05953YCJ8

05953YCK5

05953YCL3

05953YCF6

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

05953YCG4

05953YCH2

05953YCM1

05953YCN9

05953YCP4

05953YAG6

05953YAH4

05953YAJ0

05953YAA9

05953YAB7

05953YAK7

05953YAC5

05953YCQ2

05953YAD3

05953YAL5

05953YAE1

05953YAF8

05953YAM3

05953YAN1

05953YAP6

05953YAQ4

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

05953YAR2

BAFC 2007-7

059529AB3

059529AC1

059529AD9

059529AA5

059529AE7

059529AF4

059529AG2

059529AH0

059529AJ6

059529AK3

059529AL1

059529AM9

059529AN7

059529AP2

059529AQ0

059529AR8

059529AS6

059529AT4

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk.
Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support
Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

059529AU1

059529AV9

059529AW7

059529AX5

059529AY3

059529BB2

059529BC0

059529BD8

059529BE6

059529BN6

059529BP1

059529BQ9

059529BF3

059529BG1

059529BH9

059529BR7

059529BS5

059529BT3

059529AZ0

059529BA4

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

### BART 2004-1

07384MG22

07384ML67

07384MG63

07384MK27

07384ML42

07384ML75

07384MJ45

07384MH96

07384ML26

07384MJ29

07384MG30

07384MJ78

07384MK35

07384MH62

07384MH70

07384MJ94

07384MG97

07384MH39

07384MG89

07384MJ52

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

07384MG48

07384MJ86

07384MF80

07384MG55

07384MH88

07384MG71

07384ML34

07384MJ37

07384MH47

07384MJ60

07384ML59

07384MF98

07384MH54

07384MK43

07384MH21

07384MK92

07384MK50

07384ME73

07384ME99

07384ME81

07384ME65

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

07384ME40

07384ME57

07384MK68

07384MK84

07384MK76


**BART 2004-10**

07384M4G4

07384M3Y6

07384M4A7

07384M4W9

07384M4M1

07384M4H2

07384M4F6

07384M4X7

07384M6A5

07384M5X6

07384M4L3

07384M5A6

07384M4J8

07384M4U3


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

07384M4D1

07384M4K5

07384M3Z3

07384M5Z1

07384M4E9

07384M5B4

07384M3X8

07384M4V1

07384M4C3

07384M4T6

07384M4Y5

07384M4B5

07384M5Y4

07384M4Z2

07384M6B3

07384M5E8

07384M5G3

07384M5H1

07384M5F5

07384M4P4

07384M5C2

**     Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk.
Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support
Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

07384M5L2

07384M4S8

07384M4Q2

07384M4R0

07384M5J7

07384M4N9

07384M5K4

07384M5D0


**BART 2004-12**

07384M6U1

07384M6P2

07384M6F4

07384M6W7

07384M6V9

07384M6L1

07384M6H0

07384M6Q0

07384M6K3

07384M6N7

07384M6M9


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

07384M6Y3

07384M6J6

07384M6G2

07384M6X5

07384M7B2

07384M6Z0

07384M7A4

07384M6S6

07384M6T4

07384M6R8


**BART 2004-5**

07384MT51

07384MT69

07384MT44

07384MS94

07384MS86

07384MS78

07384MS60

07384MT36

07384MT28


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

**U.S. Bank National Association**

07384MV66

07384MV74

07384MV58


**BART 2004-9**

07384M2X9

07384M2Z4

07384M3A8

07384M2Y7

07384M3M2

07384M3K6

07384M3B6

07384M3P5

07384M3C4

07384M3F7

07384M3L4

07384M3D2

07384M2V3

07384M3E0

07384M3Q3

07384M2W1

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07384M3N0

07384M3H3

07384M3S9

07384M3R1

07384M3U4

07384M3V2

07384M3W0

07384M3G5

07384M3J9


### BASAT 2006-G1

059484AA3

059484AB1

059484AC9

059484AD7

059484AE5

059484AF2


### Bayview 2006-B

07325NDV1

07325NEA6


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07325NDU3

07325NDN9

07325NDY5

07325NDM1

07325NDZ2

07325NDS8

07325NDT6

07325NDL3

07325NDX7

07325NDW9

07325NDP4

**BAYVW06RL**

07325NEC2

07325NEB4

07325NED0

07325NED0


**Bayview 2006-D**

07325HAM7

07325HAJ4

07325HAD7

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

07325HAS4

07325HAF2

07325HAN5

07325HAP0

07325HAK1

07325HAR6

07325HAQ8

07325HAL9

07325HAH8

07325HAE5

07325HAC9

07325HAV7

07325HAU9

07325HAW5

07325HAT2

07325HAV7


**Bayview 2007-A**

07325VAF1

07325VAP9

07325VAD6


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

07325VAR5

07325VAM6

07325VAE4

07325VAG9

07325VAQ7

07325VAS3

07325VAN4

07325VAC8

07325VAL8

07325VAT1

07325VAW4

07325VAV6

07325VAU8

07325VAV6


**BSABS 2004-AC1**

07384YQN9

07384YQJ8

07384YQM1

07384YQP4

07384YQL3

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

07384YQK5

07384YQS8

07384YQQ2

07384YQT6

07384YQR0

07384YQU3


### BSABS 2004-AC2

073879AH1

073879AG3

073879AA6

073879AF5

073879AB4

073879AC2

073879AL2

073879AE8

073879AD0

073879AJ7

073879AK4

073879AM0

073879AR9


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk.
Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support
Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

073879AV0

073879AQ1

073879AN8

073879AP3

073879AS7


**BSABS 2005-AC3**

073879XD5

073879XE3

073879XJ2

073879XK9

073879XL7

073879XM5

073879XF0

073879XG8

073879XH6

073879WQ7

073879WR5

073879WS3

073879WT1

073879WW4

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

073879WX2

073879WY0

073879WV6

073879WU8

073879XN3

073879XP8

073879WZ7

073879XS2

073879XT0

073879XR4

073879XB9

073879XC7

073879XA1


**BSABS 2005-AC5**

073879D54

073879ZW1

073879ZX9

073879ZY7

073879ZZ4

073879A24


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

073879A65

073879A73

073879A81

073879A32

073879A40

073879A57

073879A99

073879B23

073879B31

073879B49

073879B80

073879B98

073879B72

073879B56

073879B64

073879C71

073879C89

073879C30

073879C48

073879C55

073879D21

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**BSABS 2005-AC7**

073879T24

073879T32

073879T40

073879T57

073879T99

073879U22

073879U30

073879T65

073879T73

073879T81

073879U63

073879U48

073879U71

073879U89

**BSALTA 2006-3**

07386HK26

07386HK34

07386HK83

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07386HK91

07386HL25

07386HL33

07386HL41

07386HL58

07386HL66

07386HL74

07386HL82

07386HL90

07386HM24

07386HM32

07386HM57

07386HM40

07386HM65

07386HM73

07386HP54

07386HP62

07386HP70

07386HP88

07386HP96

07386HQ20

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk.
Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support
Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07386HN56

07386HN64

07386HQ38

07386HQ46

07386HN72

07386HQ53

07386HQ61

07386HQ79

07386HQ87

07386HQ95

07386HR52

07386HR60

07386HR29

07386HR37

07386HR45

07386HN98

07386HP21

07386HP39

07386HK42

07386HK59

07386HK67

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07386HK75

07386HM81

07386HM99

07386HN80

07386HN23

07386HN31


BSSLT 2007-1

07401WAS8

07401WAJ8

07401WBA6

07401WAE9

07401WBH1

07401WBE8

07401WBB4

07401WAP4

07401WAC3

07401WAD1

07401WAA7

07401WAV1

07401WAR0


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07401WAH2

07401WAT6

07401WBC2

07401WBD0

07401WAW9

07401WAF6

07401WAG4

07401WAQ2

07401WBF5

07401WBG3

07401WAB5

07401WAU3

07401WBM0

07401WAX7

07401WBT5

07401WAM1

07401WBN8

07401WAZ2

07401WAL3

07401WAK5

07401WAN9

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

07401WBP3

07401WAY5


**GPMF 2006-AR4**

39539FAJ3

39539FAT1

39539FAU8

39539FAK0

39539FAH7

39539FAP9

39539FAG9

39539FAC8

39539FAN4

39539FAB0

39539FAE4

39539FAM6

39539FAL8

39539FAS3

39539FAA2

39539FAR5

39539FAV6


[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

**U.S. Bank National Association**

39539FAF1

39539FAQ7

39539FAD6

GPMF6AR4C

GPMF6AR4X

GPMF6AR4P

GPMF6AR4R


GPMF 2006-AR5

39538AAN6

39538AAJ5

39538AAQ9

39538AAS5

39538AAG1

39538AAC0

39538AAF3

39538AAP1

39538AAR7

39538AAM8

39538AAL0

39538AAK2

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

39538AAA4

39538AAE6

GPMF6AR5C

AR51A3A2U

AR51A2A2U

GPMF6AR5P

GPMF6AR5X

GPMF6AR5R


GPMF 2006-AR6

39538BAJ3

39538BAC8

39538BAM6

39538BAF1

39538BAH7

39538BAB0

39538BAK0

39538BAA2

39538BAP9

39538BAG9

39538BAN4

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

### Schedule A

### U.S. Bank National Association

39538BAE4

39538BAL8

GPM06AR6C

GPM06AR6P

GPM06AR6X

39538BAV6

39538BAW4

39538BAY0

39538BAX2

GPM06AR6R


GPMF 2006-AR7

39538CAF9

39538CAM4

39538CAC6

39538CAD4

39538CAE2

39538CAL6

39538CAA0

39538CAP7

39538CAH5

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

39538CAQ5

39538CAN2

39538CAK8

39538CAJ1

GPMF6AR7C

GPMF6AR7X

GPMF6AR7P

GPMF6AR7R


GPMF 2006-AR8

39539HAD2

39539HAF7

39539HAK6

39539HAE0

39539HAG5

39539HAM2

39539HAA8

39539HAN0

39539HAH3

39539HAC4

39539HAL4

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

39539HAB6

39539HAJ9

GPMF6AR8C

GPMF6AR8P

GPMF6AR8X

GPMF6AR8R


**GPMF 2007-AR2**

39539LAK7

39539LAV3

39539LAH4

39539LAC5

39539LAG6

39539LAT8

39539LAL5

39539LAD3

39539LAP6

39539LBC4

39539LAE1

39539LAY7

39539LAQ4


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

39539LAA9

39539LBF7

39539LAZ4

39539LAF8

39539LAW1

39539LAX9

39539LAR2

39539LAM3

39539LAS0

39539LAB7

39539LAN1

39539LBA8

39539LAJ0

39539LBB6

GPM7AR21C

GPM7AR22C

GPM7AR21X

GPM7AR22X

GPMF7AR2R

Greenpoint 2006-HE1

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk.
Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support
Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

39539BAA1

39539BAB9

GPF06HE1B

GPF06HE1L

GPF06HE1R


LMT 2005-1

52520MBE2

52520MAK9

52520MAE3

52520MBC6

52520MBB8

52520MAN3

52520MAR4

52520MAD5

52520MAJ2

52520MBG7

52520MAV5

52520MAZ6

52520MAA1

52520MAQ6

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

52520MAG8

52520MBK8

52520MAX1

52520MAP8

52520MAB9

52520MAT0

52520MBH5

52520MAW3

52520MAS2

52520MBD4

52520MAC7

52520MAL7

52520MAM5

52520MAU7

52520MAH6

52520MBF9

52520MBL6

52520MAY9

52520MAF0

LMT051P

LMT051X

---

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk.
Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support
Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

52520MBJ1

LMT051LTR

LXS 2006-10N

525229BD1

525229AW0

525229BE9

525229AU4

525229AH3

525229AQ3

525229AF7

525229AR1

525229AY6

525229AS9

525229AL4

525229BA7

525229AG5

525229AP5

525229AV2

525229AD2

525229AM2

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

525229AK6

525229AN0

525229AE0

525229AJ9

525229AZ3

525229AX8

LXS0610NP

LX0610N2X

LX0610N1X

LX0610N1P

LXS0610NR


LXS 2006-12N

525226AV8

525226AG1

525226AF3

525226AS5

525226AP1

525226AK2

525226AX4

525226AQ9

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

525226AU0

525226AR7

525226AJ5

525226AW6

525226AL0

525226AT3

525226AH9

525226AD8

525226AY2

525226AN6

525226AM8

525226AE6

LXS0612NX

LXS0612NC

LXS0612NP

LXS0612NR


LXS 2006-4N

525221KZ9

525221KQ9

525221KW6

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

525221KS5

525221KK2

525221KM8

525221KU0

525221KL0

525221KP1

525221KY2

525221KT3

525221KX4

525221KR7

525221KN6

525221LA3

525221KV8

LXS64NX

LXS64NC

LXS64NP

LXS64NR


LXS 2006-GP1

52522RAB6

52522RAF7

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

**U.S. Bank National Association**

**52522RAH3**

**52522RAJ9**

**52522RAE0**

**52522RAC4**

**52522RAG5**

**52522RAL4**

**52522RAD2**

**52522RAK6**

**LXS06GP1C**

**LXS06GP1P**

**LXS06GP1X**

**LXS06GP1R**

**LXS 2006-GP2**

**525227AF1**

**525227AT1**

**525227AG9**

**525227AS3**

**525227AN4**

**525227AH7**

**525227AQ7**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

525227AR5

525227AJ3

525227AP9

525227AC8

525227BD5

525227AK0

525227AU8

525227AE4

525227AM6

525227AD6

525227AL8

LXS06GP2C

LXS06GP2X

LXS06GP2P

LXS06GP2R

**LXS 2006-GP3**

525228AK8

525228AD4

525228AQ5

525228AL6

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

525228AM4

525228AV4

525228AR3

525228AT9

525228AS1

525228AU6

525228AP7

525228AG7

525228AA0

525228AC6

525228AH5

525228AB8

525228AN2

525228AJ1

525228AE2

LXS06GP3C

LXS06GP3X

LXS06GP3P

LXS06GP3R

LXS 2006-GP4

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

525161AH8

525161AQ8

525161AE5

525161AM7

525161AP0

525161AG0

525161AA3

525161AS4

525161AV7

525161AR6

525161AL9

525161AN5

525161AD7

525161AB1

525161AT2

525161AU9

525161AK1

525161AC9

525161AJ4

LXS06GP4C

LXS06GP4P

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**LXS06GP4X**

**LXS06GP4R**

**LXS 2007-12N**

**52524YAZ6**

**52524YAE3**

**52524YBL6**

**52524YAC7**

**52524YAB9**

**52524YBP7**

**52524YBJ1**

**52524YAM5**

**52524YAW3**

**52524YAR4**

**52524YAP8**

**52524YAX1**

**52524YAQ6**

**52524YAU7**

**52524YAV5**

**52524YAD5**

**52524YAK9**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**52524YAA1**

**52524YAL7**

**52524YAH6**

**52524YAG8**

**52524YBE2**

**52524YBA0**

**52524YBN2**

**52524YBC6**

**52524YBK8**

**52524YAT0**

**52524YBB8**

**52524YBD4**

**52524YAN3**

**52524YBH5**

**52524YBG7**

**52524YAY9**

**52524YAS2**

**52524YAF0**

**52524YBM4**

**52524YAJ2**

**52524YBY8**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

52524YBT9

52524YBX0

52524YBW2

52524YBU6

52524YBV4

52524YBZ5

LXS 2007-15N

52524VAD1

52524VBU2

52524VAS8

52524VBW8

52524VAU3

52524VAA7

52524VCG2

52524VAP4

52524VBS7

52524VAT6

52524VAQ2

52524VBY4

52524VAK5

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

52524VBX6

52524VBQ1

52524VBN8

52524VBT5

52524VBR9

52524VBP3

52524VBV0

52524VCC1

52524VAR0

52524VBM0

52524VCF4

52524VCH0

52524VAN9

52524VCD9

52524VAL3

52524VAM1

52524VCE7

52524VAG4

LXS15NCII

LXS715NCI

LXS715NXI

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

LXS715NX2

52524VCB3


LXS 2007-2N

52524LAK7

52524LAH4

52524LAC5

52524LAV3

52524LAR2

52524LAN1

52524LAU5

52524LAQ4

52524LAG6

52524LAE1

52524LAP6

52524LAW1

52524LAM3

52524LAT8

52524LAD3

52524LAA9

52524LAL5

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

52524LAS0

52524LAF8

52524LAJ0

52524LAB7

LX72NPIII

LXS072NPI

LXS0072NC

LXS0072NX

LXS072NPI

LX72NPIII

LX72NPIII

LXS72NPII

LXS0072NR


LXS 2007-4N

52524HAH3

52524HAZ3

52524HAV2

52524HAD2

52524HAB6

52524HAE0

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

52524HAJ9

52524HAW0

52524HAS9

52524HAG5

52524HAF7

52524HAQ3

52524HAC4

52524HAR1

52524HAA8

52524HAL4

52524HAN0

52524HAP5

52524HAK6

52524HAT7

52524HAM2

52524HAX8

52524HAU4

52524HAY6

LXS0074NX

LXS0074NC

LXS0074NR

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

MASTR 2003-12

55265K3Y3

55265K4E6

55265K4P1

55265K3R8

55265K3U1

55265K3X5

55265K3L1

55265K3Q0

55265K3T4

55265K3W7

55265K3K3

55265K4C0

55265K3S6

55265K3V9

55265K3J6

55265K4K2

55265K4A4

55265K4B2

55265K4D8

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

55265K4J5

55265K3Z0

55265K4H9

55265K4L0

55265K4M8

55265K4F3

55265K4G1

55265K4N6

### MASTR ABS 2005-AB1

57643LKX3

57643LKY1

57643LKZ8

57643LLA2

57643LLB0

57643LLC8

57643LLD6

57643LLE4

57643LLF1

57643LLG9

57643LLH7

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

57643LLJ3

57643LLK0

57643LLL8

57643LLM6

57643LLN4

57643LLP9

57643LLQ7

57643LLR5

57643LLU8

57643LLT1

57643LLS3


MS 1999-RM1

61745MLM3

61745MLH4

61745MLN1

61745MLL5

61745MLK7

61745MLJ0

61745MLE1

9ABSC2439


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk.
Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support
Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

9ABSC2454

9ABSC2447


MSM 2006-11

61749WAG2

61749WAH0

61749WAJ6

61749WAK3

61749WAL1

61749WAM9

61749WBA4

61749WBB2

61749WBC0

61749WBD8

61749WBE6

61749WBF3

61749WBG1

61749WBH9

61749WBJ5

61749WAA5

61749WAN7


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

**U.S. Bank National Association**

**61749WAP2**

**61749WAQ0**

**61749WAR8**

**61749WAS6**

**61749WAT4**

**61749WAU1**

**61749WAV9**

**61749WAW7**

**61749WAX5**

**61749WAY3**

**61749WAZ0**

**61749WBK2**

**61749WBL0**

**61749WBM8**

**61749WAB3**

**61749WAC1**

**61749WAD9**

**61749WAE7**

**61749WAF4**

**MSM 2006-12XS**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

**U.S. Bank National Association**

61749EAA5

61749EAB3

61749EAC1

61749EAD9

61749EAE7

61749EAF4

61749EAG2

61749EAH0

61749EAJ6

61749EAU1

61749EAK3

61749EAL1

61749EAM9

61749EAN7

61749EAP2

61749EAQ0

61749EAR8

61749EAS6

61749EAT4

61749EAW7

61749EAV9

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**MSM 2006-15XS**

61750YAA7

61750YAB5

61750YAC3

61750YAD1

61750YAE9

61750YAF6

61750YAG4

61750YAH2

61750YAJ8

61750YAK5

61750YAV1

61750YAL3

61750YAM1

61750YAN9

61750YAP4

61750YAQ2

61750YAR0

61750YAS8

61750YAT6

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

**U.S. Bank National Association**

61750YAU3

61750YAX7

61750YAW9


**MSM 2006-17XS**

61751DAA2

61751DAB0

61751DAC8

61751DAD6

61751DAE4

61751DAF1

61751DAG9

61751DAH7

61751DAJ3

61751DAU8

61751DAK0

61751DAL8

61751DAM6

61751DAN4

61751DAP9

61751DAQ7

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

<u>**Schedule A**</u>

**U.S. Bank National Association**

61751DAR5

61751DAS3

61751DAT1

61751DAW4

61751DAV6


MSM 2006-1AR

61748HUF6

61748HUG4

61748HUH2

61748HUJ8

61748HUK5

61748HUL3

61748HUM1

61748HUN9

61748HUP4

61748HVD0

61748HUQ2

61748HUR0

61748HUS8

61748HUT6


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

**U.S. Bank National Association**

61748HUU3

61748HUV1

61748HUW9

61748HUX7

61748HUY5

61748HUZ2

61748HTW1

61748HTX9

61748HTY7

61748HVA6

61748HVB4

61748HVC2

61748HTZ4

61748HUA7

61748HUB5

61748HUC3

61748HUD1

61748HUE9


MSM 2006-7

61749JAA4


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

61749JAB2

61749JBD7

61749JBC9

61749JAC0

61749JAD8

61749JAE6

61749JAF3

61749JAG1

61749JAH9

61749JAJ5

61749JAK2

61749JAL0

61749JAM8

61749JAN6

61749JAQ9

61749JAP1

61749JAR7

61749JAS5

61749JAT3

61749JAU0

61749JAV8

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

61749JAZ9

61749JBA3

61749JBB1

61749JAW6

61749JAX4

61749JAY2

61749JBE5

61749JBF2

61749JBG0

61749JBH8

61749JBJ4


MSM 2007-1XS

61752JAA8

61752JAB6

61752JAC4

61752JAD2

61752JAE0

61752JAF7

61752JAG5

61752JAJ9


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

**U.S. Bank National Association**

61752JAK6

61752JAL4

61752JAW0

61752JAM2

61752JAN0

61752JAP5

61752JAQ3

61752JAR1

61752JAS9

61752JAT7

61752JAU4

61752JAV2

61752JAY6

61752JAX8


**MSM 2007-2AX**

61751TAA7

61751TAB5

61751TAC3

61751TAD1

61751TAE9


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

**U.S. Bank National Association**

61751TAQ2

61751TAF6

61751TAG4

61751TAH2

61751TAJ8

61751TAK5

61751TAL3

61751TAM1

61751TAN9

61751TAP4

61751TAS8

61751TAR0


MSM 2007-3XS

61752RAA0

61752RAB8

61752RAC6

61752RAD4

61752RAE2

61752RAF9

61752RAG7

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

61752RAH5

61752RAJ1

61752RAK8

61752RAL6

61752RAM4

61752RAN2

61752RAY8

61752RAP7

61752RAQ5

61752RAR3

61752RAS1

61752RAT9

61752RAU6

61752RAV4

61752RAW2

61752RAX0

61752RBA9

61752RAZ5


**MSM 2007-6XS**

61751JAA9


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

61751JAB7

61751JAC5

61751JAD3

61751JAE1

61751JAF8

61751JAG6

61751JAH4

61751JAJ0

61751JAK7

61751JAL5

61751JAM3

61751JAN1

61751JAP6

61751JAQ4

61751JAR2

61751JAS0

61751JAT8

61751JAU5

61751JAV3

61751JAW1

61751JAX9

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**61751JAY7**

**61751JBA8**

**61751JBB6**

**61751JAZ4**


**MSM 2007-7AX**

**61754HAA0**

**61754HAB8**

**61754HAC6**

**61754HAD4**

**61754HAE2**

**61754HAF9**

**61754HAG7**

**61754HAS1**

**61754HAH5**

**61754HAJ1**

**61754HAK8**

**61754HAL6**

**61754HAM4**

**61754HAN2**

**61754HAP7**

**\*\*** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

61754HAQ5

61754HAR3

61754HAU6

61754HAT9

**Prime 2004-1**

74160MFA5

74160MFC1

74160MEY4

74160MEU2

74160MFG2

74160MEZ1

74160MEV0

74160MFJ6

74160MEW8

74160MFH0

74160MFB3

74160MET5

74160MES7

74160MFL1

74160MFK3

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

74160MFM9

74160MFF4

74160MFE7

74160MFD9


**PRIME 2005-2**

74160MHJ4

74160MHK1

74160MHL9

74160MHM7

74160MHN5

74160MHP0

74160MHQ8

74160MHU9

74160MHV7

74160MHW5

74160MHR6

74160MHS4

74160MHT2

74160MJB9

74160MJC7


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

74160MJD5

74160MJA1

74160MHX3

74160MHY1

74160MHZ8

74160MJE3

74160MJF0

74160MJG8


**PRIME 2005-4**

74160MJX1

74160MJY9

74160MJZ6

74160MKA9

74160MKB7

74160MKC5

74160MLM2

74160MKD3

74160MKE1

74160MKF8

74160MKH4

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

74160MKJ0

74160MKK7

74160MLF7

74160MLG5

74160MLH3

74160MKL5

74160MKM3

74160MKN1

74160MKP6

74160MKQ4

74160MKR2

74160MKS0

74160MKT8

74160MKU5

74160MKV3

74160MKW1

74160MKX9

74160MKY7

74160MKZ4

74160MLA8

74160MLB6

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

74160MLN0

74160MLC4

74160MLD2

74160MLE0

74160MLJ9

74160MLK6

74160MLL4

74160MLP5


**PRIME 2005-5**

74160MLQ3

74160MLR1

74160MLS9

74160MLT7

74160MLU4

74160MLY6

74160MMN9

74160MMT6

74160MLZ3

74160MMA7

74160MMB5


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

74160MMC3

74160MMD1

74160MME9

74160MMP4

74160MLV2

74160MMQ2

74160MMR0

74160MMS8

74160MLW0

74160MLX8

74160MMF6

74160MMG4

74160MMH2

74160MMJ8

74160MMK5

74160MML3

74160MMM1


RBSGC 2005-A

74927UAV0

74927UBE7


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

74927UAW8

74927UAX6

74927UAY4

74927UAZ1

74927UBA5

74927UBB3

74927UBF4

74927UBG2

74927UBH0

74927UBJ6

74927UBK3

74927UBL1

74927UBD9

74927UBC1

RBS0500AP

RBS050AR2


SACO I  2006-12 Notes

78577NAB4

78577NAG3

78577NAD0


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

78577NAE8

78577NAF5

78577NAC2

78577NAA6

78577NAH1

78577NAL2

78577NAN8

78577NAJ7

78577NAR9

78577NAM0

78577NAP3

78577NAK4

78577NAQ1

78577NAS7

78577NAT5


### SACO I 2005-WM1

785778HX2

785778HY0

785778HU8

785778JB8


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

785778JD4

785778JC6

785778HZ7

785778JH5

785778JE2

785778JF9

785778JG7


SACO I 2005-WM3

785778LZ2

785778LS8

785778LU3

785778MC2

785778LX7

785778LY5

785778MB4

785778LW9

785778MA6

785778LV1

785778MF5

785778ME8


**   Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

785778MJ7

785778MD0

785778MH1

785778MG3

785778MD0


SACO I 2006-1

785778QE4

785778QA2

785778QB0

785778QC8

785778QD6

785778QG9

785778QH7

785778RC7

9ABS16663

785778QF1


SACO I 2006-8 Notes

785813AA4

785813AB2

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

785813AC0

785813AE6

785813AF3

785813AG1

785813AH9

785813AD8


SACO I 2006-9

78577RAB5

78577RAC3

78577RAE9

78577RAA7

78577RAF6

78577RAK5

78577RAD1

78577RAG4

78577RAR0

78577RAM1

78577RAN9

78577RAP4

78577RAQ2

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

SACO I 2007-2

78581NAB8

78581NAF9

78581NAG7

78581NAH5

78581NAJ1

78581NAA0

78581NAC6

78581NAD4

78581NAE2

78581NAT9

78581NAN2

78581NAQ5

78581NAP7

78581NAR3

78581NAS1

SAIL 2006-2

86358EE69

86358EE85

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

86358EF27

86358EE77

86358EE93

SAIL0062P

SAIL0062X

SAIL62LTR

SAIL0062R


SAMI Prime 2004-CL1

74160MDL3

74160MEA6

74160MDR0

74160MEC2

74160MDW9

74160MDN9

74160MDK5

74160MDU3

74160MDP4

74160MDV1

74160MDT6

74160MDM1

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk.
Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support
Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

74160MDS8

74160MDQ2

74160MEB4

9ABSP6311

9ABSP6303

9ABSP6329

9ABSP6345

9ABSP6337

9ABSP6295


SASCO 05-RF2

86359DFA0

86359DFD4

86359DFC6

86359DEX1

86359DFB8

86359DEY9

86359DEZ6

SASC5RF2R

SASC5RF2X

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

### SASCO 05-RF4

86359DQB6

86359DQE0

86359DQC4

86359DQF7

86359DQH3

86359DQD2

86359DQG5

SASC5RF4X

SASC5RF4R

### SASCO 05-RF6

86359DWH6

86359DWL7

86359DWN3

86359DWP8

86359DWK9

86359DWJ2

86359DWM5

86359DWQ6

SASC5RF6X

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

SASC5RF6R

SASCO 05-S2

86359DAN7

86359DAP2

86359DAL1

86359DAQ0

86359DAM9

SASC05S2P

SASC05S2X

SASC05S2R

SASCO 05-S3

86359DHK6

86359DHM2

86359DHP5

86359DHQ3

86359DHL4

86359DHN0

86359DHR1

SASC05S3X

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

SASC05S3P

SASC05S3R

SASCO 05-S5

86359DPQ4

86359DPR2

86359DPP6

86359DPS0

SASC05S5X

SASC05S5R

SASCO 2002-12

SA02121O1

SA0212CA6

SAS0212PO

SAS0212A5

SA0212I02

SA0212A4Z

SASCO0210095

SASCO 2005-RF1

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.