## Schedule A

## U.S. Bank National Association

86359DCA3

86359DBZ9

86359DCC9

86359DBY2

86359DCB1

86359DBX4

86359DBW6

NC0059501

NC0059500


SASCO 2005-S1

86359B4J7

86359B4H1

86359B4F5

86359B4E8

86359B4G3

SASC05S1X

SASC05S1P

SASC05S1R


SASCO 2005-S4


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

**U.S. Bank National Association**

86359DLX3

SASC05S4P

SASC05S4X

SASC05S4R


SASCO 2006-BC2

86361GAN6

86361GAP1

86361GAQ9

SAC06BC2X

SAC06BC2P

SAC06BC2R

CLASS LT-R

86361GAA4

86361GAB2

86361GAC0

86361GAD8

86361GAE6

86361GAF3

86361GAG1

86361GAH9


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

86361GAJ5

86361GAK2

86361GAL0

86361GAM8

SASCO 2006-S1

86359DXD4

86359DXE2

86359DXC6

86359DXF9

SAS6S1P

SAS6S1X

SAS6S1LTR

SAS6S1R

SASCO 2007-TC1

86364GAD5

86364GAG8

86364GAC7

86364GAA1

86364GAE3

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

86364GAF0

86364GAH6

SAS07TC1X

SAS07TC1R

SA7TC1LTR


SASI SERIES #1993-6

81375FDN0

81375FDM2

81375FDK6

SASI936B0771

SASI936B0769

SASI936B0772

SASI936B0770

SASI936B0845


TMTS 2005-11 (Terwin)

881561YB4

881561YE8

881561YN8

881561B29


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

**U.S. Bank National Association**

881561A61

881561YL2

881561A46

881561YH1

881561A79

881561YF5

881561YG3

881561C69

881561YD0

881561YP3

881561A53

881561B94

881561YV0

881561YS1

881561ZY3

881561B52

881561YU2

881561B86

881561B78

881561YT5

881561B60

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

GMACM Mortgage Loan Trust 2010-2

380123AA7

380123AK5

380123AL3

380123AM1

380123AN9

380123AP4

380123AQ2

380123AR0

380123AS8

380123AT6

380123AU3

380123AB5

380123AC3

380123AD1

380123AE9

380123AF6

380123AG4

380123AH2

380123AJ8

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

380123AV1

380123AW9

380123AX7

380123AY5

380123AZ2

380123BA6

380123BB4

380123BC2

380123BD0

380123BE8

380123BF5

380123BG3

380123BH1

380123BJ7

380123BK4

**RAMP NIM 2006-NC1N Notes Series 2006-NC1N**

751562AA7

751562AB5

**RAMP06NC1NPF**

**      Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk.
Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support
Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**RASC  2007-NT3**

**749244AA7**

**U75305AA7**


**Residential Asset Mortgage Products, Inc. NIM Series 2007-RZ1**

**74923UAB8**

**U75194AB3**

**74923UAA0**


**Residential Asset Securities Corporation RASC NIM 2005-NT1 Trust**

**RASC05NT0614**


**Residential Asset Securities Corporation RASC NIM 2005-NT2 Trust**

**749243AY7**

**RASC05NT2OTC**


**BAYVIEW 03-A**

**07324QCW4**

**07324QCT1**

**07324QCX2**

**07324QCU8**

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk.
Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support
Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

07324QCR5

07324QCV6

NC0058276


**BAYVIEW 04-A**

073249BU7

073249BV5

073249BT0

073249BX1

073249BW3

073249CD4

073249BY9

073249CC6

073249CA0

073249BZ6

073249CB8

073249CC6


**BAYVIEW 2004-C**

073247BL1

073247BP2


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

073247BV9

073247BN7

073247BK3

073247BQ0

073247BM9

073247BJ6

073247BU1

073247BT4

073247BR8

**BAYVIEW 2004-D**

07325NAD4

07325NAC6

07325NAF9

07325NAE2

07325NAH5

07325NAG7

07325NAB8

07325NAL6

07325NAK8

07325NAM4

**[**\*\***]** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07325NAL6

**BAYVIEW 2005-B**

07325NAT9

07325NAY8

07325NBB7

07325NAS1

07325NAW2

07325NBD3

07325NBA9

07325NAR3

07325NBC5

07325NAZ5

07325NBG6

07325NBH4

07325NBH4

07325NBF8

**BAYVIEW 2007-B**

07324FAB6

07324FAR1

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

07324FAP5

07324FAL4

07324FAQ3

07324FAK6

07324FAE0

07324FAC4

07324FAM2

07324FAD2

07324FAN0

07324FAG5

07324FAH3

07324FAF7

07324FAJ9

07324FAS9

07324FAV2

07324FAU4

07324FAT7

07324FAU4

**BAYVIEW 2008-A**

07326PAA4

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

07326PAB2

07326PAC0

07326PAC0


**BSABS 2004-AC7**

073879NG9

073879NE4

073879NA2

073879NB0

073879MZ8

073879NC8

073879NF1

073879ND6

073879MY1

073879NL8

073879NM6

073879NK0

073879NH7

073879NJ3


**BART 2004-10**


\*\* Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07384M4G4

07384M3Y6

07384M4A7

07384M4W9

07384M4M1

07384M4H2

07384M4F6

07384M4X7

07384M6A5

07384M5X6

07384M4L3

07384M5A6

07384M4J8

07384M4U3

07384M4D1

07384M4K5

07384M3Z3

07384M5Z1

07384M4E9

07384M5B4

07384M3X8

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07384M4V1

07384M4C3

07384M4T6

07384M4Y5

07384M4B5

07384M5Y4

07384M4Z2

07384M6B3

07384M5E8

07384M5G3

07384M5H1

07384M5F5

07384M4P4

07384M5C2

07384M5L2

07384M4S8

07384M4Q2

07384M4R0

07384M5J7

07384M4N9

07384M5K4

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07384M5D0


**BART 2004-5**

07384MT51

07384MT69

07384MT44

07384MS94

07384MS86

07384MS78

07384MS60

07384MT36

07384MT28

07384MV66

07384MV74

07384MV58


**BART 2004-9**

07384M2X9

07384M2Z4

07384M3A8

07384M2Y7


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07384M3M2

07384M3K6

07384M3B6

07384M3P5

07384M3C4

07384M3F7

07384M3L4

07384M3D2

07384M2V3

07384M3E0

07384M3Q3

07384M2W1

07384M3N0

07384M3S9

07384M3R1

07384M3U4

07384M3V2

07384M3W0

07384M3G5

07384M3H3

07384M3J9

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**BART 2004-12**

07384M6U1

07384M6P2

07384M6F4

07384M6W7

07384M6V9

07384M6L1

07384M6H0

07384M6Q0

07384M6K3

07384M6N7

07384M6M9

07384M6Y3

07384M6J6

07384M6G2

07384M6X5

07384M7B2

07384M6Z0

07384M7A4

07384M6S6

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07384M6T4

07384M6R8


MALT 03-8

576434KA1

576434KG8

576434JZ8

576434KM5

576434KE3

576434JY1

576434KB9

576434KL7

576434KF0

576434JX3

576434KK9

576434KD5

576434JW5

576434JT2

576434JV7

576434JS4

576434JU9


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

576434KC7

576434KN3

576434KQ6

576434KP8

576434KH6

576434KJ2


MALT 03-9

576434LJ1

576434LQ5

576434LG7

576434LB8

576434LE2

576434LH5

576434LP7

576434KV5

576434LA0

576434LD4

576434LN2

576434KU7

576434KZ6

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

576434LC6

576434LF9

576434LK8

576434KY9

576434KX1

576434KW3

576434LL6

576434LM4

576434KS2

576434KT0

576434KR4


**MALT 04-1**

576434LV4

576434LY8

576434LU6

576434LR3

576434LX0

576434ME1

576434LZ5

576434LW2

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

576434LT9

576434MD3

576434LS1

576434MC5

576434MA9

576434MG6

576434MH4

576434MB7

576434MF8

576434MF8

576434MF8


**MALT 2004-2**

576434MM3

576434MQ4

576434MV3

576434NG5

576434MZ4

576434NA8

576434MP6

576434MU5

---

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

576434MK7

576434NJ9

576434ML5

576434MN1

576434NC4

576434NB6

576434MT8

576434ND2

576434MY7

576434NH3

576434MX9

576434NM2

576434MS0

576434MJ0

576434NL4

576434MR2

576434MW1

576434NK6

576434NF7

576434NE0

576434NS9

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

### Schedule A

### U.S. Bank National Association

576434NP5

576434NN0

576434NR1

576434NQ3

576434NT7

**MALT 04-3**

576434PM0

576434PF5

576434PQ1

576434NW0

576434NZ3

576434PL2

576434PE8

576434NV2

576434PP3

576434PD0

576434NY6

576434PB4

576434PK4

576434NU4

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk.
Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support
Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

576434PN8

576434PG3

576434NX8

576434PA6

576434PC2

576434PW8

576434PV0

576434PH1

576434PR9

576434PS7

576434PU2

576434PT5

576434PJ7

### MASTR ASSET SECURITIZATION TRUST 03-6

55265KYV5

55265KZP7

55265KZJ1

55265KZL6

55265KYP8

55265KZG7

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

55265KZC6

55265KYX1

55265KZQ5

55265KZR3

55265KYE3

55265KYL7

55265KZH5

55265KYH6

55265KYW3

55265KZD4

55265KZS1

55265KYG8

55265KYM5

55265KYF0

55265KYJ2

55265KYT0

55265KYY9

55265KZE2

55265KZT9

55265KYN3

55265KYU7

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

55265KZN2

55265KYZ6

55265KZF9

55265KZK8

55265KZM4

55265KZY8

55265KZZ5

55265KZU6

55265KZX0

55265KZW2

55265KZV4


### MASTR ASSET SECURITIZATION TRUST 03-7

55265KH85

55265KH36

55265KB24

55265KD71

55265KH44

55265KA25

55265KF79

55265KH51

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

55265KA41

55265KB32

55265KG29

55265KE54

55265KH77

55265KD89

55265KA33

55265KH69

55265KB99

55265KE21

55265KA74

55265KF95

55265KH93

55265KG37

55265KA66

55265KA90

55265KB81

55265KJ42

55265KB40

55265KG60

55265KA58

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

55265KE39

55265KA82

55265KJ34

55265KG94

55265KC49

55265KF53

55265KJ59

55265KB57

55265KG78

55265KH28

55265KC56

55265KF61

55265KJ67

55265KJ83

55265KJ75

55265KJ26

### MASTR ASSET SECURITIZATION TRUST 03-8

55265KN54

55265KM48

55265KJ91

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

55265KN70

55265KM63

55265KN62

55265KL98

55265KM71

55265KM55

55265KL80

55265KK24

55265KM30

55265KK81

55265KM22

55265KM89

55265KN39

55265KN21

55265KL72

55265KK65

55265KL64

55265KK57

55265KK73

55265KM97

55265KN47

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

55265KN88

55265KN96

55265KP29


**MASTR ASSET SECURITIZATION TRUST 03-9**

55265KR68

55265KR27

55265KR84

55265KQ93

55265KR92

55265KQ36

55265KQ85

55265KR35

55265KP52

55265KS34

55265KQ28

55265KR76

55265KR50

55265KS59

55265KP94

55265KQ44

---

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

55265KR43

55265KS42

55265KP86

55265KP37

55265KP60

55265KS67

55265KS26

55265KS83

55265KS75

### MASTR ASSET SECURITIZATION TRUST 03-10

55265KU49

55265KS91

55265KT41

55265KU31

55265KU56

55265KV30

55265KU23

55265KU64

55265KT25

55265KV55

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

55265KT90

55265KV48

55265KT82

55265KU80

55265KU98

55265KT33

55265KT74

55265KU72

55265KV22

55265KV71

55265KV89

55265KV63

**MASTR ASSET SECURITIZATION TRUST 03-11**

55265KW47

55265K3G2

55265K3B3

55265KZ85

55265K2C2

55265K2A6

55265K2T5

---

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

55265KX53

55265KZ36

55265K2W8

55265KZ69

55265K3F4

55265KY52

55265K2E8

55265KX46

55265KY94

55265K2V0

55265KZ51

55265K3E7

55265KY45

55265K2G3

55265K2X6

55265K2Y4

55265K2K4

55265KX79

55265K2N8

55265K2D0

55265KZ77

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

55265KY86

55265K2U2

55265K2Z1

55265KZ44

55265KY37

55265K3H0

55265KX61

55265KY29

55265KX87

55265KW54

55265KX95

55265K3A5

55265K3C1

55265KV97

55265KW39

55265KW21

55265K3D9


**Prime 2003-3**

74160MCZ3

74160MCX8


[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

**74160MCQ3**

**74160MCP5**

**74160MCR1**

**74160MCY6**

**74160MCN0**

**74160MCM2**

**74160MCT7**

**74160MCS9**

**74160MDB5**

**74160MDB5**

**74160MDB5**

**74160MDA7**

**74160MDA7**

**74160MCV2**

**74160MCU4**

**74160MCW0**

**74160MDC3**

**74160MDC3**

**74160MDC3**

**74160MDA7**

---

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**SAMI Prime Mtg 2004-CL2**

74160MEH1

74160MED0

74160MEG3

74160MEK4

74160MEJ7

74160MEF5

74160MEL2

74160MEM0

74160MEN8

74160MEE8

**SAIL 05-5**

86358ETL0

86358ETF3

86358ETN6

86358ETG1

86358ETM8

86358ETK2

86358ETE6

86358ETP1

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

86358ETH9

86358ETJ5

SAI05005X

SAI05005P

SAI0505R3


SAIL 2005-9

86358EYF7

86358EYM2

86358EYA8

86358EYK6

86358EYH3

86358EYC4

86358EYG5

86358EYL4

86358EYJ9

SAI0509R1

SAI05009X

SAI05009P

SAIL059R


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk.
Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support
Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**Bear Stearns ARM Trust Mortgage 2005-12**

07387AFV2

07387AFW0

07387AFX8

07387AFY6

07387AFZ3

07387AGA7

07387AGM1

07387AGN9

07387AGP4

07387AGB5

07387AGC3

07387AGD1

07387AGE9

07387AGF6

07387AGG4

07387AGH2

07387AGQ2

07387AGR0

07387AGS8

07387AGJ8

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

07387AGK5

07387AGL3

07387AGT6

07387AGU3

07387AGW9


**Bear Stearns ARM Trust Mortgage 2006-2**

07388DAJ7

07388DAA6

07388DAB4

07388DAC2

07388DAE8

07388DAD0

07388DAR9

07388DAS7

07388DAU2

07388DAT5

07388DAF5

07388DAG3

07388DAK4

07388DAL2

---

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

07388DAM0

07388DAN8

07388DAV0

07388DAH1


**Credit Suisse First Boston Mortgage 2005-3**

225458MC9

225458JU3

225458JV1

225458KT4

225458KU1

225458KV9

225458JW9

225458KF4

225458KG2

225458KH0

225458KK3

225458KL1

225458KM9

225458KN7

225458KP2

---

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

225458KQ0

225458JX7

225458KR8

225458KS6

225458KW7

225458KX5

225458KY3

225458KZ0

225458LA4

225458JY5

225458MF2

225458MJ4

225458MK1

225458JZ2

225458KA5

225458KB3

225458KC1

225458KD9

225458KE7

225458LB2

225458LC0

---

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

225458ML9

225458LD8

225458LE6

225458LF3

225458LG1

225458LN6

225458LH9

225458LJ5

225458LL0

225458LM8

225458MM7

225458LP1

225458LR7

225458LS5

225458LT3

225458LQ9

225458LU0

225458LV8

225458LW6

225458LY2

225458MN5

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225458MA3

225458ME5

225458MC9

225458LX4

225458MD7

225458MC9


**Credit Suisse First Boston Mortgage 2005-4**

225458PF9

225458PM4

225458QY7

225458PN2

225458PP7

225458PQ5

225458PR3

225458PS1

225458PT9

225458PU6

225458PV4

225458PW2

225458QZ4

---

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225458PX0

225458QL5

225458QM3

225458QN1

225458QP6

225458QQ4

225458QR2

225458QS0

225458QT8

225458QU5

225458QV3

225458QW1

225458QX9

225458PZ5

225458QA9

225458QB7

225458QC5

225458QD3

225458RA8

225458RB6

225458RC4

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

225458RD2

225458RE0

225458RF7

225458RG5

225458RH3

225458RK6

225458RL4

225458PL6

225458PF9

225458PG7

225458PH5

225458RJ9

225458PK8

225458PJ1

225458RN0

225458PF9

**Credit Suisse First Boston Mortgage 2005-5**

225458VH8

225458VJ4

225458TF5

\*\* Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225458TG3

225458TR9

225458TS7

225458TT5

225458TU2

225458TV0

225458TW8

225458UM8

225458TH1

225458TJ7

225458TK4

225458TL2

225458TM0

225458TN8

225458TP3

225458TQ1

225458UP1

225458TX6

225458TY4

225458TZ1

225458UA4

[**] Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

225458UB2

225458UC0

225458UD8

225458UE6

225458UF3

225458UG1

225458UK2

225458UL0

225458UN6

225458UU0

225458UV8

225458UW6

225458US5

225458UQ9

225458UX4

225458UY2

225458UT3

225458UR7

225458VB1

225458VC9

225458VK1

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225458VH8

225458VJ4

225458VE5

225458VF2

225458VA3

225458VJ4

225458VG0

225458VH8

225458VJ4

225458UZ9

### Credit Suisse First Boston Mortgage 2005-6

225458XG8

225458SH6

225458XJ2

225458YH5

225458YJ1

225458YK8

225458XK9

225458XL7

225458XM5

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225458XN3

225458XP8

225458B64

225458B72

225458XS2

225458XT0

225458XU7

225458XV5

225458XW3

225458B80

225458XX1

225458XY9

225458XZ6

225458B98

225458YA0

225458YB8

225458YF9

225458YC6

225458YM4

225458YN2

225458YP7

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

225458YD4

225458YQ5

225458YR3

225458YS1

225458YE2

225458YL6

225458YU6

225458ZB7

225458ZD3

225458YX0

225458YZ5

225458ZA9

2255458YT9

225458YW2

225458YY8

225458YV4

### Credit Suisse First Boston Mortgage 2005-8

2254583T3

225458W87

225458W95

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225458X29

225458X37

225458X45

225458X52

225458X60

225458Y77

225458Y85

225458Y93

225458Z35

225458Z43

225458Z50

225458Z68

225458Z76

225458Z84

225458X78

225458Z92

2254582A5

2254582B3

225458X86

225458Y28

225458Y36

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225458Y51

225458Y69

2254582C1

2254582D9

2254582E7

2254582F4

2254582G2

2254582H0

2254582J6

2254582K3

2254582U1

2254582V9

2254582W7

2254582X5

2254582Y3

2254582Z0

2254582L1

2254582M9

2254582N7

2254582Q0

2254582S6

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

2254582T4

2254583C0

2254583A4

2254583D8

2254583E6

2254583F3

2254583G1

2254583H9

2254583J5

2254583K2

2254583L0

2254583M8

2254583B2

2254583P1

2254583X4

2254583U0

2254583V8

2254583N6

2254583Q9

2254583R7

2254583S5

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

**Credit Suisse First Boston Mortgage Securities Corp CSFB 2005-9**

007036RT5

007036RU2

007036RV0

007036RW8

007036RC6

007036RY4

007036RZ1

007036SA5

007036SB3

007036SC1

007036SD9

007036SE7

007036SG2

007036SH0

007036SJ6

007036SK3

007036SL1

007036SM9

007036SN7

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

007036SP2

007036SQ0

007036SR8

007036SU1

007036SS6

007036ST4

007036SV9

007036SX5

007036SY3


### Credit Suisse First Boston Mortgage Securities Corp CSFB 2005-10

225470GL1

225470GL1

225470DU4

225470DV2

225470DW0

225470DX8

225470DY6

225470DZ3

225470EA7

225470EB5


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225470EC3

225047ED1

225470EE9

225470EF6

225470EG4

225047EH2

2250470EJ8

225047EK5

225470EL3

225470EM1

225470EN9

225470EP4

225470EQ2

225470ER0

225470ES8

225470ET6

2255470EU3

225470EV1

225470EW9

225470EX7

225470EY5

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225470EZ2

225470FA6

225470FB4

225470FC2

225470FD0

225470FE8

225470FF5

225470FG3

225470FH1

225470FJ7

225470FK4

225470FL2

225470FM0

225470FN8

225470FP3

225470FQ1

225470FR9

225470FS7

225470FT5

225470FU2

225470FV0

\*\*  Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225470FW8

225470FC6

225470FY4

225470FZ1

225470GA5

225470GV3

225470GC1

225470GD9

225470GF4

225470GG2

225470GH0

225470GK3

225470GT4

225470GU1

225470GV9

225470GN7

225470GQ0

225470GJ6

225470GQ0

225470GM9

225470GM9

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225470GR8

225470GL1

**Credit Suisse First Boston Mortgage 2005-11**

007036UQ7

007036UR5

007036US3

007036UT1

007036UU8

007036UV6

007036UX2

007036UY0

007036VA1

007036VB9

007036VC7

007036VD5

007036VE3

007036VF0

007036VG8

007036VH6

007036VJ2

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

007036VK9

007036VL7

007036VN3

007036VR4

007036VM5

007036VP8

007036VQ6

007036VS2

007036VT0

### Credit Suisse First Boston Mortgage Securities Corp CSFB 2005-12

225470RS4

225470RT2

225470RU9

225470RV7

225470RW5

225470RX3

225470RY1

225470RZ8

225470SA2

225470SB0

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225470SC8

225470SD6

225470SE4

225470SF1

225470SG9

225470SH7

225470SJ3

225470SM6

225470AN4

225470SR5

225470AK0

225470SL8

225470SW4

225470SY0

225470SX2

225470SZ7

**Credit Suisse First Boston Mortgage Securities Corp CSMC 2006-1**

225470UH4

225470UJ0

225470UK7

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

225470UL5

225470UM3

225470UN1

225470UP6

225470UQ4

225470UT8

225470UU5

225470UV3

225470UW1

225470UX9

225470UY7

225470UZ4

225470VA8

225470VB6

225470VC4

225470VD2

225470VE0

225470VF7

225470VG5

225470VH3

225470VJ9

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225470WM1

225470WN9

225470WP4

225470WQ2

225470WW9

225470WT6

225470WY5

225470WL3

225470WU3

225470WV1

225470WX7

225470WR0

225470WS8

### Credit Suisse First Boston Mortgage Securities Corp CSMC 2006-8

22942MAA4

22942MAB2

22942MAC0

22942MBE5

22942MBF2

22942MBH8

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

22942MBJ4

22942MBK1

22942MBN5

22942MBS4

22942MBM7

22942MBP0

22942MBQ8

22942MBR6


### Credit Suisse First Boston Mortgage Securities Corp CSMC 2006-9

126380BG8

126380BH6

126380BJ2

126380CF9

126380CG7

126380AA2

126380AB0

126380AC8

126380AD6

126380AE4

126380AF1

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

126380AG9

126380AH7

126380AK0

126380AL8

126380AN4

126380AP9

126380AQ7

126380AS3

126380AU8

126380AV6

126380AW4

126380AX2

126380AY0

126380AZ7

126380BA1

126380BB9

126380BD5

126380BE3

126380BF0

126380BN3

126380BP8

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

225470VK6

225470VL4

225470VM2

225470VN0

225470VP5

225470VT7

225470VU4

225470VV2

225470VX8

225470VY6

225470VZ3

225470WA7

225470WB5

225470WC3

225470WD1

225470WE9

225470WF6

225470WG4

225470WH2

225470WJ8

225470WK5

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

126380BQ6

126380BR4

126380BZ6

126380CC6

126380CD4

126380CE2

126380BL7

126380BM5

126380CH5

126380BH6

126380BC7

126380BG8

126380CF9

126380CG7

### Credit Suisse First Boston Mortgage Securities Corp CSMC 2007-6

12639PAA6

12639PAB4

12639PAK4

12639PAL2

12639PAM0

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

12639PAN8

12639PAU2

12639PAQ1

12639PAR9

12639PAS7

12639PAP3

### Credit Suisse First Boston Mortgage Securities Corp CSMC 2007-7

12638DAA4

12638DAB2

12638DAC0

12638DAD8

12638DAE6

12638DAF3

12638DAG1

12638DAH9

12638DAJ5

12638DAM8

12638DAN6

12638DAP1

12638DAR7

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

## U.S. Bank National Association

12638DAS5

12638DBD7

12638DBE5

12638DBF2

12638DBG0

12638DBH8

12638DBJ4

12638DAW2

12638DAX4

12638DAT3

12638DAV8

12638DAZ9

12638DBB1A

12638DBC9


### Deutsche Alt-A Securities 2007-2

25152BAA6

25152BAB4

25152BAC2

25152BAD0

25152BAE8


** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

**U.S. Bank National Association**

25152BAF5

25152BAG3

25152BAH1

25152BAJ7

25152BAK4

25152BAL2

25152BAM0

25152BAN8

25152BAP3

25152BAQ1

25152BAR9

25152BAV0

25152BAU2

25152BAS7

25152BAT5

**GS Mortgage Securities 2005-9F**

362341Q44

362341Q69

362341Q77

362341U56

\*\* Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.

## Schedule A

### U.S. Bank National Association

362341U72

362341U98

362341V22

362341V30

362341S26

362341S34

362341S75

362341S83

362341S91

362341U64

362341U80

362341V55

362341T58

362341T74

362341R84

362341R92

362341X46

362341Q36

362341R68

362341S59

362341Q85

** Trusts for which an RMBS Trustee acts as master servicer and for which no RMBS Trustee acts as trustee are identified on Schedule A by a double asterisk. Pursuant to the Plan Support Agreement, any Buyback Claims that any such Trusts may have will be included in, and treated consistently with, the Plan Support Agreement. Certificateholders of such Trusts should contact their trustees with respect to matters described in this Notice.