# Trial Exhibit PX-1508



Corporate Trust Services
190 South LaSalle Street
MK-IL-SL8T
Chicago, IL 60603

*THIS TRANSMITTAL CONTAINS IMPORTANT INFORMATION THAT IS OF INTEREST
TO THE BENEFICIAL OWNERS OF THE SUBJECT SECURITIES. PLEASE EXPEDITE
RE-TRANSMITTAL TO SUCH BENEFICIAL OWNERS IN A TIMELY MANNER.*

### NOTICE TO THE HOLDERS OF SECURITIES, NOTES OR CERTIFICATES

**Issued by those certain residential mortgage backed securitization trusts listed on
<u>Schedule A</u> hereto (each a "<u>Transaction</u>" and collectively, the "<u>Transactions</u>")**

### NOTICE OF SIGNIFICANT DEVELOPMENTS IN BANKRUPTCY CASES OF RESIDENTIAL CAPITAL, LLC AND CERTAIN AFFILIATED ENTITIES

### (Notice Date: June 18, 2012)

In respect of each Transaction, Residential Capital, LLC ("<u>ResCap</u>") and/or its other affiliated entities serves in one or more capacities, and U.S. Bank National Association serves in one or more trustee or other agency capacities (the "<u>Trustee</u>"). This notice is intended for those persons or entities that hold a security, note, or certificate issued in connection with a Transaction. The Trustee incorporates its previous notice to the Notice Recipients dated May 30, 2012.

**<u>Updates in the Bankruptcy Cases of Residential Capital, LLC and Certain Affiliates</u>**

The Trustee previously advised the Notice Recipients that, on May 14, 2012 (the "<u>Filing Date</u>), ResCap, together with certain affiliated entities (collectively, the "<u>Debtors</u>") filed voluntary petitions for relief under Chapter 11 of the U.S. Bankruptcy Code (the "<u>Bankruptcy Cases</u>" or the "<u>Cases</u>") in the United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>") before the Honorable Martin Glenn. The Debtors' Bankruptcy Cases are jointly administered for procedural purposes only under <u>In re Residential Capital, LLC et al.</u>, Case No. 12-12020 (MG).

**<u>RMBS Trust Settlement Agreement</u>**

On June 11, 2012, the Debtors filed a motion (the "<u>Trust Settlement Motion</u>") seeking the Bankruptcy Court's approval of a settlement agreement between the Debtors and holders and authorized investment managers for holders (collectively, the "<u>Settling Holders</u>") of securities

1

backed by mortgage loans held by 392 securitization trusts (the "RMBS Trust Settlement Agreement"). The deadline to object to the Trust Settlement Motion is **July 13, 2012 at 4:00 p.m. (ET)**, and a hearing on the motion will be held on **July 24, 2012 at 10:00 a.m. (ET)**.

The Trust Settlement Motion provides that qualifying securitizations, which may include the Transaction (the "Qualifying Securitizations"), are eligible to enter into the RMBS Trust Settlement Agreement with the Debtors. Under the terms of the RMBS Trust Settlement Agreement, each Qualifying Securitization that agrees to the terms of the RMBS Trust Settlement Agreement (a "Settling Securitization") will share in up to $8.7 billion of an allowed general unsecured claim against the Debtors, to be allocated amongst the participating securitizations, in exchange for releasing certain claims against the Debtors and supporting the Debtors' restructuring and asset sale efforts, as described in greater detail below.

Under the RMBS Trust Settlement Agreement, in exchange for a share of the $8.7 billion allowed general unsecured claim against the Debtors, Settling Holders must agree to certain terms, including but not limited to:

    (a) a release of all claims and causes of action against the Debtors of any kind, including those arising from the Debtors' mortgage origination and servicing business and any claims arising from the transaction documents relating to the Settling Securitization but not be limited to, mortgage loan repurchase claims; and

    (b) request that the relevant securitization trustees accept the terms of the RMBS Trust Settlement Agreement and support:

        (i) the Debtors' proposed plan of reorganization (the "Plan"), as contemplated by the Debtors' Plan term sheet (the "Plan Term Sheet");

        (ii) the sale of substantially all of the Debtors' assets, including their servicing and origination business (the "Sale"); and

        (iii) the settlement agreement between the Debtors and Ally Financial Inc., a non-debtor affiliate of the Debtors ("Ally"), including the release of claims against Ally contemplated therein (the "Ally Settlement").

Each Qualifying Securitization will have until 45 days from the filing of the Trust Settlement Motion, or **July 26, 2012**, to agree to the terms of the RMBS Trust Settlement Agreement. Those Qualifying Securitizations that do not accept the terms of the agreement will not be entitled to share in the $8.7 billion allowed general unsecured claim provided for therein and will be required to file a proof of claim in the Bankruptcy Cases in respect of any claims they may have.

Please note that the Trustee is not a party to the RMBS Trust Settlement Agreement and, to date, has not been provided with any direction consistent with the Transaction documents with respect to the RMBS Trust Settlement Agreement or the Trust Settlement Motion. Additionally, the Trustee makes no representation as to whether the Transaction is a Qualifying Securitization eligible to participate in the RMBS Trust Settlement Agreement.

## Debtors' Motion to Assume Plan Support Agreements with Certain Settling Investors

On June 11, 2012, the Debtors filed two motions (together, the "PSA Assumption Motions") seeking the Bankruptcy Court's authorization to assume two substantially similar plan support agreements (together, the "Plan Support Agreements") with two groups of Settling Holders. The deadline to object to the PSA Assumption Motions is **July 13, 2012 at 4:00 p.m. (ET)**, and a hearing on the motions will be held on **July 24, 2012 at 10:00 a.m. (ET)**.

The Plan Support Agreements constitute agreements between the Debtors, Ally and the applicable Settling Holders. The Settling Holders are also parties to RMBS Trust Settlement Agreements. The Plan Support Agreements are contingent upon the Debtors meeting certain restructuring milestones and provide that the Settling Holders will:

(a) support the Plan and Sale;

(b) waive and release certain claims and causes of action against the Debtors and Ally; and

(c) request that the relevant securitization trustees accept the terms of the Plan Support Agreements and RMBS Trust Settlement Agreement and support the Plan, Sale and Ally Settlement.

The Trustee is not a party to the Plan Support Agreements and, to date, has not been provided with any direction consistent with the Transaction documents with respect to either of the Plan Support Agreements or the PSA Assumption Motions.

## Bankruptcy Information

Documents filed in the Bankruptcy Cases may be viewed during normal business hours at the Clerk's Office of the United States Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, New York 10004-1408, obtained through PACER for a fee by registering online at http://pacer.psc.uscourts.gov, or at the Debtors' agent's website, http://www.kccllc.net/rescap.

Notice Recipients are urged to carefully review the pleadings filed in the Bankruptcy Cases, including the RMBS Trust Settlement Agreements, the Plan Support Agreements, the Plan Term Sheet, the Ally Settlement and the motions described herein, and consult with their own advisors. Unless otherwise instructed and directed in accordance with the terms of the applicable documents relating to the Transaction, the Trustee does not intend to take any further action.

## General Information for Notice Recipients

Please be further advised that the Trustee reserves all of the rights, powers, claims and remedies available to it under the transaction documents and applicable law. No delay or forbearance by the Trustee to exercise any right or remedy accruing upon the occurrence of a default, or otherwise under the terms of the transaction documents, other documentation relating

3

thereto or under applicable law, shall impair any such right or remedy or constitute a waiver thereof or an acquiescence therein.

The Trustee expressly reserves all rights in respect of the Transaction, including without limitation its right to recover in full its fees and costs (including, without limitation, fees and costs incurred or to be incurred by the Trustee in performing its duties, indemnities owing or to become owing to the Trustee, compensation for Trustee time spent and reimbursement for fees and costs of counsel and other agents it employs in performing its duties or to pursue remedies) and its right, prior to exercising any rights or powers in connection with the Transaction at the request or direction of any Notice Recipient, to receive security or indemnity satisfactory to it against all costs, expenses and liabilities which might be incurred in compliance therewith, and all rights that may be available to it under applicable law or otherwise.

Please note that the foregoing is not intended and should not be construed as investment, accounting, financial, legal or tax advice by or on behalf of the Trustee, or its directors, officers, affiliates, agents, attorneys or employees. Each person or entity receiving this notice should seek the advice of its own advisers in respect of the matters set forth herein.

Notice Recipients with questions regarding this notice or other related matters may direct their inquiries in writing, with evidence of their respective holdings, to the Trustee at:

> U.S. Bank National Association
> 190 South LaSalle Street
> MK-IL-SL8T
> Chicago, IL 60603
> Attention: Mamta K. Scott, Vice President
> E-Mail: mamta.scott@usbank.com

The Trustee may conclude that a specific response to particular inquiries from individual Notice Recipients is not consistent with equal and full dissemination of information to all Notice Recipients. Notice Recipients should not rely on the Trustee as their sole source of information.

Dated: June 18, 2012                     U.S. BANK NATIONAL ASSOCIATION,
                                         as trustee or other agency capacities

## Schedule A*

Asset Backed Securities corporation ABSC NIM 2005-KS4 Trust

000778BM1

ABSC05KS0553


Banc of America Funding Corporation 2008-R2

05954WAA2

U0662MAA5

05954WAB0

U0662MAB3

05954WAC8

U0662MAC1

05954WAD6

U0662MAD9

05954WAJ3

05954WAE4

U0662MAF4

05954WAF1

U0662MAG2

05954WAG9

U0662MAH0

05954WAH7

U0662MAJ6


CREDIT SUISSE NIMs TRUST RAMP 2006-RZ5 NIM1

22546AAA0

G2539TAA3

22546AAB8

G2539TAB1

22546AAC6

G2539TAC9

RAMP06RZ5N1D


GMACM Home Equity Loan Trust 2004-HE4, Successor Trustee

361856DP9

GMACM4HE4OTC

361856DR5


GMACM Home Equity Loan Trust 2005-HE3, Successor Trustee

361856EH6

361856EJ2

GMACM05HE3CE

361856EK9

361856EM5


GMACM Home Equity Loan Trust 2006-HE4, Successor Trustee

38012UAA7

38012UAB5

38012UAC3

GMACM6HE4OTC

38012UAF6


* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

### GMACM Home Equity Loan Trust 2007-HE1, Successor Trustee

36186KAB1

36186KAC9

36186KAD7

36186KAE5

GMACM7HE1OTC

GMACM07HE1RI

GMAC07HE1RII

GMACM07HE1SB

### GMACM Mortgage Loan Trust 2010-2

380123AA7

380123AK5

380123AL3

380123AM1

380123AN9

380123AP4

380123AQ2

380123AR0

380123AS8

380123AT6

380123AU3

380123AB5

380123AC3

380123AD1

380123AE9

380123AF6

380123AG4

380123AH2

380123AJ8

380123AVI

380123AW9

380123AX7

380123AY5

380123AZ2

380123BA6

380123BB4

380123BC2

380123BD0

380123BE8

380123BF5

380123BG3

380123BH1

380123BJ7

380123BK4

### Home Equity Loan Trust 2007-HSA2, Successor Trustee

43710RAE1

43710RAF8

43710RAG6

43710RAJ0

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

43710RAK7
43710RAH4

Home Equity Loan Trust 2007-HSA3, Successor Trustee
43710WAD2
43710WAE0
43710WAF7
43710WAG5
43710WAK6
43710WAL4
43710WAH3
43710WAJ9

JPMAC NIM 2006-KSN1
46628QAA5
G52030AA4
46628QAB3
G52030AB2
46628QAC1
JPMACKSN1PF

RAAC Series 2007-RP1 Trust
74977YAA7
74977YAB5
74977YAC3
74977YAD1
74977YAE9
74977YAG4
74977YAH2
74977YAF6

RAAC Series 2007-RP2 Trust
74919WAA2
74919WAB0
74919WAC8
74919WAD6
74919WAE4
74919WAG9
74919WAH7
74919WAF1

RAAC Series 2007-RP3 Trust
74978BAA6
74978BAB4
74978BAC2
74978BAD0
74978BAE8
74978BAG3
74978BAH1
74978BAF5

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

RAAC Series 2007-RP4 Trust

74919LAD0

74919LAE8

74919LAF5

74919LAG3

74919LAH1

74919LAB4

74919LAC2

74919LAA6


RAMP NIM 2006-NC1N Notes Series 2006-NC1N

751562AA7

751562AB5

RAMP06NC1NPF


RASC NIM 2007-NT3

749244AA7

U75305AA7


Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates Series 2006-QA2

761118UD8

761118UE6

761118TN8

761118TP3

761118TQ1

761118TR9

761118TS7

761118TT5

761118TU2

761118TV0

761118TW8

761118UA4

761118UB2

761118UC0

761118WN4

761118TX6

761118TY4

761118TZ1


Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates Series 2006-QO2

761118VY1

761118VZ8

761118WA2

761118WB0

761118WC8

761118WD6

761118WE4

761118WF1

761118WG9

761118WH7

761118WJ3


* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

761118WL8
761118WM6
761118WK0

Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS2

761118UG1
761118UR7
761118US5
761118UU0
761118UV8
761118UW6
761118UX4
761118UY2
761118UZ9
761118UH9
761118UJ5
761118UK2
761118UL0
761118UM8
761118UN6
761118UP1
761118UQ9
761118VD7
761118VE5
761118VS4
761118VT2
761118VU9
761118VA3
761118VB1
761118VF2
761118VG0
761118VV7
761118VW5
761118VX3
761118VC9
761118VP0
761118VQ8
761118VR6
761118VL9
761118VM7
761118VN5
761118VH8
761118VJ4
761118VK1

Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates Series 2007-RS1

74923RAC3
74923RAD1
74923RAE9
74923RAQ2
74923RAF6

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

74923RAG4

74923RAH2

74923RAJ8

74923RAK5

74923RAL3

74923RAM1

74923RAN9

74923RAP4

111412383

111412391

111412375

### Residential Asset Mortgage Products Inc. Mortgage Asset-Backed Pass Through Certificates Series 2007-SP1

74978AAB6

74978AAC4

74978AAD2

74978AAE0

74978AAF7

74978AAG5

74978AAJ9

74978AAK6

74978AAH3

### Residential Asset Mortgage Products Inc. Mortgage Asset-Backed Pass Through Certificates Series 2007-SP3

74978FAA7

74978FAH2

74978FAB5

74978FAC3

74978FAD1

74978FAE9

74978FAG4

74978FAJ8

74978FAF6

### Residential Asset Mortgage Products Mortgage Asset-Backed Pass-Through Certificate Series 2007-RZ1

74923PAB9

74923PAC7

74923PAP8

U75181AA2

74923PAN3

74923PAD5

74923PAE3

74923PAF0

74923PAG8

74923PAH6

74923PAJ2

74923PAK9

74923PAL7

74923PAM5

9ABSAT010

74923PAQ6

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

Residential Asset Mortgage Products, Inc Mortgage Asset-Backed Pass Through Certificates Series 2007-SP2

74919XAD4

74919XAE2

74919XAF9

74919XAG7

74919XAH5

74919XAJ1

74919XAK8

74919XAB8

74919XAC6

74919XAA0

Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass Through Certificates, Series 2005-EFC1

76112BRV4

76112BRW2

76112BRL6

76112BRM4

76112BRN2

76112BRP7

76112BRQ5

76112BRR3

76112BRS1

76112BRT9

76112BRU6

RAMP05EF0547

RAMP05EF0542

RAMP05EF0544

RAMP05EF0549

RAMP05EF0546

76112BQJ2

Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates Series 2007-RS2

75157DAA2

75157DAB0

75157DAC8

75157DAD6

75157DAE4

75157DAF1

75157DAG9

75157DAH7

75157DAJ3

75157DAK0

9ABSCF877

9ABSCF885

75157DAL8

Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EFC2

76112BVY3

RAM05EFC0608

76112BVP2

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

76112BVQ0

76112BVR8

76112BVS6

76112BVT4

76112BVU1

76112BVV9

76112BVW7

76112BVX5

RAMP05EF0609

76112BWA4


Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EFC3

RAM5EFC30634

76112BYT1

76112BYU8

76112BYV6

76112BYW4

76112BYX2

76112BYY0

76112BYZ7

76112BZA1

76112BZB9

RAMP05EF0632

76112BZD5

76112BZC7

RAMP5EFC0633


Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EFC4

76112BD56

76112BC32

76112BD64

76112BC40

76112BC57

76112BC65

76112BC73

76112BC81

76112BC99

76112BD23

76112BD31

76112BD49

RAMP05EF0670

76112BB90

RAMP5EFC0671


Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EFC5

76112BH29

76112BH37

76112BH45

76112BH52

76112BH60

76112BH78


* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

76112BH86
76112BH94
76112BJ27
76112BJ35
76112BJ43
RAMP05EF0714
76112BJ68
76112BJ50
RAMP5EFC07I3

Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EFC6

76112BJ84
76112BJ92
76112BL32
76112BK25
76112BK33
76112BK41
76112BK58
76112BK66
76112BK74
76112BK82
76112BK90
76112BL24
RAMP05EFC6RI
RAMP05EFC6R2
RAMP5EFC6III
76112BL40

Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EFC7

76112BR69
76112BR77
76112BR85
RAMP05EFCTRI
RAM05EFC7RII
76112BR93

Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2005-NC1

76112BQ94
76112BR28
76112BR36
RAMP05NC1RI
RAMP05NC1RII
76112BT67

Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EFC1

76112BW30
76112BV56
76112BV64
76112BV72
76112BV80
76112BV98

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

76112BW22
76112BW48
76112BW55
76112BW63
76112BW71
RAMP06EFC1RI
RAMP6EFC1RII
76112BY53

Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EFC2

749238AB7
749238AC5
749238AD3
749238AP6
U75184AA6
749238AE1
749238AF8
749238AG6
749238AH4
749238AJ0
749238AK7
749238AL5
749238AM3
749238AN1
749238AR2
RAMP06EFC2R2
749238AQ4
U75184AB4

Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2006-NC1

76112BW97
76112BX21
76112BX39
76112BX47
76112BX54
76112BX62
76112BX70
76112BX88
76112BX96
76112BY20
76112BY38
RAMP06NC1RI
RAMP06NC1RII
76112BY61

Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2006-NC2

75156TAB6
75156TAC4
75156TAN0
75156TAD2
75156TAE0

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

75156TAF7

75156TAG5

75156TAH3

75156TAJ9

75156TAK6

75156TAL4

75156TAM2

RAMP06NC2RI

RAMP06NC2RII

75156TAP5

Residential Asset Mortgage Products, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2006-NC3

76112B4M9

76112B4N7

76112B4P2

76112B4Y3

76112B4Q0

76112B4R8

76112B4S6

76112B4T4

76112B4U1

76112B4V9

76112B4W7

76112B4X5

RAMP06NC3RI

RAMP06NC3RII

76112B4K3

Residential Asset Mortgage Products, Inc. NIM Series 2007-RZ1

74923UAB8

U75194AB3

74923UAA0

Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-RS6

75156QAB2

75156QAC0

75156QAD8

75156QAP1

75156QAE6

75156QAF3

75156QAG1

75156QAH9

75156QAJ5

75156QAK2

75156QAL0

75156QAM8

75156QAN6

RAMP06RS6RI

RAMP06RS6RII

RAMP06RS6SB

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-RZ5

749239AD1
749239AE9
749239AF6
749239AG4
749239AH2
749239AJ8
749239AK5
749239AL3
749239AM1
749239AN9
749239AP4
749239AR0
749239AQ2

Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-SP4

74919VAB2
74919VAC0
74919VAG1
74919VAH9
74919VAJ5
74919VAK2
74919VAL0
74919VAD8
74919VAE6
74919VAF3

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2006-EMX1

75405KAB4
75405KAC2
75405KAD0
75405KAE8
75405KAF5
75405KAG3
75405KAH1
75405KAJ7
75405KAK4
75405KAL2
75405KAM0
RASC06EMX1RI
RASC6EMX1RII
RASC06EMX1SB

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2006-EMX2

75406AAB5
75406AAC3
75406AAD1
75406AAE9
75406AAF6
75406AAG4
75406AAH2

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

75406AAJ8
75406AAK5
75406AAL3
75406AAM1
RASC06EMX2RI
RASC6EMX2RII
75406AAN9

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2006-EMX3

76113ABZ3
76113ACA7
76113ACB5
76113ACC3
76113ACD1
76113ACE9
76113ACF6
76113ACG4
76113ACH2
76113ACJ8
76113ACK5
RASC06EMX3R
76113ACL3

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2006-EMX4

75406DAC7
75406DAD5
75406DAE3
75406DAF0
75406DAG8
75406DAH6
75406DAJ2
75406DAK9
75406DAL7
75406DAM5
75406DAN3
RASC06EMX4R
75406DAP8

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2006-EMX5

74924QAC4
74924QAD2
74924QAE0
74924QAF7
74924QAG5
74924QAH3
74924QAJ9
74924QAK6
74924QAL4
74924QAM2
74924QAN0
RASC06EMX5R

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

74924QAP5

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2006-EMX6

754065AB6
754065AC4
754065AD2
754065AE0
754065AF7
754065AG5
754065AH3
754065AJ9
754065AK6
754065AL4
754065AM2
754065AN0
RASC06EMX6R
754065AP5

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2006-EMX7

74924TAB0
74924TAC8
74924TAD6
74924TAE4
74924TAF1
74924TAG9
74924TAH7
74924TAJ3
74924TAK0
74924TAL8
74924TAM6
74924TAN4
RASC06EMX7R
74924TAP9

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2006-EMX8

74924UAB7
74924UAC5
74924UAD3
74924UAE1
74924UAF8
74924UAG6
74924UAH4
74924UAJ0
74924UAK7
74924UAL5
74924UAM3
74924UAN1
74924UAP6
74924UAR2
74924UAQ4

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2006-EMX9

74924VAE9
74924VAB5
74924VAC3
74924VAD1
74924VAF6
74924VAQ2
74924VAG4
74924VAH2
74924VAJ8
74924VAK5
74924VAL3
74924VAM1
74924VAN9
74924VAP4
74924VAS8
74924VAR0

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2007-EMX1

74924XAA3
74924XAB1
74924XAC9
74924XAD7
74924XAE5
RASC07EMX1R
74924XAF2

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, 2005-AHL1

76110W4D5
76110W4E3
76110W4F0
76110W4G8
76110W4H6
RASC05AH0683
RASC5AHL0684
76110W4J2
76110W4K9
76110W4L7
76110W4M5
76110W4N3
76110W4P8
RASCO05A0682
76110W5D4

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, 2005-AHL2

76110W5F9
76110W5G7
76110W5H5
76110W5J1
76110W5K8
76110W5L6

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

76110W5M4
76110W5N2
76110W5P7
76110W5Q5
76110W5R3
RASC05AH0716
76110W5T9
76110W5S1
RASC5AHL0715

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, 2005-AHL3

76110W6L5
76110W6M3
76110W6N1
76110W6P6
76110W6Q4
76110W6R2
76110W6S0
76110W6T8
76110W6U5
76110W6V3
76110W6W1
RASC05AH0742
76110W6X9
RASC5AHL0743

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2004-KS12

76110WL61
76110WK88
76110WK96
76110WL20
76110WL38
76110WL46
76110WL53
RASC04KS0451
RASC04KS0452
RASC04KS0453
76110WL79

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005 KS2

76110WN51
76110WP59
76110WP67
76110WP42
76110WN69
76110WN77
76110WN85
76110WN93
76110WP26
76110WP34
RASC05KS0485

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

RASC05KS0484

RASC05KS0482

76110WP75

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005 KS3

76110WT30

76110WT48

76110WT55

76110WT63

76110WT22

76110WS31

76110WS49

76110WS56

76110WS64

76110WS72

76110WS80

76110WS98

RASC05KL0511

RASC05KL0510

76110WT71

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-EMX1

RA05EMX10639

RAS05EMX0638

76110WR32

76110WQ58

76110WQ66

76110WQ74

76110WQ82

76110WQ90

76110WR24

RASC05EM0624

73110WR40

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-EMX2

76110W2F2

76110W2R6

76110W2G0

76110W2H8

76110W2J4

76110W2K1

76110W2L9

76110W2M7

76110W2N5

76110W2P0

76110W2Q8

RASC05EM0571

RASC05EM0572

76110W2S4

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-EMX3

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

RA05EMX30662

75405MAQ7

RAS05EMX0661

75405MAF1

75405MAG9

75405MAH7

75405MAJ3

75405MAK0

75405MAL8

75405MAM6

75405MAN4

75405MAP9

RASC05EM0663

75405MAR5

75405MAE4

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-EMX4

76110W5X0

76110W5Y8

76110W5Z5

76110W6A9

76110W6B7

76110W6C5

76110W6D3

76110W6E1

76110W6F8

76110W6G6

76110W6H4

RASC05EMX4RI

RASC5EMX4RII

76110W6J0

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-KS10

75405WAB8

75405WAC6

75405WAD4

RAS05KS10723

RASC05KS0724

75405WAE2

75405WAF9

75405WAG7

75405WAH5

75405WAJ1

75405WAK8

75405WAL6

75405WAM4

75405WAN2

RASC05KS0725

76110W5U6

75405WAP7

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-KS11

RA05KS110739
76110W7A8
76110W7B6
76110W7C4
RAS05KS10740
76110W7D2
76110W7E0
76110W7F7
76110W7G5
76110W7H3
76110W7J9
76110W7K6
76110W7L4
76110W7M2
RASC05KS0738
76110W7N0

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-KS12

753910AB4
753910AC2
753910AD0
753910AE8
753910AF5
753910AG3
753910AH1
753910AJ7
753910AK4
753910AL2
753910AM0
RASC05KS12RI
RASC5KS12RII
753910AN8

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-KS4

76110WV86
76110WV94
76110WU61
76110WU79
76110WU87
76110WU95
76110WV29
76110WV37
76110WV45
RASC05KS0528
RASC05KS0529
76110WV52

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-KS5

76110WX68
76110WX76

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

76110WW69
76110WW77
76110WW85
76110WW93
76110WX27
76110WX35
76110WX43
76110WX50
RASC05KS0538
RASC05KS0539
76110WX84

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-KS6

76110W2A3
76110W2B1
76110WY67
76110WZ74
76110WZ82
76110WY75
76110WY83
76110WY91
76110WZ25
76110WZ33
76110WZ41
76110WZ58
76110WZ66
RASC05KS0585
RASC05KS0583
76110W2T2

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-KS8

RASC5KS80654
76110W4A1
RASCM5KS0653
76110W3T1
76110W3U8
76110W3V6
76110W3W4
76110W3X2
76110W3Y0
76110W3Z7
RASCMS5K0652
76110W4B9
76110W3Q7
76110W3R5
76110W3S3

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2005-KS9

RASC05KS0698
754058AB1
754058AC9

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

754058AN5

754058AP0

754058AD7

754058AE5

754058AF2

754058AG0

754058AH8

754058AJ4

754058AK1

754058AL9

754058AM7

RASCS05K0699

754058AQ8


Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2006-KS9

75406YAB3

75406YAC1

75406YAD9

75406YAE7

75406YAF4

75406YAG2

75406YAH0

75406YAJ6

75406YAK3

75406YAL1

75406YAM9

75406YAN7

75406YAP2

RASC06KS9R

75406YAQ0


Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2007-KS1

74924SAB2

74924SAC0

74924SAD8

74924SAP1

U75308AA1

74924SAE6

74924SAF3

74924SAG1

74924SAH9

74924SAJ5

74924SAK2

74924SAL0

74924SAM8

74924SAN6

RASC07KS1R

74924SAQ9


Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2007-KS2

74924WAB3


* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

74924WAC1
74924WAD9
74924WAE7
74924WAF4
74924WAQ0
74924WAG2
74924WAH0
74924WAJ6
74924WAK3
74924WAL1
74924WAM9
74924WAN7
74924WAP2
RASC07KS2R
74924WAR8

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass Through Certificates, Series 2007-KS3

74924YAB9
74924YAC7
74924YAD5
74924YAE3
74924YAF0
74924YAG8
74924YAH6
74924YAJ2
74924YAK9
74924YAL7
74924YAM5
74924YAN3
74924YAP8
RASC07KS3R
74924YAQ6

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass ThroughCertificates, Series 2005-KS1

76110WM29
76110WM94
76110WM37
76110WM45
76110WM52
76110WM60
76110WM78
76110WM86
RASC05KS0475
RASC05KS0476
76110WN28

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2006-KS1

76113AAE1
76113AAF8
76113AAG6
76113AAH4

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

76113AAJ0
76113AAK7
76113AAL5
76113AAM3
76113AAN1
76113AAP6
76113AAQ4
RASC06KS1RI
RASC06KS1RII
76113ABE0

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2006-KS2

75406BAM9
75406BAC1
75406BAD9
75406BAE7
75406BAP2
75406BAF4
75406BAG2
75406BAH0
75406BAJ6
75406BAK3
75406BAL1
75406BAN7
RASC06KS2RI
RASC06KS2RII
RASC6KS2RIII
75406BAQ0
75406BAD8

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2006-KS3

76113ABH3
76113ABJ9
76113ABK6
76113ABL4
76113ABV2
76113ABW0
76113ABM2
76113ABN0
76113ABP5
76113ABQ3
76113ABR1
76113ABS9
76113ABT7
76113ABU4
RASC06K3R
76113ABX8

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2006-KS4

75406EAC5
75406EAD3

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

75406EAQ4

U7530PAA3

75406EAE1

75406EAP6

75406EAF8

75406EAG6

75406EAH4

75406EAJ0

75406EAK7

75406EAL5

75406EAM3

75406EAN1

RASC06KS4RI

RASC06KS4RII

RASC6KS4RIII

75406EAR2

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2006-KS5

75406VAC7

75406VAD5

75406VAP8

75406VAE3

75406VAF0

75406VAG8

75406VAH6

75406VAJ2

75406VAK9

75406VAL7

75406VAM5

75406VAN3

RASC06KS5R

75406VAQ6

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2006-KS6

75406WAC5

75406WAD3

75406WAP6

75406WAE1

75406WAF8

75406WAG6

75406WAH4

75406WAJ0

75406WAK7

75406WAL5

75406WAM3

75406WAN1

RASC06KS6R

75406WAQ4

Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2006-KS7

75406XAC3

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

75406XAD1

75406XAE9

75406XAF6

75406XAG4

75406XAH2

75406XAJ8

75406XAK5

75406XAL3

75406XAM1

75406XAN9

RASC06KS7R

75406XAP4


Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass-Through Certificates Series 2006-KS8

74924RAB4

74924RAC2

74924RAD0

74924RAE8

74924RAF5

74924RAG3

74924RAH1

74924RAJ7

74924RAK4

74924RAL2

74924RAM0

74924RAN8

74924RAQ1

74924RAP3


Residential Asset Securities Corporation Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2005-EMX5

76110W7Q3

76110W7R1

RASC05EMX5RI

RASC5EMX5RII

76110W7S9


Residential Asset Securities Corporation Home Equity Mortgage Pass Through Certificates, Series 2005-KS7

76110W3G9

RASC05KS0604

76110W2X3

76110W2Y1

76110W2Z8

76110W3A2

76110W3B0

76110W3C8

76110W3D6

76110W3E4

76110W3F1

RASCO05K0602

76110W3H7


* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

Residential Asset Securities Corporation RASC NIM 2005-NT1 Trust
RASC05NT0614

Residential Asset Securities Corporation RASC NIM 2005-NT2 Trust
749243AY7
RASC05NT2OTC

Residential Asset Securities Corporation Series 2007-KS4 Trust
74924NAA5
74924NAB3
74924NAC1
74924NAD9
74924NAE7
74924NAF4
74924NAG2
74924NAH0
74924NAJ6
74924NAK3
74924NAL1
74924NAM9
74924NAN7
9ABSCK850
9ABSCK868
74924NAP2

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2004-PS1
76111XPP2
76111XPU1
76111XPV9
76111XPW7
76111XPR8
76111XPS6
76111XPT4
76111XPQ0

Residential Funding Mortgage Securities I, INC. Mortgage Pass-Through Certificates, Series 2004-S9
76111XQD8
76111XQN6
76111XQP1
76111XQQ9
76111XQR7
76111XQS5
76111XQT3
76111XQU0
76111XQV8
76111XQW6
76111XQX4
76111XQE6
76111XQY2
76111XRA3
76111XRB1

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

76111XRC9
76111XRD7
76111XRE5
76111XRF2
76111XQF3
76111XQG1
76111XQH9
76111XQJ5
76111XQK2
76111XQL0
76111XQM8
76111XRH8
76111XRJ4
76111XPX5
76111XPY3
76111XPZ0
76111XRG0
76111XRK1
76111XRL9
76111XQA4
76111XQB2
76111XQC0
76111XRU9
76111XRV7
76111XRW5
76111XRR6
76111XRS4
76111XRT2
76111XRM7
76111XRN5
76111XRP0
76111XRQ8
76111XQZ9

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-S1

76111XRX3
76111XRY1
76111XRZ8
76111XSA2
76111XSB0
76111XSC8
76111XSG9
76111XSH7
76111XSV6
76111XSW4
76111XSX2
76111XSD6
76111XSE4
76111XSF1
76111XSJ3
76111XSK0

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

76111XSY0
76111XSZ7
76111XTA1
76111XSS3
76111XST1
76111XSU8
76111XSP9
76111XSQ7
76111XSR5
76111XSL8
76111XSM6
76111XSN4

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-S2

76111XTQ6
76111XTR4
76111XTS2
76111XTT0
76111XTU7
76111XTV5
76111XTW3
76111XTX1
76111XUD3
76111XUE1
76111XUF8
76111XUA9
76111XUB7
76111XUC5
76111XTY9
76111XTZ6

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-S3

76111XUG6
76111XUH4
76111XUJ0
76111XUP6
76111XUQ4
76111XUR2
76111XUL5
76111XUM3
76111XUN1
76111XUK7

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-through Certificates, Series 2005-S4

76111XUS0
76111XUT8
76111XUU5
76111XUV3
76111XUW1
76111XVB6
76111XVC4

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

76111XVD2
76111XUY7
76111XUZ4
76111XVA8
76111XUX9

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-S5

76111XXH1
76111XWN9
76111XWP4
76111XWQ2
76111XWR0
76111XWS8
76111XWT6
76111XWU3
76111XWV1
76111XWW9
76111XWX7
76111XXC2
76111XXD0
76111XXE8
76111XWZ2
76111XXA6
76111XXB4
76111XWY5

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-S6

76111XXT5
76111XXR9
76111XXS7
76111XXW8
76111XXX6
76111XXY4
76111XXJ7
76111XXK4
76111XXL2
76111XXM0
76111XXN8
76111XXP3
76111XXQ1
76111XXU2
76111XXZ1
76111XYA5
76111XYB3

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-S7

76111XZR7
76111XZS5
76111XZT3
76111XZU0
76111XZV8

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

Schedule A*

76111XZW6
76111XZX4
76111XZY2
76111XZZ9
76111XA29
76111XA37
76111XZN6
76111XZP1
76111XZQ9
76111XA60
76111XA78
76111XA86
76111XA45
76111XA52

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-S8

76111XD26
76111XC50
76111XC68
76111XC76
76111XC84
76111XC92
76111XD67
76111XD75
76111XD83
76111XD34
76111XD42
76111XD59

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-S9

76111XD91
76111XF24
76111XF32
76111XF40
76111XE25
76111XE33
76111XE41
76111XE58
76111XE66
76111XE74
76111XE82
76111XE90
76111XF57
76111XF65
76111XG49
76111XG56
76111XG64
76111XF99
76111XG23
76111XG31
76111XF73

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

76111XF81

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-through Certificates, Series 2005-SA2

76111XVJ9
76111XVK6
76111XVW0
76111XVX8
76111XVY6
76111XVE0
76111XVF7
76111XVG5
76111XVL4
76111XVS9
76111XVT7
76111XVU4
76111XVV2
76111XVQ3
76111XVR1
76111XVM2
76111XVN0
76111XVP5

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-SA3

76111XWA7
76111XWB5
76111XWD1
76111XXG3
76111XWE9
76111XXF5
76111XWK5
76111XWL3
76111XWM1
76111XVZ3
76111XWF6
76111XWG4
76111XWH2
76111XWJ8

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-SA4

76111XYY3
76111XYZ0
76111XYU1
76111XYV9
76111XYW7
76111XYN7
76111XYP2
76111XYQ0
76111XYL1
76111XYC1
76111XYD9
76111XYE7

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

76111XYF4
76111XYH0
76111XYJ6
76111XYX5
76111XYR8
76111XYS6
76111XYT4
76111XYK3
76111XYG2

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2005-SA5

76111XZD8
76111XZB2
76111XZE6
76111XZC0
76111XZK2
76111XZL0
76111XZM8
76111XZA4
76111XZG1
76111XZH9
76111XZJ5

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S1

76111XK44
76111XK51
76111XL35
76111XL43
76111XL50
76111XJ20
76111XJ38
76111XJ46
76111XJ53
76111XJ61
76111XJ79
76111XJ95
76111XK28
76111XK36
76111XK85
76111XK93
76111XL27
76111XK69
76111XK77

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S10

74958DAX6
74958DAY4
74958DAZ1
74958DAA6
74958DAB4
74958DAC2

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

Schedule A*

74958DAD0
74958DAE8
74958DAF5
74958DAG3
74958DAJ7
74958DAK4
74958DAH1
74958DAL2
74958DAM0
74958DBA5
74958DBB3
74958DBC1
74958DAU2
74958DAV0
74958DAW8
74958DAR9
74958DAS7
74958DAT5
74958DAN8
74958DAP3
74958DAQ1

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S11

74958FAA1
74958FAB9
74958FAC7
74958FAD5
74958FAE3
74958FAF0
74958FAM5
74958FAN3
74958FAP8
74958FAJ2
74958FAK9
74958FAL7
74958FAG8

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S12

74958EAB2
74958EAC0
74958EAD8
74958EAE6
74958EAF3
74958EAG1
74958EAH9
74958EBT2
74958EBU9
74958EBV7
74958EBJ4
74958EBK1
74958EBL9

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

74958EAJ5
74958EAT3
74958EAK2
74958EAL0
74958EAM8
74958EAN6
74958EAP1
74958EAQ9
74958EAR7
74958EAS5
74958EAY2
74958EAZ9
74958EBW5
74958EBX3
74958EBY1
74958EBM7
74958EBN5
74958EBP0
74958EAA4
74958EAU0
74958EAV8
74958EBQ8
74958EBR6
74958EBS4
74958EAW6
74958EAX4
74958EBF2
74958EBG0
74958EBH8
74958EBA3
74958EBB1
74958EBC9
74958EBD7
74958EBE5

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S2

76111XL76
76111XL84
76111XL92
76111XM26
76111XM34
76111XM42
76111XM59
76111XM67
76111XM75
76111XN41
76111XN58
76111XN66
76111XM91
76111XN25
76111XN33

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

76111XM83

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S3

76111XN74
76111XP80
76111XN82
76111XN90
76111XP23
76111XP31
76111XP56
76111XP64
76111XP72
76111XP98
76111XQ22
76111XQ71
76111XQ89
76111XQ97
76111XQ48
76111XQ55
76111XQ63
76111XQ30

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S4

762010AA4
762010AK2
762010AB2
762010AC0
762010AD8
762010AE6
762010AF3
762010AG1
762010AJ5
762010AL0
762010AM8
762010AS5
762010AT3
762010AU0
762010AP1
762010AQ9
762010AR7
762010AN6
762010AV8

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S5

74957EAA5
74957EAK3
74957EAM9
74957EAN7
74957EAP2
74957EAQ0
74957EAR8

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

74957EAS6
74957EAT4
74957EAB3
74957EAC1
74957EAD9
74957EAE7
74957EAF4
74957EAG2
74957EAJ6
74957EAW7
74957EAX5
74957EBB2
74957EBC0
74957EBD8
74957EAY3
74957EAZ0
74957EBA4
74957EAU1
74957EAV9

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S6

74957VAA7
74957VAK5
74957VAM1
74957VAN9
74957VAP4
74957VAQ2
74957VAR0
74957VAJ8
74957VAS8
74957VAT6
74957VAZ2
74957VBA6
74957VBB4
74957VAW9
74957VAX7
74957VAY5
74957VAU3
74957VAV1

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S7

74958AAA2
74958AAK0
74958AAB0
74958AAC8
74958AAD6
74958AAE4
74958AAF1
74958AAG9
74958AAH7
74958AAJ3

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

74958AAL8
74958AAM6
74958AAT1
74958AAU8
74958AAV6
74958AAQ7
74958AAR5
74958AAS3
74958AAN4
74958AAP9

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S8

74957XAA3
74957XAK1
74957XAL9
74957XAM7
74957XAN5
74957XAP0
74957XAQ8
74957XAR6
74957XAB1
74957XAC9
74957XAD7
74957XAE5
74957XAF2
74957XAG0
74957XAV7
74957XAW5
74957XBA2
74957XBB0
74957XBC8
74957XAX3
74957XAY1
74957XAZ8
74957XAS4
74957XAT2

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-S9

749577AA0
749577AK8
749577AL6
749577AM4
749577AB8
749577AC6
749577AD4
749577AH5
749577AJ1
749577AN2
749577AP7
749577AV4
749577AW2

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

749577AX0
749577AS1
749577AT9
749577AU6
749577AQ5
749577AR3

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-SA1

76111XH71
76111XH89
76111XH97
76111XG72
76111XG80
76111XG98
76111XH22
76111XH48
76111XH55
76111XH63
76111XH30
76111XL68

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-SA2

749574AE9
749574AF6
749574AQ2
749574AR0
749574AS8
749574AA7
749574AC3
749574AD1
749574AG4
749574AH2
749574AM1
749574AN9
749574AP4
749574AJ8
749574AK5
749574AL3

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-SA3

749575AU0
749575AG1
749575AH9
749575AV8
749575AW6
749575AA4
749575AB2
749575AC0
749575AD8
749575AE6
749575AJ5

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

Schedule A*

749575AK2
749575AL0
749575AM8
749575AR7
749575AS5
749575AT3
749575AN6
749575AP1

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2006-SA4

74958CAF7
74958CAG5
74958CAN0
74958CAE0
74958CAP5
74958CAQ3
74958CAR1
74958CAA8
74958CAD2
74958CAB6
74958CAC4
74958CAK6
74958CAL4
74958CAM2
74958CAH3
74958CAJ9
74958CAS9

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-S1

749581AE4
749581AP9
749581AQ7
749581AR5
749581AS3
749581AT1
749581AU8
749581AV6
749581AW4
749581AF1
749581AH7
749581AJ3
749581AK0
749581AL8
749581AM6
749581AN4
749581AA2
749581AB0
749581BA1
749581BB9
749581BC7
749581AX2

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

Schedule A*

749581AY0

749581AZ7

749581AC8

749581AD6

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-S2

749583AA8

749583AK6

749583AY6

749583AZ3

749583AB6

749583AD2

749583AE0

749583AF7

749583AG5

749583AH3

749583AJ9

749583AL4

749583AM2

749583AT7

749583AU4

749583AV2

749583AQ3

749583AR1

749583AS9

749583AN0

749583AP5

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-S3

74958BAD4

74958BAE2

74958BAF9

74958BAG7

74958BAH5

74958BAJ1

74958BAK8

74958BAL6

74958BAM4

74958BAR3

74958BAS1

74958BAQ5

74958BAT9

74958BAU6

74958BAA0

74958BAB8

74958BAC6

74958BAV4

74958BAW2

74958BAX0

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-S6

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

762009AA6
762009AK4
762009AL2
762009AM0
762009AN8
762009AP3
762009AQ1
762009AR9
762009AS7
762009AT5
762009AU2
762009AB4
762009AV0
762009AC2
762009AD0
762009AE8
762009AF5
762009AH1
762009AJ7
762009AX6
762009AW8
762009CA4
762009CB2
762009CC0
762009AY4
762009BH0
762009BJ6
762009BK3
762009BL1
762009BM9
762009BN7
762009AZ1
762009BA5
762009BB3
762009BC1
762009BD9
762009BE7
762009BF4
762009BG2
762009BQ0
762009BP2
762009CD8
762009CE6
762009CF3
762009BX5
762009BY3
762009BZ0
762009BU1
762009BV9
762009BW7
762009BR8

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

Page 41 of 47

## Schedule A*

762009BS6


Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-S7

76200RAA6
76200RAK4
76200RAL2
76200RAM0
76200RAN8
76200RAP3
76200RAQ1
76200RAR9
76200RAS7
76200RAT5
76200RAU2
76200RAV0
76200RAW8
76200RAX6
76200RAY4
76200RAZ1
76200RBA5
76200RBB3
76200RBC1
76200RBD9
76200RBE7
76200RAC2
76200RBF4
76200RBG2
76200RBH0
76200RBJ6
76200RBK3
76200RBL1
76200RBM9
76200RAE8
76200RAF5
76200RAG3
76200RAH1
76200RAJ7
76200RBN7
76200RBP2
76200RBU1
76200RBV9
76200RBW7
76200RBR8
76200RBS6
76200RBT4
76200RBX5
76200RBQ0


Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-S8

76200QAN0
76200QAP5


* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

76200QAQ3
76200QAA8
76200QAB6
76200QAE0
76200QAF7
76200QAC4
76200QAD2
76200QAR1
76200QAS9
76200QAJ9
76200QAK6
76200QAL4
76200QAM2
76200QAG5
76200QAH3
X76200QAM2

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-SA1

74958WAP1
74958WAQ9
74958WAR7
74958WAA4
74958WAB2
74958WAC0
74958WAD8
74958WAE6
74958WAF3
74958WAG1
74958WAL0
74958WAM8
74958WAN6
74958WAH9
74958WAJ5
74958WAK2

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-SA2

74958XAP9
74958XAQ7
74958XAR5
74958XAA2
74958XAB0
74958XAC8
74958XAD6
74958XAE4
74958XAF1
74958XAL8
74958XAM6
74958XAN4
74958XAH7
74958XAJ3
74958XAG9

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

X74958XAH7

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-SA3

74958TAR4
74958TAS2
74958TAT0
74958TAA1
74958TAB9
74958TAC7
74958TAH6
74958TAK9
74958TAN3
74958TAP8
74958TAQ6
74958TAL7
74958TAM5
74958TAJ2
74958TAF0
74958TAG8

Residential Funding Mortgage Securities I, Inc. Mortgage Pass-Through Certificates, Series 2007-SA4

74959AAK9
74959AAL7
74959AAM5
74959AAN3
74959AAP8
74959AAQ6
74959AAA1
74959AAR4
74959AAD5
74959AAE3
74959AAH6
74959AAJ2
74959AAF0
74959AAG8
74959AAB9
74959AAC7

Residential Funding Mortgage Securities I, Inc., Series 2007-S9

74958VAR9
74958VAS7
74958VAT5
74958VAA6
74958VAB4
74958VAF5
74958VAG3
74958VAC2
74958VAD0
74958VAE8
74958VAJ7
74958VAM0

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

74958VAN8
74958VAP3
74958VAQ1
74958VAK4
74958VAL2

### Residential Funding Mortgage Securities II Home Loan Trust 2007-HI1

43718WAB8
43718WAC6
43718WAD4
9ABSCA654

### Residential Funding Mortgage Securities II Series 2007-HSA1

43710MAA0
9ABSAW872
9ABSAT036

### Residential Funding Mortgage Securities II, Inc. Home Loan-Backed Notes, Series 2006-HI5

43718VAC8
43718VAD6
RFMSII06HI5T

### Residential Funding Mortgage Securities, I Inc. Mortgage Pass-Through Certificates, Series 2005-SA1

76111XTH6
76111XTM5
76111XTN3
76111XTP8
76111XTB9
76111XTC7
76111XTD5
76111XTE3
76111XTF0
76111XTJ2
76111XTK9
76111XTL7
76111XTG8

### Residential Funding Mortgage, Securities I, Inc. Mortgage Pass-Through Certificates, Series 2004-S7

76111XNF6
76111XNG4
76111XNH2
76111XNN9
76111XNP4
76111XNQ2
76111XNK5
76111XNL3
76111XNM1
76111XNJ8

### Residential Funding Mortgage, Securities I, Inc. Mortgage Pass-Through Certificates, Series 2004-S8

76111XPL1

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

76111XPM9
76111XNU3
76111XNY5
76111XNZ2
76111XPA5
76111XPB3
76111XPH0
76111XPJ6
76111XPK3
76111XPE7
76111XPF4
76111XPG2
76111XPC1
76111XPD9

SB Finance CI06-KS3 NIM Trust
80585EAA2
80585EAB0
80585EAC8
SBFIN06KS3PF

SB Finance NIM Trust 2005-KS6N
78401NAF7
RAMP05KS0598

SB Finance NIM Trust 2006-KS4N
80585WAA2
SBFIN6KS4NOT

Securitized Asset-Backed NIM Trust Series 2006-KS8
81376HAA6
U81317AA4

Securitized Asset-Backed NIM Trust Series 2006-KS9
81376JAA2
U8131BAA5

SHARPS SP 1 LLC Net Interest Margin Series 2007-RS1N
820016AA1
G8072QAA9
820016AB9
G8072QAB7
820016202

Sharps SP I LLC Net Interest Margin 2006-RS6N Notes Series 2006-RS6N
82002VAA5
U8201DAA6
82002VAB3
U8201DAB4
SHRP06RS6NPF

* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.

## Schedule A*

Soundview CI-16, Series 2006-KS5
SNDVWCI16
83613BAA8
83613BAB6
83613BAC4
83613CAA6


Soundview NIM Notes Series 2005-KS3 Trust
83611UAA8
FASC05KS0694


GMACM HELT 2004-HE3
361856DL8
GMACM04HE3
361856DG9

---

\* The Trustee is not responsible for selection or use of CUSIP or other security designations, which are included solely for holder convenience.