# Trial Exhibit PX-1509



Corporate Trust Services
190 South LaSalle Street
MK-IL-SL8T
Chicago, IL 60603

*THIS TRANSMITTAL CONTAINS IMPORTANT INFORMATION THAT IS OF INTEREST TO THE BENEFICIAL OWNERS OF THE SUBJECT SECURITIES. PLEASE EXPEDITE RE-TRANSMITTAL TO SUCH BENEFICIAL OWNERS IN A TIMELY MANNER.*

### NOTICE TO THE HOLDERS OF SECURITIES, NOTES OR CERTIFICATES

**Issued by those certain residential mortgage backed securitization trusts listed on Schedule A hereto (each a "Transaction" and collectively, the "Transactions")**

### NOTICE OF BANKRUPTCY FILING BY RESIDENTIAL CAPITAL, LLC AND CERTAIN AFFILIATED ENTITIES AND POTENTIAL DEFAULT

**(Notice Date: June 18, 2012)**

---

In respect of each Transaction, Residential Capital, LLC ("ResCap") and/or its other affiliated entities serves in one or more capacities, and U.S. Bank National Association serves in one or more trustee or other agency capacities (the "Trustee"). This notice is intended for those persons or entities that hold a security, note, or certificate issued in connection with a Transaction.

### Bankruptcy Filing of Residential Capital, LLC and Certain Affiliates

Please be advised that, on May 14, 2012 (the "Filing Date), ResCap, together with certain affiliated entities (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of the U.S. Bankruptcy Code (the "Bankruptcy Cases" or the "Cases") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") before the Honorable Martin Glenn. The Debtors' Bankruptcy Cases are jointly administered for procedural purposes only under In re Residential Capital, LLC et al., Case No. 12-12020 (MG).

The Debtors filed various motions to authorize them to continue to conduct their businesses in the ordinary course during the Bankruptcy Cases, including filing several motions seeking authorization to continue to operate their mortgage servicing and origination business in the ordinary course at the Debtors' sole discretion and subject to available funding. The Bankruptcy Court entered orders granting these motions on an interim and final basis. **For more**

1

information regarding the motions, orders and hearings, please see "Bankruptcy Information" below.

Please note that the Debtors' bankruptcy filings may have triggered one or more defaults in connection with the Transaction, which may include a servicer default. The Trustee will continue to analyze if any such defaults have occurred and the respective rights, if any, of the Notice Recipients and the Trustee in connection with any such default.

**Plan Support Agreements and Plan Term Sheet**

In connection with the Debtors' proposed plan of reorganization (the "Plan"), a copy of which has yet to be filed, the Debtors have executed and filed with the Bankruptcy Court four plan support agreements (collectively, the "Plan Support Agreements") with various parties (collectively, the "Plan Support Parties"). These include a settlement and plan sponsor agreement with Ally Financial Inc. ("Ally"), the parent company of ResCap (the "Ally Settlement Agreement"), two separate plan support agreements with certain holders of residential mortgage backed securities, including some Transactions (the "RMBS Trust Plan Support Agreements"), and a plan support agreement with holders of approximately 37% of ResCap's outstanding junior secured notes.

Under the terms of each Plan Support Agreement, the Plan Support Parties have agreed to support the restructuring of the Debtors as contemplated by a plan term sheet filed with the Bankruptcy Court (the "Plan Term Sheet"), including the acceptance and confirmation of the Plan and the sale of substantially all of the Debtors' assets.

**RMBS Trust Plan Support Agreements and the PSA Assumption Motions**

The RMBS Trust Plan Support Agreements constitute agreements between the Debtors, Ally and two separate groups of institutional investors, and authorized investment managers for investors, collectively holding, according to the Debtors, at least 25% of at least one class in each of 328 securitizations (each, a "Securitization" and collectively, the "Securitizations") backed by mortgage loans held by covered trusts (the "Settling Investors"), and may include investors in one or more of the Transactions. The RMBS Trust Plan Support Agreements require that the participating Settling Investors support the Debtors' restructuring, as set out in the Plan Term Sheet. The RMBS Trust Plan Support Agreements also require that Settling Investors support the Ally Settlement Agreement and direct the Trustee to do the same.

On June 11, 2012, the Debtors filed two motions (together, the "PSA Assumption Motions") seeking the Bankruptcy Court's authorization to assume the RMBS Trust Plan Support Agreements. The deadline to object to the PSA Assumption Motions is **July 13, 2012 at 4:00 p.m. (ET)**, and a hearing on the motions will be held on **July 24, 2012 at 10:00 a.m. (ET)**.

The Trustee is not a party to the RMBS Trust Plan Support Agreements and, to date, has not been provided with any direction consistent with the Transaction documents with respect to either of the RMBS Trust Plan Support Agreements or the PSA Assumption Motions.

**RMBS Trust Settlement Agreements and the Trust Settlement Motion**

A key component of the RMBS Trust Plan Support Agreements are the two settlement agreements between the Debtors and each of the two groups of Settling Investors (the "RMBS Trust Settlement Agreements"). Under the terms of the RMBS Trust Settlement Agreements, each Securitization that agrees to the terms of a RMBS Trust Settlement Agreement will share in up to $8.7 billion of an allowed general unsecured claim against the Debtors, to be allocated amongst the participating securitizations.

On June 11, 2012, the Debtors filed a motion (the "Trust Settlement Motion") seeking the Bankruptcy Court's approval of the RMBS Trust Settlement Agreements. The deadline to object to the Trust Settlement Motion is **July 13, 2012 at 4:00 p.m. (ET)**, and a hearing on the motion will be held on **July 24, 2012 at 10:00 a.m. (ET)**.

The Trust Settlement Motion provides that qualifying securitizations, which may include the Transaction (the "Qualifying Securitizations"), are eligible to enter into a RMBS Trust Settlement Agreement with the Debtors. Under the terms of each of the RMBS Trust Settlement Agreements, each Qualifying Securitization that agrees to the terms of a RMBS Trust Settlement Agreement (a "Settling Securitization") will share in the $8.7 billion allowed general unsecured claim against the Debtors if it agrees to certain terms, including but not limited to:

(a) a release of all claims and causes of action against the Debtors of any kind, including those arising from the Debtors' mortgage origination and servicing business and any claims arising from the transaction documents relating to the Settling Securitization, including but not limited to, mortgage loan repurchase claims; and

(b) request that the relevant securitization trustees accept the terms of a RMBS Trust Settlement Agreement and support:

(i) the Debtors' Plan, as contemplated by the Plan Term Sheet;

(ii) the sale of substantially all of the Debtors' assets, including their servicing and origination business, as described below; and

(iii) the Ally Settlement Agreement.

Under the terms of the RMBS Trust Settlement Agreements, each Qualifying Securitization will have until 45 days from the filing of the Trust Settlement Motion, or **July 26, 2012**, to agree to the terms of an RMBS Trust Settlement Agreement. Those Qualifying Securitizations that do not accept the terms of an agreement will not be entitled to share in the $8.7 billion allowed general unsecured claim provided for therein and will be required to file a proof of claim in the Bankruptcy Cases in respect of any claims they may have.

Please note that the Trustee is not a party to any of the RMBS Trust Settlement Agreements and, to date, has not been provided with any direction consistent with the Transaction documents with respect to any of the RMBS Trust Settlement Agreements or the Trust Settlement Motion. Additionally, the Trustee makes no representation as to whether the

3

Transaction is a Qualifying Securitization eligible to participate in the RMBS Trust Settlement Agreements.

**Ally Settlement Agreement**

Pursuant to the Ally Settlement Agreement, Ally has agreed to, among other things, (a) make at least a $750 million cash contribution to the Debtors in order to fund the settlement of pending and future claims and secure certain releases, (b) act as a "stalking horse" bidder for certain assets that the Debtors are seeking to sell in the bankruptcy (discussed below), (c) provide up to $220 million of debtor-in-possession financing to the Debtors, and (d) continue providing loan origination support to the Debtors until the Debtors' loan origination and servicing business is sold.

In exchange for Ally acting as a plan sponsor, the Ally Settlement Agreement proposes to release all claims and causes of action of the Debtors against Ally. In addition, under the Ally Settlement Agreement, all causes of action by any holder of claims or interests against Ally, as well as the members, directors, officers and affiliates of Ally and the Debtors (including those related in any way to the Transactions), will be fully discharged and released. The proposed discharge and release may affect the rights, if any, of the Notice Recipients relating to the Transaction.

**Motion to Approve the Sale of Debtors' Mortgage Origination and Servicing Business**

The Debtors filed a motion to approve the sale of substantially all of the Debtors' assets and bidding procedures relating to the proposed sale. The proposed sale includes the sale of their mortgage origination and servicing business to Nationstar Mortgage LLC ("Nationstar"), subject to higher and better offers. The Debtors have represented that the sale would include the servicing related to substantially all of its securitizations and may include the Transaction.

**Bankruptcy Information**

Documents filed in the Bankruptcy Cases may be viewed during normal business hours at the Clerk's Office of the United States Bankruptcy Court for the Southern District of New York, located at One Bowling Green, New York, New York 10004-1408, obtained through PACER for a fee by registering online at http://pacer.psc.uscourts.gov, or at the Debtors' agent's website, http://www.kccllc.net/rescap.

Notice Recipients are urged to carefully review the pleadings filed in the Bankruptcy Cases, including the RMBS Trust Settlement Agreements, the Plan Support Agreements, the Plan Term Sheet, the Ally Settlement and the motions described herein, and consult with their own advisors. Unless otherwise instructed and directed in accordance with the terms of the applicable documents relating to the Transaction, the Trustee does not intend to take any further action.

**General Information for Notice Recipients**

      Please be further advised that the Trustee reserves all of the rights, powers, claims and remedies available to it under the transaction documents and applicable law. No delay or forbearance by the Trustee to exercise any right or remedy accruing upon the occurrence of a default, or otherwise under the terms of the transaction documents, other documentation relating thereto or under applicable law, shall impair any such right or remedy or constitute a waiver thereof or an acquiescence therein.

      The Trustee expressly reserves all rights in respect of the Transaction, including without limitation its right to recover in full its fees and costs (including, without limitation, fees and costs incurred or to be incurred by the Trustee in performing its duties, indemnities owing or to become owing to the Trustee, compensation for Trustee time spent and reimbursement for fees and costs of counsel and other agents it employs in performing its duties or to pursue remedies) and its right, prior to exercising any rights or powers in connection with the Transaction at the request or direction of any Notice Recipient, to receive security or indemnity satisfactory to it against all costs, expenses and liabilities which might be incurred in compliance therewith, and all rights that may be available to it under applicable law or otherwise.

      Please note that the foregoing is not intended and should not be construed as investment, accounting, financial, legal or tax advice by or on behalf of the Trustee, or its directors, officers, affiliates, agents, attorneys or employees. Each person or entity receiving this notice should seek the advice of its own advisers in respect of the matters set forth herein.

      Notice Recipients with questions regarding this notice or other related matters may direct their inquiries in writing, with evidence of their respective holdings, to the Trustee at:

> U.S. Bank National Association
> 190 South LaSalle Street
> MK-IL-SL8T
> Chicago, IL 60603
> Attention: Mamta K. Scott, Vice President
> E-Mail: mamta.scott@usbank.com

      The Trustee may conclude that a specific response to particular inquiries from individual Notice Recipients is not consistent with equal and full dissemination of information to all Notice Recipients. Notice Recipients should not rely on the Trustee as their sole source of information.

Dated: June 18, 2012                    U.S. BANK NATIONAL ASSOCIATION,
                                             as trustee or other agency capacities



# Schedule A

Structured Asset Mortgage Investments II Inc. Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2005-11
Bear Stearns Asset Backed Securities Trust 2005-AC3 Asset-Backed Certificates, Series 2005-AC3
Bear Stearns Asset Backed Securities Trust 2005-AC5 Asset-Backed Certificates, Series 2005-AC5
Bear Stearns Asset Backed Securities Trust 2005-AC7 Asset-Backed Certificates, Series 2005-AC7
Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2006-3
Structured Asset Mortgage Investments II Inc. Prime Mortgage Trust, Mortgage Pass-Through Certificates, Series 2005-2
Structured Asset Mortgage Investments II Inc. Prime Mortgage Trust, Mortgage Pass-Through Certificates, Series 2005-4
Structured Asset Mortgage Investments II Inc. Prime Mortgage Trust, Mortgage Pass-Through Certificates, Series 2005-5
RBSGC Mortgage Loan Trust 2005-A Mortgage Loan Pass-Through Certificates, Series 2005-A
Structured Asset Securities Corporation Mortgage Loan Trust Mortgage Pass-Through Certificates, Series 2006-BC2

Schedule A
Deal Name and CUSIPS*

| Deal Name | Cusips | Deal Name | Cusips | Deal Name | Cusips |
|---|---|---|---|---|---|
| BART 2005-11 | 07387AFF7 | BSABS 2005-AC5 | 073879A32 | BSALTA 2006-3 | 07386HP54 |
| BART 2005-11 | 07387AFG5 | BSABS 2005-AC5 | 073879A40 | BSALTA 2006-3 | 07386HP62 |
| BART 2005-11 | 07387AFH3 | BSABS 2005-AC5 | 073879A57 | BSALTA 2006-3 | 07386HP70 |
| BART 2005-11 | 07387AFJ9 | BSABS 2005-AC5 | 073879A99 | BSALTA 2006-3 | 07386HP88 |
| BART 2005-11 | 07387AFK6 | BSABS 2005-AC5 | 073879B23 | BSALTA 2006-3 | 07386HP96 |
| BART 2005-11 | 07387AFL4 | BSABS 2005-AC5 | 073879B31 | BSALTA 2006-3 | 07386HQ20 |
| BART 2005-11 | 07387AFP5 | BSABS 2005-AC5 | 073879B49 | BSALTA 2006-3 | 07386HN56 |
| BART 2005-11 | 07387AFQ3 | BSABS 2005-AC5 | 073879B80 | BSALTA 2006-3 | 07386HN64 |
| BART 2005-11 | 07387AFR1 | BSABS 2005-AC5 | 073879B98 | BSALTA 2006-3 | 07386HQ38 |
| BART 2005-11 | 07387AFM2 | BSABS 2005-AC5 | 073879B72 | BSALTA 2006-3 | 07386HQ46 |
| BART 2005-11 | 07387AFN0 | BSABS 2005-AC5 | 073879B56 | BSALTA 2006-3 | 07386HN72 |
| BART 2005-11 | 07387AFS9 | BSABS 2005-AC5 | 073879B64 | BSALTA 2006-3 | 07386HQ53 |
| BART 2005-11 | 07387AFT7 | BSABS 2005-AC5 | 073879C71 | BSALTA 2006-3 | 07386HQ61 |
| BART 2005-11 | 07387AFU4 | BSABS 2005-AC5 | 073879C89 | BSALTA 2006-3 | 07386HQ79 |
| BSABS 2005-AC3 | 073879XD5 | BSABS 2005-AC5 | 073879C30 | BSALTA 2006-3 | 07386HQ87 |
| BSABS 2005-AC3 | 073879XE3 | BSABS 2005-AC5 | 073879C48 | BSALTA 2006-3 | 07386HQ95 |
| BSABS 2005-AC3 | 073879XJ2 | BSABS 2005-AC5 | 073879C55 | BSALTA 2006-3 | 07386HR52 |
| BSABS 2005-AC3 | 073879XK9 | BSABS 2005-AC5 | 073879D21 | BSALTA 2006-3 | 07386HR60 |
| BSABS 2005-AC3 | 073879XL7 | BSABS 2005-AC7 | 073879T24 | BSALTA 2006-3 | 07386HR29 |
| BSABS 2005-AC3 | 073879XM5 | BSABS 2005-AC7 | 073879T32 | BSALTA 2006-3 | 07386HR37 |
| BSABS 2005-AC3 | 073879XF0 | BSABS 2005-AC7 | 073879T40 | BSALTA 2006-3 | 07386HR45 |
| BSABS 2005-AC3 | 073879XG8 | BSABS 2005-AC7 | 073879T57 | BSALTA 2006-3 | 07386HN98 |
| BSABS 2005-AC3 | 073879XH6 | BSABS 2005-AC7 | 073879T99 | BSALTA 2006-3 | 07386HP21 |
| BSABS 2005-AC3 | 073879WQ7 | BSABS 2005-AC7 | 073879U22 | BSALTA 2006-3 | 07386HP39 |
| BSABS 2005-AC3 | 073879WR5 | BSABS 2005-AC7 | 073879U30 | BSALTA 2006-3 | 07386HK42 |
| BSABS 2005-AC3 | 073879WS3 | BSABS 2005-AC7 | 073879T65 | BSALTA 2006-3 | 07386HK59 |
| BSABS 2005-AC3 | 073879WT1 | BSABS 2005-AC7 | 073879T73 | BSALTA 2006-3 | 07386HK67 |
| BSABS 2005-AC3 | 073879WW4 | BSABS 2005-AC7 | 073879T81 | BSALTA 2006-3 | 07386HK75 |
| BSABS 2005-AC3 | 073879WX2 | BSABS 2005-AC7 | 073879U63 | BSALTA 2006-3 | 07386HM81 |
| BSABS 2005-AC3 | 073879WY0 | BSABS 2005-AC7 | 073879U48 | BSALTA 2006-3 | 07386HM99 |
| BSABS 2005-AC3 | 073879WV6 | BSABS 2005-AC7 | 073879U71 | BSALTA 2006-3 | 07386HN80 |
| BSABS 2005-AC3 | 073879WU8 | BSABS 2005-AC7 | 073879U89 | BSALTA 2006-3 | 07386HN23 |
| BSABS 2005-AC3 | 073879XN3 | BSALTA 2006-3 | 07386HK26 | BSALTA 2006-3 | 07386HN31 |
| BSABS 2005-AC3 | 073879XP8 | BSALTA 2006-3 | 07386HK34 | PRIME 2005-2 | 74160MHJ4 |
| BSABS 2005-AC3 | 073879WZ7 | BSALTA 2006-3 | 07386HK83 | PRIME 2005-2 | 74160MHK1 |
| BSABS 2005-AC3 | 073879XS2 | BSALTA 2006-3 | 07386HK91 | PRIME 2005-2 | 74160MHL9 |
| BSABS 2005-AC3 | 073879XT0 | BSALTA 2006-3 | 07386HL25 | PRIME 2005-2 | 74160MHM7 |
| BSABS 2005-AC3 | 073879XR4 | BSALTA 2006-3 | 07386HL33 | PRIME 2005-2 | 74160MHN5 |
| BSABS 2005-AC3 | 073879XB9 | BSALTA 2006-3 | 07386HL41 | PRIME 2005-2 | 74160MHP0 |
| BSABS 2005-AC3 | 073879XC7 | BSALTA 2006-3 | 07386HL58 | PRIME 2005-2 | 74160MHQ8 |
| BSABS 2005-AC3 | 073879XA1 | BSALTA 2006-3 | 07386HL66 | PRIME 2005-2 | 74160MHU9 |
| BSABS 2005-AC5 | 073879D54 | BSALTA 2006-3 | 07386HL74 | PRIME 2005-2 | 74160MHV7 |
| BSABS 2005-AC5 | 073879ZW1 | BSALTA 2006-3 | 07386HL82 | PRIME 2005-2 | 74160MHW5 |
| BSABS 2005-AC5 | 073879ZX9 | BSALTA 2006-3 | 07386HL90 | PRIME 2005-2 | 74160MHR6 |
| BSABS 2005-AC5 | 073879ZY7 | BSALTA 2006-3 | 07386HM24 | PRIME 2005-2 | 74160MHS4 |
| BSABS 2005-AC5 | 073879ZZ4 | BSALTA 2006-3 | 07386HM32 | PRIME 2005-2 | 74160MHT2 |
| BSABS 2005-AC5 | 073879A24 | BSALTA 2006-3 | 07386HM57 | PRIME 2005-2 | 74160MJB9 |
| BSABS 2005-AC5 | 073879A65 | BSALTA 2006-3 | 07386HM40 | PRIME 2005-2 | 74160MJC7 |
| BSABS 2005-AC5 | 073879A73 | BSALTA 2006-3 | 07386HM65 | PRIME 2005-2 | 74160MJD5 |
| BSABS 2005-AC5 | 073879A81 | BSALTA 2006-3 | 07386HM73 | PRIME 2005-2 | 74160MJA1 |

* U.S. Bank is not responsible for selection or use of CUSIP. It is included solely for holder convenience.

Schedule A
Deal Name and CUSIPS*

| Deal | CUSIP | Deal | CUSIP | Deal | CUSIP |
|---|---|---|---|---|---|
| PRIME 2005-2 | 74160MHX3 | PRIME 2005-5 | 74160MMN9 | SASCO 2006-BC2 | 86361GAN6 |
| PRIME 2005-2 | 74160MHY1 | PRIME 2005-5 | 74160MMT6 | SASCO 2006-BC2 | 86361GAP1 |
| PRIME 2005-2 | 74160MHZ8 | PRIME 2005-5 | 74160MLZ3 | SASCO 2006-BC2 | 86361GAQ9 |
| PRIME 2005-2 | 74160MJE3 | PRIME 2005-5 | 74160MMA7 | SASCO 2006-BC2 | SAC06BC2X |
| PRIME 2005-2 | 74160MJF0 | PRIME 2005-5 | 74160MMB5 | SASCO 2006-BC2 | SAC06BC2P |
| PRIME 2005-2 | 74160MJG8 | PRIME 2005-5 | 74160MMC3 | SASCO 2006-BC2 | SAC06BC2R |
| PRIME 2005-4 | 74160MJX1 | PRIME 2005-5 | 74160MMD1 | SASCO 2006-BC2 | CLASS LT-R |
| PRIME 2005-4 | 74160MJY9 | PRIME 2005-5 | 74160MME9 | | |
| PRIME 2005-4 | 74160MJZ6 | PRIME 2005-5 | 74160MMP4 | | |
| PRIME 2005-4 | 74160MKA9 | PRIME 2005-5 | 74160MLV2 | | |
| PRIME 2005-4 | 74160MKB7 | PRIME 2005-5 | 74160MMQ2 | | |
| PRIME 2005-4 | 74160MKC5 | PRIME 2005-5 | 74160MMR0 | | |
| PRIME 2005-4 | 74160MLM2 | PRIME 2005-5 | 74160MMS8 | | |
| PRIME 2005-4 | 74160MKD3 | PRIME 2005-5 | 74160MLW0 | | |
| PRIME 2005-4 | 74160MKE1 | PRIME 2005-5 | 74160MLX8 | | |
| PRIME 2005-4 | 74160MKF8 | PRIME 2005-5 | 74160MMF6 | | |
| PRIME 2005-4 | 74160MKH4 | PRIME 2005-5 | 74160MMG4 | | |
| PRIME 2005-4 | 74160MKJ0 | PRIME 2005-5 | 74160MMH2 | | |
| PRIME 2005-4 | 74160MKK7 | PRIME 2005-5 | 74160MMJ8 | | |
| PRIME 2005-4 | 74160MLF7 | PRIME 2005-5 | 74160MMK5 | | |
| PRIME 2005-4 | 74160MLG5 | PRIME 2005-5 | 74160MML3 | | |
| PRIME 2005-4 | 74160MLH3 | PRIME 2005-5 | 74160MMM1 | | |
| PRIME 2005-4 | 74160MKL5 | RBSGC 2005-A | 74927UAV0 | | |
| PRIME 2005-4 | 74160MKM3 | RBSGC 2005-A | 74927UBE7 | | |
| PRIME 2005-4 | 74160MKN1 | RBSGC 2005-A | 74927UAW8 | | |
| PRIME 2005-4 | 74160MKP6 | RBSGC 2005-A | 74927UAX6 | | |
| PRIME 2005-4 | 74160MKQ4 | RBSGC 2005-A | 74927UAY4 | | |
| PRIME 2005-4 | 74160MKR2 | RBSGC 2005-A | 74927UAZ1 | | |
| PRIME 2005-4 | 74160MKS0 | RBSGC 2005-A | 74927UBA5 | | |
| PRIME 2005-4 | 74160MKT8 | RBSGC 2005-A | 74927UBB3 | | |
| PRIME 2005-4 | 74160MKU5 | RBSGC 2005-A | 74927UBF4 | | |
| PRIME 2005-4 | 74160MKV3 | RBSGC 2005-A | 74927UBG2 | | |
| PRIME 2005-4 | 74160MKW1 | RBSGC 2005-A | 74927UBH0 | | |
| PRIME 2005-4 | 74160MKX9 | RBSGC 2005-A | 74927UBJ6 | | |
| PRIME 2005-4 | 74160MKY7 | RBSGC 2005-A | 74927UBK3 | | |
| PRIME 2005-4 | 74160MKZ4 | RBSGC 2005-A | 74927UBL1 | | |
| PRIME 2005-4 | 74160MLA8 | RBSGC 2005-A | 74927UBD9 | | |
| PRIME 2005-4 | 74160MLB6 | RBSGC 2005-A | 74927UBC1 | | |
| PRIME 2005-4 | 74160MLN0 | RBSGC 2005-A | RBS0500AP | | |
| PRIME 2005-4 | 74160MLC4 | RBSGC 2005-A | RBS050AR2 | | |
| PRIME 2005-4 | 74160MLD2 | SASCO 2006-BC2 | 86361GAA4 | | |
| PRIME 2005-4 | 74160MLE0 | SASCO 2006-BC2 | 86361GAB2 | | |
| PRIME 2005-4 | 74160MLJ9 | SASCO 2006-BC2 | 86361GAC0 | | |
| PRIME 2005-4 | 74160MLK6 | SASCO 2006-BC2 | 86361GAD8 | | |
| PRIME 2005-4 | 74160MLL4 | SASCO 2006-BC2 | 86361GAE6 | | |
| PRIME 2005-4 | 74160MLP5 | SASCO 2006-BC2 | 86361GAF3 | | |
| PRIME 2005-5 | 74160MLQ3 | SASCO 2006-BC2 | 86361GAG1 | | |
| PRIME 2005-5 | 74160MLR1 | SASCO 2006-BC2 | 86361GAH9 | | |
| PRIME 2005-5 | 74160MLS9 | SASCO 2006-BC2 | 86361GAJ5 | | |
| PRIME 2005-5 | 74160MLT7 | SASCO 2006-BC2 | 86361GAK2 | | |
| PRIME 2005-5 | 74160MLU4 | SASCO 2006-BC2 | 86361GAL0 | | |
| PRIME 2005-5 | 74160MLY6 | SASCO 2006-BC2 | 86361GAM8 | | |

* U.S. Bank is not responsible for selection or use of CUSIP. It is included solely for holder convenience.