# EXHIBIT PX-1583

## Julie Meichsner

| | |
|---|---|
| From: | lahubs@prnewswire.com |
| Sent: | Tuesday, October 02, 2012 6:01 AM |
| To: | GCGBuyers; Julie Meichsner |
| Subject: | PR Newswire: Press Release Clear Time Confirmation for RMBS Trustees. ID# 747476-1-1 |

### PR NEWSWIRE EDITORIAL

Hello

Here's the clear time* confirmation for your news release:

Release headline: Time Sensitive Notice Regarding a Proposed Settlement Between Certain Settlement Trusts Related to Securitizations Sponsored by Residential Capital, LLC, and certain of its subsidiaries, including GMAC Mortgage, LLC and Residential Funding Company, LLC
Word Count: 3082
Product Summary:
World Financial Markets
ReleaseWatch
Complimentary Press Release Optimization
IRW
PR Newswire's Editorial Order Number: 747476-1-1

Release clear time: 02-Oct-2012 09:00:00 AM

*Clear time represents the time your news release was distributed to the newsline you selected. Releases distributed publicly in the US can be located online in order of release time at: http://www.prnewswire.com/news-releases-list/

Thank you for choosing PR Newswire!

**********************************************************************

Engage opportunity everywhere it exists. Learn how content is currency in today's communications landscape. Download our FREE white papers:
http://promotions.prnewswire.com/Clear-Time-Confirmation-Email-WP.html


For more information on how PR Newswire can help support your communications initiatives, please visit:
http://www.prnewswire.com/products-services/

To contact PR Newswire directly, please call 888-776-0942 or e-mail information@prnewswire.com.

1