# EXHIBIT PX-1584

# THE WALL STREET JOURNAL.

Home    World    U.S.    New York    Business    Tech    Markets    Market Data    Opinion    Life & Culture    Real Estate    Careers

QUICKLINKS:    Today's Paper    People in the News    Columnists    Blogs    Heard on the Street    CFO Journal    Election 2012    Arena    Mansion

SEARCH

Monday, October 8, 2012 As of 1:46 PM EDT

## LATEST HEADLINES »

1:59p    Best of the Web Today: 'One Too Many'

1:57p    Rupert Darwall: The Great British Train Fiasco

1:52p    Do Alcoa Earnings Really Set the Tone for Stocks?

## Huawei Growth Plans Imperiled by U.S. Report

A damning House report represents one of the biggest threats to plans by China's Huawei and ZTE to expand into developed markets.

- Report | Huawei Responds
- What is Huawei?
- Q+A: Why Congress is Worried
- Earlier: Huawei Under Fire

> Scientists Win Nobel For Stem-Cell Work

Meningitis Cases Rise Amid Hunt for Victims

MORE HEADLINES »

### Texas Pushes $10,000 Degree

Texas Gov. Rick Perry is renewing his call for $10,000 undergraduate degrees, in what he hopes will be the state's signature response to the national problem of rising college tuition and student debt.

☑ Vote: Can $10,000 degrees compete?

Big Issues: Environment    SpaceX Launches Cargo Flight

## — What's News —

Mansion: WSJ on Real Estate

## = ELECTION2012 =

Key to Victory? Who Has The Great Ground Game

## Markets ›

| Overview | U.S. | Europe | Asia | FX | Rates | Futures |
| --- | --- | --- | --- | --- | --- | --- |
| | LAST | CHG | %CHG | | | |
| DJIA | 13576.93 | -33.22 | 0.24% | | | |
| Nasdaq | 3109.74 | -26.44 | 0.84% | | | |
| FTSE 100 | 5841.74 | -29.28 | 0.50% | | | |
| Nikkei | 8863.30 | +38.74 | 0.44% | | | |
| Crude Oil | 89.50 | -0.38 | 0.42% | | | |
| Gold | 1776.50 | -4.30 | 0.24% | | | |

Market Data Center    MarketBeat    Customize Your Market

Prepared by GCG

IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC, OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS created during the period 2004 through 2007, a recent proposed settlement may affect your rights.

◆ Click here for more information

# THE WALL STREET JOURNAL.

Monday, October 8, 2012 As of 5:22 PM EDT

HOME | World | Europe | U.K. | U.S. | Business | Markets | Market Data | Tech | Life & Culture | Opinion | Property | Jobs

QUICKLINKS    Today's Paper    Video    Blogs    Emails    Journal Community    Mobile    Tablet    MORE FEATURES▼

LATEST HEADLINES

- Voices: Eric Brennan, On Family-Business Succession Planning
- Investors Weigh Concerns for Next Proxy Season
- Some 13,000 May Have Gotten Meningitis Linked Drug

## Depositors Raise Heat on Spain's Banks

More than 700,000 Spanish depositors poured money into preferred shares and subordinated bonds issued by their banks. Many now say they were swindled.

## Eurogroup Meets as Greek Clouds Loom

Euro-zone finance ministers and officials in Luxembourg as the currency bloc's newly set rail formal came into being, a moment that officials hope will represent a key moment in controlling the debt crisis.

- Live Euro Crisis Stream

## Skydiving From the Edge of Space

An Austrian daredevil plans to break a record for the highest skydive ever Tuesday, in a feat that will test the limits of technology and the human body at the edge of space

- Photos: Preparing for a Record Jump

Vandal Defaces Rotilko Artwork

U.S. Election    Euro Crisis    Markets Pulse    Syria

Mansion: Luxury Properties

## What's News —

## Science

## Markets

| Overview: | U.S. | Europe | Asia | FX | Rates | Futures |
|---|---|---|---|---|---|---|
| | LAST | C→9 | %C→9 | | | |
| FTSE 100 | 5841.74 | -29.28 | 0.50% | | | |
| DAX | 7291.21 | -106.66 | 1.44% | | | |
| CAC 40 | 3406.53 | -50.51 | 1.46% | | | |
| FTSE MIB | 15562.00 | -374.25 | 1.98% | | | |
| IBEX 35 | 7891.00 | -63.40 | 0.80% | | | |
| Stoxx 600 | 271.43 | -2.68 | 0.98% | | | |

MORE EUROPE COVERAGE ▶    Market Data Center ▶    MarketBeat: Customize Your Tickers

Prepared by GCG

**IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC, OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS** created during the period 2004 through 2007, a recent proposed settlement may affect your rights.

◆ Click here for more information

# THE WALL STREET JOURNAL.

Home  World  Asia  China  India  Japan  SE Asia  Business  Markets  Tech  Life & Style  Real Estate  Jobs  Opinion

SEARCH

QUICKLINKS: Today's Paper  Video  Blogs  Community  Mobile  #WorldStream  Heard on the Street

LATEST HEADLINES

MORE HEADLINES »

2:05p  Some 13,000 May Have Gotten Meningitis-Linked Drug
2:05p  Huawei Report Excerpts
2:04p  'Totally Gross' Premiums Still Around

## Markets

| Overview | U.S. | Europe | Asia | FX | Rates | Futures |
|---|---|---|---|---|---|---|

RANGE: 1 DAY

| Asia Dow | LAST | CHG | %CHG |
|---|---|---|---|
| Asia Dow | 2770.04 | -28.35 | 1.01% |
| Nikkei | 8863.30 | -38.71 | 0.44% |
| Hang Seng | 20824.56 | -187.82 | 0.89% |
| Shanghai | 2074.42 | -11.75 | 0.56% |
| Sensex | 18708.98 | -229.48 | 1.21% |
| Singapore | 3076.65 | -31.22 | 1.00% |

MORE ASIA COVERAGE »

Market Data Center »  MarketBeat  Customize Your Markets

Prepared by GCG

IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC, OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS created during the period 2004 through 2007, a recent proposed settlement may affect your rights.

» Click here for more information



Opinion »




## Huawei Plans Threatened

A damning U.S. congressional report represents one of the biggest threats to plans by China's Huawei and ZTE to expand into developed markets.



- The Full Report on Huawei | Huawei Responds
- Report Excerpts
- Earlier: China Tech Giant Huawei Is Under Fire
- Digits: What Is Huawei? | Heard: Hurdles for Listing Firm

Mansion    Should Cities Ban Plastic Bags?    Asia House of the Day

### Seoul Questions Soldier From North

A North Korean soldier underwent questioning by South Korean authorities following his weekend defection across the heavily fortified border.

- On Video: How a Soldier Crossed the DMZ

### Eurogroup Meets as Greek Clouds Loom

Euro-zone finance ministers arrived for talks in Luxembourg as the currency bloc's new safety net formally came into being.  2:28 PM

- Live: Euro Crisis Stream

The Syria Conflict

## What's News —

MANSION  ▶ ►

» Hermès Remains Upbeat on China

# BARRON'S

HOME    MAGAZINE    DAILY ANALYSIS ▾    INVESTING IDEAS ▾    TOP ADVISORS ▾    MARKET DATA ▾

SEARCH    Log In | Subscribe    PENTA ▾

**UnitedHealth's Bright Bet on Brazil**

The managed-care giant's $4.9 billion purchase of 90% of Amil Participacoes represents an "excellent opportunity for UnitedHealth to grow in a new market."



➤ **Wells Fargo Earning Its Keep**

Use call options to profit from what will likely be a strong earnings report on Friday.

➤ **The Best Values in Oil Services**

Sterne, Agee likes Schlumberger, National Oilwell and Cameron.

➤ **Schwab Feeds on Fatter Fees**

Sandler O'Neill raised the third-quarter estimate on the brokerage

QUICK LINKS:    GOLDMAN SACHS    APPLE    POLITICS & ELECTION    MOST POPULAR

**Barron's Magazine | Online Exclusives**

**Real-Time Analysis**

LATEST POST: FOCUS ON FUNDS

'Totally Gross' Premiums Still Abound  2:04 pm

STOCKS TO WATCH



Eli Lilly Drug Slows Decline in Some Alzheimer's Patients; Shares Rising  1:00 pm

Disney Downgraded; Looking Fully Valued after Big Run, Says Caris  12:02 pm

TECH TRADER

Vringo Soars 21%

## Markets

| | LAST | CHG | %CHG |
|---|---|---|---|
| DJIA | 13595.75 | -11.40 | 0.11% |
| Nasdaq | 3117.04 | 19.14 | 0.61% |
| S&P 500 | 1457.36 | -3.57 | 0.24% |
| Gold | 1776.50 | -4.30 | 0.24% |
| Crude Oil | 89.71 | 0.17 | 0.19% |
| CBOE Volatility | 15.16 | -0.83 | 5.79% |

U.S.  Europe  Asia  FX  Rates  Futures

Market Data Center    Portfolio    Latest News

Prepared by GGG

**IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC, OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS created during the period 2004 through 2007, a recent proposed settlement may affect your rights.**

◆ Click here for more information

Video →





Subscribe and Get 4 Weeks Free

Learn more ▸    TRY 4 WEEKS FREE ▸

# AllThings**D**

News · Reviews · Mobile · Media · Social · Enterprise · Commerce · Voices · Conferences · Video · Jobs

Search All Things D

View by Writer

WSJ | MARKETWATCH | BARRON'S | B | FACTIVA | f | RISK & COMPLIANCE | MORE

Trending — iPad Mini Design 'Crazy' Cannibalize the New iPod    ☆ Follow @allthingsd



## Dive Into Mobile: Listening to Global Voices From India, Africa and the Middle East

by Ina Fried — Dive Into Mobile

### MUST-READS    FROM OTHER WEB SITES

Twitter: It's Time for Patent Trolls to Bear the Costs of Frivolous Lawsuits
Ben Lee, Legal Counsel, Twitter

LATEST POSTS

VIEW BY WRITER

Walt Mossberg

Dive Into Mobile: Listening to Global Voices From India, Africa ...

Twitter Mulls an In-House Video-Hosting Service
Mike Isaac in Social

NetZero Offering Mobile Broadband Customers Data to Share With Friends
Ina Fried in Mobile

After Launching Its First Mobile Game, AOL Refreshes Games.com
Tricia Duryee in Commerce

Apple Store Lottery the Only Cure for Hong Kong's iPhone 5 Fever
John Paczkowski in Mobile

ALL THINGS REVIEWED    MORE REVIEWS >



Two Budget-Friendly Printers You Won't Want to Throw Out the Window
Lauren Goode in Mobile

Printers are normally a source of frustration. Here are two that keep it simple but still get the job done.



Snappy Tips for Taking Better Pictures With Your Smartphone
Bonnie Cha in Product Reviews

Google Moves Ahead in Fight to Dominate the Map Apps
Walt Mossberg in Personal Technology

Disruptions: With a 3-D Printer, Building a Gun With the Push of a Button
Nick Bilton, Columnist, The New York Times

Prepared by GCG

IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC, OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS created during the period 2004 through 2007, a recent proposed settlement may affect your rights.

◆ Click here for more information

# SmartMoney

Welcome  SIGN IN | REGISTER

WSJ  MARKETWATCH  BARRON'S  ALLTHINGSD  WSJ LIVE

News, Quotes, Companies, Video

HOME  INVEST  SPEND  BORROW  PLAN  RETIREMENT  TAXES  TOOLS  ANSWERS

10 Things  Deal of the Day  Pay Dirt  Technology  Travel  Real Estate  Autos  Family Money  Tools

VIDEO  MY SMARTMONEY  SMALL BUSINESS

Is Your TV Too Big?

For Stocks, a Stormier Season Looms





## How Apple, Amazon and Facebook Say Sorry

What CEOs from Jobs to Cook to Zuckerberg reveal in apologies.

### Finding a 'Free' Checking Account

So-called free checking is getting more expensive at many banks. How to get a better deal.

### Spend $700 at Apple Store or on Apple Stock?

Pay Dirt: Consumers can now buy an iPad and iPhone for the

DEAL OF THE DAY
**The Best Ways to Earn Free Travel**

REAL-TIME ADVICE
**Is the iPad Too Heavy?**

TECHNOLOGY
**In Apple's Maps War vs. Google, Consumers Lose**

Prepared by GGS

**IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC, OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS created during the period 2004 through 2007, a recent proposed settlement may affect your rights.**
◆ Click here for more information

HOW-TO GUIDES

How to Pay for a Wedding
With most couples waiting to marry and three quarters of marriage partners living together first, many celebrants are paying at least part of their wedding bill.

How to Teach Kids about Money
It's never too early to start talking dollars...and sense.

How to Manage Your Grocery Bill
Your grocery bill is your biggest weekly household expense, so keeping a lid on it will go far to stretch your dollar



10 THINGS

10 Things Personal Shoppers Won't Say
For the chronically fashion-phobic, style consultants can seem like saviors. But prepare to tap into your savings.

10 Things Assisted-




# Business

REUTERS

U.S. N.Y. / REGION   BUSINESS   TECHNOLOGY   SCIENCE   HEALTH   SPORTS   OPINION   ARTS   STYLE   TRAVEL   JOBS   REAL ESTATE

Search   Global   DealBook   Markets   Economy   Energy   Media   Personal Tech   Small Business   Your Money

IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC
OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS
created during the period 2004 through 2007, a recent proposed settlement may affect your rights.
Prepared by GCG                                    ◆ Click here for more information

OOK

## dit Steps Down as Chief of
## group

...ED BY PETER EAVIS AND JESSICA SILVER-GREENBERG 3:59 PM ET



: Pandit, the outgoing chief of Citigroup, at the New York Stock Exchange

esignation of Vikram S. Pandit comes after long-
ring tensions with the bank's board. John P. Havens, the
president and a longtime associate of Mr. Pandit, has
signed.

Comment

on Vikram S. Pandit: C.E.O. Steps Down
ook: Live Blog: Citigroup Conference Call 4:57 PM ET

OOK
## Citi's New C.E.O.
BY JESSICA SILVER-GREENBERG 3:10 PM ET
el H. Corbat, 52, was an all-conference lineman on the
rd football team and has been a Citigroup lifer.

OOK
## man Sachs Swings to Profit as Revenue Surges
BY SUSANNE CRAIG 12:41 PM ET
by its powerful trading business, the firm's revenue more
oubled in the third quarter, to $8.35 billion, exceeding the
tes of Wall Street analysts.

## pe Presses Google to Change Privacy Policy
BY KEVIN J. O'BRIEN 29 minutes ago
— The company could face fines or legal action if it does not
o give consumers a better idea of what information is being
ed and how it is being used.

ords
## n Nears Decision on Asking E.U. for Aid
BY JACK EWING 2:58 PM ET
ON — If the call for help comes, it might stop well short of
ng the full force of the bond-buying program that the
an Central Bank announced with Spain in mind back in
ber.

More, and Europe Feed

## Leaders Try to Tackle Budget Cohesion
BY JAMES KANTER 2:58 PM ET
ELS — Now that the meltdown of the euro has been put
them, European Union leaders must now face the issue of
ntegration of budgets and banking.

## e Minister Emphasizes His Belief That Greece

---

## Insight & Analysis

### DEALBOOK
### Nowadays, Wall
### Street Saviors
### May Wish They
### Weren't



BY ANDREW ROSS SORKIN
The banks that bought up failing
rivals are now being sued for the
misdeeds of those firms before
their rescues. Next time, Wall
Street may be less cooperative.

### DEALBOOK
### Deal to Buy Sprint Is
### SoftBank's Biggest Gamble
BY HIROKO TABUCHI | UPDATED
SoftBank, a Japanese internet
and communications company,
is betting that it can break the
dominance of Verizon and AT&T
in the United States.

### INSIDE EUROPE
### Euro Here to Stay
BY RAPHAEL MINDER | REUTERS
PARIS — But the euro zone has
not yet found a way out of the
doldrums of economic
stagnation, unemployment and
social dislocation that are
widening the gap between
northern and southern Europe.

## BREAKINGVIEWS Headlines

Bernanke's Asian defence is an
implausible yarn
OCTOBER 15, 2012 8:56 AM

Solid quarter doesn't bust ghost
of Dimon's whale
OCTOBER 12, 2012

Wall Street: City pay still must fall
by a third
OCTOBER 11, 2012

## Itineraries

### Bed, Bathrobe and Beyond
BY JULIE WEED
Some hotel chains have started
selling branded products in an
effort to lure customers back for
another visit.

### FREQUENT FLIER
### A Twitching
### Nose at
### Security, Not
### Sniffing for
### Danger

AS TOLD TO HARRIET EDLESON
Dana Klitzberg is the founder
and executive chef of Blu
Aubergine, a catering, culinary
consulting and education
company. She sometimes
returns with specialty foods
from her travels.

---

Own a date with history.

PRINT
Buy

## Markets »

| U.S. | AMERICAS | EUROPE | ASIA | CURRENCIES | COMMODI |
|------|----------|--------|------|------------|---------|

| | | | |
|---|---|---|---|
| S&P 500 | 1,454.92 | +14.79 | +1.03% DOW |
| Dow | 13,551.78 | +127.55 | +0.95% |
| Nasdaq | 3,101.17 | +36.99 | +1.21% |
| S&P 400 | 991.19 | +16.31 | +1.65% |
| S&P 600 | 464.88 | +9.75 | +9.61% |

GET QUOTES

My Portfolios »

## Financial Tools

Analysis Tools   ✕ Screener   ⊞ Portfolio   ≡ A



City National
Business Banking
Financial solutions for
your business.

SEE OHIO'S STO...

CITY NATIONAL BANK
Member FDIC

## Today's Headlines Daily E-Mail

Times   Sign up for a roundup of the day's top stories, sent
morning.

kyle.golder@nytimes.com   Sign Up

Change E-mail Address | Privacy Policy

## European Credit
## Crisis Indicators

◀ Prev.   Ne

### Italy

| Italy | | |
|---|---|---|
| Italy 10-year bond | 4.93% | -0.002 |
| Germany 10-year bond | 1.55% | +0.003 |

The New York Times

U.S.

WORLD   U.S.   N.Y. / REGION   BUSINESS   TECHNOLOGY   SCIENCE   HEALTH   SPORTS   OPINION   ARTS   STYLE   TRAVEL   JOBS   REAL ESTATE   AUTOS

POLITICS   EDUCATION   TEXAS

IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC,
OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS
created during the period 2004 through 2007, a recent proposed settlement may affect your rights.

Prepared by GCG

# California Moves to Reduce Gas Prices

LOS ANGELES — With gasoline prices reaching record highs across California over the last week, Gov. Jerry Brown moved on Sunday to alleviate some of the pain at the pump.

Mr. Brown directed the California Air Resources Board to take emergency steps to increase the supply of fuel in the state and allow refineries to immediately switch to a winter blend of gasoline that is typically not sold until November.

"Gas prices in California have risen to their highest levels ever, with unacceptable cost impacts on consumers and small businesses," Mr. Brown, a Democrat, said in a prepared statement.

The sudden increase has surprised motorists who are already accustomed to high gas prices, particularly in this sprawling city.

The cost of gas soared 20 cents a gallon on Thursday night. Prices have continued to climb since then, although more slowly, reaching a statewide average of $4.66 on Sunday, according to the AAA's daily fuel gauge report.

Some motorists had begun to direct their frustration at Mr. Brown.

"Consumers in California are getting killed," Judith Connolly, the owner of a media company, said as she filled up with premium gasoline on Friday. "We're being penalized, and the rest of the country is paying far less. This is something that Jerry Brown really needs to deal with."

Problems at several refineries in the state have been blamed for the rising prices. Two months ago, a fire knocked out a 245,000-barrel-a-day refinery in the Bay Area that has still not resumed full production. And last week, a power failure curtailed production at a refinery in Torrance. Full production resumed there on Friday.

Mr. Brown said he hoped that the switch to the winter-blend gasoline, which evaporates more quickly than gasoline sold during the summer smog season, would stop the climb in prices because it could increase fuel supplies in the state by up to 10 percent. Summer-blend gasoline is better for air quality.

Senator Dianne Feinstein also asked the Federal Trade Commission on Sunday to investigate the cause of the price increases.

"California's consumers are all too familiar with energy price spikes which cannot be explained by market fundamentals and which turn out years later to have been the result of malicious and manipulative trading activity," Ms. Feinstein, a Democrat, wrote in a letter to the commission's chairman.

Related

California Finds Economic Gloom Lifting in Spots (October 8, 2012)

Spotlight on Oil Supply and California's High Gas Prices (October 6, 2012)

Connect With Us on Twitter
Follow @NYTNational for breaking news and headlines.
Twitter List: Reporters and Editors

MEET AT SOUTHERN CALIFORNIA

## What's Popular Now
Dual Presidents, Sleeping and Scheming

## Today's Headlines Daily E-Mail
Sign up for a roundup of the day's top stories sent every weekday morning.

See Sample | Privacy Policy

MOST E-MAILED   MOST BLOGGED   MOST VIEWED

1. PAUL KRUGMAN
   Bicycle Diaries

2. MAUREEN DOWD
   Dual Presidents, Sleeping and Scheming

3. THE ECONOMY
   The Factories Howl at a Shovel

4. PAUL KRUGMAN
   Truth, About Debt

5. Fears Rise Among Asian Hired Workers in Fukushima

6. One Spike Through Communist Need in China Hears Hope

7. Energy Companies to Invest $800 in Nuclear Plants

8. Companies to Keep an Eye on at HLPE'S

HESS

the power
is yours.

Switch to Hess
for lower rates
on natural gas
and electricity
for your
business.

Learn More

Advertisement



# INVESTORS.com
Powered by INVESTOR'S BUSINESS DAILY

S&P 600  1,455.49   DJIA   13,687.83   NYSE VOL(M)  116  NASDAQ  3,119.59   NASDAQ VOL(M)  322  Ameritrade
-9.38%  -4.44 ±   -0.16% ± -22.32 ±  -25.19% ±   -58 ± -0.55% ± -16.89 ±  -32.17% ±  -152 ±

STREAMING QUOTES ARE  ON

Home  Research  News  Editorials  IBD University  IBD TV  eIBD  Leaderboard  Store

Get Quote ▼  Search Site

**Markets Update**
## Stocks Open Quietly Lower; Netflix, Carmax Spike
10:33 AM ET - Stocks opened lower in hushed trade Monday ahead of the start of third-quarter earnings seasons and on a quiet, Columbus Day economic calendar. The Nasdaq posted a 0.4% loss. The S&P 500 and the Dow Jones industrial average each trimmed 0.3%. Volume whispered 49% lower on the Nasdaq and was off 23% on the NYSE compared with Friday. In stocks,
More »

### Latest News
Wal-Mart, American Express Team On Prepaid Card
Unitedhealth Buying 50% of Brazil's Amil For $4.9 Bil
BearingPoint, Hellaner, Alcalen Lead IBD 50's Rise Next
Yum, Costco, JPMorgan Trump Stocks Earnings This Week
IPOs This Week: Monday, 5 More Growing Companies
$95% Leader Puts, Facts First, Stays Calm amid Stocks
Obama, One Aside, Still To Outpatient Surfaces Initial
Investor's Corner: Follow The Smart Money, Ideas 999
Editorial: Romney's Surge Post-Debate Over His Obama's
The Big Picture: Stocks Shrug Off Job 1 Data, Defeat Mixed
Action

### Today's Spotlight
**IBD is Coming to Virginia**
IBD speakers will be presenting at several Meetup groups in Virginia in the coming days. Find one near you.

**IBD Radio Show**
Tune into IBD's radio show on Saturday at 4:00 PM PST to get a review of key market action.

**IBD Mutual Fund Quarterly**
Check out the new report to see how the biggest funds fared and where the money is going now.

Nasdaq Composite
Chart View: Daily | Weekly


★ Hi, Richie    My IBD ▼    Sign Out
▾ My Routine                          Modify ▼
Option Guide            Top-Rated Stocks Under $10
Industry Groups         eTables
Fund Center             Stocks On The Move
Daily Graphs Charts     The Big Picture
Custom Screen Wizard
▾ My Biggest Price Movers          My Stock Lists ►

INVESTORS BUSINESS DAILY
## Check out IBD's Forex Center!
Get videos, articles, and education in the Forex Center.   Check It Out Now!

Prepared by GCG

IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC, OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS created during the period 2004 through 2007, a recent proposed settlement may affect your rights.
◆ Click here for more information

## IBD Stock Research Tool
Looking for leveraging strategies?

MARKET DIRECTION   FIND STOCKS   EVALUATE STOCKS

Stocks on the Move ▼   ↑   ↓     Watch Video »

Stocks being BOUGHT heavily by institutional investors. Click icons for Analysis. Learn More

Stocks On The Move »

| Symbol | Company | Price | Price Chg. | Price % Chg. | Volume % Chg. | IBD Tools |
|--------|---------|-------|-----------|-------------|---------------|-----------|
| PETM | Petsmart Inc | 70.26 | 1.95 ± | 2.85% ± | 178% | |
| AN | Autonation Inc | 42.59 | 1.06 ± | 2.23% ± | 149% | |
| GPI | Group 1 Automotive Inc | 85.26 | 2.14 ± | 3.39% ± | 118% | |
| GNC | G N C Holdings Inc | 41.02 | 1.36 ± | 3.42% ± | 98% | |
| LL | Lumber Liquidators Hldgs | 51.56 | 0.84 ± | 1.66% ± | 40% | |

Expand
View All »

Real time prices by BATS. Volume delayed. Last Updated: 10/08/2012 11:07 AM EST

$6.95 PER TRADE  TRADEKING
### Event Calendar
Workshops    Online Events
Level III - Jersey City, NJ
Hyatt Regency Jersey City
Saturday, October 13, 2012
8:30 AM - 5:00 PM

Level II - Portland, OR
Crowne Plaza Portland Downtown
Saturday, October 13, 2012
9:00 AM - 12:00 PM

Leaderboard Summit - Jersey City, NJ
Hyatt Regency Jersey City
Saturday, October 13, 2012
10:00 AM - 12:00 PM
View All »

### IBD TV
IBD Extra Videos
**IBD**extra!
LAUNCH VIDEO ▶

Afraid to invest in the market? 3 ways to protect yourself & profit. What no IBD 50 reveals about market direction. Note: 3 investors come to show. Here »

### IBD Screen Of The Day
Financial Efficiency
VIEW STOCKS ▶

Return on equity helps separate well managed companies from poorly managed ones. IBD studies of past market winners showed an average ROE of 17% More »

### World Stocks
VIEW STORY ▶

The iShares IBD Thailand index is up 28% and is on its way to being among this year's best-performing funds More »

IBD Radio Show  ON AIR
TUNE IN NOW

INVESTORS BUSINESS DAILY

TradeStation Securities

### Most Popular
Most Viewed
☑ All   ☐ Articles   ☐ Media
○ The Terrifying Line in Obama's Speech That E
○ Obama Explains that awful debate performance
○ Obama Re-Election Case Rests On 5 Phony CI
○ The End Really Is Coming, but not under Obama
○ Could Obama Lose Home State Of Illinois?
10/03/2012 11:00 21 AM EST

## Learn the Top-Performing Investing Strategy Faster
at an IBD live workshop!   Learn More

## IBD Top-Rated Companies in the News
Making Affordable Care Act Patients Profitable

TradeStation Securities

Garden City Group :: 728x90



reuters.com

IF YOU HAVE AN INTEREST IN RESCAP, RESIDENTIAL FUNDING COMPANY, LLC,
OR GMAC MORTGAGE, LLC RESIDENTIAL MORTGAGE-BACKED SECURITIZATION TRUSTS
created during the period 2004 through 2007, a recent proposed settlement may affect your rights.
Prepared by GCG                           ◆ Click here for more information



> Subscribe to
The Economist
Special student offer

# The Economist



Log in | Register | Subscribe          Digital & mobile | Events | Topics A-Z | Newsletters | Jobs
World politics | Business & finance | Economics | Science & technology | Culture | Blogs | Debate | The World in 2012 | Multimedia | Print edition
Monday October 08 2012



### Venezuela's election
## Here to stay

**Japan's nuclear disaster**
## Incredibly unsung heroes

**Debate**
## Is India losing its way?

**Daily chart**
## The war in Syria

AFP



Everything to play for

Full contents    Subscribe

---

The Nobel prize for physiology or medicine
### Good eggs
Sir John Gurdon and Shinya Yamanaka, pioneers of regenerative medicine, receive this year's Nobel prize for physiology or medicine

BAE Systems and EADS
### All but dead
The merger of Europe's two largest defence and aerospace companies hits another snag

China's state-owned enterprises
### The state advances
The state's grip on the economy has been tightening. Could fore gn pressure persuade the new leadership to reverse course?  (29)

• Leader: China's state-owned enterprises are increasingly getting it into trouble—abroad and at home   (125)
• Special report: The crisis of Western liberal capitalism has coincided with the rise of a powerful new form of state capitalism in emerging markets (Jan 2012)   (155)

More in Business & finance »

Paraguayan politics
### A Liberal spring
The interim president enacts reforms   (19)

• Why did Paraguay's Congress mount a constitutional putsch against the president? And what happens now?   (115)
• Not a coup, but an erosion of democracy which should be condemned   (50)
• The leftist president battles an insurgency   (4)

More in Americas »

PROGRAM FOR
LEADERSHIP DEVELOPMENT
> LEARN MORE

---

Follow *The Economist*



---

Difference Engine
### Digital disillusion
Analogue cameras attract new fans as digital takes the fun out of photography



Law and psychology
### A judgment call
Judges' sentencing is erratic. Safety in numbers?



Latest audio and video
### Companies and the euro crisis
Chronic uncertainty is making European firms more risk averse. This affects everything from investment to outsourcing, says an economist at Oxford University



SIEMENS

Companies and    Election issues:    The week ahead:
the euro crisis    Health care        Built in advant...

More in Multimedia »

Currencies
### The weak shall inherit the earth

The Great Barrier Reef
### Dr De'ath v the





---

Most popular

Recommended | Commented



1
**The next crisis**
Sponging boomers

2  China and Japan: Could Asia really go to war over these?

3  Poland and Britain: Sikorski in Oxford (again)

4  National identity: Pictures of the enemy

5  Grammar: Is "whom" history? From the mouths of babes

6  Chinese politics: A spectacular fall

7  Georgian politics: Mikheil Saakashvili concedes defeat

8  India: In search of a dream

9  Investing "Gangnam Style": Bubbly pop

10  US election 2012: States of play