# EXHIBIT PX-1586

TIME SENSITIVE NOTICE
REGARDING SALE OF DEBTORS' SERVICING PLATFORM TO
OCWEN LOAN SERVICING, LLC

NOTICE IS HEREBY GIVEN BY:

THE BANK OF NEW YORK MELLON,
THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,
DEUTSCHE BANK NATIONAL TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
U.S. BANK NATIONAL ASSOCIATION,
WELLS FARGO BANK, N.A., AND
HSBC BANK, NATIONAL ASSOCIATION

IN THEIR SEVERAL CAPACITIES AS TRUSTEES AND/OR INDENTURE
TRUSTEES (COLLECTIVELY, THE "RMBS TRUSTEES" AND EACH, AN "RMBS
TRUSTEE"), TO THE HOLDERS OF CERTIFICATES, NOTES OR OTHER
SECURITIES (THE "CERTIFICATEHOLDERS") UNDER THE RESIDENTIAL
MORTGAGE-BACKED SECURITIZATION TRUSTS IDENTIFIED IN EXHIBIT A,
ATTACHED HERETO (COLLECTIVELY, THE "TRUSTS" AND EACH A
"TRUST").

THIS NOTICE CONTAINS IMPORTANT TIME-SENSITIVE INFORMATION FOR
CERTIFICATEHOLDERS AND OTHER PERSONS POTENTIALLY INTERESTED
IN THE TRUSTS. ALL DEPOSITORIES, CUSTODIANS AND OTHER
INTERMEDIARIES RECEIVING THIS NOTICE, AS APPLICABLE, ARE
REQUESTED TO EXPEDITE ITS RE-TRANSMITTAL TO
CERTIFICATEHOLDERS IN A TIMELY MANNER.

Dated: January 24, 2013

This notice (the "Notice") is given to you by the RMBS Trustees under the Pooling and
Servicing Agreements (including Series Supplements and Standard Terms of Pooling and
Servicing Agreements), Indentures and related Servicing Agreements (collectively, the
"Governing Agreements") governing the Trusts. Capitalized terms used but not defined
herein shall have the meanings assigned to them in the Governing Agreements.

I.    Background -- Residential Capital Bankruptcy Filing.

On May 14, 2012, Residential Capital, LLC, and certain of its direct and indirect subsidiaries
(collectively, "ResCap" or the "Debtors") filed voluntary petitions under Chapter 11 of the
United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy
Court for the Southern District of New York (the "Court") (*In re Residential Capital, LLC*,
Case No. 12-12020 (MG) and related cases) (collectively, the "Chapter 11 Cases"). (To
obtain information regarding the Chapter 11 Cases, please see Section IV, below.)

II.   Order Approving Sale of Debtors' Servicing Platform to Ocwen Loan Servicing,
      LLC.

On October 23, 2012, the Debtors conducted an auction for certain assets of the Debtors,
including the Debtors' mortgage servicing rights in connection with certain of the Trusts (the
"Servicing Platform"). At the conclusion of the auction, the Debtors determined Ocwen
Financial Corp. with Walter Investment Management Corp.'s $3 billion bid to be the highest

and best bid, and on November 21, 2012, the Court entered an order, among other things, approving the sale of the Servicing Platform to Ocwen Loan Servicing LLC ("**Ocwen**") and the assumption and assignment of certain executory contracts and unexpired leases thereto (the "**Sale Order**") (Docket No. 2246). Certain of the Trusts for which Certificateholders hold certificates, notes or other securities may be affected by the sale of the Debtors' Servicing Platform to Ocwen.

Pursuant to the Sale Order, the transfer of the Servicing Platform to Ocwen will vest Ocwen with all right, title and interest of the Debtors to the Servicing Platform free and clear of all liens, claims, encumbrances, and other interests. The Sale Order further enjoins all persons from taking any action to adversely affect or interfere with the ability of the Debtors to transfer the Servicing Platform to Ocwen.

Pursuant to the Asset Purchase Agreement between Ocwen and certain of the Debtors, dated as of November 2, 2012 (the "**Asset Purchase Agreement**"), and filed with the Court on that date (Docket No. 2246-1), the closing of the sale shall take place when certain conditions set forth in the Asset Purchase Agreement have been met. The RMBS Trustees have not been informed as to when those conditions are expected to be met. In addition, pursuant to the Asset Purchase Agreement, Ocwen has the right, until two business days prior to the closing of the sale, to exclude certain agreements from the sale. To date, no such agreements have been identified.

Pursuant to the Fourth Revised Joint Omnibus Scheduling Order dated December 27, 2012 (Docket No. 2528) (incorporating provisions of the related July 31 Scheduling Order (Docket No. 945)), the RMBS Trustees have 60 days from the closing of the sale to file claims against the Debtors for amounts owing by the Debtors in respect of any defaults under any executory contracts being assumed by the Debtors and assigned to Ocwen as part of the sale.

**III.    This Notice Is a Summary.**

This Notice summarizes the Sale Order and is not a complete restatement of the Sale Order, the Asset Purchase Agreement, relevant law or relevant legal procedures. The RMBS Trustees do not intend to send any further notices with respect to the matters addressed herein, and Certificateholders and other potentially interested persons are urged to carefully review the Sale Order, the Asset Purchase Agreement, and other pleadings that have been filed, and that subsequently may be filed, in the Chapter 11 Cases, and to consult with their own legal and financial advisors.

**IV.    Other Sources of Information.**

The Official Committee of Unsecured Creditors appointed in the Chapter 11 Cases has established an official website (the "**Committee Website**"), on which basic information concerning the Chapter 11 Cases has been posted, including, but not limited to, relevant contact information, upcoming dates and deadlines, statements and schedules filed by ResCap and a list of answers to frequently asked questions. The Committee Website can be reached at **http://dm.epiq11.com/RES/Project**.

You may also obtain any documents filed with the Court in the Chapter 11 Cases by logging on to PACER at https://www.uscourts.gov or by visiting ResCap's claims agent website at http://www.kccllc.net/rescap. If you have any questions, you may call (866) 241-7538 in the United States, +1 (202) 470-4565 outside the United States or send an email to questions@rescaprmbssettlement.com.

Inquiries with respect to any particular Trust other than those Trusts for which HSBC Bank, National Association serves as RMBS Trustee may be directed to the RMBS Trustee for such Trust using the "RMBS Trustee Contact Information" for such RMBS Trustee at **http://www.rescaprmbssettlement.com**. With respect to those Trusts for which HSBC Bank, National Association serves as RMBS Trustee, inquiries may be directed to fernando.acebedo@us.hsbc.com.

## V.   Other Matters.

Certificateholders and other persons interested in the Trusts should not rely on the RMBS Trustees, or on counsel or other advisors retained by the RMBS Trustees, as their sole source of information.

Please note that the foregoing is not intended and should not be construed as investment, accounting, financial, legal or tax advice by or on behalf of the RMBS Trustees, or their directors, officers, affiliates, agents, attorneys or employees. Each person or entity receiving this Notice should seek the advice of its own advisers in respect of the matters set forth herein.

Please be further advised that each of the RMBS Trustees reserves all of the rights, powers, claims and remedies available to it under the Governing Agreements and applicable law. No delay or forbearance by an RMBS Trustee to exercise any right or remedy accruing upon the occurrence of a default, or otherwise under the terms of the Governing Agreements, other documentation relating thereto or under applicable law, shall impair any such right or remedy or constitute a waiver thereof or an acquiescence therein.

Each of the RMBS Trustees expressly reserves its rights under each applicable Governing Agreement, including without limitation, its right to recover in full its fees and costs (including, without limitation, fees and costs incurred or to be incurred by such RMBS Trustee in performing its duties, indemnities owing or to become owing to such RMBS Trustee, compensation for such RMBS Trustee's time spent and reimbursement for fees and costs of counsel and other agents it employs in performing its duties or to pursue remedies) and its right, prior to exercising any rights or powers in connection with any applicable Governing Agreement at the request or direction of any Certificateholder, to receive security or indemnity satisfactory to it against all costs, expenses and liabilities which might be incurred in compliance therewith, and all rights that may be available to it under applicable law or otherwise.

Please be advised that with respect to any particular inquiry from individual Certificateholders, an RMBS Trustee may conclude that a specific response to such inquiry is not consistent with requirements under applicable law and regulation of equal and full dissemination of information to all Certificateholders.

THE BANK OF NEW YORK MELLON, THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, U.S. BANK NATIONAL ASSOCIATION, WELLS FARGO BANK, N.A., OR HSBC, NATIONAL ASSOCIATION, severally, as trustees and/or indenture trustees of the Trusts