# **EXHIBIT 8**

## **Insurance Policies**

ny-1053977

## General Motors
## Combined Specialty Insurance Program
### 12/15/00 - 12/15/03

| Insurer | % of | Limit | Policy |
|---|---|---|---|
| **Primary - $50 million** | | | |
| Lloyd's & British Cos. | 100 | **$50,000,000** | 823/FD0001142 |
| **First Excess - $50mil xs $50 mil** | | | |
| Hartford | 40 | $20,000,000 | NDA 0200454-00 |
| CNA/Continental Casualty | 20 | $10,000,000 | 169737324 |
| Lloyd's & British Cos. | 20 | $10,000,000 | 823/FD0001144 |
| MAG/Clarendon | 20 | $10,000,000 | MAG 14 400436 50000 |
| Total | 100 | **$50,000,000** | |
| **Second Excess - $100mil xs $100mil** | | | |
| Swiss Re | 100 | **$100,000,000** | MP 27049.1 |
| **Third Excess - $100mil xs $200mil** | | | |
| ACE | 25 | $25,000,000 | GM-9384D |
| XL | 25 | $25,000,000 | XLE+O-03920-00 |
| Starr Excess | 25 | $25,000,000 | 6457606 |
| Chubb Atlantic | 25 | $25,000,000 | (03) 3310-10-90 |
| Total | 100 | **$100,000,000** | |
| **Fourth Excess - $100mil xs $300mil** | | | |
| Zurich/Steadfast Ins. Co. | 50 | $50,000,000 | IPR 2185703-00 |
| St. Paul Mercury | 25 | $25,000,000 | 512CM0406 |
| Axcelera/North Am. Specialty | 25 | $25,000,000 | BNX0000337-00 |
| Total | 100 | **$100,000,000** | |
| **Grand Total** | | **$400,000,000** | |