**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------------

|  |  |  |
|---|---|---|
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | Adv. Proc. No. 13-01343 (MG) |
| UMB BANK, N.A., IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.625% JUNIOR SECURED GUARANTEED NOTES, <u>et al</u>., | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------

|  |  |  |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the estate of the Debtors, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Adv. Proc. No. 13-01277 (MG) |
| | : | |
| UMB BANK, N.A., AS SUCCESSOR INDENTURE TRUSTEE UNDER THAT CERTAIN INDENTURE, dated as of June 6, 2008, <u>et al</u>., | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------------------

## CONSOLIDATED DEPOSITION DESIGNATIONS

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), the

Official Committee of Unsecured Creditors (the "Committee"), UMB Bank, N.A. ("UMB"), in

its capacity as indenture trustee for the 9.625% Junior Secured Guaranteed Notes due 2015

issued by Debtor Residential Capital, LLC (the "Junior Secured Notes"), Wells Fargo Bank, N.A.

("Wells Fargo"), and the Ad Hoc Group of holders of Junior Secured Notes (the "Ad Hoc Group"

or "JSNs" and, with UMB and Wells Fargo, the "Defendants"), hereby submit the following

designations of deposition testimony, objections, and counter-designations in connection with the

above-captioned adversary proceedings and in connection with the Court's hearing to confirm

the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Committee.

In addition to the following objections, the Parties reserve the right to object to any

attempted use of deposition transcripts, or any portion thereof, to the extent such use falls beyond

the allowances of Rule 32 of the Federal Rule of Civil Procedure, as incorporated by Bankruptcy

Rule 7032.  The Parties further reserve the right to serve errata in accordance with Rule 30(e) of

the Federal Rules of Civil Procedure, as incorporated by Bankruptcy Rule 7030, such that the

errata will included as part of the designations or counter-designations

ny-1117418

| JAMES ARETAKIS | | | |
| November 6, 2013 Deposition Transcript | | | |
| UMB and Ad Hoc Group Designations | Debtors' and Committees' Objections | Debtors' and Committees' Counter-Designations | UMB and Ad Hoc Group Objections to Counter-Designations |
| --- | --- | --- | --- |
| 9:06 – 19 | | | |
| 15:18 – 19 | Irrelevant (FRE 401, 402), inadmissible hearsay (FRE 802) | | |
| 16:06 – 017:15 | Irrelevant (FRE 401, 402), inadmissible hearsay (FRE 802) | 18:5-19:17 | |
| 20:17 – 022:13 | Irrelevant (FRE 401, 402) 22:7-13: Lack of personal knowledge (FRE 602), inadmissible hearsay (FRE 802) | 22:15-19 | |
| 22:20 – 023:05 | Lack of personal knowledge (FRE 602), inadmissible hearsay (FRE 802) 23:4-5: Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | 22:15-19 | |
| 24:13 – 14 | Inadmissible hearsay (FRE 802), irrelevant (FRE 401, 402), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903) | | |

ny-1117418

| JAMES ARETAKIS November 6, 2013 Deposition Transcript | | | |
|---|---|---|---|
| **UMB and Ad Hoc Group Designations** | **Debtors' and Committees' Objections** | **Debtors' and Committees' Counter-Designations** | **UMB and Ad Hoc Group Objections to Counter-Designations** |
| 24:17 – 025:04 | Inadmissible hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | 25:11-21 26:3-8 28:16-29:7 32:2-11 66:10-67:13 69:3-17 | Irrelevant (FRE 401, 402) |
| 32:25 – 033:18 | Irrelevant (FRE 401, 402), inadmissible hearsay (FRE 802) | 35:9-15 37:20-38:7 | |
| 38:25 – 039:20 | Irrelevant (FRE 401, 402) , inadmissible hearsay (FRE 802) | 39:21-40:6 | |
| 41:08 – 17 | Irrelevant (FRE 401, 402), incomplete (FRE 106) , inadmissible hearsay (FRE 802) | 42:2-13 | |
| 42:21 – 043:18 | Irrelevant (FRE 401, 402), inadmissible hearsay (FRE 802) | 43:19-44:10 | |
| 45:13 - 16 | | 45:16-46:6 | |
| 46:10 – 15 | Inadmissible hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | 46:16-19 | |

4

| JAMES ARETAKIS November 6, 2013 Deposition Transcript | | | |
|---|---|---|---|
| **UMB and Ad Hoc Group Designations** | **Debtors' and Committees' Objections** | **Debtors' and Committees' Counter-Designations** | **UMB and Ad Hoc Group Objections to Counter-Designations** |
| 46:24 – 048:12 | Inadmissible hearsay (FRE 802), irrelevant (FRE 401, 402), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | 48:12-49:10 | |
| 51:10 – 18 | | 51:20-52:16 | |
| 53:13 – 20 | Inadmissible hearsay (FRE 802), irrelevant (FRE 401, 402), lack of personal knowledge (FRE 602), impermissible lay opinion | 53:22-54:4 | |
| 54:12 – 055:18 | Inadmissible hearsay (FRE 802), irrelevant (FRE 401, 402), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), impermissible lay opinion | | |
| 58:13 – 059:06 | Inadmissible hearsay (FRE 802), irrelevant (FRE 401, 402), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903) | | |
| 59:18 – 060:02 | Inadmissible hearsay (FRE 802), irrelevant (FRE 401, 402), lack of personal knowledge (FRE 602) | 60:9-13 | |

5

| JAMES ARETAKIS | | | |
| **November 6, 2013 Deposition Transcript** | | | |
| **UMB and Ad Hoc Group Designations** | **Debtors' and Committees' Objections** | **Debtors' and Committees' Counter-Designations** | **UMB and Ad Hoc Group Objections to Counter-Designations** |
| 60:17 – 063:12 | Inadmissible hearsay (FRE 802), irrelevant (FRE 401, 402), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), impermissible lay opinion | | |
| 70:03 – 071:20 | Inadmissible hearsay (FRE 802), irrelevant (FRE 401, 402), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), impermissible lay opinion | 71:21-72:6 | |
| 74:06 – 077:08 | Inadmissible hearsay (FRE 802), irrelevant (FRE 401, 402), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), impermissible lay opinion | | |

| JAMES ARETAKIS | | | |
| **November 6, 2013 Deposition Transcript** | | | |
| **Debtors' and Committees' Designations** | **UMB and Ad Hoc Group Objections** | **UMB and Ad Hoc Group Counter-Designations** | **Debtors' and Committees' Objections to Counter Designations** |
| 5:21-23 | | | |
| 45:13-46:6 | | 12:10-14:21 | Beyond the scope of affirmative designation; irrelevant (FRE 401, 402). |
| 77:17-80:16 | | | |

6

| CONOR BASTABLE November 1, 2013 Deposition Transcript | | |
|---|---|---|
| **Debtors' and Committees' Designations** | **UMB and Ad Hoc Group Objections** | **UMB and Ad Hoc Group Counter-Designations** |
| 6:8-23 | | 11:25 – 12:24 |
| 21:6 – 23:13 | FRE 402 (Not relevant) | |
| 25:13 – 27:25 | | 31:15 – 32-7 |
| 49:3 – 20 | FRE 402 (Not relevant) | |
| 60:23 – 62:10 | 61:14-18: FRE 611(a) (Compound) | 158:4 – 162:21 |
| 62:18 – 64:21 | 64:2-12: FRE 611(a) (Vague and ambiguous) 64:13-21: FRE 611(a) (Compound) | 64:22-65:7 90:12 – 91:10 154:2 – 155:6 |
| 67:16 – 68:4 | | 66:4 – 67:15 68:5-6 68:18 – 69:24 |
| 68:7 – 17 | | |
| 69:25 – 70:21 | | |

7

| CONOR BASTABLE November 1, 2013 Deposition Transcript | | |
|---|---|---|
| **Debtors' and Committees' Designations** | **UMB and Ad Hoc Group Objections** | **UMB and Ad Hoc Group Counter-Designations** |
| 130:17 – 132:13 | 130:20-24: FRE 1002 (Best evidence) 131:19-22: FRE 611(a) (Compound) | |
| 132:20 – 133:6 | 132:23 – 133:6: FRE 611(a) (Vague and ambiguous) 132:20 – 133:6: FRE 602 (Lacks personal knowledge, calls for speculation) | 129:6 – 130:11 |
| 133:21 – 134:7 | FRE 402 (Not relevant) | 134:8-9 |
| 134:10 – 135:15 | FRE 402 (Not relevant) FRE 602, 701, 702 (Lacks foundation, calls for expert opinion) | |
| 135:22 – 136:6 | FRE 402 (Not relevant) FRE 602, 701, 702 (Lacks foundation, calls for expert opinion) | 136:7 |
| 136:8 – 136:25 | FRE 402 (Not relevant) FRE 602, 701, 702 (Lacks foundation, calls for expert opinion) | |

8

| CONOR BASTABLE | | |
| November 1, 2013 Deposition Transcript | | |
| Debtors' and Committees' Designations | UMB and Ad Hoc Group Objections | UMB and Ad Hoc Group Counter-Designations |
|---|---|---|
| 143:25 – 148:13 | FRE 802 (Hearsay)<br><br>FRE 1002 (Best evidence)<br><br>146:11-17 & 147:3-6:<br>FRE 611(a) (Compound) | 141:13 – 143:24 |

| AL CELINI | | | |
| November 8, 2013 Deposition Transcript | | | |
| UMB and Ad Hoc Group Designations | Debtors' and Committees' Objections | Debtors' and Committees' Counter-Designations | UMB and Ad Hoc Group Objections to Counter-Designations |
|---|---|---|---|
| 14:20-15:7 | | 15:8-14 | |
| 16:2-18:7 | | 15:15-25 | |
| 18:11-19:18 | Irrelevant (FRE 401, 402) | | |
| 19:23-20:8 | 22:17-23:15: Irrelevant (FRE 401, 402) | | |
| 20:17-21:16 | | | |
| 22:17-24:15 | | | |
| 25:18-26:24 | 26:12-24: Irrelevant (FRE 401, 402) | | |
| 27:14-28:9 | Irrelevant (FRE 401, 402) | 28:10-29:11 | FRE 611(a) (Non-responsive) |
| 31:13-20 | | 31:21-32:5 | |
| 32:6-23 | Irrelevant (FRE 401, 402) | 35:9-36:12 | |
| 36:23-38:25 | | | |

9

| AL CELINI November 8, 2013 Deposition Transcript | | | |
|---|---|---|---|
| **UMB and Ad Hoc Group Designations** | **Debtors' and Committees' Objections** | **Debtors' and Committees' Counter-Designations** | **UMB and Ad Hoc Group Objections to Counter-Designations** |
| 42:10-13 | | 41:23-42:9; 42:14-42:24; 43:13-44:6 | |
| 51:6-54:20 | | 54:21-56:12; 74:22-75:17 | |
| 90:19-91:12 | | | |
| 92:23-93:25 | | | |
| 95:22-96:10 | | 105:8-106:16 | |
| 104:9-25 | Lack of personal knowledge/speculative (FRE 602); calls for legal conclusion | 96:11-98:11 | |
| 117:21-118:12 | | 118:21-119:18 | |
| 121:25-122:7 | | 121:6-24 | |
| 122:22-123:25 | Irrelevant (FRE 401, 402) | | |
| 127:2-16 | | | |
| 130:18-133:23 | Lack of personal knowledge/speculative (FRE 602) | 133:24-134:13 | |
| 134:14-19 | Lack of personal knowledge/speculative (FRE 602); calls for legal conclusion | | |
| 148:3-149:3 | | 145:20-146:5; 146:11-23 | |
| 150:20-151:5 | | | |
| 152:20-25 | | | |

10

| AL CELINI | | |
|---|---|---|
| November 8, 2013 Deposition Transcript | | |
| **Debtors' and Committees' Designations** | **UMB and Ad Hoc Group Objections** | **UMB and Ad Hoc Group Counter-Designations** |
| 41:5-22 | | |
| 42:25-43:8 | | 43:9-12 |
| 43:13-21 | | 43:9-12 |
| 47:4-8 | | |
| 71:16-72:8 | FRE 611(a) (Non-responsive) | 70:19-71:10<br>72:9-23 |
| 91:20-92:17 | | 92:18-22 |
| 97:2-22 | 97:17-22:<br>FRE 611(a) (Non-responsive) | |
| 98:20-99:2 | | 99:3-18 |
| 100:18-25 | | |
| 149:14-151:21 | | |
| 152:4-155:23 | 154:14-18:<br>FRE 611(c) (Leading) | |
| 156:6-159:10 | | |
| 159:21-160:10 | 159:21-25:<br>FRE 602, 802 (Lacks personal knowledge; calls for hearsay)<br><br>160:2-10<br>FRE 611(c) (Leading) | 160:11-15 |

11

| JOE CORTESE October 30, 2013 Deposition Transcript | | | |
| --- | --- | --- | --- |
| UMB and Ad Hoc Group's Designations | Debtors' and Committees' Objections | Debtors' and Committees' Counter-Designations | UMB and Ad Hoc Group's Objections to Counter-Designations |
| 010:24 – 011:08 | | | |
| 012:24 – 013:14 | | | |
| 018:23 – 019:14 | | | |
| 026:07 – 13 | Irrelevant (FRE 401, 402) | 26:14 - 17 | |
| 033:22 – 036:04 | Irrelevant (FRE 401, 402) | 36:05 - 37:02 (in the event 33:22 – 36:04 is admitted over Plan Proponents' objection) | |
| 037:03 – 039:06 | Irrelevant (FRE 401, 402) | | |
| 048:13 – 20 | Lack of personal knowledge (FRE 602) | | |
| 050:18-051:13 | | | |
| 051:14 – 053:16 | Lack of personal knowledge (FRE 602); irrelevant (FRE 401, 402); calls for legal conclusion | 53:17 - 53:22 | |
| 056:2 – 056:23 | Lack of personal knowledge/speculative (FRE 602); irrelevant (FRE 401, 402) | | |
| 064:24 – 065:9 | | | |
| 065:25 – 066:22 | Impermissible lay opinion (FRE 701, 702) | | |
| 066:23 – 068:18 | Calls for legal conclusion; impermissible lay opinion (FRE 701, 702) | | |
| 068:19 – 071:15 | Calls for legal conclusion; impermissible lay opinion (FRE 701, 702) | 71:16 - 21 | |
| 071:22 – 072:03 | | | |

12

| JOE CORTESE October 30, 2013 Deposition Transcript | | | |
|---|---|---|---|
| **UMB and Ad Hoc Group's Designations** | **Debtors' and Committees' Objections** | **Debtors' and Committees' Counter-Designations** | **UMB and Ad Hoc Group's Objections to Counter-Designations** |
| 072:4 – 073:19 | | 73:20 - 73:25 | |
| 075:11 – 077:20 | | 74:10 - 75:10 | |
| 077:21 – 078:6 | | | |
| 078:07 – 079:21 | | | |
| 082:04 – 20 | | 81:6 - 82:03 | |
| 083:17 – 84:22 | Irrelevant (FRE 401, 402) | | |
| 097:02 – 098:11 | | 95:14 - 96:25; 98:12 - 99:05 | |
| 099:06 – 100:09 | Lack of personal knowledge (FRE 602) | 100:10 - 22; 100:24 - 101:10 (in the event 99:06 – 100:09 is admitted over Plan Proponents' objection) | |
| 103:14 – 104:20 | | | |
| 105:20 – 105:25 | | | |
| 106:07 – 110:17 | Lack of personal knowledge (FRE 602); impermissible lay opinion (FRE 701, 702) | | |
| 110:25 – 111:25 | | | |
| 113:21 – 115:05 | | | |
| 119:14 – 121:08 | | | |
| 125:02 – 126:17 | | 121:17 - 122:09; 122:11 - 124:25 | |
| 127:15 – 128:09 | | | |
| 130:10 – 131:12 | | | |
| 133:05 – 08 | | | |

ny-1117418

| JOE CORTESE<br>October 30, 2013 Deposition Transcript | | | |
|---|---|---|---|
| UMB and Ad Hoc Group's Designations | Debtors' and Committees' Objections | Debtors' and Committees' Counter-Designations | UMB and Ad Hoc Group's Objections to Counter-Designations |
| 133:09 – 134:20 | | | |
| 136:02 – 137:02 | | | |
| 137:03 – 139:08 | | | |
| 139:9 - 140:15 | | | |
| 140:16 – 22 | | | |
| 142:17 – 143:06 | | 143:7 – 143:16 | |
| 144:07 – 146:09 | | | |
| 149:18 – 150:06 | | | |
| 150:7 – 150:16 | | | |
| 151:02 – 07 | | | |
| 152:09 – 25 | | 153:2 - 10; 153:12 - 14 | |
| 153:15 – 154:03 | | | |
| 155:19 – 156:06 | | 161:7 - 162:6; 162:8-20; 162:22 - 163:10; 164:2 | |
| 157:06 – 09 | | | |
| 171:05 – 16 | | | |
| 171:21 – 174:03 | | 171:17 - 20 | |
| 176:19 – 177:02 | Irrelevant (FRE 401, 402) | | |
| 177:03 – 178:15 | Irrelevant (FRE 401, 402) | | |
| 183:24 – 185:07 | | | |
| 185:08 – 186:05 | | 186:6 - 7; 186:9 - 25 | |

ny-1117418

| JOE CORTESE | | | |
|---|---|---|---|
| October 30, 2013 Deposition Transcript | | | |
| UMB and Ad Hoc Group's Designations | Debtors' and Committees' Objections | Debtors' and Committees' Counter-Designations | UMB and Ad Hoc Group's Objections to Counter-Designations |
| 189:05 – 191:04 | | 187:2- 4; 187:6 - 7; 187:9 - 188:10; 188:12 - 189:4; 191:5 - 192:11; 192:13 - 19; 193:6 - 16; 193:18 - 23 | |
| 196:12 – 197:06 | | | |
| 197:07 – 203:10 | | | |
| 203:21 – 210:06 | | 210:18 - 20; 210:23 - 211:2 | |
| 212:03 – 25 | | 213:2 - 8; 213:10 - 23 | |
| 216:10 – 217:04 | Calls for speculation (FRE 602); calls for legal conclusion | | |
| 228:07 – 231:18 | | 217:19 - 227:25 | |

| CATHY DONDZILA | | | |
|---|---|---|---|
| October 17, 2013 Deposition Transcript | | | |
| UMB and Ad Hoc Group Designations | Debtors' and Committees' Objections | Debtors' and Committees' Counter-Designations | UMB and Ad Hoc Group Objections to Counter-Designations |
| 013:11-14:16 | | | |
| 111:14-112:18 | | | |
| 115:15-22 | | | |
| 117:25-118:18 | | | |
| 119:2-11 | | | |

ny-1117418

| CATHY DONDZILA October 17, 2013 Deposition Transcript | | | |
|---|---|---|---|
| **UMB and Ad Hoc Group Designations** | **Debtors' and Committees' Objections** | **Debtors' and Committees' Counter-Designations** | **UMB and Ad Hoc Group Objections to Counter-Designations** |
| 125:3-13 | | | |
| 129:19-130:16 | | | |
| 134:4-16 | | | |
| 135:14-136:24 | | | |
| 14:25-15:4 | | | |
| 15:7-15 | | | |
| 152:25-153:9 | | | |
| 18:23-22:3 | | 22:4-15 | |
| 18:8-10 | | | |
| 22:16-23:20 | | | |
| 24:18-25:17 | | | |
| 24:3-8 | | | |
| 26:10-14 | | | |
| 30:13-33:21 | | | |
| 35:10-36:2 | | | |
| 36:17-37:22 | | | |
| 41:23-43:25 | | | |
| 46:16-47:20 | | 47:21–48:08 | |
| 49:13-51:16 | | | |
| 54:18-57:10 | | 57:11–16 57:23–58:04 58:12–19 | |
| 61:19-62:21 | | | |
| 65:15-67:16 | | | |
| 68:11-70:5 | | | |
| 70:17-71:4 | | | |

ny-1117418

| CATHY DONDZILA October 17, 2013 Deposition Transcript | | | |
| --- | --- | --- | --- |
| UMB and Ad Hoc Group Designations | Debtors' and Committees' Objections | Debtors' and Committees' Counter-Designations | UMB and Ad Hoc Group Objections to Counter-Designations |
| 71:23-74:7 | | | |
| 79:6-80-21 | | | |
| 81:4-19 | | | |
| 84:13-86:6 | | | |
| 86:17-89:10 | | | |
| 91:5-9 | | | |
| 94:4-97:8 | | | |
| 97:22-98:25 | | | |
| 99:17-100:4 | | | |
| 111:14-112:18 | | | |
| 115:15-22 | | | |
| 117:25-118:18 | Objection to form; vague and ambiguous | | |
| 119:2-11 | | | |
| 125:3-13 | | | |
| 129:19-130:16 | | | |
| 134:4-16 | | | |
| 135:14-136:24 | | | |
| 152:25-153:9 | | | |

17

| CATHY DONDZILA October 17, 2013 Deposition Transcript | | | |
|---|---|---|---|
| Debtors' and Committees' Designations | UMB and Ad Hoc Group Objections | UMB and Ad Hoc Group Counter-Designations | Debtors' and Committees' Objections to Counter-Designations |
| 8:11-9:22 | | | |
| 11:7-9 | | 11:10-16 | |
| 11-20-14:16 | | | |
| 18:23-20:22 | | | |
| 26:2-14 | | | |
| 32:12-33:17 | | | |
| 35:5-36-2 | | | |
| 36:17-37:22 | | | |
| 43:14-44:21 | | | |
| 53:16-24 | | 53:12-15 53:25-54:15 | |
| 58:25-59:20 | | | |
| 60:17-24 | | | |
| 61:19-62:3 | | | |
| 70:17-72:20 | | | |
| 77:22-78:6 | | | |
| 81:4-85:10 | | | |
| 92:11-94:3 | | | |
| 94:19-97:4 | | 97:9-21 | |
| 100:5-101:8 | | 101:9-17 | |
| 106:7-107:16 | | 107:17-21 | |
| 111:14-112:4 | | | |
| 113:3-10 | | 112:23-113:2 | |
| 125:3-13 | | 125:14-19 | |
| 125:20-126:4 | | 126:5-11 | |

18

| CATHY DONDZILA October 17, 2013 Deposition Transcript | | | |
|---|---|---|---|
| Debtors' and Committees' Designations | UMB and Ad Hoc Group Objections | UMB and Ad Hoc Group Counter-Designations | Debtors' and Committees' Objections to Counter-Designations |
| 134:4-16 | | 133:3-134:3 140:5-7 | Beyond the scope of affirmative testimony (133:3-134:3) |
| 144:17-148:24 | | | |
| 149:17-24 | | 149:9-16 | |
| 150:17-156:19 | | 149:25-150:16 156:20-157:13 | |
| 157:18-25 | | | |
| 158:5-13 | | 158:2-4 158:14-16 | |
| 158:17-159:11 | | 159:12-15 | |
| 159:16-160:14 | | 160:15-161:15 | |
| 161:16-162:23 | | | |
| 163:21-164:19 | | 162:24-163:20 164:20-22 | |
| 164:23-25 | | | |
| 165:9-23 | | 165:2-8 | |
| 166:23-167:23 | | | |
| 168:5-175:17 | | | |
| 176:4-19 | | 176:20-177:6 | |
| 177:7-23 | | 177:24-178:5 | |
| 178:6-16 | | | |
| 179:2-17 | | 179:18-25 | |
| 180:2-182:8 | | | |
| 183:10-22 | | 183:23-184:16 | |

19

| CATHY DONDZILA | | | |
|---|---|---|---|
| October 17, 2013 Deposition Transcript | | | |
| Debtors' and Committees' Designations | UMB and Ad Hoc Group Objections | UMB and Ad Hoc Group Counter-Designations | Debtors' and Committees' Objections to Counter-Designations |
| 184:17-185:4 | | 185:5-187:16 | Beyond the scope of affirmative testimony |
| 187:17-191:4 | | 191:9-21<br>192:2-193:4 | |

| TERESA RAE FARLEY | | |
|---|---|---|
| September 18, 2013 Deposition Transcript | | |
| Wells Fargo's Designations | Debtors' and Committee's Objections | Debtors' and Committee's Objections Counter-Designations |
| 191:7-214:14 | | |
| 221:21-225:8 | | |
| 229:11-23 | | |

| MICHAEL FAZIO | | | |
|---|---|---|---|
| November 8, 2013 Deposition Transcript | | | |
| Debtors' and Committee's Designations | UMB and Ad Hoc Group Objections | UMB and Ad Hoc Group Counter-Designations | Debtors' and Committee's Objections to Counter-Designations |
| 10:6-25 | | 9:11-19<br>9:25-10:5 | |

20

| MICHAEL FAZIO | | | |
| November 8, 2013 Deposition Transcript | | | |
| **Debtors' and Committee's Designations** | **UMB and Ad Hoc Group Objections** | **UMB and Ad Hoc Group Counter-Designations** | **Debtors' and Committee's Objections to Counter-Designations** |
|---|---|---|---|
| 13:20-14:20 | | 13:9-19 | Beyond the scope of affirmative testimony; irrelevant (FRE 401, 402) |
| 15:21-16:4 | | 15:6-20 | |
| 17:18-20:9 | | 16:21-17:17<br>20:10-12 | |
| 20:21-21:3 | | | |
| 21:10-22:10 | | 22:11-23:3 | |
| 24:21-25:6 | | | |
| 25:15-20 | | | |
| 26:8-12 | | 25:21-26:7<br>26:13-18<br>27:5-28:14 | |
| 28:15-30:21 | | | |
| 31:19-32:25 | | 33:2-6 | |
| 33:14-34:4 | | 34:5-7 | |
| 34:8-35:13 | | | |
| 35:14-39:5 | | 41:5-46:10<br>46:19-47:3 | Beyond the scope of affirmative testimony |
| 48:25-49:18 | | | |
| 53:7-55:3 | | | |
| 55:25-57:16 | | | |
| 62:17-65:6 | | | |

21

| MICHAEL FAZIO November 8, 2013 Deposition Transcript | | | |
|---|---|---|---|
| Debtors' and Committee's Designations | UMB and Ad Hoc Group Objections | UMB and Ad Hoc Group Counter-Designations | Debtors' and Committee's Objections to Counter-Designations |
| 65:21-66:20 | | 58:23-59:25 60:21-62:16 66:21-67:8 69:7-23 | Beyond the scope of affirmative testimony (58:23-59:25; 60:21-62:16) |
| 73:7-13 | | 72:2-22 73:14-25 | |
| 75:22-78:21 | | | |
| 81:24-82:24 | | 82:25 | |
| 83:2-85:10 | | | |
| 86:5-20 | | 85:11-86:4 | |
| 86:24-87:23 | | | |
| 88:20-89:3 | | 89:4-11 91:7-20 119:10-120:7 | |
| 91:21-92:21 | | | |
| 94:12-95:17 | | | |
| 96:3-97:8 | | 97:9-13 | |
| 100:13-101:23 | | 99:24-100:9 | |
| 103:3-19 | | 103:20 | |
| 103:21-104:20 | | 104:21-105:5 | |
| 105:6-23 | | | |
| 107:2-108:12 | | 108:13-109:9 | |
| 109:10-111:4 | | 111:5-9 | |
| 111:10-112:5 | | 112:6-10 112:15-119:9 | Calls for legal conclusion (113:22-114:16) |

| TAMMY HAMZEHPOUR October 18, 2013 Deposition Transcript | | |
| --- | --- | --- |
| **UMB and Ad Hoc Group's Designations** | **Debtors' and Committee's Objections** | **Debtors' and Committee's Counter-Designations** |
| 14:5-25 | 14:12-16:  objection to form; vague and ambiguous <br> 14:17-25:  lack of personal knowledge (FRE 602); lack of foundation (FRE 602, 901, 903) | |
| 15:12-17:21 | 15:23-16:12: lack of personal knowledge (FRE 602); lack of foundation (FRE 602, 901, 903) <br> 17:3-11: lack of personal knowledge (FRE 602) | |
| 18:8-19:5 | | |
| 20:18-25:23 | Lack of personal knowledge (FRE 602) | 25:24-26:16 |
| 28:3-21 | 28:12-21: lack of personal knowledge (FRE 602). | 27:12-28:2 |
| 29:21-34:11 | 31:3-16: objection to form; vague and ambiguous <br> 31:20-25: lack of personal knowledge (FRE 602); objection to form; vague and ambiguous <br> 32:2-10: lack of personal knowledge (FRE 602) <br> 33:11-18:  lack of personal knowledge (FRE 602); unduly prejudicial (FRE 403) | |
| 35:11-37:20 | 35:11-36:3: lack of personal knowledge (FRE 602) | |
| 038:06 – 038:13 | | |
| 38:19-39:9 | Irrelevant (FRE 401, 402) | |

23

| LEWIS KRUGER October 30, 2013 Deposition Transcript | | | |
|---|---|---|---|
| UMB and Ad Hoc Group's Designations | Debtors' and Committees' Objections | Debtors' and Committees' Objections Counter-Designations | UMB and Ad Hoc Group's Objections to Counter-Designations |
| 17:17-20 | | | |
| 18:13-22:12 | | 22:13-23:16 | |
| 23:17-24:13 | | 24:14-25:10 | |
| 25:11-18 | | 25:19-26:4 | |
| 28:17-24 | | 27:21-28:16, 28:25-29:15 | |
| 29:19-33:12 | | | |
| 34:2-36:21 | | | |
| 37:8-43:19 | 42:13-43:2: Objection to form; misleading; confusing. | | |
| 45:17-46:3 | | 45:5-16 | |
| 47:5-48:15 | | | |
| 49:2-51:13 | | 51:14-52:2 | |
| 52:18-55:7 | 52:18-53:4: Lack of personal knowledge/speculative (FRE 602). 54:5-18: Lack of personal knowledge/speculative (FRE 602). | 55:8-25 | |
| 56:2-23 | | 56:24-25 | |
| 57:2-62:15 | 57:2-14: Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106). 58:13 - 17: Irrelevant (FRE 401, 402) | | |

24

| LEWIS KRUGER October 30, 2013 Deposition Transcript | | | |
|---|---|---|---|
| UMB and Ad Hoc Group's Designations | Debtors' and Committees' Objections | Debtors' and Committees' Objections Counter-Designations | UMB and Ad Hoc Group's Objections to Counter-Designations |
| 64:4-71:23 | 67:16-68:8: Lack of personal knowledge (FRE 602). 69:8-71:4: Inadmissible hearsay (FRE 802). | 62:6-64:3, 71:24-72:8 | |
| 78:4-84:18 | 82:14-16: Objection to form; misleading; confusing; unduly prejudicial. | 84:19-21, 85:2-19 | |
| 89:9-90:5 | | | |
| 95:5-98:6 | 96:18-97:5: Lack of personal knowledge/speculative (FRE 602). | 98:7-13 | |
| 98:14-20 | | | |
| 100:2-19 | | | |
| 101:18-102:5 | | 102:6-14 | |
| 103:17-104:9 | | 103:6-16 | |
| 105:12-106:7 | | 104:10-105:11, 106:8-107:15 | |
| 108:6-23 | | | |
| 112:15-113:25 | | | |
| 114:17-115:5 | | 114:2-16 | |
| 116:13-117:18 | | 117:19-119:20 | |
| 119:21-121:13 | | | |
| 123:11-125:13 | | | |
| 125:23-126:20 | | | |
| 128:8-11 | | 128:12-19, 128:24-129:11 | |

25

| LEWIS KRUGER October 30, 2013 Deposition Transcript | | | |
|---|---|---|---|
| UMB and Ad Hoc Group's Designations | Debtors' and Committees' Objections | Debtors' and Committees' Objections Counter-Designations | UMB and Ad Hoc Group's Objections to Counter-Designations |
| 130:5-23 | | | |
| 132:4-7 | | | |
| 133:6-12 | | 132:16-133:5, 133:13-19, 134:11-136:2 | |
| 139:24-141:25 | | | |
| 147:17-148:11 | | | |
| 150:25-151:13 | | | |
| 151:23-152:6 | | 151:14-22 | |
| 153:7-154:8 | | | |

| WILLIAM MARX October 18, 2013 Deposition Transcript | | | |
|---|---|---|---|
| UMB and Ad Hoc Group's Designations | Debtors' and Committee's Objections | Debtors' and Committee's Counter-Designations | UMB and Ad Hoc Group's Objections to Counter-Designations |
| 9:2-16 | | | |
| 10:13-11:11 | | | |
| 13:24 – 014:12 | | | |
| 14:22-15:8 | | | |
| 17:3-18:2 | Irrelevant (FRE 103) | | |

| WILLIAM MARX October 18, 2013 Deposition Transcript | | | |
|---|---|---|---|
| **UMB and Ad Hoc Group's Designations** | **Debtors' and Committee's Objections** | **Debtors' and Committee's Counter-Designations** | **UMB and Ad Hoc Group's Objections to Counter-Designations** |
| 20:21 – 021:06 | Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | | |
| 21:22-23:9 | Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | 23:10-24:9 | |
| 24:10 – 21 | | | |
| 24:22-25:10 | | | |
| 25:11-24 | | | |
| 28:7-28:14 | | | |
| 28:15-30:2 | | | |
| 30:3-17 | Irrelevant (FRE 401, 402), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), | | |
| 30:18-22 | | | |
| 30:23-31:4 | | | |
| 31:5-9 | Irrelevant (FRE 401, 402), unduly prejudicial (FRE 403) | | |
| 31:10-11 | | | |
| 32:2-12 | Irrelevant (FRE 401, 402) | | |
| 32:23-34:8 | | | |

ny-1117418

| WILLIAM MARX October 18, 2013 Deposition Transcript | | | |
|---|---|---|---|
| **UMB and Ad Hoc Group's Designations** | **Debtors' and Committee's Objections** | **Debtors' and Committee's Counter-Designations** | **UMB and Ad Hoc Group's Objections to Counter-Designations** |
| 34:9-21 | Irrelevant (FRE 401, 402), confusing (FRE 403), lack of personal knowledge (FRE 602) | | |
| 34:22-36:23 | Irrelevant (FRE 401. 402), unduly prejudicial (FRE 403) | 36:24-37:6 | |
| 37:7-12 | Irrelevant (FRE 401, 402), confusing (FRE 403), , lack of personal knowledge (FRE 602) | 36:24-37:6 | |
| 40:18-41:15 | Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | | |
| 41:16-19 | Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | | |
| 41:20-42:15 | Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | | |
| 42:16-43:16 | | | |
| 44:2-13 | | | |

28

| WILLIAM MARX October 18, 2013 Deposition Transcript | | | |
|---|---|---|---|
| **UMB and Ad Hoc Group's Designations** | **Debtors' and Committee's Objections** | **Debtors' and Committee's Counter-Designations** | **UMB and Ad Hoc Group's Objections to Counter-Designations** |
| 44:14-45:25 | | | |
| 46:2-47:4 | Irrelevant (FRE 401, 402) | | |
| 49:24-50:20 | Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | | |
| 50:21-52:11 | | | |
| 52:12-16 | | | |
| 52:17-54:2 | | | |
| 54:3-4 | Incomplete (FRE 106), lack of personal knowledge (FRE 602), confusing (FRE 403) | | |
| 54:5-12 | Irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), calls for legal conclusion (FRE 701, 702, 703), lack of personal knowledge (FRE 602) | | |
| 54:13-20 | Irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), calls for legal conclusion (FRE 701, 702, 703) | | |
| 54:21-55:8 | Irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge/speculative (FRE 602) | | |

| WILLIAM MARX | | | |
|---|---|---|---|
| **October 18, 2013 Deposition Transcript** | | | |
| **UMB and Ad Hoc Group's Designations** | **Debtors' and Committee's Objections** | **Debtors' and Committee's Counter-Designations** | **UMB and Ad Hoc Group's Objections to Counter-Designations** |
| 55:9-56:4 | Irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge/speculative (FRE 602) | | |
| 56:5-23 | | | |
| 58:7-61:3 | Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | 23:10-24:9 | |
| 61:4-61:17 | Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | 23:10-24:9 | |
| 62:08 – 063:06 | Incomplete (FRE 106) | | |
| 63:7-64:7 | | | |
| 64:17-24 | | | |

| WILLIAM MARX October 18, 2013 Deposition Transcript | | | |
|---|---|---|---|
| **UMB and Ad Hoc Group's Designations** | **Debtors' and Committee's Objections** | **Debtors' and Committee's Counter-Designations** | **UMB and Ad Hoc Group's Objections to Counter-Designations** |
| 66:6-67:14 | Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106), calls for legal conclusion (FRE 701, 702, 703) | | |
| 67:25-68:13 | Irrelevant (FRE 304) | | |
| 68:14-72:3 | Objection to Page 68, Line 14 through Page 70, Line 16: Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | 72:4-14 | |
| 73:11-24 | Incomplete (FRE 106) | | |
| 75:5-12 | Incomplete (FRE 106) | | |
| 76:12-77:22 | Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | 23:10-24:9 | |
| 82:2-83:17 | Irrelevant (FRE 304), unduly prejudicial (FRE 403) | | |

31

| WILLIAM MARX | | | |
|---|---|---|---|
| October 18, 2013 Deposition Transcript | | | |
| UMB and Ad Hoc Group's Designations | Debtors' and Committee's Objections | Debtors' and Committee's Counter-Designations | UMB and Ad Hoc Group's Objections to Counter-Designations |
| 83:24-84:19 | Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | | |
| 86:15-87:6 | Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | | |
| 88:3-9 | Incomplete (FRE 106); unduly prejudicial (FRE 403), irrelevant (FRE 402); lack of personal knowledge/speculative (FRE 602); calls for legal conclusion (FRE 701, 702, 703) | 88:10-24 | |
| 89:14-90:3 | | | |
| 93:9-95:13 | Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | 92:19-93:8 95:14-96:23 23:10-24:9 | |

| WILLIAM MARX October 18, 2013 Deposition Transcript | | |
|---|---|---|
| Debtors' and Committee's Designations | UMB and Ad Hoc Group Objections | UMB and Ad Hoc Group Counter-Designations |
| 6:12-15 | | |
| 8:24-9:8 | | |
| 9:17-11:11 | | |
| 24:10-25:17 | | |
| 27:7-28:14 | 27:25-28:6: FRE 402 (Not relevant) FRE 602, 701, 702 (Lacks foundation, calls for expert opinion) | |
| 30:18-31:4 | | |
| 37:13-25 | | |
| 38:3 | | |
| 44:11-16 | | |
| 44:19-22 | | |
| 50:24-52:16 | | |
| 56:5-58:6 | | |
| 63:15-64:16 | | |
| 64:22-65:9 | | |
| 65:18-66:3 | | 65:10-17 |
| 70:17-71:14 | | 66:4-5 |
| 72:15-76:5 | | |
| 78:2-6 | FRE 402 (Not relevant) | |

33

| WILLIAM MARX<br>October 18, 2013 Deposition Transcript | | |
|---|---|---|
| **Debtors' and Committee's Designations** | **UMB and Ad Hoc Group Objections** | **UMB and Ad Hoc Group Counter-Designations** |
| 79:24-81:17 | 79:24-81:17<br>FRE 402 (Not relevant)<br><br>80:16-81:17<br>FRE 602 (Lacks personal knowledge; calls for speculation) | |
| 84:20-85:12 | 84:25-85:9<br>FRE 802 (Hearsay)<br>FRE 1002 (Best evidence) | |
| 88:3-14 | 88:10-14<br>FRE 402 (Not relevant) | |
| 88:18-22 | 88:18-22<br>FRE 402 (Not relevant)<br>FRE 602, 701, 702 (Lacks foundation, calls for expert opinion) | |
| 90:21-91:25 | FRE 602 (Lacks personal knowledge; calls for speculation) | |
| 98:6-11 | | |
| 98:14-19 | | |

| MICHAEL PINZON September 3, 2013 Deposition Transcript | | |
|---|---|---|
| **Wells Fargo's Designations** | **Debtor's and Committee's Objections** | **Debtor's and Committee's Counter-Designations** |
| 7:8-10 | | |
| 11:8-12:13 | | |
| 13:2-17:23 | | |
| 23:8-14 | | |
| 38:17-39:20 | | |
| 58:7-66:5 | | |
| 68:11-18 | | |
| 69:9-20 | | |
| 70:3-16 | | |
| 71:12-79:8 | | |
| 80:6-83:5 | | |
| 83:11-84:17 | | |
| 85:5-9 | | |
| 85:25-86:10 | | |
| 88:10-89:24 | | |
| 92:8-94:8 | | |
| 95:9-13 | | |
| 95:25-99:19 | | |
| 100:3-103:12 | | |
| 103:22-104:1 | | |
| 114:3-115:8 | | |
| 115:21-116:16 | | |
| 117:2-124:25 | | |
| 125:9-127:10 | | |
| 127:14-128:3 | | |
| 128:6-10 | | |
| 128:17-134:19 | | |

ny-1117418

| MICHAEL PINZON September 3, 2013 Deposition Transcript | | |
|---|---|---|
| **Wells Fargo's Designations** | **Debtor's and Committee's Objections** | **Debtor's and Committee's Counter-Designations** |
| 135:3-16 | | |
| 137:19-138:14 | | |
| 138:21-139:4 | | |
| 139:7-19 | | |
| 140:9-146:9 | | |
| 147:6-148:19 | | |
| 148:23-149:5 | | |
| 149:18-150:10 | | |
| 151:5-152:22 | | |
| 157:11-159:3 | | |
| 159:12-160:9 | | |
| 160:19-161:3 | | |
| 161:17-163:7 | | |
| 163:20-25 | | |
| 164:15-165:6 | | |
| 165:22-166:18 | | |
| 167:16-168:13 | | |
| 169:22-170:123 | | |
| 171:7-11 | | |
| 171:18-172:16 | | |
| 173:2-174:5 | | |
| 175:4-11 | | |
| 177:2-25 | | |

| MARK RENZI November 6, 2013 Deposition Transcript | | | |
|---|---|---|---|
| **UMB and Ad Hoc Group Designations** | **Debtors' and Committees' Objections** | **Debtors' and Committees' Counter-Designations** | **UMB and Ad Hoc Group Objections to Counter-Designations** |
| 12:24-13:20 | Irrelevant (FRE 401, 402); incomplete | 12:15-23 | |
| 148:5-151:19 | Irrelevant (FRE 401, 402); incomplete (FRE 106) | | |
| 152:16-23 | Irrelevant (FRE 401, 402); unduly prejudicial (FRE 403) | | |
| 153:9-23 | Irrelevant (FRE 401, 402); lack of personal knowledge (FRE 602); incomplete (FRE 106) | 153:24-25 | |
| 155:6-25 | Irrelevant (FRE 401, 402); incomplete (FRE 106) | 156:8-157:4 | Impermissible lay opinion (FRE 701, 702) |
| 157:5-158:4 | Irrelevant (FRE 401, 402); incomplete (FRE 106) | | |
| 158:19-159:2 | Irrelevant (FRE 401, 402); incomplete (FRE 106) | 159:3-19 | |
| 167:9-15 | Incomplete (FRE 106); lack of personal knowledge (FRE 602) | 166:18-167:8 | |
| 168:5-11 | Irrelevant (FRE 401, 402); lack of personal knowledge (FRE 602); lack of foundation (FRE 602, 901, 903); incomplete (FRE 106) | 168:12-20 | FRE 611(a) (Non-responsive) |
| 169:5-170:7 | Irrelevant (FRE 401, 402); lack of personal knowledge (FRE 602); lack of foundation (FRE 602, 901, 903) | | |
| 170:13-171:9 | Incomplete (FRE 106) | 170:3-12 | Hearsay (FRE 802) |

37

| MARK RENZI November 6, 2013 Deposition Transcript | | | |
|---|---|---|---|
| **UMB and Ad Hoc Group Designations** | **Debtors' and Committees' Objections** | **Debtors' and Committees' Counter-Designations** | **UMB and Ad Hoc Group Objections to Counter-Designations** |
| 181:24-182:6 | Incomplete (FRE 106) | 181:4-23 | |
| 182:20-184:3 | Irrelevant (FRE 401, 402); lack of personal knowledge (FRE 602); lack of foundation (FRE 602, 901, 903); incomplete (FRE 106) | 184:4-23 | |
| 186:6-187:11 | Irrelevant (FRE 401, 402); lack of personal knowledge (FRE 602); incomplete (FRE 106) | 185:19-186:5 | |

| REID SNELLENBARGER November 8, 2013 Deposition Transcript | | | |
|---|---|---|---|
| **UMB and Ad Hoc Group Designations** | **Debtors' and Committee's Objections** | **Debtors' and Committee's Counter-Designations** | **UMB and Ad Hoc Group Objections to Counter-Designations** |
| 224:5-226:2 | | | |
| 296:5-24 | | 289:7-12 290:14 - 291: 6 295:6 - 296:4 | |
| 352:12-353:2 | | 352:5-11 353:3-354:13 | |
| 355:4-12 | | | |
| 391:24-395:6 | | 395:14-398:21 | 397:14-398:7 FRE 611(c) (Leading) |

38

| REID SNELLENBARGER November 8, 2013 Deposition Transcript | | |
|---|---|---|
| **Wells Fargo's Designations** | **UMB and Ad Hoc Group Objections** | **UMB and Ad Hoc Group Counter-Designations** |
| 362:2-365:5 | 362:2 – 391:18 FRE 601, 611 (Outside the scope of 30(b)(6) topics) | |
| 367:12-389:11 | 367:15-16 FRE 611(a) (Vague and ambiguous)  368:23-369:4 FRE 611(a) (Vague and ambiguous)  369:21-370:2 FRE 402 (Not relevant)  373:2-379:25 FRE 402 (Not relevant) | 389:12-395:6 |

| REID SNELLENBARGER November 8, 2013 Deposition Transcript | | | |
|---|---|---|---|
| **Debtors' and Committee's Designations** | **UMB and Ad Hoc Group Objections** | **UMB and Ad Hoc Group Counter-Designations** | **Debtors' and Committee's Objections to Counter-Designations** |
| 132:25-133:3 | | | |
| 136:21-145:14 | | | |
| 147:17-149:25 | | | |
| 151:7-155:5 | 152:18-153:8 FRE 611(a) (Vague and ambiguous) | | |
| 155:14-159:11 | | | |

39

| REID SNELLENBARGER | | | |
| --- | --- | --- | --- |
| November 8, 2013 Deposition Transcript | | | |
| Debtors' and Committee's Designations | UMB and Ad Hoc Group Objections | UMB and Ad Hoc Group Counter-Designations | Debtors' and Committee's Objections to Counter-Designations |
| 160:11-165:5 | | 165:6–166:18 | |
| 166:19-168:24 | | | |
| 169:3-172:8 | | | |
| 174:21-179:17 | | | |
| 180:2-7 | | | |
| 181:22-183:25 | | 184:2–186:18 | Beyond the scope of affirmative testimony |
| 188:12-190:10 | | 187:6–18 | Beyond the scope of affirmative testimony |
| 190:16-193:25 | 193:15-194:3 FRE 602 (Lack of foundation) | 194:2-3 195:13–197:3 | Beyond the scope of affirmative testimony (195:13-197:3) |
| 200:13-202:3 | | 198:15 – 200:3 | Beyond the scope of affirmative testimony |
| 202:22-210:6 | | | |
| 210:12-214:19 | | 214:24–216:11 | |
| 216:12-224:4 | | 224:5–226:2 | |
| 226:8-229:9 | | | |
| 236:14-240:22 | | 234:7–235:24 240:23–242:22 | |
| 242:23-246:7 | | | |
| 248:2-11 | | | |
| 248:16-257:14 | 255:4-6 FRE 602 (Calls for speculation) | | |

40

| REID SNELLENBARGER November 8, 2013 Deposition Transcript | | | |
|---|---|---|---|
| Debtors' and Committee's Designations | UMB and Ad Hoc Group Objections | UMB and Ad Hoc Group Counter-Designations | Debtors' and Committee's Objections to Counter-Designations |
| 258:8-267:16 | 258:8-259:2 FRE 611(a) (Vague and ambiguous, misstates witness's testimony) | 269:21 – 270:6 270:15 – 25 274:21 – 275:13 | Beyond the scope of affirmative testimony; incomplete (FRE 106) |
| 278:16-287:13 | 279:13-23 FRE 611(a) (Vague and ambiguous) | 296:5 – 24 308:23 – 310:7 317:13 – 318:13 | |
| 349:3-8 | | | |
| 349:14-351:5 | | 351:6-353:2 | |
| 354:14-355:12 | 354:14 FRE 611(a) (Vague and ambiguous) | 353:3-354:13 | |

| BARB WESTMAN October 15, 2013 Deposition Transcript | | |
|---|---|---|
| UMB and Ad Hoc Group's Designations | Debtors' and Committee's Objections | Debtors' and Committee's Counter-Designations |
| 11:18-14:22 | | |
| 15:13-18 | | |
| 21:5-20 | 21:8-15: objection to form; vague and ambiguous | |
| 22:8-23:13 | | |
| 24:24-26:8 | Incomplete (FRE 106) | 26:9-27:10 |

ny-1117418

| BARB WESTMAN October 15, 2013 Deposition Transcript | | |
|---|---|---|
| **UMB and Ad Hoc Group's Designations** | **Debtors' and Committee's Objections** | **Debtors' and Committee's Counter-Designations** |
| 27:11-28:5 | | |
| 28:9-14 | Incomplete (FRE 106) | |
| 35:17-36:7 | Lack of foundation (FRE 602, 901, 903); incomplete (FRE 106) | |
| 37:12-42:7 | 38:18-22: objection to form; vague and ambiguous. 39:24-40:7, lack of personal knowledge (FRE 602); impermissible lay opinion | |
| 43:9-22 | Incomplete (FRE 106) | 42:24-43:8 |
| 44:15-46:5 | | |
| 46:14-47:24 | | 56:25-58:2 |
| 61:20-62:10 | | |
| 70:4-23 | Lack of foundation (FRE 602, 901, 903); incomplete (FRE 106) | 70:24-25 |
| 75:2-80:6 | Lack of personal knowledge (FRE 620); lack of foundation (FRE 602, 901, 903) | |
| 83:16-24 | Incomplete (FRE 106) | 83:2-15 |
| 86:4-87:23 | | |
| 89:8-25 | | |
| 90:6-20 | | |
| 97:3-10 | Lack of foundation (FRE 602, 901, 903) | |
| 98:19-99:10 | 99:6-10: lack of personal knowledge (FRE 602) | 99:11-24 |
| 99:25-100:20 | 99:25-100:8: lack of personal knowledge (FRE 602) | |
| 103:4-104:25 | 104:19-15: Lack of foundation (FRE 602, 901, 903) | |

42

| BARB WESTMAN October 15, 2013 Deposition Transcript | | |
|---|---|---|
| **UMB and Ad Hoc Group's Designations** | **Debtors' and Committee's Objections** | **Debtors' and Committee's Counter-Designations** |
| 106:23-107:8 | | |
| 110:6-112:2 | | 112:3-6 |
| 112:7-113:12 | 112:7-15: lack of personal knowledge (FRE 602) | |
| 114:4-123:8 | 117:3-16: objection to form; vague and ambiguous; lack of personal knowledge (FRE 602) 119:2-11: lack of personal knowledge (FRE 602) 119:12-24, lack of personal knowledge (FRE 602) | |
| 129:15-21 | Lack of foundation (FRE 602, 901, 903) | |
| 130:10-131:17 | 130:10-131:4: objection to form; compound; vague and ambiguous | |
| 134:21-135:16 | 135:10-16: hearsay (FRE 802), lack of personal knowledge (FRE 602), irrelevant (FRE 401, 402) | |
| 139:24-140:9 | Lack of personal knowledge (FRE 602) | |
| 140:23-141:22 | | |
| 143:2-7 | | |
| 143:12-144:3 | Lack of foundation (FRE 602, 901, 903) | |
| 144:25-145:24 | 145:19-24: lack of foundation (FRE 602, 901, 903) | |
| 146:15-147:8 | | |
| 148:11-14 | | |
| 152:22-157:18 | | |
| 158:19-159:8 | | 158:10-18 |

43

| BARB WESTMAN October 15, 2013 Deposition Transcript | | |
|---|---|---|
| UMB and Ad Hoc Group's Designations | Debtors' and Committee's Objections | Debtors' and Committee's Counter-Designations |
| 159:13-160:4 | Incomplete (FRE 106). | 159:9-12 160:5-9 |
| 160:19-162:25 | | |
| 163:5-10 | | |
| 163:15-25 | | |
| 164:21-165:23 | | |
| 166:8-13 | | |
| 166:21-25 | | 167:2-8 |
| 167:22-169:10 | | |
| 170:20-171:12 | 170:25-171:12: lack of personal knowledge (FRE 602) | 169:17-170:6 |
| 171:23-173:01 | | |
| 174:4-179:12 | 174:22-175:5, lack of personal knowledge (FRE 602) 177:13-23: objection to form; vague and ambiguous; lack of personal knowledge (FRE 602) | |
| 179:25-180:11 | | |
| 183:4-190:11 | 189:25-190:4: lack of personal knowledge (FRE 602), hearsay (FRE 802) | |
| 196:12-197:19 | Lack of foundation (FRE 602, 901, 903) | |
| 200:9-16 | | |
| 205:24-206:10 | Incomplete (FRE 106). | 206:11-16 228:13-230:2 |
| 208:4-22 | | |
| 214:15-215:22 | 215:16-22: lack of personal knowledge (FRE 802), hearsay (FRE 802) | |

44

| BARB WESTMAN October 15, 2013 Deposition Transcript | | |
|---|---|---|
| **UMB and Ad Hoc Group's Designations** | **Debtors' and Committee's Objections** | **Debtors' and Committee's Counter-Designations** |
| 218:16-220:6 | | 220:7-221:16 |
| 227:7-23 | Incomplete (FRE 106) | |

| JAMES YOUNG November 6, 2013 Deposition Transcript | | | |
|---|---|---|---|
| **UMB and Ad Hoc Group Designations** | **Debtors' and Committee's Objections** | **Debtors' and Committee's Counter-Designations** | **UMB and Ad Hoc Group Objections to Counter-Designations** |
| 7:12-15 | | | |
| 21:15 – 24:9 | Inadmissible hearsay (FRE 802) 21:15-23:3: irrelevant (FRE 401, 402) | | |
| 26:22-33:5 | Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | 33:6-7 | |
| 34:9-36:3 | Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | | |

45

| JAMES YOUNG November 6, 2013 Deposition Transcript | | | |
|---|---|---|---|
| **UMB and Ad Hoc Group Designations** | **Debtors' and Committee's Objections** | **Debtors' and Committee's Counter-Designations** | **UMB and Ad Hoc Group Objections to Counter-Designations** |
| 36:20-37:2 | Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | | |
| 37:7-13 | Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | | |
| 38:11-39:17 | Inadmissible hearsay and double hearsay (FRE 802), irrelevant (FRE 401, 402), unduly prejudicial (FRE 403), lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), incomplete (FRE 106) | | |
| 40:5-18 | Inadmissible hearsay (FRE 802) | | |
| 45:22-47:16 | Inadmissible hearsay (FRE 802) | | |
| 48:7-50:12 | Inadmissible hearsay (FRE 802) | 50:13-25 | |

| JAMES YOUNG November 6, 2013 Deposition Transcript | | | |
|---|---|---|---|
| **UMB and Ad Hoc Group Designations** | **Debtors' and Committee's Objections** | **Debtors' and Committee's Counter-Designations** | **UMB and Ad Hoc Group Objections to Counter-Designations** |
| 51:5-59:19 | Inadmissible hearsay (FRE 802), irrelevant (FRE 401, 402) | | |
| 61:18-64:19 | Inadmissible hearsay (FRE 802), irrelevant (FRE 401, 402) | | |
| 66:22-25 | Inadmissible hearsay (FRE 802), irrelevant (FRE 401, 402) | | |
| 67:6-68:17 | Inadmissible hearsay (FRE 802) | | |
| 69:3-72:9 | Inadmissible hearsay (FRE 802), irrelevant (FRE 401, 402) | | |
| Young Tr. at 73:13-75:18 | Inadmissible hearsay (FRE 802), irrelevant (FRE 401, 402), lack of personal knowledge (FRE 602) | | |

47

| JAMES YOUNG | | | |
|---|---|---|---|
| **November 6, 2013 Deposition Transcript** | | | |
| **UMB and Ad Hoc Group Designations** | **Debtors' and Committee's Objections** | **Debtors' and Committee's Counter-Designations** | **UMB and Ad Hoc Group Objections to Counter-Designations** |
| Young Tr. at 76:5-103:20 | Inadmissible hearsay (FRE 802) (except for 94:24-101:21)<br><br>76:5-80:9: irrelevant (FRE 401, 402), waste of time (FRE 403)<br><br>80:10-88:11: irrelevant (FRE 401, 402), lack of foundation (FRE 602, 901, 903)<br><br>88:25-89:5: lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903)<br><br>89:6-90:19: lack of personal knowledge (FRE 602), irrelevant (FRE 401, 402), improper lay opinion<br><br>91:2-92:10: 89:6-90:19: lack of personal knowledge (FRE 602), irrelevant (FRE 401, 402), improper lay opinion, lack of foundation (FRE 602, 901, 903)<br><br>92:21-93:19: lack of personal knowledge (FRE 602)<br><br>94:24-101:21: no objection<br><br>101:22-103:20: lack of personal knowledge (FRE 602), irrelevant (FRE 401, 402), improper lay opinion | | |
| Young Tr. at 104:10-106:24 | | | |

48

| JAMES YOUNG November 6, 2013 Deposition Transcript | | | |
|---|---|---|---|
| **UMB and Ad Hoc Group Designations** | **Debtors' and Committee's Objections** | **Debtors' and Committee's Counter-Designations** | **UMB and Ad Hoc Group Objections to Counter-Designations** |
| Young Tr. at 107:6-122:18 | Inadmissible hearsay (FRE 802), irrelevant (FRE 401, 402), lack of personal knowledge (FRE 602), improper lay opinion, lack of foundation (FRE 602, 901, 903) | | |
| Young Tr. at 123:5-128:20 | Inadmissible hearsay (FRE 802) 123:5-11: lack of personal knowledge (FRE 602) 126:2-127:4: lack of personal knowledge (FRE 602), improper lay opinion | | |
| Young Tr. at 130:4-134:23 | 133:24-134:23: irrelevant (FRE 401, 402) | | |
| Young Tr. at 135:4-136:25 | | | |
| Young Tr. at 137:22-139:2 | 137:22-138:15: irrelevant (FRE 401, 402) | | |
| Young Tr. at 139:13-20 | | | |
| Young Tr. at 140:5-22 | | | |
| Young Tr. at 141:9-149:22 | | | |
| Young Tr. at 151:19-24 | Lack of personal knowledge (FRE 602) | | |
| Young Tr. at 153:9-165:15 | | | |

49

| JAMES YOUNG November 6, 2013 Deposition Transcript | | | |
|---|---|---|---|
| **UMB and Ad Hoc Group Designations** | **Debtors' and Committee's Objections** | **Debtors' and Committee's Counter-Designations** | **UMB and Ad Hoc Group Objections to Counter-Designations** |
| Young Tr. at 166:25-177:18 | 166:25-167:8: inadmissible hearsay (FRE 802) 169:13-25: inadmissible hearsay (FRE 802), lack of personal knowledge (FRE 602) 170:2-16: inadmissible hearsay (FRE 802), lack of personal knowledge (FRE 602) inadmissible hearsay (FRE 802), lack of personal knowledge (FRE 602) 170:17-171:6: lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), inadmissible hearsay (FRE 802) 174:16-175:17: lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), inadmissible hearsay (FRE 802) 176:13-25: lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), inadmissible hearsay (FRE 802) 177:11-18: lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), inadmissible hearsay (FRE 802) | | |

ny-1117418

| JAMES YOUNG | | | |
| November 6, 2013 Deposition Transcript | | | |
| UMB and Ad Hoc Group Designations | Debtors' and Committee's Objections | Debtors' and Committee's Counter-Designations | UMB and Ad Hoc Group Objections to Counter-Designations |
| --- | --- | --- | --- |
| Young Tr. at 178:12 – 197:12 | 178:12-181:8: lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), inadmissible hearsay (FRE 802)<br><br>184:6-185:18: lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), inadmissible hearsay (FRE 802)<br><br>188:15-189:18: lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), inadmissible hearsay (FRE 802)<br><br>189:24-190:13: Inadmissible hearsay (FRE 802)<br><br>190:25-191:8: lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), inadmissible hearsay (FRE 802)<br><br>192:22-197:12: lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), inadmissible hearsay (FRE 802) | | |

51

| JAMES YOUNG | | | |
| November 6, 2013 Deposition Transcript | | | |
| UMB and Ad Hoc Group Designations | Debtors' and Committee's Objections | Debtors' and Committee's Counter-Designations | UMB and Ad Hoc Group Objections to Counter-Designations |
| --- | --- | --- | --- |
| Young Tr. at 198:10-205:3 | 198:10-199:25: Inadmissible hearsay (FRE 802)<br><br>203:12-204:9: lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), inadmissible hearsay (FRE 802)<br><br>204:15-205:3: lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), inadmissible hearsay (FRE 802) | | |
| Young Tr. at 205:17-210:7 | 205:10-208:23: Inadmissible hearsay (FRE 802)<br><br>208:24-210:7: lack of personal knowledge (FRE 602), lack of foundation (FRE 602, 901, 903), inadmissible hearsay (FRE 802) | | |

| JAMES YOUNG | | | |
| November 6, 2013 Deposition Transcript | | | |
| Debtors' and Committees' Designations | UMB and Ad Hoc Group Objections | UMB and Ad Hoc Group Counter-Designations | Debtors' and Committees' Objections to Counter Designations |
| --- | --- | --- | --- |
| 7:12-15 | | | |

ny-1117418

| JAMES YOUNG November 6, 2013 Deposition Transcript | | | |
|---|---|---|---|
| Debtors' and Committees' Designations | UMB and Ad Hoc Group Objections | UMB and Ad Hoc Group Counter-Designations | Debtors' and Committees' Objections to Counter Designations |
| 17:8-21:14 | | | |
| 23:10-16 | | | |
| 49:5-24 | | | |
| 58:7-21 | | | |
| 71:11-72:9 | | | |
| 90:20-25 | | | |
| 94:24-97:4 | | | |
| 98:17-101:21 | | | |
| 104:15-105:16 | | | |
| 130:9-132:4 | | | |
| 135:25-136:21 | | | |
| 138:16-139:2 | | | |
| 143:23-151:10 | | | |
| 153:9-23 | | | |
| 157:2-160:20 | | | |
| 167:9-168:3 | | | |
| 181:9-184:5 | | | |
| 185:19-187:21 | | | |
| 187:22-188:14 | | | |
| 189:21-23 | | | |
| 190:14-24 | | | |
| 191:9-192:21 | | | |
| 200:2-203:11 | | | |
| 204:10-14 | | | |
| 205:17-207:23 | | | |

| JAMES YOUNG | | | |
| November 6, 2013 Deposition Transcript | | | |
| Debtors' and Committees' Designations | UMB and Ad Hoc Group Objections | UMB and Ad Hoc Group Counter-Designations | Debtors' and Committees' Objections to Counter Designations |
|---|---|---|---|
| 208:24-210:7 | | | |

ny-1117418

Dated: November 12, 2013

**MORRISON & FOERSTER LLP**

/s/  *Gary S. Lee*
Gary S. Lee
Charles L. Kerr
Darryl P. Rains
J. Alexander Lawrence
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

-and-

**CURTIS, MALLET-PREVOST, COLT
& MOSLE LLP**

/s/   *Steven J. Reisman*
Steven J. Reisman
Theresa A. Foudy
Michael Moscato
101 Park Avenue
New York, New York 10178
Telephone:  (212) 696-8860
Facsimile:  (212) 697-1559

*Counsel to the Debtors and
Debtors in Possession*

**KRAMER LEVIN NAFTALIS
& FRANKEL LLP**

/s/ *Kenneth H. Eckstein*
Kenneth H. Eckstein
Gregory A. Horowitz
Douglas H. Mannal
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000

-and-

**PACHULSKI STANG ZIEHL
& JONES LLP**

/s/  *Robert J. Feinstein*
Robert J. Feinstein
John A. Morris
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

*Counsel to the Official Committee of
Unsecured Creditors*

55

Dated: November 12, 2013

**REED SMITH LLP**

*/s/ Eric A. Schaffer*
Eric A. Schaffer
David M. Schlecker
Sarah K. Kam
599 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-561-5450

*Counsel for Defendant Wells Fargo Bank, N.A., in its capacity as third priority collateral agent and collateral control agent*

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/    Daniel H. Golden*
Daniel H. Golden
David M. Zensky
Deborah J. Newman
Brian T. Carney
One Bryant Park
Bank of America Tower
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Attorneys for UMB Bank, N.A.*

**WHITE & CASE LLP**

*/s/  J. Christopher Shore*
J. Christopher Shore
Dwight Healy
Douglas Baumstein
Julia Winters
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200

*Attorneys for the Ad Hoc Group*

**MILBANK, TWEED, HADLEY & MCCLOY LLP**

*/s/    Gerard Uzzi*
Gerard Uzzi
Dennis O'Donnell
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:    (212) 530-5000
Facsimile:    (212) 530-5219

*Attorneys for the Ad Hoc Group*

ny-1117418