# Exhibit 1

## Contracts And Leases To Be Added To Assumption Schedule

| Debtor | Name of Contract Counterparty | Description of Contract | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| **PREPETITION CONTRACTS AND UNEXPIRED LEASES** | | | | | | |
| GMAC Mortgage, LLC; Residential Funding Company, LLC | California Housing Finance Agency | Custodial Agreement | | California Housing Finance Agency | P.O. Box 4034, Sacramento, CA 95812-4034 | $0.00 |
| GMAC Mortgage, LLC | FHA | Application, as approved | 9/1/2006 (received 9/6/2006) | Ms. Volky A. Garcia | U.S. Department of Housing and Urban Development, 490 L'Enfant Plaza East, SW, Suite 3214, Washington, DC 20024 | $0.00 |
| Residential Capital, LLC | Jeffrey Johnson | Serves as New Mexico (in-state) collection agency manager for RFC's license | | Jeffrey Johnson | 5612 Cometa Court, Albequerque, NM 87111-1410 | $0.00 |

Each contract and unexpired lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or unexpired lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including Cure Claims) asserted in connection with assumption of any contract or lease.

# Exhibit 1

## Contracts And Leases To Be Added To Assumption Schedule

| Debtor | Name of Contract Counterparty | Description of Contract | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Morgan Stanley & Co., Inc. | Collateral Account Control Agreement among GMACM, Morgan Stanley Co. Inc., and the Bank of New York Mellon | 8/18/2010 | Attention: Notices | 1585 Broadway, New York, NY 10036-8293 | $0.00 |
| Residential Funding Company, LLC; GMAC Mortgage, LLC | Wells Fargo Bank, N.A. | Custodial Agreement and any predecessor agreements, amendments, and supplements thereto | 5/19/2009 | Attention: Mortgage Document Custody | Wells Fargo Bank, National Association, 1015 10th Avenue, SE Minneapolis, MN, 55414 | $0.00 |
| **POSTPETITION CONTRACTS AND UNEXPIRED LEASES** | | | | | | |
| GMAC Mortgage, LLC | HUD | HUD – 11702 – Annual Resolution of Board | 2/11/2013 | Ms. Volky A. Garcia | U.S. Department of Housing and Urban Development, 490 L'Enfant Plaza East, SW, Suite 3214, Washington, DC 20024 | N/A |

---

Each contract and unexpired lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or unexpired lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including Cure Claims) asserted in connection with assumption of any contract or lease.

# Exhibit 1

## Contracts And Leases To Be Added To Assumption Schedule

| Debtor | Name of Contract Counterparty | Description of Contract | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC | ICSA Software North America, Inc. | Master service agreement with ICSA for Blueprint OneWorld, a database that houses corporate information on behalf of ResCap and its subsidiaries | 11/5/2013 | Robert Lacomski | 99 Hawley Lange, Suite 1007, Stratford, CT 06614 | N/A |
| Residential Funding Company, LLC | MERS | Tripartite signing authority agreement with MERS, RFC, and Ocwen relating to Membership Application/Rules of Membership | 9/9/2013 | MERSCORP, Attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | N/A |
| GMAC Mortgage, LLC | MERS | Tripartite signing authority agreement with MERS, GMACM, and Ocwen relating to Membership Application/Rules of Membership | 4/11/2013 | MERSCORP, Attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | N/A |

---

Each contract and unexpired lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or unexpired lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including Cure Claims) asserted in connection with assumption of any contract or lease.

ny-1116960

# Exhibit 1

## Contracts And Leases To Be Added To Assumption Schedule

| Debtor | Name of Contract Counterparty | Description of Contract | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Funding Company, LLC | MERS | Tripartite signing authority agreement with MERS, RFC, and Indecomm Holdings relating to Membership Application/Rules of Membership | 5/21/2013 | MERSCORP, Attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | N/A |
| GMAC Mortgage, LLC | MERS | Tripartite signing authority agreement with MERS, GMACM, and Indecomm Holdings relating to Membership Application/Rules of Membership | 5/21/2013 | MERSCORP, Attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | N/A |
| Residential Capital, LLC | Microsoft Licenses | Licensing Agreement showing transferred Microsoft licenses from Ally to Estates | 8/29/2013 | Microsoft Licensing, GP | Dept. 551 J Volume Licensing, 6100 Neil Road, Suite 210, Reno, Nevada 89511-1137 | N/A |

---

Each contract and unexpired lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or unexpired lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including Cure Claims) asserted in connection with assumption of any contract or lease.

# **Exhibit 1**

## **Contracts And Leases To Be Added To Assumption Schedule**

| **Debtor** | **Name of Contract Counterparty** | **Description of Contract** | **Effective Date** | **Contact Name (if available)** | **Address** | **Cure Amount** |
|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Oracle | Oracle Assignment Agreement between Ally Financial, Inc., GMAC Mortgage, LLC and Oracle America, Inc., dated May 15, 2013 (PeopleSoft licenses referenced therein) | 5/15/2013 | Ian Trowle | Oracle America, Inc., 500 Oracle Parkway, Redwood Shores, CA 94065 | N/A |
| Residential Capital, LLC | PWC - PricewaterhouseCoopers LLP | Engagement Letter - Ongoing engagement with PwC for DOJ (United States Department of Justice) and the SCRA (Servicemembers Civil Relief Act) Review | 3/8/2013 | Kate Laski | 1800 Tysons Boulevard, McLean, VA 22102 | N/A |
| Residential Capital, LLC | PWC - PricewaterhouseCoopers LLP | Engagement Letter - Ongoing engagement with PwC to conduct internal audit support services as it relates to the IFR (Independent Foreclosure Review) | 7/30/2013 | Scott Moyer | 1800 Tysons Boulevard, McLean, VA 22102 | N/A |

---

Each contract and unexpired lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or unexpired lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including Cure Claims) asserted in connection with assumption of any contract or lease.

5

ny-1116960

# **Exhibit 1**

## **Contracts And Leases To Be Added To Assumption Schedule**

| **Debtor** | **Name of Contract Counterparty** | **Description of Contract** | **Effective Date** | **Contact Name (if available)** | **Address** | **Cure Amount** |
|---|---|---|---|---|---|---|
| Residential Capital, LLC | Structured Finance Management Limited | SFM Europe Agreement: brought in SFM UK to take over director duties of entities named in agreement | 2/1/2013 | Debtra Parsall | 35 Great St. Helen's, London, EC3A 6AP | N/A |
| Residential Capital, LLC | Tax Solutions Group | Project Services Agreement for the Finance/Treasury Team for independent contractor | | Richard Gross | 2634 Clearview Avenue, Mounds View, MN 55112 | N/A |
| Residential Capital, LLC | The Fountain Group | Staffing Agency providing the Estates with multiple contractors | 10/15/2013 | Chuck Yocum | 1300 Virginia Drive, Suite 310, Fort Washington, PA 19034 | N/A |

---

Each contract and unexpired lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or unexpired lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including Cure Claims) asserted in connection with assumption of any contract or lease.

ny-1116960