## Exhibit 2

## Contract Descriptions Modified from Original Assumption Schedule

| Debtor | Name of Contract Counterparty | Description of Contract | Effective Date | Contact Person | Address | Cure Amount |
|---|---|---|---|---|---|---|
| **PREPETITION CONTRACTS AND UNEXPIRED LEASES** | | | | | | |
| Residential Funding Corporation (k/n/a Residential Funding Company, LLC) | Beazer Homes Corp., a Tennessee corporation | **Belmont, LLC Operating Agreement** | 6/2/2005 | Belmont, LLC<br><br>Beazer Homes USA, Inc.<br><br>Beazer Homes Corp.<br><br>James Mancuso, Esquire<br><br>LandAmerica Lawyers Title | 2630 S. Falkenburg Road, Riverview, FL 33569 Attention: Ed Suchora<br><br>1000 Abernathy Road, Ste 200, Atlanta, GA, Attn: Cory J. Boydston<br><br>2630 S. Falkenburg Rd., Riverview, FL 33569, Attn: Ed Suchora<br><br>1025 Greenwood Blvd., Ste 222, Lake Mary, FL 32746 | $0.00 |

---

Each contract and unexpired lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or unexpired lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including Cure Claims) asserted in connection with assumption of any contract or lease.

ny-1116960

## Exhibit 2

## Modified Descriptions of Contracts And Leases Listed On The Assumption Schedule

| Debtor | Name of Contract Counterparty | Description of Contract | Effective Date | Contact Person | Address | Cure Amount |
|---|---|---|---|---|---|---|
| | | | | | 14802 N. Dale Mabry Hwy., Ste 100, Tampa, FL 33618 | |
| Residential Capital, LLC | Corporation Service Company ("CSC") | **Serves as Registered Agent for all ResCap entities** | | Credit Rep: J. Latham | 2711 Centerville Road, Suite 400 Wilmington, DE 19808 | $0.00 |
| GMAC Mortgage, LLC | GMAC Mortgage Ginnie Mae Escrow – The Bank of New York Mellon | **Escrow Agreement between The Bank of New York Mellon, GMACM, and the Government National Mortgage Association (Ginnie Mae), and any amendments thereto** | 12/21/2009 | F. Phil Triolo | Escrow Agent, Corporate Trust Administration, 101 Barclay Street – Floor 8W, New York, NY 10286 | $0.00 |
| **Residential Capital, LLC** | Hewlett-Packard Corporation | Master Service Agreement – Printing and maintenance contract for all HP printers | 10/3/2005 | Tad Taggart | 20000 Victor Parkway, Suite 200, Livonia, MI 48152 | $0.00 |

---

Each contract and unexpired lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or unexpired lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including Cure Claims) asserted in connection with assumption of any contract or lease.

ny-1116960

## Exhibit 2

## Modified Descriptions of Contracts And Leases Listed On The Assumption Schedule

| Debtor | Name of Contract Counterparty | Description of Contract | Effective Date | Contact Person | Address | Cure Amount |
|---|---|---|---|---|---|---|
| **GMAC Mortgage, LLC; Residential Funding Company, LLC** | US Bank | Custodial Agreement | | US Bank | **60 Livingston Avenue, St. Paul, MN 55107-2292** | $0.00 |
| **GMAC Mortgage, LLC** | VA | All agreements or contracts with respect to FHA/VA loans, related claims and servicing (to the extent owned) arising out of ResCap's or its affiliates' status as approved issuer by Ginnie Mae and under the Ginnie Mae guides. | | **Ms. Kathie Shanklin** | **Department of Veteran Affairs Denver Regional Loan Center 155 Van Gordon St Lakewood, CO 80228** | $0.00 |
| **POSTPETITION CONTRACTS AND UNEXPIRED LEASES** | | | | | | |
| Residential Capital, LLC | Ally Financial, Inc., Ocwen Loan Servicing, LLC, Walter Investment | AFI/ResCap/Ocwen/Walter Cooperation Agreement | 1/31/2013 | Paul Koches Stuart Boyd, General Counsel General Counsel, | **Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100 West Palm Beach, FL 33409** | N/A |

---

Each contract and unexpired lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or unexpired lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including Cure Claims) asserted in connection with assumption of any contract or lease.

ny-1116960

## Exhibit 2

### Modified Descriptions of Contracts And Leases Listed On The Assumption Schedule

| Debtor | Name of Contract Counterparty | Description of Contract | Effective Date | Contact Person | Address | Cure Amount |
|---|---|---|---|---|---|---|
| | Management Corp | | | Ally Financial, Inc. | **Attention:** **Walter Investment Management Corp., 3000 Bayport Drive, Suite 1100, Tampa, FL 33607** **Ally Financial Inc., 1100 Virginia Drive, Fort Washington, PA  19034** | |
| **Residential Capital, LLC** | Cushman Wakefield- MN Lease | Amended Lease for 1st floor occupancy at Normandale, MN | 2/27/2013 | Lance Brockmueller RPA | 8400 Normandale Lake Blvd, Suite 320, Bloomington MN 55437 | N/A |
| **Residential Capital, LLC** | Emerson/Liebert Corporation | Master Service Agreement - UPS Batteries/Power backup for IT servers in Normandale in the MDF room | 10/22/2013 | Anthony Williams | 610 Executive Campus Dr, Westerville, OH 43082 | N/A |

---

Each contract and unexpired lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or unexpired lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including Cure Claims) asserted in connection with assumption of any contract or lease.

ny-1116960

## Exhibit 2

## Modified Descriptions of Contracts And Leases Listed On The Assumption Schedule

| Debtor | Name of Contract Counterparty | Description of Contract | Effective Date | Contact Person | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC | Experis | Master Service Agreement -Tax services - Assistance | **9/30/2013** | Dan Walrath | 1600 John F Kennedy Blvd, #610, Philadelphia PA 19103 | N/A |
| **Residential Capital, LLC** | JPMorgan Chase | ResCap Subsidiary Election stipulates all subs covered by account acceptance | 6/11/2013 | Helen Reece | 712 Main Street, Floor 6 Houston, TX 77002-3201 | N/A |
| **Residential Capital, LLC** | JPMorgan Chase | Restricted Cash Ocwen Escrow | 2/15/2013 | Helen Reece | 712 Main Street, Floor 6 Houston, TX 77002-3201 | N/A |
| **Residential Capital, LLC** | JPMorgan Chase | Restricted Cash Walter Escrow | 1/31/2013 | Helen Reece | 712 Main Street, Floor 6 Houston, TX 77002-3201 | N/A |
| **Residential Capital, LLC** | JPMorgan Chase | Master Service Agreement – ResCap Account Acceptance | 6/11/2013 | Helen Reece | 712 Main Street, Floor 6 Houston, TX 77002-3201 | N/A |

---

Each contract and unexpired lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or unexpired lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including Cure Claims) asserted in connection with assumption of any contract or lease.

ny-1116960

## Exhibit 2

## Modified Descriptions of Contracts And Leases Listed On The Assumption Schedule

| Debtor | Name of Contract Counterparty | Description of Contract | Effective Date | Contact Person | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC Mortgage LLC, Residential Funding Company, LLC, Residential Capital, LLC, ETS, LLC, & ETS of Washington, LLC, etc. | Ocwen Loan Servicing, LLC | Asset Purchase Agreement dated as of November 2, 2012 | 11/2/2012 | **Paul Koches** | **1661 Worthington Road, Suite 100 West Palm Beach, FL 33409** | N/A |
| GMAC Mortgage, LLC | Oracle* | **Oracle Master Agreement between GMAC Mortgage, LLC and Oracle America, Inc., dated May 15, 2013, Number US-OMA-5365** | 5/15/2013 | Ian Trowle | Oracle America, Inc., 500 Oracle Parkway, Redwood Shores, CA 94065 | N/A |
| Residential Capital, LLC | Randy Arneson - Independent Consultant | Master Service Agreement - Independent Contractor to perform tax services | **9/26/2013** | Randy Arneson | 625 Deborah Drive, Maple Plain MN 55359 | N/A |

---

\*    Additional license transfers are currently in progress.  Oracle has the list of software licenses being transferred, and these licenses will fall under the Master Servicing Agreement listed on the Assumption Schedule.

---

Each contract and unexpired lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or unexpired lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including Cure Claims) asserted in connection with assumption of any contract or lease.

ny-1116960

## Exhibit 2

## Modified Descriptions of Contracts And Leases Listed On The Assumption Schedule

| Debtor | Name of Contract Counterparty | Description of Contract | Effective Date | Contact Person | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Funding, LLC | Sub-lease with Walter | Sub-contracted lease with Walter Investment Management Corp. for Estate Legal Suite Occupancy in Fort Washington, PA Location | **10/29/2013** | Patrick D. Lerch | 1100 Virginia Drive, Suite 100, MC: 190-FTW-M98, Fort Washington, PA 19034 | N/A |
| Residential Capital, LLC and other companies | Walter | Asset Purchase Agreement and related documents | 11/2/2012 | **Stuart Boyd**<br><br>**Jeffrey L. Jonas, Esq. and Samuel P. Williams, Esq.** | **Walter Investment Management Corp. 3000 Bayport Drive, Suite 1100 Tampa, FL 33607**<br><br>**Brown Rudnick LLP One Financial Center Boston, MA 02111** | N/A |
| Residential Capital, LLC | Wells Fargo | Loan Collateral Custodian Agreement and any amendments thereto | 1/31/2013 | **Attention: Document Custody** | 1015 10th Avenue SE, Minneapolis, MN 55414 | N/A |

Each contract and unexpired lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or unexpired lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including Cure Claims) asserted in connection with assumption of any contract or lease.

ny-1116960