# Exhibit 3

## Contracts And Leases To Be Removed From Assumption Schedule

| Debtor | Name of Contract Counterparty | Description of Contract | Effective Date | Contact Person | Address | Cure Amount |
|---|---|---|---|---|---|---|
| **PREPETITION CONTRACTS AND UNEXPIRED LEASES** | | | | | | |
| GMAC Model Home Finance 1, LLC | 1) CMH Holdings, LLC<br><br>2) Cerberus Capital Management | Amended and Restated Limited Liability Company Agreement of CMH Holdings LLC | 6/6/2008 | 1) Cerberus ResCap Asset Investors LLC, Attention: Mark Neporent<br><br>2) Schulte Roth & Zabel LLP, Attention: John Pollack | Cerberus ResCap Assets Investors LLC<br>c/o Cerberus Capital Mgmt LP<br>299 Park Avenue<br>New York, NY 10171<br><br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 | $0.00 |

---

Each contract and unexpired lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or unexpired lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including Cure Claims) asserted in connection with assumption of any contract or lease.

**Exhibit 3**

**Contracts To Be Removed From Assumption Schedule**

| Debtor | Name of Contract Counterparty | Description of Contract | Effective Date | Contact Person | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC | CMH Holdings LLC | Servicing Agreement | 7/24/2008 | 1) Cerberus ResCap Asset Investors LLC, Attention: Mark Neporent<br><br>2) Schulte Roth & Zabel LLP, Attention: John Pollack | Cerberus ResCap Assets Investors LLC c/o Cerberus Capital Mgmt LP 299 Park Avenue New York, NY 10171<br><br>Schulte Roth & Zabel LLP 919 Third Avenue New York, NY 10022 | $0.00 |
| GMAC Mortgage, LLC | Citibank* | Restricted cash for NY Line of Credit | 8/19/2011 | Emil Cornejo | 730 Veterans Highway, Hauppauge, NY 11788 | $0.00 |
| GMAC Mortgage, LLC | Government National Mortgage Association | Special Account Agreement and related agreements thereto | 12/16/2008 | | | $0.00 |

---

\*   This contract has been removed because the Debtors have determined that it is a non-executory contract.

---

Each contract and unexpired lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or unexpired lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including Cure Claims) asserted in connection with assumption of any contract or lease.

2

ny-1116960

**Exhibit 3**

## Contracts To Be Removed From Assumption Schedule

| Debtor | Name of Contract Counterparty | Description of Contract | Effective Date | Contact Person | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | The Bank of New York Mellon Trust Company** | Custodial Agreement and any amendments thereto | 6/1/2010 | The Bank of New York Mellon Trust Company | 2220 Chemsearch Blvd., Suite 150, Irving, TX 75062 | $0.00 |
| GMAC Mortgage, LLC | US Bank, N.A. | Custodial Agreement | | Arlene Alves | Seward & Kissel LLP, One Battery Park Plaza, New York, NY 10004 | $0.00 |
| Passive Asset Transactions, LLC, RFC Asset Holdings II, LLC, Residential Funding Corporation, GMAC Mortgage, LLC | Wells Fargo Bank, NA | Custodial Agreement, as amended | 11/20/2008 | Wells Fargo Bank, N.A. | 751 Kasota Avenue, Minneapolis, MN 55414, Attn: Document Custody | $0.00 |
| **POSTPETITION CONTRACTS AND UNEXPIRED LEASES** | | | | | | |
| GMAC Mortgage, LLC | Ginnie Mae | GMACM PIIT Letter | 2/21/2013 | | | N/A |

---

**     This entry is a duplicate of one already listed on the Assumption Schedule.

---

Each contract and unexpired lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or unexpired lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including Cure Claims) asserted in connection with assumption of any contract or lease.

ny-1116960

# **Exhibit 3**

## **Contracts To Be Removed From Assumption Schedule**

| **Debtor** | **Name of Contract Counterparty** | **Description of Contract** | **Effective Date** | **Contact Person** | **Address** | **Cure Amount** |
|---|---|---|---|---|---|---|
| Residential Capital, LLC | JPMorgan Chase | Restricted Cash Utilities Escrow | 5/14/2013 | Helen Reece | 713 Main St., 6th Floor, Houston, TX 77002-3201 | N/A |
| Residential Capital, LLC | JPMorgan Chase | Restricted Cash Utilities Escrow | 2/15/2013 | Helen Reece | 713 Main St., 6th Floor, Houston, TX 77002-3201 | N/A |
| ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Mortgage USA Corporation; GMAC Mortgage, LLC; Homecomings Financial Real Estate Holdings, LLC; | Ocwen Loan Servicing, LLC | Limited Power of Attorney* | 11/1/2013 | Paul Koches | 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409 | N/A |

---

\*    For the avoidance of doubt, this power of attorney agreement, like other prepetition and postpetition power of attorney agreements, is non-executory, and is being removed from the Assumption Schedule solely for that reason. Pursuant to the Plan, any existing power of attorney agreement between a Debtor entity and a counterparty will be transferred to the Liquidating Trust upon the Effective Date.

---

Each contract and unexpired lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or unexpired lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including Cure Claims) asserted in connection with assumption of any contract or lease.

ny-1116960

# **Exhibit 3**

## **Contracts To Be Removed From Assumption Schedule**

| **Debtor** | **Name of Contract Counterparty** | **Description of Contract** | **Effective Date** | **Contact Person** | **Address** | **Cure Amount** |
|---|---|---|---|---|---|---|
| Homecomings Financial, LLC; PATI Real Estate Holdings, LLC; RAHI Real Estate Holdings, LLC; Residential Funding Company, LLC; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC | | | | | | |

---

Each contract and unexpired lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or unexpired lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including Cure Claims) asserted in connection with assumption of any contract or lease.

5

ny-1116960