# **Exhibit D**

DX ATL

**To:** Lewis, Jeffrey[JLewis@HL.com]; Snellenbarger, Reid[RSnellenbarger@HL.com]; Ilhardt, Benjamin[BIlhardt@HL.com]
**Cc:** Goren, Todd M.[TGoren@mofo.com]; Marines, Jennifer L.[JMarines@mofo.com]; McDonald, Brian[Brian.McDonald@FTIConsulting.com]; Szymik, Filip[Filip.Szymik@fticonsulting.com]; Nolan, William[william.nolan@FTIConsulting.com]; Marinuzzi, Lorenzo[LMarinuzzi@mofo.com]
**From:** Renzi, Mark
**Sent:** Thur 4/11/2013 7:48:27 PM
**Subject:** ResCap - Interco Notes
ResCap - Interco Information DRAFT (2).pdf

Reid, Jeff and Ben,

Attached is the latest intercompany presentation that we reviewed with the UCC. Please treat this document as PEO and we can discuss at your convenience.

Regards,

**Mark A. Renzi**
Senior Managing Director | Corporate Finance

**F T I Consulting**
617.897.1528 direct
617.785.0177 mobile
617.897.1510 fax
Mark.Renzi@FTIConsulting.com

200 State Street, 8th Floor

Boston, MA 02109

www.fticonsulting.com

Confidentiality Notice:
This email is Privileged and Confidential. Subject to Attorney Client Priviledge and subject to FRE 408. Any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

RESCAP

# ResCap – Intercompany Transactions – DRAFT

## For Illustrative Purposes Only
## April 4, 2013

MORRISON FOERSTER

*Confidential – prepared at the request of counsel.*

Confidential

RCUCCJSN11979453

# Limitations and Scope

## *Limitations of Report*

- *The information contained herein has been prepared based upon financial and other data provided to FTI Consulting, Inc. ("FTI") from the management and staff of Residential Capital, LLC. ("ResCap" or the "Company"), its contract staff and advisors, or from public sources FTI deemed to be reliable. FTI further relied on the assurance of management and staff of the Company and its advisors that they were unaware of any facts that would make the information provided to FTI by them incomplete or misleading.*
- *FTI has not subjected the information contained herein to an audit in accordance with generally accepted auditing or attestation standards or the Statement on Standards for Prospective Financial Information issued by the AICPA. Further, the work involved did not include a detailed review of any transactions, and cannot be expected to identify errors, irregularities or illegal acts, including fraud or defalcations that may exist. Accordingly, FTI cannot express an opinion or any other form of assurance on, and assumes no responsibility for, the accuracy or correctness of the historical information or the completeness and achievability of the projected financial data, information and assessments upon which the enclosed report (the "Report") is presented.*
- *This Report is preliminary and for illustrative purposes only and is subject to further revision which may result in material changes.*

## *Limitations of Access and Distribution*

- *This Report contains information on the Company and is being provided on a strictly confidential and privileged basis. This Report is provided for the sole use of the management of ResCap, their legal counsel and financial advisors. Distribution of this Report or any portions thereof to any persons other than management of ResCap, their legal counsel and financial advisors is prohibited without FTI's written consent. By accepting a copy of this Report, each recipient agrees to keep all information contained herein confidential.*
- *Each person that should obtain and read this Report agrees to the following terms:*
  - *The reader acknowledges that much of the information contained within this Report is material non-public information and should be considered confidential.*
  - *The reader agrees that he/she does not acquire any rights as a result of such access that the reader would not otherwise have had and acknowledges that FTI does not assume any duties or obligations to the reader in connection with such access.*
  - *The reader agrees to release FTI and its personnel from any claim by the reader that arises as a result of the reader having inappropriate and/or unlawful access to the Report.*
  - *FTI has no responsibility to update the Report for events or circumstances occurring after the date of the Report.*

# Intercompany Transactions | Summary of Intercompany Balances

*($ in millions)*

| | Paying Entity | Receiving Entity | |
|---|---|---|---|
| | **Name** | **Name** | **Net Payable Balance** |
| 1 | GMAC Residential Holding Co., LLC | Residential Capital, LLC | $ 3,333.9 |
| 2 | Residential Capital, LLC | Residential Funding Co., LLC | 1,955.0 |
| 3 | Residential Funding Co., LLC | Homecomings Financial, LLC | 1,251.5 |
| 4 | GMAC Mortgage, LLC | Passive Asset Transactions, LLC | 697.0 |
| 5 | GMAC Mortgage, LLC | Executive Trustee Services, LLC | 265.4 |
| 6 | RFC Asset Holdings II, LLC | Residential Funding Co., LLC | 231.9 |
| 7 | GMAC Mortgage, LLC | Residential Funding Co., LLC | 139.8 |
| 8 | GMAC Residential Holding Co., LLC | Home Connects Lending Serv, LLC | 54.6 |
| 9 | GMAC Mortgage, LLC | GMAC Residential Holding Co., LLC | 51.4 |
| 10 | Home Connects Lending Serv, LLC | GMACRH Settlement Services, LLC | 50.0 |
| 11 | Residential Funding Co., LLC | RFC Asset Management, LLC | 45.7 |
| 12 | RFC Asset Management, LLC | RFC SFJV-2002, LLC Pre | 36.3 |
| 13 | Residential Funding Co., LLC | RCSFJV2004, LLC | 17.0 |
| 14 | RFC Asset Holdings II, LLC | Homecomings Financial, LLC | 11.9 |
| 15 | Residential Funding Co., LLC | GMAC Res Fund of Canada[1] | 11.4 |
| 16 | Other Entities | Other Entities | 51.1 |
| | | | **$ 8,203.7** |

(1) Non-debtor entity.

Pg 7 of 14

# Intercompany Transactions | Subset of Intercompany Balances

- The schedule below reflects certain intercompany activity at ResCap, RFC, GMACM and the intermediary holding companies. The schedule excludes other entities with no assets.

($ in millions)
JSB = Junior Secured Bonds
SUN = Senior Unsecured Notes
Ally Facilities = Ally Revolver + Ally LOC
Ownership
Residential Capital, LLC
JSB $ 2,223
SUN 1,003
Interco 1,955
Guarantees: Revolver, LOC
Interco $ 3,334
Interco $ 1,955
GMAC Res Hldg Co
Interco $ 3,389
Guarantees: JSB, Revolver, LOC
Interco $51
GMAC RFC Hldg Co
Interco $ -
Guarantees: JSB, Revolver, LOC
GMAC Mortgage, LLC
Ally Revolver $ 747
Ally Line of Credit 380
Interco 1,159
Guarantee: JSB
Interco $140
Residential Funding Company, LLC
Ally Revolver $ 747
Ally Line of Credit 380
Interco 1,328
Guarantee: JSB
Interco $ 232
Interco $265
Executive Trustee Services
Interco $ 1
Equity Pledge to JSB
Homecomings Financial, LLC
Interco $ 3
Guarantees: JSB, Revolver, LOC
Interco $ 1,252
Interco $697
Passive Asset Transactions, LLC
Interco $ 0
Guarantee: LOC
Equity Pledge to JSB
RFC Asset Holdings II, LLC
Interco $ 245
Guarantee: LOC
Equity Pledge to JSB

MORRISON FOERSTER

*Confidential – prepared at the request of counsel.*

4

FTI CONSULTING

Confidential

RCUCCJSN11979456

# Intercompany Transactions | Summary of Intercompany Balances - Matrix

($ in millions)

| | | Paying Entities | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 10010 | 10015 | 10300 | 50000 | SS001 | SS033 | SS066 | SS067 | Various | |
| Receiving Entity Name | Receiving Entity PS | Residential Funding Company, LLC | RFC Asset Holdings II, LLC | RFC Asset Management, LLC | Residential Capital, LLC | GMAC Mortgage, LLC | GMAC Residential Holding Company, LLC | GMAC RH Settlement Service, LLC | Home Connects Lending Services, LLC | Other Legal Entities | Total |
| Residential Capital, LLC | 50000 | $ - | $ 1.7 | $ - | $ - | $ 2.7 | $ 3,333.9 | $ - | $ - | $ - | $ 3,338.3 |
| Residential Funding Company, LLC | 10010 | - | 231.9 | - | 1,955.0 | 139.8 | - | - | 0.0 | 14.8 | 2,341.4 |
| Homecomings Financial, LLC | 10011 | 1,251.5 | 11.9 | 0.0 | - | - | - | - | - | - | 1,263.4 |
| Passive Asset Transactions, LLC | SS095 | - | - | - | - | 697.0 | - | - | - | - | 697.0 |
| Executive Trustee Services, LLC | SS002 | 0.4 | - | - | - | 265.4 | - | - | - | 0.0 | 265.8 |
| Home Connects Lending Services, LLC | SS067 | - | - | - | - | - | 54.6 | - | - | - | 54.6 |
| RFC Asset Management, LLC | 10300 | 45.7 | - | - | - | - | - | - | - | 5.7 | 51.4 |
| GMAC Residential Holding Company, LLC | SS033 | - | - | - | - | 51.4 | - | - | - | - | 51.4 |
| GMAC RH Settlement Service, LLC | SS066 | - | - | - | - | - | - | - | 50.0 | - | 50.0 |
| RFC SFJV-2002, LLC | 10301 | - | - | 36.3 | - | - | - | - | - | 2.6 | 38.9 |
| RCSFJV2004, LLC | 10302 | 17.0 | - | - | - | - | - | - | - | - | 17.0 |
| GMAC Mortgage, LLC | SS001 | - | - | - | - | - | - | 9.6 | 3.2 | 3.0 | 15.8 |
| GMAC Res Fund of Canada[(1)] | 14000 | 11.4 | - | - | - | - | - | - | - | - | 11.4 |
| Ditech, LLC | SS026 | - | - | - | - | 2.6 | - | - | - | - | 2.6 |
| GMAC Model Home Finance I, LLC | 10550 | 2.0 | - | - | - | - | - | - | - | - | 2.0 |
| ETS of Virginia, Inc. | SS019 | - | - | - | - | 0.0 | - | - | - | 1.3 | 1.3 |
| GMAC Mortgage USA Corporation | SS009 | - | - | - | - | 0.6 | - | - | - | - | 0.6 |
| RFC Construction Funding, LLC | 30003 | 0.4 | - | - | - | - | - | - | - | - | 0.4 |
| RFC Asset Holdings II, LLC | 10015 | - | - | - | - | - | - | - | - | 0.3 | 0.3 |
| Residential Consumer Services, LLC | SS007 | - | - | - | - | 0.1 | - | - | - | - | 0.1 |
| **Total** | | **$ 1,328.4** | **$ 245.5** | **$ 36.3** | **$ 1,955.0** | **$ 1,159.4** | **$ 3,388.5** | **$ 9.6** | **$ 53.2** | **$ 27.8** | **$ 8,203.7** |

(1) Non-debtor entity.

MORRISON FOERSTER

*Confidential – prepared at the request of counsel.*

# Intercompany Transactions | Top 7 Intercompany Balances[1]

| # | "Accounts Receivable" Entity | "Accounts Payable" Entity | Net Claim Amount | Comments |
|---|---|---|---|---|
| 1 | Residential Capital, LLC ("ResCap") | GMAC Residential Holding Company, LLC ("ResHolding") | $3,334M | ➢ Balance generally arose from borrowings under loan agreement between ResCap and ResHolding. ResHolding borrowed funds from ResCap and then distributed funds to GMACM for general operating purposes.<br>➢ Documentation exists reflecting lending relationship between ResCap and ResHoldings. ResCap Restated Loan Agreement, dated January 1, 2006, among ResCap, as lender, and ResHolding, GMACM, and RFC, as borrowers. This loan agreement is characterized by the following:<br>▪ upon termination, borrower's obligation to repay continues<br>▪ no fixed maturity date, interest rate, or repayment terms<br>▪ unsecured debt<br>➢ While there was no fixed interest rate in the loan agreement, interest was paid regularly until the petition date at an average rate of 9.6% (multi-tiered interest rate based on intercompany balances).<br>➢ In 2009, $2.52 billion of debt owed by GMACM to ResHolding was forgiven so that GMACM could meet certain tangible net worth debt covenants. ResCap did not forgive any of ResHolding's debt at that time because ResHolding was not at risk of defaulting on its net worth requirements.<br>➢ ResHolding has no assets other than an approximate $50 million intercompany claim against GMACM, so any intercompany "claim" asserted against it would have little, if any, value. |
| 2 | Residential Funding Company ("RFC") | ResCap | $1,955M | ➢ Balance generally arose out of operation of the company's centralized cash management system. As RFC generated cash, that cash would be swept upstream to ResCap. Balance changed frequently.<br>➢ Interest was not accrued or paid.<br>➢ There is no documentation reflecting this intercompany relationship. Documentation exists reflecting the reverse lending relationship from ResCap to RFC. ResCap Restated Loan Agreement, dated January 1, 2006, among ResCap, as lender, and ResHolding, GMACM, and RFC, as borrowers.<br>➢ In 2008, $2 billion of debt owed by RFC to ResCap was forgiven so that RFC could meet certain tangible net worth debt covenants.<br>➢ ResCap has no unencumbered assets, so any intercompany "claim" asserted against it would have little, if any, value, absent an AFI contribution to ResCap. |

(1) The top 7 intercompany balances represent 96% of the total intercompany balances.

# Intercompany Transactions | Top 7 Intercompany Balances (cont.)

| # | "Accounts Receivable" Entity | "Accounts Payable" Entity | Net Claim Amount | Comments |
|---|---|---|---|---|
| 3 | Homecomings Financial, LLC ("Homecomings") | RFC | $1,252M | ➢ Balance generally arose out of operation of the company's centralized cash management system. Homecomings sold loans to RFC for securitization as part of normal business operations, subserviced loans, and generated other cash through operations that was swept up to RFC. Receivable balance consists largely of this, less payables to RFC for general overhead expenses. Balance changed frequently until 2008.<br>➢ Homecomings became largely dormant in 2008, but continued to have wind down activity that created cash that has been swept up to RFC.<br>➢ Interest was accrued but not paid on the intercompany balance (this amount has been included in the intercompany balance).<br>➢ There is no documentation reflecting this intercompany relationship. Documentation exists reflecting the reverse lending relationship from RFC to Homecomings. Intercompany Advance Agreement, dated June 30, 2006, between Homecomings, as borrower, and RFC, as lender. |
| 4 | Passive Asset Transactions, LLC ("PATI") | GMAC Mortgage, LLC ("GMACM") | $697M | ➢ Balance generally arose out of operation of the company's centralized cash management system. Majority of balance reflects cash collected by PATI from non-Debtor entities (Flume and GX II) that were swept to GMACM and then to ResCap.<br>➢ Interest was not accrued or paid.<br>➢ Documentation exists reflecting a lending relationship from PATI to ResCap (not GMACM). Intercompany Advance Agreement, dated June 9, 2009, between ResCap, as borrower, and PATI, as lender. This loan agreement is characterized by the following:<br>▪ contains bankruptcy standstill provision indicating claims on account of obligations are not enforceable in bankruptcy<br>▪ no fixed maturity date, interest rate, or repayment terms<br>▪ unsecured debt |
| 5 | Executive Trustee Services, LLC ("ETS") | GMACM | $265M | ➢ Balance generally arose out of operation of the company's centralized cash management system. Revenue received by ETS (as foreclosure trustee) was upstreamed to GMACM. GMACM, in turn, satisfied ETS's cash needs. Intercompany balances were created to record impact to ETS, but no cash settlements occurred.<br>➢ Interest was accrued but not paid on the intercompany balance (this amount has been included in the intercompany balance).<br>➢ There is no documentation reflecting this intercompany relationship. |

# Intercompany Transactions | Top 7 Intercompany Balances (cont.)

| # | "Accounts Receivable" Entity | "Accounts Payable" Entity | Net Claim Amount | Comments |
|---|---|---|---|---|
| 6 | RFC | RFC Asset Holdings II, LLC ("RAHI") | $232M | ➢ Balance generally arose out of operation of the company's centralized cash management system. RAHI owned a portfolio of non-economic residuals that generated excess inclusion income that resulted in current taxes payable. Balance primarily attributable to settlement of taxes under the tax sharing agreement.<br>➢ Interest was accrued but not paid on the intercompany balance (this amount has been included in the intercompany balance).<br>➢ There is no documentation reflecting this intercompany relationship. Documentation exists reflecting the reverse lending relationship from RAHI to ResCap. Intercompany Advance Agreement, dated June 9, 2009 between Residential Capital, LLC, as borrower, and RAHI, as lender.<br>➢ RAHI has no unencumbered assets, so any intercompany "claim" asserted against it would have little, if any, value. |
| 7 | RFC | GMACM | $140M | ➢ Majority of balance consists of (i) amounts recorded in connection with AFI billings for shared services (e.g. payroll, outside counsel) – RFC routinely remitted payment to AFI for services and RFC then charged GMACM for its portion; and (ii) service fee income received by GMACM as subservicer relating to RFC MSR.<br>➢ Prior to the petition date, cash settlements occurred.<br>➢ Interest was not accrued or paid.<br>➢ There is no documentation reflecting this intercompany relationship. |

FTI
CONSULTING

# Intercompany Transactions | Summary of Debt Forgiveness

- Approximately $9.6 billion of debt was forgiven by Residential Capital, LLC and GMAC Residential Holding Company, LLC from 2008 to the petition date.

- Debt was forgiven primarily:
  - To maintain solvency/net worth requirements under certain funding facility agreements;
  - To maintain solvency/net worth requirements imposed by federal and state regulatory entities (*e.g.*, GSEs, state licensing regulations);
  - As part of the company's sale of non-core assets and other M&A transactions (e.g. sale of European and Australian entities or assets); and
  - As part of dissolution of entities.

- A review of the Debtors' records reflects evidence of corporate approval for all debt forgiveness transactions discussed in this presentation.

# Intercompany Transactions | Subset of Debt Forgiveness by Year

*($ in millions)*

| Forgiven By | In Favor Of | Entity Status | Year 2008 | 2009 | 2010 | 2011 | 2012 | Grand Total |
|---|---|---|---|---|---|---|---|---|
| **Residential Capital, LLC** | Residential Funding Co., LLC | Debtor | $ 2,000 | $ 151 | $ - | $ - | $ - | $ 2,151 |
| | GMAC RFC Europe Limited | Non Debtor/Active | 1,800 | - | - | - | - | 1,800 |
| | GMAC - RFC (UK) Limited | Sold 9/30/2010 | 725 | 371 | 80 | - | - | 1,176 |
| | GMAC RFC Investment B.V | Sold 10/01/2010 | 154 | 435 | - | - | - | 589 |
| | Investments BV GX1 | SPE/Active | - | 165 | 285 | 3 | - | 452 |
| | RFC UK Ltd Viaduct | SPE/Active | 15 | 175 | 231 | - | - | 420 |
| | GMAC Res Fund of Canada | Non Debtor/Active | 154 | 5 | - | - | - | 159 |
| | Australia GMAC RFC | Sold 7/02/2009 | 23 | 122 | - | - | - | 145 |
| | Viaduct (no.7) | SPE/Active | - | - | - | - | 134 | 134 |
| | Financiera Auritec, S.A. | Non Debtor/Active | - | 39 | - | - | - | 39 |
| | GMAC-RFC Property Finance Ltd | Non Debtor/Active | - | 33 | - | - | - | 33 |
| | PREEMAC 2 NL NETH B.V. | SPE/Active | - | - | 19 | 3 | - | 22 |
| | Subtotal | | **$ 4,871** | **$ 1,495** | **$ 615** | **$ 5** | **$ 134** | **$ 7,120** |
| **GMAC Residential Holding Co LLC** | GMAC Mortgage LLC | Debtor | **$ -** | **$ 2,520** | **$ -** | **$ -** | **$ -** | **$ 2,520** |
| | **Total** | | **$ 4,871** | **$ 4,015** | **$ 615** | **$ 5** | **$ 134** | **$ 9,640** |

Confidential

RCUCCJSN11979462

# Intercompany Claims | Subset of Debt Forgiveness by Reason

❖ The schedule below summarizes debt forgiveness activity by Residential Capital, LLC and GMAC Residential Holding Co., LLC.

| ($ in millions) | Residential Capital, LLC | | | GMAC Residential Holding Co., LLC | |
|---|---|---|---|---|---|
| Date | Debt forgiveness required to meet net worth requirement | General sale of assets[1] | Total Residential Capital, LLC | Debt forgiveness required to meet net worth requirement | **Total** |
| 3/31/2008 | $ 2,023 | $ - | $ 2,023 | $ - | **$ 2,023** |
| 6/30/2008 | 348 | - | 348 | - | **348** |
| 7/31/2008 | 1,800 | - | 1,800 | - | **1,800** |
| 10/31/2008 | 377 | - | 377 | - | **377** |
| 11/30/2008 | - | 15 | 15 | - | **15** |
| 12/31/2008 | 308 | - | 308 | - | **308** |
| 3/31/2009 | 60 | - | 60 | - | **60** |
| 5/31/2009 | - | - | - | 500 | **500** |
| 6/30/2009 | 33 | 62 | 95 | 2,000 | **2,095** |
| 8/31/2009 | - | 175 | 175 | - | **175** |
| 9/30/2009 | 201 | 221 | 422 | - | **422** |
| 10/31/2009 | 96 | - | 96 | - | **96** |
| 11/30/2009 | 77 | - | 77 | - | **77** |
| 12/31/2009 | 571 | - | 571 | 20 | **591** |
| 1/29/2010 | - | 126 | 126 | - | **126** |
| 6/7/2010 | 80 | - | 80 | - | **80** |
| 10/29/2010 | - | 409 | 409 | - | **409** |
| 7/31/2011 | - | 5 | 5 | - | **5** |
| 5/11/2012 | - | 134 | 134 | - | **134** |
| **Total** | **$ 5,974** | **$ 1,146** | **$ 7,120** | **$ 2,520** | **$ 9,640** |

(1) Includes sale of assets from special purpose entities, Australian entities and other assets.