# Exhibit E

# FW: Open Items

From:
"McDonald, Brian" <brian.mcdonald@fticonsulting.com>
To:
ttoaso@alixpartners.com
Cc:
"Zide, Stephen (SZide@KRAMERLEVIN.com)" <szide@kramerlevin.com>, "Landy, Marc" <mlandy@alixpartners.com>, "Goren, Todd M. (TGoren@mofo.com)" <tgoren@mofo.com>, "Renzi, Mark" <mark.renzi@fticonsulting.com>, "Park, Liz" <liz.park@fticonsulting.com>
Date:
Thu, 17 Jan 2013 23:13:49 +0000
Attachments:
Interco Documentation 7_15 final.doc (52.22 kB)

Todd,

Per Mark's request, I'm re-sending the attached information.

Thanks

Brian

**Brian J. McDonald**

Corporate Finance

F T I

212.499.3675 direct

347.330.0412 mobile

212.841.9350 fax

brian.mcdonald@fticonsulting.com

**From:** Renzi, Mark
**Sent:** Friday, December 21, 2012 9:55 AM
**To:** Landy, Marc; McDonald, Brian; Nolan, William
**Cc:** Tandberg, Scott; Jenkins, Brian; Strouse, Davin
**Subject:** RE: Open Items


Marc,


Please find the additional intercompany information that we discussed.


Regards,


Mark


**From:** Landy, Marc [mailto:mlandy@alixpartners.com]
**Sent:** Friday, December 21, 2012 9:08 AM
**To:** Renzi, Mark; McDonald, Brian; Nolan, William
**Cc:** Tandberg, Scott; Jenkins, Brian; Strouse, Davin
**Subject:** RE: Open Items


Mark:


Any update on the inter-debtor materials?


With respect to the 1099s, I assume under the tax sharing and/or shared services AFI would be

obligated to provide ResCap with relevant records it needs to operate its business. Therefore it seems to me that ResCap can ask AFI for these. Can you look into this? (We don't have any contacts at AFI and this should be a simple request that doesn't necessitate a team of lawyers to get involved.)

Thanks. Have a good holiday and a happy new year.

Best regards,

Marc

**From:** Renzi, Mark [mailto:mark.renzi@FTIConsulting.com]
**Sent:** Monday, December 17, 2012 9:22 AM
**To:** Landy, Marc; McDonald, Brian
**Cc:** Tandberg, Scott; Jenkins, Brian; Strouse, Davin
**Subject:** RE: Open Items

Marc,

I have surveyed our side. We do not have the 1099s. I think you have to go directly to White and Case (Harrison Denman) / Milbank (Gerry Uzzi) to get them. I can help facilitate and get on call with you if it helps. The inter-debtor analysis is almost complete and we are waiting for sign off from the Company. I will touch base with Cathy and Jim today.

Regards,

Mark

**From:** Landy, Marc [mailto:mlandy@alixpartners.com]

Confidential                                                                                                                    RCUCCJSN30004108

**Sent:** Monday, December 17, 2012 9:16 AM
**To:** Renzi, Mark; McDonald, Brian
**Cc:** Tandberg, Scott; Jenkins, Brian; Strouse, Davin
**Subject:** RE: Open Items

Mark:

Any update on these two items? Thanks.

Marc

**From:** Renzi, Mark [mailto:mark.renzi@FTIConsulting.com]
**Sent:** Wednesday, December 12, 2012 8:44 PM
**To:** Landy, Marc; McDonald, Brian
**Cc:** Tandberg, Scott; Toaso, Todd; Goren, Todd M.
**Subject:** RE: Open Items

Marc,

Correct me if I am wrong, but I believe that we posted the attached schedule. It is a schedule of net borrowings, by year and by legal entity. It shows increases, decreases (due to payment), decreases due to business disposal and forgiveness all broken out.

As far as the 1099's, I thought that we were all set on the JSN info but let's discuss tomorrow.

Thanks,

Mark

**From:** Landy, Marc [mailto:mlandy@alixpartners.com]
**Sent:** Wednesday, December 12, 2012 7:31 PM
**To:** McDonald, Brian; Renzi, Mark

**Cc:** Tandberg, Scott; Toaso, Todd
**Subject:** Open Items

Gentlemen:

I am following up on two open items.

·    What is the status of the inter-debtor analyses, etc., about which we spoke to Cathy Dondzila on November 15th?

·    A while back, I spoke to Brian about getting 1099's that would have been issued to holders on the JSNs, since 2008.

I am not aware if we ever received any of this information. If we did, can you please direct us to it? If we did not, can you please let us know the status?

Thanks.

Best regards,

Marc

_____

**Marc Landy**

**AlixPartners** |40 West 57th Street | New York, NY 10019

+1.212.845.4011 (o) | +1.203.216.0942 (m) | *mlandy@alixpartners.com*

Confidential: This electronic message and all contents contain information from the firm of AlixPartners, LLP and its affiliates which may be confidential or otherwise protected from

disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately at +1 (248) 358-4420 and destroy the original message and all copies.

**Confidentiality Notice:**
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

Confidential

RCUCCJSN30004111

| | Paying Entity | | Receiving Entity | | |
|---|---|---|---|---|---|
| | Code | Name | Code | Name | Payable Balance |
| 1 | SS033 | GMAC Residential Holding Co LL | 50000 | Residential Capital, LLC | $3,333,920,279 |
| 2 | 50000 | Residential Capital, LLC | 10010 | Residential Funding Co., LLC | 1,954,984,471 |
| 3 | 10010 | Residential Funding Co., LLC | 10011 | Homecomings Financial, LLC | 1,251,521,437 |
| 4 | SS001 | GMAC Mortgage LLC | SS095 | Passive Asset Transactions LLC | 696,960,091 |
| 5 | SS001 | GMAC Mortgage LLC | SS002 | Executive Trustee Services LLC | 265,432,321 |
| 6 | 10015 | RFC Asset Holdings II, LLC | 10010 | Residential Funding Co., LLC | 231,862,293 |
| 7 | SS001 | GMAC Mortgage LLC | 10010 | Residential Funding Co., LLC | 139,702,020 |
| 8 | SS033 | GMAC Residential Holding Co LL | SS067 | Home Connects Lending Serv LLC | 54,584,051 |
| 9 | SS001 | GMAC Mortgage LLC | SS033 | GMAC Residential Holding Co LL | 51,354,628 |
| 10 | SS067 | Home Connects Lending Serv LLC | SS066 | GMACRH Settlement Services LLC | 49,980,712 |
| 11 | 10010 | Residential Funding Co., LLC | 10300 | RFC Asset Management, LLC | 45,726,683 |
| 12 | 10300 | RFC Asset Management, LLC | 10301 | RFC SFJV-2002, LLC | 36,300,928 |
| 13 | 10010 | Residential Funding Co., LLC | 10302 | RCSFJV2004, LLC | 16,967,819 |
| 14 | 10015 | RFC Asset Holdings II, LLC | 10011 | Homecomings Financial, LLC | 11,859,528 |
| 15 | 10010 | Residential Funding Co., LLC | 14000 | GMAC Residential Funding of Canada Limited | 11,422,757 |

On November 8, 2012, financial advisors to the Unsecured Creditors Committee (Alix Partners) requested certain information related to the intercompany relationships highlighted above (#7 – 15). The specific information request included the following:

1. Please confirm no agreement exists.
2. Describe how and when the balance was incurred.
3. To what extent did the balance arise from the operations of the company's cash management system?
4. Explain intent for each balance – debt or equity?
5. Was there an expectation of repayment?
   a. Were balances ever repaid?
   b. If yes, when and how often?
6. Was interest accrued or paid?
7. Was interest paid regularly or sporadically?
8. At a fixed or variable rate?
9. When was the last interest payment due, and when was it paid?

Following is information the Company was able to find/identify based upon a review of the accounting records.

Relationship #7 – GMAC Mortgage (SS001) and Residential Funding Company (RFC) (10010)

The balance at October 31, 2012 arose during the period September 2011 to the present. The balance consists primarily of:

- Amounts recorded in connection with AFI billings. RFC routinely remits payment to AFI for received invoices. RFC in turn charges GMAC Mortgage for their portion. This is recorded through the intercompany balance between the two entities.
- Service fee income received by GMAC Mortgage as subservicer that relates to RFC MSR.
- Various amounts paid by RFC or GMAC Mortgage on behalf of the other.

The balance has not changed significantly since the petition date as no cash settlements have been processed since that date. The last pre-petition settlement was in May 2012. Interest is not accrued on this balance and there is no agreement that we have been able to identify.

Relationship #8 – GMAC Residential Holding Company (SS033) and Home Connects Lending Services (SS067), and
Relationship #10 – Home Connects Lending Services (SS-67) and GMACRH Settlement Services (SS066)

The balances at October 31, 2012 have not changed significantly since December 2008. The balances resulted from intercompany transfers and clean up related to the closure of HCLS, LLC (SS097) and related entities.

There have been no settlements that we can identify related to these balances, and there are no agreements that we are aware related to these balances. Interest is not accrued on the balances.

Relationship #9 – GMAC Mortgage (SS001) and GMAC Residential Holding Company (RHC) (SS033)

The balance at October 31, 2012 represents borrowings under an unsecured credit facility between GMAC Mortgage and its parent, RHC. This agreement was originally entered into in December 1998. The monthly activity represents the borrowings for the general operating needs of GMAC Mortgage. Repayments on these borrowings were made on a recurring basis until the petition date.

The interest rate under this agreement fluctuates monthly and is a stated margin, agreed to between the Company and RHC, which is generally between 100 and 300 basis points above a quoted short-term market rate. Interest was accrued on a monthly basis until the petition date. The credit facility is payable upon demand.

Relationship #11 – RFC (10010) and RFC Asset Management (10300)

The balances between December 2007 and October 31, 2012 have generally not fluctuated more than $1 million each month. The nature of the original intercompany balance could not be readily determined. More recent activity relates to interest and tax payments. RFC and its subsidiaries are part of a tax sharing agreement with Ally Financial Inc. Under the tax sharing agreement, federal and state income taxes are calculated on a 'stand alone' basis and amounts were periodically settled until the petition date.

Outside of the tax items noted above, we have not identified any other recurring or periodic settlements or agreements related to the balance.

Interest charged on the balance fluctuates monthly and is based upon an average cost of funds rate.

Confidential                                                                                                                                                      RCUCCJSN30004113

Interest was accrued on a monthly basis until the petition date.

Relationship #12 – RFC Asset Management (10300) and RFC SFJV-2002 (10301)

The balance has not changed from December 2007 to October 2012. The nature of the original intercompany balance is not readily determinable. There have been no settlements related to these balances, and there are no agreements that we are aware related to these balances. Interest is not accrued on the balance.

Relationship #13 – RFC (10010) and RFC SFJV 2004 (10302)

The balances between December 2007 and October 2012 have not fluctuated materially. The nature of the original intercompany balance is not readily determinable. More recent activity relates to tax settlements. RFC and its subsidiaries are part of a tax sharing agreement with Ally Financial Inc. Under the tax sharing agreement, federal and state income taxes are calculated on a 'stand alone' basis and amounts were periodically settled until the petition date.

Outside of the tax items noted above, we have not identified any other recurring or periodic settlements or agreements related to the balance. Interest is not accrued on the balance.

Relationship #14 – RFC Asset Holding II (10015) and Homecomings Financial (10011)

The balance has not changed significantly from December 2007 to October 2012. The nature of the original intercompany balance is not readily determinable. There have been no settlements related to these balances, and there are no agreements that we are aware related to these balances. Interest is not accrued on the balance.

Relationship #15 – RFC (10010) and Residential Funding of Canada (14000)

The intercompany balance of $11.4 million between RFC and Residential Funding of Canada (RFOC) as of October 31, 2012 relates to a balance that RFC owes RFOC Canada as part of the Conduit 6 wind down.

There were a few month-end intercompany settlements in 2008, and a $7.3 million dividend from RFOC to RFC in December 2011. Other than these settlements, there have been no other settlements that we can identify related to these balances. There are no agreements that we are aware related to the balance. Interest is not accrued on the balance.

Confidential  RCUCCJSN30004114