# Exhibit F

| | |
|---|---|
| **From:** | Young, James </O=RFC/OU=MSP/CN=RECIPIENTS/CN=JYOUNG5> |
| **Sent:** | Sunday, September 23, 2007 10:32 AM |
| **To:** | Svitak, Jennifer <Jennifer.Svitak@gmacrescap.com> |
| **Subject:** | FW: Final ResCap BOD package for 9/26/07 |
| **Attach:** | 09-26-07 ResCap Board of Directors 9-21 FINAL.ppt |

pls print

*Jim Young*
*GMAC ResCap*
*952-857-8908 (office)*
*312-502-8961 (cell)*
*james.young@gmacrescap.com*

---

**From:** Wright, Melody
**Sent:** Friday, September 21, 2007 5:15 PM
**To:** Khattri, Sanjiv; Zukauckas, Linda; Jones, Jim; Young, James
**Cc:** Cox, Bill; Foster, Dave
**Subject:** Final ResCap BOD package for 9/26/07

Dear All,

Please find attached the final **ResCap** Board of Directors Package for the meeting with the ResCap board on Wednesday, September 26th.

This document is very similar to the GMAC package.  The only change being that we took out the recommendation for the equity injection.

Please let me know if you have any questions or concerns.

Thanks and regards,
Melody

Melody Wright
Senior Reporting & Communications Analyst
Financial Planning & Analysis
GMAC ResCap, LLC
Ph: 952.857.6588
Blackberry: 651-212-0813
Cell: 917-523-9817

Confidential

# ResCap Review

**Mike Rossi**
**Chairman, ResCap**

**ResCap Board of Directors Meeting**
**September 26th , 2007**

Confidential

# Overview

## Executive Summary

- ResCap liquidity position improved since August but still fragile
  - IBG Europe represents most immediate near-term risk
- Significant losses forecast for rest of the year due to continued, unprecedented weakness in both mortgage sector and capital markets
- Have developed aggressive restructuring plan across all three ResCap business segments
  - Have to implement even as we evaluate all options for long-term value potential of ResCap
- Have requested from GMAC Board $725 million of cash equity before Q3-end to provide required financial cushion
  - Will likely need more equity in Q4 depending on status at that time

Confidential

EXAM10199065

# Assessment of Current Situation

Confidential

EXAM10199066

# Funding Update

## As a result of numerous actions by GMAC and ResCap to address unprecedented market disruptions, cash balances have improved after declines in July and August

- ResCap cash at September 30 likely to exceed what was projected in mid-August

### Forecasted Cash & Liquidity Balance

*Dollars in Millions*

|  | Projected 9/30/2007 |  |
|---|---|---|
| ResCap Investment Balance | $ 2,038.6 | a |
|  |  |  |
| Resi Operating Account | 120.0 |  |
| RCG Operating Account | 40.0 |  |
| GRS | 30.0 |  |
| GMAC Bank | 2,121.5 |  |
| Warehouse | 30.0 |  |
| BCG | 7.0 |  |
| IBG | 289.6 |  |
| **Total Cash & Cash Equivalents** | **$ 4,676.7** |  |
| Unused Revolvers | 1,750.0 |  |
| **Total Liquidity** | **$ 6,426.7** |  |
| Equity Infusion | 725.0 |  |
| **Total Liquidity** | **$ 7,151.7** |  |

*Notes:*
(a) Forecasted amount based on ResCap Baseline Forecast.

Assessment of Current Situation

Confidential
ResCap BOD 9/26/07

4

EXAM10199067

# Funding Update (cont'd)

**Global capital markets continue to be very stressed**

- Banks reluctant to lend new money and struggle to extend existing facilities
- Investors very nervous about structured product risk and weaker credits
- Rating agencies downgraded mortgage sector once and may do so again

**GMAC and ResCap have responded aggressively around the world**

- Execution of $21 billion joint GMAC-ResCap commitment from Citi
- Sale of healthcare business from BCG to GMAC Commercial Finance
- Greater use of GMAC Bank for new mortgage originations subject to regulatory limitations
- Whole loan sales for mortgage where possible

**ResCap ratings outlook remains challenged**

- As a result of both sector and ResCap operating performance, ResCap likely to be downgraded to non-investment grade by remaining two agencies (S&P and DBRS)
  - Some meaningful risk of pressure on GMAC ratings as well

**Q4 outlook clouded by heavy IBG inventories and continued tough markets**

- More than $6 billion in mortgage warehouse lines in IBG need to be renewed
  - $4.6 B in the U.K expires on October 7
- Some risk for $3.1B in whole loan sales planned this week in the UK
- Have scaled back productions significantly across IBG, but due to long production pipeline, risk of bank renewals not happening and capital markets not re-opening, liquidity will be impaired
  - Risk that IBG Europe will need significant inter-company loans in October

Confidential
ResCap BOD 9/26/07

5

Confidential

EXAM10199068

# YTD 2007 Financial Results

Deterioration in results driven by market disruption, weaker credit, market weakness in all products in inventory, reduction in volume sold and softness in residential home building

| ResCap net income ($ millions) | Q1 | Q2 | Jul | Aug | Memo: YTD | RBP* YTD |
|---|---|---|---|---|---|---|
| RFG | $ (1,000) | $ (260) | $ (284) | $ (560) | $ (2,104) | $ (1,310) |
| BCG | 52 | 6 | 13 | 15 | 86 | 175 |
| IBG | 45 | 15 | (8) | (18) | 34 | 81 |
| Corp Other | (7) | (15) | (4) | (2) | (28) | (54) |
| Total ResCap | $ (910) | $ (254) | $ (283) | $ (564) | $ (2,012) | $ (1,108) |

* Revised Business Plan (RBP) reflects the original Business Plan for all units except RFG and Corporate, which were revised based on 2007 earnings outlook in April, 2007

## August results are highlighted by the following:

· BCG – Model home sales were executed at increased level of net loss, with continued reduction in lot option extension fees and equity investment income. August results exclude impairments expected to be taken in September

· IBG – Margin on $2.2 billion sale of whole loans in UK executed at 19bps loss vs. plan of 62 bps of income due to extension of US mortgage market illiquidity to certain international markets

· RFG – August results significantly impacted by non-cash items, including net unrealized marks of $251 million and credit losses of $241 million

· $137 million of unrealized LOCOM adjustments due to market illiquidity- $127 million associated with Prime Non-Conforming product (prior to 8/15 transfer to HFI) and $10 million related to HFS Home Equity Line product

· $185 million of unrealized loss on mortgage-related securities due to market illiquidity and widening credit spreads – including decrease in value of $80 million and $90 million in CDO and home equity residuals, respectively

· $182 million provision for credit loss due to severity and frequency

· $59 million impairment of REO due to deteriorating home values

· Favorable MSR valuations driven by decrease in base mortgage rate and reductions in prepayments

Assessment of Current Situation

Confidential
EXAM10199069

# 2007 (8+4) Forecast

| ResCap net income ($ millions) | August YTD | Sept * | Q4* | Memo: CY * | RBP |
|---|---|---|---|---|---|
| RFG | $ (2,104) | $ (352) | $ (681) | $ (3,136) | $ (1,290) |
| BCG (1) | 86 | (205) | 7 | (112) | 265 |
| IBG | 34 | (38) | (75) | (79) | 112 |
| Corporate/Other | (28) | (11) | (75) | (114) | (94) |
| Total ResCap Net Loss | $ (2,012) | $ (606) | $ (824) | $ (3,441) | $ (1,007) |

\* Net loss does not include any restructuring charges, associated severance costs or any impairments of goodwill/intangibles (based on inability to recover or decision to sell), or gains/losses on sales or assets (e.g., HFI residuals or businesses/divisions). Consolidated ResCap Goodwill totaled $472 million at August 31, 2007

(1) BCG's forecast includes Health Capital Group 2007 forecast earnings of $26 million (for 12 months)

- BCG – Credit provision expected to increase to $88 million in September primarily due to specific reserves across the Real Estate Lending Business, Model Home Finance and lot impairment, increase interest expense of $30 million due to step-up of funding costs related to expected credit rating downgrade in Q4, and lower equity income. In addition significant downside in Q4 forecast of $7M with incremental provisions of as much as $100M

- IBG – Continued dramatic reduction in volume sold and execution margins ($169 million impact for the yr) and $58 million increase in interest expense ($35 million due to debt coupon step ups, $23 million due to higher outstandings due to lower sold volume). Moreover, significant downside risk of as much as $200 million due to continued deterioration in marks to asset value and residuals

- RFG – Losses continue due to:

  • Interest income declines through remainder of 2007 as balance sheet shrinks ($136 million)

  • Higher interest expense of $84 million due to step-up in funding costs

  • Provision for loan loss expected to increase $270 million and $385 million in September and Q4, respectively, due to expected deterioration in credit frequency and severity; Home Price Appreciation (HPA) assumptions alone contribute $140 million to provision in September

  • Projected unrealized loss on investment securities of $30 million in September and $30 million in Q4

  • Additional impairment of $41 million related to REO forecasted in September

  • Other expenses include write-off of Landscape system ($20 million)

| Assessment of Current Situation | Confidential ResCap BOD 9/26/07 | 7 |
|---|---|---|

EXAM10199070

# RFG Credit Trends

- Downward price momentum in Home Price Appreciation (HPA) continues and indicates further deterioration in Q3 and Q4

OFHEO HPA – Regional and State

S&P Case-Shiller HPA



Confidential
ResCap BOD 9/26/07

# RFG Credit Trends (cont'd)

- Our performance in this segment is comparable to the industry. Negative trends and shrinking portfolio will magnify the percentage rates



Confidential

EXAM10199072

# RFG Credit Trends (cont'd)

• Since severity is typically a lagging indicator, deterioration will accelerate based on trends shown in preceding charts



HFI-FIN Severity Rates

Severity Trends

• In summary, recent deterioration suggests continued and accelerating credit exposure and resulting losses

Assessment of Current Situation

Confidential
ResCap BOD 9/26/07

10

# Liquidity Outlook

- Over next 6 months ResCap has adequate liquidity under baseline scenario
- However, baseline scenario assumes most funding and cash generation initiatives will be achieved
- Risk Adjusted/Draconian and Opportunities highlights range of outcomes in more adverse circumstances
- Will continue to update outlook based on latest environment

Six Month Cash Forecast

*Dollars in Millions*

| | Projected Weeks 1-2 Sep 2007 | Projected Weeks 3-7 Oct 2007 | Projected Weeks 8-11 Nov 2007 | Projected Weeks 12-15 Dec 2007 | Projected Weeks 16-20 Jan 2008 | Projected Weeks 21-24 Feb 2008 | Projected Weeks 24-26 Mar 2008 | 6 Month Total[1] |
|---|---|---|---|---|---|---|---|---|
| **Baseline[2]** | | | | | | | | |
| 1 RFG | $ (340.3) | $ (23.7) | $ (282.0) | $ (33.8) | $ (37.1) | $ 233.8 | $ 557.5 | $ 74.4 |
| 2 BCG | (104.2) | (0.9) | 69.3 | 114.1 | 14.2 | 48.6 | 22.6 | 163.8 |
| 3 IBG | (318.5) | (128.3) | (188.8) | (247.0) | 103.7 | (165.5) | 134.5 | (809.8) |
| 4 ResCap Other | (119.5) | (283.2) | (300.5) | (236.3) | (277.2) | (237.4) | (73.9) | (1,528.2) |
| 5 Net Cash Activity - Baseline[3] | (882.5) | (436.1) | (701.9) | (403.1) | (196.4) | (120.5) | 640.7 | (2,099.8) |
| **Risk Adjusted / Draconian[1]** | | | | | | | | |
| 6 RFG | $ (985.1) | $ (229.1) | $ (317.9) | $ (481.5) | $ 57.8 | $ 259.9 | $ (105.8) | $ (1,801.8) |
| 7 BCG | (28.4) | (50.0) | - | (207.2) | (240.1) | (180.0) | (99.0) | (804.7) |
| 8 IBG | (233.7) | (126.0) | (1,099.7) | (2,430.9) | (2,024.5) | (2,784.6) | (267.0) | (8,966.4) |
| 9 ResCap Other | - | - | - | (97.8) | (14.9) | (14.9) | (7.4) | (135.0) |
| 10 Total Risk Adjusted | (1,247.2) | (405.1) | (1,417.6) | (3,217.5) | (2,221.7) | (2,719.6) | (479.2) | (11,707.8) |
| 11 Net Cash Activity - Risk Adjusted / Draconian[5] | (2,129.7) | (841.1) | (2,119.6) | (3,620.6) | (2,418.1) | (2,840.1) | 161.5 | (13,807.6) |
| **Opportunities** | | | | | | | | |
| 12 Health Capital Sale - net[5] | 101.8 | - | - | - | - | - | - | 101.8 |
| 13 RFG Residual Sale - net[6] | - | 35.5 | 42.9 | 35.9 | (1.9) | (2.8) | 0.9 | 110.5 |
| 14 Resort Finance Sale - net[7] | 895.5 | 9.8 | 3.7 | 2.6 | 53.0 | 2.5 | 0.1 | 967.2 |
| 15 Whole Loan Sales to BAWAG - net[8] | 3.4 | - | - | - | - | - | - | 3.4 |
| 16 Total Opportunities | 1,000.6 | 45.3 | 46.5 | 38.6 | 51.1 | (0.3) | 1.0 | 1,182.8 |
| 17 Net Cash Activity - After Risks & Opportunities[3] | $ (1,129.1) | $ (795.8) | $ (2,073.0) | $ (3,582.0) | $ (2,367.0) | $ (2,840.4) | $ 162.6 | $ (12,624.8) |

Assessment of Current Situation

11

Confidential
ResCap BOD 9/26/07

# Liquidity Outlook (cont'd)

*Dollars in Millions*

| | Projected Weeks 1-2 Sep 2007 | Projected Weeks 3-7 Oct 2007 | Projected Weeks 8-11 Nov 2007 | Projected Weeks 12-15 Dec 2007 | Projected Weeks 16-20 Jan 2008 | Projected Weeks 21-24 Feb 2008 | Projected Weeks 24-26 Mar 2008 | 6 Month Total [1] |
|---|---|---|---|---|---|---|---|---|
| **Cash Roll Forwards** | | | | | | | | |
| *Baseline* | | | | | | | | |
| 18 Beginning Cash | $ 2,921.0 | $ 2,038.5 | $ 1,692.5 | $ 990.5 | $ 497.5 | $ 301.0 | $ 180.5 | $ 2,921.0 |
| 19 Net Cash Activity - Baseline [4] | (882.5) | (436.1) | (701.9) | (403.1) | (196.4) | (120.5) | 640.7 | (2,099.8) |
| **20 Ending Cash** | **$ 2,038.5** | **$ 1,602.5** | **$ 990.5** | **$ 497.5** | **$ 301.0** | **$ 180.5** | **$ 821.2** | **$ 821.2** |
| *Risk Adjusted / Draconian* | | | | | | | | |
| 21 Beginning Cash | $ 2,921.0 | $ 791.3 | $ (49.8) | $ (2,169.4) | $ (5,790.0) | $ (8,208.0) | $ (11,048.1) | $ 2,921.0 |
| 22 Net Cash Activity - Risk Adjusted [4] | (2,129.7) | (841.1) | (2,119.6) | (3,620.6) | (2,418.1) | (2,840.1) | 161.5 | (13,807.6) |
| **23 Ending Cash** | **$ 791.3** | **$ (49.8)** | **$ (2,169.4)** | **$ (5,790.0)** | **$ (8,208.0)** | **$ (11,048.1)** | **$ (10,886.6)** | **$ (10,886.6)** |
| *Risk Adjusted / Draconian with Opportunities* | | | | | | | | |
| 24 Beginning Cash | $ 2,921.0 | $ 1,791.9 | $ 996.1 | $ (1,077.0) | $ (4,658.9) | $ (7,025.9) | $ (9,866.5) | $ 2,921.0 |
| 25 Net Cash Activity - Risk Adjusted [4] | (1,129.1) | (795.8) | (2,073.0) | (3,582.0) | (2,367.0) | (2,840.4) | 163.6 | (12,624.8) |
| **26 Ending Cash** | **$ 1,791.9** | **$ 996.1** | **$ (1,077.0)** | **$ (4,658.9)** | **$ (7,025.9)** | **$ (9,866.5)** | **$ (9,703.8)** | **$ (9,703.8)** |

*Key Points:*
(1) Total production is forecasted at $29.7B with 87% designated as Conforming / Government
(2) GMAC Bank is forecasted to fund 72% of the Conforming / Government loans and 94% of the Non-Conforming.
(3) Under a risk adjusted scenario, ResCap is forecasted to be a net user of $14.5B of cash over the six month period. With cash on hand today of $2.9B as of 9/17/07, we will be in a negative cash position of $11.6B. Key components to this cash usage include:

- $2.1B of cash funding needed to offset reductions or elimination of external funding facilities in the UK (specifically Gully, Silo, Trench & Canal).
- $2.8B of cash funding needed to offset reductions or elimination of external funding facilities in the CE (specifically RBC Netherlands, D3, & RBOS Spain).
- $0.4B of cash funding needed to offset reductions or elimination of external funding facilities in the LA (specifically Bancerte & C9).
- $0.5B of cash funding needed to offset reductions or elimination of external funding facilities in the CA (specifically TD TRS & RBC).
- $4.0B of new originations in excess of net sales proceeds that are unable to funded by external facilities (specifically $2.5B in CE & $1.5B in UK).
- $0.7B of fundings in Residential Construction due to an early trigger in their external facility because of customer concentration on "watch list".
- $1.6B to cover net interest expense (assuming a ratings downgrade in Q4), accounts payable and payroll for ResCap.
- $1.0B of fundings to cover the 20% haircut on assets unable to be funded by the Bank due to asset limitations at 12/31/07.
- $0.6B of capital infusions into GMAC Bank to maintain regulatory capital limits at 11%.
- $0.5B additional capital need to cover additional haircuts installed on various RTC facilities and Repo lines.
- $0.5B of fundings to cover assets rolling off Whitut Grove in 12/29/07 due to non-renewal upon maturity.
(4) Forecast assumes a 100bp increase in ResCap's COF due to downgrades by two rating agencies in Q4.
(5) Several opportunities have been identified to raise cash of approximately $0.9B including the closing of the Health Capital, Resort Finance and Resido sales during Q4.

*Notes:*
(1) Six month total covers the 26 week period from Sept 17, 2007 - March 14, 2008. September and March are not forecasted as full months in this analysis.
(2) Baseline Scenario is sourced from the 30-Day Cash Flow Forecast, dated as of Sept. 17, 2007.
(3) Net Cash Activity is calculated after all Non-ResCap Financing.
(4) The risk adjusted scenario includes the Risks and Opportunities provided by the Company's Management as well as application of additional Draconian adjustments.
(5) Proceeds for sale of the Health Capital business of $101.8M represent net asset value of $87c8M less cash received on August 17, 2007 of $575.0M.
(6) Proceeds from the sale of residuals is preliminary assuming $362.0M sale less $265.0M of residual repo financing for net proceeds of $97.0M.
(7) Net proceeds from the sale of Resort Finance to GMAC is estimated at $869.9M.
(8) Assumes €1,325.0M of assets at a 99% advance rate converted at an exchange rate of EUR-USD 1.35 less $1,390.0M paydown of existing lines.

# Covenants/Capital Shortfall

- ResCap and its subsidiaries have approximately 40 debt facilities that contain financial covenants
- Failure of covenants not desirable as in most cases would trigger cross defaults and/or potential cross acceleration on other facilities
  - Based on latest forecast, ResCap net worth covenant closest to failing
    - Would impact at a minimum the $1.75B in unsecured credit lines and $1.75B of unsecured bank term loans
  - Based on latest financial forecast, covenant will have $118M cushion at Q3 and a $707M shortfall at year end
  - $725M equity injection will provide adequate cushion in Q3 and no cushion at year-end

*Amounts in thousands*

| | 1st half | Q3 fcst* | Q4 fcst | YTD 2007 |
|---|---|---|---|---|
| TNW - Beginning of Period | $7,155,631 | $7,023,060 | $ 5,517,845 | $7,155,631 |
| Actual/Forecast Net Loss | (1,164,472) | (1,452,240) | (824,500) | (3,441,212) |
| Capital Contribution | 1,000,000 | - | - | 1,000,000 |
| Other, net | 31,901 | (52,975) | - | (21,074) |
| TNW - End of Period | $7,023,060 | $5,517,845 | $ 4,693,345 | $4,693,345 |
| Memo: Total Equity - End of Period | $7,507,405 | $5,999,430 | $ 5,174,930 | $ 5,174,930 |
| ResCap covenant requirement | 5,400,000 | 5,400,000 | 5,400,000 | 5,400,000 |
| Excess/(deficiency), existing capital | $1,623,060 | 117,845 | (706,655) | (706,655) |
| ***Illustrative: $725 million Capital from GMAC*** | | 725,000 | 725,000 | 725,000 |
| Excess/(deficiency), pro forma | | $842,845 | $18,345 | $18,345 |

\* Assumes $606 million of losses for September 2007.

*Note:  Net loss does not include any restructuring charges, associated severance costs or impairments of goodwill/intangibles (based on inability to sell), or gains/losses on sales of assets (e.g., HFI residuals and business divisions).*

| *$(thousands* | | *Fcst. Sept. 30, 2007* |
|---|---|---|
| TNW - Before Capital Contribution | | $5,517,845 |
| Capital Contribution | | 725,000 |
| TNW - After Capital Contribution | | $6,242,845 |
| TNW Covenant | | $5,400,000 |
| *Memo:  Cushion* | | $842,845 |

| Assessment of Current Situation | Confidential<br>ResCap BOD 9/26/07 | 13 |
|---|---|---|

EXAM10199076

# ResCap Restructuring Plan

Confidential

EXAM10199077

# ResCap Turnaround Plan

## ResCap Strategy

## Detailed Restructuring Plan (RFG, IBG, BCG)

**Lines of business (Risk-based Approach)**

**Efficient Cost Structure (Scalable)**

**Adequate Liquidity & Capital**

**Superior Talent Management (Retention & right Org Structure)**

## Preliminary 2008 Outlook

Confidential

# Executive Summary – Strategy

- **Simpler, more focused business model**
  - Fewer production channels
  - Streamlined product suite … 80% government / agency production
  - World class servicing … U.S. $425B primary servicing and over $60B third-party servicing
  - Greater utilization of GMAC Bank subject to regulatory approvals
- **Restructure to become low-cost producer**
  - $2.6B 2007 cost structure reduced to $1.2B by mid 2008
  - $476M reduction in expense through non-core business disposition / wind-down
  - $900M savings through headcount (13,000 1/07 to 6,600 6/08) & other reductions
  - Consolidate sprawling facilities footprint into Ft Washington, PA
- **Reduce risk and income volatility via balance sheet restructuring**
  - Sell subprime HFI residuals, deconsolidate $38B in subprime loans
  - Avoidance of potential future provisioning creates $200M net income pickup in 2008
- **Create reliable credit and control environment to manage risk going forward**
  - Build strong credit function … all decisions based on risk/reward trade off
  - Build strong audit function … with real teeth
  - Simplify controls process and systems … massive legal entity minimization and reduction in number of systems/platforms

Confidential

# RFG Business Restructuring

## RFG Production Strategy

• Simpler, more focused business strategy … streamlined product set & production platform

**Product Suite**

**Production Channels**

Agency Paper
Prime Jumbo          } >80% of Production          Correspondent
Alt A (Agency Eligible)                               Wholesale
POA (Agency Eligible)                                 Retail
Narrowly Focused Subprime                             Direct

                                                     EXIT INSTITUTIONAL

• World class servicing business
  • $425B currently primary serviced (+$60B third-party serviced currently)
  • Pursue growth in fee-based servicing
  • Pursue consolidating acquisitions for additional scale
• GMAC Bank
  • Currently 50% of Broker/Consumer & 100% of Correspondent is bank originated

Confidential

EXAM10199080

# RFG Asset Sales/Restructuring

| ($ in millions) | '07 EBT | Headcount Reduction | Expense Reduction | Strategy |
|---|---|---|---|---|
| R&W/EPD Improvement | - | - | $200 | Significant reduction in repurchase activity based on product mix and underwriting changes |
| 2007 G&A Initiatives | - | 2,200 | $143 | Expense initiatives executed in the second half of 07 yield an additional $143 of run rate savings in 08 |
| GMAC Home Services | ($10) | 1,236 | $416 | Pursue sale of real estate brokerage (both owned & franchised) & relocation businesses. GHS Mortgage to wind-down if unsaleable |
| Other Non-Core Business (Broker/Dealer, Warehouse, Home Connects) | ($230) | 226 | $60 | 70% reduction in Warehouse headcount & expense Significant reduction in Broker/Dealer capacity Elimination of Home Connects title services |
| Core Restructuring | ($2,754) | 2,940 | $505 | Comp & Benefits reduction of $310 and additional reductions of $195 from Systems, Facilities, Advertising and Professional Fees |

Driving RFG Cost Base from $2.6B to $1.2B by mid-2008

Confidential
ResCap BOD 9/26/07

ResCap Restructuring Plan

18

EXAM10199081

# RFG Cost Restructuring

## RFG Cost Base



*$US Millions*

| | 2007 Forecast | R&W/EPD 2007 Initiatives | 2008 Run Rate | Non Core Businesses | Core '08 Run Rate | Comp & Ben | Other | 2008 Target |
|---|---|---|---|---|---|---|---|---|
| | $2,553 | $200 | $143 | $2,210 | $476 | $1,734 | $310 | $195 | $1,230 |

GHS $416
Home Connects $30
GRS $14
Warehouse $16

Total Headcount: 11,012 / 9,550 / 7,465 / 6,610
Excl. Sales: 8,927 / 4,525

\* Expense data does not include ResCap Enterprise Tax Allocations of $56M, FAS91 deferrals of ($344M), or Transfers of $93M
\*\* Exclusive of IBG ($364M '07 Expense / 1,731 Headcount), BCG ($57M '07 Expense / 160 Headcount), & ResCap Corp ($129M '07 Expense / 413 Headcount)

- $200M reduction in R&W / EPD driven by underwriting tightening & product mix shift

- 2007 expense initiatives will yield $143M in run rate savings in 2008 (above $225M realized in '07)

- Non-core business reductions will eliminate $176M in expense and 1,462 total headcount

- Driving towards incremental $505M in savings through headcount reductions & other initiatives (Systems, Facilities, Sourcing)

Focused on Reducing Direct Operating Expenses to $1.2B in 2008

ResCap Restructuring Plan

Confidential
ResCap BOD 9/26/07

19

Confidential

# RFG Cost Restructuring (cont'd)

**RFG Cost Base ($ millions)**

| | 2007 Forecast |
|---|---|
| **Total RFG Expense – 2007** | **2,553** |
| R&W / EPD | (200) |
| 2007 Initiatives | (143) |
| **2008 Run Rate** | **2,210** |

| | 2007 Forecast |
|---|---|
| Non Core Business** | 518 |
| **Core 2008 RFG Expense** | **1,734** |

### Non Core Business

| | 2007 Forecast | Total Reduction (A+B) | 2008 Target | 2007 Headcount | Proposed Reduction | 2008 Headcount |
|---|---|---|---|---|---|---|
| Resi Home Services (GHS) | 116 | 116 | - | 1,236 | 1,236 | - |
| Home Connects | 60 | 30 | 30 | 164 | 123 | 41 |
| GRS (Broker / Dealer) | 20 | 14 | 6 | 43 | 32 | 11 |
| Warehouse Lending | 22 | 16 | 6 | 94 | 71 | 24 |
| **Non Core Business** | **518** | **476** | **42** | **1,537** | **1,462** | **75** |

### Core 2008 RFG Expense

| | 2007 Forecast | 2007 Forecast (C&B) | 2008 Carryover | 2007 Ending Run Rate | Proposed Reduction | Proposed Reduction (B) | Total Reduction (A+B) | 2008 Target | 2007 Headcount | Proposed Reduction | 2008 Headcount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Core RFG Expense** | **1,734** | | | **1,626** | **27%** | **437** | **504** | **1,230** | | | |
| **Total C&B Expenses (Core)** | | **931** | **66** | **865** | **28%** | **244** | **310** | **621** | **11,002** | **4,402** | **6,600** |
| Business Lending | 252 | 179 | | 167 | 40% | 67 | 78 | 100 | 1,518 | 732 | 786 |
| IT / Business Technology | 239 | 96 | 15 | 82 | 25% | 20 | 31 | 61 | 972 | 293 | 679 |
| Capital Markets (Incl PIA) | 283 | 52 | | 52 | 60% | 31 | 31 | 21 | 258 | 187 | 71 |
| Servicing | 283 | 140 | 8 | 132 | 15% | 20 | 28 | 112 | 2,334 | 422 | 1,912 |
| Portfolio Asset Management | 183 | 29 | | 29 | 35% | 10 | 10 | 19 | 301 | 127 | 174 |
| B2C | 555 | 307 | 18 | 290 | 25% | 72 | 90 | 217 | 3,221 | 970 | 2,251 |
| CFO Office | 38 | 38 | 3 | 36 | 20% | 7 | 10 | 28 | 263 | 63 | 200 |
| Credit Risk | 41 | 28 | 2 | 26 | 20% | 5 | 7 | 21 | 264 | 64 | 200 |
| HR | 16 | 9 | 3 | 6 | 20% | 1 | 4 | 5 | 78 | 19 | 59 |
| ResCap Risk | 20 | 14 | 4 | 11 | 20% | 2 | 6 | 9 | 115 | 28 | 87 |
| All Other | 77 | 38 | 3 | 35 | 20% | 7 | 10 | 28 | 151 | 36 | 115 |

| | 2007 Forecast | 2008 Carryover | 2007 Ending Run Rate | Proposed Reduction | Proposed Reduction (B) | Total Reduction (A+B) | 2008 Target | Functional Owners |
|---|---|---|---|---|---|---|---|---|
| **Total Non C&B Expense (Core)** | **761** | **-** | **761** | **25%** | **194** | **195** | **566** | |
| Systems / IT | 249 | | 249 | 25% | 62 | 62 | 187 | Stadler |
| Professional Fees | 156 | | 136 | 35% | 48 | 48 | 88 | Young / Marple |
| Advertising | 98 | | 98 | 20% | 20 | 20 | 78 | Gray |
| Equipment / Supplies | 92 | | 92 | 30% | 28 | 28 | 64 | Young |
| Occupancy | 87 | | 87 | 25% | 22 | 22 | 65 | Kraft |
| Other | 99 | | 99 | 15% | 15 | 15 | 84 | Kassidy / Tietjen / Leary |

** Non Core Business Assumes 100% Sale of GHS & significant reductions in Home Connects, GHS, Warehouse Lending

ResCap Restructuring Plan

Confidential
EXAM10199083

# 2007 Potential Sale of Residuals

- **HFI residual book (excluding PIA) ("HFI Book") created to provide stable earnings stream that investors would place a high value on (versus more volatile earnings related to gain on sale treatment)**

  - Predicated on assumption that assets retained were not being valued properly by the Street and that ResCap credit risk analytics and servicing data provided an information advantage

| 7/31/07<br>in billions $ | RFG Total | Potential Sale |
|---|---|---|
| HFI | $55.2 | $33.6 |
| Less Allowance | (1.4) | (1.3) |
| Net HFI | $53.8 | $32.3 |
| NBV | NM# | 0.8 |

# Not meaningful as not all assets securitized

- **HFI Book has exhibited significant volatility in loss provision and credit performance has been consistently worse than projected**

  - HFI Book expected to generate $200M of GAAP net losses in 2008 but over $300M in positive cashflow

  - Major assumptions:

    - 0.3% Home Price Appreciation (HPA) through Q2 2008, growing to 3% by 2010

    - 37% Prepayment rate

    - Average 30+ delinquency of 27%

| | |
|---|---|
| ResCap Restructuring Plan | Confidential<br>ResCap BOD 9/26/07 |

Confidential

EXAM10199084

# 2007 Potential Sale of Residuals

- **4 options have been identified to address the issue**
  - Hold HFI Book and endure earnings volatility and losses
  - Sell "Targeted" Residuals over next 6-18 months to alleviate some earnings volatility and losses
  - Sell the entire HFI Book by the end of 2007 with the aid of a third party reserve bid
  - Sell the entire HFI Book in an orderly fashion by the end of 2008
- **As of July 31, 2007, HFI Book represented $33.6 billion UPB and $756 million of GAAP net book value**
  - Market value of entire HFI Book preliminarily priced at $362 million
- **Recommend proceeding with the sale of the HFI Book prior to December 31, 2008**
  - Baseline anticipates cashflow of $30-35 million per month 12/08
  - Orderly multi-step sale process will best optimize cashflow/earnings trade-off and realize maximum value for ResCap
  - Earnings volatility to steadily diminish as more residuals get sold
- **Have already sold 10 deals and has targeted 28 others for sale by the end of the year**
  - 28 deals represent $13.6 billion UPB and $188 million net book value
  - These deals have been preliminarily priced at $113 million

Confidential

EXAM10199085

# 2007 Sale of Residuals

| | UPB | GAAP NBV | Repo Provider Value | Repo Amount | Estimated Mktpt. Value | Estimated Value as % of NBV | Mgmt. 2008E Pre-Tax Income | Mgmt. 2008E Cash Flow | Mgmt. 2009E Cash Flow |
|---|---|---|---|---|---|---|---|---|---|
| 1 RCG - HFI: Saleable | 33,583.9 | 756.3 | 441.4 | 264.8 | 361.5 | 47.8% | (199.6) | 333.5 | 212.8 |
| 2 PLA - HFI @ 7/31/07 | 3,835.3 | 169.4 | - | - | 12.2 | 7.2% | (5.0) | 12.9 | 15.4 |
| 3 HFI Subtotal | 37,419.2 | 925.7 | 441.4 | 264.8 | 373.7 | 40.4% | (204.6) | 346.3 | 228.3 |
| 4 | | | | | | | | | |
| 5 RCG - GOS @ 7/31/07 | 6,457.8 | 129.2 | 72.2 | 43.3 | NA | NA | 18.3 | 44.6 | TBD |
| 6 RESI - GOS @ 7/31/07 | 12,604.2 | 520.0 | 160.0 | 56.0 | NA | NA | 39.0 | 192.0 | TBD |
| 7 PLA - GOS @ 7/31/07 | 5,012.2 | 47.9 | - | - | NA | NA | 3.0 | 12.1 | TBD |
| 8 GOS Subtotal | 24,074.1 | 697.2 | 232.2 | 139.3 | - | 0.0% | 60.3 | 248.7 | - |
| 9 | | | | | | | | | |
| 10 Total | 61,493.3 | 1,622.9 | 673.6 | 404.1 | 373.7 | 23.0% | (144.2) | 595.0 | 228.3 |
| 11 | | | | | | | | | |
| 12 RCG - HFI Sale Rollforward | | | | | | | | | |
| 13 RCG - HFI: July 31, 2007 | 38,272.0 | 699.7 | 450.0 | 270.0 | 361.5 | 51.7% | (239.3) | 333.5 | 212.8 |
| 14 RCG - HFI: August Sales | (1,743.1) | 22.6 | - | - | - | 0.0% | 16.1 | - | - |
| 15 RCG - HFI: September Sales | (2,945.1) | 34.1 | (8.7) | (5.2) | - | 0.0% | 23.5 | - | - |
| 16 RCG - HFI: Saleable | 33,583.9 | 756.3 | 441.4 | 264.8 | 361.5 | 47.8% | (199.6) | 333.5 | 212.8 |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 Non-Targeted Deals | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 RCG - HFI: Saleable | 33,583.9 | 756.3 | 441.4 | 264.8 | 361.5 | 47.8% | (199.6) | 333.5 | 212.8 |
| 24 Targeted Q4 Sales (28 Deals) | 13,629.1 | 188.4 | 136.6 | 81.9 | 113.1 | 60.0% | (72.2) | 125.2 | 73.8 |
| 25 Remainder | 19,954.7 | 567.9 | 304.8 | 182.9 | 248.5 | 43.8% | (127.4) | 208.3 | 139.1 |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |

28 Net Book Value Roll-Forward and Book Gain/Loss Estimate

| | NBV | | Low | Middle | High |
|---|---|---|---|---|---|
| 30 | | | | | |
| 33 RCG - HFI: July 31, 2007 | 699.7 | Estimated Sale Price | 275.0 | 375.0 | 375.0 |
| 34 RCG - HFI: August Sales | 22.6 | Estimated 9/30/07 NBV | (358.0) | (358.0) | (358.0) |
| 35 RCG - HFI: September Sales | 34.1 | Rep & Warrant Expense | (95.7) | (95.7) | (95.7) |
| 36 Aug/Sep Net Loss | (314.4) | Est. Book Gain / (Loss) | (178.7) | (128.7) | (78.7) |
| 37 August New Deals (MBS Deals) | (81.0) | | | | |
| 38 Estimated 9/30/07 NBV | 358.0 | | | | |
| 39 | | | | | |
| 40 2007E Net Loss (RoY) | (140.0) | | | | |
| 41 2008E Net Loss | (199.6) | | | | |
| 42 Estimated 12/31/08 NBV | 18.4 | | | | |

Confidential

EXAM10199086

# 2007 RFG Forecast – Impact of Restructuring

**Residential Finance Group (RFG)**
**2007 Net Income (Targeted Residual Sale Scenario)**

| $ in millions | August YTD Loss | | September | | Q3 | | Q4 | | Full Year 2007 | | Full Year 2008 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Loss - Targeted Residual Sale | $ | (2,104) | $ | (352) | $ | (1,196) | $ | (681) | $ | (3,136) | $ | (192) |
| Estimated Restructuring Charges (1) | | - | | (130) | | (130) | | - | | (130) | | - |
| Net Loss after Restructuring | $ | (2,104) | $ | (482) | $ | (1,326) | $ | (681) | $ | (3,266) | $ | (192) |
| Impact of selling all remaining HFI Residuals | $ | - | $ | - | $ | - | $ | 20 | $ | 20 | $ | 194 |
| Net Loss (All HFI Sold) | $ | (2,104) | $ | (482) | $ | (1,326) | $ | (660) | $ | (3,246) | $ | 2 |

1. Goodwill impairments or gain/loss on disposition of business is not included.  Total RFG goodwill is $382 million.

ResCap Restructuring Plan

Confidential
ResCap BOD 9/26/07

24

EXAM10199087

# 2007 Primary Forecast Assumptions for RFG

## September - December 2007 (Targeted HFI Sales)

1. **Interest Income** declines through the remainder of 2007 as the balance sheet decreases due to asset sales and prepayments. HFI residual sales for the remainder of 2007 are forecast to be $13.6 billion of UPB, which will reduce interest income and interest expense by approximately $138 million over the four month period.

2. **Interest Expense** includes the additional step-up of ResCap funding costs in October due to a further downgrade, resulting in $8.3 million per month in interest expense. Overall interest expense declines due to the lower balance sheet, but net interest margin is minimal.

3. **Provision Expense** includes $140 million of additional expense in September for changes to the HPA assumptions. As the HFI portfolio residuals are sold and the portfolio declines the provision expense are expected to decrease, however increasing severity and roll to loss assumptions are of concern. Overall provision expense and the allowance remain high due to rising delinquencies and market conditions

4. **Gain on Sale of Mortgage Loans** for September includes $60 million of gains from the sale of HFI residuals and GOS of HFS and other gains of $20 million. October includes losses on sale of ($32) million from HFI residuals offset by GOS of HFS of $25 million. November and December forecast includes gain/loss on HFI residual sales of $1 and ($89) million, respectively, offset with GOS of HFS loans of approximately $25 million per month.

5. **Net Servicing Fees** represent the income from the MSR assets and are expected to provide positive income throughout the remainder of the year. As interest rates have risen, the value of the MSR assets have increased, resulting in additional income. There is potential for additional income during the remainder of the year due to changes in valuation of the MSR asset due to slowing prepayments and other factors.

6. **Gain on Investment Securities** reflects the mark to market and gain/loss on the trading securities portfolio, including the CDOs, credit residuals and GRS securities sales. September forecast includes $30 million of losses due to market movement and an estimate of $10 million per month for Q4.

7. **REO Operating Income** represents the additional impairment on REO properties due to the continued deterioration in the housing market. September includes approximately $40 million of additional impairment on P1A REO properties. Monthly REO impairment has been approximately $20 million per month.

8. **Compensation & Benefits** is projected to decrease through the remainder of the year due to lower commission expenses in the impact of the restructuring.

9. **REO Operating Expenses** are expected to be approximately $12 million per month to maintain the REO inventory of properties.

10. **EPD & Rep & Warrants Expenses** includes a $20 million reduction of expense in September resulting from a change in EPD reserve estimate. Due to the existing reserve balances, lower volumes, tighter underwriting and additional focus in this area, Q4 expenses are significantly lower than previous quarters.

11. **Other Expenses** include the write-off of the Lendscape capitalized asset values in September, as use of the system will be discontinued.

12. **Income Taxes** are based on legal entity income from GMAC Bank, which is taxed at an effective rate of 38.5%.

13. **Forecast does NOT include any goodwill impairment write-off in 2007. Estimated restructuring charges are shown at the bottom of the schedule.**

## All HFI Sold – Changes to Assumptions Above

1. **Net Interest Income** drops due to removal of asset balances and related debt.
2. **Provision Expense** lowered in December, due to assets removed from balance sheet.
3. **Gain on Sale of Mortgage Loans** decreased due to incremental loss on sale of $89 million recorded in December.

Confidential

EXAM10199088

# 2007 Forecast for RFG – Income Statement (Targeted HFI Sold)

**RFG**
**Income Statement - Forecast**
**2007 Forecast (Targeted HFI Sold)**
($Millions)

| | Quarterly Trend | | | | | Monthly Trend | | | | | |
| --- | Q1 Actual | Q2 Actual | Q3 Actual | Q4 Forecast | Full Year Forecast | Jul Actual | Aug Actual | Sep Forecast | Oct Forecast | Nov Forecast | Dec Forecast |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Revenue** | | | | | | | | | | | |
| 1 Net Interest Income | $ 328 | $ 258 | $ 101 | $ 54 | $ 741 | $ 63 | $ 15 | $ 24 | $ 19 | $ 18 | $ 17 |
| 2 Provision | (511) | (277) | (620) | (385) | (1,794) | (174) | (177) | (270) | (135) | (119) | (131) |
| 3 Net Interest Income After Provision | (184) | (19) | (519) | (331) | (1,054) | (111) | (163) | (245) | (116) | (101) | (114) |
| 4 Gain on Sale of Mortgage Loans, net | (341) | 98 | (130) | 36 | (337) | (71) | (138) | 79 | (7) | 25 | 18 |
| 5 Net Servicing Fees | 130 | 285 | 302 | 124 | 841 | 102 | 151 | 49 | 41 | 41 | 42 |
| 6 Gain on Investment Securities, net | 32 | (55) | (282) | (30) | (335) | (51) | (202) | (30) | (10) | (10) | (10) |
| 7 Other Income | 91 | 86 | 26 | 78 | 280 | 35 | 2 | (11) | 24 | 27 | 27 |
| 8 Total Net Revenue | (272) | 395 | (604) | (124) | (604) | (96) | (349) | (158) | (70) | (17) | (37) |
| **Expense** | | | | | | | | | | | |
| 9 Compensation and Benefits | 262 | 286 | 265 | 214 | 1,028 | 91 | 91 | 83 | 85 | 71 | 58 |
| 10 REO Operating Expense | 24 | 23 | 31 | 38 | 117 | 14 | 5 | 12 | 12 | 13 | 13 |
| 11 EPD & Reps and Warrants | 160 | 60 | (5) | 10 | 225 | 3 | 16 | (23) | 3 | (1) | 8 |
| 12 Other | 256 | 238 | 275 | 250 | 1,020 | 70 | 96 | 110 | 83 | 81 | 86 |
| 13 Total Expenses | 702 | 608 | 567 | 513 | 2,390 | 178 | 208 | 181 | 183 | 164 | 165 |
| 14 Pretax Income (Loss) | (974) | (213) | (1,171) | (636) | (2,994) | (274) | (557) | (340) | (253) | (181) | (202) |
| 15 Income Tax | 26 | 47 | 25 | 44 | 143 | 10 | 3 | 12 | 14 | 15 | 15 |
| 16 Net Income (Loss) | $ (1,000) | $ (260) | $ (1,196) | $ (681) | $ (3,136) | $ (284) | $ (560) | $ (352) | $ (267) | $ (196) | $ (218) |
| 17 Restructuring Charge | (130) | - | - | - | (130) | - | - | - | - | - | - |
| 18 Net Income (Loss) After Restructuring | (1,326) | | | | (3,266) | | | (482) | | | |

Confidential
ResCap BOD 9/26/07

26

EXAM10199089

# 2007 Forecast for RFG – Balance Sheet (Targeted HFI Sold)

**RFG**
**Balance Sheet**
**2007 Forecast (Targeted HFI Sold)**

| ($ Millions) | Quarterly Trend | | | | Monthly Trend | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Q1 Actual | Q2 Actual | Q3 Forecast | Q4 Forecast | Jul Actual | Aug Actual | Sep Forecast | Oct Forecast | Nov Forecast | Dec Forecast |
| Cash and Cash Equivalents | $ 677 | $ 688 | $ 566 | $ 566 | $ 551 | $ 566 | $ 566 | $ 566 | $ 566 | $ 566 |
| Trading Securities | 5,343 | 5,133 | 3,060 | 2,769 | 5,281 | 3,581 | 3,060 | 2,826 | 2,798 | 2,769 |
| Mtg Loans HFS | 15,893 | 12,322 | 5,425 | 4,817 | 12,169 | 5,661 | 5,425 | 5,218 | 5,013 | 4,817 |
| Bank HFI | 12,184 | 13,168 | 15,308 | 16,111 | 13,478 | 13,758 | 15,308 | 15,580 | 15,847 | 16,111 |
| HFI Securitized | 44,497 | 40,519 | 33,823 | 19,628 | 38,905 | 36,908 | 33,823 | 29,050 | 26,392 | 19,628 |
| Other HFI | 5,294 | 5,865 | 11,084 | 10,635 | 7,207 | 12,885 | 11,084 | 10,968 | 10,800 | 10,635 |
| Allow for Credit Losses | (1,624) | (1,650) | (1,646) | (1,589) | (1,683) | (1,598) | (1,646) | (1,615) | (1,598) | (1,589) |
| Mtg Loans Held for Investment | 60,350 | 57,901 | 58,568 | 44,785 | 57,907 | 61,953 | 58,568 | 53,983 | 51,442 | 44,785 |
| Lending Receivables | 6,469 | 4,181 | 2,350 | 2,048 | 3,569 | 2,579 | 2,350 | 2,250 | 2,182 | 2,048 |
| Capitalized Servicing Rights | 5,094 | 6,026 | 5,456 | 5,366 | 5,888 | 5,481 | 5,456 | 5,424 | 5,394 | 5,366 |
| Other | 6,343 | 6,871 | 7,340 | 8,300 | 7,461 | 7,326 | 7,340 | 8,308 | 8,304 | 8,300 |
| **Total Assets** | $ 100,169 | $ 93,122 | $ 82,766 | $ 68,652 | $ 92,827 | $ 87,148 | $ 82,766 | $ 78,575 | $ 75,699 | $ 68,652 |
| Collateralized Borrowings | 45,974 | 42,534 | 36,020 | 21,932 | 41,233 | 39,379 | 36,020 | 31,501 | 28,762 | 21,932 |
| Other Borrowings | 31,948 | 26,435 | 22,061 | 21,699 | 26,278 | 21,594 | 22,061 | 21,526 | 21,613 | 21,699 |
| Payables to Affiliates / Allocated Equity | 13,564 | 14,704 | 15,009 | 14,000 | 15,389 | 16,114 | 15,009 | 14,323 | 14,169 | 14,000 |
| Deposit Liabilities | 5,573 | 6,437 | 6,970 | 8,273 | 6,687 | 7,140 | 6,970 | 8,414 | 8,371 | 8,273 |
| Other Liabilities | 3,110 | 3,011 | 2,705 | 2,748 | 3,240 | 2,921 | 2,705 | 2,812 | 2,785 | 2,748 |
| **Total Liab's and Equity** | $ 100,169 | $ 93,122 | $ 82,766 | $ 68,652 | $ 92,827 | $ 87,148 | $ 82,766 | $ 78,575 | $ 75,699 | $ 68,652 |

ResCap Restructuring Plan

Confidential
ResCap BOD 9/26/07

27

# 2007 Forecast for RFG – Income Statement (All HFI Sold)

**RFG**
**Income Statement – Forecast**
**2007 Forecast (All HFI Sold)**
($ Millions)

| | Quarterly Trend | | | | | Monthly Trend | | | | | |
| --- | Q1 Actual | Q2 Actual | Q3 Forecast | Q4 Forecast | Full Year Forecast | Jul Actual | Aug Actual | Sep Forecast | Oct Forecast | Nov Forecast | Dec Forecast |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Revenue** | | | | | | | | | | | |
| 1 Net Interest Income | $ 328 | $ 258 | $ 101 | $ 49 | $ 736 | $ 63 | $ 15 | $ 24 | $ 19 | $ 20 | $ 11 |
| 2 Provision | (511) | (277) | (620) | (271) | (1,680) | (174) | (177) | (270) | (135) | (119) | (17) |
| 3 Net Interest Income After Provision | (184) | (19) | (519) | (222) | (944) | (111) | (163) | (245) | (116) | (99) | (6) |
| 4 Gain on Sale of Mortgage Loans, net | (341) | 98 | (130) | (53) | (426) | (71) | (138) | 79 | (7) | 25 | (71) |
| 5 Net Servicing Fees | 130 | 285 | 302 | 124 | 841 | 102 | 151 | 49 | 41 | 41 | 42 |
| 6 Gain on Investment Securities, net | 32 | (55) | (282) | (30) | (335) | (51) | (202) | (30) | (10) | (10) | (10) |
| 7 Other Income | 91 | 86 | 26 | 78 | 280 | 35 | 2 | (11) | 24 | 27 | 27 |
| 8 Total Net Revenue | (272) | 395 | (604) | (103) | (583) | (96) | (349) | (158) | (70) | (16) | (18) |
| **Expense** | | | | | | | | | | | |
| 9 Compensation and Benefits | 262 | 286 | 265 | 214 | 1,028 | 91 | 91 | 83 | 85 | 71 | 58 |
| 10 REO Operating Expense | 24 | 23 | 31 | 38 | 117 | 14 | 5 | 12 | 12 | 13 | 13 |
| 11 EPD & Reps and Warrants | 160 | 60 | (5) | 10 | 225 | 3 | 16 | (23) | 3 | (1) | 8 |
| 12 Other | 256 | 238 | 275 | 250 | 1,020 | 70 | 96 | 110 | 83 | 81 | 86 |
| 13 Total Expenses | 702 | 608 | 567 | 513 | 2,390 | 178 | 208 | 181 | 183 | 164 | 165 |
| 14 Pretax Income (Loss) | (974) | (213) | (1,171) | (616) | (2,973) | (274) | (557) | (340) | (253) | (180) | (183) |
| 15 Income Tax | 26 | 47 | 25 | 44 | 143 | 10 | 3 | 12 | 14 | 15 | 15 |
| 16 Net Income (Loss) | $ (1,000) | $ (260) | $ (1,196) | $ (660) | $ (3,116) | $ (284) | $ (560) | $ (352) | $ (267) | $ (194) | $ (199) |
| 17 Restructuring Charge | - | - | (130) | - | (130) | | | (130) | | | |
| 18 Net Income (Loss) After Restructuring | (1,000) | (260) | (1,326) | (660) | (3,246) | - | - | (482) | - | | |

Confidential

EXAM10199091

# 2007 Forecast for RFG – Balance Sheet (All HFI Sold)

**RFG**
**Balance Sheet**
**2007 Forecast (All HFI Sold)**
($ Millions)

| | Quarterly Trend | | | | Monthly Trend | | | | | |
| --- | Q1 Actual | Q2 Actual | Q3 Forecast | Q4 Forecast | Jul Actual | Aug Actual | Sep Forecast | Oct Forecast | Nov Forecast | Dec Forecast |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Cash and Cash Equivalents | $ 677 | $ 688 | $ 566 | $ 566 | $ 551 | $ 566 | $ 566 | $ 566 | $ 566 | $ 566 |
| Trading Securities | 5,343 | 5,133 | 3,060 | 2,769 | 5,281 | 3,581 | 3,060 | 2,826 | 2,798 | 2,769 |
| Mtg Loans HFS | 15,893 | 12,322 | 5,425 | 4,817 | 12,169 | 5,661 | 5,425 | 5,218 | 5,013 | 4,817 |
| Bank HFI | 12,184 | 13,168 | 15,308 | 16,111 | 13,478 | 13,758 | 15,308 | 15,580 | 15,847 | 16,111 |
| HFI Securitized | 44,497 | 40,519 | 33,823 | 1,299 | 38,905 | 36,908 | 33,823 | 29,050 | 26,392 | 1,299 |
| Other HFI | 5,294 | 5,865 | 11,084 | 10,635 | 7,207 | 12,885 | 11,084 | 10,968 | 10,800 | 10,635 |
| Allow for Credit Losses | (1,624) | (1,650) | (1,646) | (84) | (1,683) | (1,598) | (1,646) | (1,615) | (1,598) | (84) |
| Mtg Loans Held for Investment | 60,350 | 57,901 | 58,568 | 27,961 | 57,907 | 61,953 | 58,568 | 53,983 | 51,442 | 27,961 |
| Lending Receivables | 6,469 | 4,181 | 2,350 | 2,048 | 3,569 | 2,579 | 2,350 | 2,250 | 2,182 | 2,048 |
| Capitalized Servicing Rights | 5,094 | 6,026 | 5,456 | 5,366 | 5,888 | 5,481 | 5,456 | 5,424 | 5,394 | 5,366 |
| Other | 6,343 | 6,871 | 7,340 | 7,693 | 7,461 | 7,326 | 7,340 | 8,308 | 8,027 | 7,693 |
| Total Assets | $ 100,169 | $ 93,122 | $ 82,766 | $ 51,221 | $ 92,827 | $ 87,148 | $ 82,766 | $ 78,575 | $ 75,422 | $ 51,221 |
| Collateralized Borrowings | 45,974 | 42,534 | 36,020 | 5,192 | 41,233 | 39,379 | 36,020 | 31,501 | 28,762 | 5,192 |
| Other Borrowings | 31,948 | 26,435 | 22,061 | 21,699 | 26,278 | 21,594 | 22,061 | 21,526 | 21,613 | 21,699 |
| Payables to Affiliates / Allocated Equity | 13,564 | 14,704 | 15,009 | 13,308 | 15,389 | 16,114 | 15,009 | 14,323 | 13,892 | 13,308 |
| Deposit Liabilities | 5,573 | 6,437 | 6,970 | 8,273 | 6,687 | 7,140 | 6,970 | 8,414 | 8,371 | 8,273 |
| Other Liabilities | 3,110 | 3,011 | 2,705 | 2,748 | 3,240 | 2,921 | 2,705 | 2,812 | 2,785 | 2,748 |
| Total Liab's and Equity | $ 100,169 | $ 93,122 | $ 82,766 | $ 51,221 | $ 92,827 | $ 87,148 | $ 82,766 | $ 78,575 | $ 75,422 | $ 51,221 |

ResCap Restructuring Plan

Confidential
EXAM10199092

# 2008 Preliminary Outlook for RFG

## 2008 Draft Plan Assumptions

- **Business Environment:**
  - Market size of $1.8T, 25% below 2007 Q3 YTD annualized of $2.4T
  - One month LIBOR declining 1% during the year from 5.5% to 4.5%
  - Current investor appetite / liquidity constraints remain throughout 2008
  - Annual home price appreciation rate of -1.8% for Q1/Q2, rising to +1% in Q4

- **RFG Profile:**
  - Business exits and cost reductions in line with restructuring plan, reducing costs 50% to $1.3B in 2008
  - Sale of all financing residuals and CDO III completed in 2007
  - Further credit rating decline and corresponding ResCap cost of funds increase to L+400
  - Bank to include Correspondent, Wholesale and Warehouse and fund 40% of Consumer Lending while keeping all new mortgage servicing rights from Bank funded loans (Bank funds ~80% of volume)

- **Volume/Margins:**
  - Share reduction of 15%, resulting in production of $66B versus $99B in 2007
  - No sub-prime volume
  - Conforming, Government and Jumbo margins approximate 2007 actuals
  - Volume by channel: Consumer = $21B, Correspondent = $27B and Wholesale = $18B

- **Hold/Sell:**
  - Agency eligible and Fixed Jumbo loans will be sold with GOS treatment
  - HE Loans/Lines, Alt-A, POA and Jumbo ARMs will be held as HFI ($7.6B)

Confidential

EXAM10199093

# 2008 Preliminary Outlook for RFG

**Residential Finance Group**
**Income Statement – Forecast**
**2008 Forecast**
($ Millions)

| | FY 07 | Q1 08 | Q2 08 | Q3 08 | Q4 08 | FY 08 |
|---|---|---|---|---|---|---|
| **Revenue** | | | | | | |
| 1 Net Interest Income | $ 736 | $ 76 | $ 91 | $ 96 | $ 102 | $ 365 |
| 2 Provision | (1,680) | (59) | (57) | (58) | (54) | (226) |
| 3 Net Interest Income After Provision | (944) | 18 | 34 | 38 | 48 | 139 |
| 4 Gain on Sale of Mortgage Loans, net | (426) | 107 | 142 | 149 | 132 | 530 |
| 5 Net Servicing Fees | 841 | 133 | 135 | 118 | 126 | 512 |
| 6 Gain on Investment Securities, net | (335) | 0 | 0 | 0 | 0 | 0 |
| 7 Other Income | 280 | 33 | 34 | 34 | 35 | 136 |
| 8 **Total Net Revenue** | (583) | 292 | 345 | 339 | 341 | 1,317 |
| **Expense** | | | | | | |
| 9 Compensation and Benefits | 1,028 | 140 | 112 | 112 | 112 | 477 |
| 10 REO Operating Expense | 117 | 8 | 8 | 5 | 7 | 31 |
| 11 EPD & Reps and Warrants | 225 | 5 | 5 | 5 | 5 | 20 |
| 12 Other | 1,020 | 179 | 147 | 147 | 147 | 619 |
| 13 **Total Expenses** | 2,390 | 332 | 272 | 272 | 272 | 1,148 |
| 14 **Pretax Income (Loss)** | (2,973) | (40) | 73 | 67 | 69 | 170 |
| 15 Income Tax | 143 | 40 | 41 | 43 | 45 | 168 |
| 16 **Net Income (Loss)** | $ (3,116) | $ (80) | $ 32 | $ 25 | $ 25 | $ 2 |
| 17 Restructuring Charge | (130) | | | | | |
| 18 **Net Income (Loss) After Restructuring** | (3,246) | | | | | |

Note: All securitized HFI sold in 2007

ResCap Restructuring Plan

Confidential
EXAM10199094

# 2008 Preliminary Outlook for RFG

**Residential Finance Group**
**Balance Sheet - Period End Balance**
**2008 Forecast**
($ Millions)

|  | Q4 07 | Q1 08 | Q2 08 | Q3 08 | Q4 08 |
|---|---|---|---|---|---|
| Cash and Cash Equivalents | $ 566 | $ 566 | $ 566 | $ 566 | $ 566 |
| Trading Securities | 2,769 | 2,205 | 2,129 | 2,058 | 1,988 |
| Mtg Loans HFS | 4,817 | 4,817 | 5,317 | 5,517 | 5,217 |
| Bank HFI | 16,111 | 16,950 | 18,035 | 19,251 | 20,401 |
| HFI Securitized | 1,299 | 1,269 | 1,230 | 1,186 | 1,139 |
| Other HFI | 10,635 | 9,079 | 8,537 | 8,307 | 7,787 |
| Allow for Credit Losses | (84) | (94) | (105) | (118) | (128) |
| Mtg Loans Held for Investment | 27,961 | 27,205 | 27,697 | 28,626 | 29,200 |
| Lending Receivables | 2,048 | 2,000 | 2,000 | 2,000 | 2,000 |
| Capitalized Servicing Rights | 5,366 | 5,257 | 5,191 | 5,124 | 5,059 |
| Other | 7,693 | 7,607 | 7,595 | 7,581 | 7,568 |
| **Total Assets** | $ 51,221 | $ 49,657 | $ 50,495 | $ 51,472 | $ 51,599 |
| Collateralized Borrowings | 5,192 | 4,984 | 4,787 | 4,606 | 4,430 |
| Other Borrowings | 21,699 | 20,685 | 21,815 | 22,856 | 23,534 |
| Payables to Affiliates / Allocated Equity | 13,308 | 10,376 | 9,998 | 9,614 | 9,264 |
| Deposit Liabilities | 8,273 | 10,465 | 10,765 | 11,252 | 11,300 |
| Other Liabilities | 2,748 | 3,147 | 3,130 | 3,144 | 3,070 |
| **Total Liab's and Equity** | $ 51,221 | $ 49,657 | $ 50,495 | $ 51,472 | $ 51,599 |

Note: All securitized HFI sold in 2007

ResCap Restructuring Plan

Confidential
ResCap BOD 9/26/07

32

# 2008 Cashflow Outlook

- Still finalizing free cashflow forecast of 2008 RFG preliminary plan

  - Break-even earnings, but with significant scale-back of balance sheet would suggest some free cash flow generation

  - However, as primary growth engine is likely to be GMAC bank there is a potential issue of "trapped cash"

  - Cash forecast needs to be developed factoring in Bank vs. non-bank balance sheets

  - Moreover, ResCap's external obligations (primarily unsecured term debt) are on the non-bank balance sheet and as the bank grows, ability to pay dividends or transfer cash will be compromised

  - As part of evaluating all options will develop robust cashflow outlook that will factor in these issues

Confidential

EXAM10199096

# IBG Assessment

- IBG, ResCap's global mortgage arm primarily operates in U.K. with smaller operations in Germany, Netherlands, Spain, Canada, Mexico, Latin America and Australia
  - Historically, very strong growth and profitability driven by buoyant markets, first mover advantage and product innovations
  - However, combination of liquidity crisis, long production pipelines and timing of both planned bank line renewals and whole-loan sales has significantly increased near-term liquidity risks at IBG
    - Moreover, fundamental change in credit rating, cost of funds and investor risk-return profile will challenge medium-term profitability of franchise
  - As discussed earlier near-term focus is on liquidity generation with multiple options being pursued
    - However, have also developed preliminary restructuring plan to address more fundamental challenges
- Latest financial outlook has deteriorated significantly due to decreased margins, increased interest expense and potential markdowns (for example, a 3% markdown in pipeline would create an additional $100M pre-tax loss in Q3)

**IBG 2007 Financial Outlook Amount (Millions)**

| | Q1 | Q2 | Q3F | Q4F | Full Year Forecast | RBP |
|---|---|---|---|---|---|---|
| Net Revenues | 169.2 | 110.4 | 16.8 | (6.3) | 290.0 | 583.7 |
| Operating Expenses | 91.2 | 98.3 | 103.2 | 103.9 | 396.5 | 422.5 |
| Net Income | 45.0 | 14.8 | (63.9) | (74.7) | (78.8) | 112.0 |

Note: Q3 & Q4 Net Income forecast has significant downward risk due to markdowns of as much as $200M after-tax

**IBG 2007 Financial Outlook Amount (Millions)**

| | |
|---|---|
| Managed Assets | 15.5 |
| | |
| Secured Debt | 9.5 |
| Unsecured ResCap Debt | 3.1 |
| Unsecured Third Party Debt | 1.6 |
| | |
| Economic Capital | 1.0 |

ResCap Restructuring Plan

Confidential
ResCap BOD 9/26/07

34

# IBG Assessment

- Preliminary IBG Restructuring Plan
  - Initiate sales of Netherlands, Germany and Spain
  - Entertain a third party capital source for Mexican business that would aid it in gaining a separate rating and funding independently
  - Slow down the growth in Australia and shore up all funding. Prove the concept of our business and consider for sale
  - Right-size U.K. business for current market/future growth or sale under more favorable conditions
  - Pursue purchase of ResMor Trust and add capital to allow growth of deposits to fund some current and all future Canadian lending. For an additional 25 million CDN (23.75) equity contribution into ResMor (25 + 55 purchase price) a potential of 100 million in liquidity (20 net) could be released to ResCap by ResMor purchase of mortgage assets from IBG Canada
  - Develop compensation plan for retention of critical people in businesses to ensure business has resources to continue

- 2008 forecast still very preliminary
  - Likely break-even results with Mexico profits being offset by losses elsewhere

Confidential
ResCap BOD 9/26/07

35

EXAM10199098

# BCG

- BCG suffering direct impact of weakness in residential real estate market
  - All 3 businesses related to housing have been adversely impacted with liquidity shortfall, increased credit risk and lack of production
  - Resort Finance and Health Capital not impacted except due to general liquidity strains in market
- Latest financial outlook has deteriorated significantly primarily due to higher credit provisions, impairment charges and higher cost of funds

| BCG 2007 Financial Outlook Amount (Millions) | Q1 | Q2 | Q3F | Q4F | Full Year Forecast | RBP |
|---|---|---|---|---|---|---|
| Net Revenues | 70.6 | 25.2 | (158.0) | 26.1 * | (36.0) | 377.3 |
| Operating Expenses | 18.8 | 18.8 | 19.7 | 18.9 | 78.2 | 111.0 |
| Net Income | 51.5 | 6.4 | (176.8) | 7.2 | (111.7) | 285.0 |

Note: BCG Q4 Net Income forecast of $7 M does not include potential downside of as much as $100M due to incremental credit reserves

| Sepember 30, 2007 Balance Sheet* Amount (Billions) | |
|---|---|
| Managed Assets | 7.6 |
| Secured Debt | 2.4 |
| Unsecured Rescap Debt | 3.7 |
| Equity | 1.5 |

*Includes Health Capital

Confidential

EXAM10199099

# BCG

- Preliminary BCG Restructuring Plan
  - Health Capital business sold to GMAC Commercial Finance in August
  - Pursuing sale of Resort Finance
    - Resort Finance not core to overall mortgage franchise and more akin to asset-based lending business
    - Will immediately evaluate saleability and valuation and sale to third party or to GMAC as part of Commercial Finance's asset-based lending portfolio
      - Pending a sale, Resort Finance also represents potential stand-alone source of short-term secured funding from GMAC (unencumbered assets of $0.3B)
  - Re-aligning Real Estate business, Residential Construction and REG into one organization
    - Reduced target customer list
    - New structure focused on single relationship officer for each client and cross product risk management
  - Explore exit of Model Home and Lot Option business
  - Creating a special asset workout function for problem credits
    - Significant increase in number of workout and watch list clients

- 2008 forecast still very preliminary
  - Likely outlook gains at Residential Construction being more than offset by losses at Residential Equity and Model Homes due to continued credit/impairment issues

ResCap Restructuring Plan

Confidential

EXAM10199100



# Conclusion

EXAM10199101

# 2008 Preliminary Consolidated Outlook

- Under baseline assumptions ResCap outlook will be strained in 2008
  - Break-even to loss of net income absent any market rebound (following a very poor 2007)
  - Free cashflow generation likely to be constrained due to encumbered nature of assets being run-off

### ResCap Consolidated Outlook

| Amount (Millions) | 2006 | 2007F | 2008F |
|---|---|---|---|
| Net Revenues | $ 2,988 | $ (449) | $ 1,642 |
| Total Expenses | 2,573 | 2,874 | 1,474 |
| Net Income | 705 | (3,441) | 0 |

| Bal. Sheet (Sep 30, 2007) | |
|---|---|
| Amount (Billions) | |
| Cash | $    5.6 |
| Unsecured Debt | 19.3 |
| Book Equity (Ending)* | 6.7 |

*Assumes $725M of equity and no goodwill write-offs

- Need to efficiently execute massive restructurings and asset sales
  - $4.5B in unsecured term debt maturities in 2008
  - Continued challenging liquidity environment due to bearish outlook for mortgage sector, in general, and ResCap in particular
- However, positive variables could include:
  - A market rebound in terms of both liquidity and mortgage fundamentals
  - Efficient solution to ResCap firewall that currently prevents optimization of scarce capital and liquidity between GMAC and ResCap
  - Successful restructuring of ResCap could position ResCap to exploit potentially less competitive U.S. mortgage market
  - If able to maintain world-class servicing franchise, then could exploit significant third-party servicing opportunities
- Need to evaluate other options for ResCap versus baseline scenario presented here
  - However, due to immediate liquidity and covenant issues, need to inject $725 million of incremental equity even as we evaluate the various options and maintain focused on liquidity
    - Restructuring of business discussed herein positive under any future scenario

Conclusion

Confidential
ResCap BOD 9/26/07

39

EXAM10199102

# ResCap Options

### Current Path

- Aggressively restructure

- Achieve profitability in 2008

- Inject $725M equity

- Stabilize operations, preserve the franchise and fight for survival until conditions improve

- Return to Board within 60 days to discuss capital situation and other business options

### JV / Sale

- Explore opportunities to sell ResCap in whole or in part

- Understand valuation for whole business/parts of the business (i.e. RFG, IBG, BCG, Servicing) in the current environment

- Identify potential acquisitions and/or JV partners

- Discuss potential M&A options with Board within 60 days

### Orderly Liquidation/Other

- Explore viability and economics of an orderly liquidation

- Explore viability and economics of other exit or partial exit options

Conclusion

Confidential