# Exhibit O

GMAC Mortgage, LLC
Consolidated Financial Statements
As of and for the years ended
December 31, 2007 and 2006

**CONFIDENTIAL**

**EXAM00234058**



**PricewaterhouseCoopers LLP**
300 Madison Avenue
New York NY 10017
Telephone (646) 471-3000
www.pwc.com

### Report of Independent Auditors

To the Board of Directors and Member of GMAC Mortgage, LLC:

In our opinion, the accompanying consolidated balance sheets and the related consolidated statements of operations, of member equity, and of cash flows present fairly, in all material respects, the financial position of GMAC Mortgage, LLC ("the Company") at December 31, 2007 and December 31, 2006, and the results of their operations and their cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits. We conducted our audits of these statements in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

*PricewaterhouseCoopers LLP*

March 25, 2008

**GMAC MORTGAGE, LLC**
**CONSOLIDATED BALANCE SHEETS**
December 31, 2007 and 2006
(Dollars in Thousands)

| | 2007 | 2006 |
|---|---|---|
| ASSETS: | | |
| Cash and cash equivalents | $ 126,779 | $ 84,591 |
| Investments, trading (including assets pledged of $257,320 at December 31, 2007 and $1,595,292 at December 31, 2006) | 595,962 | 1,772,604 |
| Investments, available for sale | 150,194 | 151,492 |
| Accounts receivable (including assets pledged of $15,053 at December 31, 2006) | 1,349,013 | 986,005 |
| Mortgage loans held for sale - net (including assets pledged of $1,231,090 at December 31, 2007 and $1,065,683 at December 31, 2006) | 2,382,949 | 4,387,668 |
| Lending receivables - net | 182 | 1,333 |
| Mortgage loans held for investment - net (including assets pledged of $495,532 at December 31, 2007) | 1,323,347 | 53,907 |
| Mortgage servicing rights - net | 3,395,126 | 3,752,733 |
| Goodwill | - | 176,726 |
| Other assets | 1,287,129 | 487,613 |
| Total Assets | $ 10,610,681 | $ 11,854,672 |
| LIABILITIES AND EQUITY | | |
| LIABILITIES: | | |
| Affiliate borrowings | $ 4,078,398 | $ 4,114,680 |
| Other borrowings | 3,434,309 | 5,213,427 |
| Total borrowings | 7,512,707 | 9,328,107 |
| Other liabilities | 1,991,336 | 1,241,935 |
| Total Liabilities | 9,504,043 | 10,570,042 |
| EQUITY: | | |
| Member's equity | 1,081,049 | 571,250 |
| Retained earnings | 21,711 | 711,587 |
| Accumulated other comprehensive income : | | |
| Unrealized gain on investments - net of tax | 3,878 | 1,793 |
| Total Equity | 1,106,638 | 1,284,630 |
| Total Liabilities and Equity | $ 10,610,681 | $ 11,854,672 |

The notes to the consolidated financial statements are an integral part of these statements.

1

**CONFIDENTIAL**                                                                      **EXAM00234060**

**GMAC MORTGAGE, LLC**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

|  | 2007 | 2006 |
|---|---:|---:|
| **REVENUE:** | | |
| Interest income | $ 622,449 | $ 618,598 |
| Interest expense | 776,288 | 763,091 |
| Net interest expense | (153,839) | (144,493) |
| Provision for loan losses | 24,986 | 1,195 |
| Net interest expense after provision for loan losses | (178,825) | (145,688) |
| Gain on sale of mortgage loans - net | 38,598 | 246,518 |
| Servicing fees | 1,137,956 | 1,051,398 |
| Servicing asset valuation and hedge loss - net | (320,946) | (718,073) |
| Net servicing fees | 817,010 | 333,325 |
| (Loss) gain on investments - net | (369,540) | 119,316 |
| Other income | 97,625 | 96,208 |
| Total net revenue | 404,868 | 649,679 |
| **EXPENSES:** | | |
| Compensation and benefits | 310,324 | 292,973 |
| Professional fees | 41,434 | 62,215 |
| Data processing and telecommunications | 97,842 | 81,484 |
| Advertising | 79,624 | 110,632 |
| Occupancy | 47,563 | 48,078 |
| Goodwill impairment | 176,726 | - |
| Restructuring | 46,760 | - |
| Other | 277,809 | 184,598 |
| Total expenses | 1,078,082 | 779,980 |
| Loss before income taxes | (673,214) | (130,301) |
| Income tax provision (benefit) | 16,662 | (780,424) |
| Net (loss) income | $ (689,876) | $ 650,123 |

The notes to the consolidated financial statements are an integral part of these statements.

2

CONFIDENTIAL

EXAM00234061

**GMAC MORTGAGE, LLC**
**CONSOLIDATED STATEMENTS OF EQUITY**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

| | Common stock and Capital paid in excess of par value | Member's Equity | Retained earnings | Comprehensive income | Accumulated other compre-hensive income (loss) | Total equity |
|---|---|---|---|---|---|---|
| Balance at December 31, 2005 | $ 570,950 | | $ 220,312 | | $ (16,512) | $ 774,750 |
| Cumulative effect of change in accounting principle as of January 1, 2006, net of tax: | | | | | | |
| Transfer of unrealized loss for certain available for sale securities to trading securities | - | - | (16,717) | - | 16,717 | - |
| Recognize mortgage servicing rights at fair value | - | - | 17 | - | | 17 |
| Net income | - | - | 650,123 | 650,123 | - | 650,123 |
| Capital Contributions | 300 | - | - | - | - | 300 |
| Conversion of common stock to member's equity on October 24, 2006 | (571,250) | 571,250 | - | - | | |
| Dividends | - | - | (142,148) | - | - | (142,148) |
| Comprehensive income: | | | | | | |
| Other comprehensive income (loss), net of tax: | | | | | | |
| Unrealized gain on investments | - | - | - | 1,588 | - | 1,588 |
| Other comprehensive income | | | | 1,588 | 1,588 | |
| | | | | $ 651,711 | | |
| Balance at December 31, 2006 | $ - | $ 571,250 | $ 711,587 | | $ 1,793 | $ 1,284,630 |
| Net loss | - | - | (689,876) | (689,876) | - | (689,876) |
| Capital Contributions | - | 509,799 | - | - | - | 509,799 |
| Comprehensive income: | | | | | | |
| Other comprehensive income (loss), net of tax: | | | | | | |
| Unrealized gain on investments | - | - | - | 2,085 | - | 2,085 |
| Other comprehensive income | | | | 2,085 | 2,085 | |
| | | | | $ (687,791) | | |
| Balance at December 31, 2007 | $ - | $ 1,081,049 | $ 21,711 | | $ 3,878 | $ 1,106,638 |

The notes to the consolidated financial statements are an integral part of these statements.

3

CONFIDENTIAL

EXAM00234062

**GMAC MORTGAGE, LLC**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

|  | 2007 | 2006 |
|---|---:|---:|
| CASH FLOWS FROM OPERATING ACTIVITIES: |  |  |
| Net (loss) income | $  (689,876) | $   650,123 |
| Reconciliation of net (loss) income to net cash provided by operating activities: |  |  |
| Depreciation and amortization | (2,796) | 24,758 |
| Provision for loan losses | 24,986 | 1,195 |
| Gain on sale of mortgage loans - net | (38,598) | (246,518) |
| Net loss on sale of other assets | 455 | 232 |
| Goodwill impairment | 176,726 | - |
| (Gain) loss on valuation of derivatives | (581,083) | 90,318 |
| Loss (gain) on investment securities | 369,540 | (119,316) |
| Loss on valuation of mortgage servicing rights | 910,095 | 468,221 |
| Originations and purchases of mortgage loans held for sale | (69,418,845) | (71,127,965) |
| Proceeds from sales and repayments of mortgage loans held for sale | 69,077,585 | 70,563,911 |
| Deferred income tax | (1,313) | (514,218) |
| Net change in: |  |  |
| Investments, trading | 797,868 | 1,374,926 |
| Accounts receivable | (329,006) | 85,722 |
| Other assets | 612,427 | 853,760 |
| Other liabilities | (41,110) | (864,897) |
| Net cash provided by operating activities | 867,055 | 1,240,252 |
| CASH FLOWS FROM INVESTING ACTIVITIES: |  |  |
| Decrease in lending receivables | 1,169 | 847,713 |
| Originations and purchases of mortgage loans held for investment | (192,373) | (1,352,448) |
| Proceeds from sales and repayments of mortgage loans held for investment | 123,469 | 1,364,496 |
| Purchases of investments, available for sale | (23,382) | (42,907) |
| Proceeds from sales and repayments of investments, available for sale | 27,232 | 24,034 |
| Purchases of mortgage servicing rights | (9,291) | (11,780) |
| Sales of mortgage servicing rights | 563,709 | - |
| Net cash provided by investing activities | 490,533 | 829,108 |

The notes to the consolidated financial statements are an integral part of these statements.

4

EXAM00234063

**GMAC MORTGAGE, LLC**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

|  | 2007 | 2006 |
|---|---|---|
| CASH FLOWS FROM FINANCING ACTIVITIES: | | |
| Increase in affiliate borrowings | $ 463,718 | $ 432,025 |
| Decrease in other short-term borrowings | (1,779,118) | (2,564,923) |
| Proceeds from capital contributions received in cash | - | 300 |
| Net cash used in financing activities | (1,315,400) | (2,132,598) |
| | | |
| INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS | 42,188 | (63,238) |
| | | |
| CASH AND CASH EQUIVALENTS AT BEGINNING OF YEAR | 84,591 | 147,829 |
| | | |
| CASH AND CASH EQUIVALENTS AT END OF YEAR | $ 126,779 | $ 84,591 |
| | | |
| SUPPLEMENTAL DISCLOSURES | | |
| Interest paid | 752,753 | 569,093 |
| Taxes paid (received), net of refunds | (66,491) | (264,420) |
| | | |
| Non-cash transactions: | | |
| Capital contribution through forgiveness of affiliated borrowings | 500,000 | - |
| Capital contribution due to limited liability company election for federal income tax purposes | 9,799 | - |
| Originations of mortgage servicing rights | 1,106,906 | 1,152,702 |
| Dividend due to limited liability company election for federal income tax purposes | - | 142,148 |
| Transfers from accounts receivable to investments, trading | - | 1,023 |
| Transfers from accounts receivable to other assets | 3,701 | 9,760 |
| Transfers from mortgage loans held for sale to investments, trading | - | 1,818 |
| Transfers from mortgage loans held for sale to accounts receivable | 20,601 | - |
| Transfers from mortgage loans held for sale to other assets | 31,643 | 20,036 |
| Transfers from accounts receivable to mortgage loans held for sale | - | 5,525 |
| Transfers from mortgage loans held for investment to other assets | 16,662 | - |
| Transfers from investments, available for sale to investments, trading | - | 927,141 |
| Transfers from mortgage loans held for sale to mortgage loans held for investment | 1,382,992 | - |
| Transfers from investments, trading to accounts receivable | 3,511 | - |
| Transfers from investments, trading to mortgage loans held for investment | 157 | - |
| Transfers from investments, trading to mortgage loans held for sale | 5,566 | - |
| Transfers from mortgage loans held for investment to accounts receivable | 13,591 | - |
| | | |
| Other Disclosures: | | |
| Proceeds from sales and repayments of mortgage loans held for investment for mortgage loans originally designated as held for sale | 102,949 | - |

The notes to the consolidated financial statements are an integral part of these statements.

5

    EXAM00234064

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

---

1.    **ORGANIZATION**

Effective October 24, 2006, GMAC Mortgage Corporation converted its legal form of organization from a corporation to a limited liability company and changed its name to GMAC Mortgage, LLC. GMAC Mortgage, LLC (the "Company") is a wholly-owned subsidiary of GMAC Residential Holding Company, LLC ("RHC"), which is a wholly-owned subsidiary of Residential Capital, LLC ("ResCap"), which is a wholly-owned subsidiary of GMAC Mortgage Group, LLC ("the Group"), which is a wholly-owned subsidiary of GMAC, LLC ("GMAC"). Until November 2006, GMAC was a wholly-owned subsidiary of General Motors Corporation ("GM"). In November 2006, GM completed the sale of a majority equity stake in GMAC to an investment consortium led by Cerberus FIM Investors, LLC.

The Company provides residential mortgage and mortgage-related services to consumers and businesses nationwide. The Company's primary activities are the origination and servicing of prime credit quality residential mortgage loans. The loan products offered by the Company comprise first mortgage loans, home equity loans and lines of credit, and high loan-to-value ("HLTV") products. The Company originates mortgage loans by utilizing its retail branch network, direct lending centers and the correspondent/broker origination channels of an affiliate, GMAC Bank ("the Bank"). In 2007, correspondent/broker lending accounted for approximately 47% of total loan production, retail lending accounted for 29%, and direct lending accounted for the remaining 24%. In addition to retaining servicing rights from sales and securitizations of originated mortgage loans, the Company periodically purchases servicing rights from other mortgage lenders, and provides specialized and sub-servicing to third party clients. The Company's warehouse lending operations provide interim financing to third party mortgage lenders.

2.    **BASIS OF PRESENTATION**

*Use of estimates and assumptions* – The preparation of these consolidated financial statements in conformity with accounting principles generally accepted in the United States of America ("GAAP") requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of income and expense during the reporting periods. The Company's estimates and assumptions primarily arise from risks and uncertainties associated with prepayment estimates, interest rate volatility, credit exposure and regulatory changes. Changes in market trends and conditions may occur which could cause actual results to differ materially.

*Consolidation practices* – The consolidated financial statements include the accounts of the Company and its subsidiaries. All significant intercompany balances and transactions are eliminated in consolidation. The Company maintains equity investments in entities in which neither majority ownership nor management control is present. These investments are accounted for using the cost method.

Special purpose entities are evaluated to determine whether they meet the GAAP definition of qualifying special purpose entities ("QSPEs"). Special purpose entities that are classified as QSPEs are excluded from the Company's consolidated financial statements. Special purpose entities that are not classified as QSPEs are further evaluated to determine whether they meet the GAAP definition of variable interest entities. Special purpose entities that meet the definition of variable interest entities where the Company is identified as the primary beneficiary are included in the Company's consolidated financial statements. The Company did not maintain any special purpose entities other than those classified as QSPEs or consolidated in the Company's financial statements during 2007 or 2006 (see Note 7).

6

CONFIDENTIAL                                                                EXAM00234065

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

*Reclassifications* – Certain items in the 2006 consolidated financial statements have been reclassified to conform to the presentation in the 2007 consolidated financial statements.

3.    **SIGNIFICANT ACCOUNTING POLICIES**

*Cash and cash equivalents* – Cash and cash equivalents include cash on hand and deposited with banks and government securities with original maturities of less than 30 days.

*Investments, trading* – Investments, trading, are primarily comprised of mortgage-backed securities, interest-only securities, principal-only securities, mortgage pass-through certificates and U.S. Treasury securities. Mortgage-backed securities and principal-only securities include both securities retained from the Company's own securitizations of mortgage loans, as well as those purchased from third parties. Interest-only securities represent interests retained from the Company's own securitizations. In accordance with SFAS No. 115, *Accounting for Certain Investments in Debt and Equity Securities*, investments, trading are carried at estimated fair value with unrealized holding gains and losses recorded within gain on investments on the accompanying consolidated statements of operations. Realized gains and losses on sales of securities are determined using the specific identification method.

*Investments, available for sale* – Investments, available for sale, are comprised of principal-only securities, interest-only securities, mortgage-backed securities and investments in equity securities. Principal-only securities and interest-only securities represent securities retained from the Company's own securitizations. In accordance with SFAS No. 115, investments, available for sale, are carried at estimated fair value with unrealized holding gains and losses recorded as a separate component of other comprehensive income. Investments, available for sale are periodically evaluated for other-than-temporary impairment. Any charges related to such impairment are recorded within gain on investments on the accompanying consolidated statements of operations. Realized gains and losses on sales of securities are determined using the specific identification method.

*Accounts receivable* – Accounts receivable are recorded at net realizable value. Included within accounts receivable are advance payments made by the Company during the normal course of its servicing duties. The net advances total $750,286 and $338,464 as of December 31, 2007 and 2006, respectively. These advances may reflect payments of property taxes and insurance premiums in advance of collection from mortgagors, principal and interest payments to investors prior to their collection from mortgagors, and amounts advanced for mortgages in foreclosure. These advances include amounts made in connection with the Company's activities as sub-servicer, and are offset by amounts receivable from sub-servicing clients of $42,217 and $26,568 at December 31, 2007 and 2006, respectively.

Accounts receivable also includes accrued mortgage servicing fees and late charges. The Company accrues mortgage servicing fees and late charges for loans not more than 60 days delinquent. Servicing fees and late charges accrued at the date a loan is placed on nonaccrual status are reversed and subsequently realized only to the extent they are received in cash.

CONFIDENTIAL                                                                                    EXAM00234066

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

Also included within accounts receivable is the principal balance and corresponding allowance for losses of residential mortgage loans in foreclosure, which have been transferred from other loan classifications. These mortgage loans in foreclosure are substantially covered by insurance or guarantees from federal agencies or private mortgage insurers. Provisions for losses not recoverable from claim proceeds are recorded in accordance with SFAS No. 5, *Accounting for Contingencies* when probable and estimable, generally beginning when loans become 90 days past due. The Company's allowance for loss on mortgage loans in foreclosure was $5,088 and $4,091 as of December 31, 2007 and 2006, respectively. The Company recognized provision expense of $7,244 and income of $3,880 during the years ended December 31, 2007 and 2006, respectively.

The Company included short-term receivables from unconsolidated affiliates of $154,988 and $189,717 within accounts receivable at December 31, 2007 and 2006, respectively.

*Mortgage loans held for sale* – Mortgage loans held for sale are generally comprised of first mortgage loans, home equity loans and lines of credit, and HLTV mortgage loans, and are carried at estimated fair value or the lower of cost or estimated fair value. The Company had developed and implemented a hedge program, with the primary objective to minimize, to the extent possible, the overall risk of loss due to a change in the fair value of its first mortgage loans. During 2007 the Company discontinued designating mortgage loans held for sale in a qualifying hedging relationship under SFAS No. 133, *Accounting for Derivative Instruments and Hedging Activities*. Prior to that, the Company designated the hedged risk as the change in the total fair value of its first mortgage loans in accordance with SFAS No. 133 which requires that a hedged item be a specifically identified asset or liability or a portfolio of similar assets or liabilities. If similar assets or liabilities are aggregated and hedged as a portfolio, the individual assets or liabilities must share the risk exposure for which they are being hedged. In addition, the change in fair value attributable to the hedged risk for each item in a hedged portfolio must be shown to respond in a generally proportionate manner to the overall change in fair value of the aggregate portfolio. The Company had aggregated a number of the individual first mortgage loans into groups of loans that meet the similar asset criteria. These individual loans were grouped based on similar characteristics and price sensitivities.

In accordance with SFAS No. 133, the Company determined a statistical measure of effectiveness between the change in fair value of the groups of loans and the change in fair value of the associated hedges. If changes in the fair value of the hedged loans were highly correlated to the changes in the fair value of the derivative contracts, the hedged loans were carried at estimated fair value with unrealized gains and losses recorded in the consolidated statement of operations. SFAS No. 133 states that at least quarterly, an entity that elects hedge accounting must determine whether the hedging relationship has been highly effective in having achieved offsetting changes in fair value through the date of the periodic assessment. SFAS No. 133 further states that the assessment can be based upon regression or other statistical analysis of past changes in fair values as well as on other relevant information. The Company assessed whether its hedge relationship was highly effective based on the measurement of the R-squared, Slope and F-statistic. All three statistical thresholds must be met in order for the Company to conclude that the hedge relationship was highly effective. Hedge ineffectiveness was measured as the difference between the change in value of the hedged assets and the change in value of the designated derivatives and was recognized in earnings in the current period. During the years ended December 31, 2007 and 2006, the Company recorded losses of $716 and $7,292, respectively, due to hedge ineffectiveness between mortgage loans held for sale and their related hedges, which is included within gain on sale of mortgage loans on the accompanying consolidated statements of operations.

CONFIDENTIAL                                                                                   EXAM00234067

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

Mortgage loans held for sale that are not designated in a hedging relationship are carried at the lower of cost or estimated fair value in accordance with SFAS No. 65, *Accounting for Certain Mortgage Banking Activities*. The evaluation of the lower of cost or estimated fair value is evaluated on a disaggregated basis consistent with how the Company manages the risk of those portfolios.

In accordance with SFAS No. 91, *Accounting for Nonrefundable Fees and Costs Associated with Originating and Acquiring Loans and Initial Direct Costs of Leases*, non refundable fee revenue and direct costs associated with the origination of mortgage loans held for sale are deferred until the loan is sold. The balance of the Company's net deferred origination expenses on mortgage loans held for sale was $344 and $2,613 at December 31, 2007 and 2006, respectively.

The Company generally sells whole loans and mortgage-backed securities servicing retained. Realized gains or losses on such sales are recognized at the time of settlement based upon the difference between the sales proceeds and the allocated basis of loans sold, adjusted for net deferred origination fees and costs, mortgage servicing rights, retained interests, hedge activities and the cost of issuing securities. Subsequent to certain loan sales, the Company may become eligible to regain control of assets that were previously accounted for as having been sold, because one or more of the conditions that demonstrate control has been surrendered are no longer met. As a result, in accordance with Emerging Issues Task Force ("EITF") Issue No. 02-09, *Accounting for Changes that Result in a Transferor Regaining Control of Financial Assets*, the Company recognizes, at fair value, the assets over which it has become eligible to regain control and the related liabilities assumed. The fair value of the assets eligible for repurchase are included within mortgage loans held for sale and the related liabilities are included within other liabilities on the accompanying consolidated balance sheets.

The Company accrues interest on mortgage loans held for sale not more than 60 days delinquent. Interest income accrued at the date the loan is placed on non-accrual status is reversed and subsequently realized only to the extent it is received in cash.

***Lending receivables*** – Lending receivables are comprised of warehouse lines of credit extended to third party correspondents. Advances under these lines of credit are collateralized by underlying mortgage loans and bear interest at variable rates, which are tied to short-term indices. Lending receivables are carried at amortized cost, net of an allowance for credit losses. The Company accrues interest on lending receivables not more than 90 days delinquent.

***Mortgage loans held for investment*** – Mortgage loans held for investment are carried at the principal amount outstanding, less net deferred origination fees and allowance. The Company's classification of its mortgage loans between loans held for sale and loans held for investment is based on management's assessment of its intent and ability to hold loans for the foreseeable future or until maturity. Management's intent and ability with respect to certain mortgage loans may change from time to time depending on a number of factors, including economic conditions. Net deferred origination fees, which include origination fees reduced by origination costs, are amortized as a yield adjustment over the estimated remaining life of the related assets. Interest income recognition is suspended when loans are placed on nonaccrual status. Residential mortgage loans are placed on nonaccrual status when contractually delinquent for 60 days. Interest income accrued at the date a loan is placed on nonaccrual status is reversed and subsequently realized only to the extent it is received in cash. Loans are restored to accrual status only when contractually current and the collection of future payments is reasonably assured.

CONFIDENTIAL                                                                    EXAM00234068

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

*Allowance for loan losses* – The allowance for loan losses is management's estimate of incurred losses inherent in the mortgage loans held for investment and lending receivables portfolios. Additions to the allowance for loan losses are reflected within the provision for loan losses on the consolidated statements of operations. Loans are grouped into pools, based on similar risk characteristics, and evaluated for impairment in accordance with SFAS No. 5, *Accounting for Contingencies*. A loan is considered impaired when, based on current information and events, it is probable that the Company will be unable to collect all amounts due according to the contractual terms of the loan agreement.

Management's judgment as to the adequacy of the allowance is a result of the Company's ongoing, consistently applied methodology taking into consideration historical loss experience, changes in the size or characteristics of the portfolios, economic conditions and other relevant factors. The uncollectible portion of loans is charged off against the allowance when it is deemed uncollectible. Recoveries of previously charged-off amounts increase the allowance for loan losses. The adequacy of the allowance for loan losses is highly dependent upon management's estimate of variables affecting valuation of collateral, evaluations of performance and status, and the amounts and timing of future cash flows expected to be received on impaired loans and lending receivables. Such estimates, appraisals, evaluations and cash flows may be subject to frequent adjustments due to changing economic conditions of borrowers or the value of the underlying collateral. These estimates are reviewed periodically and adjustments, if necessary, are recorded in the provision for loan losses in the periods in which they become known.

*Mortgage servicing rights* – The Company capitalizes mortgage servicing rights associated with loans sold servicing retained and servicing rights acquired through bulk and flow purchase transactions at fair value. The Company capitalizes purchased mortgage servicing rights at cost, which is the estimated fair market value. As of January 1, 2006, the Company adopted SFAS No. 156, *Accounting for Servicing of Financial Assets*, which provides the following: (1) revised guidance on when a servicing asset and servicing liability should be recognized, (2) requires all separately recognized servicing assets and servicing liabilities to be initially measured at fair value, if practicable, (3) permits an entity to elect to measure servicing assets and servicing liabilities at fair value each reporting date with changes in fair value in earnings in the period in which the changes occur, (4) upon initial adoption, permits a one-time reclassification of securities designated as available-for-sale to trading for securities which are identified as offsetting the entity's exposure to changes in the fair value of servicing assets or liabilities that a servicer elects to subsequently measure at fair value, and (5) requires separate presentation of servicing assets and servicing liabilities subsequently measured at fair value in the statement of financial position and additional footnote disclosures. The Company has elected to subsequently measure servicing assets and liabilities at fair value and report changes in fair value in earnings in the period in which the changes occur. In addition, the Company made a one time reclassification of $927,141 of available for sale securities to trading securities for securities identified as offsetting the Company's exposure to changes in the fair value of servicing assets.

The adoption of SFAS No. 156 resulted in a $16,700 reduction in the beginning of the year retained earnings, net of tax, as a cumulative effect of change in accounting principle. However, the impact to total equity was a $17 increase, net of tax.

The Company defines its classes of mortgage servicing rights based on both the availability of market inputs and the manner in which the Company manages its risks of its servicing assets and liabilities. The Company manages its servicing rights at the legal entity level, and sufficient market inputs exist to determine the fair value of the Company's recognized servicing assets and liabilities.

CONFIDENTIAL
EXAM00234069

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

The Company estimates fair value of its mortgage servicing rights through a discounted cash flow analysis which uses market-based assumptions for earnings, discount and prepayment rates. The current valuation approach relies on guidance provided by Statement of Financial Accounting Concepts No. 7, *Using Cash Flow Information and Present Value in Accounting Measurements* ("CON 7"), and considers the fair value of the servicing asset to be the present value of the future net servicing cash flows expected to be received over the life of the servicing contract. The Company utilizes an Option Adjusted Spread ("OAS") Monte Carlo simulation approach to forecast future interest rates in conjunction with a discounted cash flow forecast whereby servicing cash flows are projected over multiple interest rate scenarios. An OAS margin is added to the forward LIBOR curve in order to discount the cash flows in each interest rate scenario generated via the Monte Carlo simulation. The OAS margin is added to the forward LIBOR curve in order to achieve an appropriate yield that compensates the Company for risks inherent in the mortgage servicing right asset. The key assumptions utilized in the current valuation methodology include volatility, OAS margin, base mortgage rate, prepayment rate and cost to service. To ensure that the current valuation methodology is deriving a fair value in accordance with GAAP, the Company performs a series of analyses against various available market indicators on a quarterly basis. These analyses include reconciliations of projected and actual cash flows, review of historic multiples, comparison to applicable bulk and flow market activity when available, and comparison to peer prices and valuation multiples from external third party surveys.

***Securitizations and retained interests*** –The Company periodically sells home equity loans and lines of credit, HLTV loans, non-conforming jumbo residential first mortgage loans and other residential first mortgage loans in securitization transactions. During 2006 and a portion of 2007, the Company sold defaulted government insured residential mortgage loans to an off-balance sheet facility until the facility was terminated in 2007 (see Note 7). In these securitizations and sales, the Company retains mortgage servicing rights in addition to interest-only securities, one or more tranches and other consideration, all of which are retained interests in the sold receivables. The Company may retain primary credit risk on the securitization or sale through retention of a subordinated interest. This credit risk is limited to the amount of the subordinated tranches. Gain or loss on a sale of the receivables depends, in part, on the previous carrying amount of the mortgage loans involved in the transfer, allocated between the loans sold and the retained interests, based on their estimated relative fair market value at the date of transfer.

The Company's retained interests are carried at estimated fair value on the accompanying consolidated balance sheets. The Company uses a CON 7 approach in valuing its retained interests. Under this approach, the Company estimates the fair value of retained interests by determining the present value of future expected cash flows using modeling techniques that incorporate the Company's best estimate of key variables, including expected credit losses, prepayment speeds, discount rates commensurate with the risks involved, and if applicable, interest or finance rates on variable and adjustable contracts. To ensure that the current valuation methodology is deriving a fair value in accordance with GAAP, the Company periodically reviews the reasonableness of its key assumptions against available market indicators. Changes in the fair value of retained interests are included within gains on investments on the accompanying consolidated statements of operations.

CONFIDENTIAL                                                                 EXAM00234070

GMAC MORTGAGE, LLC
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

*Goodwill* – In accordance with SFAS No. 142, *Goodwill and Other Intangible Assets*, goodwill is tested for impairment at least annually. The impairment test requires a comparison of the fair value of the reporting unit to its carrying amount, including goodwill. A reporting unit is an operating segment or one level below an operating segment as defined in SFAS No. 131, *Disclosures about Segments of an Enterprise and Related Information*. The fair value of the reporting units is determined based on various analyses, including discounted cash flow projections. During the third quarter of 2007, the Company completed its goodwill impairment analysis. The Company experienced deteriorating conditions in the residential mortgage and home markets during 2007, including significant changes in the mortgage secondary market, and tightening underwriting guidelines reducing product offerings. Consistent with prior assessments, the fair value of the Company's reporting units was determined using an internally developed discounted cash flow methodology. In addition, the Company took into consideration other relevant indicators of value available in the market. Based upon the results of the assessment, the Company concluded that the carrying value of goodwill exceeded the fair value, resulting in an impairment loss of $176,726.

*Other assets* – Included within other assets in the accompanying consolidated balance sheets are derivatives, carried at fair value, of $949,391 and $215,723 at December 31, 2007 and 2006, respectively.

*Asset impairment* – The Company periodically evaluates the recoverability of its long-lived assets by comparing the respective carrying value to the current and undiscounted expected future cash flows to be generated from such assets. If an impairment of the carrying value was indicated by this review, the Company would adjust the carrying value of the asset to the estimated fair value through a charge to the consolidated income statement in the current period. The Company did not recognize any impairment to long-lived assets during the years ended December 31, 2007 and 2006.

*Liability for assets sold with recourse* – In connection with the sale of certain mortgage loans, the Company estimates a liability for representation and warranties made in the normal course of the sale or securitization process for assets sold with recourse. The Company provides for such exposures at the time the loans are sold based upon management's estimate of losses incurred. The liability is adjusted through other expense to reflect changes in the anticipated liability. Management believes that the liability for assets sold with recourse is adequate to provide for probable losses related to loans sold with limited recourse obligations. The liability is included within other liabilities on the consolidated balance sheet.

*Financial instruments* – In accordance with SFAS No. 107, *Disclosures about Fair Value of Financial Instruments*, and SFAS No. 133, the Company has provided fair value estimates and information about valuation methodologies in Notes 6 and 18 to the consolidated financial statements. The estimated fair value amounts have been determined using available market information and appropriate valuation methodologies. However, considerable judgment is required in interpreting market data to develop estimates of fair value and, as such, the estimates are not necessarily indicative of the amounts that would be realized in a market exchange. The effect of using different market assumptions and/or estimation methodologies may materially impact the estimated fair value and would likely reduce the comparability of fair value disclosures between the Company and other financial services companies.

CONFIDENTIAL

EXAM00234071

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

---

***Derivative instruments and hedging activities*** – All derivative financial instruments, whether designated for hedging relationships or not, are recorded on the consolidated balance sheet as assets or liabilities and carried at fair value. At the inception of the derivative contract, the Company determines whether the instrument will be part of a qualifying hedge accounting relationship. For each of these relationships, the Company designates the qualifying derivative financial instrument as a hedge of the fair value of a recognized asset or liability (fair value hedge) or a hedge of the variability of cash flows to be received or paid related to a recognized asset or liability (cash flow hedge). The Company also uses derivative financial instruments that do not qualify as hedges under GAAP. Changes in the fair value of derivative financial instruments that are designated and qualify as fair value hedges, along with the gain or loss on the hedged asset or liability attributable to the hedged risk, are recorded in current period earnings. Gains and losses on derivatives related to mortgage servicing rights are included within servicing asset valuation and hedge loss on the accompanying consolidated statements of operations. Gains and losses on derivatives related to mortgage loans held for sale are included within gain on sale of mortgage loans on the accompanying consolidated statements of operations. For qualifying cash flow hedges, the effective portion of the change in the fair value of the derivative financial instruments is recorded in other comprehensive income, a component of equity, and recognized in the income statement when the hedged cash flows affect earnings. Changes in the fair value of derivative financial instruments held for risk management purposes that do not meet the criteria to qualify as hedges under GAAP are reported in current period earnings. The ineffective portions of fair value and cash flow hedges are immediately recognized in earnings. The Company did not hold any derivative instruments designated as cash flow hedges during 2007 or 2006.

The Company formally documents all relationships between hedging instruments and hedged items, as well as its risk management objectives for undertaking various hedge transactions. This process includes linking all derivatives that are designated as fair value or cash flow hedges to specific assets and liabilities on the consolidated balance sheet, to specific firm commitments or the forecasted transactions. Both at the hedge's inception and on an ongoing basis, the Company formally assesses whether the derivatives that are used in hedging transactions are highly effective in offsetting changes in fair values or cash flows of hedged items.

The hedge accounting treatment described above is no longer applied if a derivative financial instrument is terminated or the hedge designation is removed. For fair value hedges, any changes to the hedged asset or liability remain as part of the basis of the asset or liability and are recognized into income over the original hedge period. For cash flow hedges, any changes in fair value of the derivative financial instrument remain in other comprehensive income, a component of equity, and are reclassified into earnings in the period that the hedged asset or liability affects income.

***Loan commitments*** – The Company enters into commitments to make loans whereby the interest rate on the loan is set prior to funding (e.g. interest rate lock commitments or "IRLCs"). IRLCs for loans to be originated or purchased for sale, and for loans to be purchased and held for investment, are derivative financial instruments carried at fair value in accordance with SFAS No. 133 and Staff Accounting Bulletin No. 105, *Application of Accounting Principles to Loan Commitments*. SAB No. 105 provides specific guidance on the measurement of loan commitments, specifying that fair value measurement exclude any expected future cash flows related to the customer relationship or loan servicing. Servicing assets are recognized once they are contractually separated from the underlying loan by sale or securitization. IRLCs, for loans to be held for sale, are recorded as derivatives and subsequent changes in value from the time of the lock are recognized as assets or liabilities, with a corresponding adjustment to current period earnings within gain on sale of mortgage loans on the accompanying consolidated statements of operations. The determination of the change in fair value does not include an estimate of the future mortgage servicing right that will arise when the loan is sold or securitized.

CONFIDENTIAL

EXAM00234072

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

*Income taxes* – Income taxes are accounted for using the asset and liability method. Under this method, deferred tax assets and liabilities are recognized for the future tax consequences attributable to differences between the financial statement carrying amounts of existing assets and liabilities and their respective tax bases. Deferred tax assets and liabilities are measured using enacted tax rates expected to apply to taxable income in the years in which those temporary differences are expected to be recovered or settled. The effect on deferred tax assets and liabilities of a change in tax rates is recognized in income in the period that includes the enactment date. Deferred tax assets are recognized subject to management's judgment that realization is more likely than not.

In November 2006, the Company and substantially all of its domestic subsidiaries elected to be treated as limited liability companies for federal income tax purposes. As a result of the elections, and GMAC's election to be treated as a multi-member limited liability Company, these entities are no longer taxable entities for federal and certain state income tax purposes.

Prior to the reorganization, the Company was included in the consolidated U.S. federal income tax return, several unitary and/or consolidated state returns, and some foreign consolidated income tax returns of GM. The Company provided for its unitary and/or consolidated state filings and foreign consolidated filings pursuant to a tax sharing arrangement with GM. GM periodically settled these income tax liabilities or receivables.

*Reinsurance* – A mortgage loan borrower may be required to purchase mortgage guaranty insurance from a third-party mortgage guaranty insurer. A subsidiary of the Company assumes mortgage insurance policies from private mortgage insurance companies (ceding company) which are guaranteed renewable contracts at the insured's (e.g. borrower's) option on a single, monthly or annual premium basis. The ceding company has no ability to re-underwrite or re-price these contracts once a book of business has been established. Premiums written are earned over the policy term. Liabilities for insurance loss and loss adjustment expenses are established for reported insurance losses and loss adjustment expenses based on when notices of default on insured mortgage loans are received and the specified first loss percentage covered by the ceding company is exhausted. The liability for losses on reinsurance assumed is based on information provided by the ceding companies.

*Accounting standards* - On January 1, 2007, the Company adopted Financial Accounting Standards Board (FASB) Interpretation No. 48, *Accounting for Uncertainty in Income Taxes*, which supplements SFAS No. 109, *Accounting for Income Taxes*, by defining the confidence level that a tax position must meet in order to be recognized in the financial statements. The Interpretation requires that the tax effects of a position be recognized only if it is more-likely-than-not to be sustained solely on its technical merits as of the reporting date. The more-likely-than-not threshold represents a positive assertion by management that a company is entitled to the economic benefits of a tax position. If a tax position is not considered more-likely-than-not to be sustained based solely on its technical merits, no benefits of the position are to be recognized. The adoption of this interpretation did not result in any adjustments to the Company's retained earnings, since the Company has no uncertain tax positions. There have been no changes to the positions during the year ended December 31, 2007.

CONFIDENTIAL

EXAM00234073

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

In September 2006, the FASB issued SFAS No. 157, *Fair Value Measurements*, which provides a definition of fair value, establishes a framework for measuring fair value and requires expanded disclosures about fair value measurements. The standard applies when GAAP requires or allows assets or liabilities to be measured at fair value, and therefore, does not expand the use of fair value in any new circumstance. SFAS No. 157 defines fair value as the price that would be received to sell an asset or paid to transfer a liability in an arm's length transaction between market participants, in the markets where the Company conducts business. SFAS No. 157 clarifies that fair value should be based on the assumptions market participants would use when pricing an asset or liability and establishes a fair value hierarchy that prioritizes the information used to develop those assumptions. The fair value hierarchy gives the highest priority to quoted prices available in active markets and the lowest priority to data lacking transparency. The level of the reliability of inputs utilized for fair value calculations drives the extent of disclosure requirements of the valuation methodologies used under the standard. SFAS No. 157 is effective for financial statements issued for fiscal years beginning after November 15, 2007, and interim periods within those years. The provisions of SFAS No. 157 are required to be applied prospectively, except for certain financial instruments for which the standard should be applied retrospectively. The Company adopted SFAS No. 157 on January 1, 2008 on a prospective basis. This included inventorying all items recorded at fair value and where necessary, modifying valuation models in accordance with SFAS No. 157. The impact of adopting SFAS No. 157 resulted in a cumulative effect adjustment to beginning retained earnings on January 1, 2008. The initial adjustment on adoption will be an increase to equity of approximately $20.9 million related to the recognition of day one gains on purchased mortgage servicing rights and certain residential loan commitments.

In February 2007, the FASB issued SFAS No. 159, *The Fair Value Option for Financial Assets and Financial Liabilities*. SFAS No. 159 permits entities to choose to measure at fair value many financial instruments and certain other items that are not currently required to be measured at fair value. Subsequent changes in fair value for designated items will be required to be reported in earnings in the current period. SFAS No. 159 also establishes presentation and disclosure requirements for similar types of assets and liabilities measured at fair value. SFAS No. 159 is effective for financial statements issued for fiscal years beginning after November 15, 2007, and interim periods within those years. The Company adopted SFAS No. 159 on January 1, 2008 without impact to the Company's financial position or results of operations.

In December 2007, the FASB issued SFAS No. 141(R), *Business Combinations*, which replaces SFAS No. 141, *Business Combinations*. SFAS No. 141(R) establishes principles and requirements for how an acquiring company (1) recognizes and measures in its financial statements the identifiable assets acquired, the liabilities assumed, and any non-controlling interest in the acquiree, (2) recognizes and measures the goodwill acquired in the business combination or a gain from a bargain purchase, and (3) determines what information to disclose to enable users of the financial statements to evaluate the nature and financial effects of the business combination. SFAS No. 141(R) is effective for business combinations occurring on or after the beginning of the fiscal year beginning on or after December 15, 2008. SFAS No. 141(R), effective for the Company on January 1, 2009, applies to all transactions or other events in which the Company obtains control in one or more businesses. Management will assess each transaction on a case-by-case basis as they occur.

15

CONFIDENTIAL

EXAM00234074

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

In December 2007, the FASB also issued SFAS No. 160, *Noncontrolling Interests in Consolidated Financial Statements — an amendment of ARB No. 51*, which requires the ownership interests in subsidiaries held by parties other than the parent be clearly identified, labeled, and presented in the consolidated statement of financial position within equity, but separate from the parent's equity. It also requires the amount of consolidated net income attributable to the parent and to the noncontrolling interest be clearly identified and presented on the face of the consolidated statement of income. SFAS No. 160 is effective for fiscal years, and interim periods within those fiscal years, beginning on or after December 15, 2008, and early adoption is prohibited. SFAS No. 160 shall be applied prospectively as of the beginning of the fiscal year in which it is initially applied, except for the presentation and disclosure requirements. The presentation and disclosure requirements shall be applied retrospectively for all periods presented. Management is currently assessing the retrospective impacts of adoption and will assess new transactions as they occur.

In April 2007, the FASB issued FASB Staff Position ("FSP") FIN No. 39-1, *Amendment of FASB Interpretation No. 39*. FSP FIN No. 39-1 defines "right of setoff" and specifies what conditions must be met for a derivative contract to qualify for this right of setoff. It also addresses the applicability of a right of setoff to derivative instruments and clarifies the circumstances in which it is appropriate to offset amounts recognized for those instruments in the statement of financial position. In addition, this FSP permits offsetting of fair value amounts recognized for multiple derivative instruments executed with the same counterparty under a master netting arrangement and fair value amounts recognized for the right to reclaim cash collateral (a receivable) or the obligation to return cash collateral (a payable) arising from the same master netting arrangement as the derivative instruments. This interpretation is effective for fiscal years beginning after November 15, 2007, with early application permitted. The adoption of FSP FIN No. 39-1 is not expected to have a material impact on the Company's financial position or results of operations.

In May 2007, the FASB issued FSP FIN No. 48-1, *Definition of Settlement in FASB Interpretation No. 48*. FSP FIN No. 48-1 provides guidance on how an enterprise should determine whether a tax position is effectively settled for the purpose of recognizing previously unrecognized tax benefits. FSP FIN No. 48-1 was effective with the Company's initial adoption of FIN No. 48 on January 1, 2007. The adoption of FSP FIN No. 48-1 did not have a material impact on the Company's financial position or results of operations.

CONFIDENTIAL                                                                          EXAM00234075

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

In November 2007, the Securities and Exchange Commission ("SEC") issued Staff Accounting Bulletin ("SAB") No. 109, *Written Loan Commitments Recorded at Fair Value Through Earnings*. SAB No. 109 provides the SEC staff's views on the accounting for written loan commitments recorded at fair value under GAAP, and revises and rescinds portions of SAB No. 105. SAB No. 105 provided the views of the SEC staff regarding derivative loan commitments that are accounted for at fair value through earnings pursuant to SFAS No. 133, *Accounting for Derivative Instruments and Hedging Activities*. SAB No. 105 states that in measuring the fair value of a derivative loan commitment, the staff believed it would be inappropriate to incorporate the expected net future cash flows related to the associated servicing of the loan. SAB No. 109 supersedes SAB No. 105 and expresses the current view of the SEC staff that, consistent with the guidance in SFAS No. 156 and SFAS No. 159, the expected net future cash flows related to the associated servicing of the loan should be included in the measurement of all written loan commitments that are accounted for at fair value through earnings. SAB No. 105 also indicated that the SEC staff believed that internally-developed intangible assets (such as customer relationship intangible assets) should not be recorded as part of the fair value of a derivative loan commitment. SAB No. 109 retains that SEC staff view and broadens its application to all written loan commitments that are accounted for at fair value through earnings. The SEC staff expects registrants to apply the views of SAB No. 109 in measuring the fair value of derivative loan commitments on a prospective basis to derivative loan commitments issued or modified in fiscal quarters beginning after December 15, 2007. The prospective adoption of SAB No. 109 did not have a material impact on the Company's consolidated financial condition and results of operations.

In February 2008, the FASB issued FSP FAS No. 140-3, *Accounting for Transfers of Financial Assets and Repurchase Financing Transactions*, which provides a consistent framework for the evaluation of a transfer of a financial asset and subsequent repurchase agreement entered into with the same counterparty. FSP FAS No. 140-3 provides guidelines that must be met in order for an initial transfer and subsequent repurchase agreement to not be considered linked for evaluation. If the transactions do not meet the specified criteria, they are required to be accounted for as one transaction. This FSP is effective for fiscal years beginning after November 15, 2008, and shall be applied prospectively to initial transfers and repurchase financings for which the initial transfer is executed on or after adoption. Management is currently assessing the impacts of adoption.

CONFIDENTIAL

EXAM00234076

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

4.    **INVESTMENTS, TRADING**

The carrying value of investments, trading for the years ended December 31 is as follows:

|  | 2007 | 2006 |
|---|---|---|
| U.S. Treasury securities | $    257,320 | $    400,961 |
| Interest-only securities: | | |
|     Home equity lines/loans | 222,722 | 418,896 |
|     Other first mortgage loans | - | 12,531 |
|     High loan to value loans | 1,375 | 31,491 |
|     Non-conforming loans | 11,713 | 14,833 |
| Principal-only securities | 18,274 | 877,530 |
| Mortgage backed securities | 84,558 | 16,362 |
| Total | $    595,962 | $    1,772,604 |

The fair value of interest-only securities and government mortgage-backed securities have been estimated using discounted cash flow analyses (see Note 6). The fair value of U.S. Treasury securities, principal-only securities and mortgage backed securities are based on quoted market prices.

The change in the unrealized (loss) gain included within (loss) gain on investments on the accompanying consolidated statements of operations for the years ended December 31, 2007 and 2006 is $(305,962) and $137,882, respectively. Realized losses on the sale of investments, trading, included within (loss) gain on investments on the accompanying consolidated statements of operations for the years ended December 31, 2007 and 2006 are $(63,578) and $(18,565), respectively.

The Company's investment in government mortgage-backed securities at December 31, 2006 consisted primarily of residual interests in an off-balance sheet facility which held loans whose principal balance was substantially covered by insurance or guarantees from federal agencies. This facility was terminated in 2007 (see Note 7). The Company's investment in home equity and HLTV interest-only securities is uncertificated and is subject to prepayment risk, interest rate risk, and credit loss.

The Company has pledged investments, trading against certain borrowings (see Note 13).

The Company has purchased and financed certain U.S Treasury securities classified as investments, trading, with the same counterparty. The fair value of these securities totaled $51,773 and $856,688 at December 31, 2007 and 2006, respectively.

CONFIDENTIAL                                                                                          EXAM00234077

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

5.    **INVESTMENTS, AVAILABLE FOR SALE**

Investments, available for sale consist of the following:

| | Cost | Unrealized Gains | Unrealized Losses | Fair Value |
|---|---|---|---|---|
| As of December 31, 2007: | | | | |
| Mortgage and asset backed securities | $    105,366 | $    759 | $    (401) | $    105,724 |
| Interest-only securities | - | 3,558 | - | 3,558 |
| Principal-only securities | 150 | 136 | - | 286 |
| Other | 39,653 | 974 | (1) | 40,626 |
| Total | $    145,169 | $    5,427 | $    (402) | $    150,194 |
| As of December 31, 2006: | | | | |
| Mortgage and asset backed securities | $    103,975 | $    156 | $    (1,275) | $    102,856 |
| Interest-only securities | 1,260 | 3,794 | - | 5,054 |
| Principal-only securities | 184 | 151 | - | 335 |
| Other | 43,358 | 193 | (304) | 43,247 |
| Total | $    148,777 | $    4,294 | $    (1,579) | $    151,492 |

The maturity distribution of available for sale securities outstanding is summarized in the following table. Actual maturities may differ from those scheduled as a result of prepayments by issuers.

| | Cost | Fair Value |
|---|---|---|
| As of December 31, 2007: | | |
| Due in one year or less | $    13,050 | $    13,049 |
| Due after one year through five years | 26,603 | 27,577 |
| Due after five years through ten years | - | - |
| Due after ten years | - | - |
| Mortgage-backed securities and interests in securitization trusts | 105,275 | 109,568 |
| Total | $    144,928 | $    150,194 |

19

CONFIDENTIAL

EXAM00234078

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

The change in the unrealized gain on investments included in comprehensive income within the consolidated statements of operations for the years ended December 31, 2007 and 2006, respectively, is $2,086 and $1,588, which is net of taxes of $466 and $811.

Investment securities that were in a continuous unrealized loss position for less than twelve months had a fair value of $27,421 and $20,041 with gross unrealized losses of $264 and $88 as of December 31, 2007 and 2006, respectively. Investment securities that were in a continuous unrealized loss position for more than twelve months had a fair value of $16,523 and $87,644 with gross unrealized losses of $139 and $1,490 as of December 31, 2007 and 2006, respectively. The Company does not consider these unrealized losses to be other-than-temporary and it has the intent and ability to hold until full recovery.

The Company acquires and originates principal-only securities and interest-only securities for investment purposes from non-conforming securitization transactions. Non-conforming principal-only securities and interest-only securities classified as available for sale represent the Company's retained interests in several of its own jumbo mortgage loan securitizations. The investment in principal-only securities is certificated and is not subject to prepayment risk and credit loss. Principal-only securities and interest-only securities mature in proportion to the payment stream of the underlying mortgage loans.

The fair value of mortgage-backed securities, principal-only securities, and other securities are based on quoted market prices. The fair value of interest-only securities has been estimated using discounted cash flow analyses (see Note 6).

The Company has pledged investments, available for sale against certain borrowings (see Note 13).

6. **SECURITIZED AND SOLD ASSETS**

The Company periodically sells home equity loans and lines of credit, HLTV loans, non-conforming jumbo residential first mortgage loans and other residential first mortgage loans in securitization transactions. During 2006 and a portion of 2007, the Company sold defaulted government insured residential mortgage loans to an off-balance sheet facility until the facility was terminated in 2007 (see Note 7). In these securitizations and sales, the Company retains mortgage servicing rights in addition to interest-only securities, one or more tranches and other consideration, all of which are retained interests in the sold receivables. The Company may retain primary credit risk on the securitization or sale through retention of a subordinated interest. This credit risk is limited to the amount of the subordinated tranches. Gain or loss on a sale of the receivables depends, in part, on the previous carrying amount of the mortgage loans involved in the transfer, allocated between the loans sold and the retained interests, based on their estimated relative fair market value at the date of transfer.

The Company recognized gains of $89,081 and $229,774 on the securitization of home equity loans, $0 and $234 on the securitization of HLTV loans during the years ended December 31, 2007 and 2006, respectively. The Company did not recognize pretax gains or losses on the sale of defaulted government insured residential mortgage loans during the years ended December 31, 2007 and 2006. There were no securitizations of non-conforming jumbo residential first mortgage loans and other first mortgage loans during years ended December 31, 2007 and 2006.

CONFIDENTIAL

EXAM00234079

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

The following summarizes the Company's activity related to the carrying amount of retained interests in securitizations during the years ended December 31, 2007 and 2006:

| | Government Insured First Mortgage Loans | Home Equity Lines of Credit & Home Equity Loans | High Loan to Value Loans | Non-Conforming Jumbo First Mortgage Loans | Other First Mortgage Loans |
|---|---|---|---|---|---|
| Balance at January 1, 2006 | $ 16,036 | $ 231,014 | $ 17,285 | $ 20,587 | $ 14,898 |
| New securitizations | 4,135 | 173,991 | - | - | - |
| Interest accretion | - | 36,718 | 2,449 | - | 1,823 |
| Sales | - | - | - | (2,719) | - |
| Cash received | (12,435) | (116,418) | (11,283) | (6,702) | (6,876) |
| Valuation adjustments | 4,752 | 93,591 | 23,040 | 8,721 | 2,686 |
| Balance at December 31, 2006 | $ 12,488 | $ 418,896 | $ 31,491 | $ 19,887 | $ 12,531 |
| New securitizations | 6,132 | 134,930 | - | - | - |
| Interest accretion | - | 71,808 | 5,312 | 69 | 1,484 |
| Sales | - | - | - | - | - |
| Cash received | (17,726) | (115,313) | (11,099) | (5,699) | (4,029) |
| Valuation adjustments | (894) | (287,599) | (24,329) | 1,014 | (9,986) |
| Balance at December 31, 2007 | $ - | $ 222,722 | $ 1,375 | $ 15,271 | $ - |

CONFIDENTIAL

EXAM00234080

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

Key assumptions used in measuring the retained interests at the date of securitization resulting from securitizations completed during the years ended December 31, 2007 and 2006 were as follows:

| During 2007: | Government Insured First Mortgage Loans | Home Equity Lines of Credit & Home Equity Loans | High Loan to Value Loans | Non-Conforming Jumbo First Mortgage Loans | Other First Mortgage Loans |
|---|---|---|---|---|---|
| Weighted average life of collateral in years | 1.1 | 2.1 - 2.5 | ** | *** | **** |
| Prepayment speed (CPR) | 15.0% | 31.0% - 35.6% | ** | *** | **** |
| Expected credit losses ***** | 4.8% | 1.0% - 2.0% | ** | *** | **** |
| Residual cash flows discounted at | 6.5% | 11.9% - 18.2% | ** | *** | **** |
| Variable returns to transferees | N/A | * | ** | *** | **** |
| Weighted average servicing fee | 0.4% | 0.5% | ** | *** | **** |

\* Variable pass through: 1 month Libor plus 14 basis points

\*\* The Company did not securitize any HLTV mortgage loans during 2007.

\*\*\* The Company did not securitize any non-conforming jumbo first mortgage loans during 2007.

\*\*\*\* The Company did not securitize any other first mortgage loans during 2007.

\*\*\*\*\* Expected static pool credit losses include projected net credit losses divided by the original balance of the outstandings comprising the securitization pool.

| During 2006: | Government Insured First Mortgage Loans | Home Equity Lines of Credit & Home Equity Loans | High Loan to Value Loans | Non-Conforming Jumbo First Mortgage Loans | Other First Mortgage Loans |
|---|---|---|---|---|---|
| Weighted average life of collateral in years | 1.1 | 1.7 - 2.4 | 2.8 | *** | **** |
| Prepayment speed (CPR) | 15.0% | 31.0% - 44.2% | 24.3% | *** | **** |
| Expected credit losses ***** | 4.0% | 1.1% - 2.3% | 18.3% | *** | **** |
| Residual cash flows discounted at | 7.0% | 11.7% - 12.5% | N/A | *** | **** |
| Variable returns to transferees | N/A | * | ** | *** | **** |
| Weighted average servicing fee | 0.4% | 0.5% | 0.5% | *** | **** |

\* Variable pass through: 1 month Libor plus a spread ranging from 7 to 21 basis points
  Variable collateral: 1 month Libor plus an average spread ranging from 323 to 367 basis points

\*\* Variable pass through: 1 month Libor plus a spread of 10 basis points

\*\*\* The Company did not securitize any non-conforming jumbo first mortgage loans during 2006.

\*\*\*\* The Company did not securitize any other first mortgage loans during 2006.

\*\*\*\*\* Expected static pool credit losses include projected net credit losses divided by the original balance of the outstandings comprising the securitization pool.

Residual cash flows of the securitized government insured residential mortgage loans are discounted at a rate based on the inherent risk of loss on the underlying mortgage loans. These loans are insured against loss by the Federal Housing Administration ("FHA") and the Veterans Administration ("VA"), resulting in a relatively low risk of loss in comparison to other securitized loan products.

CONFIDENTIAL                                                                 EXAM00234081

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

The following summarizes certain cash flows received from (paid to) securitization trusts during 2007 and 2006:

| During 2007: | Government Insured First Mortgage Loans | Home Equity Lines of Credit & Home Equity Loans | High Loan to Value Loans | Non-Conforming Jumbo First Mortgage Loans | Other First Mortgage Loans |
|---|---|---|---|---|---|
| Cash inflows: | | | | | |
| Proceeds from new securitizations | $ 88,700 | $ 3,281,526 | $ - | $ - | $ - |
| Servicing fees received | 496 | 57,754 | 1,470 | 25,154 | 1,153 |
| Other cash flows received on retained interests | 17,726 | 115,313 | 11,099 | 8,027 | 4,029 |
| Repayments of servicing advances | - | 7,253 | - | - | - |
| Cash outflows: | | | | | |
| Servicing advances | - | (11,312) | - | - | - |
| Purchase obligations and options: | | | | | |
| Purchases of loans under conditional call option | (147,480) | - | - | - | - |
| Representations and warranties obligations | - | (683) | - | - | - |
| Administrator or Servicer Actions | - | (53,712) | (420) | - | - |
| Asset performance conditional calls | - | (12,269) | (997) | - | - |
| Cleanup calls | - | (9,963) | - | - | - |

| During 2006: | Government Insured First Mortgage Loans | Home Equity Lines of Credit & Home Equity Loans | High Loan to Value Loans | Non-Conforming Jumbo First Mortgage Loans | Other First Mortgage Loans |
|---|---|---|---|---|---|
| Cash inflows: | | | | | |
| Proceeds from new securitizations | $ 58,400 | $ 6,655,011 | $ 229,865 | $ - | $ - |
| Servicing fees received | 580 | 45,786 | 1,838 | 9,728 | 1,397 |
| Other cash flows received on retained interests | 12,435 | 116,418 | 11,283 | 6,702 | 6,876 |
| Repayments of servicing advances | - | 27,634 | - | - | - |
| Cash outflows: | | | | | |
| Servicing advances | - | (1,149) | - | - | - |
| Purchase obligations and options: | | | | | |
| Purchases of loans under conditional call option | (19,993) | - | - | - | - |
| Representations and warranties obligations | - | (373) | - | - | - |
| Administrator or Servicer Actions | - | (59,513) | - | - | - |
| Asset performance conditional calls | - | (9,904) | (2,415) | - | - |
| Cleanup calls | - | (91,876) | (39,663) | - | (23,196) |

CONFIDENTIAL
EXAM00234082

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

At December 31, 2007 and 2006, key assumptions and the sensitivity of the current fair value of residual cash flows to immediate 10% and 20% adverse changes in those assumptions are as follows:

| At December 31, 2007: | Government Insured First Mortgage Loans | Home Equity Lines of Credit & Home Equity Loans | High Loan to Value Loans | Non-Conforming Jumbo First Mortgage Loans | Other First Mortgage Loans |
|---|---|---|---|---|---|
| Carrying amount/fair value of retained interests | $        - | $222,722 | $1,375 | $15,271 | $        - |
| Weighted-average life (in years) | - | 1.6 - 2.4 | 2.6 - 2.8 | 4.4 | 4.1 - 4.3 |
| **Prepayment speed assumption (CPR - annual rate)** | - | 29.1% - 41.6% | 22.4% - 24.3% | 17.4% | 14.6% - 16.8% |
| Impact on fair value of 10% adverse change | - | ($2,411) | $29 | ($1,392) | ($2,293) |
| Impact on fair value of 20% adverse change | - | ($4,172) | $58 | ($2,293) | |
| **Expected credit losses****** | - | 1.0% - 6.4% | 11.3% - 21.4% | N/A | 2.0% - 3.9% |
| Impact on fair value of 10% adverse change | - | ($39,685) | ($165) | N/A | |
| Impact on fair value of 20% adverse change | - | ($74,602) | ($320) | N/A | |
| **Residual cash flows discount rate (annual rate)** | - | 21.0% - 33.9% | N/A | 8.9% | N/A |
| Impact on fair value of 10% adverse change | - | ($10,761) | ($39) | ($191) | - |
| Impact on fair value of 20% adverse change | - | ($20,468) | ($76) | ($377) | - |
| **Interest rates on variable and adjustable contracts** | - | * | ** | N/A | *** |
| Impact on fair value of 10% adverse change | - | ($11,077) | - | N/A | - |
| Impact on fair value of 20% adverse change | - | ($20,804) | - | N/A | - |

\* Variable pass through: 1 month Libor plus a spread ranging from 6 to 58 basis points.
  Variable collateral: 1 month Libor plus an average spread ranging from 347 to 399 basis points.

\*\* Variable pass through: 1 month Libor plus a spread of 10 basis points.

\*\*\* Variable pass through: 1 month Libor plus a spread ranging from 20 to 325 basis points.

\*\*\*\* Expected static pool credit losses include actual incurred losses plus projected net credit losses divided by the original balance of the oustandings comprising the securitizations pool.

| At December 31, 2006: | Government Insured First Mortgage Loans | Home Equity Lines of Credit & Home Equity Loans | High Loan to Value Loans | Non-Conforming Jumbo First Mortgage Loans | Other First Mortgage Loans |
|---|---|---|---|---|---|
| Carrying amount/fair value of retained interests | $12,488 | $418,896 | $31,491 | $19,887 | $12,531 |
| Weighted-average life (in years) | 1.1 | 1.5 - 2.2 | 2.5 - 2.8 | 5.2 | 3.8 - 4.0 |
| **Prepayment speed assumption (CPR - annual rate)** | 15.0% | 33.4% - 47.9% | 25.9% - 29.2% | 14.7% | 17.6% - 19.7% |
| Impact on fair value of 10% adverse change | ($6) | ($20,112) | ($726) | ($943) | ($421) |
| Impact on fair value of 20% adverse change | ($12) | ($37,291) | ($1,327) | ($1,810) | ($790) |
| **Expected credit losses****** | 3.6% | 0.6% - 2.6% | 8.8% - 12.8% | N/A | 1.0% - 1.2% |
| Impact on fair value of 10% adverse change | ($398) | ($13,149) | ($3,217) | N/A | ($579) |
| Impact on fair value of 20% adverse change | ($797) | ($26,266) | ($6,386) | N/A | ($1,152) |
| **Residual cash flows discount rate (annual rate)** | 6.5% | 13.0% | 13.0% | 10.2% | 13.1% |
| Impact on fair value of 10% adverse change | ($62) | ($10,618) | ($1,130) | ($607) | ($823) |
| Impact on fair value of 20% adverse change | ($122) | ($20,590) | ($2,177) | ($1,182) | ($1,543) |
| **Interest rates on variable and adjustable contracts** | ***** | * | ** | N/A | *** |
| Impact on fair value of 10% adverse change | ($676) | ($18,448) | ($299) | N/A | ($27) |
| Impact on fair value of 20% adverse change | ($1,352) | ($36,511) | ($590) | N/A | ($48) |

\* Variable pass through: 1 month Libor plus a spread ranging from 6 to 30 basis points.
  Variable collateral: 1 month Libor plus an average spread ranging from 354 to 392 basis points.

\*\* Variable pass through: 1 month Libor plus a spread of 10 basis points.

\*\*\* Variable pass through: 1 month Libor plus a spread ranging from 20 to 325 basis points.

\*\*\*\* Expected static pool credit losses include actual incurred losses plus projected net credit losses divided by the original balance of the oustandings comprising the securitizations pool.

\*\*\*\*\* Variable pass through at Tier 1 Commercial Paper rates.

24

EXAM00234083

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

These sensitivities are hypothetical and should be used with caution. As the figures indicate, changes in fair value based on a 10% variation in assumptions generally cannot be extrapolated because the relationship of the change in assumptions to the change in fair value may not be linear. Also, in this table, the effect of a variation in a particular assumption on the fair value of the retained interest is calculated without changing any other assumption. In reality, changes in one factor may result in changes in another, which could magnify or counteract the sensitivities.

The following summarizes quantitative information about delinquencies and credit losses associated with securitized assets and other assets managed at December 31, 2007 and 2006

At December 31, 2007:

| Type of Loan | Total Amount of Loans | | Delinquent Principal Over 60 Days | | Credit Losses (Net of Recoveries) | |
|---|---|---|---|---|---|---|
| Government insured mortgage loans | $ | 751,037 | $ | 480,649 | $ | 3,137 |
| Home equity lines and loans | | 11,820,656 | | 266,626 | | 102,310 |
| High loan-to-value loans | | 336,410 | | 14,519 | | 11,941 |
| Non-conforming jumbo first mortgage loans | | 3,856,775 | | 73,878 | | 614 |
| Other first mortgage loans | | 303,062 | | 25,120 | | 907 |
| Conforming first mortgage loans | | 1,376,667 | | 67,191 | | 7,747 |
| Total mortgage loans owned or securitized | $ | 18,444,607 | $ | 927,983 | $ | 126,656 |
| Less: | | | | | | |
| Loans securitized | | (14,738,311) | | (84,437) | | (111,492) |
| Loans held for sale or securitization | | (2,382,949) | | (613,127) | | (14,275) |
| Total mortgage loans held for investment | $ | 1,323,347 | $ | 230,419 | $ | 889 |

At December 31, 2006:

| Type of Loan | Total Amount of Loans | | Delinquent Principal Over 60 Days | | Credit Losses (Net of Recoveries) | |
|---|---|---|---|---|---|---|
| Government insured mortgage loans | $ | 741,907 | $ | 437,069 | $ | 4,717 |
| Home equity lines and loans | | 11,658,636 | | 113,940 | | 35,262 |
| High loan-to-value loans | | 395,427 | | 13,247 | | 13,871 |
| Non-conforming jumbo first mortgage loans | | 4,954,766 | | 38,796 | | (69) |
| Other first mortgage loans | | 365,722 | | 29,286 | | 622 |
| Conforming first mortgage loans | | 1,577,061 | | 40,310 | | 607 |
| Total mortgage loans owned or securitized | $ | 19,693,519 | $ | 672,648 | $ | 55,010 |
| Less: | | | | | | |
| Loans securitized | | (15,251,944) | | (124,462) | | (39,074) |
| Loans held for sale or securitization | | (4,387,668) | | (546,991) | | (14,486) |
| Total mortgage loans held for investment | $ | 53,907 | $ | 1,195 | $ | 1,450 |

25

CONFIDENTIAL

EXAM00234084

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

7.    **OFF-BALANCE SHEET FACILITIES**

During 2006 and a portion of 2007, the Company utilized two off-balance sheet facilities that it owned to finance mortgage loans prior to their securitization or permanent sale to investors. These facilities were QSPEs and were not consolidated within the Company's financial statements. The Company was required to repurchase any ineligible loans sold to the facilities in the event a breach of representations and warranties occurred. In addition, the Company maintained a right to service the mortgage loans held by each facility and upon the sale of the mortgage loans to the ultimate investors. As servicer, the Company received a monthly servicing fee (and excess service fee, if applicable). Additionally, as servicer, the Company was required to advance payments due from borrowers, which had not been received, as of specified cut-off dates. The Company also performed certain accounting, secondary marketing, and administrative services on behalf of the facilities. During 2007 both off-balance sheet facilities were terminated, and are no longer being utilized.

Walnut Grove Funding Inc. ("Walnut Grove") was a QSPE which financed home equity loans, home equity lines of credit and HLTV mortgage loans prior to securitization. The QSPE purchased these loans from the Company through the issuance of certificates of beneficial interest, the majority of which were owned by a commercial bank's funding conduit. Certain beneficial interests were retained by the Company and were included within investments, trading on the accompanying consolidated balance sheets. The owners of the beneficial interests bore the risk of loss on defaulted mortgage loans. This QSPE was owned by the Company. Walnut Grove held approximately $0 and $294,300 in mortgage loans as of December 31, 2007 and 2006, respectively. Walnut Grove issued certificates of beneficial interest of $0 and $275,442, of the permitted maximum amount of $0 and $900,000 as of December 31, 2007 and 2006, respectively.

Horsham Funding Inc. ("Horsham") was a QSPE used to finance defaulted government insured or guaranteed residential mortgage loans the Company had repurchased from Ginnie Mae. The QSPE funded the purchase of the loans from the Company through financing obtained from two bank-sponsored asset-backed commercial paper conduits. In connection with this financing, the Company retained certain subordinated interests, which were included within investments, trading on the accompanying consolidated balance sheets. Loans were held by the QSPE until they were settled by an insurance claim paid by FHA or VA or in the event the loans became current, they were repurchased through the exercise of a conditional call retained by the Company. This QSPE was owned by the Company. Horsham held approximately $0 and $108,782 in mortgage loans as of December 31, 2007 and 2006, respectively. Horsham issued interests of $0 and $102,401 of the permitted maximum amount of $0 and $200,000 as of December 31, 2007 and 2006, respectively.

CONFIDENTIAL                                    EXAM00234085

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

8.    **MORTGAGE LOANS HELD FOR SALE**

Mortgage loans held for sale, net of deferred origination fees and costs, servicing released premiums, and other premiums and discounts, consist of the following as of December 31:

|  | 2007 | 2006 |
|---|---|---|
| First mortgages: | | |
| Conforming | $ 1,166,837 | $ 1,573,278 |
| Government | 569,079 | 632,429 |
| Non-conforming | 228,039 | 1,283,308 |
| Home equity: | | |
| Lines of credit | 235,268 | 371,267 |
| Loans | 127,502 | 416,473 |
| Non-conforming - HLTV | 56,224 | 98,078 |
| Other loans: | | |
| Construction | - | 12,835 |
| Total | $ 2,382,949 | $ 4,387,668 |

The Company sells its one to four unit first mortgage loan inventory to a variety of investors. Conforming fixed rate and adjustable rate first mortgages are primarily sold as agency (Fannie Mae, Freddie Mac or Ginnie Mae) mortgage-backed securities. Non-conforming fixed and adjustable rate first mortgages are sold as whole loans to private investors or through private securitization transactions in which the Company may retain a certificated interest-only or principal-only security. The Company sells its home equity loans and lines of credit as either whole loans to private investors or through private securitization transactions in which it generally retains an uncertificated interest-only security.

The Company lends to consumers for the purposes of acquiring land and constructing residential homes. The Company's primary intent for administering the program is to obtain the permanent financing upon completion of construction.

The Company has pledged mortgage loans held for sale against certain borrowings (see Note 13) and against obligations relating to certain HLTV securitizations (see Note 20).

CONFIDENTIAL

EXAM00234086

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

9.    **LENDING RECEIVABLES**

Lending receivables consist of the following as of December 31:

|  | 2007 | | 2006 | |
|---|---|---|---|---|
| Warehouse lending receivables | $ | 182 | $ | 1,351 |
| Allowance for losses | | - | | (18) |
| Total | $ | 182 | $ | 1,333 |

The following is a summary of the activity in the allowance for losses for lending receivables:

|  | 2007 | | 2006 | |
|---|---|---|---|---|
| Balance at January 1, | $ | 18 | $ | 1,842 |
| Provisions | | (18) | | (1,824) |
| Balance at December, 31 | $ | - | $ | 18 |

The Company extended warehouse lines of credit to mortgage correspondents in order to finance the origination of residential mortgage loans. The lines of credit are collateralized by the underlying mortgage loans and bear interest at variable rates. During 2007, the majority of the warehouse lending operation was transferred to the Bank. There were no warehouse lending receivables 60 or more days delinquent as of December 31, 2007 and 2006.

The Company has a participation agreement with the Bank, whereby the Company purchases lending receivables from individual borrowers that exceed the Bank's legal lending limits. Payments on the borrower's outstanding lines of credit are applied against the Company's participation agreement balance in advance of the Bank's lending receivable balance. The Company did not hold any lending receivables purchased as a result of the participation agreement at either December 31, 2007 or 2006. Associated with the participation agreement, the Company deposited $10,000 at the Bank as collateral against any obligations arising from daily participation activity at December 31, 2007 and 2006, respectively. The Bank also acts as servicer for the Company's lending receivables and therefore the Company deposited $10,000 with the Bank in conjunction with providing this service.

The Company has pledged lending receivables against certain borrowings (see Note 13).

CONFIDENTIAL
EXAM00234087

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

## 10.    MORTGAGE LOANS HELD FOR INVESTMENT

Mortgage loans held for investment consist of the following as of December 31:

|  | 2007 | 2006 |
|---|---|---|
| First mortgages: | | |
| Conforming | $    213,646 | $    3,783 |
| Non-conforming | 319,639 | 2 |
| Government | 183,891 | 712 |
| Second mortgages: | | |
| Lines of credit | 217,605 | 47 |
| Loans | 298,775 | 19,301 |
| Non-conforming - HLTV | 91,608 | 4,300 |
| Reverse mortgages | 35,959 | 39,423 |
| Allowance for losses | (37,776) | (13,661) |
| Total | $    1,323,347 | $    53,907 |

The following is a summary of the activity in the allowance for losses for mortgage loans held for investment:

|  | 2007 | 2006 |
|---|---|---|
| Balance at January 1, | $    13,661 | $    11,398 |
| Provisions | 25,004 | 3,019 |
| Charge-offs | (1,837) | (769) |
| Recoveries | 948 | 13 |
| Balance at December, 31 | $    37,776 | $    13,661 |

The Company originates and holds in its portfolio interest-only mortgage loan products. These are first mortgage loan products that allow for payments of interest only for a fixed period of time, whereas traditional mortgage products provide for payments of interest and principal. At the end of the interest-only period, the payment adjusts to include principal and interest payments, and thus significantly increase. The Company had $167,588 of interest-only first mortgage loans classified as held for investment at December 31, 2007. There were no interest only loans held for investment at December 31, 2006.

The Company invests in loans collateralized by property in all fifty states. The five largest state concentrations based on unpaid principal balance are as follows: California (9%), Florida (3%), Texas (3%), Michigan (3%), and New York (2%), aggregating approximately 20% of the portfolio. The risk inherent in such concentrations is dependent not only upon regional and general economic stability that affects property values, but also on the financial well being and creditworthiness of the borrowers.

At December 31, 2007 and 2006, the unpaid principal balance of loans 60 or more days delinquent was $230,418 and $1,195, respectively. The Company recognized provision expense of $25,004 and $3,019 for the years ended December 31, 2007 and 2006, respectively.

The Company has pledged mortgage loans held for investment against certain borrowings (see Note 13).

CONFIDENTIAL

EXAM00234088

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

---

11.   **MORTGAGE SERVICING RIGHTS**

The following summarizes the Company's activity related to mortgage servicing rights carried at fair value:

|  | 2007 | 2006 |
|---|---|---|
| Estimated fair value at January 1 | $ 3,752,733 | 3,056,471 |
| Additions obtained from sales of mortgage loans | 1,106,906 | 1,152,702 |
| Additions from purchases of servicing assets | 9,291 | 11,780 |
| Sale of excess service fees | (563,709) | - |
| Changes in fair value: | | |
| Due to changes in valuation inputs or assumptions used in the valuation model | (668,739) | (5,750) |
| Other changes in fair value | (241,356) | (462,470) |
| Estimated fair value at December 31 | $ 3,395,126 | $ 3,752,733 |

Originated additions include acquisitions of mortgage servicing rights via the Company's loan origination activities in the correspondent/broker, retail and direct channels. Purchased additions generally consist of bulk acquisitions of servicing rights. Changes in fair value due to changes in valuation inputs or assumptions used in the valuation models include all changes due to a revaluation by a model or by a benchmarking exercise. This line item also includes changes in fair value due to a change in valuation assumptions and/or model calculations. Other changes in fair value primarily include the accretion of the present value of the discount related to forecasted cash flows and the economic run-off of the portfolio.

In accordance with SFAS No. 156, the Company has elected to subsequently measure servicing assets and liabilities at fair value and report changes in fair value in earnings in the period in which the changes occur (see Note 3).

The components of servicing fees were as follows for the years ended December 31, 2007 and 2006:

|  | 2007 | 2006 |
|---|---|---|
| Contractual servicing fees (net of guarantee fees and including subservicing) | $ 1,000,568 | $ 916,010 |
| Late Fees | 87,783 | 74,045 |
| Ancillary fees | 49,605 | 61,343 |
| Total | $ 1,137,956 | $ 1,051,398 |

CONFIDENTIAL

EXAM00234089

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

During 2007, the Company exchanged certain excess service fees included within capitalized mortgage servicing rights for stripped mortgage backed securities issued by agencies. The excess servicing fees related to mortgage loans with a scheduled principal balance of approximately $51,130,117. The Company retained its rights as primary servicer associated with these loans. The stripped mortgage backed securities were then sold into the secondary market, with the gain on these securities recognized in gain on investments in the accompanying consolidated statement of income.

Note 19 provides the unpaid principal balance, weighted average coupon, weighted average maturity and weighted average servicing fee of the portfolio of loans underlying the Company's mortgage servicing rights.

The Company has pledged mortgage servicing rights against certain borrowings (see Note 13).

At December 31, 2007 and 2006, key economic assumptions and the sensitivity of the current fair value of mortgage servicing rights to immediate 10 and 20 percent adverse changes in those assumptions are as follows:

| | 2007 | | 2006 |
|---|---|---|---|
| Carrying amount of mortgage servicing rights | $ 3,395,126 | $ | 3,752,733 |
| Weighted-average life (in years) | 4.4 | | 4.5 |
| | | | |
| **Prepayment speeds (constant prepayment rate) (1):** | 18.6% | | 15.6% |
| Impact on fair value of 10% adverse change | $ (198,103) | $ | (192,036) |
| Impact on fair value of 20% adverse change | $ (376,855) | $ | (350,944) |
| | | | |
| **Discount rate (2):** | 8.4% | | 8.5% |
| Impact on fair value of 10% adverse change | $ (46,588) | $ | (36,090) |
| Impact on fair value of 20% adverse change | $ (81,451) | $ | (71,237) |

(1) represents the weighted average prepayment rate for the life of the mortgage servicing right asset using the Company's OAS/Monte Carlo simulation across 200 interest rate paths.

(2) represents a discount rate imputed from the cash flows generated from the Company's OAS/Monte Carlo simulation across 200 interest rate paths.

These sensitivities are hypothetical and should be used with caution. As the figures indicate, changes in fair value based on a 10% variation in assumptions generally cannot be extrapolated because the relationship of the change in assumptions to the change in fair value may not be linear. Also, the effect of a variation in a particular assumption on the fair value of the mortgage servicing rights is calculated without changing any other assumption. In reality, changes in one factor may result in changes in another, which could magnify or counteract the sensitivities.

CONFIDENTIAL
EXAM00234090

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

---

### 12.    PROPERTY AND EQUIPMENT

Property and equipment is included within other assets on the accompanying consolidated balance sheets and consists of the following as of December 31:

|                                          |    | 2007      |    | 2006      |
| ---------------------------------------- | -- | --------- | -- | --------- |
| Furniture and fixtures                   | $  | 151,963   | $  | 159,670   |
| Leasehold improvements                   |    | 66,230    |    | 60,966    |
| Capitalized software/web development     |    | 80,603    |    | 98,998    |
|                                          |    | 298,796   |    | 319,634   |
| Less: Accumulated depreciation           |    | (226,446) |    | (243,397) |
| Total                                    | $  | 72,350    | $  | 76,237    |

Depreciation is computed on the straight-line basis over the estimated useful lives of the assets, which range from two to ten years. Depreciation and amortization expense was $21,848 and $24,758 for the years ended December 31, 2007 and 2006, respectively. See Note 20 for obligations under operating leases.

The Company accounts for expenditures related to software development in accordance with the SOP 98-1, *Accounting for the Costs of Computer Software Developed or Obtained for Internal Use*. SOP 98-1 defines internal use software as software that is acquired, internally developed or modified solely to meet an entity's internal needs. In accordance with SOP 98-1, direct software development costs associated with the design, construction and improvements of internal systems are capitalized. Capitalized software development is then amortized on the straight-line basis when the software is ready for its intended use. Software expenditures that are considered general, administrative or of a maintenance nature are expensed as incurred.

CONFIDENTIAL                                                                          EXAM00234091

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

13.    **BORROWINGS**

Borrowings consist of the following as of December 31:

| | 2007 | | 2006 | |
|---|---|---|---|---|
| | Outstanding Balance | Weighted Average Rate | Outstanding Balance | Weighted Average Rate |
| Affiliate borrowings | $    4,078,398 | 9.11% | $    4,114,680 | 8.28% |
| Other borrowings: | | | | |
| Short-term: | | | | |
| Repurchase agreements | 1,553,350 | | 1,827,474 | |
| Secured revolving notes | - | | 1,402,907 | |
| Variable funding notes | 436,959 | | 576,336 | |
| Other | 1,444,000 | | 1,275,000 | |
| Investor custodial funds | - | | 131,710 | |
| Total short-term | 3,434,309 | 6.35% | 5,213,427 | 5.84% |
| Total other borrowings | 3,434,309 | | 5,213,427 | |
| Total | $    7,512,707 | 7.84% | $    9,328,107 | 6.91% |

The Company has a $7,000,000 unsecured credit facility with RHC. The interest rate under this agreement fluctuates monthly and is a stated margin, agreed to between the Company and RHC, which is generally between 100 and 300 basis points above a quoted short-term market rate. Interest is paid monthly and the credit facility is payable upon demand. The Company incurred interest expense on this agreement of $371,388 and $340,582 for the years ended December 31, 2007 and 2006, respectively.

The Company has entered into repurchase agreements with various counterparties in order to finance certain investments, available for sale, investments, trading, and mortgage loans held for sale. These repurchase agreements do not have stated maturity dates and can be terminated at anytime by the Company or the counterparty. In addition, the debt is reset every 30 days and can be reset at any time at the request of either party. The Company incurred interest expense under these arrangements of $102,522 and $98,580 for the years ended December 31, 2007 and 2006, respectively.

The Group sponsored MINT, a multi-seller commercial paper and extendible note conduit, which provided each of the Group's subsidiaries, including the Company, with financing for loans and receivables prior to sale or securitization to permanent investors. The Company used a series of wholly-owned consolidated bankruptcy remote special purposes entities to purchase loans and receivables from the Company and to finance senior participation interests in the assets. MINT then provided financing for the senior participation interests in the form of secured revolving notes. The MINT program was terminated in December 2007. The Company incurred interest expense on the secured revolving notes of $72,818 and $142,980 during the years ended December 31, 2007 and 2006, respectively.

CONFIDENTIAL                                                                        EXAM00234092

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

MINT I, LLC was created during the second quarter of 2007.  MINT I is an on-balance sheet facility that provides the Company with financing for mortgage loans prior to sale or securitization and for warehouse lending receivables.  MINT I obtains financing through the issuance of extendable notes, which are secured by the mortgage loans and warehouse receivables.  As of December 31, 2007, MINT I had uncommitted liquidity of $25,000,000, with no extendable notes outstanding.  Due to the lack of investor appetite for mortgage-backed commercial paper, and extendable notes in particular, MINT I stopped issuing extendable notes during the third quarter and it is unclear whether the Company will be able to use this program in the future.  The underlying collateral has either been moved to other existing sources of liquidity or sold to third-party investors.  The Company incurred interest expense on the secured revolving notes of $11,614 during the year ended December 31, 2007.

The Company participates in revolving funding programs in which it issues variable funding notes. Until August 2007 certain of the variable funding notes were held by an affiliate, RHC.  In August 2007 those notes were sold to a third party.  The notes are collateralized by certain mortgage loans held for sale and accounts receivable.  The Company incurred interest expense on these variable funding notes of $29,435 and $34,151 during the years ended December 31, 2007 and 2006, respectively.

The Company has entered into secured, short term borrowing agreement with two commercial lenders, which are collateralized by certain mortgage servicing rights.  The amount outstanding under the agreements was $1,444,000 and $1,275,000 as of December 31, 2007 and 2006, respectively.  The Company incurred interest expense on this borrowing agreement of $94,273 and $62,083 during the years ended December 31, 2007 and 2006, respectively.

Certain investors in loans serviced by the Company permit custodial funds to be used by the Company in its daily operations prior to their remittance to the investors.  The amounts of custodial funds that may be utilized in operations are subject to certain limitations.  In order to remain eligible to use these custodial funds, the Company must meet certain net worth, operational and other requirements.  These arrangements were terminated during 2007.

The Company had unsecured lines of credit with two third party banks permitting the Company to borrow a maximum aggregate of $2,000 as of December 31, 2007 and 2006.  Generally, loans under the lines of credit have a term of 30 days.  The lines are generally renewable at the discretion of the third party banks.  The Company incurred interest expense on these lines of credit of $0 and $22 for the years ended December 31, 2007 and 2006, respectively.

The Company uses certain assets as collateral in borrowing transactions.  The Company does not record these transactions as sales and all amounts are reflected in the accompanying consolidated financial statements, including changes in value as appropriate. Certain of the Company's borrowing arrangements allow the lender, to varying degrees, to revalue the collateral to values that the lender considers to reflect market values. If a lender determines that the value of the collateral has decreased, it may initiate a margin call requiring the Company to post additional collateral to cover the decrease.

CONFIDENTIAL                                                                                    EXAM00234093

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

The following table indicates the balance sheet classification of pledged assets, the amount of assets that have been pledged, and the associated borrowing facility as of December 31:

| Asset | 2007 | 2006 | Borrowing |
|---|---|---|---|
| Investments, trading | $ 257,320 | $ 1,595,292 | Repurchase agreements |
| Accounts receivable | 104,146 | 88,015 | Variable funding notes |
| Accounts receivable | - | 15,053 | Repurchase agreements |
| Mortgage loans held for sale | - | 1,458,150 | Secured revolving notes |
| Mortgage loans held for sale | - | 499,068 | Variable funding notes |
| Mortgage loans held for sale | 1,231,090 | 566,615 | Repurchase agreements |
| Mortgage loans held for investment | 355,415 | - | Variable funding notes |
| Mortgage loans held for investment | 495,532 | - | Repurchase agreements |
| Mortgage servicing rights | 2,554,225 | 2,447,084 | Other |
| Total | $ 4,997,728 | $ 6,669,277 | |

The assets that were pledged as collateral in the preceding table include assets that can be sold or repledged by the secured party. The assets that could be sold or repledged were as follows as of December 31:

| | 2007 | 2006 |
|---|---|---|
| Investments, trading | $ 257,320 | $ 1,595,292 |
| Mortgage loans held for sale | 1,231,090 | 566,615 |
| Mortgage loans held for investment | 495,532 | - |
| | $ 1,983,942 | $ 2,161,907 |

CONFIDENTIAL

EXAM00234094

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

14.    **OTHER LIABILITIES**

Other liabilities consist of the following as of December 31:

| | 2007 | 2006 |
|---|---|---|
| Loan purchases payable | $ 854,369 | $ 588,247 |
| Due to investment bankers | 582,765 | 196,545 |
| Other reserves | 161,477 | 72,528 |
| Due to investors | 98,769 | 90,420 |
| Derivatives at fair value | 66,965 | 46,720 |
| Accounts payable to affiliates | 46,876 | 51,246 |
| Issued checks awaiting presentment | 42,599 | 54,129 |
| Accrued compensation | 39,206 | 55,358 |
| Restructuring | 30,300 | - |
| Accrued expenses | 28,191 | 32,955 |
| Due to mortgagors | 15,840 | 14,976 |
| Interest payable | 9,982 | 15,870 |
| Deferred income tax | 9,121 | 9,968 |
| Other payables | 4,876 | 12,973 |
| Total | $ 1,991,336 | $ 1,241,935 |

In October 2007, ResCap announced a restructuring plan that would reduce its workforce, streamline operations, and revise its cost structure. As a result of this restructuring plan, the Company has incurred pre-tax restructuring costs related to severance and related costs associated with the workforce reduction of $26,951 and contract termination costs related to closure of facilities of $19,809.

The following table summarizes by category the Company's restructuring charge activity for the period ended December 31, 2007:

| | Liability Balance at January 1, 2007 | Restructuring Charges Through December 31, 2007 | Cost paid or Otherwise Settled Through December 31, 2007 | Liability Balance at December 31, 2007 |
|---|---|---|---|---|
| Restructuring Charges: | | | | |
| Employee severance | $ - | $ 26,951 | $ (12,304) | $ 14,647 |
| Lease terminations and fixed asset write-offs | - | 19,809 | (4,156) | 15,653 |
| Total | $ - | $ 46,760 | $ (16,460) | $ 30,300 |

36

CONFIDENTIAL

EXAM00234095

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

15.    **ALLOWANCE FOR LOSSES ON LOANS SOLD WITH RECOURSE**

The Company's outstanding recourse obligations are summarized as follows as of December 31:

|  | 2007 | 2006 |
|---|---|---|
| Remaining principal balance on loans sold with recourse | $ 136,375 | $ 205,542 |
| Maximum exposure on loans sold with recourse: | | |
| Full | $ 127,191 | $ 189,457 |
| Limited | 8,256 | 11,729 |
| Total | $ 135,447 | $ 201,186 |
| Reserve for losses | $ 197 | $ 219 |

The maximum recourse exposure shown above is net of amounts reinsured with mortgage insurance companies, which totaled $598 and $679 as of December 31, 2007 and 2006, respectively. The Company periodically reviews the financial position of the mortgage insurance companies and is satisfied with their ability to perform under the agreements. Provisions for losses of $(12) and $124 were recognized in the years ended December 31, 2007 and 2006, respectively.

37

**CONFIDENTIAL**

**EXAM00234096**

GMAC MORTGAGE, LLC
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

16. **REINSURANCE ARRANGEMENTS**

A subsidiary of the Company has entered into excess layer reinsurance agreements with seven non-affiliated private mortgage insurance ("PMI") companies that provide PMI for the Company's mortgage loan servicing portfolio. The subsidiary assumes the risk of loss over a specified first loss percentage for covered loans and in return earns a portion of the PMI premium associated with those mortgage loans. The first loss layer is equal to the risk in force multiplied by the weighted average of the first loss percentages based on the percentage of the original loan principal of the loans in each book. The total original principal amount covered by the reinsurance agreements is $51,310,787 and $45,689,215 and the total active original principal amount is $17,080,018 and $14,130,881 as of December 31, 2007 and 2006, respectively.

Assumed premiums written and earned are summarized as follows for the years ended December 31, 2007 and 2006:

|  | 2007 | 2006 |
|---|---|---|
| Premiums assumed | $ 40,062 | $ 33,634 |
| Change in unearned premiums | (232) | (60) |
| Premiums earned | $ 39,830 | $ 33,574 |

The subsidiary of the Company assumes mortgage insurance policies from private mortgage insurance companies which are guaranteed renewable contracts at the insured's option on a single, monthly or annual premium basis. The ceding company has no ability to re-underwrite or re-price these contracts once a book of business has been established. Premiums written are earned over the policy term and are included within other income on the accompanying consolidated statements of operation.

The Company establishes a liability for insured events, which included estimates of future payments of loss and related loss adjustment expenses. The Company reserves for loss and loss adjustment expenses when notices of default on insured mortgage loans are received and the specified first loss percentage covered by the ceding company is exhausted. There were no loss or loss adjustment expense reserves at December 31, 2007 and 2006.

CONFIDENTIAL                                                                  EXAM00234097

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

---

17.    **INCOME TAXES**

In November 2006, GMAC elected to be treated as a multi-member LLC to be taxed as a partnership for federal income tax purposes. At the same time, the Company and the majority of its subsidiaries, having converted to single member LLC's during the year, elected to be treated as disregarded entities for tax purposes. As a result, the Company's net deferred tax liability was reversed resulting in an income tax benefit of $795,176. Subsequent to the tax conversion date, income taxes are accrued at the member level with the exception of estimated minimal amounts of state income taxes related to states that do not statutorily adopt the federal income tax consequences of the LLC conversion. For all non-converting subsidiaries, income taxes have been accrued at the applicable federal and state statutory income tax rates.

The following summarizes the Company's significant components of income tax expense (benefit) for the years ended December 31:

|  | 2007 | 2006 |
|---|---|---|
| Income tax provision/(benefit): | | |
| Current: | | |
| Federal | $ 16,773 | $ (276,764) |
| State | 1,202 | 9,737 |
|  | 17,975 | (267,027) |
| Deferred: | | |
| Federal | 105 | (441,565) |
| State | (1,418) | (71,832) |
|  | (1,313) | (513,397) |
| Total | $ 16,662 | $ (780,424) |

39

GMAC MORTGAGE, LLC
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

The following summarizes the Company's tax effect of temporary differences that give rise to deferred tax assets and liabilities for the years ended December 31:

| | 2007 | | 2006 | |
|---|---|---|---|---|
| Deferred tax assets: | | | | |
| Accruals not currently deductible | $ | 491 | $ | 464 |
| Depreciation | | 93 | | 134 |
| Allowance for loan loss | | 119 | | 91 |
| Basis difference in mortgage loans and securities | | 342 | | 48 |
| Securitization activity | | 500 | | - |
| Loss carryforwards - State | | 3,805 | | - |
| Other | | - | | 196 |
| Gross deferred tax assets | | 5,350 | | 933 |
| Valuation allowance | | (3,805) | | - |
| Net deferred tax assets | $ | 1,545 | $ | 933 |
| | | | | |
| Deferred tax liabilities: | | | | |
| Mortgage servicing rights | $ | 10,200 | $ | 10,060 |
| Available for sale securities | | 466 | | - |
| Securitization activity | | - | | 496 |
| Amortization of intangibles | | - | | 345 |
| Total deferred tax liabilities | $ | 10,666 | $ | 10,901 |
| | | | | |
| Net deferred tax liability | $ | (9,121) | $ | (9,968) |

At December 31, 2007, the valuation allowance is attributable to state tax net operating losses generated from December 1, 2006 through December 31, 2007. The net operating loss carryforward is $1,069,585 in certain states that impose an income tax on limited liability companies. The state net operating loss carryforwards expire in the years 2012-2027.

A valuation allowance has not been established against any of the Company's remaining deferred tax assets because the Company has determined that it is more likely than not that all such tax assets will be realized.

CONFIDENTIAL

EXAM00234099

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

The following reconciles the statutory federal income tax expense (benefit) and rate to the effective income tax expense (benefit) and rate:

|  | 2007 | | 2006 | |
|---|---|---|---|---|
|  | Amount | Percent | Amount | Percent |
| Computed income tax expense (benefit) | $ (235,625) | 35.00 | $ (45,605) | 35.00 |
| Difference resulting from: |  |  |  |  |
| Impact of LLC losses not subject to federal tax benefit | 187,936 | (27.92) | 22,775 | (17.48) |
| Goodwill | 61,854 | (9.19) | - | - |
| LLC conversion deferred tax write-off | - | - | (795,176) | 610.26 |
| State income tax expense of LLC's with no federal benefit | (3,999) | 0.59 | 9,756 | (7.49) |
| State income taxes, net of federal tax benefits | - | - | 26,427 | (20.28) |
| Impact of foreign operations | 1,301 | (0.19) | 984 | (0.76) |
| Valuation reserve | 3,805 | (0.56) | - | - |
| Other - net | 1,390 | (0.21) | 415 | (0.31) |
| Total income tax provision (benefit) | $ 16,662 | (2.48) | $ (780,424) | 598.94 |

41

CONFIDENTIAL

EXAM00234100

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

---

### 18.   FAIR VALUE OF FINANCIAL INSTRUMENTS

SFAS Nos. 107 and 133 require the disclosure of fair values of all assets and liabilities classified as financial, off-balance sheet and derivative financial instruments.  The Company estimates fair value amounts through the use of available market information and appropriate valuation methodologies.

The estimated fair values of the Company's assets and liabilities classified as financial instruments as of December 31 consists of the following:

| | 2007 | | 2006 | |
| --- | --- | --- | --- | --- |
| | Carrying Amount | Fair Value | Carrying Amount | Fair Value |
| **Assets:** | | | | |
| Cash and cash equivalents | $ 126,779 | $ 126,779 | $ 84,591 | $ 84,591 |
| Investments, trading | 595,962 | 595,962 | 1,772,604 | 1,772,604 |
| Investments, available for sale | 150,194 | 150,194 | 151,492 | 151,492 |
| Mortgage loans held for sale | 2,382,949 | 2,398,561 | 4,387,668 | 4,447,677 |
| Lending receivables | 182 | 182 | 1,333 | 1,333 |
| Mortgage loans held for investment | 1,323,347 | 1,247,799 | 53,907 | 53,907 |
| Derivatives | 949,391 | 949,391 | 215,723 | 215,723 |
| Total asset financial instruments | $ 5,528,804 | $ 5,468,868 | $ 6,667,318 | $ 6,727,327 |
| **Liabilities:** | | | | |
| Affiliate borrowings | $ 4,078,398 | $ 4,078,398 | $ 4,114,680 | $ 4,114,680 |
| Other borrowings | 3,434,309 | 3,434,309 | 5,213,427 | 5,213,427 |
| Derivatives | 66,965 | 66,965 | 46,720 | 46,720 |
| Total liability financial instruments | $ 7,579,672 | $ 7,579,672 | $ 9,374,827 | $ 9,374,827 |

**Investments, trading and available for sale** – See Notes 4, 5, and 6 for the methodology used in estimating fair value.

**Mortgage loans held for sale** – The fair values of these financial instruments were based upon actual prices received on recent sales of mortgage loans and securities to investors, where feasible. When sales information is not readily available, fair value is based on prices received for similar asset sales. Otherwise, internal pricing is developed utilizing investor indicators which consider interest rate, loan type, and credit quality, among other factors.

**Lending receivables** – The fair value of warehouse lending receivables were determined to be their carrying value due to their short-term nature.

CONFIDENTIAL

EXAM00234101

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

**Mortgage loans held for investment -** The estimated fair value of these financial instruments is based on discounted cash flows using interest rates currently being offered for loans with similar terms to borrowers with similar credit quality; the net realizable value of collateral and/or estimated sales price is based on quoted market prices where available or actual prices received on comparable sales of mortgage loans to investors, adjusted for management estimates to reflect the unique characteristics of the underlying loans.

**Borrowings –** The fair value of short-term borrowings were determined to be their carrying value.

**Derivatives -** The estimated carrying amounts and fair values of the Company's derivative financial instruments as of December 31 consist of the following:

| | 2007 | | 2006 | |
| --- | --- | --- | --- | --- |
| | Carrying Amount | Fair Value | Carrying Amount | Fair Value |
| **Derivative Assets:** | | | | |
| Derivatives used for risk management of: | | | | |
| Mortgage servicing rights | $ 900,455 | $ 900,455 | $ 195,098 | $ 195,098 |
| Mortgage loans held for sale and commitments to purchase/originate mortgages | 6,145 | 6,145 | 20,625 | 20,625 |
| Commitments to purchase/originate mortgages | 17,897 | 17,897 | - | - |
| Market value swap with affiliate on mortgage servicing rights | 24,894 | 24,894 | - | - |
| Total derivative assets | $ 949,391 | $ 949,391 | $ 215,723 | $ 215,723 |
| **Derivative Liabilities:** | | | | |
| Derivatives used for risk management of: | | | | |
| Mortgage servicing rights | $ - | $ - | $ 26,286 | $ 26,286 |
| Mortgage loans held for sale and commitments to purchase/originate mortgages | 42,247 | 42,247 | 2,881 | 2,881 |
| Commitments to purchase/originate mortgages | 15,742 | 15,742 | 17,553 | 17,553 |
| Market value swap with affiliate on mortgage servicing rights | 191 | 191 | - | - |
| Other derivatives | | | | |
| MINT I market value swap | 8,785 | 8,785 | - | - |
| Total derivative liabilities | $ 66,965 | $ 66,965 | $ 46,720 | $ 46,720 |

CONFIDENTIAL

EXAM00234102

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

The Company's risk management objectives are to minimize market risk and cash flow volatility associated with interest rate, prepayment, and basis risks related to certain assets and liabilities. Derivative financial instruments are used as part of the Company's risk management policy to manage risk related to specific groups of assets and liabilities, including mortgage loans held for sale and mortgage servicing rights. In addition, the Company holds derivative instruments such as commitments to purchase or originate mortgage loans that it has entered into in the normal course of business. The following summarizes the Company's derivative activity:

**Mortgage servicing rights -** The Company has identified the primary risk associated with holding capitalized mortgage servicing rights as the risk of impairment loss due to a change in the fair value caused by changes in interest rates.  In order to manage this risk, the Company has entered into a combination of derivative contracts.  These derivatives include interest rate caps and floors, futures options, futures, mortgage-backed security options, interest rate swaps and swaptions.  The maturities of these instruments range between six months and twenty years.  The Company has entered into written options on treasury futures for notional amounts lower than purchased options on futures.  The purchased option coverage is at a strike price less than or equal to the corresponding written option coverage, thereby mitigating the Company's loss exposure. The Company is required to deposit cash in margin accounts maintained by counterparties for unrealized losses on futures contracts. Deposits in margin accounts were $10,293 and $32,954 at December 31, 2007 and 2006, respectively, and are included within accounts receivable in the accompanying consolidated balance sheets.

The derivative contracts contain an element of risk in the event that the counterparties may be unable to meet the terms of such agreements. The Company minimizes its risk exposure by limiting the counterparties to those major banks, investment bankers and private investors who meet established credit and capital guidelines.  In the event the counterparties were unable to fulfill their obligations, the Company would not incur any material loss by replacing the position at market rates in effect on December 31, 2007 and 2006.  The Company does not expect any counterparty to default on their obligations.  In order to further mitigate the risk of counterparty default, the Company has entered into several collateral agreements with counterparties to its mortgage servicing rights derivatives.  The agreements require both parties to maintain cash on deposit in the event the fair values of the derivatives meet established thresholds.  Deposits in these collateral accounts consisted of $565,486 and $178,864 at December 31, 2007 and 2006, respectively, in cash received by the Company from counterparties, which was included within other liabilities on the accompanying consolidated balance sheets.

**Mortgage loans held for sale and commitments to purchase/originate mortgages -** The Company uses derivative financial instruments to manage its exposure to risk associated with certain of its mortgage loans held for sale and commitments to purchase/originate conforming first mortgages.  Prior to the mortgage funding, the Company often enters into an interest rate lock commitment with borrowers whereby the Company commits to a particular interest rate, provided the borrower elects to close the loan.  After the loans are funded, the Company's mortgage loans held for sale are sold into the secondary mortgage market to various investors, primarily as mortgage-backed securities sponsored by Fannie Mae, Freddie Mac and Ginnie Mae.   Mortgage loans that are not eligible for an agency sponsored securitization are sold through public or private securitization transactions or in whole loan sales. During the time between the loan's funding or interest rate lock commitment and its sale to the secondary market, the Company is exposed to certain risks.  The primary risk associated with its locked pipeline (loans with interest rate lock commitments not yet closed) and warehouse (closed loans) is a decrease in the fair value of the loans due to an unfavorable fluctuation in interest rates.  The Company's primary strategy to protect against this risk is selling loans or mortgage-backed securities forward to investors using mandatory and optional forward commitments.

44

EXAM00234103

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

According to SFAS No. 133, interest rate lock commitments are specifically prohibited from being designated as a hedged asset in a fair value hedging relationship. However, in accordance with SFAS No. 149, *Amendment of Statement 133 on Derivative Instruments and Hedging Activities*, certain loan commitments to purchase or originate mortgages have been defined as derivatives. In accordance with SAB No. 105, subsequent changes in the fair value of the loan commitment from the time of the interest rate lock are recognized as assets or liabilities, with a corresponding adjustment to current period earnings. The determination of the change in fair value does not include an estimate of the future mortgage servicing right that will arise when the loan is sold.

Included within commitments to purchase/originate mortgages are loans in pipeline of $3,804,496 and $1,554,482 and with carrying amounts of $4,141 and $(3,476) and closed loans of $2,032,216 and $895,955 with carrying amounts of $7,196 and $(3,711) as of December 31, 2007 and 2006, respectively. The Company has agreed to purchase these loans from GMAC Bank.

As of December 31, 2007 and 2006, the Company had forward delivery commitments to sell mortgages and/or mortgage-backed securities into mandatory delivery contracts with investment bankers, private mortgage investors and agency mortgage-backed securities, as well as options and futures contracts outstanding on U.S. Treasury securities and Eurodollar futures. The Company is required to deposit cash in margin accounts maintained by counterparties for unrealized losses on futures contracts. Deposits in margin accounts were $20,984 and $12,971 at December 31, 2007 and 2006, respectively, and are included within other assets in the accompanying consolidated balance sheets.

Except as discussed above, the Company is not required to satisfy margin or collateral requirements for any of the financial instruments enumerated above.

**Off-balance sheet financial instruments** – The notional amounts and estimated fair values of the Company's off-balance sheet financial instruments as of December 31 are as follows:

|  | 2007 | | 2006 | |
|---|---|---|---|---|
|  | Notional Amount | Fair Value | Notional Amount | Fair Value |
| Unused commitments on home equity lines | $ 2,495,974 | $ - | $ 2,741,174 | $ - |
| Unused lending commitments | 4,726 | - | 10,715 | - |
| Total unused commitments | 2,500,700 | - | 2,751,889 | - |
| Commitments to originate mortgage loans held for investment | 58,896 | 422 | - | - |
| Total off-balance sheet financial instruments | $ 2,559,596 | $ 422 | $ 2,751,889 | $ - |

**Unused commitments on home equity lines** – The Company has unused commitments available on home equity lines of credit. No value is assigned to unused commitments on home equity lines of credit as they represent commitments to lend at market rates tied to short term indices.

**Unused lending commitments** – The Company has unused commitments available on construction, warehouse and commercial loans. No value is assigned to unused lending commitments as they represent commitments to lend at market rates tied to short term indices.

45

CONFIDENTIAL

EXAM00234104

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

**Commitments to originate mortgage loans held for investment** – The Company has entered into interest rate lock commitments with customers on loans designated as mortgage loans held for investment.  As discussed above in Mortgage loans held for sale and commitments to purchase/originate mortgages these commitments are not considered a derivative and as such are not recorded on the consolidated balance sheet.  The Company has determined the fair value of these commitments in a manner consistent with the method used to value commitments to purchase/originate mortgages.

CONFIDENTIAL

EXAM00234105

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

## 19.   MORTGAGE LOANS SERVICED

The Company originates and sells loans secured by first and second mortgages on one to four unit residential properties to various investors.   The Company generally retains the right to collect the monthly principal and interest payments and perform certain escrow, default and collection services.   The Company also purchases the right to service loans originated by others.

The Company's aggregate servicing portfolio consists of the following:

At December 31, 2007:

| | Number Of Loans | Unpaid Principal Balance | Weighted Average Coupon | Weighted Average Remaining Maturity In Months | Weighted Average Service Fees |
|---|---|---|---|---|---|
| First mortgage: | | | | | |
| Conventional fixed | 1,386,203 | $ 192,836,533 | 6.10% | 294 | 0.44% |
| Conventional ARM | 224,401 | 46,988,428 | 6.81% | 349 | 0.30% |
| Government | 181,184 | 19,567,665 | 6.16% | 316 | 0.46% |
| Other | 100,702 | 52,145,786 | 6.55% | 338 | 0.22% |
| Total first mortgage | 1,892,490 | $ 311,538,412 | 6.29% | 311 | 0.39% |
| | | | | | |
| Home equity lines | 260,593 | $ 10,841,385 | 8.10% | 220 | 0.39% |
| Home equity loans | 318,622 | 15,398,659 | 9.16% | 281 | 0.39% |
| Other | 12,826 | 566,209 | 13.03% | 251 | 0.51% |
| Reverse mortgages | 136 | 35,959 | 7.94% | * | |
| Total second mortgage | 592,177 | $ 26,842,212 | 8.81% | 256 | 0.39% |
| | | | | | |
| Total portfolio | 2,484,667 | $ 338,380,624 | 6.49% | 307 | 0.39% |

At December 31, 2006:

| | Number Of Loans | Unpaid Principal Balance | Weighted Average Coupon | Weighted Average Remaining Maturity In Months | Weighted Average Service Fees |
|---|---|---|---|---|---|
| First mortgage: | | | | | |
| Conventional fixed | 1,355,330 | $ 181,915,231 | 6.04% | 292 | 0.45% |
| Conventional ARM | 260,836 | 53,675,669 | 6.52% | 355 | 0.29% |
| Government | 184,152 | 19,143,896 | 5.92% | 319 | 0.47% |
| Other | 108,751 | 55,313,624 | 6.40% | 344 | 0.23% |
| Total first mortgage | 1,909,069 | $ 310,048,420 | 6.18% | 314 | 0.38% |
| | | | | | |
| Home equity lines | 292,399 | $ 10,651,512 | 9.24% | 207 | 0.46% |
| Home equity loans | 337,836 | 16,437,395 | 9.36% | 286 | 0.10% |
| Other | 8,430 | 277,273 | 14.23% | 206 | 0.25% |
| Reverse mortgages | 160 | 39,423 | 7.94% | * | |
| Total second mortgage | 638,825 | $ 27,405,603 | 9.36% | 254 | 0.24% |
| | | | | | |
| Total portfolio | 2,547,894 | $ 337,454,023 | 6.44% | 309 | 0.37% |

* This portfolio consists of reverse mortgages whose maturities are not defined.

47

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

The Company is acting as sub-servicer for approximately 243,671 and 328,865 loans with an unpaid principal balance of approximately $52,256,026 and $61,499,097 as of December 31, 2007 and 2006, respectively. These loans are included in the aggregate servicing portfolio on the previous page. The principal balances of the loans serviced for others are not included in the accompanying consolidated balance sheets.

The Company has fiduciary responsibility for related escrow and custodial funds aggregating an average of $4,459,724 and $4,406,744 during the months of December 2007 and 2006, respectively. These funds are segregated in custodial bank accounts that are not included in the assets and liabilities of the Company. Escrow and custodial funds totaling $1,673,386 and $1,367,871 at December 31, 2007 and 2006, respectively, have been deposited at an affiliate, GMAC Bank. As is customary in the mortgage banking industry, certain of these funds may be considered by the banks in which deposited, together with other balances maintained in the banks by the Company, when negotiating credit lines available for the Company's use. An investor in loans serviced by the Company permitted custodial funds to be used by the Company prior to their remittance to the investors during 2006 and a portion of 2007. This arrangement was terminated in 2007 (see Note 13).

As of December 31, 2007, the Company carried fidelity bond coverage of $350,000 and mortgage servicing errors and omission insurance coverage of $100,000. This coverage is provided under a policy that includes other unconsolidated affiliates.

An allowance for foreclosure losses, which is included as an offset to accounts receivable in the accompanying consolidated balance sheets, is recorded for estimated losses to be incurred primarily as a result of the Company's responsibility as a servicer of Ginnie Mae pools. These loans are insured against loss of principal by the FHA or partially guaranteed against loss by the VA. The allowance is determined based on several variables, including the Company's experience, the number of delinquent loans serviced for these investors, length of delinquency and amounts previously advanced on behalf of the borrower that the Company does not expect to recover from either the FHA or the VA.

The Company services loans collateralized by property in all fifty states. The five largest state concentrations based on unpaid principal balance are as follows: California (22%), Florida (6%), New Jersey (5%), Massachusetts (5%), and Michigan (4%), aggregating approximately 42% of the portfolio. The risk inherent in such concentrations is dependent not only upon regional and general economic stability that affects property values, but also on the financial well being and creditworthiness of the borrowers.

CONFIDENTIAL

EXAM00234107

GMAC MORTGAGE, LLC
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

---

20.    **COMMITMENTS AND CONTINGENCIES**

The Company is obligated under non-cancelable operating leases primarily for branch and home office facilities. The future minimum rental payments in each of the five years after December 31, 2007 are as follows:

| | |
|---|---|
| 2008 | $    39,605 |
| 2009 | 28,215 |
| 2010 | 22,463 |
| 2011 | 18,479 |
| 2012 | 17,173 |
| Thereafter | 84,826 |
| Total | $    210,761 |

For the years ended December 31, 2007 and 2006, net rental expense for office facilities of $37,123 and $37,968 included sublease income of $1,423 and $1,270, respectively.

As of the date of this report, management is not aware of any threatened or pending litigation that would have a potential material impact on the financial statements of the Company.

The Company has entered into agreements to provide credit loss protection for certain HLTV securitization transactions. The maximum potential obligation is equivalent to the pledged collateral amount. The Company pledged mortgage loans held for sale totaling $50,533 and $56,542 as of December 31, 2007 and 2006, respectively. The event, which will require the Company to perform on its guaranty obligation, occurs when the security credit enhancements are exhausted and losses are passed through to Over the Counter (OTC) dealers. The guarantees terminate the first calendar month during which the security aggregate note amount is reduced to zero.

The Company is committed, in the normal course of its servicing and sub-servicing duties, to advance payments due from borrowers, which have not been received, as of specified cut-off dates. These advances may reflect payment of property taxes and insurance premiums in advance of collection from mortgagors, principal and interest payments to investors prior to their collection from mortgagors, and amounts advanced for mortgages in foreclosure. These amounts are included within accounts receivable on the accompanying consolidated balance sheets and total $750,286 and $338,464 as of December 31, 2007 and 2006, respectively. Servicing advances receive priority cash flows, including contractual interest, in the event of foreclosure or liquidation, thus making their collection reasonably assured. The Company maintains a reserve for uncollected servicing advances which totaled $5,181 and $3,211 at December 31, 2007 and 2006, respectively.

The Company invests servicing escrows in highly rated short-term investments. In the event that the investment loses value the Company is responsible for any loss of principal in these escrow funds. The Company has established a liability for a loss in the value of the investments in the amount of $1,746 and $0 as of December 31, 2007 and 2006.

In connection with certain acquisitions, the Company has guaranteed, under certain conditions, payments with a total estimated maximum of $22,073 as of December 31, 2006. There was no liability recorded in connection with these guarantees as of December 31, 2007 and 2006. The guaranty for the most significant acquisition expired in 2007.

49

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

During 2007, ResCap entered into an agreement with various third party banks to establish a revolving line of credit. The Company, along with other subsidiaries of ResCap, issued guarantees of repayments of principal and interest (if any) on behalf of ResCap. There was no outstanding balance on these lines as of December 31, 2007.

In connection with ResCap's publicly registered debt offering, the Company, along with other subsidiaries of ResCap, issued guarantees of repayments of notes and related interest and premium (if any) on behalf of ResCap. ResCap has issued $13,606,251 and $10,750,000 under its registration statements that were subject to these guarantees at December 31, 2007 and 2006, respectively. Additionally, ResCap has issued 1,217,800 and 750,000 in euros and 743,920 and 400,000 in sterling under its registration statements that were subject to these guarantees at December 31, 2007 and 2006, respectively.

The Company delivers loans to certain agencies under specific programs which allow for streamlined loan processing and limited documentation requirements. In the event any loans delivered under these programs reach a specified delinquency status, the Company may be required to provide certain documentation, or in some cases, repurchase the loan or indemnify the investor for any losses sustained. Each program includes termination features whereby once the loan has performed satisfactorily for a specified period of time, the Company is no longer obligated under the program. The current principal balance for loans sold under these programs was $6,004,529 and $6,390,481 at December 31, 2007 and 2006, respectively.

The Company guarantees the repayment of debt on behalf of certain affiliated third parties. At December 31, 2007 potential non-payment of principal and related interest is guaranteed for GMAC Financiera and GMAC Hipotecaria for $540,269 of which $370,863 is outstanding and for Residential Funding of Canada ULC in the amount of $507,408 of which $253,704 is outstanding. No liability has been recorded as of December 31, 2007 under these guarantees.

21.    **RELATED PARTY TRANSACTIONS**

The Company had short-term receivables from unconsolidated affiliates of $154,988 and $189,717 included within accounts receivable at December 31, 2007 and 2006, respectively.

The Company sold loans totaling $2,824,424 and $4,485,569 for the years ended December 31, 2007 and 2006, respectively, at prevailing market prices to Residential Funding Company, LLC ("RFC"), an unconsolidated affiliated company. The Company retained the servicing rights associated with these loans. Gains on the sale of these loans totaled $40,716 and $40,308 for the years ended December 31, 2007 and 2006, respectively. The Company sold mortgage-backed securities totaling $3,009,886 and $1,347,311 to RFC during the years ending December 31, 2007 and December 31, 2006, respectively. Gains on sales of these mortgage-backed securities totaled $71 and $1,697 for the years ending December 31, 2007 and December 31, 2006, respectively.

The Company purchased loans, including the related mortgage servicing rights, totaling $12,732,488 and $8,217,590 for the years ended December 31, 2007 and 2006, respectively, at prevailing market prices from RFC.

The Company is acting as a sub-servicer for loans owned by RFC. The Company earned service fee revenue on these loans of $3,941 and $2,251 for the years ended December 31, 2007 and 2006, respectively.

CONFIDENTIAL

EXAM00234109

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

The Company has a contract with GMAC Bank to provide a wide range of administrative services in support of the Bank's operations. These services include, but are not limited to, human resources, legal, treasury, finance and accounting, tax, internal audit, and information technology support. For the years ended December 31, 2007 and 2006, income related to these services amounted to $729 and $4,294, respectively.

The Bank provides administrative services to the Company, in support of warehouse lines of credit originated by the affiliate. For the years ended December 31, 2007 and 2006, expense related to these services amounted to $14 and $3,473, respectively.

The Company acts as sub-servicer for loans owned by GMAC Bank. The Company earned service fee revenue on these loans of $7,140 and $7,256, during the years ended December 31, 2007 and 2006, respectively.

The Company executed a loan sale and purchase agreement with GMAC Bank, whereby the Company purchases and sells first mortgage loans, home equity loans and home equity lines of credit to and from the Bank. The Company purchased $27,591,103 and $29,364,007 in loans from GMAC Bank during the years ended December 31, 2007 and 2006, respectively. During the years ended December 31, 2007 and 2006, the Company sold $12,731,131 and $7,012,407, respectively, of loans to GMAC Bank, and recognized gains on sale of $50,758 and $94,115, respectively.

During 2007 and 2006, GMAC Bank provided loan processing services to the Company for loans originated and purchased by the Company through GMAC Bank's correspondent/broker lender origination channel. The Company recorded loan processing fee expense from these services of $24,331 and $26,004 for the years ended December 31, 2007 and 2006, respectively.

During 2005, the Company entered into a market value swap agreement with GMAC Bank in order to offset the change in value of commitments to originate and purchase first mortgage loans held for investment. For the years ended December 31, 2007 and 2006, the Company recognized income of $2,465 and $12 under this agreement.

During 2007, the Company entered into a market value swap agreement with GMAC Bank in order to offset the change in value of mortgage servicing rights and gains and losses associated with capitalizing mortgage servicing rights. For the year ended December 31, 2007, the company recognized income of $3,918 under this agreement.

The Company contracts with GMAC Bank to provide office space to certain Bank employees. For the years ended December 31, 2007 and 2006, the Company recognized income related to this office space of $3,911 and $5,651, respectively.

During 2006, the Bank provided office space to the Company's employees. The Company incurred rent expense of $15 for the year ended December 31, 2006.

51

CONFIDENTIAL

EXAM00234110

**GMAC MORTGAGE, LLC**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
For the years ended December 31, 2007 and 2006
(Dollars in Thousands)

22.    **EMPLOYEE BENEFIT PLANS**

The Company participates in a noncontributory defined benefit retirement plan established for all entities within the Group.  The defined benefit retirement plan is fully funded as of December 31, 2007.  In 2006, the company recorded a curtailment gain of $20,660 as a result of the freezing of the benefit accrual of the Group's noncontributory defined benefit retirement plan at December 31, 2006.  No further participant benefits will accrue subsequent to that date and no new entrants will be permitted to enter the plan. As a participant of this plan, the Company incurred pension income of $5,445 and $17,345 for the years ending December 31, 2007 and December 31, 2006, respectively.

The Company participates in a defined contribution savings plan established for all entities within the Group.  The Company matches employee contributions up to 6% each pay period with certain limitations.  The Company's contribution to the plan was $19,086 and $10,167 for the years ended December 31, 2007 and 2006, respectively.

23.    **REGULATORY MATTERS**

Certain subsidiaries of the Company associated with the Company's mortgage and real estate operations are required to maintain certain regulatory net worth requirements.  These entities were in compliance with these requirements throughout the year and at December 31, 2007.

The Company is required to maintain minimum net worth under servicing agreements with Freddie Mac, Fannie Mae, Ginnie Mae, and HUD.  As of December 31, 2007, the Company exceeded all minimum net worth requirements established by these agencies.

CONFIDENTIAL

EXAM00234111