# **EXHIBIT 15**

**Borrower-Related Causes of Action**

## Borrower-Related Causes of Action

The Debtors are or may be party to litigations, contested matters, claims objections, arbitrations or any other type of adversarial proceeding or dispute resolution proceeding, whether formal or informal, judicial or non-judicial with Borrowers. Unless otherwise released by the Plan, the Debtors expressly reserve and assign to the Borrower Claims Trust all claims, defenses, cross-claims, setoffs and counterclaims that the Debtors may have against Borrowers with respect to any Borrower Claim. .

In addition, the following is a list of known pending and potential Borrower Related Causes of Action:

| Matter Name | Matter Number | Matter Summary | Matter Caption | Opened on Date | Allegation Type | Business Unit | Case Type | State/Province |
|---|---|---|---|---|---|---|---|---|
| LEE SALLY S | 728468 | HELOC issue. Borrower took advantage of an offer by GMAC to accept 3k as payment in full of her 40k LOC. Somehow a 70k check was issued to the borrower in error. The borrower claims certain phone reps told her the money was an overage, so she thought it belonged to her and has since spent some of it. | GMAC MORTGAGE LLC vs SALLY S LEE and DOES 1 through 20 | 05/9/2012 | BK Stayed - No | ResCap - Estate | Lawsuit | California |
| CASAS HERMINA | 732095 | We have filed a lawsuit in this reverse mortgage case as we were never paid off when the borrower refinanced. We have alleged breach of contract, breach of implaied covenant of good faith and fair dealings, declaratory relief, restitution for unjust enrichmnet, and for money had and received. | GMAC Mortgage, LLC v. The Union Labor Life Insurance Company and Does 1 through 25, Inclusive. | 08/30/2012 | BK Stayed - No | ResCap - Estate | Lawsuit | California |
| KUBERT | 2013-09-EQ5919 | Case brought by GMACM for erroneous lien release by ETS. GMACM seeking a default judgment to reinstate the position of the liens. Borrower signed Rescission of Reconveyance and that has been recorded. Property Address: 657 Starbush Drive, Sunnyvale, CA | GMACM v. Kubert, et al | 09/17/2013 | BK Stayed - No | ResCap - Estate | Lawsuit | California |

# **EXHIBIT 15**

**Blackline**

**Borrower-Related Causes of Action**

# Borrower-Related Causes of Action

The Debtors are or may be party to litigations, contested matters, claims objections, arbitrations or any other type of adversarial proceeding or dispute resolution proceeding, whether formal or informal, judicial or non-judicial with Borrowers. Unless otherwise released by the Plan, the Debtors expressly reserve and assign to the Borrower Claims Trust all claims, defenses, cross-claims, setoffs and counterclaims that the Debtors may have against Borrowers with respect to any Borrower Claim. .

In addition, the following is a list of known pending and potential Borrower Related Causes of Action [to come].:

| Matter Name | Matter Number | Matter Summary | Matter Caption | Opened on Date | Allegation Type | Business Unit | Case Type | State/Province |
|---|---|---|---|---|---|---|---|---|
| LEE, SALLY S | 728468 | HELOC issue. Borrower took advantage of an offer by GMAC to accept 3k as payment in full of her 40k LOC. Somehow a 70k check was issued to the borrower in error. The borrower claims certain phone reps told her the money was an overage, so she thought it belonged to her and has since spent some of it. | GMAC MORTGAGE LLC vs SALLY S LEE and DOES 1 through 20 | 05/9/2012 | BK Stayed - No | ResCap - Estate | Lawsuit | California |
| CASAS, HERMINA | 732095 | We have filed a lawsuit in this reverse mortgage case as we were never paid off when the borrower refinanced. We have alleaged breach of contract, breach of implaied covenant of good faith and fair dealings, declaratory relief, restitution for unjust enrichmnet, and for money had and received. | GMAC Mortgage, LLC v. The Union Labor Life Insurance Company and Does 1 through 25, Inclusive. | 08/30/2012 | BK Stayed - No | ResCap - Estate | Lawsuit | California |
| KUBERT | 2013-09-EQ5919 | Case brought by GMACM for erroneous lien release by ETS. GMACM seeking a default judgment to reinstate the position of the liens. Borrower signed Rescission of Reconveyance and that has been recorded. Property Address: 657 Starbush Drive, Sunnyvale, CA | GMACM v. Kubert, et al | 09/17/2013 | BK Stayed - No | ResCap - Estate | Lawsuit | California |