**DECHERT LLP**
Craig P. Druehl
Mauricio A. España
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as Trustee of Certain Mortgage-Backed Securities Trusts*

**MORGAN, LEWIS & BOCKIUS LLP**
Glenn E. Siegel
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile: (212 309-6001

*Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as Trustee of Certain Mortgage-Backed Securities Trusts*

**MORGAN, LEWIS & BOCKIUS LLP**
James L. Garrity, Jr.
John C. Goodchild, III (*pro hac vice*)
101 Park Avenue
New York, New York 10178-0600
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel to Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas, as Trustee of Certain Mortgage-Backed Securities Trusts*

**ALSTON & BIRD LLP**
Michael E. Johnson
John C. Weitnauer (*pro hac vice*)
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A., as Trustee of Certain Mortgage Backed Securities Trusts*

**SEWARD & KISSEL LLP**
Mark D. Kotwick
Ronald L. Cohen
Arlene R. Alves
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Counsel to U.S. Bank National Association, as Trustee of Certain Mortgage-Backed Securities Trusts*

**SEWARD & KISSEL LLP**
Dale C. Christensen, Jr.
Thomas Ross Hooper
Benay L. Josselson
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Counsel to Law Debenture Trust Company of New York, as Separate Trustee of Certain Mortgage-Backed Securities Trusts*

**ALLEN & OVERY LLP**
John Kibler
1221 Avenue of Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Counsel to HSBC Bank USA, N.A., as Trustee of Certain Mortgage Backed Securities Trusts*

15086992

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC *et al.*, | ) |
| | ) Case No. 12-12020 (MG) |
| Debtors. | ) |
| | ) |

**JOINDER OF CERTAIN RMBS TRUSTEES TO (I) THE MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION OF THE JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC,** *et al.* **AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND (II) THE PLAN PROPONENTS' OMNIBUS RESPONSE TO OBJECTIONS TO CONFIRMATION OF THE JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC,** *et al.* **AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The Bank of New York Mellon, The Bank of New York Mellon Trust Company, N.A. (collectively, "**BNY Mellon**"), Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas (together, "**Deutsche Bank**"), U.S. Bank National Association ("**U.S. Bank**"), Wells Fargo Bank, N.A. ("**Wells Fargo**"), HSBC Bank USA, N.A. ("**HSBC Bank**"), and Law Debenture Trust Company of New York ("**Law Debenture**"),[1] each in their respective capacities as a Trustee[2] for certain RMBS Trusts (collectively, the "**RMBS Trustees**"), by and through their undersigned counsel, hereby file this joinder (the "**Joinder**")[3] to (i) the *Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, at al. and the Official Committee of Unsecured Creditors* [Docket No.

---

[1] For certain mortgage-backed securities trusts for which Wells Fargo serves as RMBS Trustee, Law Debenture was appointed Separate Trustee pursuant to orders issued by the District Court, Fourth Judicial District, State of Minnesota (the "**Minnesota Orders**"). Each of Wells Fargo and Law Debenture joins in this Reply to the extent of their respective obligations as Trustee or Separate Trustee under the Instruments of Appointment and Acceptance attached to the Minnesota Orders.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Plan Proponents' Memo of Law or the Plan Proponents' Reply (each as defined herein), as applicable.

[3] BNY Mellon, Deutsche Bank and U.S. Bank file this Reply solely in their capacity as RMBS Trustees and not as members of the Official Committee of Unsecured Creditors (the "**Committee**"). Law Debenture, Wells Fargo and HSBC are not members of the Committee.

DB1/ 70402290.1

2

12-12020-mg    Doc 5721    Filed 11/13/13    Entered 11/13/13 00:25:56    Main Document
Pg 3 of 4

5720] (the "**Plan Proponents' Memo of Law**") and (ii) the *Plan Proponents' Omnibus Response to Objections to Confirmation of the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, at al. and the Official Committee of Unsecured Creditors* [Docket No. 5718] (the "**Plan Proponents' Reply**") and respectfully state as follows:

## JOINDER

1. The RMBS Trustees hereby join in the Plan Proponents' Memo of Law and the Plan Proponents' Reply, to the extent applicable to the RMBS Trustees. In particular, and without limitation, the RMBS Trustees join in the Plan Proponents' arguments (i) that the release and exculpation provisions in the Plan (*see* Plan, Art. IX(C)-(H)) are within the Court's jurisdiction and are appropriate and (ii) that the payment of fees and expenses under the Plan does not violate section 1129(a)(4) of the Bankruptcy Code.

2. The RMBS Trustees reserve the right to amend, supplement, alter or modify this Joinder and to reply to any objections to confirmation of the Plan.

## CONCLUSION

WHEREFORE, for all of the foregoing reasons, the RMBS Trustees respectfully request that the Court confirm the Plan, enter the Confirmation Order substantially in the form attached to the Plan Proponents' Memo of Law, and grant such other and further relief as the Court finds just and proper.

[*Remainder of Page Intentionally Left Blank*]

DB1/ 70402290.1

3

Dated: New York, New York
November 12, 2013

Respectfully submitted,

**DECHERT LLP**
By: s/ Craig P. Druehl
Craig P. Druehl
Mauricio A. España
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
*Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as Trustee of Certain Mortgage-Backed Securities Trusts*

**MORGAN, LEWIS & BOCKIUS LLP**
By: s/ Glenn E. Siegel
Glenn E. Siegel
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile: (212 309-6001
*Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as Trustee of Certain Mortgage-Backed Securities Trusts*

**MORGAN, LEWIS & BOCKIUS LLP**
By: s/ James L. Garrity, Jr.
James L. Garrity, Jr.
John C. Goodchild, III (*pro hac vice*)
101 Park Avenue
New York, New York 10178-0600
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
*Counsel to Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas, as Trustee of Certain Mortgage-Backed Securities Trusts*

**ALSTON & BIRD LLP**
By: s/ Michael E. Johnson
Michael E. Johnson
John C. Weitnauer (*pro hac vice*)
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
*Counsel to Wells Fargo Bank, N.A., as Trustee of Certain Mortgage Backed Securities Trusts*

**SEWARD & KISSEL LLP**
By: s/ Mark D. Kotwick
Mark D. Kotwick
Ronald L. Cohen
Arlene R. Alves
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421
*Counsel to U.S. Bank National Association, as Trustee of Certain Mortgage-Backed Securities Trusts*

**SEWARD & KISSEL LLP**
By: s/ Dale C. Christensen, Jr.
Dale C. Christensen, Jr.
Thomas Ross Hooper
Benay L. Josselson
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421
*Counsel to Law Debenture Trust Company of New York, as Separate Trustee of Certain Mortgage-Backed Securities Trusts*

**ALLEN & OVERY LLP**
By: s/ John Kibler
John Kibler
1221 Avenue of Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
*Counsel to HSBC Bank USA, N.A., as Trustee of Certain Mortgage Backed Securities Trusts*

DB1/ 70402290.1

4