| | |
|---|---|
| MORRISON & FOERSTER LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| Gary S. Lee | Kenneth H. Eckstein |
| Lorenzo Marinuzzi | Douglas H. Mannal |
| Todd M. Goren | Stephen D. Zide |
| Jennifer L. Marines | Rachael L. Ringer |
| 1290 Avenue of the Americas | 1177 Avenue of the Americas |
| New York, New York 10104 | New York, New York 10036 |
| Telephone:  (212) 468-8000 | Telephone: (212) 715-9100 |
| Facsimile:  (212) 468-7900 | Facsimile: (212) 715-8000 |
| *Counsel for Debtors and Debtors-in-Possession* | *Counsel for the Official Committee of Unsecured Creditors* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Case No. 12-12010 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) ) | Chapter 11 |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF FILING OF FIRST AMENDED JOINT CHAPTER 11 PLAN**

**PLEASE TAKE NOTICE** that on July 3, 2013, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") and the official committee of unsecured creditors (the "Creditors' Committee" and together with the Debtors, the "Plan Proponents") filed the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket 4153].

**PLEASE TAKE FURTHER NOTICE** that on August 16, 2013, the Plan Proponents filed the *Notice of Revised Disclosure Statement for the Plan Proponents' Revised Joint Chapter 11 Plan* [Docket No. 4733], which included as an exhibit the Plan Proponents' *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors*.

- 1 -

ny-1117298

**PLEASE TAKE FURTHER NOTICE** that on August 20, 2013, the Plan Proponents filed the *Notice of Revised Disclosure Statement for the Plan Proponents' Revised Joint Chapter 11 Plan* [Docket No. 4771], which included as an exhibit the Plan Proponents' *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors*.

**PLEASE TAKE FURTHER NOTICE** that on August 23, 2013, the Plan Proponents filed the *Notice of Corrected Solicitation Version of the Disclosure Statement and Joint Chapter 11 Plan* [Docket No. 4819], which included as an exhibit the solicitation version of the Plan Proponents' *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* (the "Solicitation Version of Plan").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit 1 is the further revised Plan Proponents' *First Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* (the "First Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit 2 is a blackline of the First Amended Plan marked against the Solicitation Version of Plan.

ny-1117298

| | |
|---|---|
| Dated: November 12, 2013 | Respectfully submitted, |
| | /s/ Gary S. Lee |
| | Gary S. Lee |
| | Lorenzo Marinuzzi |
| | Todd M. Goren |
| | Jennifer L. Marines |
| | MORRISON & FOERSTER LLP |
| | 1290 Avenue of the Americas |
| | New York, New York 10104 |
| | Telephone: (212) 468-8000 |
| | Facsimile:  (212) 468-7900 |
| | |
| | *Counsel for the Debtors and Debtors in Possession* |
| | |
| | -and- |
| | |
| | Kenneth H. Eckstein |
| | Doughlas H. Mannal |
| | Stephen D. Zide |
| | Rachael L. Ringer |
| | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| | 1177 Avenue of the Americas |
| | New York, New York 10036 |
| | Telephone: (212) 715-3280 |
| | Facsimile:  (212) 715-8000 |
| | |
| | *Counsel for the Official Committee of Unsecured Creditors* |

ny-1117298