UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :
                                                               :   Chapter 11
                                                               :
RESIDENTIAL CAPITAL, LLC, *et al.*,                            :   Case No. 12-12020 (MG)
                                                               :
                                                               :   (Jointly Administered)
                              Debtors.                         :
                                                               :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
                     : SS
COUNTY OF NEW YORK:

      WENDY H. KANE, being duly sworn, deposes and says:

      1. I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281.

      2. On the 12th day of November 2013, I caused a true and correct copy of:

- MBIA Insurance Corporation's Memorandum of Points and Authorities in Support of Confirmation of the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, and the Official Committee of Unsecured Creditors [Docket No. 5669]

to be served upon the parties listed on the Special Service List and the General Service List, both dated as of November 1, 2013, by electronic mail service and upon the parties listed on the annexed Exhibit A by first class mail service.

                                                /s/ Wendy H. Kane
                                                Wendy H. Kane

Sworn to before me this
13th day of November, 2013

/s/ Anthony Moore
Notary Public
Anthony Guy Moore
Notary Public, State of New York
No. 01MO6231555
Qualified in New York County
Commission Expires Nov. 29, 2014

# **EXHIBIT A**

| | | |
|---|---|---|
| **Chadbourne & Parke LLP**<br>Howard Seife & David M LeMay & Robert<br>J Gayda & Marc B Roitman<br>30 Rockefeller Plaza<br>New York, NY 10112 | **Citibank NA**<br>Attn Bobbie Theivakumaran<br>390 Greenwich St 6th Fl<br>New York, NY 10013 | **FCI**<br>Attn A. Gerwald<br>501 Capital Circle NE<br>#73152065<br>Tallahasseee, FL 32301 |
| **IBM Corporation**<br>Attn Shawn Konig<br>1360 Rene Levesque W., Suite 400<br>Montreal, Quebec<br>H3G 2W6 Canada | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Internal Revenue Service**<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104 |
| **Internal Revenue Service**<br>Insolvency Section<br>31 Hopkins Plz Rm 1150<br>Baltimore, MD 21201 | **Kelley Drye & Warren LLP**<br>James S Carr & Eric R Wilson<br>101 Park Ave<br>New York, NY 10178 | **Kirkland & Ellis**<br>Richard M Cieri<br>601 Lexington Ave<br>New York, NY 10022 |
| **Kirkland & Ellis LLP**<br>Attn Ray C Schrock & Stephen E Hessler<br>601 Lexington Ave<br>New York, NY 10022-4611 | **Kramer Levin Naftallis & Frankel LLP**<br>Kenneth H Eckstein, Thomas Moers Mayer<br>& Douglas H Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036 | **Kurtzman Carson Consultants**<br>P. Joe Morrow<br>2335 Alaska Ave<br>El Segundo, CA 90245 |
| **Milbank, Tweed, Hadley & McCloy LLP**<br>Gerard Uzzi<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | **Morrison & Foerster LLP**<br>Attn Tammy Hamzehpour<br>1290 Avenue of the Americas<br>New York, NY 10104 | **Morrison & Foerster LLP**<br>Larren M Nashelsky, Gary S Lee &<br>Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| **Clifford Chance US LLP**<br>Jennifer DeMarco & Adam Lesman<br>31 West 52nd Street<br>New York, NY 10019 | **Office of the NY State Attorney General**<br>Attn: Enid M Stuart<br>The Capitol<br>Albany, NY 12224-0341 | **Office of the US Attorney for the SDNY**<br>United States Attorney Preet Bharara<br>One St Andrews Plaza<br>New York, NY 10007 |
| **Securities & Exchange Commission**<br>Secretary of the Treasury<br>100 F St NE<br>Washington, DC 20549 | **Securities & Exchange Commission NY Regional Office**<br>George S Canellos Regional Director<br>3 World Financial Center Ste 400<br>New York, NY 10281-1022 | **Wells Fargo Bank NA**<br>Attn Corp. Trust Servs. - GMACM Home Equity Notes 2004 Variable Funding Trust<br>PO Box 98<br>Columbia, MD 21046 |
| **Loeb & Loeb LLP**<br>Attn: Walther Curchack, Debra Minoff &<br>Vadim Rubinstein<br>345 Park Avenue<br>New York, NY 10154 | **Cleary Gottlieb Steen Hamilton LLP**<br>Attn: Seal O'Neal & Thomas Moloney<br>One Liberty Plaza<br>New York, NY 10006 | **The Bank of New York Mellon**<br>Asset-Backed Securities Group<br>101 Barclay St 4W<br>New York, NY 10286 |
| **US Trustee for the SDNY**<br>Tracy Hope Davis, Linda A. Riffkin and<br>Brian S. Masumoto<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | **U.S. Department of Justice**<br>US Attorney General, Eric H. Holder, Jr.<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 | **United States Attorney's Office for the SDNY Civil Division**<br>Attn Joseph Cordaro<br>86 Chambers St 3rd Fl<br>New York, NY 10007 |

| | | |
|---|---|---|
| **AIG Asset Management US LLC**<br>Attn Russell Lipman<br>80 Pine St, New York<br>NY 10038 | **Allstate Life Insurance Company**<br>Attn Peter A McElvain<br>3075 Sanders Rd Ste G5A<br>Northbrook, IL 60062 | **Attorney General of the State of New York**<br>Eric T Schneiderman; Victoria L Safran<br>Nassau Regional Office<br>200 Old Country Rd Ste 240<br>Mineola, NY 11501 |
| **David P Stich Esq**<br>521 Fifth Ave 17th Fl<br>New York, NY 10175 | **Financial Guaranty Insurance Company**<br>Attn John Dubel<br>125 Park Ave<br>New York, NY 10017 | **Law Offices of Richard Sax**<br>Attn Richard Sax<br>448 Sebastopol Ave.<br>Santa Rosa, CA 95401 |
| **Law Offices of Christopher Green**<br>Christopher E. Green<br>Two Union Square Suite 4285<br>601 Union Street,<br>Seattle WA 98101 | **MBIA Insurance Corporation**<br>Attn Mitchell Sonkin<br>113 King St,<br>Armonk, NY 10504 | **Fedelina Roybal-DeAguero 2008 Trust**<br>42265 Little Lake Rd<br>Medocino, CA 94560 |
| **Rowen L Drenne as Representative for the Plaintiffs Brian Kessler et al**<br>3725 N Indiana<br>Kansas City, MO 64117 | **Secretary of State**<br>123 William St<br>New York, NY 10038-3804 | **Secretary of State, Division of Corporations**<br>99 Washington Ave Ste 600<br>One Commerce Plz<br>Albany, NY 12231-0001 |
| **Wilmington Trust NA**<br>Julie J Becker Vice President<br>50 South Sixth St Ste 1290<br>Minneapolis, MN 55402-1544 | | |