**Exhibit 1**

**Responses to Thirtieth Omnibus Objection to Claims**

| CLAIMANT & PROOF OF CLAIM NO. | RESPONSE | DOCKET NO. | COMMENTS |
|---|---|---|---|
| Judith A. Winkler and James C. Winkler (Claim No. 3582) | Response of Judith A. Winkler and James C. Winkler to Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) | 5306 | Claimants filed the proof of claim without a stated basis for the claim on the proof of claim form; however, Claimants attached two letters from Claimants' counsel, dated September 28, 2012 and October 9, 2012, respectively, to GMAC Mortgage regarding a loan modification and late and/or misapplied payments.<br><br>Claimants' Response indicates that they dispute the disallowance of their claim. Claimants attached to the Response a document that shows the transfer of the loan from GMAC Mortgage to Ocwen. |
| M. Francine Modderno (Claim No. 4866) | Response of M. Francine Modderno to Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) | 5317 | Claimant filed the proof of claim alleging that Claimant's mortgage note was not legally assigned to Residential Funding.<br><br>Claimant's Response asserts that she did not receive the Objection and only learned of the Objection on or around October 4, 2013, when she contacted the Court regarding another matter. In the Response, Claimant further asserts that (i) the Debtors do not own Claimant's property due to fraud and (ii) Claimant's mortgage note bears a fraudulent assignment as evidenced by an alleged robosignature. |

ny-1114062