## **Exhibit 2**

## **The Disputed Claims**

ny-1117208

B 10 Modified (Official Form 10) (12/11) | Claim #3474 Date Filed: 11/7/2012

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number: **GMAC Mortgage, LLC, Case No. 12-12032**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Mary Lynn Weber

☐ Check this box if this claim amends a previously filed claim.

Name and address where notices should be sent:

Mary Lynn Weber
84 Chapman Heights Street
Las Vegas, Nevada 89138

Court Claim Number:_____
(*If known*)

Filed on:_____

Telephone number: (702) 810-2110     email: marylynn.weber@cox.net

Name and address where payment should be sent (if different from above):

■ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

Telephone number:     email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $ **99,619.60**
   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.
   ☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: Mortgage Note - Debtor improperly applied payments
   (See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: **8031**

3a. Debtor may have scheduled account as: _____ (See instruction #3a)

3b. Uniform Claim Identifier (optional): _____ (See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐Real Estate  ☐Motor Vehicle  ☐Other
Describe:
Value of Property: $_____   Annual Interest Rate_____% ☐Fixed ☐Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $_____     Basis for perfection: _____

Amount of Secured Claim: $_____     Amount Unsecured: $_____

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$_____   (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evider
definition of "*redacted*".)
DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED D
If the documents are not available, please explain:

1212032121107000000000040

9. Signature: (See instruction #9) Check the appropriate box.
■ I am the creditor.  ☐ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or  ☐ I am a guarantor, surety,
(Attach copy of power of attorney, if any.)        their authorized agent.        indorser, or other codebtor.
(See Bankruptcy Rule 3004.)    (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: Mary Lynn Weber
Title: _____
Company: _____
Address and telephone number (if different from notice address above):
_____        (Signature)    11/5/12   (Date)

Telephone number: _____     Email: _____

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:

$_____

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**RECEIVED**

NOV 0 7 2012

**KURTZMAN CARSON CONSULTANTS**
COURT USE ONLY

## Homecomings Financial
*A GMAC Company*

**CUSTOMER INFORMATION**
Name: MARY LYNN WEBER
Account Number: ████4562
Home Phone #: (702)360-0283

**PROPERTY ADDRESS**
84 CHAPMAN HEIGHTS
LAS VEGAS NV 89138

Visit us at www.homecomings.com for account information or to apply on-line.

For questions on the servicing of your account, call 1-800-206-2901.

### MESSAGES
Please see your 1098 Mortgage Interest Statement below. For your convenience, we have printed this information on an easily detachable form.

```
03/23/07 08.29   0073110 20080114 HA110219 HOREGX  1 OZ DOM HA11020000* 146316   HO
#BWNHJPY
#KW75659G88830#
```

MARY LYNN WEBER
84 CHAPMAN HEIGHTS
LAS VEGAS NV 89138-1578

### Account Information

| | |
|---|---|
| Account Number | ████4562 |
| Current Statement Date | January 01, 2008 |
| Maturity Date | February 01, 2037 |
| Interest Rate | 6.37500 |
| Current Principal Balance* | $528,000.00 |
| Current Escrow Balance | $252.20 |
| Interest Paid Year-to-Date | $0.00 |
| Taxes Paid Year-to-Date | $0.00 |

### Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $2,805.00 |
| Subsidy/buydown | $0.00 |
| Escrow | $597.34 |
| Additional Products/Services | $0.00 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $3,402.34 |
| Account Due Date | February 01, 2008 |

### Account Activity Since Last Statement

| Description | Due Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| Payment | 01/01/08 | 12/28/07 | $3,402.34 | | $2,805.00 | $597.34 | | | |
| County Tax Paid | 12/01/07 | 12/17/07 | $1,119.84 | | | $1,119.84 | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).

---

RECIPIENT'S/LENDER'S name, address, and telephone number
HOMECOMINGS FINANCIAL
PO BOX 205
WATERLOO IA 50704-0205
800-206-2901

☐ CORRECTED (if checked)

**Caution:** The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

OMB No. 1545-0901

## 2007
Substitute Form 1098

## Mortgage Interest Statement
Copy B
For Payer

| RECIPIENT'S federal identification no. | PAYER'S social security number |
|---|---|
| 51-0369458 | ███-8031 |

PAYER'S/BORROWER'S name, street address (including apt. no.), city, state, and ZIP code
MARY LYNN WEBER
84 CHAPMAN HEIGHTS
LAS VEGAS NV 89138-1578

1. Mortgage interest received from payer(s)/borrower(s)*
$ 28,050.00

2. Points paid on purchase of principal residence (See **Box 2** on back)
$ 0.00

3. Refund of overpaid interest (See **box 3** on back)
$ 0.00

4. Mortgage insurance premiums
$ 0.00

5. Real Estate Taxes Paid
$ 3,922.82

The information in boxes 1, 2, 3, and 4 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

Account number (see instructions)
████4562

Substitute Form **1098**   (keep for your records)   Department of the Treasury - Internal Revenue Service

**See Reverse Side For Important Information**

# YOUR WAMU FREE CHECKING STATEMENT

P.O. BOX 1098
NORTHRIDGE, CA 91328-1098

This Statement Covers
From: 12/08/07
Through: 01/08/08

Need assistance?
To reach us anytime,
call 1-800-788-7000
or visit us at wamu.com

MARY LYNN WEBER
84 CHAPMAN HEIGHTS ST
LAS VEGAS NV 89138-1578
*891381578848*

Please see the message specific to your account, if any, and the Notice of Change in Terms towards the end of this statement for important information about your deposit accounts and services.

## Your WaMu Free Checking Detail Information

MARY LYNN WEBER        Account Number: ████████820 -2
Washington Mutual Bank, FA

### OVERDRAFT AND NON-SUFFICIENT FUNDS WAIVER

Effective Mar. 11, 2008, this account will receive one overdraft or non-sufficient funds (NSF) waiver on its Anniversary Date each year. Any unused overdraft or NSF fee waivers carry over; however if the account has two (or more) unused waivers as of the Anniversary Date, an additional waiver will not be awarded for the new Anniversary Year.

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Beginning Balance | $1,592.52 | Next Anniversary Date | 11/5/08 |
| Checks Paid | -$2,085.27 | Available OD/NSF Fee Waivers | 1 |
| Other Withdrawals | -$3,624.21 | **WaMu Debit Rewards** | |
| Deposits | +$5,839.00 | This statement period | $0.00 |
| Ending Balance | $1,722.04 | Total since anniversary date | $0.00 |

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 12/10 | SUMMERLIN WEST C COMMON ASS 20011104511 | $35.00 | |
| 12/12 | Customer Deposit | | $2,173.00 |
| 12/17 | Customer Deposit | | $905.00 |
| 12/17 | Customer Deposit | | $267.00 |
| 12/18 | EMBARQ 98 | $3.58 | |
| 12/18 | REPUBLICSERVICE 97 | $36.81 | |
| 12/18 | LASVEGSAVALLEYWATER 96 | $47.72 | |
| 12/26 | Customer Deposit | | $1,257.00 |
| 12/26 | SOUTHWEST GAS 100 | $98.55 | |
| 12/26 | HOMECOMING FINANCIAL 99 | $3,402.34 | |
| 01/02 | Auto Payment To ODLOC | $0.21 | |
| 01/04 | Customer Deposit | | $1,237.00 |

# YOUR WAMU FREE CHECKING STATEMENT

P.O. BOX 1098
NORTHRIDGE, CA 91328-1098

This Statement Covers
From: 01/09/08
Through: 02/07/08

Need assistance?
To reach us anytime,
call **1-800-788-7000**
or visit us at wamu.com

MARY LYNN WEBER
84 CHAPMAN HEIGHTS ST
LAS VEGAS NV 89138-1578
*891381578848*

## Your WaMu Free Checking Detail Information

MARY LYNN WEBER         Account Number: ████820 -2
Washington Mutual Bank, FA

Start saving today with your very own Money Market Savings account from WaMu. Our Money Market Savings offers great competitive interest rates on uper balances tiers and provides unlimited in-person or ATM access to your money (others limits apply and funds must be available in acount). Open your Money Market Savings account today with $10,000 or more at any WaMu Financial Center or by calling 800.788.7000.

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Beginning Balance | $1,722.04 | Next Anniversary Date | 11/5/08 |
| Checks Paid | -$459.01 | Available OD/NSF Fee Waivers | 1 |
| Other Withdrawals | -$4,283.12 | **WaMu Debit Rewards** | |
| Deposits | +$3,838.00 | This statement period | $0.00 |
| Ending Balance | $817.91 | Total since anniversary date | $0.00 |

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 01/09 | ELEC CHECK# 001259 NEVADA POWER NEW LAS NV | $395.19 | |
| 01/10 | SUMMERLIN WEST C COMMON ASS 20011104511 | $35.00 | |
| 01/14 | EMBARQ 101 | $63.53 | |
| 01/14 | Customer Deposit | | $864.00 |
| 01/22 | Customer Deposit | | $730.00 |
| 01/29 | Customer Deposit | | $1,035.00 |
| 01/30 | HOMECOMING.FINANCIAL 102 | $3,402.34 | |
| 01/31 | Auto Advance From ODLOC | | $50.00 |
| 02/04 | Customer Deposit | | $1,159.00 |
| 02/04 | Customer Withdrawal | $50.00 | |
| 02/05 | SOUTHWEST GAS 103 | $163.43 | |
| 02/05 | NEVADA POWER 104 | $173.63 | |

5 04-S-89                               Page 1 of 3                        Deposits are FDIC Insured   LENDER
Form CS50004B0000043511   X

**YOUR WAMU FREE CHECKING STATEMENT**

P.O. BOX 1098
NORTHRIDGE, CA 91328-1098

This Statement Covers
From: 02/08/08
Through: 03/07/08

Need assistance?
To reach us anytime,
call **1-800-788-7000**
or visit us at wamu.com

MARY LYNN WEBER
84 CHAPMAN HEIGHTS ST
LAS VEGAS NV 89138-1578
*891381578848*

---

### Your WaMu Free Checking Detail Information

MARY LYNN WEBER    Account Number: ████820 -2
Washington Mutual Bank, FA

---

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Beginning Balance | $817.91 | Next Anniversary Date | 11/5/08 |
| Checks Paid | -$71.95 | Available OD/NSF Fee Waivers | 1 |
| Other Withdrawals | -$3,871.24 | **WaMu Debit Rewards** | |
| Deposits | +$3,494.00 | This statement period | $0.00 |
| Ending Balance | $368.72 | Total since anniversary date | $0.00 |

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 02/11 | Customer Deposit | | $1,210.00 |
| 02/11 | SUMMERLIN WEST C COMMON ASS 20011104511 | $35.00 | |
| 02/19 | Customer Deposit | | $460.00 |
| 02/25 | AMERICANEXPRESS 105 | $38.81 | |
| 02/25 | ALLIANZ 106 | $60.00 | |
| 02/25 | Customer Withdrawal | $20.00 | |
| 02/25 | Customer Deposit | | $469.00 |
| 02/28 | Customer Deposit | | $825.00 |
| 02/29 | HOMECOMING.FINANCIAL 107 | $3,402.34 | |
| 03/03 | Customer Deposit | | $530.00 |
| 03/03 | Auto Payment To ODLOC | $0.09 | |
| 03/04 | SOUTHWEST GAS 108 | $143.90 | |
| 03/04 | NEVADA POWER 109 | $171.10 | |

### Checks Paid                               *Indicates check out of sequence

| Check Number | Date | Amount Paid | Check Number | Date | Amount Paid |
|---|---|---|---|---|---|
| 1263 | 02/25 | $71.95 | | | |

1 04-S-89                                                                 Page 1 of 3                              Deposits are FDIC Insured
Form CS50004B 0000038156    X

# YOUR WAMU FREE CHECKING STATEMENT

P.O. BOX 1098
NORTHRIDGE, CA 91328-1098

**This Statement Covers**
From: 03/08/08
Through: 04/07/08

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at **wamu.com**

MARY LYNN WEBER
84 CHAPMAN HEIGHTS ST
LAS VEGAS NV 89138-1578

Our addresses for notices regarding unauthorized transactions, lost or stolen access devices or other errors have changed. Write us as follows: for ATM Card, Debit Card or related PINs, P.O. Box 9017, Pleasanton, CA 94566-9020; for ACH and electronified check transactions, P.O. Box 65934, San Antonio, TX 78265; and, for *Personal Bill Pay®* and *Business Bill Pay®* services and Online Banking transactions, 400 E. Main Street, MS STA2BPC, Stockton, CA 95202.

Please see the Notice of Change in Terms towards the end of this statement for important information about your deposit accounts and services.

## Your WaMu Free Checking Detail Information

MARY LYNN WEBER       Account Number: ▓▓▓▓820-2
                     Washington Mutual Bank, FA

### Your Account at a Glance

| | | | |
|---|---|---|---|
| **Beginning Balance** | $368.72 | Next Anniversary Date | 11/05/2008 |
| Checks Paid | -$165.50 | Available OD/NSF Fee Waivers | 1 |
| Other Withdrawals | -$3,656.68 | **WaMu Debit Rewards** | |
| Deposits | +$5,152.00 | This statement period | $0.00 |
| **Ending Balance** | **$1,698.54** | Total since anniversary date | $0.00 |

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 03/10 | SUMMERLIN WEST C COMMON ASS 20011104511 | $35.00 | |
| 03/11 | Customer Deposit | | $410.00 |
| 03/17 | Customer Deposit | | $977.00 |
| 03/25 | Customer Deposit | | $1,060.00 |
| 04/01 | Customer Deposit | | $1,105.00 |
| 04/02 | LASVEGSAVALLEYWATER 112 | $14.22 | |
| 04/02 | REPUBLICSERVICE111 | $36.81 | |
| 04/02 | HOMECOMING.FINANCIAL 110 | $3,402.34 | |
| 04/07 | NEVADA POWER 113 | $168.31 | |
| 04/07 | Customer Deposit | | $1,600.00 |

2 04-S-89       Page 1 of 3       Deposits are FDIC Insured 

7782    NNGR    001    07    07    040708    PAGE 1 of 3    COLR725B    7253    3200    01AA7782

# YOUR WAMU FREE CHECKING STATEMENT

P.O. BOX 1098
NORTHRIDGE, CA 91328-1098

**This Statement Covers**
From: 04/08/08
Through: 05/07/08

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at **wamu.com**

MARY LYNN WEBER
84 CHAPMAN HEIGHTS ST
LAS VEGAS NV 89138-1578

WaMu Debit MasterCard® customers: The Guide to Benefits is online at www.wamu.com/debit or call 1-800-MC-ASSIST for a copy.

## Your WaMu Free Checking Detail Information

MARY LYNN WEBER    Account Number: ███████820-2
Washington Mutual Bank, FA

### Your Account at a Glance

| | | | |
|---|---|---|---|
| **Beginning Balance** | $1,698.54 | Next Anniversary Date | 11/05/2008 |
| Checks Paid | -$427.49 | Available OD/NSF Fee Waivers | 1 |
| Other Withdrawals | -$3,812.22 | **WaMu Debit Rewards** | |
| Deposits | +$3,000.00 | This statement period | $0.00 |
| **Ending Balance** | $458.83 | Total since anniversary date | $0.00 |

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 04/10 | SUMMERLIN WEST C COMMON ASS 20011104511 | $35.00 | |
| 04/15 | SOUTHWEST GAS 114 | $102.76 | |
| 04/16 | LASVEGSAVALLEYWATER 115 | $10.53 | |
| 04/28 | Customer Deposit | | $3,000.00 |
| 04/28 | HOMECOMING.FINANCIAL 116 | $3,402.34 | |
| 05/06 | SOUTHWEST GAS 117 | $46.92 | |
| 05/06 | NEVADA POWER 118 | $159.84 | |
| 05/07 | EMBARQ 119 | $54.83 | |

### Checks Paid    *Indicates check out of sequence

| Check Number | Date | Amount Paid | Check Number | Date | Amount Paid |
|---|---|---|---|---|---|
| 1266 | 04/14 | $148.90 | 1268 | 04/16 | $30.00 |
| 1267 | 04/21 | $248.59 | | | |



# YOUR WAMU FREE CHECKING STATEMENT

P.O. BOX 1098
NORTHRIDGE, CA 91328-1098

**This Statement Covers**
From: 05/08/08
Through: 06/06/08

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at **wamu.com**

MARY LYNN WEBER
84 CHAPMAN HEIGHTS ST
LAS VEGAS NV 89138-1578

Effective 8/24/2008, if we do not make a deposit immediately available, we will make available the first $100 of the total deposits on the Business Day your deposit is treated as received.

## Your WaMu Free Checking Detail Information

MARY LYNN WEBER    Account Number: ███████820-2
Washington Mutual Bank, FA

### Your Account at a Glance

| | | | |
|---|---|---|---|
| **Beginning Balance** | $458.83 | Next Anniversary Date | 11/05/2008 |
| Checks Paid | -$451.10 | Available OD/NSF Fee Waivers | 1 |
| Other Withdrawals | -$4,105.88 | **WaMu Debit Rewards** | |
| Deposits | +$4,600.00 | This statement period | $0.00 |
| **Ending Balance** | **$501.85** | Total since anniversary date | $0.00 |

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 05/12 | SUMMERLIN WEST C COMMON ASS 20011104511 | $35.00 | |
| 05/19 | ALLIANZ 120 | $60.00 | |
| 05/28 | Auto Advance From ODLOC | | $50.00 |
| 05/29 | Auto Advance From ODLOC | | $50.00 |
| 05/30 | Transfer Deposit | | $3,200.00 |
| 06/02 | Customer Deposit | | $1,300.00 |
| 06/03 | LASVEGSAVALLEYWATER 126 | $16.53 | |
| 06/03 | SOUTHWEST GAS 124 | $47.52 | |
| 06/03 | EMBARQ 123 | $55.56 | |
| 06/03 | AMERICANEXPRESS 125 | $93.16 | |
| 06/03 | CITIBANK 122 | $233.30 | |
| 06/03 | HOMECOMING.FINANCIAL 121 | $3,402.34 | |
| 06/04 | NEVADA POWER 127 | $162.47 | |



# YOUR WAMU FREE CHECKING STATEMENT

P.O. BOX 1098
NORTHRIDGE, CA 91328-1098

**This Statement Covers**
From: 06/07/08
Through: 07/08/08

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at **wamu.com**

MARY LYNN WEBER
84 CHAPMAN HEIGHTS ST
LAS VEGAS NV 89138-1578

## Your WaMu Free Checking Detail Information

MARY LYNN WEBER    Account Number: ████820-2
Washington Mutual Bank, FA

### Your Account at a Glance

| | | | |
|---|---|---|---|
| **Beginning Balance** | $501.85 | Next Anniversary Date | 11/05/2008 |
| Checks Paid | -$66.95 | Available OD/NSF Fee Waivers | 1 |
| Other Withdrawals | -$4,642.15 | **WaMu Debit Rewards** | |
| Deposits | +$5,750.00 | This statement period | $0.00 |
| **Ending Balance** | $1,542.75 | Total since anniversary date | $0.00 |

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 06/10 | SUMMERLIN WEST C COMMON  ASS 20011104511 | $35.00 | |
| 06/20 | AMERICANEXPRESS 128 | $373.37 | |
| 06/23 | DISCOVER PHONE PAY 6389 | $200.00 | |
| 06/23 | Auto Advance From ODLOC | | $150.00 |
| 06/25 | LASVEGSAVALLEYWATER 129 | $23.06 | |
| 06/27 | Customer Deposit | | $500.00 |
| 06/27 | Transfer Deposit | | $2,000.00 |
| 07/01 | REPUBLICSERVICE130 | $40.57 | |
| 07/03 | Transfer Deposit | | $1,500.00 |
| 07/07 | EMBARQ 134 | $30.95 | |
| 07/07 | SOUTHWEST GAS 131 | $31.83 | |
| 07/07 | NEVADA POWER 132 | $232.68 | |
| 07/07 | HOMECOMING.FINANCIAL  133 | $3,402.34 | |
| 07/07 | DISCOVER 135 | $200.00 | |
| 07/07 | BANANA VISA BR EPAY 79308136 | $72.35 | |
| 07/07 | Auto Advance From ODLOC | | $100.00 |
| 07/08 | Transfer Deposit | | $1,500.00 |

1 04-S-89    Page 1 of 3    Deposits are FDIC Insured

7782  NNGR  001  07  08  070808  PAGE 1 of 3  COLR725B  7253  3200  01AA7782

# YOUR WAMU FREE CHECKING STATEMENT

P.O. BOX 1098
NORTHRIDGE, CA 91328-1098

This Statement Covers
From: 07/09/08
Through: 08/07/08

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at **wamu.com**

MARY LYNN WEBER
84 CHAPMAN HEIGHTS ST
LAS VEGAS NV 89138-1578

## Your WaMu Free Checking Detail Information

MARY LYNN WEBER        Account Number: ████820-2
Washington Mutual Bank, FA

### Your Account at a Glance

| | | | |
|---|---|---|---|
| **Beginning Balance** | $1,542.75 | Next Anniversary Date | 11/05/2008 |
| Checks Paid | -$192.95 | Available OD/NSF Fee Waivers | 1 |
| Other Withdrawals | -$3,956.25 | **WaMu Debit Rewards** | |
| Deposits | +$4,000.00 | This statement period | $0.00 |
| **Ending Balance** | $1,393.55 | Total since anniversary date | $0.00 |

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 07/10 | SUMMERLIN WEST C COMMON ASS 20011104511 | $35.00 | |
| 07/21 | LASVEGSAVALLEYWATER 136 | $24.81 | |
| 07/29 | Transfer Deposit | | $4,000.00 |
| 07/31 | SOUTHWEST GAS 138 | $28.85 | |
| 07/31 | EMBARQ 140 | $85.30 | |
| 07/31 | NEVADA POWER 139 | $379.95 | |
| 07/31 | HOMECOMING.FINANCIAL 137 | $3,402.34 | |

### Checks Paid    *Indicates check out of sequence

| Check Number | Date | Amount Paid | Check Number | Date | Amount Paid |
|---|---|---|---|---|---|
| 1274 | 07/23 | $66.95 | 1277* | 07/25 | $126.00 |

Calendar Year-To-Date Overdraft/Non-Sufficient Funds Charges
(excluding any charges which have been waived or refunded):
  Overdraft charges          $0.00
  Non-Sufficient Funds charges   $0.00

As of the statement end date, the fee for any Non-Sufficient Funds transaction, whether paid or returned, was $34.00 per transaction.



2 04-S-89        Page 1 of 3        Deposits are FDIC Insured

# YOUR WAMU FREE CHECKING STATEMENT

P.O. BOX 1098
NORTHRIDGE, CA 91328-1098

**This Statement Covers**
From: 08/08/08
Through: 09/08/08

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at **wamu.com**

MARY LYNN WEBER
84 CHAPMAN HEIGHTS ST
LAS VEGAS NV 89138-1578

Please see the enclosed information regarding preventing overdrafts, non-sufficient funds, fees and other important information below about changes to your deposit accounts and services.

## Your WaMu Free Checking Detail Information

MARY LYNN WEBER     Account Number: ████820-2
Washington Mutual Bank, FA

### Your Account at a Glance

| | | | |
|---|---|---|---|
| **Beginning Balance** | $1,393.55 | Next Anniversary Date | 11/05/2008 |
| **Checks Paid** | $0.00 | Available OD/NSF Fee Waivers | 1 |
| **Other Withdrawals** | -$4,652.05 | **WaMu Debit Rewards** | |
| **Deposits** | +$4,000.00 | This statement period | $0.00 |
| **Ending Balance** | $741.50 | Total since anniversary date | $0.00 |

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 08/11 | LASVEGSAVALLEYWATER 142 | $73.72 | |
| 08/11 | DISCOVER 141 | $500.00 | |
| 08/11 | SUMMERLIN WEST C COMMON ASS 20011104511 | $35.00 | |
| 08/25 | Transfer Deposit | | $4,000.00 |
| 08/26 | SOUTHWEST GAS 147 | $22.10 | |
| 08/26 | ALLIANZ 143 | $60.00 | |
| 08/26 | CITIBANK 144 | $218.52 | |
| 08/26 | NEVADA POWER 146 | $339.69 | |
| 08/26 | HOMECOMING.FINANCIAL 145 | $3,402.34 | |
| 09/02 | Auto Payment To ODLOC | $0.68 | |

0 04-S-89     Page 1 of 3     Deposits are FDIC Insured    EQUAL HOUSING LENDER

7782    NNGR    001    07    08    090808    PAGE 1 of 3    COLR725B    7253    3200    01AA7782

# YOUR WAMU FREE CHECKING STATEMENT

P.O. BOX 1098
NORTHRIDGE, CA 91328-1098

**This Statement Covers**
From: 09/09/08
Through: 10/07/08

*Need assistance?*
To reach us anytime
call **1-800-788-7000**
or visit us at **wamu.com**

MARY LYNN WEBER
84 CHAPMAN HEIGHTS ST
LAS VEGAS NV 89138-1578

## Your WaMu Free Checking Detail Information

MARY LYNN WEBER          Account Number: ▇▇▇▇820-2
Washington Mutual Bank, FA

### Your Account at a Glance

| | | | |
|---|---|---|---|
| **Beginning Balance** | $741.50 | Next Anniversary Date | 11/05/2008 |
| Checks Paid | -$322.89 | Available OD/NSF Fee Waivers | 1 |
| Other Withdrawals | -$4,100.51 | **WaMu Debit Rewards** | |
| Deposits | +$5,000.00 | This statement period | $0.00 |
| **Ending Balance** | $1,318.10 | Total since anniversary date | $0.00 |

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 09/10 | SUMMERLIN WEST C COMMON ASS 20011104511 | $35.00 | |
| 09/16 | Transfer Deposit | | $1,000.00 |
| 09/16 | REPUBLICSERVICE150 | $40.95 | |
| 09/16 | LASVEGSAVALLEYWATER 149 | $115.72 | |
| 09/16 | DISCOVER 148 | $500.00 | |
| 09/30 | Transfer Deposit | | $3,000.00 |
| 10/01 | HOMECOMING.FINANCIAL 152 | $6.50 | |
| 10/01 | HOMECOMING.FINANCIAL 151 | $3,402.34 | |
| 10/06 | Transfer Deposit | | $1,000.00 |

### Checks Paid
*Indicates check out of sequence

| Check Number | Date | Amount Paid | Check Number | Date | Amount Paid |
|---|---|---|---|---|---|
| 1275 | 09/09 | $50.00 | 1282* | 09/18 | $39.63 |
| 1276 | 09/15 | $32.41 | 1285* | 09/29 | $66.95 |
| 1278* | 09/26 | $133.90 | | | |

5 04-S-89          Page 1 of 3          Deposits are FDIC Insured

7782    NNGR    001    07    07    100708    PAGE 1 of 3    COLR725B    7253    3200    01AA7782

# YOUR WAMU FREE CHECKING STATEMENT

P.O. BOX 1098  
NORTHRIDGE, CA 91328-1098

**This Statement Covers**  
From: 10/08/08  
Through: 11/07/08

*Need assistance?*  
To reach us anytime  
call **1-800-788-7000**  
or visit us at **wamu.com**

MARY LYNN WEBER  
84 CHAPMAN HEIGHTS ST  
LAS VEGAS NV 89138-1578

## Your WaMu Free Checking Detail Information

MARY LYNN WEBER    Account Number: ███████820-2  
Washington Mutual Bank, FA

### Your Account at a Glance

| | | | |
|---|---|---|---|
| **Beginning Balance** | $1,318.10 | Next Anniversary Date | 11/05/2009 |
| Checks Paid | -$710.79 | Available OD/NSF Fee Waivers | 2 |
| Other Withdrawals | -$4,858.94 | **WaMu Debit Rewards** | |
| Deposits | +$4,750.00 | This statement period | $0.00 |
| **Ending Balance** | $498.37 | Total since anniversary date | $0.00 |

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 10/10 | SUMMERLIN WEST C COMMON ASS 20011104511 | $35.00 | |
| 10/14 | AMERICANEXPRESS 153 | $167.45 | |
| 10/22 | DISCOVER PHONE PAY 6389 | $500.00 | |
| 10/27 | Auto Advance From ODLOC | | $50.00 |
| 10/27 | SOUTHWEST GAS 157 | $51.46 | |
| 10/27 | Auto Advance From ODLOC | | $100.00 |
| 10/27 | LASVEGSAVALLEYWATER 155 | $68.02 | |
| 10/27 | Auto Advance From ODLOC | | $100.00 |
| 10/27 | EMBARQ 154 | $116.13 | |
| 10/27 | Auto Advance From ODLOC | | $500.00 |
| 10/27 | NEVADA POWER 156 | $516.49 | |
| 10/28 | Transfer Deposit | | $1,000.00 |
| 11/03 | Auto Payment To ODLOC | $36.00 | |
| 11/05 | Transfer Deposit | | $3,000.00 |
| 11/05 | HOMECOMING.FINANCIAL 158 | $3,368.39 | |

### Checks Paid                    *Indicates check out of sequence

| Check Number | Date | Amount Paid | Check Number | Date | Amount Paid |
|---|---|---|---|---|---|
| 1279 | 10/10 | $369.58 | 1284* | 10/10 | $179.94 |

5 04-S-89                                Page 1 of 3        Deposits are FDIC Insured    

7782    NNGR    001    07    07    110708    PAGE 1 of 3        COLR725B    7253    3200    O1AA7782

*Deposit accounts now held by JPMorgan Chase Bank, N. A.*

**YOUR WAMU FREE CHECKING STATEMENT**

P.O. BOX 660022
DALLAS, TX 75266-0022

**This Statement Covers**
From: 11/08/08
Through: 12/05/08

**Need assistance?**
To reach us anytime
call **1-800-788-7000**
or visit us at **wamu.com**

MARY LYNN WEBER
84 CHAPMAN HEIGHTS ST
LAS VEGAS NV 89138-1578

## Your WaMu Free Checking Detail Information

MARY LYNN WEBER     Account Number: ████820-2
Washington Mutual Bank, FA

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Beginning Balance | $498.37 | Next Anniversary Date | 11/05/2009 |
| Checks Paid | -$148.34 | Available OD/NSF Fee Waivers | 2 |
| Other Withdrawals | -$3,969.08 | **WaMu Debit Rewards** | |
| Deposits | +$4,000.00 | This statement period | $0.00 |
| Ending Balance | $380.95 | Total since anniversary date | $0.00 |

| Date | Description | Withdrawals (-) | Deposits (+) |
|---|---|---|---|
| 11/10 | SUMMERLIN WEST C COMMON  ASS 20011104511 | $35.00 | |
| 11/14 | AMERICANEXPRESS 160 | $1.60 | |
| 11/14 | LASVEGSAVALLEYWATER 161 | $20.67 | |
| 11/14 | DISCOVER 159 | $400.00 | |
| 11/18 | Transfer Deposit | | $1,000.00 |
| 12/01 | REPUBLICSERVICE162 | $37.95 | |
| 12/01 | EMBARQ 163 | $55.47 | |
| 12/02 | Auto Payment To ODLOC | $50.00 | |
| 12/04 | Transfer Deposit | | $3,000.00 |
| 12/05 | HOMECOMING.FINANCIAL  164 | $3,368.39 | |

### Checks Paid
*Indicates check out of sequence

| Check Number | Date | Amount Paid | Check Number | Date | Amount Paid |
|---|---|---|---|---|---|
| 1290 | 12/04 | $78.34 | 1291 | 11/26 | $70.00 |

2 04-S-89     Page 1 of 3     Deposits are FDIC Insured     EQUAL HOUSING LENDER

7782  NNGR  001  07  05  120508  PAGE 1 of 3  COLR725B  7253  3200  01AA7782



## Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 3.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the Instructions for Form 1040, Schedule A, C, or E for how to report the mortgage interest. Also, for more information, see Pub. 936, Home Mortgage Interest Deduction, and Pub. 535, Business Expenses.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received during the year. This amount includes interest on any obligation secured by real property, including a home equity, line of credit, or credit card loan. This amount does not include points, government subsidy payments, or seller payments on a "buy-down" mortgage. Such amounts are deductible by you only in certain circumstances. **Caution:** *If you prepaid interest in 2009 that accrued in full by January 15, 2010, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in 2009 even though it may be included in box 1.* If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396, Mortgage Interest Credit. If the interest was paid on a mortgage, home equity, line of credit, or credit card loan secured by your personal residence, you may be subject to a deduction limitation.

**Box 2.** Not all points are reportable to you. Box 2 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 2 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 3.** Do not deduct this amount.It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 3 amount on the "Other Income" line of your 2009 Form 1040. No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and *Itemized Deduction Recoveries*in Pub. 525, Taxable and Nontaxable Income.

**Box 4.** Shows mortgage insurance premiums which may qualify to be treated as deductible mortgage interest. See the Schedule A (Form 1040) Instructions. **If your mortgage loan originated during the current tax year, [ Jan 01 thru Dec 31 ] please refer to your loan closing statement for any prepaid mortgage insurance premiums that should be added to the amount Box # 4 to obtain the total premiums paid for the current tax year.**

**Box 5.** The interest recipient may use this box to give you other information, such as the address of the property that secures the debt, real estate taxes, or insurance paid from escrow.

# GMAC Mortgage Account Statement

**GMAC Mortgage**

| CUSTOMER INFORMATION | | PROPERTY ADDRESS |
|---|---|---|
| Name: | MARY LYNN WEBER | 84 CHAPMAN HEIGHTS |
| Account Number: | ▮▮▮▮4562 | LAS VEGAS NV 89138 |
| Home Phone #: | (702)360-0283 | |

10/22/09 13 30 3   0006405 20110121 KA206202 GMREGX  1 OZ DOM KA20620000* 146316   GM

MARY LYNN WEBER
84 CHAPMAN HEIGHTS
LAS VEGAS NV  89138-1578



For Customer Care inquiries call: 1-800-766-4622
For Insurance inquiries call: 1-800-256-9962

### MESSAGES

Please see your 1098 Mortgage Interest Statement below. For your convenience, we have printed this information on an easily detachable form.

See Reverse Side For Important Information And State Specific Disclosures

## Account Information

| | |
|---|---|
| Account Number | ▮▮▮▮4562 |
| Statement Date | January 18, 2011 |
| Interest Rate | 2.25000 |
| Interest Paid Year-to-Date | $0.00 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $1,357.84- |
| Principal Balance(PB)* | $551,543.90 |

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $1,757.82 |
| Subsidy/buydown | $0.00 |
| Escrow | $575.44 |
| Additional Products/Services | $0.00 |
| Amount Past Due | $4,666.52 |
| Outstanding Late Charges | $175.78 |
| Other | $1,973.07 |
| Total Amount Due | $9,148.63 |
| Account Due Date | December 01, 2010 |

### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| PROP INSPECTION FEE | 11/01/10 | 01/11/11 | $13.00 | | | | | | $13.00 |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).

---

| RECIPIENT'S/LENDER'S name, address, and telephone number | ☐ CORRECTED (if checked) | | Mortgage Interest Statement |
|---|---|---|---|
| GMAC MORTGAGE<br>3451 HAMMOND AVE<br>WATERLOO IA 50702<br>800-766-4622 | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901<br><br>**2010**<br><br>Substitute<br>Form 1098 | |

| RECIPIENT'S federal identification no. | PAYER'S social security number |
|---|---|
| 23-1694840 | XXX-XX-8031 |

Copy B
For Payer
The information in boxes 1, 2, 3, and 4 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

| PAYER'S/BORROWER'S name, street address (including apt. no.), city, state, and ZIP code |
|---|
| MARY LYNN WEBER<br>84 CHAPMAN HEIGHTS<br>LAS VEGAS NV  89138-1578 |

1. Mortgage interest received from payer(s)/borrower(s)*
   $ 13,914.39

2. Points paid on purchase of principal residence (See Box 2 on back)
   $ 0.00

3. Refund of overpaid interest (See box 3 on back)
   $ 0.00

4. Mortgage insurance premiums
   $ 0.00

5. Real Estate Taxes Paid
   $ 5,180.84

Account number (see instructions)
▮▮▮▮4562

Substitute Form **1098**   (keep for your records)   Department of the Treasury - Internal Revenue Service