GIBBS & BRUNS LLP
Kathy D. Patrick, Esq. (admitted *pro hac vice*)
Robert J. Madden, Esq. (admitted *pro hac vice*)
1100 Louisiana, Suite 5300
Houston, TX 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903

-AND-

ROPES & GRAY LLP
Keith H. Wofford, Esq. (KW-2225)
D. Ross Martin, Esq. (DM-2947)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Attorneys for the Steering Committee Group of RMBS Holders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 |
|---|---|
| Residential Capital, LLC, *et al.* | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF MASSACHUSETTS )
                                :ss.:
COUNTY OF SUFFOLK                )

MEIR WEINBERG, being duly sworn, deposes and says:

1. I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in Massachusetts. I am not a party to this action.

39430162_1

2.      On Tuesday, November 12, 2013, I caused true and correct copies of the *Memorandum of the Steering Committee Group of RMBS Holders in Support of Plan Confirmation and in Reply to the Objection of the Notes Trustee and Ad Hoc Committee of Junior Secured Noteholders to Confirmation of Plan Proponents' Chapter 11 Plan* [Docket No. 5685], the *Declaration of Ralph R. Mabey* [Docket No. 5686], and the *Declaration of Nancy Mueller-Handal in Support of Plan Confirmation* [Docket No. 5688], which were filed by Ropes & Gray LLP on Tuesday, November 12, 2013, to be served upon those parties receiving an electronic notification via the CM/ECF System, and on those parties listed on the attached Exhibit A via e-mail.

3.      On Wednesday, November 13, 2013, I caused true and correct copies of the aforementioned pleadings to be served upon those parties listed on the attached Exhibit B via U.S. Mail.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: November 13, 2013

_____
Meir Weinberg

39430162_1

**EXHIBIT A**

andrea.hartley@akerman.com; susan.balaschak@akerman.com; dgolden@akingump.com; dzensky@akingump.com; aqureshi@akingump.com; pdublin@akingump.com; ralbanese@akingump.com; rajohnson@akingump.com; ccarty@akingump.com; djnewman@akingump.com; bnkatty@aldine.k12.tx.us; ecfmail@aclawllp.com; ken.coleman@allenovery.com; john.kibler@allenovery.com; jeff.brown@gmacfs.com; william.b.solomon@ally.com; kit.weitnauer@alston.com; marty.bunin@alston.com; william.hao@alston.com; bill.macurda@alston.com; john.stern@texasattorneygeneral.gov; petriea@ballardspahr.com; wallaces@ballardspahr.com; Schindlerwilliamss@ballardspahr.com; marriott@ballardspahr.com; Sarah.Stout@BNYMellon.com; Jennifer.Provenzano@BNYMellon.com; Mageshwaran.Ramasamy@BNYMellon.com; xrausloanops5@barclays.com; david.powlen@btlaw.com; bbeskanos@aol.com; davids@blbglaw.com; jonathanu@blbglaw.com; jai@blbglaw.com; schaedle@blankrome.com; tarr@blankrome.com; root@blankrome.com; courtney.lowman@ally.com; ryan.philp@bgllp.com; stan.chelney@bgllp.com; jhaake@wbsvlaw.com; swissnergross@brownrudnick.com; dfiveson@bffmlaw.com; jmhall@bffmlaw.com; gregory.petrick@cwt.com; ingrid.bagby@cwt.com; mark.ellenberg@cwt.com; dcaley@wongfleming.com; bankruptcy@clm.com; bobbie.theivakumaran@citi.com; maofiling@cgsh.com; tmoloney@cgsh.com; soneal@cgsh.com; jennifer.demarco@cliffordchance.com; adam.lesman@cliffordchance.com; jlaitman@cohenmilstein.com; clometti@cohenmilstein.com; meisenkraft@cohenmilstein.com; drehns@cohenmilstein.com; krehns@cohenmilstein.com; srosen@cbshealaw.com; mwarner@coleschotz.com; ra-li-ucts-bankrupt@state.pa.us; will.hoch@crowedunlevy.com; mgallagher@curtis.com; macohen@curtis.com; sreisman@curtis.com; hryder@daypitney.com; jjtancredi@daypitney.com; jwcohen@daypitney.com; glenn.siegel@dechert.com; hector.gonzalez@dechert.com; brian.greer@dechert.com; mauricio.espana@dechert.com; craig.druehl@dechert.com; rosa.mendez@db.com; Brendan.meyer@db.com; diem.home@gmail.com; gcatalanello@duanemorris.com; jvincequerra@duanemorris.com; broylesmk@rgcattys.com; tterrell@feinsuch.com; ppascuzzi@ffwplaw.com; dearly@fdic.gov; floressaucedopllc@gmail.com; tlallier@foleymansfield.com; kenton_hambrick@freddiemac.com; deggert@freebornpeters.com; tfawkes@freebornpeters.com; israel.david@friedfrank.com; gary.kaplan@friedfrank.com; kgiannelli@gibbonslaw.com; jberkowitz@gibbonslaw.com; calbanese@gibbonslaw.com; kpatrick@gibbsbruns.com; shumphries@gibbsbruns.com; kpatrick@gibbsbruns.com; DFeldman@gibsondunn.com; JWeisser@gibsondunn.com; theodore.w.tozer@hud.gov; gjarvis@gelaw.com; mpmorris@gelaw.com; delman@gelaw.com; brian@gmcnjlaw.com; bnoren@hinshawlaw.com; skraus@hinshawlaw.com; bnoren@hinshawlaw.com; ayala.hassell@hp.com; rnorton@hunton.com; rrich2@hunton.com; floraoropeza@co.imperial.ca.us; bankruptcy2@ironmountain.com; pgallagher@nassaucountyny.gov; ceblack@jonesday.com; cball@jonesday.com; rlwynne@jonesday.com; lemiller@jonesday.com; ceblack@jonesday.com; reriksen1@gmail.com; aglenn@kasowitz.com; mstein@kasowitz.com; dfliman@kasowitz.com; namamoo@kasowitz.com; kgcully@kgcully.com; kdwbankruptcydepartment@kelleydrye.com; eciolko@ktmc.com; dmoffa@ktmc.com; ecf@kaalaw.com; thadwilson@kslaw.com; ajowers@kslaw.com; pferdinands@kslaw.com; mstrauss@kmllp.com; bwalker@kmllp.com;

39430162_1

judson.brown@kirkland.com; richard.cieri@kirkland.com; ray.schrock@kirkland.com; richard.cieri@kirkland.com; stephen.hessler@kirkland.com; projectrodeo@kirkland.com; William.b.Solomon@ally.com; Timothy.Devine@ally.com; john.bellaver@ally.com; tklestadt@klestadt.com; jcorneau@klestadt.com; sdny@kmk-law.net; keckstein@kramerlevin.com; tmayer@kramerlevin.com; dmannal@kramerlevin.com; jtrachtman@kramerlevin.com; pbentley@kramerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com; jleibowitz@kandfllp.com; rescapinfo@kccllc.com; dlibra@lapplibra.com; james.heaney@lawdeb.com; sheehan@txschoollaw.com; Dcaponnetto@leopoldassociates.com; pmahony@leopoldassociates.com; austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@lgbs.com; choward@lockelord.com; wcurchack@loeb.com; vrubinstein@loeb.com; abehlmann@lowenstein.com; metkin@lowenstein.com; ilevee@lowenstein.com; adoshi@magnozzikye.com; susanp@taxcollector.com; kmarino@khmarino.com; jboyle@khmarino.com; lgordon@mvbalaw.com; pmoak@McKoolSmith.com; mcarney@mckoolsmith.com; knewman@menterlaw.com; mfriedman@meyner.com; guzzi@milbank.com; sdnyecf@dor.mo.gov; jgarrity@morganlewis.com; mkraut@morganlewis.com; pfleming@morganlewis.com; mmorganroth@morganrothlaw.com; jmorganroth@morganrothlaw.com; lberkoff@moritthock.com; Tammy.Hamzehpour@gmacrescap.com; Jill.horner@gmacrescap.com; Colette.wahl@gmacrescap.com; Deanna.horst@gmacrescap.com; William.thompson@gmacrescap.com; William.tyson@gmacrescap.com; Eileen.oles@gmacrescap.com; Lauren.delehey@gmacrescap.com; Julie.busch@gmacrescap.com; kathy.priore@gmacrescap.com; patty.zellmann@gmacrescap.com; lnashelsky@mofo.com; glee@mofo.com; lmarinuzzi@mofo.com; Ksadeghi@mofo.com; jmoldovan@morrisoncohen.com; bankruptcy@morrisoncohen.com; rdakis@morrisoncohen.com; gelfarb@mosskalish.com; seth.goldman@mto.com; Thomas.walper@mto.com; cmomjian@attorneygeneral.gov; almeyers@sjgov.org; enid.stuart@OAG.State.NY.US; joseph.cordaro@usdoj.gov; cristine.phillips@usdoj.gov; dwdykhouse@pbwt.com; bguiney@pbwt.com; Paul_Papas@mylegalhelpusa.com; ebcalvo@pbfcm.com; brandon.johnson@pillsburylaw.com; jmcmurtr@placer.ca.gov; dflanigan@polsinelli.com; jnagi@polsinelli.com; igoldstein@proskauer.com; srutsky@proskauer.com; jzajac@proskauer.com; danbrockett@quinnemanuel.com; daveburnett@quinnemanuel.com; jeremyandersen@quinnemanuel.com; jeremyandersen@quinnemanuel.com; ericwinston@quinnemanuel.com; susheelkirpalani@quinnemanuel.com; scottshelley@quinnemanuel.com; mrollin@rplaw.com; cwood@rgrdlaw.com; stevep@rgrdlaw.com; rbrown@robertbrownlaw.com; romero@mromerolawfirm.com; reriksen1@gmail.com; prubin@rubinlawllc.com; dsasser@siwpc.com; dhall@siwpc.com; aisenberg@saul.com; gschwab@saul.com; abrockway@saul.com; jglucksman@scarincihollenbeck.com; bdk@schlamstone.com; bbressler@schnader.com; rbarkasy@schnader.com; eboden@schnader.com; DBlumenthal@SchneiderMitola.com; adam.harris@srz.com; howard.godnick@srz.com; marguerite.gardiner@srz.com; michael.cutini@srz.com; secbankruptcy@sec.gov; bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV; bateman@sewkis.com; christensen@sewkis.com; patel@sewkis.com; hooper@sewkis.com; josselson@sewkis.com; cohen@sewkis.com; das@sewkis.com; binder@sewkis.com; kotwick@sewkis.com; alves@sewkis.com;

39430162_1

joel@shafeldlaw.com; taconrad@sbwlawfirm.com; fsosnick@shearman.com; sfennessey@shearman.com; pdatta@hhstein.com; amuller@stinson.com; whazeltine@sha-llc.com; msweeney@msgrb.com; tal@talcottfranklin.com; derek@talcottfranklin.com; jmiller@tcfbank.com; jteitelbaum@tblawllp.com; AGBankNewYork@ag.tn.gov; robert.major@bnymellon.com; Adam.Parkin@tdsecurities.com; Christopher.stevens@tdsecurities.com; rblmnf@aol.com; tmm@mullaw.org; themeyerslawfirm@gmail.com; kay.brock@co.travis.tx.us; mamta.scott@usbank.com; michelle.moeller@usbank.com; tanveer.ashraf@usbank.com; Glenn.Gillett@usdoj.gov; AskDOJ@usdoj.gov; Mark.Flannagan@umb.com; joseph.cordaro@usdoj.gov; cristine.phillips@usdoj.gov; james.byrnes@usbank.com; laura.moran@usbank.com; Tracy.Davis2@usdoj.gov; Linda.Riffkin@usdoj.gov; Brian.Masumoto@usdoj.gov; SBOYD@walterinvestment.com; mvaughan@wbsvlaw.com; dskeens@wbsvlaw.com; gary.holtzer@weil.com; kelly.j.rentz@wellsfargo.com; Sharon.Squillario@wellsfargo.com; mary.l.sohlberg@wellsfargo.com; kristi.garcia@wellsfargo.com; accesslegalservices@gmail.com; accesslegalservices@gmail.com; cshore@whitecase.com; isilverbrand@whitecase.com; dthatch@whitecase.com; hdenman@whitecase.com; mabrams@willkie.com; rchoi1@willkie.com; jhardy2@willkie.com; rmaney@wilmingtontrust.com; david.tillem@wilsonelser.com; dneier@winston.com; cschreiber@winston.com; jlawlor@wmd-law.com; pdefilippo@wmd-law.com; sfitzgerald@wmd-law.com; gbush@zuckerman.com; ncohen@zuckerman.com; lneish@zuckerman.com

# EXHIBIT B

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
Attn: US Attorney General, Eric H. Holder, Jr.

Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Attn: Nancy Lord, Esq.
Neal Mann, Esq.

Office of U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Attn: Joseph N. Cordaro
Attn: Cristine Irvin Phillips

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren Nashelskly, Esq.
Gary S. Lee, Esq.
Lorenzo Marinuzzi, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Ken Eckstein
Doug Mannal

39430162_1

Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn: Bobbie Theivakurnaran

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Ray C. Schrock
Richard M. Cieri

The Bank of New York Mellon
Asset Backed Securities Group
101 Barclay Street 4W
New York, NY 10286

U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: James S. Carr
Eric R. Wilson

Wells Fargo Bank, N.A.
P.O. Box 98
Columbia, MD 21046
Attn: Corporate Trust Services, GMACM Home Equity Notes 2004 Viable Funding Trust

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104

Internal Revenue Service
Insolvency Section
31 Hopkins Plz Rm 1150
Baltimore, MD 21201

39430162_1

Securities and Exchange Commission, New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
Attn: George S. Canellos, Regional Director

Clifford Chance US LLP
31 West 52nd St
New York, NY 10019
Attn: Jennifer C. DeMarco
Adam Lesman

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Sean A. O'Neal
Thomas J. Moloney

Kirkland & Ellis
601 Lexington Ave
New York, NY 10022
Attn: Richard M. Cieri

Loeb & Loeb LLP
345 Park Ave
New York, NY 10154
Attn: Walter H. Curchack
Vadim J. Rubinstein
Debra W. Minoff

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Gerard Uzzi

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Tammy Hamzehpour

Office of the US Attorney for the Southern District of NY
One St Andrews Plaza
New York, NY 10007
Attn: Preet Bharara

39430162_1

Securities & Exchange Commission
Secretary of the Treasury
100 F St NE
Washington, DC 20549

39430162_1