Pamela Z. Hill
6675 Wahl Road
Freeland, Washington 98249
Email: Pamela@WhidbeyViewHomes.com
Phone: 360-678-2095/360-320-2411
Mailing Address:
P.O. Box 665
Coupeville, WA 98239

Objection Date: October 14, 2013
Hearing Date:   November 15, 2013
Re-scheduled Omnibus Hearing Date

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                   )
                                         )   Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, *et al.*,      )   Chapter 11
                                         )   Jointly Administered
          Debtors.                       )
                                         )        PAMELA Z. HILL
                                         )    PETITION RE: DEBTORS'
                                         )     OMNIBUS OBJECTIONS

To:    Clerk of the Court
And to: Morrison & Foerster LLP
       Curtis, Mallet-Prevost, Colt & Mosle, LLP
       Basic Life Resources
       Courtesy copies (2) Chambers of Hon. Martin Glenn

COMES NOW Pamela Z. Hill, *pro se*, (hereinafter Hill) and having received and read Basic Life Resources response to Debtors' Objection (Document No. 5159 of September 20, 2013), confirmed true copy attached as Exhibit A for ready reference, and having been properly and fully notified;

To such extent as is necessary and proper, I approve of Basic Life's stated position regarding my unanswered claim and set it forth as if fully described herein.

FURTHER, having received no timely response of any nature whatsoever from Debtors or any of the above-named counsel to my application for alternative relief, to wit: extinguishment of the Note and Deed of Trust initially to Peoples' Bank as set forth throughout, I approve and join in Basic Life Resources pleadings to the effect that Debtors have failed in any manner whatsoever to respond to that aspect of my said Claim and therefore it should be granted and that relief requested so Ordered by this Court.

Pamela Z. Hill Petition Re: Debtors' 30th and 47th Omnibus Objections
Page 1

RECEIVED
NOV 12 2013
U.S. BANKRUPTCY COURT, SDNY

Further it is submitted that, whereas, without prejudice, I am willing to forego any payment as reimbursement for any sums paid on that questionable obligation prior to November 5, 2012, I believe and request acknowledgement of my entitlement to reimbursement for any and all sums paid to Debtors and their subsequent assignees, recognizing as they have detailed and acknowledged in their prior Response in my case in Debtors' Thirtieth Omnibus Hearing matters, all letters from me to that effect.

October 9, 2013

_____
Pamela Z. Hill, *pro se*

## PROPOSED ORDER

No Objection to Petitioner Pamela Z. Hill's Claim for relief from any obligation to Debtors and/or their further assigns has ever been filed and is therefore allowed.

It is so Ordered.

And it is Further Ordered: Debtors in such manner as is consistent with this Order shall promptly take steps to in effect to discharge Pamela Z. Hill from any further obligations to Debtors and/or their assigns, clearing title to said properties, and repaying such sums as Hill has paid under protest since November 5, 2012.

Dated: This 15th day of November 2013.

_____
Martin Glenn, Judge