**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
RESIDENTIAL CAPITAL, LLC, et al.,                                        : Case No. 12-12020 (MG)
                                                                         :
            Debtors.                                                     : Jointly Administered
                                                                         :
------------------------------------------------------------------------ x **Ref. Docket Nos. 5665 & 5668**
                                                                         :
RESIDENTIAL CAPITAL, LLC; et al.,                                        :
                                                                         :
            Plaintiffs,                                                  :
                                                                         :
      v.                                                                 :
                                                                         : Adv. Case No. 13-01343 (MG)
UMB BANK, N.A., IN ITS CAPACITY AS                                       :
INDENTURE TRUSTEE FOR THE 9.625%                                         :
JUNIOR SECURED GUARANTEED                                                :
NOTES, et al.,                                                           :
                                                                         :
            Defendants.                                                  :
------------------------------------------------------------------------ x **Ref. Docket Nos. 148 & 151**
                                                                         :
OFFICIAL COMMITTEE OF UNSECURED                                          :
CREDITORS, on behalf of the estates of the                               :
Debtors,                                                                 :
                                                                         :
            Plaintiffs,                                                  :
                                                                         : Adv. Pro. No. 13-01277 (MG)
      v.                                                                 :
                                                                         :
UMB BANK, N.A., AS SUCCESSOR                                             :
INDENTURE TRUSTEE UNDER THAT                                             :
CERTAIN INDENTURE, dated as of June 6,                                   :
2008, et al.,                                                            :
                                                                         :
            Defendants.                                                  :
------------------------------------------------------------------------ x **Ref. Docket Nos. 199 & 202**

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 12, 2013, I caused to be served the:

   a) "Notice of the Debtors' and Official Committee of Unsecured Creditors' Motion in Limine to Exclude the Expert Testimony of Judge Raymond T. Lyons at Trial," dated November 12, 2013, to which was attached the "Declaration of Norman C. Simon in Support of the Debtors' and Official Committee of Unsecured Creditors' Motion in Limine to Exclude the Expert Testimony of Judge Raymond T. Lyons at Trial," dated November 12, 2013 [Docket No. 5665 in Case No. 12-12020; Docket No. 148 in Adv. Proc. Case No. 13-01343 and Docket No. 199 in Adv. Proc. Case No. 13-01277], (the "Testimony Notice"),

   b) "The Debtors' and Official Committee of Unsecured Creditors' Motion in Limine to Exclude the Expert Testimony of Judge Raymond T. Lyons at Trial," dated November 12, 2013 [Docket No. 5668 in Case No. 12-12020; Docket No. 151 in Adv. Proc. Case No. 13-01343 and Docket No. 202 in Adv. Proc. Case No. 13-01277], (the "Testimony Motion"), and

   c) a customized "Slip Sheet" regarding various defendants, (the "Slip Sheet"),

   by causing true and correct copies of the:

   i. Testimony Notice and Testimony Motion, to be delivered via electronic mail to those parties listed on the annexed Exhibit A,

   ii. Testimony Notice and Testimony Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

   iii. Testimony Notice, Testimony Motion, and Slip Sheet, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
13th day of November, 2013

_____
Notary Public

Cassandra Murray
NOTARY PUBLIC STATE OF NEW YORK
No 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2014

-3-

T:\Clients\Rescap\Affidavits\Adv Proc 13-01343 & 13-01277 - Testimony Notice & Testimony Motion_DI 5665 & 5668, DI 148 & 151 in 13-01343 & 199 & 202 in 13-01277_AFF_11-12-13_SS.doc

# EXHIBIT A

**GENERAL EMAIL LIST**

accesslegalservices@gmail.com
adam.parkin@tdsecurities.com
aglenn@kasowitz.com
almoskowitz@winston.com
ayala.hassell@hp.com
bankruptcy@morrisoncohen.com
bateman@sewkis.com
bbressler@schnader.com
bdeutsch@schnader.com
bguiney@pbwt.com
bill.macurda@alston.com
brandon.johnson@pillsburylaw.com
brian.greer@dechert.com
catherine_lasher@fanniemae.com
cball@jonesday.com
ceblack@jonesday.com
christopher.stevens@tdsecurities.com
clometti@cohenmilstein.com
courtney.lowman@ally.com
cschreiber@winston.com
das@sewkis.com
dflanigan@polsinelli.com
dfliman@kasowitz.com
dneier@winston.com
drehns@cohenmilstein.com
dskeens@wbsvlaw.com
dwdykhouse@pbwt.com
dwollmuth@wmd-law.com
ebcalvo@pbfcm.com
ecf@kaalaw.com
echou@coleschotz.com
eciolko@ktmc.com
rmaney@wilmingtontrust.com
fsosnick@shearman.com
glenn.gillett@usdoj.gov
glenn.siegel@dechert.com
gregory.petrick@cwt.com
guzzi@whitecase.com
hector.gonzalez@dechert.com
ilevee@lowenstein.com
ingrid.bagby@cwt.com
jcorneau@klestadt.com

jeff.brown@gmacfs.com
jennifer.provenzano@bnymellon.com
jgarrity@morganlewis.com
jhaake@wbsvlaw.com
jlaitman@cohenmilstein.com
jmiller@tcfbank.com
jmoldovan@morrisoncohen.com
jnagi@polsinelli.com
john.stern@texasattorneygeneral.gov
jwilliams@wilmingtontrust.com
jzajac@proskauer.com
kathryn.thorpe@tdsecurities.com
keith.wofford@ropesgray.com
kelly.j.rentz@wellsfargo.com
kenton_hambrick@freddiemac.com
kit.weitnauer@alston.com
kpatrick@gibbsbruns.com
krehns@cohenmilstein.com
lemiller@jonesday.com
mageshwaran.ramasamy@bnymellon.com
mamta.scott@usbank.com
mark.ellenberg@cwt.com
marty.bunin@alston.com
mauricio.espana@dechert.com
mcarney@mckoolsmith.com
meisenkraft@cohenmilstein.com
metkin@lowenstein.com
michael.spataro@bnymellon.com
michelle.moeller@usbank.com
mkraut@morganlewis.com
mrollin@rplaw.com
mstein@kasowitz.com
mvaughan@wbsvlaw.com
mwarner@coleschotz.com
namamoo@kasowitz.com
nichlaus.m.ross@wellsfargo.com
patrick.kerner@barclays.com
paul_mullings@freddiemac.com
pfleming@morganlewis.com
pmoak@mckoolsmith.com
rbarkasy@schnader.com
rlwynne@jonesday.com
rosa.mendez@db.com

ross.martin@ropesgray.com
sarah.stout@bnymellon.com
scottshelley@quinnemanuel.com
seth.goldman@mto.com
sfennessey@shearman.com
sharon.squillario@wellsfargo.com
sheehan@txschoollaw.com
shumphries@gibbsbruns.com
srutsky@proskauer.com
stevep@rgrdlaw.com
susan.khokher@tdsecurities.com
susheelkirpalani@quinnemanuel.com
tal@talcottfranklin.com
tanveer.ashraf@usbank.com
theodore.w.tozer@hud.gov
thomas.walper@mto.com
tklestadt@klestadt.com
tlallier@foleymansfield.com
william.hao@alston.com
xrausloanops5@barclays.com
pdefilippo@wmd-law.com
sfitzgerald@wmd-law.com
jlawlor@wmd-law.com
jglucksman@scarincihollenbeck.com
david.powlen@btlaw.com
diane.sanders@lgbs.com
lberkoff@moritthock.com
will.hoch@crowedunlevy.com
cwood@rgrdlaw.com
abehlmann@lowenstein.com
davids@blbglaw.com
jonathanu@blbglaw.com
matthewj@blbglaw.com
jai@blbglaw.com
pferdinands@kslaw.com
ajowers@kslaw.com
thadwilson@kslaw.com
gbush@zuckerman.com
ncohen@zuckerman.com
lneish@zuckerman.com
cmomjian@attorneygeneral.gov
chris@myfaircredit.com
david.tillem@wilsonelser.com

tfawkes@freebornpeters.com
deggert@freebornpeters.com
taconrad@sbwlawfirm.com
dstichesq@gmail.com
joel@shafeldlaw.com
jberkowitz@gibbonslaw.com
kgiannelli@gibbonslaw.com
kristi.garcia@wellsfargo.com
mkbroyles@feinsuchcrane.com
rrich2@hunton.com
derek@talcottfranklin.com
bankruptcy@clm.com
mdyer@aclawllp.com
victoria.safran@ag.ny.gov
romero@mromerolawfirm.com
jteitelbaum@tblawllp.com
bankruptcy2@ironmountain.com
adoshi@magnozzikye.com
sdnyecf@dor.mo.gov
ggraber@hodgsonruss.com
adam.harris@srz.com
howard.godnick@srz.com
marguerite.gardiner@srz.com
michael.cutini@srz.com
dmoffa@ktmc.com
tziegler@ktmc.com
harrisj12@michigan.gov
kay.brock@co.travis.tx.us
bnkatty@aldine.k12.tx.us
binder@sewkis.com
rbrown@robertbrownlaw.com
choward@lockelord.com
andrea.hartley@akerman.com
susan.balaschak@akerman.com
hadi.khatib@akerman.com
ronald.rowland@rms-iqor.com
houston_bankruptcy@lgbs.com
jleibowitz@kandfllp.com
dcaley@wongfleming.com
ken.coleman@allenovery.com
john.kibler@allenovery.com
lee.gordon@mvbalaw.com
bdk@schlamstone.com

| | |
|---|---|
| ppascuzzi@ffwplaw.com | isilverbrand@whitecase.com |
| gary.holtzer@weil.com | macohen@curtis.com |
| mknitter@co.monroe.pa.us | mgallagher@curtis.com |
| ksheehan@flwlaw.com | sreisman@curtis.com |
| mabrams@wilkie.com | tfoundy@curtis.com |
| rchoi1@wilkie.com | kelvin.vargas@db.com |
| jhardy2@wilkie.com | george.rayzis@usbank.com |
| rschug@nka.com | irina.palchuk@usbank.com |
| tterrell@feinsuch.com | dgolden@akingump.com |
| mark.flannagan@umb.com | ecfmail@aclawllp.com |
| sleopold@leopoldassociates.com | bbeskanos@aol.com |
| jjtancredi@daypitney.com | ra-li-ucts-bankrupt@state.pa.us |
| jwcohen@daypitney.com | diem.home@gmail.com |
| hkryder@daypitney.com | gcatalanello@duanemorris.com |
| tarr@blankrome.com | dearly@fdic.gov |
| root@blankrome.com | floressaucedopllc@gmail.com |
| mschaedle@blankrome.com | brian@gmcnjlaw.com |
| njacobs@jacobslawpc.com | floraoropeza@co.imperial.ca.us |
| jgelman@jacobslawpc.com | mstrauss@kmllp.com |
| arosen@jacobslawpc.com | dlibra@lapplibra.com |
| pdatta@hhstein.com | susanp@taxcollector.com |
| james.heaney@lawdeb.com | mmorganroth@morganrothlaw.com |
| christensen@sewkis.com | almeyers@sjgov.org |
| patel@sewkis.com | paul_papas@mylegalhelpusa.com |
| deborah@ladyesq.net | jmcmurtr@placer.ca.gov |
| schindlerwilliamss@ballardspahr.com | igoldstein@proskauer.com |
| james.byrnes@usbank.com | jeremyandersen@quinnemanuel.com |
| laura.moran@usbank.com | dsasser@siwpc.com |
| alves@sewkis.com | dhall@siwpc.com |
| kotwick@sewkis.com | whazeltine@sha-llc.com |
| eboden@schnader.com | agbanknewyork@ag.tn.gov |
| kmarino@khmarino.com | jvincequerra@duanemorris.com |
| jboyle@khmarino.com | mpmorris@gelaw.com |
| hooper@sewkis.com | bwalker@kmllp.com |
| josselson@sewkis.com | jmorganroth@morganrothlaw.com |
| richard@rsaxlaw.com | daveburnett@quinnemanuel.com |
| jjonas@brownrudnick.com | ericwinston@quinnemanuel.com |
| jcoffey@brownrudnick.com | delman@gelaw.com |
| jdmarshall@brownrudnick.com | srosen@cb-shea.com |
| swissnergross@brownrudnick.com | calbanese@gibbonslaw.com |
| jkatz@katz-law.com | themeyerslawfirm@gmail.com |
| pmahony@leopoldassociates.com | gjarvis@gelaw.com |
| cshore@whitecase.com | kgcully@kgcully.com |

dfeldman@gibsondunn.com
jweisser@gibsondunn.com
israel.david@friedfrank.com
gary.kaplan@friedfrank.com
pdublin@akingump.com
ralbanese@akingump.com
gelfarb@mosskalish.com
tmm@mullaw.org
cristine.phillips@usdoj.gov
dblumenthal@schneidermitola.com
petriea@ballardspahr.com
wallaces@ballardspahr.com
dfiveson@bffmlaw.com
jmhall@bffmlaw.com
marriott@ballardspahr.com
rblmnf@aol.com
lrobbins@robbinsrussell.com
alavinbuk@robbinsrussell.com
mmadden@robbinsrussell.com
reriksen1@gmail.com

**SPECIAL EMAIL LIST**
askdoj@usdoj.gov
bmyrick@sidley.com
bobbie.theivakumaran@citi.com
brian.masumoto@usdoj.gov
dmannal@kramerlevin.com
glee@mofo.com
jboelter@sidley.com
john.bellaver@ally.com
joseph.cordaro@usdoj.gov
kdwbankruptcydepartment@kelleydrye.com
keckstein@kramerlevin.com
linda.riffkin@usdoj.gov
lmarinuzzi@mofo.com
lnashelsky@mofo.com
lnyhan@sidley.com
marie.l.cerchero@irs.gov
nancy.lord@oag.state.ny.us
nyrobankruptcy@sec.gov
nikolay.kodes@skadden.com
projectrodeo@kirkland.com

ray.schrock@kirkland.com
richard.cieri@kirkland.com
secbankruptcy@sec.gov
stephen.hessler@kirkland.com
timothy.devine@ally.com
tmayer@kramerlevin.com
tracy.davis2@usdoj.gov
william.b.solomon@ally.com
jtrachtman@kramerlevin.com
pbentley@kramerlevin.com
szide@kramerlevin.com
guzzi@milbank.com
tammy.hamzehpour@gmacrescap.com
diane.citron@ally.com
enid.stuart@oag.state.ny.us
bankruptcynoticeschr@sec.gov
hseife@chadbourne.com
dlemay@chadbourne.com
rgayda@chadbourne.com
mroitman@chadbourne.com
jennifer.demarco@cliffordchance.com
adam.lesman@cliffordchance.com
peter_mcgonigle@fanniemae.com
ksadeghi@mofo.com
maofiling@cgsh.com
tmoloney@cgsh.com
soneal@cgsh.com
rescapinfo@kccllc.com
wcurchack@loeb.com
vrubinstein@loeb.com
dminoff@loeb.com
jill.horner@gmacrescap.com
colette.wahl@gmacrescap.com
deanna.horst@gmacrescap.com
william.thompson@gmacrescap.com
william.tyson@gmacrescap.com
eileen.oles@gmacrescap.com
lauren.delehey@gmacrescap.com
julie.busch@gmacrescap.com
patty.zellmann@ally.com
dbessner@kramerlevin.com
rfeinstein@pszjlaw.com
filings@spallp.com

sengelhardt@mofo.com
mbove@pszjlaw.com
jmorris@pszjlaw.com
ghorowitz@kramerlevin.com
tgoren@mofo.com

### ADV. CASE NO. 13-01343 EMAIL LIST

sreisman@curtis.com
jcarr@kelleydrye.com
eschaffer@reedsmith.com

### ADV. CASE NO. 13-01277 EMAIL LIST

sreisman@curtis.com
bcarney@akingump.com
djnewman@akingump.com
aqureshi@akingump.com
skam@reedsmith.com
eschaffer@reedsmith.com
jcarr@kelleydrye.com

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| CHADBOURNE & PARKE LLP | HOWARD SEIFE, DAVID M. LEMAY, ROBERT J. GAYDA AND MARC B. ROITMAN, ESQS. COUNSEL FOR THE EXAMINER 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO WILMINGTON TRUST NATIONAL ASSOCIATION ATTN: THOMAS J. MOLONEY AND SEAN A. O'NEAL, ESQS ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLIFFORD CHANCE US LLP | COUNSEL TO OCWEN LOAN SERVICING, LLC ATTN: JENNIFER C. DEMARCO AND ADAM LESMAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FANNIE MAE | ATTN PETER MCGONINGLE 1835 WEST MARKET ST., STE 2300 NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK & STEPEHEN HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL & JEFFREY TRACHTMAN & G. HOROWITZ, ESQS. 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | P JOE MORROW 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| LOEB & LOEB LLP | COUNSEL TO WILMINGTON TRUST, N.A. ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN & DEBRA W. MINOFF 345 PARK AVENUE NEW YORK NY 10154 |
| MILBANK, TWEED, HADLEY & MCCLOY, LLP | COUNSEL TO AD HOC GROUP OF JR SECURED NOTEHOLDERS ATTN: GERARD UZZI 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE, LORENZO MARINUZZI KAYVAN B. SADEGHI & TAMMY HAMZEHPOUR, S. ENGELHARDT AND T. GOREN ESQS. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | NANCY LORD & ENID M. STUART THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: ROBERG J. FEINSTEIN, J. MORRIS & M. BOVE 780 THIRD AVENUE 36TH FLOOR NEW YORK NY 10017-2024 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| SILVERMANACAMPORA LLP | ATTN: RONALD J. FRIEDMAN 100 JERICHO QUADRANGLE SUITE 300 JERICHO NY 11753 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO U.S. FEDERAL OFFICE BUILDING 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES - GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |

**Total Creditor count  29**

# **ADV. PROC. NO. 13-01347 SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| DOA HOLDING PROPERTIES, LLC ET AL. | 8400 NORMANDALE LAKE BLVD. SUITE 350 MINNEAPOLIS MN 55437 |
| ERIC A SCHAFFER | REED SMITH LLP REED SMITH CENTRE 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| ETS OF VIRGINIA, INC. | 3900 WESTERRE PARKWAY SUITE 300 RICHMOND VA 23233 |
| EXECUTIVE TRUSTEE SERVICES, LLC | 2255 N. ONTARIO STREET SUITE 400 BURBANK CA 91504 |
| GMAC MORTGAGE, LLC ET AL. | 1100 VIRGINIA DRIVE FORT WASHINGTON PA 19034 |
| GMAC RESIDENTIAL HOLDING CO., LLC ET AL. | C/O WILMINGTON TRUST SP SRVS. (NEVADA) 3993 HOWARD HUGHES PARKWAY SUITE 250 LAS VEGAS NV 89169 |
| J. CHRISTOPHER SHORE | WHITE & CASE LLP 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| RESIDENTIAL CAPITAL, LLC | 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| STEVEN J. REISMAN | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP 101 PARK AVENUE NEW YORK NY 10178 |

**Total Creditor count  9**

# **ADV. PROC. NO. 13-01277 SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| BRIAN THOMAS CARNEY, DEBORAH NEWMAN | ABID QURESHI AKIN GUMP STRAUSS HAUER & FELD LLP ONE BRYANT PARK NEW YORK NY 10036 |
| DOA HOLDING PROPERTIES, LLC ET AL | 8400 NORMANDALE LAKE BLVD. SUITE 350 MINNEAPOLIS MN 55437 |
| ERIC A SCHAFFER | REED SMITH LLP REED SMITH CENTRE 225 FIFTH AVENUE PITTSBURGH PA 15222 |
| ETS OF VIRGINIA, INC. | 3900 WESTERRE PARKWAY SUITE 300 RICHMOND VA 23233 |
| ETS OF WASHINGTON, INC. | 800 BELLEVUE WAY, NE SUITE 420 BELLEVUE WA 98004 |
| EXECUTIVE TRUSTEE SERVICES, LLC | 2255 N. ONTARIO STREET SUITE 400 BURBANK CA 91504 |
| GMAC MORTGAGE USA CORPORATION, ET AL | 1100 VIRGINIA DRIVE FORT WASHINGTON PA 19034 |
| GMAC RESIDENTIAL HOLDING CO., LLC, ET AL | C/O WILMINGTON TRUST SP SRVS. (NEVADA) 3993 HOWARD HUGHES PARKWAY SUITE 250 LAS VEGAS NV 89169 |
| J. CHRISTOPHER SHORE | WHITE & CASE LLP 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| SARAH K. KAM | REED SMITH LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| STEVEN J. REISMAN | CURTIS, MALLET-PREVOST, COLT & MOSLE LLP 101 PARK AVENUE NEW YORK NY 10178 |

**Total Creditor count  11**

# EXHIBIT C

DOA HOLDING PROPERTIES, LLC ET AL
8400 NORMANDALE LAKE BLVD.
SUITE 350
MINNEAPOLIS MN 55437

GMAC MORTGAGE USA CORPORATION, ET AL
1100 VIRGINIA DRIVE
FORT WASHINGTON PA 19034

GMAC RESIDENTIAL HOLDING COMPANY, LLC, ET AL
C/O WILMINGTON TRUST SP SRVS. (NEVADA)
3993 HOWARD HUGHES PARKWAY
SUITE 250
LAS VEGAS NV 89169