## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that, on or about November 11, 2013, I caused the preceding "**Motion for Continuance of Hearing Regarding Debtors' Objections to The Estate's Proof of Claim**" to be served via hand and/or overnight mail, postage pre-paid on the following:

### Judge's Chambers

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Attn: Honorable Martin Glenn
One Bowling Green
Courtroom 501
New York, New York 10004

### Attorneys for Debtors

MORRISON & FOERSTER, LLP
Attn: Gary S. Lee, Esq., Norman S. Rosenbaum, Esq. & Jordan A. Wishnew, Esq.
1290 Avenue of the Americas
New York, New York 10036

### Attorneys for Official Committee of Unsecured Creditors

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
Attn: Kenneth H. Eckstein, Esq. & Douglas H. Mannal, Esq.
1117 Avenue of the Americas
New York, New York 10036

Respectfully submitted,

_____
**KAREN MITCHELL-SMITH**
41 Rosedale Trace
Hampton, Georgia 30228
703-568-8124
**Administratrix Appearing Pro Se**

Date:    November 8, 2013