10/30/2013  13:08   7705072980         MAIL AND MORE                    PAGE  04/06

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that, on or about September 21, 2013, I caused the preceding "Motion for Extension of Time to File Creditor's Objection to Debtors' Twenty-Sixth Omnibus Objections to Claims and Motion for Continuance of Hearing Thereof" to be served via hand and/or overnight mail, postage pre-paid on the following:

### Judge's Chambers

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Attn: Honorable Martin Glenn
One Bowling Green
Courtroom 501
New York, New York 10004

### Attorneys for Debtors

MORRISON & FOERSTER, LLP
Attn: Gary S. Lee, Esq., Norman S. Rosenbaum, Esq. & Jordan A. Wishnew, Esq.
1290 Avenue of the Americas
New York, New York 10036

### Attorneys for Official Committee of Unsecured Creditors

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
Attn: Kenneth H. Eckstein, Esq. & Douglas H. Mannal, Esq.
1117 Avenue of the Americas
New York, New York 10036

Respectfully submitted,

*KAREN MITCHELL-SMITH*
KAREN MITCHELL-SMITH
41 Rosedale Trace
Hampton, Georgia 30228
703-568-8124
**Administratrix Appearing Pro Se**

Date:    September 21, 2013