12-12020-mg   Doc 5465   Filed 10/23/13   Entered 10/23/13 18:48:44   Main Document   Pg 1 of 5

**Hearing Date and Time: November 15, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF CHANGE OF OMNIBUS HEARING DATE**

**PLEASE TAKE NOTICE** that the omnibus hearing originally scheduled for November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time) has been changed to **November 15, 2013 at 10:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the following matters, previously scheduled to be heard on November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time), have at the direction of the Bankruptcy Court been rescheduled to be heard on **November 15, 2013 at 10:00 a.m. (Prevailing Eastern Time)**:

- Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1357];

ny-1114298

12-12020-mg    Doc 5739-4    Filed 11/13/13    Entered 11/13/13 16:10:57    Exhibit
Notice of Change of Omnibus Hearing Date    Pg 2 of 6

12-12020-mg    Doc 5465    Filed 10/23/13    Entered 10/23/13 18:48:44    Main Document
Pg 2 of 5

- Debtors' Application for an Order Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Debtors to Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1426];

- Debtors' Application Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain Hudson Cook, LLP as Special Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1427];

- Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2401];

- Plaintiffs' [New Jersey Carpenters Health Fund, *et al.*] Motion for Order Certifying Class for Purposes of Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 3480];

- Derrius Silmon's Motion for Relief from Stay [Docket No. 3585];

- Motion of Winland and Irma Elizabeth Smith for Relief from Stay [Docket No. 4615];

- Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing Related Agreements with Impac Funding Corporation and Impac Mortgage Holdings, Inc. [Docket No. 4744];

- Lilia Medrano's Motion to Dismiss Foreclosure with Prejudice for Fraud on the Court [Docket No. 5098];

- Order to Show Cause Why *Pro Hac Vice* Admission of Wendy Alison Nora Should Not Be Revoked [Docket No. 5330];

- Debtors' Objection to Proof of Claim # 2781 of Syncora Guarantee Inc. [Docket No. 4632];

- Debtors' Objection to Second Amended Proof of Claim #7170 Amending Proof of Claim #2781 of Syncora Guarantee Inc. [Docket No. 5115];

- Debtors' Objection to Proofs of Claim Filed by Shane M. Haffey Against Residential Capital, LLC (Claim Nos. 2582 and 4402) Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 4838];

- Debtors' Combined Objection to Proofs of Claim Filed by Sidney T. Lewis and Yvonne D. Lewis [Docket No. 5026];

ny-1114298                                     2

- Debtor's' Objection to Proof of Claim Filed by Claim Filed by Corla Jackson (Claim No. 4443) [Docket No. 5100];

- Debtors' Objection to Proof of Claim No. 3835 Filed by Becky Spence [Docket No. 5105];

- Debtors' Objection to the West Virginia Investment Management Board's Proof of Claim (Claim No. 3818) [Docket No. 5116];

- Debtors' Combined Objection to Proofs of Claim Nos. 1 and 440 Filed by Wendy Alison Nora Against Residential Capital, LLC and Residential Funding Company LLC Pursuant to Bankruptcy Code Section 502(b) and Bankruptcy Rule 3007 [Docket No. 5153];

- Debtors' Objection to Proofs of Claim Filed Against Residential Capital, LLC by (I) Ruth Assorgi (Claim No. 2580); (II) John R. Foster and Elizabeth Foster (Claim No 2582) and (III) Mark Moody and Sherrill Moody (Claim No. 2583) Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 5163];

- Motion of Anthony L. Davide for Rehearing on Claim Objection to the Reclassification of Claim from Secured to Unsecured [Docket No. 5236];

- Debtors' First Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 3573] (solely with respect to the claim filed by Kroll Ontrack);

- Debtors' Eleventh Omnibus Objection to Claims (Misclassified Claims) [Docket No. 4145] (solely with respect to the claim filed by B Fischer Construction);

- Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4158] (solely with respect to the claim filed by Sonya Anthony Curry);


- Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4734] (solely with respect to the claims filed by Mary Lynn Weber and the Estate of Felecia Victoria Mitchell);

- Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 4887] (solely with respect to the claims filed by Gwendell L. Philpot, James C. and Judith A. Winkler and M. Francine Modderno);

- Debtors' Thirty-Fourth Omnibus Objection to Claims (No Liability- Employee Claims) [Docket No. 5108];

- Notice of Debtors' Thirty-Fifth Omnibus Objection to Claims (No Liability- Assigned Contract Claims) [Docket No. 5137];

ny-1114298                                                    3

12-12020-mg    Doc 5739-4    Filed 11/13/13    Entered 11/13/13 16:10:57    Exhibit
Notice of Change of Omnibus Hearing Date    Pg 4 of 6

12-12020-mg    Doc 5465    Filed 10/23/13    Entered 10/23/13 18:48:44    Main Document
Pg 4 of 5

- Debtors' Thirty-Sixth Omnibus Objection to Claims (Misclassified and Wrong Debtor Borrower Claims) [Docket No. 5138];

- Debtors' Thirty-Seventh Omnibus Objection to Claims (Misclassified and Wrong Debtor Borrower Claims) [Docket No. 5139];

- Debtors' Thirty-Eighth Omnibus Objection to Claims (Wrong Debtor Borrower Claims) [Docket No. 5140];

- Debtors' Thirty-Ninth Omnibus Objection to Claims (Wrong Debtor Borrower Claims) [Docket No. 5141];

- Debtors' Fortieth Omnibus Objection to Claims (No Liability - Non-Debtor and Amended and Superseded Claims) [Docket No. 5142];

- Debtors' Forty-First Omnibus Objection to Claims (Duplicate and Amended and Superseded Borrower Claims) [Docket No. 5144];

- Debtors' Forty-Second Omnibus Objection to Claims (Reduce and Allow Borrower Claims) [Docket No. 5150];

- Debtors' Forty-Third Omnibus Objection to Claims (Insufficient Documentation) [Docket No. 5151];

- Debtors' Forty-Fourth Omnibus Objection to Claims ((A) Late-Filed Claims; (B) Duplicate Claims; (C) Redesignate and Allow Claims; (D) Reduce and Allow Claims; (E) Redesignate, Reduce and Allow Claims; (F) Reclassify, Reduce and Allow Claims; and (G) Redesignate Claims) [Docket No. 5152];

- Debtors' Forty-Fifth Omnibus Objection to Claims (No Liability - Property Tax Claims) [Docket No. 5157];

- Debtors' Forty-Sixth Omnibus Objection to Claims (Insufficient Documentation / Servicing/Duplicative Claims) [Docket No. 5158];

- Debtors' Forty-Seventh Omnibus Objection to Claims (No Liability Claims - Books and Records) [Docket No. 5159];

- Debtors' Forty-Eighth Omnibus Objection to Claims (Borrower Insufficient Documentation and No Liability Books and Records Claims) [Docket No. 5160];

- Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5161];

- Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5162];

12-12020-mg    Doc 5739-4    Filed 11/13/13    Entered 11/13/13 16:10:57    Exhibit
Notice of Change of Omnibus Hearing Date    Pg 5 of 6

12-12020-mg    Doc 5465    Filed 10/23/13    Entered 10/23/13 18:48:44    Main Document
Pg 5 of 5

- *Universal Restoration Services, Inc. v. GMAC Mortgage, LLC* (Adv. Proc. No. 13-01278):
    - Pre-Trial Conference; and
    - Defendant's Motion to Dismiss Plaintiff's Adversary Complaint [Docket No. 9].

**PLEASE TAKE FURTHER NOTICE** that the *Debtors' Thirteenth Omnibus Objection to Claims (No Liability – Books and Records Tax Claims)* [Docket No. 4147] solely with respect to the claims filed by Butte County Tax Collector and Rose Plympton, Treasurer in and for the County of Elmore, Idaho, previously scheduled to be heard on November 7, 2013, has been resolved. No hearing is required.

Dated: October 23, 2013
New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

Residential Capital, LLC
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

PRF 61688*** 5724          000036

Estate of Felecia Victoria Mitchell
a/k/a Phyllis Victoria Mitchell
c/o Karen A Mitchell-Smith Temporary Administratrix
41 Rosedale Trace
Hampton GA 30228-2782