Richard L. Wynne
Howard F. Sidman
JONES DAY
222 East 41st Street
New York, NY 10017.6702
Telephone: (212) 326-3939
Facsimile:  (212) 755-7306

*Attorneys for Creditor*
*Financial Guaranty Insurance Company*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
                                                        )
In re:                                                  )   Case No. 12-12020 (MG)
                                                        )
RESIDENTIAL CAPITAL, LLC, et al.,                       )   Chapter 11
                                                        )
        Debtors.                                        )   Jointly Administered
                                                        )
                                                        )
------------------------------------------------------- x

**FINANCIAL GUARANTY INSURANCE COMPANY'S DESIGNATIONS
OF DEPOSITION TESTIMONY**

Pursuant to Rule 32 of the Federal Rules of Civil Procedure, as made applicable by Rule 7032 of the Federal Rules of Bankruptcy Procedure, Financial Guaranty Insurance Company ("FGIC"), by and through their undersigned counsel, hereby submits designations of deposition testimony in connection with the Court's hearing to confirm the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors.

FGIC reserves the right to designate or cross-designate additional portions of deposition transcripts and use only selected portions of deposition designations and counter-designations.

**WITNESS: Raymond T. Lyons (dated November 11, 2013)**

Page 42, Line 16 through Page 43, Line 19

Page 44, Line 2 through Page 45, Line 6

Page 45, Line 8 through Page 45, Line 12

Page 45, Line 17 through Page 46, Line 17

Page 46, Line 20

Page 47, Line 2 through Page 47, Line 7

Page 47, Line 9 through Page 48, Line 22

Page 49, Line 5 through Page 50, Line 16

Page 50, Line 22 through Page 50, Line 25

Page 51, Line 4 through Page 52, Line 2

Page 52, Line 4 through Page 52, Line 19

Page 83, Line 12 through Page 83, Line 16

Page 83, Line 18 through Page 83, Line 20

Page 84, Line 14 through Page 85, Line 19

Page 85, Line 21 through Page 86, Line 2

Page 86, Line 4 through Page 87, Line 8

Page 87, Line 10 through Page 87, Line 14

Page 87, Line 16 through Page 87, Line 25

Page 88, Line 3 through Page 88, Line 13

Page 88, Line 19 through Page 89, Line 11

Page 89, Line 13 through Page 89, Line 18

Page 89, Line 21 through Page 93, Line 12

Page 93, Line 14 through Page 95, Line 14

Page 95, Line 16 through Page 95, Line 18

Page 98, Line 6 through Page 99, Line 5

Page 99, Line 10 through Page 100, Line 8

Page 102, Line 23 through Page 105, Line 25

Page 418, Line 2 through Page 418, Line 22

Page 418, Line 25 through Page 419, Line 17

Page 420, Line 2 through Page 420, Line 5

Dated: November 13, 2013

        */s/ Richard L. Wynne*
Richard L. Wynne
Howard F. Sidman
JONES DAY
222 East 41st Street
New York, NY 10017.6702
Telephone: (212) 326-3939
Facsimile:  (212) 755-7306

*Attorneys for Creditor*
*Financial Guaranty Insurance Company*