Hearing Date and Time: December 11, 2013 at 10:00 a.m. (Prevailing Eastern Time)
Response Deadline: November 22, 2013 at 4:00 p.m. (Prevailing Eastern Time)

**CURTIS, MALLET-PREVOST,
COLT & MOSLE, LLP**
101 Park Avenue
New York, NY 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
Steven J. Reisman
Michael A. Cohen
Maryann Gallagher

*Conflicts Counsel for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'
FORTY-THIRD OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT
DOCUMENTATION) IN RESEPCT OF CITIMORTGAGE, INC. (CLAIM NO. 5360)
TO DECEMBER 11, 2013 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Forty-Third Omnibus Objection to Claims (Insufficient Documentation)* [Docket No. 5151] (the "Forty-Third Omnibus Claims Objection") as it relates to the proof of claim filed by CitiMortgage, Inc. (Claim No. 5360), previously scheduled to be heard on November 15, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **December 11, 2013 at 10:00 p.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room

501, New York, New York 10004.  CitiMortgage, Inc. has until **November 22, 2013 at 4:00 p.m. (Prevailing Eastern Time)** to respond to the Forty-Third Omnibus Claims Objection with respect to Claim No 5360.

Dated: November 14, 2013
       New York, New York

/s/ *Steven J. Reisman*
Steven J. Reisman
Michael A. Cohen
Maryann Gallagher
**CURTIS, MALLET-PREVOST,
COLT & MOSLE, LLP**
101 Park Avenue
New York, NY 10104
Telephone:  (212) 696-6000
Facsimile:  (212) 697-1559

*Conflicts Counsel for the Debtors
and Debtors in Possession*