**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| RESIDENTIAL CAPITAL, LLC., et. al., | ) Case No. 12-12020 (MG) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## AFFIDAVIT OF SERVICE

I, Robert Orren, depose and state as follows:

I am over 18 years of age, and I am employed by Kirkland & Ellis, LLP, located at 601 Lexington Avenue, New York, NY 10022.

On November 13, 2013, I caused the below documents to be served via electronic mail and first class mail on the list attached hereto as **Exhibit A**:

- *Ally Financial Inc.'s and Ally Bank's Reply in Support of Confirmation of the Joint Chapter 11 Plan Proposed by Residential Capital, LLC and the Official Committee of Unsecured Creditors* [Docket No. 5694]

- *Direct Testimony of Michael A. Carpenter* [Docket No. 5695]

- *Direct Testimony of James N. Young* [Docket No. 5696]

- *Direct Testimony of Martin Blumentritt* [Docket No. 5698]

I declare, under penalty of perjury under the laws of the United States of America that the above is true and correct.

Dated: November 14, 2013          /s/ Robert Orren
      New York, New York          Robert Orren

State of New York    )
                 ) ss.
County of New York  )

Subscribed and sworn to before me on November 14, 2013.

_____
Notary Public

BETH FRIEDMAN LURIE
NOTARY PUBLIC, State of New York
No. 4783035
Qualified in Nassau County
Commission Expires Sept. 30, 2017

## EXHIBIT A

AIG Asset Management US LLC
80 Pine St.
New York, NY 10038
Attn.: Russell Lipman

Leopold & Associates PLLC
80 Business Park Dr., Suite 110
Armonk, NY 10504
Attn.: Saul Leopold

Akerman Senterfitt LLP
One Southeast Third Ave., 25th Floor
Miami, FL 33131
Attn.: Andrea S. Hartley

Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064
Attn.: John P. Dillman

Akerman Senterfitt LLP
335 Madison Ave., Suite 2600
New York, NY 10017
Attn.: Susan F. Balaschak, Hadi Khatib

Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760
Attn.: Diana W. Sanders

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745
Attn.: Fred S. Hodara, Robert A. Johnson,
Christopher W. Carty, Daniel H. Golden,
David M. Zensky, Abid Qureshi, Philip C. Dublin,
Rachel Ehrlich Albanese

Linebarger Goggan Blair & Sampson LLP
2323 Bryan St., Suite 1600
Dallas, TX 75201
Attn.: Elizabeth Weller

Aldine Independent School District
14910 Westfield Road
Houston, TX 77032
Attn.: Courtney F. Harris, Pamela H. Walters

Locke Lord LLP
3 World Financial Center
New York, NY 10281-2101
Attn.: Casey B. Howard

Aldridge Connors LLP
Fifteen Piedmont Center
3575 Piedmont Road NE, Ste. 500
Atlanta, GA 30305
Attn.: Bankruptcy Department

Loeb & Loeb
345 Park Ave.
New York, NY 10154
Attn.: Walter H. Curchack, Vadim J. Rubinstein,
Debra W. Minoff

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020
Attn.: Ken Coleman, John Kibler

Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, NY 10020
Attn.: Andrew Behlmann, Michael S. Etkin,
Ira M. Levee

Allstate Life Insurance Company
3075 Sanders Road, Suite G5A
Northbrook, IL 60062
Attn.: Peter A. McElvain

Lowenstein Sandler PC
65 Livingston Ave.
Roseland, NY 07068
Attn.: Andrew Behlmann, Michael S. Etkin,
Ira M. Levee

Ally Financial Inc.
440 S. Church St., #1100
Charlotte, NC 28202
Attn.: Jeffrey Brown

M&T CC
1 M&T Plaza, 7th Floor
Buffalo, NY 14203

Alston & Bird LLP
One Atlantic Center
1201 West Peachtree St.
Atlanta, GA 30309-3424
Attn.: John C. Weltnauer

Magnozzi & Kye LLP
23 Green St., Suite 302
Huntington, NY 11743
Attn.: Amish R. Doshi

Alston & Bird LLP
90 Park Ave.
New York, NY 10016
Attn.: Martin C. Bunin, William Hao

Manatee County Tax Collector
4333 U.S. 301 North
Ellenton, FL 34222
Attn.: Susan D. Profant, Ken Burton Jr.

Alston & Bird LLP
Bank of America Plaza, Suite 4000
101 S. Tryon St.
Charlotte, NC 28280-4000
Attn.: William B. Macurda

Marino Tortorella & Boyle PC
437 Southern Blvd.
Chatham, NJ 07928-1488
Attn.: Kevin H. Marino, John A. Boyle

Attorney General
P.O. Box 12548
Austin, TX 78711-2548
Attn.: John Mark Stern
Bankruptcy & Collections Division

MBIA Insurance Corporation
113 King St.
Armonk, NY 10504
Attn.: Mitchell Sonkin

Attorney General
Cadillac Place, Suite 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Attn.: Juandisha M. Harris

McCreary Veselka Bragg & Allen PC
P.O. Box 1269
Round Rock, TX 78680
Attn.: Lee Gordon

Attorney General
Nassau Regional Office
200 Old Country Road, Suite 240
Mineola, NY 11501
Attn.: Victoria L. Safran

McKool Smith PC
One Bryant Park, 47th Floor
New York, NY 10036
Attn.: Michael R. Carney

Ballard Spahr LLP
1735 Market St., 51st Floor
Philadelphia, PA 19103
Attn.: Sarah Schindler-Williams

McKool Smith PC
600 Travis St., Suite 7000
Houston, TX 77002
Attn.: Paul D. Moak

Bank of New York Mellon
525 William Penn Place
Pittsburgh, PA 15259-0001
Attn.: Sarah Stout, Jennifer J. Provenzano

Menter Rudin & Trivelpiece PC
300 Maltibe St., Suite 200
Syracuse, NY 13204-1439
Attn.: Kevin M. Newman

Barclays Bank PLC
1301 Sixth Ave.
New York, NY 10019
Attn.: Joe Tricarno, May Wong

Meyner and Landis LLP
1 Gateway Center, Suite 2500
Newark, NJ 07102
Attn.: Meredith I. Friedman

Barnes & Thornburg LLP
1000 North West St., Suite 1200
Wilmington, DE 19601
Attn.: David M. Powlen

Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn.: Gerard Uzzi

Barry B. Eskanos
Ami B. Eskanos
3122 Pine Tree Drive
Miami Beach, FL 33140

Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105-0475
Attn.: Steven A. Ginther

Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Dr., Suite 300
San Diego, CA 92130
Attn.: David R. Stickney, Jonathan D. Uslaner,
Matthew P. Jubenville

Morgan Lewis & Bockius LLP
101 Park Ave.
New York, NY 10178-0600
Attn.: James L. Garrity Jr., Michael S. Kraut,
Patrick D. Fleming

Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
Attn.: Jai K. Chandrasekhar

Morganroth & Morganroth PLLC
344 N. Old Woodward Ave., Suite 200
Birmingham, MI 48009
Attn.: Mayer Morganroth, Jeffrey B. Morganroth

Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
Attn.: Michael B. Schaedle

Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530
Attn.: Leslie Ann Berkoff

Blank Rome LLP
1201 N. Market St., Suite 800
Wilmington, DE 19801
Attn.: Stanley B. Tarr, Alan M. Root

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn.: Tammy Hamzehpour, Larren M. Nashelsky,
Gary S. Lee, Lorenzo Marinuzzi, Kayvan B. Sadeghi

BMMZ Holding LLC
c/o Ally Financial Inc.
200 Renaissance Center
Mail Code 48Z-B12-B96
Detroit, MI 48265-2000
Attn.: Courtney Lowman

Morrison Cohen LLP
909 Third Ave.
New York, NY 10022
Attn.: Joseph T. Moldovan

Bracewell & Giuliani LLP
1251 Avenue of the Americas, 49th Floor
New York, NY 10020-1104
Attn.: Ryan M. Philip, Stan Chelney

Moss & Kalish PLLC
122 E. 42nd St., Suite 2100
New York, NY 10168
Attn.: David B. Gelfarb

Brian Kessler
c/o Walters Bender Strohbehn & Vaughan, P.C.
2500 City Center Square
1100 Main, Suite 2500
Kansas City, MO 64105

Munger Tolles & Olson LLP
355 S. Grant Ave.
Los Angeles, CA 90071
Attn.: Seth Goldman, Thomas B. Walper

Brown Rudnick LLP
7 Times Square
New York, NY 10036
Attn.: Sigmund S. Wissmer Gross

Office of the Attorney General
Senior Deputy Attorney General
21 S. 12th St., 3rd Floor
Philadelphia, PA 19107-3603
Attn.: Carol E. Momjian

Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Attn.: Gregory M. Petrick, Ingrid Bagby

Office of the NY State Attorney General
The Capitol
Albany, NY 12224-0341
Attn.: Nancy Lord, Enid M. Stuart

Cadwalader Wickersham & Taft LLP
700 Sixth St. NW
Washington, D.C. 20001
Attn.: Marc C. Ellenberg

Office of Shabbir A. Khan
44 N. San Joaquin St., Suite 150
P.O. Box 2169
Stockton, CA 95201
Attn.: Phonxay Keokham

Caley Dehkhoda & Quadri
d/b/a Wong Fleming
2340 130th Ave. NE, Suite D 150
Bellevue, WA 98005
Attn.: Dianna J. Caley

Office of the U.S. Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Attn.: Preet Bharara

Carter Ledyard & Milburn LLP
2 Wall St.
New York, NY 10005
Attn.: Aaron R. Cahn, Leonardo Trivigno

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Attn.: David W. Dykhouse, Brian P. Guiney

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Attn.: Howard Seife, David M. LeMay,
Robert J. Gayda, Marc B. Roitman

Paul N. Papas II
4727 E. Bell Road, Suite 45-350
Phoenix, AZ 85032
Attn.: Mylegalhelpusa.com

Citibank NA
390 Greenwich St., 6th Fl.
New York, NY 10013
Attn.: Bobbie Theivakumaran

Perdue Brandon Fielder Collins & Mott LLP
P.O. Box 13430
Arlington, TX 76094-0430
Attn.: Elizabeth Banda Calvo

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn.: Sean A. O'Neal, Thomas J. Moloney

Pillsbury Winthrop Shaw Pittman LLP
P.O. Box 2824
San Francisco, CA 94126
Attn.: Brandon Johnson

Clifford Chance US LLP
31 West 52nd St.
New York, NY 10019
Attn.: Jennifer C. DeMarco, Adam Lesman

Placer County Office of the Treasurer
Tax Collector
2976 Richardson Dr.
Auburn, CA 95603
Attn.: Jenny McMurtry

Cohen Milstein Sellers & Toll PLLC
88 Pine St., 14th Fl.
New York, NY 10005
Attn.: Joel Laitman, Christopher Lometti, Michael B.
Eisenkraft, Daniel B. Rehns, Kenneth M. Rehns

Polsinelli Shughart PC
805 Third Ave., Suite 2020
New York, NY 10022
Attn.: Daniel J. Flanigan, Jason A. Nagi

Cohn Birnbaum & Shea PC
100 Pearl St., 12th Floor
Hartford, CT 06103
Attn.: Scott D. Rosen

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn.: Irena M. Goldstein, Scott K. Rutsky,
Jared D. Zajac

Cole Schotz Meisel Forman & Leonard PA
301 Commerce St., Suite 1700
Fort Worth, TX 76102
Attn.: Michael D. Warner, Emily S. Chou

Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Attn.: Daniel L. Brockett, David D. Burnett,
Susheel Kirpalani, Scott C. Shelley

Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry St., Room 203
Reading, PA 19602-1152
Attn.: Joseph Kots

Quinn Emanuel Urquhart & Sullivan LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Attn.: Eric D. Winston, Jeremy D. Anderson

Crowe & Dunlevy PC
20 N. Broadway Ave., Suite 1800
Oklahoma City, OK 73102
Attn.: William H. Hoch

Reilly Pozner LLP
1900 16th St., Suite 1700
Denver, CO 80202
Attn.: Michael A. Rollin

Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave.
New York, NY 10178-0061
Attn.: Maryann Gallagher,
Michael A. Cohen, Steven J. Reisman

Robbins Gellar Rudman & Dowd LLP
One Montgomery St., Suite 1800
Post Montgomery Center
San Francisco, CA 94104
Attn.: Christopher M. Wood

David P. Stich
521 Fifth Ave., 17th Fl.
New York, NY 10175

Robbins Gellar Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Attn.: Steven W. Pepich

Day Pitney LLP
1 Jefferson Road
Parsippany, NJ 07054-2891
Attn.: Herbert K. Ryder

Robert E. Brown PC
44 Wall St., 12th Floor
New York, NY 10005

Day Pitney
242 Trumbull St.
Hartford, CT 06103
Attn.: James J. Tancredi

Romero Law Firm
BMR Professional Building
6516 Bright Ave.
Whittier, CA 90601
Attn.: Martha E. Romero

Day Pitney LLP
1 Audubon St.
New Haven, CT 06510
Attn.: Joshua W. Cohen

Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Attn.: D. Ross Martin, Keith H. Wofford

Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Attn.: Glenn E. Siegel, Hector Gonzalez,
Brian E. Greer, Mauricio A. Espana

Ropes & Gray LLP
Prudential Tower, 800 Boylston St.
Boston, MA 02199
Attn.: D. Ross Martin

Deutsche Bank
Corporate Trust Department
1761 E. St. Andrew Place
Santa Ana, CA 92705-4934
Attn.: Rosa Mendez

Rowen L. Drenne
3725 N. Indiana
Kansas City, MO 64117

Deutsche Bank Trust Company Americas
Harborside Financial Center
100 Plaza One MS; JCY03-0699
Jersey City, NJ 07311-3901
Attn.: Brendan Meyer

Samuel I. White PC
5040 Corporate Woods Dr., Suite 120
Virginia Beach, VA 23462
Attn.: D. Carol Sasser, Donna J. Hall

Diem T. Nguyen
P.O. Box 12139
Westminster, CA 92685

Scarinci & Hollenbeck LLC
1100 Valley Brook Ave.,
P.O. Box 790
Lyndhurst, NJ 07071-0790
Attn.: Joel R. Glucksman

Duane Morris LLP
1540 Broadway
New York, NY 10036
Attn.: Gerald S. Catalanollo, James Vincequerra

Schlam Stone & Dolan LLP
26 Broadway, 19th Floor
New York, NY 10004
Attn.: Bennette D. Kramer

Fannie Mae
1835 Market St., Suite 2300
Philadelphia, PA 19103
Attn.: Peter McGonigle

Schnader Harrison Segal & Lewis LLP
1600 Market St., Suite 3600
Philadelphia, PA 19103-7286
Attn.: Barry Bressler, Richard A. Barkasy

Fannie Mae
950 East Paces Ferry Road, Suite 1900
Atlanta, GA 30326
Attn.: Catherine Lasher

Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Attn.: Eric A. Boden

Fedelina Roybal-DeAguero 2008 Trust
42265 Little Lake Road
Mendocino, CA 94560

Schulte Roth & Zabel LLP
919 Third Ave.
New York, NY 10022
Attn.: Adam C. Harris, Howard O. Godnick,
Marguerite Gardiner, Michael G. Cutini

Fein Such & Crane LLP
7 Century Drive, Suite 201
Parsippany, NJ 07054
Attn.: Tammy L. Terrell Benoza

Secretary of State
123 William St.
New York, NY 10038-3804

Fein Such & Crane LLP
28 East Main St., Suite 1800
Rochester, NY 14614
Attn.: Mark K. Broyles

Secretary of State, Division of Corporations
One Commerce Plaza
99 Washington Ave., Suite 600
Albany, NY 12231-0001

Fein Such & Crane LLP
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, NY 10977
Attn.: Tammy L. Terrell Benoza

Securities & Exchange Commission
100 F St. NE
Washington, D.C. 20549
Attn.: Secretary of the Treasury

Felderstein Fitzgerald Willoughby & Pascuzzi LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Attn.: Paul J. Pascuzzi

Securities & Exchange Commission
NY Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
Attn.: George S. Canellos

FIDC
Counsel - Legal Division
3501 Fairfax Dr., Room VS-D-7076
Arlington, VA 22226-3500
Attn.: Dennis J. Early

Seward & Kissell LLP
One Battery Park Plaza
New York, NY 10004
Attn.: Ronald L. Cohen, Kalyan Das, Greg Bateman,
Dale Christensen Jr., Sagar Patel, Thomas Ross Hopper,
Mark Kotwick, Arlene Alves, Laurie Binder

Financial Guaranty Insurance Company
125 Park Ave.
New York, NY 10017
Attn.: John Dubel

Shafferman & Feldman LLP
286 Madison Ave., Suite 502
New York, NY 10017
Attn.: Joel M. Shafferman

Flores & Saucedo PLLC
5517 McPherson, Ste. 14
Laredo, TX 78041
Attn.: Christina Flores

Shapiro Blasi Wasserman & Gora PA
7000 Glades Road, Suite 400
Boca Raton, FL 33434
Attn.: Thomas A. Conrad

Foley & Mansfield PLLP
250 Marquette Ave., Suite 1200
Minneapolis, MN 55401
Attn.: Thomas J. Lallier

Shearman & Sterling LLP
599 Lexington Ave.
New York, NY 10022
Attn.: Fredric Sosnick, Susan A. Fennessey

Freddie Mac
M/S202, 8200 Jones Branch Dr.
McLean, VA 22102
Attn.: Kenton W. Hambrick

Stein Wiener & Roth LLP
1 Old Country Road, Suite 113
Carle Place, NY 11514
Attn.: Pranali Datta

Freeborn & Peters LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606-6677
Attn.: Devon J. Eggert, Thomas R. Fawkes

Stinson Morrison Hecker LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106
Attn.: Andrew M. Muller

Fried Frank Harris Shriver & Jacobson
1 New York Plaza
New York, NY 10004
Attn.: William G. McGuinness, Israel David,
Gary L. Kaplan

Sullivan Hazeltine Allinson LLC
901 N. Market St., Suite 1300
Wilmington, DE 19801
Attn.: William A. Hazeltine

Gibbons PC
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701
Attn.: Jeffrey S. Berkowitz, Christopher A. Albanese

Sweeney Gallo Reich & Bolz
95 25 Queens Blvd., 11th Floor
Rego Park, NY 11374
Attn.: Melanie A. Sweeney

Gibbons PC
One Gateway Center, 9th Floor
Newark, NJ 07102-5310
Attn.: Karen A. Giannelli

Talcott Franklin PC
208 N. Market St, Suite 200
Dallas, TX 75202
Attn.: Talcott J. Franklin, Derek S. Witte

Gibbs & Bruns LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
Attn.: Kathy D. Patrick, Scott A. Humphries

TCF National Bank
200 Lake St.
Wayzata, MN 55391
Attn.: Janella J. Miller

Gibson Dunn & Crutcher
200 Park Ave.
New York, NY 10166-0193
Attn.: David M. Feldman, Joshua Weisser

Teitelbaum & Basin LLP
1 Barker Ave., Third Floor
White Plains, NY 10601
Attn.: Jay Teitelbaum

Ginnie Mae
550 12 St. SW, 3rd Floor
Washington, DC 20024
Attn.: Ted Tozer

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202

Grant & Eisenhofer PA
485 Lexington Ave., 29th Floor
New York, NY 10017
Attn.: Geoffrey C. Jarvis, Matthew P. Morris,
Deborah A. Elman

The Bank of New York Mellon
101 Barclay St. 4W
New York, NY 10286
Attn.: Asset-Backed Securities Group

Guttleman Muhlstock Chewcaskie
2200 Fletcher Ave., No. 16
Fort Lee, NJ 07024
Attn.: Brian Chewcaskie

The Bank of New York Mellon
6525 West Campus Oval
New Albany, OH 43054
Attn.: Robert H. Major

Hinshaw & Culbertson
780 Third Ave., 4th Floor
New York, NY 10017
Attn.: Ali Ryan Amin

The Canada Trust Company
79 Wellington St., West, 8th Floor
P.O. Box 1, Toronto-Dominion Centre
Toronto, ON Canada M5K 1A2
Attn.: Susan Khokher

HP Enterprise Services LLC
5400 Legacy Drive
Plano, TX 75024
Attn.: Ayala Hassell

The Law Office of Thomas M. Mullaney
489 Fifth Ave., 19th Floor
New York, NY 10017
Attn.: Thomas M. Mullaney

Hunton & Williams LLP
200 Park Ave., 53rd Floor
New York, NY 10166
Attn.: Richard P. Norton, Robert A. Rich

The Meyers Law Firm
1123 Broadway, Suite 301
New York, NY 10010
Attn.: Glenn R. Meyers

IBM Corporation
1360 Rene Levesque W., Suite 400
Montreal, QC H3G 2W6
Attn.L Shawn Konig

Travis County Attorney
P.O. Box 1748
Austin, TX 78767
Attn.: Kay D. Brock

Imperial County Tax Collector
940 W. Main St., Suite 106
El Centro, CA 92243

U.S. Attorney's Office, Southern District of New York
Civil Division
86 Chambers St., 3rd Floor
New York, NY 10007
Attn.: Joseph Cordaro

Internal Revenue Service
2970 Market St.
Philadelphia, PA 19104
Attn.: Centralized Insolvency Operation

U.S. Bank National Association
60 Livingston Ave., EP-MN-WS1D
St. Paul, MN 55107
Attn.: Michelle Moeller, Tanver Ashraf

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
Attn.: Centralized Insolvency Operation

U.S. Bank National Association
190 S. LaSalle St.
Chicago, IL 60603
Attn.: Mamta K. Scott, David A. Jason

Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201
Attn.: Insolvency Section

U.S. Department of Justice
Civil Division
1100 L Street NW, Room 10018
Washington, D.C. 20005
Attn.: Glenn D. Gillette

Iron Mountain Information Management Inc.
745 Atlantic Ave.
Boston, MA 02111
Attn.: Joseph Corrigan

U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530-0001
Attn.: Eric H. Holder Jr.

Jones Day
901 Lakeside Ave.
Cleveland, OH 44114
Attn.: Carl E. Black

U.S. Trustee for the Southern District of NY
201 Varick St., Suite 1006
New York, NY 10014
Attn.: Tracy Hope Davis, Linda A. Riffkin,
Brian S. Masumoto

John Ciampoli
County Attorney of Nassau County
1 West St.
Mineola, NY 11501
Attn.: Patrick R. Gallagher

UMB Bank NA
1010 Grand Blvd., 4th Floor
Kansas City, MO 64106
Attn.: Mark B. Flannagan

Jones Day
222 East 41st St.
New York, NY 10017
Attn.: Corinne Ball, Richard L. Wynne,
Lance E. Miller

US Bank Global Corporate Trust Services
1 Federal St., 3rd Floor
Boston, MA 02110
Attn.: James H. Bynes, Laura L. Moran

Kasowitz Benson Torres & Friedman LLP
1633 Broadway
New York, NY 10019
Attn.: Andrew K. Glenn, Matthew B. Stein,
Daniel A. Fliman, Nii Amar Amamoo

Walters Bender Stohbehn & Vaughan PC
2500 City Center Square, 1100 Main St.
Kansas City, MO 64105
Attn.: J. Michael Vaughan, David M. Skeens

Kathleen G. Cully PLLC
180 Cabrini Blvd., No. 128
New York, NY 10033-1167
Attn.: Kathleen G. Cully

Weil Gotschal & Manges LLP
767 Fifth Ave.
New York, NY 10153
Attn.: Gary T. Holtzer

Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178
Attn.: James S. Carr, Eric R. Wilson

Wells Fargo Bank NA
P.O. Box 98
Columbia, MD 21046
Attn.: Corporate Trust Services, GMACM Home Equity
Notes 2004 Variable Funding Trust

Kessler Topaz Meltzer & Check LLP
280 King of Prussia Road
Radnor, PA 19087
Attn.: Edward W. Ciolko, Donna Siegel Moffa

Wells Fargo Bank NA
Corporate Trust Services
9062 Old Annapolis Road
Columbia, MD 21045
Attn.: Kelly Rentz

Kilpatrick & Associates PC
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326
Attn.: Richard I. Kilpatrick

Wells Fargo
Law Department
MAC T7405-010, 4101 Wiseman Blvd.
San Antonio, TX 78251
Attn.: Kristi Garcia

King & Spalding LLP
1180 Peachtree St. NE
Atlanta, GA 30309
Attn.: W. Austin Jowers, Paul K. Ferdinands,
Thaddeus D. Wilson

Wendy Alison Nora
210 Second St. NE
Minneapolis, MN 55413

Kirby McInerney LLP
825 Third Avenue, 16th Floor
New York, New York 10022
Attn.: Mark A. Strauss, J. Brandon Walker

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Attn.: J. Christopher Shore, Ian J. Silverbrand

Klestadt & Winters LLP
570 Seventh Ave., 17th Floor
New York, NY 10018
Attn.: Tracy L. Klestadt, Joseph C. Comeau

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Attn.: Marc Abrams, Richard Choi,
Jennifer J. Hardy

Kozeny McCubbin & Katz LLP
395 N. Service Road, Suite 401
Melville, NY 11747
Attn.: Jordan S. Katz

Wilmington Trust
1100 N. Market St.
Wilmington, DE 19801
Attn.: Roseline Maney

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn.: Kenneth H. Eckstein, Thomas Moers Mayer,
Douglas H. Mannal, Jeffrey Trachtman

Wilmington Trust NA
50 South Sixth St., Suite 1290
Minneapolis, MN 55402-1544
Attn.: Julie J. Becker

Kriss & Feuerstein LLP
360 Lexington Ave., Suite 1200
New York, NY 10017
Attn.: Jason S. Leibowitz

Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604-3407
Attn.: David L. Tillem

| | |
|---|---|
| Kurtzman Carson Consultants<br>2335 Alaska Ave.<br>El Segundo, CA 90245<br>Attn.: P. Joe Morrow | Winston & Strawn LLP<br>200 Park Ave.<br>New York, NY 10066-4193<br>Attn.: David Neier, Carey D. Schreiber |
| Lapp Libra Thomson Stoebner & Pusch<br>120 South Sixth St., Suite 2500<br>Minneapolis, MN 55402<br>Attn.: David A. Libra | Wollmuth Maher & Deutsch LLP<br>One Gateway Center, 9th Floor<br>Newark, NJ 07102<br>Attn.: James N. Lawlor |
| Law Debenture Trust Company of New York<br>400 Madison Ave.<br>New York, NY 10017<br>Attn.: James D. Heaney | Wollmuth Maher & Deutsch LLP<br>500 Fifth Ave., 12th Floor<br>New York, NY 10110<br>Attn.: Paul R. DeFilippo, Steven S. Fitzgerald |
| Law Offices of Christopher Green<br>Two Union Square, Suite 4285<br>601 Union St.<br>Seattle, WA 98101<br>Attn.: Christopher E. Green | Zuckerman Spaeder LLP<br>1185 Avenue of the Americas, 31st Floor<br>New York, NY 10036<br>Attn.: Graeme W. Bush, Nelson C. Cohen,<br>Laura E. Neish |
| Law Offices of Richard Sax<br>448 Sebastopol Ave.<br>Santa Rosa, CA 95401<br>Attn.: Richard Sax | Zuckerman Spaeder LLP<br>1800 M Street, N.W., Suite 1000<br>Washington, D.C. 20036<br>Attn.: Graeme W. Bush, Nelson C. Cohen,<br>Laura E. Neish |

Law Offices of Robert E. Luna PC
4411 N. Central Expressway
Dallas, TX 75205
Attn.: Andrea Sheehan

KIRBY McINERNEY LLP
Mark A. Strauss
J. Brandon Walker
825 Third Avenue, 16th Floor
New York, NY 10022
Counsel for Plaintiffs Landon Rothstein, et al.

BIFFERATO GENTILOTTI
Mary E. Augustine
Garvan F. McDaniel
1013 Centre Road, Suite 102
Wilmington, DE 19805
Bankruptcy Counsel for Plaintiffs Landon Rothstein, et al