MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:      (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Samantha Martin

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF DOCKET NOS.:
5346, 5347, 5352, 5502, 5392, 5395, 204, 5398, 5520, 5014, 5016,
5015, 5012, 5011, 5010, 1306, 1421, 4070, 4970, 5345, 5148,
AND PROOFS OF CLAIM NOS.: 2 AND 440**

**PLEASE TAKE NOTICE** that, with the written authorization of Wendy Alison Nora, the following motions, notices of appearances, objections, joinders, notices of appeal, designations, and statements are withdrawn:

- Motion to Disqualify Judge Martin Glenn from Presiding Over Further Proceedings in this Matter (Docket Nos. 5346, 5347, 5352);

- Motion to Strike Order to Show Cause Entered on October 9, 2013 by Judge Martin Glenn (Docket No. 5502)

- Motion to Consolidate Debtors Objection to Nora Proofs of Claim #1 in the Court Registry and #440 in the Private Claims Registry Operated by Kurtzman Carson, LLC in the Interests of Justice and Judicial Economy (Docket Nos. 5392, 5395)

- Motion for Admission to Practice, *Pro Hac Vice* (Docket No. 204)

ny-1117733

- Objection to Plan (Docket No. 5398)

- Partial Joinder in Objection to Confirmation of Debtors' Chapter 11 Plan by the Office of the United States Trustee (Docket No. 5520)

- Notice of Appearance for Michael Harkey (Docket Nos. 5014, 5016)

- Notice of Appearance for Suzanne and Melvin Simonovich (Docket No. 5015)

- Notice of Appearance for Carin Wilson (Docket No. 5012);

- Notice of Appearance for Paul N. Pappas II (Docket No. 5011);

- Notice of Appearance for Shane Haffey (Docket No. 5010)

- Notice of Appeal from Order Entered on August 15, 2012 (Docket No. 1306)

- Amended Initial Designation of Record on Appeal from Order Entered on August 15, 2012 (Docket No. 1421)

- Objection to Reply of Apply Financial Inc. to Motion for Order Approving Plan Support Agreement (Docket No. 4070)

- Notice of Appeal (Docket No. 4970)

- Second Motion for Extension of Time to File Designation of Record and and Statement of Issues on Appeal Under Bankruptcy Rule 9006 (Docket No. 5345)

- Motion for Extension of Time to File Designation of Record and Statement of Issues on Appeal Under Bankruptcy Rule 8006 (Docket No. 5148)

- Proofs of Claim, Nos. 2 and 440

[*Remainder of page intentionally left blank*]

ny-1117733

**PLEASE TAKE FURTHER NOTICE** that, Wendy Alison Nora has authorized the Debtors to file this Notice of Withdrawal on her behalf.

Dated: November 14, 2013
      New York, New York

/s/   Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Samantha Martin
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

ny-1117733