**JACK M. BERNARD, ESQUIRE**
Land Title Building, Suite 930
100 South Broad Street
Philadelphia, PA 19110
Phone: (215) 665-0666
Fax: (267) 514-8609
E-Mail: jackbernard@verizon.net

*Attorney for Creditor,*
*Mary R. Biancavilla*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**RESPONSE OF MARY R. BIANCAVILLA TO DEBTORS' FORTY-NINTH OMNIBUS OBJECTION TO CLAIMS ("NO LIABILITY BORROWERS CLAIMS – BOOKS AND RECORDS") AND REQUEST FOR ENLARGEMENT OF TIME LIMITATIONS SPECIFIED BY NOTICE OF FILING OF EXHIBITS 2 THROUGH 21 COMPRISING THE PLAN SUPPLEMENT TO THE JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC, ET AL. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, AND DECLARATION OF MARY R. BIANCAVILLA PURSUANT TO TITLE 28 U.S.C. SECTION 1746**

1. My name is Mary R. Biancavilla. I reside at 341 Oak Drive, New Cumberland, Pennsylvania 17070. I have personal knowledge of all facts stated in this Declaration.

2. I do assert a claim against GMAC and/or its successor in interest, Ally Bank.

3. I timely filed a Protective Proof of Claim against the Debtor, Residential Capital, LLC, Claim No. 4397, filed November 9, 2012.

4. I received notice of a proposed hearing on Debtors' Forty-Ninth Omnibus Objection to Claims ("No Liability Borrower Claims – Books and Records").

5. I have no knowledge of a lawful relationship among Residential Capital, LLC, GMAC, Ally Financial, Inc. or other entities that would permit disallowance of my claim against GMAC.

6. I am unable, therefore, to accept or reject the proposed Joint Chapter 11 Plan.

7. Among the fraudulent practices engaged in by GMAC are the following:

(a) Unauthorized charges debited against my bank account that resulted in withdrawal of amounts leaving a balance insufficient to pay monthly principal, interest and escrow;

(b) GMAC stopped drawing regular monthly installments which then became delinquent;

(c) As a result of the manufactured delinquency, I was coerced and then defrauded again a loan modification program (HAMP) intended to provide relief for homeowners with distressed mortgages into a Step Rate Mortgage. This is what I was forced to settle for after being disqualified as described in 7(a) at a higher interest rate, different terms, additions to principal, none of which would have occurred but for withdrawals from my account;

(d) As a further result of the foregoing, payments/debits were not credited against principal, interest or escrow.

8. The fraudulent practices described above began in December 2009, or were first discovered at about that time. I had never been late with a single payment in all my years of home ownership. Upon making inquiry, I was told that I need not worry since I was approved for a HAMP mortgage modification. I explained that I was seeking an explanation, not a mortgage modification. Nevertheless, I was placed involuntarily in a "Home Affordable Modification Program, Loan Workout Plan" with a trial workout period.

*[handwritten annotation: (A) DUE TO THE UNAUTHORIZED AUTO DEBIT WHICH CAUSED INSUFFICIENT FUNDS ON TRIAL CHECK]*

9. Thereafter, I was told that I had not qualified for a HAMP modification. I was placed in delinquent status and thereafter moved involuntarily into a higher monthly payment, higher interest rate, a variable or adjustable rate and extended life of the loan. *[handwritten: STEP RATE LOAN]*

10. As advised by my attorney, Pennsylvania and federal consumer protection regulations and state law requirements were violated by GMAC's practices.

11. I was not able to prepare and formulate this Response before 4:00 p.m. on October 23, 2013, in part due to the following factors:

(a) I did not receive any information that clarified or explained why Debtors' counsel objected to my Proof of Claim; simply that the Debtors' books and records did not reflect my claim;

(b) I repeatedly asked for information why my bank account had been debited for no apparent reason causing a default simply because the funds I had deposited to pay the mortgage installment were withdrawn by GMAC. The dominoes fell as a result of that device;

(c) I am not able to defend against what seems to be a tautology, to wit: "Debtors do not owe this claim because Debtors' books and records show no such claim." *[handwritten: SOMEONE MUST BE ACCOUNTABLE]*

12. I request permission to appear by telephone at the hearing previously scheduled on November 7, 2013, now rescheduled on November 15, 2013. My telephone number is (717) 695-7684. My attorney's telephone number is (215) 665-0666.

*[handwritten: BEFORE BUSINESS IS CLOSED ON THIS (GMAC) COMPANY]*

I declare under penalty of perjury that the foregoing is true and correct. Executed on

November 13, 2013.

*With corrections as indicated & initialed by me. (MB)*

_____
MARY R. BIANCAVILLA

_____
Jack M. Bernard, Esquire
Suite 930, Land Title Building
100 South Broad Street
Philadelphia, PA 19110
Phone: (215) 665-0666
Fax: (267) 514-8609
E-mail: jackbernard@verizon.net

4

## CERTIFICATE OF SERVICE

I, Jack M. Bernard, Esquire, hereby certify that a true copy of the foregoing *Response of Mary R. Biancavilla to Debtors' Forty-Ninth Omnibus Objection to Claims ("No Liability Borrowers Claims – Books and Records") and Request for Enlargement of Time Limitations Specified By Notice of Filing of Exhibits 2 Through 21 Comprising The Plan Supplement To the Joint Chapter 11 Plan Proposed By Residential Capital, LLC, et al. and The Official Committee of Unsecured Creditors, And Declaration of Mary R. Biancavilla Pursuant to Title 28 U.S.C. Section 1746,* was served electronically on the date of filing of this document. If the ECF system indicates that counsel is being served electronically, such service will be deemed to comply with the ECF system. If the ECF system indicates that counsel is not an ECF user, a true and correct copy of this filing will be delivered by U.S.P.S., First Class Mail, postage prepaid, on the date the Notice of Filing and Acceptance is generated by the ECF system upon the below listed:

Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Gary S. Lee, Esquire
***Counsel for the Debtors and Debtors-In-Possession***

Norman S. Rosenbaum, Esquire
Jordan A. Wishnew, Esquire
Attorneys for Debtors
Kramer, Levin, Naftalis & Frankel, LLP
1117 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein, Esquire
***Counsel for the Official Committee of Unsecured Creditors***

Douglas H. Mannal, Esquire
Kramer, Levin, Naftalis & Frankel, LLP
1117 Avenue of the Americas
New York, NY 10036
***Counsel for the Official Committee of Unsecured Creditors***

Fax: (212) 468-7900

Office of the United States Trustee
For The Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
**Attn: Tracy Hope Davis, Esquire**

Linda A. Rifkin, Esquire
Brian S. Masumoto, Esquire
Silverman Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753
**Attn: Ronald J. Friedman, Esquire**
**Fax: (516) 479-6301**

_____
JACK M. BERNARD, ESQUIRE
*Attorney for Creditor, Mary R. Biancavilla*

Date: November 14, 2013