UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| **RESIDENTIAL CAPITAL, LLC, et al.,** ) | Case No. **12-12020** |
| **(MG)** ) | |
| Debtors ) | Jointly Administered |
| ) | |
| M. FRANCINE MODDERNO ) | |
| Plaintiff, *pro se* ) | |
| v. ) | |
| ) | Assigned to: Hon. Martin Glenn |
| **RESIDENTIAL CAPITAL LLC./ RESIDENTIAL** ) | US Bankruptcy Judge |
| **FUNDING, LLC, GMAC MORTGAGE, LLC, et al** ) | |
| Defendant(s) ) | |

## MOTION TO AMEND
## OBJECTION TO DEBTORS' THIRTIETH OMNIBUS OBJECTION TO CLAIMS
## (NO LIABILITY BORROWER CLAIMS – BOOKS AND RECORDS)
## (PLAINTIFF'S OBJECTION IS SCHEDULED FOR HEARING ON
## NOVEMBER 15, 2013)

Plaintiff M. FRANCINE MODDERNO, acting *pro se*, respectfully requests this

honorable Court to permit her to submit an amendment to her original Objection to Debtors'

Thirtieth Ominbus Objection to Claims (No Liability Borrower Claims - Books and Records),

which is submitted with this motion.

Respectfully submitted,

M. Francine Modderno. *pro se*
17147 Needles Court
Leesburg, VA 20176
(703) 669-8687



RECEIVED NOV 14 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

### AFFIDAVIT OF SERVICE

I, M. Francine Modderno, acting *pro se*, certify that I have today, November 13, 2013, served the accompanying
*First Amended Objection to Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records)*, via FAX and Certified US Mail to the following parties in this case:

| Counsel to the Debtors | Counsel to the Examiner | Office of the United States Trustee |
|---|---|---|
| Larren M. Nashelsky | Howard Seife | Tracy Hope Davis |
| Gary S. Lee | David M. LeMay | 33 Whitehall St 21st Fl, Region 2 |
| Lorenzo Marinuzzi | Robert J. Gayda | New York, NY 10004-2111 |
| MORRISON & FOERSTER LLP | arc B. Roitman | T: 212-510-0500 |
| 1290 Avenue of the Americas | Chadbourne & Parke LLP | F: 212-668-2255 |
| New York, NY 10104 | 30 Rockefeller Plaza | |
| T: 212-468-8000 | New York, NY 10112 | Respectfully submitted, |
| F: 212-468-7900 | T: 212-408-5100 | M. Francine Modderno, *pro se* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br>(MG)<br>      Debtors<br><br>M. FRANCINE MODDERNO<br>    Plaintiff, *pro se*<br>  v.<br><br>RESIDENTIAL CAPITAL LLC,/ RESIDENTIAL<br>FUNDING, LLC, GMAC MORTGAGE, LLC, et al<br>    Defendant(s) | Chapter 11<br><br>Case No. **12-12020**<br><br>Jointly Administered<br><br><br><br><br><br>Assigned to: Hon. Martin Glenn<br>       US Bankruptcy Judge |

### AMENDED OBJECTION
### TO DEBTORS' THIRTIETH OMNIBUS OBJECTION TO CLAIMS
### (NO LIABILITY BORROWER CLAIMS – BOOKS AND RECORDS)
### (PLAINTIFF'S OBJECTION IS SCHEDULED FOR HEARING ON
### NOVEMBER 15, 2013)

  Plaintiff M. FRANCINE MODDERNO, acting *pro se*, respectfully objects to Debtors' Thirtieth Omnibus Objection to Claims, which seeks to expunge her claim.

  Plaintiff timely submitted a claim in this case against Residential Funding, recorded as received by the claim's administrator on November 15, 2012. The number assigned by the court to Plaintiff's claim is **4866**. Plaintiff's claim against Residential Funding is for her real property, located at 17147 Needles Court, Leesburg, Virginia 20176.

  Plaintiff's objection originally was scheduled for hearing on November 7, 2013, but in her original Objection to Debtor's Thirtieth Omnibus Objection to Claims, Plaintiff requested an extension of time to submit her Objection, and this Court granted an extension to November 15, 2013.

  Debtors are incorrect in their assertion that Plaintiff's claim warrants expungement, for the following reasons:

RECEIVED
NOV 14
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

**Chapter 11 Case No. 12-12020**
**RESIDENTIAL CAPITAL, LLC, et al., Debtors**
**Claim No. 4866**

1.  Plaintiff's claim stated that the reason for her claim was that Residential Funding did not own her property due to fraud. Plaintiff's Mortgage Note bears a fraudulent assignment. (A copy of the Mortgage Note is attached herein as **Exhibit A**.) As can be seen, the Mortgage Note bears a robosignature of Judy Faber. The signature is not an actual signature, but a stamp with "Judy Faber" carved into it. Not only is the "signature" obviously a stamp, but Ms. Faber has testified several times in depositions taken in other cases, which can be found on the Internet, that she did not personally verify that the information on property ownership documents was correct; and also that her signature stamp was widely used by others on property ownership documents. She also testified that property ownership documents bearing her "signature" were not notarized in the presence of a notary, but instead were notarized at a later date. The history of Ms. Faber's robosigning is presented in the following documents, as well as others available online:

    A.  As Ms. Faber's depositions are many pages long, Plaintiff hopes it is acceptable to refer the Court to the following online locations of the transcripts of two of her depositions:

        a.  US District Court for the Northern District of Illinois, **Eastern Division Case: 1:07-cv-01544** Filed: November 18, 2008, Deposition taken June 2, 2008

http://stopforeclosurefraud.com/wp-content/uploads/2010/09/WM_FULL_DEPOSITION_OF_RESIDENTIAL-FUNDING.GMAC_JUDY_FABER.pdf

        b.  State of Indiana, Marion County Superior Court, **US Bank, NA v. Mamie Robinson**, case no. 49D06-0703-MF-013045, Deposition taken August 14, 2009

http://api.ning.com/files/MqHepr4q3wscSBiv9QQyuadg2uSmAbef9D49SqTbXUqoaJ3V*PBldxLcmNo*J8aAZP**MG4BvZ7ufajm32tIsIFJGLdNyCSC/GMACDepostionFaber.pdf

    B.  A summary of Ms. Faber's robosigning activities is attached as **Exhibit B**. This exhibit is a copy available online of a letter to the Honorable Judge Joseph M. Strickland in Columbia, South Carolina, in *Civil Action No. 2010-CP-40-0983, Deutsche Bank Trust Company Americas as Trustee for RALI 2004QA6 v. Robert M. LaFitte, Elizabeth Bow LaFitte,*

- Page 2 of 3 -

*USAA Federal Savings Bank, Gregg Park Homeowners Association.*

2. Debtors Residential /Residential Funding Company, LLC/GMAC-Residential Funding Company, LLC, along with other major lenders in the United States, agreed to a Consent Judgment in the case titled *United States, et al. v. Bank of America Corp., et al.,* No. *12-CV-00361 (RMC)*, filed in the District of Columbia on April 4, 2012. New York is among the states that signed the consent agreement. The Settlement Term Sheet of the Consent Judgment states:

> ... affidavits, sworn statements and Declarations shall be signed by hand signature of the affiant (except for permitted electronic filings). For such documents, except for permitted electronic filings, signature stamps and any other means of electronic or mechanical signature are prohibited.

Per this Consent Order, the robosigned assignment of Residential Funding on Plaintiff's Mortgage Note is invalid, and thus Debtors' claim to Plaintiff's property is invalid, clouding the title to Plaintiff's home.

WHEREFORE, Plaintiff begs this honorable Court to:

1. Rule that the Debtors may not expunge Pkaintiff's claim, based on the Consent Judgment in the case titled *United States, et al, v. Bank of America, et al,* filed in the District of Columbia on April 4, 2012;

2. Rule that the debtors and/or the trustee of this Court have no legal right to sell or otherwise dispose of Plaintiff's property due to the invalid assignment; and,

3. Provide any other relief the Court may deem just, equitable or otherwise appropriate.

Respectfully submitted,

*/s/ M. Francine Modderno*
M. Francine Modderno. *pro se*
17147 Needles Court
Leesburg, VA 20176
(703) 669-8687