**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| **RESIDENTIAL CAPITAL, LLC, et al.,** ) | Case No. **12-12020** |
| **(MG)** ) | |
| Debtors ) | Jointly Administered |
| ) | |
| M. FRANCINE MODDERNO ) | |
| Plaintiff, *pro se* ) | |
| v. ) | |
| ) | Assigned to: Hon. Martin Glenn |
| **RESIDENTIAL CAPITAL LLC,/ RESIDENTIAL** ) | US Bankruptcy Judge |
| **FUNDING, LLC, GMAC MORTGAGE, LLC, et al** ) | |
| Defendant(s) ) | |

---

## AFFIDAVIT OF SERVICE

I, M. Francine Modderno, acting *pro se*, certify that I have today, November 13, 2013, served the accompanying *First Amended Objection to Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records)*, via FAX and Certified US Mail to the following parties in this case:

Counsel to the Debtors
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
T: 212-468-8000
F: 212-468-7900
http://www.mofo.com/

Counsel to the Examiner
Howard Seife
David M. LeMay
Robert J. Gayda
Marc B. Roitman
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
T: 212-408-5100
F: 212-541-5369
http://www.chadbourne.com/

Office of the United States Trustee
Tracy Hope Davis
33 Whitehall St 21st Fl, Region 2
New York, NY 10004-2111
T: 212-510-0500
F: 212-668-2255
http://www.justice.gov/ust/r02/

Respectfully submitted,

*/s/ M. Francine Modderno*

M. Francine Modderno. *pro se*
17147 Needles Court
Leesburg, VA 20176
(703) 669-8687