UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
In re:                                                        )     Case No. 12-12020 (MG)
                                                              )
RESIDENTIAL CAPITAL, LLC, et al.,                             )     Chapter 11
                                                              )
                          Debtors.                            )     Jointly Administered
                                                              )
-------------------------------------------------------------

**STIPULATION OF RICHARD D. RODE TO RECLASSIFICATION AND
REDESIGNATION OF CLAIM #5610 PURSUANT TO DEBTORS'
THIRTY-SIXTH OMNIBUS OBJECTION TO CLAIMS [DOCKET NO.5138]**

Richard D. Rode, having filed a response (the "Response") [Docket No. 5475] to the Debtors' Thirty-Sixth Omnibus Claims Objection [Docket No. 5138], hereby stipulates and agrees to have his Claim #5610 in the amount of $1,262,000.00 reclassified as a general, unsecured, contingent, unliquidated claim and redesignated as a claim against GMAC Mortgage, LLC.

I further understand that the Debtors retain the right to object to the Claim on any other basis, and I retain the right to respond to or contest the Debtors' objection, if any, to the Claim or any other Claim I have pending against any of the RESCAP Debtors in these proceedings.

I hereby authorize Committee Special Counsel, Silverman Acampora, LLP to file this Stipulation with the Bankruptcy Court in order to effectuate the withdrawal of the Response.

A facsimile signature or a signature in portable document format (.pdf) shall be deemed original for purposes effectuating of this Stipulation.

Dated: November 14, 2013                               _____ (Sign Name)

                                                        Richard D. Rode _____ (Print Name)