MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Melissa A. Hager

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**DEBTORS' DESIGNATION OF
<u>ADDITONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL</u>**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the

"<u>Bankruptcy Rules</u>") and Rule 8007-1 of the Local Bankruptcy Rules for the Southern

District of New York, the debtors and debtors in possession in the above-captioned cases

(collectively, the "<u>Debtors</u>")[1] provide the following designation of additional items to be

included in the record on appeal [Docket No. 5570] in connection with the Notices of

Appeal [Docket Nos. 5171 and 5568] filed by appellant Tom Franklin ("<u>Appellant</u>"),

from the *Supplemental Order Granting Debtors' Twenty-First Omnibus Objection to*

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on <u>Exhibit 1</u> to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of the Chapter 11 Petitions and First Day Pleadings, filed with the Court on the Petition Date (the "<u>Whitlinger Affidavit</u>") [Docket No. 6].

ny-1117058

*Claims (Borrower Claims with Insufficient Documentation) with Respect to Claim No. 1195 of Tom Franklin* [Docket No. 5049], which was entered by the United States Bankruptcy Court for the Southern District of New York on September 16, 2013.[2]

## A. DEBTORS' DESIGNATIONS FOR RECORD ON APPEAL

The Debtors designate the following additional items to be included in the record on appeal.[3]

### A.    Proof of Claim

| Claim No. | Description |
|---|---|
| 1195 | Proof of Claim filed by Tom Franklin (Filed: 10/12/12) |

### B.    Pleadings[4]

| Docket No. | Description |
|---|---|
| 4158 | Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) (Filed: 07/04/13) |
| 4282 | Notice of Bearing (sic) on Twenty-First Omnibus Objection (Borrower Claims with Insufficient Documentation)  (Filed: 07/18/13) |
| 4842 | Debtor's Omnibus Reply in Support of Debtors' Eighteenth, Nineteenth, Twentieth, and Twenty-First Omnibus Claims Objections to Borrower Claims with Insufficient Documentation (Filed: 08/27/13) |
| 4961 | Notice of Bearing (sic) on Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) (Filed: 09/05/13) |
| 4980 | Notice of Bearing (sic) on Twenty-First Omnibus Objection (Borrower Claims with Insufficient Documentation) (Filed: 09/6/13) |

---

[2] Appellant has not yet filed a statement of issues on appeal as required by Rule 8006 of the Bankruptcy Rules.  Debtors reserve all rights with respect thereto.

[3] Appellant's designation of items lists, without specific identification or corresponding docket number, all court records related to Appellant.

[4] For the avoidance of doubt, the Debtors' designation of any pleadings includes the designation of any and all exhibits filed with, attached to, or otherwise referenced in such pleadings.

| Docket No. | Description |
|---|---|
| 5049 | Supplemental Order Granting Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) with respect to Claim No. 1195 of Tom Franklin (Entered: 09/16/13) |

**C.    Transcripts**

| Date/Time of Hearing | Docket No. | Type of Hearing | Court Reporter or Recorder | Copy Ordered By Debtors |
|---|---|---|---|---|
| 09/11/2013 at 10:05 a.m. (EST) | 5164[5] | Omnibus Hearing regarding, inter alia, Debtors' Twenty-First Omnibus Objection to Claims (Borrower Insufficient Documentation) as it relates to Tom Franklin | eScribers, LLC | Yes |

Dated:  November 14, 2013,
        New York, New York

        Respectfully Submitted,

        */s/* Norman S. Rosenbaum
        Gary S. Lee
        Norman S. Rosenbaum
        Melissa Hager
        MORRISON & FOERSTER LLP
        1290 Avenue of the Americas
        New York, New York 10104
        Telephone: (212) 468-8000
        Facsimile: (212) 468-7900

        *Counsel for the Debtors and*
        *Debtors in Possession*

---

[5] Remote electronic access to the transcript is restricted until 12/11/2013. See the Court's Website for contact information for the Transcription Service Agency.

ny-1117058         3