MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Chapter 11 |
| Debtors. | Jointly Administered |

**AMENDED[1] PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON NOVEMBER 15, 2013 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY
10004-1408

**I.      RESOLVED MATTERS**

**1.**      Debtors' Combined Objection to Proofs of Claim Nos. 1 and 440 Filed by Wendy
Alison Nora Against Residential Capital, LLC and Residential Funding Company
LLC Pursuant to Bankruptcy Code Section 502(b) and Bankruptcy Rule 3007 [Docket
No. 5153]

**Related Document(s)**:

**a.**      Notice of Hearing on Wendy Alison Nora's (I) Motion to Disqualify Judge
Martin Glenn from Presiding Over Any Further Proceedings in This Matter
and (II) Motion to Consolidate Debtors' Objection to Nora Proofs of Claim
[Docket No. 5566]

---

[1] Amended items appear in **bold**.

    **b.**       **Notice of Withdrawal of Docket Nos. 5346, 5347, 5352, 5502, 5392, 5395, 204, 5398, 5520, 5014, 5016, 5015, 5012, 5011, 5010, 1306, 1421, 4070, 4970, 5345, 5148 and Proofs of Claim Nos. 2 and 440 [Docket No. 5754]**

**Response(s)**:

    **a.**       Wendy Alison Nora's Response to Debtors' Objection to Nora Proofs of Claim #1 in the Court Registry or #2 in the Private Claims Registry Operated by Kurtzman Carson, LLC ("KCC, LLC") and #440 in the KCC, LLC Private Claims Registry [Docket No. 5396]

                **(i)**    Wendy Alison Nora's Declaration in Support of Response to Debtors' Objection to Nora Proofs of Claim #1 in the Court Registry or #2 in the Private Claims Registry Operated by Kurtzman Carson, LLC ("KCC, LLC") and #440 in the KCC, LLC Private Claims Registry [Docket No. 5397]

**Reply**:

    **a.**       Debtors' Reply to Nora's Opposition to Their Objections to Her Claim Nos. 1 and 440 [Docket No. 5729]

**Status**:    **This matter has been resolved.  No hearing is required.**

**2.**    Wendy Alison Nora's Amended Motion to Disqualify Judge Martin Glenn from Presiding Over Any Further Proceedings in This Matter [Lead Case Docket No. 5347; *Nora v. Residential Capital, LLC, et al*. Adv. Proc. No. 13-01208 [Docket No. 34]]

**Related Document(s)**:

    **a.**       Notice of Hearing on Wendy Alison Nora's (I) Motion to Disqualify Judge Martin Glenn from Presiding Over Any Further Proceedings in This Matter and (II) Motion to Consolidate Debtors' Objection to Nora Proofs of Claim [Docket No. 5566]

    **b.**       **Notice of Withdrawal of Docket Nos. 5346, 5347, 5352, 5502, 5392, 5395, 204, 5398, 5520, 5014, 5016, 5015, 5012, 5011, 5010, 1306, 1421, 4070, 4970, 5345, 5148 and Proofs of Claim Nos. 2 and 440 [Docket No. 5754]**

**Response(s)**:

    **a.**       Debtor's Objection to the Motion of Wendy Alison Nora to Disqualify Judge Martin Glenn [Lead Case Docket No. 5641; *Nora v. Residential Capital, LLC, et al*. Adv. Proc. No. 13-01208 [Docket No. 38]]

> **Status**:    **This matter has been resolved.  No hearing is required.**

3.    Wendy Alison Nora's Motion to Consolidate Debtors' Objection to Nora Proofs of Claim #1 in the Court Registry and #440 in the Private Claims Registry Operated by Kurtzman Carson, LLC (KCC, LLC) in the Interests of Justice and Judicial Economy [Lead Case Docket No. 5395; *Nora v. Residential Capital, LLC, et al.* Adv. Proc. No. 13-01208 [Docket No. 33]]

> **Related Document(s)**:

> a.    Notice of Hearing on Wendy Alison Nora's (I) Motion to Disqualify Judge Martin Glenn from Presiding Over Any Further Proceedings in This Matter and (II) Motion to Consolidate Debtors' Objection to Nora Proofs of Claim [Docket No. 5566]

> b.    **Notice of Withdrawal of Docket Nos. 5346, 5347, 5352, 5502, 5392, 5395, 204, 5398, 5520, 5014, 5016, 5015, 5012, 5011, 5010, 1306, 1421, 4070, 4970, 5345, 5148 and Proofs of Claim Nos. 2 and 440 [Docket No. 5754]**

> **Response(s)**:

> a.    Debtors' Opposition to the Motion of Wendy Alison Nora to Consolidate the Debtors' Objections to Her Claims with Adversary Proceeding No 13-01208-MG [Lead Case Docket No. 5639; *Nora v. Residential Capital, LLC, et al.* Adv. Proc. No. 13-01208 [Docket No. 39]]

> **Status**:    **This matter has been resolved.  No hearing is required.**

## II.    RESOLVED ADVERSARY PROCEEDING MATTERS

### Nora v. Residential Capital, LLC, Adv. Proc. No. 13-01208 (MG)

1.    Amended Motion to Disqualify Judge Martin Glenn from Presiding Over Any Further Proceedings in This Matter [Lead Case Docket No. 5347; *Nora v. Residential Capital, LLC, et al.* Adv. Proc. No. 13-01208 [Docket No. 34]]

> **Related Document(s)**:

> a.    Notice of Hearing on Wendy Alison Nora's (I) Motion to Disqualify Judge Martin Glenn from Presiding Over Any Further Proceedings in This Matter and (II) Motion to Consolidate Debtors' Objection to Nora Proofs of Claim [Docket No. 5566]

> b.    **Joint Progress Report [Docket No. 40]**

> c.    **Notice of Withdrawal of Docket Nos. 5346, 5347, 5352, 5502, 5392, 5395, 204, 5398, 5520, 5014, 5016, 5015, 5012, 5011, 5010, 1306, 1421,**

4070, 4970, 5345, 5148 and Proofs of Claim Nos. 2 and 440 [Docket No. 5754]

**Response(s)**:

a.   Debtors' Objection to the Motion of Wendy Alison Nora to Disqualify Judge Martin Glenn [Lead Case Docket No. 38]; *Nora v. Residential Capital, LLC, et al.* Adv. Proc. No. 13-01208 [Docket No. 38]]

**Status**:   **This matter has been resolved.  No hearing is required.**

2.   Motion to Consolidate Debtors' Objection to Nora Proofs of Claim #1 in the Court Registry and #440 in the Private Claims Registry Operated by Kurtzman Carson, LLC (KCC, LLC) in the Interests of Justice and Judicial Economy [Lead Case Docket No. 5395; *Nora v. Residential Capital, LLC, et al.* Adv. Proc. No. 13-01208 [Docket No. 33]]

**Related Document(s)**:

a.   Notice of Hearing on Wendy Alison Nora's (I) Motion to Disqualify Judge Martin Glenn from Presiding Over Any Further Proceedings in This Matter and (II) Motion to Consolidate Debtors' Objection to Nora Proofs of Claim [Docket No. 5566]

b.   **Joint Progress Report [Docket No. 40]**

c.   **Notice of Withdrawal of Docket Nos. 5346, 5347, 5352, 5502, 5392, 5395, 204, 5398, 5520, 5014, 5016, 5015, 5012, 5011, 5010, 1306, 1421, 4070, 4970, 5345, 5148 and Proofs of Claim Nos. 2 and 440 [Docket No. 5754]**

**Response(s)**:

a.   Debtors' Opposition to the Motion of Wendy Alison Nora to Consolidate the Debtors' Objections to Her Claims with Adversary Proceeding No. 13-01208-MG [Lead Case Docket No. 5639]; *Nora v. Residential Capital, LLC, et al.* Adv. Proc. No. 13-01208 [Docket No. 39]]

**Status**:   **This matter has been resolved.  No hearing is required.**

## III.   **ADJOURNED MATTERS**

1.   Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2044]

**Related Document(s)**:

a.      Memorandum of Law in Support of Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2045]

b.      Declaration of R. Fredrick Walters, David M. Skeens and R. Bruce Carlson in Support of Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2047]

c.      Notice of Adjournment of Hearing on Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims to February 7, 2013 at 10:00 a.m. [Docket No. 2399]

d.      Notice of Adjournment of Hearing on Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims to February 28, 2013 at 2:00 p.m. [Docket No. 2730]

e.      Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 3029]

f.      Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims to May 30, 2013 at 10:00 a.m. [Docket No. 3299]

g.      Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims to June 12, 2013 at 10:00 a.m. [Docket No. 3360]

h.      Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims to July 10, 2013 at 10:00 a.m. [Docket No. 3851]

i.      Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims to August 21, 2013 at 10:00 a.m. [Docket No. 4177]

j.      Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 28, 2013 at 10:00 a.m. [Chapter 11 Case Docket No. 4311]

k.      Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims to September 24, 2013 at 10:00 a.m. [Docket No. 4806]

l.      Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims to November 7, 2013 at 2:00 p.m. [Docket No. 5111]

**m.**        Notice of Adjournment of Hearing on Motion of Lead Plaintiffs and the Putative Class to Apply Bankruptcy Rule 7023 and to Certify Class Claims to December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5458]

**Response(s)**:

**a.**        Debtors' Opposition to Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2337]

**b.**        Declaration of K. Lee Marshall in Support of Debtors' Opposition to Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2338]

**c.**        Response and Reservation of Rights of PNC Bank, N.A. to Motion of Rowena Drennan, Flora Gaskin, Roger Turner, Christie Turner, John Picard and Rebecca Picard to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2343]

**d.**        Statement and Reservation of Rights of the Official Committee of Unsecured Creditors with Respect to the Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims Filed by Rowena Drennen [Docket No. 2869]

**Replies**:

**a.**        Reply to Debtors' Objection to Class Certification Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2874]

**a.**        Supplemental Declaration of R. Bruce Carlson in Support of Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2875]

**b.**        Declaration of David M. Skeens and R. Keith Johnston in Support of Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2876]

**c.**        Declaration of Roy Fredrick Walters in Support of Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2877]

**d.**        Second Supplemental Declaration of R. Bruce Carlson in Support of Motion to Apply Bankruptcy Rule 7023 and to Certify Class Claims [Docket No. 2880]

**Status**:        The hearing on this matter has been adjourned to December 17, 2013.

2.      Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an
        Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)
        [Docket No. 2401]

**Related Document(s)**:

a.      Notice of Motion of Connecticut Housing Finance Authority ("CHFA") for
        the Entry of an Order Granting Relief from the Automatic Stay Pursuant to
        11 U.S.C. § 362(d) [Docket No. 2421]

b.      [Proposed] Order Granting Connecticut Housing Finance Authority
        ("CHFA") Relief from the Automatic Stay, for Cause, Pursuant to 11
        U.S.C. §§ 105 & 362(d) [Docket No. 2422]

c.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
        Finance Authority ("CHFA") for the Entry of an Order Granting Relief
        from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to January 29,
        2013 at 10:00 a.m. [Docket No. 2624]

d.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
        Finance Authority ("CHFA") for the Entry of an Order Granting Relief
        from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 7,
        2013 at 10:00 a.m. [Docket No. 2729]

e.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
        Finance Authority ("CHFA") for the Entry of an Order Granting Relief
        from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to February 28,
        2013 at 2:00 p.m. [Docket No. 2848]

f.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
        Finance Authority ("CHFA") for the Entry of an Order Granting Relief
        from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to March 21, 2013
        at 10:00 a.m. [Docket No. 3008]

g.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
        Finance Authority ("CHFA") for the Entry of an Order Granting Relief
        from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to April 30, 2013
        at 10:00 a.m. [Docket No. 3239]

h.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
        Finance Authority ("CHFA") for the Entry of an Order Granting Relief
        from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to May 14, 2013
        at 10:00 a.m. [Docket No. 3539]

i.      Notice of Adjournment of Hearing on Motion of Connecticut Housing
        Finance Authority ("CHFA") for the Entry of an Order Granting Relief
        from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to June 12, 2013
        at 10:00 a.m. [Docket No. 3682]

**j.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 10, 2013 at 10:00 a.m. [Docket No. 3948]

**k.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to July 26, 2013 at 10:00 a.m. [Docket No. 4186]

**l.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to August 29, 2013 at 10:00 a.m. [Docket No. 4348]

**m.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to September 24, 2013 at 10:00 a.m. [Docket No. 4855]

**n.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to October 2, 2013 at 10:00 a.m. [Docket No. 5120]

**o.**    Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to November 7, 2013 at 2:00 p.m. [Docket No. 5255]

**p.**    **Notice of Adjournment of Hearing on Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to December 17, 2013 at 10:00 a.m. [Docket No. 5751]**

**Response(s)**:

**a.**    Debtors' Response and Reservation of Rights to Motion of Connecticut Housing Finance Authority ("CHFA") for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 2623]

**Status**:    **The hearing on this matter has been adjourned to December 17, 2013.**

**3.**    Plaintiffs' [New Jersey Carpenters Health Fund, *et al.*] Motion for Order Certifying Class for Purposes of Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 3480]

**Related Document(s)**:

a.     Memorandum of Law in Support of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rule of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 3481]

b.     Notice of Adjournment of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 3663]

c.     Notice of Adjournment of Hearing of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rule of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 3854]

d.     Notice of Adjournment of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 4129]

e.     Notice of Adjournment of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 4305]

f.     Notice of Adjournment of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 4749]

g.     Notice of Adjournment of Hearing of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rule of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 5052]

h.     Notice of Adjournment of Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 5241]

i.     Letter to Judge Glenn from Michael S. Etkin dated October 15, 2013 regarding Developments in the Securities Class Action [Docket No. 5354]

j.     Notice of Adjournment of Hearing of Plaintiffs' [New Jersey Carpenters Health Fund, *et al.*] Motion for Order Certifying Class for Purposes of the Class Claims Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c) [Docket No. 5490]

**Response(s)**:     None.

**Status**:     The hearing on this matter has been adjourned to December 17, 2013.

4.     Derrius Silmon's Motion for Relief from Stay [Docket No. 3585]

**Related Document(s)**:

**a.**        Notice of Hearing on Motion for Relief from Stay [Docket No. 5084]

**b.**        Notice of Adjournment of Hearing on Derrius Silmon's Motion for Relief from Stay to November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time) [Docket No. 5223]

**c.**        Notice of Adjournment of Hearing on Motion of Derrius Silmon for Relief from Stay to December 17, 2013 at 10:00 a.m. [Docket No. 5627]

**Response(s)**:        None.

**Status**:        The hearing on this matter has been adjourned to December 17, 2013.

**5.**        Motion of Winland and Irma Elizabeth Smith for Relief from Stay [Docket No. 4615]

**Related Document(s)**:

**a.**        Notice of Adjournment of Hearing on Winland and Irma Elizabeth Smith for Relief from Stay to October 9, 2013 at 10:00 a.m. [Docket No. 4973]

**b.**        Notice of Adjournment of Hearing on Motion of Winland and Irma Elizabeth Smith for Relief from Stay to November 7, 2013 at 2:00 p.m. [Docket No. 5279]

**c.**        Notice of Adjournment of Hearing on Motion of Winland and Irma Elizabeth Smith for Relief from Stay to December 17, 2013 at 10:00 a.m. [Docket No. 5593]

**Response(s)**:        None.

**Status**:        The hearing on this matter has been adjourned to December 17, 2013.

**6.**        Debtors' Objection to Proofs of Claim Filed by Shane M. Haffey Against Residential Capital, LLC (Claim Nos. 2582 and 4402) Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 4838]

**Related Document(s)**:

**a.**        Notice of Adjournment of Hearing on Debtors' Objection to Proofs of Claim Filed by Shane M. Haffey Against Residential Capital, LLC (Claim Nos. 2582 and 4402) Pursuant to Section 502(B) of the Bankruptcy Code and Bankruptcy Rule 3007 to November 7, 2013 at 2:00 p.m. [Docket No. 5119]

**b.**        Notice of Adjournment of Hearing on (i) Debtors' Objection to Proofs of Claim Filed by Shane M. Haffey Against Residential Capital, LLC (Claim Nos. 2582 and 4402) Pursuant to Section 502(b) of the Bankruptcy Code

and Bankruptcy Rule 3007 and (ii) Debtors' Objection to Proofs of Claim
Filed Against Residential Capital, LLC by (I) Ruth Assorgi (Claim No.
2580); (II) John R. Foster and Elizabeth Foster (Claim No 2582) and (III)
Mark Moody and Sherrill Moody (Claim No. 2583) Pursuant to Section
502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 to December
11, 2013 at 10:00 a.m. [Docket No. 5643]

**Response(s)**:     None.

**Status**:     The hearing on this matter has been adjourned to December 11, 2013.

7.     Lilia Medrano's Motion to Dismiss Foreclosure with Prejudice for Fraud on the
Court [Docket No. 5098]

**Related Document(s)**:

a.     Notice of Lilia Medrano's Motion to Dismiss Foreclosure with Prejudice
for Fraud on the Court [Docket No. 5280]

b.     **Notice of Adjournment of Hearing on Lilia Medrano's Motion to
Dismiss Foreclosure with Prejudice for Fraud on the Court to
December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket
No. 5762]**

**Response(s)**:

a.     Debtors' Objection to (I) Motion of Lilia Medrano for Reconsideration of
Entry of Order Approving the Debtors' Twenty-Fifth Omnibus Objection
to Claims (Amended and Superseded Borrower Claims) and (II)
Defendant's Motion to Dismiss Foreclosure with Prejudice for Fraud on
the Court [Docket No. 5642]

**Status**:     **The hearing on this matter has been adjourned to December 17, 2013.**

8.     Debtors' Objection to Proof of Claim No. 3835 Filed by Becky Spence [Docket No.
5105]

**Related Document(s)**:

a.     Amended Notice of Debtors' Objection to Proof of Claim No. 3835 Filed
by Becky Spence [Docket No. 5202]

b.     **Notice of Adjournment of Hearing on Debtors' Objection to Proof of
Claim No. 3835 Filed by Becky Spence to December 17, 2013 at 10:00
a.m. [Docket No. 5753]**

**Response(s)**:     None.

**Status**:    The hearing on this matter has been adjourned to December 17, 2013.

9.    Debtors' Objection to the West Virginia Investment Management Board's Proof of Claim (Claim No. 3818) [Docket No. 5116]

   **Related Document(s)**:

   **a.**    Declaration of James J. Beha II in Support of Debtors' Objection to the West Virginia Investment Management Board's Proof of Claim [Docket No. 5117]

   **b.**    Notice of Adjournment of Hearing on Debtors' Objection to The West Virginia Investment Management Board's Proof of Claim (Claim No. 3818) to December 17, 2013 at 10:00 a.m. [Docket No. 5513]

   **Response(s)**:    None.

   **Status**:    The hearing on this matter has been adjourned to December 17, 2013.

10.    Debtors' Objection to Proofs of Claim Filed Against Residential Capital, LLC by (I) Ruth Assorgi (Claim No. 2580); (II) John R. Foster and Elizabeth Foster (Claim No 2582) and (III) Mark Moody and Sherrill Moody (Claim No. 2583) Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 5163]

   **Related Document(s)**:

   **a.**    Notice of Adjournment of Hearing on (i) Debtors' Objection to Proofs of Claim Filed by Shane M. Haffey Against Residential Capital, LLC (Claim Nos. 2582 and 4402) Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 and (ii) Debtors' Objection to Proofs of Claim Filed Against Residential Capital, LLC by (I) Ruth Assorgi (Claim No. 2580); (II) John R. Foster and Elizabeth Foster (Claim No 2582) and (III) Mark Moody and Sherrill Moody (Claim No. 2583) Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 to December 11, 2013 at 10:00 a.m. [Docket No. 5643]

   **Response(s)**:    None.

   **Status**:    The hearing on this matter has been adjourned to December 11, 2013.

11.    Order to Show Cause Why *Pro Hac Vice* Admission of Wendy Alison Nora Should Not Be Revoked [Docket No. 5330]

   **Related Document(s)**:

   **a.**    **Notice of Withdrawal of Docket Nos. 5346, 5347, 5352, 5502, 5392, 5395, 204, 5398, 5520, 5014,** 5016, **5015, 5012, 5011, 5010, 1306, 1421,**

**4070, 4970, 5345, 5148 and Proofs of Claim Nos. 2 and 440 [Docket No. 5754]**

    **b.**    **Notice of Adjournment of Hearing on Order to Show Cause Why *Pro Hac Vice* Admission of Wendy Alison Nora Should Not Be Revoked [Docket No. 5764]**

    **Response(s)**:

    **a.**    Wendy Alison Nora's Motion to Strike Order to Show Cause Entered on October 9, 2013 by Judge Martin Glenn After the October 9, 2013 Proceedings at Which He Already Revoked the *Pro Hac Vice* Admission of the Undersigned as Unconstitutional in Violation of Her Due Process to be Heard Before an Unbiased Judge and Entered by Judge After He Had Already Been Disqualified by His Own Misconduct and After He Had Already Entered the Verbal Order Revoking the Movant's *Pro Hac Vice* Admission and Alternative Response, to be Heard Only by a Qualified Judge of This Court [Docket No. 5502]

    **b.**    Debtors' Consolidated Response to the Court's Order to Show Cause Why *Pro Hac Vice* Admission of Wendy Alison Nora Should Not Be Revoked and to Wendy Nora's Motion to Vacate Judge Glenn's Verbal "Orders" [Docket No. 5575]

        **(i)**    Declaration in Support of Debtors' Consolidated Response to the Court's Order to Show Cause Why *Pro Hac Vice* Admission of Wendy Nora Should Not Be Revoked and to Wendy Nora's Motion to Vacate Judge Glenn's Verbal "Orders" [Docket No. 5576]

    **Status**:    **The hearing on this matter has been adjourned to a date to be determined.**

## IV.    ADJOURNED ADVERSARY PROCEEDING MATTERS

### Universal Restoration Services, Inc. v. GMAC Mortgage, LLC (Adv. Proc. No. 13-01278)

    **1.**    Pretrial Conference

    **Related Document(s)**:

    **a.**    Universal Restoration Services, Inc.'s Adversary Complaint to Recover Money Pursuant to Rule 7001(1) of the Federal Rules of Bankruptcy Procedure [Docket No. 1]

    **b.**    Summons and Notice of Pretrial Conference in Adversary Proceeding [Docket No. 2]

c.          Stipulation and Order Between Universal Restoration Services, Inc. and GMAC Mortgage, LLC [Docket No. 3]

d.          Stipulation and Order Between Universal Restoration Services, Inc. and GMAC Mortgage, LLC [Docket No. 5]

e.          So-Ordered Stipulation and Order Between Universal Restoration Services, Inc. and GMAC Mortgage, LLC [Docket No. 7]

f.          Defendant's Motion to Dismiss Plaintiff's Adversary Complaint [Docket No. 9]

g.          Notice of Adjournment of Pretrial Conference [Docket No. 11]

h.          Stipulation and Order Extending the Time for Plaintiff Universal Restoration Services, Inc. to Respond to Defendant GMAC Mortgage LLC's Motion to Dismiss [Docket No. 12]

i.          Stipulation and Order Extending the Time for Plaintiff Universal Restoration Services, Inc. to Respond to Defendant GMAC Mortgage LLC's Motion to Dismiss [Docket No. 13]

j.          Stipulation and Order Extending the Time for Plaintiff Universal Restoration Services, Inc. to Respond to Defendant GMAC Mortgage LLC's Motion to Dismiss [Docket No. 17]

k.          Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 28, 2013 at 10:00 a.m. [Chapter 11 Case Docket No. 4311]

l.          Notice of Adjournment of Pretrial Conference [Docket No. 19]

m.          Stipulation and Order Extending the Time for Plaintiff Universal Restoration Services, Inc. to Respond to Defendant GMAC Mortgage LLC's Motion to Dismiss [Docket No. 20]

n.          Universal Restoration Services, Inc.'s Response to GMAC Mortgage, LLC's Motion to Dismiss Adversary Complaint [Docket No. 21]

o.          Stipulation and Order Extending the Time for Defendant GMAC Mortgage to Reply to Plaintiff Universal Restoration Services, Inc.'s Opposition to Motion to Dismiss [Docket No. 23]

p.          Stipulation and Order Extending the Time for Defendant GMAC Mortgage to Reply to Plaintiff Universal Restoration Services, Inc.'s Opposition to Motion to Dismiss [Docket No. 25]

q.        Stipulation and Order Extending the Time for Defendant GMAC Mortgage
          to Reply to Plaintiff Universal Restoration Services, Inc.'s Opposition to
          Motion to Dismiss [Docket No. 26]

r.        Notice of Adjournment of Pretrial Conference [Docket No. 28]

**Status**:    The pretrial conference on this matter has been adjourned to December 17,
               2013.

2.    Defendant's Motion to Dismiss Plaintiff's Adversary Complaint [Docket No. 9]

**Related Document(s)**:

a.        Stipulation and Order Extending the Time for Plaintiff Universal
          Restoration Services, Inc. to Respond to Defendant GMAC Mortgage
          LLC's Motion to Dismiss [Docket No. 12]

b.        Stipulation and Order Extending the Time for Plaintiff Universal
          Restoration Services, Inc. to Respond to Defendant GMAC Mortgage
          LLC's Motion to Dismiss [Docket No. 13]

c.        Stipulation and Order Extending the Time for Plaintiff Universal
          Restoration Services, Inc. to Respond to Defendant GMAC Mortgage
          LLC's Motion to Dismiss [Docket No. 17]

d.        Notice of Adjournment of Pretrial Conference [Docket No. 19]

e.        Stipulation and Order Extending the Time for Plaintiff Universal
          Restoration Services, Inc. to Respond to Defendant GMAC Mortgage
          LLC's Motion to Dismiss [Docket No. 20]

f.        Stipulation and Order Extending the Time for Defendant GMAC Mortgage
          to Reply to Plaintiff Universal Restoration Services, Inc.'s Opposition to
          Motion to Dismiss [Docket No. 23]

g.        Stipulation and Order Extending the Time for Defendant GMAC Mortgage
          to Reply to Plaintiff Universal Restoration Services, Inc.'s Opposition to
          Motion to Dismiss [Docket No. 25]

**Response(s)**:

a.        Universal Restoration Services, Inc.'s Response to GMAC Mortgage,
          LLC's Motion to Dismiss Adversary Complaint [Docket No. 21]

**Status**:    The hearing on this matter has been adjourned to December 17, 2013.

## V.   UNCONTESTED MATTERS

1. Debtors' Motion for an Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9019 Approving Settlement Agreement Between Debtor GMAC Mortgage, LLC and GVC Mortgage, Inc. [Docket No. 5501]

   **Related Document(s)**:

   a. Debtors' Motion, Pursuant to Bankruptcy Code Section 107(b) and Bankruptcy Rule 9018, to File Under Seal Redacted Portions of (I) The Motion for an Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9019 Approving Settlement Agreement Between Debtor GMAC Mortgage, LLC and GVC Mortgage, Inc. and (II) The Settlement Agreement [Docket No. 5499]

   b. Notice of Filing of Amended Proposed Order Granting Debtors' Motion for an Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9019 Approving Settlement Agreement Between Debtor GMAC Mortgage, LLC and GVC Mortgage, Inc. [Docket No. 5737]

   **Response(s)**:   None.

   **Status**:   The hearing on this matter will be going forward.

## VI.   CONTESTED MATTERS

1. Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1357]

   **Related Document(s)**:

   a. Notice of Filing Supplemental Exhibits to Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granting in the GA Servicing Order [Docket No. 1527]

   b. Notice of Adjournment of Hearing [Docket No. 1556]

   c. Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 1799]

    **d.**        Second Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers LLP, for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 2622]

    **e.**        Third Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Compensation for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3062]

    **f.**        Fourth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3290]

    **g.**        Fifth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3425]

    **h.**        Sixth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3543]

    **i.**        Seventh Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3703]

    **j.**        Eighth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal

Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 3961]

k.  Ninth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 4195]

l.  Tenth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Review Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 4377]

m.  Eleventh Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 4780]

n.  Twelfth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensation PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 5174]

o.  Thirteenth Interim Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 5326]

**Response(s)**:

a.  Limited Objection of Wilmington Trust, National Association to Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granted in the GA Servicing Order [Docket No. 1465]

b.  Omnibus Objection of the Official Committee of Unsecured Creditors to (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to

Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1493]

c.    Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I) PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson Cook Retention Applications and (B) Status Report Regarding the Committee's Related Discovery Requests [Docket No. 1573]

d.    Supplemental Objection of the Official Committee of Unsecured Creditors to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1725]

**Reply**:

a.    Debtors' Statement in Further Support of (A) Debtors' Motion for an Order (I) To Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granting in the GA Servicing Order (B) Debtors' Application to Employ and Retain Hudson Cook, LLP as Special Counsel, and (C) Debtors' Application to Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues [Docket No. 1749]

**Status**:    The final hearing on this motion will not be going forward.  The Debtors intend to submit to the Court a fourteenth interim order authorizing continued interim approval.

2.    Debtors' Application for an Order Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Debtors to Employ and Retain Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1426]

**Related Document(s)**:

a.    Notice of Adjournment of Hearing [Docket No. 1556]

b.    Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 1797]

  **c.**   Second Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 2621]

  **d.**   Third Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3061]

  **e.**   Fourth Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3291]

  **f.**   Fifth Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3423]

  **g.**   Sixth Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3545]

  **h.**   Seventh Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3705]

  **i.**   Eighth Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3959]

  **j.**   Ninth Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 4196]

  **k.**   Tenth Interim Order Authorizing the Retention and Employment of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 4378]

  **l.**   Eleventh Interim Order Authorizing the Retention and Employment of Pepper Hamilton, LLP as Special Foreclosure Review Counsel for

Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date
[Docket No. 4782]

**m.** Twelfth Interim Order Authorizing the Retention and Employment of
Pepper Hamilton, LLP as Special Foreclosure Review Counsel for
Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date
[Docket No. 5176]

**n.** Thirteenth Interim Order Authorizing the Retention and Employment of
Pepper Hamilton LLP as Special Foreclosure Review Counsel for
Bankruptcy Issues to the Debtors *Nunc Pro Tunc* to the Petition Date
[Docket No. 5328]

**Response(s)**:

**a.** Omnibus Objection of the Official Committee of Unsecured Creditors to
(A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code
Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to
Compensate PricewaterhouseCoopers, LLP for Foreclosure Review
Services in Furtherance of the Debtors' Compliance Obligations Under
Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted
in the GA Servicing Order, (B) Pepper Hamilton Retention Application,
and (C) Hudson Cook Retention Application [Docket No. 1493]

**b.** Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I)
PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson
Cook Retention Applications and (B) Status Report Regarding the
Committee's Related Discovery Requests [Docket No. 1573]

**c.** Supplemental Objection of the Official Committee of Unsecured Creditors
to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code
Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to
Compensate PricewaterhouseCoopers, LLP for Foreclosure Review
Services in Furtherance of the Debtors' Compliance Obligations Under
Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted
in the GA Servicing Order, (B) Pepper Hamilton Retention Application,
and (C) Hudson Cook Retention Application [Docket No. 1725]

**Reply**:

**a.** Debtors' Statement in Further Support of (A) Debtors' Motion for an Order
(I) To Compensate PricewaterhouseCoopers, LLP for Foreclosure Review
Services and (II) Reaffirming Relief Granting in the GA Servicing Order
(B) Debtors' Application to Employ and Retain Hudson Cook, LLP as
Special Counsel, and (C) Debtors' Application to Employ and Retain
Pepper Hamilton LLP as Special Foreclosure Review Counsel for
Bankruptcy Issues [Docket No. 1749]

**Status**:    The final hearing on this motion will not be going forward.  The Debtors intend to submit to the Court a fourteenth interim order authorizing continued interim approval.

**3.**    Debtors' Application Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 for Authorization to Employ and Retain Hudson Cook, LLP as Special Counsel to the Debtors, *Nunc Pro Tunc* to May 14, 2012 [Docket No. 1427]

**Related Document(s)**:

    **a.**    Notice of Adjournment of Hearing [Docket No. 1556]

    **b.**    Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 1798]

    **c.**    Second Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tun*c to the Petition Date [Docket No. 2620]

    **d.**    Third Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3063]

    **e.**    Fourth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3292]

    **f.**    Fifth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3424]

    **g.**    Sixth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3544]

    **h.**    Seventh Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3704]

    **i.**    Eighth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 3960]

    **j.**    Ninth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc* Pro *Tunc* to the Petition Date [Docket No. 4194]

**k.**    Tenth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors Nunc Pro *Tunc* to the Petition Date [Docket No. 4376]

**l.**    Eleventh Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 4779]

**m.**    Twelfth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. [Docket No. 5175]

**n.**    Thirteenth Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 5327]

**Response(s)**:

**a.**    Omnibus Objection of the Official Committee of Unsecured Creditors to (A) The Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1493]

**b.**    Ally Financial Inc.'s (A) Position Statement Regarding the Debtors' (I) PricewaterhouseCoopers Motion and (II) Pepper Hamilton and Hudson Cook Retention Applications and (B) Status Report Regarding the Committee's Related Discovery Requests [Docket No. 1573]

**c.**    Supplemental Objection of the Official Committee of Unsecured Creditors to (A) the Debtors' Motion for Entry of an Order Under Bankruptcy Code Section 363 and Bankruptcy Rule 6004 (I) Authorizing the Debtors to Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services in Furtherance of the Debtors' Compliance Obligations Under Federal Reserve Board Consent Order and (II) Reaffirming Relief Granted in the GA Servicing Order, (B) Pepper Hamilton Retention Application, and (C) Hudson Cook Retention Application [Docket No. 1725]

**Reply**:

**a.**    Debtors' Statement in Further Support of (A) Debtors' Motion for an Order (I) To Compensate PricewaterhouseCoopers, LLP for Foreclosure Review Services and (II) Reaffirming Relief Granting in the GA Servicing Order (B) Debtors' Application to Employ and Retain Hudson Cook, LLP as Special Counsel, and (C) Debtors' Application to Employ and Retain

Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues [Docket No. 1749]

**Status**:    The final hearing on this motion will not be going forward.  The Debtors intend to submit to the Court a fourteenth interim order authorizing continued interim approval.

4.    **Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing-Related Agreements for Trusts Insured by Syncora Guarantee Inc. to Ocwen Loan Servicing, LLC [Docket No. 4718]**

**Related Document(s):    None.**

**Response(s):**

a.    **Reservation of Rights in Response to Debtors' Motion Under Section 365 of The Bankruptcy Code to Assume and Assign Servicing-Related Agreements for Trusts Insured by Syncora Guarantee Inc. to Ocwen Loan Servicing, LLC [Docket No. 4830]**

b.    **Objection of Syncora Guarantee Inc. to Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing-Related Agreements for Trusts Insured by Syncora Guarantee Inc. to Ocwen Loan Servicing, LLC [Docket No. 4870]**

c.    **Wells Fargo Bank, N.A.'s Reservation of Rights in Response to Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing-Related Agreements for Trusts Insured by Syncora Guarantee, Inc. to Ocwen Loan Servicing, LLC [Docket No. 4916]**

**Reply**:

a.    **Debtors' Reply to Objection of Syncora Guarantee Inc. to Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing-Related Agreements for Trusts Insured by Syncora Guarantee Inc. to Ocwen Loan Servicing, LLC [Docket No. 4976]**

**Status**:    **The parties expect to reach a consensual resolution on the motion and claims objection in advance of the hearing and file an amended proposed order, and if the parties are unable to reach a resolution, both matters will be adjourned December 17, 2013.**

5.    Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing Related Agreements with Impac Funding Corporation and Impac Mortgage Holdings, Inc. [Docket No. 4744]

**Related Document(s)**:

a.      Notice of Adjournment of Hearing on Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing Related Agreements with Impac Funding Corporation and Impac Mortgage Holdings, Inc. [Docket No. 4986]

b.      Notice of Adjournment of Hearing on Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing Related Agreements with Impac Funding Corporation and Impac Mortgage Holdings, Inc. [Docket No. 5298]

c.      **Supplemental Declaration of David A. Upton in Support of Limited Objection of The Impac Companies to Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing Related Agreements with Impac Funding Corporation and Impac Mortgage Holding, Inc. [Docket No. 5761]**

d.      **Supplemental Declaration of David A. Upton in Support of Limited Objection of The Impac Companies to Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing Related Agreements with Impac Funding Corporation and Impac Mortgage Holding, Inc. [Docket No. 5763]**

**Response(s)**:

a.      Limited Objection of the Impac Companies to Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing Related Agreements with Impac Funding Corporation and Impac Mortgage Holdings, Inc. [Docket No. 4882]

**Reply**:

a.      Debtors' Reply in Support of Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing Related Agreements with Impac Funding Corporation and Impac Mortgage Holdings, Inc. [Docket No. 5634]

**Status**:    The hearing on this matter will be going forward.

6.      Second Interim Application of Hudson Cook, LLP as Special Counsel to the Debtors For Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2013 Through April 30, 2013 [Docket No. 4520]

**Related Document(s)**:

a.      Second Notice of Adjournment of Hearing on Second Interim Application of Hudson Cook, LLP as Special Counsel to the Debtors For Compensation

and Reimbursement of Expenses Incurred for the Period January 1, 2013
Through April 30, 2013 [Docket No. 5309]

**b.**      Notice of Adjournment of Hearing on Second Interim Application of
Hudson Cook, LLP as Special Counsel to the Debtors For Compensation
and Reimbursement of Expenses Incurred for the Period January 1, 2013
Through April 30, 2013 [Docket No. 5503]

**Response(s)**:

**a.**      Omnibus Objection of the United States Trustee Regarding Fee
Applications for Third Interim Awards of Compensation and
Reimbursement of Out-of-Pocket Expenses [Docket No. 4869]

**Status**:      The hearing on this matter will be going forward.

## VII.      CLAIMS OBJECTIONS

**1.**      Debtors' Objection to Proof of Claim # 2781 of Syncora Guarantee Inc. [Docket No.
4632]

**Related Document(s)**:

**a.**      Debtors' Motion to Shorten Notice of the Objection to Proof of Claim #
2781 of Syncora Guarantee Inc. [Docket No. 4646]

**b.**      Order Shortening the Notice Period for Hearing on the Debtors' Objection
to Proof of Claim # 2781 of Syncora Guarantee Inc. [Docket No. 4790]

**c.**      Notice of Adjournment of Hearing on Debtors' Objection to Proof of
Claim # 2781 of Syncora Guarantee Inc. [Docket No. 4969]

**d.**      Notice of Adjournment of Hearing on Debtors' Objection to Second
Amended Proof of Claim # 7170 Amending Proof of Claim # 2781 of
Syncora Guarantee Inc. [Docket No. 5081]

**Response(s)**:

**a.**      Response of Syncora Guarantee Inc. to Debtors' Objection to Proof of
Claim # 2781 of Syncora Guarantee Inc. [Docket No. 4925]

**(i)**      Declaration of Randall R. Rainer in Support of Response of
Syncora Guarantee Inc. to Debtors' Objection to Proof of
Claim # 2781 of Syncora Guarantee Inc. [Docket No. 4926]

**Reply**:

**a.**      Debtors' Objection to Second Amended Proof of Claim #7170 Amending
Proof of Claim #2781 of Syncora Guarantee Inc. [Docket No. 5115]

**Status**:    The parties expect to reach a consensual resolution in advance of the hearing and file an amended proposed order.  If the parties are unable to reach a resolution, then the hearing on this matter will be adjourned to December 17, 2013.

2.    Debtors' Objection to Second Amended Proof of Claim #7170 Amending Proof of Claim #2781 of Syncora Guarantee Inc. [Docket No. 5115]

**Related Document(s)**:    None.

**Response(s)**:

a.    Response of Syncora Guarantee Inc. to Debtors' Objection to Proof of Claim # 7170 of Syncora Guarantee Inc. [Docket No. 5358]

**(i)**    Declaration of Randall R. Rainer in Support of Response of Syncora Guarantee Inc. to Debtors' Objection to Proof of Claim # 7170 [Docket No. 5359]

**Status**:    The parties expect to reach a consensual resolution in advance of the hearing and file an amended proposed order.  If the parties are unable to reach a resolution, then the hearing on this matter will be adjourned to December 17, 2013.

3.    Debtors' Combined Objection to Proofs of Claim Filed by Sidney T. Lewis and Yvonne D. Lewis [Docket No. 5026]

**Related Document(s)**:    None.

**Response(s)**:    None.

**Status**:    The hearing on this matter will be going forward.

4.    Debtors' Objection to Proof of Claim Filed by Claim Filed by Corla Jackson (Claim No. 4443) [Docket No. 5100]

**Related Document(s)**:    None.

**Response(s)**:    None.

**Status**:    The hearing on this matter will be going forward.

5.    Motion of Anthony L. Davide for Rehearing on Claim Objection to the Reclassification of Claim from Secured to Unsecured [Docket No. 5236]

**Related Document(s)**:    None.

**Response(s)**:

a.      Debtors' Objection to Motion of Anthony Davide for Reconsideration of Entry of Order Approving the Debtors' Seventeenth Omnibus Objection to Claims (Misclassified Borrower Claims) [Docket No. 5564]

**Status**:    The hearing on this matter will be going forward.

6.    Debtors' First Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 3573]

**Related Document(s):**

a.      Notice of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Angela Genesco (Claim No. 5732) and Kroll Ontrack (Claim No. 6325) on July 15, 2013 at 11:00 a.m. [Docket No. 4000]

b.      Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to July 26, 2013 at 10:00 a.m. [Docket No. 4210]

c.      Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to August 29, 2013 at 10:00 a.m. [Docket No. 4315]

d.      Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to September 11, 2013 at 10:00 a.m. [Docket No. 4857]

e.      Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to October 2, 2013 at 10:00 a.m. [Docket No. 4975]

f.      Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to October 9, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5166]

g.      Notice of Adjournment of Hearing on Debtors' First Omnibus Objection to Claims (Late-Filed Claims) Against Kroll Ontrack (Claim No. 6325) to November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time) [Docket No. 5278]

**Response(s):**

a.      Objection of Kroll Ontrack, Inc. to the Debtors' First Omnibus Objection to Claims (Late-Filed Claims) [Docket No. 4162]

**Status**:    The hearing on the matter relating to the Objection of Kroll Ontrack, Inc. will not be going forward.  The matter has been resolved consensually.

7.     Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) [Docket No. 4119]

**Related Document(s):**

a.     Declaration of Lewis Kruger in Support of the Debtors' Tenth Omnibus Claims Objection [Docket No. 4120]

b.     Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

c.     Notice of Adjournment of Hearing on Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) Against Everest Companies and MetLife Companies Proofs of Claim to September 11, 2013 at 10:00 a.m. [Docket No. 4726]

d.     Notice of Adjournment of Hearing on Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) Against Everest Companies and MetLife Companies Proofs of Claim to September 24, 2013 at 10:00 a.m. [Docket No. 4983]

e.     Notice of Adjournment of Hearing on Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) Against Everest Companies and MetLife Companies Proofs of Claim to November 7, 2013 at 2:00 p.m. [Docket No. 5135]

f.     Notice of Adjournment of Hearing on Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) Against Everest Companies and MetLife Companies Proofs of Claim to December 17, 2013 at 10:00 a.m. [Docket No. 5479]

**Response(s):**

a.     Everest Reinsurance (Bermuda), Ltd.'s Opposition to Tenth Omnibus Objection to Claims (Facially Defective and Time-Barred Securities Claims) (Claim No. 3480) [Docket No. 4334]

b.     Everest Reinsurance (Bermuda), Ltd.'s Opposition to Tenth Omnibus Objection to Claims (Facially Defective and Time-Barred Securities Claims) (Claim No. 3481) [Docket No. 4337]

**Status**:    The hearing on this matter as it relates to the Everest Companies and the MetLife Companies has been adjourned to December 17, 2013.

8.      Debtors' Eleventh Omnibus Objection to Claims (Misclassified Claims) [Docket No. 4145]

**Related Document(s)**:

a.      Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

b.      Notice of Adjournment of Hearing on Debtors' Eleventh Omnibus Claims Objection (Misclassified Claims) Solely with Respect to the Claim Filed by B. Fischer Construction, LLC (Claim No. 2563) to September 11, 2013 at 10:00 a.m. [Docket No. 4848]

c.      Notice of Adjournment of Hearing on Debtors' Eleventh Omnibus Claims Objection (Misclassified Claims) Solely with Respect to the Claim Filed by B. Fischer Construction, LLC (Claim No. 2563) to October 23, 2013 at 10:00 a.m. [Docket No. 4988]

**Response(s)**:

a.      Response of B Fischer Construction LLC to Eleventh Omnibus Objection to Claims (Misclassified Claims) [Docket No. 4398]

**Status**:    This matter has been resolved.  No hearing is required.

9.      Debtors' Thirteenth Omnibus Objection to Claims (No Liability – Books and Records Tax Claims) [Docket No. 4147]

**Related Document(s)**:

a.      Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

b.      Notice of Adjournment of Hearing on Debtors' Thirteenth Omnibus Claims Objection (No Liability – Books and Records Tax Claims) Solely with Respect to the Claims Filed by (1) J. Dennis Semler, Tulsa County Treasurer (Claim No. 208), (2) Rose Plympton, Treasurer in and for the County of Elmore, Idaho (Claim No. 2455), and (3) Butte County Tax Collector (Claim No. 1104) to September 11, 2013 at 10:00 a.m. [Docket No. 4847]

c.      Notice of Adjournment of Hearing on Debtors' Thirteenth Omnibus Objection to Claims (No Liability - Books and Records Tax Claims) Against (1) Butte County Tax Collector (Claim No. 1104) and (2) Rose Plympton, Treasurer in and for the County of Elmore, Idaho (Claim No. 2455) to October 23, 2013 at 10:00 a.m. [Docket No. 4989]

**Response(s):**

a.    Response of Rose Plympton, Treasurer in and for the County of Elmore, Idaho, to Debtors' Thirteenth Omnibus Objection to Claims (No Liability – Books and Records Tax Claims [Docket No. 4375]

b.    Butte County Tax Collector Rebuttal to Thirteenth Omnibus Objection to Claims [Docket No. 4381]

**Status**:    This matter as it relates to the Butte County Tax Collector and Rose Plympton, Treasurer in and for the County of Elmore, Idaho has been resolved.  No hearing is required.

10.    Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4158]

**Related Document(s):**

a.    Notice of Adjournment of Certain Matters Scheduled for August 21, 2013 Omnibus Hearing to August 29, 2013 [Docket No. 4312]

b.    Debtors' Omnibus Reply in Support of Debtors' Eighteenth, Nineteenth, Twentieth, and Twenty-First Omnibus Claims Objections to Borrower Claims with Insufficient Documentation [Docket No. 4842]

c.    Notice of Adjournment of Hearing on Debtors' Twentieth and Twenty-First Omnibus Claims Objections with Respect to Certain Claimants to September 11, 2013 at 10:00 a.m. [Docket No. 4854]

d.    Notice of Adjournment of Hearing on Debtors' Seventeenth, Eighteen, Nineteenth, Twentieth and Twenty-First Omnibus Objections to Claims with Respect to Certain Claimants to September 11, 2013 at 10:00 a.m. (Prevailing Eastern Time [Docket No. 4872]

e.    Notice of Adjournment of Hearing on Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) Solely with Respect to the Claims Filed by Sheldon Williams (Claim No. 1520) and Robert and Amanda Duenner (Claim No. 1473) to September 11, 2013 at 10:00 a.m. [Docket No. 4898]

f.    Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth and Twenty-First Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 5007]

g.    Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth, Twenty-First, Twenty-Second, Twenty-Sixth, and Twenty-Seventh Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 5143]

h.    Notice of Adjournment of Hearing on Debtors' Twenty-First Omnibus
Objection to Claims (Borrower Claims with Insufficient Documentation)
Against Sonya Anthony Curry (Claim No. 5288) to November 7, 2013 at
2:00 p.m. [Docket No. 5303]

**i.    Notice of Adjournment of Hearing on Debtors' Twenty-First Omnibus
Objection to Claims (Borrower Claims with Insufficient
Documentation) Against Sonya Anthony Curry (Claim No. 5288) to
December 11, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket
No. 5765]**

**Response(s)**:

a.    Borrower Sonya Anthony Curry's Response to Debtors' Twenty-First
Omnibus Objection to Claims (Borrower Claims with Insufficient
Documentation) [Docket No. 4668]

**Reply**:

a.    Debtors' Omnibus Reply in Support of Debtors' Twentieth, Twenty-First,
Twenty-Second, Twenty-Sixth and Twenty-Seventh Omnibus Claims
Objections (Borrower Claims with Insufficient Documentation) [Docket
No. 5294]

**Status**:    **The hearing on this matter has been adjourned to December 11, 2013.**

11.    Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with
Insufficient Documentation) [Docket No. 4734]

**Related Document(s)**:

a.    Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth,
Twenty-First, Twenty-Second, Twenty-Sixth, and Twenty-Seventh
Omnibus Objections to Claims with Respect to Certain Claimants [Docket
No. 5143]

b.    Notice of Adjournment of Hearing on Debtors' Twenty-Sixth Omnibus
Objection to Claims (Borrower Claims with Insufficient Documentation)
Solely with Respect to the Claim Filed by the Estate of Felecia Victoria
Mitchell (Claim No. 5724) to November 7, 2013 at 2:00 p.m. [Docket No.
5170]

c.    Motion of Karen Mitchell-Smith for the Estate of Felecia Victoria Mitchell
for Extension of Time to File Creditor's Objection to Debtors' Twenty-
Sixth Omnibus Objection to Claims and Motion for Continuance of
Hearing Thereof [Docket No. 5165]

     **d.**     Motion of Karen Mitchell-Smith for the Estate of Felecia Victoria Mitchell for Continuance of Hearing Regarding Debtors' Objections to the Estate's Proof of Claim [Docket No. 5739]

**Response(s):**

     **a.**     Opposition of Mary Lynn Weber to Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 5044]

**Replies:**

     **a.**     Debtors' Omnibus Reply in Support of Debtors' Twenty-Sixth and Twenty-Seventh Omnibus Claims Objections to Borrower Claims with Insufficient Documentation [Docket No. 5130]

     **b.**     Debtors' Omnibus Reply in Support of Debtors' Twentieth, Twenty-First, Twenty-Second, Twenty-Sixth and Twenty-Seventh Omnibus Claims Objections (Borrower Claims with Insufficient Documentation) [Docket No. 5294]

     **c.**     Debtors' Second Omnibus Reply in Support of Debtors' Twenty-Sixth Omnibus Claim Objection (Borrower Claims with Insufficient Documentation) [Docket No. 5731]

     **Status:**     The hearing on this matter, solely as it relates to Karen Mitchell-Smith for the Estate of Felecia V. Mitchell, has been adjourned to December 11, 2013.  A notice of adjournment will be filed.  The hearing on this matter, solely as it relates to Mary Lynn Weber, will be going forward.

**12.**     Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 4887]

**Related Document(s):**

     **a.**     Notice of Adjournment of Hearing on Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) Against Gwendell L. Philpot (Claim No. 5067) to November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time) [Docket No. 5268]

     **b.**     Notice of Adjournment of Hearing on Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) Against James C. and Judith A. Winkler (Claim No. 3582) to November 7, 2013 at 2:00 p.m. (Prevailing Eastern Time) [Docket No. 5310]

     **c.**     Notice of Adjournment of Hearing on Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims- Books and Records)

     Against Gewndell L. Philpot (Claim No. 5067) to December 17, 2013 at
     10:00 a.m. (Prevailing Eastern Time) [Docket No. 5467]

  **d.**   Notice of Adjournment of Hearing on Debtors' Thirtieth Omnibus
     Objection to Claims (No Liability Borrower Claims- Books and Records)
     Against M. Francine Modderno (Claim No. 4866) to November 7, 2013 at
     2:00 p.m. (Prevailing Eastern Time) [Docket No. 5319]

  **Response(s)**:

  **a.**   Gwendell L. Philpot's Opposition to Objection, Expungement and
     Disallowance of Claim [Docket No. 5233]

  **b.**   Response of James C. and Judith A. Winkler to Debtors' Thirtieth
     Omnibus Objection to Claims (No Liability Borrower Claims- Books and
     Records) [Docket No. 5306]

  **c.**   Response of M. Francine Modderno to Debtors' Thirtieth Omnibus
     Objection to Claims (No Liability Borrower Claims- Books and Records)
     [Docket No. 5317]

  **d.**   **Amended Response of M. Francine Modderno to Debtors' Thirtieth
     Omnibus Objection to Claims (No Liability Borrower Claims- Books
     and Records) [Docket No. 5757]**

  **Reply**:

  **a.**   Debtors' Omnibus Reply in Support of Debtors Thirtieth Omnibus
     Objection to Claims (No Liability Borrower Claims Books and Records)
     [Docket No. 5297]

  **b.**   Debtors' Supplemental Omnibus Reply in Support of Debtors' Thirtieth
     Omnibus Objection to Claims (No Liability Borrower Claims - Books and
     Records) [Docket No. 5728]

  **Status**:  The hearing on this matter, solely as it relates to James C. and Judith A.
     Winkler and M. Francine Modderno, will be going forward.  The hearing
     on this matter as it relates to Gwendell L. Philpot has been adjourned to
     December 17, 2013.

**13.**  Debtors' Thirty-Fourth Omnibus Objection to Claims (No Liability- Employee
   Claims) [Docket No. 5108]

  **Related Document(s)**:  None.

  **Response(s)**:  None.

  **Status**:  The hearing on this matter will be going forward.

14.    Debtors' Thirty-Fifth Omnibus Objection to Claims (No Liability- Assigned Contract Claims) [Docket No. 5137]

    **Related Document(s)**:    None.

    **Response(s)**:    None.

    **Status**:    The hearing on this matter will be going forward.

15.    Debtors' Thirty-Sixth Omnibus Objection to Claims (Misclassified and Wrong Debtor Borrower Claims) [Docket No. 5138]

    **Related Documents**:

    a.    Notice of Adjournment of Hearing on Debtors' Thirty-Sixth Omnibus Objection to Claims (Misclassified and Wrong Debtor Borrower Claims) in Respect of Claim No. 4927 Filed by Rhonda Deese to December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5658]

    b.    **Stipulation of Richard D. Rode to Reclassification and Redesignation of Claim No. 5610 Pursuant to Debtors' Thirty-Sixth Omnibus Objection to Claims [Docket 5758]**

    **Responses**:

    a.    Response of Ernestine Ray to Debtors' Thirty-Sixth Omnibus Objection to Claims (Misclassified and Wrong Debtor Borrower Claims) [Docket No. 5527]

    b.    Response of Michelle Lawson to Debtors' Thirty-Sixth Omnibus Objection to Claims (Misclassified and Wrong Debtor Borrower Claims) [Docket No. 5528]

    c.    Response of Richard D. Rode to Debtors' Thirty-Sixth Omnibus Objection to Claims (Misclassified and Wrong Debtor Borrower Claims) [Docket No. 5475]

    d.    Response of Kenneth C. Thomas to Debtors' Thirty-Sixth Omnibus Objection to Claims (Misclassified and Wrong Debtor Borrower Claims) [Docket No. 5495]

    e.    Response of Deborah L. Wetzel to Debtors' Thirty-Sixth Omnibus Objection to Claims (Misclassified and Wrong Debtor Borrower Claims) [Docket No. 5474]

    f.    Response of Ron and Julie Eriksen To, and Motion to Strike, the Debtors' Thirty-Sixth Omnibus Objection to Claims (Misclassified and Wrong Debtor Borrower Claims) [Docket No. 5485]

**g.**      Response of Rhonda Deese to Debtors' Thirty-Sixth Omnibus Objection to Claims (Misclassified and Wrong Debtor Borrower Claims) [Docket No. 5492]

**h.**      Response of Lydia Alvarez to Debtors' Thirty-Sixth Omnibus Objection to Claims (Misclassified and Wrong Debtor Borrower Claims) [Docket No. 5525]

**Reply**:

**a.**      Debtors' Omnibus Reply in Support of Debtors' Thirty-Sixth and Thirty-Seventh Omnibus Objections to Claims (Misclassified and Wrong Debtor Borrower Claims) [Docket No. 5730]

**Status**:   The hearing on this matter, solely as it relates to Rhonda Deese, has been adjourned to December 17, 2013.  The hearing on this matter, solely as it relates to Lydia Alvarez, has been resolved pending final documentation. The hearing on this matter as it relates to all other claimants will be going forward.

16.   Debtors' Thirty-Seventh Omnibus Objection to Claims (Misclassified and Wrong Debtor Borrower Claims) [Docket No. 5139]

**Related Documents**:      None.

**Responses**:

**a.**      Response of William J. Ridge to Debtors' Thirty-Seventh Omnibus Objection to Claims (Misclassified and Wrong Debtor Borrower Claims) [Docket Nos. 5337/5478]

**Reply**:

**a.**      Debtors' Omnibus Reply in Support of Debtors' Thirty-Sixth and Thirty-Seventh Omnibus Objections to Claims (Misclassified and Wrong Debtor Borrower Claims) [Docket No. 5730]

**Status**:   **The hearing on this matter, solely as it relates to William J. Ridge, has been resolved pending final documentation.  The hearing on this matter as it relates to all other claimants will be going forward.**

17.   Debtors' Thirty-Eighth Omnibus Objection to Claims (Wrong Debtor Borrower Claims) [Docket No. 5140]

**Related Documents**:      None.

**Responses**:

a.     Letter Response of John and Gloria Brooks to Debtors' Thirty-Eighth
       Omnibus Objection to Claims (Wrong Debtor Borrower Claims) [Docket
       No. 5371]

**Status**:     This matter, solely as it relates to John and Gloria Brooks, has been
                resolved.  The hearing on this matter as it relates to all other claimants will
                be going forward.

18.     Debtors' Thirty-Ninth Omnibus Objection to Claims (Wrong Debtor Borrower
        Claims) [Docket No. 5141]

    **Related Documents**:     None.

    **Responses**:     None.

    **Status**:     The hearing on this matter will be going forward.

19.     Debtors' Fortieth Omnibus Objection to Claims (No Liability - Non-Debtor and
        Amended and Superseded Claims) [Docket No. 5142]

    **Related Documents**:     None.

    **Responses**:

    a.     Response of Ajit and Shakun Vasvani to Debtors' Fortieth Omnibus
                  Objection to Claims (No Liability - Non-Debtor and Amended and
                  Superseded Claims) [Docket No. 5372]

    **Reply**:

    a.     Debtors' Reply in Support of Debtors' Fortieth Omnibus Objection to
                  Claims (No Liability - Non-Debtor and Amended and Superseded Claims
                  [Docket No. 5724]

    **Status**:     The hearing on this matter will be going forward.

20.     Debtors' Forty-First Omnibus Objection to Claims (Duplicate and Amended and
        Superseded Borrower Claims) [Docket No. 5144]

    **Related Documents**:     None.

    **Responses**:     None.

    **Status**:     The hearing on this matter will be going forward.

21.     Debtors' Forty-Second Omnibus Objection to Claims (Reduce and Allow Borrower
        Claims) [Docket No. 5150]

**Related Documents**:

a.    Notice of Adjournment of Hearing on Debtors' Forty-Second Omnibus
      Objection to Claims (Reduce and Allow Borrower Claims) Against
      Jennifer and Jason Schermerhorn (Claim Nos. 338 and 339) to December
      17, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5438]

**Responses**:        None.

**Status**:    The hearing on this matter as it relates to Jennifer and Jason Schermerhorn
               has been adjourned to December 17, 2013. The hearing on this matter as it
               relates to all other claimants will be going forward.

22.    Debtors' Forty-Third Omnibus Objection to Claims (Insufficient Documentation)
       [Docket No. 5151]

       **Related Document(s)**:

       **a.    Notice of Adjournment of Hearing on Debtors' Forty-Third Omnibus
              Objection to Claims (Insufficient Documentation) in Respect of
              CitiMortgage, Inc. (Claim No. 5360) to December 11, 2013 at 10:00
              A.M. (Prevailing Eastern Time) [Docket No. 5747]**

       **Responses**:

       a.    Response of Nardia Packer to Debtors' Forty-Third Omnibus Objection to
             Claims (Insufficient Documentation) [Docket No. 5373]

       **Reply**:

       a.    Debtors' Reply in Support of Debtors' Forty-Third Omnibus Objection to
             Claims (Insufficient Documentation) [Docket No. 5725]

       **Status**:    The hearing on this matter, solely as it relates CitiMortgage, Inc., has been
                      adjourned to December 11, 2013. The hearing on this matter as it relates to
                      all other claimants will be going forward.

23.    Debtors' Forty-Fourth Omnibus Objection to Claims ((A) Late-Filed Claims; (B)
       Duplicate Claims; (C) Redesignate and Allow Claims; (D) Reduce and Allow Claims;
       (E) Redesignate, Reduce and Allow Claims; (F) Reclassify, Reduce and Allow
       Claims; and (G) Redesignate Claims) [Docket No. 5152]

       **Related Documents**:

       a.    Notice of Adjournment of Hearing on Debtors' Forty-Fourth Omnibus
             Objection to Claims ((A) Late-Filed Claims; (B) Duplicate Claims; (C)
             Redesignate and Allow Claims; (D) Reduce and Allow Claims; (E)
             Redesignate, Reduce and Allow Claims; (F) Reclassify, Reduce and Allow

Claims; and (G) Redesignate Claims) Against ISGN Solutions, Inc. (Claim No. 5688) to December 11, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5512]

**b.**      Notice of Adjournment of Hearing on Debtors' Forty-Fourth Omnibus Objection to Claims ((A) Late-Filed Claims; (B) Duplicate Claims; (C) Redesignate and Allow Claims; (D) Reduce and Allow Claims; (E) Redesignate, Reduce and Allow Claims; (F) Reclassify, Reduce and Allow Claims; and (G) Redesignate Claims) Against Elevenhome Limited (Claim No. 6841) and Redwood Recovery Services, LLC (Claim No. 6842) to December 11, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5644]

**Responses**:

**a.**      Response of Redwood Recovery Services, LLC and Elevenhome Limited to the Debtors' Forty-Fourth Omnibus Objection to Claims [Docket No. 5348]

**b.**      ISGN Solution, Inc.'s Response to Debtors' Forty-Fourth Omnibus Objection to Claims Seeking to Reduce and Allow ISGN Solution Inc.'s Proof of Claim No. 5688 [Docket No. 5431]

**Status**:      The hearing on this matter, solely as it relates to ISGN Solutions, Inc., Elevenhome Limited and Redwood Recover Services, LLC has been adjourned to December 11, 2013. The hearing on this matter as it relates to all other claimants will be going forward.

24.     Debtors' Forty-Fifth Omnibus Objection to Claims (No Liability - Property Tax Claims) [Docket No. 5157]

**Related Documents**:      None.

**Responses**:      None.

**Status**:      The hearing on this matter will be going forward.

25.     Debtors' Forty-Sixth Omnibus Objection to Claims (Insufficient Documentation / Servicing / Duplicative Claims) [Docket No. 5158]

**Related Documents**:      None.

**Responses**:      None.

**Status**:      The hearing on this matter will be going forward.

26.     Debtors' Forty-Seventh Omnibus Objection to Claims (No Liability Claims - Books and Records) [Docket No. 5159]

**Related Documents**:      None.

**Responses**:

a.      Response of Basic Life Resources to Debtors' Forty-Seventh Omnibus
        Objection to Claims (No Liability Claims - Books and Records) [Docket
        No. 5368]

b.      Response of Basic Life Resources to Debtors' Forty-Seventh Omnibus
        Objection to Claims (No Liability Claims - Books and Records) [Docket
        No. 5733]

c.      **Basic Life Resources Petition re:  Debtors' Forty-Seventh Omnibus
        Objection [Docket No. 5756]**

**Reply**:

a.      Debtors' Reply in Support of Debtors' Forty-Seventh Omnibus Objection
        to Claims (No Liability Claims - Books and Records) [Docket No. 5726]

**Status**:      The hearing on this matter will be going forward.

27.     Debtors' Forty-Eighth Omnibus Objection to Claims (Borrower Insufficient
        Documentation and No Liability Books and Records Claims) [Docket No. 5160]

**Related Documents**:      None.

**Responses**:      None.

**Status**:      The hearing on this matter will be going forward.

28.     Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims -
        Books and Records) [Docket No. 5161]

**Related Documents**:

a.      Notice of Adjournment of Hearing on Debtors' Forty-Ninth Omnibus
        Objection to Claims (No Liability Borrower Claims - Books and Records)
        Solely as it Relates to Certain Claimants [Docket No. 5673]

**Responses**:

a.      Response of Randall D. Branson to Debtors' Forty-Ninth Omnibus
        Objection to Claims (No Liability Borrower Claims - Books and Records)
        [Docket No. 5380]

b.      Response of Virginia Mattson to Debtors' Forty-Ninth Omnibus Objection
        to Claims (No Liability Borrower Claims - Books and Records) [Docket
        No. 5384]

  **c.**   Response of Ramona M. Roberts to Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5386]

  **d.**   Response of Roger J. and Karen Evans to Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5435]

  **e.**   Corrected Response of Bonnie Bonita Rose to Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5449]

  **f.**   Response of Deborah L. Wetzel to Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5477]

  **g.**   Response of William J. Futrell to Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5484]

  **h.**   Response of Irene Schmidt to Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket Nos. 5505/5552]

  **i.**   Response of James Ladd and Anne M. Ladd to Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket Nos. 5529/5583]

  **j.**   **Response of Mary R. Biancavilla to Debtors' Forty-Ninth Omnibus Objection to Claims ("No Liability Borrower Claims – Books and Records") and Request for Enlargement of Time Limitations Specified by Notice of Filing of Exhibits 2 through 21 Compromising the Plan Supplement to the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, *et al*. and the Official Committee of Unsecured Creditors, and Declaration of Mary R. Biancavilla Pursuant to Title 28 U.S.C. Section 1746 [Docket No. 5755]**

  <u>**Status**</u>:  The hearing on this matter, solely as it relates to Randall D. Branson, Virginia Mattson, Ramona M. Roberts, Bonnie Bonita Rose, Roger J. and Karen Evans, Deborah L. Wetzel, William J. Futrell, Irene Schmidt and James and Anne M. Ladd has been adjourned to December 11, 2013. The hearing on this matter as it relates to all other claimants will be going forward.

**29.**  Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5162]

**Related Documents**:

a.      Notice of Adjournment of Hearing on Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) Solely as it Relates to Certain Claimants to December 11, 2013 at 10:00 a.m. [Docket No. 5735]

**b.      Notice of Adjournment of Hearing on Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) Solely as it Relates to Neville and Maribeth Evans (Claim Nos. 5267 and 5272) to January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5752]**

**Responses**:

a.      Response of Patrick Farrell to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5308]

b.      Objections and Response of Mary Critchley to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5316]

c.      Response of Rainer P. Warner to Debtors' Fiftieth Omnibus Objection Seeking the Entry of an Order to Disallow and/or Expunge One or More Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5369]

d.      Opposition of Pamela D. Longoni, Lacey Longoni and Jean M. Gagnon to Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5420]

e.      Response and Objections of Creditor Albert Passaretti to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5428]

f.      Response of Stewart Title Guaranty Company to Debtors' Fiftieth Omnibus Objection to Claims with Respect to Claim No. 1400 [Docket No. 5433]

g.      Creditor Jacqueline A. Warner's Opposition to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5454]

h.      Response of Neville and Maribeth Evans to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5460]

**i.**   Response of Claimant Allison L. Randle to the Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5468]

**j.**   Response of Felix O. Abu to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5471]

**k.**   Response of Dennis G. and Marcene L. Burgin to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5472]

**l.**   Response of Edgar A. and Sara Soto to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5473]

**m.**   Simone Braham's Motion for Extension of Time to Respond to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5480]

**n.**   Response of Guerrino Degli Esposti to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5486]

**o.**   Peter Vidikan's Response and Opposition to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5487]

**p.**   Response of James C. Jackson to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5494]

**q.**   Response of Floyd Green to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5530]

**r.**   Response of Michael A. and Gloria S. McGuinty to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5497]

   **(i)**   Letter from Michael A. and Gloria S. McGuinty regarding Rejected Information in Connection with Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5554]

**s.**   Response of Gerald Gandrup to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5541]

t.      Response of Philip G. Wright to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5504]

u.      Response of William Oden to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5496]

v.      Response of Tomas Diaz to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5507]

w.      Response of Perry Goerner to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5514]

x.      Response of Iso Gradjan to Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5523]

**Reply**:

a.      Debtors' Omnibus Reply in Support of Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records) [Docket No. 5736]

**Status**:    This matter, solely as it relates to Edgar A. and Sara Soto, Peter Vidikan William Oden, Perry Goerner, Simone Braham and **Jacqueline Warner,** has been resolved.  The hearing on this matter, solely as it relates to Stewart Title Guaranty Company, Allison L. Randle, Guerrino Degli Esposti, Gerald Gandrup and Philip G. Wright has been adjourned to December 11, 2013.  **The hearing on this matter, solely as it relates to Neville and Maribeth Evans has been adjourned to January 9, 2014.** The hearing on this matter as it relates to all other claimants will be going forward.

Dated:  November 14, 2013          /s/ Norman S. Rosenbaum
        New York, New York         Gary S. Lee
                                   Lorenzo Marinuzzi
                                   Norman S. Rosenbaum
                                   MORRISON & FOERSTER LLP
                                   1290 Avenue of the Americas
                                   New York, New York 10104
                                   Telephone: (212) 468-8000
                                   Facsimile: (212) 468-7900

                                   *Counsel for the Debtors and*
                                   *Debtors in Possession*