Hearing Date: **November 15, 2013 at 10:00 a.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
J. Alexander Lawrence
Alexandra Steinberg Barrage

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF REVISED FORM OF ORDER GRANTING DEBTORS' MOTION UNDER SECTION 365 OF THE BANKRUPTCY CODE TO ASSUME AND ASSIGN SERVICING-RELATED AGREEMENTS FOR TRUSTS INSURED BY SYNCORA GUARANTEE INC. TO OCWEN LOAN SERVICING, LLC

**PLEASE TAKE NOTICE** that the undersigned will present the revised *Order Granting Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing-Related Agreements for Trusts Insured by Syncora Guarantee Inc. to Ocwen Loan Servicing, LLC*, substantially in the form attached hereto as Exhibit 1, to the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 501, for signature at the hearing on **November 15, 2013 at 10:00 a.m. (Prevailing Eastern Time)**.

1

Dated: November 14, 2013  
New York, New York

Respectfully submitted,

By: /s/ Gary S. Lee
Gary S. Lee
J. Alexander Lawrence
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 468-8000
Fax: (212) 468- 7900

Alexandra Steinberg Barrage
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 887-1500
Facsimile: (202) 785-7525

*Counsel for the Debtors
and Debtors-in-Possession*