# KRAMER LEVIN NAFTALIS & FRANKEL LLP

KENNETH H. ECKSTEIN
PHONE  212-715-9229
FAX  212-715-8000
KECKSTEIN@KRAMERLEVIN.COM

November 13, 2013

<u>By Electronic Delivery</u>

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re:  In re Residential Capital, LLC et al., Case No. 12-12020 (MG)

Dear Judge Glenn:

We are counsel to the Official Committee of Unsecured Creditors in the above-entitled bankruptcy case. We write to confirm the instructions from Your Honor's chambers that the page limit for the Plan Proponents' memorandum in support of confirmation is set at one hundred seventy (170) pages and the omnibus response to Plan objections at sixty-five (65) pages.

We thank Your Honor for considering this submission.

Respectfully submitted,

/s/ 
Kenneth H. Eckstein

**MEMORANDUM ENDORSED
SO ORDERED.**
Dated: November 15, 2013
       New York, New York

                                                                 <u>/s/Martin Glenn</u>
                                                          MARTIN GLENN
                                        United States Bankruptcy Judge