Richard L. Wynne
Erin N. Brady (*admitted pro hac vice*)
Lance E. Miller
**JONES DAY**
222 East 41st Street
New York, New York  10017.6702
Phone: (212) 326-3418
Fax: (212) 755-7306

Attorneys for Creditor
*Financial Guaranty Insurance Company*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

| | | |
|---|---|---|
| In the matter of: | ) | |
| | ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

-------------------------------------------------------- x

**NOTICE OF FINANCIAL GUARANTY INSURANCE
COMPANY'S INTENT TO CROSS-EXAMINE
RAYMOND L. LYONS AND MICHAEL FAZIO AT CONFIRMATION HEARING**

**WHEREAS**, the Court has scheduled a hearing to consider confirmation (the

"Confirmation Hearing") of the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et

al. and the Official Committee of Unsecured Creditors* [Dkt. No. 4819] (as amended, the "Plan");

**WHEREAS**, the Plan Proponents[1] and certain other parties in interest have submitted

direct testimony in written form (collectively, the "Witnesses");

---

[1] Capitalized terms not specifically defined herein have the meaning assigned to them under the Plan.

**WHEREAS**, the Court has ordered that parties in interest who intend to cross-examine any of the Witnesses at the Confirmation Hearing must file a notice of the same, by November 15, 2013 at 12:00 p.m., eastern time;

**NOW, THEREFORE, PLEASE TAKE NOTICE**, that counsel for Financial Guaranty Insurance Company ("FGIC") intends and reserves the right to cross-examine the following Witnesses at the Confirmation Hearing, and estimates each cross-examination will require the following periods of time:

| Witness | Est. Duration |
|---|---|
| Raymond L. Lyons | 15 minutes |
| Michael Fazio | 25 minutes |

**PLEASE TAKE FURTHER NOTICE THAT**, the durations listed above are estimates only, and FGIC reserves the right to seek to cross-examine either of the above-listed Witnesses for longer periods of time.

**PLEASE TAKE FURTHER NOTICE THAT**, the filing of this Notice is not intended to be, and should not be construed as, a waiver of rights in any respect, and FGIC specifically reserves the right to, among other things, (1) seek to cross-examine any Witnesses not listed herein as necessary and appropriate, or (2) refrain from cross-examination of either of the Witnesses listed above

Dated:  November 15, 2013
New York, New York

JONES DAY

*/s/ Richard L. Wynne*
Richard L. Wynne
Erin N. Brady
Lance E. Miller
222 East 41st Street
New York, New York  10017

LAI-3203486v1