**Hearing Date: November 19, 2013 at 9:00 a.m. (prevailing Eastern Time)**

**WINSTON & STRAWN LLP**
James Donnell (jdonnell@winston.com)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Nathan P. Lebioda (nlebioda@winston.com)
100 North Tryon Street
Charlotte, NC 28202-1078
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

*Attorneys for WFNBA*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020-MG |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**WFBNA's DESIGNATION OF WITNESSES FOR CROSS-EXAMINATION**

Wachovia Bank and Wachovia Bank of Delaware, now succeeded by Wells Fargo Bank, N.A., ("WFBNA") hereby submits its designation of potential witnesses for cross-examination in support of the *Limited Objection of WFBNA to Confirmation of Joint Chapter 11 Plan Proposed by Residential Capital, LLC and the Official Committee of Unsecured Creditors* [Docket No. 5411] in advance of the hearing to confirmation of the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al., and the Official Committee of Unsecured Creditors* [Docket No. 4771], which is set for hearing on November 19, 2013.[1]

---

[1] WFBNA anticipates being able to forgo or shorten certain of these examinations if it is able to reach a stipulation of certain facts with the plan proponents; WFBNA will also attempt to avoid examining any witness that would not otherwise be testifying but for WFBNA's examination.

- Michael Carpenter, Chief Executive Officer, Ally Financial, Inc. and member of Board of Directors: (5 minutes)

- James N. Young, Chief Financial Officer, Ally Bank: (5 minutes)

- Martin Blumentritt, risk officer in Corporate Insurance and Business Continuity Department for Ally Financial, Inc.: (5 minutes)

- Lewis Kruger, Chief Restructuring Officer of the above-captioned debtors and debtors in possession: (5 minutes)

- Barbara Westman, Senior Director and Controller of Residential Capital, LLC: (5 minutes)

- Thomas Marano, Chairman of the Board of Residential Capital, LLC: (5 minutes)

- Tammy Hamzehpour, Chief Business Officer of Residential Capital, LLC: (5 minutes)

- Jeffrey A. Lipps, partner with Carpenter Lipps & Leland LLP: (5 minutes)

- Mark A. Renzi, Senior Managing Director in Corporate Finance/Restructuring practice at FTI Consulting, Inc.: (5 minutes)

Dated: November 15, 2013
New York, New York

**WINSTON & STRAWN LLP**

By: /s/ Nathan P. Lebioda
James Donnell
200 Park Avenue
New York, NY  10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700
jdonnell@winston.com

-and-

Nathan P. Lebioda
100 North Tryon Street
Charlotte, NC 28202-1078
Telephone: (704) 350-7700
Facsimile: (704) 350-7800
nlebioda@winston.com
*Attorneys for WFNBA*

2