Timothy T. Brock, Esq.
Abigail Snow, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
 (212) 818-9200

*Local Counsel to:*

Barry S. Glaser, Esq.
*(Admitted pro hac vice)*
STECKBAUER WEINHART JAFFE, LLP
333 S. Hope Street, 36th Floor
Los Angeles, California 90071
(213) 229-2868

*Attorneys for Los Angeles County Treasurer and Tax Collector*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al. | Case No.: 12-12020 (MG) |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF LIMITED
### OBJECTION TO CONFIRMATION OF JOINT CHAPTER 11 PLAN

PLEASE TAKE NOTICE that the *Los Angeles County Treasurer and Tax Collector's Limited Objection to Confirmation of Joint Chapter 11 Plan* [ECF Docket No. 5400], scheduled for hearing on November 19, 2013, is hereby withdrawn pursuant to the *Stipulation Resolving (I) Proofs of Claim No. 120, 164, 165, 6832, 6833, 6834, and 6876, and (II) Objection to Chapter 11 Plan, Each Filed by the Los Angeles County Treasurer and Tax Collector*, between the debtors and debtors in possession in these bankruptcy cases and the Los Angeles County Treasurer and Tax Collector, dated November 14, 2013.

Dated: November 15, 2013
　　　　New York, New York

1810062_1

Respectfully submitted,

SATTERLEE STEPHENS BURKE & BURKE LLP

By:   /s Abigail Snow
       Timothy T. Brock, Esq.
       Abigail Snow, Esq.
230 Park Avenue, Suite 1130
New York, New York 10169
Tel:  (212) 818-9200
Fax:  (212) 818-9606
Email: tbrock@ssbb.com
       asnow@ssbb.com

*Local Counsel to:*

Barry S. Glaser, Esq.
*(Admitted pro hac vice)*
STECKBAUER WEINHART JAFFE, LLP
333 S. Hope Street, 36th Floor
Los Angeles, California 90071
Tel: (213) 229-2868
Fax: (213) 229-2870
Email:  bglaser@swjlaw.com


*Attorneys for Los Angeles County Treasurer and Tax Collector*