UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | CASE No 12-12020 |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, ET AL., | ) | CHAPTER 11 |
| | ) | |
| DEBTORS | ) | |
| | ) | |

IN THE DISTRICT COURT OF APPEAL OF THE STATE
OF FLORIDA – SECOND DISTRICT
P O BOX 327, LAKELAND, FL 33802-0327

CASE NO.: 2D13-4181
L.T. 08-252-CA

RONALD P GILLIS, et al,        V        DEUTSCHE BANK TRUST COMPANY AMERICAS
AMERICAS AS TRUSTEE FOR GMAC-RFC

Appellant / Petitioner                         Appellee / Respondent
Purported Defendant                           Purported Plaintiff

## JUDICIAL NOTICE PURSUANT TO FLORIDA STATUTE §90.202

COMES NOW, Purported Defendant / Appellant Ronald P Gillis in Charlotte County Civil

Case #08-252-CA, Appellant in the Second District Court of Appeals for Florida case # 2D13-

4181, and Creditor #444 in NY Southern District Bankruptcy Court case #12-12020, who is a

Native North American and appears by special appearance only for the limited purpose of

informing the New York Southern District Bankruptcy Court, the Second District Court of

Appeals, and the Charlotte County Civil Court, to take Judicial Notice of the complaint on

Attorney Dean Angelo Morande Florida Bar # 807001

Respectfully Submitted,

By _____
Ronald Gillis *In Propia Persona*
*All Rights Reserved without prejudice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that by signing this below, a true and correct copy of the foregoing JUDICIAL NOTICE PURSUANT TO FLORIDA STATUTE §90.202 was furnished by hand or USPS 1st Class Mail to: United States Bankruptcy Court, Southern District of New York One Bowling Green New York, NY 10004, Michael K Winston City Place Tower Suite 1200, 525 Okeechobee Blvd, West Palm Beach, FL 33401, Second District Court of Appeals, P O Box 327, Lakeland, FL 33802-0327, and the Charlotte County Justice Center, Clerk of the Court, Barbara T. Scott, 350 E. Marion Ave, Punta Gorda, FL 33950 on this 12th day of November 2013.

Ronald Gillis,    (413) 622-2282
P O Box 380842
Murdock, FL 33938-0842

By: Ronald Gillis
*All Rights Reserved without prejudice*

NY Bankruptcy 12-12020    2D13-4181    L.T. 08-252-CA

# The Florida Bar
# Inquiry/Complaint Form

PART ONE (Complaint Information)

| | |
|---|---|
| Your Name: | Ronald Gillis |
| Address: | P O Box 380842 |
| | Murdock, FL 33938-0842 |
| Telephone: | (413) 622-2282 |
| Email: | 08252CA@gmail.com |

ACAP Reference Number: _____

PART TWO (Attorney Information)

| | |
|---|---|
| Attorney's Name: | Dean Angelo Morande |
| Florida Bar #: | 807001 |
| Address: | 525 Okeechobee Blvd, Suite 1200 |
| | West Palm Beach, FL 33401-6303 |
| Telephone : | (561) 569-7070 |

PART THREE: (Facts/Allegations)

Mr Michael K Winston and Mr Morande have committed a fraud upon the Court in the Court of Appeals case, Second District Court of Appeals, case #2D13-4181 by filing what appears to be an attempt to file a Notice of Appearance (See Exhibit 1). This fraud upon the court was done originally at the lower Court by other attorneys attempting to invoke the jurisdiction of the court when no subject matter jurisdiction ever existed and thereby committed a fraud upon the court. The undersigned respectfully demands this attorney be investigated and disbarred for continuing the case as well as additional fraud upon the court. Supporting case law for this is *Florida Bar v. Rightmyer* 488 So2d 532 (FLA 1986) as well as *Florida Bar v Dodd* 118 So2d 17,19 (FLA 1960) which it was stated "We can conceive of no other ethical violation more damaging to the legal profession and process then lying under oath." While Mr Morande may not have done these actions under oath, it is expected that all actions of an attorney be truthful because there could be serious consequences to deception, as is the case here where several attorneys are apparently conspiring to steal property of the undersigned and others. This would be a violation of Florida Rules of Professional Conduct 4-1.2(d). (Furthermore FRPC) Mr Morande has failed to produce his liability insurance information, and continued failure to do so would put the Court and judges in a position of personal liability for failing to protect the Constitutionally guaranteed Rights of the undersigned. If Mr Morande fails to produce the Consent Agreement as well as his liability insurance carrier information by November 30, 2013, it would be Mr Morande's tacit admission he has committed a fraud upon the Court, and implied admission he fails to represent any client with any claim-in-fact. Mr Morande failed to show any Consent Agreement to substantiate he has a client-in-fact and that whomever he purports to represent has any claim-in-fact. Mr Morande is further utilizing the court system to steal property. Further, there have been repeated problems with who purports to be paying these attorneys in this case, and numerous affidavits filed into the case purporting different entities having paid the attorney's fees in the case contradictory to FRPC 4-1.8(f).(See Exhibit 2) Further, Mr Morande's notice purports to indicate

he is representing Deutsche Bank Trust Company Americas as Trustee for RALI 2006-QS8, which his notice purports this entity as the Appellee, yet that is not the appellee in the appeals case, **nor is that an entity that is a party to the action nor has it filed any pleadings** in the Lower Tribunal Case #08-252-CA.  The complaint and original case style heading listed the purported plaintiff as Deutsche Bank Trust Company Americas as Trustee for no trust or any other name.(See Exhibit 3)  The case style heading was changed in 2009, without complying with the Florida Rules of Civil Procedure to reflect a purported plaintiff name of Deutsche Bank Trust Company Americas as Trustee for GMAC-RFC Master Servicing. (See Exhibit 4)  No other purported changes have happened regarding whomever purports to be the plaintiff and who would otherwise be the Appellee in this case.  Furthermore, in looking at the purported "original" mortgage, there is a MERS MIN number of 100013700059991685.  Upon researching the MERS website, on November 23, 2011 it was listed as Inactive and the RFC Trustee 2 was the investor, yet on November 10, 2013, it now shows as Active and that the investor is Wells Fargo Home Mortgage, another discrepancy and indispensable party not revealed.  (See Exhibit 5)  Further, FRPC 4-1.6(b)(1) requires an attorney reveal information when a crime is being committed Additionally, as mentioned above, with numerous affidavits filed in the Lower Tribunal indicating different entities purporting to pay the attorneys fees, these affidavits give rise to the question of who purports to have hired this attorney, when this entity is not a party and has never been a party-in-fact in the lower court.  Further, there was a purported Assignment of Mortgage filed in June of 2009, signed by a notary who was never a notary for that state prior to February 13, 2009, another clear indication of deception and a fraud upon the court.   (See Exhibit 6)  Additionally, in 2012, there was an affidavit filed into the Lower Tribunal case #08-252-CA, where there was an admittance the purported plaintiff was wrong, yet the purported bank attorney decided to proceed "as-is" and the name issue would be "corrected" after a sale. (See Exhibit 7 which includes Pages 11-13 of this affidavit)  This is additional admittance of a fraud upon the court, and with Mr Morande purporting to file a notice of appearance, Mr Morande is accepting responsibility for this fraud, and is now participating in the scheme to steal property and committing further fraud upon the court.  As such, the undersigned respectfully demands to appear at any hearings regarding this complaint, and respectfully demands this attorney be fully and properly investigated and disbarred.

Since these actions of fraud are criminal in nature, intended to steal the property of the undersigned, the undersigned hereby references the Florida Constitution Article I §16 as grounds to appear in any proceeding whereby actions or inactions will or might be taken based upon this complaint.  The undersigned does not expect, desire or intend to litigate the Court case through the Florida Bar, as the only desire is for the Florida Bar to properly investigate criminal conduct occurring within the scope of regulation of the Florida Bar.

PART FOUR (Witnesses)

None, supporting documentation is attached:

      Exhibit 1 – Purported Notice of Appearance of Mr Morande

      Exhibit 2 – Several Affidavits purport different entities having paid the attorney's fees

Exhibit 3 – The purported complaint (attached exhibits available upon request)

Exhibit 4 – The order changing the case style heading of the case (no complaint change)

Exhibit 5 – MERS listing of Investors for MIN associated with this purported mortgage

Exhibit 6 – Purported Assignment of Mortgage and information regarding the notary

Exhibit 7 – Pages 11-13 of Affidavit filed in June 2012 (full affidavit upon request)

---

PART FIVE (Signature) Under penalties of perjury, I declare the foregoing facts are true correct and complete.

_(signature)_

Printed Name: Ronald Gillis
All Rights Reserved
Date:          11/12/2013

State of: **FLORIDA**

County of: **CHARLOTTE**

On this  12th  day of November 2013 A.D., Ronald Gillis declared and Affirmed under penalty of perjury that the foregoing is true and correct to the best of his knowledge. Before me, the undersigned, a Notary Public in and for said State and County, and personally appeared Ronald Gillis, know to me to be the person described in, or produced Florida Drivers License as identification and who executed the foregoing instrument, and affirmed to me and executed same.

_(signature)_

Print Name: ___Gary Hirschy___
My commission expires: ___11/5/2014___

GARY HIRSCHY
Notary Public, State of Florida
Commission# EE 42065
My comm. expires November 15, 2014

Electronically Filed 10/21/2013 03:46:50 PM ET

# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SECOND DISTRICT

RONALD P. GILLIS,

    Appellant,

v.

DEUTSCHE BANK TRUST
COMPANY AMERICAS, AS
TRUSTEE FOR RALI 2006-QS8,

    Appellee.                                    /

Case No.: 2D13-4181

L.T. Case No.: 08-252 CA

## NOTICE OF APPEARANCE OF COUNSEL AND
## DESIGNATION OF E-MAIL ADDRESSES

    **PLEASE TAKE NOTICE** that attorneys Michael K. Winston and Dean A. Morande from the law firm of Carlton Fields, P.A., are appearing as appellate counsel for Appellee, Deutsche Bank Trust Company Americas, as Trustee for RALI 2006-QS8.

    **FURTHER**, pursuant to Florida Rule of Judicial Administration 2.516, effective September 1, 2012, the following e-mail addresses are hereby designated for service by e-mail:

dmorande@carltonfields.com (primary)
kcasazza@carltonfields.com (secondary)
wpbecf@cfdom.net (secondary)

28305997.1

Please note that service by e-mail should utilize all three e-mail addresses.

Correspondence other than service should utilize only the primary e-mail address.

Respectfully Submitted,

Michael K. Winston
Florida Bar No.: 51403
Dean A. Morande
Florida Bar No.: 807001
CARLTON FIELDS, P.A.
CityPlace Tower - Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Telephone: (561) 659-7070
Facsimile:  (561) 659-7368
dmorande@carltonfields.com  (primary)
kcasazza@carltonfields.com (secondary)
wpbecf@cfdom.net (secondary)

*Counsel for Appellee*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via electronic mail this 21st day of October, 2013, to:  Ronald Gillis, *pro se*, Post Office Box 380842, Murdock, FL 33938.

Dean A. Morande

IN THE CIRCUIT COURT OF THE TWENTIETH
JUDICIAL CIRCUIT IN AND FOR CHARLOTTE COUNTY, FLORIDA
CIVIL ACTION

DEUTSCHE BANK TRUST COMPANY
AMERICAS AS TRUSTEE,

Plaintiff,

CASE NO. 08-252CA
DIVISION

vs.

RONALD P. GILLIS; THE UNKNOWN SPOUSE OF RONALD P. GILLIS; SUNTRUST
BANK;  ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER,
AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT
KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY
CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER
CLAIMANTS;   TENANT #1, TENANT #2, TENANT #3, and TENANT #4 the names
being fictitious to account for parties in possession

Defendant(s).

## MORTGAGE FORECLOSURE COMPLAINT

Plaintiff, Deutsche Bank Trust Company Americas as Trustee, sues Defendants,  Ronald P. Gillis;

The Unknown Spouse of Ronald P. Gillis; SunTrust Bank;   Any and All Unknown Parties Claiming By,

Through, Under, and Against the Herein Named Individual Defendant(s) Who Are Not Known to be Dead or

Alive, Whether Said Unknown Parties May Claim an Interest as Spouses, Heirs, Devisees, Grantees, or Other

Claimants;   Tenant #1,  Tenant #2,  Tenant #3, and  Tenant #4, the names being fictitious to account for

parties in possession, and alleges:

### COUNT I - MORTGAGE FORECLOSURE

1.    This is an in rem action to foreclose a mortgage on real property located and situated in

Charlotte County, Florida.

*C293475 4*
08-0002652-CA
01/16/08 10:32:07
Filed joan

2.    On May 1, 2006, there was executed and delivered a Promissory Note ("Mortgage Note") and a Mortgage ("Mortgage") securing the payment of the Mortgage Note. The Mortgage was recorded on May 5, 2006, in Official Records Book 2961 at Page 416 of the Public Records of Charlotte County, Florida, (All subsequent recording references are to the public records of Charlotte County, Florida) and mortgaged the real and personal property ("Property") described therein, then owned by and in possession of the Mortgagor(s). Copies of the original Mortgage Note and Mortgage are attached hereto and incorporated herein as an Exhibit.

3.    Plaintiff now owns and holds the Mortgage Note and Mortgage.

4.    The Property is now owned of record by Defendant(s), Ronald P. Gillis.

5.    The Mortgage Note and Mortgage are in default. The required installment payment of October 1, 2007, was not paid, and no subsequent payments have been made. The Mortgage is contractually due for the October 1, 2007 payment. The last payment received was applied to the September 1, 2007 installment, and no subsequent payments have been applied to the loan.

6.    Plaintiff declares the full amount payable under the Mortgage Note and Mortgage to be now due.

7.    Plaintiff must be paid $143,497.94 in principal on the Mortgage Note and Mortgage, together with interest from September 1, 2007, late charges, and all costs of collection including title search expenses for ascertaining necessary parties to this action and reasonable attorney's fees.

8.    All conditions precedent to the acceleration of the Mortgage Note and foreclosure of the Mortgage have been performed or have occurred.

9.    Plaintiff has retained the law firm of Albertelli Law in this action and is obligated to pay it a reasonable fee for its services in bringing this action as well as all costs of collection.

10.    The interests of each Defendant are subject, subordinate, and inferior to the right, title, interest, and lien of Plaintiff's Mortgage with the exception of any special assessments that are superior pursuant to Florida Statutes 159, and/or 170.9.

11.    Ronald P. Gillis may have or claim an interest in the Property that is the subject of this Foreclosure action by virtue of a Warranty Deed recorded in Official Records Book 1394, Page 2198, or may otherwise claim an interest in the Property.

12.    SunTrust Bank may have or claim an interest in the Property that is the subject of this Foreclosure action by virtue of a second Home Equity Line of Credit Mortgage recorded in Official Records Book 3033, Page 1182, or may otherwise claim an interest in the Property.

13.    The Unknown Spouse of Ronald P. Gillis may have or claim an interest in the Property that is the subject of this Foreclosure action by virtue of homestead rights, possession, or any right of redemption, or may otherwise claim an interest in the Property.

14.    Tenant #1, Tenant #2, Tenant #3 and Tenant #4, the names being fictitious to account for parties in possession may claim some interest in the Property that is the subject of this foreclosure action by

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA
CIVIL ACTION

DEUTSCHE BANK TRUST COMPANY
AMERICAS AS TRUSTEE,

    Plaintiff,             CASE NO.: 08-000252-CA
                       DIVISION:
vs.

RONALD P. GILLIS, et al,

    Defendant(s).

**AFFIDAVIT AS TO AMOUNTS DUE AND OWING**

STATE OF  North Carolina

COUNTY OF  Wake

    BEFORE ME this day personally appeared  Gwendolyn M. Martin

who upon oath, deposes on personal knowledge and says:

1.    This Affidavit is submitted in support of Plaintiff's Motion for Final

Judgment for the purpose of showing that there is in this action no genuine issue as to any

material fact, and that Plaintiff is entitled to a judgment as a matter of law.

2.    My name is  Gwendolyn M. Martin , and I am the

Foreclosure Specialist  of Wachovia Mortgage Corporation. Wachovia Mortgage

Corporation is the owner or servicer for the owner of the note and mortgage herein.

Wachovia Mortgage Corporation is responsible for the collection of this loan transaction

and pursuit of any delinquency in payments. I am familiar with the books of account and

have examined all books, records, systems, and documents kept by Wachovia Mortgage

Corporation concerning the transactions alleged in the Complaint. All of these books,

records, systems, and documents are kept by Wachovia Mortgage Corporation in the regular

course of its business as servicer of the loan transaction and are made at or near the time by,

and from information transmitted by, persons with personal knowledge of the facts such as

your affiant. It is the regular practice of Wachovia Mortgage Corporation to make and keep

these books, records, systems, and documents. The books, records, systems, and documents

which Affiant has examined are complete, accurate and correct. Furthermore, Affiant has

personal knowledge of the matters contained in the books, records, systems, and documents

kept by Wachovia Mortgage Corporation.

3.    I have personal knowledge of the facts contained in this affidavit.

Specifically, I have personal knowledge of the facts regarding the sums of money which are

due and owing to Deutsche Bank Trust Company Americas as Trustee pursuant to the Note

and Mortgage which is the subject matter of the lawsuit.

4.    Plaintiff, Deutsche Bank Trust Company Americas as Trustee, has

advanced and is owed the following sums of money as of 10/27/2008:

| | |
|---|---|
| PRINCIPAL | $143,497.94 |
| INTEREST | 11,390.31 |
| PER DIEM OF $27.03 | |
| (6.875% interest rate) | |
| PRE-ACCELERATION LATE | 82.22 |
| CHARGES THROUGH January 10, 2008 | |
| PROPERTY INSPECTIONS | 35.00 |
| RECORDING FEE | 10.00 |
| OTHER (specify): | |
| ESCROW ADVANCES | 794.76 |
| TOTAL | $155,810.23 |

5.    Wachovia Mortgage Corporation has employed the services of the law firm

of Albertelli Law in this action against the Defendant(s), and is obligated to pay Albertelli

Law a reasonable attorney's fee for its services, along with all costs and expenses of this

action. In this uncontested foreclosure case, we have agreed to pay the law firm of

Albertelli Law a flat fee of $1,250.00. In the event the matter becomes contested, we

have agreed to pay an hourly fee up to $150.00 per hour.

FURTHER AFFIANT SAYETH NOT.


Type Name Here:  Gwendolyn M. Martin

The foregoing instrument was sworn to and subscribed before me this  21st  day
of  October , 2008, by  Gwendolyn M. Martin , who is
personally known to me.

NOTARY PUBLIC, State of  North Carolina
My commission expires:  October 17, 2010

OFFICIAL SEAL
THERESA MORGAN WALSER
NOTARY PUBLIC NORTH CAROLINA
COUNTY OF JOHNSTON
My Commission Expires October 17, 2010

07-92944

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA
CIVIL DIVISION**

DEUTSCHE BANK TRUST COMPANY AMERICAS AS
TRUSTEE,

    Plaintiff,

vs.                                    **CASE NO.:** 08-002252-CA
                                          **DIVISION:**

RONALD P. GILLIS, et al,

    Defendant(s).

**AFFIDAVIT AS TO AMOUNTS DUE AND OWING**

STATE OF _NC_

COUNTY OF _Wake_

BEFORE ME this day personally appeared ___Henrietta Troy___ who under oath, deposes on personal knowledge and says:

1. This Affidavit is submitted in support of Plaintiff's Motion for Final Judgment for the purpose of showing that there is in this action no genuine issue as to any material fact, and that Plaintiff is entitled to a judgment as a matter of law.

2. My name is ___Henrietta Troy___, and I am the ___Foreclosure Specialist___ of Wachovia Mortgage Corporation. Wachovia Mortgage Corporation is the owner or servicer for the owner of the note and mortgage herein. Wachovia Mortgage Corporation is responsible for the collection of this loan transaction and pursuit of any delinquency in payments. I am familiar with the books of account and have examined all books, records, systems, and documents kept by Wachovia Mortgage Corporation concerning the transactions alleged in the Complaint. All of these books, records, systems, and documents are kept by Wachovia Mortgage Corporation in the regular course of its business as servicer of the loan transaction and are made at or near the time by, and from information transmitted by, persons with personal knowledge of the facts such as your affiant. It is the regular practice of Wachovia Mortgage Corporation to make and keep these books, records, systems, and documents. The books, records, systems, and documents which Affiant has

examined are complete, accurate and correct. Furthermore, Affiant has personal knowledge of the matters contained in the books, records, systems, and documents kept by Wachovia Mortgage Corporation.

3. I have personal knowledge of the facts contained in this affidavit. Specifically, I have personal knowledge of the facts regarding the sums of money which are due and owing to Deutsche Bank Trust Company Americas as Trustee pursuant to the Note and Mortgage which is the subject matter of the lawsuit.

4. Plaintiff, Deutsche Bank Trust Company Americas as Trustee, has advanced and is owed the following sums of money as of 2/26/2009:

| | |
|---|---|
| PRINCIPAL | $143,497.94 |
| INTEREST | 14,651.76 |
| PER DIEM OF $27.03 | |
| (6.875% interest rate) | |
| PRE-ACCELERATION LATE CHARGES | $2.22 ~~698.87~~ |
| THROUGH January 10, 2009 | |
| PROPERTY INSPECTIONS | 35.00 ~~45.00~~ |
| PRO-RATA MIP | 0.00 |
| MIP/PMI | 0.00 |
| TAXES | 0.00 |
| INSURANCE | 0.00 |
| RECORDING FEE | 10.00 |
| OVERNIGHT CHARGES | 0.00 |
| OTHER (specify): Recoverable Balance | 1,651.02 |
| Escrow Advance | 1,718.02 ~~3,129.02~~ |
| | |
| TOTAL | $159,964.94 |

07-92944

5. Wachovia Mortgage Corporation has employed the services of the law firm of Albertelli Law in this action against the Defendant(s), and is obligated to pay Albertelli Law a reasonable attorney's fee for its services, along with all costs and expenses of this action. In this uncontested foreclosure case, we have agreed to pay the law firm of Albertelli Law a flat fee of $1,250.00. In the event the matter becomes contested, we have agreed to pay an hourly fee up to $150.00 per hour.

FURTHER AFFIANT SAYETH NOT.



Type Name Here:   Henrietta Troy

The foregoing instrument was sworn to and subscribed before me this _9th_ day of
_March_ , 2009, by ___Henrietta Troy___, who is personally known to me.

_Theresa Morgan Walker_
NOTARY PUBLIC, State of _NC_
My commission expires:

OFFICIAL SEAL
THERESA MORGAN WALKER
NOTARY PUBLIC SOUTH CAROLINA
COUNTY OF JOHNSTON
My Commission Expires October 17, 2010

07-92944

**Wachovia Mortgage, FSB**
Post Office Box 900001
Raleigh, North Carolina 27675-9000

1100 Corporate Center Drive
Raleigh, North Carolina 27607-5066


**WACHOVIA**

RONALD P GILLIS
P O BOX 380842
MURDOCK, FL 33938-0842

July 2, 2009

RE:      Loan Number            0005999168
         Investor               GMAC-RFC MASTER SERVICING
         Property Address       21238  COACHMAN AVE
                                PORT CHARLOTT, FL 33952

Wachovia is concerned you may be going through a period of financial difficulty.  Please be aware that if you need assistance, you may be eligible for one of our workout options, to include the new Homeowners Affordability Modification Program.

If you need assistance and would like to discuss options, please provide the following information which is necessary to reach a determination about your eligibility for a workout option:

1.    A letter explaining the circumstances affecting your inability to make your regular mortgage payments.
2.    A completed financial disclosure statement (enclosed).
3.    Copies of your completed 2008 tax return or your 2008 W2 forms (if taxes have not yet been filed)
4.    Copies of the two most recent pay stubs for each borrower
5.    A written statement listing other liens against the property securing your Wachovia loan.
6.    Copies of your last two checking, money market and savings account bank statements.

If your financial situation permits, we may be able to offer you a repayment plan or a restructure of the terms of your loan to avoid a default.  If you are not financially able to retain ownership of your home, we may be able to assist you in your efforts to sell your home.  A Deed in Lieu of foreclosure is another possibility if you have not been able to sell your primary residence.

At this time we have not received any notification that you have filed for bankruptcy; however, if you have filed for bankruptcy protection and/or received a bankruptcy discharge of the indebtedness secured by the Deed of Trust (the "Debt"), this letter is for informational purposes only and not an attempt to collect the debt.

We cannot guaranty that a workout solution can be reached and the process of reviewing your financial information may take several weeks.  Please understand that while your request is under review, normal servicing procedures, including possible foreclosure action, will continue.  Payments 30 days or more past due will continue to be reported to the credit bureaus.

In accordance with the Housing and Community Development Act of 1987, home ownership counseling is available from non-profit organizations.  If you are in need of financial advice, you may contact a HUD-approved housing counseling agency.  These agencies provide experienced home ownership counseling at no charge to you.  For the agency in your area, call (800) 569-4287.

Items requested in this letter can be faxed to (866) 260-3962, in lieu of mailing.  If you have any questions, our Mortgage Counselors are available to assist you at 866-642-8608 between 8:30 AM and 5:30 PM, ET, Monday through Friday.

Sincerely,

*Marcie Lindsay*

**Marcie Lindsay**
Loan Services

LM050

07-00944

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA
CIVIL ACTION

DEUTSCHE BANK TRUST COMPANY AMERICAS AS
TRUSTEE FOR GMAC- RFC MASTER SERVICING

Plaintiff,

vs.                                    CASE NO.: 08-000252-CA
                                       DIVISION:

RONALD P. GILLIS, et al,

Defendant(s).

AFFIDAVIT AS TO AMOUNTS DUE AND OWING

STATE OF MARYLAND

COUNTY OF FREDERICK

BEFORE ME this day personally appeared Jennifer Robinson who upon oath, deposes on personal knowledge and says:

1. This Affidavit is submitted in support of Plaintiff's Motion for Final Judgment for the purpose of showing that there is in this action no genuine issue as to any material fact, and that Plaintiff is entitled to a judgment as a matter of law.

2. My name is Jennifer Robinson, and I am the Default Litigation Specialist of Wells Fargo Bank N.A. successor by merger to Wachovia Mortgage FSB as servicing agent for Plaintiff. Deutsche Bank Trust Company as Trustee for GMAC- RFC Master Servicing who is the owner of the note and mortgage herein. Wells Fargo Bank N.A. successor by merger to Wachovia Mortgage FSB as servicer is responsible for the collection of this loan transaction and pursuit of any delinquency in payments. I am familiar with the books of account and have examined the books, records, systems, and documents kept by Wells Fargo Bank N.A. successor by merger to Wachovia Mortgage FSB concerning the transactions alleged in the Complaint. All of these books, records, systems, and documents are kept by Wells Fargo Bank N.A. successor by merger to Wachovia Mortgage FSB in the regular course of its business as servicer of the loan transaction and are made at or near the time by, and from information transmitted by, persons with personal knowledge of the facts such as your affiant. It is the regular practice of Wells Fargo Bank N.A. successor by merger to Wachovia Mortgage

FSB to make and keep these books, records, systems, and documents. The books, records, systems, and documents which Affiant has examined are complete, accurate and correct. Furthermore, Affiant has personal knowledge of the matters contained in the books, records, systems, and documents kept by Wells Fargo Bank N.A. successor by merger to Wachovia Mortgage FSB.

3. I have personal knowledge of the facts contained in this affidavit. Specifically, I have personal knowledge of the facts regarding the sums of money which are due and owing to Deutsche Bank Trust Company Americas as Trustee pursuant to the Note and Mortgage which is the subject matter of the lawsuit.

4. Plaintiff, Deutsche Bank Trust Company Americas as Trustee for GMAC- RFC Master Servicing, has advanced and is owed the following sums of money as of 11/1/2010:

| | |
|---|---|
| PRINCIPAL | $143,497.94 |
| INTEREST<br>PER DIEM OF $27.03<br>(6.875% Interest rate) | 31,240.56 |
| PRE-ACCELERATION LATE CHARGES<br>THROUGH January 10, 2008 | 82.22 |
| PROPERTY INSPECTIONS | 185.00 |
| PRO-RATA MIP | 0.00 |
| MIP/PMI | 0.00 |
| TAXES | 1866.36 |
| INSURANCE | 7234.32 |
| RECORDING FEE | 10.00 |
| OVERNIGHT CHARGES | 0.00 |
| OTHER (specify): BPO or Appraisals | 145.00 |
| | |
| TOTAL | $184,169.68 |

07-00944

5. Wells Fargo Bank N.A. successor by merger to Wachovia Mortgage FSB has employed the services of the law firm of Albertelli Law in this action against the Defendant(s), and is obligated to pay Albertelli Law a reasonable attorney's fee for its services, along with all costs and expenses of this action. In this uncontested foreclosure case, we have agreed to pay the law firm of Albertelli Law a flat fee of $1,250.00. In the event this matter becomes contested, we have agreed to pay an hourly fee up to $125.00 per hour.

FURTHER AFFIANT SAYETH NOT.

Jennifer Robinson
Default Litigation Specialist
Wells Fargo Bank N.A. successor by merger to
Wachovia Mortgage FSB as servicing agent for Plaintiff

The foregoing instrument was sworn to and subscribed before me this 29th day of October, 2009, by Jennifer Robinson, who is personally known to me.

NOTARY PUBLIC, State of Maryland
My commission expires: 4-15-11

JOSEPH J. CARIOLA
NOTARY PUBLIC
FREDERICK COUNTY
MARYLAND
MY COMMISSION EXPIRES APRIL 15, 2011



**FORGED Signature
of Joseph J Cariola**

Certified to be a true and correct
copy of the original document on file.
By this copy has no certification
by this copy has been reduced pursuant
to law.

Deputy Clerk

07-02974

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA
CIVIL ACTION

DEUTSCHE BANK TRUST COMPANY
AMERICAS AS TRUSTEE FOR GMAC-RFC
MASTER SERVICING,

    Plaintiff,

vs.                                        CASE NO.: 08-000252-CA
                                           DIVISION:

RONALD P. GILLES, et al,

    Defendant(s).

**AFFIDAVIT AS TO AMOUNTS DUE AND OWING**

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

BEFORE ME this day personally appeared Sharon A. Jackson, (Affiant) who, first being duly sworn, deposes on personal knowledge and says:

1. I am Assistant Secretary of Residential Funding Company, LLC the servicer for the Plaintiff and Vice President of Loan Documentation of Wells Fargo Bank, N.A., the sub servicer for the Plaintiff (hereinafter "Wells Fargo") and as such am authorized to execute this affidavit and to make the representations contained herein.

2. Affiant is authorized to make this Affidavit on behalf of the Plaintiff. In the regular performance of my job functions, I am familiar with business records maintained by Wells Fargo for the purpose of servicing mortgage loans. These records (which include data compilations, electronically imaged documents, and others) are made at or near the time by, or from information provided by, persons with knowledge of the activity and transactions reflected in such records, and are kept in the course of business activity conducted regularly by Wells Fargo. It

is the regular practice of Wells Fargo's mortgage servicing business to make these records. In connection with making this affidavit, I have acquired personal knowledge of the matters stated herein by personally examining the account records. A copy of said business records is/are attached.

3. Plaintiff is entitled to enforce the note that is subject of this action.

4. The borrower has defaulted under the terms of the note and mortgage, the default has not been cured, making the entire balance due and owing in accordance with the terms of the loan, along with accrued interest and Plaintiff is owed the following sums of money:

The total amount due the Plaintiff on said Note through 06/01/2012 is $209,859.68 which breaks down as follows:

| | |
|---|---|
| Principal | $143,497.94 |
| Interest | |
| From 09/01/2007 to 06/01/2012 @ 6.875% | $45,851.05 |
| Pre-acceleration Late Charges | $41.11 |
| Hazard Insurance Disbursements | $14,920.90 |
| Tax Disbursements | $3,652.68 |
| Property Inspections/Preservation | $877.00 |
| PMI/MIP Insurance | $0.00 |
| Other   (specify charges/fees) | $0.00 |
| Escrow Balance Credit | $0.00 |
| Credits to Borrower | $0.00 |
| Total | $209,859.68 |

IMAGED

001-FL-V2

5. The per diem interest amount in accordance with the promissory note as of the date of this affidavit is $27.03.

Plaintiff has agreed to pay its attorneys a reasonable fee for services rendered in the above-styled litigation.

FURTHER AFFIANT SAYETH NOT.

_Sharon A. Jackson_
Sharon A. Jackson
Assistant Secretary of Residential Funding Company, LLC/
Vice President Loan Documentation, Wells Fargo Bank, NA

State of North Carolina
County of Mecklenburg

The foregoing instrument was sworn to and subscribed before me this 5th day of June, 2012, by Sharon A. Jackson, who is personally known to me.



_Frankie Harris_
Frankie Harris
NOTARY PUBLIC, State of North Carolina
My commission expires: 05-01-2017

001-FL-V2

IN THE CIRCUIT COURT OF THE TWENTIETH
JUDICIAL CIRCUIT IN AND FOR CHARLOTTE COUNTY, FLORIDA
CIVIL ACTION

DEUTSCHE   BANK   TRUST   COMPANY
AMERICAS AS TRUSTEE,

       Plaintiff,

CASE NO.   08-252CA
DIVISION

vs.

RONALD P. GILLIS; THE UNKNOWN SPOUSE OF RONALD P. GILLIS; SUNTRUST
BANK;   ANY AND ALL UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER,
AND AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S) WHO ARE NOT
KNOWN TO BE DEAD OR ALIVE, WHETHER SAID UNKNOWN PARTIES MAY
CLAIM AN INTEREST AS SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER
CLAIMANTS;   TENANT #1,   TENANT #2,   TENANT #3, and   TENANT #4 the names
being fictitious to account for parties in possession

       Defendant(s).

_____/



## MORTGAGE FORECLOSURE COMPLAINT

Plaintiff, Deutsche Bank Trust Company Americas as Trustee, sues Defendants,  Ronald P. Gillis;

The Unknown Spouse of Ronald P. Gillis; SunTrust Bank;   Any and All Unknown Parties Claiming By,

Through, Under, and Against the Herein Named Individual Defendant(s) Who Are Not Known to be Dead or

Alive, Whether Said Unknown Parties May Claim an Interest as Spouses, Heirs, Devisees, Grantees, or Other

Claimants;   Tenant #1,  Tenant #2,  Tenant #3, and  Tenant #4, the names being fictitious to account for

parties in possession, and alleges:

## COUNT I - MORTGAGE FORECLOSURE

1.    This is an in rem action to foreclose a mortgage on real property located and situated in

Charlotte County, Florida.

2.      On May 1, 2006, there was executed and delivered a Promissory Note ("Mortgage Note") and a Mortgage ("Mortgage") securing the payment of the Mortgage Note. The Mortgage was recorded on May 5, 2006, in Official Records Book 2961 at Page 416 of the Public Records of Charlotte County, Florida, (All subsequent recording references are to the public records of Charlotte County, Florida) and mortgaged the real and personal property ("Property") described therein, then owned by and in possession of the Mortgagor(s). Copies of the original Mortgage Note and Mortgage are attached hereto and incorporated herein as an Exhibit.

3.      Plaintiff now owns and holds the Mortgage Note and Mortgage.

4.      The Property is now owned of record by Defendant(s), Ronald P. Gillis.

5.      The Mortgage Note and Mortgage are in default. The required installment payment of October 1, 2007, was not paid, and no subsequent payments have been made. The Mortgage is contractually due for the October 1, 2007 payment. The last payment received was applied to the September 1, 2007 installment, and no subsequent payments have been applied to the loan.

6.      Plaintiff declares the full amount payable under the Mortgage Note and Mortgage to be now due.

7.      Plaintiff must be paid $143,497.94 in principal on the Mortgage Note and Mortgage, together with interest from September 1, 2007, late charges, and all costs of collection including title search expenses for ascertaining necessary parties to this action and reasonable attorney's fees.

8.      All conditions precedent to the acceleration of the Mortgage Note and foreclosure of the Mortgage have been performed or have occurred.

9.      Plaintiff has retained the law firm of Albertelli Law in this action and is obligated to pay it a reasonable fee for its services in bringing this action as well as all costs of collection.

10.     The interests of each Defendant are subject, subordinate, and inferior to the right, title, interest, and lien of Plaintiff's Mortgage with the exception of any special assessments that are superior pursuant to Florida Statutes 159, and/or 170.9.

11.     Ronald P. Gillis may have or claim an interest in the Property that is the subject of this Foreclosure action by virtue of a Warranty Deed recorded in Official Records Book 1394, Page 2198, or may otherwise claim an interest in the Property.

12.     SunTrust Bank may have or claim an interest in the Property that is the subject of this Foreclosure action by virtue of a second Home Equity Line of Credit Mortgage recorded in Official Records Book 3033, Page 1182, or may otherwise claim an interest in the Property.

13.     The Unknown Spouse of Ronald P. Gillis may have or claim an interest in the Property that is the subject of this Foreclosure action by virtue of homestead rights, possession, or any right of redemption, or may otherwise claim an interest in the Property.

14.     Tenant #1, Tenant #2, Tenant #3 and Tenant #4, the names being fictitious to account for parties in possession may claim some interest in the Property that is the subject of this foreclosure action by

virtue of an unrecorded lease or purchase option, by virtue of possession, or may otherwise claim an interest in the Property. The names of these Defendants are unknown to the Plaintiff.

WHEREFORE, Plaintiff requests that the Court ascertain the amount due Plaintiff for principal and interest on the Mortgage Note and Mortgage and for late charges, abstracting, taxes, expenses and costs, including attorney's fees, plus interest thereon; that if the sums due Plaintiff under the Mortgage Note and Mortgage are not paid immediately, the Court foreclose the Mortgage and the Clerk of the Court sell the Property securing the indebtedness to satisfy Plaintiff's mortgage lien in accordance with the provisions of Section 45.031, Florida Statutes (1999); that the rights, title and interest of any Defendant, or any party claiming by, through, under or against any Defendant named herein or hereafter made a Defendant be forever barred and foreclosed; that the Court appoint a receiver of the Property and of the rents, issues, income and profits thereof, or in the alternative, order sequestration of rents, issues, income and profits pursuant to Section 697.07, Florida Statutes (1995); and that the Court retain jurisdiction of this action to make any and all further orders and judgments as may be necessary and proper, including the issuance of a writ of possession and the entry of a deficiency decree, when and if such deficiency decree shall appear proper, if borrower(s) has not been discharged in bankruptcy.

### COUNT II – RE-ESTABLISHMENT OF NOTE

15.     This is an action to re-establish a lost Mortgage Note pursuant to Section 673.3091, Florida Statutes.

16.     Defendant(s) herein above-named, is/are affected by this action.

17.     On May 1, 2006, there was executed and delivered a Promissory Note ("Mortgage Note") to Mortgage Electronic Registration Systems, Inc., as nominee for Wachovia Mortgage Corporation. (See attached, a copy of the substantial terms of the note.)

18.     The terms of the Note are as follows:

    a.     Original loan amount: $ 146,150.00

    b.     Amount of monthly principal and interest payment: $ 822.12

    c.     Interest rate: 6.875%

    d.     Loan beginning date: May 1, 2006

    e.     Loan maturity date: June 1, 2036

19.     Plaintiff owns the Mortgage Note and is entitled to enforce said Mortgage Note.

20.     At some time between May 1, 2006, and the present, the Mortgage Note has either been lost or destroyed and the Plaintiff is unable to state the manner in which this occurred. The Mortgage Note is not now in the custody and control of the Plaintiff.

21.     The Plaintiff and the Defendants named herein are the only persons known to Plaintiff to have an interest for or against the re-establishment of the Mortgage Note.

22.    Plaintiff was in possession of the Mortgage Note and entitled to enforce it when loss of possession occurred or Plaintiff has been assigned the right to enforce the Mortgage Note.

23.    The Mortgage Note has been destroyed or lost. After due and diligent search, Plaintiff has been unable to obtain possession of the Mortgage Note.

24.    The Mortgage Note has not been seized or transferred by Plaintiff.

WHEREFORE, Plaintiff requests that the Court re-establish the Mortgage Note which this Mortgage secures.

Albertelli Law
777 South Harbour Island Blvd., Suite 940
Tampa, FL 33602
(813) 221-4743

By: _____

ANDREW L. FIVECOAT, ESQ.
FLORIDA BAR NO. 0122068

- 07-02944

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR CHARLOTTE COUNTY, FLORIDA
CIVIL ACTION

DEUTSCHE   BANK   TRUST   COMPANY
AMERICAS AS TRUSTEE FOR GMAC-RFC
MASTER SERVICING,
      Plaintiff,

                                     CASE NO.: 08-000252-CA
vs.                                  DIVISION:

RONALD P. GILLIS, et al,
      Defendant(s).

**ORDER GRANTING MOTION TO CORRECT NAME OF PLAINTIFF**

THIS MATTER came on for consideration upon the Plaintiff's Motion to Correct Name of

Plaintiff, and the Court being fully advised in the premises, it is, ORDERED AND ADJUDGED:

1.    The Plaintiff's Motion to Correct Name of Plaintiff is hereby GRANTED.

2.    The correct name of the Plaintiff is "Deutsche Bank Trust Company Americas as Trustee for

GMAC-RFC Master Servicing." The case style of the above referenced action shall be amended to reflect

same.

DONE AND ORDERED in Chambers this _____ day of _____, 2009 in Charlotte

County, Florida.

                                      _____
                                      Circuit Court Judge

Conformed Copies to:
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
All parties listed on the attached service list
EMRQ - 07-02944

08-000252-CA
12/02/09 15:43:53
Filed deni

**MERS ServiceID**
www.mers-serviceid.org

Process Loans, Not Paperwork™

1 record matched your search:

This mortgage loan is registered on the MERS® System for informational purposes only.
Mortgage Electronic Registration Systems, Inc. is not the mortgagee for this loan.

MIN: 1000137-0005999168-5   Note Date: 05/01/2006    MIN Status: Active

Servicer: Wells Fargo Home Mortgage a Division of Wells    Phone: (651) 605-3711
Fargo Bank NA
Minneapolis, MN

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

Return to Search

For more information about Mortgage Electronic Registration Systems, Inc. (MERS) please go to www.mersinc.org
Copyright© 2012 by MERSCORP Holdings, Inc.

---

MERS® ServiceID - Investor

Select borrower type and enter borrower information to see Investor for MIN 1000137-0005999168-5.

Investor for Individual Borrower
Your entries may be either upper or lower case.
*Fields marked are required.
*Last Name: gillis

*SSN: - -

By checking this box, the borrower or borrower's authorized representative is attesting to the fact that he or she is in fact the borrower or borrower's authorized representative for the loan in question. Additionally, borrowers wishing to learn the identity of their loan's investor must confirm their identity by entering their last name or corporation name as well as their SSN or TIN. If this information does not match the information contained in the MERS® System for the borrower of the loan, the investor information will not be displayed. Borrowers should verify the results with their loan servicer.

Submit

Investor for Corporation/Non-Person Entity Borrower
Your entries may be either upper or lower case.
*Fields marked are required.
Corporation/Non-Person Entity Name:
*
*Taxpayer Identification Number:
By checking this box, the borrower or borrower's authorized representative is attesting to the fact that he or she is in fact the borrower or borrower's authorized representative for the loan in question. Additionally, borrowers wishing to learn the identity of their loan's investor must confirm their identity by entering their last name or corporation name as well as their SSN or TIN. If this information does not match the information contained in the MERS® System for the borrower of the loan, the investor information will not be displayed. Borrowers should verify the results with their loan servicer.

Submit

Servicer: Wells Fargo Home Mortgage a Division of Wells    Phone: (651) 605-3711
Fargo Bank NA
Minneapolis, MN

Investor: Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA

Close Window

---

11/23/11    MERS® Servicer Identification System - Investor

Select borrower type and enter borrower information to see Investor for MIN 1000137-0005999168-5.

Investor for Individual Borrower
Your entries may be either upper or lower case.
*Fields marked are required.
*Last Name: gillis

**Confidential**

By checking this box, the borrower or borrower's authorized representative is attesting to the fact that he or she is in fact the borrower or borrower's authorized representative for the loan in question. Additionally, borrowers wishing to learn the identity of their loan's investor must confirm their identity by entering their last name or corporation name as well as their SSN or TIN. If this information does not match the information contained in the MERS® System for the borrower of the loan, the investor information will not be displayed. Borrowers should verify the results with their loan servicer.

Submit

Investor for Corporation/Non-Person Entity Borrower
Your entries may be either upper or lower case.
*Fields marked are required.
Corporation/Non-Person Entity Name:
*
*Taxpayer Identification Number:
By checking this box, the borrower or borrower's authorized representative is attesting to the fact that he or she is in fact the borrower or borrower's authorized representative for the loan in question. Additionally, borrowers wishing to learn the identity of their loan's investor must confirm their identity by entering their last name or corporation name as well as their SSN or TIN. If this information does not match the information contained in the MERS® System for the borrower of the loan, the investor information will not be displayed. Borrowers should verify the results with their loan servicer.

Submit

Servicer: Wells Fargo Home Mortgage a Division of Wells    Phone: (651) 605-3711
Fargo Bank NA
Minneapolis, MN

Investor: RFC Trustee 02

Close Window

CHARLOTTE COUNTY CLERK OF THE CIRCUIT COURT
INSTR # 1864249 Doc Type ASG, Recorded 07/15/2009 at 04:35 PM    Rec. Fee:
$10.00 Cashier By: VERONICAT





Record and Return To:
Albertelli Law
P.O. Box 23028
Tampa, FL 33623

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, on or before December 10, 2007, the undersigned assignor ("Assignor") whose address is P.O. Box 2026 Flint, MI 48501, does hereby grant, bargain, sell, assign, transfer and convey to the following assignee ("Assignee"): Deutsche Bank Trust Company Americas as Trustee whose address is c/o Wachovia Mortgage Corporation, 1270 Northlan Drive, Suite 200, Mendota Heights, MN 55120 all of Assignor's right, title and interest all beneficial interest under a certain Mortgage, dated May 1, 2006, made and executed by Ronald P. Gillis, to Mortgage Electronic Registration Systems, Inc., as nominee for Wachovia Mortgage Corporation, recorded on May 5, 2006 in Official Records Book 2961 at Page 416, of the Public Records of Charlotte County, Florida, which encumbers the real property more particularly described as follows:

LOT 3, BLOCK 1422, PORT CHARLOTTE SUBDIVISION, SECTION 27, A SUBDIVISION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 5, PAGES 20A THROUGH 20F, OF THE PUBLIC RECORDS OF CHARLOTTE COUNTY, FLORIDA.

together with all the indebtedness currently due and to become due under the terms of any promissory note or evidence of indebtedness secured thereby. This assignment is made without recourse to Assignor and without representation or warranty by Assignor, express or implied.

[CORPORATE SEAL]

ASSIGNOR:
Mortgage Electronic Registration Systems, Inc., as nominee for Wachovia Mortgage Corporation

By: _____
Bethany Hood, VP

STATE OF MN
COUNTY OF Dakota

The undersigned, a notary public in and for the above-said County and State, does hereby acknowledge that on the day and year set forth below, personally appeared _____ Bethany Hood _____ as _____ VP _____ on behalf of the corporation. She/He is personally known to me or has produced personal knowledge as identification and did/did not take an oath.

WITNESS my hand and official seal this day 23 of June , 2009.

Notary Public: _____
My commission expires: 1-31-14

07-02944
0005999168

Christina Anne Sauerer
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2014

32101080002



| OFFICE OF THE<br>SECRETARY OF STATE<br>Retirement Systems of MN Building<br>60 Empire Drive, Suite 100<br>St. Paul, MN 55103<br>651-296-2803 (toll free at 1-877-551-6767)<br>Press Option 3<br>Email: notary.sos@state.mn.us | (For Department Use Only) |
|---|---|

**NOTARY COMMISSION APPLICATION**   COMMISSION NUMBER *3031198*   DATE PROCESSED *2-13-09*

The data which you furnish on this form will be used by the Office of the Secretary of State and the Department of Commerce to assess your qualifications for a license. After issuance of the commission your name and designated address is public pursuant to Minnesota Statutes, Chapter 13.

**A. APPLICATION** (Check applicable box)

☑ NEW APPOINTMENT Fee: $40   ☐ REAPPOINTMENT Fee: $40 (commission has expired)   ☐ RENEWAL Fee: $40 (can also be renewed online at notary.sos.state.mn.us)   ☐ ADDRESS CHANGE No Fee (can also update online at notary.sos.state.mn.us)   ☐ NAME CHANGE No Fee (attach legal documentation)

**B. COMMISSION NUMBER** (Required for reappointment, renewal, address change and name change)

CURRENT COMMISSION NUMBER

**C. APPLICANT INFORMATION** (List your name the way it appears on your driver's license, tax returns and legal documents.)

| FIRST NAME Christina | MIDDLE NAME OR INITIAL Anne | LAST NAME Sauere |
|---|---|---|

RESIDENT STREET ADDRESS (PO Box must include Rural Route or Street Address)
101 15th Ave So.   Apt 2

| CITY South St. Paul | STATE Mn | ZIP CODE 55075 |
|---|---|---|

| DATE OF BIRTH (Applicant must be 18 years old) mo/day/yr: 08/04/87 | TELEPHONE NUMBER with area code (651) 353-1445 | EMAIL ADDRESS littledena@hotmail.com |
|---|---|---|

COUNTY OF RESIDENCE (Non-residents must list the Minnesota County that borders the non-resident County of Residence)
Dakota

**D. BUSINESS NAME AND ADDRESS** (Optional)

BUSINESS NAME
Lender Processing Services

BUSINESS ADDRESS (Business location where the licensee conducts business. PO Box must include Rural Route or Street Address)
1270 Northland Dr   Ste 200

| CITY Mendota Heights | STATE mn | ZIP CODE 55120 |
|---|---|---|

TELEPHONE NUMBER with area code
(   )

Check address you want shown on public lists: (Must check one and can check both. If none are checked, default is residential)

☐ Residential Address   ☐ Business Address

**E. FORMER RESIDENT ADDRESS** (required if filing an address change)

FORMER RESIDENT STREET ADDRESS (PO Box must include Rural Route or Street Address)

**F. FORMER NAME** (required if filing a name change)

FORMER NAME (Must attach legal document showing the name change; i.e. copy of marriage certificate, divorce decree, driver's license, court order, etc.)

## Dietrich, Melissa

| | |
|---|---|
| **From:** | David Miller [DMiller@albertellilaw.com] |
| **Sent:** | Tuesday, June 05, 2012 10:07 AM |
| **To:** | Dietrich, Melissa; Ryan Weeks |
| **Subject:** | RE: Message in desktop---RUSH FILE |
| **Attachments:** | ATT00003.txt; ATT00004.htm |

**Importance:**    High

Since there is no association in this action, please execute the affidavit "as is" and we will assign the bid at sale to the appropriate entity. Just to clarify, the bid should be assigned from Deutsche Bank, the current plaintiff, to U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR RALI 2006-QS8, correct?

**From:** MELISSA.D.DIETRICH@wellsfargo.com [mailto:MELISSA.D.DIETRICH@wellsfargo.com]
**Sent:** Tuesday, June 05, 2012 9:57 AM
**To:** David Miller
**Cc:** MELISSA.D.DIETRICH@wellsfargo.com
**Subject:** FW: Message in desktop---RUSH FILE

David here is the message that I need a reply on that was sent in desktop, thanks

We are in the process of trying to complete the judgment affidavit on this file however the one that was received has the plaintiff as DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR GMAC-RFC MASTER SERVICING. We have the plaintiff as U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR RALI 2006-QS8. Once the change is acknowledged by your office we will execute the affidavit received. Your office can assign the bid at sale or the affidavit can be resubmitted to judgmentaffidavit@wellsfargo.com mailbox with an amended plaintiff name. Either option is acceptable to us – please advise on how your office will proceed within 48 hours or the file will be stopped, thanks


## Melissa Dietrich

## Exceptions

## Foreclosure Document Execution Department

**Wells Fargo Home Mortgage |401 S Tryon St  10th FL | Charlotte, NC 28202**

**MAC D1050-10F**

melisssa.dietrich@wellsfargo.com


**From:** Dawn Buck [mailto:dbuck@albertellilaw.com]
**Sent:** Tuesday, June 05, 2012 9:47 AM
**To:** Dietrich, Melissa
**Cc:** David Miller
**Subject:** RE: Message in desktop---RUSH FILE

Hi David,

Please see below. Please note that Dominique has just uploaded the complaint to LPS and sent a copy to Melissa below. Was there something else you needed from Melissa? Please see below.

1

Melissa, you may contact David directly if needed.

Thank you,
Dawn Aquila Buck
Final Judgments Section Manager
813-221-4743 ext. 1454

---

**From:** MELISSA.D.DIETRICH@wellsfargo.com [mailto:MELISSA.D.DIETRICH@wellsfargo.com]
**Sent:** Tuesday, June 05, 2012 9:01 AM
**To:** Dawn Buck
**Subject:** RE: Message in desktop---RUSH FILE

*Hey looks like the rush request came from David Miller just an FYI .*

*Thank you for your help!*

## Melissa Dietrich

## Exceptions

## Foreclosure Document Execution Department

**Wells Fargo Home Mortgage |401 S Tryon St  10th FL | Charlotte, NC 28202**

**MAC D1050-10F**

melisssa.dietrich@wellsfargo.com

---

**From:** Dawn Buck [mailto:dbuck@albertellilaw.com]
**Sent:** Tuesday, June 05, 2012 8:52 AM
**To:** Dietrich, Melissa
**Cc:** Dominique Loper
**Subject:** RE: Message in desktop---RUSH FILE

Hi Dominique,

Can you Please assist Melissa with her request below?

Melissa- Dominique is the manager of our complaints department.

Thank you,
Dawn Aquila Buck
Final Judgments Section Manager
813-221-4743 ext. 1454

---

**From:** MELISSA.D.DIETRICH@wellsfargo.com [mailto:MELISSA.D.DIETRICH@wellsfargo.com]
**Sent:** Tuesday, June 05, 2012 8:40 AM
**To:** Dawn Buck

**Cc:** Myrna Ruiz; MELISSA.D.DIETRICH@wellsfargo.com
**Subject:** RE: Message in desktop---RUSH FILE

*No one sent me a message in desktop about the rush, I sent a message about the vesting and we need a copy of the complaint, thanks*

**Melissa Dietrich**

**Exceptions**

**Foreclosure Document Execution Department**

**Wells Fargo Home Mortgage |401 S Tryon St  10th FL | Charlotte, NC 28202**

**MAC D1050-10F**

melisssa.dietrich@wellsfargo.com

---

**From:** Dawn Buck [mailto:dbuck@albertellilaw.com]
**Sent:** Tuesday, June 05, 2012 8:38 AM
**To:** Dietrich, Melissa
**Cc:** Myrna Ruiz
**Subject:** RE: Message in desktop---RUSH FILE

Hello Melissa,

So that I can be of more assistance; who sent you the message in desktop?

Myrna- I see you email may have been copied wrong below- Can you help Melissa?

Thank you,
Dawn Aquila Buck
Final Judgments Section Manager
813-221-4743 ext. 1454

---

**From:** MELISSA.D.DIETRICH@wellsfargo.com [mailto:MELISSA.D.DIETRICH@wellsfargo.com]
**Sent:** Monday, June 04, 2012 5:16 PM
**To:** Dawn Buck; mruiz@alvertellilaw.com
**Cc:** MELISSA.D.DIETRICH@wellsfargo.com
**Subject:** Message in desktop---RUSH FILE
**Importance:** High

*Hello we have rec'd a rush request from your office on the file listed below, however, I have sent a message in desktop that needs to be answered ASAP before I can move forward as there is vesting issues and we need a copy of the complaint, thanks*

708-▓▓▓▓▓