LAUREN RODE, 281803
lauren@calgroup.org
CONSUMER ACTION LAW GROUP, PC
3700 Eagle Rock Blvd.
Los Angeles, CA 90065
Tel. (818) 254-8413
Fax. (866) 936-6916

Attorneys for Creditor,
LEANETHA DARBY

## UNITED STATE BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | ) Case No. 12-12020 (MG) |
| | ) |
| | ) Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | ) |
| Debtor. | ) |
| | ) Jointly Administered |

## NOTICE AND MOTION FOR RELIEF FROM STAY

**PLEASE TAKE NOTICE** that the Court will hold a hearing on creditor/movant Leanetha Darby's below Motion for Relief from Stay on **December 17, 2013 at 10:00 AM** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Courthouse, One Bowling Green, New York, New York 10004-1408, Room 501, any opposition is due per the Bankruptcy Code and applicable Local Rules.

-1-

**NOTICE AND MOTION FOR RELIEF FROM STAY**

**COMES NOW** the Movant, Leanetha Darby ("Movant") by and through her counsel of record, and moves to terminate the automatic stay in order to proceed with her pre-petition claims, filed in the Superior Court of the State of California, Van Nuys against GMAC Mortgage, LLC ("GMAC"). In support of said motion, Movant states as follows:

1. On or about March 20, 2013, the Movant filed a civil lawsuit in the Superior Court of the State of California, Van Nuys entitled Leanetha Darby v. GMAC MORTGAGE, LLC F/K/A GMAC MORTGAGE CORPORATION; EXECUTIVE TRUSTEE SERVICES, INC.; and DOES 1 through 50, inclusive (Case No. LC100069) ("Lawsuit"). A copy of the Complaint and Summons are attached as <u>Exhibit A</u>.

2. The Movant brought claims against GMAC for illegally and unlawfully proceeding with non-judicial foreclosure sale against her real property located at 7700 Oso Ave., Winnetka, CA 91306 ("Subject Property") on or about August 31, 2011. In addition to money damages, Movant is seeking to have the Court set aside the foreclosure sale.

3. On or about April 25, 2013, GMAC filed a Notice of Bankruptcy and Suggestion of Automatic Stay in the Lawsuit. This filing has prevented the Lawsuit from proceeding in the California Superior Court.

4. The pendency of the Movant's lawsuit supports lifting the stay to the extent that the Movant has properly asserted claims against GMAC.

5. On July 13, 2012, this Court entered a final supplemental order granting limited stay relief for borrowers or their tenants to prosecute direct claims and counter-claims in foreclosure and eviction proceedings, <u>including in states in which non-judicial foreclosure is allowed.</u>

6. Specifically, the supplemental order states, "a borrower shall be entitled to assert and prosecute direct claims relating exclusively to the property that is the subject of the loan owned or serviced by Defendant for purposes of defending, unwinding, or otherwise enjoining or precluding any foreclosure, or with respect to completed foreclosure sales in non-judicial states where any applicable challenge period has not yet expired."

7. California, where Subject Property is located, is a non-judicial state, and the applicable challenge period of, 4 years for a tort committed against a property right. Movant is well within this the statute of limitations.

8. Movant's complaints focuses on events in early 2011 when Movant began apply for a loan modification with GMAC. GMAC was working with Movant to qualify Movant for a modification and initiated foreclosure proceedings simultaneously.

9. In fact, on June 3, 2011, while in the midst of working with Movant, GMAC caused a Notice of Trustee Sale to be recorded.

10. The real crux of Movant's complaint lies in Movant tendering a cashier's check to GMAC for the full amount noticed to be due ($24,547.59) in order to bring the loan current. Movant made sure to tender this amount and subsequently lost her home in a trustee sale on August 13, 2011.

11. Movant, obviously confused themselves, sent Movant a letter after her home had sold letting her know the foreclosure sale was cancelled as the loan was now paid in full.

12. Movant's allegations of wrongdoing by GMAC fall directly within this Court's order granting limited stay relief for <u>borrowers to prosecute direct claims in foreclosure proceedings</u>.

13. The Movant will suffer harm if she is not permitted to proceed with her claims in the Lawsuit.

14. The amount in controversy in the action is insignificant and inconsequential to the debtor or the debtor's estate. The resolution of Movant's lawsuit is de minimis compared to the size of the debtor's estate and the resolution of the Lawsuit should have no impact upon the debtor's reorganization.

   WHEREFORE, the Movant, Leanetha Darby, respectfully requests that this Court lift the stay to permit all matters be heard in the above-referenced Lawsuit, now pending in the Superior Court, State of California, Van Nuys.

**NOTICE AND MOTION FOR RELIEF FROM STAY**

DATED:  November 13, 2013                      CONSUMER ACTION LAW GROUP, PC


By: __/s/ Lauren Rode_____
    Lauren Rode
    Attorney for Movant, Admitted Pro Hac Vice

**NOTICE AND MOTION FOR RELIEF FROM STAY**

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel of record for all other parties to this action on this 15th day of November 2013.

Attorneys for GMAC Mortgage, LLC
Robert Grandy, Esq.
Severson & Werson
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612

Attorneys for GMAC Mortgage, LLC
John B. Sullivan, Esq.
Severson & Werson
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Attorneys for Debtors and Debtors in Possession
Gary S. Lee
Larren M. Nashelsky
Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104

Counsel to the Examiner
Howard Seife
David M. LeMay
Robert J. Gayda
Marc B. Roitman
Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY 10112

Counsel for the Official Committee of Unsecured Creditors
Thomas Moers Mayer
Douglas H. Mannal
Kramer Levin Naftallis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

United States Trustee
Tracy Hope Davis
Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10004

**NOTICE AND MOTION FOR RELIEF FROM STAY**

1  Honorable Martin Glenn
2  One Bowling Green
   Courtroom 501
3  New York, NY 10004-1408
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE AND MOTION FOR RELIEF FROM STAY**