## Exhibit 3

**Rosenbaum Declaration**

ny-1107744

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**DECLARATION OF NORMAN S. ROSENBAUM IN SUPPORT OF DEBTORS' OBJECTION TO CLAIM NO. 5420 OF VACHAGAN ABED-STEPHEN AND SUSIE ABED-STEPHEN**

Norman S. Rosenbaum, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury:

1. I am a partner in the law firm of Morrison & Foerster LLP ("M&F"). M&F maintains offices for the practice of law, among other locations in the United States and worldwide, at 1290 Avenue of the Americas, New York, New York 10104. I am an attorney duly admitted to practice before this Court and the courts of the state of New York. By this Court's Order entered on July 16, 2012, M&F was retained as counsel to Residential Capital, LLC and its affiliated debtors (the "Debtors").

2. I submit this declaration (the "Declaration") in support of the *Debtors' Objection to Claim No. 5420 of Vachagan Abed-Stephen and Susie Abed-Stephen* (the "Objection") and in compliance with this Court's Order entered March 21, 2013, pursuant to section 105(a) of title 11, United States Code (the "Bankruptcy Code") and Rules 1009, 3007, and 9019(b) of the Federal Rules of Bankruptcy Procedure approving: (i) Claim Objection Procedures; (ii) Borrower Claim Procedures; (iii) Settlement Procedures; and (iv) Schedule Amendment Procedures [Docket No. 3294] (the "Claim Objection Procedures Order").

3. It is my understanding that in connection with the filing of the Objection, the

ny-1114077

Debtors have complied with the Claim Objection Procedures Order.  I have been advised that prior to filing the Objection, the Debtors mailed a request letter to Vachagan Abed-Stephen and Susie Abed-Stephen (the "Claimants") to seek additional supporting documentation and explanation in support of Claim No. 5420 (the "Proof of Claim").  I am further advised that the Debtors conferred with SilvermanAcampora LLP as Special Counsel to the Creditors' Committee for Borrower Issues ("Special Counsel") in drafting the request letters and provided Special Counsel with copies of the request letter sent to the Claimants.

      4.     After receiving and reviewing the Claimants' response to the request letter, the Debtors conferred with Special Counsel as to appropriateness of objecting to the Proof of Claim.

      5.     To the best of my knowledge, prior to the filing of the Objection, both the Debtors and Special Counsel have fully complied with all other relevant terms of the Claim Objection Procedures Order.

Dated: November 15, 2013
       New York, New York

                                                 /s/ Norman S. Rosenbaum
                                                 Norman S. Rosenbaum

ny-1114077