## **Exhibit 4**

**Nosek Declaration**

ny-1107744

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re:

RESIDENTIAL CAPITAL, LLC, et al.

Debtors.

------------------------------------------------------------------x

Chapter 11

Case No. 12-12020 (MG)

(Jointly Administered)

**DECLARATION OF ROBERT D. NOSEK IN SUPPORT OF DEBTORS' OBJECTION TO CLAIM NO. 5420 OF VACHAGAN ABED-STEPHEN AND SUSIE ABED-STEPHEN**

Robert D. Nosek, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury:

1. I am counsel to the firm SilvermanAcampora LLP ("SilvermanAcampora"), with offices located at 100 Jericho Quadrangle, Suite 300, Jericho, New York 11753. I am duly admitted to practice law before this Court and the courts of the state of New York. By this Court's Order entered November 30, 2012, SilvermanAcampora was retained as special counsel to the Official Committee of Unsecured Creditors of Residential Capital, LLC, et al. for borrower issues.

2. I submit this declaration (the "Declaration") in support of the *Debtors' Objection to Claim No. 5420 of Vachagan Abed-Stephen and Susie Abed-Stephen* (the "Objection") and in compliance with this Court's Order entered March 21, 2013, pursuant to section 105(a) of Title 11, United States Code (the "Bankruptcy Code") and Rules 1009, 3007, and 9019(b) of the Federal Rules of Bankruptcy Procedure approving: (i) Claim Objection Procedures; (ii) Borrower Claim Procedures; (iii) Settlement Procedures; and (iv) Schedule Amendment Procedures [Docket No. 3294] (the "Claim Objection Procedures Order").

3. Unless otherwise stated in this Declaration, I have personal knowledge of the facts hereinafter set forth and, if called as a witness, I could and would testify competently thereto.

4. Pursuant to the Claim Objection Procedures Order, prior to filing the Objection, the Debtors provided SilvermanAcampora with copies of Claim No. 5420 (the "Proof of Claim") filed by Vachagan Abed-Stephen and Susie Abed-Stephen (the "Claimants"), to which the Debtors intended to object.

5. I or my designee at my direction first reviewed the Proof of Claim to determine if such claim was actually filed without sufficient explanation or sufficient supporting documentation to determine the validity of such claim. Thereafter, I or my designee at my direction conferred with the Debtors and agreed that the Claimants should receive request letters, requesting additional explanation and documentation in support of their claim.

6. I or my designee at my direction also conferred with the Debtors in drafting the request letter, and the Debtors provided copies of such letter to SilvermanAcampora.

7. SilvermanAcampora has reviewed the basis of the Proof of Claim and the additional documents provided by the Claimants in response to the request letter, and SilvermanAcampora does not object to the Debtors' determination and reasoning for filing the Objection.

8. To the best of my knowledge, prior to the filing of the Objection, both the Debtors and SilvermanAcampora have fully complied with all other relevant terms of the Claim Objection Procedures Order.

Dated: November 15, 2013
       Jericho, New York

                                       /s/ Robert D. Nosek
                                       Robert D. Nosek