# Exhibit 6

## Proof of Claim and Response

12-12020-mg    Doc 5786-7    Filed 11/15/13    Entered 11/15/13 15:48:24    Exhibit 6
Pg 1 of 4

ny-1107744

B 10 (Official Form 10) (12/07)  Claim #5420  Date Filed: 11/16/2012

| UNITED STATES BANKRUPTCY COURT    Southern District of New York | PROOF OF CLAIM |
|---|---|

Name of Debtor:
Residental Capital, LLC, GMAC Mortgage LLC

Case Number:
No. 12-12020-mg

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Vachagan Abed Stephen and Susie Abed Stephen

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
SUSIE
~~Vachagan~~ an Abed Stephen
1606 glenmont dr glendale ca 91207

☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

Court Claim Number:_____
(*If known*)

Telephone number:
(818) 500-1616

Filed on:_____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $1750,000.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** _____
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. **Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☑ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe:  1606 Glenmont dr Glendale, CA 91207
   Value of Property: $750,000.00  Annual Interest Rate X %
   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $_____  Basis for perfection: _____
   Amount of Secured Claim: $1,222,321.89  Amount Unsecured: $ 0

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 11/15/12

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

RECEIVED
NOV 16 2012
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



12120321211160000000000012

Susie Abed-Stephens
1606 Glenmont DR
Glendale CA 91207

7011 2970 0003 3297 0674

Sent/Received
JUN 25 2013
To _____
By _____

Residential Capital. LLC
P.O.Box 385220
Bloomington, Minnesota 55438

June 19, 2013

Re: Request for reimbursement

Claim Number 5420

To Whom it May Concern:

I am responding to your request for further data that supports my contention that I am entitled to compensation.

1. Case Number: BC464367
   SUSIE ABED-STEPHEN ET AL VS GMAC MORTGAGE LLC ET AL
   01/10/2012 at 08:30 am in Department 57, RALPH W. DAU, Presiding
   DEMURRER (TO FIRST AMENDED COMPLAINT;).

   In this case, in court and pursuant to the court transcripts, GMAC admitted under oath that my loan was never in a default, as had been asserted by them.
2. GMAC had caused to be filed for record a notice of default in the County records against my title interests.
3. This set off a series of events that has permanently damaged my credit scores, my ability to obtain credit fairly, and my existing quality of life as a whole.
4. GMAC also caused to be filed within the County records an assignment of my deed of trust to which they had no right, title or interest whatsoever. This assignment falls under the statute of frauds and constitutes a grant. This grant, in writing, was on a date certain. The records of the United States Securities & Exchange Commission controvert the assumption that GMAC undertook when electing to file this crippling document against my title interests.
5. Because GMAC was also under strict Order from the Office of the Comptroller of the Currency ("OCC), which prohibited this very action, yet GMAC elected to ignore this Order, this represents a violation of their Order and is cause for sanction and contempt of the Order issued by OCC. It has also damaged me in the same manner as described above, ruining my credit, my ability to obtain credit and further damages that are too voluminous to name individually herein.

6. I have spent thousands of dollars on legal research and legal fees that exceed $10,000.00.
7. I Have paid $19,000 to the GMAC for Modification in 2009 with verification with 1099. GMAC completely ignored the modification.

Conclusion:

I am entitled to the maximum amount of compensation based upon my expenses that were totally unnecessary because of the actions of GMAC.

Sincerely,

Susie Abed-Stephens.

6/19/13