# EXHIBIT B

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY DORSEY & WHITNEY LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013

### Compensation by Matter

| Task Code | Matter Description | Total Billed Hours | Total Compensation[6] |
|---|---|---|---|
| 3 | Business Operations and Advice | 0.60 | $294.30 |
| 4 | Case Administration | 29.90 | $14,059.35 |
| 7 | Fee/Employment Applications | 7.00 | $1,757.25 |
| 9 | Financing | 0.40 | $196.20 |
| 10 | Plan, Disclosure Statement and Confirmation Matters | 0.50 | $198.00 |
| 17 | PLS Litigation | 266.10 | $98,643.60 |
| 18 | Litigation (Other) | 17.20 | $7,407.90 |
| 24 | Employee Matters | 0.60 | $251.10 |
| **Total Fees Incurred** | | **322.30** | **$122,807.70** |

---

[6] All fees listed, unless otherwise indicated, are after application of a 10 percent discount.