## EXHIBIT C

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONALS BY DORSEY & WHITNEY LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| J. Jackson | Trial<br><br>MN License No. 0049219 | $616.50 | 25.9 | $15,967.35 |
| J. Langdon | Trial<br><br>MN License No. 0171931 | $549.00 | 76.2 | $41,833.80 |
| E. Schnabel | Finance and Restructuring<br><br>NY License No. 4709432 | $508.50 | 4.3 | $2,186.55 |
| T. Kelly | Finance and Restructuring<br><br>MN License No. 0189960 | $490.50 | 1.0 | $490.50 |
| S. Heim | Finance and Restructuring<br><br>MN License No. 0316994 | $405.00 | 0.8 | $324.00 |
| S. Marsden | Trial<br><br>Utah License No. 4879 | $405.00 | 2.8 | $1,134.00 |
| **Associates and Of Counsel** | | | | |
| S. McIvor | Advocacy<br><br>MN License No. 0181742 | $418.50 | .6 | $251.10 |
| M. Clark | Finance and Restructuring<br><br>MN License No. 28211X | $396.00 | .5 | $198.00 |

| | | | | |
|---|---|---|---|---|
| L. McGlinn | Trial<br><br>CA License No. 161756 | $355.50 | 39.5 | $14,042.25 |
| R. Mallard | Finance and Restructuring<br><br>DE License No. 4279 | $346.50 | 5.9 | $2,044.35 |
| G. Salvo | Trial<br><br>MN License No. 0349008 | $328.50 | .7 | $229.95 |
| J. Mikhailevich | Finance and Restructuring<br><br>NY License No. 4841557 | $306.00 | 1.3 | $397.80 |
| M. Buckley | Trial<br><br>IL License No. 6285830 | $297.00 | 73.3 | $21,770.10 |
| J. Stilson | Trial<br><br>MN License No. 0392913 | $283.50 | 18.4 | $5,216.40 |
| B. McGarry | Trial<br><br>CA License No. 458156 | $265.50 | .7 | $185.85 |
| B. Loftus | Trial<br><br>MN License No. 0388020 | $261.00 | 11.7 | $3,053.70 |
| E. Hulsebos | Finance and Restructuring<br><br>MN License No. 0390389 | $238.50 | 5.7 | $1,359.45 |
| A. Brantingham | Trial<br><br>MN License No. 0389952 | $238.50 | 36.9 | $8,800.65 |
| M. Stinson | Trial<br><br>MN License No. 0392482 | $211.50 | 13.9 | $2,939.85 |

| **Paraprofessionals** | | | | |
|---|---|---|---|---|
| S. Jarzyna | IR Reference | $202.50 | 1.4 | $283.50 |
| N. Bussiere | Trial | $198.00 | 0.1 | $19.80 |
| C. Sexton | IR Reference | $112.50 | 0.7 | $78.75 |
| **Professionals Totals** | | **Blended Rate** | | |
| **Total Fees Incurred (After 10% discount)** | | **$337.91** | **322.30** | **$122,807.70** |