# EXHIBIT D

## SUMMARY OF EXPENSES INCURRED BY DORSEY & WHITNEY LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013

| Expense Category | Amount |
| --- | --- |
| Travel Expense – K. Schmidt (Riverside County Superior Court, Indio, 3/29/13, attend ex parte hearing regarding writ of attachment) | $133.97 |
| Conference Call Charges | $78.00 |
| Filing Fee (Riverside/Indio Court) | $90.00 |
| Messenger Fees ($280.00; $483.00; $156.00; $156.00) | $1,075.00 |
| **Total** | **$1,376.97** |