# EXHIBIT E

## MONTHLY FEE STATEMENTS

**THOMAS O. KELLY III**
(612) 492-6029
kelly.tom@dorsey.com

July 18, 2013

**VIA FEDERAL EXPRESS**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

Re:    In re Residential Capital, LLC, et al.
        Case No. 12-12020

Dear Counsel:

    Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find Dorsey & Whitney LLP's monthly fee statements for the period May 30, 2013 through June 30, 2013, and a fee statement on the Jesse Martin subpoena matter for the period April 25, 2013 through June 30, 2013 (the "Statements"), which were served with a copy of this on the parties listed in paragraph (a) of the Order, on July 18, 2013.

    In the absence of a timely objection, the Debtors shall pay $29,926.80, consisting of the sum of (a) $29,926.80, an amount equal to 80% of the fees ($29,926.80 = $37,408.50 x 0.80) and (b) 100% of the expenses ($0) being requested in the Statements.

4838-9531-4964\1

Morrison & Foerster LLP
Office of the United States Trustee for the Southern District of New York
Kramer Levin Naftalis & Frankel LLP
Kirkland & Ellis
Skadden, Arps, Slate, Meagher & Flom LLP
July 18, 2013
Page 2


      Objections to the Statements are due by date that is the later of (1) 20 days after the date of service, or (2) the 40th day following the end of the month for which compensation is sought.

                Sincerely,



                Thomas O. Kelly III

Enclosures

cc:    Tammy Hamzehpour (w/encl.)(via Federal Express)



### DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

June 14, 2013
Invoice No. 1880002

Client-Matter No.: 355050-00359
Allstate Insurance Company et al.

## For Legal Services Rendered Through May 31, 2013

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $54.90 |
| **Total For Current Invoice** | $54.90 |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:                Wire Instructions:
Dorsey & Whitney LLP               U.S. Bank National Association
P.O. Box 1680                      800 Nicollet Mall              ABA Routing Number: 091000022
Minneapolis, MN 55480-1680         Minneapolis, MN 55402         Account Number: 1602-3010-8500
                                                                  Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03756



### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

June 14, 2013
Invoice No. 1880002

**Client-Matter No: 355050-00359**

**Allstate Insurance Company et al.**
**Client Reference #:  709980**

---

**For Legal Services Rendered Through May 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 05/23/13 | J. Langdon | 54.90 | 0.10 | 17 | Review proposed status report to court |
| | **Total Hours** | | **0.10** | | |

|  |  |
|---|---|
| **Total for Legal Fees** | **$54.90** |
| **Total This Invoice** | **$54.90** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 0.10 | 549.00 | 54.90 |
| **Total all Timekeepers** | | **0.10** | | **54.90** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



### DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

June 19, 2013
Invoice No. 1880000

Client-Matter No.: 355050-00360
Huntington Bancshares Inc.

## For Legal Services Rendered Through May 31, 2013

# INVOICE TOTAL

Total For Current Legal Fees                    $4,304.25

**Total For Current Invoice**                   **$4,304.25**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available
upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

June 19, 2013
Invoice No. 1880000

**Client-Matter No: 355050-00360**

**Huntington Bancshares Inc.**
**Client Reference #: 719440**

**For Legal Services Rendered Through May 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 05/01/13 | A. Brantingham | 333.90 | 1.40 | 17 | Review appellant's brief |
| 05/01/13 | J. Langdon | 54.90 | 0.10 | 17 | Memorandum to A. Brantingham regarding appeal strategy |
| 05/02/13 | A. Brantingham | 71.55 | 0.30 | 17 | Telephone conference with S. Gastwirth |
| 05/02/13 | A. Brantingham | 119.25 | 0.50 | 17 | Review appellant's brief |
| 05/02/13 | J. Langdon | 109.80 | 0.20 | 17 | Memoranda from and to L. Man regarding appeal status |
| 05/02/13 | J. Langdon | 54.90 | 0.10 | 17 | Telephone conference with A. Brantingham regarding appeal status |
| 05/02/13 | J. Langdon | 109.80 | 0.20 | 17 | Telephone conference with J. Haims regarding debtors' case |
| 05/03/13 | A. Brantingham | 143.10 | 0.60 | 17 | Telephone conference with J. Langdon and counsel for Ally regarding appeal |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00360
Invoice No.: 1880000

June 19, 2013
Page 2

| | | | | | |
|---|---|---|---|---|---|
| 05/03/13 | A. Brantingham | 47.70 | 0.20 | 17 | Telephone conference with plaintiff's counsel regarding place of debtors in appeal |
| 05/03/13 | J. Langdon | 54.90 | 0.10 | 17 | Conference with A. Brantingham regarding opposition brief |
| 05/03/13 | J. Langdon | 219.60 | 0.40 | 17 | Telephone conference with counsel for AFI regarding status of claims against debtors |
| 05/03/13 | J. Langdon | 54.90 | 0.10 | 17 | Telephone conference with plaintiff's counsel regarding status of claims against debtors |
| 05/06/13 | J. Langdon | 54.90 | 0.10 | 17 | Telephone conference with A. Brantingham regarding scope of appeal |
| 05/07/13 | A. Brantingham | 119.25 | 0.50 | 17 | Telephone conferences with appellant's counsel and clerk of court of appeals |
| 05/07/13 | A. Brantingham | 190.80 | 0.80 | 17 | Draft letter to clerk of court regarding parties to appeal |
| 05/07/13 | J. Langdon | 109.80 | 0.20 | 17 | Memoranda to and from A. Brantingham regarding letter to court regarding status of debtors |
| 05/07/13 | J. Langdon | 109.80 | 0.20 | 17 | Review and revise letter to court regarding status of debtors |
| 05/08/13 | A. Brantingham | 71.55 | 0.30 | 17 | Revise letter to clerk of court regarding debtors |
| 05/08/13 | J. Langdon | 219.60 | 0.40 | 17 | Review and revise letter to court regarding debtors' stay |
| 05/08/13 | J. Langdon | 54.90 | 0.10 | 17 | Memoranda to and from A. Brantingham regarding briefing scheduling |
| 05/09/13 | A. Brantingham | 143.10 | 0.60 | 17 | Draft email to opposing counsel regarding edits to letter to clerk of court |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

Residential Funding Company, LLC                                                    June 19, 2013
Client-Matter No.: 355050-00360                                                        Page 3
Invoice No.: 1880000

| Date | Timekeeper | Amount | Hours | | Description |
|---|---|---|---|---|---|
| 05/09/13 | J. Langdon | 109.80 | 0.20 | 17 | Memoranda to and from opposing counsel regarding appeal |
| 05/09/13 | J. Langdon | 109.80 | 0.20 | 17 | Memoranda to and from A. Brantingham regarding communication to clerk |
| 05/10/13 | A. Brantingham | 119.25 | 0.50 | 17 | Revise joint motion for extension of briefing schedule |
| 05/10/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding court communication on debtors |
| 05/13/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding appeal scheduling |
| 05/16/13 | J. Langdon | 54.90 | 0.10 | 17 | Memoranda to and from L. Marinuzzi regarding potential settlement |
| 05/17/13 | J. Langdon | 54.90 | 0.10 | 17 | Review order on briefing schedule |
| 05/23/13 | A. Brantingham | 47.70 | 0.20 | 17 | Telephone call to court of appeals regarding representation of parties |
| 05/23/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding impact of Ally settlement on action |
| 05/28/13 | A. Brantingham | 190.80 | 0.80 | 17 | Begin drafting appellate response brief |
| 05/28/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding appeal brief |
| 05/30/13 | A. Brantingham | 238.50 | 1.00 | 17 | Continue drafting appeal brief |
| 05/31/13 | A. Brantingham | 381.60 | 1.60 | 17 | Continue drafting appeal brief |
| 05/31/13 | J. Langdon | 54.90 | 0.10 | 17 | Memoranda from and to S. Gastwirth regarding upcoming opposition brief |
| 05/31/13 | J. Langdon | 109.80 | 0.20 | 17 | Telephone conference with R. Kopecky regarding defense strategy |

**Total Hours**                                          **13.10**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# DORSEY
### DORSEY & WHITNEY LLP

Residential Funding Company, LLC
Client-Matter No.: 355050-00360
Invoice No.: 1880000

June 19, 2013
Page 4

| | | | |
|---|---|---|---|
| **Total for Legal Fees** | | | **$4,304.25** |
| **Total This Invoice** | | | **$4,304.25** |

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 9.30 | 238.50 | 2,218.05 |
| J. Langdon | Partner | 3.80 | 549.00 | 2,086.20 |
| **Total all Timekeepers** | | **13.10** | | **4,304.25** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY**

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

June 14, 2013
Invoice No. 1880005

Client-Matter No.: 355050-00361
1941 Stichting Pensioenfonds ABP

**For Legal Services Rendered Through May 31, 2013**

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $3,497.85 |
| **Total For Current Invoice** | **$3,497.85** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:           Wire Instructions:
Dorsey & Whitney LLP            U.S. Bank National Association
P.O. Box 1680                   800 Nicollet Mall                ABA Routing Number: 091000022
Minneapolis, MN 55480-1680      Minneapolis, MN 55402            Account Number: 1602-3010-8500
                                                                 Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                June 14, 2013
One Meridian Crossings                                    Invoice No. 1880005
Minneapolis, MN 55423

**Client-Matter No: 355050-00361**

**1941Stichting Pensioenfonds ABP**
**Client Reference #: 719458**

---

**For Legal Services Rendered Through May 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 05/06/13 | J. Langdon | 164.70 | 0.30 | 17 | Review key bankruptcy filings regarding stay |
| 05/07/13 | A. Brantingham | 190.80 | 0.80 | 17 | Review plaintiff's brief in opposition to motion to dismiss |
| 05/07/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding status of stay as to discovery against individual defendants |
| 05/09/13 | J. Langdon | 164.70 | 0.30 | 17 | Review key bankruptcy filings as impact case |
| 05/13/13 | A. Brantingham | 477.00 | 2.00 | 17 | Research for reply in support of motion to dismiss |
| 05/14/13 | J. Langdon | 164.70 | 0.30 | 17 | Review bankruptcy filings regarding impact of stay |
| 05/15/13 | A. Brantingham | 333.90 | 1.40 | 17 | Begin drafting reply in support of motion to dismiss |
| 05/16/13 | J. Langdon | 54.90 | 0.10 | 17 | Memoranda from and to L. |

Service charges are based on rates established by Dorsey & Whitney   A schedule of those rates has been provided and is available
upon request   Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                    June 14, 2013
Client-Matter No.: 355050-00361                                          Page 2
Invoice No.: 1880005

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | Lundsten regarding status |
| 05/18/13 | A. Brantingham | 238.50 | 1.00 | 17 | Continue drafting reply in support of motion to dismiss amended complaint |
| 05/19/13 | A. Brantingham | 71.55 | 0.30 | 17 | Revise reply in support of motion to dismiss |
| 05/21/13 | A. Brantingham | 214.65 | 0.90 | 17 | Complete draft of reply in support of motion to dismiss |
| 05/21/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding reply brief in support of motion to dismiss |
| 05/22/13 | J. Langdon | 219.60 | 0.40 | 17 | Revise and draft reply brief |
| 05/22/13 | J. Langdon | 54.90 | 0.10 | 17 | Conference with A. Brantingham regarding reply brief |
| 05/22/13 | J. Langdon | 109.80 | 0.20 | 17 | Review key bankruptcy filings |
| 05/22/13 | J. Langdon | 54.90 | 0.10 | 17 | Memoranda to and from L. Marinuzzi regarding key bankruptcy filings |
| 05/23/13 | A. Brantingham | 71.55 | 0.30 | 17 | Revise reply brief in support of motion to dismiss |
| 05/23/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding proposed creditor settlement and plan support |
| 05/23/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding reply in support of motion to dismiss |
| 05/24/13 | A. Brantingham | 143.10 | 0.60 | 17 | Finalize reply in support of motion to dismiss |
| 05/24/13 | J. Langdon | 109.80 | 0.20 | 17 | Review memorandum regarding impact of Ally settlement on investor cases |
| 05/28/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding motion to dismiss |
| 05/28/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding |

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available
upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00361
Invoice No.: 1880005

June 14, 2013
Page 3

|  |  |  |  |  | impact of Ally settlement |
| 05/30/13 | J. Langdon | 54.90 | 0.10 | 17 | Review key bankruptcy filings |
| **Total Hours** |  |  | **10.50** |  |  |

**Total for Legal Fees**          **$3,497.85**

**Total This Invoice**          **$3,497.85**

### Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
| --- | --- | --- | --- | --- |
| A. Brantingham | Associate | 7.30 | 238.50 | 1,741.05 |
| J. Langdon | Partner | 3.20 | 549.00 | 1,756.80 |
| **Total all Timekeepers** |  | **10.50** |  | **3,497.85** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



### DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

June 14, 2013
Invoice No. 1880006

Client-Matter No.: 355050-00368
John Hancock Life Insurance Company, et al

### For Legal Services Rendered Through May 31, 2013

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $54.90 |
| **Total For Current Invoice** | **$54.90** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:                     Wire Instructions:
Dorsey & Whitney LLP                      U.S. Bank National Association        ABA Routing Number: 091000022
P.O. Box 1680                             800 Nicollet Mall                     Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680               Minneapolis, MN  55402                 Swift Code  USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available
upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03756



### DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

June 14, 2013
Invoice No. 1880006

**Client-Matter No: 355050-00368**

**John Hancock Life Insurance Company, et al**
**Client Reference #: 732099**

---

**For Legal Services Rendered Through May 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 05/16/13 | J. Langdon | 54.90 | 0.10 | 17 | Memorandum to R. Kopecky regarding potential settlement |
| | **Total Hours** | | **0.10** | | |

| | |
|---|---|
| **Total for Legal Fees** | **$54.90** |
| **Total This Invoice** | **$54.90** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 0.10 | 549.00 | 54.90 |
| **Total all Timekeepers** | | **0.10** | | **54.90** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

### STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

June 14, 2013
Invoice No. 1880011

Client-Matter No.: 479140-00003
ResCap Treasury General

**For Disbursements and Services Charges Rendered Through May 31, 2013**

# INVOICE TOTAL

Total For Current Disbursements and Service Charges    $280.00

**Total For Current Invoice**    **$280.00**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515



## DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                          June 14, 2013
Attn: Tammy Hamzehpour                        Invoice No. 1880011
1100 Virginia Drive
Fort Washington, PA  19034

**Client-Matter No: 479140-00003**

**ResCap Treasury General**
**Client Reference #:  718556**

___

**For Disbursements and Service Charges Rendered Through May 31, 2013**

| | |
|---|---:|
| **Total for Legal Fees** | $0.00 |

**Disbursements and Service Charges**

| | |
|---|---:|
| Messenger Charges | 280.00 |
| **Total for Disbursements and Service Charges** | **$280.00** |
| **Total This Invoice** | **$280.00** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA 19034

June 14, 2013
Invoice No. 1880058

Client-Matter No.: 479140-00005
Business Lending Workout Matters

**For Legal Services Rendered Through May 31, 2013**

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $8,189.55 |
| Total For Current Disbursements and Service Charges | $784.97 |
| **Total For Current Invoice** | **$8,974.52** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03515



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap                                                    June 14, 2013
Attn:  Tammy Hamzehpour                                Invoice No. 1880058
1100 Virginia Drive
Fort Washington, PA  19034

**Client-Matter No: 479140-00005**

**Business Lending Workout Matters**
**Client Reference #:  731146**

**For Legal Services Rendered Through May 31, 2013**

| | | | | |
|---|---|---|---|---|
| 05/01/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memoranda regarding status of Pitchersky settlement |
| 05/02/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Review revised Pitchersky settlement documents |
| 05/03/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Revise Pitchersky settlement papers |
| 05/03/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from opposing counsel regarding Pitchersky settlement papers |
| 05/03/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Review filings by trustee |
| 05/06/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Memorandum to D. Horst regarding status of Pitchersky settlement negotiations |
| 05/07/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda from and to C. MacElree regarding |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Pitchersky settlement negotiations

| Date | Timekeeper | Amount | Hours | | Description |
|---|---|---|---|---|---|
| 05/08/13 | L. McGlinn | 391.05 | 1.10 | 17 | (Nationwide) Review application for writ of attachment and opposition and declarations submitted by Pitchersky |
| 05/08/13 | L. McGlinn | 248.85 | 0.70 | 17 | (Nationwide) Prepare assessment of probability of GMAC's success |
| 05/08/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda from and to A. Cooper regarding settlement negotiations |
| 05/08/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from L. McGlinn regarding attachment motion |
| 05/09/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to C. MacElree regarding Pitchersky negotiations |
| 05/09/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Telephone conferences with Nationwide trustee regarding status |
| 05/09/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding Pitchersky settlement documentation |
| 05/10/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding Pitchersky negotiations |
| 05/10/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding potential trial preparation |
| 05/13/13 | J. Langdon | 329.40 | 0.60 | 17 | (Nationwide) Telephone conference with C. MacElree, D. Horst and L. Delehey regarding Pitchersky settlement negotiations |
| 05/13/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memoranda regarding attachment motion |
| 05/13/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Draft memoranda |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

GMAC ResCap                                                                      June 14, 2013
Client-Matter No.: 479140-00005                                                      Page 3
Invoice No.: 1880058

|          |             |        |      |    |                                                                                          |
|----------|-------------|--------|------|----|------------------------------------------------------------------------------------------|
|          |             |        |      |    | regarding trial preparation issues                                                       |
| 05/14/13 | J. Langdon  | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding Pitchersky settlement negotiations                |
| 05/15/13 | J. Langdon  | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from L. McGlinn                                             |
| 05/16/13 | J. Langdon  | 109.80 | 0.20 | 17 | (Nationwide) Telephone conferences with C. MacElree regarding Pitchersky settlement negotiations |
| 05/16/13 | J. Langdon  | 54.90  | 0.10 | 17 | (Nationwide) Memoranda to local counsel regarding upcoming hearing                       |
| 05/16/13 | J. Langdon  | 54.90  | 0.10 | 17 | (Nationwide) Memoranda to opposing counsel regarding settlement negotiations             |
| 05/16/13 | J. Langdon  | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding status                          |
| 05/17/13 | J. Langdon  | 54.90  | 0.10 | 17 | (Nationwide) Draft memoranda regarding California action                                 |
| 05/17/13 | J. Langdon  | 109.80 | 0.20 | 17 | (Nationwide) Review bankruptcy filings regarding intent to abandon claims against A. Morrison |
| 05/17/13 | J. Langdon  | 54.90  | 0.10 | 17 | (Alliance) Review bankruptcy filings                                                     |
| 05/20/13 | L. McGlinn  | 35.55  | 0.10 | 17 | (Nationwide) Communication with J. Langdon regarding status of matter                    |
| 05/20/13 | L. McGlinn  | 35.55  | 0.10 | 17 | (Nationwide) Communication with opposing counsel regarding status                        |
| 05/20/13 | L. McGlinn  | 106.65 | 0.30 | 17 | (Nationwide) Review settlement discussions in preparation for hearing on order to show cause regarding dismissal |

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available
upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

GMAC ResCap                                                                                          June 14, 2013
Client-Matter No.: 479140-00005                                                                     Page 4
Invoice No.: 1880058

| 05/20/13 | S. Marsden | 283.50 | 0.70 | 17 | (Spectrum) Telephone conference regarding Embley call |
| 05/20/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to Ally counsel regarding status of Pitchersky settlement negotiations |
| 05/20/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to C. MacElree regarding trustee claims |
| 05/20/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to local counsel regarding upcoming hearing |
| 05/20/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Telephone conference with L. McGlinn regarding status of settlement negotiations |
| 05/21/13 | L. McGlinn | 213.30 | 0.60 | 17 | (Nationwide) Attend order to show cause regarding dismissal |
| 05/21/13 | S. Marsden | 283.50 | 0.70 | 17 | (Spectrum) Conference with N. Kosinski interview |
| 05/21/13 | S. Marsden | 243.00 | 0.60 | 17 | (Spectrum) Conference with N. Kosinski |
| 05/21/13 | S. Marsden | 202.50 | 0.50 | 17 | (Spectrum) Telephone conference with S. Thorley (AUSA) |
| 05/21/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda from and to L. McGlinn regarding result of hearing on Pitchersky settlement negotiations |
| 05/21/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to C. MacElree, D. Horst and L. Delehey regarding result of hearing on Pitchersky settlement negotiations |
| 05/23/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding Nationwide trustee's filing regarding potential claims against A. Morrison |

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                                     June 14, 2013
Client-Matter No.: 479140-00005                                                       Page 5
Invoice No.: 1880058

| | | | | | |
|---|---|---|---|---|---|
| 05/28/13 | J. Langdon | 439.20 | 0.80 | 17 | (Nationwide) Draft potential objection to trustee's notice of intent to abandon |
| 05/28/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding potential objection to trustee's notice of intent to abandon |
| 05/28/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Telephone conference with trustee's counsel regarding intent to abandon claims against A. Morrison |
| 05/28/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Research regarding potential claims against A. Morrison |
| 05/29/13 | S. Heim | 81.00 | 0.20 | 17 | (Nationwide) Telephone conference with J. Langdon regarding guaranty and subrogation issues |
| 05/29/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Telephone conferences with C. MacElree regarding trustee's intent to abandon |
| 05/29/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Telephone conference with S. Heim regarding bankruptcy claim issues |
| 05/29/13 | J. Langdon | 329.40 | 0.60 | 17 | (Nationwide) Research potential for pursuing claims against A. Morrison |
| 05/29/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Memorandum to C. MacElree regarding potential for pursuing claims against A. Morrison |
| 05/29/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Review bankruptcy filings regarding underlying action |
| 05/30/13 | S. Heim | 81.00 | 0.20 | 17 | (Nationwide) Telephone conference with J. Langdon |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | regarding issues relating to trustee abandonment of a fraudulent transfer claim |
| 05/30/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Telephone conferences with C. MacElree regarding trustee's intent to abandon Morrison claims |
| 05/30/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Memoranda to and from local counsel regarding statute of limitations issues |
| 05/30/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Telephone conferences with trustee's counsel regarding negotiations |
| 05/30/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Telephone conferences with S. Heim researching bankruptcy issues |
| 05/31/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Telephone conference with C. MacElree regarding estate claims against A. Morrison |
| 05/31/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Telephone conference with trustee's counsel regarding estate claims against A. Morrison |

**Total Hours**                                    **16.70**

**Total for Legal Fees**                    $8,189.55

**Disbursements and Service Charges**

| | |
|---|---|
| Messenger Charges | 483.00 |
| Conference Call Charges | 78.00 |
| Filing Fee - ASAP Legal, LLC - Riverside/Indio Court 04/02/13 | 90.00 |
| Travel Expense - Travel for K. Schmidt to Riverside County Superior Court in Indio to attend ex parte hearing regarding writ of attachment 03/29/13 | 133.97 |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# ◖❯❯ DORSEY
DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1880058

June 14, 2013
Page 7

### Total for Disbursements and Service Charges          $784.97

### Total This Invoice          $8,974.52

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| L. McGlinn | Other Attorney | 2.90 | 355.50 | 1,030.95 |
| S. Marsden | Partner | 2.50 | 405.00 | 1,012.50 |
| S. Heim | Partner | 0.40 | 405.00 | 162.00 |
| J. Langdon | Partner | 10.90 | 549.00 | 5,984.10 |
| **Total all Timekeepers** | | **16.70** | | **8,189.55** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

### STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC Mortgage, LLC
Attn.: John G. Hromy, Associate Counsel
Legal Staff - Mail Code 190-FTW-L95
1100 Virginia Drive
Fort Washington, PA  19034

June 14, 2013
Invoice No. 1880028

Client-Matter No.: 483413-00011
Navigate Advisors LLC

**For Legal Services Rendered Through May 31, 2013**

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $1,009.35 |
| **Total For Current Invoice** | **$1,009.35** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03756



**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC Mortgage, LLC                                          June 14, 2013
Attn.: John G. Hromy, Associate Counsel                Invoice No. 1880028
Legal Staff - Mail Code 190-FTW-L95
1100 Virginia Drive
Fort Washington, PA  19034

**Client-Matter No: 483413-00011**

**Navigate Advisors LLC**
**Client Reference #:  720650**

---

**For Legal Services Rendered Through May 31, 2013**

| Date | Attorney | Amount | Hours | | Description |
|------|----------|--------|-------|---|-------------|
| 05/17/13 | J. Langdon | 54.90 | 0.10 | 18 | Memorandum to A. Brantingham regarding status |
| 05/22/13 | J. Langdon | 54.90 | 0.10 | 18 | Memoranda from and to A. Brantingham regarding status |
| 05/23/13 | A. Brantingham | 166.95 | 0.70 | 18 | Draft letter to Navigate demanding documents relevant to failed trades |
| 05/23/13 | J. Langdon | 54.90 | 0.10 | 18 | Memoranda to and from A. Brantingham regarding document demand |
| 05/23/13 | J. Langdon | 109.80 | 0.20 | 18 | Revise letter to Navigate regarding document demand |
| 05/24/13 | A. Brantingham | 166.95 | 0.70 | 18 | Revise demand letter to Navigate |
| 05/24/13 | J. Langdon | 164.70 | 0.30 | 18 | Revise document demand letter |
| 05/28/13 | A. Brantingham | 47.70 | 0.20 | 18 | Revise demand letter to Navigate Advisors |

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available
upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

GMAC Mortgage, LLC
Client-Matter No.: 483413-00011
Invoice No.: 1880028

June 14, 2013
Page 2

| | | | | |
|---|---|---|---|---|
| 05/28/13 | J. Langdon | 54.90 | 0.10 | 18 | Review and revise document request |
| 05/28/13 | J. Langdon | 54.90 | 0.10 | 18 | Memoranda to and from A. Brantingham regarding request to MF Global |
| 05/29/13 | A. Brantingham | 23.85 | 0.10 | 18 | Revise demand letter to MF Global |
| 05/29/13 | J. Langdon | 54.90 | 0.10 | 18 | Letters to MF Global and Navigate regarding customer account documents |

**Total Hours**                          **2.80**

**Total for Legal Fees**        **$1,009.35**

**Total This Invoice**        **$1,009.35**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 1.70 | 238.50 | 405.45 |
| J. Langdon | Partner | 1.10 | 549.00 | 603.90 |
| **Total all Timekeepers** | | **2.80** | | **1,009.35** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

**THOMAS O. KELLY III**
**(612) 492-6029**
**kelly.tom@dorsey.com**

August 19, 2013

**VIA FEDERAL EXPRESS**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

Re:    In re Residential Capital, LLC, et al.
       Case No. 12-12020

Dear Counsel:

Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find Dorsey & Whitney LLP's monthly fee statements for the period July 1, 2013 through July 31, 2013 (the "Statements"), which were served with a copy of this on the parties listed in paragraph (a) of the Order, on August 19, 2013.

In the absence of a timely objection, the Debtors shall pay $34,241.52, consisting of the sum of (a) $34,085.52, an amount equal to 80% of the fees ($34,085.52 = $42,606.90 x 0.80) and (b) 100% of the expenses ($156.00) being requested in the Statements.

4815-4702-3637\1

Morrison & Foerster LLP
Office of the United States Trustee for the Southern District of New York
Kramer Levin Naftalis & Frankel LLP
Kirkland & Ellis
Skadden, Arps, Slate, Meagher & Flom LLP
August 19, 2013
Page 2


      Objections to the Statements are due by date that is the later of (1) 20 days after the date of service, or (2) the 40th day following the end of the month for which compensation is sought.

                  Sincerely,


                  Thomas O. Kelly III

Enclosures

cc:    Tammy Hamzehpour (w/encl.)(via Federal Express)



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                    July 16, 2013
One Meridian Crossings                         Invoice No. 1885650
Minneapolis,  MN 55423

Client-Matter No.: 355050-00360
Huntington Bancshares Inc.

**For Legal Services Rendered Through June 30, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                    $6,568.20

**Total For Current Invoice**                   **$6,568.20**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:              Wire Instructions:
Dorsey & Whitney LLP               U.S. Bank National Association       ABA Routing Number: 091000022
P.O. Box 1680                      800 Nicollet Mall                    Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680         Minneapolis, MN  55402               Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03756



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

July 16, 2013
Invoice No. 1885650

**Client-Matter No: 355050-00360**

**Huntington Bancshares Inc.**
**Client Reference #: 719440**

**For Legal Services Rendered Through June 30, 2013**

| Date | Name | Amount | Hours | | Description |
|---|---|---|---|---|---|
| 06/01/13 | A. Brantingham | 739.35 | 3.10 | 17 | Continue drafting brief on appeal |
| 06/02/13 | A. Brantingham | 691.65 | 2.90 | 17 | Continue drafting appellate brief |
| 06/03/13 | A. Brantingham | 1,001.70 | 4.20 | 17 | Revise draft of respondents' brief |
| 06/03/13 | A. Brantingham | 119.25 | 0.50 | 17 | Review appellate brief of Ally respondents |
| 06/03/13 | J. Langdon | 109.80 | 0.20 | 17 | Review draft appeal brief on behalf of individuals |
| 06/03/13 | J. Langdon | 713.70 | 1.30 | 17 | Review draft sections of Ally appeal brief |
| 06/03/13 | J. Langdon | 109.80 | 0.20 | 17 | Memoranda to R. Kopecky regarding draft of Ally appeal brief |
| 06/04/13 | A. Brantingham | 333.90 | 1.40 | 17 | Revise appeal brief |
| 06/04/13 | J. Langdon | 658.80 | 1.20 | 17 | Revise draft appeal brief |
| 06/05/13 | A. Brantingham | 23.85 | 0.10 | 17 | Email J. Katzmark regarding |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00360
Invoice No.: 1885650

July 16, 2013
Page 2

| | | | | | appeal brief |
|---|---|---|---|---|---|
| 06/05/13 | A. Brantingham | 238.50 | 1.00 | 17 | Begin finalizing appeal brief |
| 06/05/13 | J. Langdon | 54.90 | 0.10 | 17 | Memoranda to and from individual defendants regarding status |
| 06/06/13 | A. Brantingham | 381.60 | 1.60 | 17 | Finalize appeal brief and appendix |
| 06/06/13 | A. Brantingham | 119.25 | 0.50 | 17 | Send letter to clerk of court regarding oral argument availability |
| 06/06/13 | J. Langdon | 274.50 | 0.50 | 17 | Review appeal brief |
| 06/13/13 | J. Langdon | 54.90 | 0.10 | 17 | Revise letter to court regarding postponement of hearing on motion to dismiss |
| 06/13/13 | J. Langdon | 54.90 | 0.10 | 17 | Memoranda among defense counsel regarding status and strategy |
| 06/17/13 | J. Langdon | 54.90 | 0.10 | 17 | Memorandum to individual defendants regarding status |
| 06/17/13 | J. Langdon | 109.80 | 0.20 | 17 | Review brief in support of motion to strike |
| 06/18/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding status of report to court on bankruptcy |
| 06/20/13 | J. Langdon | 164.70 | 0.30 | 17 | Review bankruptcy court objection to stay |
| 06/24/13 | A. Brantingham | 119.25 | 0.50 | 17 | Draft letter to court of appeals regarding status of bankruptcy proceeding |
| 06/24/13 | J. Langdon | 54.90 | 0.10 | 17 | Letter to court updating bankruptcy status |
| 06/25/13 | J. Langdon | 54.90 | 0.10 | 17 | Letter to court of appeals regarding bankruptcy status |
| 06/28/13 | J. Langdon | 274.50 | 0.50 | 17 | Review reply brief in support of appeal |

**Total Hours**    **20.90**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear in a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# DORSEY
### DORSEY & WHITNEY LLP

Residential Funding Company, LLC
Client-Matter No.: 355050-00360
Invoice No.: 1885650

July 16, 2013
Page 3

| | | |
|---|---|---|
| **Total for Legal Fees** | | **$6,568.20** |
| **Total This Invoice** | | **$6,568.20** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 15.80 | 238.50 | 3,768.30 |
| J. Langdon | Partner | 5.10 | 549.00 | 2,799.90 |
| **Total all Timekeepers** | | **20.90** | | **6,568.20** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis,  MN 55423

July 16, 2013
Invoice No. 1885244

Client-Matter No.: 355050-00361
1941 Stichting Pensioenfonds ABP

**For Legal Services Rendered Through June 30, 2013**

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $3,019.50 |
| **Total For Current Invoice** | **$3,019.50** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760.  Thank you.

| Mailing Instructions. | Wire Instructions. | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN  55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available
upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03756



**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

July 16, 2013
Invoice No. 1885244

**Client-Matter No: 355050-00361**

**1941Stichting Pensioenfonds ABP**
**Client Reference #:  719458**

**For Legal Services Rendered Through June 30, 2013**

| Date | Attorney | Amount | Hours | | Description |
|------|----------|--------|-------|---|-------------|
| 06/05/13 | J. Langdon | 109.80 | 0.20 | 17 | Review bankruptcy docket for key filings |
| 06/06/13 | J. Langdon | 54.90 | 0.10 | 17 | Review motion to dismiss filings |
| 06/10/13 | J. Langdon | 274.50 | 0.50 | 17 | Prepare for hearing on motion to dismiss |
| 06/11/13 | J. Langdon | 109.80 | 0.20 | 17 | Review key bankruptcy filings regarding stay and other matters |
| 06/11/13 | J. Langdon | 274.50 | 0.50 | 17 | Memoranda among defense counsel regarding upcoming hearing on motion to dismiss |
| 06/11/13 | J. Langdon | 274.50 | 0.50 | 17 | Telephone conferences with co-defense counsel regarding upcoming hearing on motion to dismiss |
| 06/12/13 | J. Langdon | 549.00 | 1.00 | 17 | Review plan support agreement and related documents with respect to stay and potential |

Service charges are based on rates established by Dorsey & Whitney   A schedule of those rates has been provided and is available
upon request   Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00361
Invoice No.: 1885244

July 16, 2013
Page 2

| | | | | | releases |
|---|---|---|---|---|---|
| 06/12/13 | J. Langdon | 274.50 | 0.50 | 17 | Prepare for hearing on motion to dismiss |
| 06/12/13 | J. Langdon | 109.80 | 0.20 | 17 | Memoranda from and to R. Kopecky regarding hearing on motion to dismiss |
| 06/13/13 | J. Langdon | 54.90 | 0.10 | 17 | Revise letter to court regarding postponement of hearing on motion to dismiss |
| 06/13/13 | J. Langdon | 54.90 | 0.10 | 17 | Memoranda among defense counsel regarding status and strategy |
| 06/14/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding correspondence to court regarding upcoming motion to dismiss hearing |
| 06/17/13 | J. Langdon | 54.90 | 0.10 | 17 | Review correspondence regarding court hearing |
| 06/17/13 | J. Langdon | 54.90 | 0.10 | 17 | Memorandum to individual defendants regarding status |
| 06/18/13 | J. Langdon | 54.90 | 0.10 | 17 | Review order staying motion to dismiss |
| 06/20/13 | J. Langdon | 54.90 | 0.10 | 17 | Review correspondence to court |
| 06/21/13 | J. Langdon | 54.90 | 0.10 | 17 | Review correspondence to court regarding schedule |
| 06/24/13 | J. Langdon | 109.80 | 0.20 | 17 | Memoranda from and to K. Duncan regarding status |
| 06/25/13 | J. Langdon | 274.50 | 0.50 | 17 | Review key bankruptcy filings regarding stay and potential settlement |
| 06/27/13 | J. Langdon | 109.80 | 0.20 | 17 | Review bankruptcy orders regarding plan support agreement |
| **Total Hours** | | | **5.50** | | |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00361
Invoice No.: 1885244

July 16, 2013
Page 3

|  |  |
|---|---|
| **Total for Legal Fees** | **$3,019.50** |
| **Total This Invoice** | **$3,019.50** |

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 5.50 | 549.00 | 3,019.50 |
| **Total all Timekeepers** |  | **5.50** |  | **3,019.50** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# ⟨⟩ DORSEY

### DORSEY & WHITNEY LLP

**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

July 16, 2013
Invoice No. 1885245

Client-Matter No.: 355050-00368
John Hancock Life Insurance Company, et al

---

**For Legal Services Rendered Through June 30, 2013**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $1,821.15 |
| **Total For Current Invoice** | **$1,821.15** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have a question regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                July 16, 2013
One Meridian Crossings                                    Invoice No. 1885245
Minneapolis, MN 55423

**Client-Matter No: 355050-00368**

**John Hancock Life Insurance Company, et al**
**Client Reference #: 732099**

---

**For Legal Services Rendered Through June 30, 2013**

| Date | Attorney | Amount | Hours | | Description |
|------|----------|--------|-------|---|-------------|
| 06/07/13 | J. Langdon | 54.90 | 0.10 | 17 | Review court filings regarding upcoming motion to dismiss |
| 06/10/13 | J. Langdon | 274.50 | 0.50 | 17 | Prepare for hearing on motion to dismiss |
| 06/11/13 | A. Brantingham | 119.25 | 0.50 | 17 | Telephone conference with co-defendants' counsel regarding oral argument on motion to dismiss |
| 06/11/13 | J. Langdon | 219.60 | 0.40 | 17 | Prepare for oral argument on motion to dismiss |
| 06/11/13 | J. Langdon | 274.50 | 0.50 | 17 | Memoranda among defense counsel regarding upcoming hearing on motion to dismiss |
| 06/11/13 | J. Langdon | 274.50 | 0.50 | 17 | Telephone conferences with co-defense counsel regarding upcoming hearing on motion to dismiss |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00368                                    July 16, 2013
Invoice No.: 1885245

| Date | Timekeeper | Amount | Hours | | Description |
|---|---|---|---|---|---|
| 06/13/13 | J. Langdon | 54.90 | 0.10 | 17 | Revise letter to court regarding postponement of hearing on motion to dismiss |
| 06/13/13 | J. Langdon | 54.90 | 0.10 | 17 | Memoranda among defense counsel regarding status and strategy |
| 06/14/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding correspondence to court regarding upcoming motion to dismiss hearing |
| 06/17/13 | J. Langdon | 54.90 | 0.10 | 17 | Review correspondence regarding court hearing |
| 06/17/13 | J. Langdon | 54.90 | 0.10 | 17 | Memorandum to individual defenses regarding strategy |
| 06/18/13 | J. Langdon | 54.90 | 0.10 | 17 | Review order staying motion to dismiss |
| 06/20/13 | J. Langdon | 54.90 | 0.10 | 17 | Review correspondence to court |
| 06/21/13 | J. Langdon | 54.90 | 0.10 | 17 | Review correspondence to court regarding schedule |
| 06/24/13 | J. Langdon | 109.80 | 0.20 | 17 | Memoranda from and to K. Duncan regarding status |

**Total Hours**          **3.60**

**Total for Legal Fees**          **$1,821.15**

**Total This Invoice**          **$1,821.15**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 0.50 | 238.50 | 119.25 |
| J. Langdon | Partner | 3.10 | 549.00 | 1,701.90 |
| **Total all Timekeepers** | | **3.60** | | **1,821.15** |

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY & WHITNEY LLP**

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

July 16, 2013
Invoice No. 1885241

Client-Matter No.: 479140-00003
ResCap Treasury General

**For Legal Services Rendered Through June 30, 2013**

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $196.20 |
| **Total For Current Invoice** | $196.20 |

For our convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:                Wire Instructions
Dorsey & Whitney LLP                 U.S. Bank National Association
P.O. Box 1680                        800 Nicollet Mall            ABA Routing Number: 091000022
Minneapolis, MN 55480-1680           Minneapolis, MN  55402       Account Number: 1602-3010-8500
                                                                  Swift Code: USBKUS44IMT

                        **Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03515



**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA  19034

July 16, 2013
Invoice No. 1885241

Client-Matter No: 479140-00003

**ResCap Treasury General**
**Client Reference #:  718556**

**For Legal Services Rendered Through June 30, 2013**

| Date | Timekeeper | | | | Description |
|---|---|---|---|---|---|
| 06/05/13 | T. Kelly | 98.10 | 0.20 | 9 | Review membership interest pledge question |
| 06/05/13 | T. Kelly | 98.10 | 0.20 | 9 | Email to J. Ruckdaschel, T. Farley and D. Marquardt regarding membership interest pledge question |
| | **Total Hours** | | **0.40** | | |

|  |  |
|---|---|
| **Total for Legal Fees** | **$196.20** |
| **Total This Invoice** | **$196.20** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| T. Kelly | Partner | 0.40 | 490.50 | 196.20 |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap
Client-Matter No.: 479140-00003
Invoice No.: 1885241

July 16, 2013
Page 2

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| **Total all Timekeepers** | | **0.40** | | **196.20** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
1100 Virginia Drive
Fort Washington, PA 19034

July 17, 2013
Invoice No. 1885242

Client-Matter No.: 479140-00005
Business Lending Workout Matters

**For Legal Services Rendered Through June 30, 2013**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $10,787.85 |
| **Total For Current Invoice** | **$10,787.85** |

Fo   our con  nience,  lease r  .t payment to the address below or we offer the option of remitting payment electronically by wire transfer. If y   h  -  questio   arding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Rece   ble Depa.   ent a, 1-800-861-0760. Thank you.

Mailing   tructions:
Dorsey &   hitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour                                          July 17, 2013
1100 Virginia Drive                                        Invoice No. 1885242
Fort Washington, PA  19034

**Client-Matter No: 479140-00005**

**Business Lending Workout Matters**
**Client Reference #:  731146**

**For Legal Services Rendered Through June 30, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 05/30/13 | B. McGarry | 185.85 | 0.70 | 17 | (Nationwide) Research regarding statute of limitations for a fraudulent transfer claim in California |
| 06/03/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to trustee's counsel regarding abandoned claims |
| 06/06/13 | G. Salvo | 164.25 | 0.50 | 17 | Research regarding relief available with respect to third-party trial subpoena related to federal criminal case in Massachusetts |
| 06/06/13 | G. Salvo | 65.70 | 0.20 | 17 | Telephone conference with B. Smith regarding relief available with respect to third-party trial subpoena related to federal criminal case in Massachusetts |
| 06/06/13 | J. Langdon | 219.60 | 0.40 | 17 | (Alliance) Telephone conference with C. MacElree regarding |

Service charges are based on rates established by Dorsey & Whitney   A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | settlement negotiations on proof of claim |
| 06/06/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Telephone conferences with J. Jorgenson regarding A. Morrison claims |
| 06/07/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Telephone conference with trustee's counsel regarding abandoned claims |
| 06/10/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda to opposing counsel regarding status of settlement negotiations |
| 06/10/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Telephone conference with J. Jorgenson regarding negotiations with trustee regarding abandoned claims |
| 06/10/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda from and to counsel for Ally Bank regarding attachment issue |
| 06/13/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding strategy in Pennsylvania action against Hanover |
| 06/18/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Review correspondence from bankruptcy trustee |
| 06/19/13 | J. Langdon | 933.30 | 1.70 | 17 | (Nationwide) Review depositions regarding summary judgment in Pennsylvania action |
| 06/19/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Review materials from trustee's counsel |
| 06/20/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Draft memoranda regarding discovery in Pennsylvania action |
| 06/21/13 | J. Stilson | 56.70 | 0.20 | 17 | (Nationwide) Conference with J. Langdon |
| 06/21/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda from and to L. McGlinn regarding status |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



|            |             |         |      |    |                                                                                     |
|------------|-------------|---------|------|----|-------------------------------------------------------------------------------------|
|            |             |         |      |    | of Pitchersky settlement discussions                                                |
| 06/21/13   | J. Langdon  | 109.80  | 0.20 | 17 | (Nationwide) Conferences regarding Pennsylvania action summary judgment              |
| 06/21/13   | J. Langdon  | 164.70  | 0.30 | 17 | (Nationwide) Draft memoranda regarding potential claims against insurers ad auditor  |
| 06/24/13   | M. Buckley  | 297.00  | 1.00 | 17 | (Nationwide) Analyze Pennsylvania complaint to plan for summary judgment filing      |
| 06/24/13   | M. Buckley  | 59.40   | 0.20 | 17 | (Nationwide) Conference with J. Langdon and J. Stilson regarding case status and plans for potential summary judgment filing |
| 06/24/13   | J. Stilson  | 765.45  | 2.70 | 17 | (Nationwide) Analyze documents related to accounting allegations regarding PKF       |
| 06/24/13   | J. Stilson  | 56.70   | 0.20 | 17 | (Nationwide) Conference with J. Langdon regarding PKF                                |
| 06/24/13   | J. Stilson  | 85.05   | 0.30 | 17 | (Nationwide) Communication to counsel for PKF regarding tolling agreement            |
| 06/24/13   | J. Stilson  | 56.70   | 0.20 | 17 | (Nationwide) Conference with J. Langdon and M. Buckley regarding Pennsylvania action |
| 06/24/13   | L. McGlinn  | 106.65  | 0.30 | 17 | (Nationwide) Communications with J. Langdon and A. Cooper regarding status of matter |
| 06/24/13   | L. McGlinn  | 71.10   | 0.20 | 17 | (Nationwide) Review defendant's settlement report and request for expanded hearing   |
| 06/24/13   | L. McGlinn  | 142.20  | 0.40 | 17 | (Nationwide) Review ex parte papers in preparation for hearing                       |
| 06/24/13   | L. McGlinn  | 177.75  | 0.50 | 17 | (Nationwide) Review file to                                                          |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



| | | | | | |
|---|---|---|---|---|---|
| | | | | | determine next steps to take in light of failed settlement |
| 06/24/13 | L. McGlinn | 213.30 | 0.60 | 17 | (Nationwide) Prepare response and objection to request for expanded hearing |
| 06/24/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Prepare for and conference with M. Buckley regarding Pennsylvania claims |
| 06/24/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Conference with J. Stilson regarding auditor claims |
| 06/24/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Conference with J. Stilson regarding insurer claims |
| 06/24/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Telephone conference with L. McGlinn regarding upcoming California hearing |
| 06/24/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Review request for expanded hearing regarding Pitchersky claims |
| 06/24/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Review memorandum regarding proposed settlement on proof of claim |
| 06/24/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memorandum to C. MacElree regarding proposed settlement on proof of claim |
| 06/25/13 | J. Stilson | 85.05 | 0.30 | 17 | (Nationwide) Research regarding statute of limitations in California in relation to claims against PKF |
| 06/25/13 | J. Stilson | 28.35 | 0.10 | 17 | (Nationwide) Communications with J. Langdon regarding statute of limitations in California in relation to claims against PKF |
| 06/25/13 | J. Stilson | 28.35 | 0.10 | 17 | (Nationwide) Communications with opposing counsel regarding tolling |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY**
DORSEY & WHITNEY LLP

GMAC ResCap                                                                July 17, 2013
Client-Matter No.: 479140-00005                                            Page 5
Invoice No.: 1885242

| Date | Name | Amount | Hours | | Description |
|------|------|--------|-------|---|-------------|
| 06/25/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding Pitchersky |
| 06/25/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda to and from D. Axelrod regarding prosecution status |
| 06/25/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Telephone conference with L. Delehey, D. Horst and C. MacElree regarding status and strategy |
| 06/25/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Telephone conference with L. McGlinn regarding trial strategy |
| 06/25/13 | J. Langdon | 603.90 | 1.10 | 17 | (Nationwide) Draft notice of bankruptcy and stay |
| 06/26/13 | L. McGlinn | 71.10 | 0.20 | 17 | (Nationwide) Review potential filing regarding bankruptcy stay |
| 06/26/13 | L. McGlinn | 71.10 | 0.20 | 17 | (Nationwide) Communication with J. Langdon regarding argument concerning potential bankruptcy stay on ex parte hearing |
| 06/26/13 | L. McGlinn | 106.65 | 0.30 | 17 | (Nationwide) Review file to determine dates various writs of attachment were issued |
| 06/26/13 | S. Heim | 162.00 | 0.40 | 17 | (Nationwide) Conference with J. Langdon regarding automatic stay issues relating to pre-judgment attachment |
| 06/26/13 | J. Langdon | 878.40 | 1.60 | 17 | (Nationwide) Draft notice of bankruptcy |
| 06/26/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to D. Horst, L. Delehey and C. MacElree regarding notice of bankruptcy |
| 06/26/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Memoranda to and |

Service charges are based on rates established by Dorsey & Whitney    A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

GMAC ResCap                                                          July 17, 2013
Client-Matter No.: 479140-00005                                        Page 6
Invoice No.: 1885242

| | | | | | |
|---|---|---|---|---|---|
| | | | | | telephone conferences with L. McGlinn regarding notice of bankruptcy |
| 06/26/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Conference with S. Heim regarding notice of bankruptcy |
| 06/27/13 | L. McGlinn | 35.55 | 0.10 | 17 | (Nationwide) Communication with J. Langdon regarding status of ex parte hearings |
| 06/27/13 | L. McGlinn | 71.10 | 0.20 | 17 | (Nationwide) Review bankruptcy stay notice |
| 06/27/13 | J. Langdon | 384.30 | 0.70 | 17 | (Nationwide) Revise notice regarding effect of automatic stay |
| 06/27/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to C. MacElree regarding notice regarding effect of automatic stay |
| 06/27/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Telephone conference with L. McGlinn regarding status |
| 06/27/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Review Nationwide trustee filing regarding claims |
| 06/28/13 | L. McGlinn | 355.50 | 1.00 | 17 | (Nationwide) Attend hearing on order to show cause regarding settlement status |
| 06/28/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding status and strategy |
| 06/28/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from L. McGlinn regarding Pitchersky motion |
| 06/28/13 | J. Langdon | 823.50 | 1.50 | 17 | (Nationwide) Evaluate potential claim against auditor |
| 06/28/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to Ally Bank counsel regarding writ hearing |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                              July 17, 2013
Client-Matter No.: 479140-00005                                          Page 7
Invoice No.: 1885242

| 06/29/13 | M. Buckley | 297.00 | 1.00 | 17 | (Nationwide) Analyze Pennsylvania case law on conversion for development of potential summary judgment brief |

**Total Hours**          24.80

**Total for Legal Fees**          $10,787.85

**Total This Invoice**          $10,787.85

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| M. Buckley | Associate | 2.20 | 297.00 | 653.40 |
| J. Stilson | Associate | 4.10 | 283.50 | 1,162.35 |
| L. McGlinn | Other Attorney | 4.00 | 355.50 | 1,422.00 |
| B. McGarry | Associate | 0.70 | 265.50 | 185.85 |
| G. Salvo | Associate | 0.70 | 328.50 | 229.95 |
| S. Heim | Partner | 0.40 | 405.00 | 162.00 |
| J. Langdon | Partner | 12.70 | 549.00 | 6,972.30 |
| **Total all Timekeepers** | | **24.80** | | **10,787.85** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                      July 16, 2013
c/o Bradley Smith, Esq.                                 Invoice No. 1886176
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN
55437

Client-Matter No.: 479140-00006
Subpoena matter re Sanchez, Lopez

---

**For Legal Services Rendered Through June 30, 2013**

# INVOICE TOTAL

Total For Current Legal Fees                    $1,692.90

**Total For Current Invoice**                   **$1,692.90**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions            Wire Instructions:
Dorsey & Whitney LLP            U.S. Bank National Association
P.O. Box 1680                   800 Nicollet Mall          ABA Routing Number: 091000022
Minneapolis, MN 55480-1680      Minneapolis, MN 55402      Account Number: 1602-3010-8500
                                                           Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY**

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley Smith, Esq.
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN
55437

July 16, 2013
Invoice No. 1886176

**Client-Matter No: 479140-00006**

**Subpoena matter re Sanchez, Lopez**

**For Legal Services Rendered Through June 30, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 06/18/13 | M. Stinson | 84.60 | 0.40 | 18 | Review and analyze Texas law regarding depositions on written questions |
| 06/18/13 | M. Stinson | 63.45 | 0.30 | 18 | Email J Jackson regarding findings and proposed strategy in responding to subpoena |
| 06/19/13 | M. Stinson | 42.30 | 0.20 | 18 | Conference with J Jackson regarding research follow-up on Texas law on depositions on written questions |
| 06/19/13 | M. Stinson | 21.15 | 0.10 | 18 | Telephone opposing counsel and leave message regarding position with respect to subpoena |
| 06/20/13 | M. Stinson | 63.45 | 0.30 | 18 | Draft email to opposing counsel regarding subpoena on deposition on written questions |
| 06/21/13 | J Jackson | 184.95 | 0.30 | 18 | Conference with M. Stinson regarding status and correspond |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Capital, LLC
Client-Matter No.: 479140-00006
Invoice No.: 1886176

July 16, 2013
Page 2

| | | | | | with P. Spencer regarding status |
|---|---|---|---|---|---|
| 06/26/13 | J Jackson | 369.90 | 0.60 | 18 | Review applicable laws regarding subpoenas from issuing jurisdictions |
| 06/26/13 | J Jackson | 123.30 | 0.20 | 18 | Correspondence with B. Smith |
| 06/28/13 | J Jackson | 616.50 | 1.00 | 18 | Advise M. Stinson on subpoena involving Russell Alan Clark in Gwinnett Judicial Circuit, Georgia |
| 06/28/13 | J Jackson | 123.30 | 0.20 | 18 | Correspondence with P. Spencer regarding dates of service on Corporate Service Company |

**Total Hours**                3.60

**Total for Legal Fees**        $1,692.90

**Total This Invoice**          $1,692.90

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J Jackson | Partner | 2.30 | 616.50 | 1,417.95 |
| M. Stinson | Associate | 1.30 | 211.50 | 274.95 |
| **Total all Timekeepers** | | **3.60** | | **1,692.90** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley T. Smith, Esq.
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN  55437

July 16, 2013
Invoice No. 1886169

Client-Matter No.: 479140-00007
FDIC Subpoena

**For Legal Services Rendered Through June 30, 2013**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $3,154.95 |
| **Total For Current Invoice** | **$3,154.95** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN  55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

01381



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                        July 16, 2013
c/o Bradley T. Smith, Esq.                              Invoice No. 1886169
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN  55437

**Client-Matter No: 479140-00007**

**FDIC Subpoena**

**For Legal Services Rendered Through June 30, 2013**

| 06/11/13 | J  Jackson | 739.80 | 1.20 | 18 | Review materials provided by B. Smith and P. Spencer |
|---|---|---|---|---|---|
| 06/19/13 | J  Jackson | 184.95 | 0.30 | 18 | Review new subpoena issues |
| 06/19/13 | J  Jackson | 246.60 | 0.40 | 18 | Conference with and advise M. Stinson on steps to take to protect Residential Capital's interests |
| 06/20/13 | J  Jackson | 61.65 | 0.10 | 18 | Conference with M. Stinson regarding response |
| 06/20/13 | J  Jackson | 61.65 | 0.10 | 18 | Review M. Stinson email |
| 06/20/13 | J  Jackson | 61.65 | 0.10 | 18 | Correspond with B. Smith |
| 06/21/13 | J  Jackson | 123.30 | 0.20 | 18 | Telephone conference with B. Smith regarding process and bankruptcy stay |
| 06/24/13 | J  Jackson | 184.95 | 0.30 | 18 | Telephone conference with B. Smith regarding new Georgia criminal subpoena and regarding Washington State criminal |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

## DORSEY
### DORSEY & WHITNEY LLP

Residential Capital, LLC
Client-Matter No.: 479140-00007
Invoice No.: 1886169

July 16, 2013
Page 2

| Date | Attorney | Amount | Hours | Code | Description |
|------|----------|--------|-------|------|-------------|
| | | | | | subpoena |
| 06/24/13 | J Jackson | 246.60 | 0.40 | 18 | Advise M. Stinson regarding Georgia subpoena to object to producing witness regarding same |
| 06/24/13 | M. Stinson | 84.60 | 0.40 | 18 | Conference with J Jackson regarding GMAC subpoena issued from Georgia state court in criminal matter and leave voicemail message with requesting prosecuting attorney |
| 06/25/13 | J Jackson | 246.60 | 0.40 | 18 | Review and revise M. Stinson email to B. Smith regarding teleconference and suggested steps moving forward |
| 06/25/13 | J Jackson | 246.60 | 0.40 | 18 | Review Washington State criminal subpoena and correspondence with B. Smith and P. Spencer regarding Washington State criminal subpoena |
| 06/25/13 | J Jackson | 369.90 | 0.60 | 18 | Conference with M. Stinson regarding new Georgia criminal subpoena and discuss his call with the district attorney |
| 06/25/13 | M. Stinson | 42.30 | 0.20 | 18 | Telephone conference with prosecuting attorney in Georgia regarding GMAC subpoena in criminal matter |
| 06/25/13 | M. Stinson | 42.30 | 0.20 | 18 | Conference with J Jackson regarding substance of conversation with prosecuting attorney |
| 06/25/13 | M. Stinson | 84.60 | 0.40 | 18 | Draft email to B. Smith regarding teleconference and suggested steps moving forward |
| 06/28/13 | M. Stinson | 42.30 | 0.20 | 18 | Draft email to P. Spencer regarding strategy for handling |

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available
upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Capital, LLC
Client-Matter No.: 479140-00007
Invoice No.: 1886169

July 16, 2013
Page 3

|            |            |       |      |    | subpoena |
|------------|------------|-------|------|----|----------|
| 06/28/13   | M. Stinson | 21.15 | 0.10 | 18 | Conference with J Jackson regarding status |
| 06/28/13   | M. Stinson | 42.30 | 0.20 | 18 | Telephone conference with prosecuting attorney in Georgia and discuss with J Jackson and draft email to P. Spencer regarding update |
| 06/28/13   | M. Stinson | 21.15 | 0.10 | 18 | Review and analyze email from P. Spencer regarding status of search for paper file and unavailability of witness |

**Total Hours**                     6.30

**Total for Legal Fees**        $3,154.95

**Total This Invoice**          $3,154.95

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|------------|-------|-------|-------------|--------|
| J Jackson | Partner | 4.50 | 616.50 | 2,774.25 |
| M. Stinson | Associate | 1.80 | 211.50 | 380.70 |
| **Total all Timekeepers** | | **6.30** | | **3,154.95** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC Mortgage, LLC                                          July 16, 2013
Attn.: John G. Hromy, Associate Counsel                Invoice No. 1885243
Legal Staff - Mail Code 190-FTW-L95
1100 Virginia Drive
Fort Washington, PA  19034

Client-Matter No.: 483413-00011
Navigate Advisors LLC

**For Legal Services Rendered Through June 30, 2013**

# INVOICE TOTAL

Total For Current Legal Fees                          $882.45

**Total For Current Invoice**                         $882.45

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:                Wire Instructions:
Dorsey & Whitney LLP               U.S. Bank National Association
P.O. Box 1680                      800 Nicollet Mall            ABA Routing Number: 091000022
Minneapolis, MN 55480-1680         Minneapolis, MN  55402       Account Number: 1602-3010-8500
                                                                Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03756



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC Mortgage, LLC                                              July 16, 2013
Attn.: John G. Hromy, Associate Counsel                   Invoice No. 1885243
Legal Staff - Mail Code 190-FTW-L95
1100 Virginia Drive
Fort Washington, PA  19034

**Client-Matter No: 483413-00011**

**Navigate Advisors LLC**
**Client Reference #:  720650**

**For Legal Services Rendered Through June 30, 2013**

| Date | Name | Amount | Hours | | Description |
|---|---|---|---|---|---|
| 06/05/13 | A. Brantingham | 23.85 | 0.10 | 18 | Review documents from Navigate Advisors |
| 06/05/13 | J. Langdon | 54.90 | 0.10 | 18 | Review memorandum from Navigate regarding response to document request |
| 06/05/13 | J. Langdon | 54.90 | 0.10 | 18 | Memoranda to and from A. Brantingham regarding response to document request |
| 06/06/13 | A. Brantingham | 47.70 | 0.20 | 18 | Conference with J. Langdon regarding email from Navigate |
| 06/06/13 | A. Brantingham | 23.85 | 0.10 | 18 | Email B. Smith regarding  email from Navigate |
| 06/06/13 | J. Langdon | 109.80 | 0.20 | 18 | Review documents produced in response to demand |
| 06/06/13 | J. Langdon | 109.80 | 0.20 | 18 | Conference with A. Brantingham regarding strategy |

Service charges are based on rates established by Dorsey & Whitney   A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC Mortgage, LLC                                                July 16, 2013
Client-Matter No.: 483413-00011                                         Page 2
Invoice No.: 1885243

| 06/07/13 | J. Langdon | 54.90 | 0.10 | 18 | Draft memoranda regarding research into collectibility |
| 06/07/13 | S. Jarzyna | 162.00 | 0.80 | 18 | Conduct research to locate information on Navigate Advisors, LLC for A. Brantingham |
| 06/19/13 | A. Brantingham | 47.70 | 0.20 | 18 | Review documentation on status of Navigate Advisors |
| 06/19/13 | A. Brantingham | 23.85 | 0.10 | 18 | Telephone call to B. Smith regarding status of Navigate Advisors |
| 06/25/13 | A. Brantingham | 23.85 | 0.10 | 18 | Telephone conference with B. Smith regarding Navigate Advisors |
| 06/25/13 | A. Brantingham | 23.85 | 0.10 | 18 | Email IRC regarding asset search and other company research |
| 06/25/13 | S. Jarzyna | 121.50 | 0.60 | 18 | Conduct research to locate financial and asset information on Navigate Advisors LLC, for A. Brantingham |

**Total Hours**                               **3.00**

**Total for Legal Fees**        **$882.45**

**Total This Invoice**        **$882.45**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 0.90 | 238.50 | 214.65 |
| J. Langdon | Partner | 0.70 | 549.00 | 384.30 |
| S. Jarzyna | Paralegal | 1.40 | 202.50 | 283.50 |
| **Total all Timekeepers** | | **3.00** | | **882.45** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley T. Smith, Esq.
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

July 18, 2013
Invoice No. 1886953

Client-Matter No.: 494744-00001
Jesse Martin re Subpoena Issue

**For Legal Services Rendered Through June 30, 2013**

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $9,285.30 |
| **Total For Current Invoice** | **$9,285.30** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



# DORSEY

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley T. Smith, Esq.
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

July 18, 2013
Invoice No. 1886953

**Client-Matter No: 494744-00001**

**Jesse Martin re Subpoena Issue**

---

**For Legal Services Rendered Through June 30, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 04/25/13 | J Jackson | 493.20 | 0.80 | 4 | Review subpoena and underlying law |
| 04/25/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with J. Martin regarding subpoena |
| 04/25/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with B. Hoffman |
| 04/25/13 | J Jackson | 123.30 | 0.20 | 4 | Telephone conference with J. Martin regarding next steps |
| 04/26/13 | J Jackson | 431.55 | 0.70 | 4 | Provide direction to M. Stinson regarding various tasks in preparation for meeting with J. Martin |
| 04/26/13 | M. Stinson | 63.45 | 0.30 | 4 | Review and analyze subpoena and accompanying materials from Department of Justice and conference with J Jackson regarding research questions |
| 04/28/13 | M. Stinson | 317.25 | 1.50 | 4 | Analyze articles and caselaw |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Capital, LLC
Client-Matter No.: 494744-00001
Invoice No.: 1886953

July 18, 2013
Page 2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | regarding FIRREA |
| 04/28/13 | M. Stinson | 42.30 | 0.20 | 4 | Email J Jackson regarding answers to research questions |
| 04/29/13 | J Jackson | 123.30 | 0.20 | 4 | Prepare and send letter to AUSA Indira Cameron-Banks |
| 04/29/13 | J Jackson | 678.15 | 1.10 | 4 | Review background information on and legal basis for DOJ FIRREA investigation |
| 04/29/13 | J Jackson | 1,479.60 | 2.40 | 4 | Meet with J. Martin |
| 04/29/13 | J Jackson | 678.15 | 1.10 | 4 | Review materials provided by J. Martin |
| 04/29/13 | M. Stinson | 571.05 | 2.70 | 4 | Attend office conference with J Jackson and J. Martin regarding likely questions during deposition and employment history at ResCap |
| 04/30/13 | J Jackson | 184.95 | 0.30 | 4 | Consider and adopt strategy |
| 04/30/13 | J Jackson | 184.95 | 0.30 | 4 | Telephone conference with B. Hoffman |
| 04/30/13 | J Jackson | 184.95 | 0.30 | 4 | Telephone conference with B. Smith |
| 04/30/13 | M. Stinson | 253.80 | 1.20 | 4 | Review notes from meeting with J. Martin |
| 04/30/13 | M. Stinson | 84.60 | 0.40 | 4 | Email J Jackson summary of prior day's meeting |
| 05/01/13 | J Jackson | 246.60 | 0.40 | 4 | Correspond with Indira Cameron-Banks at DOJ regarding scheduling J. Martin's appearance |
| 05/01/13 | J Jackson | 184.95 | 0.30 | 4 | Correspond with J. Martin |
| 05/07/13 | J Jackson | 184.95 | 0.30 | 4 | Telephone conference with Assistant U.S. Attorney regarding document production and scheduling |
| 05/13/13 | J Jackson | 184.95 | 0.30 | 4 | Correspond with B. Hoffman |

Service charges are based on rates established by Dorsey & Whitney    A schedule of those rates has been provided and is available
upon request   Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Capital, LLC
Client-Matter No.: 494744-00001
Invoice No.: 1886953

July 18, 2013
Page 3

| | | | | regarding status |
|---|---|---|---|---|
| 05/14/13 | J Jackson | 493.20 | 0.80 | 4 | Review J. Martin documents |
| 05/15/13 | J Jackson | 369.90 | 0.60 | 4 | Continued evaluation of J. Martin's documents |
| 05/16/13 | J Jackson | 246.60 | 0.40 | 4 | Finalize review of J. Martin documents |
| 05/22/13 | J Jackson | 184.95 | 0.30 | 4 | Review and consider correspondence from U.S. Attorney |
| 06/05/13 | J Jackson | 184.95 | 0.30 | 4 | Review correspondence from B. Hoffman |
| 06/14/13 | J Jackson | 123.30 | 0.20 | 4 | Review and consider correspondence from Morrison & Foerster |
| 06/17/13 | J Jackson | 246.60 | 0.40 | 4 | Further review of documents from J. Martin |
| 06/18/13 | J Jackson | 493.20 | 0.80 | 4 | Further review of documents for production to SEC |

**Total Hours**                                    **19.20**

**Total for Legal Fees**          **$9,285.30**

**Total This Invoice**            **$9,285.30**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J Jackson | Partner | 12.90 | 616.50 | 7,952.85 |
| M. Stinson | Associate | 6.30 | 211.50 | 1,332.45 |
| **Total all Timekeepers** | | **19.20** | | **9,285.30** |

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

THOMAS O. KELLY III
(612) 492-6029
kelly.tom@dorsey.com

September 19, 2013

**VIA FEDERAL EXPRESS**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

Re:  In re Residential Capital, LLC, et al.
     Case No. 12-12020

Dear Counsel:

Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find Dorsey & Whitney LLP's monthly fee statements for the period August 1, 2013 through August 31, 2013 (the "Statements"), which were served with a copy of this on the parties listed in paragraph (a) of the Order, on September 19, 2013.

In the absence of a timely objection, the Debtors shall pay $20,746.56, consisting of the sum of (a) $20,590.56, an amount equal to 80% of the fees ($20,590.56 = $25,738.20 x 0.80) and (b) 100% of the expenses ($156.00) being requested in the Statements.

Morrison & Foerster LLP
Office of the United States Trustee for the Southern District of New York
Kramer Levin Naftalis & Frankel LLP
Kirkland & Ellis
Skadden, Arps, Slate, Meagher & Flom LLP
September 19, 2013
Page 2


      Objections to the Statements are due by date that is the later of (1) 20 days after the date of service, or (2) the 40th day following the end of the month for which compensation is sought.

                          Sincerely,



                          Thomas O. Kelly III

Enclosures

cc:    Tammy Hamzehpour (w/encl.)(via Federal Express)



## DORSEY

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 14, 2013
Invoice No. 1892147

Client-Matter No.: 355050-00360
Huntington Bancshares Inc.

**For Legal Services Rendered Through July 31, 2013**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $706.50 |
| **Total For Current Invoice** | **$706.50** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03756



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 14, 2013
Invoice No. 1892147

**Client-Matter No: 355050-00360**

**Huntington Bancshares Inc.**
**Client Reference #: 719440**

**For Legal Services Rendered Through July 31, 2013**

| Date | Attorney | Amount | Hours | | Description |
|------|----------|--------|-------|---|-------------|
| 07/02/13 | J. Langdon | 164.70 | 0.30 | 17 | Review reply brief in support of appeal |
| 07/12/13 | J. Langdon | 54.90 | 0.10 | 17 | Review memorandum from J. Katzmark regarding status |
| 07/15/13 | A. Brantingham | 47.70 | 0.20 | 17 | Review notice of plan approval hearing from bankruptcy court |
| 07/15/13 | J. Langdon | 54.90 | 0.10 | 17 | Review bankruptcy announcement |
| 07/16/13 | J. Langdon | 54.90 | 0.10 | 17 | Prepare bankruptcy notice letter |
| 07/22/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding notice to Court of Appeals |
| 07/23/13 | J. Langdon | 219.60 | 0.40 | 17 | Draft letter to Court of Appeals regarding bankruptcy status |
| 07/30/13 | J. Langdon | 54.90 | 0.10 | 17 | Review notice of appellate argument |
| **Total Hours** | | | **1.40** | | |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                            August 14, 2013
Client-Matter No.: 355050-00360                                                    Page 2
Invoice No.: 1892147

|  | **Total for Legal Fees** | **$706.50** |
|---|---|---|
|  | **Total This Invoice** | **$706.50** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 0.20 | 238.50 | 47.70 |
| J. Langdon | Partner | 1.20 | 549.00 | 658.80 |
| **Total all Timekeepers** |  | **1.40** |  | **706.50** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                                   August 14, 2013
One Meridian Crossings                                        Invoice No. 1892130
Minneapolis, MN 55423

Client-Matter No.: 355050-00361
1941 Stichting Pensioenfonds ABP

**For Legal Services Rendered Through July 31, 2013**

# INVOICE TOTAL

Total For Current Legal Fees                    $1,427.40

**Total For Current Invoice**                   **$1,427.40**

For your convenience, please send payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you

Mailing Instructions:              Wire Instructions:
Dorsey & Whitney LLP               U.S. Bank National Association       ABA Routing Number: 091000022
P.O. Box 1680                      800 Nicollet Mall                    Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680         Minneapolis, MN 55402                Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03756



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis,  MN 55423

August 14, 2013
Invoice No. 1892130

Client-Matter No: 355050-00361

1941Stichting Pensioenfonds ABP
Client Reference #:  719458

**For Legal Services Rendered Through July 31, 2013**

| 07/02/13 | J. Langdon | 274.50 | 0.50 | 17 | Review order approving plan support agreement |
|---|---|---|---|---|---|
| 07/05/13 | J. Langdon | 109.80 | 0.20 | 17 | Review order approving plan support agreement |
| 07/08/13 | J. Langdon | 274.50 | 0.50 | 17 | Review bankruptcy plan regarding releases |
| 07/09/13 | J. Langdon | 109.80 | 0.20 | 17 | Review key filings in bankruptcy proceedings |
| 07/11/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding pending motion to dismiss |
| 07/16/13 | J. Langdon | 109.80 | 0.20 | 17 | Review bankruptcy filings regarding status |
| 07/18/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding disclosure hearing |
| 07/18/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding scope of anticipated releases |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00361
Invoice No.: 1892130

August 14, 2013
Page 2

| 07/18/13 | J. Langdon | 54.90 | 0.10 | 17 | Review bankruptcy filings |
| 07/19/13 | J. Langdon | 54.90 | 0.10 | 17 | Review dismissal order regarding outside underwriter |
| 07/23/13 | J. Langdon | 54.90 | 0.10 | 17 | Review bankruptcy filings |
| 07/29/13 | J. Langdon | 109.80 | 0.20 | 17 | Review key pleadings |
| 07/30/13 | J. Langdon | 54.90 | 0.10 | 17 | Review memoranda regarding status of bankruptcy stay |

**Total Hours**              2.60

Total for Legal Fees          **$1,427.40**

Total This Invoice            **$1,427.40**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 2.60 | 549.00 | 1,427.40 |
| **Total all Timekeepers** | | **2.60** | | **1,427.40** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

### STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 14, 2013
Invoice No. 1892129

Client-Matter No.: 355050-00368
John Hancock Life Insurance Company, et al

**For Legal Services Rendered Through July 31, 2013**

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $47.70 |
| **Total For Current Invoice** | **$47.70** |

For your convenience, please send payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department, 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE, UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

August 14, 2013
Invoice No. 1892129

**Client-Matter No: 355050-00368**

**John Hancock Life Insurance Company, et al**
**Client Reference #:  732099**

**For Legal Services Rendered Through July 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 07/18/13 | A. Brantingham | 47.70 | 0.20 | 17 | Telephone conference with E. Giedgowd (general counsel for J. Jones) regarding status of litigation |
| | **Total Hours** | | **0.20** | | |

| | |
|---|---|
| **Total for Legal Fees** | **$47.70** |
| **Total This Invoice** | **$47.70** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 0.20 | 238.50 | 47.70 |
| **Total all Timekeepers** | | **0.20** | | **47.70** |

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN 55437

August 14, 2013
Invoice No. 1892059

Client-Matter No.: 479140-00003
ResCap Treasury General

**For Legal Services Rendered Through July 31, 2013**

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $2,306.25 |
| **Total For Current Invoice** | **$2,306.25** |

For your convenience, please send payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**

03515



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN 55437

August 14, 2013
Invoice No. 1892059

**Client-Matter No: 479140-00003**

**ResCap Treasury General**
**Client Reference #:  718556**

---

**For Legal Services Rendered Through July 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 07/09/13 | E. Hulsebos | 23.85 | 0.10 | 7 | Review notice from E. Richards to prepare third interim fee application |
| 07/10/13 | E. Hulsebos | 667.80 | 2.80 | 7 | Draft third interim fee application |
| 07/17/13 | J. Diekmann | 56.70 | 0.30 | 4 | Obtain copy of bankruptcy disclosure statement for joint chapter 11 plan |
| 07/18/13 | M. Clark | 118.80 | 0.30 | 10 | Review notice of disclosure statement hearing |
| 07/18/13 | M. Clark | 79.20 | 0.20 | 10 | Emails with J. Langdon regarding notice of disclosure statement hearing |
| 07/22/13 | E. Hulsebos | 190.80 | 0.80 | 7 | Draft third interim fee application |
| 07/22/13 | T. Kelly | 98.10 | 0.20 | 3 | Telephone conference with J. Ruckdaschel regarding third priority lien release |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap
Client-Matter No.: 479140-00003
Invoice No.: 1892059

August 14, 2013
Page 2

| 07/22/13 | T. Kelly | 49.05 | 0.10 | 3 | Telephone conference with T. Goren regarding third priority lien release |
| 07/23/13 | E. Hulsebos | 95.40 | 0.40 | 7 | Draft third interim fee application |
| 07/23/13 | T. Kelly | 98.10 | 0.20 | 3 | Review memorandum, indenture and third priority pledge agreement regarding security interest release mechanics |
| 07/23/13 | T. Kelly | 49.05 | 0.10 | 3 | Email to J. Ruckdaschel regarding memorandum, indenture and third priority pledge agreement regarding security interest release mechanics |
| 07/24/13 | E. Hulsebos | 143.10 | 0.60 | 7 | Draft third interim fee application |
| 07/24/13 | E. Hulsebos | 47.70 | 0.20 | 7 | Conference with T. Kelly regarding third interim fee application |
| 07/30/13 | E. Hulsebos | 190.80 | 0.80 | 7 | Finalize third interim fee application |
| 07/31/13 | J. Mikhailevich | 275.40 | 0.90 | 7 | Prepare third interim fee application for filing |
| 07/31/13 | J. Mikhailevich | 30.60 | 0.10 | 7 | Email correspondence with T. Kelly |
| 07/31/13 | J. Mikhailevich | 91.80 | 0.30 | 7 | File and serve on the relevant parties |
| | **Total Hours** | | **8.40** | | |

**Total for Legal Fees**        $2,306.25

**Total This Invoice**        $2,306.25

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                      August 14, 2013
Client-Matter No.: 479140-00003                                      Page 3
Invoice No.: 1892059


## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| E. Hulsebos | Associate | 5.70 | 238.50 | 1,359.45 |
| J. Mikhailevich | Associate | 1.30 | 306.00 | 397.80 |
| M. Clark | Of Counsel | 0.50 | 396.00 | 198.00 |
| T. Kelly | Partner | 0.60 | 490.50 | 294.30 |
| J. Diekmann | Paralegal | 0.30 | 189.00 | 56.70 |
| **Total all Timekeepers** | | **8.40** | | **2,306.25** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of these rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn:  Tammy Hamzehpour
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN  55437

August 14, 2013
Invoice No. 1892070

Client-Matter No.: 479140-00005
Business Lending Workout Matters

**For Legal Services Rendered Through July 31, 2013**

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $35,883.90 |
| Total For Current Disbursements and Service Charges | $156.00 |
| **Total For Current Invoice** | **$36,039.90** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760.  Thank you.

Mailing Instructions:                U.S. Bank National Association
Dorsey & Whitney LLP             800 Nicollet Mall              ABA Routing Number: 091000022
P.O. Box 1680                         Minneapolis, MN  55402      Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680    Wire Instructions:              Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03515



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN 55437

August 14, 2013
Invoice No. 1892070

**Client-Matter No: 479140-00005**

**Business Lending Workout Matters**
**Client Reference #: 731146**

**For Legal Services Rendered Through July 31, 2013**

| Date | Name | Amount | Hours | | Description |
|------|------|--------|-------|---|-------------|
| 07/01/13 | J. Stilson | 567.00 | 2.00 | 17 | (Nationwide) Research California law regarding direct actions against auditors |
| 07/01/13 | J. Stilson | 56.70 | 0.20 | 17 | (Nationwide) Telephone conferences with J. Langdon, B. Loftus regarding claims against auditor |
| 07/01/13 | J. Stilson | 935.55 | 3.30 | 17 | (Nationwide) Analyze work papers for purpose of considering claims for complaint against PKF |
| 07/01/13 | L. McGlinn | 142.20 | 0.40 | 17 | (Nationwide) Communications with R. Saelao |
| 07/01/13 | L. McGlinn | 284.40 | 0.80 | 17 | (Nationwide) Analyze prior filings in connection with writ of attachment and claim of release |
| 07/01/13 | L. McGlinn | 71.10 | 0.20 | 17 | (Nationwide) Transmission of key documents in response to R. |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



| | | | | | |
|---|---|---|---|---|---|
| | | | | | Saelao communication |
| 07/01/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memorandum to C. MacElree regarding Pitchersky |
| 07/01/13 | J. Langdon | 933.30 | 1.70 | 17 | (Nationwide) Review PKF workpapers |
| 07/01/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to C. MacElree regarding Pitchersky |
| 07/01/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Draft memorandum regarding claims against Nationwide insurers |
| 07/02/13 | J. Stilson | 85.05 | 0.30 | 17 | (Nationwide) Telephone conference with counsel for PKF regarding tolling extension |
| 07/02/13 | J. Stilson | 28.35 | 0.10 | 17 | (Nationwide) Telephone conference with J. Langdon regarding tolling extension |
| 07/02/13 | L. McGlinn | 1,422.00 | 4.00 | 17 | (Nationwide) Review bank statements and deposition testimony to support alter ego claim |
| 07/02/13 | L. McGlinn | 533.25 | 1.50 | 17 | (Nationwide) Research for reply in support of application for writ of attachment |
| 07/02/13 | L. McGlinn | 711.00 | 2.00 | 17 | (Nationwide) Prepare reply in support of application for writ of attachment |
| 07/02/13 | J. Langdon | 274.50 | 0.50 | 17 | (Nationwide) Research regarding potential claims against auditor |
| 07/02/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Telephone conference with J. Stilson regarding standstill |
| 07/03/13 | J. Stilson | 56.70 | 0.20 | 17 | (Nationwide) Draft amendment to tolling agreement |
| 07/03/13 | J. Stilson | 56.70 | 0.20 | 17 | (Nationwide) Communications |

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available
upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1892070

August 14, 2013
Page 3

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | with PKF lawyer and conference with J. Langdon regarding amendment to tolling agreement |
| 07/03/13 | L. McGlinn | 1,564.20 | 4.40 | 17 | (Nationwide) Review bank documents and deposition testimony to support alter ego argument |
| 07/03/13 | L. McGlinn | 1,777.50 | 5.00 | 17 | (Nationwide) Prepare reply to ex parte writ of attachment |
| 07/03/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Draft memoranda regarding budget for adversary proceeding defense |
| 07/03/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from J. Stilson regarding claims against auditors |
| 07/05/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memoranda regarding claims against auditors |
| 07/08/13 | L. McGlinn | 1,244.25 | 3.50 | 17 | (Nationwide) Research for reply in support of writ of attachment |
| 07/08/13 | L. McGlinn | 1,457.55 | 4.10 | 17 | (Nationwide) Revise reply in support of writ of attachment |
| 07/08/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memoranda regarding tolling agreement |
| 07/09/13 | M. Buckley | 653.40 | 2.20 | 17 | (Nationwide) Review Pennsylvania-action pleadings in preparation for drafting of summary judgment motion |
| 07/09/13 | L. McGlinn | 319.95 | 0.90 | 17 | (Nationwide) Prepare opposition to motion for release of attachment |
| 07/09/13 | L. McGlinn | 426.60 | 1.20 | 17 | (Nationwide) Prepare objections to declarations of S. Pitchersky and A. Cooper in support of ex parte application |
| 07/09/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Memorandum to C. MacElree regarding notice of stay |

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available
upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1892070

August 14, 2013
Page 4

| 07/09/13 | J. Langdon | 768.60 | 1.40 | 17 | (Nationwide) Outline claims against PKF |
| 07/09/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Telephone conferences D. Axelrod regarding criminal proceedings |
| 07/09/13 | J. Langdon | 439.20 | 0.80 | 17 | (Nationwide) Draft memoranda regarding SOPA analysis and writ of attachment |
| 07/09/13 | J. Langdon | 109.80 | 0.20 | 17 | (Alliance) Communication with C. MacElree regarding negotiation of claim |
| 07/10/13 | M. Buckley | 1,069.20 | 3.60 | 17 | (Nationwide) Review Pennsylvania case pleadings and deposition of D. Breschi in preparation for drafting summary judgment motion |
| 07/10/13 | L. McGlinn | 1,030.95 | 2.90 | 17 | (Nationwide) Prepare opposition to application to release funds |
| 07/10/13 | L. McGlinn | 142.20 | 0.40 | 17 | (Nationwide) Communications with J. Langdon and opposing counsel regarding notice of bankruptcy filing and effect of automatic stay |
| 07/10/13 | L. McGlinn | 71.10 | 0.20 | 17 | (Nationwide) File notice of bankruptcy filing and effect of automatic stay |
| 07/10/13 | J. Langdon | 109.80 | 0.20 | 17 | (Alliance) Review C. MacElree memorandum regarding settlement negotiations on proof of claim |
| 07/10/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Revise notice of impact of automatic stay |
| 07/10/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Memoranda to and from L. McGlinn regarding service and filing of notice of impact of automatic stay |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1892070

August 14, 2013
Page 5

| 07/10/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Telephone conference with C. MacElree regarding status and strategy |
| 07/10/13 | J. Langdon | 658.80 | 1.20 | 17 | (Nationwide) Analyze potential claims against insurers |
| 07/10/13 | C. Sexton | 11.25 | 0.10 | 17 | (Nationwide) Search local libraries for availability of title requested by M. Buckley |
| 07/10/13 | C. Sexton | 11.25 | 0.10 | 17 | (Nationwide) Search local libraries for title requested by M. Buckley |
| 07/10/13 | C. Sexton | 11.25 | 0.10 | 17 | (Nationwide) Order title as rental through online vendor |
| 07/10/13 | C. Sexton | 11.25 | 0.10 | 17 | (Nationwide) Send follow-up confirmation to M. Buckley |
| 07/10/13 | C. Sexton | 11.25 | 0.10 | 17 | (Nationwide) Submit loan request to Hennepin County Law Library |
| 07/10/13 | C. Sexton | 11.25 | 0.10 | 17 | (Nationwide) Dispatch messenger to retrieve title |
| 07/10/13 | C. Sexton | 11.25 | 0.10 | 17 | (Nationwide) Record loan information and generate coversheet |
| 07/11/13 | M. Buckley | 594.00 | 2.00 | 17 | (Nationwide) Review Pennsylvania and California pleadings and D. Breschi deposition in preparation for drafting summary judgment motion |
| 07/11/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to B. Loftus regarding claims against title insurer |
| 07/11/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Draft memoranda regarding upcoming trial in California proceeding |
| 07/11/13 | N. Bussiere | 19.80 | 0.10 | 17 | (Nationwide) Email with W. Buckley regarding production |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1892070

August 14, 2013
Page 6

| | | | | | |
|---|---|---|---|---|---|
| | | | | | documents |
| 07/12/13 | M. Buckley | 267.30 | 0.90 | 17 | (Nationwide) Analyze Pennsylvania law regarding negligence and negligent misrepresentation, and materials on real-estate finance, in preparation for drafting summary judgment motion |
| 07/12/13 | J. Langdon | 219.60 | 0.40 | 17 | (Alliance) Telephone conferences with J. Wishnew regarding proof of claim negotiations |
| 07/12/13 | J. Langdon | 109.80 | 0.20 | 17 | (Alliance) Memoranda to and from C. MacElree regarding proof of claim negotiations |
| 07/13/13 | M. Buckley | 89.10 | 0.30 | 17 | (Nationwide) Draft summary judgment motion |
| 07/13/13 | M. Buckley | 1,039.50 | 3.50 | 17 | (Nationwide) Analyze Pennsylvania local rules regarding summary judgment motions, California summary judgment materials, and D. Breschi deposition in preparation for drafting summary judgment motion |
| 07/14/13 | M. Buckley | 356.40 | 1.20 | 17 | (Nationwide) Analyze California summary judgment materials in preparation for drafting Pennsylvania summary judgment motion |
| 07/15/13 | M. Buckley | 59.40 | 0.20 | 17 | (Nationwide) Correspond with Pennsylvania local counsel regarding summary judgment rules |
| 07/15/13 | M. Buckley | 1,752.30 | 5.90 | 17 | (Nationwide) Analyze California summary judgment materials, D. Breschi deposition, and Pennsylvania case law on summary judgment standards, |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement



GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1892070

August 14, 2013
Page 7

| | | | | negligence, and negligent misrepresentation in preparation for drafting Pennsylvania summary judgment brief |
|---|---|---|---|---|
| 07/15/13 | L. McGlinn | 177.75 | 0.50 | 17 | (Nationwide) Communications with opposing counsel and court regarding automatic stay |
| 07/15/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from L. McGlinn regarding status of writ motions |
| 07/15/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Analysis regarding claim against errors and omissions policy |
| 07/15/13 | J. Langdon | 823.50 | 1.50 | 17 | (Alliance) Draft memorandum regarding settlement authority |
| 07/16/13 | M. Buckley | 1,603.80 | 5.40 | 17 | (Nationwide) Analyze Pennsylvania case law on summary judgment and choice-of-law standards and D. Breschi deposition |
| 07/16/13 | M. Buckley | 326.70 | 1.10 | 17 | (Nationwide) Draft summary judgment brief |
| 07/16/13 | B. Loftus | 52.20 | 0.20 | 17 | (Nationwide) Conference with J. Langdon regarding preparation of complaint against insurer |
| 07/16/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Conference with B. Loftus regarding claims against title insurer |
| 07/17/13 | M. Buckley | 415.80 | 1.40 | 17 | (Nationwide) Draft summary judgment motion |
| 07/17/13 | M. Buckley | 1,128.60 | 3.80 | 17 | (Nationwide) Analyze Breschi deposition, Pennsylvania case docket, and Pennsylvania case law regarding choice-of-law in tort actions and elements of negligence claims |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1892070

August 14, 2013
Page 8

| 07/17/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding California proceedings on writ motions |
| 07/17/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memoranda from and to J. Wishnew |
| 07/17/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memoranda to and from E. Schnabel |
| 07/18/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Review memorandum from L. McGlinn regarding California hearing |
| 07/19/13 | M. Buckley | 1,217.70 | 4.10 | 17 | (Nationwide) Analyze D. Breschi deposition and Pennsylvania law on negligence and negligent misrepresentation |
| 07/19/13 | M. Buckley | 207.90 | 0.70 | 17 | (Nationwide) Draft summary judgment motion |
| 07/22/13 | M. Buckley | 89.10 | 0.30 | 17 | (Nationwide) Draft summary judgment motion |
| 07/22/13 | M. Buckley | 1,217.70 | 4.10 | 17 | (Nationwide) Analyze D. Breschi deposition and Nationwide legal cases regarding escrow/settlement agent duties to warehouse lenders |
| 07/23/13 | M. Buckley | 207.90 | 0.70 | 17 | (Nationwide) Correspond with local counsel and J. Langdon regarding need to demand answer from Hanover counsel |
| 07/23/13 | M. Buckley | 920.70 | 3.10 | 17 | (Nationwide) Analyze D. Breschi deposition and Nationwide law regarding duty of settlement agent to entities in mortgage transactions as part of research for summary judgment brief |
| 07/23/13 | M. Buckley | 118.80 | 0.40 | 17 | (Nationwide) Draft email for J. Langdon to send to Hanover counsel regarding need to demand |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1892070

August 14, 2013
Page 9

| | | | | |
|---|---|---|---|---|
| | | | | answer from Hanover counsel |
| 07/23/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda from and to M. Buckley regarding Hanover procedural issue |
| 07/23/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memorandum to M. Ellis regarding status of answer |
| 07/24/13 | M. Buckley | 1,336.50 | 4.50 | 17 | (Nationwide) Analyze D. Breschi deposition and Pennsylvania law on duty element of negligence claims as part of research for summary judgment motion |
| 07/24/13 | L. McGlinn | 142.20 | 0.40 | 17 | (Nationwide) Prepare summary of upcoming trial deadlines |
| 07/24/13 | L. McGlinn | 71.10 | 0.20 | 17 | (Nationwide) Discuss upcoming trial deadlines with J. Langdon |
| 07/24/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memorandum to J. Wishnew regarding status |
| 07/24/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from L. McGlinn regarding California trial |
| 07/26/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memoranda to and from J. Wishnew regarding status |
| 07/29/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memoranda from and to J. Wishnew regarding proof of claim |
| 07/29/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memorandum to E. Schnabel regarding underlying bankruptcy status |
| 07/29/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda to and from D. Axelrod regarding status of criminal plea |
| 07/29/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda to and from L. McGlinn regarding trial schedule |

Service charges are based on rates established by Dorsey & Whitney   A schedule of those rates has been provided and is available upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement



GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1892070

August 14, 2013
Page 10

| 07/30/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memoranda from and to J. Wishnew regarding negotiations on proof of claim |
| 07/30/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memoranda to and from E. Schnabel regarding negotiations on proof of claim |
| 07/30/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Review bankruptcy filing in Nationwide Chapter 7 proceedings |

**Total Hours**                103.30

**Total for Legal Fees**        $35,883.90

## Disbursements and Service Charges

Messenger Charges                                    156.00

**Total for Disbursements and Service Charges**      $156.00

**Total This Invoice**                               $36,039.90

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| M. Buckley | Associate | 49.40 | 297.00 | 14,671.80 |
| J. Stilson | Associate | 6.30 | 283.50 | 1,786.05 |
| L. McGlinn | Other Attorney | 32.60 | 355.50 | 11,589.30 |
| B. Loftus | Associate | 0.20 | 261.00 | 52.20 |
| J. Langdon | Partner | 14.00 | 549.00 | 7,686.00 |
| C. Sexton | Miscellaneous | 0.70 | 112.50 | 78.75 |
| N. Bussiere | Paralegal | 0.10 | 198.00 | 19.80 |
| **Total all Timekeepers** | | **103.30** | | **35,883.90** |

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley Smith, Esq.
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN
55437

August 15, 2013
Invoice No. 1892376

Client-Matter No.: 479140-00006
Subpoena matter re Sanchez, Lopez

**For Legal Services Rendered Through July 31, 2013**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $1,109.70 |
| **Total For Current Invoice** | **$1,109.70** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

01381



## DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley Smith, Esq.
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN
55437

August 15, 2013
Invoice No. 1892376

**Client-Matter No: 479140-00006**

**Subpoena matter re Sanchez, Lopez**

---

**For Legal Services Rendered Through July 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 07/16/13 | J Jackson | 184.95 | 0.30 | 4 | Review correspondence |
| 07/16/13 | J Jackson | 184.95 | 0.30 | 4 | Meet with M. Stinson regarding tasks for new subpoenas |
| 07/18/13 | J Jackson | 123.30 | 0.20 | 4 | Provide guidance and strategy to M. Stinson regarding responding to subpoenas and dealing with the issuing party |
| 07/18/13 | J Jackson | 123.30 | 0.20 | 4 | Discuss updates of M. Stinson's actions with M. Stinson |
| 07/18/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with B. Smith |
| 07/30/13 | J Jackson | 123.30 | 0.20 | 4 | Advise M. Stinson on various ResCap subpoena issues |
| 07/30/13 | J Jackson | 246.60 | 0.40 | 4 | Revise correspondence and declaration responding to subpoenas |

**Total Hours**                1.80

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Capital, LLC
Client-Matter No.: 479140-00006
Invoice No.: 1892376

August 15, 2013
Page 2

| | |
|---|---|
| **Total for Legal Fees** | **$1,109.70** |
| **Total This Invoice** | **$1,109.70** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J Jackson | Partner | 1.80 | 616.50 | 1,109.70 |
| **Total all Timekeepers** | | **1.80** | | **1,109.70** |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                            August 15, 2013
c/o Bradley T. Smith, Esq.                       Invoice No. 1892377
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN  55437

Client-Matter No.: 479140-00007
FDIC Subpoena

**For Legal Services Rendered Through July 31, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                          $423.00

**Total For Current Invoice**                         **$423.00**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:              Wire Instructions:
Dorsey & Whitney LLP               U.S. Bank National Association       ABA Routing Number: 091000022
P.O. Box 1680                      800 Nicollet Mall                    Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680         Minneapolis, MN  55402               Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

01381



### DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley T. Smith, Esq.
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN  55437

August 15, 2013
Invoice No. 1892377

**Client-Matter No: 479140-00007**

**FDIC Subpoena**

**For Legal Services Rendered Through July 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 07/01/13 | M. Stinson | 63.45 | 0.30 | 4 | Telephone conference with prosecuting attorney S. Ruth regarding subpoena and lack of records at GMAC and draft email to P. Spencer regarding discussion |
| 07/18/13 | M. Stinson | 126.90 | 0.60 | 4 | Review subpoena documents |
| 07/18/13 | M. Stinson | 63.45 | 0.30 | 4 | Discuss subpoena documents with J Jackson |
| 07/18/13 | M. Stinson | 42.30 | 0.20 | 4 | Telephone conference requesting counsel in Nguyen, Avery, and Porter subpoenas to negotiate resolution |
| 07/18/13 | M. Stinson | 84.60 | 0.40 | 4 | Draft email to J Jackson regarding result of telephone conference requesting counsel in Nguyen, Avery, and Porter subpoenas to negotiate resolution |
| 07/19/13 | M. Stinson | 42.30 | 0.20 | 4 | Draft email to B. Smith, P. |

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available
upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# DORSEY
### DORSEY & WHITNEY LLP

Residential Capital, LLC
Client-Matter No.: 479140-00007
Invoice No.: 1892377

August 15, 2013
Page 2

Spencer and J Jackson regarding
status of subpoenas

**Total Hours**                            **2.00**

| | |
|---|---|
| **Total for Legal Fees** | **$423.00** |
| **Total This Invoice** | **$423.00** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| M. Stinson | Associate | 2.00 | 211.50 | 423.00 |
| **Total all Timekeepers** | | **2.00** | | **423.00** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of these rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY**

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC Mortgage, LLC                                      August 14, 2013
Attn.: John G. Hromy, Associate Counsel                Invoice No. 1892131
Legal Staff - Mail Code 190-FTW-L95
1100 Virginia Drive
Fort Washington, PA  19034

Client-Matter No.: 483413-00011
Navigate Advisors LLC

**For Legal Services Rendered Through July 31, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                           $455.85

**Total For Current Invoice**                          **$455.85**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department a 1-800-861-0760. Thank you.

Mailing Instructions:          Wire Instructions:
Dorsey & Whitney LLP           U.S. Bank National Association      ABA Routing Number: 091000022
P.O. Box 1680                  800 Nicollet Mall                   Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680     Minneapolis, MN  55402              Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03756



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC Mortgage, LLC                                          August 14, 2013
Attn.: John G. Hromy, Associate Counsel                    Invoice No. 1892131
Legal Staff - Mail Code 190-FTW-L95
1100 Virginia Drive
Fort Washington, PA  19034


**Client-Matter No: 483413-00011**

**Navigate Advisors LLC**
**Client Reference #:  720650**

_____

**For Legal Services Rendered Through July 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 07/10/13 | A. Brantingham | 23.85 | 0.10 | 18 | Review financial reports on Navigate Advisors |
| 07/11/13 | J. Langdon | 109.80 | 0.20 | 18 | Review research regarding financial status |
| 07/11/13 | J. Langdon | 54.90 | 0.10 | 18 | Review documents produced by Panagrossi |
| 07/18/13 | J. Langdon | 54.90 | 0.10 | 18 | Memoranda to and from B. Smith regarding status |
| 07/19/13 | J. Langdon | 54.90 | 0.10 | 18 | Telephone conference with B. Smith regarding status and asset search |
| 07/23/13 | J. Langdon | 54.90 | 0.10 | 18 | Memorandum to asset search firm |
| 07/24/13 | A. Brantingham | 47.70 | 0.20 | 18 | Email investigator information for asset search |
| 07/24/13 | J. Langdon | 54.90 | 0.10 | 18 | Memoranda to and from provider regarding asset searches |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY & WHITNEY LLP**

GMAC Mortgage, LLC
Client-Matter No.: 483413-00011
Invoice No.: 1892131

August 14, 2013
Page 2

| Total Hours | 1.00 |
| --- | --- |

| | |
| --- | --- |
| Total for Legal Fees | $455.85 |
| Total This Invoice | $455.85 |

## Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
| --- | --- | --- | --- | --- |
| A. Brantingham | Associate | 0.30 | 238.50 | 71.55 |
| J. Langdon | Partner | 0.70 | 549.00 | 384.30 |
| **Total all Timekeepers** | | **1.00** | | **455.85** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                    August 15, 2013
c/o Bradley T. Smith, Esq.                              Invoice No. 1892373
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

Client-Matter No.: 494744-00001
Jesse Martin re Subpoena Issue

**For Legal Services Rendered Through July 31, 2013**

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $246.60 |
| **Total For Current Invoice** | **$246.60** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:              Wire Instructions:
Dorsey & Whitney LLP              U.S. Bank National Association      ABA Routing Number: 091000022
P.O. Box 1680                      800 Nicollet Mall                  Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680        Minneapolis, MN  55402             Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

01381



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley T. Smith, Esq.
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

August 15, 2013
Invoice No. 1892373

**Client-Matter No: 494744-00001**

**Jesse Martin re Subpoena Issue**

**For Legal Services Rendered Through July 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 07/24/13 | J Jackson | 123.30 | 0.20 | 4 | Advise M. Stinson |
| 07/31/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with B. Smith regarding subpoenas |
| **Total Hours** | | | **0.40** | | |

Total for Legal Fees    $246.60

Total This Invoice    $246.60

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J Jackson | Partner | 0.40 | 616.50 | 246.60 |
| **Total all Timekeepers** | | **0.40** | | **246.60** |

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

THOMAS O. KELLY III
(612) 492-6029
kelly.tom@dorsey.com

October 17, 2013

**VIA FEDERAL EXPRESS**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

      Re:    In re Residential Capital, LLC, et al.
            Case No. 12-12020

Dear Counsel:

      Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find Dorsey & Whitney LLP's monthly fee statements for the period September 1, 2013 through September 30, 2013 (the "Statements"), which were served with a copy of this on the parties listed in paragraph (a) of the Order, on October 17, 2013.

      In the absence of a timely objection, the Debtors shall pay $11,555.64, consisting of the sum of (a) $11,555.64, an amount equal to 80% of the fees ($11,555.64 = $14,444.55 x 0.80) and (b) 100% of the expenses ($0) being requested in the Statements.

4821-7053-3910\1

Morrison & Foerster LLP
Office of the United States Trustee for the Southern District of New York
Kramer Levin Naftalis & Frankel LLP
Kirkland & Ellis
Skadden, Arps, Slate, Meagher & Flom LLP
October 17, 2013
Page 2


      Objections to the Statements are due by date that is the later of (1) 20 days after the date of service, or (2) the 40th day following the end of the month for which compensation is sought.

                    Sincerely,


                    Thomas O. Kelly III

Enclosures

cc:    Tammy Hamzehpour (w/encl.)(via Federal Express)



## DORSEY
DORSEY & WHITNEY LLP

**MINNEAPOLIS OFFICE**
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

September 19, 2013
Invoice No. 1898448

Client-Matter No.: 355050-00360
Huntington Bancshares Inc.

**For Legal Services Rendered Through August 31, 2013**

## INVOICE TOTAL

Total For Current Legal Fees                            $338.85

**Total For Current Invoice**                          **$338.85**

For your convenience, please send payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:                Wire Instructions:
Dorsey & Whitney LLP              U.S. Bank National Association        ABA Routing Number: 091000022
P.O. Box 1680                     800 Nicollet Mall                      Account Number: 1602-3010-8560
Minneapolis, MN 55480-1680        Minneapolis, MN 55402                  Swift Code USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03756



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

September 19, 2013
Invoice No. 1898448

**Client-Matter No: 355050-00360**

**Huntington Bancshares Inc.**
**Client Reference #: 719440**

**For Legal Services Rendered Through August 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 08/01/13 | J. Langdon | 109.80 | 0.20 | 17 | Draft memoranda regarding upcoming appellate argument |
| 08/26/13 | A. Brantingham | 47.70 | 0.20 | 17 | Draft letter to court of appeals regarding bankruptcy status |
| 08/28/13 | A. Brantingham | 23.85 | 0.10 | 17 | Telephone call to S. Gastwirth regarding adjournment of oral argument in appeal |
| 08/28/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding potential resolution |
| 08/29/13 | A. Brantingham | 47.70 | 0.20 | 17 | Telephone conference with S. Gastwirth regarding adjournment of oral argument on appeal |
| 08/29/13 | J. Langdon | 54.90 | 0.10 | 17 | Draft memoranda regarding oral argument on appeal |
| **Total Hours** | | | **0.90** | | |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC
Client-Matter No.: 355050-00360
Invoice No.: 1898448

September 19, 2013
Page 2

| | | |
|---|---|---|
| **Total for Legal Fees** | | $338.85 |
| **Total This Invoice** | | $338.85 |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 0.50 | 238.50 | 119.25 |
| J. Langdon | Partner | 0.40 | 549.00 | 219.60 |
| **Total all Timekeepers** | | **0.90** | | **338.85** |

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available
upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC                         September 19, 2013
One Meridian Crossings                                   Invoice No. 1898449
Minneapolis,  MN 55423

Client-Matter No.: 355050-00361
1941 Stichting Pensioenfonds ABP

**For Legal Services Rendered Through August 31, 2013**

# INVOICE TOTAL

Total For Current Legal Fees                         $274.50

**Total For Current Invoice**                        **$274.50**

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:          Wire Instructions:
Dorsey & Whitney LLP           U.S. Bank National Association        ABA Routing Number  091000022
P.O. Box 1680                  800 Nicollet Mall                     Account Number: 1602-3010-8500
Minneapolis, MN 55480-1680     Minneapolis, MN  55402                Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available
upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY**

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Funding Company, LLC
One Meridian Crossings
Minneapolis, MN 55423

September 19, 2013
Invoice No. 1898449

**Client-Matter No: 355050-00361**

**1941Stichting Pensioenfonds ABP**
**Client Reference #:  719458**

**For Legal Services Rendered Through August 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 08/01/13 | J. Langdon | 54.90 | 0.10 | 17 | Review bankruptcy filings regarding stay issue |
| 08/08/13 | J. Langdon | 54.90 | 0.10 | 17 | Review bankruptcy filings |
| 08/09/13 | J. Langdon | 109.80 | 0.20 | 17 | Memoranda to and from L. Lundsten regarding status update |
| 08/22/13 | J. Langdon | 54.90 | 0.10 | 17 | Review key bankruptcy filings |
| | **Total Hours** | | **0.50** | | |

Total for Legal Fees          $274.50

Total This Invoice          $274.50

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Funding Company, LLC                                September 19, 2013
Client-Matter No.: 355050-00361                                         Page 2
Invoice No.: 1898449

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 0.50 | 549.00 | 274.50 |
| **Total all Timekeepers** | | **0.50** | | **274.50** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN  55437

September 18, 2013
Invoice No. 1898533

Client-Matter No.: 479140-00003
ResCap Treasury General

**For Legal Services Rendered Through August 31, 2013**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $251.10 |
| **Total For Current Invoice** | **$251.10** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:               Wire Instructions:
Dorsey & Whitney LLP                U.S. Bank National Association
P.O. Box 1680                       800 Nicollet Mall          ABA Routing Number: 091000022
Minneapolis, MN 55480-1680          Minneapolis, MN  55402     Account Number: 1602-3010-8500
                                                               Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03515



### DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN  55437

September 18, 2013
Invoice No. 1898533

**Client-Matter No: 479140-00003**

**ResCap Treasury General**
**Client Reference #:  718556**

**For Legal Services Rendered Through August 31, 2013**

| Date | Name | | | | Description |
|------|------|---|---|---|-------------|
| 08/01/13 | S. McIvor | 83.70 | 0.20 | 24 | Review consultant contract information from T. Kelly |
| 08/05/13 | S. McIvor | 167.40 | 0.40 | 24 | Telephone conference with J. Ruckdaschel regarding independent contractor issue for Paradigm employee and his pending I-485 application |

**Total Hours**                    **0.60**

**Total for Legal Fees**        $251.10

**Total This Invoice**          $251.10

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap
Client-Matter No.: 479140-00003
Invoice No.: 1898533

September 18, 2013
Page 2

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| S. McIvor | Other Attorney | 0.60 | 418.50 | 251.10 |
| **Total all Timekeepers** | | **0.60** | | **251.10** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

### STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN 55437

September 19, 2013
Invoice No. 1898471

Client-Matter No.: 479140-00005
Business Lending Workout Matters

### For Legal Services Rendered Through August 31, 2013

# INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $21,666.60 |
| Total For Current Disbursements and Service Charges | $156.00 |
| **Total For Current Invoice** | **$21,822.60** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

03515



MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC ResCap
Attn: Tammy Hamzehpour
8400 Normandale Lake Blvd., Suite 350
Minneapolis, MN 55437

September 19, 2013
Invoice No. 1898471

**Client-Matter No: 479140-00005**

**Business Lending Workout Matters**
**Client Reference #: 731146**

## For Legal Services Rendered Through August 31, 2013

| Date | Name | Amount | Hours | | Description |
|---|---|---|---|---|---|
| 08/01/13 | M. Buckley | 118.80 | 0.40 | 17 | (Nationwide) Review GMAC-produced documents |
| 08/01/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Review California filings |
| 08/01/13 | J. Langdon | 164.70 | 0.30 | 17 | (Alliance) Telephone conferences with opposing counsel regarding potential settlement discussions |
| 08/01/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Draft memoranda regarding potential settlement discussions |
| 08/02/13 | E. Schnabel | 152.55 | 0.30 | 17 | (Alliance) Emails with J. Langdon and Alliance Trustee regarding settlement of litigation |
| 08/02/13 | B. Loftus | 365.40 | 1.40 | 17 | (Nationwide) Prepare complaint against insurer |
| 08/02/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memoranda |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                    September 19, 2013
Client-Matter No.: 479140-00005                                        Page 2
Invoice No.: 1898471

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | regarding Pitchersky plea status |
| 08/02/13 | J. Langdon | 219.60 | 0.40 | 17 | (Alliance) Memoranda to and from R. Lapowsky and T. Klestadt regarding settlement negotiations |
| 08/02/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memoranda to and from C. MacElree regarding settlement negotiations |
| 08/04/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memorandum from and to D. Axelrod regarding Pitchersky information |
| 08/05/13 | J. Stilson | 1,020.60 | 3.60 | 17 | (Nationwide) Draft memorandum to auditor regarding liability |
| 08/05/13 | B. Loftus | 1,044.00 | 4.00 | 17 | (Nationwide) Prepare complaint against Fidelity based on closing protection letters |
| 08/05/13 | B. Loftus | 469.80 | 1.80 | 17 | (Nationwide) Prepare complaint against Fidelity based on title policies |
| 08/05/13 | J. Langdon | 109.80 | 0.20 | 17 | (Alliance) Telephone conference with C. MacElree and D. Horst regarding strategy |
| 08/05/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda from and to D. Axelrod regarding Pitchersky information |
| 08/05/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Review criminal charges |
| 08/05/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding criminal charges |
| 08/05/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda to L. McGlinn regarding criminal charges |
| 08/05/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Telephone conference with D. Axelrod regarding plea agreement |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1898471

September 19, 2013
Page 3

| 08/06/13 | B. Loftus | 1,122.30 | 4.30 | 17 | (Nationwide) Prepare complaint against insurers |
| 08/06/13 | S. Marsden | 81.00 | 0.20 | 17 | (Nationwide) Review emails regarding victims' rights |
| 08/06/13 | S. Marsden | 40.50 | 0.10 | 17 | (Nationwide) Prepare email |
| 08/06/13 | J. Langdon | 164.70 | 0.30 | 17 | (Alliance) Telephone conference with J. Wishnew regarding settlement strategy |
| 08/06/13 | J. Langdon | 109.80 | 0.20 | 17 | (Alliance) Memoranda among client and J. Wishnew regarding settlement strategy |
| 08/06/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda to and from J. Stilson regarding status of letter regarding audit |
| 08/06/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding criminal information |
| 08/06/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda to and from B. Loftus regarding complaint against title insurer |
| 08/07/13 | J. Langdon | 274.50 | 0.50 | 17 | (Alliance) Draft memoranda regarding settlement negotiations |
| 08/08/13 | E. Schnabel | 152.55 | 0.30 | 17 | (Alliance) Telephone conference with J. Langdon regarding lift stay issues and settlement of Alliance claims |
| 08/08/13 | J. Langdon | 109.80 | 0.20 | 17 | (Alliance) Telephone conference with E. Schnabel regarding analysis of claims |
| 08/08/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda from and to M. Ellis regarding Hanover matter |
| 08/08/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Telephone conference with J. Wishnew regarding |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1898471

September 19, 2013
Page 4

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | analysis of claim |
| 08/09/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Review memorandum from J. Wishnew regarding status of underlying bankruptcy proceedings |
| 08/09/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memorandum to E. Schnabel regarding status of underlying bankruptcy proceedings |
| 08/11/13 | M. Buckley | 623.70 | 2.10 | 17 | (Nationwide) Analyze D. Breschi deposition and Pennsylvania case law on negligence and negligent misrepresentation |
| 08/12/13 | R. Mallard | 69.30 | 0.20 | 17 | (Alliance) Conference with E. Schnabel regarding question about summary judgment motion and resolving Alliance proof of claim in the Delaware bankruptcy court |
| 08/12/13 | R. Mallard | 69.30 | 0.20 | 17 | (Alliance) Provide documents to E. Schnabel regarding Alliance bankruptcy issues |
| 08/12/13 | E. Schnabel | 50.85 | 0.10 | 17 | (Alliance) Emails with J. Wishnew regarding status of Alliance case |
| 08/12/13 | E. Schnabel | 101.70 | 0.20 | 17 | (Alliance) Conferences with R. Mallard regarding status of Alliance case |
| 08/12/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda to and from L. McGlinn regarding status of California action |
| 08/12/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memoranda to and from E. Schnabel regarding negotiations over proof of claim |
| 08/13/13 | M. Buckley | 148.50 | 0.50 | 17 | (Nationwide) Review defendant's preliminary objections and brief in support of preliminary objections |

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                          September 19, 2013
Client-Matter No.: 479140-00005                              Page 5
Invoice No.: 1898471

| | | | | | |
|---|---|---|---|---|---|
| 08/13/13 | M. Buckley | 267.30 | 0.90 | 17 | (Nationwide) Review Pennsylvania rules to determine deadline for responding to defendant's preliminary objections and brief in support of preliminary objections |
| 08/13/13 | R. Mallard | 69.30 | 0.20 | 17 | (Alliance) Conference with E. Schnabel regarding draft stipulation to lift automatic stay |
| 08/13/13 | R. Mallard | 173.25 | 0.50 | 17 | (Alliance) Review Residential Capital LLC bankruptcy case docket to obtain procedural background information for stipulation |
| 08/13/13 | R. Mallard | 242.55 | 0.70 | 17 | (Alliance) Review pleadings from Alliance Bancorp adversary proceeding for background facts on summary judgment motions for stipulation |
| 08/13/13 | R. Mallard | 138.60 | 0.40 | 17 | (Alliance) Review multiple correspondence regarding terms to include in stipulation |
| 08/13/13 | R. Mallard | 485.10 | 1.40 | 17 | (Alliance) Draft stipulation to lift the automatic stay |
| 08/13/13 | E. Schnabel | 152.55 | 0.30 | 17 | (Alliance) Numerous emails with J. Wishnew and J. Langdon regarding lift stay |
| 08/13/13 | E. Schnabel | 101.70 | 0.20 | 17 | (Alliance) Conference with R. Mallard regarding lift stay |
| 08/13/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda from and to M. Buckley regarding Pennsylvania motion to dismiss |
| 08/13/13 | J. Langdon | 109.80 | 0.20 | 17 | (Alliance) Memoranda from and to J. Wishnew regarding negotiations |
| 08/13/13 | J. Langdon | 109.80 | 0.20 | 17 | (Alliance) Memoranda to and from |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1898471

September 19, 2013
Page 6

| Date | Name | Amount | Hours | | Description |
|------|------|--------|-------|---|-------------|
| | | | | | E. Schnabel regarding negotiations |
| 08/14/13 | M. Buckley | 29.70 | 0.10 | 17 | (Nationwide) Correspond with J. Langdon regarding GMAC/Ally relationship and relevant pleadings |
| 08/14/13 | M. Buckley | 89.10 | 0.30 | 17 | (Nationwide) Review materials on proper flow of funds in mortgage refinancing transactions. |
| 08/14/13 | R. Mallard | 103.95 | 0.30 | 17 | (Alliance) Revisions to draft stipulation to lift the automatic stay to liquidate the Alliance Trustee's proof of claim |
| 08/14/13 | R. Mallard | 519.75 | 1.50 | 17 | (Alliance) Conference with E. Schnabel regarding revisions and issues with lifting the stay and liquidating the Alliance Trustee's proof of claim in the Delaware Bankruptcy Court |
| 08/14/13 | E. Schnabel | 915.30 | 1.80 | 17 | (Alliance) Revise stipulation |
| 08/14/13 | E. Schnabel | 101.70 | 0.20 | 17 | (Alliance) Conference with R. Mallard regarding revisions |
| 08/14/13 | E. Schnabel | 152.55 | 0.30 | 17 | (Alliance) Review docket of Alliance case |
| 08/14/13 | E. Schnabel | 101.70 | 0.20 | 17 | (Alliance) Emails with J. Langdon and J. Wishnew regarding stipulation |
| 08/14/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Memoranda to D. Axelrod regarding Pitchersky plea |
| 08/14/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from M. Buckley regarding Hanover action |
| 08/14/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Telephone conference with M. Buckley regarding Hanover action |
| 08/14/13 | J. Langdon | 109.80 | 0.20 | 17 | (Alliance) Draft memoranda regarding proposed stipulation |

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available
upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



| 08/15/13 | R. Mallard | 173.25 | 0.50 | 17 | (Alliance) Conference with E. Schnabel regarding lift stay and summary judgment legal strategy issues |
| 08/15/13 | E. Schnabel | 152.55 | 0.30 | 17 | (Alliance) Review stipulation |
| 08/15/13 | E. Schnabel | 50.85 | 0.10 | 17 | (Alliance) Emails with J. Wishnew regarding stipulation |
| 08/15/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memoranda from and to C. MacElree regarding status |
| 08/15/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memoranda from and to J. Wishnew regarding stipulation |
| 08/16/13 | M. Buckley | 831.60 | 2.80 | 17 | (Nationwide) Analyze Hanover's preliminary objections |
| 08/18/13 | M. Buckley | 683.10 | 2.30 | 17 | (Nationwide) Analyze cases cited in Hanover preliminary objections |
| 08/20/13 | M. Buckley | 118.80 | 0.40 | 17 | (Nationwide) Correspond with J. Richardson and J. Langdon regarding appropriate response to Hanover's preliminary objections |
| 08/20/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding response to Hanover motion |
| 08/21/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Conference with M. Buckley regarding amended complaint |
| 08/22/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda from and to D. Axelrod |
| 08/22/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda from and to A. Cooper |
| 08/23/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Review Hanover motion to dismiss |
| 08/23/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Draft notes regarding amended complaint |

Service charges are based on rates established by Dorsey & Whitney   A schedule of those rates has been provided and is available
upon request   Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY**
DORSEY & WHITNEY LLP

GMAC ResCap
Client-Matter No.: 479140-00005
Invoice No.: 1898471

September 19, 2013
Page 8

| 08/23/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memorandum to M. Buckley regarding amended complaint |
|---|---|---|---|---|---|
| 08/25/13 | J. Stilson | 198.45 | 0.70 | 17 | (Nationwide) Work on response to PKF regarding liability |
| 08/26/13 | M. Buckley | 356.40 | 1.20 | 17 | (Nationwide) Work on draft of amended complaint |
| 08/26/13 | M. Buckley | 59.40 | 0.20 | 17 | (Nationwide) Correspond with J. Richardson and J. Langdon regarding amended complaint |
| 08/26/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from M. Buckley regarding Hanover amended complaint |
| 08/27/13 | M. Buckley | 712.80 | 2.40 | 17 | (Nationwide) Work on draft of verified second amended complaint |
| 08/27/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from C. MacElree regarding Hanover |
| 08/27/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda to and from D. Axelrod regarding Pitchersky |
| 08/28/13 | M. Buckley | 1,306.80 | 4.40 | 17 | (Nationwide) Work on draft of verified second amended complaint |
| 08/28/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Draft memoranda regarding Hanover amended complaint |
| 08/29/13 | M. Buckley | 386.10 | 1.30 | 17 | (Nationwide) Revise second amended complaint |
| 08/29/13 | J. Langdon | 823.50 | 1.50 | 17 | (Nationwide) Revise second amended complaint |
| 08/30/13 | M. Buckley | 712.80 | 2.40 | 17 | (Nationwide) Revise second amended complaint |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



GMAC ResCap                                                 September 19, 2013
Client-Matter No.: 479140-00005                                      Page 9
Invoice No.: 1898471

| 08/30/13 | J. Stilson | 1,048.95 | 3.70 | 17 | (Nationwide) Draft PKF letter regarding liability |
| 08/30/13 | J. Langdon | 164.70 | 0.30 | 17 | (Nationwide) Draft memoranda regarding second amended complaint |
| 08/31/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda from and to C. MacElree regarding second amended complaint against Hanover |

**Total Hours**                          61.90

                                **Total for Legal Fees**        **$21,666.60**

**Disbursements and Service Charges**

    Messenger Charges                                       156.00

                **Total for Disbursements and Service Charges**        **$156.00**

                                **Total This Invoice**        **$21,822.60**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| M. Buckley | Associate | 21.70 | 297.00 | 6,444.90 |
| J. Stilson | Associate | 8.00 | 283.50 | 2,268.00 |
| R. Mallard | Associate | 5.90 | 346.50 | 2,044.35 |
| E. Schnabel | Partner | 4.30 | 508.50 | 2,186.55 |
| B. Loftus | Associate | 11.50 | 261.00 | 3,001.50 |
| S. Marsden | Partner | 0.30 | 405.00 | 121.50 |
| J. Langdon | Partner | 10.20 | 549.00 | 5,599.80 |
| **Total all Timekeepers** | | **61.90** | | **21,666.60** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY**
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley Smith, Esq.
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN
55437

September 16, 2013
Invoice No. 1897819

Client-Matter No.: 479140-00006
Subpoena matter re Sanchez, Lopez

**For Legal Services Rendered Through August 31, 2013**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $169.20 |
| **Total For Current Invoice** | **$169.20** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions          Wire Instructions
Dorsey & Whitney LLP          U.S. Bank National Association
P.O. Box 1680                 800 Nicollet Mall          ABA Routing Number: 091000022
Minneapolis, MN 55480-1680    Minneapolis, MN 55402      Account Number: 1602-3010-8500
                                                         Swift Code: USBKUS44IMT

Please make reference to the invoice number

Service charges are based on rates established by Dorsey & Whitney. A schedule of these rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

01381



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley Smith, Esq.
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN
55437

September 16, 2013
Invoice No. 1897819

**Client-Matter No: 479140-00006**

**Subpoena matter re Sanchez, Lopez**

**For Legal Services Rendered Through August 31, 2013**

| 08/07/13 | M. Stinson | 21.15 | 0.10 | 4 | Telephone conference with counsel regarding Avery subpoena and confirm guilty plea |
| 08/07/13 | M. Stinson | 21.15 | 0.10 | 4 | Email P. Spencer to inform her of guilty plea |
| 08/07/13 | M. Stinson | 21.15 | 0.10 | 4 | Finalize draft letter regarding Nguyen subpoena and send correspondence |
| 08/09/13 | M. Stinson | 42.30 | 0.20 | 4 | Coordinate service of document production and declaration to special agent Nalu |
| 08/20/13 | M. Stinson | 63.45 | 0.30 | 4 | Telephone conference with in-house counsel at ResCap and J Jackson regarding lease |
| | **Total Hours** | | **0.80** | | |

**Total for Legal Fees**           $169.20

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# ◯ ❱❱ DORSEY
DORSEY & WHITNEY LLP

Residential Capital, LLC
Client-Matter No.: 479140-00006
Invoice No.: 1897819

September 16, 2013
Page 2

|  |  |  |  |  |  | Total This Invoice | $169.20 |
|---|---|---|---|---|---|---|---|

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| M. Stinson | Associate | 0.80 | 211.50 | 169.20 |
| **Total all Timekeepers** |  | **0.80** |  | **169.20** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley T. Smith, Esq.
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN 55437

September 16, 2013
Invoice No. 1897820

Client-Matter No.: 479140-00007
FDIC Subpoena

**For Legal Services Rendered Through August 31, 2013**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $359.55 |
| **Total For Current Invoice** | **$359.55** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:                      Wire Instructions:
Dorsey & Whitney LLP                       U.S. Bank National Association
P.O. Box 1680                              800 Nicollet Mall              ABA Routing Number: 091000022
Minneapolis, MN 55480-1680                 Minneapolis, MN 55402          Account Number: 1602-3010-8500
                                                                          Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

01381



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley T. Smith, Esq.
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN  55437

September 16, 2013
Invoice No. 1897820

Client-Matter No: 479140-00007

**FDIC Subpoena**

**For Legal Services Rendered Through August 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 07/24/13 | M. Stinson | 42.30 | 0.20 | 4 | Telephone conference with B. Smith regarding status of subpoenas and forward notes to J Jackson |
| 07/29/13 | M. Stinson | 190.35 | 0.90 | 4 | Draft letter to special agent regarding Daryl Porter subpoena along with attendant declaration for P. Spencer |
| 07/29/13 | M. Stinson | 63.45 | 0.30 | 4 | Draft letter to special agent regarding Nguyen subpoena |
| 08/22/13 | M. Stinson | 63.45 | 0.30 | 4 | Attend telephone conference regarding lease renewal |
| | **Total Hours** | | **1.70** | | |

**Total for Legal Fees**     $359.55

**Total This Invoice**     $359.55

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Capital, LLC                                    September 16, 2013
Client-Matter No.: 479140-00007                                      Page 2
Invoice No.: 1897820


**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|------------|-------|-------|-------------|--------|
| M. Stinson | Associate | 1.70 | 211.50 | 359.55 |
| **Total all Timekeepers** | | **1.70** | | **359.55** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
### DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
Attn: David A. Marple
One Meridian Crossings, Suite 100
Mail Station 03-02-60
Minneapolis, MN 55423

September 16, 2013
Invoice No. 1897821

Client-Matter No.: 479140-00008
City of Atlanta re Barb Wendt

**For Legal Services Rendered Through August 31, 2013**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $2,342.70 |
| **Total For Current Invoice** | **$2,342.70** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department at 1-800-861-0760. Thank you.

| Mailing Instructions: | Wire Instructions: | |
|---|---|---|
| Dorsey & Whitney LLP | U.S. Bank National Association | ABA Routing Number: 091000022 |
| P.O. Box 1680 | 800 Nicollet Mall | Account Number: 1602-3010-8500 |
| Minneapolis, MN 55480-1680 | Minneapolis, MN 55402 | Swift Code: USBKUS44IMT |

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

**ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY**



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
Attn: David A. Marple
One Meridian Crossings, Suite 100
Mail Station 03-02-60
Minneapolis, MN 55423

September 16, 2013
Invoice No. 1897821

**Client-Matter No: 479140-00008**

**City of Atlanta re Barb Wendt**

**For Legal Services Rendered Through August 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 08/05/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with J. Ruckdaschel and B. Smith summarizing my telephone conference with B. Wendt and outlining next steps |
| 08/05/13 | J Jackson | 123.30 | 0.20 | 4 | Telephone conference with B. Wendt |
| 08/05/13 | J Jackson | 184.95 | 0.30 | 4 | Telephone conference with J. Ruckdaschel and B. Smith |
| 08/05/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with J. Ruckdaschel |
| 08/06/13 | J Jackson | 184.95 | 0.30 | 4 | Correspond with J. Ruckdaschel and correspond with B. Smith |
| 08/07/13 | J Jackson | 246.60 | 0.40 | 4 | Telephone conference with B. Smith and J. Ruckdaschel |
| 08/07/13 | J Jackson | 246.60 | 0.40 | 4 | Correspond with J. Ruckdaschel and correspond with B. Smith |
| 08/07/13 | J Jackson | 246.60 | 0.40 | 4 | Correspond with B. Wendt and review the attachments to her |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

## DORSEY
### DORSEY & WHITNEY LLP

Residential Capital, LLC                                    September 16, 2013
Client-Matter No.: 479140-00008                                      Page 2
Invoice No.: 1897821

|            |           |        |      |   |                                                        |
|------------|-----------|--------|------|---|--------------------------------------------------------|
|            |           |        |      |   | correspondence                                         |
| 08/08/13   | J Jackson | 123.30 | 0.20 | 4 | Correspond with J. Ruckdaschel                         |
| 08/09/13   | J Jackson | 246.60 | 0.40 | 4 | Review correspondence; telephone conference with B. Smith, J. Ruckdaschel, and B. Horn |
| 08/12/13   | J Jackson | 123.30 | 0.20 | 4 | Correspond with B. Wendt                               |
| 08/13/13   | J Jackson | 123.30 | 0.20 | 4 | Correspond with B. Wendt                               |
| 08/26/13   | J Jackson | 123.30 | 0.20 | 4 | Correspond with B. Wendt                               |
| 08/30/13   | J Jackson | 123.30 | 0.20 | 4 | Telephone conference with B. Wendt                     |

**Total Hours**                          **3.80**

**Total for Legal Fees**            $2,342.70

**Total This Invoice**              $2,342.70

## Timekeeper Summary

| Timekeeper           | Class   | Hours    | Billed Rate | Amount       |
|----------------------|---------|----------|-------------|--------------|
| J Jackson            | Partner | 3.80     | 616.50      | 2,342.70     |
| **Total all Timekeepers** |    | **3.80** |             | **2,342.70** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC Mortgage, LLC                                  September 19, 2013
Attn.: John G. Hromy, Associate Counsel            Invoice No. 1898450
Legal Staff - Mail Code 190-FTW-L95
1100 Virginia Drive
Fort Washington, PA  19034

Client-Matter No.: 483413-00011
Navigate Advisors LLC

**For Legal Services Rendered Through August 31, 2013**

# INVOICE TOTAL

Total For Current Legal Fees                         $212.40

**Total For Current Invoice**                        **$212.40**

For your convenience, please make payment to the address below or we offer the option of remitting payment electronically by wire transfer.
If you have any questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts
Receivable Department, 1-800-861-0760. Thank you.

Mailing Instructions:              Wire Instructions:
Dorsey & Whitney LLP               U.S. Bank National Association
P.O. Box 1680                      800 Nicollet Mall                     ABA Routing Number: 091000022
Minneapolis, MN 55480-1680         Minneapolis, MN  55402                Account Number: 1602-3010-8500
                                                                         Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

GMAC Mortgage, LLC
Attn.: John G. Hromy, Associate Counsel
Legal Staff - Mail Code 190-FTW-L95
1100 Virginia Drive
Fort Washington, PA  19034

September 19, 2013
Invoice No. 1898450

**Client-Matter No: 483413-00011**

**Navigate Advisors LLC**
**Client Reference #:  720650**

---

**For Legal Services Rendered Through August 31, 2013**

| 08/08/13 | A. Brantingham | 47.70 | 0.20 | 18 | Review asset reports on Navigate Advisors and D. Panagrossi |
|---|---|---|---|---|---|
| 08/09/13 | J. Langdon | 109.80 | 0.20 | 18 | Review results of asset search |
| 08/09/13 | J. Langdon | 54.90 | 0.10 | 18 | Memorandum to B. Smith regarding asset search |
| | **Total Hours** | | **0.50** | | |

Total for Legal Fees    $212.40

Total This Invoice    $212.40

Timekeeper Summary

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| A. Brantingham | Associate | 0.20 | 238.50 | 47.70 |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY.



GMAC Mortgage, LLC
Client-Matter No.: 483413-00011
Invoice No.: 1898450

September 19, 2013
Page 2

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J. Langdon | Partner | 0.30 | 549.00 | 164.70 |
| **Total all Timekeepers** | | **0.50** | | **212.40** |

Service charges are based on rates established by Dorsey & Whitney.   A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY & WHITNEY LLP**

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley T. Smith, Esq.
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

September 16, 2013
Invoice No. 1897818

Client-Matter No.: 494744-00001
Jesse Martin re Subpoena Issue

**For Legal Services Rendered Through August 31, 2013**

## INVOICE TOTAL

| | |
|---|---|
| Total For Current Legal Fees | $123.30 |
| **Total For Current Invoice** | **$123.30** |

For your convenience, please remit payment to the address below or we offer the option of remitting payment electronically by wire transfer. If you have questions regarding this information, please contact the lawyer you are working with on this project or Dorsey's Accounts Receivable Department at 1-800-861-0760. Thank you.

Mailing Instructions:
Dorsey & Whitney LLP
P.O. Box 1680
Minneapolis, MN 55480-1680

Wire Instructions:
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

ABA Routing Number: 091000022
Account Number: 1602-3010-8500
Swift Code: USBKUS44IMT

**Please make reference to the invoice number**

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

01381



### DORSEY

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

## STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley T. Smith, Esq.
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

September 16, 2013
Invoice No. 1897818

**Client-Matter No: 494744-00001**

**Jesse Martin re Subpoena Issue**

---

**For Legal Services Rendered Through August 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 08/26/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with B. Neil Hoffman |
| | **Total Hours** | | **0.20** | | |

| | |
|---|---|
| **Total for Legal Fees** | **$123.30** |
| **Total This Invoice** | **$123.30** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J Jackson | Partner | 0.20 | 616.50 | 123.30 |
| **Total all Timekeepers** | | **0.20** | | **123.30** |

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available
upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY