# **EXHIBIT B**

2019340v.3



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

June 18, 2013
Invoice No.: 1009248

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                     $1,758.52

File Number:        1000304.00000
Re:                 Residential Funding Bankruptcy - LL Fee Petitions

Your File Number: 733964

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/03/13 | E-mails from and to James Newton re ▮▮▮▮▮▮ | TJC | 0.20 | 117.00 |
| 05/04/13 | E-mails from and to James Newton at Morrison & Foerster re ▮▮ | TJC | 0.40 | 234.00 |
| 05/06/13 | E-mails re ▮▮▮▮▮▮ | TJC | 0.50 | 292.50 |
| 05/09/13 | Email from Donna McFadden re ▮▮▮▮▮▮ | TJC | 0.10 | 58.50 |
| 05/25/13 | Preparation of monthly report for unsecured creditors committee and emails re same. | TJC | 1.30 | 760.50 |
| 05/28/13 | Telephone conference with Kathy Priore re ▮▮▮▮▮▮ | TJC | 0.30 | 175.50 |
| | | | 2.80 | $1,638.00 |

**TOTAL FEES**                                                     $1,638.00

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.: 1000304.00000

Invoice Date: June 18, 2013
Invoice No.: 1009248
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 2.80 | $1,638.00 |
| | | | 2.80 | $1,638.00 |

**TIMEKEEPER SUMMARY TOTALS** $1,638.00

| DATE | EXPENSES | VALUE |
|---|---|---|
| 04/29/13 | FedEx Shipments | 23.60 |
| 04/29/13 | FedEx Shipments | 23.60 |
| 04/29/13 | FedEx Shipments | 26.12 |
| 04/29/13 | FedEx Shipments | 23.60 |
| 04/29/13 | FedEx Shipments | 23.60 |
| | TOTAL | $120.52 |

TOTAL FEES $1,638.00

TOTAL EXPENSES $120.52

TOTAL FEES AND EXPENSES $1,758.52

**TOTAL BALANCE DUE** **$1,758.52**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

June 18, 2013
Invoice No.: 1009249

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013     <u>$7,638.00</u>

File Number:     1000304.00174
Re:     Nora v. GMAC Mortgage, #706615

Your File Number: 706615

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/01/13 | Review research regarding ▇▇▇▇▇ | PRP | 0.10 | 48.40 |
| 05/02/13 | E-mails re ▇▇▇▇ | TJC | 0.20 | 117.00 |
| 05/03/13 | Draft update e-mail to Andrew Marmion at MERS. | PRP | 0.30 | 145.20 |
| 05/06/13 | Review bankruptcy court orders regarding exception to stay to prepare response to plaintiff's motion to dismiss. | PRP | 0.10 | 48.40 |
| 05/06/13 | Speak with co-defendants' counsel regarding ▇▇▇▇ ▇▇▇ | PRP | 0.10 | 48.40 |
| 05/06/13 | Review of analysis of ▇▇▇▇ | TJC | 0.20 | 117.00 |
| 05/08/13 | Preparation of response to motion to dismiss appeal. | TJC | 0.40 | 234.00 |
| 05/14/13 | E-mails re same | TJC | 0.10 | 58.50 |
| 05/15/13 | Review joinders filed by co-defendants to response to plaintiffs' motion to dismiss appeal. | PRP | 0.10 | 48.40 |
| 05/30/13 | Review Seventh Circuit order regarding jurisdiction on appeal. | PRP | 0.10 | 48.40 |
| | | | **1.70** | **$913.70** |

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: June 18, 2013
Invoice No.: 1009249
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/09/13 | Preparation of response to Nora's motion to dismiss her appeal and emails re same. | TJC | 0.50 | 292.50 |
| 05/09/13 | Revise draft response to Appellees' motion to dismiss appeal. | PRP | 2.40 | 1,161.60 |
| 05/14/13 | Review of draft disclosure form and revised draft of response to motion to dismiss appeal | TJC | 0.20 | 117.00 |
| 05/15/13 | Review of Stephan notice of non-involvement in appeal and e-mails re same, review of ECF notices received today, review of responses filed by other appellees to Nora's motion to dismiss. | TJC | 0.50 | 292.50 |
| 05/16/13 | Review of ECF notices received today and review of various submissions by other parties. | TJC | 0.10 | 58.50 |
| 05/30/13 | Review of Seventh Circuit's order giving Nora the choice to dismiss her appeal or not and consideration of implications of order; emails re ████████████████████ | TJC | 0.50 | 292.50 |
| | | | **4.20** | **$2,214.60** |

| Dispositive Motions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/02/13 | Outline response to plaintiffs' motion to dismiss appeal. | PRP | 0.30 | 145.20 |
| 05/08/13 | Begin revising response to motion to dismiss appeal. | PRP | 0.50 | 242.00 |
| | | | **0.80** | **$387.20** |

| Appellate Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/01/13 | Research ████████████████████ | JCW | 2.50 | 737.50 |
| 05/01/13 | E-mails to ResCap and MERS regarding ████████ | JCW | 0.20 | 59.00 |
| 05/01/13 | Analyze Nora's motion to dismiss appeal. | JCW | 0.20 | 59.00 |
| 05/01/13 | Review and analysis of Wendy Nora's motion to dismiss her own appeal and e-mails re same. | TJC | 1.00 | 585.00 |
| 05/01/13 | Review of order from the Seventh Circuit directing the appellees to file a response to Nora's motion; Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 05/01/13 | Review of research memorandum re whether the Seventh Circuit has jurisdiction over this appeal. | TJC | 0.40 | 234.00 |
| 05/02/13 | Develop outline for response to Nora's motion to dismiss appeal. | JCW | 0.30 | 88.50 |
| 05/02/13 | E-mail to ResCap and MERS regarding ████████ | JCW | 0.20 | 59.00 |
| 05/06/13 | Locate and analyze bankruptcy court orders relating to modification of the automatic stay to ████████████████ | JCW | 2.10 | 619.50 |
| 05/07/13 | Prepare draft response to Nora's motion to dismiss appeal. | JCW | 0.70 | 206.50 |

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: June 18, 2013
Invoice No.: 1009249
Page: 3

| Appellate Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/08/13 | Prepare draft response to Nora's motion to dismiss appeal. | JCW | 1.80 | 531.00 |
| 05/09/13 | Revise response to Nora's motion to dismiss appeal per Rusty Perdew comments. | JCW | 0.80 | 236.00 |
| 05/09/13 | Research additional citations for response to Nora's motion to dismiss. | JCW | 0.30 | 88.50 |
| 05/15/13 | Revise response to Nora's motion to dismiss appeal. | JCW | 0.50 | 147.50 |
| 05/15/13 | File response to Nora's motion to dismiss appeal. | JCW | 0.20 | 59.00 |
| 05/15/13 | Review other defendants' joinders in our response to Nora's motion to dismiss appeal. | JCW | 0.30 | 88.50 |
| 05/15/13 | Review local rules governing responses to motions on appeal. | JCW | 0.30 | 88.50 |
| 05/16/13 | Review Ally defendants' joinder in response to Nora's motion to dismiss. | JCW | 0.10 | 29.50 |
| 05/30/13 | Analyze 7th Circuit order regarding Nora's motion to dismiss. | JCW | 0.30 | 88.50 |
| 05/30/13 | E-mail to GMAC Mortgage and MERS regarding 7th Circuit order. | JCW | 0.20 | 59.00 |
| | | | **12.50** | **$4,122.50** |

**TOTAL FEES**             **$7,638.00**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.80 | $387.20 |
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| | | | **1.70** | **$913.70** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 2.40 | $1,161.60 |
| T.J. Cunningham | Partner | $585.00 | 1.80 | $1,053.00 |
| | | | **4.20** | **$2,214.60** |

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.80 | $387.20 |
| | | | **0.80** | **$387.20** |

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: June 18, 2013
Invoice No.: 1009249
Page: 4

**Appellate Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.50 | $877.50 |
| J.C. Webb | Associate | $295.00 | 11.00 | $3,245.00 |
| | | | **12.50** | **$4,122.50** |

**TIMEKEEPER SUMMARY TOTALS**                                           **$7,638.00**

TOTAL FEES                                                   $7,638.00

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Donald Booth
GMAC Mortgage, LLC
Paralegal - Litigation
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

June 18, 2013
Invoice No.: 1009250

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                    $45.80

File Number:     1000304.00178
Re:              Smith, Tiffany v. Homecomings Financial, #711686

Your File Number:  711686

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/15/13 | Review docket status. | JMG | 0.10 | 45.80 |
| | | | 0.10 | $45.80 |

**TOTAL FEES**                                                                $45.80

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.10 | $45.80 |
| | | | 0.10 | $45.80 |

**TIMEKEEPER SUMMARY TOTALS**                                                 $45.80

TOTAL FEES                                                                    $45.80

**TOTAL BALANCE DUE**                                                         $45.80



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

June 18, 2013
Invoice No.: 1009251

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                         <u>$45.80</u>

File Number:      1000304.00179
Re:               Gardner, Alan v. GMAC Mortgage, LLC, #703565

Your File Number:  703565

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/15/13 | Review docket status. | JMG | 0.10 | 45.80 |
| | | | 0.10 | $45.80 |

**TOTAL FEES**                                                                    **$45.80**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.10 | $45.80 |
| | | | 0.10 | $45.80 |

**TIMEKEEPER SUMMARY TOTALS**                                                     **$45.80**

TOTAL FEES                                                                        $45.80

**TOTAL BALANCE DUE**                                                             **$45.80**

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

June 18, 2013
Invoice No.: 1009253

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                 <u>$1,571.00</u>

| File Number: | 1000304.00188 |
| Re: | 4836 W. Superior, Chicago, IL (Fort), #715591 |

Your File Number:  715591

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/08/13 | E-mails re ██████████████████████ | TJC | 0.30 | 175.50 |
| 05/13/13 | E-mails re ████████ | TJC | 0.10 | 58.50 |
| 05/13/13 | E-mail from Kathy Priore re ████████ | TJC | 0.10 | 58.50 |
| 05/14/13 | E-mails re ████████████ | TJC | 0.20 | 117.00 |
| 05/22/13 | Develop strategy for 5/23 hearing. | JCW | 0.20 | 59.00 |
| 05/28/13 | Emails re ████████ | TJC | 0.20 | 117.00 |
| 05/29/13 | Email from corporate counsel re ████ | TJC | 0.10 | 58.50 |
| | | | **1.20** | **$644.00** |

| | **Other** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/08/13 | Review latest improper notice of violation. | JCW | 0.20 | 59.00 |
| 05/08/13 | E-mail to GMAC Mortgage regarding ████████ | JCW | 0.20 | 59.00 |
| 05/13/13 | E-mail to counsel for City of Chicago regarding ████████ | JCW | 0.20 | 59.00 |
| 05/14/13 | E-mails with counsel for City of Chicago regarding ████████ | JCW | 0.10 | 29.50 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00188

Invoice Date: June 18, 2013
Invoice No.: 1009253
Page: 2

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/14/13 | Review notice of sale for delinquent taxes. | JCW | 0.10 | 29.50 |
| 05/14/13 | E-mail to GMAC Mortgage regarding ███████████ ████████████ | JCW | 0.10 | 29.50 |
| 05/28/13 | Telephone call with counsel for the City regarding ██████ ████████ | JCW | 0.20 | 59.00 |
| 05/28/13 | E-mail to counsel for the City regarding ████████████ ███ | JCW | 0.20 | 59.00 |
| 05/28/13 | E-mail to GMAC Mortgage regarding ████████████ | JCW | 0.20 | 59.00 |
| | | | **1.50** | **$442.50** |

| | Trial and Hearing Attendance | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/23/13 | Attend hearing on citations for violation of streets and sanitation regulations. | CGS | 1.90 | 484.50 |
| | | | **1.90** | **$484.50** |

**TOTAL FEES**                                                          **$1,571.00**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.00 | $585.00 |
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **1.20** | **$644.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.50 | $442.50 |
| | | | **1.50** | **$442.50** |

**Trial and Hearing Attendance**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 1.90 | $484.50 |
| | | | **1.90** | **$484.50** |

**TIMEKEEPER SUMMARY TOTALS**                                          **$1,571.00**

**TOTAL FEES**                                                          $1,571.00

GMAC Mortgage, LLC
File No.: 1000304.00188

Invoice Date: June 18, 2013
Invoice No.: 1009253
Page: 3

**TOTAL BALANCE DUE**                                    **$1,571.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                         **Via Courier:**
Locke Lord LLP                           JPMorgan Chase
24259 Network Place                      525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                   Chicago, IL  60661
                                         Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

June 18, 2013
Invoice No.: 1009254

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                 $928.70

File Number:        1000304.00195
Re:                 NCUA v. GMAC Mortgage (California), #718805

Your File Number:  718805

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/03/13 | E-mails from/to ResCap bankruptcy counsel (MoFo) re: ▓▓ | JMG | 0.20 | 91.60 |
| 05/06/13 | Review docket and case status and draft disclosure update ▓ ▓▓▓▓▓▓ | JMG | 1.00 | 458.00 |
| | | | 1.20 | $549.60 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/15/13 | Emails from/to joint defense group re ▓▓▓▓ ▓▓▓▓ | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/08/13 | Monitor and review docket activity - motion to reconsider ruling on statute of repose issues | JMG | 0.20 | 91.60 |
| 05/09/13 | Monitor and review relevant joint defense e-mails and docket activity | JMG | 0.20 | 91.60 |
| | | | 0.40 | $183.20 |

---

GMAC Mortgage, LLC
File No.: 1000304.00195

Invoice Date: June 18, 2013
Invoice No.: 1009254
Page: 2

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/15/13 | Review of order received today setting briefing schedule on motion for reconsideration or leave to take interlocutory appeal. | TJC | 0.10 | 58.50 |
| 05/21/13 | Monitor docket activity and review minutes of hearing. | JMG | 0.10 | 45.80 |
| | | | **0.20** | **$104.30** |

**TOTAL FEES** $928.70

## TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.20 | $549.60 |
| | | | **1.20** | **$549.60** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| | | | **0.40** | **$183.20** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.10 | $45.80 |
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.20** | **$104.30** |

**TIMEKEEPER SUMMARY TOTALS** $928.70

TOTAL FEES $928.70

**TOTAL BALANCE DUE** **$928.70**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

June 18, 2013
Invoice No.: 1009255

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                    $3,025.10

File Number:      1000304.00196
Re:               NCUA v. GMAC Mortgage (Kansas), #714943

Your File Number:  714943

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/03/13 | E-mails from/to ResCap bankruptcy counsel (MoFo) re: ██████████ | JMG | 0.20 | 91.60 |
| 05/06/13 | Review docket and case status and draft disclosure update at request of bankruptcy counsel (MoFo) | JMG | 1.00 | 458.00 |
| | | | **1.20** | **$549.60** |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/08/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 05/08/13 | Review of letter from plaintiff's counsel ██████████ and e-mails to and from Matt Goodin ██████████ | TJC | 0.40 | 234.00 |
| 05/09/13 | Joint defense e-mails re: ██████████ | JMG | 0.30 | 137.40 |
| 05/09/13 | Review/analysis of correspondence from plaintiff's counsel re: document/ESI preservation, review prior responses, and email to W. Thompson et al re: ██████ | JMG | 1.20 | 549.60 |
| 05/09/13 | Emails re ██████████ | TJC | 0.10 | 58.50 |
| 05/13/13 | Emails from/to local counsel re ██████████ | JMG | 0.30 | 137.40 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00196

Invoice Date: June 18, 2013
Invoice No.: 1009255
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/15/13 | Emails from/to joint defense group re ▮▮▮▮ | JMG | 0.20 | 91.60 |
| 05/17/13 | Follow up and emails re ▮▮▮ | JMG | 0.50 | 229.00 |
| 05/17/13 | E-mails re ▮▮▮▮ | TJC | 0.10 | 58.50 |
| 05/21/13 | Monitor and review joint defense emails re ▮▮▮▮ | JMG | 0.20 | 91.60 |
| | | | **3.40** | **$1,646.10** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/08/13 | Monitor and review docket activity in 10th Cir appellate proceedings | JMG | 0.20 | 91.60 |
| 05/28/13 | Review ECF notices re docket activity. | JMG | 0.20 | 91.60 |
| | | | **0.40** | **$183.20** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/09/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 05/24/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 05/28/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 05/29/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.40** | **$234.00** |

| Other Discovery | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/17/13 | Prepare for and participate in joint defense call re ▮▮▮▮ | JMG | 0.70 | 320.60 |
| 05/20/13 | Monitor and review joint defense emails re ▮▮▮▮ | JMG | 0.20 | 91.60 |
| | | | **0.90** | **$412.20** |

**TOTAL FEES**                                                                                    **$3,025.10**

**TIMEKEEPER SUMMARY:**

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.20 | $549.60 |
| | | | **1.20** | **$549.60** |

GMAC Mortgage, LLC
File No.: 1000304.00196

Invoice Date: June 18, 2013
Invoice No.: 1009255
Page: 3

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 2.70 | $1,236.60 |
| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |
| | | | **3.40** | **$1,646.10** |

### Other

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| | | | **0.40** | **$183.20** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.40** | **$234.00** |

### Other Discovery

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.90 | $412.20 |
| | | | **0.90** | **$412.20** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$3,025.10**

TOTAL FEES                                                                $3,025.10

**TOTAL BALANCE DUE**                                              **$3,025.10**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

June 18, 2013
Invoice No.: 1009258

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013

$242.00

File Number:    1000304.00203
Re:    Bates, Barrett (DC) v. GMAC Mortgage, #720605

Your File Number:  720605

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/07/13 | Exchange e-mails with Lauren Delehey regarding ███████ ████ ██████ | PRP | 0.50 | 242.00 |
| | | | 0.50 | $242.00 |

**TOTAL FEES**  $242.00

**TIMEKEEPER SUMMARY:**

| | Analysis/Strategy | | | |
|---|---|---|---|---|
| | P. R. Perdew | Partner | $484.00 | 0.50 | $242.00 |
| | | | | 0.50 | $242.00 |

**TIMEKEEPER SUMMARY TOTALS**  $242.00

TOTAL FEES  $242.00

**TOTAL BALANCE DUE**  $242.00

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



**Locke**
**Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. David Hagens
GMAC Mortgage, LLC
8500 Normandale Lake Boulevard
Minneapolis, MN 55437

June 18, 2013
Invoice No.: 1009261

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                        $503.80

File Number:        1000304.00213
Re:                 FHLB Indianapolis v. Residential, #704371

Your File Number:  704371

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/03/13 | E-mails from/to ResCap bankruptcy counsel (MoFo) re: ▮▮▮▮ ▮▮▮▮▮▮▮▮ | JMG | 0.20 | 91.60 |
| 05/06/13 | Review docket and case status and draft disclosure update at request of bankruptcy counsel (MoFo) | JMG | 0.90 | 412.20 |
| | | | 1.10 | $503.80 |

**TOTAL FEES**                                                                    **$503.80**

**TIMEKEEPER SUMMARY:**

Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.10 | $503.80 |
| | | | 1.10 | $503.80 |

**TIMEKEEPER SUMMARY TOTALS**                                                     **$503.80**

TOTAL FEES                                                                        $503.80

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00213

Invoice Date: June 18, 2013
Invoice No.: 1009261
Page: 2

**TOTAL BALANCE DUE**                                                    **$503.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                            **Via Courier:**
Locke Lord LLP                             JPMorgan Chase
24259 Network Place                        525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                     Chicago, IL   60661
                                           Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.

# Locke Lord LLP
## Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

June 18, 2013
Invoice No.: 1009262

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                    $1,447.50

File Number:     1000304.00217
Re:              Charles Schwab v. Residential, 701759

Your File Number:  701759

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/03/13 | E-mails from/to ResCap bankruptcy counsel (MoFo) re: ▮▮▮ | JMG | 0.20 | 91.60 |
| 05/06/13 | Review docket and case status and draft disclosure update at request of bankruptcy counsel (MoFo) | JMG | 0.70 | 320.60 |
| | | | 0.90 | $412.20 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/01/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 05/03/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 05/06/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 05/13/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.20 | 117.00 |
| 05/14/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 05/17/13 | E-mails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00217

Invoice Date: June 18, 2013
Invoice No.: 1009262
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/19/13 | E-mails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 05/20/13 | E-mails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 05/20/13 | Monitor and review joint defense emails re ███████ | JMG | 0.20 | 91.60 |
| 05/21/13 | E-mails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 05/28/13 | Monitor and review joint defense email re ███████ | JMG | 0.20 | 91.60 |
| 05/28/13 | Emails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| | | | **1.50** | **$826.70** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/09/13 | Monitor and review relevant joint defense e-mails and docket activity | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/02/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 05/06/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| | | | **0.20** | **$117.00** |

**TOTAL FEES**                                                                                    **$1,447.50**

**TIMEKEEPER SUMMARY:**

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.90 | $412.20 |
| | | | **0.90** | **$412.20** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| T.J. Cunningham | Partner | $585.00 | 1.10 | $643.50 |
| | | | **1.50** | **$826.70** |

GMAC Mortgage, LLC
File No.: 1000304.00217

Invoice Date: June 18, 2013
Invoice No.: 1009262
Page: 3

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**TIMEKEEPER SUMMARY TOTALS**                                              **$1,447.50**

TOTAL FEES                                                                           $1,447.50

**TOTAL BALANCE DUE**                                                      **$1,447.50**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

June 18, 2013
Invoice No.: 1009263

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                          $699.70

File Number:    1000304.00219
Re:             FHLB Boston v. Residential, #713113

Your File Number:  713113

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/03/13 | E-mails from/to ResCap bankruptcy counsel (MoFo) re: ▮ | JMG | 0.20 | 91.60 |
| 05/06/13 | Review docket and case status and draft disclosure update at request of bankruptcy counsel (MoFo) | JMG | 0.50 | 229.00 |
| | | | 0.70 | $320.60 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/28/13 | Monitor and review ECF notices re docket activity. | JMG | 0.20 | 91.60 |
| 05/31/13 | Emails from/to bankruptcy counsel ▮ | JMG | 0.30 | 137.40 |
| | | | 0.50 | $229.00 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/09/13 | Monitor and review relevant joint defense e-mails and docket activity | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |

GMAC Mortgage, LLC
File No.: 1000304.00219

Invoice Date: June 18, 2013
Invoice No.: 1009263
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/29/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | 0.10 | **$58.50** |

**TOTAL FEES** $699.70

<u>TIMEKEEPER SUMMARY:</u>

**Fact Investigation/Development**

| J. M. Goodin | Partner | $458.00 | 0.70 | $320.60 |
|---|---|---|---|---|
| | | | 0.70 | **$320.60** |

**Analysis/Strategy**

| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
|---|---|---|---|---|
| | | | 0.50 | **$229.00** |

**Other**

| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
|---|---|---|---|---|
| | | | 0.20 | **$91.60** |

**Pleadings**

| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
|---|---|---|---|---|
| | | | 0.10 | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS** $699.70

TOTAL FEES $699.70

**TOTAL BALANCE DUE** **$699.70**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC                                                            June 18, 2013
Attn: Ms. Natasha Campbell                                          Invoice No.: 1009264
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                      $1,897.80

File Number:      1000304.00220
Re:               FHLB Chicago v. Residential, #704078

Your File Number:  704078

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/03/13 | E-mails from/to ResCap bankruptcy counsel (MoFo) re: ▇▇▇▇▇ | JMG | 0.20 | 91.60 |
| 05/06/13 | Review docket and case status and draft disclosure update at request of bankruptcy counsel (MoFo) | JMG | 0.90 | 412.20 |
| | | | 1.10 | $503.80 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/06/13 | E-mails between and among joint defense counsel re ▇▇▇▇▇ | TJC | 0.10 | 58.50 |
| 05/07/13 | E-mails between and among joint defense counsel re ▇▇▇▇▇ | TJC | 0.10 | 58.50 |
| 05/07/13 | E-mails between and among joint defense counsel re ▇▇▇▇▇ | TJC | 0.10 | 58.50 |
| 05/09/13 | Emails between and among joint defense counsel re ▇▇▇▇▇ | TJC | 0.10 | 58.50 |
| 05/10/13 | Monitor and review joint defense e-mails re: ▇▇▇▇▇ | JMG | 0.30 | 137.40 |
| 05/10/13 | E-mails between and among joint defense counsel re ▇▇▇▇▇ | TJC | 0.30 | 175.50 |

GMAC Mortgage, LLC
File No.: 1000304.00220

Invoice Date: June 18, 2013
Invoice No.: 1009264
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/13/13 | E-mails between and among joint defense counsel re ███████ | TJC | 0.20 | 117.00 |
| 05/19/13 | E-mails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 05/22/13 | E-mails between and among joint defense counsel re ███████ | TJC | 0.20 | 117.00 |
| 05/23/13 | Emails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 05/31/13 | Emails from/to bankruptcy counsel ███████ | JMG | 0.30 | 137.40 |
| 05/31/13 | Emails re ███████ | TJC | 0.20 | 117.00 |
| | | | 2.10 | $1,152.30 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/09/13 | Monitor and review relevant joint defense e-mails and docket activity | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/03/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 05/06/13 | Monitor and review ECF notices re: discovery activity | JMG | 0.20 | 91.60 |
| | | | 0.30 | $150.10 |

## TOTAL FEES

$1,897.80

## TIMEKEEPER SUMMARY:

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.10 | $503.80 |
| | | | 1.10 | $503.80 |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.60 | $274.80 |
| T.J. Cunningham | Partner | $585.00 | 1.50 | $877.50 |
| | | | 2.10 | $1,152.30 |

### Other

GMAC Mortgage, LLC
File No.:  1000304.00220

Invoice Date: June 18, 2013
Invoice No.:  1009264
Page:  3

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.30** | **$150.10** |

**TIMEKEEPER SUMMARY TOTALS**                                                      **$1,897.80**

TOTAL FEES                                                                                       $1,897.80

**TOTAL BALANCE DUE**                                                                   **$1,897.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

June 18, 2013
Invoice No.: 1009265

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                  $484.00

File Number:      1000304.00222
Re:               Plymouth County, Iowa (Raymond) v. GMAC, 725977

Your File Number:  725977

| | | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 05/28/13 | | Speak with plaintiffs' counsel and Lauren Delehey regarding ███ ███████████████████ | PRP | 0.30 | 145.20 |
| | | | | 0.30 | $145.20 |

| | | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 05/17/13 | | Review opposition to plaintiffs' motion for Rule 54(b) certification for interlocutory appeal. | PRP | 0.30 | 145.20 |
| 05/31/13 | | Review plaintiffs' brief regarding Rule 54(b) certification and exchange e-mails with plaintiffs' counsel regarding correcting misstatement regarding GMACM's participation in case. | PRP | 0.40 | 193.60 |
| | | | | 0.70 | $338.80 |

**TOTAL FEES**                                                              $484.00

**TIMEKEEPER SUMMARY:**

**Settlement/Non-binding ADR**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00222

Invoice Date: June 18, 2013
Invoice No.: 1009265
Page: 2

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.30 | $145.20 |
| | | | **0.30** | **$145.20** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.70 | $338.80 |
| | | | **0.70** | **$338.80** |

**TIMEKEEPER SUMMARY TOTALS**                                        **$484.00**

TOTAL FEES                                                                              $484.00

**TOTAL BALANCE DUE**                                                       **$484.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

June 18, 2013
Invoice No.: 1009266

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                        $54.00

File Number:     1000304.00224
Re:              Bates, Barrett (New Jersey) v. GMAC Mortgage, 725793

Your File Number:  725793

| Dispositive Motions | ATTY | HOURS | VALUE |
|---|---|---|---|
| 05/03/13   Analyze final executed order of dismissal. | JNF | 0.10 | 54.00 |
|  |  | 0.10 | $54.00 |

**TOTAL FEES**                                                                    $54.00

**TIMEKEEPER SUMMARY:**

**Dispositive Motions**

| | | | HOURS | VALUE |
|---|---|---|---|---|
| J.N Froehlich | Partner | $540.00 | 0.10 | $54.00 |
|  |  |  | 0.10 | $54.00 |

**TIMEKEEPER SUMMARY TOTALS**                                                     $54.00

TOTAL FEES                                                                        $54.00

**TOTAL BALANCE DUE**                                                             $54.00

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

June 18, 2013
Invoice No.: 1009267

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                    $2,749.50

File Number:        1000304.00230
Re:                 Massachusetts Recording Fee Litigation, 727116

Your File Number:  727116

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/01/13 | E-mails between and among joint defense counsel re ███ | TJC | 0.20 | 117.00 |
| 05/06/13 | E-mails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 05/08/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 05/09/13 | E-mails between and among joint defense counsel re ███ | TJC | 0.20 | 117.00 |
| 05/10/13 | E-mails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 05/14/13 | E-mails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 05/15/13 | Emails between and among joint defense counsel re ███ | TJC | 0.30 | 175.50 |
| 05/16/13 | E-mails between and among joint defense counsel re ███ | TJC | 0.20 | 117.00 |
| 05/22/13 | E-mails between and among joint defense counsel re ███ | TJC | 0.30 | 175.50 |
| 05/31/13 | Emails between and among joint defense counsel re ███ | TJC | 2.00 | 1,170.00 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00230

Invoice Date: June 18, 2013
Invoice No.: 1009267
Page: 2

| Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| | | 3.60 | $2,106.00 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/06/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 05/13/13 | E-mails between and among joint defense counsel re ███████ | TJC | 0.20 | 117.00 |
| 05/17/13 | E-mails between and among joint defense counsel re ███████ | TJC | 0.20 | 117.00 |
| 05/29/13 | Review of draft motion to dismiss complaint and emails re ███ | TJC | 0.40 | 234.00 |
| 05/30/13 | Review motion to consolidate and emails re ███ | TJC | 0.20 | 117.00 |
| | | | 1.10 | $643.50 |

**TOTAL FEES**                                                                  **$2,749.50**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 3.60 | $2,106.00 |
|---|---|---|---|---|
| | | | 3.60 | $2,106.00 |

**Pleadings**

| T.J. Cunningham | Partner | $585.00 | 1.10 | $643.50 |
|---|---|---|---|---|
| | | | 1.10 | $643.50 |

**TIMEKEEPER SUMMARY TOTALS**                                          **$2,749.50**

TOTAL FEES                                                                          $2,749.50

**TOTAL BALANCE DUE**                                                        **$2,749.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.

# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

June 18, 2013
Invoice No.: 1009268

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                          $234.00

| File Number: | 1000304.00236 |
|---|---|
| Re: | Jackson County, MO, Recording Fee Litigation, 727570 |

Your File Number: 727570

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/28/13 | Email re ███████████████ ████████ | TJC | 0.10 | 58.50 |
| | | | 0.10 | $58.50 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/02/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 05/20/13 | Review of defendants' suggestion in opposition to request for entry of Rule 54 judgment. | TJC | 0.20 | 117.00 |
| | | | 0.30 | $175.50 |

**TOTAL FEES**                                                                      $234.00

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00236

Invoice Date: June 18, 2013
Invoice No.: 1009268
Page: 2

**Analysis/Strategy**

|  |  |  | 0.10 | $58.50 |
|---|---|---|---|---|

**Pleadings**

| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
|---|---|---|---|---|
|  |  |  | 0.30 | $175.50 |

**TIMEKEEPER SUMMARY TOTALS** — $234.00

TOTAL FEES — $234.00

**TOTAL BALANCE DUE** — $234.00

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Don Booth
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, Minnesota

June 18, 2013
Invoice No.: 1009269

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                $1,179.40

File Number:       1000304.00246
Re:                Hairston v. Residential Capital, LLC, et al., 728660

Your File Number:  728660

| | | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 05/03/13 | | Correspondence with D. Booth re ███████ | RJM | 0.50 | 264.00 |
| 05/03/13 | | Various e-mails from/to D. Booth and R. McClendon re: ███ | JMG | 0.50 | 229.00 |
| 05/20/13 | | Correspondence with D. Booth re ███████ | RJM | 0.40 | 211.20 |
| 05/21/13 | | Telephone conference with R. Salaeo re ███████ | RJM | 0.30 | 158.40 |
| 05/22/13 | | Correspondence with D. Booth re ███████ | RJM | 0.20 | 105.60 |
| | | | | 1.90 | $968.20 |

| | | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 05/21/13 | | Conference call with GMAC and bankruptcy counsel re ███ | RJM | 0.40 | 211.20 |
| | | | | 0.40 | $211.20 |

**TOTAL FEES**                                                         **$1,179.40**

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00246

Invoice Date: June 18, 2013
Invoice No.: 1009269
Page: 2

## TIMEKEEPER SUMMARY:

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| R. J. McClendon | Senior Counsel | $528.00 | 1.40 | $739.20 |
| | | | **1.90** | **$968.20** |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 0.40 | $211.20 |
| | | | **0.40** | **$211.20** |

**TIMEKEEPER SUMMARY TOTALS**                                              **$1,179.40**

TOTAL FEES                                                                          $1,179.40

**TOTAL BALANCE DUE**                                                       **$1,179.40**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                              **Via Courier:**
Locke Lord LLP                            JPMorgan Chase
24259 Network Place                     525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                 Chicago, IL  60661
                                                  Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
GMAC Mortgage, LLC
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

June 25, 2013
Invoice No.: 1015175

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                  $1,613.00

File Number:      1000304.00260
Re:               4935 W Hubbard, Chicago, IL (Clara Williamson), 730893

Your File Number:  730893

| **Analysis/Strategy** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/16/13 | Review servicing notes regarding documentation for service transfer date. | DFS | 0.50 | 132.00 |
| 05/17/13 | Draft email to K. Priore regarding ▆▆▆▆▆▆▆▆▆ | DFS | 0.20 | 52.80 |
| 05/20/13 | Review of servicing release letter and e-mails re ▆▆ | TJC | 0.20 | 117.00 |
| 05/20/13 | E-mails re ▆▆▆▆▆▆▆ | TJC | 0.20 | 117.00 |
| 05/20/13 | Draft supplemental affidavit in support of motion for summary judgment. | DFS | 1.30 | 343.20 |
| | | | 2.40 | $762.00 |

| **Dispositive Motions** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/20/13 | Develop strategy for supplemental affidavit to support motion for summary judgment. | JCW | 0.20 | 59.00 |
| | | | 0.20 | $59.00 |

| **Oral Arguments** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/16/13 | Prepare for and attend hearing on motion for summary judgment. | DFS | 3.00 | 792.00 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00260

Invoice Date: June 25, 2013
Invoice No.: 1015175
Page: 2

| Oral Arguments | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 3.00 | $792.00 |

**TOTAL FEES** | | | | **$1,613.00**

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| D. F. Standa | Associate | $264.00 | 2.00 | $528.00 |
| | | | **2.40** | **$762.00** |

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

**Oral Arguments**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 3.00 | $792.00 |
| | | | **3.00** | **$792.00** |

**TIMEKEEPER SUMMARY TOTALS** | | | | **$1,613.00**

TOTAL FEES | | | | $1,613.00

**TOTAL BALANCE DUE** | | | | **$1,613.00**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Elizabeth DeSilva
GMAC Mortgage, LLC
2711 N. Haskell Ave, Suite 900
Dallas, TX 75204

June 18, 2013
Invoice No.: 1009276

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                    <u>$58.50</u>

File Number:      1000304.00261
Re:               Phillips, Ryan v. GMAC Mortgage, 731251

Your File Number: 731251

| | **Analysis/Strategy** | | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|---|
| 05/06/13 | E-mail from Kirsten Castaneda re███████ | | TJC | 0.10 | 58.50 |
| | | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                                    **$58.50**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | | |
|---|---|---|---|---|---|
| T.J. Cunningham | | Partner | $585.00 | 0.10 | $58.50 |
| | | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                     **$58.50**

TOTAL FEES                                                                        $58.50

**TOTAL BALANCE DUE**                                                             **$58.50**

PLEASE REMIT PAYMENT TO:



# Locke
# Lord
### LLP
#### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

June 18, 2013
Invoice No.: 1009277

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                    $7,818.10

File Number:    1000304.00267
Re:             GMAC Mortgage v. Koenig & Strey, #722926

Your File Number:  722926

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/06/13 | Revise draft motion to compel. | PRP | 0.30 | 145.20 |
| 05/16/13 | Begin drafting motion for summary judgment. | PRP | 1.90 | 919.60 |
| 05/16/13 | Draft first amended complaint. | RMH | 0.40 | 118.00 |
| 05/17/13 | Research and investigation ability to collect attorneys fees and pre-judgment interest in indemnification case; revise draft amended complaint. | RMH | 1.50 | 442.50 |
| 05/17/13 | Continue drafting motion for summary judgment. | PRP | 5.30 | 2,565.20 |
| 05/28/13 | Draft motion for leave to file first amended complaint. | RMH | 0.60 | 177.00 |
| 05/29/13 | Finalize draft motion for leave to file amended complaint and draft amended complaint and attend to filing. | RMH | 1.00 | 295.00 |
| 05/29/13 | Review and revise motion for leave to file amended complaint. | PRP | 0.20 | 96.80 |
| | | | **11.20** | **$4,759.30** |

| | Written Discovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/03/13 | Exchange emails with opposing counsel regarding ███████ | RMH | 0.20 | 59.00 |
| 05/06/13 | Exchange e-mails with defendants' counsel regarding ███████ | PRP | 0.20 | 96.80 |

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: June 18, 2013
Invoice No.: 1009277
Page: 2

### Written Discovery

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/08/13 | Review Koenig & Strey's communications regarding ████████ | PRP | 0.20 | 96.80 |
| 05/13/13 | Review Koenig & Strey's responses to discovery requests and outline deficiencies. | PRP | 0.70 | 338.80 |
| | | | **1.30** | **$591.40** |

### Depositions

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/04/13 | Prepare outline for upcoming deposition of K&S's corporate representative. | RMH | 1.70 | 501.50 |
| 05/09/13 | Continue email exchanges with opposing counsel ████████████ | RMH | 0.20 | 59.00 |
| 05/21/13 | Draft meet and confer email to opposing counsel regarding ██████ | RMH | 0.30 | 88.50 |
| 05/22/13 | Revise, supplement, and send email to opposing counsel in compliance with court-mandated meet and confer obligation regarding identifying and producing witnesses. | RMH | 0.40 | 118.00 |
| 05/22/13 | Revise draft e-mail to Koenig & Strey counsel regarding ██████ | PRP | 0.10 | 48.40 |
| | | | **2.70** | **$815.40** |

### Discovery Motions

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/06/13 | Engage in multiple communications with opposing counsel regarding ████████████; draft and attend to filing motion to compel against K&S for failing to meet its discovery obligations. | RMH | 2.60 | 767.00 |
| 05/08/13 | Inform opposing counsel that we cannot proceed with the scheduled deposition given K&S's refusal to provide written discovery responses; strategize with R. Perdew regarding upcoming hearing on our motion to compel. | RMH | 0.30 | 88.50 |
| 05/13/13 | Prepare for hearing on our motion to compel; attend and participate in oral argument on motion to compel; confer with R. Perdew regarding hearing and going forward strategy. | RMH | 2.30 | 678.50 |
| 05/14/13 | Update L. Delehey regarding ████████████ | RMH | 0.40 | 118.00 |
| | | | **5.60** | **$1,652.00** |

## TOTAL FEES                                                                    $7,818.10

## TIMEKEEPER SUMMARY:

### Pleadings

| Name | Title | Rate | Hours | Value |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 7.70 | $3,726.80 |

GMAC Mortgage, LLC
File No.:  1000304.00267

Invoice Date: June 18, 2013
Invoice No.:  1009277
Page:  3

### Pleadings

| R.M. Holz | Associate | $295.00 | 3.50 | $1,032.50 |
|---|---|---|---|---|
| | | | **11.20** | **$4,759.30** |

### Written Discovery

| P. R. Perdew | Partner | $484.00 | 1.10 | $532.40 |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 0.20 | $59.00 |
| | | | **1.30** | **$591.40** |

### Depositions

| P. R. Perdew | Partner | $484.00 | 0.10 | $48.40 |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 2.60 | $767.00 |
| | | | **2.70** | **$815.40** |

### Discovery Motions

| R.M. Holz | Associate | $295.00 | 5.60 | $1,652.00 |
|---|---|---|---|---|
| | | | **5.60** | **$1,652.00** |

## TIMEKEEPER SUMMARY TOTALS                                        $7,818.10

TOTAL FEES                                                                       $7,818.10

## TOTAL BALANCE DUE                                                    $7,818.10

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

June 18, 2013
Invoice No.: 1009278

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                    $351.00

File Number:     1000304.00271
Re:              1637 S. Kedvale, Chicago, IL (Jermaine Williams), #732238

Your File Number:  732238

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/13/13 | E-mails re ████████████ | TJC | 0.30 | 175.50 |
| 05/17/13 | E-mail ████████████ | TJC | 0.20 | 117.00 |
| | | | 0.50 | $292.50 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/21/13 | E-mails re ████████ | TJC | 0.10 | 58.50 |
| | | | 0.10 | $58.50 |

**TOTAL FEES**                                                            **$351.00**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00271

Invoice Date: June 18, 2013
Invoice No.: 1009278
Page: 2

**Analysis/Strategy**

|  |  |  | 0.50 | $292.50 |
|---|---|---|---|---|

**Pleadings**

| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
|---|---|---|---|---|
|  |  |  | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                       **$351.00**

TOTAL FEES                                                    $351.00

**TOTAL BALANCE DUE**                                               **$351.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord
###### LLP
##### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

June 18, 2013
Invoice No.: 1009279

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                    $877.50

File Number:       1000304.00283
Re:                Lugo, Sandra v. GMAC Mortgage, LLC, #734282

Your File Number:   734282

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/01/13 | E-mails to and from Michael Gravink and Dawn Dawsey re ███████ ████████████████████████████████ | TJC | 0.30 | 175.50 |
| 05/23/13 | Emails re ████ ████████████████████ | TJC | 0.20 | 117.00 |
| 05/24/13 | Email from Don Booth re ████████ ████████████████ | TJC | 0.30 | 175.50 |
| 05/28/13 | Emails re ████████████████████████ | TJC | 0.10 | 58.50 |
| | | | **0.90** | **$526.50** |

| | **Settlement/Non-binding ADR** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/01/13 | E-mails from and to Jennifer Kinney re ████████████ | TJC | 0.30 | 175.50 |
| 05/01/13 | Telephone conference with Jennifer Kinney re ████ | TJC | 0.30 | 175.50 |
| | | | **0.60** | **$351.00** |

**TOTAL FEES**                                                                $877.50

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00283

Invoice Date: June 18, 2013
Invoice No.: 1009279
Page: 2

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| | | | **0.90** | **$526.50** |

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.60 | $351.00 |
| | | | **0.60** | **$351.00** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$877.50** |
| TOTAL FEES | $877.50 |
| **TOTAL BALANCE DUE** | **$877.50** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

June 18, 2013
Invoice No.: 1009280

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                           $147.50

| | | |
|---|---|---|
| File Number: | 1000304.00285 | |
| Re: | 6032 S. Lafayette (McCamey). #734245 | |

Your File Number:  734245

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Other** | | | | |
| 05/30/13 | Analyze docket calendar entry to determine if new proceeding is related to proceeding we handled for GMAC Mortgage in late 2012. | JCW | 0.50 | 147.50 |
| | | | **0.50** | **$147.50** |

| | |
|---|---|
| **TOTAL FEES** | **$147.50** |

**TIMEKEEPER SUMMARY:**

**Other**

| | | | HOURS | VALUE |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.50 | $147.50 |
| | | | **0.50** | **$147.50** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$147.50** |
| TOTAL FEES | $147.50 |
| **TOTAL BALANCE DUE** | **$147.50** |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Donald Booth
Residential Capital, LLC
8400 Normandale Lake Blvd
Minneapolis, MN 55437

June 18, 2013
Invoice No.: 1009281

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                     $269.70

File Number:        1000304.00286
Re:                 Craig, Jana v. GMAC Mortgage, LLC #734793

Your File Number:  734793

|          | Analysis/Strategy                         | ATTY | HOURS | VALUE   |
|----------|-------------------------------------------|------|-------|---------|
| 05/15/13 | Emails re ███                             | TJC  | 0.10  | 58.50   |
| 05/15/13 | Check docket to confirm dismissal.        | RJM  | 0.20  | 105.60  |
| 05/15/13 | Correspondence with D. Booth re ███████   | RJM  | 0.20  | 105.60  |
|          |                                           |      | 0.50  | $269.70 |

**TOTAL FEES**                                                                 $269.70

**TIMEKEEPER SUMMARY:**

### Analysis/Strategy

| Name           |                | Rate     | Hours | Value    |
|----------------|----------------|----------|-------|----------|
| T.J. Cunningham | Partner        | $585.00  | 0.10  | $58.50   |
| R. J. McClendon | Senior Counsel | $528.00  | 0.40  | $211.20  |
|                |                |          | 0.50  | $269.70  |

**TIMEKEEPER SUMMARY TOTALS**                                                  $269.70

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00286

Invoice Date: June 18, 2013
Invoice No.: 1009281
Page: 2

| | |
|---|---|
| TOTAL FEES | $269.70 |
| **TOTAL BALANCE DUE** | **$269.70** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

June 18, 2013
Invoice No.: 1009282

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                    $1,290.00

File Number:        1000304.00290
Re:                 Singh, James v. ETS Services LLC, 735143

Your File Number:  735143

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/28/13 | Analyze notice of appeal and Ninth Circuit docketing information. | RJM | 0.30 | 158.40 |
| 05/28/13 | Correspondence with D. Booth re ███████████ | RJM | 0.30 | 158.40 |
| 05/28/13 | Review of notice of appeal received today and emails re ███ | TJC | 0.20 | 117.00 |
| 05/29/13 | Email from Don Booth re ███████ | TJC | 0.10 | 58.50 |
| 05/30/13 | Draft notice of bankruptcy for filing in Ninth Circuit. | RJM | 0.70 | 369.60 |
| 05/31/13 | Analyze 9th Circuit rules re ████████ | RJM | 0.40 | 211.20 |
| 05/31/13 | Correspondence with D. Booth re ████████████ | RJM | 0.30 | 158.40 |
| 05/31/13 | Emails re ███████ | TJC | 0.10 | 58.50 |
| | | | 2.40 | $1,290.00 |

**TOTAL FEES**                                                                $1,290.00

**TIMEKEEPER SUMMARY:**

**Pleadings**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00290

Invoice Date: June 18, 2013
Invoice No.:  1009282
Page: 2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| R. J. McClendon | Senior Counsel | $528.00 | 2.00 | $1,056.00 |
| | | | **2.40** | **$1,290.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                 **$1,290.00**

TOTAL FEES                                                                             $1,290.00

**TOTAL BALANCE DUE**                                                          **$1,290.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

June 18, 2013
Invoice No.: 1009283

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                    $91.60

File Number:     1000304.00292
Re:              Roussel, Eric v. Homecomings Financial, LLC

Your File Number: 736110

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/03/13 | Review status. | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |

**TOTAL FEES**                                                               **$91.60**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | HOURS | VALUE |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | 0.20 | $91.60 |

**TIMEKEEPER SUMMARY TOTALS**                                                **$91.60**

TOTAL FEES                                                                   $91.60

**TOTAL BALANCE DUE**                                                        **$91.60**

PLEASE REMIT PAYMENT TO:

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



**Locke**

**Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

June 18, 2013
Invoice No.: 1009284

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                        $358.70

File Number:        1000304.00293
Re:                 Combs v. Residential Funding Company, et al., 736621

Your File Number:  736621

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/03/13 | Review status. | JMG | 0.20 | 91.60 |
| 05/04/13 | Review of status and e-mails re same. | TJC | 0.30 | 175.50 |
| 05/15/13 | Review docket status. | JMG | 0.20 | 91.60 |
| | | | **0.70** | **$358.70** |

**TOTAL FEES**                                                                    **$358.70**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.70** | **$358.70** |

**TIMEKEEPER SUMMARY TOTALS**                                                     **$358.70**

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00293

Invoice Date: June 18, 2013
Invoice No.:  1009284
Page:  2

TOTAL FEES                                                                                          $358.70

**TOTAL BALANCE DUE**                                                                      **$358.70**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                                    **Via Courier:**
Locke Lord LLP                                  JPMorgan Chase
24259 Network Place                         525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                      Chicago, IL   60661
                                                      Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

June 18, 2013
Invoice No.: 1009285

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                    $464.30

File Number:        1000304.00294
Re:                 Gerona, Emmanuel v. Homecomings Financial, LLC, 736407

Your File Number: 736407

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/03/13 | Review status. | JMG | 0.20 | 91.60 |
| 05/04/13 | Review of status and e-mails re same. | TJC | 0.30 | 175.50 |
| 05/15/13 | Review docket status. | JMG | 0.20 | 91.60 |
| 05/15/13 | Review court online docket re case status/ dismissal. | RJM | 0.20 | 105.60 |
| | | | **0.90** | **$464.30** |

**TOTAL FEES**                                                                 **$464.30**

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| R. J. McClendon | Senior Counsel | $528.00 | 0.20 | $105.60 |
| | | | **0.90** | **$464.30** |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00294

Invoice Date: June 18, 2013
Invoice No.: 1009285
Page: 2

**TIMEKEEPER SUMMARY TOTALS**                                   **$464.30**

TOTAL FEES                                                       $464.30

**TOTAL BALANCE DUE**                                           **$464.30**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>                        <u>Via Courier:</u>
Locke Lord LLP                       JPMorgan Chase
24259 Network Place                  525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242               Chicago, IL   60661
                                     Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

June 18, 2013
Invoice No.: 1009286

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                    $336.60

File Number:        1000304.00295
Re:                 REO NY Holdings, Inc. v. GMAC Mortgage, LLC, 736885

Your File Number:  736885

| | **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/10/13 | Review status and follow-up | JMG | 0.20 | 91.60 |
| 05/15/13 | Review docket status. | JMG | 0.20 | 91.60 |
| 05/30/13 | Review file status and follow-up email to plaintiff's counsel. | JMG | 0.30 | 137.40 |
| | | | **0.70** | **$320.60** |

**TOTAL FEES**                                                          **$320.60**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.70 | $320.60 |
| | | | **0.70** | **$320.60** |

**TIMEKEEPER SUMMARY TOTALS**                                          **$320.60**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00295

Invoice Date: June 18, 2013
Invoice No.: 1009286
Page: 2

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| 05/17/13 | United Lawyers Service Inc. - Fee for filing Notice of Bankruptcy and Effect of Automatic Stay. | 16.00 |
| | TOTAL EXPENSES | $16.00 |

| | |
|---|---|
| TOTAL FEES | $320.60 |
| TOTAL EXPENSES | $16.00 |
| TOTAL FEES AND EXPENSES | $336.60 |
| **TOTAL BALANCE DUE** | **$336.60** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Kathy Priore
8400 Normandale Blvd
Bloomington, MN 77437

June 18, 2013
Invoice No.: 1009288

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                              $5,053.05

File Number:        1000304.00297
Re:                 Rozier, Karen v. GMAC Mortgage LLC, 737375

Your File Number:  737375

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/07/13 | E-mails re ███████████ and review of filings related to demurrer received today. | TJC | 0.30 | 175.50 |
| 05/08/13 | E-mails re ████████████ and issues related to same. | TJC | 0.20 | 117.00 |
| 05/08/13 | Review of tentative ruling on motion for reconsideration. | TJC | 0.20 | 117.00 |
| 05/10/13 | Email conference with Beltran and Rodriguez re: ██████████ | CL | 0.10 | 23.60 |
| 05/10/13 | Email conference with clients re: ████████. | CL | 0.10 | 23.60 |
| 05/10/13 | Review of e-mails summarizing today's hearing and dismissal of individual employees while preserving transfer of case to favorable judge | TJC | 0.20 | 117.00 |
| 05/13/13 | E-mails with Karen Rozier regarding ████ | TJC | 0.20 | 117.00 |
| 05/13/13 | E-mail re: ███████████ | TJC | 0.20 | 117.00 |
| 05/13/13 | Email conference with plaintiff re: ████████████████████ | CL | 0.10 | 23.60 |
| 05/13/13 | Telephone conference with L. Rodriguez - █████████████ | CL | 0.10 | 23.60 |
| 05/14/13 | Review notice of ruling on demurrers to SAC. | CL | 0.10 | 23.60 |
| 05/21/13 | Monitor docket re: minute order dismissing client from action. | CL | 0.10 | 23.60 |
| 05/21/13 | Email correspondence with client re: ████████████ | CL | 0.10 | 23.60 |

GMAC Mortgage, LLC
File No.: 1000304.00297

Invoice Date: June 18, 2013
Invoice No.: 1009288
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/21/13 | Email correspondence with plaintiffs re: ███████ | CL | 0.10 | 23.60 |
| 05/23/13 | Emails re ███████ emails re ███████ | TJC | 0.30 | 175.50 |
| 05/31/13 | Review emails from Plaintiffs re: ███████ | CL | 0.10 | 23.60 |
| | | | **2.50** | **$1,148.40** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/23/13 | Review plaintiff's ex parte application to "correct" minute order. | CL | 0.20 | 47.20 |
| | | | **0.20** | **$47.20** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/07/13 | Preparation for hearing on demurrer. | NH | 0.20 | 79.20 |
| 05/08/13 | Review tentative ruling on demurrer. | NH | 0.20 | 79.20 |
| 05/09/13 | Preparation for demurrer hearing. | NH | 0.20 | 79.20 |
| 05/10/13 | Review report re: demurrer hearing and dismissal. | NH | 0.20 | 79.20 |
| 05/14/13 | Review notice of ruling on demurrers and re: stipulated dismissal of individual defendants. | NH | 0.10 | 39.60 |
| 05/22/13 | Review minute order re: demurrer and OSC re: consolidation. | NH | 0.10 | 39.60 |
| 05/22/13 | Review of notice of minute order and transcript received today and e-mails re same. | TJC | 0.30 | 175.50 |
| 05/23/13 | Email conference with co-counsel re: ███████ | CL | 0.10 | 23.60 |
| | | | **1.40** | **$595.10** |

| | Court Mandated Conferences | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/01/13 | Prepare for case management conference. | NH | 0.20 | 79.20 |
| 05/02/13 | Review report re: case management conference and osc re: sanctions from counsel for GMAC. | NH | 0.10 | 39.60 |
| 05/02/13 | Attend status conference. | CL | 1.10 | 259.60 |
| 05/02/13 | Review email from co-counsel re: Case Management Conference. | CL | 0.10 | 23.60 |
| | | | **1.50** | **$402.00** |

| | Other Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/08/13 | Prepare for demurrer hearing. | CL | 3.70 | 873.20 |
| 05/10/13 | Prepare for and attend demurrer hearing. | CL | 5.20 | 1,227.20 |
| | | | **8.90** | **$2,100.40** |

GMAC Mortgage, LLC
File No.: 1000304.00297

Invoice Date: June 18, 2013
Invoice No.: 1009288
Page: 3

**TOTAL FEES**                                                                          **$4,293.10**

**TIMEKEEPER SUMMARY:**

    **Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.60 | $936.00 |
| C. Lee | Associate | $236.00 | 0.90 | $212.40 |
| | | | **2.50** | **$1,148.40** |

    **Other**

| | | | | |
|---|---|---|---|---|
| C. Lee | Associate | $236.00 | 0.20 | $47.20 |
| | | | **0.20** | **$47.20** |

    **Pleadings**

| | | | | |
|---|---|---|---|---|
| N. Huerta | Partner | $396.00 | 1.00 | $396.00 |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| C. Lee | Associate | $236.00 | 0.10 | $23.60 |
| | | | **1.40** | **$595.10** |

    **Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| N. Huerta | Partner | $396.00 | 0.30 | $118.80 |
| C. Lee | Associate | $236.00 | 1.20 | $283.20 |
| | | | **1.50** | **$402.00** |

    **Other Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| C. Lee | Associate | $236.00 | 8.90 | $2,100.40 |
| | | | **8.90** | **$2,100.40** |

**TIMEKEEPER SUMMARY TOTALS**                                                          **$4,293.10**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 05/02/13 | Litigation Support Vendors - File Appearance, Demurrer, and Request for Judicial Notice. | 520.50 |

GMAC Mortgage, LLC
File No.: 1000304.00297

Invoice Date: June 18, 2013
Invoice No.: 1009288
Page: 4

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| 05/07/13 | CourtCall LLC - Case Management Conference | 78.00 |
| 05/09/13 | Litigation Support Vendors - Filing of Case Management Statement. | 9.95 |
| 05/15/13 | Obtain copy of transcript from 05/10/13 Demurrer Hearing | 96.00 |
| 05/17/13 | Orange County Superior Court - Acquire copies of pleadings | 7.50 |
| 05/17/13 | Orange County Superior Court - Acquire copies of pleadings | 7.50 |
| 05/17/13 | Orange County Superior Court - Acquire copies of pleadings | 15.00 |
| 05/21/13 | Litigation Support Vendors - e-Filing/Reply ISO Demurrer to 2nd Amended Complaint. | 9.00 |
| 05/21/13 | Litigation Support Vendors - e-Filing/Response to Plaintiff's Ex Parte Application for Reconsideration re: Case Reassignment. | 9.00 |
| 05/24/13 | Business expense of Christopher Lee on 05/21/13 to Obtain Copy of 05/10/13 minute order | 7.50 |
| | TOTAL EXPENSES | $759.95 |

| | |
|---|---|
| TOTAL FEES | $4,293.10 |
| TOTAL EXPENSES | $759.95 |
| TOTAL FEES AND EXPENSES | $5,053.05 |
| **TOTAL BALANCE DUE** | **$5,053.05** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL 60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Jance Hoy
1100 Virginia Dr
Fort Washington, PA 19034
janice.hoy@gmacrescap.com

June 25, 2013
Invoice No.: 1015176

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                    $1,493.10

File Number:    1000304.00299
Re:             206 W 113th, Chicago, IL (Harris)

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/23/13 | Phone call with counsel for current titleholder to the property regarding attendance at tomorrow's hearing. | DFS | 0.30 | 79.20 |
| 05/23/13 | Emails re ███ | TJC | 0.10 | 58.50 |
| 05/24/13 | Analyze recently filed Circuit Court action in preparation for client update. | NO | 0.40 | 112.00 |
| 05/28/13 | Email J. Hoy regarding ███ | DFS | 0.30 | 79.20 |
| 05/29/13 | Review internal emails provided by J. Hoy regarding ███ | DFS | 0.10 | 26.40 |
| 05/29/13 | Email from Jance Hoy re ███ | TJC | 0.20 | 117.00 |
| 05/31/13 | Review of emails re ███ | TJC | 0.20 | 117.00 |
| 05/31/13 | Exchange emails with counsel for MO Seven regarding ███ | DFS | 0.20 | 52.80 |
| | | | 1.80 | $642.10 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/22/13 | E-mails with litigation team regarding ███ | JCW | 0.20 | 59.00 |
| 05/28/13 | E-mails regarding ███ | JCW | 0.20 | 59.00 |
| | | | 0.40 | $118.00 |

GMAC Mortgage, LLC
File No.: 1000304.00299

Invoice Date: June 25, 2013
Invoice No.: 1015176
Page: 2

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/24/13 | Emails re ███████████████████████████ | TJC | 0.10 | 58.50 |
| 05/24/13 | Draft brief memo to file regarding administrative hearing. | NO | 0.20 | 56.00 |
| 05/28/13 | Emails re ████████████████████████ ███████████████████████████ | TJC | 0.10 | 58.50 |
| | | | **0.40** | **$173.00** |

| | Trial and Hearing Attendance | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/24/13 | Attend administrative hearing at which administrative suit was dismissed. | NO | 1.60 | 448.00 |
| 05/24/13 | Preparation for administrative hearing regarding ██████████ ████████ | NO | 0.40 | 112.00 |
| | | | **2.00** | **$560.00** |

## TOTAL FEES                                                                                    $1,493.10

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| D. F. Standa | Associate | $264.00 | 0.90 | $237.60 |
| N. O'Conner | Associate | $280.00 | 0.40 | $112.00 |
| | | | **1.80** | **$642.10** |

### Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.40 | $118.00 |
| | | | **0.40** | **$118.00** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| N. O'Conner | Associate | $280.00 | 0.20 | $56.00 |
| | | | **0.40** | **$173.00** |

### Trial and Hearing Attendance

GMAC Mortgage, LLC
File No.:  1000304.00299

Invoice Date: June 25, 2013
Invoice No.:  1015176
Page:  3

**Trial and Hearing Attendance**

| | | | | |
|---|---|---|---|---|
| N. O'Conner | Associate | $280.00 | 2.00 | $560.00 |
| | | | **2.00** | **$560.00** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$1,493.10**

TOTAL FEES                                                          $1,493.10

**TOTAL BALANCE DUE**                                            **$1,493.10**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Kathy Price
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

June 18, 2013
Invoice No.: 1009290

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                    $1,929.60

File Number:      1000304.00300
Re:               6346 S Ellis (Samuels)

Your File Number:  2013-05-EO7866

| Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|
| 05/09/13 Conduct search via Cook County Recorder of Deeds to determine whether anything new (specifically a Sheriff's Deed) has been recorded since we last checked their records in early April; e-mail to litigation team ███████████ | TBT | 0.20 | 47.60 |
| | | **0.20** | **$47.60** |

| Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| 05/03/13 E-mails re ███████████ | TJC | 0.20 | 117.00 |
| 05/08/13 E-mail from Mike Gravink at Green Tree ███████████ ███████████ | TJC | 0.10 | 58.50 |
| 05/09/13 Emails to/from Julie Webb re ███████████ | TJC | 0.20 | 117.00 |
| 05/09/13 Emails from Peter Dalpiaz at Green Tree re ███████ | TJC | 0.10 | 58.50 |
| 05/13/13 E-mails re ███████████ | TJC | 0.20 | 117.00 |
| 05/22/13 E-mails re ███████████ | TJC | 0.20 | 117.00 |
| 05/28/13 Emails re ███████████ | TJC | 0.30 | 175.50 |

GMAC Mortgage, LLC
File No.: 1000304.00300

Invoice Date: June 18, 2013
Invoice No.: 1009290
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 1.30 | $760.50 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/01/13 | Leave voicemail for Green Tree regarding ███████████ | JCW | 0.10 | 29.50 |
| 05/03/13 | Leave voicemail for Green Tree regarding ███████ | JCW | 0.10 | 29.50 |
| 05/09/13 | Review revised title search to determine if foreclosure was completed per Green Tree's representation. | JCW | 0.20 | 59.00 |
| 05/09/13 | E-mails with Green Tree regarding ██████████ | JCW | 0.20 | 59.00 |
| 05/13/13 | E-mail to Green Tree ████████████ | JCW | 0.10 | 29.50 |
| 05/22/13 | E-mails with Green Tree regarding ███████████ | JCW | 0.20 | 59.00 |
| 05/28/13 | E-mail to GMAC Mortgage regarding ███████████ | JCW | 0.20 | 59.00 |
| 05/28/13 | E-mail to Green Tree regarding ███████████ | JCW | 0.20 | 59.00 |
| | | | 1.30 | $383.50 |

| | Trial and Hearing Attendance | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/28/13 | Draft brief memo regarding case management hearing. | NO | 0.20 | 56.00 |
| 05/28/13 | Analyze case file and docket in preparation for case management hearing. | NO | 0.40 | 112.00 |
| 05/28/13 | Attend case management hearing. | NO | 1.30 | 364.00 |
| | | | 1.90 | $532.00 |

**TOTAL FEES**                                                    **$1,723.60**

**TIMEKEEPER SUMMARY:**

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.20 | $47.60 |
| | | | 0.20 | $47.60 |

**Analysis/Strategy**

GMAC Mortgage, LLC
File No.:  1000304.00300

Invoice Date: June 18, 2013
Invoice No.:  1009290
Page: 3

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.30 | $760.50 |
| | | | **1.30** | **$760.50** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.30 | $383.50 |
| | | | **1.30** | **$383.50** |

**Trial and Hearing Attendance**

| | | | | |
|---|---|---|---|---|
| N. O'Conner | Associate | $280.00 | 1.90 | $532.00 |
| | | | **1.90** | **$532.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$1,723.60**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 05/22/13 | Clerk of the Circuit Court of Cook County - Appearance fee. | 206.00 |
| | TOTAL EXPENSES | $206.00 |

TOTAL FEES                                                                              $1,723.60

TOTAL EXPENSES                                                                        $206.00

TOTAL FEES AND EXPENSES                                                          $1,929.60

**TOTAL BALANCE DUE**                                                              **$1,929.60**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

June 18, 2013
Invoice No.: 1009292

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                    $267.10

File Number:     1000304.00301
Re:              Monga v. GMAC Mortgage LLC, 2013-05-EI7810

Your File Number: 2013-05-EI7810

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/04/13 | Review of status and e-mails re ■ | TJC | 0.30 | 175.50 |
| 05/15/13 | Review docket status. | JMG | 0.20 | 91.60 |
| | | | **0.50** | **$267.10** |

**TOTAL FEES**                                                                $267.10

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.50** | **$267.10** |

**TIMEKEEPER SUMMARY TOTALS**                                                 $267.10

TOTAL FEES                                                                    $267.10

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00301

Invoice Date: June 18, 2013
Invoice No.:  1009292
Page:  2

**TOTAL BALANCE DUE**                                                    **$267.10**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                              **Via Courier:**
Locke Lord LLP                               JPMorgan Chase
24259 Network Place                          525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                       Chicago, IL  60661
                                             Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

June 18, 2013
Invoice No.: 1009293

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                   $854.80

File Number:     1000304.00302
Re:              Younes v. GMAC Mortgage, LLC, 2013-05-EN7623

Your File Number:  2013-05-EN7623

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/03/13 | Review status. | JMG | 0.20 | 91.60 |
| 05/04/13 | Review of status and e-mails re ▮▮ | TJC | 0.30 | 175.50 |
| 05/15/13 | Review docket status. | JMG | 0.20 | 91.60 |
| 05/17/13 | Emails to D. Booth re ▮▮▮▮ | JMG | 0.10 | 45.80 |
| | | | **0.80** | **$404.50** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/03/13 | Review docket activity and various motions and orders. | JMG | 0.40 | 183.20 |
| 05/17/13 | Review ECF notice and order dismissing complaint. | JMG | 0.20 | 91.60 |
| 05/17/13 | Review of order received today dismissing case and e-mails re ▮▮ | TJC | 0.30 | 175.50 |
| | | | **0.90** | **$450.30** |

**TOTAL FEES**                                                              **$854.80**

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.:  1000304.00302

Invoice Date: June 18, 2013
Invoice No.:  1009293
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.80** | **$404.50** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.60 | $274.80 |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.90** | **$450.30** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$854.80**

TOTAL FEES                                                                $854.80

**TOTAL BALANCE DUE**                                            **$854.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Attorneys & Counselors

GMAC Mortgage, LLC                                    June 18, 2013
Attn: Linda Gregerson                          Invoice No.: 1009294
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                              $142.50

File Number:        1000304.00303
Re:                 6046 N Monitor (Lapalio-Lakin), 737737

Your File Number:  737737

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/13/13 | E-mails re ███████████ | TJC | 0.20 | 117.00 |
| 05/13/13 | Draft email to client regarding ███████████ | CGS | 0.10 | 25.50 |
| | | | **0.30** | **$142.50** |

**TOTAL FEES**                                                         **$142.50**

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| C. G. Shetty | Associate | $255.00 | 0.10 | $25.50 |
| | | | **0.30** | **$142.50** |

**TIMEKEEPER SUMMARY TOTALS**                                          **$142.50**

TOTAL FEES                                                             $142.50

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00303

Invoice Date: June 18, 2013
Invoice No.:  1009294
Page:  2


**TOTAL BALANCE DUE**                                                       **$142.50**


PLEASE REMIT PAYMENT TO:

**Via US Mail:**                          **Via Courier:**
Locke Lord LLP                            JPMorgan Chase
24259 Network Place                       525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                    Chicago, IL   60661
                                          Attn: Locke Lord LLP Box #24259


This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Jance Hoy
Residential Capital, LLC
1100 Virginia Drive
Fort Washington, PA 19034

June 25, 2013
Invoice No.: 1015177

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                $4,907.30

File Number:       1000304.00304
Re:                1629 S Karlov (Rand) 736873

Your File Number:  736873

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/02/13 | E-mail re ███████████████ | TJC | 0.10 | 58.50 |
| 05/02/13 | E-mail to Jance Hoy re ████████████ | TJC | 0.10 | 58.50 |
| 05/03/13 | E-mails from Jance Hoy re ████████ | TJC | 0.20 | 117.00 |
| 05/07/13 | Review of notice of court order received today regarding deadline for response to complaint. | TJC | 0.10 | 58.50 |
| 05/09/13 | E-mails re ██████████████████████ | TJC | 0.50 | 292.50 |
| 05/09/13 | Research Chicago Municipal Code for the purpose of drafting motion to dismiss plaintiff's complaint. | CGS | 1.40 | 357.00 |
| 05/10/13 | E-mails re ██████████ | TJC | 0.10 | 58.50 |
| 05/22/13 | Research for the purpose of drafting motion to dismiss complaint. | CGS | 3.00 | 765.00 |
| 05/28/13 | Emails re ██████████ | TJC | 0.20 | 117.00 |
| 05/29/13 | Emails re ██████████ | TJC | 0.20 | 117.00 |
| 05/30/13 | Emails re ██████████████ | TJC | 0.10 | 58.50 |
| | | | **6.00** | **$2,058.00** |

GMAC Mortgage, LLC
File No.:  1000304.00304

Invoice Date: June 25, 2013
Invoice No.:  1015177
Page: 2

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/09/13 | Update chart of housing court matters. | TBT | 0.10 | 23.80 |
| | | | **0.10** | **$23.80** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/23/13 | Review of draft motion to dismiss and emails re same. | TJC | 0.20 | 117.00 |
| | | | **0.20** | **$117.00** |

| Court Mandated Conferences | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/02/13 | Attend initial case management conference. | CGS | 1.90 | 484.50 |
| | | | **1.90** | **$484.50** |

| Dispositive Motions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/22/13 | E-mails with Chethan Shetty regarding ███████ | JCW | 0.10 | 29.50 |
| 05/23/13 | Draft motion to dismiss complaint. | CGS | 3.50 | 892.50 |
| 05/29/13 | Revise motion to dismiss. | CGS | 1.10 | 280.50 |
| 05/29/13 | Review draft motion to dismiss. | JCW | 1.80 | 531.00 |
| 05/30/13 | Finalize and file motion to dismiss complaint. | CGS | 1.10 | 280.50 |
| | | | **7.60** | **$2,014.00** |

**TOTAL FEES**                                                               **$4,697.30**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 1.60 | $936.00 |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 4.40 | $1,122.00 |
| | | | **6.00** | **$2,058.00** |

**Other**

| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
|---|---|---|---|---|
| | | | **0.10** | **$23.80** |

**Pleadings**

GMAC Mortgage, LLC
File No.: 1000304.00304

Invoice Date: June 25, 2013
Invoice No.: 1015177
Page: 3

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 1.90 | $484.50 |
| | | | **1.90** | **$484.50** |

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| C. G. Shetty | Associate | $255.00 | 5.70 | $1,453.50 |
| J.C. Webb | Associate | $295.00 | 1.90 | $560.50 |
| | | | **7.60** | **$2,014.00** |

**TIMEKEEPER SUMMARY TOTALS**                                      **$4,697.30**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 05/01/13 | Acquire copy of mortgage recorded against property | 4.00 |
| 05/08/13 | Clerk of the Circuit Court of Cook County - Initial Appearance filing fee | 206.00 |
| | TOTAL EXPENSES | $210.00 |

TOTAL FEES                                                     $4,697.30

TOTAL EXPENSES                                                   $210.00

TOTAL FEES AND EXPENSES                                        $4,907.30

**TOTAL BALANCE DUE**                                          **$4,907.30**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage LLC
8400 Normandale Blvd
Bloomington, MN 77437

June 18, 2013
Invoice No.: 1009317

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                                      $983.95

| | | |
|---|---|---|
| File Number: | 1000304.00305 | |
| Re: | Gonzalez, Gualberto v GMAC Mortgage, LLC, 2013-05-EP5861 | |

Your File Number:  2013-05-EP5861

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/02/13 | E-mails re ▉▉▉▉▉▉ | TJC | 0.20 | 117.00 |
| 05/08/13 | Review of draft notice of bankruptcy and e-mails re ▉▉▉ | TJC | 0.10 | 58.50 |
| | | | **0.30** | **$175.50** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/03/13 | Confirm answer deadline; conference with J. Sanders regarding ▉▉▉ | MDC | 0.20 | 39.20 |
| 05/06/13 | Revise notice of bankruptcy; revise notice of automatic stay violation letter. | MDC | 0.20 | 39.20 |
| 05/09/13 | Attention to filing notice of bankruptcy. | MDC | 0.40 | 78.40 |
| | | | **0.80** | **$156.80** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/02/13 | Review of complaint. | TJC | 0.30 | 175.50 |
| 05/14/13 | E-mail re ▉▉▉▉▉ | TJC | 0.10 | 58.50 |
| | | | **0.40** | **$234.00** |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00305

Invoice Date: June 18, 2013
Invoice No.: 1009317
Page: 2

| Other Written Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/05/13 | Review petition; draft notice of bankruptcy; draft violation of automatic stay letter. | MDC | 1.40 | 274.40 |
| | | | **1.40** | **$274.40** |

| Written Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/08/13 | Revise notice of bankruptcy; Revise violation of automatic stay letter; E-mail Client regarding ▬▬▬▬▬▬ ▬▬▬▬▬▬ | MDC | 0.60 | 117.60 |
| | | | **0.60** | **$117.60** |

**TOTAL FEES**          **$958.30**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

**Other**

| | | | | |
|---|---|---|---|---|
| M. D. Cabrera | Associate | $196.00 | 0.80 | $156.80 |
| | | | **0.80** | **$156.80** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.40** | **$234.00** |

**Other Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| M. D. Cabrera | Associate | $196.00 | 1.40 | $274.40 |
| | | | **1.40** | **$274.40** |

**Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| M. D. Cabrera | Associate | $196.00 | 0.60 | $117.60 |
| | | | **0.60** | **$117.60** |

GMAC Mortgage, LLC
File No.: 1000304.00305

Invoice Date: June 18, 2013
Invoice No.: 1009317
Page: 3

## TIMEKEEPER SUMMARY TOTALS                                          $958.30

| DATE | EXPENSES | VALUE |
|------|----------|-------|
|      | FedEx Shipments | 25.65 |
|      | TOTAL EXPENSES | $25.65 |

| TOTAL FEES | $958.30 |
|------------|---------|
| TOTAL EXPENSES | $25.65 |
| TOTAL FEES AND EXPENSES | $983.95 |
| **TOTAL BALANCE DUE** | **$983.95** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord
**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage LLC
8400 Normandale Blvd
Bloomington, MN 77437

June 18, 2013
Invoice No.: 1009320

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                      $1,363.00

File Number:          1000304.00306
Re:                   Nobles, Hunt v. GMAC Mortgage, LLC, 2013-05-EP8431

Your File Number:  2013-05-EP8431

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/08/13 | Review of draft notice of bankruptcy and e-mails re ███ | TJC | 0.10 | 58.50 |
| 05/16/13 | Identify and review multiple ECF's from Court e-filing and email to team. (NO CHARGE) | PNR | 0.20 | 43.20 |
| 05/17/13 | Identify and review multiple ECF's from Court e-filing and email to team. (NO CHARGE) | PNR | 0.20 | 43.20 |
| | | | **0.50** | **$144.90** |

| | **Other** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/03/13 | Confirm answer deadline and conference with J. Sanders regarding same. | MDC | 0.20 | 39.20 |
| 05/05/13 | Review petition; draft notice of bankruptcy; draft violation of automatic stay letter. | MDC | 1.50 | 294.00 |
| 05/06/13 | Revise notice of bankruptcy; revise notice of automatic stay violation letter. | MDC | 0.20 | 39.20 |
| | | | **1.90** | **$372.40** |

| | **Pleadings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 05/03/13 | Review of new complaint and e-mails re same. | TJC | 0.40 | 234.00 |
| 05/09/13 | Attention to filing notice of bankruptcy. | MDC | 0.40 | 78.40 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00306

Invoice Date: June 18, 2013
Invoice No.:  1009320
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/10/13 | Review of ECF notices received today | TJC | 0.10 | 58.50 |
| 05/14/13 | E-mail re notice of bankruptcy | TJC | 0.10 | 58.50 |
| 05/15/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 05/20/13 | Review motion to dismiss and e-mail Mr. Cunningham regarding the same. | JLS | 0.30 | 112.20 |
| 05/20/13 | Review of Ally Financial's motion to dismiss and e-mails from and to Jason Sanders and Marc Cabrera re same. | TJC | 0.20 | 117.00 |
| 05/30/13 | Review of second motion for extension of time to respond to motion to dismiss and emails re same. | TJC | 0.20 | 117.00 |
| | | | **1.80** | **$834.10** |

| Other Written Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/08/13 | Revise notice of bankruptcy; Revise violation of automatic stay letter. | MDC | 0.50 | 98.00 |
| | | | **0.50** | **$98.00** |

## Less NO CHARGE Entries                                                    **($86.40)**

## TOTAL ADJUSTED FEES                                                    **$1,363.00**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| P. N. Richards | Paralegal | $216.00 | 0.40 | $86.40 |
| | | | **0.50** | **$144.90** |

### Other

| | | | | |
|---|---|---|---|---|
| M. D. Cabrera | Associate | $196.00 | 1.90 | $372.40 |
| | | | **1.90** | **$372.40** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.30 | $112.20 |
| T.J. Cunningham | Partner | $585.00 | 1.10 | $643.50 |
| M. D. Cabrera | Associate | $196.00 | 0.40 | $78.40 |
| | | | **1.80** | **$834.10** |

GMAC Mortgage, LLC
File No.:  1000304.00306

Invoice Date: June 18, 2013
Invoice No.:  1009320
Page: 3

**Other Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| M. D. Cabrera | Associate | $196.00 | 0.50 | $98.00 |
| | | | **0.50** | **$98.00** |

**TIMEKEEPER SUMMARY TOTALS**                                          **$1,449.40**

TOTAL FEES                                                              $1,449.40

Less NO CHARGE Entries                                                 ($86.40)

TOTAL ADJUSTED FEES                                                     $1,363.00

**TOTAL BALANCE DUE**                                                   **$1,363.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage LLC
8400 Normandale Blvd
Bloomington, MN 77437

June 18, 2013
Invoice No.: 1009326

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013

$841.30

| File Number: | 1000304.00307 |
| Re: | Dunson, Gilda v. GMAC Mortgage, LLC |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/08/13 | Review of draft notice of bankruptcy and e-mails re same. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/03/13 | Confirm answer deadline; conference with J. Sanders regarding same. | MDC | 0.20 | 39.20 |
| 05/05/13 | Review petition; draft notice of bankruptcy; draft violation of automatic stay letter. | MDC | 1.40 | 274.40 |
| 05/06/13 | Revise notice of bankruptcy; revise notice of automatic stay violation letter. | MDC | 0.20 | 39.20 |
| 05/09/13 | Attention to filing notice of bankruptcy. | MDC | 0.40 | 78.40 |
| 05/14/13 | E-mail Client regarding ███████████ | MDC | 0.10 | 19.60 |
| | | | **2.30** | **$450.80** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/03/13 | Review of complaint and e-mails re same. | TJC | 0.30 | 175.50 |
| 05/14/13 | E-mail re ███████████ | TJC | 0.10 | 58.50 |
| | | | **0.40** | **$234.00** |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00307

Invoice Date: June 18, 2013
Invoice No.: 1009326
Page: 2

| Other Written Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/08/13 | Revise notice of bankruptcy; Revise violation of automatic stay letter. | MDC | 0.50 | 98.00 |
| | | | **0.50** | **$98.00** |

**TOTAL FEES** **$841.30**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
|---|---|---|---|---|
| | | | **0.10** | **$58.50** |

**Other**

| M. D. Cabrera | Associate | $196.00 | 2.30 | $450.80 |
|---|---|---|---|---|
| | | | **2.30** | **$450.80** |

**Pleadings**

| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
|---|---|---|---|---|
| | | | **0.40** | **$234.00** |

**Other Written Motions/Submissions**

| M. D. Cabrera | Associate | $196.00 | 0.50 | $98.00 |
|---|---|---|---|---|
| | | | **0.50** | **$98.00** |

**TIMEKEEPER SUMMARY TOTALS** **$841.30**

TOTAL FEES $841.30

**TOTAL BALANCE DUE** **$841.30**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.

# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage LLC
8400 Normandale Blvd
Bloomington, MN 77437

June 25, 2013
Invoice No.: 1010535

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                    $1,441.83

File Number:    1000304.00308
Re:             Magelssen, Trig and Linda v. ETS, LLC, 2013-05-EP5514

Your File Number:  2013-05-EP5514

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/08/13 | Draft e-mail to D. Booth re: ███████ | JMG | 0.30 | 137.40 |
| 05/10/13 | E-mails from/to D. Booth and litigation team re: ████ ████ | JMG | 0.30 | 137.40 |
| 05/10/13 | Teleconference w/ D. Booth re: ██ | JMG | 0.20 | 91.60 |
| | | | 0.80 | $366.40 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/08/13 | Review and analysis of complaint and various motions | JMG | 0.90 | 412.20 |
| | | | 0.90 | $412.20 |

| | Other Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/08/13 | Draft notice of bankruptcy | JMG | 0.50 | 229.00 |
| | | | 0.50 | $229.00 |

| | Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/09/13 | Revise Notice of Stay; pull relevant case files from docket; finalize for filing. | MN | 1.20 | 264.00 |

GMAC Mortgage, LLC
File No.:  1000304.00308

Invoice Date: June 25, 2013
Invoice No.:  1010535
Page: 2

| Written Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 1.20 | $264.00 |

**TOTAL FEES** $1,271.60

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.80 | $366.40 |
| | | | **0.80** | **$366.40** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.90 | $412.20 |
| | | | **0.90** | **$412.20** |

**Other Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| | | | **0.50** | **$229.00** |

**Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| M. Nazareth | Associate | $220.00 | 1.20 | $264.00 |
| | | | **1.20** | **$264.00** |

**TIMEKEEPER SUMMARY TOTALS** $1,271.60

| DATE | EXPENSES | VALUE |
|---|---|---|
| 05/22/13 | Acquire copy of complaint with exhibits from court website | 13.80 |
| 05/24/13 | Obtain copy of court document to verify service list | 5.40 |
| 05/31/13 | Litigation Support Vendors - First Legal Network LLC - Court filing/Ntc of BK & suggestion of Automatic Stay. | 151.03 |
| | TOTAL EXPENSES | $170.23 |

TOTAL FEES $1,271.60

TOTAL EXPENSES $170.23

GMAC Mortgage, LLC
File No.: 1000304.00308

Invoice Date: June 25, 2013
Invoice No.:  1010535
Page:  3

| | |
|---|---|
| TOTAL FEES AND EXPENSES | $1,441.83 |
| **TOTAL BALANCE DUE** | **$1,441.83** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage LLC
8400 Normandale Blvd
Bloomington, MN 77437

June 18, 2013
Invoice No.: 1009329

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                    $1,923.60

File Number:    1000304.00309
Re:             Villanueva v. GMAC Mortgage, LLC, 2013-05-EQ7845

Your File Number:  2013-05-EQ7845

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/13/13 | Review, analysis of counterclaim and email from D. Booth re ███████████████ telephone conference with foreclosure counsel re ██████████ | JMG | 1.40 | 641.20 |
| 05/14/13 | Telephone conference with D. Booth re ██████████ | JMG | 0.20 | 91.60 |
| 05/15/13 | Analysis of complaint and draft modified NOB, e-mails to/from D. Booth re: ████ and draft courtesy letter and e-mails to/from D. Booth re: ████, e-mails to foreclosure counsel ██████████ | JMG | 1.50 | 687.00 |
| 05/16/13 | Telephone conference with foreclosure counsel re ██████████ | JMG | 0.40 | 183.20 |
| 05/16/13 | Follow up email to D. Booth. | JMG | 0.10 | 45.80 |
| 05/16/13 | Email to C. DiCicco (Ocwen) re ██████████ | JMG | 0.10 | 45.80 |
| 05/17/13 | Telephone conference with C. DiCicco (Ocwen) re ██████████ | JMG | 0.30 | 137.40 |
| 05/29/13 | Follow up re status. | JMG | 0.20 | 91.60 |
| | | | 4.20 | $1,923.60 |

**TOTAL FEES**                                                                $1,923.60

GMAC Mortgage, LLC
File No.: 1000304.00309

Invoice Date: June 18, 2013
Invoice No.: 1009329
Page: 2

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 4.20 | $1,923.60 |
| | | | **4.20** | **$1,923.60** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$1,923.60**

TOTAL FEES                                                        $1,923.60

**TOTAL BALANCE DUE**                                            **$1,923.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                          **Via Courier:**
Locke Lord LLP                          JPMorgan Chase
24259 Network Place                     525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                  Chicago, IL  60661
                                        Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Bloomington, MN 55437

June 18, 2013
Invoice No.: 1009330

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                            <u>$2,224.40</u>

File Number:       1000304.00310
Re:                5240 W Ferdinand (Robinson)

Your File Number:  2013-05-EQ7871

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/13/13 | Review notice of violation received from GMAC Mortgage. | JCW | 0.20 | 59.00 |
| 05/13/13 | E-mail to GMAC Mortgage regarding ███████ | JCW | 0.10 | 29.50 |
| 05/13/13 | Develop case strategy. | JCW | 0.10 | 29.50 |
| 05/15/13 | Develop strategy for identifying administrative action or lawsuit related to Notice of Violation of local building codes. | JCW | 0.20 | 59.00 |
| 05/17/13 | Conduct search via Cook County Recorder of Deeds to retrieve a list of all documents recorded against the subject property; conduct search via Cook County Assessor to retrieve assessor data for the subject property; conduct search via Cook County Treasurer to retrieve property tax information; conduct search via Circuit Court of Cook County to determine whether there is a foreclosure action pending against the subject borrower; conduct search via City of Chicago's Department of Buildings to retrieve Building Data Warehouse Report for the subject property; conduct search via City of Chicago's vacant buildings database to determine whether the subject property has been registered as vacant; conduct search via PACER to determine whether the subject borrower has filed for bankruptcy; e-mail research findings to litigation team. | TBT | 1.00 | 238.00 |
| 05/22/13 | Revise draft e-mail to GMAC Mortgage regarding ███████ | JCW | 0.30 | 88.50 |
| 05/31/13 | Conference with counsel for City regarding ███████ ███████ | DC | 0.50 | 136.00 |
| | | | **2.40** | **$639.50** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00310

Invoice Date: June 18, 2013
Invoice No.: 1009330
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/13/13 | Review of new "notice of violation" and e-mails re same | TJC | 0.10 | 58.50 |
| 05/13/13 | Conference with Julie Webb re new notice of violation and handling response to same | TJC | 0.10 | 58.50 |
| 05/16/13 | Conference with attorney for the City of Chicago regarding notice of court action. | DC | 0.20 | 54.40 |
| 05/17/13 | Conference with buildings department of City of Chicago regarding resolving building code violations and possible court action. | DC | 0.20 | 54.40 |
| 05/17/13 | Review of background material gathered by Tiffany Till. | TJC | 0.20 | 117.00 |
| 05/20/13 | Conference with counsel for the City of Chicago regarding status of legal action taken against property. | DC | 0.20 | 54.40 |
| 05/20/13 | Develop strategy for conversation with counsel for the City requesting information on court action related to notice received by GMAC Mortgage. | JCW | 0.20 | 59.00 |
| 05/22/13 | E-mails re ██████████████████████████████ | TJC | 0.20 | 117.00 |
| 05/22/13 | Draft initial case assessment for client's review, and strategize with J. Webb regarding the same. | DC | 1.30 | 353.60 |
| 05/28/13 | Draft letter of understanding to counsel for the City of Chicago regarding current disposition of property. | DC | 0.80 | 217.60 |
| 05/29/13 | Review of draft letter to City of Chicago and emails re same. | TJC | 0.20 | 117.00 |
| 05/31/13 | Emails re ████████████ and draft letter to City of Chicago. | TJC | 0.20 | 117.00 |
| | | | 3.90 | $1,378.40 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/29/13 | Revise draft letter to counsel for the City. | JCW | 0.20 | 59.00 |
| 05/30/13 | Revise draft letter to counsel for City. | JCW | 0.20 | 59.00 |
| 05/31/13 | E-mail to GMAC Mortgage regarding ██████████████ ████████████████████████ | JCW | 0.30 | 88.50 |
| | | | 0.70 | $206.50 |

**TOTAL FEES**                                                              **$2,224.40**

## TIMEKEEPER SUMMARY:

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| D. Cole | Associate | $272.00 | 0.50 | $136.00 |
| J.C. Webb | Associate | $295.00 | 0.90 | $265.50 |
| T. B. Till | Paralegal | $238.00 | 1.00 | $238.00 |

GMAC Mortgage, LLC
File No.:  1000304.00310

Invoice Date: June 18, 2013
Invoice No.: 1009330
Page: 3

**Fact Investigation/Development**

|  |  |  | 2.40 | $639.50 |
|---|---|---|---|---|

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 1.00 | $585.00 |
|---|---|---|---|---|
| D. Cole | Associate | $272.00 | 2.70 | $734.40 |
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
|  |  |  | **3.90** | **$1,378.40** |

**Other**

| J.C. Webb | Associate | $295.00 | 0.70 | $206.50 |
|---|---|---|---|---|
|  |  |  | **0.70** | **$206.50** |

**TIMEKEEPER SUMMARY TOTALS**                                          **$2,224.40**

TOTAL FEES                                                                              $2,224.40

**TOTAL BALANCE DUE**                                                          **$2,224.40**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Bloomington, MN 55437

June 18, 2013
Invoice No.: 1009332

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                    $2,046.80

File Number:          1000304.00311
Re:                   4139 W Leland (Ivanovic)

Your File Number:  2013-05-EV8735

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **Fact Investigation/Development** | | | |
| 05/30/13 | Conduct search via Cook County Recorder of Deeds to retrieve a list of all documents recorded against the subject property; retrieve recorded Corporate Assignment of Mortgage from Cook County Recorder of Deeds; conduct search via Cook County Assessor to retrieve assessor data for the subject property; conduct search via Cook County Treasurer to retrieve property tax information; conduct search via Circuit Court of Cook County to determine whether there is a foreclosure action pending against the subject borrower; conduct search via City of Chicago's Department of Buildings to retrieve Building Data Warehouse Report for the subject property; conduct search via City of Chicago's vacant buildings database to determine whether the subject property has been registered as vacant; conduct search via PACER to determine whether the subject borrower has filed for bankruptcy; e-mail research findings to litigation team. | TBT | 1.30 | 309.40 |
| 05/31/13 | Conference with counsel for the city regarding resolution of matter, and draft correspondence to counsel ████████ | DC | 0.40 | 108.80 |
| 05/31/13 | Retrieve recorded Recording of Findings, Decision & Order from Cook County Recorder of Deeds. | TBT | 0.20 | 47.60 |
| | | | 1.90 | $465.80 |
| | **Analysis/Strategy** | ATTY | HOURS | VALUE |
| 05/28/13 | Analyze documents received from client in support of response to housing court complaint. | DC | 0.60 | 163.20 |

GMAC Mortgage, LLC
File No.: 1000304.00311

Invoice Date: June 18, 2013
Invoice No.: 1009332
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/28/13 | Emails re ████████████████ | TJC | 0.20 | 117.00 |
| 05/30/13 | Review of Tiffany Till's research report re subject property and emails re same and follow up emails re ████████████ | TJC | 0.30 | 175.50 |
| 05/30/13 | Analyze court filings and client documents in support of response to complaint filed by City. | DC | 1.00 | 272.00 |
| 05/31/13 | Draft initial case assessment memorandum. | DC | 1.00 | 272.00 |
| 05/31/13 | Review of initial case assessment and emails re ██████ | TJC | 0.30 | 175.50 |
| | | | **3.40** | **$1,175.20** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/28/13 | Review new case documents received from GMAC Mortgage. | JCW | 0.30 | 88.50 |
| 05/30/13 | Update chart of housing court matters. | TBT | 0.10 | 23.80 |
| 05/31/13 | Revise Initial Case Assessment. | JCW | 0.30 | 88.50 |
| 05/31/13 | E-mail to GMAC Mortgage enclosing Initial Case Assessment. | JCW | 0.10 | 29.50 |
| | | | **0.80** | **$230.30** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/28/13 | Review of complaint and related documents re ████████ | TJC | 0.30 | 175.50 |
| | | | **0.30** | **$175.50** |

## TOTAL FEES                                                    $2,046.80

## TIMEKEEPER SUMMARY:

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| D. Cole | Associate | $272.00 | 0.40 | $108.80 |
| T. B. Till | Paralegal | $238.00 | 1.50 | $357.00 |
| | | | **1.90** | **$465.80** |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
| D. Cole | Associate | $272.00 | 2.60 | $707.20 |
| | | | **3.40** | **$1,175.20** |

GMAC Mortgage, LLC
File No.:  1000304.00311

Invoice Date: June 18, 2013
Invoice No.:  1009332
Page:  3

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.70 | $206.50 |
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.80** | **$230.30** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                      **$2,046.80**

TOTAL FEES                                                                                        $2,046.80

**TOTAL BALANCE DUE**                                                                      **$2,046.80**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Bloomington, MN 55437

June 25, 2013
Invoice No.: 1010536

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                      $1,811.30

File Number:        1000304.00312
Re:                 6541 S Parnell (Wilmington)

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/14/13 | Review of background materials received from client re code violation and e-mails re ▮▮ | TJC | 0.30 | 175.50 |
| 05/23/13 | Review of notice of order of demolition and related pleadings; emails from/to Kathy Priore re ▮▮▮▮▮▮ | TJC | 0.50 | 292.50 |
| 05/28/13 | Telephone conference with Kathy Priore re ▮▮▮▮ | TJC | 0.20 | 117.00 |
| 05/30/13 | Review of Tiffany Till's research report re subject property and emails re same. | TJC | 0.20 | 117.00 |
| 05/31/13 | Email summarizing status, issues and concerns and setting forth recommended strategy. | TJC | 0.20 | 117.00 |
| 05/31/13 | Review case file and recorder's office's files to determine titleholder to property; draft email to L. Gregerson regarding ▮▮▮▮▮▮ | DFS | 3.20 | 844.80 |
| | | | 4.60 | $1,663.80 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/28/13 | Review new case documents received from GMAC Mortgage. | JCW | 0.30 | 88.50 |
| 05/31/13 | Revise Initial Case Assessment. | JCW | 0.20 | 59.00 |
| | | | 0.50 | $147.50 |

**TOTAL FEES**                                                                  $1,811.30

GMAC Mortgage, LLC
File No.:  1000304.00312

Invoice Date: June 25, 2013
Invoice No.:  1010536
Page: 2

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.40 | $819.00 |
| D. F. Standa | Associate | $264.00 | 3.20 | $844.80 |
| | | | **4.60** | **$1,663.80** |

### Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.50 | $147.50 |
| | | | **0.50** | **$147.50** |

## TIMEKEEPER SUMMARY TOTALS                                          $1,811.30

TOTAL FEES                                                                          $1,811.30

## TOTAL BALANCE DUE                                                    **$1,811.30**

PLEASE REMIT PAYMENT TO:

| Via US Mail: | Via Courier: |
|---|---|
| Locke Lord LLP | JPMorgan Chase |
| 24259 Network Place | 525 West Monroe Street, 8th Floor |
| Chicago, IL 60673-1242 | Chicago, IL   60661 |
| | Attn: Locke Lord LLP Box #24259 |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.