

# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

July 11, 2013
Invoice No.: 1013407

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                    <u>$4,720.65</u>

File Number:    1000304.00000
Re:             Residential Funding Bankruptcy - LL Fee Petitions

Your File Number:  733964

| | **Fee/Employment Applications** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/22/13 | Emails with K. Morehouse re Third Interim Fee Application. | BAR | 0.20 | 52.80 |
| 06/24/13 | Work on third interim fee application. | BAR | 0.80 | 211.20 |
| 06/25/13 | Confer with K. Morehouse re third interim fee application. | BAR | 0.10 | 26.40 |
| 06/28/13 | Confer with K. Morehouse re third interim fee application; email T. Cunningham re third interim fee application. | BAR | 0.20 | 52.80 |
| 06/30/13 | Work on third interim fee application; email K. Morehouse re same. | BAR | 4.00 | 1,056.00 |
| | | | **5.30** | **$1,399.20** |

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 06/06/13 | E-mails from and to Kathy Priore re ██████████ | TJC | 0.20 | 117.00 |
| 06/08/13 | Preparation of monthly notice for notice parties. | TJC | 1.20 | 702.00 |

GMAC Mortgage, LLC
File No.: 1000304.00000

Invoice Date: July 11, 2013
Invoice No.: 1013407
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/10/13 | Telephone conference with Kathy Priore and Linda Gregerson re ███████████████████████████ | TJC | 1.20 | 702.00 |
| 06/12/13 | Email from Kathy Priore re ████████████ | TJC | 0.10 | 58.50 |
| 06/28/13 | Preparation of third interim fee petition. | TJC | 0.40 | 234.00 |
| | | | 3.10 | $1,813.50 |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/10/13 | Telephone call with K. Priore and L. Gregerson regarding ██████ | JCW | 0.50 | 147.50 |
| 06/10/13 | Prepare ███████████████████ | JCW | 2.50 | 737.50 |
| 06/13/13 | Telephone call with GMAC Mortgage regarding ████████████ | JCW | 0.20 | 59.00 |
| | | | 3.20 | $944.00 |

| Other Preparation/Support | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/13/13 | Prepare third interim fee petition. | TBT | 1.40 | 333.20 |
| | | | 1.40 | $333.20 |

**TOTAL FEES**                                                              **$4,489.90**

**TIMEKEEPER SUMMARY:**

**Fee/Employment Applications**

| B. A. Raynor | Associate | $264.00 | 5.30 | $1,399.20 |
|---|---|---|---|---|
| | | | 5.30 | $1,399.20 |

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 3.10 | $1,813.50 |
|---|---|---|---|---|
| | | | 3.10 | $1,813.50 |

GMAC Mortgage, LLC
File No.: 1000304.00000

Invoice Date: July 11, 2013
Invoice No.: 1013407
Page: 3

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 3.20 | $944.00 |
| | | | **3.20** | **$944.00** |

**Other Preparation/Support**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 1.40 | $333.20 |
| | | | **1.40** | **$333.20** |

**TIMEKEEPER SUMMARY TOTALS**                **$4,489.90**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 05/29/13 | FedEx Shipments | 23.18 |
| 05/29/13 | FedEx Shipments | 23.18 |
| 05/29/13 | FedEx Shipments | 23.18 |
| 05/29/13 | FedEx Shipments | 23.18 |
| 05/29/13 | FedEx Shipments | 23.18 |
| 06/13/13 | FedEx Shipments | 22.97 |
| 06/13/13 | FedEx Shipments | 22.97 |
| 06/13/13 | FedEx Shipments | 22.97 |
| 06/13/13 | FedEx Shipments | 22.97 |
| 06/13/13 | FedEx Shipments | 22.97 |
| | TOTAL | $230.75 |

TOTAL FEES            $4,489.90

TOTAL EXPENSES            $230.75

TOTAL FEES AND EXPENSES            $4,720.65

**TOTAL BALANCE DUE**            **$4,720.65**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.


# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

July 11, 2013
Invoice No.: 1013408

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                              $52,974.10

File Number:    1000304.00174
Re:             Nora v. GMAC Mortgage, #706615

Your File Number:  706615

| | General Bankruptcy Advice/Opinions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/17/13 | Call with R. Perdew re ███████ | BAR | 0.10 | 26.40 |
| | | | 0.10 | $26.40 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/03/13 | Exchange e-mails with Lauren Delehey regarding ███ | PRP | 0.20 | 96.80 |
| 06/03/13 | Emails re ███████ | TJC | 0.20 | 117.00 |
| 06/04/13 | Review of status of settlement process required by bankruptcy court. | TJC | 0.20 | 117.00 |
| 06/04/13 | Review status of service on former employee Judy Faber. | PRP | 0.20 | 96.80 |
| 06/04/13 | Outline plans for responding to adversary complaint. | PRP | 0.20 | 96.80 |
| 06/07/13 | Review plaintiffs' motion to extend briefing and statement regarding continuing appeal and draft e-mail to Lauren Delehey ███ | PRP | 0.20 | 96.80 |
| 06/10/13 | Develop strategy for obtaining notice of filing in adversary action without filing an appearance. | JCW | 0.20 | 59.00 |
| 06/10/13 | Emails re ███████ | TJC | 0.20 | 117.00 |

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: July 11, 2013
Invoice No.: 1013408
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/11/13 | Emails re draft letter to ███████ | TJC | 0.20 | 117.00 |
| 06/11/13 | Revise draft letter to ████████████ | PRP | 0.20 | 96.80 |
| 06/11/13 | Confirm strategy for receiving notice of filings in adversary action. | JCW | 0.10 | 29.50 |
| 06/12/13 | Exchange e-mails with foreclosure counsel regarding ███████ | PRP | 1.20 | 580.80 |
| 06/12/13 | Emails from/to foreclosure counsel re status of foreclosure and personal property. | TJC | 0.30 | 175.50 |
| 06/13/13 | Call with GMACM in-house counsel and bankruptcy attorneys regarding ████ | PRP | 2.20 | 1,064.80 |
| 06/13/13 | Review of draft memorandum setting forth facts, background, issues, and recommendations and emails re same. | TJC | 0.40 | 234.00 |
| 06/13/13 | Conference call with Lauren Delehey, Patty Zellman and counsel at MoFo re ████ | TJC | 0.50 | 292.50 |
| 06/14/13 | Emails re ████████ | TJC | 0.50 | 292.50 |
| 06/14/13 | Exchange e-mails with GMACM bankruptcy counsel regarding | PRP | 0.30 | 145.20 |
| 06/17/13 | Review plaintiffs' bankruptcy petition and analyze potential impact on appeal. | PRP | 0.30 | 145.20 |
| 06/17/13 | Draft e-mail to Lauren Delehey regarding ████████ | PRP | 0.20 | 96.80 |
| 06/17/13 | Emails re ████████ | TJC | 0.30 | 175.50 |
| 06/18/13 | Emails re ██████ | TJC | 0.20 | 117.00 |
| 06/20/13 | Emails re ████ | TJC | 0.20 | 117.00 |
| 06/20/13 | Exchange e-mails with Morrison & Forrester regarding ████ | PRP | 0.10 | 48.40 |
| 06/21/13 | Emails re ██████ | TJC | 0.10 | 58.50 |
| 06/25/13 | Review research regarding Seventh Circuit's jurisdiction over appeal. | PRP | 0.40 | 193.60 |
| 06/25/13 | Conference call with ResCap bankruptcy attorneys regarding ████ | PRP | 0.80 | 387.20 |
| 06/27/13 | Emails re ████ | TJC | 0.10 | 58.50 |
| | | | **10.20** | **$5,223.50** |

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/12/13 | Review and analysis of ████████ | TJC | 0.30 | 175.50 |

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: July 11, 2013
Invoice No.: 1013408
Page: 3

| **Settlement/Non-binding ADR** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 06/12/13 | Emails from/to Lauren Delehey re ███████ | TJC | 0.20 | 117.00 |
| 06/12/13 | Conference with Rusty Perdew re ███████ | TJC | 0.30 | 175.50 |
| | | | **0.80** | **$468.00** |

| **Other** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 06/04/13 | Review status report filed by debtors' counsel in adversary proceeding. | JCW | 0.20 | 59.00 |
| 06/04/13 | E-mails with litigation team regarding ███████ | JCW | 0.20 | 59.00 |
| 06/10/13 | Prepare letter to Judy Faber regarding ███████ | JCW | 1.10 | 324.50 |
| 06/11/13 | Revise letter to J. Faber. | JCW | 0.20 | 59.00 |
| 06/17/13 | Research whether ███████ | JCW | 1.00 | 295.00 |
| 06/17/13 | Research whether ███████ | JCW | 0.80 | 236.00 |
| 06/25/13 | Review voicemail from Judy Faber. | JCW | 0.10 | 29.50 |
| 06/26/13 | Telephone call with Seventh Circuit Clerk regarding when the court will set a briefing schedule. | JCW | 0.10 | 29.50 |
| 06/26/13 | Leave voicemail for Judy Faber regarding ███████ | JCW | 0.10 | 29.50 |
| | | | **3.80** | **$1,121.00** |

| **Pleadings** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 06/07/13 | Review of Nora's "statement in response to order of May 30, 2013" and emails re same, review of ECF notice of motion to reset briefing schedule. | TJC | 0.40 | 234.00 |
| 06/11/13 | Review of Wendy Nora's "statement in response to order of May 30, 2013" and emails re same. | TJC | 0.30 | 175.50 |
| 06/29/13 | Prepare motion requesting Seventh Circuit to set a briefing schedule. | JCW | 0.60 | 177.00 |
| 06/29/13 | Emails re motion for entry of briefing schedule. | TJC | 0.10 | 58.50 |
| | | | **1.40** | **$645.00** |

| **Appellate Motions/Submissions** | ATTY | HOURS | VALUE |
|---|---|---|---|
| 06/26/13 | Emails re status of entry of briefing schedule in the Seventh Circuit. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                                      **$7,542.40**

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: July 11, 2013
Invoice No.: 1013408
Page: 4

### General Bankruptcy Advice/Opinions

| | | | | |
|---|---|---|---|---|
| B. A. Raynor | Associate | $264.00 | 0.10 | $26.40 |
| | | | **0.10** | **$26.40** |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 6.50 | $3,146.00 |
| T.J. Cunningham | Partner | $585.00 | 3.40 | $1,989.00 |
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | **10.20** | **$5,223.50** |

### Settlement/Non-binding ADR

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
| | | | **0.80** | **$468.00** |

### Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 3.80 | $1,121.00 |
| | | | **3.80** | **$1,121.00** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
| J.C. Webb | Associate | $295.00 | 0.60 | $177.00 |
| | | | **1.40** | **$645.00** |

### Appellate Motions/Submissions

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$7,542.40** |

| | |
|---|---|
| TOTAL FEES | $7,542.40 |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP

**Via Courier:**
JPMorgan Chase

# Locke
# Lord ᴸᴸᴾ
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

July 11, 2013
Invoice No.: 1013409

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                           $381.50

File Number:          1000304.00188
Re:                   4836 W. Superior, Chicago, IL (Fort), #715591

Your File Number:  715591

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/10/13 | Emails re status. | TJC | 0.10 | 58.50 |
| 06/12/13 | Emails re current status of latest administrative action. | TJC | 0.10 | 58.50 |
| 06/20/13 | Emails re status of effort to get City to drop the latest administrative action and to stop serving notices of violation. | TJC | 0.20 | 117.00 |
| | | | 0.40 | $234.00 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/12/13 | E-mail to GMAC Mortgage regarding status of discussions with opposing counsel. | JCW | 0.10 | 29.50 |
| 06/13/13 | Telephone call with counsel for the City regarding request to non-suit latest administrative action. | JCW | 0.20 | 59.00 |
| 06/20/13 | E-mail to GMAC Mortgage regarding status of discussions with the City about dismissing GMAC Mortgage from latest administrative action. | JCW | 0.20 | 59.00 |
| | | | 0.50 | $147.50 |

**TOTAL FEES**                                                        $381.50

**TIMEKEEPER SUMMARY:**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00188

Invoice Date: July 11, 2013
Invoice No.: 1013409
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.40** | **$234.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.50 | $147.50 |
| | | | **0.50** | **$147.50** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$381.50** |
| TOTAL FEES | $381.50 |
| **TOTAL BALANCE DUE** | **$381.50** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

July 11, 2013
Invoice No.: 1013410

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                    $1,613.00

File Number:     1000304.00195
Re:              NCUA v. GMAC Mortgage (California), #718805

Your File Number:  718805

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/07/13 | Monitor and review relevant briefing and other docket activity. | JMG | 0.30 | 137.40 |
| 06/19/13 | Review various joint defense emails re ████████████ | JMG | 0.30 | 137.40 |
| | | | 0.60 | $274.80 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/07/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 06/11/13 | Review of minute order received today regarding Goldman Sachs' motion to strike portions of complaint and to dismiss. | TJC | 0.10 | 58.50 |
| 06/13/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 06/18/13 | Review analysis on ruling on motion to dismiss addressing statutes of limitations and related issues. | JMG | 0.60 | 274.80 |
| 06/18/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 06/21/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 06/24/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 06/28/13 | Review of ECF notices received today. | TJC | 0.20 | 117.00 |
| | | | 1.40 | $742.80 |

GMAC Mortgage, LLC
File No.: 1000304.00195

Invoice Date: July 11, 2013
Invoice No.: 1013410
Page: 2

| Dispositive Motions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/21/13 | Monitor and review docket activity. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

| Other Written Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/25/13 | Review ResCap objection to proofs of claim filed by NCUA and emails re ▇▇▇ | JMG | 0.80 | 366.40 |
| 06/28/13 | Monitor and review relevant docket activity. | JMG | 0.30 | 137.40 |
| | | | **1.10** | **$503.80** |

**TOTAL FEES**                                                                 **$1,613.00**


**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.60 | $274.80 |
| | | | **0.60** | **$274.80** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.60 | $274.80 |
| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
| | | | **1.40** | **$742.80** |

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**Other Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.10 | $503.80 |
| | | | **1.10** | **$503.80** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$1,613.00**


**TOTAL FEES**                                                             $1,613.00

GMAC Mortgage, LLC
File No.:  1000304.00195

Invoice Date: July 11, 2013
Invoice No.:  1013410
Page:  3

**TOTAL BALANCE DUE**                                              **$1,613.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                          **Via Courier:**
Locke Lord LLP                            JPMorgan Chase
24259 Network Place                       525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                    Chicago, IL   60661
                                          Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord
#### LLP
#### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

July 11, 2013
Invoice No.: 1013411

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                                    $987.20

File Number:    1000304.00196
Re:             NCUA v. GMAC Mortgage (Kansas), #714943

Your File Number:  714943

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/04/13 | Various joint defense emails re ██████████ | JMG | 0.40 | 183.20 |
| 06/19/13 | Review various joint defense emails re ████████ | JMG | 0.30 | 137.40 |
| 06/21/13 | Monitor and review joint defense emails re ██████ | JMG | 0.20 | 91.60 |
| | | | 0.90 | $412.20 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/03/13 | Review of ECFs received today. | TJC | 0.10 | 58.50 |
| 06/18/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| | | | 0.20 | $117.00 |

| | Dispositive Motions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/18/13 | Monitor and review docket activity re pleadings motions. | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |

GMAC Mortgage, LLC
File No.: 1000304.00196

Invoice Date: July 11, 2013
Invoice No.: 1013411
Page: 2

| | Other Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/25/13 | Review ResCap objection to proofs of claim filed by NCUA and emails re ███ | JMG | 0.80 | 366.40 |
| | | | 0.80 | **$366.40** |

**TOTAL FEES**                                              **$987.20**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.90 | $412.20 |
| | | | 0.90 | **$412.20** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | 0.20 | **$117.00** |

### Dispositive Motions

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | 0.20 | **$91.60** |

### Other Written Motions/Submissions

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.80 | $366.40 |
| | | | 0.80 | **$366.40** |

**TIMEKEEPER SUMMARY TOTALS**                     **$987.20**

TOTAL FEES                                      $987.20

**TOTAL BALANCE DUE**                               **$987.20**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

July 11, 2013
Invoice No.: 1013412

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                          $1,368.60

File Number:      1000304.00217
Re:               Charles Schwab v. Residential, 701759

Your File Number:  701759

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/03/13 | Emails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 06/06/13 | Emails between and among joint defense counsel re ███ ███ | TJC | 0.20 | 117.00 |
| 06/07/13 | Emails between and among joint defense counsel re ███ ███ | TJC | 0.10 | 58.50 |
| 06/09/13 | Emails between and among joint defense counsel re ███ ███ | TJC | 0.10 | 58.50 |
| 06/10/13 | Emails from/to joint defense group re ███ | JMG | 0.20 | 91.60 |
| 06/13/13 | Emails between and among joint defense counsel re ███ ███ | TJC | 0.10 | 58.50 |
| 06/18/13 | Emails from joint defense group re ███ | JMG | 0.60 | 274.80 |
| 06/18/13 | Emails between and among joint defense counsel re ███ ███ | TJC | 0.10 | 58.50 |
| 06/18/13 | Emails re ███ | TJC | 0.10 | 58.50 |
| 06/21/13 | Monitor and review joint defense emails re ███ | JMG | 0.20 | 91.60 |
| 06/21/13 | Emails between and among joint defense counsel re ███ ███ | TJC | 0.20 | 117.00 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00217

Invoice Date: July 11, 2013
Invoice No.: 1013412
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/24/13 | Emails between and among joint defense counsel re ▆▆▆▆▆ | TJC | 0.20 | 117.00 |
| 06/25/13 | Monitor and review relevant joint defense emails and correspondence re ▆▆▆▆▆ | JMG | 0.20 | 91.60 |
| | | | 2.40 | $1,251.60 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/20/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 06/24/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| | | | 0.20 | $117.00 |

**TOTAL FEES** $1,368.60

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.20 | $549.60 |
| T.J. Cunningham | Partner | $585.00 | 1.20 | $702.00 |
| | | | 2.40 | $1,251.60 |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | 0.20 | $117.00 |

**TIMEKEEPER SUMMARY TOTALS** $1,368.60

TOTAL FEES $1,368.60

**TOTAL BALANCE DUE** $1,368.60

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

July 11, 2013
Invoice No.: 1013413

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                                    $2,564.40

File Number:      1000304.00220
Re:               FHLB Chicago v. Residential, #704078

Your File Number:  704078

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/03/13 | Emails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 06/03/13 | Monitor and review relevant joint defense emails re ▮▮▮ | JMG | 0.30 | 137.40 |
| 06/04/13 | Monitor and review relevant joint defense emails re ▮▮▮ | JMG | 0.20 | 91.60 |
| 06/04/13 | Emails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 06/13/13 | Emails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| 06/14/13 | Emails between and among joint defense counsel re ▮▮▮ | TJC | 0.20 | 117.00 |
| 06/17/13 | Monitor and review joint defense emails re ▮▮▮ | JMG | 0.30 | 137.40 |
| 06/17/13 | Emails between and among joint defense counsel re ▮▮▮ | TJC | 0.20 | 117.00 |
| 06/18/13 | Review of notice of taking of records only depositions of various parties, including Homecomings, and emails re ▮▮▮ | TJC | 0.20 | 117.00 |
| 06/18/13 | Phone calls re ▮▮▮ | JMG | 0.30 | 137.40 |
| 06/18/13 | Email to W. Thompson re ▮▮▮ | JMG | 0.30 | 137.40 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00220

Invoice Date: July 11, 2013
Invoice No.:  1013413
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/19/13 | Monitor and review relevant joint defense emails re ███ | JMG | 0.20 | 91.60 |
| 06/20/13 | Monitor and review relevant joint defense emails re ███ | JMG | 0.30 | 137.40 |
| 06/20/13 | Emails between and among joint defense counsel re ███ | TJC | 0.20 | 117.00 |
| 06/21/13 | Emails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 06/21/13 | Monitor and review joint defense emails re ███ | JMG | 0.20 | 91.60 |
| 06/25/13 | Emails between and among joint defense counsel re ███ | TJC | 0.30 | 175.50 |
| 06/25/13 | Monitor and review relevant joint defense emails and correspondence re ███ | JMG | 0.30 | 137.40 |
| 06/26/13 | Emails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| | | | **4.00** | **$2,035.20** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/04/13 | Review electronic filing notices. | JMG | 0.10 | 45.80 |
| 06/28/13 | Emails between and among joint defense counsel re ███ | TJC | 0.20 | 117.00 |
| | | | **0.30** | **$162.80** |

| | Written Discovery | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/18/13 | Review, analysis of notice of third-party subpoenas and attachments. | JMG | 0.80 | 366.40 |
| | | | **0.80** | **$366.40** |

**TOTAL FEES**

**$2,564.40**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 2.40 | $1,099.20 |
| T.J. Cunningham | Partner | $585.00 | 1.60 | $936.00 |
| | | | **4.00** | **$2,035.20** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.10 | $45.80 |

GMAC Mortgage, LLC
File No.: 1000304.00220

Invoice Date: July 11, 2013
Invoice No.: 1013413
Page: 3

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.30** | **$162.80** |

**Written Discovery**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.80 | $366.40 |
| | | | **0.80** | **$366.40** |

**TIMEKEEPER SUMMARY TOTALS**                                  **$2,564.40**

TOTAL FEES                                                      $2,564.40

**TOTAL BALANCE DUE**                                          **$2,564.40**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

**Locke**
**Lord** LLP
Attorneys & Counselors

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

July 11, 2013
Invoice No.: 1013414

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                                    $359.00

File Number:     1000304.00222
Re:              Plymouth County, Iowa (Raymond) v. GMAC, 725977

Your File Number: 725977

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/05/13 | Review order granting Rule 54(b) certification. | PRP | 0.20 | 96.80 |
| 06/05/13 | Draft e-mail to Lauren Delehey regarding ██████████ | PRP | 0.10 | 48.40 |
| 06/05/13 | Emails re ████████. | TJC | 0.10 | 58.50 |
| 06/20/13 | Draft e-mail to Lauren Delehey regarding ████████ | PRP | 0.20 | 96.80 |
| 06/20/13 | Emails re ███████████████ | TJC | 0.10 | 58.50 |
| | | | **0.70** | **$359.00** |

**TOTAL FEES**                                                              **$359.00**

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.50 | $242.00 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.70** | **$359.00** |

GMAC Mortgage, LLC
File No.:  1000304.00222

Invoice Date: July 11, 2013
Invoice No.:  1013414
Page:  2

**TIMEKEEPER SUMMARY TOTALS**                                          **$359.00**


TOTAL FEES                                                              $359.00

**TOTAL BALANCE DUE**                                                   **$359.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**                          **Via Courier:**
Locke Lord LLP                           JPMorgan Chase
24259 Network Place                      525 West Monroe Street, 8th Floor
Chicago, IL 60673-1242                   Chicago, IL  60661
                                         Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

July 11, 2013
Invoice No.: 1013415

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                        $702.00

File Number:        1000304.00230
Re:                 Massachusetts Recording Fee Litigation, 727116

Your File Number: 727116

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/03/13 | Emails between and among joint defense counsel re ███ | TJC | 0.10 | 58.50 |
| 06/05/13 | Emails between and among joint defense counsel re ███ | TJC | 0.20 | 117.00 |
| 06/06/13 | E-mails between and among joint defense counsel regarding ███ | TJC | 0.20 | 117.00 |
| 06/17/13 | Emails between and among joint defense counsel re ███ | TJC | 0.20 | 117.00 |
| | | | 0.70 | $409.50 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/03/13 | Review of order granting motion to consolidate and emails between and among joint defense counsel re same. | TJC | 0.10 | 58.50 |
| 06/07/13 | Review of revised draft of motion to dismiss and emails between and among joint defense counsel re same and re final draft of brief filed today. | TJC | 0.30 | 175.50 |
| 06/27/13 | Emails between and among joint defense counsel re motions for extension of time. | TJC | 0.10 | 58.50 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00230

Invoice Date: July 11, 2013
Invoice No.: 1013415
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 0.50 | $292.50 |

**TOTAL FEES** $702.00

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |
|---|---|---|---|---|
| | | | **0.70** | **$409.50** |

**Pleadings**

| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
|---|---|---|---|---|
| | | | **0.50** | **$292.50** |

**TIMEKEEPER SUMMARY TOTALS** $702.00

TOTAL FEES $702.00

**TOTAL BALANCE DUE** $702.00

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL 60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

July 11, 2013
Invoice No.: 1013416

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                                    $389.30

| File Number: | 1000304.00236 |
| --- | --- |
| Re: | Jackson County, MO, Recording Fee Litigation, 727570 |

Your File Number:  727570

| | Analysis/Strategy | ATTY | HOURS | VALUE |
| --- | --- | --- | --- | --- |
| 06/20/13 | Draft e-mail to Lauren Delehey regarding ██████ | PRP | 0.20 | 96.80 |
| | | | **0.20** | **$96.80** |

| | Pleadings | ATTY | HOURS | VALUE |
| --- | --- | --- | --- | --- |
| 06/06/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 06/20/13 | Review of order denying request for leave to take interlocutory appeal and emails re same. | TJC | 0.30 | 175.50 |
| 06/24/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| | | | **0.50** | **$292.50** |

| **TOTAL FEES** | | | | **$389.30** |
| --- | --- | --- | --- | --- |

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| P. R. Perdew | Partner | $484.00 | 0.20 | $96.80 |
| --- | --- | --- | --- | --- |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00236

Invoice Date: July 11, 2013
Invoice No.: 1013416
Page: 2

**Analysis/Strategy**

|  |  |  | 0.20 | $96.80 |
|---|---|---|---|---|

**Pleadings**

| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
|---|---|---|---|---|
|  |  |  | 0.50 | $292.50 |

**TIMEKEEPER SUMMARY TOTALS**  $389.30

TOTAL FEES  $389.30

**TOTAL BALANCE DUE**  $389.30

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Don Booth
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, Minnesota

July 11, 2013
Invoice No.: 1013418

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                                 $1,387.40

File Number:     1000304.00246
Re:              Hairston v. Residential Capital, LLC, et al., 728660

Your File Number:  728660

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Analysis/Strategy** | | | | |
| 06/20/13 | Various emails re ▮▮▮▮ | JMG | 0.40 | 183.20 |
| | | | **0.40** | **$183.20** |
| | | | | |
| **Pleadings** | | ATTY | HOURS | VALUE |
| 06/03/13 | Correspondence with D. Booth re ▮▮▮▮ | RJM | 0.30 | 158.40 |
| 06/20/13 | Review, revise ▮▮▮▮ | JMG | 0.90 | 412.20 |
| | | | **1.20** | **$570.60** |
| | | | | |
| **Other Written Motions/Submissions** | | ATTY | HOURS | VALUE |
| 06/20/13 | Draft ▮▮▮▮ | RJM | 1.20 | 633.60 |
| | | | **1.20** | **$633.60** |

**TOTAL FEES**                                                              **$1,387.40**

<u>**TIMEKEEPER SUMMARY:**</u>

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00246

Invoice Date: July 11, 2013
Invoice No.: 1013418
Page: 2

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| | | | **0.40** | **$183.20** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.90 | $412.20 |
| R. J. McClendon | Senior Counsel | $528.00 | 0.30 | $158.40 |
| | | | **1.20** | **$570.60** |

### Other Written Motions/Submissions

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 1.20 | $633.60 |
| | | | **1.20** | **$633.60** |

**TIMEKEEPER SUMMARY TOTALS** **$1,387.40**

TOTAL FEES $1,387.40

**TOTAL BALANCE DUE** **$1,387.40**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL 60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
GMAC Mortgage, LLC
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

July 15, 2013
Invoice No.: 1014092

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                               $835.50

File Number:     1000304.00260
Re:              4935 W Hubbard, Chicago, IL (Clara Williamson), 730893

Your File Number:  730893

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Third Party Communication** | | ATTY | HOURS | VALUE |
| 06/24/13 | Exchange emails with opposing counsel regarding ███████ | DFS | 0.20 | 52.80 |
| | | | 0.20 | $52.80 |
| **Pleadings** | | ATTY | HOURS | VALUE |
| 06/28/13 | Emails re ██████████████████ | TJC | 0.30 | 175.50 |
| | | | 0.30 | $175.50 |
| **Written Motions/Submissions** | | ATTY | HOURS | VALUE |
| 06/20/13 | Review, revise and finalize supplemental affidavit in support of motion for summary judgment. | DFS | 1.00 | 264.00 |
| | | | 1.00 | $264.00 |
| **Oral Arguments** | | ATTY | HOURS | VALUE |
| 06/27/13 | Attend hearing on motion for summary judgment. | DFS | 1.30 | 343.20 |
| | | | 1.30 | $343.20 |

GMAC Mortgage, LLC
File No.: 1000304.00260

Invoice Date: July 15, 2013
Invoice No.: 1014092
Page: 2

**TOTAL FEES**                                                                                          **$835.50**


**TIMEKEEPER SUMMARY:**


### Third Party Communication

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 0.20 | $52.80 |
| | | | **0.20** | **$52.80** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

### Written Motions/Submissions

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 1.00 | $264.00 |
| | | | **1.00** | **$264.00** |

### Oral Arguments

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 1.30 | $343.20 |
| | | | **1.30** | **$343.20** |

**TIMEKEEPER SUMMARY TOTALS**                                                                           **$835.50**

TOTAL FEES                                                                                              $835.50

**TOTAL BALANCE DUE**                                                                                   **$835.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

July 11, 2013
Invoice No.: 1013420

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                          $12,154.95

File Number:      1000304.00267
Re:               GMAC Mortgage v. Koenig & Strey, #722926

Your File Number: 722926

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/12/13 | Review status of motion for leave to file amended complaint and Koenig & Strey's discovery responses. | PRP | 0.20 | 96.80 |
| 06/19/13 | Draft e-mail to Lauren Delehey regarding ███████ | PRP | 0.60 | 290.40 |
| 06/19/13 | Review motion for summary judgment to determine ███████ | PRP | 0.30 | 145.20 |
| 06/27/13 | Speak with Brian Martin regarding ███████ | PRP | 0.60 | 290.40 |
| 06/28/13 | Exchange e-mails with Kathy Priore regarding ███████ | PRP | 0.10 | 48.40 |
| | | | 1.80 | $871.20 |

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/12/13 | Evaluate outstanding questions in timeline for purposes of motion for summary judgment. | RMH | 0.20 | 59.00 |
| | | | 0.20 | $59.00 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/14/13 | Continue drafting motion for summary judgment. | PRP | 2.50 | 1,210.00 |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: July 11, 2013
Invoice No.: 1013420
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/17/13 | Continue revising motion for summary judgment. | PRP | 1.90 | 919.60 |
| 06/18/13 | Continue drafting motion for summary judgment. | PRP | 4.30 | 2,081.20 |
| 06/21/13 | Continue revising motion for summary judgment and supporting affidavits. | PRP | 3.40 | 1,645.60 |
| 06/27/13 | Revise Martin affidavit. | PRP | 0.60 | 290.40 |
| | | | 12.70 | $6,146.80 |

| Court Mandated Conferences | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/13/13 | Attend and participate in hearing on our motion for leave to file a first amended petition; finalize and attend to filing first amended petition. | RMH | 2.20 | 649.00 |
| | | | 2.20 | $649.00 |

| Dispositive Motions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/07/13 | Analyze relevant Illinois authority and begin drafting argument section for motion for summary judgment. | RMH | 2.00 | 590.00 |
| 06/10/13 | Continue research into relevant legal principles and drafting argument section of motion for summary judgment. | RMH | 2.80 | 826.00 |
| 06/14/13 | Analyze correspondence records to fill remaining holes in facts necessary to support motion for summary judgment. | RMH | 1.00 | 295.00 |
| 06/17/13 | Continue drafting motion for summary judgment with focus on revising fact section and gathering appropriate documentary evidence to support propositions contained therein. | RMH | 2.90 | 855.50 |
| 06/18/13 | Research and investigate settlement history and communications in underlying case for purposes of drafting affidavits in support of motion for summary judgment. | RMH | 1.70 | 501.50 |
| 06/18/13 | Draft affidavit of Brian Martin in support of motion for summary judgment. | RMH | 0.70 | 206.50 |
| 06/19/13 | Draft affidavits of Kathy Priore and Patrick Lerch in support of motion for summary judgment. | RMH | 1.20 | 354.00 |
| 06/21/13 | Prepare supporting documents and finalize affidavits of Kathy Priore, Brian Martin, and Patrick Lerch in support of motion for summary judgment. | RMH | 2.10 | 619.50 |
| 06/26/13 | Assess email from K. Priore regarding ▇▇▇▇▇▇▇▇ | RMH | 0.10 | 29.50 |
| 06/27/13 | Revise and supplement affidavit of Brian Martin and motion for summary judgment. | RMH | 0.50 | 147.50 |
| | | | 15.00 | $4,425.00 |

**TOTAL FEES**      **$12,151.00**

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.:  1000304.00267

Invoice Date: July 11, 2013
Invoice No.:  1013420
Page: 3

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 1.80 | $871.20 |
| | | | **1.80** | **$871.20** |

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 12.70 | $6,146.80 |
| | | | **12.70** | **$6,146.80** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 2.20 | $649.00 |
| | | | **2.20** | **$649.00** |

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 15.00 | $4,425.00 |
| | | | **15.00** | **$4,425.00** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$12,151.00**

| | VALUE |
|---|---|
| **EXPENSES** | |
| Clerk of the Circuit Court of Cook County - E-filing fee - Thomas Cunningham | 3.95 |
| **TOTAL EXPENSES** | **$3.95** |

TOTAL FEES                                                        $12,151.00

TOTAL EXPENSES                                                      $3.95

TOTAL FEES AND EXPENSES                                          $12,154.95

**TOTAL BALANCE DUE**                                            **$12,154.95**

PLEASE REMIT PAYMENT TO:



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

**Locke**
**Lord** LLP
Attorneys & Counselors

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

July 11, 2013
Invoice No.: 1013421

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                                    $1,004.60

File Number:      1000304.00283
Re:               Lugo, Sandra v. GMAC Mortgage, LLC, #734282

Your File Number:  734282

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/21/13 | E-mail Ms. Kinney regarding ███ | JLS | 0.10 | 37.40 |
| | | | **0.10** | **$37.40** |

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/01/13 | Confer with T. Cunningham regarding ████████ | JLK | 0.30 | 93.60 |
| 05/01/13 | Confer with D. Booth regarding ██████ | JLK | 0.50 | 156.00 |
| 05/21/13 | Call with plaintiff's counsel regarding ██████ | JLK | 0.30 | 93.60 |
| 05/23/13 | Evaluate potential options to facilitate payoff of loan. | JLK | 0.20 | 62.40 |
| 05/23/13 | Confer with D. Booth regarding ████████ | JLK | 0.50 | 156.00 |
| 06/07/13 | Evaluate options for facilitating settlement of lawsuit. | JLK | 0.30 | 93.60 |
| 06/18/13 | Confer with plaintiff's counsel regarding ████████ | JLK | 0.30 | 93.60 |
| 06/21/13 | Call to plaintiff's counsel regarding ██████ | JLK | 0.20 | 62.40 |
| 06/26/13 | Confer with plaintiff's counsel regarding ██████ | JLK | 0.20 | 62.40 |
| 06/26/13 | Confer with D. Booth regarding ██████ | JLK | 0.30 | 93.60 |

GMAC Mortgage, LLC
File No.: 1000304.00283

Invoice Date: July 11, 2013
Invoice No.: 1013421
Page: 2

| Settlement/Non-binding ADR | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 3.10 | $967.20 |

**TOTAL FEES**                                                                                    **$1,004.60**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. L. Sanders | Partner | $374.00 | 0.10 | $37.40 |
| | | | **0.10** | **$37.40** |

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| J. L. Kinney | Associate | $312.00 | 3.10 | $967.20 |
| | | | **3.10** | **$967.20** |

**TIMEKEEPER SUMMARY TOTALS**                                                          **$1,004.60**

TOTAL FEES                                                                                        $1,004.60

**TOTAL BALANCE DUE**                                                                       **$1,004.60**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Beth McWilliams
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

July 11, 2013
Invoice No.: 1013422

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                                      $528.50

File Number:      1000304.00285
Re:               6032 S. Lafayette (McCamey). #734245

Your File Number:  734245

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/01/13 | Consideration of what we should do next in light of information obtained yesterday. | TJC | 0.20 | 117.00 |
| 06/03/13 | Analyze documents related to new lawsuit involving this property to determine if ███████ | JCW | 0.50 | 147.50 |
| | | | 0.70 | $264.50 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/04/13 | Telephone call with J. Hoy regarding ███████ | JCW | 0.30 | 88.50 |
| | | | 0.30 | $88.50 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/01/13 | Review of various orders pertaining to entry of administrative judgment against Deutsche Bank, issuance of citation to discover assets and rule to show cause. | TJC | 0.30 | 175.50 |
| | | | 0.30 | $175.50 |

**TOTAL FEES**                                                                 $528.50

---

GMAC Mortgage, LLC
File No.: 1000304.00285

Invoice Date: July 11, 2013
Invoice No.: 1013422
Page: 2

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| J.C. Webb | Associate | $295.00 | 0.50 | $147.50 |
| | | | **0.70** | **$264.50** |

### Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | **0.30** | **$88.50** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                **$528.50**

TOTAL FEES                                                                        $528.50

**TOTAL BALANCE DUE**                                                          **$528.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord

LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

July 11, 2013
Invoice No.: 1013424

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                                    $367.00

File Number:        1000304.00290
Re:                 Singh, James v. ETS Services LLC, 735143

Your File Number:  735143

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/11/13 | Correspondence with D. Booth re order from Ninth Circuit re bankruptcy stay. | RJM | 0.30 | 158.40 |
| 06/11/13 | Review order on Capital One demurrer and emails from/to ███ | JMG | 0.20 | 91.60 |
| 06/11/13 | Review of order received from the 9th Circuit regarding stay of appeal due to ETS bankruptcy and requirement that we file a further status report by December 9 regarding status of bankruptcy, and emails re ███ | TJC | 0.20 | 117.00 |
| | | | 0.70 | $367.00 |

**TOTAL FEES**                                                                 $367.00

**TIMEKEEPER SUMMARY:**

Pleadings

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |

GMAC Mortgage, LLC
File No.:  1000304.00290

Invoice Date: July 11, 2013
Invoice No.:  1013424
Page: 2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 0.30 | $158.40 |
| | | | 0.70 | **$367.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                                          **$367.00**

TOTAL FEES                                                                                                           $367.00

**TOTAL BALANCE DUE**                                                                                      **$367.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke**
**Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

July 11, 2013
Invoice No.: 1013425

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                                $183.20

File Number:        1000304.00295
Re:                 REO NY Holdings, Inc. v. GMAC Mortgage, LLC, 736885

Your File Number: 736885

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/07/13 | Emails from/to plaintiff's counsel re ▇▇▇▇▇ | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/27/13 | Follow up re status of stipulation. | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |

**TOTAL FEES**                                                             **$183.20**

---

**TIMEKEEPER SUMMARY:**

Settlement/Non-binding ADR

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | 0.20 | $91.60 |

GMAC Mortgage, LLC
File No.: 1000304.00295

Invoice Date: July 11, 2013
Invoice No.: 1013425
Page: 2

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**TIMEKEEPER SUMMARY TOTALS**             **$183.20**

TOTAL FEES             $183.20

**TOTAL BALANCE DUE**             **$183.20**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL 60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Kathy Priore
8400 Normandale Blvd
Bloomington, MN 77437

July 11, 2013
Invoice No.: 1013426

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                    $819.00

File Number:      1000304.00297
Re:               Rozier, Karen v. GMAC Mortgage LLC, 737375

Your File Number:  737375

| | | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 06/01/13 | | Review of latest email from Karen Rozier related to ████ ████████ | TJC | 0.30 | 175.50 |
| 06/01/13 | | Review of email from plaintiff regarding various threats and allegations and consideration of how to respond. | TJC | 0.30 | 175.50 |
| 06/01/13 | | Emails from/to Chris Lee and Nina Huerta re ████ ████ | TJC | 0.30 | 175.50 |
| 06/01/13 | | Email to Kathy Priore re ████████ | TJC | 0.20 | 117.00 |
| 06/01/13 | | Email to Mike Comiskey re ████████ | TJC | 0.30 | 175.50 |
| | | | | 1.40 | $819.00 |

**TOTAL FEES**                                                              **$819.00**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.40 | $819.00 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00297

Invoice Date: July 11, 2013
Invoice No.: 1013426
Page: 2

**Analysis/Strategy**

|  | 1.40 | $819.00 |

**TIMEKEEPER SUMMARY TOTALS** $819.00

TOTAL FEES $819.00

**TOTAL BALANCE DUE** $819.00

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Kathy Price
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

July 11, 2013
Invoice No.: 1013427

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                                      $2,357.60

File Number:    1000304.00300
Re:             6346 S Ellis (Samuels)

Your File Number:  2013-05-EO7866

| Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|
| 06/24/13  Conduct search via Cook County Recorder of Deeds to determine whether ████████████████████ | TBT | 0.20 | 47.60 |
|  |  | **0.20** | **$47.60** |

| Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| 04/11/13  Draft initial case analysis. | NO | 0.60 | 210.00 |
| 04/12/13  Brief initial review and analysis of issues in new demolition matter. | NO | 0.40 | 140.00 |
| 06/03/13  Review of email chain from Green Tree ██████████ | TJC | 0.20 | 117.00 |
| 06/05/13  Emails re ████████ | TJC | 0.10 | 58.50 |
| 06/12/13  Emails re ████████ | TJC | 0.20 | 117.00 |
| 06/20/13  Emails re ████████ | TJC | 0.20 | 117.00 |
| 06/24/13  Emails re ████████ | TJC | 0.10 | 58.50 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00300

Invoice Date: July 11, 2013
Invoice No.: 1013427
Page: 2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/24/13 | Emails re ███████████ | TJC | 0.10 | 58.50 |
| 06/24/13 | Review email from client ███████████ | NO | 0.10 | 35.00 |
| 06/24/13 | Initial analysis of tax sale of property. | NO | 0.30 | 105.00 |
| 06/25/13 | Research case law involving tax sales and their relationship to the conveyance of property in Illinois, generally, and in Cook County. | NO | 1.30 | 455.00 |
| 06/25/13 | Review history of tax sale and recording on property. | NO | 0.40 | 140.00 |
| 06/25/13 | Phone conversation with county recorder's office regarding tax sale of property at issue. | NO | 0.30 | 105.00 |
| 06/26/13 | Analysis of case law and local rules regarding tax sales in relation to conveyance of property. | NO | 0.60 | 210.00 |
| | | | **4.90** | **$1,926.50** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/05/13 | E-mail to counsel for Green Tree Servicing regarding ███████████ | JCW | 0.20 | 59.00 |
| 06/20/13 | E-mail to GMAC Mortgage regarding ███████████ | JCW | 0.20 | 59.00 |
| 06/20/13 | E-mail to Green Tree ███████████ | JCW | 0.10 | 29.50 |
| 06/24/13 | E-mails with GMAC Mortgage regarding ███████████ | JCW | 0.20 | 59.00 |
| 06/24/13 | Initial investigation regarding potential tax sale. | JCW | 0.20 | 59.00 |
| 06/26/13 | E-mails with N. O'Conner regarding research into tax sale and legal effect of same. | JCW | 0.20 | 59.00 |
| 06/26/13 | E-mails with Green Tree regarding ███████████ | JCW | 0.20 | 59.00 |
| | | | **1.30** | **$383.50** |

## TOTAL FEES

$2,357.60

## TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.20 | $47.60 |
| | | | **0.20** | **$47.60** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| N. O'Conner | Associate | $350.00 | 4.00 | $1,400.00 |

GMAC Mortgage, LLC
File No.: 1000304.00300

Invoice Date: July 11, 2013
Invoice No.: 1013427
Page: 3

**Analysis/Strategy**

|  |  |  | 4.90 | $1,926.50 |
|---|---|---|---|---|

**Other**

| J.C. Webb | Associate | $295.00 | 1.30 | $383.50 |
|---|---|---|---|---|
|  |  |  | 1.30 | $383.50 |

**TIMEKEEPER SUMMARY TOTALS** ................................................ **$2,357.60**

TOTAL FEES ................................................ $2,357.60

**TOTAL BALANCE DUE** ................................................ **$2,357.60**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Linda Gregerson
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

July 11, 2013
Invoice No.: 1013428

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                                    **$450.00**

File Number:       1000304.00303
Re:                6046 N Monitor (Lapalio-Lakin), 737737

Your File Number: 737737

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/12/13 | Draft email to client re: ███████████ | CGS | 0.20 | 51.00 |
| 06/12/13 | Emails re status of determining whether ███████ | TJC | 0.20 | 117.00 |
| 06/18/13 | Emails re status and strategy. | TJC | 0.20 | 117.00 |
| 06/18/13 | Draft email to client re: ███████████ | CGS | 0.30 | 76.50 |
| | | | **0.90** | **$361.50** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/12/13 | Review case status. | JCW | 0.10 | 29.50 |
| 06/18/13 | Conference with Chethan Shetty regarding proper document to record to demonstrate that GMAC Mortgage no longer has any interest in this property. | JCW | 0.20 | 59.00 |
| | | | **0.30** | **$88.50** |

**TOTAL FEES**                                                                  **$450.00**

**TIMEKEEPER SUMMARY:**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00303

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| C. G. Shetty | Associate | $255.00 | 0.50 | $127.50 |
| | | | **0.90** | **$361.50** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | **0.30** | **$88.50** |

**TIMEKEEPER SUMMARY TOTALS**                                        **$450.00**

TOTAL FEES                                                                            $450.00

**TOTAL BALANCE DUE**                                                      **$450.00**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail:**</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>**Via Courier:**</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

**Locke Lord** LLP
Attorneys & Counselors

Donald Booth
GMAC Mortgage LLC
8400 Normandale Blvd
Bloomington, MN 77437

July 11, 2013
Invoice No.: 1013429

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                              $292.50

File Number:        1000304.00306
Re:                 Nobles, Hunt v. GMAC Mortgage, LLC, 2013-05-EP8431

Your File Number:  2013-05-EP8431

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/03/13 | Review of plaintiff's motion for extension of time and emails re same. | TJC | 0.20 | 117.00 |
| 06/06/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 06/07/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 06/11/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.50** | **$292.50** |

**TOTAL FEES**                                                          **$292.50**

**TIMEKEEPER SUMMARY:**

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | **0.50** | **$292.50** |

**TIMEKEEPER SUMMARY TOTALS**                                          **$292.50**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00306

Invoice Date: July 11, 2013
Invoice No.:  1013429
Page:  2

| | |
|---|---|
| TOTAL FEES | $292.50 |
| **TOTAL BALANCE DUE** | **$292.50** |

PLEASE REMIT PAYMENT TO:

<u>Via US Mail:</u>
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

<u>Via Courier:</u>
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage LLC
8400 Normandale Blvd
Bloomington, MN 77437

July 11, 2013
Invoice No.: 1013430

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                    <u>$66.00</u>

File Number:    1000304.00308
Re:    Magelssen, Trig and Linda v. ETS, LLC, 2013-05-EP5514

Your File Number: 2013-05-EP5514

| | Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 06/11/13 | Check docket for updates. | | MN | 0.30 | 66.00 |
| | | | | 0.30 | **$66.00** |

**TOTAL FEES**                                        **$66.00**

**TIMEKEEPER SUMMARY:**

**Pleadings**

| | | | | | |
|---|---|---|---|---|---|
| M. Nazareth | | Associate | $220.00 | 0.30 | $66.00 |
| | | | | 0.30 | **$66.00** |

**TIMEKEEPER SUMMARY TOTALS**                              **$66.00**

TOTAL FEES                                        $66.00

**TOTAL BALANCE DUE**                                **$66.00**

PLEASE REMIT PAYMENT TO:

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00308

Invoice Date: July 11, 2013
Invoice No.:  1013430
Page:  2

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL   60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke**
**Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Bloomington, MN 55437

July 11, 2013
Invoice No.: 1013431

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                                    $54.40

File Number:        1000304.00310
Re:                 5240 W Ferdinand (Robinson)

Your File Number:  2013-05-EQ7871

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/03/13 | Analyze correspondence received from counsel for the City of Chicago regarding current disposition of pending matter, and draft response regarding the same. | DC | 0.20 | 54.40 |
| | | | 0.20 | $54.40 |

**TOTAL FEES**                                                                 **$54.40**

**TIMEKEEPER SUMMARY:**

| Fact Investigation/Development | | | | |
|---|---|---|---|---|
| D. Cole | Associate | $272.00 | 0.20 | $54.40 |
| | | | 0.20 | $54.40 |

**TIMEKEEPER SUMMARY TOTALS**                                                  **$54.40**

TOTAL FEES                                                                      $54.40

**TOTAL BALANCE DUE**                                                          **$54.40**

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Bloomington, MN 55437

July 11, 2013
Invoice No.: 1013432

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                                                $85.70

File Number:        1000304.00311
Re:                 4139 W Leland (Ivanovic)

Your File Number:  2013-05-EV8735

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/04/13 | Email from Linda Gregerson re ███████ ███████ | TJC | 0.10 | 58.50 |
| | | | 0.10 | $58.50 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/05/13 | Draft correspondence to counsel for the City of Chicago confirming his intention to dismiss matter at next hearing. | DC | 0.10 | 27.20 |
| | | | 0.10 | $27.20 |

**TOTAL FEES**                                                                      **$85.70**

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | 0.10 | $58.50 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00311

Invoice Date: July 11, 2013
Invoice No.: 1013432
Page: 2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| D. Cole | Associate | $272.00 | 0.10 | $27.20 |
| | | | 0.10 | **$27.20** |

**TIMEKEEPER SUMMARY TOTALS**                                        **$85.70**

TOTAL FEES                                        $85.70

**TOTAL BALANCE DUE**                                        **$85.70**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Bloomington, MN 55437

July 11, 2013
Invoice No.: 1013434

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                                    $724.70

File Number:        1000304.00312
Re:                 6541 S Parnell (Wilmington)

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/04/13 | Review servicing notes. | DFS | 0.40 | 105.60 |
| 06/12/13 | Review, revise and finalize notice of bankruptcy and appearance. | DFS | 0.50 | 132.00 |
| 06/18/13 | Review loan file and the servicing notes for any mention of deed in lieu. | DFS | 1.00 | 264.00 |
| 06/18/13 | Review of emails re status and strategy. | TJC | 0.20 | 117.00 |
| 06/26/13 | Emails re status. | TJC | 0.10 | 58.50 |
| | | | **2.20** | **$677.10** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/14/13 | Confirm upcoming deadlines; update status chart. | TBT | 0.20 | 47.60 |
| | | | **0.20** | **$47.60** |

**TOTAL FEES**                                                                **$724.70**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00312

Invoice Date: July 11, 2013
Invoice No.: 1013434
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| D. F. Standa | Associate | $264.00 | 1.90 | $501.60 |
| | | | **2.20** | **$677.10** |

**Other**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.20 | $47.60 |
| | | | **0.20** | **$47.60** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$724.70**

TOTAL FEES                                                                                       $724.70

**TOTAL BALANCE DUE**                                                                 **$724.70**

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Bloomington, MN 55437

July 11, 2013
Invoice No.: 1013435

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013

$2,950.00

| File Number: | 1000304.00313 |
| Re: | 4804 S Princeton (Georgia Brown) |

| Fact Investigation/Development | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/11/13 | | TBT | 1.00 | 238.00 |
| 06/13/13 | Retrieve documents recorded against the subject owner/property from the Cook County Recorder of Deeds. | TBT | 0.50 | 119.00 |
| | | | 1.50 | $357.00 |

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/11/13 | Analyze client documents and pleadings. | DC | 1.00 | 272.00 |
| 06/11/13 | Email from T. Till re factual background re subject property. | TJC | 0.20 | 117.00 |
| 06/13/13 | Develop initial case strategy. | JCW | 0.20 | 59.00 |
| 06/13/13 | Draft initial assessment of matter. | DC | 2.90 | 788.80 |
| 06/14/13 | Emails re initial case assessment. | TJC | 0.20 | 117.00 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00313

Invoice Date: July 11, 2013
Invoice No.: 1013435
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/25/13 | Emails re status and strategy. | TJC | 0.20 | 117.00 |
| 06/25/13 | Develop strategy for conversation with counsel for the City requesting dismissal. | JCW | 0.20 | 59.00 |
| 06/26/13 | Emails re City's agreement to dismiss GMACM from the case. | TJC | 0.10 | 58.50 |
| | | | **5.00** | **$1,588.30** |

| Settlement/Non-binding ADR | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/17/13 | Conference with counsel for the City regarding settlement. | DC | 0.20 | 54.40 |
| 06/25/13 | Conference with counsel for the City regarding settlement and dismissal of client and draft summary to client regarding same. | DC | 0.70 | 190.40 |
| 06/26/13 | Draft proposed settlement terms to counsel for the City of Chicago. | DC | 0.20 | 54.40 |
| | | | **1.10** | **$299.20** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/10/13 | Review new housing court action filed against GMAC Mortgage. | JCW | 0.30 | 88.50 |
| 06/14/13 | Analyze recorded documents related to this property to confirm GMAC Mortgage is not a record mortgagee. | JCW | 0.40 | 118.00 |
| 06/14/13 | Revise Initial Case Assessment. | JCW | 0.40 | 118.00 |
| 06/14/13 | E-mail to GMAC Mortgage with ███████ ████ | JCW | 0.10 | 29.50 |
| 06/25/13 | E-mails with GMAC Mortgage regarding ██████ ██████████ | JCW | 0.20 | 59.00 |
| | | | **1.40** | **$413.00** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/10/13 | Review of complaint and related papers re new housing court matter; emails re ████████████ | TJC | 0.50 | 292.50 |
| | | | **0.50** | **$292.50** |

**TOTAL FEES**                                                      **$2,950.00**

**TIMEKEEPER SUMMARY:**

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 1.50 | $357.00 |
| | | | **1.50** | **$357.00** |

GMAC Mortgage, LLC
File No.: 1000304.00313

Invoice Date: July 11, 2013
Invoice No.: 1013435
Page: 3

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |
| D. Cole | Associate | $272.00 | 3.90 | $1,060.80 |
| J.C. Webb | Associate | $295.00 | 0.40 | $118.00 |
| | | | **5.00** | **$1,588.30** |

### Settlement/Non-binding ADR

| | | | | |
|---|---|---|---|---|
| D. Cole | Associate | $272.00 | 1.10 | $299.20 |
| | | | **1.10** | **$299.20** |

### Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.40 | $413.00 |
| | | | **1.40** | **$413.00** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | **0.50** | **$292.50** |

| | |
|---|---|
| **TIMEKEEPER SUMMARY TOTALS** | **$2,950.00** |
| TOTAL FEES | $2,950.00 |
| **TOTAL BALANCE DUE** | **$2,950.00** |

PLEASE REMIT PAYMENT TO:

**Via US Mail:**
Locke Lord LLP
24259 Network Place
Chicago, IL 60673-1242

**Via Courier:**
JPMorgan Chase
525 West Monroe Street, 8th Floor
Chicago, IL  60661
Attn: Locke Lord LLP Box #24259

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.