

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

**Locke Lord** LLP
Attorneys & Counselors

GMAC Mortgage, LLC
Attn: Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

August 22, 2013
Invoice No.: 1021163

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                    $4,228.30

| | | |
|---|---|---|
| File Number: | 1000304.00000 | |
| Re: | Residential Funding Bankruptcy - LL Fee Petitions | |

Your File Number: 733964

| | Fee/Employment Applications | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/02/13 | Continue work on third interim fee application. | BAR | 0.10 | 26.40 |
| 07/07/13 | Continue preparation of third interim fee application (.9); email T. Cunningham re same (.1). | BAR | 1.00 | 264.00 |
| 07/08/13 | Work on third interim fee application (.4); email T. Cunningham re same (.1). | BAR | 0.50 | 132.00 |
| 07/09/13 | Work on third interim fee application. | BAR | 0.50 | 132.00 |
| 07/23/13 | Work on May fee report. | BAR | 2.00 | 528.00 |
| 07/24/13 | Continue preparation of May report to notice parties. | BAR | 0.60 | 158.40 |
| 07/25/13 | Work on May report to notice parties. | BAR | 0.40 | 105.60 |
| | | | **5.10** | **$1,346.40** |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/08/13 | Emails to/from J. Webb re resolution of Hall case and what may have led to Hall filing a proof of claim. | TJC | 0.20 | 117.00 |
| 07/08/13 | Conference with J. Webb re Hall proof of claim. | TJC | 0.10 | 58.50 |
| 07/09/13 | Email to Kathy Priore re objecting to Hall's claim. | TJC | 0.20 | 117.00 |
| 07/26/13 | Emails re status and strategy for new matter involving City of Chicago; review and background documents and facts. | TJC | 0.50 | 292.50 |

GMAC Mortgage, LLC
File No.:  1000304.00000

Invoice Date: August 22, 2013
Invoice No.:  1021163
Page:  2

| Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| 07/29/13 Emails re ████████████ regarding | TJC | 0.30 | 175.50 |
| 07/30/13 ██████████████████████ | TJC | 0.20 | 117.00 |
| | | **1.50** | **$877.50** |

| Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|
| 07/05/13 Emails re status of settlement and Hall's proof of claim. | TJC | 0.20 | 117.00 |
| 07/25/13 Preparation of Third Interim Fee Application. | JMG | 1.00 | 458.00 |
| | | **1.20** | **$575.00** |

| Other | ATTY | HOURS | VALUE |
|---|---|---|---|
| 07/09/13 Correspondence from bankruptcy counsel re interim fee applications and follow up re same. | JMG | 0.30 | 137.40 |
| | | **0.30** | **$137.40** |

| Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|
| 07/03/13 Preparation of third interim fee petition. | TJC | 1.00 | 585.00 |
| 07/07/13 Preparation of third interim fee petition. | TJC | 0.30 | 175.50 |
| 07/08/13 Preparation of third interim fee petition. | TJC | 0.40 | 234.00 |
| 07/08/13 Review and analysis of Hall proof of claim. | TJC | 0.20 | 117.00 |
| 07/09/13 Emails from Erica Richards re third interim fee petition and forward same to Brian Raynor and Kathy Morehouse. | TJC | 0.10 | 58.50 |
| 07/09/13 Review proof of claim filed by Hall in the ResCap bankruptcy. | JCW | 0.20 | 59.00 |
| | | **2.20** | **$1,229.00** |

## TOTAL FEES

$4,165.30

## TIMEKEEPER SUMMARY:

### Fee/Employment Applications

| | | | | |
|---|---|---|---|---|
| B. A. Raynor | Associate | $264.00 | 5.10 | $1,346.40 |
| | | | **5.10** | **$1,346.40** |

### Analysis/Strategy

GMAC Mortgage, LLC
File No.: 1000304.00000

Invoice Date: August 22, 2013
Invoice No.: 1021163
Page: 3

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.50 | $877.50 |
| | | | **1.50** | **$877.50** |

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.00 | $458.00 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **1.20** | **$575.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 2.00 | $1,170.00 |
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **2.20** | **$1,229.00** |

**TIMEKEEPER SUMMARY TOTALS**                                          **$4,165.30**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 06/24/13 | FedEx Shipments | 12.60 |
| 06/24/13 | FedEx Shipments | 12.60 |
| 06/24/13 | FedEx Shipments | 12.60 |
| 06/24/13 | FedEx Shipments | 12.60 |
| 06/24/13 | FedEx Shipments | 12.60 |
| | TOTAL | $63.00 |

TOTAL FEES                                                            $4,165.30

TOTAL EXPENSES                                                           $63.00

TOTAL FEES AND EXPENSES                                               $4,228.30

**TOTAL BALANCE DUE**                                                 **$4,228.30**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**          **Via Wire Transfer:**          **Via EFT or ACH Trasfer:**
Locke Lord LLP                        JPMorgan Chase                  JP Morgan Chase



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

August 22, 2013
Invoice No.: 1021164

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013 _____ <u>$453.70</u>

File Number:     1000304.00161
Re:          Franklin, Tom vs. GMAC Mortgage, et al.

Your File Number: 731528

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/12/13 | Analyze Plaintiff's pleading; review docket sheet to confirm status of service; formulate litigation strategy. | MKH | 0.60 | 139.80 |
| 07/12/13 | Communications with P. Zellman ████████████ evaluate service issues. | TGY | 0.50 | 244.00 |
| 07/15/13 | Conference with P. Zellmann ████████████ | MKH | 0.10 | 23.30 |
| 07/18/13 | Review docket sheet to confirm status of service. | MKH | 0.10 | 23.30 |
| 07/27/13 | Review docket sheet to confirm status of service. | MKH | 0.10 | 23.30 |
| | | | 1.40 | $453.70 |

**TOTAL FEES** _____ **$453.70**

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T. G. Yoxall | Partner | $488.00 | 0.50 | $244.00 |
| M. K. Hansen | Associate | $233.00 | 0.90 | $209.70 |

GMAC Mortgage, LLC
File No.: 1000304.00161

Invoice Date: August 22, 2013
Invoice No.: 1021164
Page: 2

**Analysis/Strategy**

|  | 1.40 | $453.70 |
|---|---|---|

**TIMEKEEPER SUMMARY TOTALS** $453.70

TOTAL FEES $453.70

**TOTAL BALANCE DUE** $453.70

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

August 28, 2013
Invoice No.: 1022186

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                                    $10,943.30

File Number:        1000304.00174
Re:                 Nora v. GMAC Mortgage, #706615

Your File Number:  706615

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/02/13 | Exchange e-mails with Nora and ResCap regarding ████ and regarding briefing on Seventh Circuit appeal. | PRP | 0.60 | 290.40 |
| 07/08/13 | Conference call with Lauren Delehey and Morrison Forester attorneys regarding ████ | PRP | 0.60 | 290.40 |
| 07/10/13 | Exchange e-mails with Adam Lewis at Morrison Forrester regarding Nora's state court pleadings. | PRP | 0.10 | 48.40 |
| 07/11/13 | Exchange e-mails with Lauren Delehey regarding ████ | PRP | 0.20 | 96.80 |
| 07/19/13 | Begin review of Nora's appellate brief. | PRP | 0.30 | 145.20 |
| 07/22/13 | Outline arguments for response brief. | PRP | 0.40 | 193.60 |
| 07/22/13 | Draft e-mail to Lauren Delehey regarding ████ | PRP | 0.30 | 145.20 |
| 07/22/13 | Review Nora's opening brief on appeal. | PRP | 1.40 | 677.60 |
| 07/24/13 | Exchange e-mails with co-defendants regarding joint response brief. | PRP | 0.10 | 48.40 |
| 07/28/13 | Research case law to prepare appellate brief. | KRK | 3.80 | 972.80 |
| 07/29/13 | Speak with co-defendants' counsel regarding arguments to include in response brief. | PRP | 0.10 | 48.40 |
| 07/31/13 | E-mails re ████ | TJC | 0.10 | 58.50 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: August 28, 2013
Invoice No.: 1022186
Page: 2

| Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|
| | | 8.00 | $3,015.70 |

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/07/13 | Emails re ███████████████, | TJC | 0.30 | 175.50 |
| 07/08/13 | E-mails with counsel for Rescap debtors regarding ██████ ███████████████ Telephone conference with Debtors' counsel re ██████ | TJC | 0.60 | 351.00 |
| 07/12/13 | Draft response to Wendy Nora ██████████ | PRP | 0.60 | 290.40 |
| 07/17/13 | Revise draft e-mail responding to Nora's settlement demand; exchange e-mails with Morrison & Forester attorneys regarding ██████ | PRP | 0.80 | 387.20 |
| 07/17/13 | Emails re ██████████████ | TJC | 0.30 | 175.50 |
| 07/18/13 | Emails re ███████████ and emails re █████ ██████ | TJC | 0.30 | 175.50 |
| 07/18/13 | Exchange further e-mails with Morrison & Forester attorneys and foreclosure counsel regarding ███████████ | PRP | 0.50 | 242.00 |
| 07/19/13 | Make further revisions to settlement response to Nora. | PRP | 0.40 | 193.60 |
| 07/19/13 | Conference call with Lauren Delehey and bankruptcy attorneys regarding ████████ | PRP | 0.30 | 145.20 |
| 07/19/13 | Emails re ████████████ | TJC | 0.10 | 58.50 |
| 07/23/13 | Emails re ██████████ | TJC | 0.20 | 117.00 |
| 07/23/13 | Revise draft response to Nora settlement demand. | PRP | 0.50 | 242.00 |
| 07/24/13 | Continue revising draft settlement offer to Wendy Nora. | PRP | 0.30 | 145.20 |
| 07/24/13 | Emails re status ████████ | TJC | 0.20 | 117.00 |
| 07/26/13 | Emails re status of ████████████ | TJC | 0.20 | 117.00 |
| 07/26/13 | Exchange e-mails with Lauren Delehey and Morrison Forester attorneys regarding ███████████ | PRP | 0.40 | 193.60 |
| 07/29/13 | Exchange e-mails with Morrison & Forester regarding ██████ ████████ | PRP | 0.40 | 193.60 |
| 07/29/13 | Emails re status of settlement discussions with Nora and Nora's latest requests. | TJC | 0.20 | 117.00 |
| 07/30/13 | Review and analysis of proposed settlement with Nora and emails re same. | TJC | 0.50 | 292.50 |
| 07/30/13 | Conference with Rusty Perdew re proposed settlement with Nora. | TJC | 0.30 | 175.50 |
| 07/30/13 | Exchange e-mails with Morrison & Forester attorneys regarding ███████████ | PRP | 0.20 | 96.80 |
| 07/30/13 | Revise draft settlement offer to Nora. | PRP | 0.40 | 193.60 |
| | | | 8.00 | $4,195.20 |

GMAC Mortgage, LLC
File No.:  1000304.00174

Invoice Date: August 28, 2013
Invoice No.:  1022186
Page: 3

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/25/13 | Discuss research needed with K. Knabe. | JCW | 0.20 | 59.00 |
| | | | 0.20 | $59.00 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/01/13 | Emails re draft motion to establish a briefing schedule. | TJC | 0.10 | 58.50 |
| 07/01/13 | Review and revise motion for briefing schedule. | PRP | 0.20 | 96.80 |
| 07/02/13 | Review of draft motion requesting briefing schedule and emails re same; email from Wendy Nora re proposal for briefing schedule and follow up emails re same. | TJC | 0.50 | 292.50 |
| 07/02/13 | File motion requesting briefing schedule in 7th Circuit appeal. | JCW | 0.10 | 29.50 |
| 07/02/13 | Revise motion requesting briefing schedule per Rusty Perdew comments. | JCW | 0.20 | 59.00 |
| 07/03/13 | Review 7th Circuit order setting briefing schedule and circulate schedule. | JCW | 0.30 | 88.50 |
| 07/03/13 | Review of order received today setting briefing schedule and emails re same. | TJC | 0.20 | 117.00 |
| 07/11/13 | E-mails re lis pendens. | TJC | 0.10 | 58.50 |
| 07/19/13 | Review of ECF notice re Nora's appellate brief. | TJC | 0.10 | 58.50 |
| 07/22/13 | Review and analysis of Wendy Nora's appellate brief and emails re same. | TJC | 0.50 | 292.50 |
| 07/23/13 | Analyze Nora's Appellate Brief. | JCW | 0.30 | 88.50 |
| 07/23/13 | Prepare outline for Appellee Brief. | JCW | 0.40 | 118.00 |
| 07/23/13 | Continue outlining response brief on appeal. | PRP | 0.40 | 193.60 |
| 07/25/13 | Review Wisconsin Court of Appeal records relating to denial of Nora's latest appeal. | JCW | 0.20 | 59.00 |
| 07/25/13 | Review District Court briefs and Nora's Appellate Brief to determine list of research projects needed to prepare Appellee Brief. | JCW | 0.40 | 118.00 |
| | | | 4.00 | $1,728.40 |

| | Appellate Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/23/13 | Emails re status of Nora's appeal to the Wisconsin Supreme Court. | TJC | 0.10 | 58.50 |
| 07/30/13 | Emails re status of Nora's appeal to the Wisconsin State Supreme Court. | TJC | 0.20 | 117.00 |
| 07/31/13 | E-mail from foreclosure counsel re status of Nora's appeal to the Wisconsin Supreme Court | TJC | 0.10 | 58.50 |
| | | | 0.40 | $234.00 |

| | Appellate Briefs | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/30/13 | Draft Appellee Brief for 7th Circuit Appeal. | JCW | 3.20 | 944.00 |

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: August 28, 2013
Invoice No.: 1022186
Page: 4

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Appellate Briefs** | | | | |
| 07/31/13 | Draft Appellee Brief for 7th Circuit Appeal. | JCW | 2.60 | 767.00 |
| | | | **5.80** | **$1,711.00** |

**TOTAL FEES** $10,943.30

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 4.10 | $1,984.40 |
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| K. R. Knabe | Associate | $256.00 | 3.80 | $972.80 |
| | | | **8.00** | **$3,015.70** |

### Settlement/Non-binding ADR

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 4.80 | $2,323.20 |
| T.J. Cunningham | Partner | $585.00 | 3.20 | $1,872.00 |
| | | | **8.00** | **$4,195.20** |

### Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.20 | $59.00 |
| | | | **0.20** | **$59.00** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.60 | $290.40 |
| T.J. Cunningham | Partner | $585.00 | 1.50 | $877.50 |
| J.C. Webb | Associate | $295.00 | 1.90 | $560.50 |
| | | | **4.00** | **$1,728.40** |

### Appellate Motions/Submissions

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.40** | **$234.00** |

GMAC Mortgage, LLC
File No.:  1000304.00174

Invoice Date: August 28, 2013
Invoice No.:  1022186
Page:  5

**Appellate Briefs**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 5.80 | $1,711.00 |
| | | | **5.80** | **$1,711.00** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$10,943.30**

TOTAL FEES                                                      $10,943.30

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail and Courier:**</u>
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

<u>**Via Wire Transfer:**</u>
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

<u>**Via EFT or ACH Trasfer:**</u>
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Donald Booth
GMAC Mortgage, LLC
Paralegal - Litigation
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

August 22, 2013
Invoice No.: 1021166

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                           $3,526.60

File Number:      1000304.00178
Re:               Smith, Tiffany v. Homecomings Financial, #711686

Your File Number:  711686

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/17/13 | Follow up analysis of settlement structure and options. | JMG | 0.60 | 274.80 |
| 07/22/13 | Analysis of procedural issues impacting notice and approval. | JMG | 0.50 | 229.00 |
| | | | 1.10 | $503.80 |

| Settlement/Non-binding ADR | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/16/13 | Review prior notes re status of settlement and related issues following bankruptcy filing. | JMG | 0.30 | 137.40 |
| 07/16/13 | Emails from/to N. Rosenbaum (MoFo) re ███████ ██████ | JMG | 0.10 | 45.80 |
| 07/17/13 | Telephone conferences with N. Rosenbaum and plaintiffs' counsel and negotiate possible settlement of claims. | JMG | 0.80 | 366.40 |
| 07/17/13 | Prepare for call with N. Rosenbaum (MoFo), W. Thompson, et al. re ██████████ | JMG | 0.70 | 320.60 |
| 07/19/13 | Review message from plaintiffs' counsel re settlement issues. | JMG | 0.10 | 45.80 |
| 07/22/13 | Telephone conference with A. Berger re settlement issues. | JMG | 0.30 | 137.40 |
| 07/22/13 | Follow up emails re same and to N. Rosenbaum. | JMG | 0.40 | 183.20 |
| 07/23/13 | Various telephone conferences with N. Rosenbaum and A. Berger re ████████ | JMG | 0.70 | 320.60 |

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00178

Invoice Date: August 22, 2013
Invoice No.:  1021166
Page: 2

| Settlement/Non-binding ADR | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/23/13 | Follow up emails from/to same. | JMG | 0.40 | 183.20 |
| 07/25/13 | Teleconference w/plaintiffs' counsel re: settlement offer. | JMG | 0.20 | 91.60 |
| 07/26/13 | Emails re: possible settlement. | JMG | 0.20 | 91.60 |
| 07/28/13 | Email to plaintiffs' counsel re: settlement. | JMG | 0.10 | 45.80 |
| 07/29/13 | Begin drafting revised settlement documents. | JMG | 0.50 | 229.00 |
| 07/29/13 | Email to N. Rosenbaum (MoFo) re: ███████ | JMG | 0.10 | 45.80 |
| 07/29/13 | Various emails from/to plaintiffs' counsel re: settlement of claim. | JMG | 0.20 | 91.60 |
| 07/30/13 | Draft amended settlement agreement. | JMG | 0.50 | 229.00 |
| 07/30/13 | Emails from/to plaintiff's counsel and N. Rosenbaum. | JMG | 0.20 | 91.60 |
| 07/31/13 | Draft settlement agreement and review relevant bankruptcy filings. | JMG | 0.80 | 366.40 |
| | | | **6.60** | **$3,022.80** |

**TOTAL FEES**                                                                    **$3,526.60**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.10 | $503.80 |
| | | | **1.10** | **$503.80** |

### Settlement/Non-binding ADR

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 6.60 | $3,022.80 |
| | | | **6.60** | **$3,022.80** |

**TIMEKEEPER SUMMARY TOTALS**                                                     **$3,526.60**

TOTAL FEES                                                                         $3,526.60

**TOTAL BALANCE DUE**                                                              **$3,526.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

August 22, 2013
Invoice No.: 1021167

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                              **$3,801.40**

File Number:       1000304.00179
Re:                Gardner, Alan v. GMAC Mortgage, LLC, #703565

Your File Number:  703565

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/17/13 | Follow up analysis of settlement structure and options. | JMG | 0.60 | 274.80 |
| 07/17/13 | Prepare for call with N. Rosenbaum (MoFo), W. Thompson, et al. re ▮▮▮▮▮ | JMG | 0.70 | 320.60 |
| 07/22/13 | Analysis of procedural issues impacting notice and approval. | JMG | 0.50 | 229.00 |
| | | | 1.80 | $824.40 |

| Settlement/Non-binding ADR | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/16/13 | Review prior notes re status of settlement and related issues following bankruptcy filing. | JMG | 0.30 | 137.40 |
| 07/16/13 | Emails from/to N. Rosenbaum (MoFo) re ▮▮▮▮▮ | JMG | 0.10 | 45.80 |
| 07/17/13 | Telephone conferences with N. Rosenbaum and plaintiffs' counsel and negotiate possible settlement of claims. | JMG | 0.80 | 366.40 |
| 07/19/13 | Review message from plaintiffs' counsel re settlement issues. | JMG | 0.10 | 45.80 |
| 07/22/13 | Telephone conference with a. Berger re ▮▮▮▮▮ | JMG | 0.30 | 137.40 |
| 07/22/13 | Follow up emails from same and to N. Rosenbaum. | JMG | 0.40 | 183.20 |
| 07/23/13 | Follow up emails from/to same. | JMG | 0.40 | 183.20 |

GMAC Mortgage, LLC
File No.: 1000304.00179

Invoice Date: August 22, 2013
Invoice No.: 1021167
Page: 2

| | | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| | 07/23/13 | Various telephone conferences with N. Rosenbaum and A. Berger re ███████████ | JMG | 0.70 | 320.60 |
| | 07/25/13 | Follow-up emails to/from N. Rosenbaum (MoFo), W. Thompson and D. Booth re: ████████████ | JMG | 0.30 | 137.40 |
| | 07/25/13 | Follow-up emails to/from N. Rosenbaum (MoFo), W. Thompson and D. Booth re: ████████ | JMG | 0.30 | 137.40 |
| | 07/25/13 | Teleconference w/plaintiff's counsel re: settlement offer. | JMG | 0.20 | 91.60 |
| | 07/26/13 | Emails re: possible settlement. | JMG | 0.20 | 91.60 |
| | 07/28/13 | Email to plaintiffs' counsel re: settlement. | JMG | 0.10 | 45.80 |
| | 07/29/13 | Begin drafting revised settlement documents. | JMG | 0.50 | 229.00 |
| | 07/29/13 | Various emails from/to plaintiffs' counsel re: settlement of claim. | JMG | 0.20 | 91.60 |
| | 07/29/13 | Email to N. Rosenbaum (MoFo) re: ███████████████ | JMG | 0.10 | 45.80 |
| | 07/30/13 | Draft amended settlement agreement. | JMG | 0.50 | 229.00 |
| | 07/30/13 | Emails from/to plaintiff's counsel and N. Rosenbaum. | JMG | 0.20 | 91.60 |
| | 07/31/13 | Draft settlement agreement and review relevant bankruptcy filings. | JMG | 0.80 | 366.40 |
| | | | | 6.50 | $2,977.00 |

**TOTAL FEES**                                                                                           $3,801.40

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | | Partner | $458.00 | 1.80 | $824.40 |
| | | | | 1.80 | $824.40 |

### Settlement/Non-binding ADR

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | | Partner | $458.00 | 6.50 | $2,977.00 |
| | | | | 6.50 | $2,977.00 |

**TIMEKEEPER SUMMARY TOTALS**                                                             $3,801.40

TOTAL FEES                                                                                              $3,801.40

**TOTAL BALANCE DUE**                                                                            $3,801.40

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**                **Via Wire Transfer:**                **Via EFT or ACH Trasfer:**



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory                                                    August 22, 2013
GMAC Mortgage, LLC                                            Invoice No.: 1021168
8400 Normandale Lake Blvd.
Minneapolis, MN 55437

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                                            <u>$884.00</u>

File Number:          1000304.00188
Re:                        4836 W. Superior, Chicago, IL (Fort), #715591

Your File Number: 715591

| | **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/08/13 | Emails re this morning's court appearance and status and strategy. | TJC | 0.20 | 117.00 |
| | | | **0.20** | **$117.00** |

| | **Court Mandated Conferences** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/08/13 | Attend hearing on latest administrative code violation to obtain dismissal of GMAC Mortgage. | JCW | 2.60 | 767.00 |
| | | | **2.60** | **$767.00** |

**TOTAL FEES**                                                                                                **$884.00**

<u>**TIMEKEEPER SUMMARY:**</u>

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00188

Invoice Date: August 22, 2013
Invoice No.:  1021168
Page: 2

### Court Mandated Conferences

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 2.60 | $767.00 |
| | | | 2.60 | $767.00 |

**TIMEKEEPER SUMMARY TOTALS**                                        **$884.00**

TOTAL FEES                                                               $884.00

**TOTAL BALANCE DUE**                                                 **$884.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

August 22, 2013
Invoice No.: 1021169

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                                    <u>$1,651.10</u>

File Number:        1000304.00195
Re:                 NCUA v. GMAC Mortgage (California), #718805

Your File Number:  718805

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/16/13 | Monitor and review relevant joint defense emails re discovery issues. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/29/13 | Prepare case updates for bankruptcy disclosure statement. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/02/13 | Review filings re MBS settlement resolving class claims related to certain RALI offerings. | JMG | 0.20 | 91.60 |
| 07/03/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 07/12/13 | Review ECF notice and order re interlocutory appeal on extender statute issue. | JMG | 0.50 | 229.00 |
| 07/12/13 | Review of minute order received today regarding hearing on motion for reconsideration. | TJC | 0.10 | 58.50 |
| 07/15/13 | Monitor and review relevant docket activity. | JMG | 0.20 | 91.60 |
| 07/16/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00195

Invoice Date: August 22, 2013
Invoice No.: 1021169
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/23/13 | Review of ECF notices received today, including notice of filing of request for leave to take interlocutory appeal filed in the Ninth Circuit. | TJC | 0.20 | 117.00 |
| 07/23/13 | Review ECF notice re petition for interlocutory appeal. | JMG | 0.20 | 91.60 |
| 07/24/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 07/26/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 07/30/13 | Review of order denying request for stay and setting scheduling conference. | TJC | 0.10 | 58.50 |
| 07/30/13 | Review of order denying motion to dismiss received today. | TJC | 0.30 | 175.50 |
| | | | **2.20** | **$1,147.30** |

| Other Written Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/24/13 | Monitor and review relevant docket activity. | JMG | 0.20 | 91.60 |
| 07/25/13 | Monitor and review ECF notices re: docket activity. | JMG | 0.20 | 91.60 |
| 07/30/13 | Monitor and review ECF notices re docket activity. | JMG | 0.30 | 137.40 |
| | | | **0.70** | **$320.60** |

**TOTAL FEES**                                                    **$1,651.10**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
|---|---|---|---|---|
| | | | **0.20** | **$91.60** |

**Other**

| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
|---|---|---|---|---|
| | | | **0.20** | **$91.60** |

**Pleadings**

| J. M. Goodin | Partner | $458.00 | 1.10 | $503.80 |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.10 | $643.50 |
| | | | **2.20** | **$1,147.30** |

**Other Written Motions/Submissions**

GMAC Mortgage, LLC
File No.: 1000304.00195

Invoice Date: August 22, 2013
Invoice No.: 1021169
Page: 3

**Other Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.70 | $320.60 |
| | | | **0.70** | **$320.60** |

**TIMEKEEPER SUMMARY TOTALS**                                    **$1,651.10**

TOTAL FEES                                                          $1,651.10

**TOTAL BALANCE DUE**                                              **$1,651.10**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name: Locke Lord LLP IOLTA IL
Acct #: 403187896    ABA # 021000021
International Wires Only: Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo 1.312.528.9511
Email: hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name: Locke Lord LLP
Acct #: 403187896
ABA #:111000614

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

August 22, 2013
Invoice No.: 1021170

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                                    $567.30

| | |
|---|---|
| File Number: | 1000304.00196 |
| Re: | NCUA v. GMAC Mortgage (Kansas), #714943 |

Your File Number: 714943

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/16/13 | Monitor and review relevant joint defense emails re discovery issues. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/29/13 | Prepare case updates for bankruptcy disclosure statement. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/02/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 07/02/13 | Review filings re MBS settlement resolving class claims related to certain RALI offerings. | JMG | 0.20 | 91.60 |
| 07/12/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 07/16/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 07/23/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 07/29/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.70** | **$384.10** |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00196

Invoice Date: August 22, 2013
Invoice No.: 1021170
Page: 2

**TOTAL FEES**                                                           **$567.30**

**TIMEKEEPER SUMMARY:**

      **Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

      **Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

      **Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | **0.70** | **$384.10** |

**TIMEKEEPER SUMMARY TOTALS**                                           **$567.30**

TOTAL FEES                                                               $567.30

**TOTAL BALANCE DUE**                                                   **$567.30**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name: Locke Lord LLP IOLTA IL
Acct #: 403187896   ABA # 021000021
International Wires Only: Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo 1.312.528.9511
Email: hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name: Locke Lord LLP
Acct #: 403187896
ABA #:111000614

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Richard Mannella
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

August 22, 2013
Invoice No.: 1021171

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                                   $682.50

File Number:      1000304.00214
Re:               Jefferson, Bakari v. GMAC Mortgage, 725137

Your File Number:  725137

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/15/13 | Evaluate bankruptcy case pleadings and status. | JLK | 0.70 | 218.40 |
| 04/15/13 | Draft bankruptcy status update. | JLK | 0.80 | 249.60 |
| 04/16/13 | Confer with L. Delehey regarding bankruptcy status report. | JLK | 0.20 | 62.40 |
| 04/16/13 | E-mail from Lauren Delehey re status report. | TJC | 0.10 | 58.50 |
| | | | 1.80 | $588.90 |

| | Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/22/13 | Review bankruptcy status update in preparation for filing. | JLK | 0.30 | 93.60 |
| | | | 0.30 | $93.60 |

**TOTAL FEES**                                                                $682.50

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |

---

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00214

Invoice Date: August 22, 2013
Invoice No.: 1021171
Page: 2

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. L. Kinney | Associate | $312.00 | 1.70 | $530.40 |
| | | | **1.80** | **$588.90** |

### Written Motions/Submissions

| | | | | |
|---|---|---|---|---|
| J. L. Kinney | Associate | $312.00 | 0.30 | $93.60 |
| | | | **0.30** | **$93.60** |

**TIMEKEEPER SUMMARY TOTALS**            **$682.50**

TOTAL FEES          $682.50

**TOTAL BALANCE DUE**          **$682.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

# Locke
# Lord LLP
### Attorneys & Counselors

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

August 22, 2013
Invoice No.: 1021172

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                                    $989.50

File Number:       1000304.00217
Re:                Charles Schwab v. Residential, 701759

Your File Number:  701759

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/08/13 | Emails between and among joint defense counsel re ▉▉▉ | TJC | 0.10 | 58.50 |
| 07/17/13 | Emails between and among joint defense counsel re ▉▉▉ | TJC | 0.10 | 58.50 |
| 07/19/13 | Emails re ▉▉▉ | TJC | 0.20 | 117.00 |
| | | | 0.40 | $234.00 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/29/13 | Prepare case updates for bankruptcy disclosure statement. | JMG | 0.30 | 137.40 |
| | | | 0.30 | $137.40 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/02/13 | Review filings re MBS settlement resolving class claims related to certain RALI offerings. | JMG | 0.20 | 91.60 |
| 07/03/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 07/22/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00217

Invoice Date: August 22, 2013
Invoice No.: 1021172
Page: 2

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/29/13 | Review of ███████████ and emails between and among joint defense counsel re ████ | TJC | 0.30 | 175.50 |
| | | | **0.70** | **$384.10** |

| | Document Production | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/22/13 | Emails re co-defendant responses to plaintiff's third request for production of documents. | TJC | 0.20 | 117.00 |
| 07/26/13 | Emails between and among joint defense counsel re ████ | TJC | 0.20 | 117.00 |
| | | | **0.40** | **$234.00** |

**TOTAL FEES**                                                          **$989.50**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.40** | **$234.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | **0.70** | **$384.10** |

**Document Production**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.40** | **$234.00** |

**TIMEKEEPER SUMMARY TOTALS**                                          **$989.50**

GMAC Mortgage, LLC
File No.: 1000304.00217

Invoice Date: August 22, 2013
Invoice No.: 1021172
Page: 3

TOTAL FEES                                                                           $989.50

**TOTAL BALANCE DUE**                                                                **$989.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

August 22, 2013
Invoice No.: 1021173

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                               $872.50

File Number:      1000304.00219
Re:               FHLB Boston v. Residential, #713113

Your File Number:  713113

**Analysis/Strategy**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/15/13 | Emails between and among joint defense counsel re ██████ | TJC | 0.10 | 58.50 |
| 07/16/13 | Emails between and among joint defense counsel re ████████████ | TJC | 0.10 | 58.50 |
| 07/18/13 | Emails between and among joint defense counsel re ██████████ | TJC | 0.10 | 58.50 |
| | | | **0.30** | **$175.50** |

**Other**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/29/13 | Prepare case updates for bankruptcy disclosure statement. | JMG | 0.30 | 137.40 |
| | | | **0.30** | **$137.40** |

**Pleadings**

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/02/13 | Review filings re MBS settlement resolving class claims related to certain RALI offerings. | JMG | 0.20 | 91.60 |
| 07/09/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00219

Invoice Date: August 22, 2013
Invoice No.: 1021173
Page: 2

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/12/13 | E-mails between and among joint defense counsel re ████████ ████████████████████████████ | TJC | 0.10 | 58.50 |
| 07/15/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 07/16/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 07/17/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 07/18/13 | Review of minute order received today regarding yesterday's hearing on motion to dismiss. | TJC | 0.10 | 58.50 |
| 07/22/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 07/28/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **1.00** | **$559.60** |

**TOTAL FEES** $872.50

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | | |
|---|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

**Other**

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |

**Pleadings**

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
| | | | **1.00** | **$559.60** |

**TIMEKEEPER SUMMARY TOTALS** $872.50

TOTAL FEES $872.50

**TOTAL BALANCE DUE** $872.50

PLEASE REMIT PAYMENT TO:



# Locke Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

August 22, 2013
Invoice No.: 1021174

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                                        $822.10

File Number:        1000304.00220
Re:                 FHLB Chicago v. Residential, #704078

Your File Number:  704078

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/10/13 | Emails between and among joint defense counsel re ▇▇▇▇ | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/29/13 | Prepare case updates for bankruptcy disclosure statement. | JMG | 0.30 | 137.40 |
| | | | **0.30** | **$137.40** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/01/13 | Emails between and among joint defense counsel re ▇▇▇▇ ▇▇ | TJC | 0.10 | 58.50 |
| 07/02/13 | Emails between and among joint defense counsel re ▇▇▇▇ ▇▇▇▇ | TJC | 0.10 | 58.50 |
| 07/02/13 | Review filings re MBS settlement resolving class claims related to certain RALI offerings. | JMG | 0.20 | 91.60 |
| 07/10/13 | Monitor and review relevant joint defense emails. | JMG | 0.20 | 91.60 |
| 07/11/13 | E-mails between and among joint defense counsel re ▇▇▇▇ ▇▇ | TJC | 0.10 | 58.50 |
| 07/18/13 | Review electronic filing notes re entry of protective order. | JMG | 0.20 | 91.60 |

GMAC Mortgage, LLC
File No.:  1000304.00220

Invoice Date: August 22, 2013
Invoice No.: 1021174
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/22/13 | Emails between and among joint defense counsel re ▮▮▮▮ ▮▮▮▮ | TJC | 0.10 | 58.50 |
| | | | **1.00** | **$508.80** |

| Other Written Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/23/13 | Monitor and review electronic filing notifications re settlements. | JMG | 0.30 | 137.40 |
| | | | **0.30** | **$137.40** |

**TOTAL FEES**                                           **$842.10**

**TIMEKEEPER SUMMARY:**

| Analysis/Strategy | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |
| **Other** | | | | |
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |
| **Pleadings** | | | | |
| J. M. Goodin | Partner | $458.00 | 0.60 | $274.80 |
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **1.00** | **$508.80** |
| **Other Written Motions/Submissions** | | | | |
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |

**TIMEKEEPER SUMMARY TOTALS**                                 **$842.10**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | Court Fees | (20.00) |

GMAC Mortgage, LLC
File No.:  1000304.00220

Invoice Date: August 22, 2013
Invoice No.:  1021174
Page: 3

| DATE | EXPENSES | VALUE |
|------|----------|-------|
|      | TOTAL EXPENSES | -$20.00 |

TOTAL FEES                                                                  $842.10

**TOTAL BALANCE DUE**                                                      **$822.10**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Natasha Campbell
Legal Staff
GMAC Mortgage, LLC
1100 Virginia Drive
Fort Washington, PA 19034

August 22, 2013
Invoice No.: 1021175

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013          <u>$1,477.90</u>

File Number:      1000304.00221
Re:               Hoffman, Schuyler v. GMAC Mortgage, 725983

Your File Number:  725983

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/03/13 | Correspondence with client re ▮ | RJM | 0.30 | 158.40 |
| 07/03/13 | Emails re ▮ | TJC | 0.20 | 117.00 |
| | | | **0.50** | **$275.40** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/03/13 | Update status chart. | TBT | 0.10 | 23.80 |
| | | | **0.10** | **$23.80** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/01/13 | Review of order received today setting case for status conference. | TJC | 0.10 | 58.50 |
| 07/02/13 | Analyze court order setting status conference. | RJM | 0.20 | 105.60 |
| 07/02/13 | Correspondence with plaintiff's counsel re court's order setting status conference. | RJM | 0.20 | 105.60 |
| 07/03/13 | Draft joint motion to dismiss case and proposed order thereon. | RJM | 0.80 | 422.40 |
| 07/03/13 | Correspondence with plaintiff's counsel re drafts of joint motion to dismiss, agreement re same. | RJM | 0.30 | 158.40 |

GMAC Mortgage, LLC
File No.: 1000304.00221

Invoice Date: August 22, 2013
Invoice No.: 1021175
Page: 2

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/05/13 | Review of order dismissing case and emails re same. | TJC | 0.20 | 117.00 |
| 07/05/13 | Correspondence with client re ███████ | RJM | 0.20 | 105.60 |
| 07/05/13 | Review order dismissing case. | RJM | 0.20 | 105.60 |
| | | | **2.20** | **$1,178.70** |

**TOTAL FEES** **$1,477.90**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| R. J. McClendon | Senior Counsel | $528.00 | 0.30 | $158.40 |
| | | | **0.50** | **$275.40** |

**Other**

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.10** | **$23.80** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| R. J. McClendon | Senior Counsel | $528.00 | 1.90 | $1,003.20 |
| | | | **2.20** | **$1,178.70** |

**TIMEKEEPER SUMMARY TOTALS** **$1,477.90**

TOTAL FEES $1,477.90

**TOTAL BALANCE DUE** **$1,477.90**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail and Courier:**</u>
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

<u>**Via Wire Transfer:**</u>
JPMorgan Chase
712 MIain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33

<u>**Via EFT or ACH Trasfer:**</u>
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

August 22, 2013
Invoice No.: 1021176

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                        $526.50

File Number:      1000304.00230
Re:               Massachusetts Recording Fee Litigation, 727116

Your File Number: 727116

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/15/13 | Emails between and among joint defense counsel re ███████ | TJC | 0.10 | 58.50 |
| 07/19/13 | Review of plaintiffs' opposition to motion to dismiss and emails re same. | TJC | 0.50 | 292.50 |
| 07/25/13 | Review of notice of filing received today. | TJC | 0.10 | 58.50 |
| 07/26/13 | Emails between and among joint defense counsel re ███████ | TJC | 0.20 | 117.00 |
| | | | 0.90 | $526.50 |

**TOTAL FEES**                                                        **$526.50**

---

**TIMEKEEPER SUMMARY:**

Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| | | | 0.90 | $526.50 |

**TIMEKEEPER SUMMARY TOTALS**                                        **$526.50**

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00230

Invoice Date: August 22, 2013
Invoice No.:  1021176
Page: 2

TOTAL FEES                                                                      $526.50

**TOTAL BALANCE DUE**                                                           **$526.50**

PLEASE REMIT PAYMENT TO:

| **Via US Mail and Courier:** | **Via Wire Transfer:** | **Via EFT or ACH Trasfer:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | JP Morgan Chase |
| 111 South Wacker Drive | 712 Miain Street | 712 Main Street |
| Chicago, IL  60606-4410 | Houston, Texas 77002 | Houston, Texas 77002 |
| | Acct #:  Locke Lord  LLP IOLTA IL | Acct Name:  Locke Lord LLP |
| | Acct #:  403187896    ABA # 021000021 | Acct #:  403187896 |
| | International Wires Only:  Swift Code - CHASUS33 | ABA #:111000614 |
| | Locke Lord Contact: | |
| | Helen Ruffolo  1.312.528.9511 | |
| | Email:  hruffolo@lockeord.com | |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Don Booth
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, Minnesota

August 28, 2013
Invoice No.: 1022154

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                                    $2,956.80

File Number:        1000304.00246
Re:                 Hairston v. Residential Capital, LLC, et al., 728660

Your File Number: 728660

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/02/13 | Telephone conference with J. Newton (BK counsel) re ▇▇▇▇ | RJM | 0.30 | 158.40 |
| 07/02/13 | Correspondence with J. Newton re ▇▇▇▇ | RJM | 0.70 | 369.60 |
| 07/02/13 | Prepare chart of loan dates for ▇▇▇▇. | PNR | 2.70 | 583.20 |
| 07/03/13 | Continue to prepare chart of loan dates for ▇▇▇▇ | PNR | 3.40 | 734.40 |
| 07/03/13 | Telephone conference with J. Newton re revisions to objection to proof of claim, hearing procedure. | RJM | 0.40 | 211.20 |
| | | | **7.50** | **$2,056.80** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/01/13 | Draft pro hac vice application. | RJM | 0.30 | 158.40 |
| 07/03/13 | Review revised draft of objection to proof of claim. | RJM | 0.60 | 316.80 |
| | | | **0.90** | **$475.20** |

| | Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/10/13 | Prepare pro hac vice application of R. McClendon with related papers for filing. | CBH | 0.90 | 424.80 |

GMAC Mortgage, LLC
File No.: 1000304.00246

Invoice Date: August 28, 2013
Invoice No.: 1022154
Page: 2

| Written Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 0.90 | $424.80 |

**TOTAL FEES** $2,956.80

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 1.40 | $739.20 |
| P. N. Richards | Paralegal | $216.00 | 6.10 | $1,317.60 |
| | | | 7.50 | $2,056.80 |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 0.90 | $475.20 |
| | | | 0.90 | $475.20 |

**Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| C.B. Howard | Partner | $472.00 | 0.90 | $424.80 |
| | | | 0.90 | $424.80 |

**TIMEKEEPER SUMMARY TOTALS** $2,956.80

TOTAL FEES $2,956.80

**TOTAL BALANCE DUE** $2,956.80

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord
###### LLP
###### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

August 28, 2013
Invoice No.: 1022247

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through April 30, 2013                                              <u>$851.00</u>

File Number:        1000304.00257
Re:                 1747 North Linder, Chicago, IL (Hunt), #730463

Your File Number: 730463

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/04/13 | E-mails re | TJC | 0.30 | 175.50 |
| 04/08/13 | E-mails re | TJC | 0.10 | 58.50 |
| 04/10/13 | E-mail from Jance Hoy re | TJC | 0.10 | 58.50 |
| 04/18/13 | E-mails re status. | TJC | 0.10 | 58.50 |
| 04/23/13 | E-mail from counsel for donee re status of property donation and follow up e-mails. | TJC | 0.10 | 58.50 |
| 04/26/13 | E-mails re status of donation. | TJC | 0.10 | 58.50 |
| 04/26/13 | E-mail from Jance Hoy instructing us | TJC | 0.10 | 58.50 |
| | | | **0.90** | **$526.50** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 04/08/13 | E-mails with GMAC Mortgage regarding | JCW | 0.20 | 59.00 |
| 04/15/13 | E-mails with GMAC Mortgage about | JCW | 0.20 | 59.00 |
| 04/18/13 | E-mail to J. Garner regarding request for updated water certification. | JCW | 0.10 | 29.50 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00257

Invoice Date: August 28, 2013
Invoice No.:  1022247
Page:  2

| | Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 04/18/13 | E-mail to opposing counsel regarding agreement to pay prorated taxes and request for Form W9. | | JCW | 0.20 | 59.00 |
| 04/26/13 | E-mails with GMAC Mortgage regarding ██████████ ████████████████████████████ | | JCW | 0.20 | 59.00 |
| 04/26/13 | Communicate decision to abandon donation to opposing counsel. | | JCW | 0.20 | 59.00 |
| | | | | **1.10** | **$324.50** |

**TOTAL FEES**      **$851.00**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | | |
|---|---|---|---|---|---|
| | T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
| | | | | **0.90** | **$526.50** |

**Other**

| | | | | | |
|---|---|---|---|---|---|
| | J.C. Webb | Associate | $295.00 | 1.10 | $324.50 |
| | | | | **1.10** | **$324.50** |

**TIMEKEEPER SUMMARY TOTALS**      **$851.00**

TOTAL FEES      $851.00

**TOTAL BALANCE DUE**      **$851.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
GMAC Mortgage, LLC
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

August 22, 2013
Invoice No.: 1021178

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                    $378.40

File Number:    1000304.00260
Re:             4935 W Hubbard, Chicago, IL (Clara Williamson), 730893

Your File Number:  730893

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/01/13 | Emails re wrap up of matter. | TJC | 0.10 | 58.50 |
| 07/24/13 | Draft formal order granting motion for summary judgment to be recorded in the chain of title in order to remove GMAC from the title record. | DFS | 1.00 | 264.00 |
| 07/29/13 | Email opposing counsel regarding submission of written order. | DFS | 0.10 | 26.40 |
| | | | 1.20 | $348.90 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/25/13 | Revise draft proposed order granting our motion for summary judgment. | JCW | 0.10 | 29.50 |
| | | | 0.10 | $29.50 |

**TOTAL FEES**                                                  $378.40

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00260

Invoice Date: August 22, 2013
Invoice No.: 1021178
Page: 2

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| D. F. Standa | Associate | $264.00 | 1.10 | $290.40 |
| | | | **1.20** | **$348.90** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
| | | | **0.10** | **$29.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                 **$378.40**

TOTAL FEES                                                                              $378.40

**TOTAL BALANCE DUE**                                                              **$378.40**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail and Courier:</u>
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

<u>Via Wire Transfer:</u>
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

<u>Via EFT or ACH Trasfer:</u>
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

August 22, 2013
Invoice No.: 1021179

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                                   $1,840.10

File Number:       1000304.00267
Re:                GMAC Mortgage v. Koenig & Strey, #722926

Your File Number:  722926

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/02/13 | Exchange e-mails with Lauren Delehey regarding ███████ | PRP | 0.60 | 290.40 |
| 07/02/13 | Exchange e-mails with Brian Martin regarding his ███████ ███ | PRP | 0.20 | 96.80 |
| 07/08/13 | Conference call with Lauren Delehey, Kathy Priore, and Reed Smith regarding ███████ | PRP | 0.50 | 242.00 |
| 07/15/13 | Review status of obtaining billing records from K&L Gates. | PRP | 0.10 | 48.40 |
| 07/16/13 | Draft e-mail to Patrick Lerch regarding ████████ ██████ | PRP | 0.10 | 48.40 |
| 07/22/13 | Exchange e-mails with Lauren Delehey regarding ███████ ██ | PRP | 0.20 | 96.80 |
| 07/25/13 | Exchange e-mails with Ally in-house counsel regarding ██████ ██████ | PRP | 0.40 | 193.60 |
| | | | 2.10 | $1,016.40 |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/29/13 | Review and revise draft affidavit for K&L Gates regarding amount of attorneys fees. | PRP | 0.30 | 145.20 |

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: August 22, 2013
Invoice No.: 1021179
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/30/13 | Email opposing counsel re: his failure to timely answer our amended complaint and consider response to same. | RMH | 0.20 | 59.00 |
| | | | **0.50** | **$204.20** |

| Dispositive Motions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/02/13 | Continue efforts to finalize Priore, Lerch and Martin affidavits and consider possibility of additional affidavit from K&L Gates regarding attorneys' fees. | RMH | 0.40 | 118.00 |
| 07/15/13 | Respond to follow-up from A. Moore of K&L Gates regarding preparing an affidavit in support of the attorneys' fees incurred by GMACM in the CMR litigation. | RMH | 0.10 | 29.50 |
| 07/16/13 | Consider email from R. Perdew regarding ███████████ | RMH | 0.10 | 29.50 |
| 07/22/13 | Evaluate communications regarding the ████████ | RMH | 0.10 | 29.50 |
| 07/29/13 | Draft affidavit in support of motion for summary judgment reflecting attorneys' fees incurred by GMAC in CMR litigation for execution by billing department employee at K&L Gates. | RMH | 1.30 | 383.50 |
| | | | **2.00** | **$590.00** |

| Depositions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/01/13 | Consider proper response to email from opposing counsel regarding possible depositions | RMH | 0.10 | 29.50 |
| | | | **0.10** | **$29.50** |

**TOTAL FEES**          **$1,840.10**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | | |
|---|---|---|---|---|---|
| P. R. Perdew | | Partner | $484.00 | 2.10 | $1,016.40 |
| | | | | **2.10** | **$1,016.40** |

### Pleadings

| | | | | | |
|---|---|---|---|---|---|
| P. R. Perdew | | Partner | $484.00 | 0.30 | $145.20 |
| R.M. Holz | | Associate | $295.00 | 0.20 | $59.00 |
| | | | | **0.50** | **$204.20** |

GMAC Mortgage, LLC
File No.:  1000304.00267

Invoice Date: August 22, 2013
Invoice No.:  1021179
Page: 3

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 2.00 | $590.00 |
| | | | **2.00** | **$590.00** |

**Depositions**

| | | | | |
|---|---|---|---|---|
| R.M. Holz | Associate | $295.00 | 0.10 | $29.50 |
| | | | **0.10** | **$29.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$1,840.10**

TOTAL FEES                                                                                              $1,840.10

**TOTAL BALANCE DUE**                                                                       **$1,840.10**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail and Courier:**</u>
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

<u>**Via Wire Transfer:**</u>
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

<u>**Via EFT or ACH Trasfer:**</u>
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

August 22, 2013
Invoice No.: 1021180

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                                    $658.00

| | |
|---|---|
| File Number: | 1000304.00293 |
| Re: | Combs v. Residential Funding Company, et al., 736621 |

Your File Number:  736621

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/15/13 | Exchange correspondence with counsel for co-defendant regarding ████████████ | CBH | 0.40 | 188.80 |
| | | | 0.40 | $188.80 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/12/13 | Review status and follow up. | JMG | 0.20 | 91.60 |
| 07/12/13 | Analyze electronic docket to determine status of case for M. Goodin. | CBH | 0.40 | 188.80 |
| 07/16/13 | Participate in conference call with counsel from Wells Fargo to address status of state court litigation after Wells Fargo filed motion to dismiss. | CBH | 0.40 | 188.80 |
| | | | 1.00 | $469.20 |

**TOTAL FEES**                                                                 $658.00

**TIMEKEEPER SUMMARY:**

### Fact Investigation/Development

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00293

Invoice Date: August 22, 2013
Invoice No.: 1021180
Page: 2

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| C.B. Howard | Partner | $472.00 | 0.40 | $188.80 |
| | | | **0.40** | **$188.80** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| C.B. Howard | Partner | $472.00 | 0.80 | $377.60 |
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **1.00** | **$469.20** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$658.00**

TOTAL FEES                                                                          $658.00

**TOTAL BALANCE DUE**                                                               **$658.00**

PLEASE REMIT PAYMENT TO:

| **Via US Mail and Courier:** | **Via Wire Transfer:** | **Via EFT or ACH Trasfer:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | JP Morgan Chase |
| 111 South Wacker Drive | 712 Miain Street | 712 Main Street |
| Chicago, IL  60606-4410 | Houston, Texas 77002 | Houston, Texas 77002 |
| | Acct Name:  Locke Lord  LLP IOLTA IL | Acct Name:  Locke Lord LLP |
| | Acct #:  403187896   ABA # 021000021 | Acct #:  403187896 |
| | International Wires Only:  Swift Code - CHASUS33 | ABA #:111000614 |
| | Locke Lord Contact: | |
| | Helen Ruffolo  1.312.528.9511 | |
| | Email:  hruffolo@lockeord.com | |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

August 22, 2013
Invoice No.: 1021181

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                                          **$1,465.60**

File Number:        1000304.00295
Re:                 REO NY Holdings, Inc. v. GMAC Mortgage, LLC, 736885

Your File Number: 736885

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/22/13 | Email to D. Booth re same. | JMG | 0.20 | 91.60 |
| 07/22/13 | Review and analysis of relevant documents, draft stipulation and proposed order resolving lien dispute. | JMG | 2.20 | 1,007.60 |
| | | | **2.40** | **$1,099.20** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/09/13 | Email from plaintiff's counsel re proposed stipulation. | JMG | 0.20 | 91.60 |
| 07/23/13 | Emails from/to D. Booth re ████████████ | JMG | 0.20 | 91.60 |
| 07/23/13 | Revise order and email to plaintiff's counsel re same. | JMG | 0.20 | 91.60 |
| | | | **0.60** | **$274.80** |

| | Other Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/26/13 | Follow-up re: status of stipulation and proposed order. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

**TOTAL FEES**                                                                       **$1,465.60**

---

GMAC Mortgage, LLC
File No.: 1000304.00295

Invoice Date: August 22, 2013
Invoice No.: 1021181
Page: 2

### TIMEKEEPER SUMMARY:

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 2.40 | $1,099.20 |
| | | | **2.40** | **$1,099.20** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.60 | $274.80 |
| | | | **0.60** | **$274.80** |

**Other Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**TIMEKEEPER SUMMARY TOTALS**     **$1,465.60**

TOTAL FEES     $1,465.60

**TOTAL BALANCE DUE**     **$1,465.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Kathy Price
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

August 22, 2013
Invoice No.: 1021182

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                                   $1,428.10

File Number:      1000304.00300
Re:               6346 S Ellis (Samuels), 2013-05-EO7866

Your File Number:  2013-05-EO7866

| Fact Investigation/Development | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/01/13 | Telephone conference with County Clerk's Office to inquire about the tax deed issued to Wheeler Financial, Inc.(.1); e-mail to litigation team to advise that the grantee has until June 3, 2014 to record the deed (.1). | TBT | 0.20 | 47.60 |
| | | | 0.20 | $47.60 |

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/01/13 | Investigate status of tax deed that would release lien on property. | NO | 0.90 | 252.00 |
| 07/08/13 | Emails re status and strategy and continuing efforts to develop facts with regard to this property. | TJC | 0.20 | 117.00 |
| 07/09/13 | Emails re status and strategy and development of information pertaining to assignment of mortgage. | TJC | 0.20 | 117.00 |
| 07/29/13 | Emails re status and strategy. | TJC | 0.20 | 117.00 |
| 07/30/13 | Emails re status and determining who owns property and assignment. | TJC | 0.20 | 117.00 |
| 07/30/13 | Research tax buyer (Wheeler Financial Inc.) in effort to resolve matter with recording of deed. | NO | 1.20 | 336.00 |
| | | | 2.90 | $1,056.00 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00300

Invoice Date: August 22, 2013
Invoice No.: 1021182
Page: 2

| | Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 07/08/13 | E-mails with GMAC Mortgage regarding ▮▮▮ | | JCW | 0.20 | 59.00 |
| 07/08/13 | E-mails with Green Tree Servicing regarding ▮▮▮ | | JCW | 0.20 | 59.00 |
| 07/09/13 | E-mail to GMAC Mortgage regarding ▮▮▮ | | JCW | 0.20 | 59.00 |
| 07/12/13 | E-mails with Green Tree regarding ▮▮▮ | | JCW | 0.20 | 59.00 |
| 07/30/13 | Telephone call with GMAC Mortgage regarding ▮▮▮ | | JCW | 0.30 | 88.50 |
| | | | | **1.10** | **$324.50** |

**TOTAL FEES**                                                                        **$1,428.10**

### TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | | |
|---|---|---|---|---|---|
| T. B. Till | | Paralegal | $238.00 | 0.20 | $47.60 |
| | | | | **0.20** | **$47.60** |

**Analysis/Strategy**

| | | | | | |
|---|---|---|---|---|---|
| T.J. Cunningham | | Partner | $585.00 | 0.80 | $468.00 |
| N. O'Conner | | Associate | $280.00 | 2.10 | $588.00 |
| | | | | **2.90** | **$1,056.00** |

**Other**

| | | | | | |
|---|---|---|---|---|---|
| J.C. Webb | | Associate | $295.00 | 1.10 | $324.50 |
| | | | | **1.10** | **$324.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$1,428.10**

TOTAL FEES                                                                            $1,428.10

**TOTAL BALANCE DUE**                                                               **$1,428.10**

PLEASE REMIT PAYMENT TO:

Via US Mail and Courier:                 Via Wire Transfer:                  Via EFT or ACH Trasfer:



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

August 22, 2013
Invoice No.: 1021183

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                                    $91.60

File Number:        1000304.00301
Re:                 Monga v. GMAC Mortgage LLC, 2013-05-EI7810

Your File Number:  2013-05-EI7810

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/12/13 | Review status and follow up. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

**TOTAL FEES**                                                                 **$91.60**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
|---|---|---|---|---|
| | | | **0.20** | **$91.60** |

**TIMEKEEPER SUMMARY TOTALS**                                                  **$91.60**

TOTAL FEES                                                                     $91.60

**TOTAL BALANCE DUE**                                                          **$91.60**

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage LLC
8400 Normandale Blvd
Bloomington, MN 77437

August 22, 2013
Invoice No.: 1021184

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                                    $1,011.60

File Number:      1000304.00308
Re:               Magelssen, Trig and Linda v. ETS, LLC, 2013-05-EP5514

Your File Number:  2013-05-EP5514

| | **Analysis/Strategy** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 07/10/13 | Review status and follow up. | JMG | 0.30 | 137.40 |
| 07/12/13 | Email from litigation team re status. | JMG | 0.20 | 91.60 |
| 07/12/13 | Research rules on appearance to determine whether a filing is necessary to appear as counsel of record beyond prior filing. | MN | 0.50 | 110.00 |
| | | | **1.00** | **$339.00** |

| | **Pleadings** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 07/11/13 | Review docket for any updates. | MN | 0.40 | 88.00 |
| 07/12/13 | Review amended complaint and email to D. Booth re same. | JMG | 0.40 | 183.20 |
| 07/16/13 | Review docket for status and see why not receiving service. | MN | 0.60 | 132.00 |
| | | | **1.40** | **$403.20** |

| | **Dispositive Motions** | **ATTY** | **HOURS** | **VALUE** |
|---|---|---|---|---|
| 07/25/13 | Review docket activity - Capital one demurrer and related filings, and emails re: same. | JMG | 0.30 | 137.40 |
| | | | **0.30** | **$137.40** |

GMAC Mortgage, LLC
File No.: 1000304.00308

Invoice Date: August 22, 2013
Invoice No.: 1021184
Page: 2

| | Other Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/17/13 | Draft and file Notice of Appearance. | MN | 0.60 | 132.00 |
| | | | **0.60** | **$132.00** |

**TOTAL FEES**                                                                                    **$1,011.60**

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| M. Nazareth | Associate | $220.00 | 0.50 | $110.00 |
| | | | **1.00** | **$339.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| M. Nazareth | Associate | $220.00 | 1.00 | $220.00 |
| | | | **1.40** | **$403.20** |

**Dispositive Motions**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| | | | **0.30** | **$137.40** |

**Other Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| M. Nazareth | Associate | $220.00 | 0.60 | $132.00 |
| | | | **0.60** | **$132.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$1,011.60**

TOTAL FEES                                                                                      $1,011.60

**TOTAL BALANCE DUE**                                                                  **$1,011.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**          **Via Wire Transfer:**          **Via EFT or ACH Trasfer:**
Locke Lord LLP                        JPMorgan Chase                 JP Morgan Chase
111 South Wacker Drive                712 Miain Street               712 Main Street
Chicago, IL  60606-4410               Houston, Texas 77002           Houston, Texas 77002



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage LLC
8400 Normandale Blvd
Bloomington, MN 77437

August 22, 2013
Invoice No.: 1021186

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                                      $183.20

File Number:        1000304.00309
Re:                 Villanueva v. GMAC Mortgage, LLC, 2013-05-EQ7845

Your File Number:  2013-05-EQ7845

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/12/13 | Review status and email to foreclosure counsel re same. | JMG | 0.20 | 91.60 |
| 07/22/13 | Email to foreclosure counsel re status of substitution of plaintiff. | JMG | 0.20 | 91.60 |
| | | | 0.40 | $183.20 |

**TOTAL FEES**                                                                   **$183.20**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| | | | 0.40 | $183.20 |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$183.20**

TOTAL FEES                                                                       $183.20

**TOTAL BALANCE DUE**                                                            **$183.20**

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Bloomington, MN 55437

August 22, 2013
Invoice No.: 1021187

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                                    $4.00

File Number:     1000304.00311
Re:              4139 W Leland (Ivanovic), 2013-05-EV8735

Your File Number:  2013-05-EV8735

**TIMEKEEPER SUMMARY:**

**TIMEKEEPER SUMMARY TOTALS**                                                  $0.00

| DATE | EXPENSES | VALUE |
|---|---|---|
| 07/02/13 | Business expense of - Thomas J. Cunningham - Acquire copy of documents recorded against subject property | 4.00 |
| 07/15/13 | Business expense of - Thomas J. Cunningham - Acquire copies of recorded documents | 4.00 |
| | TOTAL EXPENSES | $8.00 |

TOTAL EXPENSES                                                                 $4.00

**TOTAL BALANCE DUE**                                                          **$4.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name: Locke Lord LLP IOLTA IL
Acct #: 403187896   ABA # 021000021
International Wires Only: Swift Code - CHASUS33
Locke Lord Contact:

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name: Locke Lord LLP
Acct #: 403187896
ABA #:111000614

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Bloomington, MN 55437

August 22, 2013
Invoice No.: 1021190

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                                          $550.90

File Number:        1000304.00313
Re:                 4804 S Princeton (Georgia Brown), 2013-06-ED5366

Your File Number:  2013-06-ED5366

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Other** | | | | |
| 07/08/13 | Develop strategy for 7/9 hearing with D. Cole. | JCW | 0.30 | 88.50 |
| | | | 0.30 | $88.50 |

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Court Mandated Conferences** | | | | |
| 07/09/13 | Prepare for and attend hearing on status of matter and the City of Chicago's notice of voluntary dismissal of GMACM. | DC | 1.20 | 326.40 |
| 07/09/13 | Emails re this morning's court appearance and dismissal of case. | TJC | 0.20 | 117.00 |
| | | | 1.40 | $443.40 |

**TOTAL FEES**                                                                         $531.90

## TIMEKEEPER SUMMARY:

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | 0.30 | $88.50 |

GMAC Mortgage, LLC
File No.:  1000304.00313

Invoice Date: August 22, 2013<br>Invoice No.:  1021190<br>Page: 2

### Court Mandated Conferences

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| D. Cole | Associate | $272.00 | 1.20 | $326.40 |
| | | | **1.40** | **$443.40** |

**TIMEKEEPER SUMMARY TOTALS**                                        **$531.90**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 07/15/13 | Acquire copies of recorded documents | 19.00 |
| | TOTAL EXPENSES | $19.00 |

| | |
|---|---|
| TOTAL FEES | $531.90 |
| TOTAL EXPENSES | $19.00 |
| TOTAL FEES AND EXPENSES | $550.90 |
| **TOTAL BALANCE DUE** | **$550.90** |

PLEASE REMIT PAYMENT TO:

| **Via US Mail and Courier:** | **Via Wire Transfer:** | **Via EFT or ACH Trasfer:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | JP Morgan Chase |
| 111 South Wacker Drive | 712 Miain Street | 712 Main Street |
| Chicago, IL  60606-4410 | Houston, Texas 77002 | Houston, Texas 77002 |
| | Acct Name:  Locke Lord  LLP IOLTA IL | Acct Name:  Locke Lord LLP |
| | Acct #:  403187896   ABA # 021000021 | Acct #:  403187896 |
| | International Wires Only:  Swift Code - CHASUS33 | ABA #:111000614 |
| | Locke Lord Contact: | |
| | Helen Ruffolo  1.312.528.9511 | |
| | Email:  hruffolo@lockeord.com | |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore                                                    August 22, 2013
GMAC Mortgage, LLC                                      Invoice No.: 1021193
8400 Normandale Boulevard
Bloomington, MN 77437

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                          $878.60

File Number:        1000304.00316
Re:                 4218 W Adams (Rice Montgomery), 2013-07-EZ3783

| | **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/30/13 | Email re status and strategy. | TJC | 0.20 | 117.00 |
| | | | **0.20** | **$117.00** |

| | **Document/File Management** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/25/13 | Conduct search via Cook County Recorder of Deeds to retrieve a list of all documents recorded against the subject property; retrieve recorded Mortgage, Lis Pendens, and Assignment of Mortgage from Cook County Recorder of Deeds; conduct searches via Circuit Court of Cook County to retrieve docket report for the housing and foreclosure actions pending against the subject borrower; coordinate retrieval of court file from the Circuit Court of Cook County; e-mail research findings to litigation team. | TBT | 1.30 | 309.40 |
| 07/26/13 | Review court file from the Circuit Court of Cook County to create chronological index of pleadings for case assessment. | TBT | 0.50 | 119.00 |
| 07/29/13 | Telephone conference with the Circuit Court of Cook County to obtain contents of the Order entered on February 11, 2013 which references a different parcel number for the subject property; coordinate retrieval of February 11, 2013 from the court file; conduct search via Cook County Recorder of Deeds to retrieve a list of all documents recorded against the subject property (the new parcel number referenced in the February 11, 2013 Order); retrieve several recorded documents from the Cook County Recorder of Deeds; conduct search via Circuit Court of Cook County to retrieve docket report for the foreclosure action pending against the subject borrower; e-mail research findings to litigation team. | TBT | 1.30 | 309.40 |

GMAC Mortgage, LLC
File No.:  1000304.00316

Invoice Date: August 22, 2013
Invoice No.:  1021193
Page:  2

| Document/File Management | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 3.10 | $737.80 |

| | Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 07/28/13 | Update status chart. | | TBT | 0.10 | 23.80 |
| | | | | 0.10 | $23.80 |

**TOTAL FEES**                                                                                   **$878.60**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
|---|---|---|---|---|
| | | | 0.20 | $117.00 |

**Document/File Management**

| T. B. Till | Paralegal | $238.00 | 3.10 | $737.80 |
|---|---|---|---|---|
| | | | 3.10 | $737.80 |

**Other**

| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
|---|---|---|---|---|
| | | | 0.10 | $23.80 |

**TIMEKEEPER SUMMARY TOTALS**                                               **$878.60**

TOTAL FEES                                                                          $878.60

**TOTAL BALANCE DUE**                                                        **$878.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614



# Locke
# Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Bloomington, MN 55437

August 22, 2013
Invoice No.: 1021188

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                                    $285.20

File Number:      1000304.00312
Re:               6541 S Parnell (Wilmington), 2013-05-EX6100

Your File Number:  2013-05-EX6100

| | Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 07/29/13 | Phone call with L. Gregorson regarding ███████ ███████ | | DFS | 0.30 | 79.20 |
| | | | | 0.30 | $79.20 |

**TOTAL FEES**                                                                   **$79.20**

**TIMEKEEPER SUMMARY:**

| | Analysis/Strategy | | | | |
|---|---|---|---|---|---|
| | D. F. Standa | Associate | $264.00 | 0.30 | $79.20 |
| | | | | 0.30 | $79.20 |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$79.20**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 07/10/13 | Clerk of the Circuit Court of Cook County on 06/12/13 for Appearance | 206.00 |

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00312

Invoice Date: August 22, 2013
Invoice No.: 1021188
Page: 2

| DATE | EXPENSES | VALUE |
|------|----------|-------|
|      | TOTAL EXPENSES | $206.00 |

| | | |
|------|----------|-------|
| **TOTAL FEES** | | **$79.20** |
| **TOTAL EXPENSES** | | **$206.00** |
| **TOTAL FEES AND EXPENSES** | | **$285.20** |
| **TOTAL BALANCE DUE** | | **$285.20** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct #:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.


Locke
Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

August 22, 2013
Invoice No.: 1021191

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                                      $5,139.63

File Number:      1000304.00314
Re:               Stennis v. GMAC Mortgage, LLC, 2013-07-E12735

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/17/13 | Emails from/to D. Booth and review additional documents received from same. | JMG | 0.50 | 229.00 |
| | | | **0.50** | **$229.00** |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/11/13 | Review of complaint re new matter and e-mails re same | TJC | 0.30 | 175.50 |
| 07/12/13 | Call to plaintiff. | JMG | 0.10 | 45.80 |
| 07/13/13 | Emails re filing of notice of bankruptcy and revision of stay violation letter. | JMG | 0.30 | 137.40 |
| 07/15/13 | Email to D. Booth forwarding stay violation letter and file stamped notice of bankruptcy. | JMG | 0.20 | 91.60 |
| 07/15/13 | Telephone conference with plaintiff. | JMG | 0.20 | 91.60 |
| 07/16/13 | Review additional documents received from D. Booth and email summarizing events leading up to lawsuit. | JMG | 0.30 | 137.40 |
| 07/17/13 | Initial analysis of new matter. | NO | 0.60 | 168.00 |
| 07/22/13 | Analyze case strategy regarding possible motion to dismiss and pending arbitration date. | NO | 0.60 | 168.00 |
| 07/24/13 | Research 2-615 standards for written contracts. | NO | 0.90 | 252.00 |
| 07/25/13 | Call from Coleman's counsel and follow-up emails from/to same re: counterclaims. | JMG | 0.40 | 183.20 |

GMAC Mortgage, LLC
File No.:  1000304.00314

Invoice Date: August 22, 2013
Invoice No.:  1021191
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/29/13 | Analyze case strategy regarding motion to dismiss and possible arbitration. | NO | 0.40 | 112.00 |
| 07/30/13 | Analyze local rules on procedure for motion to dismiss in advance of arbitration. | NO | 0.30 | 84.00 |
| | | | **4.60** | **$1,646.50** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/12/13 | Review and analysis of complaint and docket activity. | JMG | 0.30 | 137.40 |
| 07/12/13 | Draft notice of bankruptcy and stay violation letter and emails to/from D. Booth re same. | JMG | 0.70 | 320.60 |
| 07/23/13 | Research ███████ ██████ research ██████████ ██████████████████ ██████ | NO | 1.90 | 532.00 |
| 07/24/13 | Revise draft motion to dismiss. | JMG | 0.50 | 229.00 |
| 07/25/13 | Revised motion to dismiss and email to D. Booth re: same. | JMG | 0.40 | 183.20 |
| 07/25/13 | Revise motion to dismiss. | NO | 0.60 | 168.00 |
| 07/29/13 | Analyze pleadings including counterclaim in furtherance of investigation of lawsuit. | NO | 0.30 | 84.00 |
| | | | **4.70** | **$1,654.20** |

| Dispositive Motions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/17/13 | Telephone conference re motion to dismiss. | JMG | 0.20 | 91.60 |
| 07/23/13 | Emails to/from litigation team re motion to dismiss and upcoming hearing date. | JMG | 0.30 | 137.40 |
| 07/29/13 | Email to D. Booth forwarding motion to dismiss and advising of hearing date. | JMG | 0.20 | 91.60 |
| | | | **0.70** | **$320.60** |

| Written Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/23/13 | Draft 2-615 motion to dismiss; revise 2-615 motion to dismiss. | NO | 2.90 | 812.00 |
| 07/24/13 | Revise motion to dismiss in preparation for submission to client; proofread motion to dismiss. | NO | 1.10 | 308.00 |
| | | | **4.00** | **$1,120.00** |

**TOTAL FEES**                                                                    **$4,970.30**

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.: 1000304.00314

Invoice Date: August 22, 2013
Invoice No.: 1021191
Page: 3

### Fact Investigation/Development

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| | | | **0.50** | **$229.00** |

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.50 | $687.00 |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| N. O'Conner | Associate | $280.00 | 2.80 | $784.00 |
| | | | **4.60** | **$1,646.50** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.90 | $870.20 |
| N. O'Conner | Associate | $280.00 | 2.80 | $784.00 |
| | | | **4.70** | **$1,654.20** |

### Dispositive Motions

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.70 | $320.60 |
| | | | **0.70** | **$320.60** |

### Written Motions/Submissions

| | | | | |
|---|---|---|---|---|
| N. O'Conner | Associate | $280.00 | 4.00 | $1,120.00 |
| | | | **4.00** | **$1,120.00** |

## TIMEKEEPER SUMMARY TOTALS                         **$4,970.30**

| DATE | EXPENSES | VALUE |
|---|---|---|
| | FedEx Shipments | 23.33 |
| 07/17/13 | St. Claire County Circuit Clerk - Appearance fee on behalf of defendant GMAC Mortgage LLC | 146.00 |
| | TOTAL EXPENSES | $169.33 |

TOTAL FEES                                                  $4,970.30

TOTAL EXPENSES                                            $169.33

GMAC Mortgage, LLC
File No.: 1000304.00314

Invoice Date: August 22, 2013
Invoice No.: 1021191
Page: 4

| | |
|---|---|
| TOTAL FEES AND EXPENSES | $5,139.63 |
| **TOTAL BALANCE DUE** | **$5,139.63** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Linda Gregorson
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

August 22, 2013
Invoice No.: 1021192

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through July 31, 2013                         $1,203.30

File Number:        1000304.00315
Re:                 Estate of Nena Scott v. GMAC Mortgage, LLC, 2013-07-EQ1745

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/17/13 | Leave voicemail for opposing counsel to discuss early case resolution. | JCW | 0.10 | 29.50 |
| | | | **0.10** | **$29.50** |

| | Document/File Management | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/17/13 | Conduct search via ███████ | TBT | 0.60 | 142.80 |
| | | | **0.60** | **$142.80** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/30/13 | Telephone call with GMAC Mortgage regarding ███ | JCW | 0.20 | 59.00 |
| 07/30/13 | E-mail to GMAC Mortgage ███████ | JCW | 0.20 | 59.00 |
| | | | **0.40** | **$118.00** |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00315

Invoice Date: August 22, 2013
Invoice No.:  1021192
Page:  2

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/17/13 | Analyze complaint for declaratory relief received from GMAC Mortgage. | JCW | 0.20 | 59.00 |
| 07/17/13 | Review docket report and relevant Cook County Recorders' documents. | JCW | 0.50 | 147.50 |
| 07/17/13 | Prepare Notice of Bankruptcy. | JCW | 0.50 | 147.50 |
| 07/18/13 | Discuss Notice of Bankruptcy with Matt Goodin. | JCW | 0.20 | 59.00 |
| 07/29/13 | Prepare Appearance form. | JCW | 0.20 | 59.00 |
| 07/29/13 | Revise Notice of Bankruptcy. | JCW | 0.40 | 118.00 |
| 07/30/13 | Email re notice of bankruptcy filed today and status and strategy. | TJC | 0.20 | 117.00 |
| | | | **2.20** | **$707.00** |

**TOTAL FEES** **$997.30**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| J.C. Webb | Associate | $295.00 | 0.10 | $29.50 |
|---|---|---|---|---|
| | | | **0.10** | **$29.50** |

**Document/File Management**

| T. B. Till | Paralegal | $238.00 | 0.60 | $142.80 |
|---|---|---|---|---|
| | | | **0.60** | **$142.80** |

**Other**

| J.C. Webb | Associate | $295.00 | 0.40 | $118.00 |
|---|---|---|---|---|
| | | | **0.40** | **$118.00** |

**Pleadings**

| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 2.00 | $590.00 |
| | | | **2.20** | **$707.00** |

**TIMEKEEPER SUMMARY TOTALS** **$997.30**

GMAC Mortgage, LLC
File No.: 1000304.00315

Invoice Date: August 22, 2013
Invoice No.: 1021192
Page: 3

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| 07/29/13 | Clerk of the Circuit Court of Cook County - Fee for filing appearance in Chancery Court | 206.00 |
| | TOTAL EXPENSES | $206.00 |

| | |
|---|---|
| TOTAL FEES | $997.30 |
| TOTAL EXPENSES | $206.00 |
| TOTAL FEES AND EXPENSES | $1,203.30 |
| **TOTAL BALANCE DUE** | **$1,203.30** |

PLEASE REMIT PAYMENT TO:

| **Via US Mail and Courier:** | **Via Wire Transfer:** | **Via EFT or ACH Trasfer:** |
|------------------------------|------------------------|------------------------------|
| Locke Lord LLP | JPMorgan Chase | JP Morgan Chase |
| 111 South Wacker Drive | 712 Miain Street | 712 Main Street |
| Chicago, IL  60606-4410 | Houston, Texas 77002 | Houston, Texas 77002 |
| | Acct Name:  Locke Lord  LLP IOLTA IL | Acct Name:  Locke Lord LLP |
| | Acct #:  403187896    ABA # 021000021 | Acct #:  403187896 |
| | International Wires Only:  Swift Code - CHASUS33 | ABA #:111000614 |
| | Locke Lord Contact: | |
| | Helen Ruffolo  1.312.528.9511 | |
| | Email:  hruffolo@lockeord.com | |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.