

# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

September 23, 2013
Invoice No.: 1027196

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                    $4,229.52

File Number:      1000304.00000
Re:               Residential Funding Bankruptcy - LL Fee Petitions

Your File Number:  733964

| | Fee/Employment Applications | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/05/13 | Revise third interim fee application (.7); confer with K. Morehouse re same (.1). | BAR | 0.80 | 211.20 |
| 08/06/13 | Review service issues for third interim fee application (.5); confer with T. Cunningham and K. Morehouse re same (.2). | BAR | 0.70 | 184.80 |
| 08/27/13 | Preparation of June monthly statement to notice parties. | BAR | 2.00 | 528.00 |
| | | | **3.50** | **$924.00** |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/03/13 | Preparation of monthly notice to notice parties. | TJC | 2.00 | 1,170.00 |
| 08/05/13 | Preparation of Third Interim Fee Petition and e-mails re same. | TJC | 0.30 | 175.50 |
| 08/05/13 | E-mails with James Newton at MoFo re█████████████ | TJC | 0.10 | 58.50 |
| 08/06/13 | E-mails from and to Kathy Priore re████████████████████████████████ | TJC | 0.20 | 117.00 |
| 08/28/13 | Review of US Trustee's objection to third-interim fee petitions (NO CHARGE). | TJC | 0.30 | 175.50 |
| | | | **2.90** | **$1,696.50** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00000

| | **Pleadings** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/02/13 | Review third interim fee application. | BAR | 1.00 | 264.00 |
| 08/02/13 | Preparation of fee petition and e-mails re same. | TJC | 0.50 | 292.50 |
| 08/05/13 | E-mails from Erica Richards re Third Interim Fee Petition. | TJC | 0.10 | 58.50 |
| 08/06/13 | E-mail from Erica Richards re interim fee petitions and serving courtesy copies on notice parties and judge and arranged for same. | TJC | 0.20 | 117.00 |
| 08/07/13 | E-mails from and to Kathy Priore re response by City of West Covina to letter regarding application of stay to housing court actions. | TJC | 0.20 | 117.00 |
| 08/07/13 | Review of draft update of ███████████████ | TJC | 0.20 | 117.00 |
| 08/15/13 | Retrieve Notice of Preliminary Hearing Regarding Joint Motion. | TBT | 0.10 | 23.80 |
| 08/28/13 | Review trustee's objection to third petition for fees (NO CHARGE). | JMG | 0.30 | 137.40 |
| 08/28/13 | Work on June monthly report (.4); confer with K. Morehouse re same (.2); confer with T. Cunningham re presentation of third interim fee petition (.2). | BAR | 0.80 | 211.20 |
| 08/28/13 | Review Trustee Objection to third interim fee application (.2); confer with T. Cunningham re same (NO CHARGE). | BAR | 0.20 | 52.80 |
| | | | **3.60** | **$1,391.20** |

| | **Court Mandated Conferences** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/28/13 | E-mails to and from Brian Raynor re presentation of Locke Lord fee petition on September 11. | TJC | 0.20 | 117.00 |
| 08/28/13 | Conference with Brian Raynor re presentation of third interim fee petition. | TJC | 0.20 | 117.00 |
| | | | **0.40** | **$234.00** |

**Less NO CHARGE entries**                                                    **($365.70)**

**TOTAL ADJUSTED FEES**                                                       **$3,880.00**

**TIMEKEEPER SUMMARY:**

**Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| B. A. Raynor | Associate | $264.00 | 3.50 | $924.00 |
| | | | **3.50** | **$924.00** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 2.90 | $1,696.50 |

GMAC Mortgage, LLC
File No.: 1000304.00000

Invoice Date: September 23, 2013
Invoice No.:  1027196
Page:  3

**Analysis/Strategy**

|  |  |  | 2.90 | $1,696.50 |
|---|---|---|---|---|

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| T.J. Cunningham | Partner | $585.00 | 1.20 | $702.00 |
| B. A. Raynor | Associate | $264.00 | 2.00 | $528.00 |
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | 3.60 | $1,391.20 |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | 0.40 | $234.00 |

**TIMEKEEPER SUMMARY TOTALS**                                   **$4,245.70**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 08/05/13 | FedEx Shipments | 25.30 |
| 08/05/13 | FedEx Shipments | 37.30 |
| 08/05/13 | FedEx Shipments | 25.30 |
| 08/05/13 | FedEx Shipments | 25.30 |
| 08/05/13 | FedEx Shipments | 25.30 |
| 08/06/13 | FedEx Shipments | 28.05 |
| 08/06/13 | FedEx Shipments | 28.05 |
| 08/06/13 | FedEx Shipments | 40.05 |
| 08/06/13 | FedEx Shipments | 30.72 |
| 08/06/13 | FedEx Shipments | 28.05 |
| 08/06/13 | FedEx Shipments | 28.05 |
| 08/09/13 | FedEx Shipments | 28.05 |
| | TOTAL | $349.52 |

| | |
|---|---|
| TOTAL FEES | $4,245.70 |
| Less NO CHARGE entries | ($365.70) |
| TOTAL ADJUSTED FEES | $3,880.00 |
| TOTAL EXPENSES | $349.52 |
| TOTAL FEES AND EXPENSES | $4,229.52 |
| **TOTAL BALANCE DUE** | **$4,229.52** |



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

September 23, 2013
Invoice No.: 1027206

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013

$49,483.67

File Number:    1000304.00174
Re:             Nora v. GMAC Mortgage, #706615

Your File Number:  706615

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/04/13 | E-mails from and to Rescap counsel re latest exchange of communication with███████ | TJC | 0.30 | 175.50 |
| 08/05/13 | E-mails re███████ | TJC | 0.20 | 117.00 |
| 08/05/13 | Conference with Rusty Perdew████████ | TJC | 0.20 | 117.00 |
| 08/14/13 | E-mails with counsel for co-defendants regarding██████ | JCW | 0.50 | 147.50 |
| 08/14/13 | Exchange e-mails with co-defendants regarding ████████ | PRP | 0.80 | 387.20 |
| | | | 2.00 | $944.20 |

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/04/13 | Exchange e-mails with Morrison Forester attorneys regarding ████████ | PRP | 0.50 | 242.00 |
| 08/06/13 | E-mails re status████████ | TJC | 0.20 | 117.00 |
| 08/19/13 | E-mails re status of████████ | TJC | 0.10 | 58.50 |
| 08/19/13 | Analyze draft settlement agreement. | JCW | 0.20 | 59.00 |

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: September 23, 2013
Invoice No.: 1027206
Page: 2

### Settlement/Non-binding ADR

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/19/13 | Begin review of draft settlement agreement. | PRP | 0.30 | 145.20 |
| 08/20/13 | Review and revise draft settlement agreement. | PRP | 1.30 | 629.20 |
| 08/20/13 | E-mails re ██████████████████████ | TJC | 0.20 | 117.00 |
| 08/26/13 | E-mails re ██████████████████ | TJC | 0.20 | 117.00 |
| 08/26/13 | Continue revising draft settlement agreement. | PRP | 1.20 | 580.80 |
| 08/27/13 | Exchange e-mails with Morrison & Foerster attorneys regarding ██████████████ | PRP | 0.30 | 145.20 |
| | | | **4.50** | **$2,210.90** |

### Other

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/09/13 | Conference with Hugh Balsam regarding strategy for 7th Circuit Appellee Brief. | JCW | 0.20 | 59.00 |
| 08/13/13 | Research whether ██████████████████ | JCW | 0.40 | 118.00 |
| 08/13/13 | Review changes suggested by counsel for co-defendants for potential inclusion in brief. | JCW | 0.40 | 118.00 |
| 08/13/13 | Research issues presented by counsel for co-defendants. | JCW | 0.50 | 147.50 |
| 08/14/13 | E-mails with Counsel Press ██████████████ | JCW | 0.30 | 88.50 |
| 08/27/13 | Prepare e-mail to Rusty Perdew summarizing research results. | JCW | 0.20 | 59.00 |
| 08/27/13 | Research ██████████████████████ | JCW | 0.50 | 147.50 |
| 08/27/13 | Research ██████████████████ | JCW | 1.00 | 295.00 |
| | | | **3.50** | **$1,032.50** |

### Pleadings

| Date | Description | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/05/13 | Continue revising appellate brief. | PRP | 2.00 | 968.00 |
| 08/06/13 | Continue revising draft response brief. | PRP | 3.20 | 1,548.80 |
| 08/06/13 | Analyze Rusty Perdew comments on 7th Circuit brief; begin making revisions. | JCW | 1.30 | 383.50 |
| 08/07/13 | Revise 7th Circuit brief per Rusty Perdew comments. | JCW | 1.20 | 354.00 |
| 08/08/13 | Revise 7th Circuit brief per Rusty Perdew comments. | JCW | 1.40 | 413.00 |
| 08/08/13 | Continue revising response brief; draft e-mails to Lauren Delehey and co-defendants regarding draft brief. | PRP | 1.80 | 871.20 |
| 08/12/13 | Continue revising response brief on appeal. | PRP | 1.50 | 726.00 |
| 08/27/13 | Review of revised draft of proposed settlement agreement and emails re same. | TJC | 0.20 | 117.00 |
| | | | **12.60** | **$5,381.50** |

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: September 23, 2013
Invoice No.: 1027206
Page: 3

### Appellate Motions/Submissions

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/02/13 | Begin revising appellate brief. | PRP | 2.30 | 1,113.20 |
| 08/08/13 | Research █████████████████████ | KRK | 3.10 | 793.60 |
| 08/13/13 | Research █████████████████ | KRK | 0.80 | 204.80 |
| 08/13/13 | Emails between and among joint defense counsel ██████ | TJC | 0.50 | 292.50 |
| 08/15/13 | Emails re status of printing of Seventh Circuit brief. | TJC | 0.10 | 58.50 |
| 08/16/13 | Review of co-defendant's Seventh Circuit brief. | TJC | 0.40 | 234.00 |
| 08/19/13 | Conference with Rusty Perdew re plan for oral argument. | TJC | 0.20 | 117.00 |
| | | | **7.40** | **$2,813.60** |

### Appellate Briefs

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/01/13 | Preparation of appellate brief. | TJC | 0.30 | 175.50 |
| 08/01/13 | Research case law to prepare appellate brief. | KRK | 1.10 | 281.60 |
| 08/01/13 | Research Federal Rules of Appellate Procedure to prepare appellate brief. | KRK | 0.40 | 102.40 |
| 08/01/13 | Draft Appellee Brief for 7th Circuit Appeal. | JCW | 5.20 | 1,534.00 |
| 08/02/13 | Review and analysis of Nora's appellate brief and preparation of appellees' brief. | TJC | 0.50 | 292.50 |
| 08/06/13 | Begin file review to prepare to edit appeal brief. | HSB | 0.60 | 292.80 |
| 08/06/13 | E-mails re status of preparation of Seventh Circuit brief. | TJC | 0.10 | 58.50 |
| 08/06/13 | Review of revised draft of brief. | TJC | 0.30 | 175.50 |
| 08/07/13 | Continue reviewing brief and file materials to prepare to edit draft appellee brief. | HSB | 0.70 | 341.60 |
| 08/08/13 | Finish review of record and of Nora's brief; review draft appellee brief; begin editing draft. | HSB | 2.20 | 1,073.60 |
| 08/08/13 | Preparation of appellate brief and e-mails re same. | TJC | 0.50 | 292.50 |
| 08/09/13 | E-mail from Andrew Marmion at MERS re draft brief. | TJC | 0.10 | 58.50 |
| 08/09/13 | Edit and revise appellee brief. | HSB | 3.80 | 1,854.40 |
| 08/09/13 | Revise appellate brief with additional case law research. | KRK | 0.30 | 76.80 |
| 08/12/13 | Review draft; discuss additional issues w/ R. Perdew. | HSB | 0.50 | 244.00 |
| 08/13/13 | Revise Joint Appellee Brief per Rusty Perdew comments. | JCW | 0.50 | 147.50 |
| 08/13/13 | Fill in citations to the record in Joint Appelle Brief. | JCW | 0.80 | 236.00 |
| 08/14/13 | Revise Joint Appellee Brief to incorporate comments and edits from co-defendants. | JCW | 1.00 | 295.00 |
| 08/14/13 | Preparation of appellate brief and emails re same. | TJC | 0.30 | 175.50 |
| 08/15/13 | Incorporate comments from other defendants-appellees. | JCW | 0.80 | 236.00 |
| 08/15/13 | Final revisions to Joint Appellee Brief. | JCW | 1.00 | 295.00 |
| 08/15/13 | Review proof of Joint Appellee Brief received from Counsel Press. | JCW | 0.40 | 118.00 |

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: September 23, 2013
Invoice No.:  1027206
Page:  4

| | Appellate Briefs | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 08/16/13 | E-mails with Counsel Press regarding today's filing of Joint Appellee Brief. | | JCW | 0.30 | 88.50 |
| 08/16/13 | E-mail to GMAC Mortgage and MERS enclosing Joint Appellee Brief and describing next steps in appeal. | | JCW | 0.20 | 59.00 |
| | | | | **21.90** | **$8,504.70** |

## TOTAL FEES

$20,887.40

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | | |
|---|---|---|---|---|---|
| P. R. Perdew | | Partner | $484.00 | 0.80 | $387.20 |
| T.J. Cunningham | | Partner | $585.00 | 0.70 | $409.50 |
| J.C. Webb | | Associate | $295.00 | 0.50 | $147.50 |
| | | | | **2.00** | **$944.20** |

### Settlement/Non-binding ADR

| | | | | | |
|---|---|---|---|---|---|
| P. R. Perdew | | Partner | $484.00 | 3.60 | $1,742.40 |
| T.J. Cunningham | | Partner | $585.00 | 0.70 | $409.50 |
| J.C. Webb | | Associate | $295.00 | 0.20 | $59.00 |
| | | | | **4.50** | **$2,210.90** |

### Other

| | | | | | |
|---|---|---|---|---|---|
| J.C. Webb | | Associate | $295.00 | 3.50 | $1,032.50 |
| | | | | **3.50** | **$1,032.50** |

### Pleadings

| | | | | | |
|---|---|---|---|---|---|
| P. R. Perdew | | Partner | $484.00 | 8.50 | $4,114.00 |
| T.J. Cunningham | | Partner | $585.00 | 0.20 | $117.00 |
| J.C. Webb | | Associate | $295.00 | 3.90 | $1,150.50 |
| | | | | **12.60** | **$5,381.50** |

### Appellate Motions/Submissions

GMAC Mortgage, LLC
File No.: 1000304.00174

Invoice Date: September 23, 2013
Invoice No.: 1027206
Page: 5

**Appellate Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 2.30 | $1,113.20 |
| T.J. Cunningham | Partner | $585.00 | 1.20 | $702.00 |
| K. R. Knabe | Associate | $256.00 | 3.90 | $998.40 |
| | | | **7.40** | **$2,813.60** |

**Appellate Briefs**

| | | | | |
|---|---|---|---|---|
| H.S. Balsam | Partner | $488.00 | 7.80 | $3,806.40 |
| T.J. Cunningham | Partner | $585.00 | 2.10 | $1,228.50 |
| J.C. Webb | Associate | $295.00 | 10.20 | $3,009.00 |
| K. R. Knabe | Associate | $256.00 | 1.80 | $460.80 |
| | | | **21.90** | **$8,504.70** |

## TIMEKEEPER SUMMARY TOTALS                                          $20,887.40

TOTAL FEES                                                           $20,887.40

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Donald Booth
GMAC Mortgage, LLC
Paralegal - Litigation
8400 Normandale Lake Boulevard
Minneapolis, MN 55437

September 23, 2013
Invoice No.: 1027219

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                                    $541.90

File Number:          1000304.00178
Re:                   Smith, Tiffany v. Homecomings Financial, #711686

Your File Number:  711686

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/04/13 | Analysis of procedural options for approval and implementation of settlement. | JMG | 0.30 | 137.40 |
| 08/13/13 | E-mails to/from plaintiffs' counsel re: settlement documents. | JMG | 0.10 | 45.80 |
| 08/14/13 | Teleconference with plaintiff's counsel re: settlement issues. | JMG | 0.10 | 45.80 |
| 08/16/13 | Follow-up re: status of settlement agreement and e-mail to N. Rosenbaum re: bankruptcy components of same. | JMG | 0.20 | 91.60 |
| 08/17/13 | Review of status of settlement and strategy for completion of process. | TJC | 0.30 | 175.50 |
| 08/30/13 | Emails to/from bankruptcy counsel re settlement procedures. | JMG | 0.10 | 45.80 |
| | | | **1.10** | **$541.90** |

**TOTAL FEES**                                                                    **$541.90**

**TIMEKEEPER SUMMARY:**

Settlement/Non-binding ADR

GMAC Mortgage, LLC
File No.: 1000304.00178

Invoice Date: September 23, 2013
Invoice No.: 1027219
Page: 2

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.80 | $366.40 |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | 1.10 | $541.90 |

**TIMEKEEPER SUMMARY TOTALS**           **$541.90**

TOTAL FEES           $541.90

**TOTAL BALANCE DUE**           **$541.90**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

September 23, 2013
Invoice No.: 1027220

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                                    $1,765.90

File Number:        1000304.00179
Re:                 Gardner, Alan v. GMAC Mortgage, LLC, #703565

Your File Number:  703565

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/04/13 | Analysis of procedural options for approval and implementation of settlement. | JMG | 0.30 | 137.40 |
| 08/13/13 | E-mails to/from plaintiffs' counsel re: settlement documents. | JMG | 0.10 | 45.80 |
| 08/14/13 | Teleconference w/plaintiff's counsel re: settlement issues. | JMG | 0.10 | 45.80 |
| 08/14/13 | Draft amended settlement agreement. | CGS | 2.20 | 561.00 |
| 08/15/13 | Draft amended settlement agreement. | CGS | 2.60 | 663.00 |
| 08/16/13 | Follow-up re: status of settlement agreement and e-mail to N. Rosenbaum re: bankruptcy components of same. | JMG | 0.20 | 91.60 |
| 08/17/13 | Review of status of settlement and strategy for completion of process. | TJC | 0.30 | 175.50 |
| 08/30/13 | Emails to/from bankruptcy counsel re███████████ | JMG | 0.10 | 45.80 |
| | | | 5.90 | $1,765.90 |

**TOTAL FEES**                                                                   $1,765.90

**TIMEKEEPER SUMMARY:**

GMAC Mortgage, LLC
File No.: 1000304.00179

Invoice Date: September 23, 2013
Invoice No.: 1027220
Page: 2

**Settlement/Non-binding ADR**

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.80 | $366.40 |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| C. G. Shetty | Associate | $255.00 | 4.80 | $1,224.00 |
| | | | 5.90 | $1,765.90 |

**TIMEKEEPER SUMMARY TOTALS**                                             **$1,765.90**

TOTAL FEES                                                                $1,765.90

**TOTAL BALANCE DUE**                                                     **$1,765.90**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

September 23, 2013
Invoice No.: 1027221

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                          $1,272.00

File Number:       1000304.00195
Re:                NCUA v. GMAC Mortgage (California), #718805

Your File Number:  718805

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/07/13 | Review status and update disclosure statement for bankruptcy counsel. | JMG | 0.50 | 229.00 |
| 08/22/13 | Monitor and review relevant docket activity re: discovery. | JMG | 0.20 | 91.60 |
| 08/30/13 | Monitor and review Rule 26 submissions and other discovery related filings. | JMG | 0.30 | 137.40 |
| | | | 1.00 | $458.00 |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/07/13 | E-mails to/from J. Newton (MoFo) re: same. | JMG | 0.10 | 45.80 |
| | | | 0.10 | $45.80 |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/01/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 08/05/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 08/08/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 08/15/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 08/19/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00195

Invoice Date: September 23, 2013
Invoice No.:  1027221
Page:  2

| Pleadings | | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 08/20/13 | Review of ECF notice received today. | | TJC | 0.10 | 58.50 |
| 08/22/13 | Review of ECF notice received today. | | TJC | 0.10 | 58.50 |
| 08/23/13 | Review of ECF notices received today. | | TJC | 0.20 | 117.00 |
| 08/29/13 | Review of ECF notices received today. | | TJC | 0.10 | 58.50 |
| | | | | **1.00** | **$585.00** |

| Other Written Motions/Submissions | | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 08/19/13 | Monitor and review ECF notices re: docket activity in district court and interlocutory appellate proceedings. | | JMG | 0.40 | 183.20 |
| | | | | **0.40** | **$183.20** |

**TOTAL FEES**                                                                     **$1,272.00**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | | Partner | $458.00 | 1.00 | $458.00 |
| | | | | **1.00** | **$458.00** |

### Other

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | | Partner | $458.00 | 0.10 | $45.80 |
| | | | | **0.10** | **$45.80** |

### Pleadings

| | | | | | |
|---|---|---|---|---|---|
| T.J. Cunningham | | Partner | $585.00 | 1.00 | $585.00 |
| | | | | **1.00** | **$585.00** |

### Other Written Motions/Submissions

| | | | | | |
|---|---|---|---|---|---|
| J. M. Goodin | | Partner | $458.00 | 0.40 | $183.20 |
| | | | | **0.40** | **$183.20** |

**TIMEKEEPER SUMMARY TOTALS**                                          **$1,272.00**

TOTAL FEES                                                                      $1,272.00

GMAC Mortgage, LLC
File No.:  1000304.00195

Invoice Date: September 23, 2013
Invoice No.:  1027221
Page: 3

**TOTAL BALANCE DUE**                                                **$1,272.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

September 23, 2013
Invoice No.: 1027222

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                          $1,350.90

File Number:        1000304.00196
Re:                 NCUA v. GMAC Mortgage (Kansas), #714943

Your File Number:  714943

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Analysis/Strategy** | | | | |
| 08/14/13 | Review an ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |
| | | | | |
| **Other** | | ATTY | HOURS | VALUE |
| 08/07/13 | Review status and update disclosure statement for bankruptcy counsel. | JMG | 0.80 | 366.40 |
| 08/07/13 | E-mails to/from J. Newton (MoFo) re: same. | JMG | 0.20 | 91.60 |
| | | | **1.00** | **$458.00** |
| | | | | |
| **Pleadings** | | ATTY | HOURS | VALUE |
| 08/01/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 08/05/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 08/07/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 08/08/13 | Review of ECF notice received today | TJC | 0.10 | 58.50 |
| 08/09/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 08/12/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00196

Invoice Date: September 23, 2013
Invoice No.: 1027222
Page: 2

| | Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 08/20/13 | Review of ECF notices received today. | | TJC | 0.10 | 58.50 |
| 08/27/13 | Review of ECF notices received today. | | TJC | 0.10 | 58.50 |
| | | | | **0.80** | **$468.00** |

| | Appellate Motions/Submissions | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 08/27/13 | Review 10th Circuit decision affirming denial of motions to dismiss based on application of FIRREA Extender Status. | | JMG | 0.80 | 366.40 |
| | | | | **0.80** | **$366.40** |

**TOTAL FEES**        **$1,350.90**

## TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
|---|---|---|---|---|
| | | | **0.10** | **$58.50** |

**Other**

| J. M. Goodin | Partner | $458.00 | 1.00 | $458.00 |
|---|---|---|---|---|
| | | | **1.00** | **$458.00** |

**Pleadings**

| T.J. Cunningham | Partner | $585.00 | 0.80 | $468.00 |
|---|---|---|---|---|
| | | | **0.80** | **$468.00** |

**Appellate Motions/Submissions**

| J. M. Goodin | Partner | $458.00 | 0.80 | $366.40 |
|---|---|---|---|---|
| | | | **0.80** | **$366.40** |

**TIMEKEEPER SUMMARY TOTALS**        **$1,350.90**

TOTAL FEES        $1,350.90

**TOTAL BALANCE DUE**        **$1,350.90**



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

September 23, 2013
Invoice No.: 1027201

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                    $780.90

File Number:        1000304.00217
Re:                 Charles Schwab v. Residential, 701759

Your File Number:  701759

### Analysis/Strategy

| Date | Description | ATTY | HOURS | VALUE |
|------|-------------|------|-------|-------|
| 08/09/13 | E-mails between and among joint defense counsel ███████ | TJC | 0.10 | 58.50 |
| 08/09/13 | Monitor and review relevant joint defense e-mails re: ████████ | JMG | 0.30 | 137.40 |
| 08/12/13 | Emails between and among joint defense counsel re ████████ | TJC | 0.10 | 58.50 |
| 08/12/13 | Emails re draft discovery requests to Plaintiffs. | TJC | 0.10 | 58.50 |
| 08/12/13 | Emails re Epiq work order for coordinated discovery. | TJC | 0.10 | 58.50 |
| 08/14/13 | Emails between and among joint defense counsel re ████████ | TJC | 0.10 | 58.50 |
| 08/15/13 | Emails between and among joint defense counsel re ████████ | TJC | 0.10 | 58.50 |
| 08/20/13 | E-mails between and among joint defense counsel re ████████ | TJC | 0.10 | 58.50 |
|  |  |  | 1.00 | $546.90 |

### Pleadings

| Date | Description | ATTY | HOURS | VALUE |
|------|-------------|------|-------|-------|
| 08/07/13 | E-mails between and among joint defense counsel re ████████ | TJC | 0.10 | 58.50 |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00217

Invoice Date: September 23, 2013
Invoice No.: 1027201
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/13/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 08/20/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| | | | **0.30** | **$175.50** |

| Appellate Briefs | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/05/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES** — **$780.90**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| Name | Title | Rate | Hours | Value |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |
| | | | **1.00** | **$546.90** |

### Pleadings

| Name | Title | Rate | Hours | Value |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

### Appellate Briefs

| Name | Title | Rate | Hours | Value |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS** — **$780.90**

TOTAL FEES — $780.90

**TOTAL BALANCE DUE** — **$780.90**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896



**Locke Lord** LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

September 23, 2013
Invoice No.: 1027223

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                          <u>$292.50</u>

File Number:       1000304.00219
Re:                FHLB Boston v. Residential, #713113

Your File Number:  713113

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/02/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 08/12/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 08/22/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 08/29/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| | | | **0.40** | **$234.00** |
| | **Appellate Briefs** | **ATTY** | **HOURS** | **VALUE** |
| 08/14/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                        **$292.50**

<u>**TIMEKEEPER SUMMARY:**</u>

**Pleadings**

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00219

Invoice Date: September 23, 2013
Invoice No.:  1027223
Page: 2

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | **0.40** | **$234.00** |

### Appellate Briefs

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                   **$292.50**

TOTAL FEES                                                     $292.50

**TOTAL BALANCE DUE**                                           **$292.50**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Natasha Campbell
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

September 23, 2013
Invoice No.: 1027224

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                                    $913.30

| | |
|---|---|
| File Number: | 1000304.00220 |
| Re: | FHLB Chicago v. Residential, #704078 |

Your File Number: 704078

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/08/13 | Review electronic filing/service notice and review same to confirm no discovery issued to debtors. | JMG | 0.40 | 183.20 |
| 08/08/13 | Monitor and review joint defense e-mails ████████████ | JMG | 0.20 | 91.60 |
| 08/09/13 | Monitor and review relevant joint defense e-mails re: ████████████ ████████████ | JMG | 0.20 | 91.60 |
| 08/09/13 | E-mails between and among joint defense counsel re ████████ | TJC | 0.10 | 58.50 |
| 08/16/13 | Emails between and among joint defense counsel re ████████████ ████████████ | TJC | 0.20 | 117.00 |
| 08/21/13 | E-mails between and among joint defense counsel re ████████ ████████████ | TJC | 0.10 | 58.50 |
| 08/23/13 | Monitor and review third party subpoenas. | JMG | 0.30 | 137.40 |
| 08/29/13 | Emails between and among joint defense counsel re ████████ ████████████ | TJC | 0.10 | 58.50 |
| | | | 1.60 | $796.30 |

GMAC Mortgage, LLC
File No.: 1000304.00220

Invoice Date: September 23, 2013
Invoice No.: 1027224
Page: 2

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/08/13 | E-mails between and among joint defense counsel re status of protective order. | TJC | 0.20 | 117.00 |
| | | | 0.20 | $117.00 |

## TOTAL FEES

$913.30

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 1.10 | $503.80 |
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | 1.60 | $796.30 |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | 0.20 | $117.00 |

## TIMEKEEPER SUMMARY TOTALS

$913.30

## TOTAL FEES

$913.30

## TOTAL BALANCE DUE

$913.30

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call J. M. Goodin of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord
#### LLP
##### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 23, 2013
Invoice No.: 1027225

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                    $242.00

| | | |
|---|---|---|
| File Number: | 1000304.00222 | |
| Re: | Plymouth County, Iowa (Raymond) v. GMAC, 725977 | |

Your File Number:  725977

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/13/13 | Exchange e-mails with ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ | PRP | 0.50 | 242.00 |
| | | | 0.50 | $242.00 |

**TOTAL FEES**                                                        **$242.00**

**TIMEKEEPER SUMMARY:**

| | Analysis/Strategy | | | | |
|---|---|---|---|---|---|
| | P. R. Perdew | Partner | $484.00 | 0.50 | $242.00 |
| | | | | 0.50 | $242.00 |

**TIMEKEEPER SUMMARY TOTALS**                                        **$242.00**

TOTAL FEES                                                           $242.00

**TOTAL BALANCE DUE**                                                **$242.00**

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

June 18, 2013
Invoice No.: 1009267

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                                    $1,462.50

File Number:          1000304.00230
Re:                   Massachusetts Recording Fee Litigation, 727116

Your File Number:  727116

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/01/13 | E-mails between and among joint defense counsel re█████ | TJC | 0.20 | 117.00 |
| 05/06/13 | E-mails between and among joint defense counsel █████████ | TJC | 0.10 | 58.50 |
| 05/08/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| 05/09/13 | E-mails between and among joint defense counsel re██████ | TJC | 0.20 | 117.00 |
| 05/10/13 | E-mails between and among joint defense counsel re████ | TJC | 0.10 | 58.50 |
| 05/14/13 | E-mails between and among joint defense counsel re████ | TJC | 0.10 | 58.50 |
| 05/15/13 | Emails between and among joint defense counsel re█████ | TJC | 0.30 | 175.50 |
| 05/16/13 | E-mails between and among joint defense counsel re█████ | TJC | 0.20 | 117.00 |
| 05/22/13 | E-mails between and among joint defense counsel re█████ | TJC | 0.10 | 58.50 |
| 05/31/13 | Emails between and among joint defense counsel re█████ | TJC | 0.20 | 117.00 |

---

GMAC Mortgage, LLC
File No.: 1000304.00230

Invoice Date: June 18, 2013
Invoice No.: 1009267
Page: 2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | **1.60** | **$936.00** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/06/13 | Review of ECF notices received today. | TJC | 0.10 | 58.50 |
| 05/13/13 | E-mails between and among joint defense counsel re ████ | TJC | 0.20 | 117.00 |
| 05/17/13 | E-mails between and among joint defense counsel re ████ | TJC | 0.20 | 117.00 |
| 05/29/13 | Emails re ████ | TJC | 0.20 | 117.00 |
| 05/30/13 | Emails re ████ | TJC | 0.20 | 117.00 |
| | | | **0.90** | **$526.50** |

**TOTAL FEES** $1,462.50

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| T.J. Cunningham | Partner | $585.00 | 1.60 | $936.00 |
|---|---|---|---|---|
| | | | **1.60** | **$936.00** |

**Pleadings**

| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |
|---|---|---|---|---|
| | | | **0.90** | **$526.50** |

**TIMEKEEPER SUMMARY TOTALS** $1,462.50

**TOTAL FEES** $1,462.50

**TOTAL BALANCE DUE** $1,462.50

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

July 11, 2013
Invoice No.: 1013415

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through June 30, 2013                                      <u>$585.00</u>

File Number:          1000304.00230
Re:                   Massachusetts Recording Fee Litigation, 727116

Your File Number:  727116

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/03/13 | Emails between and among joint defense counsel re ▮▮▮▮ ▮▮▮▮ | TJC | 0.10 | 58.50 |
| 06/05/13 | Emails between and among joint defense counsel re ▮▮▮▮ ▮▮ | TJC | 0.20 | 117.00 |
| 06/06/13 | E-mails between and among joint defense counsel regarding ▮▮▮▮▮▮▮▮ | TJC | 0.20 | 117.00 |
| 06/17/13 | Emails between and among joint defense counsel re ▮▮▮ ▮▮▮▮ | TJC | 0.20 | 117.00 |
| | | | **0.70** | **$409.50** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 06/03/13 | Review of ▮▮▮▮ and emails between and among joint defense counsel re ▮▮ | TJC | 0.10 | 58.50 |
| 06/07/13 | Review of emails between and among joint defense counsel re ▮▮▮▮ | TJC | 0.10 | 58.50 |
| 06/27/13 | Emails between and among joint defense counsel re ▮▮▮ | TJC | 0.10 | 58.50 |
| | | | **0.30** | **$175.50** |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00230

Invoice Date: July 11, 2013
Invoice No.:  1013415
Page: 2

## TOTAL FEES                                                                                $585.00

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |
| | | | **0.70** | **$409.50** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | **0.30** | **$175.50** |

**TIMEKEEPER SUMMARY TOTALS**                                               **$585.00**

TOTAL FEES                                                                           $585.00

**TOTAL BALANCE DUE**                                                           **$585.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Lauren Delehey
GMAC Mortgage, LLC
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 23, 2013
Invoice No.: 1027228

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                           $778.60

File Number:      1000304.00230
Re:               Massachusetts Recording Fee Litigation, 727116

Your File Number:  727116

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/16/13 | Emails between and among joint defense counsel re ████ | TJC | 0.20 | 117.00 |
| 08/19/13 | E-mails between and among joint defense counsel re ████ ████ | TJC | 0.10 | 58.50 |
| 08/21/13 | Review of e-mails re status. | TJC | 0.10 | 58.50 |
| 08/21/13 | E-mails regarding hearing on motion to dismiss. | PRP | 0.10 | 48.40 |
| 08/21/13 | Draft e-mail to Lauren Delehey regarding ████ | PRP | 0.30 | 145.20 |
| | | | **0.80** | **$427.60** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/06/13 | E-mails between and among joint defense counsel re ████ | TJC | 0.10 | 58.50 |
| 08/07/13 | E-mails between and among joint defense counsel re ████ ████ | TJC | 0.10 | 58.50 |
| 08/09/13 | E-mails between and among joint defense counsel re ████ ████ | TJC | 0.20 | 117.00 |
| 08/20/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| | | | **0.50** | **$292.50** |

GMAC Mortgage, LLC
File No.:  1000304.00230

Invoice Date: September 23, 2013
Invoice No.:  1027228
Page: 2

| | Appellate Briefs | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/05/13 | E-mails between and among joint defense counsel re ▮▮▮▮▮ | TJC | 0.10 | 58.50 |
| | ▮▮▮▮▮▮▮▮▮▮▮ | | | |
| | | | 0.10 | **$58.50** |

**TOTAL FEES**                                                                                     **$778.60**

**TIMEKEEPER SUMMARY:**

    **Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| P. R. Perdew | Partner | $484.00 | 0.40 | $193.60 |
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| | | | 0.80 | **$427.60** |

    **Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | 0.50 | **$292.50** |

    **Appellate Briefs**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | 0.10 | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$778.60**

TOTAL FEES                                                                                          $778.60

**TOTAL BALANCE DUE**                                                                   **$778.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email: hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 23, 2013
Invoice No.: 1027229

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                                    <u>$58.50</u>

File Number:        1000304.00236
Re:                 Jackson County, MO, Recording Fee Litigation, 727570

Your File Number:  727570

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/23/13 | Review of ECF notice received today. | TJC | 0.10 | 58.50 |
| | | | 0.10 | **$58.50** |

**TOTAL FEES**                                                                    **$58.50**

---

<u>**TIMEKEEPER SUMMARY:**</u>

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | 0.10 | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                      **$58.50**

TOTAL FEES                                                                         $58.50

**TOTAL BALANCE DUE**                                                             **$58.50**

---

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Mr. Don Booth
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, Minnesota

September 23, 2013
Invoice No.: 1027230

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013

$10,222.20

File Number:       1000304.00246
Re:                Hairston v. Residential Capital, LLC, et al., 728660

Your File Number:  728660

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/21/13 | Correspondence with Morrison & Foerster counsel re ▮▮▮▮ | RJM | 0.50 | 264.00 |
| 08/22/13 | Telephone conference with Morrison & Foerster counsel re ▮▮▮▮ | RJM | 0.70 | 369.60 |
| 08/22/13 | Correspondence with D. Booth re ▮▮▮▮ | RJM | 0.30 | 158.40 |
| 08/23/13 | Prepare for hearing on multiple CA borrowers' proofs of claim. | RJM | 3.50 | 1,848.00 |
| 08/25/13 | Review draft letter to Judge Glenn re ▮▮▮▮ | RJM | 0.50 | 264.00 |
| 08/26/13 | Correspondence with D. Harris re ▮▮▮▮ | RJM | 0.30 | 158.40 |
| 08/27/13 | Conference call with N. Rosenbaum and D. Harris re ▮▮▮▮ | RJM | 0.60 | 316.80 |
| 08/27/13 | Prepare for hearing on California borrowers' proofs of claim. | RJM | 2.80 | 1,478.40 |
| 08/27/13 | Conference with N. Rosenbaum re ▮▮▮▮ | RJM | 0.70 | 369.60 |
| 08/28/13 | Debrief w/litigation team re ▮▮▮▮ | JMG | 0.30 | 137.40 |
| 08/29/13 | Telephone call with D. Harris re ▮▮▮▮ | RJM | 0.30 | 158.40 |

GMAC Mortgage, LLC
File No.:  1000304.00246

Invoice Date: September 23, 2013
Invoice No.:  1027230
Page:  2

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/30/13 | Telephone conference with D. Harris re ███████ ████████ | RJM | 0.40 | 211.20 |
| | | | **10.90** | **$5,734.20** |

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/20/13 | Analyze claimants' response to objection to proof of claim. | RJM | 0.50 | 264.00 |
| 08/21/13 | Analyze borrowers' supplemental proofs of claim. | RJM | 2.20 | 1,161.60 |
| | | | **2.70** | **$1,425.60** |

| | Other Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/19/13 | Prepare for hearing on objections to California litigants' proof of claim. | RJM | 0.80 | 422.40 |
| 08/28/13 | Attend hearing on California borrowers' proofs of claim. | RJM | 4.70 | 2,481.60 |
| 08/28/13 | Correspondence with D. Booth re ███████ ████████ | RJM | 0.30 | 158.40 |
| | | | **5.80** | **$3,062.40** |

## TOTAL FEES

$10,222.20

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
| R. J. McClendon | Senior Counsel | $528.00 | 10.60 | $5,596.80 |
| | | | **10.90** | **$5,734.20** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 2.70 | $1,425.60 |
| | | | **2.70** | **$1,425.60** |

### Other Written Motions/Submissions

| | | | | |
|---|---|---|---|---|
| R. J. McClendon | Senior Counsel | $528.00 | 5.80 | $3,062.40 |
| | | | **5.80** | **$3,062.40** |

GMAC Mortgage, LLC
File No.: 1000304.00246

Invoice Date: September 23, 2013
Invoice No.: 1027230
Page: 3

## TIMEKEEPER SUMMARY TOTALS                                    **$10,222.20**

TOTAL FEES                                                         $10,222.20

## TOTAL BALANCE DUE                                             **$10,222.20**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Mlain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory                                      October 29, 2013
GMAC Mortgage, LLC                            Invoice No.: 1033967
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through May 31, 2013                          $351.00

File Number:      1000304.00256
Re:               1323 S. Millard, Chicago, IL (Denise Williamson), 729854

Your File Number:  729854

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/13/13 | E-mails re notice of ▇▇▇ proposed response to same | TJC | 0.30 | 175.50 |
| 05/17/13 | E-mail ▇▇▇▇▇▇▇▇ | TJC | 0.20 | 117.00 |
| | | | **0.50** | **$292.50** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 05/21/13 | E-mails re ▇▇▇▇▇ | TJC | 0.10 | 58.50 |
| | | | **0.10** | **$58.50** |

**TOTAL FEES**                                                  **$351.00**

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| | | | **0.50** | **$292.50** |

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00256

Invoice Date: October 29, 2013
Invoice No.:  1033967
Page:  2

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
| | | | **0.10** | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                          **$351.00**

TOTAL FEES             $351.00

**TOTAL BALANCE DUE**             **$351.00**

PLEASE REMIT PAYMENT TO:

| **Via US Mail and Courier:** | **Via Wire Transfer:** | **Via EFT or ACH Trasfer:** |
|---|---|---|
| Locke Lord LLP | JPMorgan Chase | JP Morgan Chase |
| 111 South Wacker Drive | 712 Mlain Street | 712 Main Street |
| Chicago, IL  60606-4410 | Houston, Texas 77002 | Houston, Texas 77002 |
| | Acct Name:  Locke Lord  LLP IOLTA IL | Acct Name:  Locke Lord LLP |
| | Acct #:  403187896    ABA # 021000021 | Acct #:  403187896 |
| | International Wires Only:  Swift Code - CHASUS33 | ABA #:111000614 |
| | Locke Lord Contact: | |
| | Helen Ruffolo  1.312.528.9511 | |
| | Email:  hruffolo@lockeord.com | |

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Sheila Gregory
GMAC Mortgage, LLC
8400 Normandale Lake Blvd.
Minneapolis, MN 77437

September 23, 2013
Invoice No.: 1027231

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                                    $58.50

File Number:        1000304.00257
Re:                 1747 North Linder, Chicago, IL (Hunt), 2013-08-EH3032

Your File Number:  2013-08-EH3032

| | Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 08/16/13 | Review of ECF notice received today. | | TJC | 0.10 | 58.50 |
| | | | | 0.10 | **$58.50** |

**TOTAL FEES**                                                                   **$58.50**

**TIMEKEEPER SUMMARY:**

**Pleadings**

| | | | | | |
|---|---|---|---|---|---|
| T.J. Cunningham | | Partner | $585.00 | 0.10 | $58.50 |
| | | | | 0.10 | **$58.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$58.50**

TOTAL FEES                                                                        $58.50

**TOTAL BALANCE DUE**                                                            **$58.50**

PLEASE REMIT PAYMENT TO:

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Ms. Jance Hoy
GMAC Mortgage, LLC
1100 Virginia Drive
Legal Staff / 190-FTW-L95
Fort Washington, PA 19034

September 23, 2013
Invoice No.: 1027232

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                                    $618.60

File Number:         1000304.00260
Re:                  4935 W Hubbard, Chicago, IL (Clara Williamson), 730893

Your File Number:  730893

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/20/13 | Conference with Julie Webb re status and strategy. | TJC | 0.30 | 175.50 |
| 08/23/13 | E-mails re status. | TJC | 0.20 | 117.00 |
| 08/23/13 | Email K. Priore and L. Gregerson ■■■■■■ | DFS | 0.20 | 52.80 |
| | | | 0.70 | $345.30 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/20/13 | Update chart of open GMAC Mortgage matters per Tom Cunningham request. | JCW | 0.20 | 59.00 |
| 08/20/13 | Review case status and next steps. | JCW | 0.10 | 29.50 |
| | | | 0.30 | $88.50 |

| | Other Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/16/13 | Revise final order granting summary judgment per judge's instructions. | DFS | 0.50 | 132.00 |
| 08/19/13 | Draft cover letter to judge regarding summary judgment order. | DFS | 0.20 | 52.80 |
| | | | 0.70 | $184.80 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00260

Invoice Date: September 23, 2013
Invoice No.: 1027232
Page: 2

## TOTAL FEES                                                                      $618.60

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| D. F. Standa | Associate | $264.00 | 0.20 | $52.80 |
| | | | **0.70** | **$345.30** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | **0.30** | **$88.50** |

**Other Written Motions/Submissions**

| | | | | |
|---|---|---|---|---|
| D. F. Standa | Associate | $264.00 | 0.70 | $184.80 |
| | | | **0.70** | **$184.80** |

**TIMEKEEPER SUMMARY TOTALS**                                                      **$618.60**

TOTAL FEES                                                                          $618.60

**TOTAL BALANCE DUE**                                                              **$618.60**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Ms. Lauren Delehey
190-FTW-L95
1100 Virginia Drive
Fort Washington, PA 19034

September 23, 2013
Invoice No.: 1027234

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                                   $1,977.00

File Number:        1000304.00267
Re:                 GMAC Mortgage v. Koenig & Strey, #722926

Your File Number:  722926

| | **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/07/13 | Exchange e-mails with Lauren Delehey and Patrick Lerch███████ | PRP | 0.20 | 96.80 |
| 08/09/13 | Speak with Patrick Lerch regarding████████████ | PRP | 0.80 | 387.20 |
| 08/19/13 | Draft e-mail to Patrick Lerch████████████ | PRP | 0.10 | 48.40 |
| | | | **1.10** | **$532.40** |

| | **Pleadings** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/09/13 | Revise Lerch affidavit. | PRP | 0.50 | 242.00 |
| 08/16/13 | Analyze Koenig & Strey's answer to the amended complaint. | RMH | 0.10 | 29.50 |
| 08/19/13 | Compare initial answer and affirmative defenses to revised answer and affirmative defenses. | RMH | 0.20 | 59.00 |
| 08/19/13 | Update L. Delehey regarding████████████ | RMH | 0.10 | 29.50 |
| 08/27/13 | Speak with Patrick Lerch regarding████████████████ | PRP | 0.50 | 242.00 |
| 08/29/13 | Revise affidavit of Kathy Priore; draft e-mail to Kathy Priore and Lauren Delehey████████ | PRP | 0.40 | 193.60 |
| | | | **1.80** | **$795.60** |

GMAC Mortgage, LLC
File No.: 1000304.00267

Invoice Date: September 23, 2013
Invoice No.: 1027234
Page: 2

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | **Court Mandated Conferences** | | | |
| 08/12/13 | Prepare for, attend, and participate in status conference. | RMH | 1.20 | 354.00 |
| | | | **1.20** | **$354.00** |
| | **Dispositive Motions** | ATTY | HOURS | VALUE |
| 08/07/13 | Follow-up with counsel for K&L Gates regarding ████████ and confer with R. Perdew regarding ████████ | RMH | 0.20 | 59.00 |
| 08/20/13 | Follow-up with counsel at K&L Gates regarding ████████ | RMH | 0.20 | 59.00 |
| 08/26/13 | Follow-up with counsel for K&L Gates regarding ████████ | RMH | 0.10 | 29.50 |
| 08/27/13 | Evaluate changes to draft Lerch affidavit. | RMH | 0.10 | 29.50 |
| 08/27/13 | Analyze draft brief and consider outstanding issues. | RMH | 0.10 | 29.50 |
| 08/29/13 | Follow-up with K&L Gates regarding ████████ fees; confer with R. Perdew regarding affidavit of K. Priore. | RMH | 0.20 | 59.00 |
| | | | **0.90** | **$265.50** |
| | **Depositions** | ATTY | HOURS | VALUE |
| 08/06/13 | Evaluate status of motion for summary judgment and remaining affidavits that we need before filing. | RMH | 0.10 | 29.50 |
| | | | **0.10** | **$29.50** |

**TOTAL FEES**  $1,977.00

**TIMEKEEPER SUMMARY:**

| | | | | | |
|---|---|---|---|---|---|
| **Analysis/Strategy** | | | | | |
| P. R. Perdew | | Partner | $484.00 | 1.10 | $532.40 |
| | | | | **1.10** | **$532.40** |
| **Pleadings** | | | | | |
| P. R. Perdew | | Partner | $484.00 | 1.40 | $677.60 |
| R.M. Holz | | Associate | $295.00 | 0.40 | $118.00 |
| | | | | **1.80** | **$795.60** |

GMAC Mortgage, LLC
File No.:  1000304.00267

Invoice Date: September 23, 2013
Invoice No.:  1027234
Page: 3

**Court Mandated Conferences**

| R.M. Holz | Associate | $295.00 | 1.20 | $354.00 |
|---|---|---|---|---|
| | | | **1.20** | **$354.00** |

**Dispositive Motions**

| R.M. Holz | Associate | $295.00 | 0.90 | $265.50 |
|---|---|---|---|---|
| | | | **0.90** | **$265.50** |

**Depositions**

| R.M. Holz | Associate | $295.00 | 0.10 | $29.50 |
|---|---|---|---|---|
| | | | **0.10** | **$29.50** |

**TIMEKEEPER SUMMARY TOTALS**                                          **$1,977.00**

TOTAL FEES                                                                        $1,977.00

**TOTAL BALANCE DUE**                                                     **$1,977.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Mr. Don Booth
Paralegal- Litigation
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

September 23, 2013
Invoice No.: 1027235

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                                    $124.80

File Number:        1000304.00283
Re:                 Lugo, Sandra v. GMAC Mortgage, LLC, #734282

Your File Number:  734282

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/20/13 | Confer with co-defendant's counsel regarding ███████ | JKP | 0.30 | 93.60 |
| 08/28/13 | Evaluate case status and strategy. | JKP | 0.10 | 31.20 |
| | | | 0.40 | $124.80 |

**TOTAL FEES**                                                                   **$124.80**

**TIMEKEEPER SUMMARY:**

Settlement/Non-binding ADR

| | | | | |
|---|---|---|---|---|
| J. L. Kinney Parnell | Associate | $312.00 | 0.40 | $124.80 |
| | | | 0.40 | $124.80 |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$124.80**

TOTAL FEES                                                                       $124.80

GMAC Mortgage, LLC
File No.:  1000304.00283

Invoice Date: September 23, 2013
Invoice No.:  1027235
Page: 2

## TOTAL BALANCE DUE                                    $124.80

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:   403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

September 23, 2013
Invoice No.: 1027236

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                                         $141.60

File Number:        1000304.00293
Re:                 Combs v. Residential Funding Company, et al., 736621

Your File Number:  736621

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/21/13 | Finalize stipulation to order and judgment with Plaintiff's counsel. | CBH | 0.30 | 141.60 |
| | | | **0.30** | **$141.60** |

**TOTAL FEES**                                                                        **$141.60**

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| C.B. Howard | Partner | $472.00 | 0.30 | $141.60 |
| | | | **0.30** | **$141.60** |

**TIMEKEEPER SUMMARY TOTALS**                                                          **$141.60**

TOTAL FEES                                                                             $141.60

**TOTAL BALANCE DUE**                                                                  **$141.60**

PLEASE REMIT PAYMENT TO:

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
8400 Normandale Blvd
Bloomington, MN 77437

September 23, 2013
Invoice No.: 1027237

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                                   <u>$183.20</u>

File Number:    1000304.00295
Re:             REO NY Holdings, Inc. v. GMAC Mortgage, LLC, 736885

Your File Number:  736885

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/21/13 | E-mails from/to plaintiffs' counsel finalizing and executing stipulation and order resolving matter. | JMG | 0.40 | 183.20 |
| | | | 0.40 | $183.20 |

**TOTAL FEES**                                                                   **$183.20**

**TIMEKEEPER SUMMARY:**

| Settlement/Non-binding ADR | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.40 | $183.20 |
| | | | 0.40 | $183.20 |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$183.20**

TOTAL FEES                                                                        $183.20

**TOTAL BALANCE DUE**                                                            **$183.20**

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Kathy Price
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

September 23, 2013
Invoice No.: 1027238

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                         <u>$4,399.70</u>

File Number:      1000304.00300
Re:               6346 S Ellis (Samuels), 2013-05-EO7866

Your File Number:  2013-05-EO7866

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/05/13 | Investigate tax buyer of property. | NO | 0.60 | 168.00 |
| 08/06/13 | E-mail re ██████████████████████ | TJC | 0.20 | 117.00 |
| 08/19/13 | Analyze ████████████ briefing from J. Webb regarding ████████ | NO | 0.40 | 112.00 |
| 08/20/13 | Conference with Julie Webb re status and strategy. | TJC | 0.30 | 175.50 |
| | | | **1.50** | **$572.50** |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/06/13 | Draft e-mail to GMAC Mortgage regarding ████████████ | JCW | 0.20 | 59.00 |
| 08/12/13 | Update chart of housing court matters to reflect case status. | TBT | 0.10 | 23.80 |
| 08/15/13 | Leave voicemail for L. Gregerson regarding ████████ ████ | JCW | 0.10 | 29.50 |
| 08/20/13 | Review case status and next steps. | JCW | 0.10 | 29.50 |
| 08/20/13 | Update chart of open GMAC Mortgage matters per Tom Cunningham request. | JCW | 0.20 | 59.00 |

GMAC Mortgage, LLC
File No.: 1000304.00300

Invoice Date: September 23, 2013
Invoice No.: 1027238
Page: 2

| Other | ATTY | HOURS | VALUE |
|---|---|---|---|
| 08/26/13  Retrieve recorded mortgages pertaining to the subject property from Cook County Recorder of Deeds. | TBT | 0.30 | 71.40 |
| 08/27/13  E-mail to L. Gregerson regarding ███████████████████████████ | JCW | 0.20 | 59.00 |
|  |  | **1.20** | **$331.20** |

| Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|
| 08/08/13  E-mails re ███████████████████ | TJC | 0.20 | 117.00 |
| 08/15/13  Revise draft Answer. | JCW | 1.00 | 295.00 |
| 08/21/13  E-mails with litigation team ████████████ | JCW | 0.20 | 59.00 |
| 08/26/13  Revise draft Motion to Dismiss and accompanying affidavit. | JCW | 1.30 | 383.50 |
| 08/26/13  Revise argument section of Motion to Dismiss. | NO | 0.40 | 112.00 |
| 08/26/13  Revise argument section of affidavit in support of Motion to Dismiss; analyze file in order to create supporting exhibits to affidavit in support of Motion to Dismiss. | NO | 0.90 | 252.00 |
| 08/27/13  Revise Motion to Dismiss and accompanying affidavit. | JCW | 0.30 | 88.50 |
| 08/27/13  Review of draft motion to dismiss and related documents and emails re same. | TJC | 0.20 | 117.00 |
|  |  | **4.50** | **$1,424.00** |

| Dispositive Motions | ATTY | HOURS | VALUE |
|---|---|---|---|
| 08/23/13  Analyze documents in file in preparation for drafting of motion to dismiss complaint. | NO | 0.60 | 168.00 |
| 08/23/13  Draft motion to dismiss; draft affidavit in support of motion to dismiss complaint. | NO | 2.90 | 812.00 |
|  |  | **3.50** | **$980.00** |

| Written Motions/Submissions | ATTY | HOURS | VALUE |
|---|---|---|---|
| 08/14/13  Review file in preparation for drafting of answer to complaint; draft answer to city's complaint. | NO | 1.80 | 504.00 |
|  |  | **1.80** | **$504.00** |

| Trial and Hearing Attendance | ATTY | HOURS | VALUE |
|---|---|---|---|
| 08/06/13  Preparation for case management hearing; appear at case management hearing; draft update to client regarding results of case management hearing. | NO | 2.10 | 588.00 |
|  |  | **2.10** | **$588.00** |

| **TOTAL FEES** | | | **$4,399.70** |

GMAC Mortgage, LLC
File No.:  1000304.00300

Invoice Date: September 23, 2013
Invoice No.:  1027238
Page:  3

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.50 | $292.50 |
| N. O'Conner | Associate | $280.00 | 1.00 | $280.00 |
| | | | **1.50** | **$572.50** |

### Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.80 | $236.00 |
| T. B. Till | Paralegal | $238.00 | 0.40 | $95.20 |
| | | | **1.20** | **$331.20** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.40 | $234.00 |
| J.C. Webb | Associate | $295.00 | 2.80 | $826.00 |
| N. O'Conner | Associate | $280.00 | 1.30 | $364.00 |
| | | | **4.50** | **$1,424.00** |

### Dispositive Motions

| | | | | |
|---|---|---|---|---|
| N. O'Conner | Associate | $280.00 | 3.50 | $980.00 |
| | | | **3.50** | **$980.00** |

### Written Motions/Submissions

| | | | | |
|---|---|---|---|---|
| N. O'Conner | Associate | $280.00 | 1.80 | $504.00 |
| | | | **1.80** | **$504.00** |

### Trial and Hearing Attendance

| | | | | |
|---|---|---|---|---|
| N. O'Conner | Associate | $280.00 | 2.10 | $588.00 |
| | | | **2.10** | **$588.00** |

## TIMEKEEPER SUMMARY TOTALS                                                   **$4,399.70**

GMAC Mortgage, LLC
File No.: 1000304.00300

Invoice Date: September 23, 2013
Invoice No.: 1027238
Page: 4

TOTAL FEES                                                                    $4,399.70

**TOTAL BALANCE DUE**                                               **$4,399.70**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



**Locke**
**Lord** LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Donald Booth
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

September 23, 2013
Invoice No.: 1027239

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                                    <u>$91.60</u>

File Number:        1000304.00301
Re:                 Monga v. GMAC Mortgage LLC, 2013-05-EI7810

Your File Number: 2013-05-EI7810

|  | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/22/13 | Confer with litigation team re: ████████ | JMG | 0.20 | 91.60 |
|  |  |  | 0.20 | $91.60 |

**TOTAL FEES**                                                                    **$91.60**

**TIMEKEEPER SUMMARY:**

| Analysis/Strategy | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
|  |  |  | 0.20 | $91.60 |

**TIMEKEEPER SUMMARY TOTALS**                                                     **$91.60**

TOTAL FEES                                                                         $91.60

**TOTAL BALANCE DUE**                                                             **$91.60**

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC



## Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

GMAC Mortgage, LLC
Attn: Linda Gregerson
Residential Capital, LLC
8400 Normandale Lake Blvd
Bloomington, MN 55437

September 23, 2013
Invoice No.: 1027240

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                                    $303.00

File Number:        1000304.00303
Re:                 6046 N Monitor (Lapalio-Lakin), 737737

Your File Number:  737737

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/20/13 | Conference with Julie Webb re status and strategy. | TJC | 0.30 | 175.50 |
| 08/20/13 | Review potential arguments for motion to dismiss. | CGS | 0.50 | 127.50 |
| | | | 0.80 | $303.00 |

**TOTAL FEES**                                                                   $303.00

**TIMEKEEPER SUMMARY:**

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| C. G. Shetty | Associate | $255.00 | 0.50 | $127.50 |
| | | | 0.80 | $303.00 |

**TIMEKEEPER SUMMARY TOTALS**                                                    $303.00

TOTAL FEES                                                                       $303.00

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00303

Invoice Date: September 23, 2013
Invoice No.:  1027240
Page: 2

## TOTAL BALANCE DUE

**$303.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage LLC
8400 Normandale Blvd
Bloomington, MN 77437

September 23, 2013
Invoice No.: 1027241

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                                    $274.58

File Number:        1000304.00308
Re:                 Magelssen, Trig and Linda v. ETS, LLC, 2013-05-EP5514

Your File Number:  2013-05-EP5514

| | Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 08/22/13 | Review order sustaining demurrer to first amended complaint w/ leave to amend and related notice. | | JMG | 0.30 | 137.40 |
| | | | | 0.30 | $137.40 |

**TOTAL FEES**                                                                 $137.40

**TIMEKEEPER SUMMARY:**

| | Pleadings | | | | |
|---|---|---|---|---|---|
| | J. M. Goodin | | Partner | $458.00 | 0.30 | $137.40 |
| | | | | | 0.30 | $137.40 |

**TIMEKEEPER SUMMARY TOTALS**                                                  $137.40

| DATE | EXPENSES | VALUE |
|---|---|---|
| 08/12/13 | 7/11/13 Copy of 1st Amended Petition | 6.60 |

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00308

Invoice Date: September 23, 2013
Invoice No.: 1027241
Page: 2

| DATE | EXPENSES | VALUE |
|---|---|---|
| 08/16/13 | Litigation Support Vendors - Court filing: Appearance and Notice of Bankruptcy | 130.58 |
| | TOTAL EXPENSES | $137.18 |

| | |
|---|---|
| **TOTAL FEES** | **$137.40** |
| **TOTAL EXPENSES** | **$137.18** |
| **TOTAL FEES AND EXPENSES** | **$274.58** |
| **TOTAL BALANCE DUE** | **$274.58** |

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name: Locke Lord LLP IOLTA IL
Acct #: 403187896   ABA # 021000021
International Wires Only: Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo 1.312.528.9511
Email: hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name: Locke Lord LLP
Acct #: 403187896
ABA #:111000614

This statement is due upon receipt. Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement. Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



Locke Lord LLP
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage LLC
8400 Normandale Blvd
Bloomington, MN 77437

September 23, 2013
Invoice No.: 1027242

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                                    <u>$91.60</u>

File Number:        1000304.00309
Re:                 Villanueva v. GMAC Mortgage, LLC, 2013-05-EQ7845

Your File Number: 2013-05-EQ7845

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/22/13 | Confer with litigation team re: ██████████████ | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |

**TOTAL FEES**                                                                   **$91.60**

<u>**TIMEKEEPER SUMMARY:**</u>

Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
| | | | **0.20** | **$91.60** |

**TIMEKEEPER SUMMARY TOTALS**                                                    **$91.60**

TOTAL FEES                                                                        $91.60

**TOTAL BALANCE DUE**                                                            **$91.60**

---

Atlanta ◆ Austin ◆ Chicago ◆ Dallas ◆ Houston ◆ London ◆ Los Angeles ◆ New Orleans ◆ New York ◆ Sacramento ◆ San Francisco ◆ Washington DC



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Bloomington, MN 55437

September 23, 2013
Invoice No.: 1027243

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                    <u>$175.50</u>

File Number:        1000304.00310
Re:                 5240 W Ferdinand (Robinson), 2013-05-EQ7871

Your File Number:  2013-05-EQ7871

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/20/13 | Conference with Julie Webb re status and strategy. | TJC | 0.30 | 175.50 |
| | | | 0.30 | **$175.50** |

**TOTAL FEES**                                                              **$175.50**

**TIMEKEEPER SUMMARY:**

Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| | | | 0.30 | **$175.50** |

**TIMEKEEPER SUMMARY TOTALS**                                               **$175.50**

TOTAL FEES                                                                  $175.50

**TOTAL BALANCE DUE**                                                       **$175.50**

PLEASE REMIT PAYMENT TO:

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Bloomington, MN 55437

September 23, 2013
Invoice No.: 1027244

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013          <u>$264.00</u>

File Number:       1000304.00311
Re:                4139 W Leland (Ivanovic), 2013-05-EV8735

Your File Number:  2013-05-EV8735

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/20/13 | Conference with Julie Webb re status and strategy. | TJC | 0.30 | 175.50 |
| | | | **0.30** | **$175.50** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/20/13 | Update chart of open GMAC Mortgage matters per Tom Cunningham request. | JCW | 0.20 | 59.00 |
| 08/20/13 | Review case status and next steps. | JCW | 0.10 | 29.50 |
| | | | **0.30** | **$88.50** |

**TOTAL FEES**          **$264.00**

### TIMEKEEPER SUMMARY:

Analysis/Strategy

| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
|---|---|---|---|---|
| | | | **0.30** | **$175.50** |

---

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00311

Invoice Date: September 23, 2013
Invoice No.:  1027244
Page: 2

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | 0.30 | $88.50 |

**TIMEKEEPER SUMMARY TOTALS** | | | | | **$264.00**

TOTAL FEES | | | | | $264.00

**TOTAL BALANCE DUE** | | | | | **$264.00**

PLEASE REMIT PAYMENT TO:

<u>**Via US Mail and Courier:**</u>
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

<u>**Via Wire Transfer:**</u>
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

<u>**Via EFT or ACH Trasfer:**</u>
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
Residential Capital, LLC
8400 Normandale Lake Blvd, Suite 350
Bloomington, MN 55437

September 23, 2013
Invoice No.: 1027245

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013

$1,860.05

File Number:      1000304.00312
Re:               6541 S Parnell (Wilmington), 2013-05-EX6100

Your File Number:  2013-05-EX6100

| | **Analysis/Strategy** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/01/13 | Email K. Priore regarding ███████████ ███████████ | DFS | 0.20 | 52.80 |
| 08/06/13 | E-mails re status and strategy. | TJC | 0.20 | 117.00 |
| 08/07/13 | Phone call with city's counsel regarding motion to vacate money judgment. | DFS | 0.30 | 79.20 |
| 08/12/13 | Draft declaratory judgment action. | DFS | 1.00 | 264.00 |
| 08/15/13 | Draft civil cover sheet to initiate declaratory judgment action. | DFS | 0.30 | 79.20 |
| 08/17/13 | Review of status. | TJC | 0.20 | 117.00 |
| 08/20/13 | Conference with Julie Webb re status and strategy. | TJC | 0.30 | 175.50 |
| | | | **2.50** | **$884.70** |

| | **Document/File Management** | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/02/13 | Confirm upcoming deadlines. | TBT | 0.10 | 23.80 |
| 08/15/13 | Retrieve recorded Quit Claim Deed - Deed in Lieu of Foreclosure from the Cook County Recorder of Deeds. | TBT | 0.20 | 47.60 |
| | | | **0.30** | **$71.40** |

GMAC Mortgage, LLC
File No.: 1000304.00312

Invoice Date: September 23, 2013
Invoice No.: 1027245
Page: 2

| | **Other** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 08/04/13 | Update status chart. | | TBT | 0.10 | 23.80 |
| 08/20/13 | Update chart of open GMAC Mortgage matters per Tom Cunningham request. | | JCW | 0.20 | 59.00 |
| 08/20/13 | Review case status and next steps. | | JCW | 0.10 | 29.50 |
| | | | | **0.40** | **$112.30** |

| | **Pleadings** | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 08/02/13 | Review of motion to vacate judgment against Homecomings and e-mail re same. | | TJC | 0.30 | 175.50 |
| 08/16/13 | Revise, finalize and file complaint for declaratory judgment. | | DFS | 1.00 | 264.00 |
| | | | | **1.30** | **$439.50** |

**TOTAL FEES**                                                                    **$1,507.90**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.70 | $409.50 |
| D. F. Standa | Associate | $264.00 | 1.80 | $475.20 |
| | | | **2.50** | **$884.70** |

### Document/File Management

| | | | | |
|---|---|---|---|---|
| T. B. Till | Paralegal | $238.00 | 0.30 | $71.40 |
| | | | **0.30** | **$71.40** |

### Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| T. B. Till | Paralegal | $238.00 | 0.10 | $23.80 |
| | | | **0.40** | **$112.30** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| D. F. Standa | Associate | $264.00 | 1.00 | $264.00 |

GMAC Mortgage, LLC
File No.:  1000304.00312

Invoice Date: September 23, 2013
Invoice No.:  1027245
Page: 3

**Pleadings**

|  |  |
|---|---|
| 1.30 | **$439.50** |

**TIMEKEEPER SUMMARY TOTALS**                                                                 **$1,507.90**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 08/21/13 | E-filing fee for case initiation declaratory judgment, summons, complaint | 352.15 |
|  | TOTAL EXPENSES | $352.15 |

| | |
|---|---|
| TOTAL FEES | $1,507.90 |
| TOTAL EXPENSES | $352.15 |
| TOTAL FEES AND EXPENSES | $1,860.05 |
| **TOTAL BALANCE DUE** | **$1,860.05** |

PLEASE REMIT PAYMENT TO:

<u>Via US Mail and Courier:</u>
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

<u>Via Wire Transfer:</u>
JPMorgan Chase
712 Mlain Street
Houston, Texas 77002
Acct #:  403187896   ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email: hruffolo@lockeord.com

<u>Via EFT or ACH Trasfer:</u>
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

September 23, 2013
Invoice No.: 1027251

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                                    <u>$2,872.97</u>

File Number:        1000304.00314
Re:                 Stennis v. GMAC Mortgage, LLC, 2013-07-EI2735

Your File Number:  2013-07-EI2735

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Analysis and Advice** | | | | |
| 08/09/13 | Draft brief memo to file regarding dismissal. | NO | 0.10 | 28.00 |
| | | | **0.10** | **$28.00** |
| | | | | |
| **Analysis/Strategy** | | ATTY | HOURS | VALUE |
| 08/05/13 | Analyze arbitration procedures; review status of arbitration. | NO | 0.60 | 168.00 |
| 08/08/13 | Preparation for and attend hearing on motion to dismiss in Belleville, IL; brief memo to file regarding dismissal order. | NO | 4.50 | 1,260.00 |
| 08/08/13 | Travel from Belleville, IL to Chicago via St. Louis (NO CHARGE). | NO | 4.50 | 1,260.00 |
| 08/17/13 | Review of status and strategy. | TJC | 0.30 | 175.50 |
| | | | **9.90** | **$2,863.50** |
| | | | | |
| **Other** | | ATTY | HOURS | VALUE |
| 08/05/13 | Teleconference w/ court clerk re: pending motion to dismiss. | JMG | 0.20 | 91.60 |
| | | | **0.20** | **$91.60** |
| | | | | |
| **Pleadings** | | ATTY | HOURS | VALUE |
| 08/10/13 | Review of order of dismissal and e-mails re same. | TJC | 0.10 | 58.50 |

GMAC Mortgage, LLC
File No.: 1000304.00314

Invoice Date: September 23, 2013
Invoice No.: 1027251
Page: 2

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| | | | 0.10 | $58.50 |
| | | | | |
| | **Dispositive Motions** | ATTY | HOURS | VALUE |
| 08/08/13 | Review e-mail from N. O'Connor ███████████ ████████ | JMG | 0.20 | 91.60 |
| | | | 0.20 | $91.60 |
| | | | | |
| | **Other Written Motions/Submissions** | ATTY | HOURS | VALUE |
| 08/05/13 | Review co-defendants pre-arbitration filing and follow-up w/ N. O'Conner re: 8/8 hearing on motion to dismiss. | JMG | 0.30 | 137.40 |
| | | | 0.30 | $137.40 |
| | | | | |
| | **Trial and Hearing Attendance** | ATTY | HOURS | VALUE |
| 08/07/13 | Preparation for hearing on motion to dismiss. | NO | 1.00 | 280.00 |
| 08/07/13 | Travel from Chicago to St. Louis for hearing on motion to dismiss in Belleville, IL (NO CHARGE). | NO | 4.50 | 1,260.00 |
| | | | 5.50 | $1,540.00 |

**Less NO CHARGE entries**                                                                    **($2,520.00)**

**TOTAL ADJUSTED FEES**                                                                    **$2,290.60**


**TIMEKEEPER SUMMARY:**

| | | | | |
|---|---|---|---|---|
| **Analysis and Advice** | | | | |
| N. O'Conner | Associate | $280.00 | 0.10 | $28.00 |
| | | | 0.10 | $28.00 |
| **Analysis/Strategy** | | | | |
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| N. O'Conner | Associate | $280.00 | 9.60 | $2,688.00 |
| | | | 9.90 | $2,863.50 |
| **Other** | | | | |
| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |

GMAC Mortgage, LLC
File No.: 1000304.00314

Invoice Date: September 23, 2013
Invoice No.: 1027251
Page: 3

**Other**

|  |  |  | 0.20 | $91.60 |

**Pleadings**

| T.J. Cunningham | Partner | $585.00 | 0.10 | $58.50 |
|  |  |  | **0.10** | **$58.50** |

**Dispositive Motions**

| J. M. Goodin | Partner | $458.00 | 0.20 | $91.60 |
|  |  |  | **0.20** | **$91.60** |

**Other Written Motions/Submissions**

| J. M. Goodin | Partner | $458.00 | 0.30 | $137.40 |
|  |  |  | **0.30** | **$137.40** |

**Trial and Hearing Attendance**

| N. O'Conner | Associate | $280.00 | 5.50 | $1,540.00 |
|  |  |  | **5.50** | **$1,540.00** |

**TIMEKEEPER SUMMARY TOTALS**                                                      **$4,810.60**

| DATE | EXPENSES | VALUE |
|------|----------|-------|
| 08/13/13 | Expense of trip of - Nick O'Conner - Coach Airfare travel to St. Louis for Stennis Motion to Dismiss St. Clair County | 582.37 |
|  | TOTAL EXPENSES | $582.37 |

TOTAL FEES                                                                  $4,810.60

Less NO CHARGE entries                                                ($2,520.00)

TOTAL ADJUSTED FEES                                                    $2,290.60

TOTAL EXPENSES                                                            $582.37

TOTAL FEES AND EXPENSES                                              $2,872.97

**TOTAL BALANCE DUE**                                                    **$2,872.97**

PLEASE REMIT PAYMENT TO:



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Linda Gregorson
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

September 23, 2013
Invoice No.: 1027247

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013

$1,557.00

File Number:       1000304.00315
Re:                Estate of Nena Scott v. GMAC Mortgage, LLC, 2013-07-EQ1745

Your File Number:  2013-07-EQ1745

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/17/13 | Review of status and strategy. | TJC | 0.30 | 175.50 |
| 08/20/13 | Review of status and strategy and various e-mails re███ | TJC | 0.20 | 117.00 |
| 08/20/13 | Conference with Julie Webb re status and strategy. | TJC | 0.30 | 175.50 |
| 08/22/13 | E-mail re███ | TJC | 0.20 | 117.00 |
| | | | 1.00 | $585.00 |

| | Settlement/Non-binding ADR | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/29/13 | Review of settlement proposal and emails re same. | TJC | 0.30 | 175.50 |
| 08/29/13 | Review e-mail from opposing counsel enclosing proposed settlement agreement. | JCW | 0.30 | 88.50 |
| | | | 0.60 | $264.00 |

| | Other | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/20/13 | Review case status and next steps. | JCW | 0.10 | 29.50 |
| 08/20/13 | Update chart of open GMAC Mortgage matters per Tom Cunningham request. | JCW | 0.20 | 59.00 |

---

Atlanta ♦ Austin ♦ Chicago ♦ Dallas ♦ Houston ♦ London ♦ Los Angeles ♦ New Orleans ♦ New York ♦ Sacramento ♦ San Francisco ♦ Washington DC

GMAC Mortgage, LLC
File No.: 1000304.00315

Invoice Date: September 23, 2013
Invoice No.: 1027247
Page: 2

| | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| **Other** | | | | |
| | | | 0.30 | **$88.50** |
| | | | | |
| **Pleadings** | | ATTY | HOURS | VALUE |
| 08/21/13 | Prepare for 8/22 hearing on State Farm's motion to dismiss. | JCW | 0.30 | 88.50 |
| | | | 0.30 | **$88.50** |
| | | | | |
| **Court Mandated Conferences** | | ATTY | HOURS | VALUE |
| 08/22/13 | Hearing on defendant State Farm's motion to dismiss. | JCW | 1.60 | 472.00 |
| 08/22/13 | E-mail to L. Gregerson ▉▉▉▉▉▉▉▉ | JCW | 0.20 | 59.00 |
| | | | 1.80 | **$531.00** |

**TOTAL FEES**                                                                 **$1,557.00**

## TIMEKEEPER SUMMARY:

### Analysis/Strategy

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 1.00 | $585.00 |
| | | | 1.00 | **$585.00** |

### Settlement/Non-binding ADR

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.30 | $175.50 |
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | 0.60 | **$264.00** |

### Other

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | 0.30 | **$88.50** |

### Pleadings

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.30 | $88.50 |
| | | | 0.30 | **$88.50** |

GMAC Mortgage, LLC
File No.: 1000304.00315

Invoice Date: September 23, 2013
Invoice No.:  1027247
Page: 3

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.80 | $531.00 |
| | | | 1.80 | **$531.00** |

**TIMEKEEPER SUMMARY TOTALS**                                        **$1,557.00**

TOTAL FEES                                                                          $1,557.00

**TOTAL BALANCE DUE**                                                    **$1,557.00**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail and Courier:</u>
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

<u>Via Wire Transfer:</u>
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email: hruffolo@lockeord.com

<u>Via EFT or ACH Trasfer:</u>
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke
# Lord LLP

Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Kathy Priore
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

September 23, 2013
Invoice No.: 1027248

---

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                    $2,955.50

File Number:        1000304.00316
Re:                 4218 W Adams (Rice Montgomery), 2013-07-EZ3783

Your File Number:  2013-07-EZ3783

| | Fact Investigation/Development | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/25/13 | E-mails with GMAC Mortgage regarding ██████ | JCW | 0.20 | 59.00 |
| 07/25/13 | Initial review of Circuit Court Complaint and Administrative Judgment. | JCW | 0.30 | 88.50 |
| 07/29/13 | Analyze Circuit Court Complaint and Administrative Judgment against GMAC Mortgage. | JCW | 0.30 | 88.50 |
| 07/29/13 | Investigate GMAC Mortgage's relationship to subject property. | JCW | 0.50 | 147.50 |
| 07/29/13 | Leave message for opposing counsel regarding request to dismiss GMAC Mortgage as a defendant. | JCW | 0.10 | 29.50 |
| 07/29/13 | Investigate status of Circuit Court proceedings to determine next steps. | JCW | 0.30 | 88.50 |
| 07/29/13 | Prepare Initial Case Assessment. | JCW | 0.50 | 147.50 |
| 08/06/13 | Leave voicemail for counsel for the City regarding GMAC Mortgage's lack of interest in the property. | JCW | 0.10 | 29.50 |
| | | | 2.30 | $678.50 |

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 07/29/13 | Develop strategy for addressing administrative judgment and Circuit Court lawsuit. | JCW | 0.50 | 147.50 |
| 08/13/13 | Review of draft letter to City and emails re same. | TJC | 0.20 | 117.00 |
| 08/15/13 | Review of draft cease and desist letter to City and emails re same. | TJC | 0.30 | 175.50 |

GMAC Mortgage, LLC
File No.:  1000304.00316

Invoice Date: September 23, 2013
Invoice No.:  1027248
Page:  2

| Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/20/13 | Conference with Julie Webb re status and strategy. | TJC | 0.30 | 175.50 |
| 08/26/13 | Review of e-mail ███████████████ | TJC | 0.10 | 58.50 |
| | | | **1.40** | **$674.00** |

| Other | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/13/13 | Prepare letter responding to collection notice received from the City of Chicago. | JCW | 0.80 | 236.00 |
| 08/15/13 | Revise letter to City regarding collection notice. | JCW | 0.40 | 118.00 |
| 08/20/13 | Update chart of open GMAC Mortgage matters per Tom Cunningham request. | JCW | 0.20 | 59.00 |
| 08/20/13 | Review case status and next steps. | JCW | 0.10 | 29.50 |
| | | | **1.50** | **$442.50** |

| Pleadings | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/13/13 | Review collection notice received from the City of Chicago. | JCW | 0.20 | 59.00 |
| 08/28/13 | Prepare draft Notice of Bankruptcy. | JCW | 0.40 | 118.00 |
| | | | **0.60** | **$177.00** |

| Court Mandated Conferences | | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/26/13 | Prepare for hearing on City's request for an order of demolition. | JCW | 0.30 | 88.50 |
| 08/26/13 | Hearing on City's request for order of demolition. | JCW | 2.80 | 826.00 |
| 08/26/13 | E-mail to GMAC mortgage ███████████ ████ | JCW | 0.20 | 59.00 |
| | | | **3.30** | **$973.50** |

## TOTAL FEES                                                                $2,945.50

### TIMEKEEPER SUMMARY:

**Fact Investigation/Development**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 2.30 | $678.50 |
| | | | **2.30** | **$678.50** |

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.90 | $526.50 |

GMAC Mortgage, LLC
File No.:  1000304.00316

Invoice Date: September 23, 2013
Invoice No.:  1027248
Page:  3

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.50 | $147.50 |
| | | | **1.40** | **$674.00** |

**Other**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 1.50 | $442.50 |
| | | | **1.50** | **$442.50** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 0.60 | $177.00 |
| | | | **0.60** | **$177.00** |

**Court Mandated Conferences**

| | | | | |
|---|---|---|---|---|
| J.C. Webb | Associate | $295.00 | 3.30 | $973.50 |
| | | | **3.30** | **$973.50** |

**TIMEKEEPER SUMMARY TOTALS**                                              **$2,945.50**

| DATE | EXPENSES | VALUE |
|---|---|---|
| 08/29/13 | AM Legal Services Inc - Obtain Copy of file City of Chicago vs 4218 W Adams | 10.00 |
| | TOTAL EXPENSES | $10.00 |

TOTAL FEES                                                                              $2,945.50

TOTAL EXPENSES                                                                    $10.00

TOTAL FEES AND EXPENSES                                                  $2,955.50

**TOTAL BALANCE DUE**                                                          **$2,955.50**

PLEASE REMIT PAYMENT TO:

<u>Via US Mail and Courier:</u>
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

<u>Via Wire Transfer:</u>
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo 1.312.528.9511
Email:  hruffolo@lockeord.com

<u>Via EFT or ACH Trasfer:</u>
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614



# Locke
# Lord LLP
### Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

September 25, 2013
Invoice No.: 1027620

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013                    $2,087.00

File Number:        1000304.00317
Re:                 Perez, Paul Anthony v. GMAC Mortgage,  2013-08-EK2230

Your File Number:  2013-08-EK2230

| | Analysis/Strategy | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/08/13 | E-mails from/to D. Booth and follow-up w/ litigation team re:█████ | JMG | 0.50 | 229.00 |
| 08/09/13 | Evaluation of ResCap issues, including review of bankruptcy orders and relates materials in light of allegations in petition. | AEA | 1.00 | 532.00 |
| 08/14/13 | Further review of pleadings from litigation, in connection with evaluation of ResCAp issues, timing of filing notice of bankruptcy, possible impact on motion to dismiss and invitation to amended pleading, among other things. | AEA | 0.90 | 478.80 |
| 08/14/13 | Follow-up communication with client regarding████████████████ | AEA | 0.10 | 53.20 |
| 08/14/13 | Analyze Plaintiffs' claims and parties in connection with notice of bankruptcy. | ARW | 0.70 | 187.60 |
| 08/14/13 | Emails re █████████ | TJC | 0.20 | 117.00 |
| 08/27/13 | Further evaluation of status of service, following conversation with plaintiff's counsel.███████████████ | AEA | 0.20 | 106.40 |
| 08/29/13 | ████████████████████████(.40); e-mail communication to plaintiff's counsel in connection with same. (.10) | AEA | 0.50 | 266.00 |
| | | | 4.10 | $1,970.00 |

GMAC Mortgage, LLC
File No.: 1000304.00317

Invoice Date: September 25, 2013
Invoice No.: 1027620
Page: 2

| | Pleadings | ATTY | HOURS | VALUE |
|---|---|---|---|---|
| 08/08/13 | E-mails re filing notice of bankruptcy. | TJC | 0.20 | 117.00 |
| | | | **0.20** | **$117.00** |

**TOTAL FEES**                                                              **$2,087.00**

### TIMEKEEPER SUMMARY:

**Analysis/Strategy**

| | | | | |
|---|---|---|---|---|
| A. E. Anthony | Partner | $532.00 | 2.70 | $1,436.40 |
| J. M. Goodin | Partner | $458.00 | 0.50 | $229.00 |
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| A. R. Watt | Associate | $268.00 | 0.70 | $187.60 |
| | | | **4.10** | **$1,970.00** |

**Pleadings**

| | | | | |
|---|---|---|---|---|
| T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | **0.20** | **$117.00** |

**TIMEKEEPER SUMMARY TOTALS**                            **$2,087.00**

TOTAL FEES                                                         $2,087.00

**TOTAL BALANCE DUE**                                          **$2,087.00**

PLEASE REMIT PAYMENT TO:

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.



# Locke Lord LLP

**Attorneys & Counselors**

111 South Wacker Drive
Chicago, IL 60606
Telephone:  312-443-0700
Fax:  312-443-0336
www.lockelord.com
Tax ID: 74-1164324

Donald Booth
GMAC Mortgage, LLC
8400 Normandale Boulevard
Bloomington, MN 77437

September 23, 2013
Invoice No.: 1027250

Total amount due for the legal fees and expenses rendered in connection with
the referenced matter through August 31, 2013

$117.00

| File Number: | 1000304.00318 |
| Re: | Balusek v. GMAC Mortgage, LLC, 2013-08-ES8630 |

Your File Number: 2013-08-ES8630

| | Analysis/Strategy | | ATTY | HOURS | VALUE |
|---|---|---|---|---|---|
| 08/19/13 | E-mails re | | TJC | 0.20 | 117.00 |
| | | | | 0.20 | **$117.00** |

**TOTAL FEES** $117.00

## TIMEKEEPER SUMMARY:

| | Analysis/Strategy | | | | |
|---|---|---|---|---|---|
| | T.J. Cunningham | Partner | $585.00 | 0.20 | $117.00 |
| | | | | 0.20 | **$117.00** |

**TIMEKEEPER SUMMARY TOTALS** **$117.00**

TOTAL FEES $117.00

**TOTAL BALANCE DUE** **$117.00**

PLEASE REMIT PAYMENT TO:

Atlanta ✦ Austin ✦ Chicago ✦ Dallas ✦ Houston ✦ London ✦ Los Angeles ✦ New Orleans ✦ New York ✦ Sacramento ✦ San Francisco ✦ Washington DC

GMAC Mortgage, LLC
File No.:  1000304.00318

Invoice Date: September 23, 2013
Invoice No.:  1027250
Page:  2

**Via US Mail and Courier:**
Locke Lord LLP
111 South Wacker Drive
Chicago, IL  60606-4410

**Via Wire Transfer:**
JPMorgan Chase
712 Miain Street
Houston, Texas 77002
Acct Name:  Locke Lord  LLP IOLTA IL
Acct #:  403187896    ABA # 021000021
International Wires Only:  Swift Code - CHASUS33
Locke Lord Contact:
Helen Ruffolo  1.312.528.9511
Email:  hruffolo@lockeord.com

**Via EFT or ACH Trasfer:**
JP Morgan Chase
712 Main Street
Houston, Texas 77002
Acct Name:  Locke Lord LLP
Acct #:  403187896
ABA #:111000614

This statement is due upon receipt.  Please call T.J. Cunningham of this firm if you have questions concerning legal services covered by this statement, or if you dispute the amount of the statement.  Our Accounting Department, (312) 443-0700, can answer questions concerning payments on your account.