**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| RESIDENTIAL CAPITAL, LLC; et al., | |
| Plaintiffs, | |
| v. | Adv. Case No. 13-01343 (MG) |
| UMB BANK, N.A., IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.625% JUNIOR SECURED GUARANTEED NOTES, et al., | |
| Defendants. | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the estate of the Debtors, | |
| Plaintiffs, | Adv. Case No. 13-01277 (MG) |
| v. | |
| UMB BANK, N.A., AS SUCCESSOR INDENTURE TRUSTEE UNDER THAT CERTAIN INDENTURE, dated as of June 6, 2008, et al., | |
| Defendants. | |

1

ny-1117908

**PLAINTIFFS AND PLAN PROPONENTS' ORDER OF WITNESSES**

In accordance with the Stipulated Scheduling Order [Dkt. No. 5638], the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee" and, together with the Debtors, the "Plan Proponents"), on behalf of the Debtors' estates, submit the following order of witnesses who will testify in connection with Plan Confirmation and Phase II.

1. Joseph Morrow
2. Jeffrey A. Lipps
3. Thomas Marano
4. Michael Carpenter
5. John Dubel
6. Lewis Kruger
7. Frank Sillman
8. Fernando Acebedo
9. Robert H. Major
10. Brendan Meyer
11. Thomas Mussara
12. Mamta K. Scott
13. Mary Sohlberg
14. Allen M. Pfeiffer
15. Jose Fraga
16. Ralph R. Mabey
17. Nancy Mueller-Handal
18. Lucy Allen
19. Susheel Kirpalani

20. Ronald Friedman

21. William Thompson

22. Martin Blumentritt

23. Mark A. Renzi

24. Barbara Westman

25. Tammy Hamzehpour

26. James Young

27. Gina Gutzeit

If the Defendants in these Consolidated Proceedings do not indicate an intention to cross-examine the witness on or before Monday, November 18, 2013 at 12:00 pm, and no other interested party has filed a notice of intention to cross-examine the witness on or before Friday, November 15, 2013 at 12:00 pm, the Plaintiffs and Plan Proponents reserve the right to have that witness testify out of the above order.

Dated: November 15, 2013

| | |
|---|---|
| **MORRISON & FOERSTER LLP** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| /s/ *Gary S. Lee* | /s/ *Kenneth H. Eckstein* |
| Gary S. Lee | Kenneth H. Eckstein |
| Charles L. Kerr | Gregory A. Horowitz |
| Darryl P. Rains | Douglas H. Mannal |
| J. Alexander Lawrence | 1177 Avenue of the Americas |
| 1290 Avenue of the Americas | New York, New York 10036 |
| New York, New York 10104 | Telephone:  (212) 715-9100 |
| Telephone:  (212) 468-8000 | Facsimile:  (212) 715-8000 |
| Facsimile:  (212) 468-7900 | |
| -and- | -and- |
| **CURTIS, MALLET-PREVOST, COLT & MOSLE LLP** | **PACHULSKI STANG ZIEHL & JONES LLP** |
| /s/ *Steven J. Reisman* | /s/ *Robert J. Feinstein* |
| Steven J. Reisman | Robert J. Feinstein |
| Theresa A. Foudy | John A. Morris |
| Michael Moscato | 780 Third Avenue, 36th Floor |
| 101 Park Avenue | New York, New York 10017 |
| New York, New York 10178 | Telephone:  (212) 561-7700 |
| Telephone:  (212) 696-8860 | Facsimile:  (212) 561-7777 |
| Facsimile:  (212) 697-1559 | |
| *Counsel to the Debtors and Debtors in Possession* | *Counsel to the Official Committee of Unsecured Creditors* |