# EXHIBIT B

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY CARPENTER LIPPS & LELAND LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013

### Compensation by Matter

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| 932-050 | Restructuring | 1.20 | $360.00 |
| 932-053 | Administrative | 18.10 | $4,402.00 |
| 932-054 | SEC Post-Petition | 49.40 | $11,713.00 |
| 932-057 | RMBS Trust Settlement | 121.90 | $31,356.00 |
| 932-058 | Securities Claims | 65.40 | $18,994.00 |
| 932-059 | Monoline Claims | 810.80 | $216,419.50 |
| 932-060 | ResCap Discovery Issues | 2,190.30 | $436,954.50 |
| 932-064 | Examiner | 328.90 | $90,768.50 |
| 621-1120 | Lois M. Blank | 36.40 | $9,384.00 |
| 096-1029 | Lamar Bridges | .20 | $60.00 |
| 096-1172 | William J. Barrett | 2.20 | $460.00 |
| 096-1239 | William E. Hittle | 2.40 | $580.00 |
| 096-1240 | DeAndre Cook | 19.70 | $3,812.00 |
| 096-1241 | Bobby J. McDowell | 21.30 | $5,648.00 |
| 096-1242 | Blase J. Mahon | 7.00 | $1,564.00 |
| **Total Fees Incurred** | | **3,675.20** | **$832,475.50** |