# EXHIBIT C

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY CARPENTER LIPPS & LELAND LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey A. Lipps *(1981)* | Litigation-Ohio | $400.00 | 239.10 | $95,640.00 |
| David A. Wallace *(1985)* | Litigation-Ohio, Maryland | $300.00 | 32.20 | $9,660.00 |
| Jennifer A.L. Battle *(1999)* | Litigation-Ohio, New York, Pennsylvania | $300.00 | 146.30 | $43,890.00 |
| Angela M. Paul *(1997)* | Litigation-Ohio, Florida | $275.00 | 391.10 | $107,552.50 |
| Joel E. Sechler *(2003)* | Litigation-Ohio | $220.00 | 33.40 | $7,348.00 |
| **Associates and Of Counsel** | | | | |
| Michael N. Beekhuizen *(1995)* | Litigation-Ohio | $280.00 | 93.60 | $26,208.00 |
| David A. Beck *(2000)* | Litigation-Ohio | $280.00 | 544.70 | $152,516.00 |
| Kelly M. Burke *(1992)* | Litigation-Illinois | $250.00 | 77.90 | $19,475.00 |
| Heather L Buchanan *(2000)* | Litigation-Ohio, Pennsylvania | $240.00 | 213.30 | $51,192.00 |
| Segev Phillips *(2008)* | Litigation-Massachusetts, Ohio | $220.00 | 62.50 | $13,750.00 |
| Steven C. Moeller *(2006)* | Litigation-Illinois, New York (pending) | $220.00 | 117.40 | $26,415.00 |
| David J. Barthel *(2005)* | Litigation-Ohio | $210.00 | 71.50 | $15,015.00 |
| Colleen A. Check *(2009)* | Litigation-Illinois | $200.00 | 231.70 | $46,340.00 |
| Karen M. Cadieux *(2005)* | Litigation-Ohio | $200.00 | 6.60 | $1,320.00 |
| Rebecca L. Hussey *(2005)* | Litigation-Ohio | $200.00 | 8.50 | $1,700.00 |
| Katie P. Weitzman *(2013)* | Litigation-New York | $180.00 | 51.40 | $9,252.00 |
| Jeffrey R. Corcoran *(2011)* | Litigation-Ohio | $180.00 | 94.10 | $16,938.00 |
| Gretchen N. Marty *(2010)* | Litigation-Ohio | $175.00 | 676.80 | $118,440.00 |
| Mallory M. Mohler *(2012)* | Litigation-Ohio | $160.00 | 51.40 | $8,224.00 |

| Jacob D. Rhode *(2012)* | Litigation-Ohio | $160.00 | 135.20 | $21,632.00 |
|---|---|---|---|---|
| Amberle Houghton *(2013)* | Litigation-Ohio | $160.00 | 5.30 | $848.00 |
| **Professionals Totals** | | **Blended Rate** | | |
| | | **$241.58** | **3,284.00** | **$793,355.50** |
| **Paraprofessionals** | | | | |
| Veronica L. Sholl | Litigation | $100.00 | 384.50 | $38,450.00 |
| Robert B. Samson | Litigation | $100.00 | 6.70 | $670.00 |
| **Paraprofessionals Totals** | | **Blended Rate** | | |
| | | **$100.00** | **391.20** | **$39,120.00** |
| **Total Fees Incurred** | | **Blended Rate** | | |
| | | **$226.51** | **3,675.20** | **$832,475.50** |