**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) <br> Honorable Martin Glenn |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Katherine H. Wheatley, a member in good standing of the bar of the District of Columbia, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent the Board of Governors of the Federal Reserve System (the "**Board of Governors**") in the above-referenced bankruptcy cases.

The Board of Governors is an agency of the U.S. Government. I therefore request the waiver of any fees associated with this motion for *pro hac vice* admission.

Dated:   November 18, 2013
             Washington, D.C.

Respectfully submitted,

*/s/* Katherine H. Wheatley
BOARD OF GOVERNORS OF THE
FEDERAL RESERVE SYSTEM
20th and C Streets, N.W.
Washington, D.C. 20551
Telephone: 202-452-3779
Facsimile: 202-736-5615
E-mail: kit.wheatley@frb.gov

*Attorney for Board of Governors*