**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Undersigned counsel hereby consent to the substitution of Katherine H. Wheatley for Jennifer L. Sutton as attorney of record for the Board of Governors of the Federal Reserve System (the "Board") in the above-captioned matter. Ms. Sutton is withdrawing as attorney of record for the Board. All pleadings, motions and correspondence in the above-captioned matter should be sent to Ms. Wheatley as attorney of record for the Board.

|  | Respectfully Submitted, |
|---|---|
| Dated: November 18, 2013 | Dated: November 18, 2013 |
| *s/ Katherine H. Wheatley* | *s/ Jennifer L. Sutton* |
| Katherine H. Wheatley | Jennifer L. Sutton |
|  | Special Bar No. A5501887 |
| Board of Governors | Board of Governors |
| of the Federal Reserve System | of the Federal Reserve System |
| 20th and C Streets, NW | 20th and C Streets, NW |
| Washington, DC 20551 | Washington, DC 20551 |
| Telephone: (202) 452-3000 | Telephone: (202) 452-3000 |
| Facsimile: (202) 736-5615 | Facsimile: (202) 736-5615 |
| E-mail: kit.wheatley@frb.gov | E-mail: jennifer.l.sutton@frb.gov |

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 18, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record by CM/ECF.

                       *s/ Jennifer L. Sutton*
                       Jennifer L. Sutton
                       Senior Counsel

                       Board of Governors
                       of the Federal Reserve System
                       20th and C Streets, NW
                       Washington, DC 20551
                       Telephone: (202) 452-3564
                       Facsimile: (202) 736-5615
                       Email: jennifer.l.sutton@frb.gov