**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

## <u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that on November 18, 2013, I electronically filed the Notice of Substitution of Counsel, Docket No. 5806, with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record by CM/ECF.

                                    <u>*s/ Jennifer L. Sutton*</u>
                                    Jennifer L. Sutton
                                    Senior Counsel

                                    Board of Governors
                                    of the Federal Reserve System
                                    20th and C Streets, NW
                                    Washington, DC 20551
                                    Telephone: (202) 452-3564
                                    Facsimile: (202) 736-5615
                                    Email: [jennifer.l.sutton@frb.gov](mailto:jennifer.l.sutton@frb.gov)