# EXHIBIT B

|  | Hearing Date: | December 17, 2013 at 10:00 a.m. (ET) |
|---|---|---|
|  | Objection Deadline: | December 9, 2013 at 4:00 p.m. (ET) |

SILVERMANACAMPORA LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Robert D. Nosek
Justin S. Krell

*Special Counsel for the*
*Official Committee of Unsecured Creditors*
*of Residential Capital, LLC, et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                                    Chapter 11
                                                                                 Case No. 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC a/k/a
RESIDENTIAL CAPITAL CORPORATION, et al.          (Jointly Administered)

                                  Debtors.
----------------------------------------------------------------x

**THIRD INTERIM APPLICATION OF SILVERMANACAMPORA LLP, SPECIAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM MAY 1, 2013 THROUGH AUGUST 31, 2013**

**CATEGORY CHART**

|  | **CATEGORY** | **TOTAL HOURS** | **AMOUNT CHARGED** | **BLENDED RATE** |
|---|---|---|---|---|
| 1 | Case Administration | 449.10 | $95,359.50 | $212.33 |
| 2 | Claims Administration | 928.68 | $257,783.00 | $277.58 |
| 3 | Fee Application | 25.50 | $4,910.50 | $192.57 |
| 4 | Fee Objection | 2.90 | $170.00 | $58.62 |
| 5 | General | 8.90 | $4,895.00 | $550.00 |
| 6 | Litigation | 97.50 | $32,702.00 | $335.41 |
| 7 | Plan / Disclosure Statement | 67.20 | $27,914.00 | $415.39 |
| 8 | Settle Actions | 1.75 | $962.50 | $550.00 |
|  | **Totals:** | **1581.53** | **$424,696.50** |  |

| CATEGORY | TOTAL HOURS | AMOUNT CHARGED | BLENDED RATE |
|---|---|---|---|
| **Voluntary Reduction:**[1] | **6.38** | **$1,763.00** | |
| **Total Amount Requested:** | **1575.15** | **$422,933.50** | |
| **Blended Hourly Rate:** | | | **$268.50** |

---

[1] After further review of Applicant's time records, and to ensure compliance with the UST Guidelines, Applicant agrees to voluntarily reduce its fees and expenses as described on **Exhibit D** annexed to the Application.