# EXHIBIT D

## EXHIBIT D – VOLUNTARY REDUCTIONS

### TRANSITORY TIMEKEEPER FEE REDUCTIONS

| | MONTH | DESCRIPTION OF REDUCTION | HOURS REDUCED | AMOUNT REDUCED |
|---|---|---|---|---|
| 1 | May | Reduction of transitory timekeeper entries of Robert J. Ansell. | 0.30 | $148.50 |
| 2 | May | Reduction of transitory timekeeper entries of Kenneth P. Silverman. | 0.30 | $195.00 |
| 3 | June | Reduction of transitory timekeeper entries of Kenneth P. Silverman. | 0.40 | $260.00 |
| 4 | July/Aug | Reduction of transitory timekeeper entries of Andres Nunez. | 0.20 | $39.00 |
| | **Total:** | | **1.20** | **$642.50** |

### FEE APPLICATION COMPLIANCE FEE REDUCTIONS

| | MONTH | DESCRIPTION OF REDUCTION | HOURS REDUCED | AMOUNT REDUCED |
|---|---|---|---|---|
| 1 | May | Reductions of entries of Lynne M. Manzolillo relating to the revision of time entries for compliance with U.S. Trustee Guidelines. | 1.80 | $351.00 |
| 2 | June | Reductions of entries of Lynne M. Manzolillo relating to the revision of time entries for compliance with U.S. Trustee Guidelines. | 2.20 | $429.00 |
| 3 | July/Aug | Reductions of entries of Lynne M. Manzolillo relating to the revision of time entries for compliance with U.S. Trustee Guidelines. | 0.70 | $136.50 |
| | **Total:** | | **4.70** | **$916.50** |

### OTHER FEE REDUCTIONS

| | MONTH | DESCRIPTION OF REDUCTION | HOURS REDUCED | AMOUNT REDUCED |
|---|---|---|---|---|
| 1 | May | Reduction of 5/15/13 entry of Robert D. Nosek to correct a typographical error in Applicant's time entry. | 0.08 | $34.00 |
| 2 | July/Aug | Reduction of 8/28/13 entry of Robert D. Nosek relating to Applicant's response to the U.S. Trustee's objection to Applicant's Fee Application. | 0.40 | $170.00 |
| | **Total:** | | **0.48** | **$204.00** |

**EXPENSE REDUCTIONS**

|  | MONTH | DESCRIPTION OF REDUCTION | ORIGINAL CHARGE | AMOUNT REDUCED |
|---|---|---|---|---|
| 1 | May | Reduction of Applicant's charges for photocopies to comply with the U.S. Trustee guideline's maximum of 10 cents ($0.10) per page. | $140.80 | $70.40 |
| 2 | June | Reduction of Applicant's charges for photocopies to comply with the U.S. Trustee guideline's maximum of 10 cents ($0.10) per page. | $162.80 | $81.40 |
| 3 | July/Aug | Reduction of Applicant's charges for photocopies to comply with the U.S. Trustee guideline's maximum of 10 cents ($0.10) per page. | $619.60 | $309.80 |
|  |  | **Total Expense Reduction:** |  | **$461.60** |
|  |  | **Total Fee Reduction:** |  | **$1,763.00** |
|  |  | **Total Voluntary Reduction:** |  | **$2,224.60** |

BPOWERS/1424044.1/062429