MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
Whittier, California 90601
Phone (562) 907-6800
Facsimile (562)907-6820
Email: Romero@mromerolawfirm.com

Attorneys for SECURED CREDITOR
COUNTY OF SAN BERNARDINO, CALIFORNIA
A CALIFORNIA TAXING AUTHORITY

**IN THE UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Case No. 12-12020 MG |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtor(s). | **NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF COUNTY OF SAN BERNARDINO TO CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC, ET AL. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| | Date: November 19, 2013<br>Time: 10:00 a.m.<br>Ctr. 501<br>US Bankruptcy Court,<br>Southern District of NY,<br>One Bowling Green, New York, New York 10004 |

TO THE HONORABLE MARTIN GLENN, UNITED STATES BANKRUPTCY JUDGE, AND TO ALL PARTIES OF INTEREST:

The County of San Bernardino, California (A California Taxing Authority) hereby withdraws its Limited Objection of County of San Bernardino to Chapter 11 Plan Proposed by Residential Capital, LLC,

//

//

1

1 | et al. and the Official Committee of Unsecured Creditors, entered
2 | on October 21, 2013 as Docket No. 5408.

Dated: November 15, 2013        ROMERO LAW FIRM

By   /s/ MARTHA E. ROMERO
MARTHA E. ROMERO
Attorney for Secured Creditor
County of San Bernardino, CA
A California Taxing Authority

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28