Katharine I. Crost (New York Bar No. 1391523)
Lorraine S. McGowen (New York Bar No. 2137727)
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:  (212) 506-5000
Facsimile:  (212) 506-5151

*Special Securitization Transactional*
*and Litigation Counsel to the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUMMARY OF FOURTH INTERIM APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL FOR THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD <u>MAY 1, 2013 THROUGH AUGUST 31, 2013</u>**

This is a(n):   ___ monthly   _X_ interim   ___ final application.

| | |
|---|---|
| Name of Applicant: | Orrick, Herrington & Sutcliffe LLP ("**Applicant**") |
| Authorized to Provide Professional Services to: | Residential Capital, LLC, *et al*. (collectively, the "**Debtors**") |
| Date of Retention: | Order entered on July 27, 2012 retaining Applicant *nunc pro tunc* to May 14, 2012 |
| Period for which Compensation and Reimbursement is sought: | May 1, 2013 through August 31, 2013 (the "**Application Period**") |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $145,104.28 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $668.50 |
| Total Fees & Expenses: | $145,772.78 |
| Prior Interim Applications: | First Quarterly for the Time Period of May 14 - August 31, 2012 in the amount of fees of $733,357.07 and expenses of $678.12 |
| | Second Quarterly for the Time Period of September 1 – December 31, 2012 in the amount of fees of $674,764.98 and expenses of $611.43 |
| | Third Quarterly for the Time Period of January 1, 2013 – April 30, 2013 in the amount of fees of $241,619.73 and expenses of $558.40 |

## SUMMARY OF MONTHLY FEE STATEMENTS FOR THE APPLICATION PERIOD

| Date Filed | Compensation Period | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid | 20% Holdback |
|---|---|---|---|---|---|---|
| 6/26/13 | 5/1/13-5/31/13 | $16,196.40 | $46.40 | $12,947.83 | $46.40 | $3,239.28 |
| 8/12/13 | 6/1/13-6/30/13 | $35,659.43 | $0.00 | $0.00 | $0.00 | $7,131.89 |
| 9/18/13 | 7/1/13-7/31/13 | $73,629.47 | $535.00 | $0.00 | $0.00 | $14,725.89 |
| 10/22/13 | 8/1/13-8/31/13 | 19,618.98 | $87.10 | $0.00 | $0.00 | $3,923.80 |
| **TOTAL** | **5/1/13-8/31/13** | **$145,104.28** | **$668.50** | **$12,947.83** | **$46.40** | **$29,020.86** |

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL FOR THE APPLICATION PERIOD

| Name of Professional | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners/Of Counsel** | | | | |
| Martin B. Howard | Structured Finance 1986 | $731.50 | 39.30 | $28,747.95 |
| Stephen J. Jackson | Tax 1996 | $736.25 | 22.20 | $16,344.80 |
| Thomas C. Mitchell | Restructuring 1985 | $790.00 | 1.80 | $1,422.00 |
| John Narducci | Tax 1988 | $850.25 | 0.60 | $510.15 |

2

| Name of Professional | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kenneth Whyburn | Tax<br>1980 | $755.25 | 0.80 | $604.20 |
| **Associates** | | | | |
| Duane K. Beasley | Structured Finance<br>2000 | $612.75 | 17.20 | $10,539.35 |
| Dennis M. Bent | Structured Finance<br>2005 | $451.25 | 36.70 | $16,560.96 |
| Debra L. Felder | Restructuring<br>2002 | $617.50 | 34.60 | $21,365.50 |
| David Ridenour | Structured Finance<br>2005 | $515.00 | 42.80 | $22,042.00 |
| Boris Volodarsky | Structured Finance<br>2009 | $427.50 | 52.80 | $22,572.00 |
| **Paralegals/Paraprofessionals** | | | | |
| Debra O. Fullem | Bankruptcy Research Specialist | $256.50 | 1.90 | $487.35 |
| Michelle Rodriguez | Senior Paralegal | $199.75 | 14.00 | $2,796.52 |
| Gerald L. Willey | Senior Paralegal | $285.00 | 3.90 | $1,111.50 |
| **Total Professional Hours and Fees** | | | **268.60** | **$145,104.28** |
| **Total Hourly Blended Rate (excluding paralegals/paraprofessionals)** | | | | **$565.55**<br><br>($140,708.91/ 248.80 hrs = $565.55) |

3

## SUMMARY OF EXPENSES INCURRED DURING THE APPLICATION PERIOD

| Expense Category | Amount |
|---|---|
| Consultant - Regulatory Advice | $535.00 |
| Pacer | $133.50 |
| **Total** | **$668.50** |

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY DURING THE APPLICATION PERIOD

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| 141 | PSA Amendments | 41.20 | $29,211.88 |
| 142 | General Bankruptcy Administration | 1.10 | $679.25 |
| 143 | Retention | 4.10 | $1,771.75 |
| 144 | Compensation | 28.20 | $16,190.85 |
| 146 | Securitization Questions | 38.80 | $18,206.84 |
| 148 | Resolution of Pre-Bankruptcy Transactions | 155.20 | $79,043.71 |
| **Total Hours & Fees Incurred** | | **268.60** | **$145,104.28** |

4