# EXHIBIT B

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL FOR THE DEBTORS FOR THE PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013**

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| 141 | PSA Amendments | 41.20 | $29,211.88 |
| 142 | General Bankruptcy Administration | 1.10 | $679.25 |
| 143 | Retention | 4.10 | $1,771.75 |
| 144 | Compensation | 28.20 | $16,190.85 |
| 146 | Securitization Questions | 38.80 | $18,206.84 |
| 148 | Resolution of Pre-Bankruptcy Transactions | 155.20 | $79,043.71 |
| **Total Hours & Fees Incurred** | | **268.60** | **$145,104.28** |