# EXHIBIT C

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL FOR THE DEBTORS FOR THE PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013**

| Name of Professional | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners/Of Counsel** | | | | |
| Martin B. Howard | Structured Finance<br>1986 | $731.50 | 39.30 | $28,747.95 |
| Stephen J. Jackson | Tax<br>1996 | $736.25 | 22.20 | $16,344.80 |
| Thomas C. Mitchell | Restructuring<br>1985 | $790.00 | 1.180 | $1,422.00 |
| John Narducci | Tax<br>1988 | $850.25 | .60 | $510.15 |
| Kenneth Whyburn | Tax<br>1980 | $755.24 | 0.80 | $604.20 |
| **Associates** | | | | |
| Duane K. Beasley | Structured Finance<br>2000 | $612.75 | 17.20 | $10,539.35 |
| Dennis M. Bent | Structured Finance<br>2005 | $451.25 | 36.70 | $16,560.96 |
| Debra L. Felder | Restructuring<br>2002 | $617.50 | 34.60 | $21,365.50 |
| David Ridenour | Structured Finance<br>2005 | $515.00 | 42.80 | $22,042.00 |
| Boris Volodarsky | Structured Finance<br>2009 | $427.50 | 52.80 | $22,572.00 |

| Name of Professional | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Paralegals/Paraprofessionals** | | | | |
| Debra O. Fullem | Bankruptcy Research Specialist | $256.50 | 1.90 | $487.35 |
| Michelle Rodriguez | Senior Paralegal | $199.75 | 14.00 | $2,796.52 |
| Gerald L. Willey | Senior Paralegal | $285.00 | 3.90 | $1,111.50 |
| **Total Professional Hours and Fees** | | | **268.60** | **$145,104.28** |
| **Total Hourly Blended Rate (excluding paralegals/paraprofessionals)** | | | | **$565.55**<br><br>($140,708.91/ 248.80 hrs = $565.55) |