# EXHIBIT D

### SUMMARY OF EXPENSES INCURRED BY
### ORRICK, HERRINGTON & SUTCLIFFE LLP AS SPECIAL
### SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL FOR THE
### DEBTORS FOR THE PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013

| Expense Category | Amount |
|---|---:|
| Consultant - Regulatory Advice | $535.00 |
| Pacer | $133.50 |
| **Total** | **$668.50** |