# EXHIBIT E-1

# ORRICK'S TWELFTH MONTHLY FEE STATEMENT

# FOR THE TIME PERIOD

# MAY 1, 2013 – MAY 31, 2013



ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52ND STREET
NEW YORK, NEW YORK 10019-6142

tel +1-212-506-5000
fax +1-212-506-5151
WWW.ORRICK.COM

Katharine I. Crost
(212) 506-5070
kcrost@orrick.com

June 26, 2013

**VIA ELECTRONIC MAIL AND OVERNIGHT MAIL**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

    Re:   In re Residential Capital, LLC, et al., Case No. 12-12020:
            Monthly Fee Statement of Orrick, Herrington & Sutcliffe LLP
            for the time period May 1, 2013 through May 31, 2013

Dear Counsel:

Pursuant to the Bankruptcy Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find the monthly fee statement of Orrick, Herrington & Sutcliffe LLP ("Orrick") as Special Securitization Transactional and Litigation Counsel to Residential Capital, *et al.* (collectively, the "Debtors" or the "Company") for the time period May 1, 2013 through May 31, 2013 (the


**ORRICK**

June 26, 2013
Page 2

"Invoice Period"), which was served on the parties listed in paragraph 2(a) of the Order on June 26, 2013 (the "Monthly Fee Statement).[1]

In the absence of a timely objection, the Debtors shall pay $13,003.52, consisting of the sum of (a) $12,957.12, an amount equal to 80% of the fees ($12,957.12 = $16,196.40 x 0.80) and (b) 100% of the expenses ($46.40) being requested in the Monthly Fee Statement.

Objections to the Monthly Fee Statement are due by July 16, 2013 (*i.e.*, 20 days after the date of service of this Monthly Fee Statement).

Pursuant to the Order, Orrick hereby sets forth a description of services rendered to the Debtors, including total hours worked and rates applied,[2] and all reasonable out-of-pocket costs and expenses. The following is intended to serve as a summary description of the primary services rendered by Orrick during the Invoice Period. This summary is derived from the time records of the attorneys and paraprofessionals who worked on this matter (attached hereto as **Exhibit A**), which time records were maintained regularly and entered contemporaneously with the rendition of the services by each Orrick attorney and paraprofessional in the ordinary course of practice. Orrick has incurred actual out-of-pocket costs and expenses in connection with providing services to the Debtors. Orrick, in the ordinary course of its legal practice, uses the most economical and efficient method, or, where appropriate, outside vendors, when incurring expenses. Reimbursement of expenses incurred by Orrick to outside vendors is limited to the actual amounts billed to, or paid by, Orrick.

---

[1] Orrick was retained as Special Securitization Transactional and Litigation Counsel pursuant to the *Order Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Employment and Retention of Orrick Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel to the Debtors, Nunc Pro Tunc to May 14, 2012*, entered by the Bankruptcy Court on July 27, 2012 (Dkt. No. 930).

[2] Orrick began representing the Company more than twenty years ago. In connection with its longstanding representation, Orrick has historically billed the Company at a discounted hourly rate for legal services rendered. Orrick has agreed to continue to bill the Company at its discounted hourly rates (subject to annual rate increases) during these Chapter 11 cases. Accordingly, the fees included in this Monthly Fee Statement reflect Orrick's discounted hourly rates. The "Timekeeper Summary" in Orrick's invoice shows Orrick's "Base Rate," which is the hourly rate normally charged to Orrick clients, and the "Billed Rate," which reflects the discounted hourly rates Orrick is providing to the Debtors.


ORRICK

June 26, 2013
Page 3

PSA Amendments (Matter 141)

Orrick reviewed bid packages and summary spreadsheets regarding the Syncora sale and communicated with the Debtors regarding the same. Orrick also discussed certain servicing transfers with the Debtors and reviewed various issues regarding the same. In connection with this matter, Orrick devoted 11.90 hours resulting in fees of $8,464.33 and no expenses.

Compensation (Matter 144)

Orrick prepared, reviewed, revised and finalized its monthly fee statement for April 2013. In connection with this matter, Orrick devoted 3.40 hours resulting in fees of $1,919.00 and $46.40 in expenses.[3]

Securitization Questions (Matter 146)

Orrick reviewed various HUD sale programs and an organizational chart of the single-family mortgage division. Orrick also reviewed, drafted and distributed a Disbursement Agreement and Agreement Regarding Servicing Transfer Procedures. In addition, Orrick reviewed and provided comments on the Deutsche Bank stipulation. In connection with this matter, Orrick devoted 6.50 hours resulting in fees of $2,933.13 and no expenses.

Resolution of Pre-Bankruptcy Transaction (Matter 148)

Orrick corresponded with the Debtors regarding certain HUD questions, reviewed and responded to emails from Impac and Sidley regarding servicing agreement claims, and corresponded with Debtors' counsel regarding the same. Orrick also reviewed and responded to emails from Impac and Debtors' counsel regarding Impac's pre-bankruptcy claims and servicing arrangements with GMACM and Ocwen. In addition, Orrick reviewed and responded to emails from the Debtors regarding the disposition of FHA insured loans. Orrick also reviewed drafts of servicing rights transfer documents. In connection with this matter, Orrick devoted 4.70 hours resulting in fees of $2,879.94 and no expenses.

---

[3] Orrick devoted an additional 2.70 hours resulting in fees of $1,667.25 in connection with reviewing, revising and finalizing its monthly time records. Orrick is aware of Judge Bernstein's August 24, 2010 decision in *In re CCT Communications, Inc.*, Case No. 07-10210, which held, among other things, that reviewing and editing time records is not compensable. Accordingly, Orrick is not seeking compensation from the Debtors' estates for these fees.



June 26, 2013
Page 4

## COMPENSATION SUMMARY

### MAY 1, 2013 THROUGH MAY 31, 2013

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| **Partners & Senior Counsel** | | | | |
| Martin B. Howard | Partner | $731.50 | 10.80 | $7,900.20 |
| Thomas C. Mitchell | Partner | $790.00 | 0.20 | $158.00 |
| **Associates** | | | | |
| Duane K. Beasley | Senior Associate | $612.75 | 4.70 | $2,879.94 |
| Dennis M. Bent | Contract Associate | $451.25 | 7.40 | $3,339.26 |
| Debra L. Felder | Senior Associate | $617.50 | 2.90 | $1,790.75 |
| **Paralegals/Paraprofessionals** | | | | |
| Debra O. Fullem | Bankruptcy Research Specialist | $256.50 | 0.50 | $128.25 |
| **TOTAL:** | | | 26.50 | $16,196.40 |
| Total Hourly Blended Rate (excluding paralegals/paraprofessionals): | | | | $618.01 $16,068.15/26.0 hrs = $618.01 |



June 26, 2013
Page 5

## COMPENSATION BY PROJECT CATEGORY

### MAY 1, 2013 THROUGH MAY 31, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Matter 141: PSA Amendments | 11.90 | $8,464.33 |
| Matter 144: Compensation | 3.40 | $1,919.00 |
| Matter 146: Securitization Questions | 6.50 | $2,933.13 |
| Matter 148: Resolution of Pre-Bankruptcy Transaction | 4.70 | $2,879.94 |
| TOTAL: | 26.50 | $16,196.40 |

## EXPENSE SUMMARY

### MAY 1, 2013 THROUGH MAY 31, 2013

| Expense Category | Total |
|---|---|
| PACER | $46.40 |
| TOTAL: | $46.40 |



June 26, 2013
Page 6

## SUMMARY OF ALL COMPENSATION PREVIOUSLY REQUESTED

Orrick has served the following monthly fee statements and interim fee applications:

| Monthly/Interim Period | Fees at 100% | Fees at 80% | Expenses at 100% | Total Fees at 80% and 100% of Expenses | Payments Received as of June 25, 2013 |
|---|---|---|---|---|---|
| May 14, 2012 – June 30, 2012 First Monthly Fee Statement | $311,664.09 | $249,331.27 | $204.00 | $249,535.27 | $262,737.21 ($181,861.88 of that amount was applied to the remaining amount of Orrick's pre-petition retainer) |
| July 1, 2012 – July 31, 2012 Second Monthly Fee Statement | $257,980.85 | $206,384.68 | $452.22 | $206,836.90 | $186,457.67 |
| Aug. 1, 2012 – Aug. 31, 2012 Third Monthly Fee Statement | $163,712.13 | $130,969.70 | $21.90 | $130,991.60 | $147,309.81 |
| May 14, 2012 – Aug. 31, 2012 First Interim Fee Application | $733,357.07 | $586,685.65 | $678.12 | $587,363.77 | See above (May 1, 2012 - Aug. 31, 2012) |
| Sept. 1, 2012 – Sept. 30, 2012 Fourth Monthly Fee Statement | $198,762.14 | $159,009.71 | $193.43 | $159,203.14 | $159,203.06 |
| Oct. 1, 2012 – Oct. 31, 2012 Fifth Monthly Fee Statement | $305,468.57 | $244,374.86 | $381.00 | $244,755.86 | $244,755.78 |
| Nov. 1, 2012 – Nov. 20, 2012 Sixth Monthly Fee Statement | $100,071.80 | $80,057.44 | $37.00 | $80,094.44 | $80,094.42 |
| Dec. 1, 2012 – Dec. 31, 2012 Seventh Monthly Fee Statement | $70,462.47 | $56,369.98 | $0.00 | $56,369.98 | $56,369.98 |
| Sept. 1, 2012 – Dec. 31, 2012 Second Interim Fee Application | $674,764.98 | $539,811.98 | $611.43 | $540,423.41 | See above (Sept. 1, 2012 - Dec. 31, 2012) |
| Jan. 1, 2013 – Jan. 31, 2013 Eighth Monthly Fee Statement | $108,904.07 | $87,123.26 | $335.50 | $87,458.76 | $80,012.16 |


ORRICK

June 26, 2013
Page 7

| Monthly/Interim Period | Fees at 100% | Fees at 80% | Expenses at 100% | Total Fees at 80% and 100% of Expenses | Payments Received as of April 16, 2013 |
|---|---|---|---|---|---|
| Feb. 1 – Feb. 28, 2013 Ninth Monthly Fee Statement | $107,837.98 | $86,270.38 | $79.40 | $86,349.78 | $0.00 |
| March 1 – March 31, 2013 Tenth Monthly Fee Statement | $16,069.74 | $12,855.79 | $78.00 | $12,933.79 | $0.00 |
| April 1 – April 30, 2013 Eleventh Monthly Fee Statement | $8,807.94 | $7,046.35 | $65.50 | $7,111.85 | $0.00 |

Please contact me if you have any questions regarding the foregoing.

Sincerely,

*/s/ Katharine I. Crost*
Katharine I. Crost

Enclosure

OHSUSA:754050124.1

# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# MAY 1, 2013 THROUGH MAY 31, 2013

Residential Capital  
8400 Normandale Lake Blvd, Suite 350  
Minneapolis, MN 55437  
Attn: John G. Ruckdaschel, Esq.

June 11, 2013  
Client No. 11474  
Invoice No. 1422829

Orrick Contact: Katharine I. Crost

| | | |
|---|---|---|
| FOR SERVICES RENDERED through May 31, 2013 in connection with the matters described on the attached pages: | $ | 16,196.40 |
| DISBURSEMENTS as per attached pages: | | 46.40 |
| **TOTAL CURRENT FEES & DISBURSEMENTS** (Pay this Amount): | $ | **16,242.80** |

Matter(s): 11474/141, 142, 144, 146, 148  
732838

## DUE UPON RECEIPT

The following is for information only:  
Previous Balance not included in this invoice:  
$361,973.77  
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,  
please reference your **INVOICE** and **CLIENT** numbers on your remittance.  
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| REMITTANCE ADDRESS: | ELECTRONIC FUNDS TRANSFERS: | OVERNIGHT DELIVERY: |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP  Lockbox #774619  4619 Solutions Center  Chicago, IL 60677-4006  Reference: 11474/ Invoice: 1422829 | *ACH & Wire Transfers:*  *ABA Number 121000248*  *SWIFT CODE: WFBIUS6S*  *Account Number: 4123701088*  *Wells Fargo*  *420 Montgomery Street*  *San Francisco, CA 94104*  *Account of*  *Orrick, Herrington & Sutcliffe LLP*  *Reference: 11474/ Invoice: 1422829*  *E.I.N. 94-2952627* | Orrick, Herrington & Sutcliffe LLP  c/o Wells Fargo  Attn: Lockbox #774619  350 East Devon Avenue  Itasca, IL 60143  (213) 614-3248  Reference: 11474/ Invoice: 1422829 |

Q:\LIVE\DATA\CMSOPEN\DDBILL\2035072 BIL (3)
(2).docx

Residential Capital  
8400 Normandale Lake Blvd, Suite 350  
Minneapolis, MN 55437  
Attn: John G. Ruckdaschel, Esq.

June 11, 2013  
Client No. 11474  
Invoice No. 1422829

Orrick Contact: Katharine I. Crost

For Legal Services Rendered Through May 31, 2013 in Connection With:

**Matter: 141 - PSA Amendments**
**Matter: 732838**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/08/13 | D. Bent | Review bid packages and summary spreadsheet regarding Syncora sale. | 0.30 |
| 05/10/13 | D. Bent | Telephone conference with T. Farley (ResCap), J. Ruckdaschel (ResCap In-House Counsel) and M. Howard (Orrick Senior Partner) regarding Syncora bids. | 0.60 |
| 05/10/13 | M. Howard | Telephone conference with T. Farley (ResCap), J. Ruckdaschel (ResCap In-House Counsel) and D. Bent (Orrick Associate) regarding Syncora bids (0.6); review of bid letters (0.6). | 1.20 |
| 05/21/13 | M. Howard | Discussions on loan sales with Residential Capital (.50); discussions with Residential Capital on servicing transfers and review of emails in connection therewith (1.0). | 1.50 |
| 05/22/13 | M. Howard | Discussions with T. Mitchell on servicing transfers and review of deal terms in connection therewith. | 1.50 |
| 05/22/13 | T. Mitchell | Telephone conference with M. Howard regarding issues regarding servicing transfer to Ocwen. | 0.20 |
| 05/23/13 | M. Howard | Review issues related to servicing transfer to DB. | 2.10 |
| 05/24/13 | M. Howard | Review issues related to servicing transfer to DB. | 1.20 |
| 05/26/13 | M. Howard | Review issues related to stipulation on servicing transfer to DB. | 1.20 |
| 05/27/13 | M. Howard | Review issues related to timing and payment with respect to servicing transfer to DB. | 1.30 |
| 05/28/13 | M. Howard | Review issues related to timing and payment with respect to servicing transfer to DB. | 0.80 |

Total Hours     11.90  
Total For Services     $8,464.33

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Dennis M. Bent | 0.90 | 615.00 | 553.50 | 451.25 | 406.13 |
| Martin B. Howard | 10.80 | 795.00 | 8,586.00 | 731.50 | 7,900.20 |
| Thomas C. Mitchell | 0.20 | 825.00 | 165.00 | 790.00 | 158.00 |
| Total All Timekeepers | 11.90 | | $9,304.50 | | $8,464.33 |

**Total For This Matter**     **$8,464.33**

Q:\LIVE\DATA\CMSOPEN\DDBILL\2035072 BIL (3) (2).docx

Residential Capital - 11474  
page 2  

June 11, 2013  
Invoice No. 1422829

For Legal Services Rendered Through May 31, 2013 in Connection With:

**Matter: 144 - Compensation**
**Matter: 732844**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/09/13 | D. Felder | Prepare April monthly fee statement. | 1.00 |
| 05/10/13 | D. Fullem | Review and respond to emails from S. Vucelick regarding ResCap interim payments. | 0.30 |
| 05/13/13 | D. Felder | Email correspondence with S. Vucelick regarding payments on second interim fee application and response to Debtors regarding same. | 0.30 |
| 05/13/13 | D. Felder | Prepare and revise April monthly fee statement. | 1.00 |
| 05/14/13 | D. Fullem | Review email with Orrick April monthly fee statement. | 0.20 |
| 05/14/13 | D. Felder | Finalize April monthly fee statement. | 0.60 |

Total Hours    3.40  
Total For Services    $1,919.00

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Debra Felder | 2.90 | 650.00 | 1,885.00 | 617.50 | 1,790.75 |
| Debra O. Fullem | 0.50 | 270.00 | 135.00 | 256.50 | 128.25 |
| Total All Timekeepers | 3.40 | | $2,020.00 | | $1,919.00 |

Disbursements  
  PACER    46.40  
Total Disbursements    $46.40

**Total For This Matter**    **$1,965.40**

Q:\LIVE\DATA\CMSOPEN\DDBILL\2035072 BIL (3) (2).docx

Residential Capital - 11474  June 11, 2013
page 3  Invoice No. 1422829

For Legal Services Rendered Through May 31, 2013 in Connection With:

**Matter: 146 - Securitization questions**
**Matter: 732846**

| | | | |
|---|---|---|---|
| 05/17/13 | D. Bent | Review various HUD sale programs and the organizational chart of the single-family mortgage division. | 1.00 |
| 05/23/13 | D. Bent | Review precedent, draft and distribute the Disbursement Agreement and Agreement Regarding Servicing Transfer Procedures. | 5.00 |
| 05/26/13 | D. Bent | Review and provide comments on the Deutsche Bank stipulation. | 0.50 |

Total Hours 6.50
Total For Services $2,933.13

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Dennis M. Bent | 6.50 | 615.00 | 3,997.50 | 451.25 | 2,933.13 |
| Total All Timekeepers | 6.50 | | $3,997.50 | | $2,933.13 |

**Total For This Matter** $2,933.13

For Legal Services Rendered Through May 31, 2013 in Connection With:

**Matter: 148 - Resolution of Pre-Bankruptcy Transactions**
**Matter: 732848**

| | | | |
|---|---|---|---|
| 05/17/13 | D. Beasley | Follow-up regarding HUD questions from T. Farley (ResCap). | 0.30 |
| 05/20/13 | D. Beasley | Review and respond to emails from Impac and Sidley regarding servicing agreement claims (0.2); telephone conference with A. Barrage (Morrison & Foerster) regarding same (0.4); follow-up regarding questions from T. Farley regarding HUD and servicing transfers (0.6). | 1.20 |
| 05/22/13 | D. Beasley | Review and respond to emails from A. Barrage (Morrison & Foerster) and S. Wichman (Impac) regarding Impac's pre-bankruptcy claims and servicing arrangements with GMACM and Ocwen (0.5); follow-up regarding pre-bankruptcy claims of Impac (0.5). | 1.00 |

Residential Capital - 11474 June 11, 2013
page 4 Invoice No. 1422829

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/23/13 | D. Beasley | Review and respond to emails from T. Farley (ResCap) regarding disposition of FHA insured loans (0.5); review and comment on drafts of servicing rights transfer documents (1.0); review emails regarding pre-bankruptcy claims of Impac (0.2). | 1.70 |
| 05/30/13 | D. Beasley | Respond to questions from T. Farley (ResCap) and J. Ruckdaschel (ResCap In-House Counsel) regarding disposition of FHA insured loans. | 0.50 |

Total Hours 4.70
Total For Services $2,879.94

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Duane K. Beasley | 4.70 | 650.00 | 3,055.00 | 612.75 | 2,879.94 |
| Total All Timekeepers | 4.70 | | $3,055.00 | | $2,879.94 |

**Total For This Matter** $2,879.94

\* \* \* COMBINED TOTALS \* \* \*

Total Hours 26.50
Total Fees, all Matters $16,196.40
Total Disbursements, all Matters $46.40
Total Amount Due $16,242.80