# EXHIBIT E-2

# ORRICK'S THIRTEENTH MONTHLY FEE STATEMENT

# FOR THE TIME PERIOD

# JUNE 1, 2013 – JUNE 30, 2013



ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52ND STREET
NEW YORK, NEW YORK 10019-6142

tel +1-212-506-5000
fax +1-212-506-5151
WWW.ORRICK.COM

Katharine I. Crost
(212) 506-5070
kcrost@orrick.com

August 12, 2013

**VIA ELECTRONIC MAIL AND OVERNIGHT MAIL**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
 Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
 and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
 Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
 Jonathan H. Hofer

Re: In re Residential Capital, LLC, et al., Case No. 12-12020:
Monthly Fee Statement of Orrick, Herrington & Sutcliffe LLP
for the time period June 1, 2013 through June 30, 2013

Dear Counsel:

Pursuant to the Bankruptcy Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find the monthly fee statement of Orrick, Herrington & Sutcliffe LLP ("Orrick") as Special Securitization Transactional and Litigation Counsel to Residential Capital, *et al.* (collectively, the "Debtors" or the "Company") for the time period June 1, 2013 through June 30, 2013 (the


ORRICK

August 12, 2013
Page 2

"Invoice Period"), which was served on the parties listed in paragraph 2(a) of the Order on August 12, 2013 (the "Monthly Fee Statement).[1]

In the absence of a timely objection, the Debtors shall pay $28,527.54, which equals 80% of the fees incurred during this Invoice Period ($28,527.54 = $35,659.43 x 0.80).  There were no expenses incurred during this Invoice Period.

Objections to the Monthly Fee Statement are due by September 3, 2013 (*i.e.*, 20 days after the date of service of this Monthly Fee Statement).

Pursuant to the Order, Orrick hereby sets forth a description of services rendered to the Debtors, including total hours worked and rates applied,[2] and all reasonable out-of-pocket costs and expenses.  The following is intended to serve as a summary description of the primary services rendered by Orrick during the Invoice Period.  This summary is derived from the time records of the attorneys and paraprofessionals who worked on this matter (attached hereto as **Exhibit A**), which time records were maintained regularly and entered contemporaneously with the rendition of the services by each Orrick attorney and paraprofessional in the ordinary course of practice.  Orrick has incurred actual out-of-pocket costs and expenses in connection with providing services to the Debtors.  Orrick, in the ordinary course of its legal practice, uses the most economical and efficient method, or, where appropriate, outside vendors, when incurring expenses.  Reimbursement of expenses incurred by Orrick to outside vendors is limited to the actual amounts billed to, or paid by, Orrick.

---

[1] Orrick was retained as Special Securitization Transactional and Litigation Counsel pursuant to the *Order Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Employment and Retention of Orrick Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel to the Debtors, Nunc Pro Tunc to May 14, 2012*, entered by the Bankruptcy Court on July 27, 2012 (Dkt. No. 930).

[2] Orrick began representing the Company more than twenty years ago.  In connection with its longstanding representation, Orrick has historically billed the Company at a discounted hourly rate for legal services rendered.  Orrick has agreed to continue to bill the Company at its discounted hourly rates (subject to annual rate increases) during these Chapter 11 cases.  Accordingly, the fees included in this Monthly Fee Statement reflect Orrick's discounted hourly rates.  The "Timekeeper Summary" in Orrick's invoice shows Orrick's "Base Rate," which is the hourly rate normally charged to Orrick clients, and the "Billed Rate," which reflects the discounted hourly rates Orrick is providing to the Debtors.



August 12, 2013
Page 3

PSA Amendments (Matter 141)

Orrick advised the Debtors on servicing transfers to Deutsche Bank and reviewed a servicing agreement, escrow agreement and assignment and transfer agreement regarding the same. Orrick also discussed the escrow agreement with Deutsche Bank . In connection with this matter, Orrick devoted 16.40 hours resulting in fees of $11,996.60 and no expenses.

General Bankruptcy Administration (Matter 142)

Orrick communicated internally regarding the Examiner's Report and reviewed the same. In connection with this matter, Orrick devoted 1.10 hours resulting in fees of $679.25 and no expenses.

Compensation (Matter 144)

Orrick prepared, reviewed, revised and finalized its monthly fee statement for May 2013 and corresponded internally regarding preparation of its third quarterly fee application. In connection with this matter, Orrick devoted 2.40 hours resulting in fees of $1,337.60 and no expenses.[3]

Securitization Questions (Matter 146)

Orrick reviewed a Deutsche Bank stipulation in preparation for drafting certain transaction agreements. Orrick also reviewed and revised an Agreement Regarding Servicing Transfer Procedures and provided comments on an Assignment and Assumption Agreement, an Escrow Agreement and a Participating Servicer Agreement with HUD. Orrick also advised the Debtors regarding the same. In addition, Orrick reviewed various Ambac deals and prepared an email summary to the Debtors regarding the same. In connection with this matter, Orrick devoted 19.00 hours resulting in fees of $8,797.98 and no expenses.

---

[3] Orrick devoted an additional 3.10 hours resulting in fees of $1,914.25 in connection with reviewing, revising and finalizing its monthly time records. Orrick is aware of Judge Bernstein's August 24, 2010 decision in *In re CCT Communications, Inc.*, Case No. 07-10210, which held, among other things, that reviewing and editing time records is not compensable. Accordingly, Orrick is not seeking compensation from the Debtors' estates for these fees.



August 12, 2013
Page 4

Resolution of Pre-Bankruptcy Transaction (Matter 148)

Orrick corresponded with the Debtors regarding certain FHA insured loans and a DIP financing structure and prepared email summaries regarding the same. Orrick also responded to inquiries from the Debtors regarding the disposition of loans and conducted research regarding RESPA liability. In addition, Orrick reviewed a HUD participating servicer agreement and other material regarding HUD loan sales. Orrick reviewed certain past transactions to analyze various tax issues and participated in a telephone conference with the Debtors and others regarding the same. In connection with this matter, Orrick devoted 27.80 hours resulting in fees of $12,848.00 and no expenses.

[Summary charts follow on next page]



August 12, 2013
Page 5

## COMPENSATION SUMMARY

### JUNE 1, 2013 THROUGH JUNE 30, 2013

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| **Partners & Senior Counsel** | | | | |
| Martin B. Howard | Partner | $731.50 | 17.20 | $12,581.80 |
| Stephen J. Jackson | Partner | $736.25 | 2.00 | $1,472.50 |
| **Associates** | | | | |
| Duane K. Beasley | Senior Associate | $612.75 | 7.40 | $4,534.37 |
| Dennis M. Bent | Contract Associate | $451.25 | 18.20 | $8,212.78 |
| Debra L. Felder | Senior Associate | $617.50 | 3.10 | $1,914.25 |
| Boris Volodarsky | | $427.50 | 13.90 | $5,942.25 |
| **Paralegals/Paraprofessionals** | | | | |
| Debra O. Fullem | Bankruptcy Research Specialist | $256.50 | 0.40 | $102.60 |
| Michelle M. Rodriguez | Paralegal | $199.75 | 4.50 | $898.88 |
| **TOTAL:** | | | 66.70 | **$35,659.43** |
| Total Hourly Blended Rate (excluding paralegals/paraprofessionals): | | | | **$560.81**<br>$34,657.95/61.80 hrs = $560.81 |


ORRICK

August 12, 2013
Page 6

## COMPENSATION BY PROJECT CATEGORY

### JUNE 1, 2013 THROUGH JUNE 30, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Matter 141: PSA Amendments | 16.40 | $11,996.60 |
| Matter 142: General Bankruptcy Administration | 1.10 | $679.25 |
| Matter 144: Compensation | 2.40 | $1,337.60 |
| Matter 146: Securitization Questions | 19.00 | $8,797.98 |
| Matter 148: Resolution of Pre-Bankruptcy Transaction | 27.80 | $12,848.00 |
| **TOTAL:** | **66.70** | **$35,659.43** |

## EXPENSE SUMMARY

### JUNE 1, 2013 THROUGH JUNE 30, 2013

| Expense Category | Total |
|---|---|
| **TOTAL:** | **$0.00** |



August 12, 2013
Page 7

## SUMMARY OF ALL COMPENSATION PREVIOUSLY REQUESTED

Orrick has served the following monthly fee statements and interim fee applications:

| Monthly/Interim Period | Fees at 100% | Fees at 80% | Expenses at 100% | Total Fees at 80% and 100% of Expenses | Payments Received as of August 5, 2013 |
|---|---|---|---|---|---|
| May 14, 2012 – June 30, 2012 First Monthly Fee Statement | $311,664.09 | $249,331.27 | $204.00 | $249,535.27 | $262,737.21 ($181,861.88 of that amount was applied to the remaining amount of Orrick's pre-petition retainer) |
| July 1, 2012 – July 31, 2012 Second Monthly Fee Statement | $257,980.85 | $206,384.68 | $452.22 | $206,836.90 | $186,457.67 |
| Aug. 1, 2012 – Aug. 31, 2012 Third Monthly Fee Statement | $163,712.13 | $130,969.70 | $21.90 | $130,991.60 | $147,309.81 |
| May 14, 2012 – Aug. 31, 2012 First Interim Fee Application | $733,357.07 | $586,685.65 | $678.12 | $587,363.77 | See above (May 1, 2012 - Aug. 31, 2012) |
| Sept. 1, 2012 – Sept. 30, 2012 Fourth Monthly Fee Statement | $198,762.14 | $159,009.71 | $193.43 | $159,203.14 | $175,580.48 |
| Oct. 1, 2012 – Oct. 31, 2012 Fifth Monthly Fee Statement | $305,468.57 | $244,374.86 | $381.00 | $244,755.86 | $275,302.70 |
| Nov. 1, 2012 – Nov. 20, 2012 Sixth Monthly Fee Statement | $100,071.80 | $80,057.44 | $37.00 | $80,094.44 | $90,101.73 |
| Dec. 1, 2012 – Dec. 31, 2012 Seventh Monthly Fee Statement | $70,462.47 | $56,369.98 | $0.00 | $56,369.98 | $63,416.22 |
| Sept. 1, 2012 – Dec. 31, 2012 Second Interim Fee Application | $674,764.98 | $539,811.98 | $611.43 | $540,423.41 | See above (Sept. 1, 2012 - Dec. 31, 2012) |
| Jan. 1, 2013 – Jan. 31, 2013 Eighth Monthly Fee Statement | $108,904.07 | $87,123.26 | $335.50 | $87,458.76 | $80,012.16 |



August 12, 2013
Page 8

| Monthly/Interim Period | Fees at 100% | Fees at 80% | Expenses at 100% | Total Fees at 80% and 100% of Expenses | Payments Received as of August 5, 2013 |
|---|---|---|---|---|---|
| Feb. 1 – Feb. 28, 2013 Ninth Monthly Fee Statement | $107,837.98 | $86,270.38 | $79.40 | $86,349.78 | $0.00 |
| March 1 – March 31, 2013 Tenth Monthly Fee Statement | $16,069.74 | $12,855.79 | $78.00 | $12,933.79 | $0.00 |
| April 1 – April 30, 2013 Eleventh Monthly Fee Statement | $8,807.94 | $7,046.35 | $65.50 | $7,111.85 | $0.00 |
| May 1 – May 31, 2013 Twelfth Monthly Fee Statement | $16,196.40 | $12,957.12 | $46.40 | $13,003.52 | $0.00 |

Please contact me if you have any questions regarding the foregoing.

Sincerely,

*/s/ Katharine I. Crost*
Katharine I. Crost

Enclosure

OHSUSA:754175389.1

# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# JUNE 1, 2013 THROUGH JUNE 30, 2013

| | |
|---|---|
| Residential Capital | August 6, 2013 |
| 8400 Normandale Lake Blvd, Suite 350 | Client No. 11474 |
| Minneapolis, MN 55437 | Invoice No. 1430131 |
| Attn: John G. Ruckdaschel, Esq. | |

Orrick Contact: Katharine I. Crost

FOR SERVICES RENDERED through June 30, 2013 in connection with
the matters described on the attached pages:                                         $         35,659.43

DISBURSEMENTS as per attached pages:                                                                 0.00

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount)**:     **$         35,659.43**

Matter(s):  11474/141, 142, 144, 146, 148
            732838

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$281,396.62
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| Orrick, Herrington & Sutcliffe LLP | *ACH & Wire Transfers:* | Orrick, Herrington & Sutcliffe LLP |
| *Lockbox #774619* | ***ABA Number 121000248*** | *c/o Wells Fargo* |
| *4619 Solutions Center* | ***SWIFT CODE:  WFBIUS6S*** | *Attn: Lockbox #774619* |
| *Chicago, IL  60677-4006* | ***Account Number: 4123701088*** | *350 East Devon Avenue* |
| *Reference: 11474/ Invoice: 1430131* | *Wells Fargo* | *Itasca, IL  60143* |
| | *420 Montgomery Street* | *(213) 614-3248* |
| | *San Francisco, CA  94104* | *Reference: 11474/ Invoice: 1430131* |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 11474/ Invoice: 1430131* | |
| | *E.I.N. 94-2952627* | |

Residential Capital - 11474  August 6, 2013
page 2  Invoice No. 1430131

Residential Capital  August 6, 2013
8400 Normandale Lake Blvd, Suite 350  Client No. 11474
Minneapolis, MN 55437  Invoice No. 1430131
Attn: John G. Ruckdaschel, Esq.

Orrick Contact: Katharine I. Crost

For Legal Services Rendered Through June 30, 2013 in Connection With:

**Matter: 141 - PSA Amendments**
**Matter: 732838**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 06/07/13 | M. Howard | Discussions with T. Farley (ResCap) on servicing transfer to Deutsche Bank and review and comments on servicing agreement. | 2.20 |
| 06/10/13 | M. Howard | Discussions and comments on escrow agreement and assignment and transfer agreement with respect to Deutsche Bank. | 0.90 |
| 06/11/13 | M. Howard | Discussions and comments on escrow agreement and assignment and transfer agreement with respect to Deutsche Bank. | 1.50 |
| 06/12/13 | M. Howard | Discussions and comments on escrow agreement and assignment and transfer agreement with respect to Deutsche Bank. | 1.20 |
| 06/13/13 | M. Howard | Review and discussion on disbursement agreement and other open points with Deutsche Bank. | 1.20 |
| 06/14/13 | M. Howard | Review and discussion on disbursement agreement and other open points with Deutsche Bank. | 0.40 |
| 06/17/13 | M. Howard | Discussions on disbursement agreement and servicing transfer. | 1.20 |
| 06/18/13 | M. Howard | Discussions on disbursement agreement and servicing transfer. | 0.80 |
| 06/20/13 | M. Howard | Teleconference with T. Farley (ResCap) and J. Ruckdaschel (ResCap) on monolines. | 0.60 |
| 06/24/13 | M. Howard | Review and discussions on escrow agreement with Deutsche Bank. | 1.20 |
| 06/25/13 | M. Howard | Discussions with ResCap on escrow agreement. | 1.20 |
| 06/26/13 | M. Howard | Discussions with ResCap on escrow agreement. | 0.80 |
| 06/27/13 | M. Howard | Discussion with ResCap on disbursement agreement and open issues thereon. | 2.00 |
| 06/28/13 | M. Howard | Discussion with ResCap on disbursement agreement and open issues thereon. | 1.20 |

Total Hours  16.40
Total For Services  $11,996.60

Residential Capital - 11474  August 6, 2013
page 3  Invoice No. 1430131

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Martin B. Howard | 16.40 | 795.00 | 13,038.00 | 731.50 | 11,996.60 |
| Total All Timekeepers | 16.40 | | $13,038.00 | | $11,996.60 |

**Total For This Matter**  **$11,996.60**

For Legal Services Rendered Through June 30, 2013 in Connection With:

**Matter:  142 - General Bankruptcy Administration**
**Matter: 732840**

| 06/28/13 | D. Felder | Email correspondence with M. Howard and K. Crost regarding Examiner's Report (.1); review same (1.0). | 1.10 |

Total Hours   1.10
Total For Services   $679.25

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Debra Felder | 1.10 | 650.00 | 715.00 | 617.50 | 679.25 |
| Total All Timekeepers | 1.10 | | $715.00 | | $679.25 |

**Total For This Matter**  **$679.25**

For Legal Services Rendered Through June 30, 2013 in Connection With:

**Matter:  144 - Compensation**
**Matter: 732844**

| 06/03/13 | D. Fullem | Review and respond to email from accounting regarding confirmation of fee holdbacks; email to D. Felder re same. | 0.20 |
| 06/25/13 | D. Felder | Prepare May monthly fee statement. | 1.00 |
| 06/26/13 | D. Felder | Review and finalize May monthly fee statement. | 1.00 |
| 06/27/13 | D. Fullem | Review and respond to email from D. Felder regarding drafting of next quarterly interim fee application. | 0.20 |

Total Hours   2.40
Total For Services   $1,337.60

Residential Capital - 11474  
page 4  

August 6, 2013  
Invoice No. 1430131

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Debra Felder | 2.00 | 650.00 | 1,300.00 | 617.50 | 1,235.00 |
| Debra O. Fullem | 0.40 | 270.00 | 108.00 | 256.50 | 102.60 |
| Total All Timekeepers | 2.40 | | $1,408.00 | | $1,337.60 |

**Total For This Matter**     **$1,337.60**

For Legal Services Rendered Through June 30, 2013 in Connection With:

**Matter:  146 - Securitization questions**
**Matter: 732846**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/06/13 | D. Bent | Review DB stipulation in preparation for drafting transaction agreements. | 0.30 |
| 06/07/13 | D. Bent | Review, revise and distribute Agreement Regarding Servicing Transfer Procedures and review and provide comments on Assignment and Assumption Agreement. | 1.00 |
| 06/10/13 | D. Bent | Review, revise and distribute Agreement Regarding Servicing Transfer Procedures and review and provide comments on Assignment and Assumption Agreement. | 0.30 |
| 06/11/13 | D. Bent | Review precedent, draft and distribute the Escrow Agreement and review revised Assignment and Assumption Agreement. | 2.30 |
| 06/12/13 | D. Bent | Telephone conference with W. Tyson (ResCap), M. Schoffelen (ResCap), P. Fleming (ResCap), J. Ruckdaschel (ResCap In-House Counsel), M. Howard (Orrick Senior Partner) and D. Beasley (Orrick Senior Associate) regarding Participating Servicer Agreement with HUD. | 0.60 |
| 06/12/13 | D. Bent | Review and provide comments on the Assumption Agreement and review, revise and distribute the Escrow Agreement. | 2.10 |
| 06/12/13 | M. Howard | Telephone conference with W. Tyson (ResCap), M. Schoffelen (ResCap), P. Fleming (ResCap), J. Ruckdaschel (ResCap In-House Counsel), D.Bent (Orrick Senior Associate) and D. Beasley (Orrick Senior Associate) regarding Participating Servicer Agreement with HUD. | 0.80 |
| 06/20/13 | D. Bent | Review, revise and distribute Escrow Agreement. | 0.40 |
| 06/24/13 | D. Bent | Review various Ambac deals to determine if there is an obligation for the Depositor or Issuer to provide certain investor information and email summary to T. Farley (ResCap) and J. Ruckdaschel (ResCap In-House Counsel). | 1.20 |

Residential Capital - 11474  August 6, 2013
page 5  Invoice No. 1430131

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/25/13 | D. Bent | Review, revise and distribute Escrow Agreement and review comments received from Bingham. | 0.70 |
| 06/26/13 | D. Bent | Review, revise and distribute the Escrow Agreement and review Bill of Sale and Assignment Agreement. | 2.80 |
| 06/27/13 | D. Bent | Review, revise and distribute drafts of the Escrow Agreement and email communication with N. Rosenbaum and M. Braun. | 3.80 |
| 06/28/13 | D. Bent | Review, revise and distribute drafts of the Escrow Agreement (1.7); various telephone conferences with T. Farley (ResCap), P. Principato (Deutsche Bank), T. Schultz-Fugh (U.S. Bank) and D. Coehlo-Adams (Seward & Kissel) (0.4); draft bullet points for Settlement Statement (0.6). | 2.70 |

Total Hours  19.00
Total For Services  $8,797.98

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Dennis M. Bent | 18.20 | 650.00 | 11,830.00 | 451.25 | 8,212.78 |
| Martin B. Howard | 0.80 | 795.00 | 636.00 | 731.50 | 585.20 |
| Total All Timekeepers | 19.00 | | $12,466.00 | | $8,797.98 |

**Total For This Matter**  **$8,797.98**

For Legal Services Rendered Through June 30, 2013 in Connection With:

**Matter:  148 - Resolution of Pre-Bankruptcy Transactions**
**Matter: 732848**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/03/13 | D. Beasley | Review and respond to emails from M. Schoffelen (ResCap) and J. Ruckdaschel (ResCap In-House Counsel) regarding disposition of FHA insured loans and DIP financing structure (1.0); telephone conferences with D. Jacobs (HUD) and C. Oshina (HUD) regarding same (1.0); draft email summarizing conversations with HUD (0.30). | 2.30 |
| 06/07/13 | D. Beasley | Respond to questions from J. Ruckdaschel (ResCap In-house Counsel) regarding disposition of loans (0.5); research regarding RESPA liability (1.0). | 1.50 |
| 06/11/13 | D. Beasley | Respond to questions from M. Schoffelen (ResCap) regarding HUD (0.5); review HUD participating servicer agreement and other material regarding HUD loan sales (1.0). | 1.50 |

Residential Capital - 11474  
page 6

August 6, 2013  
Invoice No. 1430131

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/12/13 | D. Beasley | Review HUD participating servicer agreement (0.5); telephone conference with W. Tyson (ResCap), P. Fleming (ResCap), M. Schoffelen (ResCap), J. Ruckdaschel (ResCap In-House Counsel), M. Howard (Orrick Senior Partner) and D. Bent (Orrick Senior Associate) regarding Participating Servicer Agreement with HUD (0.6). | 1.10 |
| 06/14/13 | D. Beasley | Review and respond to questions from J. Ruckdaschel (ResCap In-house Counsel) regarding disposition of loans and transfer of servicing. | 1.00 |
| 06/27/13 | B. Volodarsky | Review and prepare past transactions for tax analysis. | 5.40 |
| 06/27/13 | S. Jackson | Prepare for and participate in teleconference with EY and Rescap to discuss liquidating trust tax project and conferences with M. Howard and B. Volodarsky regarding the same. | 1.50 |
| 06/28/13 | M. Rodriguez | Meeting with B. Volodarsky reading detail instructions for project (0.5); review final executed Pooling and Servicing Agreements, Trust Agreements, Indentures, Prospectus Supplements and Offering Circulars (4.0). | 4.50 |
| 06/28/13 | B. Volodarsky | Review and prepare past transactions for tax analysis (5.1); supervise and advise other attorneys and paralegals regarding research issues (2.6); commence reviewing documents (0.8). | 8.50 |
| 06/28/13 | S. Jackson | Conference with B. Volodarsky to discuss liquidating trust tax project. | 0.50 |

Total Hours 27.80  
Total For Services $12,848.00

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Duane K. Beasley | 7.40 | 650.00 | 4,810.00 | 612.75 | 4,534.37 |
| Stephen J. Jackson | 2.00 | 775.00 | 1,550.00 | 736.25 | 1,472.50 |
| Michelle M. Rodriguez | 4.50 | 235.00 | 1,057.50 | 199.75 | 898.88 |
| Boris Volodarsky | 13.90 | 450.00 | 6,255.00 | 427.50 | 5,942.25 |
| Total All Timekeepers | 27.80 | | $13,672.50 | | $12,848.00 |

**Total For This Matter**     **$12,848.00**

* * * COMBINED TOTALS * * *

Total Hours 66.70  
Total Fees, all Matters $35,659.43  
Total Disbursements, all Matters $0.00  
Total Amount Due $35,659.43