**EXHIBIT E-3**

**ORRICK'S FOURTEENTH MONTHLY FEE STATEMENT**

**FOR THE TIME PERIOD**

**<u>JULY 1, 2013 – JULY 31, 2013</u>**



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52ND STREET
NEW YORK, NEW YORK 10019-6142

*tel* +1-212-506-5000
*fax* +1-212-506-5151
WWW.ORRICK.COM

Katharine I. Crost
(212) 506-5070
kcrost@orrick.com

September 18, 2013

## <u>VIA ELECTRONIC MAIL AND OVERNIGHT MAIL</u>

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

      Re:    <u>In re Residential Capital, LLC, et al.</u>, **Case No. 12-12020:**
              **Monthly Fee Statement of Orrick, Herrington & Sutcliffe LLP**
              **for the time period July 1, 2013 through July 31, 2013**

Dear Counsel:

Pursuant to the Bankruptcy Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "<u>Order</u>"), enclosed please find the monthly fee statement of Orrick, Herrington & Sutcliffe LLP ("<u>Orrick</u>") as Special Securitization Transactional and Litigation Counsel to Residential Capital, *et al.* (collectively, the "<u>Debtors</u>" or the "<u>Company</u>") for the time period July 1, 2013 through July 31, 2013 (the



**ORRICK**

September 18, 2013
Page 2

"Invoice Period"), which was served on the parties listed in paragraph 2(a) of the Order on September 18, 2013 (the "Monthly Fee Statement).[1]

In the absence of a timely objection, the Debtors shall pay $59,438.58, consisting of the sum of (a) $58,903.58, an amount equal to 80% of the fees ($58,903.58= $73,629.47 x 0.80) and (b) 100% of the expenses ($535.00) being requested in the Monthly Fee Statement.

Objections to the Monthly Fee Statement are due by October 8, 2013 (*i.e.*, 20 days after the date of service of this Monthly Fee Statement).

Pursuant to the Order, Orrick hereby sets forth a description of services rendered to the Debtors, including total hours worked and rates applied,[2] and all reasonable out-of-pocket costs and expenses. The following is intended to serve as a summary description of the primary services rendered by Orrick during the Invoice Period. This summary is derived from the time records of the attorneys and paraprofessionals who worked on this matter (attached hereto as **Exhibit A**), which time records were maintained regularly and entered contemporaneously with the rendition of the services by each Orrick attorney and paraprofessional in the ordinary course of practice. Orrick has incurred actual out-of-pocket costs and expenses in connection with providing services to the Debtors. Orrick, in the ordinary course of its legal practice, uses the most economical and efficient method, or, where appropriate, outside vendors, when incurring expenses. Reimbursement of expenses incurred by Orrick to outside vendors is limited to the actual amounts billed to, or paid by, Orrick.

---

[1] Orrick was retained as Special Securitization Transactional and Litigation Counsel pursuant to the *Order Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Employment and Retention of Orrick Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel to the Debtors, Nunc Pro Tunc to May 14, 2012*, entered by the Bankruptcy Court on July 27, 2012 (Dkt. No. 930).

[2] Orrick began representing the Company more than twenty years ago. In connection with its longstanding representation, Orrick has historically billed the Company at a discounted hourly rate for legal services rendered. Orrick has agreed to continue to bill the Company at its discounted hourly rates (subject to annual rate increases) during these Chapter 11 cases. Accordingly, the fees included in this Monthly Fee Statement reflect Orrick's discounted hourly rates. The "Timekeeper Summary" in Orrick's invoice shows Orrick's "Base Rate," which is the hourly rate normally charged to Orrick clients, and the "Billed Rate," which reflects the discounted hourly rates Orrick is providing to the Debtors.



ORRICK

September 18, 2013
Page 3

PSA Amendments (Matter 141)

Orrick had discussions with Deutsche Bank regarding an escrow agreement. Orrick also
communicated internally regarding amendments to Ambac pooling and servicing agreements and
servicing obligations. Orrick researched certain issues in connection with state law compliance
issues and servicing licenses and advised the client regarding the same. Orrick also
communicated with the client regarding the servicing transfer to Deutsche Bank. In connection
with this matter, Orrick devoted 12.10 hours resulting in fees of $8,146.75 and no expenses.

Retention (Matter 143)

Orrick communicated internally regarding issues relating to a supplemental disclosure. Orrick
prepared, finalized and filed its fourth supplemental declaration in compliance with the
Bankruptcy Rules. In connection with this matter, Orrick devoted 4.10 hours resulting in fees of
$1,771.75 and no expenses.

Compensation (Matter 144)

Orrick began preparing its monthly fee statement for June 2013 and corresponded internally
regarding the same. Orrick also began drafting its third quarterly fee application and certain
exhibits thereto. In connection with this matter, Orrick devoted 8.10 hours resulting in fees of
$5,001.75 and no expenses.[3]

Securitization Questions (Matter 146)

Orrick reviewed and finalized the escrow agreement between GMAC Mortgage, LLC, Deutsche
Bank and U.S. Bank. Orrick also reviewed certain securitization documents regarding tax issues
and communicated internally regarding the same. In addition, Orrick communicated with the
Department of Housing and Urban Development regarding the sale of mortgage loans guaranteed

---

[3] Orrick devoted an additional 2.40 hours resulting in fees of $1,482.00 in connection with reviewing,
revising and finalizing its monthly time records. Orrick is aware of Judge Bernstein's August 24, 2010
decision in *In re CCT Communications, Inc.*, Case No. 07-10210, which held, among other things, that
reviewing and editing time records is not compensable. Accordingly, Orrick is not seeking compensation
from the Debtors' estates for these fees.



ORRICK

September 18, 2013
Page 4

by the FHA.  Orrick advised the Debtors and Morrison & Foerster regarding a potential servicing transfer of various Ambac deals.  Orrick reviewed, analyzed and prepared an email summary of the Advance Facility Notification received from Deutsche Bank.  Orrick also researched certain issues relating to Wells Fargo as a custodian and communicated with the Katten Muchin law firm regarding the same.  In addition, Orrick advised the Debtors regarding the collapse of a GMACM deal.  Orrick also prepared for a conference call regarding a HUD loan sale.  In connection with this matter, Orrick devoted 6.10 hours resulting in fees of $3,032.89 and no expenses.


Resolution of Pre-Bankruptcy Transaction (Matter 148)

Orrick reviewed and analyzed certain tax issues and communicated internally regarding the same.  Orrick also reviewed and analyzed various Indenture and Pooling and Servicing Agreements in connection with certain tax issues.  Orrick conducted due diligence regarding certain tax issues and advised the client regarding the same.  Orrick also communicated with the client regarding certain FHA loans.  In connection with this matter, Orrick devoted 111.80 hours resulting in fees of $55,676.34 and $535.00 in expenses.



ORRICK

September 18, 2013
Page 5

## COMPENSATION SUMMARY

### JULY 1, 2013 THROUGH JULY 31, 2013

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---:|---:|---:|
| **Partners & Senior Counsel** | | | | |
| Martin B. Howard | Partner | $731.50 | 5.50 | $4,023.25 |
| Stephen J. Jackson | Partner | $736.25 | 18.00 | $13,252.54 |
| Thomas C. Mitchell | Partner | $790.00 | 1.60 | $1,264.00 |
| John Narducci | Partner | $850.25 | 0.60 | $510.15 |
| **Associates** | | | | |
| Duane K. Beasley | Senior Associate | $612.75 | 1.00 | $612.75 |
| Dennis M. Bent | Contract Associate | $451.25 | 5.10 | $2,301.39 |
| Debra L. Felder | Senior Associate | $617.50 | 17.00 | $10,497.50 |
| David L. Ridenour | Senior Associate | $515.00 | 42.80 | $22,042.00 |
| Boris Volodarsky | Associate | $427.50 | 38.90 | $16,629.75 |
| **Paralegals/Paraprofessionals** | | | | |
| Debra O. Fullem | Bankruptcy Research Specialist | $256.50 | 1.00 | $256.50 |
| Michelle M. Rodriguez | Paralegal | $199.75 | 9.50 | $1,897.64 |
| Gerald L. Willey | Senior Paralegal | $285.00 | 1.20 | $342.00 |



ORRICK

September 18, 2013
Page 6

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| **TOTAL:** | | | **142.20** | **$73,629.47** |
| Total Hourly Blended Rate (excluding paralegals/paraprofessionals): | | | | **$545.08**<br><br>$71,133.33/130.50 hrs<br>= $545.08 |

## COMPENSATION BY PROJECT CATEGORY

### JULY 1, 2013 THROUGH JULY 31, 2013

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Matter 141:  PSA Amendments | 12.10 | $8,146.75 |
| Matter 143:  Retention | 4.10 | $1,771.75 |
| Matter 144:  Compensation | 8.10 | $5,001.75 |
| Matter 146:  Securitization Questions | 6.10 | $3,032.89 |
| Matter 148:  Resolution of Pre-Bankruptcy Transaction | 111.80 | $55,676.33 |
| **TOTAL:** | **142.40** | **$73,629.47** |



ORRICK

September 18, 2013
Page 7

## EXPENSE SUMMARY

## JULY 1, 2013 THROUGH JULY 31, 2013

| Expense Category | Total |
|---|---:|
| Outside Services – Regulatory Advice from Dreher Tomkies Scheiderer LLP | $535.00[4] |
| **TOTAL:** | **$535.00** |

---

[4] In connection with their work for the Debtors, Orrick lawyers required assistance from Dreher Tomkies Scheiderer LLP ("Dreher"), which specializes in regulatory advice for servicers and banks.  The Dreher firm provided 1.0 hours of regulatory advice in connection with questions regarding transferring servicing under legacy servicing agreements.



ORRICK

September 18, 2013
Page 8

## SUMMARY OF ALL COMPENSATION PREVIOUSLY REQUESTED

Orrick has served the following monthly fee statements and interim fee applications:

| Monthly/Interim Period | Fees at 100% | Fees at 80% | Expenses at 100% | Total Fees at 80% and 100% of Expenses | Payments Received as of September 16, 2013 |
|---|---|---|---|---|---|
| May 14, 2012 – June 30, 2012 First Monthly Fee Statement | $311,664.09 | $249,331.27 | $204.00 | $249,535.27 | $262,737.21 ($181,861.88 of that amount was applied to the remaining amount of Orrick's pre-petition retainer) |
| July 1, 2012 – July 31, 2012 Second Monthly Fee Statement | $257,980.85 | $206,384.68 | $452.22 | $206,836.90 | $186,457.67 |
| Aug. 1, 2012 – Aug. 31, 2012 Third Monthly Fee Statement | $163,712.13 | $130,969.70 | $21.90 | $130,991.60 | $147,309.81 |
| May 14, 2012 – Aug. 31, 2012 First Interim Fee Application | $733,357.07 | $586,685.65 | $678.12 | $587,363.77 | See above (May 1, 2012 - Aug. 31, 2012) |
| Sept. 1, 2012 – Sept. 30, 2012 Fourth Monthly Fee Statement | $198,762.14 | $159,009.71 | $193.43 | $159,203.14 | $175,580.48 |
| Oct. 1, 2012 – Oct. 31, 2012 Fifth Monthly Fee Statement | $305,468.57 | $244,374.86 | $381.00 | $244,755.86 | $275,302.70 |
| Nov. 1, 2012 – Nov. 20, 2012 Sixth Monthly Fee Statement | $100,071.80 | $80,057.44 | $37.00 | $80,094.44 | $90,101.73 |
| Dec. 1, 2012 – Dec. 31, 2012 Seventh Monthly Fee Statement | $70,462.47 | $56,369.98 | $0.00 | $56,369.98 | $63,416.22 |
| Sept. 1, 2012 – Dec. 31, 2012 Second Interim Fee Application | $674,764.98 | $539,811.98 | $611.43 | $540,423.41 | See above (Sept. 1, 2012 - Dec. 31, 2012) |
| Jan. 1, 2013 – Jan. 31, 2013 Eighth Monthly Fee Statement | $108,904.07 | $87,123.26 | $335.50 | $87,458.76 | $87,458.75 |



**ORRICK**

September 18, 2013
Page 9

| Monthly/Interim Period | Fees at 100% | Fees at 80% | Expenses at 100% | Total Fees at 80% and 100% of Expenses | Payments Received as of September 16, 2013 |
|---|---|---|---|---|---|
| Feb. 1 – Feb. 28, 2013 Ninth Monthly Fee Statement | $107,837.98 | $86,270.38 | $79.40 | $86,349.78 | $1,784.81 |
| March 1 – March 31, 2013 Tenth Monthly Fee Statement | $16,069.74 | $12,855.79 | $78.00 | $12,933.79 | $9,710.52 |
| April 1 – April 30, 2013 Eleventh Monthly Fee Statement | $8,807.94 | $7,046.35 | $65.50 | $7,111.85 | $4,789.66 |
| Jan. 1, 2013 – April 30, 2013 Third Interim Fee Application | 241,619.73 | $193,295.78 | 558.40 | $193,854.18 | See above (Jan. 1, 2013 - April 30, 2013) |
| May 1 – May 31, 2013 Twelfth Monthly Fee Statement | $16,196.40 | $12,957.12 | $46.40 | $13,003.52 | $12,994.23 |
| June 1 – June 30, 2013 Thirteenth Monthly Fee Statement | $35,659.43 | $28,527.54 | 0.00 | $28,527.54 | $0.00 |

Please contact me if you have any questions regarding the foregoing.


Sincerely,

*/s/ Katharine I. Crost*
Katharine I. Crost


Enclosure

# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP INVOICES FOR THE TIME PERIOD JULY 1, 2013 THROUGH JULY 31, 2013

Residential Capital                                        September 16, 2013
8400 Normandale Lake Blvd, Suite 350                        Client No. 11474
Minneapolis, MN 55437                                    Invoice No. 1432253
Attn:  John G. Ruckdaschel, Esq.

                                        Orrick Contact: Katherine I. Crost

FOR SERVICES RENDERED through July 31, 2013 in connection with
the matters described on the attached pages:              $        73,629.47

DISBURSEMENTS as per attached pages:                                535.00

**TOTAL CURRENT FEES & DISBURSEMENTS** (**Pay this Amount**):  $     **74,164.47**

Matter(s):  11474/141, 143, 144, 146, 148
        732838

### DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$312,550.38
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

### REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|---|---|---|
| *Orrick, Herrington & Sutcliffe LLP* | ***ACH & Wire Transfers:*** | *Orrick, Herrington & Sutcliffe LLP* |
| *Lockbox #774619* | ***ABA Number 121000248*** | *c/o Wells Fargo* |
| *4619 Solutions Center* | ***SWIFT CODE:  WFBIUS6S*** | *Attn:  Lockbox #774619* |
| *Chicago, IL  60677-4006* | **Account Number: 4123701088** | *350 East Devon Avenue* |
| *Reference: 11474/ Invoice: 1432253* | *Wells Fargo* | *Itasca, IL  60143* |
| | *420 Montgomery Street* | *(213) 614-3248* |
| | *San Francisco, CA  94104* | *Reference: 11474/ Invoice: 1432253* |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 11474/ Invoice: 1432253* | |
| | *E.I.N. 94-2952627* | |

Residential Capital - 11474                                          September 16, 2013
page 2                                                              Invoice No. 1432253


Residential Capital                                                September 16, 2013
8400 Normandale Lake Blvd, Suite 350                                   Client No. 11474
Minneapolis, MN 55437                                              Invoice No. 1432253
Attn:  John G. Ruckdaschel, Esq.


                                                   Orrick Contact: Katherine I. Crost


For Legal Services Rendered Through July 31, 2013 in Connection With:

**Matter:  141 - PSA Amendments**
**Matter: 732838**

| 07/01/13 | M. Howard | Telephone conference on escrow agreement with Deutsche Bank. | 1.20 |
|---|---|---|---|
| 07/08/13 | T. Mitchell | Telephone conference with M. Howard regarding amendments to AMBAC pooling and servicing agreements. | 0.20 |
| 07/17/13 | T. Mitchell | Telephone conference with M. Howard regarding servicing obligations (.2); analysis regarding same (.1). | 0.30 |
| 07/18/13 | D. Felder | Telephone conference with T. Mitchell regarding Debtors' compliance with state law issues and follow-up regarding same (.2); research regarding same (1.5). | 1.70 |
| 07/18/13 | M. Howard | Telephone conference with ResCap regarding servicing transfer to Deutsche Bank. | 0.80 |
| 07/18/13 | T. Mitchell | Telephone conference with D. Felder regarding state regulation of servicing issues. | 0.10 |
| 07/19/13 | D. Felder | Research regarding state law compliance issues. | 2.50 |
| 07/19/13 | M. Howard | Follow-up telephone conference with ResCap regarding servicing transfer to Deutsche Bank. | 0.90 |
| 07/22/13 | D. Felder | Research regarding compliance with state law issues (1.5); prepare memorandum to T. Mitchell regarding same (1.0). | 2.50 |
| 07/23/13 | D. Felder | Telephone conference with T. Mitchell regarding compliance with state law issues and follow-up regarding same. | 0.30 |
| 07/23/13 | M. Howard | Telephone conference with ResCap on servicing licenses and issues related thereto. | 0.60 |
| 07/23/13 | T. Mitchell | Conference call with client regarding servicer license termination (.8); telephone conference with D. Felder regarding research regarding same (.1); analysis regarding same (.1). | 1.00 |

                        Total Hours                12.10
                        Total For Services              $8,146.75

Residential Capital - 11474                                September 16, 2013
page 3                                                     Invoice No. 1432253

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Debra Felder | 7.00 | 650.00 | 4,550.00 | 617.50 | 4,322.50 |
| Martin  B. Howard | 3.50 | 795.00 | 2,782.50 | 731.50 | 2,560.25 |
| Thomas  C. Mitchell | 1.60 | 825.00 | 1,320.00 | 790.00 | 1,264.00 |
| Total All Timekeepers | 12.10 | | $8,652.50 | | $8,146.75 |

**Total For This Matter**                         **$8,146.75**

For Legal Services Rendered Through July 31, 2013 in Connection With:

**Matter:  143 - Retention**
**Matter: 732843**

| | | | |
|---|---|---|---|
| 07/09/13 | D. Felder | Telephone conference with T. Mitchell regarding disclosure updates (.1); follow-up regarding same (.8). | 0.90 |
| 07/10/13 | D. Fullem | Coordinate finalizing/filing/serving of Fourth Supplemental Declaration of K. Crost. | 0.80 |
| 07/10/13 | D. Felder | Email correspondence to/from T. Mitchell, K. Crost and M. Howard regarding supplemental disclosure (.2); email correspondence with D. Fullem regarding same and follow-up (.3). | 0.50 |
| 07/11/13 | G. Willey | Finalize Fourth Supplemental Declaration of Katharine I. Crost for electronic filing and email to D. Fullem regarding same. | 1.20 |
| 07/11/13 | D. Felder | Revise and finalize supplemental declaration and email correspondence with D. Fullem and P. Reyes regarding same. | 0.50 |
| 07/18/13 | D. Fullem | Review as-filed declaration. | 0.20 |

Total Hours                         4.10
Total For Services                         $1,771.75

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Debra Felder | 1.90 | 650.00 | 1,235.00 | 617.50 | 1,173.25 |
| Debra  O. Fullem | 1.00 | 270.00 | 270.00 | 256.50 | 256.50 |
| Gerald  L. Willey | 1.20 | 300.00 | 360.00 | 285.00 | 342.00 |
| Total All Timekeepers | 4.10 | | $1,865.00 | | $1,771.75 |

**Total For This Matter**                         **$1,771.75**

Residential Capital - 11474                                        September 16, 2013
page 4                                                            Invoice No. 1432253


For Legal Services Rendered Through July 31, 2013 in Connection With:

**Matter:  144 - Compensation**
**Matter: 732844**

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 07/01/13 | D. Felder | Review compensation issues with B. Volodarsky and follow-up regarding same (.2); review email correspondence from M. Howard and S. Vucelick regarding same (.3). | 0.50 |
| 07/09/13 | D. Felder | Review email correspondence from Debtors' counsel regarding third interim fee applications and follow-up with D. Fullem regarding same. | 0.40 |
| 07/25/13 | D. Felder | Begin preparation of June monthly fee statement. | 0.50 |
| 07/29/13 | D. Felder | Email correspondence with J. Dolan and P. Reyes regarding monthly fee statement and status regarding same (.5); begin drafting third quarterly interim fee application (2.5). | 3.00 |
| 07/30/13 | D. Felder | Continue preparing third quarterly fee application and schedules regarding fees and expenses. | 2.00 |
| 07/30/13 | D. Felder | Email correspondence with S. Vucelick regarding status of outstanding fees. | 0.20 |
| 07/31/13 | D. Felder | Continue drafting third quarterly fee application and follow-up emails with S. Vucelick regarding same. | 1.50 |

|  |  |  |
|--|--|--|
| Total Hours | 8.10 | |
| Total For Services | | $5,001.75 |

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|--------------------|-------|-----------|-------------|-------------|---------------|
| Debra Felder | 8.10 | 650.00 | 5,265.00 | 617.50 | 5,001.75 |
| Total All Timekeepers | 8.10 | | $5,265.00 | | $5,001.75 |

**Total For This Matter          $5,001.75**

Residential Capital - 11474                                              September 16, 2013
page 5                                                                   Invoice No. 1432253

For Legal Services Rendered Through July 31, 2013 in Connection With:

**Matter: 146 - Securitization questions**
**Matter: 732846**

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 07/01/13 | D. Bent | Review and finalize the Escrow Agreement between GMAC Mortgage, LLC, Deutsche Bank and U.S. Bank (1.0); review securitization documents for tax review (0.3); telephone conference with C. Oshima (Department of Housing and Urban Development) regarding possible HUD deal (0.1). | 1.40 |
| 07/08/13 | D. Bent | Telephone conference with T. Farley (ResCap), W. Tyson (ResCap), J. Ruckdaschel (ResCap In-House Attorney), and N. Rosenbaum (Morrison & Foerster Partner) regarding potential servicing transfer of various Ambac deals. | 1.00 |
| 07/08/13 | M. Howard | Telephone conference with T. Farley (ResCap), W. Tyson (ResCap), J. Ruckdaschel (ResCap In-House Attorney) and N. Rosenbaum (Morrison & Foerster Partner) regarding potential servicing transfer of various Ambac deals. | 1.00 |
| 07/15/13 | D. Bent | Review securitization documents for tax review (0.3); telephone conference with B. Volodarsky (Orrick Associate) regarding the same (0.1). | 0.40 |
| 07/23/13 | D. Bent | Review, analyze and email summary of Advance Facility Notification received from Deutsche Bank (0.3); email communication with B. Volodarksy (Orrick Associate) regarding missing deals for the tax analysis (0.2); research whether list of 24 deals provided by J. Lombardo (Katten Muchin Rosenman Paralegal) all had Wells Fargo as a custodian (0.2); telephone conference with J. Lombardo (Katten Muchin Rosenman Paralegal) regarding Form 15D filings for the same 24 deals (0.4). | 1.10 |
| 07/24/13 | D. Bent | Telephone conference with B. Volodarsky (Orrick Associate) regarding missing deals needed for tax analysis. | 0.10 |
| 07/26/13 | D. Bent | Telephone conference with T. Farley (ResCap), W. Tyson (ResCap), M. Schoffelen (ResCap), J. Ruckdaschel (ResCap In-House Attorney) and M. Howard (Orrick Senior Partner) regarding collapse of GMACM 2010-1 (0.5); preparation for the telephone conference (0.1). | 0.60 |
| 07/31/13 | D. Bent | Draft and distribute a list of discussion items in preparation for conference call regarding HUD loan sale. | 0.50 |

|  |  | Total Hours | 6.10 |  |
|--|--|-------------|------|--|
|  |  | Total For Services |  | $3,032.89 |

Residential Capital - 11474
page 6

September 16, 2013
Invoice No. 1432253

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Dennis  M. Bent | 5.10 | 650.00 | 3,315.00 | 451.25 | 2,301.39 |
| Martin  B. Howard | 1.00 | 795.00 | 795.00 | 731.50 | 731.50 |
| Total All Timekeepers | 6.10 | | $4,110.00 | | $3,032.89 |

**Total For This Matter**          **$3,032.89**

For Legal Services Rendered Through July 31, 2013 in Connection With:

## Matter:  148 - Resolution of Pre-Bankruptcy Transactions
**Matter: 732848**

| | | | |
|---|---|---|---|
| 07/01/13 | B. Volodarsky | Review and analyze tax issues of junior tranches of Certificates owned by the client (12.0); communicate with S. Jackson regarding issues and follow-up questions (.5); communicate with D. Ridenour regarding issues and follow up on questions (.4) | 12.90 |
| 07/01/13 | D. Ridenour | Review and analyze various Indenture and Pooling and Servicing Agreements to determine (i) if a REMIC, (ii) identify recourse provisions, and (iii) identify note transfer provisions (3.0); draft, review, revise and analyze spreadsheet regarding the same (3.0); participate in numerous conferences with B. Volodarsky and S. Jackson regarding the same (0.3). | 6.30 |
| 07/01/13 | S. Jackson | Telephone conference with B. Volodarsky to discuss due diligence (.5); review issues regarding the same (.5); draft email to B. Westman regarding the same (.5). | 1.50 |
| 07/02/13 | M. Rodriguez | Review agreements and the Tax Analysis chart. | 2.00 |
| 07/02/13 | B. Volodarsky | Review and analyze tax issues of junior tranches of Certificates owned by the client (3.8); communicate with S. Jackson and D. Ridenour regarding review of the resulting product and follow-up questions (.4). | 4.20 |
| 07/02/13 | D. Ridenour | Review and analyze transaction documents in relation to tax analysis for E&Y (7.6); participate in telephone conference with B. Volodarsky and S. Jackson regarding the same (0.4). | 8.00 |
| 07/03/13 | B. Volodarsky | Review and analyze tax issues of junior tranches of Certificates owned by the client (.7); communicate with S. Jackson and D. Ridenour regarding review of the resulting product and follow-up questions (.7). | 1.40 |

Residential Capital - 11474                                        September 16, 2013
page 7                                                            Invoice No. 1432253

| 07/03/13 | D. Ridenour | Continue to review and analyze transaction in connection with tax issues (3.0); participate in telephone conferences with B. Volodarsky and S. Jackson regarding the same (0.2). | 3.20 |
|---|---|---|---|
| 07/03/13 | S. Jackson | Telephone conferences with B. Volodarsky to discuss due diligence (0.7); review due diligence results (1.0), conference with J. Narducci to discuss tax issues (0.6); draft email to B. Westman regarding the same (0.9). | 3.20 |
| 07/03/13 | J. Narducci | Telephone call with S. Jackson regarding tax issues. | 0.60 |
| 07/04/13 | M. Rodriguez | Research regarding Appendix A and follow-up regarding same. | 3.00 |
| 07/04/13 | S. Jackson | Review and respond to query from D. Ridenour regarding due diligence on liquidation trust securities. | 0.50 |
| 07/05/13 | B. Volodarsky | Review and analyze tax issues of junior tranches of Certificates owned by the client per S. Jackson's comments and clarification. | 3.10 |
| 07/05/13 | D. Ridenour | Review, revise, analyze and update spreadsheet regarding tax issues. | 5.00 |
| 07/05/13 | S. Jackson | Telephone conference with D. Ridenour and B. Volodarsky to discuss diligence review. | 0.70 |
| 07/07/13 | B. Volodarsky | Review and analyze tax issues of junior tranches of Certificates owned by the client. | 0.70 |
| 07/08/13 | B. Volodarsky | Review and analyze tax issues. | 0.40 |
| 07/08/13 | D. Ridenour | Prepare and review correspondence regarding final spreadsheet regarding tax issues. | 0.20 |
| 07/08/13 | S. Jackson | Review and revise due diligence results and distribute to B. Westman regarding liquidating trust securities tax project. | 5.20 |
| 07/12/13 | B. Volodarsky | Review and analysis of tax issues of junior tranches of Certificates owned by the client. | 0.90 |
| 07/12/13 | D. Ridenour | Continue to review and analyze information for tax analysis. | 0.80 |
| 07/13/13 | M. Rodriguez | Research and review documents in connection with "Hold Until Maturity" (1.0); prepare memo for attorney review (1.0). | 2.00 |
| 07/15/13 | M. Rodriguez | Research documents using CUSIP Numbers and Bloomberg and updated chart regarding same. | 1.50 |
| 07/15/13 | B. Volodarsky | Review and analyze tax issues related to securities held by the client (1.2); supervise research issues (0.8); review issues regarding the same (1.5). | 3.50 |
| 07/15/13 | D. Ridenour | Review and analyze deal documents and populate spreadsheet relating to tax issues. | 6.00 |
| 07/16/13 | B. Volodarsky | Review and analyze tax issues related to securities held by the client. | 2.50 |

Residential Capital - 11474                                    September 16, 2013
page 8                                                         Invoice No. 1432253

| 07/16/13 | D. Ridenour | Review and analyze closing documents (6.0); populate spreadsheet related thereto (1.2); participate in telephone conferences with B. Volodarsky and S. Jackson regarding the same (0.5). | 7.70 |
|---|---|---|---|
| 07/17/13 | B. Volodarsky | Review and analyze tax issues related to securities held by the client. | 1.30 |
| 07/17/13 | D. Ridenour | Review and analyze tax chart. | 0.20 |
| 07/17/13 | S. Jackson | Telephone conference with B. Volodarsky and D. Ridenour to discuss due diligence review. | 0.50 |
| 07/18/13 | B. Volodarsky | Review and analyze tax issues related to securities held by the client. | 3.50 |
| 07/18/13 | D. Ridenour | Prepare and review correspondence regarding spreadsheet. | 0.20 |
| 07/19/13 | B. Volodarsky | Review and analyze tax issues related to securities held by the client. | 0.70 |
| 07/19/13 | D. Ridenour | Review and analysis of documents in connection with tax questions. | 2.00 |
| 07/19/13 | S. Jackson | Review results of tax due diligence on liquidating trust securities (.3); draft email to J. Ruckdaschel regarding the same (.2). | 0.50 |
| 07/22/13 | D. Ridenour | Review tax spreadsheet and correspondence related thereto. | 0.30 |
| 07/22/13 | S. Jackson | Review and revise description of due diligence results. | 3.70 |
| 07/23/13 | M. Rodriguez | Review CDs provided by ResCap for missing information. | 0.50 |
| 07/23/13 | B. Volodarsky | Communicate with the client regarding missing documents and follow-up (.7); review materials in connection with the same (.3). | 1.00 |
| 07/23/13 | D. Ridenour | Discuss and review missing documents for review. | 0.40 |
| 07/24/13 | M. Rodriguez | Review CDs provided by ResCap for missing information and provide update regarding outstanding items. | 0.50 |
| 07/24/13 | B. Volodarsky | Communicate with the client regarding missing documents. | 2.80 |
| 07/24/13 | D. Ridenour | Finalize remaining deals and determine deal documentation related thereto. | 1.50 |
| 07/24/13 | S. Jackson | Review due diligence spreadsheet (.3); send follow-up email to J. Ruckdaschel regarding liquidating trust securities (.1). | 0.40 |
| 07/26/13 | D. Ridenour | Review final matters regarding tax analysis. | 0.50 |
| 07/26/13 | S. Jackson | Review revised due diligence results (.5); draft email to B. Westman regarding the same in connection with liquidating trust securities (.2). | 0.70 |
| 07/26/13 | M. Howard | Telephone conference with ResCap on amending 2010 FHA.VA transaction in order to wind down the deal. | 1.00 |
| 07/29/13 | D. Ridenour | Review and analyze updates (.2); prepare and review correspondence regarding the same (.3). | 0.50 |
| 07/29/13 | S. Jackson | Review revised spreadsheet (.6); provide additional due diligence results to B. Westman regarding liquidating trust securities (.5). | 1.10 |

Residential Capital - 11474                                    September 16, 2013
page 9                                                         Invoice No. 1432253

| 07/30/13 | D. Beasley | Review and respond to emails from M. Schoffelen regarding FHA loans. | 0.50 |
| 07/31/13 | D. Beasley | Review and respond to emails from M. Schoffelen (.2); telephone conference regarding proposal for FHA loan transaction with HUD (.3). | 0.50 |

Total Hours                        111.80
Total For Services                              $55,676.33

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Duane  K. Beasley | 1.00 | 650.00 | 650.00 | 612.75 | 612.75 |
| Martin  B. Howard | 1.00 | 795.00 | 795.00 | 731.50 | 731.50 |
| Stephen  J. Jackson | 18.00 | 775.00 | 13,950.00 | 736.25 | 13,252.54 |
| John Narducci | 0.60 | 895.00 | 537.00 | 850.25 | 510.15 |
| David  L. Ridenour | 42.80 | 650.00 | 27,820.00 | 515.00 | 22,042.00 |
| Michelle  M. Rodriguez | 9.50 | 235.00 | 2,232.50 | 199.75 | 1,897.64 |
| Boris Volodarsky | 38.90 | 450.00 | 17,505.00 | 427.50 | 16,629.75 |
| Total All Timekeepers | 111.80 | | $63,489.50 | | $55,676.33 |

Disbursements

Outside Services (Dreher Tomkies Scheiderer LLP)                    535.00

Total  Disbursements                           $535.00

**Total For This Matter**                      **$56,211.33**

**\* \* \* COMBINED TOTALS \* \* \***

Total Hours                        142.20
Total Fees, all Matters                        $73,629.47
Total Disbursements, all Matters               $535.00
Total Amount Due                               $74,164.47