# EXHIBIT E-4

# ORRICK'S FIFTEENTH MONTHLY FEE STATEMENT

# FOR THE TIME PERIOD

# AUGUST 1, 2013 – AUGUST 31, 2013



ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W 52ND STREET
NEW YORK, NEW YORK 10019-6142

tel +1-212-506-5000
fax +1-212-506-5151
WWW.ORRICK.COM

Katharine I. Crost
(212) 506-5070
kcrost@orrick.com

October 22, 2013

**VIA ELECTRONIC MAIL AND OVERNIGHT MAIL**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

    Re:    <u>In re Residential Capital, LLC, et al.</u>, Case No. 12-12020:
           Monthly Fee Statement of Orrick, Herrington & Sutcliffe LLP
           for the time period August 1, 2013 through August 31, 2013

Dear Counsel:

Pursuant to the Bankruptcy Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find the monthly fee statement of Orrick, Herrington & Sutcliffe LLP ("Orrick") as Special Securitization Transactional and Litigation Counsel to Residential Capital, *et al.* (collectively, the "Debtors" or the "Company") for the time period August 1, 2013 through August 31, 2013

OHSUSA:754626884.1



October 22, 2013
Page 2

(the "Invoice Period"), which was served on the parties listed in paragraph 2(a) of the Order on October 22, 2013 (the "Monthly Fee Statement").[1]

In the absence of a timely objection, the Debtors shall pay $15,782.28, consisting of the sum of (a) $15,695.18, an amount equal to 80% of the fees ($15,695.18= $19,618.98 x 0.80) and (b) 100% of the expenses ($87.10) being requested in the Monthly Fee Statement.

Objections to the Monthly Fee Statement are due by November 11, 2013 (*i.e.*, 20 days after the date of service of this Monthly Fee Statement).

Pursuant to the Order, Orrick hereby sets forth a description of services rendered to the Debtors, including total hours worked and rates applied,[2] and all reasonable out-of-pocket costs and expenses.  The following is intended to serve as a summary description of the primary services rendered by Orrick during the Invoice Period.  This summary is derived from the time records of the attorneys and paraprofessionals who worked on this matter (attached hereto as **Exhibit A**), which time records were maintained regularly and entered contemporaneously with the rendition of the services by each Orrick attorney and paraprofessional in the ordinary course of practice.  Orrick has incurred actual out-of-pocket costs and expenses in connection with providing services to the Debtors.  Orrick, in the ordinary course of its legal practice, uses the most economical and efficient method, or, where appropriate, outside vendors, when incurring expenses.  Reimbursement of expenses incurred by Orrick to outside vendors is limited to the actual amounts billed to, or paid by, Orrick.

---

[1] Orrick was retained as Special Securitization Transactional and Litigation Counsel pursuant to the *Order Under Section 327(e) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1 Authorizing the Employment and Retention of Orrick Herrington & Sutcliffe LLP as Special Securitization Transactional and Litigation Counsel to the Debtors, Nunc Pro Tunc to May 14, 2012*, entered by the Bankruptcy Court on July 27, 2012 (Dkt. No. 930).

[2] Orrick began representing the Company more than twenty years ago.  In connection with its longstanding representation, Orrick has historically billed the Company at a discounted hourly rate for legal services rendered.  Orrick has agreed to continue to bill the Company at its discounted hourly rates (subject to annual rate increases) during these Chapter 11 cases.  Accordingly, the fees included in this Monthly Fee Statement reflect Orrick's discounted hourly rates.  The "Timekeeper Summary" in Orrick's invoice shows Orrick's "Base Rate," which is the hourly rate normally charged to Orrick clients, and the "Billed Rate," which reflects the discounted hourly rates Orrick is providing to the Debtors.



October 22, 2013
Page 3

PSA Amendments (Matter 141)

Orrick reviewed an Ernst & Young memorandum and corresponded internally regarding certain tax issues. Orrick also reviewed a memorandum from the Debtors and participated in a telephone conference with the Debtors regarding the same. In connection with this matter, Orrick devoted 0.80 hours resulting in fees of $604.20 and $87.10 in expenses.

Compensation (Matter 144)

Orrick revised its third quarterly fee applications and certain exhibits and schedules thereto. Orrick corresponded internally and with Morrison & Foerster regarding the same. Orrick prepared, revised and finalized its June 2013 monthly fee statement and corresponded internally regarding the same. In addition, Orrick began drafting its July 2013 monthly fee statement. In connection with this matter, Orrick devoted 14.30 hours resulting in fees of $7,932.50 and no expenses.[3]

Securitization Questions (Matter 146)

Orrick reviewed and revised a participation servicing agreement and corresponded with the HUD regarding the same. Orrick also reviewed and corresponded with counsel from GreenTree regarding a certain amendment and an opinion regarding the same. In addition, Orrick participated in a telephone conference with the Debtors regarding a FHA bulk sale and responded to questions regarding the same. Orrick drafted and distributed a side letter agreement and communicated with the Debtors regarding the same. In connection with this matter, Orrick devoted 7.20 hours resulting in fees of $3,442.84 and no expenses.

---

[3] Orrick devoted an additional 4.70 hours resulting in fees of $2,902.25 in connection with reviewing, revising and finalizing its monthly time records. Orrick also devoted 10.30 hours resulting in fees of $6,360.25 in connection with defending its third quarterly fee application in response to the U.S. Trustee's objections. Orrick is aware of Judge Bernstein's August 24, 2010 decision in *In re CCT Communications, Inc.*, Case No. 07-10210, which held, among other things, that reviewing and editing time records is not compensable. This Court has also stated that the fees incurred in connection with defending against an objection to a fee application are not compensable from a debtor's estate. Accordingly, Orrick is not seeking compensation from the Debtors' estates for these fees.

OHSUSA:754626884.1



ORRICK

October 22, 2013
Page 4


Resolution of Pre-Bankruptcy Transaction (Matter 148)

Orrick participated in a telephone conference with the Debtors regarding a HUD proposal for EBO loans and reviewed revisions to a HUD PSA.  Orrick also analyzed certain tax issues and advised the Debtors regarding the same.  In addition, Orrick advised the Debtors regarding the disposition of mortgage assets and certain amendments to a legacy securitization.  Orrick also reviewed and responded to correspondence from the Debtors regarding a GMACM transaction.  In connection with this matter, Orrick devoted 10.90 hours resulting in fees of $7,639.44 and no expenses.

OHSUSA:754626884.1



October 22, 2013
Page 5

## COMPENSATION SUMMARY

### AUGUST 1, 2013 THROUGH AUGUST 31, 2013

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| **Partners & Senior Counsel** | | | | |
| Martin B. Howard | Partner | $731.50 | 5.80 | $4,242.70 |
| Stephen J. Jackson | Partner | $736.25 | 2.20 | $1,619.76 |
| Kenneth Whyburn | Of Counsel | $755.25 | 0.80 | $604.20 |
| **Associates** | | | | |
| Duane K. Beasley | Senior Associate | $612.75 | 4.10 | $2,512.29 |
| Dennis M. Bent | Contract Associate | $451.25 | 6.00 | $2,707.53 |
| Debra L. Felder | Senior Associate | $617.50 | 11.60 | $7,163.00 |
| **Paralegals/Paraprofessionals** | | | | |
| Gerald L. Willey | Senior Paralegal | $285.00 | 2.70 | $769.50 |
| **TOTAL:** | | | 33.20 | $19,618.98 |
| Total Hourly Blended Rate (excluding paralegals/paraprofessionals): | | | | $618.02 $18,849.48/30.50 hrs = $618.02 |

OHSUSA:754626884.1



October 22, 2013
Page 6

## COMPENSATION BY PROJECT CATEGORY

### AUGUST 1, 2013 THROUGH AUGUST 31, 2013

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Matter 141: PSA Amendments | 0.80 | $604.20 |
| Matter 144: Compensation | 14.30 | $7,932.50 |
| Matter 146: Securitization Questions | 7.20 | $3,442.84 |
| Matter 148: Resolution of Pre-Bankruptcy Transaction | 10.90 | $7,639.44 |
| TOTAL: | | $19,618.98 |

## EXPENSE SUMMARY

### AUGUST 1, 2013 THROUGH AUGUST 31, 2013

| Expense Category | Total |
|---|---:|
| PACER | $87.10 |
| **TOTAL:** | **$87.10** |

OHSUSA:754626884.1


ORRICK

October 22, 2013
Page 7

## SUMMARY OF ALL COMPENSATION PREVIOUSLY REQUESTED

Orrick has served the following monthly fee statements and interim fee applications:

| **Monthly/Interim Period** | **Fees at 100%** | **Fees at 80%** | **Expenses at 100%** | **Total Fees at 80% and 100% of Expenses** | **Payments Received as of October 18, 2013** |
|---|---|---|---|---|---|
| May 14, 2012 – June 30, 2012 First Monthly Fee Statement | $311,664.09 | $249,331.27 | $204.00 | $249,535.27 | $311,868.09 ($181,861.88 of that amount was applied to the remaining amount of Orrick's pre-petition retainer) |
| July 1, 2012 – July 31, 2012 Second Monthly Fee Statement | $257,980.85 | $206,384.68 | $452.22 | $206,836.90 | $204,264.07 |
| Aug. 1, 2012 – Aug. 31, 2012 Third Monthly Fee Statement | $163,712.13 | $130,969.70 | $21.90 | $130,991.60 | $163,734.03 |
| May 14, 2012 – Aug. 31, 2012 First Interim Fee Application | $733,357.07 | $586,685.65 | $678.12 | $587,363.77 | See above (May 1, 2012 - Aug. 31, 2012) |
| Sept. 1, 2012 – Sept. 30, 2012 Fourth Monthly Fee Statement | $198,762.14 | $159,009.71 | $193.43 | $159,203.14 | $195,456.74 |
| Oct. 1, 2012 – Oct. 31, 2012 Fifth Monthly Fee Statement | $305,468.57 | $244,374.86 | $381.00 | $244,755.86 | $305,849.57 |
| Nov. 1, 2012 – Nov. 20, 2012 Sixth Monthly Fee Statement | $100,071.80 | $80,057.44 | $37.00 | $80,094.44 | $100,108.80 |
| Dec. 1, 2012 – Dec. 31, 2012 Seventh Monthly Fee Statement | $70,462.47 | $56,369.98 | $0.00 | $56,369.98 | $70,462.47 |
| Sept. 1, 2012 – Dec. 31, 2012 Second Interim Fee Application | $674,764.98 | $539,811.98 | $611.43 | $540,423.41 | See above (Sept. 1, 2012 - Dec. 31, 2012) |
| Jan. 1, 2013 – Jan. 31, 2013 Eighth Monthly Fee Statement | $108,904.07 | $87,123.26 | $335.50 | $87,458.76 | $88,389.56 |

OHSUSA:754626884.1



**ORRICK**

October 22, 2013
Page 8

| Monthly/Interim Period | Fees at 100% | Fees at 80% | Expenses at 100% | Total Fees at 80% and 100% of Expenses | Payments Received as of October 18, 2013 |
|---|---|---|---|---|---|
| Feb. 1 – Feb. 28, 2013 Ninth Monthly Fee Statement | $107,837.98 | $86,270.38 | $79.40 | $86,349.78 | $97,125.65 |
| March 1 – March 31, 2013 Tenth Monthly Fee Statement | $16,069.74 | $12,855.79 | $78.00 | $12,933.79 | $14,532.97 |
| April 1 – April 30, 2013 Eleventh Monthly Fee Statement | $8,807.94 | $7,046.35 | $65.50 | $7,111.85 | $7,999.20 |
| Jan. 1, 2013 – April 30, 2013 Third Interim Fee Application | 241,619.73 | $193,295.78 | 558.40 | $193,854.18 | See above (Jan. 1, 2013 - April 30, 2013) |
| May 1 – May 31, 2013 Twelfth Monthly Fee Statement | $16,196.40 | $12,957.12 | $46.40 | $13,003.52 | $12,994.23 |
| June 1 – June 30, 2013 Thirteenth Monthly Fee Statement | $35,659.43 | $28,527.54 | 0.00 | $28,527.54 | $0.00 |
| July 1 – July 31, 2013 Fourteenth Monthly Fee Statement | $73,629.47 | $58,903.58 | $535.00 | $59,438.58 | $0.00 |

Please contact me if you have any questions regarding the foregoing.

Sincerely,

*/s/ Katharine I. Crost*
Katharine I. Crost

Enclosure

OHSUSA:754626884.1

# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP INVOICES FOR THE TIME PERIOD AUGUST 1, 2013 THROUGH AUGUST 31, 2013

| | |
|---|---|
| Residential Capital | September 26, 2013 |
| 8400 Normandale Lake Blvd, Suite 350 | Client No. 11474 |
| Minneapolis, MN 55437 | Invoice No. 1439208 |
| Attn:  John G. Ruckdaschel, Esq. | |

Orrick Contact: Katherine I. Crost

| | | |
|---|---|---:|
| FOR SERVICES RENDERED through August 31, 2013 in connection with the matters described on the attached pages: | $ | 19,618.98 |
| DISBURSEMENTS as per attached pages: | | 87.10 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount)**: | **$** | **19,706.08** |

Matter(s):  11474/141, 144, 146, 148
           732838

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$372,537.90
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

**REMITTANCE COPY - PLEASE RETURN WITH PAYMENT**

| **REMITTANCE ADDRESS:** | **ELECTRONIC FUNDS TRANSFERS:** | **OVERNIGHT DELIVERY:** |
|:---:|:---:|:---:|
| *Orrick, Herrington & Sutcliffe LLP* | ***ACH & Wire Transfers:*** | *Orrick, Herrington & Sutcliffe LLP* |
| *Lockbox #774619* | ***ABA Number 121000248*** | *c/o Wells Fargo* |
| *4619 Solutions Center* | ***SWIFT CODE:  WFBIUS6S*** | *Attn:  Lockbox #774619* |
| *Chicago, IL  60677-4006* | ***Account Number: 4123701088*** | *350 East Devon Avenue* |
| *Reference: 11474/ Invoice: 1439208* | *Wells Fargo* | *Itasca, IL  60143* |
| | *420 Montgomery Street* | *(213) 614-3248* |
| | *San Francisco, CA  94104* | *Reference: 11474/ Invoice: 1439208* |
| | *Account of* | |
| | *Orrick, Herrington & Sutcliffe LLP* | |
| | *Reference: 11474/ Invoice: 1439208* | |
| | *E.I.N. 94-2952627* | |

| | |
|---|---:|
| Residential Capital - 11474 | September 26, 2013 |
| page 2 | Invoice No. 1439208 |

| | |
|---|---:|
| Residential Capital | September 26, 2013 |
| 8400 Normandale Lake Blvd, Suite 350 | Client No. 11474 |
| Minneapolis, MN 55437 | Invoice No. 1439208 |
| Attn:  John G. Ruckdaschel, Esq. | |

Orrick Contact: Katherine I. Crost

For Legal Services Rendered Through August 31, 2013 in Connection With:

**Matter:  141 - PSA Amendments**
**Matter: 732838**

| | | | |
|---|---|---|---:|
| 08/10/13 | K. Whyburn | Review E&Y memo regarding tax issued for hold to maturity securities (.1); email to M. Howard regarding same (.1). | 0.20 |
| 08/11/13 | K. Whyburn | Review S. Jackson spreadsheet regarding hold to maturity securities. | 0.20 |
| 08/12/13 | K. Whyburn | Telephone conference with M. Howard regarding hold to maturity securities and circumstance giving rise to tax issues. | 0.20 |
| 08/13/13 | K. Whyburn | Review J. Ruckdaschel memo regarding tax issues (.1); conference call with J. Ruckdaschel and M. Howard regarding tax issues related to hold to maturity loans (.1). | 0.20 |

| | | |
|---|---:|---:|
| Total Hours | 0.80 | |
| Total For Services | | $604.20 |

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---:|---:|---:|---:|---:|
| Kenneth Whyburn | 0.80 | 795.00 | 636.00 | 755.25 | 604.20 |
| Total All Timekeepers | 0.80 | | $636.00 | | $604.20 |

Disbursements
   PACER                                          87.10

| | |
|---|---:|
| Total  Disbursements | $87.10 |

**Total For This Matter**                                          **$691.30**

Residential Capital - 11474  
page 3

September 26, 2013  
Invoice No. 1439208

For Legal Services Rendered Through August 31, 2013 in Connection With:

**Matter: 144 - Compensation**  
**Matter: 732844**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/01/13 | D. Felder | Revise third quarterly fee application (.8); email correspondence to K. Crost and M. Howard regarding same (.2). | 1.00 |
| 08/05/13 | D. Felder | Review third quarterly fee application and schedules regarding the same (1.5); review email correspondence from Debtors' counsel regarding the same (.4); email correspondence with D. Fullem regarding the same (.4); prepare June monthly fee statement (1.0). | 3.30 |
| 08/06/13 | D. Felder | Email correspondence with K. Crost, D. Fullem and G. Willey regarding third interim fee application and follow-up regarding same (1.5); review certificate of service and exhibits from D. Fullem (.5); review email correspondence from Debtors' counsel regarding same and follow-up with D. Fullem and G. Willey regarding same (.5); revise June monthly fee statement (.8); email correspondence with S. Vucelick regarding same (.2). | 3.50 |
| 08/07/13 | G. Willey | Prepare fee application and exhibits for electronic filing (1.5); prepare cover letter to Judge and hard copy and CDs of same (1.2). | 2.70 |
| 08/07/13 | D. Felder | Email correspondence with D. Fullem, G. Willey, K. Crost and M. Howard regarding third quarterly fee application (.5); review and finalize same (.9); email correspondence with E. Richards (Morrison & Foerster) regarding same and follow-up with D. Fullem (.5). | 1.90 |
| 08/08/13 | D. Felder | Finalize June monthly fee statement (.2); email correspondence with K. Crost and M. Howard regarding same (.2). | 0.40 |
| 08/12/13 | D. Felder | Finalize and serve June monthly fee statement. | 0.50 |
| 08/15/13 | D. Felder | Begin preparation of July monthly fee statement. | 1.00 |

Total Hours            14.30  
Total For Services            $7,932.50

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Debra Felder | 11.60 | 650.00 | 7,540.00 | 617.50 | 7,163.00 |
| Gerald L. Willey | 2.70 | 300.00 | 810.00 | 285.00 | 769.50 |
| Total All Timekeepers | 14.30 | | $8,350.00 | | $7,932.50 |

**Total For This Matter**            **$7,932.50**

| | |
|---|---|
| Residential Capital - 11474 | September 26, 2013 |
| page 4 | Invoice No. 1439208 |

For Legal Services Rendered Through August 31, 2013 in Connection With:

**Matter:  146 - Securitization questions**
**Matter: 732846**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/01/13 | D. Bent | Prepare for and attend telephone conference with W. Tyson (ResCap), M. Schoffelen (ResCap), J. Ruckdaschel (ResCap In-House Counsel) and M. Howard (Orrick Senior Partner) regarding proposed HUD sale. | 0.30 |
| 08/05/13 | D. Bent | Review and revise the Participation Servicing Agreement. | 2.20 |
| 08/07/13 | D. Bent | Distribute draft of Participating Servicing Agreement to HUD. | 0.10 |
| 08/19/13 | D. Bent | Review and provide comments on RFMSII 2006-HSA1 amendment. | 0.20 |
| 08/20/13 | D. Bent | Telephone conference with C. Opp (GreenTree Attorney) regarding amendment to RFMSII 2006-HSA1. | 0.10 |
| 08/29/13 | D. Beasley | Telephone conference with W. Tyson (ResCap), M. Schoffelen (ResCap) and D. Bent (Orrick Senior Associate) regarding FHA bulk sale. | 0.70 |
| 08/29/13 | D. Bent | Telephone conference with W. Tyson (ResCap), M. Schoffelen (ResCap) and D. Beasley (Orrick Senior Associate) regarding FHA bulk sale. | 0.70 |
| 08/30/13 | D. Beasley | Respond to questions from W. Tyson (ResCap) regarding FHA bulk sale. | 0.50 |
| 08/30/13 | D. Bent | Draft description on the advance facility amendments (0.2); email communication with D. Felder (Orrick Senior Associate) regarding the same (.1). | 0.30 |
| 08/30/13 | D. Bent | Prepare for and attend telephone conference with C. Opp (GreenTree) and R. Gross (Bingham) regarding opinion to amend RFMSII 2006-HSA1 (0.3); email communication with J. Ruckdaschel (ResCap In-House Attorney) regarding the same (0.1). | 0.40 |
| 08/30/13 | D. Bent | Draft and distribute the Side Letter Agreement between ResCap and Roosevelt (1.6); telephone conference with W. Tyson (ResCap) regarding the same (0.1). | 1.70 |

|  |  |  |
|---|---|---|
| Total Hours | 7.20 | |
| Total For Services | | $3,442.84 |

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Duane K. Beasley | 1.20 | 650.00 | 780.00 | 612.76 | 735.31 |
| Dennis M. Bent | 6.00 | 650.00 | 3,900.00 | 451.26 | 2,707.53 |
| Total All Timekeepers | 7.20 | | $4,680.00 | | $3,442.84 |

|  |  |
|---|---|
| **Total For This Matter** | **$3,442.84** |

For Legal Services Rendered Through August 31, 2013 in Connection With:

Residential Capital - 11474 September 26, 2013
page 5 Invoice No. 1439208

**Matter: 148 - Resolution of Pre-Bankruptcy Transactions**
**Matter: 732848**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/01/13 | M. Howard | Telephone conference with B. Tyson regarding HUD proposal for EBO loans. | 1.20 |
| 08/05/13 | M. Howard | Review of revisions to HUD PSA. | 0.80 |
| 08/12/13 | M. Howard | Conference with J. Ruckdaschel on tax residuals. | 0.80 |
| 08/13/13 | M. Howard | Follow-up conference with J. Ruckdaschel on tax residuals. | 1.80 |
| 08/14/13 | D. Beasley | Respond to questions from M. Schoffelen (ResCap) regarding bailee agreements. | 0.20 |
| 08/14/13 | S. Jackson | Telephone conferences with M. Howard and K. Whyburn to discuss recourse analysis and review related materials from EY. | 1.50 |
| 08/14/13 | M. Howard | Analyze issues regarding residual tax. | 1.20 |
| 08/19/13 | D. Beasley | Review and respond to questions from M. Schoffelen regarding disposition of mortgage assets (.5); review and respond to questions from J. Ruckdaschel regarding amendment to a legacy securitization (.5). | 1.00 |
| 08/19/13 | S. Jackson | Prepare for call regarding recourse analysis for liquidating trust securities and review related materials from EY. | 0.70 |
| 08/21/13 | D. Beasley | Review and respond to emails from M. Schoffelen regarding forms of bailee letters and questions regarding disposition of FHA loans. | 1.20 |
| 08/27/13 | D. Beasley | Respond to questions from M. Schoffelen (ResCap) regarding GMACM 2010-1 transaction (0.3); follow-up regarding trustees for GMACM 2010-1 regarding potential liquidation of the transaction (0.2). | 0.50 |

Total Hours 10.90
Total For Services $7,639.44

| Timekeeper Summary | Hours | Base Rate | Base Amount | Billed Rate | Billed Amount |
|---|---|---|---|---|---|
| Duane K. Beasley | 2.90 | 650.00 | 1,885.00 | 612.75 | 1,776.98 |
| Martin B. Howard | 5.80 | 795.00 | 4,611.00 | 731.50 | 4,242.70 |
| Stephen J. Jackson | 2.20 | 775.00 | 1,705.00 | 736.25 | 1,619.76 |
| Total All Timekeepers | 10.90 | | $8,201.00 | | $7,639.44 |

**Total For This Matter** **$7,639.44**

\* \* \* **COMBINED TOTALS** \* \* \*

|  |  |
|---|---|
| Total Hours | 33.20 |
| Total Fees, all Matters | $19,618.98 |
| Total Disbursements, all Matters | $87.10 |
| Total Amount Due | $19,706.08 |