Katharine I. Crost (New York Bar No. 1391523)
Lorraine S. McGowen (New York Bar No. 2137727)
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

*Special Securitization Transactional
and Litigation Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) ) | Chapter 11 |
| Debtors. | ) ) | Jointly Administered |

### AFFIDAVIT OF SERVICE

      I, DEBRA O. FULLEM, hereby depose and say that I am employed by Orrick, Herrington & Sutcliffe LLP ("Orrick"), Special Securitization Transactional and Litigation Counsel to the Debtors and Debtors in Possession in the above-referenced cases.

      On November 18, 2013, I caused the following documents to be served via federal-express and electronic mail to those parties as identified on the following page.

**FOURTH INTERIM APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP
AS SPECIAL SECURITIZATION TRANSACTIONAL AND LITIGATION COUNSEL
FOR THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES INCURRED FOR THE PERIOD
MAY 1, 2013 THROUGH AUGUST 31, 2013 ALONG WITH
SUMMARY CHARTS AND EXHIBITS THERETO**

**Via Federal Express:**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
       Lorenzo Marinuzzi

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and Douglas H. Mannal

(With CD)
Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Michael Driscoll

(With CD)
Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Brian S. Masumoto

(With CD)
Office of the United States Trustee
355 Main Street – First Floor
Poughkeepsie, NY 12601
Attn: Eric J. Small, Esq.

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

**Via Electronical Mail:**

lnashelsky@mofo.com;
glee@mofo.com;
lmarinuzzi@mofo.com
smolison@mofo.com
keckstein@kramerlevin.com

2

dmannal@kramerlevin.com
michael.driscoll@usdoj.gov
eric.j.small@usdoj.gov
tracy.davis2@usdoj.gov
brian.masumoto@usdoj.gov
linda.riffkin@usdoj.gov
richard.cieri@kirkland.com
ray.schrock@kirkland.com
erichards@mofo.com

Dated: November 18, 2013      /S/ DEBRA O. FULLEM
　　　　　　　　　　　　　　Debra O. Fullem
　　　　　　　　　　　　　　ORRICK HERRINGTON & SUTCLIFFE LLP
　　　　　　　　　　　　　　1152 15th Street, N.W.
　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　Telephone: (202) 339-8400
　　　　　　　　　　　　　　Facsimile: (202) 339-8500

　　　　　　　　　　　　　　*Special Securitization Transactional*
　　　　　　　　　　　　　　*and Litigation Counsel to the Debtors*
　　　　　　　　　　　　　　*and Debtors in Possession*

Subscribe and Sworn to before me
this 18th day of November 2013

*/S/MICHELLE JORDAN*
Notary Public

My Commission Expires: 4/30/2016

3