**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2013, I electronically filed the Motion for Admission to Practice, *Pro Hac Vice*, Docket No. 5805, with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record by CM/ECF.

*s/ Jennifer L. Sutton*
Jennifer L. Sutton
Senior Counsel

Board of Governors
of the Federal Reserve System
20th and C Streets, NW
Washington, DC 20551
Telephone: (202) 452-3564
Facsimile: (202) 736-5615
Email: jennifer.l.sutton@frb.gov