# EXHIBIT B

## SUMMARY OF SERVICES BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Bankruptcy Litigation | 3,346.90 | $2,255,866.00 |
| Case Administration | 48.80 | $14,845.50 |
| Hearings | 29.70 | $21,225.00 |
| Meeting of Creditors | 24.60 | $21,780.00 |
| PSZJ Compensation | 11.00 | $6,682.50 |
| Retention of Professionals | 0.30 | $292.50 |
| Compensation of Professionals | 2.60 | $1,695.00 |
| **TOTAL SERVICES:** | **3,463.90** | **$2,322,386.50** |