# EXHIBIT C

### SUMMARY OF TIME CHARGES AND HOURLY RATES BY PROFESSIONAL
### FOR PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013

| Name of Professional & Title | Year Admitted to Practice | Billing Rate | Total Hours Billed | Fee Totals |
|---|---|---|---|---|
| **Partners** | | | | |
| Dean A. Ziehl | 1978 | $975.00 | 43.90 | $42,802.50 |
| Robert J. Feinstein | 1982 | $975.00 | 204.30 | $199,192.50 |
| Robert B. Orgel | 1981 | $915.00 | 62.00 | $56,730.00 |
| ~~Andrew W. Caine~~ | ~~1984~~ | ~~$875.00~~ | ~~1.20~~ | ~~$1,050.00~~ |
| Henry C. Kevane | 1986 | $850.00 | 179.60 | $152,660.00 |
| John A. Morris | 1991 | $835.00 | 539.50 | $450,482.50 |
| Linda F. Cantor | 1991 | $835.00 | 83.70 | $69,889.50 |
| Iain A. W. Nasatir | 1983 | $795.00 | 78.50 | $62,407.50 |
| Ellen M. Bender | 1984 | $775.00 | 80.40 | $62,310.00 |
| Bruce Grohsgal | 1990 | $750.00 | 51.50 | $38,625.00 |
| James E. O'Neill | 1985 | $695.00 | 47.00 | $32,665.00 |
| Harry D. Hochman | 1987 | $695.00 | 24.80 | $17,236.00 |
| Nina L. Hong | 1996 | $625.00 | 61.70 | $38,562.50 |
| Ilan D. Scharf | 2001 | $595.00 | 11.70 | $6,961.50 |
| **Of Counsel** | | | | |
| Daryl G. Parker | 1970 | $775.00 | 49.10 | $38,052.50 |
| James K. T Hunter | 1976 | $775.00 | 75.70 | $58,667.50 |
| Victoria A. Newmark | 1996 | $695.00 | 112.20 | $77,979.00 |
| Maria A. Bove | 2001 | $675.00 | 37.70 | $25,447.50 |
| Gina F. Brandt | 1976 | $645.00 | 74.70 | $48,181.50 |
| Jonathan J. Kim | 1996 | $645.00 | 154.60 | $99,717.00 |
| Erin E. Gray | 1992 | $625.00 | 66.70 | $41,687.50 |
| Robert M. Saunders | 1984 | $625.00 | 165.50 | $103,437.50 |
| Gail S. Greenwood | 1994 | $625.00 | 67.30 | $42,062.50 |
| Jeffrey P. Nolan | 1992 | $625.00 | 62.80 | $39,250.00 |
| William L. Ramseyer | 1980 | $595.00 | 110.90 | $65,985.50 |
| Cia H. Mackle | 2006 | $475.00 | 264.60 | $125,685.00 |
| **Associates** | | | | |
| Teddy M. Kapur | 2004 | $525.00 | 122.90 | $64,522.50 |
| Jason H. Rosell | 2010 | $450.00 | 517.90 | $233,055.00 |
| **Paraprofessionals** | | | | |
| Leslie A. Forrester, Paralegal | N/A | $295.00 | 5.00 | $1,475.00 |
| Patricia J. Jeffries, Paralegal | N/A | $295.00 | 5.40 | $1,593.00 |
| Thomas J. Brown, Paralegal | N/A | $245.00 | 102.30 | $25,063.50 |
| **TIME CHARGES TOTAL:** | | | **3,463.90** | **$2,322,386.50** |
| **Blended Hourly Rate (Attorneys and Paralegals)** | | | | **$670.45** |
| **Blended Hourly Rate (Attorneys)** | | | | **$684.61** |

DOCS_NY:30520.5