# **EXHIBIT D**

| Expense Category | Total Expenses |
|---|---|
| Auto Travel Expense | $54.30 |
| Bloomberg | $281.10 |
| Conference Call | $135.52 |
| Federal Express | $1,197.82 |
| Filing Fee | $200.00 |
| Lexis/Nexis- Legal Research | $3,847.74 |
| Outside Services | $1,587.29 |
| Pacer – Court Research | $1,197.10 |
| Reproduction Expense | $162.20 |
| ~~Reproduction/Scan Copy~~ | ~~$2,598.00~~ |
| Research | $150.00 |
| Transcript | $1,871.15 |
| ~~Travel Expense~~ | ~~$41.50~~ |
| Westlaw Legal Research | $16,414.20 |
| Working Meals | $1,084.32 |
| **TOTAL DISBURSEMENTS:** | **$28,182.74** |