**EXHIBIT B**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY SEVERSON & WERSON, P.C. ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013**

**Compensation by Matter**

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| A110 | Manage Data/Files | .4 | 108.00 |
| L110 | Fact Investigation/Development | 73.9 | 15272.55 |
| L120 | Analysis/Strategy | 181.4 | 53074.80 |
| L140 | Document/File Management | 19.6 | 2839.95 |
| L160 | Settlement/Non-Binding ADR | 69.2 | 18990.90 |
| L190 | Other Case Assessment | 20.2 | 5564.70 |
| L210 | Pleadings | 84.7 | 22693.35 |
| L230 | Court Mandated Conferenced | 42.8 | 11341.80 |
| L240 | Dispositive Motions | 35.9 | 10210.95 |
| L250 | Other Written Motions | 36.7 | 10712.25 |
| L310 | Written Discovery | 7.1 | 2039.40 |
| L320 | Document Production | .5 | 135.00 |
| L330 | Depositions | 35.8 | 10264.95 |
| L390 | Other Discovery | .2 | 47.70 |
| L410 | Fact Witnesses | 44.2 | 12358.80 |
| L420 | Expert Witnesses | 3.2 | 916.65 |
| L430 | Written Motions/Submissions | 100.3 | 27519.30 |
| L440 | Other Trial Preparation | 121 | 31234.50 |
| L450 | Trial and Hearing Attendance | 76.4 | 20855.25 |
| L460 | Post-Trial Motions and Submissions | 4.5 | 979.20 |
| L470 | Enforcement | .5 | 130.50 |
| L510 | Appellate Motions & Submissions | 13.8 | 4588.20 |
| L520 | Appellate Briefs | 37.3 | 9850.05 |
| **Total Fees Incurred** | | **1009.60** | **$271,728.75** |

19000.9997/2942933.1