**EXHIBIT C**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY SEVERSON & WERSON, P.C. ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013**

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| **Chilton, Jan** | Appellate | 490.50 | 5.3 | 2599.65 |
| **Cram, Donald** | Bankruptcy 1992 | $337.50 | 37.2 | 12555.00 |
| **Hankins, Suzanne** | Financial Svcs. 1992 | $333.00 | 7.5 | 2497.50 |
| **Sullivan, John** | Financial Svcs. 1980 | $427.50 | 31.6 | 13509.000 |
| **Sullivan, Mary Kate** | Financial Svcs. 1995 | $270.00 | 118.50 | 31995.00 |
| **Wraight, Mark** | Financial Svcs. 2003 | $274.50 | 4.50 | 1235.25 |
| **Associates** | | | | |
| **Abbott, Thomas** | Financial Svcs. 2006 | $270.00 | 1.2 | 324.00 |
| **Barasch, Adam** | Bankruptcy 2008 | $292.50 | 6.0 | 1755.00 |
| **Buell, Edward** | Financial Svcs. 2005 | $279.00 | 22.4 | 6249.60 |
| **Cross, Michael** | Financial Svcs. 2010 | $238.50 | 14.00 | 3339.00 |
| **Dykstra, Jonathan** | Financial Svcs. 2008 | $238.50 | 4.7 | 1157.40 |
| **Esposito, Matthew** | Financial Svcs. 2002 | $279.00 | 41.4 | 11550.60 |
| **Franich, Kerry** | Financial Svcs. 2006 | $270.00 | 3.2 | 864.00 |
| **Gandy, Robert** | Financial Svcs. 2003 | $274.50 | 9.6 | 2635.20 |
| **Givental, Alisa** | Financial Svcs. 2010 | $238.50 | 19.1 | 4555.35 |
| **Glasser, Dana** | Financial Svcs. 2007 | $274.50 | 18.1 | 2141.10 |
| **Grewal, Gurinder S.** | Financial Svcs. 2011 | $234.00 | 6.4 | 1567.80 |
| **Gruber, Megan** | Financial Svcs. 2006 | $261.00 | 4.4 | 1148.40 |
| **Holmes, Toriana** | Financial Svcs. 2008 | $225.00 | 20.9 | 2442.60 |
| **Andrews, M. Elizabeth** | Appellate 2009 | $261.00 | 39.3 | 10257.30 |
| **Ito, Ryan** | Financial Svcs. 2007 | $247.50 | 3.2 | 792.00 |
| **Ives, Jon** | Appellate 2004 | $279.00 | 6.5 | 1813.50 |
| **Kelly, Megan** | Financial Svcs. 2007 | $234.00 | 11.1 | 2597.40 |
| **Kemp, Erik** | Financial Svcs. 2006 | $274.50 | 8.9 | 2443.05 |
| **Kornberg, Bernard** | Bankruptcy 2007 | $234.00 | 12.9 | 3018.60 |
| **Ladi, Laszlo** | Financial Svcs. 2012 | $256.50 | 9.4 | 2411.10 |
| **Liu, David** | Financial Svcs. 2001 | $288.00 | 70.6 | 23299.20 |
| **Meyer, Charles T.** | Financial Svcs. | $285.00 | .8 | 228.00 |
| **Miller, Kenneth S.** | Financial Svcs. 2012 | $256.50 | 14.6 | 3744.90 |
| **Minegar, Andrew L.** | Financial Svcs. | $256.50 | .7 | 179.55 |
| **Nowlin, Marlene** | Financial Svcs. 1991 | $306.00 | 5.1 | 1560.60 |
| **Paese, Kimberly** | Financial Svcs. 2008 | $265.50 | 2.8 | 743.40 |
| **Riedman, Natilee** | Financial Svcs. 2008 | $238.50 | 8.9 | 2122.65 |
| **Roman, Eleanor** | Financial Svcs. 1995 | $306.00 | 34.00 | 10404.00 |
| **Saelao, Rebecca** | Financial Svcs. 2002 | $288.00 | 269.8 | 77702.40 |
| **Schindler, Maria** | Financial Svcs. 2011 | $216.00 | 6.4 | 1382.40 |
| **Sears, Alex** | Financial Svcs. 2004 | $288.00 | .2 | 57.60 |
| **Shaham, Yaron** | Financial Svcs. 2001 | $238.50 | 32.0 | 7632.00 |
| **Wendlenner, Kurt S.** | Financial Svcs. 2005 | $265.50 | 7.8 | 2070.90 |
| **Whittemore, Brian** | Financial Svcs. 2006 | $265.50 | 11.7 | 3106.35 |
| **Wood, Andrew** | Financial Svcs. 2011 | $225.00 | 4.1 | 922.50 |
| **Paralegals** | | | | |
| **Tarwater, Linda** | Financial Svcs. N/A | $ 130.50 | 4.1 | 535.05 |
| **Tilton, Seana** | Financial Svcs. N/A | $ 130.50 | 9.1 | 941.85 |
| **Brown, Kimberly K.** | Financial Svcs. N/A | $ 148.50 | 3.5 | 519.75 |
| **Li, Shan** | Financial Svcs. N/A | $ 130.50 | .5 | 65.25 |
| **Romell, Clair** | Financial Svcs. N/A | $ 130.50 | 11.0 | 1435.50 |
| **Spann, Joel** | Financial Svcs. N/A | $ 130.50 | .9 | 117.45 |
| **Johnson, Betty J.** | Financial Svcs. N/A | $ 130.50 | 1.1 | 143.55 |
| **Lee, Kristina P.** | Financial Svcs. N/A | $ 76.50 | 3.7 | 283.05 |
| **Negret, Jennifer** | Financial Svcs. N/A | $ 130.50 | 2.9 | 378.45 |
| **Webb, Gilla** | Financial Svcs. N/A | $ 130.50 | 36.0 | 4698.00 |

19000.9997/2942899.1

| Professionals Totals | Blended Rate | | |
|---|---|---|---|
| **Total Fees Incurred** | $246.12 | 1009.60 | $271,728.75 |