**EXHIBIT D**

**SUMMARY OF EXPENSES INCURRED BY SEVERSON & WERSON, P.C.
ON BEHALF OF THE DEBTORS FOR THE PERIOD
MAY 1, 2013 THROUGH AUGUST 31, 2013[1]**

| Expense Category | Amount |
|---|---|
| Court & Filing Fees | 4659.91 |
| Court Conference Call Service | 1355.71 |
| Court Services | 1914.50 |
| Data Search | 1684.62 |
| Deposition Transcripts | 4754.82 |
| Messenger | 199.66 |
| Outside Copy Services | 1277.87 |
| Process Service | |
| Professional Services | 397.47 |
| Subpoena Fees | 565.65 |
| Transmittal Filing to Court | |
| Travel Expenses | 5154.82 |
| **Total** | **21,965.03** |

---

[1] A spreadsheet of all expenses requested for this period, categorized by invoice number, follows this summary.