Exhibit E

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     350815     JBS                                                June 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      0588       Inoue, Hitoshi and Wakana
                       GMAC Matter No.: 703325
                       Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE**          $41,441.71

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350815    JBS                                     June 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0588    Inoue, Hitoshi and Wakana
GMAC Matter No.: 703325
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| JBS | 05/01/13 | Analysis and evaluation of mediation strategy | L120 | A104 | 0.40 | 427.50 | 171.00 |
| MKS | 05/01/13 | Study and review MED&G's MSC statement. | L160 | A104 | 0.30 | 270.00 | 81.00 |
| MKS | 05/02/13 | Studya nd review supplemental responses to written discovery and supplemental document production. | L310 | A104 | 0.30 | 270.00 | 81.00 |
| MKS | 05/02/13 | Plan and prepare for MSC. Strategy for recommendation on settlement authority and impact of Bankruptcy rulings. | L160 | A101 | 0.60 | 270.00 | 162.00 |
| RSS | 05/02/13 | Review and analyze case documents and pleadings to prepare motions in limine. | L440 | A104 | 0.90 | 288.00 | 259.20 |
| RSS | 05/03/13 | Conduct research and analysis to prepare for trial. | L440 | A102 | 0.80 | 288.00 | 230.40 |
| RSS | 05/03/13 | Plan and prepare for settlement conference. | L230 | A101 | 0.70 | 288.00 | 201.60 |
| MKS | 05/05/13 | Provide status update to client including litigation developments, upcoming events, upcoming deadlines and strategy decisions. | L120 | A106 | 0.20 | 270.00 | 54.00 |
| MKS | 05/06/13 | Meet with client prior to MSC to discuss settlement position. | L160 | A106 | 0.30 | 270.00 | 81.00 |
| RSS | 05/06/13 | Meet with client K. Priore and J. and M. Sullivan to prepare for settlement conference. | L230 | A101 | 1.50 | 288.00 | 432.00 |
| RSS | 05/06/13 | Appear at settlement conference with client K. Priore. | L230 | A109 | 3.50 | 288.00 | 1,008.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 350815 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | |

| JBS | 05/07/13 | Analysis and evaluation of mediation strategy and trial preparation | L120 | A104 | 0.50 | 427.50 | 213.75 |
|---|---|---|---|---|---|---|---|
| MKS | 05/07/13 | Study and review plaintiff's Notices to Appear at trial directed to out of sate and former employees of GMACM | L210 | A104 | 0.30 | 270.00 | 81.00 |
| RSS | 05/07/13 | Conduct research and analysis regarding potential motions in limine and objections to evidence. | L440 | A104 | 2.00 | 288.00 | 576.00 |
| MKS | 05/08/13 | Attention to trial judge's schedule and posting of jury fees by plaintiff. Strategy re: same. | L440 | A101 | 0.30 | 270.00 | 81.00 |
| RSS | 05/08/13 | Confer with co-defendant regarding joint defense strategy at trial and regarding motions in limine. | L440 | A108 | 0.40 | 288.00 | 115.20 |
| JBS | 05/09/13 | Analysis and evaluation of trial strategy | L440 | A104 | 1.00 | 427.50 | 427.50 |
| RSS | 05/09/13 | Review and analyze case documents, civil code, and local rules to prepare case strategy for trial, including preparation of trial calendar and analysis for objections to evidence, motions in limine, jury instructions, trial brief, and other initial and reply trial documents. | L440 | A104 | 2.30 | 288.00 | 662.40 |
| MKS | 05/13/13 | Attention to pre trial calendar and strategy re: Notices to appear and deadline for written offer in compromise. | L440 | A104 | 0.40 | 270.00 | 108.00 |
| RSS | 05/13/13 | Confer with bankruptcy counsel N. Rosenbaum and J. Newton regarding case status and strategy, including MED&G's motion for relief from stay, which is still on calendar despite MED&G's lack of proof of claim. | L120 | A107 | 0.40 | 288.00 | 115.20 |
| RSS | 05/13/13 | Confer with counsel for co-defendant MED&G regarding joint defense strategy at trial and questions from bankruptcy counsel regarding status of MED&G's motion for relief from stay. | L440 | A108 | 0.40 | 288.00 | 115.20 |
| JBS | 05/14/13 | Analysis and evaluation of trial strategy | L440 | A104 | 0.40 | 427.50 | 171.00 |
| MKS | 05/14/13 | Strategy re: serving of Notices to Appear at Trial for plaintiffs and consideration of residency of plaintiffs. | L440 | A104 | 0.30 | 270.00 | 81.00 |
| MKS | 05/14/13 | Review and revise draft Objections to | L440 | A103 | 0.30 | 270.00 | 81.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 350815 | CLIENT | RESCAP/GMAC | | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Notices to Appear at Trial. | | | | | | |
| MKS | 05/14/13 | Attention to statements made by co-defendant's counsel in bankruptcy court regarding settlement discussions between plaintiff and co-defendnats. Strategy re: same. | L440 | A104 | 0.40 | 270.00 | | 108.00 |
| RSS | 05/14/13 | Research pre-trial objections and motions. | L440 | A102 | 1.50 | 288.00 | | 432.00 |
| RSS | 05/14/13 | Draft and revise pre-trial documents including objections to notices to appear and notices to appear. | L440 | A103 | 0.90 | 288.00 | | 259.20 |
| RSS | 05/15/13 | Confer with M. Zyromski regarding joint defense strategy. | L120 | A107 | 0.80 | 288.00 | | 230.40 |
| MKS | 05/17/13 | Attention to trial subpoena for out of state Ocwen witness. Strategy re: same. | L440 | A104 | 0.20 | 270.00 | | 54.00 |
| RSS | 05/18/13 | Draft and revise pre-trial filings including voir dire questions, jury instructions, and witness list. | L440 | A103 | 3.10 | 288.00 | | 892.80 |
| RSS | 05/19/13 | Draft and revise direct questioning of corporate witness K. Lucas. | L440 | A103 | 0.50 | 288.00 | | 144.00 |
| RSS | 05/19/13 | Draft and revise pre-trial filings including motions in limine and jury instructions. | L440 | A103 | 4.10 | 288.00 | | 1,180.80 |
| MKS | 05/20/13 | Strategy re: list of potential motion in limine subjects in advance of meet and confer session re: same. | L430 | A104 | 0.50 | 270.00 | | 135.00 |
| MKS | 05/20/13 | Review and revise draft witness list, voir dire, and jury instructions. | L430 | A103 | 0.60 | 270.00 | | 162.00 |
| MKS | 05/20/13 | Preparation of potential trial witness Kyle Lucas in advance to trial and review of documents to be authenticated by witnesses at trial. | L410 | A106 | 2.20 | 270.00 | | 594.00 |
| MKS | 05/20/13 | Plan and prepare for witness preparation session with Kathy Priore and potential witness Kyle Lucas. | L410 | A101 | 1.50 | 270.00 | | 405.00 |
| RSS | 05/20/13 | Conduct witness preparation teleconference with K. Lucas, K. Priore, and M. Sullivan. | L410 | A108 | 2.10 | 288.00 | | 604.80 |
| RSS | 05/20/13 | Review and analyze potential exhibits. | L440 | A104 | 1.30 | 288.00 | | 374.40 |
| RSS | 05/20/13 | Meet and confer with do-defendant's counsel regarding all pre-trial submissions per trial order. | L440 | A108 | 0.80 | 288.00 | | 230.40 |
| RSS | 05/20/13 | Strategize with M. Sullivan regarding | L440 | A105 | 0.60 | 288.00 | | 172.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 350815 | CLIENT | RESCAP/GMAC | | | | Page | 4 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | trial strategy, including direct of witnesses and pre-trial submissions and responses. | | | | | |
| MKS | 05/21/13 | Attention to outcome of meet and confer session with plaintiff's counsel and litigation strategy in light of positions taken by plaintiff's counsel. | L430 | A104 | 0.50 | 270.00 | 135.00 |
| MKS | 05/21/13 | Attention to list of potential motion in limine subjects in advance of meet and confer session with all parties. | L430 | A104 | 0.50 | 270.00 | 135.00 |
| RSS | 05/21/13 | Meet and confer with opposing counsel regarding all pre-trial filings per trial order. | L440 | A108 | 0.70 | 288.00 | 201.60 |
| RSS | 05/21/13 | Draft and revise direct testimony outline for direct of M. Ravelo. | L410 | A103 | 2.20 | 288.00 | 633.60 |
| RSS | 05/21/13 | Draft and revise pre-trial filings including witness list, jury instructions list, and motions in limine. | L430 | A103 | 1.00 | 288.00 | 288.00 |
| RSS | 05/21/13 | Review and analyze potential trial exhbiits. | L440 | A104 | 1.70 | 288.00 | 489.60 |
| MKS | 05/22/13 | Attend witness preparation session with potential trial witness Myron Ravelo. | L410 | A101 | 1.20 | 270.00 | 324.00 |
| MKS | 05/22/13 | Prepare for witness preparation session with potential trial witness Myron Ravelo. | L410 | A101 | 1.00 | 270.00 | 270.00 |
| RSS | 05/22/13 | Conduct witness preparation of K. Lucas with M. Sullivan and K. Priore and follow up regarding same. | L410 | A108 | 1.50 | 288.00 | 432.00 |
| RSS | 05/22/13 | Review, analyze and prepare exhibit list and trial exhibits. | L430 | A104 | 3.80 | 288.00 | 1,094.40 |
| RSS | 05/22/13 | Draft and revise pre-trial submissions including witness lists and motions in limine. | L430 | A103 | 2.20 | 288.00 | 633.60 |
| RSS | 05/22/13 | Draft and revise direct questioning outlines of fact witnesses. | L410 | A103 | 0.90 | 288.00 | 259.20 |
| GSW | 05/23/13 | Review and prepare exhibits in preparation for trial | L110 | A101 | 3.00 | 130.50 | 391.50 |
| MKS | 05/23/13 | Attention to use of blow-up exhibits at trial and strategy re: same. | L440 | A104 | 0.30 | 270.00 | 81.00 |
| RSS | 05/23/13 | Strategize with M. Wraight regarding trial. | L440 | A105 | 0.50 | 288.00 | 144.00 |
| RSS | 05/23/13 | Draft and revise witness outlines for direct questioning at trial. | L410 | A103 | 1.10 | 288.00 | 316.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 350815 | CLIENT | RESCAP/GMAC | | | | | Page | 5 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RSS | 05/23/13 | Conduct further witness preparation of K. Lucas with M. Sullivan. | L410 | A108 | 0.70 | 288.00 | 201.60 |
| RSS | 05/23/13 | Review and analyze exhibits for use at trial and service on opposing counsel in advance of trial, and oversee production of same. | L440 | A104 | 0.50 | 288.00 | 144.00 |
| RSS | 05/23/13 | Meet and confer with co-defendant's counsel regarding witnesses and trial exhibits. | L440 | A108 | 0.50 | 288.00 | 144.00 |
| MKS | 05/24/13 | Further witness preparation for potential trial witness Myron Ravelo. | L410 | A106 | 0.50 | 270.00 | 135.00 |
| SXT | 05/24/13 | Begin assembling documents and information to be used as demonstrative exhibits | L440 | A110 | 1.50 | 103.50 | 155.25 |
| RSS | 05/24/13 | Draft and revise direct questioning outlines. | L410 | A103 | 0.80 | 288.00 | 230.40 |
| RSS | 05/24/13 | Meet with M. Ravelo to prepare direct testimony at trial. | L410 | A108 | 0.60 | 288.00 | 172.80 |
| RSS | 05/24/13 | Review and analyze documents and correspondence to prepare pre-trial filings. | L430 | A104 | 1.10 | 288.00 | 316.80 |
| RSS | 05/24/13 | Prepare pre-trial materials including statement of case and exhibits. | L430 | A101 | 0.90 | 288.00 | 259.20 |
| RSS | 05/25/13 | Draft and revise motions in limine to exclude evidence not produced in discovery and regarding W. Inoue's lack of standing. | L430 | A103 | 3.30 | 288.00 | 950.40 |
| MKS | 05/26/13 | Review and revise draft motion in limine to exclude documents not produced in discovery. | L430 | A103 | 0.40 | 270.00 | 108.00 |
| MKS | 05/26/13 | Review and revise draft moton in limine to challenge individual plaintiff's standing to sue. | L430 | A103 | 0.30 | 270.00 | 81.00 |
| RSS | 05/26/13 | Draft and revise motions in limine, including to dismiss W. Inoue's claims for lack of standing, to exclude and/or bifurcate punitive damages, and to bifurcate legal and equitable claims. | L430 | A103 | 3.30 | 288.00 | 950.40 |
| MKS | 05/27/13 | Review and analyze plaintiff's exhibit list. Strategy re: position on each exhibit in advance of meet and confer session with plaintiff's counsel re: same. | L430 | A101 | 2.00 | 270.00 | 540.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 350815 | CLIENT    RESCAP/GMAC | | | | | Page | 6 |
| | | MATTER    Inoue, Hitoshi & Wakana | | | | | | |

| MKS | 05/27/13 | Review and analyze plaintiff's Proposed Jury Instructions. Strategy re: position on each proposed instruction not included in GMACM's list of proposed instructions. | L430 | A101 | 1.00 | 270.00 | 270.00 |
|-----|----------|---|------|------|------|--------|--------|
| MKS | 05/27/13 | Review and analyze plaintiff's 12 motions in limine and strategize re: responses to same. | L430 | A101 | 2.50 | 270.00 | 675.00 |
| MKS | 05/27/13 | Strategy re: possible additional motions in limine. | L430 | A101 | 0.50 | 270.00 | 135.00 |
| MKS | 05/27/13 | Review and revise proposed statement of the case. Strategy re: same. | L430 | A101 | 0.50 | 270.00 | 135.00 |
| MKS | 05/27/13 | Review and revise draft motion in limine to hear equitable claims first. | L430 | A103 | 0.30 | 270.00 | 81.00 |
| MKS | 05/27/13 | Review and revise draft motion in limine to exclude evidence of punitive damages or to bifurcate punitive damages issues. | L430 | A103 | 0.30 | 270.00 | 81.00 |
| RSS | 05/27/13 | Draft and revise all pre-trial filings including motions in limine 1-6, jury instructions, witness list, and statement of case. | L430 | A103 | 5.00 | 288.00 | 1,440.00 |
| GSW | 05/28/13 | Review and prepare pertinent documents for trial | L110 | A101 | 0.50 | 130.50 | 65.25 |
| MKS | 05/28/13 | Review and revise proposed motion in limine framing bankruptcy issues. | L430 | A101 | 0.50 | 270.00 | 135.00 |
| MKS | 05/28/13 | Review and revise proposed motion in limine to exclude emotional distress evidence as to GMACM. | L430 | A101 | 0.30 | 270.00 | 81.00 |
| MKS | 05/28/13 | Study and review proposed additions to Exhibit List by MED&G for purposes of submitting joint list to court. | L430 | A104 | 0.30 | 270.00 | 81.00 |
| MKS | 05/28/13 | Study and review MED&G motions and limine.  Strategy re: need to respond or oppose same. | L430 | A104 | 0.50 | 270.00 | 135.00 |
| MKS | 05/28/13 | Study and review MED&G's proposed special jury instructions and possible objections to same. | L430 | A104 | 0.50 | 270.00 | 135.00 |
| MKS | 05/28/13 | Review and revise draft joint witness list and joint statement of the case. | L430 | A103 | 0.40 | 270.00 | 108.00 |
| SXT | 05/28/13 | Continue assembling documents and information to be used as demonstrative exhibits | L440 | A110 | 5.40 | 103.50 | 558.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. | 350815 | CLIENT | RESCAP/GMAC | | | Page | 7 |
| | | MATTER | Inoue, Hitoshi & Wakana | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RSS | 05/28/13 | Draft, revise, finalize and file all pre-trial documents including jury instruction list, proposed orders, motions in limine, exhibit list, statement of case, voir dire questions, and estimated length of trial. | L430 | A103 | 2.30 | 288.00 | 662.40 |
| RSS | 05/28/13 | Review and analyze pre-trial filings from cross-defendant MED&G, including motions in limine, and update team regarding same. | L430 | A104 | 0.70 | 288.00 | 201.60 |
| RSS | 05/28/13 | Coordinate with S. Tilton regarding demonstrative exhibits and revisions to same. | L440 | A101 | 0.50 | 288.00 | 144.00 |
| RSS | 05/28/13 | Strategize with M. Sullivan regarding trial. | L440 | A105 | 0.50 | 288.00 | 144.00 |
| RSS | 05/28/13 | Confer with court clerk regarding preferred format for jury instructions. | L440 | A108 | 0.10 | 288.00 | 28.80 |
| RSS | 05/28/13 | Coordinate with S. Tilton regarding jury instructions. | L430 | A105 | 0.20 | 288.00 | 57.60 |
| RSS | 05/28/13 | Coordinate with G. Webb regarding trial exhibits. | L440 | A105 | 0.20 | 288.00 | 57.60 |
| RSS | 05/28/13 | Draft and revise oppositions to plaintiff's motions in limine numbers 4 and 5 to exclude invoices from ETS, and supporting declaration. | L430 | A103 | 1.50 | 288.00 | 432.00 |
| RSS | 05/28/13 | Review and analyze plaintiffs' motions in limine 1 through 12 to prepare oppositions to same. | L430 | A104 | 0.80 | 288.00 | 230.40 |
| RSS | 05/28/13 | Review and analyze all case documents and pre-trial filings to prepare for defense at trial. | L440 | A104 | 0.50 | 288.00 | 144.00 |
| GSW | 05/29/13 | Review records for relevant court documents for attorney use in preparation for trial | L110 | A101 | 0.20 | 130.50 | 26.10 |
| GSW | 05/29/13 | Analysis and assembly of pertinent jury instructions for GMAC, Med&G group and Plaintiff in preparation for trial | L110 | A101 | 1.60 | 130.50 | 208.80 |
| GSW | 05/29/13 | Analysis and assembly of further pertinent trial exhibits in preparation for trial | L110 | A101 | 7.00 | 130.50 | 913.50 |
| MKS | 05/29/13 | Review and revise draft opposition to plaintiff's motion in limine number 11 | L430 | A103 | 0.40 | 270.00 | 108.00 |
| MKS | 05/29/13 | Review and revise draft oppositions to | L430 | A103 | 0.60 | 270.00 | 162.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 350815 | CLIENT | RESCAP/GMAC | | | | Page | 8 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | plaintiff's motions in limine numbers 4 and 5. Strategy re: same. | | | | | |
| MKS | 05/29/13 | Review and revise draft opposition to plaintiff's motions in limine 6 and 7. | L430 | A103 | 0.50 | 270.00 | 135.00 |
| MKS | 05/29/13 | Attention to preparation for motion in limine argument pertaining to invoice from ETS to GMAC that was not produced by GMAC. Investigation of factual background re: same. | L440 | A104 | 0.30 | 270.00 | 81.00 |
| MKS | 05/29/13 | Study and review MED&G's trial brief. | L430 | A104 | 0.40 | 270.00 | 108.00 |
| MKS | 05/29/13 | Review and revise draft Oppositions to Plaintiffs' motion in limine numbers 8 and 9. | L430 | A103 | 0.30 | 270.00 | 81.00 |
| SXT | 05/29/13 | Assemble plaintiffs trial exhibits for review by attorney | L440 | A103 | 0.70 | 103.50 | 72.45 |
| SXT | 05/29/13 | Attention to demonstrative exhibits | L440 | A103 | 0.50 | 103.50 | 51.75 |
| SXT | 05/29/13 | Assist attorney in preparing jury instructions | L440 | A103 | 4.50 | 103.50 | 465.75 |
| SXT | 05/29/13 | Assist Gilla Webb in organizing trial documents | L440 | A110 | 2.60 | 103.50 | 269.10 |
| RSS | 05/29/13 | Review and approve demonstrative exhibits. | L440 | A104 | 0.40 | 288.00 | 115.20 |
| RSS | 05/29/13 | Draft and revise seven oppositions to motions in limine and supporting declaration. | L430 | A103 | 4.90 | 288.00 | 1,411.20 |
| RSS | 05/29/13 | Draft, review and revise proposed jury instructions. | L440 | A103 | 1.30 | 288.00 | 374.40 |
| RSS | 05/29/13 | Meet and confer with opposing counsel regarding pre-trial and trial items per court rules. | L440 | A108 | 0.40 | 288.00 | 115.20 |
| RSS | 05/29/13 | Draft and revise trial brief. | L430 | A103 | 1.50 | 288.00 | 432.00 |
| GSW | 05/30/13 | Analysis and assembly of various pertinent documents for review by attorneys in preparation for trial | L110 | A101 | 12.00 | 130.50 | 1,566.00 |
| MKS | 05/30/13 | Prepare for arguing in support of GMACM's motions in limine and against five of plaintiff's motions in limine. | L430 | A101 | 2.50 | 270.00 | 675.00 |
| MKS | 05/30/13 | Conference call with trial witness for further preparation. | L410 | A101 | 0.50 | 270.00 | 135.00 |
| MKS | 05/30/13 | Study and review plaintiff's trial brief adn oppositions to GMACM's and MED&G's motions in limine. | L430 | A104 | 1.00 | 270.00 | 270.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice No. 350815 | | CLIENT RESCAP/GMAC | | | | Page | 9 |
| | | MATTER Inoue, Hitoshi & Wakana | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RSS | 05/30/13 | Draft, revise, and file oppositions to motions in limine. | L430 | A103 | 1.00 | 288.00 | 288.00 |
| RSS | 05/30/13 | Review and analyze case materials to prepare for trial. | L440 | A104 | 3.40 | 288.00 | 979.20 |
| RSS | 05/30/13 | Review and analyze plaintiff and co-defendants' pre-trial filings. | L430 | A104 | 1.20 | 288.00 | 345.60 |
| RSS | 05/30/13 | Draft and revise opening statement. | L440 | A103 | 1.70 | 288.00 | 489.60 |
| RSS | 05/30/13 | Conduct research to oppose motions in limine. | L430 | A103 | 1.10 | 288.00 | 316.80 |
| MKS | 05/31/13 | Appear for first day of trial; participate in scheduling decisisons with court and parties and in court directed meet and confer prelating to pretrial submissions. | L450 | A109 | 5.00 | 270.00 | 1,350.00 |
| SXT | 05/31/13 | Review and revise jury instructions per attorney request | L440 | A104 | 1.60 | 103.50 | 165.60 |
| SXT | 05/31/13 | Review and revise trial exhibit binders per attorney request | L440 | A104 | 1.80 | 103.50 | 186.30 |
| RSS | 05/31/13 | Plan and prepare for pretrial arguments and voir dire. | L440 | A101 | 1.00 | 288.00 | 288.00 |
| RSS | 05/31/13 | Appear for first day of trial and pretrial hearing. | L450 | A109 | 1.70 | 288.00 | 489.60 |
| RSS | 05/31/13 | Update witnesses and client regarding change in trial date and further witness preparation dates. | L410 | A108 | 0.30 | 288.00 | 86.40 |
| RSS | 05/31/13 | Coordinate with S. Tilton regarding trial exhibits and other trial preparation. | L440 | A105 | 0.40 | 288.00 | 115.20 |
| | | **TOTAL** | | | **168.20** | | **$40,882.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 05/07/13 | One Legal, Inc.; Transmittal of filing to court; Opposition, Separate Statement, Request for Judicial Notice, Declaration of Rebecca Saelao, Declaration of Myron...04/16/13 | 118.70 |
| 05/09/13 | Rebecca S. Saelao; Travel and Expenses to; Attend Settlement Conference at Sonoma County Superior Court, Santa Rosa, Ca. 5/6/13 | 282.60 |
| 05/10/13 | First Legal Network, LLC; Court Services; Job no 6896330 Sonoma County Superior Court, Santa Rosa, Ca. 3/19/13 | 95.00 |
| 05/20/13 | ABI Document Support Services; Medical, Other Reports; Pertaining to: Ingrid Hill Aka | 62.91 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. 350815 | CLIENT | RESCAP/GMAC | Page | 10 |
| | MATTER | Inoue, Hitoshi & Wakana | | |

Ingrid Von Mangoldt Hills; Ingrid
Vanmangoldthill; at Stanford Hospital &
Clinics / Hospital Billing Office Palo Alto
05/02/13

**TOTAL COSTS & EXPENSES**                                    **$559.21**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 24.30 | $3,171.15 |
| L120 | Analysis/Strategy | 2.30 | $784.35 |
| L160 | Settlement/Non-Binding ADR | 1.20 | $324.00 |
| L210 | Pleadings | 0.30 | $81.00 |
| L230 | Court Mandated Conferences | 5.70 | $1,641.60 |
| L310 | Written Discovery | 0.30 | $81.00 |
| L410 | Fact Witnesses | 17.10 | $4,800.60 |
| L430 | Written Motions/Submissions | 53.90 | $15,197.40 |
| L440 | Other Trial Preparation | 56.40 | $12,961.80 |
| L450 | Trial and Hearing Attendance | 6.70 | $1,839.60 |
| | **TOTAL** | **168.20** | **$40,882.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Webb, Gilla | GSW | Paralegal | 24.30 | 130.50 | $3,171.15 |
| Sullivan, John | JBS | Member | 2.30 | 427.50 | $983.25 |
| Sullivan, Mary Kate | MKS | Member | 34.50 | 270.00 | $9,315.00 |
| Saelao, Rebecca | RSS | Special Counsel | 88.50 | 288.00 | $25,488.00 |
| Tilton, Seana | SXT | Paralegal | 18.60 | 103.50 | $1,925.10 |
| | **Total** | | **168.20** | | **$40,882.50** |

PRIOR FEES                                    $35,698.05

|  | |
|---|---|
| FEES | $40,882.50 |
| COSTS & EXPENSES | $559.21 |
| **TOTAL THIS INVOICE** | **$41,441.71** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



Nevada, CA 94947
(800) 938-8815

26-0259046



SEVERSON & WERSON
ATTN: Accounting  Accounting
1 Embarcadero Ctr
Suite 2600
San Francisco, CA  94111

| INVOICE No. | |
|---|---|
| | 1318185 |
| Date: | 4/16/13 |
| Cust. No.: | 0000562 |

Nevada, CA 94947
(800) 938-8815

| Cust. No.: | 0000562 |
|---|---|
| Invoice No.: | 1318185 |
| Inv. Date: | 4/16/13 |
| Due Date: | 5/1/13 |
| Total: | $118.70 |
| Terms: | Net 15 |

| Law Firm Contact: | Rebecca Saelao |
|---|---|
| Client File No.: | 19000.0588 |
| Case Short Title: | Hitoshi Inoue, et al V. GMAC Mortgage, LLC, et al |
| Documents: | Opposition, Separate Statement, Request for Judicial Notice, Declaration of Rebecca Saelao, Declaration of Myron... |
| One Legal Branch: | Sonoma |
| Court: Description: | Superior Court of California, Sonoma County |

| | |
|---|---|
| COURT FILING SERVICE FEE | $49.95 |
| COURT FILING COPY CHARGE | $58.75 |
| COURTESY COPY | $10.00 |

4/17/13 OK to pay



for Rebecca Saelao

| Due Date | 5/1/13 | Total This Invoice | $118.70 |
|---|---|---|---|

# EXPENSE REPORT FORM

## For Travel Expenses

**Instructions:** Please complete form and forward to Accounting for payment. Attach all appropriate receipts, including those for meals and entertainment. All expenses over $25.00 must have receipts attached. (Note: All business promotion exceeding $1,000.00 must be approved in advance.)

| Attorney Name: | Rebecca Saelao | | Attorney No.: | 9339 |
|---|---|---|---|---|
| Client/Matter Name: | Inoue/GMAC | | Client/Matter No.: | 19000.0588 |

| Date of Departure | Date of Return | Total Days Away | No. days away due to business |
|---|---|---|---|
| 5/6/13 | 5/6/13 | 1 | 1 |

| Destination of trip: | | From: | Severson &Werson | To: | Santa Rosa |
|---|---|---|---|---|---|

**Purpose of Trip: (i.e., list company & persons re Bus. Promotion; name of education seminar; state purpose of trip re client charge) Note - this is an unlimited expanding field, it will word wrap as you type.**

Attend Settlement Conference at Sonoma County Sup. Ct.

| *Type of Expense: | *Select one item from drop down list: | | Business Prom.-Marketing | | | | |
|---|---|---|---|---|---|---|---|
| **Itemization:** | **Sun.** | **Mon.** | **Tues.** | **Wed.** | **Thur.** | **Fri.** | **Sat.** | **TOTAL** |
| **Transportation** | | | | | | | | |
| Airfare | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Mileage – 56.5¢/mi | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Auto Rental | 0 | 48.82 | 0 | 0 | 0 | 0 | 0 | $ 48.82 |
| Taxicab | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Parking & Tolls | 0 | 44.00 | 0 | 0 | 0 | 0 | 0 | $ 44.00 |
| **Lodging** | | | | | | | | |
| Hotel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Non-Food Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Local Phone Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Long Dist. Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Misc. Tips | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **Meals** (incl. Tips) | | | | | | | | |
| Breakfast | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Lunch | 0 | 44.70 | 0 | 0 | 0 | 0 | 0 | $ 44.70 |
| Dinner | 0 | 126.44 | 0 | 0 | 0 | 0 | 0 | $ 126.44 |
| **Other** | 0 | 18.64 | 0 | 0 | 0 | 0 | 0 | $ 18.64 |
| **TOTALS** | $ 0.00 | $ 282.60 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $282.60 |

| ** Please furnish details regarding meals on Page 2. | | |
|---|---|---|
| | Total expense paid by employee: | 282.60 |

I certify that the above expenses were incurred by me for authorized firm business.

| Signature: | _(signature)_ | Date: | 5/8/13 |
|---|---|---|---|
| Supervisor Approval: | | Date: | |

Expense Report Form (pg. 1)

5/30/2012

*Dinner w/ K. Prine from GMAC*

**Barbacco Eno Trattoria**
220 California St.
San Francisco, CA 94111
(415) 955-1919

| | |
|---|---|
| Server: Gio | 05/06/2013 |
| Cashier: Alex | |
| Table 1/1 | 8:10 PM |
| Guests: 2 | |

**#20037**

| | |
|---|---|
| Glass Red (4 @0.00) | 0.00 |
| G-RI Montsecndo (4 @13.00) | 52.00 |
| Mozzarellini | 7.00 |
| Farrotto | 13.00 |
| Brodetto | 18.00 |
| Almond Cake | 5.00 |
| Decaf Coffee | 2.00 |
| | |
| Subtotal | 97.00 |
| Tax | 8.49 |
| | |
| Total | 105.49 |

**Balance Due     105.49**

Pick up your take-out at lunch
as early as 11 am!

*21.00*
*126.49*

---

TRANSACTION RECORD

**FLAVOR BISTRO**
96 OLD COURTHOUSE SQUARE
**SANTA ROSA, CA 95404**

CARD TYPE:MASTER CARD
Nu. ************2663 EXPI.: ****
ENTRY:SWIPED
Customer : REBECCA SAELAO
AUTHORIZATION:598775
STORE #:1
TERMINAL:5
REFERENCE:263620

PURCHASE         $36.70

TIP

TOTAL          *CM.70*

THANK YOU
MAY 6,2013 12:43:51
Server's name : Evelio

CUSTOMER COPY

*Lunch @ Settlement Conference*

---

**CHEVRON**
2895 N. MAIN ST.
STN 00094540
05/07/13   07:40:24

E/MASTERCARD
xxxxxxxxxxxx2663
Invoice#    4019
Auth#      370

Pump#:  4
4.661G @ $ 3.999/G
UNLE/Self   $ 18.64

Total       $ 18.64

Learn how to
EARN REWARDS
with a Chevron
or Texaco
Credit Card
See application
for details

THANK YOU FOR
CHOOSING CHEVRON

*GAS to Settlement Conference*

---

**...king Receipt**        One Embarcadero Center
San Francisco, CA 94111

3-20:28   6MAY13 AC:    $0.00   $6.00 B41 4807   EMBARCADERO

*Parking after Settlement Conference / for dinner w/ K. Prine @ GMAC*

...ing Office
...e Embarcadero Center
...Francisco, CA 94111
...772.0670

Operators License#134128

---

**...rking Receipt**        One Embarcadero Center
San Francisco, CA 94111

6MAY13-11:02   6MAY13 AC:   $0.00  $32.00 B41 4557   EMBARCADERO

*Parking Day of Settlement Conference*

...ing Office
...e Embarcadero Center
...Francisco, CA 94111
415.772.0670

Operators License#134128

---

**$6.00**
**GG Bridge**
**Toll**
**5/6/13**

22-020-mg

**TOYOTA**
**Rent a Car**
*AUTHORIZED SYSTEM MEMBER*

**TOYOTA WALNUT CREEK**
2100 N. BROADWAY
WALNUT CREEK CA 94596
(925) 933-7440

RA NO. **744087**

**RENTAL AGREEMENT   PAGE 1**
*TRAC 24 Hour Roadside Assistance*
**(800) 599-6766**

Unit#: R601462

| RENTER NAME | VEHICLE IDENTIFICATION NUMBER (VIN) | LICENSE NUMBER | STATE |
|---|---|---|---|
| REBECCA SAELAO | JTDKN3DU0D0339405 | 6YMD408 | CA |

HOME ADDRESS: 20 BELLE CT

| CITY | STATE | ZIP CODE | YEAR - VEHICLE LINE | MODEL AND COLOR |
|---|---|---|---|---|
| PLEASANT HILL | CA | 945234652 | 2013 TOYOTA | PRIUS HYBRID BLUE |

| DRIVER'S LICENSE NUMBER | STATE | EXPIRES | MILEAGE IN | 5560 | DATE AND TIME | 05/07/2013 IN 07:51 A.M. |
|---|---|---|---|---|---|---|
| A9236565 | CA | 10/26/2013 | MILEAGE OUT | 4808 | DATE AND TIME | 05/04/2013 OUT 11:14 A.M. |

| BIRTH DATE | HOME TELEPHONE | VERIFIED | MILES DRIVEN | 752 | MAXIMUM PAYLOAD |
|---|---|---|---|---|---|
| 10 26 1973 | 4157863551 | | | | |

| LOCAL CONTACT | ADDRESS | PHONE | MILES ALLOWED | 0 | I AGREE TO RETURN THE RENTED VEHICLE TO THE ABOVE LOCATION ON OR BEFORE |
|---|---|---|---|---|---|

| EMPLOYER'S NAME | PHONE NUMBER | VERIFIED | CHARGEABLE MILES | 752 | DATE DUE IN 11:14 A.M. P.M. 05/07/2013 |
|---|---|---|---|---|---|
| SELF | 9259332360 | | | | |

EMPLOYER'S ADDRESS

| | REFERRED BY | DEPOSIT $ | EXTEND TO DATE | ADDITIONAL DEPOSIT $ | DATE EXTENDED | INITIAL |
|---|---|---|---|---|---|---|
| CITY    STATE   ZIP CODE | LEISURE (RETAIL) RENTAL VERIFIED | VEHICLE RETURNED AT: | □ NO DAMAGE | □ DAMAGE DESCRIPTION | | □ SPARE □ JACK |

BILL TO NAME: SERVICE DEPT INTERNAL   PHONE NUMBER 925-933-7440

ADDRESS    CITY    STATE    ZIP CODE

AUTHORIZED BY:    AMOUNT AUTHORIZED

THE PERSONS NAMED BELOW ARE ADDITIONAL AUTHORIZED DRIVERS. **IF NONE, PRINT "NONE" ACROSS THIS SECTION AND HAVE SIGNED BY CUSTOMER.**

| ADDITIONAL DRIVER NAME | LICENSE NO. | STATE | EXP DATE | BIRTHDATE |
|---|---|---|---|---|
| NONE | | | | |

| ADDITIONAL DRIVER NAME | LICENSE NO. | STATE | EXP DATE | BIRTHDATE |
|---|---|---|---|---|
| NONE | | | | |

TO BE PAID BY SERVICE DEPT INTERNAL   VERIFIED

**FUEL**

| | OUT | IN | INITIALS |
|---|---|---|---|
| | X | X | |
| 3/4 | 3/4 | | |
| 1/2 | 1/2 | | |
| 1/4 | 1/4 | | |
| E | E | | |

DAMAGE DESCRIPTION

SHOP NAME

PHONE NUMBER

SHOP CONTACT

VEHICLE MAKE/MODEL

NAME OF INSURED: REBECCA SAELAO

INSURANCE COMPANY NAME: GEICO

| DATE OF LOSS | CL # / RO / PO 13264 |
|---|---|

*handwritten:* 1/3 of this ( ~50.00 ) (48.82)

| RATES DO NOT INCLUDE FUEL | | RENTAL CHARGES |
|---|---|---|
| MILES 752 | @ 0.00 | 0.00 |
| HOURS 0 | @ $ 22.50 | 0.00 |
| DAYS 3 | @ $ 45.00 | 135.00 |
| WEEKS 0 | @ $ 0.00 | 0.00 |
| CALENDAR DAY/24 HOUR | | |

REMARKS    **NO SMOKING • NO PETS • PLEASE REPLACE FUEL**

| | | |
|---|---|---|
| TOTAL TIME AND MILEAGE | | 135.00 |

X_____ **I UNDERSTAND I AM RESPONSIBLE FOR ANY TRAFFIC OR TOLL VIOLATIONS INCURRED WHILE THIS VEHICLE IS IN MY POSSESSION.**

| TAXABLE FUEL | GAL. @ $ 7.00 | 0.00 |
|---|---|---|
| SUBTOTAL | | |

X_____ **PLEASE RETURN VEHICLE WITH SAME AMOUNT OF FUEL AS AT THE TIME OF CHECK-OUT. A $ 7.00 PER GALLON REFUELING FEE WILL BE ASSESSED FOR ANY FUEL USED AND NOT REPLACED.**

| SUPPLEMENTAL LIABILITY INSURANCE | 0.00 |
|---|---|

X_____ **NO SMOKING OR PETS IN THE RENTAL VEHICLE. EVIDENCE OF EITHER WILL RESULT IN A $200.00 FEE.**

| SALES TAX OR SURCHARGE | 8.50 | 11.48 |
|---|---|---|

X_____ **I AUTHORIZE A $ 45.00 PER DAY CHARGE TO THE CREDIT CARD PROVIDED IF THIS RENTAL CAR IS NOT RETURNED WITHIN 24 HOURS THE DATE DUE IN.**

| NON-TAXABLE FUEL | GAL. @ $ | 0.00 |
|---|---|---|

CREDIT CARD IMPRINT

| LESS REFUND FOR: | |
|---|---|
| TOTAL CHARGES | 146.48 |
| LESS DEPOSITS | 0.00 |
| NET DUE MEMBER | 0.00 |
| NET DUE CUSTOMER | |
| AMOUNT DUE | 0.00 |

**WARNING**: THIS RENTAL AGREEMENT IS NOT A POLICY OF INSURANCE. OUR INSURANCE POLICY ONLY PROVIDES INSURANCE FOR THE STATE MINIMUM FINANCIAL RESPONSIBILITY LIMITS.
• READ ALL DRIVING RESTRICTIONS ON THE REVERSE SIDE CAREFULLY. YOU ARE RESPONSIBLE FOR ALL TRAFFIC VIOLATIONS AND MUST TURN IN ALL SUMMONSES UPON CHECK IN.
• REPORT ALL ACCIDENTS IMMEDIATELY.
• OPERATION OF THE VEHICLE IN VIOLATION OF PARAGRAPH 2 IS PROHIBITED.
• YOU MAY BE PROSECUTED IF VEHICLE IS NOT RETURNED WHEN DUE IN.
• IF BILL TO PARTY DEFAULTS FOR ANY REASON, YOU ASSUME ALL RESPONSIBILITY FOR CHARGES.

| CHARGED | | PAID | INITIAL |
|---|---|---|---|
| $ | AMEX | $ 146.48 | |
| | CB | | |
| □ EMPLOYER | DC | REFUNDED | |
| □ OTHER | | $ 0.00 | |
| | MC | | |
| □ CARD VERIFIED | VISA | CUSTOMER INITIALS X | |

THE UNDERSIGNED CUSTOMER HAS READ BOTH SIDES OF THIS AGREEMENT AND AGREES TO THE TERMS AND CONDITIONS THEREIN. CUSTOMER AUTHORIZES US TO PROCESS A CREDIT CARD VOUCHER, IF ANY, IN CUSTOMER'S NAME.

THIS AGREEMENT MAY NOT EXCEED A ONE MONTH PERIOD

| CHECKED OUT BY | PEDRO VEA |
|---|---|

CLOSED SUBJECT TO FINAL AUDIT

| CHECKED IN BY | ALAYNA BILLECCI |
|---|---|

X_____ _____DATE

EXPIRES    OTHER

*THANK YOU, WE APPRECIATE YOUR BUSINESS!*

TRAC 8842   CA   4/08

*handwritten:* (1/3)

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350816    JBS                                        June 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0711    Peel, Timothy and Cheryl, et al.
                  GMAC Matter No.: 707366

**TOTAL AMOUNT DUE**          **$10,920.15**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     350816     JBS                                    June 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0711    Peel, Timothy and Cheryl, et al.
                        GMAC Matter No.: 707366

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RSS | 05/08/13 | Draft and revise strategy memorandum and review case documents in connection with same. | L120 | A103 | 2.80 | 288.00 | 806.40 |
| JBS | 05/09/13 | Analysis and evaluation of claim in bankruptcy by plaintiffs and potential liability in case | L120 | A104 | 0.90 | 427.50 | 384.75 |
| RSS | 05/09/13 | Draft and revise strategy memorandum regarding options and recommendation to resolve case in light of client bankruptcy and certification of class against co-defendant. | L120 | A103 | 1.10 | 288.00 | 316.80 |
| JBS | 05/10/13 | Analysis and evaluation of analysis of class certification issues | L120 | A104 | 0.80 | 427.50 | 342.00 |
| RSS | 05/10/13 | Draft and revise strategy memorandum to client and bankruptcy counsel. | L120 | A103 | 1.20 | 288.00 | 345.60 |
| RSS | 05/10/13 | Confer with E. Andrews regarding Wachovia settlement. | L120 | A105 | 0.20 | 288.00 | 57.60 |
| RSS | 05/12/13 | Draft and revise strategy memorandum. | L120 | A103 | 5.10 | 288.00 | 1,468.80 |
| JBS | 05/14/13 | Analysis and evaluation of evaluation of plaintiff's Bankruptcy claim | L120 | A104 | 0.80 | 427.50 | 342.00 |
| JBS | 05/15/13 | Review and revise memorandum to client regarding value of claim | L120 | A104 | 1.00 | 427.50 | 427.50 |
| DHC | 05/15/13 | Conference with Rebecca Saelao re need to obtain POC filed in ResCap BK Case. | L190 | A105 | 0.30 | 337.50 | 101.25 |
| RSS | 05/15/13 | Draft and revise strategy memorandum relating to options to resolve action and claim. | L120 | A103 | 3.10 | 288.00 | 892.80 |
| JBS | 05/16/13 | Analysis and evaluation of liability memorandum to client | L120 | A104 | 1.80 | 427.50 | 769.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 350816 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
| | | MATTER | Peel, Timothy & Cheryl, et al. | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RSS | 05/16/13 | Draft and revise strategy memorandum regarding options to resolve action and bankruptcy claim. | L120 | A103 | 3.40 | 288.00 | 979.20 |
| JBS | 05/17/13 | Analysis and evaluation of emails from client regarding potential class size | L120 | A104 | 0.80 | 427.50 | 342.00 |
| JBS | 05/21/13 | Analysis and evaluation of settlement strategy | L120 | A104 | 0.40 | 427.50 | 171.00 |
| JBS | 05/22/13 | Conference call with client and MoFo regarding settlement value of case; preparation for same | L120 | A106 | 1.10 | 427.50 | 470.25 |
| EK | 05/22/13 | Analysis and evaluation of settlement issues and call with L. Delehey, J. Sullivan, and R. Saelao re same | L160 | A104 | 0.80 | 274.50 | 219.60 |
| RSS | 05/22/13 | Confer with client and bankruptcy counsel regarding case status and strategy and follow up regarding same. | L120 | A108 | 0.80 | 288.00 | 230.40 |
| JBS | 05/23/13 | Analysis and evaluation of potential settlement value of case | L120 | A104 | 1.00 | 427.50 | 427.50 |
| JBS | 05/28/13 | Conference call regarding settlement issues with client and MoFo; preparation for same | L160 | A106 | 2.80 | 427.50 | 1,197.00 |
| RSS | 05/28/13 | Conduct conference call with J. Sullivan, client and bankruptcy counsel regarding case status and strategy. | L120 | A106 | 0.40 | 288.00 | 115.20 |
| JBS | 05/29/13 | Telephone call with Berns (plaintiff's counsel) and new option arm settlements | L120 | A108 | 1.20 | 427.50 | 513.00 |
| | | **TOTAL** | | | **31.80** | | **$10,920.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 27.90 | $9,402.30 |
| L160 | Settlement/Non-Binding ADR | 3.60 | $1,416.60 |
| L190 | Other Case Assessment | 0.30 | $101.25 |
| | **TOTAL** | **31.80** | **$10,920.15** |

| Timekeeper | Position | Hours | Rate | Value |
|---|---|---|---|---|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 350816 | CLIENT | RESCAP/GMAC | | | Page | 3 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Peel, Timothy & Cheryl, et al. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | | 0.30 | 337.50 | $101.25 |
| Kemp, Erik | EK | Associate | | 0.80 | 274.50 | $219.60 |
| Sullivan, John | JBS | Member | | 12.60 | 427.50 | $5,386.50 |
| Saelao, Rebecca | RSS | Special Counsel | | 18.10 | 288.00 | $5,212.80 |
| | **Total** | | | **31.80** | | **$10,920.15** |

PRIOR FEES                          $1,981.35

| | FEES | $10,920.15 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$10,920.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     350835     JBS                                          June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     0325     Passaretti, Jr. (II), Albert v. ETS Services, et al.
                    GMAC Matter No.: 694566

**TOTAL AMOUNT DUE**          $288.90

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350835    JBS                                                    June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0325    Passaretti, Jr. (II), Albert v. ETS Services, et al.
GMAC Matter No.: 694566

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ERB | 05/07/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| MEH | 05/09/13 | Draft bankruptcy status update letter to court. | L510 | A103 | 0.80 | 261.00 | 208.80 |
| MEH | 05/09/13 | Draft email to client C. DiCicco enclosing draft status update letter with comments. | L510 | A106 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | | **1.10** | | **$288.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L510 | Appellate Motions & Submission | 1.00 | $261.00 |
| | **TOTAL** | **1.10** | **$288.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Andrews, Elizabeth H. | MEH | Associate | 1.00 | 261.00 | $261.00 |
| | **Total** | | **1.10** | | **$288.90** |

PRIOR FEES                          $207.00

                                              FEES                    $288.90
                            **TOTAL THIS INVOICE**         **$288.90**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350836    JBS                                    June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0412    Faison, George T. v. GMAC Mortgage
                  GMAC Matter No.: 697631

**TOTAL AMOUNT DUE**              **$241.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350836    JBS                                    June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0412    Faison, George T. v. GMAC Mortgage
                        GMAC Matter No.: 697631

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 03/18/13 | Prepare summary for insertion into audit response letter. | L120 | A104 | 0.30 | 270.00 | 81.00 |
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| MEG | 05/01/13 | Review case status and provide update to client. | L120 | A104 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | | **0.90** | | **$241.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.90 | $241.20 |
| | **TOTAL** | **0.90** | **$241.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Gruber, Megan | MEG | Associate | 0.40 | 261.00 | $104.40 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **0.90** | | **$241.20** |

| | | | FEES | | $241.20 |
|---|---|---|------|---|---------|
| | | **TOTAL THIS INVOICE** | | | **$241.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350837    JBS                                                      June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      0439       Israel, Alan
                       GMAC Matter No.: 700241

**TOTAL AMOUNT DUE**              **$417.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350837    JBS                                                                      June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0439    Israel, Alan
GMAC Matter No.: 700241

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MEG | 05/03/13 | Finalize response letter to plaintiff regarding credit reporting and prepare for service. | L110 | A104 | 0.40 | 261.00 | 104.40 |
| MEG | 05/03/13 | Correspondence to and from plaintiff regarding issues related to plaintiffs seeking new loans and requests to speak directly with GMAC and strategize regarding same. | L120 | A108 | 1.20 | 261.00 | 313.20 |
| | | **TOTAL** | | | **1.60** | | **$417.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.40 | $104.40 |
| L120 | Analysis/Strategy | 1.20 | $313.20 |
| | **TOTAL** | **1.60** | **$417.60** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Gruber, Megan | MEG | Associate | 1.60 | 261.00 | $417.60 |
| | **Total** | | **1.60** | | **$417.60** |

PRIOR FEES                    $1,732.50
PRIOR COSTS & EXPENSES        $49.95

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    350837 | CLIENT    RESCAP/GMAC | Page | 2 |
| | MATTER    Israel, Alan | | |

| | | |
|---|---|---|
| FEES | | $417.60 |
| **TOTAL THIS INVOICE** | | **$417.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      350838      JBS                                                        June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      0452       Washington, Manya
                       GMAC Matter No.: 699353

**TOTAL AMOUNT DUE**                    $398.70

# \*\*\* *REMITTANCE COPY* \*\*\*
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   350838   JBS                                    June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 0452   Washington, Manya
GMAC Matter No.: 699353

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| MEH | 03/24/13 | Review case file for upcoming deadlines and status. | L120 | A103 | 0.30 | 261.00 | 78.30 |
| ERB | 04/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| ERB | 05/07/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| MEH | 05/09/13 | Draft bankruptcy status update letter to court. | L510 | A103 | 0.60 | 261.00 | 156.60 |
| MEH | 05/09/13 | Draft email to client C. DiCicco enclosing draft status update letter with comments. | L510 | A106 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | | **1.50** | | **$398.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $189.90 |
| L510 | Appellate Motions & Submission | 0.80 | $208.80 |
| | **TOTAL** | **1.50** | **$398.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Andrews, Elizabeth H. | MEH | Associate | 1.10 | 261.00 | $287.10 |
| | Total | | **1.50** | | **$398.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 350838 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Washington, Manya | | | |

|  | FEES | $398.70 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$398.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350839    JBS                                          June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER    0829      Palmer, Sam
                    GMAC Matter No.: 726924

**TOTAL AMOUNT DUE**          **$642.15**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350839    JBS                                      June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0829    Palmer, Sam
GMAC Matter No.: 726924

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 05/07/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| JDI | 05/21/13 | Correspond with Palmer re Homecomings's bankruptcy status. | L120 | A108 | 0.40 | 279.00 | 111.60 |
| JDI | 05/28/13 | Review Palmer's email re pending trustee's sale and correspond with L. Delehey re same. | L120 | A106 | 0.50 | 279.00 | 139.50 |
| ERB | 05/28/13 | Attention to Contempt Letter from pro per plaintiff demanding foreclosure sale be cancelled. | L120 | A104 | 0.40 | 279.00 | 111.60 |
| BJJ | 05/28/13 | Determine if there is a trustee sale scheduled for property | L190 | A111 | 0.30 | 130.50 | 39.15 |
| BJJ | 05/28/13 | Obtain copies of most recently filed title documents for attorney use in response to letter received from plaintiff's counsel. | L190 | A111 | 0.80 | 130.50 | 104.40 |
| KWF | 05/28/13 | Review correspondence from plaintiff re: contempt of court. | L120 | A104 | 0.20 | 270.00 | 54.00 |
| KWF | 05/28/13 | Prepare email to J. Ives re: foreclosure sale. | L120 | A105 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | | **2.90** | | **$642.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 1.80 | $498.60 |
| L190 | Other Case Assessment | 1.10 | $143.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 350839 | CLIENT | RESCAP/GMAC | | | Page | 2 |
| | | MATTER | Palmer, Sam | | | | |

| | TOTAL | | | 2.90 | $642.15 | | |
|---|---|---|---|---|---|---|---|
| **Timekeeper** | | | **Position** | | **Hours** | **Rate** | **Value** |
| Johnson, Betty | | BJJ | Paralegal | | 1.10 | 130.50 | $143.55 |
| Buell, Edward | | ERB | Associate | | 0.50 | 279.00 | $139.50 |
| Ives, Jon | | JDI | Associate | | 0.90 | 279.00 | $251.10 |
| Franich, Kerry | | KWF | Associate | | 0.40 | 270.00 | $108.00 |
| | | Total | | | 2.90 | | $642.15 |

PRIOR FEES                $379.80

|  |  |
|---|---|
| FEES | $642.15 |
| **TOTAL THIS INVOICE** | **$642.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350840    JBS                                              June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0851    Feliciano, Jose
                  GMAC Matter No.: 711719
                  OCWEN No.:  736551

**TOTAL AMOUNT DUE**            **$1,911.15**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      350840      JBS                                      June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      24064 0851      Feliciano, Jose
                            GMAC Matter No.: 711719
                            OCWEN No.: 736551

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| BSW | 05/01/13 | Communicate with contractor M. Zuniga regarding status of repairs. | L140 | A108 | 0.20 | 265.50 | 53.10 |
| BSW | 05/03/13 | Communicate with opposing counsel regarding settlement. | L160 | A107 | 0.20 | 265.50 | 53.10 |
| BSW | 05/03/13 | Communicate with client regarding settlement communication. | L160 | A106 | 0.20 | 265.50 | 53.10 |
| MKS | 05/05/13 | Provide status update to client including litigation developments, upcoming events, upcoming deadlines and strategy decisions. | L120 | A106 | 0.20 | 270.00 | 54.00 |
| BSW | 05/13/13 | Communicate with broker D. Daniel regarding status of tenants. | L140 | A108 | 0.20 | 265.50 | 53.10 |
| MKS | 05/14/13 | Review and revise draft settlement agreement. | L160 | A103 | 0.40 | 270.00 | 108.00 |
| BJK | 05/14/13 | Provided analysis regarding withdrawal of bankruptcy claim as part of settlement agreement | L160 | A104 | 0.20 | 234.00 | 46.80 |
| BSW | 05/14/13 | Draft and revision of Settlement Agreements for two separate settlement payments. | L160 | A103 | 2.60 | 265.50 | 690.30 |
| BSW | 05/15/13 | Communicate with client regarding revisions to  settlement agreement. | L160 | A106 | 0.20 | 265.50 | 53.10 |
| MKS | 05/17/13 | Review and revise final draft of settlement agreements. | L160 | A103 | 0.40 | 270.00 | 108.00 |
| BSW | 05/17/13 | Revise settlement agreements per client comments. | L160 | A106 | 0.70 | 265.50 | 185.85 |
| BSW | 05/21/13 | Communicate with opposing counsel regarding settlement agreements. | L160 | A107 | 0.30 | 265.50 | 79.65 |
| BSW | 05/21/13 | Revise settlement agreements and | L160 | A103 | 0.50 | 265.50 | 132.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 350840 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
| | | MATTER | Feliciano, Jose | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | communicate with client regarding same. | | | | | | |
| MKS | 05/29/13 | Study and review revisions requested by plaintiff's counsel to proposed settlement agreements. Strategy re: same. | L160 | A104 | 0.30 | 270.00 | | 81.00 |
| BSW | 05/29/13 | Review and analyze Plaintiff's proposed changes to settlement agreement, communicate with client regarding same. | L160 | A104 | 0.50 | 265.50 | | 132.75 |
| BSW | 05/30/13 | Communicate with client (K. Priore) regarding opposing counsel's proposed revisions to settlement agreement. | L160 | A106 | 0.10 | 265.50 | | 26.55 |
| | | **TOTAL** | | | **7.20** | | **$1,911.15** | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.00 | | |
| L140 | Document/File Management | 0.40 | $106.20 | | |
| L160 | Settlement/Non-Binding ADR | 6.60 | $1,750.95 | | |
| | **TOTAL** | **7.20** | **$1,911.15** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kornberg, Bernard | BJK | Associate | 0.20 | 234.00 | $46.80 |
| Whittemore, Brian | BSW | Associate | 5.70 | 265.50 | $1,513.35 |
| Sullivan, Mary Kate | MKS | Member | 1.30 | 270.00 | $351.00 |
| | **Total** | | **7.20** | | **$1,911.15** |

| | | |
|---|---|---|
| PRIOR FEES | $2,814.75 | |
| PRIOR COSTS & EXPENSES | $93.53 | |

| | | |
|---|---|---|
| | FEES | $1,911.15 |
| | **TOTAL THIS INVOICE** | **$1,911.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350841    JBS                                    June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0917    Kinworthy, David and Leslie
GMAC Matter No.:  713557

**TOTAL AMOUNT DUE**            $769.50

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350841    JBS                                    June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0917    Kinworthy, David and Leslie
                        GMAC Matter No.: 713557

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| JBS | 05/02/13 | Analysis and evaluation of mediation strategy and email regarding same | L120 | A104 | 0.30 | 427.50 | 128.25 |
| ERB | 05/07/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| JBS | 05/08/13 | Analysis and evaluation of email regarding plaintiff's relief from stay and mediation strategy | L120 | A104 | 0.30 | 427.50 | 128.25 |
| EK | 05/09/13 | Draft email to plaintiffs' counsel, J. Dzialo, re settlement | L160 | A108 | 0.10 | 274.50 | 27.45 |
| EK | 05/17/13 | Draft email to J. Dzialo following up on settlement issues | L160 | A108 | 0.10 | 274.50 | 27.45 |
| EK | 05/21/13 | Draft email to L. Delehey and S. Martin re settlement issues | L160 | A106 | 0.30 | 274.50 | 82.35 |
| JBS | 05/22/13 | Analysis and evaluation of settlement strategy | L120 | A104 | 0.30 | 427.50 | 128.25 |
| EK | 05/28/13 | Analysis and evaluation of settlement issues and call with J. Sullivan, R. Saelao, and L. Delehey re same | L160 | A106 | 0.60 | 274.50 | 164.70 |
| EK | 05/29/13 | Draft email to S. Martin re timing issues on proposed settlement | L160 | A103 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | | **2.30** | | **$769.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 1.00 | $412.65 |
| L160 | Settlement/Non-Binding ADR | 1.30 | $356.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 350841 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Kinworthy, David & Leslie | | | | |

| | TOTAL | | | 2.30 | $769.50 | | |
|---|---|---|---|---|---|---|---|

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | | 1.30 | 274.50 | $356.85 |
| Buell, Edward | ERB | Associate | | 0.10 | 279.00 | $27.90 |
| Sullivan, John | JBS | Member | | 0.90 | 427.50 | $384.75 |
| | Total | | | 2.30 | | $769.50 |

PRIOR FEES                          $4,696.65

|  |  |  |
|---|---|---|
| | FEES | $769.50 |
| **TOTAL THIS INVOICE** | | $769.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     350842     JBS                                              June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1025     Blanche, John R.
                    GMAC Matter No.: 717587

**TOTAL AMOUNT DUE**          **$218.70**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350842    JBS                                June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1025    Blanche, John R.
                        GMAC Matter No.: 717587

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 05/07/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| MGC | 05/10/13 | Draft proposed order. | L210 | A103 | 0.40 | 238.50 | 95.40 |
| MGC | 05/10/13 | Draft judgment. | L240 | A103 | 0.20 | 238.50 | 47.70 |
| MGC | 05/10/13 | Draft letter to Plaintiff's counsel. | L240 | A107 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | | **0.90** | | **$218.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 0.40 | $95.40 |
| L240 | Dispositive Motions | 0.40 | $95.40 |
| | **TOTAL** | **0.90** | **$218.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Cross, Michael | MGC | Associate | 0.80 | 238.50 | $190.80 |
| | Total | | **0.90** | | **$218.70** |

PRIOR FEES                            $1,300.50
PRIOR COSTS & EXPENSES                 $60.00

| | FEES | $218.70 |
|---|------|---------|
| | **TOTAL THIS INVOICE** | **$218.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 350842 | CLIENT | RESCAP/GMAC | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Blanche, John R. | | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      350843      JBS                                      June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1173      Liguori, Lisa
                     GMAC Matter No.: 723336

**TOTAL AMOUNT DUE**          $592.20

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350843    JBS                                                    June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1173    Liguori, Lisa
GMAC Matter No.: 723336

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 05/01/13 | Attention to status of settlement and efforts to obtain abandonment by bankruptcy trustee. | L120 | A109 | 0.20 | 270.00 | 54.00 |
| BJK | 05/02/13 | Appeared at status conference | L230 | A109 | 0.50 | 234.00 | 117.00 |
| BJK | 05/07/13 | Sent copy of proposed order on motion to reopen case to Defendant along with comments and instructions | L250 | A108 | 0.20 | 234.00 | 46.80 |
| BJK | 05/07/13 | Drafted order on motion to reopen case | L250 | A103 | 0.30 | 234.00 | 70.20 |
| BJK | 05/09/13 | Reviewed filed order reopening case | L250 | A104 | 0.20 | 234.00 | 46.80 |
| BJK | 05/10/13 | Revised motion to abandon property of the estate in preperation for filing | L250 | A103 | 0.30 | 234.00 | 70.20 |
| BJK | 05/14/13 | Sent filed copy of motion to abandon to defendant with comments | L250 | A108 | 0.20 | 234.00 | 46.80 |
| BJK | 05/31/13 | Drafted order granting motion to abandon escrow funds | L250 | A103 | 0.60 | 234.00 | 140.40 |
| | | **TOTAL** | | | **2.50** | | **$592.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L230 | Court Mandated Conferences | 0.50 | $117.00 |
| L250 | Other Written Motions | 1.80 | $421.20 |
| | **TOTAL** | **2.50** | **$592.20** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 350843 | CLIENT | RESCAP/GMAC | | | Page | 2 |
| | | MATTER | Liguori, Lisa | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Kornberg, Bernard | BJK | Associate | 2.30 | 234.00 | $538.20 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **2.50** | | **$592.20** |

PRIOR FEES                          $2,660.40
PRIOR COSTS & EXPENSES          $29.88

|  | FEES | $592.20 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$592.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350844    JBS                                          June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064    RESCAP/GMAC
MATTER    1232     Copeland, Robert (Borrego)
                         GMAC Matter No.: 726516

**TOTAL AMOUNT DUE**            **$223.20**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350844    JBS                                        June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1232    Copeland, Robert (Borrego)
                        GMAC Matter No.: 726516

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.40 | 279.00 | 111.60 |
| ERB | 04/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| ERB | 05/07/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| ERB | 05/07/13 | Communications with client re status of foreclosure sale and impact on matter. | L160 | A106 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | | **0.80** | | **$223.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.60 | $167.40 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $55.80 |
| | **TOTAL** | **0.80** | **$223.20** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.80 | 279.00 | $223.20 |
| | **Total** | | **0.80** | | **$223.20** |

PRIOR FEES                              $362.70

|  |  |  |
|---|---|---|
| | FEES | $223.20 |
| | **TOTAL THIS INVOICE** | **$223.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350845    JBS                                      June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064    RESCAP/GMAC
MATTER      1272     Solorzano, Armando and Iliano
                     GMAC Matter No.: 728479

**TOTAL AMOUNT DUE**            $271.80

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     350845     JBS                                                      June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 1272     Solorzano, Armando and Iliano
                          GMAC Matter No.: 728479

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| MKS | 03/15/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | A104 | 0.20 | 270.00 | 54.00 |
| MKS | 03/19/13 | Prepare summary for insertion into audit response letter. | L120 | A104 | 0.30 | 270.00 | 81.00 |
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| TNA | 05/01/13 | Review court docket to determine procedural status and send inquiry to counsel for co-defendant PNC Bank. | L120 | A104 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | | **1.00** | | **$271.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 1.00 | $271.80 |
| | **TOTAL** | **1.00** | **$271.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| Abbott, Thomas | TNA | Associate | 0.30 | 270.00 | $81.00 |
| | **Total** | | **1.00** | | **$271.80** |

|  | FEES | $271.80 |
|--|------|---------|
| **TOTAL THIS INVOICE** | | **$271.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350846    JBS                                    June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1274     Lee, Sally
                   GMAC Matter No.: 728468

**TOTAL AMOUNT DUE**            $274.50

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350846    JBS                                    June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1274    Lee, Sally
                        GMAC Matter No.: 728468

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MIW | 05/01/13 | Draft and send correspondence to client re status of settlement agreement. | L160 | A106 | 0.10 | 274.50 | 27.45 |
| MIW | 05/01/13 | Draft and send correspondence to defendant's attorney re status of settlement agreement. | L160 | A108 | 0.10 | 274.50 | 27.45 |
| MIW | 05/24/13 | Draft case management statement. | L210 | A103 | 0.20 | 274.50 | 54.90 |
| MIW | 05/24/13 | Draft and send correspondence to defendant's attorney re status of settlement agreement. | L190 | A108 | 0.10 | 274.50 | 27.45 |
| MIW | 05/24/13 | Draft and send status update to client. | L190 | A106 | 0.10 | 274.50 | 27.45 |
| MIW | 05/28/13 | Phone call with defendant's attorney re status of settlement.  Draft and send follow-up email re same. | L160 | A108 | 0.20 | 274.50 | 54.90 |
| MIW | 05/30/13 | Review correspondence from defendant's attorney re status of settlement.  Draft and send reply re same. | L160 | A108 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | | **1.00** | | **$274.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L160 | Settlement/Non-Binding ADR | 0.60 | $164.70 |
| L190 | Other Case Assessment | 0.20 | $54.90 |
| L210 | Pleadings | 0.20 | $54.90 |
| | **TOTAL** | **1.00** | **$274.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   350846 | CLIENT   RESCAP/GMAC | | | | Page | 2 |
| | MATTER   Lee, Sally | | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Wraight, Mark | MIW | Member | 1.00 | 274.50 | $274.50 |
| | **Total** | | **1.00** | | **$274.50** |

PRIOR FEES                        $1,261.35
PRIOR COSTS & EXPENSES            $171.17

|  | FEES | $274.50 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$274.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350847    JBS                                            June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1301    Torres, Jose Gabriel
                  GMAC Matter No.: 729520

**TOTAL AMOUNT DUE**          $271.80

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350847    JBS                                                    June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1301    Torres, Jose Gabriel
                        GMAC Matter No.: 729520

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 03/15/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | A104 | 0.20 | 270.00 | 54.00 |
| MKS | 03/19/13 | Prepare summary for insertion into audit response letter. | L120 | A104 | 0.30 | 270.00 | 81.00 |
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| MKS | 05/03/13 | Attention to dismissal of stayed claims. | L210 | A104 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | | **1.00** | | **$271.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $190.80 |
| L210 | Pleadings | 0.30 | $81.00 |
| | **TOTAL** | **1.00** | **$271.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Sullivan, Mary Kate | MKS | Member | 0.80 | 270.00 | $216.00 |
| | **Total** | | **1.00** | | **$271.80** |

| | | | |
|---|---|---|---|
| | FEES | | $271.80 |
| | **TOTAL THIS INVOICE** | | **$271.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350848    JBS                                            June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1380    Hart, Alan and Barbara
                  GMAC Matter No.: 732121

**TOTAL AMOUNT DUE**                    $552.30

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350848    JBS                                    June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1380    Hart, Alan and Barbara
                         GMAC Matter No.: 732121

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ERB | 04/09/13 | Attend case management conference. | L230 | A104 | 1.60 | 279.00 | 446.40 |
| ERB | 05/07/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | | **1.70** | | **$474.30** |

## COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 04/02/13 | CourtCall, LLC; CourtCall - Conference Service; 04/09/13 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L230 | Court Mandated Conferences | 1.60 | $446.40 |
| | **TOTAL** | **1.70** | **$474.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 1.70 | 279.00 | $474.30 |
| | **Total** | | **1.70** | | **$474.30** |

| | | | |
|--|--|--|--|
| PRIOR FEES | $251.10 | | |
| | | FEES | $474.30 |
| | | COSTS & EXPENSES | $78.00 |
| | | **TOTAL THIS INVOICE** | **$552.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350849    JBS                                                                June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER    1496      Stringer, John
                             GMAC Matter No.: 737573

**TOTAL AMOUNT DUE**                     $200.25

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      350849      JBS                                    June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      24064 1496      Stringer, John
GMAC Matter No.: 737573

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| MKS | 05/01/13 | Follow up re status of settlement and approval by client of same. | L160 | A104 | 0.10 | 270.00 | 27.00 |
| MGC | 05/02/13 | Respond to client request. | L190 | A106 | 0.20 | 238.50 | 47.70 |
| MGC | 05/03/13 | Call with client re settlement. | L160 | A106 | 0.30 | 238.50 | 71.55 |
| MKS | 05/05/13 | Provide status update to client including litigation developments, upcoming events, upcoming deadlines and strategy decisions. | L120 | A106 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | | **0.80** | | **$200.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $98.55 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| | **TOTAL** | **0.80** | **$200.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Cross, Michael | MGC | Associate | 0.50 | 238.50 | $119.25 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **0.80** | | **$200.25** |

PRIOR FEES                              $309.15

                                                        FEES          $200.25
                               **TOTAL THIS INVOICE**                 **$200.25**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350850    JBS                                    June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1516    Ravipaty, Srinivas
                  GMAC Matter No.: 2013-05-EO5175

**TOTAL AMOUNT DUE**        **$1,132.20**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350850    JBS                                      June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1516    Ravipaty, Srinivas
GMAC Matter No.: 2013-05-EO5175

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| MKS | 05/01/13 | Study and review new complaint for appropriateness of Notice of Bankrutcy stay of defense strategy. | L210 | A104 | 0.50 | 270.00 | 135.00 |
| CHR | 05/01/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.40 | 130.50 | 52.20 |
| GSG | 05/03/13 | Analysis of Complaint | L210 | A104 | 0.30 | 260.00 | 78.00 |
| GSG | 05/06/13 | Reviewing Bankruptcy Order for applicability of stay to claims raised in Complaint. | L210 | A104 | 0.20 | 260.00 | 52.00 |
| GSG | 05/06/13 | Legal research re interpretation of when claims arise for unfair credit reporting under Federal law and California law. | L210 | A102 | 0.20 | 260.00 | 52.00 |
| GSG | 05/06/13 | Prepare recommendation for responding to Complaint. | L210 | A103 | 0.50 | 260.00 | 130.00 |
| TNA | 05/08/13 | Review and revise notice of bankruptcy and suggest of stay. | L210 | A104 | 0.30 | 270.00 | 81.00 |
| GSG | 05/08/13 | Prepare Notice of Bankruptcy and Suggestion of Automatic Stay. | L210 | A103 | 0.80 | 260.00 | 208.00 |
| TNA | 05/09/13 | Prepare communication to client regarding notice of stay and cover letter to plaintiff's counsel. | L120 | A106 | 0.20 | 270.00 | 54.00 |
| TNA | 05/09/13 | Further review and revise notice of bankruptcy and suggestion of stay. | L210 | A104 | 0.40 | 270.00 | 108.00 |
| GSG | 05/09/13 | Prepare correspondence to Plaintiff's counsel re Automatic Bankruptcy Stay. | L210 | A107 | 0.40 | 260.00 | 104.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 350850 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Ravipaty, Srinivas | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| GSG | 05/09/13 | Research re whether GMACM has been erroneously sued as GMACM nka Ally Financial, Inc. | L210 | A102 | 0.20 | 260.00 | | | 52.00 |
| GSG | 05/16/13 | Correspondence with counsel for Co-Defendant Trans Union re Notice of Bankruptcy. | L210 | A107 | 0.10 | 260.00 | | | 26.00 |
| | | **TOTAL** | | | **4.50** | | | | **$1,132.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L140 | Document/File Management | 0.40 | $52.20 |
| L210 | Pleadings | 3.90 | $1,026.00 |
| | **TOTAL** | **4.50** | **$1,132.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Grewal, Gurinder S. | GSG | Associate | 2.70 | 260.00 | $702.00 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| Abbott, Thomas | TNA | Associate | 0.90 | 270.00 | $243.00 |
| | **Total** | | **4.50** | | **$1,132.20** |

| | | FEES | $1,132.20 |
|---|---|---|---|
| | | **TOTAL THIS INVOICE** | **$1,132.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350851    JBS                                          June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        24064    RESCAP/GMAC
MATTER        1519     Bubar, Ronald and Richard
                       GMAC Matter No.: 2013-05-EP1505

**TOTAL AMOUNT DUE**          $3,461.40

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350851    JBS                                    June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1519    Bubar, Ronald and Richard
GMAC Matter No.: 2013-05-EP1505

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 05/06/13 | Study and review new complaint for handling, assessment and defense strategy. | L210 | A104 | 1.00 | 270.00 | 270.00 |
| JBS | 05/07/13 | Analysis and evaluation of defense strategy and previous litigation affecting same | L120 | A104 | 0.40 | 427.50 | 171.00 |
| DHC | 05/09/13 | Review documents and communication re sale of pumps. | L190 | A104 | 1.00 | 337.50 | 337.50 |
| DHC | 05/09/13 | Review Complaint. | L210 | A104 | 1.00 | 337.50 | 337.50 |
| EMR | 05/13/13 | Analysis of plaintiffs' cause of action for conversion, as needed to respond to complaint. | L210 | A104 | 0.60 | 306.00 | 183.60 |
| EMR | 05/13/13 | Research and analysis of challenge to standing of Jan LLC, as needed to respond to complaint. | L210 | A104 | 0.60 | 306.00 | 183.60 |
| EMR | 05/13/13 | Research Jan LLC on California Secretary of State website, as needed to analyze standing issues. | L210 | A104 | 0.30 | 306.00 | 91.80 |
| EMR | 05/13/13 | Review and analysis of plaintiffs' complaint. | L210 | A104 | 0.70 | 306.00 | 214.20 |
| MKS | 05/14/13 | Telephone call with counsel for plaintiff re: service date and response date; discuss resolution options generally. | L120 | A104 | 0.30 | 270.00 | 81.00 |
| EMR | 05/14/13 | Call M. Babitzke re RFC Construction Funding, LLC, William Tyson and David Marquardt's response to complaint. | L210 | A107 | 0.10 | 306.00 | 30.60 |
| EMR | 05/14/13 | Complete analysis needed for recommendation about response to | L120 | A103 | 0.70 | 306.00 | 214.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 350851 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Bubar, Ronald & Richard | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | plaintiffs' complaint. | | | | | |
| EMR | 05/14/13 | Complete review and analysis of plaintiffs' conversion claim, as needed to recommend response to same. | L120 | A104 | 0.70 | 306.00 | 214.20 |
| EMR | 05/14/13 | Research and analysis of plaintiffs' cause of action for injunctive relief, as needed to recommend strategy re response to complaint. | L120 | A104 | 0.80 | 306.00 | 244.80 |
| EMR | 05/14/13 | Leave detailed message for plaintiffs' counsel re representation of certain defendants and response to complaint, | L210 | A107 | 0.10 | 306.00 | 30.60 |
| EMR | 05/17/13 | Call M. Babitzke re RFC Construction Funding, LLC, William Tyson and David Marquardt's response to complaint. | L210 | A107 | 0.10 | 306.00 | 30.60 |
| EMR | 05/20/13 | Conversation with M. Babitzke's office re RFC Construction Funding, LLC, William Tyson and David Marquardt's response to complaint. | L210 | A107 | 0.10 | 306.00 | 30.60 |
| EMR | 05/22/13 | Conversation with M. Babitzke's office re RFC Construction Funding, LLC, William Tyson and David Marquardt's response to complaint. | L210 | A107 | 0.10 | 306.00 | 30.60 |
| EMR | 05/22/13 | Prepare notice of bankruptcy of RFC Construction Funding. | L250 | A103 | 0.30 | 306.00 | 91.80 |
| EMR | 05/23/13 | Attention to deadlines. | L210 | A104 | 0.10 | 306.00 | 30.60 |
| EMR | 05/24/13 | Letter to M. Babitzke re RFC Construction Funding, LLC, William Tyson and David Marquardt's response to complaint. | L210 | A103 | 0.20 | 306.00 | 61.20 |
| EMR | 05/24/13 | Review voice mail message from M. Babitzke re RFC Construction Funding, LLC, William Tyson and David Marquardt's response to complaint. | L210 | A107 | 0.10 | 306.00 | 30.60 |
| EMR | 05/30/13 | Prepare e-mail update and recommendation to clients re response to plaintiffs' complaint. | L120 | A106 | 0.50 | 306.00 | 153.00 |
| EMR | 05/31/13 | Review and analysis of potential for post petition claims to be asserted by Plaintiffs. | L120 | A104 | 0.30 | 306.00 | 91.80 |
| EMR | 05/31/13 | Prepare notice of bankruptcy filing. | L250 | A103 | 0.60 | 306.00 | 183.60 |
| EMR | 05/31/13 | E-mail to Ms. Priore re conversation with plaintiffs' counsel. | L120 | A106 | 0.10 | 306.00 | 30.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 350851 | CLIENT | RESCAP/GMAC | | | | Page | 3 |
| | | MATTER | Bubar, Ronald & Richard | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|
| EMR | 05/31/13 | Conversation with Plaintiffs' counsel re contentions of Richland Management re Pumps, discussion about conference re claims alleged against Mr. Tyson and Mr. Marquardt. | L210 | A107 | 0.20 | 306.00 | 61.20 |
| EMR | 05/31/13 | Review and respond to e-mail from K. Priore re status/strategy. | L120 | A106 | 0.10 | 306.00 | 30.60 |
| | | **TOTAL** | | | **11.10** | | **$3,461.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.90 | $1,231.20 |
| L190 | Other Case Assessment | 1.00 | $337.50 |
| L210 | Pleadings | 5.30 | $1,617.30 |
| L250 | Other Written Motions | 0.90 | $275.40 |
| | **TOTAL** | **11.10** | **$3,461.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 2.00 | 337.50 | $675.00 |
| Roman, Eleanor | EMR | Special Counsel | 7.40 | 306.00 | $2,264.40 |
| Sullivan, John | JBS | Member | 0.40 | 427.50 | $171.00 |
| Sullivan, Mary Kate | MKS | Member | 1.30 | 270.00 | $351.00 |
| | **Total** | | **11.10** | | **$3,461.40** |

| | | FEES | $3,461.40 |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | | **$3,461.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350852    JBS                                    June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1524    Greene, Rosemary
                  GMAC Matter No.: 2013-05-EU1744

**TOTAL AMOUNT DUE**          **$673.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350852    JBS                                                      June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1524    Greene, Rosemary
GMAC Matter No.: 2013-05-EU1744

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| CHR | 05/22/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.20 | 130.50 | 26.10 |
| ERB | 05/24/13 | Initial review and analysis of complaint. | L120 | A104 | 1.00 | 279.00 | 279.00 |
| LXL | 05/30/13 | Review and evaluate complaint and causes of action alleged against ETS. | L120 | A104 | 0.40 | 256.50 | 102.60 |
| LXL | 05/30/13 | Draft and prepare notice of bankruptcy and suggestion of automatic stay as to ETS. | L210 | A103 | 0.30 | 256.50 | 76.95 |
| LXL | 05/30/13 | Draft cover letter to plaintiff's counsel regarding notice of bankruptcy. | L210 | A107 | 0.20 | 256.50 | 51.30 |
| ERB | 05/31/13 | Review and revise notice of bankrupty and cover letter to plaintiff. | L250 | A104 | 0.40 | 279.00 | 111.60 |
| LXL | 05/31/13 | Revise and edit notice of bankruptcy to include caption, footer and signature block. | L210 | A103 | 0.10 | 256.50 | 25.65 |
| | | **TOTAL** | | | **2.60** | | **$673.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 1.40 | $381.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 350852 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Greene, Rosemary | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| L140 | Document/File Management | | 0.20 | $26.10 | | |
| L210 | Pleadings | | 0.60 | $153.90 | | |
| L250 | Other Written Motions | | 0.40 | $111.60 | | |
| | **TOTAL** | | **2.60** | **$673.20** | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | | 0.20 | 130.50 | $26.10 |
| Buell, Edward | ERB | Associate | | 1.40 | 279.00 | $390.60 |
| Ladi, Laszlo | LXL | Associate | | 1.00 | 256.50 | $256.50 |
| | **Total** | | | **2.60** | | **$673.20** |

|  |  |  |
|---|---|---|
| | FEES | $673.20 |
| **TOTAL THIS INVOICE** | | **$673.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351067    JBS                                                    June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0023    Jones, Sylvia v. GMAC Mortgage, LLC
GMAC Matter No.: 686344

**TOTAL AMOUNT DUE**          $639.45

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351067    JBS                                    June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0023    Jones, Sylvia v. GMAC Mortgage, LLC
                        GMAC Matter No.: 686344

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| MEG | 05/01/13 | Strategize regarding rejected filing of abstract of judgment. | L470 | A104 | 0.50 | 261.00 | 130.50 |
| JN | 05/02/13 | Research regarding filing procedures of Abstract of Judgment in multiple counties. | L460 | A101 | 1.00 | 130.50 | 130.50 |
| JN | 05/03/13 | Further research re process of filing judgment with several courts. | L460 | A102 | 1.90 | 130.50 | 247.95 |
| MEG | 05/17/13 | Strategize regarding recorded judgments and further requirements from county recorders. | L460 | A104 | 0.50 | 261.00 | 130.50 |
| | | **TOTAL** | | | **3.90** | | **$639.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L460 | Post-Trial Motions & Submissio | 3.40 | $508.95 |
| L470 | Enforcement | 0.50 | $130.50 |
| | **TOTAL** | **3.90** | **$639.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Negrete, Jennifer | JN | Paralegal | 2.90 | 130.50 | $378.45 |
| Gruber, Megan | MEG | Associate | 1.00 | 261.00 | $261.00 |
| | **Total** | | **3.90** | | **$639.45** |

| | |
|--|--|
| PRIOR FEES | $2,415.15 |
| PRIOR COSTS & EXPENSES | $297.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 351067 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Jones, Sylvia | | |

| | | |
|---|---|---|
| FEES | | $639.45 |
| **TOTAL THIS INVOICE** | | **$639.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351068    JBS                                    June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      0433       Haroutunian, Hedeya
                       C/M# 697640

**TOTAL AMOUNT DUE**            $6,905.57

**\*\*\* *REMITTANCE COPY* \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351068    JBS                                    June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0433    Haroutunian, Hedeya
                        C/M# 697640

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MEH | 04/03/13 | Exchange emails with client C. Bonello re: status update. | L520 | A101 | 0.30 | 261.00 | 78.30 |
| KPL | 04/06/13 | Review and analysis of appellate case docket to update case status. | L120 | A104 | 0.30 | 76.50 | 22.95 |
| MEH | 04/07/13 | Continue drafting respondent's brief. | L520 | A101 | 7.30 | 261.00 | 1,905.30 |
| MEH | 04/10/13 | Continue drafting respondent's brief. | L520 | A101 | 4.50 | 261.00 | 1,174.50 |
| KPL | 04/14/13 | Update appellate case matrix for attorney review and reference. | L120 | A101 | 0.30 | 76.50 | 22.95 |
| MEH | 04/15/13 | Continue drafting respondent's brief. | L520 | A104 | 7.80 | 261.00 | 2,035.80 |
| MEH | 04/16/13 | Exchange multiple emails with client K. Priore re: draft respondent's brief. | L520 | A104 | 0.40 | 261.00 | 104.40 |
| MEH | 04/17/13 | Revise/finalize respondent's brief. | L520 | A104 | 4.80 | 261.00 | 1,252.80 |
| MEH | 04/18/13 | Revise respondent's brief to include extra service requirements re: unfair competition claim. | L520 | A104 | 0.30 | 261.00 | 78.30 |
| KPL | 04/22/13 | Maintain appellate case matrix for attorney review and reference. | L120 | A101 | 0.30 | 76.50 | 22.95 |
| MEH | 04/23/13 | Strategize re: briefing schedule for appellant's optional reply brief. | L520 | A101 | 0.20 | 261.00 | 52.20 |
| KPL | 04/23/13 | Update master appellate case matrix for Appellate Senior Partner review and reference. | L120 | A104 | 0.30 | 76.50 | 22.95 |
| KPL | 05/11/13 | Update appellate case matrix for attorney analysis. | L120 | A104 | 0.40 | 76.50 | 30.60 |
| KPL | 05/20/13 | Maintain appellate case matrix for attorney review and reference. | L120 | A104 | 0.20 | 76.50 | 15.30 |
| | | **TOTAL** | | | **27.40** | | **$6,819.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 351068 | CLIENT RESCAP/GMAC | Page | 2 |
|---|---|---|---|
| | MATTER Haroutunian, Hedeya | | |

## COSTS & EXPENSES

| 04/25/13 | Copy Central  Maritime; Outside Copies; GBC Binding (15 Books Plus Original), Black & White 8 1/2 X 11 Copies (39 Origs X 15 Sets) 04/18/13 | 86.27 |
|---|---|---|
| | **TOTAL COSTS & EXPENSES** | **$86.27** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.80 | $137.70 |
| L520 | Appellate Briefs | 25.60 | $6,681.60 |
| | **TOTAL** | **27.40** | **$6,819.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Lee, Kristina | KPL | Legal Assistant | 1.80 | 76.50 | $137.70 |
| Andrews, Elizabeth H. | MEH | Associate | 25.60 | 261.00 | $6,681.60 |
| | **Total** | | **27.40** | | **$6,819.30** |

| | | |
|---|---|---|
| FEES | | $6,819.30 |
| COSTS & EXPENSES | | $86.27 |
| **TOTAL THIS INVOICE** | | **$6,905.57** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351069    JBS                                              June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     0683      Burnett (Daniels)
                     GMAC Matter No.: 706245

**TOTAL AMOUNT DUE**              $365.85

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351069    JBS                                    June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0683    Burnett (Daniels)
                        GMAC Matter No.: 706245

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| YS | 04/02/13 | Draft correspondence to client regarding status of the case, and settlement status | L190 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 04/12/13 | Review and analysis of deposition subpoena of Dr. David Chang for deceased medical records from respondent CitiMortgage | L120 | A104 | 0.20 | 238.50 | 47.70 |
| YS | 04/24/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 05/06/13 | Draft correspondence to client regarding status of the case and efforts to resolve it | L190 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 05/06/13 | Draft correspondence to conservator's counsel regarding attempts to resolve title dispute to the subject property | L190 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 05/21/13 | Receipt, review and analysis of demand for exchange of expert witnesses | L420 | A104 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **1.50** | | **$365.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $103.50 |
| L190 | Other Case Assessment | 1.00 | $238.50 |
| L420 | Expert Witnesses | 0.10 | $23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 351069 | CLIENT | RESCAP/GMAC | Page | 2 |
| | | MATTER | Burnett (Daniels) | | |

| | **TOTAL** | | **1.50** | **$365.85** | | |
|---|---|---|---|---|---|---|
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Buell, Edward | ERB | Associate | | 0.20 | 279.00 | $55.80 |
| Shaham, Yaron | YS | Special Counsel | | 1.30 | 238.50 | $310.05 |
| | **Total** | | | **1.50** | | **$365.85** |

PRIOR FEES                          $271.80
PRIOR COSTS & EXPENSES              $494.40

|  | FEES | $365.85 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$365.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351070    JBS                                    June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     0692      AMNA LLC
                     GMAC Matter No.: 706489

**TOTAL AMOUNT DUE**          **$225.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351070    JBS                              June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0692    AMNA LLC
                        GMAC Matter No.: 706489

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.40 | 279.00 | 111.60 |
| ACS | 04/01/13 | Research status of notice of appeal, update to client re: finality of order dissolving preliminary injunction | L220 | A108 | 0.20 | 288.00 | 57.60 |
| ERB | 04/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| ERB | 05/07/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | | **0.80** | | **$225.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.60 | $167.40 |
| L220 | Preliminary Injunctions/Provis | 0.20 | $57.60 |
| | **TOTAL** | **0.80** | **$225.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sears, Alex | ACS | Associate | 0.20 | 288.00 | $57.60 |
| Buell, Edward | ERB | Associate | 0.60 | 279.00 | $167.40 |
| | **Total** | | **0.80** | | **$225.00** |

|  |  |  |
|--|--|--|
| | FEES | $225.00 |
| **TOTAL THIS INVOICE** | | **$225.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351071    JBS                                    June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0704    Casas, Hermina
                  GMAC Matter No.: 732095

**TOTAL AMOUNT DUE**              $1,842.50

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351071    JBS                                      June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0704    Casas, Hermina
                        GMAC Matter No.: 732095

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| RSS | 05/17/13 | Confer with J. Sullivan and A. Givental regarding case status and strategy in connection with first amended complaint and possible settlement. | L120 | A105 | 0.90 | 288.00 | 259.20 |
| RSS | 05/17/13 | Review and analyze case documents to prepare settlement demand and first amended complaint. | L120 | A104 | 1.40 | 288.00 | 403.20 |
| RSS | 05/21/13 | Attend case management conference. | L230 | A109 | 0.80 | 288.00 | 230.40 |
| AAG | 05/30/13 | Communicate with defendant's attorney regarding stipulation to file first amended complaint. | L210 | A107 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | | **3.30** | | **$940.50** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 05/06/13 | First Legal Network, LLC; Court Services; Job no. 6898948 SMSC- Redwood City, Ca. 3/26/13 | 806.50 |
| 05/10/13 | First Legal Network, LLC; Serv Process, Subpoena Fees; Job no. 6908275 LSI Title Company at 818 W. Seventh St., Los Angeles, Ca. 4/24/13 | 95.50 |

**TOTAL COSTS & EXPENSES**                    **$902.00**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 2.30 | $662.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 351071 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Casas, Hermina | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L210 | Pleadings | | 0.20 | $47.70 | | | |
| L230 | Court Mandated Conferences | | 0.80 | $230.40 | | | |
| | **TOTAL** | | **3.30** | **$940.50** | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Givental, Alisa | | AAG | Associate | 0.20 | 238.50 | $47.70 |
| Saelao, Rebecca | | RSS | Special Counsel | 3.10 | 288.00 | $892.80 |
| | **Total** | | | **3.30** | | **$940.50** |

PRIOR FEES                     $6,642.00
PRIOR COSTS & EXPENSES          $588.11

| | | |
|---|---|---|
| FEES | $940.50 |
| COSTS & EXPENSES | $902.00 |
| **TOTAL THIS INVOICE** | **$1,842.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement



*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 282683 | 82035 |
| Invoice Date | Total Due |
| 4/15/13 | 806.50 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL,
PAYMENT DEPT(213)213-2640

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|---|---|
| | | | 82035 | 282683 | 4/15/13 | 806.50 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/26/13 | 6898948 | NRS | SMSC-REDWOOD CITY<br>400 COUNTY CENTER DR | SEVERSON & WERSON<br>1 EMBARCADERO CENTER | Base Chg : 67.75<br>Research : 150.75 | |
| RESEARCH-NEXT DAY | | | REDWOOD CITY     CA 94063<br>Caller: SEANA TILTON<br>Case No.: CIV413137<br>WEEK IF POSSIBLE<br>Signed: OBTAINED | SAN FRANCISCO     CA 94111<br>Comment: 1156 PGS X $0.50<br>Case Title: BARBARA J FORD VS.FR<br>GET LOCATION BOX #<br>Ref: 19000.0704 | Misc : 578.00<br>Adv/Wit Ck: 10.00 | 806.50 |
| | | | | Invoice Amount: 796.50<br>Fees Advanced: 10.00<br>**Total** Amount Due: 806.50 | | |

*handwritten notes:* locked  moved  24064 .0704

*handwritten:* OR  see  19000. 0704

*** REPRINT ***                    **Total**          806.50

## INVOICE PAYMENT DUE UPON RECEIPT

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351072    JBS                                                    June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 0844 | Nguyen, Diem T. |
| | | GMAC Matter No.:  712197 |

**TOTAL AMOUNT DUE**             **$2,987.38**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351072    JBS                                    June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0844    Nguyen, Diem T.
                        GMAC Matter No.: 712197

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| MGC | 05/07/13 | Draft opposition to Motion for Reconsideration. | L210 | A103 | 1.50 | 238.50 | 357.75 |
| MEH | 05/08/13 | Strategize re federal appellate brief re bankruptcy status. | L520 | A101 | 0.40 | 261.00 | 104.40 |
| MGC | 05/08/13 | Draft Opposition to Motion to Vacate Judgment. | L210 | A103 | 3.00 | 238.50 | 715.50 |
| MGC | 05/08/13 | Draft letter to court re Bankruptcy status. | L190 | A103 | 0.30 | 238.50 | 71.55 |
| MGC | 05/11/13 | Continue drafting opposition to Motion to Vacate Judgment. | L210 | A103 | 4.40 | 238.50 | 1,049.40 |
| MGC | 05/13/13 | Revise opposition to Motion to Vacate. | L210 | A103 | 1.50 | 238.50 | 357.75 |
| MGC | 05/13/13 | Continue revising opposition to Motion to Vacate. | L210 | A103 | 0.30 | 238.50 | 71.55 |
| MGC | 05/20/13 | Finalize brief in opposition to Motion to Vacate. | L240 | A103 | 1.00 | 238.50 | 238.50 |
| | | **TOTAL** | | | **12.40** | | **$2,966.40** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 05/08/13 | Federal Express Corporation EDI; Federal Express; Clerk of the Court CA Cts of Appeal, 4th Dist. D 601 W Santa Ana Blvd Santa Ana, CA 92701 04/23/13 | 20.98 |

**TOTAL COSTS & EXPENSES**                    **$20.98**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 351072 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Nguyen, Diem T. | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| L190 | Other Case Assessment | | 0.30 | $71.55 | |
| L210 | Pleadings | | 10.70 | $2,551.95 | |
| L240 | Dispositive Motions | | 1.00 | $238.50 | |
| L520 | Appellate Briefs | | 0.40 | $104.40 | |
| | **TOTAL** | | **12.40** | **$2,966.40** | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Andrews, Elizabeth H. | MEH | | Associate | 0.40 | 261.00 | $104.40 |
| Cross, Michael | MGC | | Associate | 12.00 | 238.50 | $2,862.00 |
| | **Total** | | | **12.40** | | **$2,966.40** |

PRIOR FEES                      $1,504.80

| | | |
|---|---|---|
| | FEES | $2,966.40 |
| | COSTS & EXPENSES | $20.98 |
| | **TOTAL THIS INVOICE** | **$2,987.38** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351073    JBS                                       June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1014     Villapando, Christine L.
                   GMAC Matter No.: 716898

**TOTAL AMOUNT DUE**              $544.20

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351073    JBS                                      June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1014    Villapando, Christine L.
                        GMAC Matter No.: 716898

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| SMH | 04/24/13 | Appear at Status Conference re GMAC bankruptcy. | L230 | A104 | 0.90 | 333.00 | 299.70 |
| SMH | 05/29/13 | Attention to OSC re dismissal for plaintiff's failure to appear, correspondence of co-defendant re cross-claims outstanding. | L230 | A104 | 0.30 | 333.00 | 99.90 |
| SMH | 05/30/13 | Review court docket re upcoming hearings on cross-complaints. | L120 | A104 | 0.20 | 333.00 | 66.60 |
| | | **TOTAL** | | | **1.40** | | **$466.20** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 04/16/13 | CourtCall, LLC; CourtCall - Conference Service; 04/24/13 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $66.60 |
| L230 | Court Mandated Conferences | 1.20 | $399.60 |
| | **TOTAL** | **1.40** | **$466.20** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Hankins, Suzanne | SMH | Member | 1.40 | 333.00 | $466.20 |
| | **Total** | | **1.40** | | **$466.20** |

| | | |
|---|---|---|
| | FEES | $466.20 |
| | COSTS & EXPENSES | $78.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 351073 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Villapando, Christine L. | | |

**TOTAL THIS INVOICE**                    $544.20

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351074    JBS                                June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1074    Smith, Tia
                  GMAC Matter No.: 719188

**TOTAL AMOUNT DUE**            **$631.05**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351074    JBS                                   June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1074    Smith, Tia
                         GMAC Matter No.: 719188

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| SMH | 04/22/13 | Attention to court ordered dates set at status conference. | L120 | A101 | 0.20 | 333.00 | 66.60 |
| DL | 04/22/13 | Attend status conference and advise client of results of same. | L230 | A104 | 0.80 | 288.00 | 230.40 |
| DL | 05/16/13 | Analyze plaintiff's opposition to Aurora's demurrer and review reply. | L430 | A101 | 0.40 | 288.00 | 115.20 |
| DL | 05/24/13 | Exchange correspondence with Aurora re results of Aurora's demurrer. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| SMH | 05/29/13 | Attention to court's ruling on demurrer. | L240 | A104 | 0.10 | 333.00 | 33.30 |
| | | **TOTAL** | | | **1.70** | | **$503.10** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 04/11/13 | CourtCall, LLC; CourtCall - Conference Service; 04/22/13 | 78.00 |
| 04/29/13 | One Legal, Inc.; Transmittal of filing to court; CMS 04/10/13 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$127.95** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L110 Fact Investigation/Development | 0.20 | $57.60 |
| L120 Analysis/Strategy | 0.20 | $66.60 |
| L230 Court Mandated Conferences | 0.80 | $230.40 |
| L240 Dispositive Motions | 0.10 | $33.30 |
| L430 Written Motions/Submissions | 0.40 | $115.20 |
| **TOTAL** | **1.70** | **$503.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  351074 | CLIENT  RESCAP/GMAC | | | Page | 2 |
| | MATTER  Smith, Tia | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.40 | 288.00 | $403.20 |
| Hankins, Suzanne | SMH | Member | 0.30 | 333.00 | $99.90 |
| | **Total** | | **1.70** | | **$503.10** |

|  |  |  |
|---|---|---|
| | FEES | $503.10 |
| | COSTS & EXPENSES | $127.95 |
| | **TOTAL THIS INVOICE** | **$631.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351075    JBS                                    June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1270    Lawrence, Marilyn
                  GMAC Matter No.: 725451

**TOTAL AMOUNT DUE**            $318.15

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351075    JBS                                    June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1270    Lawrence, Marilyn
                        GMAC Matter No.: 725451

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| YS | 04/01/13 | Draft correspondence to client regarding status of the case, plaintiff's efforts to move her case along, and defense strategy | L190 | A103 | 0.40 | 238.50 | 95.40 |
| YS | 04/24/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 05/28/13 | Draft declaration of Yaron Shaham regarding plaintiff's failure to file any opposition to the clients' respective declarations of non-monetary status | L210 | A103 | 0.50 | 238.50 | 119.25 |
| YS | 05/28/13 | Receipt, review and analysis of the Court's order to show cause regarding dismissal of the case in light of plaintiff's failure to prosecute it | L120 | A104 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **1.30** | | **$318.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $79.65 |
| L190 | Other Case Assessment | 0.50 | $119.25 |
| L210 | Pleadings | 0.50 | $119.25 |
| | **TOTAL** | **1.30** | **$318.15** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 351075 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Lawrence, Marilyn | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Buell, Edward | | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Shaham, Yaron | | YS | Special Counsel | 1.10 | 238.50 | $262.35 |
| | | **Total** | | **1.30** | | **$318.15** |

PRIOR FEES                                    $275.40

|  |  |  |
|---|---|---|
| | FEES | $318.15 |
| | **TOTAL THIS INVOICE** | **$318.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351076    JBS                                                June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1271     Anyanwu, Charity
                   GMAC Matter No.: 728855

**TOTAL AMOUNT DUE**          **$1,567.95**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351076    JBS                                    June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1271    Anyanwu, Charity
                        GMAC Matter No.: 728855

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 04/16/13 | Attend status conference and advise client of continuance of same. | L230 | A101 | 1.60 | 288.00 | 460.80 |
| DL | 04/16/13 | Exchange correspondence with REO insurance re defense of action. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 04/23/13 | Analyze letter from REO insurer re providing defense counsel and exchange correspondence with plaintiff re same. | L110 | A104 | 0.30 | 288.00 | 86.40 |
| DL | 04/24/13 | Exchange correspondence with co-defendant re court erroneously setting trial date in matter. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 04/25/13 | Prepare correspondence to client re REO insurer assigning outside counsel for GMAC's defense and trial setting. | L110 | A104 | 0.30 | 288.00 | 86.40 |
| DL | 05/01/13 | Analyze plaintiff's case management statement. | L110 | A104 | 0.10 | 288.00 | 28.80 |
| DL | 05/01/13 | Exchange correspondence with court re setting of trial date and status conference. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 05/06/13 | Discuss transfer of case to new attorney with plaintiff's counsel. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 05/07/13 | Analyze correspondence from client re signing substitution of attorney and monitoring file. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 05/08/13 | Exchange correspondence with new counsel re substitution of attorney and work on copying file for new counsel. | L110 | A101 | 0.30 | 288.00 | 86.40 |
| DL | 05/09/13 | Prepare letter to new counsel with litigation file and exchange correspondence re same. | L110 | A104 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 351076 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
| | | MATTER | Anyanwu, Charity | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DL | 05/14/13 | Exchange correspondence with new counsel re copying correspondence file and prepare letter re same. | L110 | A101 | 0.30 | 288.00 | | 86.40 |
| DL | 05/15/13 | Exchange correspondence with new counsel re earlier filed action involving same parties. | L110 | A101 | 0.20 | 288.00 | | 57.60 |
| DL | 05/16/13 | Exchange further correspondence with new counsel re obtaining file for related case and prepare letter re same. | L110 | A101 | 0.30 | 288.00 | | 86.40 |
| DL | 05/31/13 | Exchange correspondence with new counsel re litigation issues. | L110 | A107 | 0.30 | 288.00 | | 86.40 |
| | | **TOTAL** | | | **5.00** | | | **$1,440.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 04/11/13 | CourtCall, LLC; CourtCall - Conference Service; 04/16/13 | 78.00 |
| 04/22/13 | One Legal, Inc.; Transmittal of filing to court; CMS 04/03/13 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$127.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 3.40 | $979.20 |
| L230 | Court Mandated Conferences | 1.60 | $460.80 |
| | **TOTAL** | **5.00** | **$1,440.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 5.00 | 288.00 | $1,440.00 |
| | **Total** | | **5.00** | | **$1,440.00** |

PRIOR FEES                    $374.40

| | |
|---|---|
| FEES | $1,440.00 |
| COSTS & EXPENSES | $127.95 |
| **TOTAL THIS INVOICE** | **$1,567.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      351077      JBS                                              June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        24064      RESCAP/GMAC
MATTER        1333       Tikhonov, Albina (3)
                         GMAC Matter No.: 737481

**TOTAL AMOUNT DUE**              **$1,985.00**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     351077     JBS                                          June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 1333     Tikhonov, Albina (3)
GMAC Matter No.: 737481

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DZG | 05/03/13 | Telephone conference and exchange memoranda with J. Newton re notice of bankruptcy, status of civil case | L120 | A108 | 0.60 | 274.50 | 164.70 |
| DZG | 05/03/13 | Prepare correspondence to plaintiffs re notice of bankruptcy, and prepare notice of bankruptcy | L250 | A103 | 0.40 | 274.50 | 109.80 |
| CHR | 05/06/13 | Draft Notice of Bankruptcy. | L140 | A103 | 0.40 | 130.50 | 52.20 |
| DZG | 05/06/13 | Prepare notice of bankruptcy for ETS, correspondence to plaintiffs re notice of bankruptcy, and memorandum to D. Booth transmitting same | L140 | A103 | 0.50 | 274.50 | 137.25 |
| DZG | 05/06/13 | Exchange memoranda with J. Newton and L. Delehey re bankruptcy stay | L120 | A108 | 0.50 | 274.50 | 137.25 |
| DZG | 05/08/13 | Prepare for hearing on demurrer and motions to compel | L250 | A101 | 2.10 | 274.50 | 576.45 |
| DZG | 05/09/13 | Telephonically attend case management conference | L230 | A109 | 1.60 | 274.50 | 439.20 |
| DZG | 05/09/13 | Exchange memoranda with K. Priore re status of Unlawful Detainer, borrowers' bankruptcy status | L120 | A106 | 0.50 | 274.50 | 137.25 |
| DZG | 05/09/13 | Exchange memoranda with J. Newton re plaintiff's bankruptcy settlement proposal | L120 | A107 | 0.20 | 274.50 | 54.90 |
| DZG | 05/13/13 | Analyze memoranda from J. Newton and L. Delehey re bankruptcy proceedings and plaintiff's settlement offer | L160 | A104 | 0.20 | 274.50 | 54.90 |
| DZG | 05/14/13 | Analyze memoranda from J. Newton re bankruptcy proceedings | L160 | A108 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | | **7.20** | | **$1,918.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 351077 | CLIENT | RESCAP/GMAC | Page | 2 |
| | | MATTER | Tikhonov, Albina (3) | | |

## COSTS & EXPENSES

05/29/13  One Legal, Inc.; Transmittal of filing to court;                    66.20
Notice of Bankruptcy Filing and Supplement
Servicing Order 05/08/13
**TOTAL COSTS & EXPENSES**                    **$66.20**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.80 | $494.10 |
| L140 | Document/File Management | 0.90 | $189.45 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $109.80 |
| L230 | Court Mandated Conferences | 1.60 | $439.20 |
| L250 | Other Written Motions | 2.50 | $686.25 |
| | **TOTAL** | **7.20** | **$1,918.80** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Glasser, Dana | DZG | Associate | 6.80 | 274.50 | $1,866.60 |
| | **Total** | | **7.20** | | **$1,918.80** |

PRIOR FEES              $2,205.90

|  | |
|---|---|
| FEES | $1,918.80 |
| COSTS & EXPENSES | $66.20 |
| **TOTAL THIS INVOICE** | **$1,985.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   351078    JBS                                      June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1386    Wesbrook, Frank and Tabitha
                  GMAC Matter No.: 732923

**TOTAL AMOUNT DUE**          $948.75

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351078    JBS

June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1386    Wesbrook, Frank and Tabitha
GMAC Matter No.: 732923

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RMI | 04/01/13 | Correspondence with D.Liu re court mandated status conference. | L230 | A101 | 0.20 | 247.50 | 49.50 |
| DL | 04/01/13 | Prepare case update on chart for client. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| RMI | 04/04/13 | Review and analyze case file and client documents re court mandated status conference.  Prepare outline of case history and bankruptcy update re court mandated status conference. | L230 | A101 | 0.60 | 247.50 | 148.50 |
| RMI | 04/04/13 | Conference with defense counsel re case history and strategy. | L120 | A101 | 0.30 | 247.50 | 74.25 |
| RMI | 04/05/13 | Prepare Notice of Ruling re Status Conference. | L210 | A101 | 0.30 | 247.50 | 74.25 |
| RMI | 04/05/13 | Prepare email re status conference update and case strategy. | L230 | A101 | 0.20 | 247.50 | 49.50 |
| RMI | 04/05/13 | Appear for court mandated status conference. | L230 | A101 | 1.60 | 247.50 | 396.00 |
| | | **TOTAL** | | | **3.30** | | **$820.80** |

## COSTS & EXPENSES

| | | |
|------|---|---|
| 04/02/13 | CourtCall, LLC; CourtCall - Conference Service;  04/05/13 | 78.00 |
| 04/04/13 | One Legal, Inc.; Transmittal of filing to court; CMS 03/22/13 | 49.95 |

**TOTAL COSTS & EXPENSES**          $127.95

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. 351078 | CLIENT | RESCAP/GMAC | Page | 2 |
| | MATTER | Wesbrook, Frank & Tabitha | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.10 | $28.80 | | | |
| L120 | Analysis/Strategy | 0.30 | $74.25 | | | |
| L210 | Pleadings | 0.30 | $74.25 | | | |
| L230 | Court Mandated Conferences | 2.60 | $643.50 | | | |
| | **TOTAL** | **3.30** | **$820.80** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 0.10 | 288.00 | $28.80 |
| Ito, Ryan | RMI | Associate | 3.20 | 247.50 | $792.00 |
| | **Total** | | **3.30** | | **$820.80** |

PRIOR FEES                    $401.85

|  |  |
|---|---|
| FEES | $820.80 |
| COSTS & EXPENSES | $127.95 |
| **TOTAL THIS INVOICE** | **$948.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351079    JBS                                June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1391     Winick, Daniel S. & Claire
                   C/M# 733788

**TOTAL AMOUNT DUE**            **$3,089.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351079    JBS

June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1391    Winick, Daniel S. & Claire
C/M# 733788

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| DL | 04/03/13 | Exchange correspondence with plaintiff re settlement. | L160 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 04/04/13 | Prepare status update for MERS. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 04/04/13 | Exchange further correspondence with plaintiff re discussing terms for possible settlement. | L160 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 04/22/13 | Prepare correspondence to plaintiff re settlement and preparing for depositions. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 04/23/13 | Exchange correspondence with client and plaintiff re possible settlement terms. | L160 | A104 | 0.30 | 288.00 | 86.40 |
| DL | 04/24/13 | Prepare correspondence to plaintiff re rejecting his settlement offer and making counter-offer. | L160 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 04/29/13 | Analyze plaintiff's notices of deposition and interrogatories. | L310 | A104 | 0.40 | 288.00 | 115.20 |
| DL | 04/30/13 | Prepare analysis of plaintiff's discovery for client. | L310 | A104 | 0.40 | 288.00 | 115.20 |
| DL | 05/09/13 | Exchange correspondence with client re informal resolution of case and exchange correspondence with plaintiff re same. | L110 | A101 | 0.40 | 288.00 | 115.20 |
| DL | 05/10/13 | Prepare correspondence to client re settlement discussions with plaintiff. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| DL | 05/15/13 | Draft letter to plaintiff re settlement and bankruptcy issues and exchange correspondence with client re same. | L110 | A101 | 0.50 | 288.00 | 144.00 |
| DL | 05/16/13 | Draft amended notice of bankruptcy and prepare correspondence to client re | L430 | A101 | 0.70 | 288.00 | 201.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 351079 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
| | | MATTER | Winick, Daniel S. & Claire | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | same. | | | | | |
| DL | 05/16/13 | Begin drafting objections to plaintiff's discovery requests. | L310 | A101 | 0.40 | 288.00 | 115.20 |
| DL | 05/17/13 | Work on obtaining hearing date for motion for summary judgment. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 05/20/13 | Exchange correspondence with client re issues with settling matter | L160 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 05/20/13 | Prepare correspondence to plaintiff re continuing defendants' depositions. | L330 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 05/21/13 | Exchange correspondence with client re settlement offer to plaintiffs. | L160 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 05/21/13 | Draft responses to form interrogatories for GMAC and ETS and draft objections to deposition notices | L310 | A101 | 2.20 | 288.00 | 633.60 |
| DL | 05/22/13 | Revise objections to notices of deposition. | L330 | A101 | 0.70 | 288.00 | 201.60 |
| DL | 05/22/13 | Revise GMAC and ETS' responses to form interrogatories. | L310 | A101 | 1.10 | 288.00 | 316.80 |
| DL | 05/23/13 | Discuss strategy re litigation and settlement with client and discuss settlement with plaintiff. | L110 | A101 | 0.50 | 288.00 | 144.00 |
| DL | 05/23/13 | Discuss revisions to discovery responses with client. | L310 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 05/24/13 | Revise form interrogatory responses. | L310 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 05/24/13 | Prepare form interrogatory responses with objections only. | L310 | A104 | 0.40 | 288.00 | 115.20 |
| DL | 05/28/13 | Exchange correspondence with plaintiff and client re plaintiff's acceptance of settlement offer. | L160 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 05/31/13 | Prepare correspondence to plaintiff and client re settlement discussions. | L160 | A101 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | | **10.70** | | **$3,081.60** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 04/26/13 | Cardmember Service/Bank One (Acct 5773); Court and Filing Fees; SD SUPCT ROA CA 04/05/13 | | 7.50 |
| | **TOTAL COSTS & EXPENSES** | **$7.50** | |

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 351079 | CLIENT | RESCAP/GMAC | Page | 3 |
| | | MATTER | Winick, Daniel S. & Claire | | |

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 2.10 | $604.80 |
| L160 | Settlement/Non-Binding ADR | 1.70 | $489.60 |
| L310 | Written Discovery | 5.30 | $1,526.40 |
| L330 | Depositions | 0.90 | $259.20 |
| L430 | Written Motions/Submissions | 0.70 | $201.60 |
| **TOTAL** | | **10.70** | **$3,081.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 10.70 | 288.00 | $3,081.60 |
| **Total** | | | **10.70** | | **$3,081.60** |

| | | |
|---|---|---|
| FEES | | $3,081.60 |
| COSTS & EXPENSES | | $7.50 |
| **TOTAL THIS INVOICE** | | **$3,089.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351080    JBS                                                                 June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1392    Franzen, John and Jacqueline
GMAC Billing No.: 733064

**TOTAL AMOUNT DUE**           $259.20

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351080    JBS                                    June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1392    Franzen, John and Jacqueline
GMAC Billing No.: 733064

### FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 05/15/13 | Prepare analysis of first amended complaint for client. | L110 | A101 | 0.30 | 288.00 | 86.40 |
| DL | 05/17/13 | Exchange correspondence with client re revisions to notice of bankruptcy and letter. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 05/29/13 | Finalize notice of bankruptcy stay and letter to plaintiff. | L430 | A103 | 0.40 | 288.00 | 115.20 |
| | | **TOTAL** | | | **0.90** | | **$259.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.50 | $144.00 |
| L430 | Written Motions/Submissions | 0.40 | $115.20 |
| | **TOTAL** | **0.90** | **$259.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.90 | 288.00 | $259.20 |
| | **Total** | | **0.90** | | **$259.20** |

PRIOR FEES                              $460.80
PRIOR COSTS & EXPENSES                   $127.95

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 351080 | CLIENT | RESCAP/GMAC | Page    2 |
| | | MATTER | Franzen, John & Jacqueline | |

| | | |
|---|---|---|
| | FEES | $259.20 |
| **TOTAL THIS INVOICE** | | **$259.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351081    JBS                                                    June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1483    Tamarat, Peter and Dee
                  GMAC Matter No.: 737054

**TOTAL AMOUNT DUE**            **$419.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351081    JBS

June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1483    Tamarat, Peter and Dee
GMAC Matter No.: 737054

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| CHR | 05/06/13 | Draft Notice of Bankruptcy. | L140 | A103 | 0.40 | 130.50 | 52.20 |
| RJG | 05/06/13 | Analysis of bankruptcy stay application to complaint claims and attention to notice of bankruptcy issues. | L120 | A104 | 0.30 | 274.50 | 82.35 |
| DZG | 05/06/13 | Prepare notices of bankruptcy for ETS and GMAC | L140 | A103 | 0.80 | 274.50 | 219.60 |
| DZG | 05/07/13 | Exchange memoranda with D. Booth re notices of bankruptcy | L140 | A106 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | | **1.70** | | **$409.05** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 05/29/13 | One Legal, Inc.; Transmittal of filing to court; GMAC Notice of Bankruptcy Filing and Supplement Servicing Order, ETS Notice of Bankruptcy Filing and Supplemental...05/08/13 | 9.95 |

**TOTAL COSTS & EXPENSES**    **$9.95**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $82.35 |
| L140 | Document/File Management | 1.40 | $326.70 |
| | **TOTAL** | **1.70** | **$409.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Glasser, Dana | DZG | Associate | 1.00 | 274.50 | $274.50 |
| Gandy, Robert | RJG | Special Counsel | 0.30 | 274.50 | $82.35 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 351081 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Tamarat, Peter & Dee | | |

| | Total | | 1.70 | $409.05 |
|---|---|---|---|---|

| | FEES | $409.05 |
|---|---|---|
| | COSTS & EXPENSES | $9.95 |
| | **TOTAL THIS INVOICE** | **$419.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351082    JBS                                June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064    RESCAP/GMAC
MATTER     1488     Singer, Marvin
                    OCWEN No.: 736626

**TOTAL AMOUNT DUE**            **$725.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351082    JBS                                   June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1488    Singer, Marvin
OCWEN No.: 736626

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | Hours | Rate | Amount |
|------|------|-------------|---|-------|------|--------|
| MJE | 05/03/13 | Performed various tasks associated with L250 amended Notice of BK and Stay including: draft of amended notice, draft of letter to counsel, exchange of emails with Don Booth re strategy for each and attaching same | A103 | 2.20 | 279.00 | 613.80 |
| MJE | 05/07/13 | Receipt of conformed Notice of BK and L140 delivery to D. Booth | A106 | 0.20 | 279.00 | 55.80 |
| MJE | 05/09/13 | Email to D. Booth attaching conformed L140 amended Notice of BK. | A106 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | **2.60** | | **$725.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L140 | Document/File Management | 0.40 | $111.60 |
| L250 | Other Written Motions | 2.20 | $613.80 |
| | **TOTAL** | **2.60** | **$725.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Esposito, Matthew | MJE | Associate | 2.60 | 279.00 | $725.40 |
| | **Total** | | **2.60** | | **$725.40** |

PRIOR FEES                        $4,869.45

|  |  |
|--|--|
| FEES | $725.40 |
| **TOTAL THIS INVOICE** | **$725.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351083    JBS                                      June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1497    Cabrera, Everett
C/M# 737629

**TOTAL AMOUNT DUE**          $238.95

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351083    JBS                                    June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1497    Cabrera, Everett
                        C/M# 737629

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| SMH | 04/04/13 | Review new assignment, draft of NOB and motion to dismiss. | L110 | A104 | 0.20 | 333.00 | 66.60 |
| CHR | 04/04/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| SMH | 04/17/13 | Attention to D. Booth email re NOB. | L120 | A104 | 0.10 | 333.00 | 33.30 |
| SMH | 05/06/13 | Review D. Booth email re NOB requirements. | L120 | A104 | 0.20 | 333.00 | 66.60 |
| SMH | 05/29/13 | Attention to dismissal of GMAC. | L210 | A104 | 0.10 | 333.00 | 33.30 |
| | | **TOTAL** | | | **0.90** | | **$238.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $66.60 |
| L120 | Analysis/Strategy | 0.30 | $99.90 |
| L140 | Document/File Management | 0.30 | $39.15 |
| L210 | Pleadings | 0.10 | $33.30 |
| | **TOTAL** | **0.90** | **$238.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 351083 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Cabrera, Everett | | | | |

| Hankins, Suzanne | SMH | Member | 0.60 | 333.00 | $199.80 |
|---|---|---|---|---|---|
| | **Total** | | **0.90** | | **$238.95** |

|  | FEES | $238.95 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$238.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      351084      JBS                                              June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1512      Smith, Kelly and Jeffrey
                     GMAC Matter No.: 2013-05-EO7344

**TOTAL AMOUNT DUE**              $550.35

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351084    JBS                                      June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1512    Smith, Kelly and Jeffrey
                        GMAC Matter No.: 2013-05-EO7344

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| JBS | 05/01/13 | Analysis and evaluation of post-petition claims | L120 | A104 | 0.30 | 427.50 | 128.25 |
| CHR | 05/01/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.40 | 130.50 | 52.20 |
| RJG | 05/01/13 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | A106 | 0.30 | 274.50 | 82.35 |
| RJG | 05/01/13 | Analysis of preliminary case investigation issues. | L120 | A104 | 0.30 | 274.50 | 82.35 |
| KSM | 05/02/13 | Prepared notice of bankruptcy. | L250 | A103 | 0.40 | 256.50 | 102.60 |
| KSM | 05/03/13 | Prepared notice of bankruptcy letter to opposing counsel. | L250 | A103 | 0.40 | 256.50 | 102.60 |
| | | **TOTAL** | | | **2.10** | | **$550.35** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L120 | Analysis/Strategy | 0.90 | $292.95 |
| L140 | Document/File Management | 0.40 | $52.20 |
| L250 | Other Written Motions | 0.80 | $205.20 |
| | **TOTAL** | **2.10** | **$550.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 351084 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Smith, Kelly & Jeffrey | | | | |

| Timekeeper | | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Rommell, Clair | | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Sullivan, John | | JBS | Member | 0.30 | 427.50 | $128.25 |
| Miller, Kenneth S. | | KSM | Associate | 0.80 | 256.50 | $205.20 |
| Gandy, Robert | | RJG | Special Counsel | 0.60 | 274.50 | $164.70 |
| | | **Total** | | **2.10** | | **$550.35** |

| | FEES | $550.35 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$550.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      351085      JBS                                     June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER     9997       ResCap Bankruptcy Issues
                      GMAC Matter No.: 733619

**TOTAL AMOUNT DUE**              $1,012.50

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351085    JBS                                      June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 9997    ResCap Bankruptcy Issues
                        GMAC Matter No.: 733619

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DHC | 05/30/13 | Drafting of Cover Letter to Notice Parties re April, 2013 Monthly Statement. | L190 | A103 | 1.00 | 337.50 | 337.50 |
| DHC | 05/30/13 | Drafting of Monthly Statement for April, 2013. | L190 | A103 | 1.00 | 337.50 | 337.50 |
| DHC | 05/30/13 | Conference with Accounting re timekeeper and spreadsheet exhibit. | L190 | A105 | 1.00 | 337.50 | 337.50 |
| | | **TOTAL** | | | **3.00** | | **$1,012.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L190 | Other Case Assessment | 3.00 | $1,012.50 |
| | **TOTAL** | **3.00** | **$1,012.50** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Cram, Donald | DHC | Member | 3.00 | 337.50 | $1,012.50 |
| | **Total** | | **3.00** | | **$1,012.50** |

PRIOR FEES                    $13,538.25
PRIOR COSTS & EXPENSES        $3,008.07

FEES                    $1,012.50
**TOTAL THIS INVOICE**        **$1,012.50**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 351085 | CLIENT | RESCAP/GMAC | Page | 2 |
| | | MATTER | ResCap Bankruptcy Issues | | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement