# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352439    JBS                                    July 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1519     Bubar, Ronald and Richard
                   GMAC Matter No.: 2013-05-EP1505

**TOTAL AMOUNT DUE**          **$2,788.35**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352439    JBS

July 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1519    Bubar, Ronald and Richard
GMAC Matter No.: 2013-05-EP1505

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DHC | 06/04/13 | Conference with Ellie Roman re gaining dismissal of individual defendants. | L100 | A105 | 0.50 | 337.50 | 168.75 |
| DHC | 06/04/13 | Review and revise Notice of Bankruptcy. | L190 | A103 | 0.50 | 337.50 | 168.75 |
| EMR | 06/04/13 | Teleconference with plaintiffs' counsel regarding plaintiffs' claims and contentions; negotiate potential dismissal of W. Tyson and D. Marquardt. | L240 | A107 | 0.30 | 306.00 | 91.80 |
| EMR | 06/04/13 | Prepare for teleconference with plaintiffs' counsel regarding potential dismissal of W. Tyson and D. Marquardt. | L240 | A107 | 0.20 | 306.00 | 61.20 |
| EMR | 06/07/13 | Prepare draft declaration regarding W. Tyson's and D. Marquardt's role in sale of pumps to JAN, LLC as needed in connection with negotiation of dismissal of W. Tyson and D. Marquardt by Plaintiffs. | L240 | A103 | 0.80 | 306.00 | 244.80 |
| DHC | 06/10/13 | Review and revise declaration of RFC re involvement of Tyson & Margaurdt in connection with sale of pumps to JAN, LLC. | L190 | A104 | 1.00 | 337.50 | 337.50 |
| EMR | 06/10/13 | Review and execute notice and acknowledgment of receipt of summons, complaint and court provided documents on D. Marquardt, as per agreement with Plaintiffs' counsel to accept service on behalf of Mr. Marquardt. | L210 | A103 | 0.30 | 306.00 | 91.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 352439 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Bubar, Ronald & Richard | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EMR | 06/10/13 | Revise proposed declaration of RFC Construction Funding, as needed in connection with request for dismissal of W. Tyson and D. Marquardt. | L240 | A103 | 0.50 | 306.00 | 153.00 |
| EMR | 06/10/13 | Letter to M. Babitzke re obtaining dismissal of W. Tyson and D. Marquardt. | L240 | A107 | 0.30 | 306.00 | 91.80 |
| EMR | 06/12/13 | Call to M. Williams, counsel for Richland Management re his statements pertaining to ownership of subject pumps. | L110 | A107 | 0.10 | 306.00 | 30.60 |
| EMR | 06/12/13 | Conversation with M. Babitzke re status of his clients' response to proposed declaration in support of dismissal of W. Tyson and D. Marquardt. | L160 | A107 | 0.20 | 306.00 | 61.20 |
| EMR | 06/13/13 | Conversation with M. Williams, counsel for defendant Richland Management (Richland Planned Communities) re his clients' response to plaintiffs' claims, as needed in connection with negotiations with plaintiffs' counsel for dismissal of W. Tyson and D. Marquardt. | L110 | A107 | 0.30 | 306.00 | 91.80 |
| DHC | 06/20/13 | Review and revise Notice of Bankruptcy filing on behalf of RFC Construction Funding, LLC | L210 | A104 | 0.50 | 337.50 | 168.75 |
| EMR | 06/20/13 | E-mail communications with J. Sprecken re filing of notice of bankruptcy. | L210 | A106 | 0.20 | 306.00 | 61.20 |
| EMR | 06/24/13 | Letter to M. Babitzke confirming status of negotiations re dismissal of D. Marquardt and W. Tyson, and deadline for their response to the complaint. | L160 | A103 | 0.20 | 306.00 | 61.20 |
| EMR | 06/24/13 | Continue negotiation with plaintiffs' counsel of dismissal of W. Tyson and D. Marquardt; discussion about assertions of Richland Planned Communties re payment for pumps received from T. Lucky. | L160 | A107 | 0.30 | 306.00 | 91.80 |
| EMR | 06/26/13 | Prepare strategy re response to M. Babitzke, given failure to provide his clients' response to request for dismissal of D. Marquardt and W. Tyson. | L120 | A104 | 0.20 | 306.00 | 61.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 352439 | CLIENT | RESCAP/GMAC | | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Bubar, Ronald & Richard | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| EMR | 06/27/13 | Prepare memorandum of points and authorities in support of demurrer of W. Tyson and D. Marquardt to plaintiff's complaint. | L240 | A103 | 1.20 | 306.00 | | 367.20 |
| EMR | 06/27/13 | Prepare notice of demurrer and demurrer of W. Tyson and D. Marquardt to plaintiff's complaint. | L240 | A103 | 0.60 | 306.00 | | 183.60 |
| EMR | 06/27/13 | Prepare request for judicial notice in support of demurrer of W. Tyson and D. Marquardt to plaintiff's complaint. | L240 | A103 | 0.40 | 306.00 | | 122.40 |
| | | **TOTAL** | | | **8.60** | | | **$2,710.35** |

## COSTS & EXPENSES

| | | | |
|---|---|---|---|
| 06/12/13 | CourtCall, LLC; CourtCall - Conference Service; 09/04/13 | | 78.00 |
| | **TOTAL COSTS & EXPENSES** | **$78.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L100 | NOT A VALID TASK CODE | 0.50 | $168.75 |
| L110 | Fact Investigation/Development | 0.40 | $122.40 |
| L120 | Analysis/Strategy | 0.20 | $61.20 |
| L160 | Settlement/Non-Binding ADR | 0.70 | $214.20 |
| L190 | Other Case Assessment | 1.50 | $506.25 |
| L210 | Pleadings | 1.00 | $321.75 |
| L240 | Dispositive Motions | 4.30 | $1,315.80 |
| | **TOTAL** | **8.60** | **$2,710.35** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 2.50 | 337.50 | $843.75 |
| Roman, Eleanor | EMR | Special Counsel | 6.10 | 306.00 | $1,866.60 |
| | **Total** | | **8.60** | | **$2,710.35** |

| | | | |
|---|---|---|---|
| PRIOR FEES | | $3,461.40 | |
| | | FEES | $2,710.35 |
| | | COSTS & EXPENSES | $78.00 |
| | | **TOTAL THIS INVOICE** | **$2,788.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352440    JBS                                       July 12, 2013

GMAC Mortgage, LLC
Attn: Natasha l. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1531 | Gonzalves, Joseph |
| | | GMAC Matter No.: 2013-05-ED6682 |

**TOTAL AMOUNT DUE**          $1,288.80

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   352440   JBS                                     July 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 1531   Gonzalves, Joseph
GMAC Matter No.: 2013-05-ED6682

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 06/05/13 | Initial Review and analysis of complaint. | L120 | A104 | 1.00 | 279.00 | 279.00 |
| EMR | 06/21/13 | Complete review and analysis of plaintiff's claims as needed to prepare draft notice of bankruptcy for client review. | L120 | A104 | 0.70 | 306.00 | 214.20 |
| EMR | 06/27/13 | Prepare notice of bankruptcy. | L250 | A103 | 0.50 | 306.00 | 153.00 |
| EMR | 06/27/13 | Further review of factual allegations and review documents contained in fact package, as needed to prepare notice of bankruptcy stay pertaining to postpetition claims. | L110 | A104 | 0.80 | 306.00 | 244.80 |
| EMR | 06/27/13 | Research and analysis of bankruptcy code provisions re claims arising from postpetiton conduct, as needed to prepare notice of bankruptcy stay and supplemental servicing order. | L250 | A104 | 1.30 | 306.00 | 397.80 |
| | | **TOTAL** | | | **4.30** | | **$1,288.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|------|------|-------|--------|
| L110 | Fact Investigation/Development | 0.80 | $244.80 |
| L120 | Analysis/Strategy | 1.70 | $493.20 |
| L250 | Other Written Motions | 1.80 | $550.80 |
| | **TOTAL** | **4.30** | **$1,288.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 352440 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Gonzalves, Joseph | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Roman, Eleanor | EMR | Special Counsel | 3.30 | 306.00 | $1,009.80 |
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| | **Total** | | **4.30** | | **$1,288.80** |

|  |  |
|---|---|
| FEES | $1,288.80 |
| **TOTAL THIS INVOICE** | **$1,288.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     352441     JBS                                                July 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       24064      RESCAP/GMAC
MATTER      1524       Greene, Rosemary
                                  GMAC Matter No.: 2013-05-EU1744

**TOTAL AMOUNT DUE**            **$753.30**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352441    JBS                                    July 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1524    Greene, Rosemary
GMAC Matter No.: 2013-05-EU1744

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 06/06/13 | Review and revise notice of bankruptcy and letter to borrowers counsel. | L250 | A104 | 0.30 | 279.00 | 83.70 |
| LXL | 06/06/13 | Draft and prepare declaration on non-monetary status for trustee. | L210 | A103 | 0.50 | 256.50 | 128.25 |
| ERB | 06/07/13 | Communications with client re analysis of permitted claims under notice of bankruptcy. | L250 | A106 | 0.20 | 279.00 | 55.80 |
| ERB | 06/07/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| LXL | 06/07/13 | Review bankruptcy relief from stay order and revise notice of bankruptcy and cover letter based thereon. | L210 | A103 | 0.40 | 256.50 | 102.60 |
| ERB | 06/10/13 | Review and revise amended notice of bankruptcy pursuant to clients requested changes. | L250 | A104 | 0.30 | 279.00 | 83.70 |
| JCP | 06/10/13 | Conduct Title Search and Prepare Property Profile | L190 | A111 | 0.90 | 130.50 | 117.45 |
| LXL | 06/10/13 | Review and evaluate title report related to declaration of non-monetary status by trustee. | L120 | A104 | 0.20 | 256.50 | 51.30 |
| LXL | 06/11/13 | Email exchange with client regarding revisions to declaration of nonmonetary status and logistics. | L210 | A106 | 0.20 | 256.50 | 51.30 |
| LXL | 06/12/13 | Finalize and revise notice of bankruptcy, declaration of nonmonetary status and cover letter to counsel before sending out. | L210 | A103 | 0.20 | 256.50 | 51.30 |
| | | **TOTAL** | | | 3.30 | | **$753.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 352441 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Greene, Rosemary | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $79.20 |
| L190 | Other Case Assessment | 0.90 | $117.45 |
| L210 | Pleadings | 1.30 | $333.45 |
| L250 | Other Written Motions | 0.80 | $223.20 |
| | **TOTAL** | **3.30** | **$753.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.90 | 279.00 | $251.10 |
| Spann, Joel | JCP | Paralegal | 0.90 | 130.50 | $117.45 |
| Ladi, Laszlo | LXL | Associate | 1.50 | 256.50 | $384.75 |
| | **Total** | | **3.30** | | **$753.30** |

PRIOR FEES                      $673.20

|  | FEES | $753.30 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$753.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352442    JBS                                    July 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1537    Jimenez, Marc R.
                  GMAC Matter No.: 2013-05-EN4298

**TOTAL AMOUNT DUE**          **$623.25**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352442    JBS                                   July 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1537    Jimenez, Marc R.
                        GMAC Matter No.: 2013-05-EN4298

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| CHR | 06/14/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.40 | 130.50 | 52.20 |
| ERB | 06/18/13 | Initial Review and analysis of complaint. | L120 | A104 | 1.00 | 279.00 | 279.00 |
| KCW | 06/27/13 | Review emails from client re unlawful detainer counsel and current litigation counsel | L120 | A106 | 0.10 | 265.50 | 26.55 |
| KCW | 06/27/13 | Initiate analysis of relevant authorities re Plaintiff's standing argument re ability to prosecute unlawful detainer actions pursuant to specified bankruptcy relief | L120 | A107 | 0.30 | 265.50 | 79.65 |
| KCW | 06/28/13 | Draft strategy memo to client, in wake of telephone conversation with Wolf law firm | L120 | A106 | 0.60 | 265.50 | 159.30 |
| KCW | 06/28/13 | Meet with T. Buell and strategize re litigation calendar, including status-conference | L120 | A105 | 0.10 | 265.50 | 26.55 |
| | | **TOTAL** | | | 2.50 | | $623.25 |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.  352442    **CLIENT**  RESCAP/GMAC                     Page        2
                       **MATTER**  Jimenez, Marc R.

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 2.10 | $571.05 | | | |
| L140 | Document/File Management | 0.40 | $52.20 | | | |
| | **TOTAL** | **2.50** | **$623.25** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Buell, Edward | ERB | Associate | 1.00 | 279.00 | $279.00 |
| Wendlenner, Kurt | KCW | Associate | 1.10 | 265.50 | $292.05 |
| | **Total** | | **2.50** | | **$623.25** |

|  | FEES | $623.25 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$623.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      352443      JBS                                            July 12, 2013


GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT      24064      RESCAP/GMAC
MATTER      0917       Kinworthy, David and Leslie
                       GMAC Matter No.: 713557



**TOTAL AMOUNT DUE**            $814.95



*** *REMITTANCE COPY* ***
*Please include this page with payment.*



Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352443    JBS                                         July 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0917    Kinworthy, David and Leslie
                        GMAC Matter No.: 713557

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| EK | 06/05/13 | Analysis and evaluation of issues re settlement conference | L160 | A104 | 0.30 | 274.50 | 82.35 |
| EK | 06/05/13 | Draft joint status report in advance of mediation status conference | L160 | A103 | 0.40 | 274.50 | 109.80 |
| JBS | 06/06/13 | Analysis and evaluation of multiple emails re: mediation. | L120 | A101 | 0.30 | 427.50 | 128.25 |
| EK | 06/06/13 | Call to and from S. Martin re settlement issues | L160 | A108 | 0.20 | 274.50 | 54.90 |
| EK | 06/06/13 | Call to plaintiffs' counsel, J. Dzialo, re settlement issues | L160 | A103 | 0.10 | 274.50 | 27.45 |
| EK | 06/06/13 | Email to L. Delehey and S. Martin re status of settlement discussions | L160 | A106 | 0.30 | 274.50 | 82.35 |
| EK | 06/06/13 | Email to S. Martin re settlement issues | L160 | A108 | 0.10 | 274.50 | 27.45 |
| EK | 06/06/13 | Emails to J. Dzialo re revised settlement offer and mediation status conference report | L160 | A108 | 0.50 | 274.50 | 137.25 |
| EK | 06/06/13 | Revise joint status report to reflect S. Martin's comments re settlement issues | L160 | A103 | 0.20 | 274.50 | 54.90 |
| ERB | 06/07/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| EK | 06/19/13 | Draft email to J. Dzialo following up on settlement | L160 | A108 | 0.10 | 274.50 | 27.45 |
| EK | 06/19/13 | Review and reply to email from S. Martin re settlement status | L160 | A108 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | | **2.80** | | **$814.95** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | Page | 2 |
|---|---|---|---|---|---|
| Invoice No.   352443 | CLIENT   RESCAP/GMAC | | | | |
| | MATTER   Kinworthy, David & Leslie | | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $156.15 | | |
| L160 | Settlement/Non-Binding ADR | 2.40 | $658.80 | | |
| | **TOTAL** | **2.80** | **$814.95** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 2.40 | 274.50 | $658.80 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| | **Total** | | **2.80** | | **$814.95** |

| | | |
|---|---|---|
| PRIOR FEES | $5,466.15 | |
| | FEES | $814.95 |
| | **TOTAL THIS INVOICE** | **$814.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352445    JBS                                      July 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1115    Nguyen, Luan
GMAC Matter No.: 707072

**TOTAL AMOUNT DUE**            **$219.15**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352445    JBS                                              July 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  1115    Nguyen, Luan
GMAC Matter No.: 707072

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.40 | 279.00 | 111.60 |
| ERB | 04/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| ERB | 05/07/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| YS | 06/03/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| ERB | 06/07/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | | **0.80** | | **$219.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $195.30 |
| L190 | Other Case Assessment | 0.10 | $23.85 |
| | **TOTAL** | **0.80** | **$219.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.70 | 279.00 | $195.30 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **0.80** | | **$219.15** |

| | | FEES | $219.15 |
|--|--|------|---------|
| | | **TOTAL THIS INVOICE** | **$219.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352446    JBS                                                    July 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0829    Palmer, Sam
                  GMAC Matter No.: 726924

**TOTAL AMOUNT DUE**          **$875.00**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352446    JBS                                                July 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0829    Palmer, Sam
                          GMAC Matter No.: 726924

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 06/04/13 | Attention to letter from Plaintiff re contempt accusations based on pending foreclosure sale. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| ERB | 06/07/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| JDI | 06/11/13 | Review and analyze Palmer's ex parte motion to continue stay/preliminary injunction and draft opposition to same. | L510 | A103 | 2.80 | 279.00 | 781.20 |
| | | **TOTAL** | | | **3.10** | | **$864.90** |

## COSTS & EXPENSES

|  |  |  |
|---|---|---|
| 06/13/13 | Cardmember Service/Bank One (Acct #2707); Data Search; CA, Ventura Specific Document 2009.125910 05/28/13 | 10.10 |

**TOTAL COSTS & EXPENSES**                              **$10.10**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $83.70 |
| L510 | Appellate Motions & Submission | 2.80 | $781.20 |
| | **TOTAL** | **3.10** | **$864.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Ives, Jon | JDI | Associate | 2.80 | 279.00 | $781.20 |
| | **Total** | | **3.10** | | **$864.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No. | 352446 | CLIENT | RESCAP/GMAC | Page 2 |
| | | MATTER | Palmer, Sam | |

| | | |
|---|---|---|
| PRIOR FEES | $1,021.95 | |
| | FEES | $864.90 |
| | COSTS & EXPENSES | $10.10 |
| | **TOTAL THIS INVOICE** | **$875.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352447    JBS                                                July 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0450    Smith, Douglas
                 GMAC Matter No.: 695148

**TOTAL AMOUNT DUE**           **$212.40**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352447    JBS

July 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0450    Smith, Douglas
                GMAC Matter No.: 695148

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 05/07/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| MEG | 05/07/13 | Review and analysis of minute order from court regarding scheduling conference. | L110 | A104 | 0.20 | 261.00 | 52.20 |
| MEG | 05/14/13 | Review and analysis of opposition to motion to dismiss filed by codefendant Barclays. | L240 | A104 | 0.40 | 261.00 | 104.40 |
| ERB | 06/07/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | | **0.80** | | **$212.40** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $52.20 |
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L240 | Dispositive Motions | 0.40 | $104.40 |
| | **TOTAL** | **0.80** | **$212.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Gruber, Megan | MEG | Associate | 0.60 | 261.00 | $156.60 |
| | **Total** | | **0.80** | | **$212.40** |

PRIOR FEES                    $684.00

                                FEES        $212.40

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 352447 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Smith, Douglas | | |

**TOTAL THIS INVOICE**                    $212.40

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352795    JBS                                    July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1315    Bentancourt, Ruben and Rosa
                  E-Mail Invoices to Kari Krull

**TOTAL AMOUNT DUE**          $435.60

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352795    JBS                                    July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1315    Bentancourt, Ruben and Rosa
E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| NSR | 05/02/13 | Analysis of the request for entry of default regarding Kings Drywall filed by Bella Vista Estates | L210 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 05/02/13 | Analysis of documents filed by Bella Visa estates concerning service of Kings Drywall and CA Comfort Insulation | L210 | A103 | 0.10 | 238.50 | 23.85 |
| MKS | 05/05/13 | Provide status update to client including litigation developments, upcoming events, upcoming deadlines and strategy decisions. | L120 | A106 | 0.20 | 270.00 | 54.00 |
| NSR | 05/10/13 | Analysis of the proposed pretrial order by Bella Vista Estates | L440 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 05/10/13 | Analysis of correspondence from counsel for Bella Vista Estates to the Court regarding its proposed pretrial order | L430 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 05/23/13 | Receipt and analysis of the notice of entry of dismissal of David Casner dba Castech Pest Control | L210 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 06/01/13 | Analysis of notice of mediation session for building contractors | L160 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 06/05/13 | Analysis of request for entry of default of Rinnai America Corp. by Bella Vista Estates | L210 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 06/07/13 | Analysis of letter from Ruben Betancourt to Gregory Federico | L120 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 06/13/13 | Analysis of 998 offer from Bella Vista Estates to Builder's Concrete | L160 | A101 | 0.10 | 238.50 | 23.85 |
| NSR | 06/13/13 | Analysis of letter from counsel for | L160 | A104 | 0.10 | 238.50 | 23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 352795 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Bentancourt, Ruben & Rosa | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Bella Vista Estates concerning mediation schedule | | | | | |
| NSR | 06/13/13 | Analysis of seventh notice of deposit of documents by Bella Vista Estates | L210 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 06/14/13 | Analysis of the request for entry of default of Rinnai, served by Bella Vista Estates. | L210 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 06/26/13 | Analysis of proof of service regarding defendant Westcott Plumbing, Inc. | L210 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 06/26/13 | Analysis of proof of service regarding defendant Western Shower Door, Inc. | L210 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 06/27/13 | Analysis of correspondence from Ms. Hartshorn regarding case status | L120 | A106 | 0.10 | 238.50 | 23.85 |
| NSR | 06/27/13 | Analysis of proof of service re: defendant Fresno Truss | L210 | A104 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **1.80** | | **$435.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.40 | $101.70 | | |
| L160 | Settlement/Non-Binding ADR | 0.30 | $71.55 | | |
| L210 | Pleadings | 0.90 | $214.65 | | |
| L430 | Written Motions/Submissions | 0.10 | $23.85 | | |
| L440 | Other Trial Preparation | 0.10 | $23.85 | | |
| | **TOTAL** | **1.80** | **$435.60** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| Riedman, Natilee | NSR | Associate | 1.60 | 238.50 | $381.60 |
| | **Total** | | **1.80** | | **$435.60** |

| PRIOR FEES | | $694.80 | | |
|---|---|---|---|---|
| | | | FEES | $435.60 |
| | | | **TOTAL THIS INVOICE** | **$435.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352796    JBS                                      July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0684    Brennan, Heidi
                  GMAC Matter No.: 706204

**TOTAL AMOUNT DUE**          **$244.80**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352796    JBS                                July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0684    Brennan, Heidi
                        GMAC Matter No.: 706204

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 03/15/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | A101 | 0.20 | 270.00 | 54.00 |
| MKS | 03/18/13 | Prepare summary for insertion into audit response letter. | | A101 | 0.30 | 270.00 | 81.00 |
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| MKS | 06/28/13 | Provide status update to client including litigation developments, upcoming events, upcoming deadlines and strategy decisions. | L120 | A106 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | | **0.90** | | **$244.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| | | 0.30 | $81.00 |
| L120 | Analysis/Strategy | 0.60 | $163.80 |
| | **TOTAL** | **0.90** | **$244.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Sullivan, Mary Kate | MKS | Member | 0.70 | 270.00 | $189.00 |
| | **Total** | | **0.90** | | **$244.80** |
| | | | FEES | | $244.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 352796 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Brennan, Heidi | | |

**TOTAL THIS INVOICE**              $244.80

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352797    JBS                                    July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER     0851       Feliciano, Jose
                              GMAC Matter No.: 711719
                              OCWEN No.:  736551

**TOTAL AMOUNT DUE**          **$1,062.90**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352797    JBS                                    July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0851    Feliciano, Jose
                        GMAC Matter No.: 711719
                        OCWEN No.:  736551

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| BSW | 06/03/13 | Communicate with opposing counsel regarding proposed revisions to settlement agreements. | L160 | A107 | 0.30 | 265.50 | 79.65 |
| BSW | 06/04/13 | Review and analysis of Plaintiff's proposed revisions to Settlement Agreements. | L160 | A104 | 0.50 | 265.50 | 132.75 |
| BSW | 06/05/13 | Revise Settlement Agreements and communcate with opposing counsel A. Gershon regarding same | L160 | A103 | 0.50 | 265.50 | 132.75 |
| BSW | 06/06/13 | Communicate with client regarding additional revisions to settlement agreement. | L160 | A106 | 0.30 | 265.50 | 79.65 |
| BSW | 06/12/13 | Communicate with opposing counsel regarding settlement. | L160 | A107 | 0.20 | 265.50 | 53.10 |
| MKS | 06/13/13 | Attention to completion of settlement terms and strategy regarding check cutting procedural issue raised by client. | L160 | A104 | 0.20 | 270.00 | 54.00 |
| BSW | 06/17/13 | Draft separate settlement agreement for Rivera tenants and revise settlementa agreement for Feliciano and Manzo tenants. | L160 | A103 | 0.60 | 265.50 | 159.30 |
| BSW | 06/18/13 | Draft further revisions to settlement agreements and communicate with opposing counsel regarding same. | L160 | A103 | 0.40 | 265.50 | 106.20 |
| BSW | 06/19/13 | Review and analyze revised settlement agreement received from opposing counsel. | L160 | A104 | 0.30 | 265.50 | 79.65 |
| BSW | 06/24/13 | Communicate with client regarding | L160 | A106 | 0.20 | 265.50 | 53.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 352797 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Feliciano, Jose | | | | | | |

| | | settlement. | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BSW | 06/24/13 | Communicate with opposing counsel regarding settlement. | L160 | A107 | 0.20 | 265.50 | | 53.10 |
| BSW | 06/26/13 | Communicate with opposing counsel regarding settlement agreement. | L160 | A107 | 0.20 | 265.50 | | 53.10 |
| BSW | 06/27/13 | Receipt and review executed Manzo settlement agreement from client. | L160 | A106 | 0.10 | 265.50 | | 26.55 |
| | | **TOTAL** | | | **4.00** | | | **$1,062.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L160     Settlement/Non-Binding ADR | | 4.00 | $1,062.90 | | | |
| **TOTAL** | | **4.00** | **$1,062.90** | | | |
| **Timekeeper** | **Position** | | **Hours** | **Rate** | **Value** | |
| Whittemore, Brian     BSW | Associate | | 3.80 | 265.50 | $1,008.90 | |
| Sullivan, Mary Kate     MKS | Member | | 0.20 | 270.00 | $54.00 | |
| **Total** | | | **4.00** | | **$1,062.90** | |

| PRIOR FEES | $4,725.90 |
|---|---|
| PRIOR COSTS & EXPENSES | $93.53 |

| | FEES | $1,062.90 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,062.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      352798      JBS                                             July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     0439      Israel, Alan
                     GMAC Matter No.: 700241

**TOTAL AMOUNT DUE**            $208.80

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352798    JBS                                      July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  0439    Israel, Alan
GMAC Matter No.: 700241

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MEG | 06/14/13 | Prepare update to client regarding case strategy, bankruptcy stay and regarding case handling. | L120 | A106 | 0.40 | 261.00 | 104.40 |
| MEG | 06/18/13 | Draft memorandum regarding case status and plaintiff's requests for information during stay of matter. | L110 | A105 | 0.40 | 261.00 | 104.40 |
| | | **TOTAL** | | | **0.80** | | **$208.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.40 | $104.40 |
| L120 | Analysis/Strategy | 0.40 | $104.40 |
| | **TOTAL** | **0.80** | **$208.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|-----|----------|-------|------|-------|
| Gruber, Megan | MEG | Associate | 0.80 | 261.00 | $208.80 |
| | **Total** | | **0.80** | | **$208.80** |

PRIOR FEES                          $2,150.10
PRIOR COSTS & EXPENSES         $49.95

|  | FEES | $208.80 |
|--|------|---------|
|  | **TOTAL THIS INVOICE** | **$208.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352799    JBS                                                July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064    RESCAP/GMAC
MATTER    0023    Jones, Sylvia v. GMAC Mortgage, LLC
                       GMAC Matter No.: 686344

**TOTAL AMOUNT DUE**                    **$205.00**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352799    JBS                                        July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  0023    Jones, Sylvia v. GMAC Mortgage, LLC
                          GMAC Matter No.: 686344

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
|  |  | **TOTAL** | **0.00** |  | **$0.00** |

### COSTS & EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 06/19/13 | Superior Court; Court and Filing Fees; 5 original abstracts & judgment. Draft#30564 5/24/13 | 125.00 |
| 06/28/13 | Contra Costa County Superior Court; Court and Filing Fees; Recording fee for abstract of judgment. Draft#30563 | 29.00 |
| 06/28/13 | Contra Costa County Recorder-D; Recorder Fees; Additional fee re recording of abstract. Draft#30596 6/18/13. | 7.00 |
| 06/28/13 | Clerk, Alameda County Recorder's Office; Recorder Fees; Fee to record abstract of judgment. Draft#30592 6/14/13 | 44.00 |

**TOTAL COSTS & EXPENSES**                        **$205.00**

### BILLING SUMMARY

|  | TOTAL | 0.00 | $0.00 |  |  |
|--|-------|------|-------|--|--|

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
|  | Total | 0.00 |  | $0.00 |

PRIOR FEES                        $3,054.60
PRIOR COSTS & EXPENSES            $297.60

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 352799 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Jones, Sylvia | | |

COSTS & EXPENSES _____ $205.00
**TOTAL THIS INVOICE** **$205.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

30564

| | DATE | CLIENT | MATTER | | PURPOSE |
|---|---|---|---|---|---|
| | 5.24.13 | Frice | less | | E ax, ma Anstracts |
| CASE/CLIENT | | | | | Payment |

John v. GMAC, Jr. RV 137427JB

**(VOID 60 DAYS AFTER DATE)**

24044.23

16-49
1220

PAY TO THE
ORDER OF _Superior Court_

THE SUM OF _One Hundred Twenty Five & 94/100_ DOLLARS $ 125.94

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $1000.00.

PAYABLE THROUGH

**Union**Bank
The Private Bank
Payable at any Union Bank branch including
400 California Street, San Francisco, CA 94101
(888) 826-2626  unionbank.com

16003.6000 new pr ye

**SEVERSON & WERSON**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

**NON-NEGOTIABLE**

BY _____

ONE EMBARCADERO CENTER 26th FLOOR - SAN FRANCISCO, CA 94111 - (415) 398-3344
19100 VON KARMAN, SUITE 700 - IRVINE, CA 92612 - (949) 442-7110

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352800    JBS                                                July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0813    Lai, Van Kim
                  GMAC Matter No.: 718663

**TOTAL AMOUNT DUE**          **$220.95**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352800    JBS                                     July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0813    Lai, Van Kim
                        GMAC Matter No.: 718663

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| AAG | 05/01/13 | Draft letter to judge regarding proposed order dismissing action. | L210 | A103 | 0.20 | 238.50 | 47.70 |
| AAG | 05/24/13 | Update client regarding file closure. | L120 | A106 | 0.20 | 238.50 | 47.70 |
| AAG | 05/28/13 | Communicate with client regarding case status. | L110 | A106 | 0.10 | 238.50 | 23.85 |
| AAG | 06/11/13 | Review court docket and files to determine date when appeal deadline expires. | L110 | A104 | 0.20 | 238.50 | 47.70 |
| MKS | 06/28/13 | Provide status update to client including litigation developments, upcoming events, upcoming deadlines and strategy decisions. | L120 | A106 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | | **0.90** | | **$220.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.30 | $71.55 |
| L120 | Analysis/Strategy | 0.40 | $101.70 |
| L210 | Pleadings | 0.20 | $47.70 |
| | **TOTAL** | **0.90** | **$220.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Givental, Alisa | AAG | Associate | 0.70 | 238.50 | $166.95 |
| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
| | **Total** | | **0.90** | | **$220.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 352800 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Lai, Van Kim | | |

PRIOR FEES                              $640.35

|  | FEES | $220.95 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$220.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        352801        JBS                                      July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1274 | Lee, Sally |
| | | GMAC Matter No.: 728468 |

**TOTAL AMOUNT DUE**            $301.05

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352801    JBS                                          July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1274    Lee, Sally
GMAC Matter No.: 728468

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MIW | 06/05/13 | Draft and send correspondence to client re settlement agreement.  Review reply re same. | L160 | A106 | 0.20 | 274.50 | 54.90 |
| MIW | 06/05/13 | Prepare for and attend case status conference. | L230 | A109 | 0.60 | 274.50 | 164.70 |
| MIW | 06/24/13 | Draft and send follow-up correspondence with BK counsel to determine status of seeking approval of settlement. | L190 | A108 | 0.10 | 274.50 | 27.45 |
| MKS | 06/28/13 | Provide status update to client including litigation developments, upcoming events, upcoming deadlines and strategy decisions. | L120 | A106 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | | **1.10** | | **$301.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $54.00 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $54.90 |
| L190 | Other Case Assessment | 0.10 | $27.45 |
| L230 | Court Mandated Conferences | 0.60 | $164.70 |
| | **TOTAL** | **1.10** | **$301.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Wraight, Mark | MIW | Member | 0.90 | 274.50 | $247.05 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    352801 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER | Lee, Sally | | | | | |

| Sullivan, Mary Kate | MKS | Member | 0.20 | 270.00 | $54.00 |
|---|---|---|---|---|---|
| | **Total** | | **1.10** | | **$301.05** |

PRIOR FEES                                  $1,535.85
PRIOR COSTS & EXPENSES          $171.17

|  | FEES | $301.05 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$301.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      352802      JBS                                        July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1173      Liguori, Lisa
                     GMAC Matter No.: 723336

**TOTAL AMOUNT DUE**          **$1,472.80**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352802    JBS                                    July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1173    Liguori, Lisa
                    GMAC Matter No.: 723336

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| BJK | 06/10/13 | Communicated with defendant regarding order on motion to abandon property of the estate and the process going forward for settlement | L250 | A108 | 0.20 | 234.00 | 46.80 |
| BJK | 06/10/13 | Reviewed court modified order on motion to abandon property of the estate | L250 | A104 | 0.20 | 234.00 | 46.80 |
| BJK | 06/18/13 | Drafted settlement agreement | L160 | A103 | 3.60 | 234.00 | 842.40 |
| BJK | 06/21/13 | Sent proposed settlement agreement to Plaintiff with comments | L160 | A108 | 0.20 | 234.00 | 46.80 |
| KWF | 06/21/13 | Prepare email to L. Delehey re: BK order and settlement agreement. | L120 | A106 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | | **4.40** | | **$1,036.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 05/21/13 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees; Courts/USBC-CA 04/22/13 | 260.00 |
| 06/19/13 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees; Courts/USBC-CA 05/17/13 | 176.00 |

**TOTAL COSTS & EXPENSES**                    **$436.00**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.20 | $54.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.   352802 | CLIENT | RESCAP/GMAC | | Page   2 |
| | MATTER | Liguori, Lisa | | |

| | | | | |
|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | | 3.80 | $889.20 |
| L250 | Other Written Motions | | 0.40 | $93.60 |
| | **TOTAL** | | **4.40** | **$1,036.80** |

| **Timekeeper** | | **Position** | **Hours** | **Rate** | **Value** |
|---|---|---|---|---|---|
| Kornberg, Bernard | BJK | Associate | 4.20 | 234.00 | $982.80 |
| Franich, Kerry | KWF | Associate | 0.20 | 270.00 | $54.00 |
| | **Total** | | **4.40** | | **$1,036.80** |

PRIOR FEES                          $3,252.60
PRIOR COSTS & EXPENSES          $29.88

| | |
|---|---|
| FEES | $1,036.80 |
| COSTS & EXPENSES | $436.00 |
| **TOTAL THIS INVOICE** | **$1,472.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

| Transaction | Description | | Amount |
|---|---|---|---|
| 04/11 | RIVERSIDE COURT WEB IMAGE 951-7773171 CA | *6/c 74∞ ∞∞* | 10.25 |
| 04/11 | COURTS/USBC-CA-N-PG 415-268-2344 CA | *3∞∞-6773* | 176.00 |
| 04/11 | HOTELS.COM US 800-219-4606 WA | *07685-1151* | 196.90 |
| 04/11 | COURTS/USBC-CA-PG 213-894-0999 CA. | *17∞∞-3626* | 176.00 |
| 04/11 | CNTY RVSD ONLINE CIVIL MO RIVERSIDE CA | *11293-220* | 480.00 |
| 04/12 | FEDERAL BAR ASSOCIATION 571-481-9100 VA | *6/c 7420.0000 JDI FED. BAR DUES* | 155.00 |
| 04/12 | AT&T DATA 800-331-0500 GA | *6/c 73000 s        DJB iPad* | 25.00 |
| 04/12 | ORANGE CO SUPERIOR CRT WE 714-8342200 CA | *70000.0683* | 7.50 |
| 04/16 | PRIMA COSA CAFFE - SAN FRANCISCO CA | *7859-000* | 7.40 |
| 04/15 | SPECIALTY'S CAFE & BAK SAN FRANCISCO CA | *6/c 7400.0200 REM/MKTg consulta* | 12.34 |
| 04/16 | COURTS/USBC-CA-E-PG 916-930-4472 CA | *17000-3630* | 176.00 |
| 04/17 | PRIMA COSA CAFFE - SAN FRANCISCO CA | *6/c 7411 staff appreciation week* | 25.00 |
| 04/17 | COURTS/USBC-CA-PG 213-894-0999 CA | *17000-3631* | 176.00 |
| 04/18 | COURTS/USBC-CA-PG 213-894-0999 CA | *30000-6736* | 176.00 |
| 04/17 | ORANGE CO SUPERIOR CRT WE 714-8342200 CA | *70000. 1225* | 23.34 |
| 04/18 | COURTS/USBC-CA-PG 213-894-0999 CA | *17000-3625* | 176.00 |
| 04/18 | SD SUPCRT ROA 619-4507034 CA | *70000.0917* | 7.50 |
| 04/19 | COURTS/USBC-CA-S 619-557-6777 CA | *11951-164* | 260.00 |
| 04/19 | VWH*R6755468 CALAUT VERIO 561-989-8574 FL | *6/c 7035  web site* | 19.95 |
| 04/22 | COURTS/USBC-CA-S 619-557-6777 CA | *30000-6743* | 176.00 |
| 04/22 | COURTS/USBC-CA-PG 213-894-0999 CA | *30000-6742* | 176.00 |
| 04/22 | COURTS/USBC-CA-PG 213-894-0999 CA | *19000-1173* | 260.00 |
| 04/22 | COURTS/USBC-CA-E-PG 916-930-4472 CA | *10791-177* | 176.00 |
| 04/23 | PRIMA COSA CAFFE - SAN FRANCISCO CA | *6/c 7411 staff appreciation week* | 220.00 |
| 04/24 | COURTS/USBC-CA-PG 213-894-0999 CA | *12000-7617* | 176.00 |
| 04/24 | COURTS/USBC-CA-PG 213-894-0999 CA | *30000-6718* | 176.00 |
| 04/25 | RIVERSIDE COURT WEB IMAGI 951-7773171 CA | *55000.0729* | 1.00 |
| 04/25 | COURTS/USBC-CA-PG 213-894-0999 CA | *17000-3637    19000-1173* | 176.00 |
| 04/26 | COURTS/USBC-CA-PG 213-894-0999 CA | *30000-6747* | 176.00 |
| 04/25 | COURTS/USBC-CA-PG 213-894-0999 CA | *2∞∞-6748* | 176.00 |

| Date | Description | | Amount |
|------|-------------|--|--------|
| | ATT DATA 800-331-0500 CA | | |
| 05/13 | COURTS/USBC-CA-S 619-557-6777 CA | | |
| 05/13 | ORANGE CO SUPERIOR CRT WE 714-8342200 CA | | |
| 05/14 | COURTS/USBC-CA-PG 213-894-0999 CA | | |
| 05/14 | COURTS/USBC-CA-PG 213-894-0999 CA | | |
| 05/14 | COURTS/USBC-CA-PG 213-894-0999 CA | 55002 - 92 | |
| 05/14 | COURTS/USBC-CA-PG 213-894-0999 CA | 30000 - 6808 | 176.00 |
| 05/14 | ORANGE CO SUPERIOR CRT WE 714-8342200 CA | 70001.0076 | 7.50 |
| 05/14 | ORANGE CO SUPERIOR CRT WE 714-8342200 CA | | 15.00 |
| 05/14 | ORANGE CO SUPERIOR CRT WE 714-8342200 CA ONE | | 7.50 |
| 05/15 | COURTS/USBC-CA-N-PG 415-268-2344 CA | 30000 - 6805 | 176.00 |
| 05/15 | COURTS/USBC-CA-N-PG 415-268-2344 CA | 17000 - 3648 | 176.00 |
| 05/16 | COURTS/USBC-OR 503-326-8173 OR | | 100.00 |
| 05/16 | ORANGE CO SUPERIOR CRT WE 714-8342200 CA | | 7.50 |
| 05/17 | COURTS/USBC-CA-E-PG 916-930-4472 CA | 24064-1173 | 176.00 |
| 05/17 | ORANGE CO SUPERIOR CRT WE 714-8342200 CA | 70001.0188 | 15.42 |
| 05/20 | VWH R877 2144 CALAUT VERIO 681-989-8574 FL | 000 web site | 19.95 |
| 05/21 | COURTS/USBC-CA-PG 213-894-0999 CA | 30000 - 67.99 | 176.00 |
| 05/21 | STRAFFORD PUBLICATIONS 404-881-1141 GA | CLE | 312.00 |
| 05/21 | COURTS/USBC-CA-PG 213-894-0999 CA | 30000 - 6784 | 176.00 |
| 05/21 | SAN BERNARDINO SUPERIOR CT 909-3509322 CA | 70000.1299 | 1.00 |
| 05/21 | COURTS/USBC-CA-PG 213-894-0999 CA | 30000 - 6821 | 176.00 |
| 05/21 | COURTS/USBC-CA-E-PG 916-930-4472 CA | 30000-6822 | 176.00 |
| 05/21 | SD SUPCRT ROA 619-4507034 CA | 24014 0070 | 8.55 |
| 05/21 | COURTS/USBC-CA-S 619-557-6777 CA | 30000 - 6827 | 176.00 |
| 05/21 | COURTS/USBC-CA-S 619-557-6777 CA | 30000 - 6818 | 176.00 |
| 05/21 | COURTS/USBC-CA-PG 213-894-0999 CA | 30000 - 6828 | 176.00 |
| 05/22 | COURTS/USBC-CA-E-PG 916-930-4472 CA | 30000 - 6819 | 176.00 |
| 05/22 | COURTS/USBC-CA-E-PG 916-930-4472 CA | 30000 - 6817 | 176.00 |
| 05/22 | COURTS/USBC-CA-E-PG 916-930-4472 CA | 30000-6824 | 176.00 |
| 05/23 | COSTCO.COM *ONLINE 800-955-2292 WA | kitchen microwave | 108.74 |

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352803    JBS                                      July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0711    Peel, Timothy and Cheryl, et al.
                  GMAC Matter No.: 707366

**TOTAL AMOUNT DUE**            $4,203.45

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352803    JBS                                July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0711    Peel, Timothy and Cheryl, et al.
                        GMAC Matter No.: 707366

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| JBS | 06/03/13 | Analysis and evaluation of additional settlement of Option Arm cares | L120 | A104 | 0.90 | 427.50 | 384.75 |
| EK | 06/03/13 | Call to A. LeMar re recent Wamu and EMC settlements | L160 | A108 | 0.10 | 274.50 | 27.45 |
| RSS | 06/04/13 | Confer with L. Delehey regarding case status and strategy. | L120 | A105 | 0.20 | 288.00 | 57.60 |
| JBS | 06/05/13 | Analysis and evaluation of evaluation of claim issues. | L120 | A104 | 0.50 | 427.50 | 213.75 |
| JBS | 06/12/13 | Analysis and evaluation of other Option Arms settlements | L120 | A104 | 0.70 | 427.50 | 299.25 |
| RSS | 06/12/13 | Review and analyze case materials to prepare strategy for potential settlement. | L160 | A104 | 0.90 | 288.00 | 259.20 |
| JBS | 06/13/13 | Telephone conference with client and MoFo regarding claim negotiation; Preparation for same | L120 | A104 | 1.20 | 427.50 | 513.00 |
| JBS | 06/19/13 | Telephone call with Jeff Berns regarding plaintiff's claim and preparation for same | L120 | A104 | 1.00 | 427.50 | 427.50 |
| JBS | 06/20/13 | Telephone call regarding conversation with Berns; Analysis and evaluation of settlement of claim | L120 | A104 | 1.00 | 427.50 | 427.50 |
| RSS | 06/21/13 | Review and analyze recent and pending settlements in comparable class actions to prepare settlement strategy. | L160 | A104 | 0.90 | 288.00 | 259.20 |
| JBS | 06/24/13 | Telephone conference with MoFo regarding Peel settlement negotiations; Review briefing for same | L120 | A104 | 1.10 | 427.50 | 470.25 |
| RSS | 06/24/13 | Confer with N. Rosenbaum. J. Wishnew, and J. Sullivan regarding | L120 | A108 | 0.50 | 288.00 | 144.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 352803 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Peel, Timothy & Cheryl, et al. | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | case status and potential settlement strategy. | | | | | |
| RSS | 06/24/13 | Review and analyze recent settlement of Ralston case involving Countrywide, and locate and analyze briefing from Baker v. RFC matter distinguishing alleged conduct of RFC from that of Countrywide. | L160 | A104 | 1.10 | 288.00 | 316.80 |
| RSS | 06/26/13 | Confer with Plaintiff's counsel and bankruptcy counsel regarding potential settlement. | L120 | A108 | 0.50 | 288.00 | 144.00 |
| RSS | 06/26/13 | Review and analyze materials regarding pending settlements from comparable cases. | L120 | A104 | 0.50 | 288.00 | 144.00 |
| RSS | 06/28/13 | Review and analyze materials in pending cases that are in the process of settling. | L160 | A104 | 0.40 | 288.00 | 115.20 |
| | | **TOTAL** | | | **11.50** | | **$4,203.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 8.10 | $3,225.60 |
| L160 | Settlement/Non-Binding ADR | 3.40 | $977.85 |
| | **TOTAL** | **11.50** | **$4,203.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 0.10 | 274.50 | $27.45 |
| Sullivan, John | JBS | Member | 6.40 | 427.50 | $2,736.00 |
| Saelao, Rebecca | RSS | Special Counsel | 5.00 | 288.00 | $1,440.00 |
| | **Total** | | **11.50** | | **$4,203.45** |

| PRIOR FEES | | $12,901.50 | |
|---|---|---|---|
| | | FEES | $4,203.45 |
| | | **TOTAL THIS INVOICE** | **$4,203.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352804    JBS                                    July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1400    Phelps, Timothy and Carol
                  GMAC Matter No.: 733372

**TOTAL AMOUNT DUE**          **$356.85**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    352804    JBS | July 22, 2013 |
|---|---|

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1400    Phelps, Timothy and Carol
GMAC Matter No.: 733372

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| EK | 06/03/13 | Analysis and evaluation of further correspondence from United Law Center | L120 | A108 | 0.10 | 274.50 | 27.45 |
| EK | 06/03/13 | Draft letter to plaintiff's counsel, C. Sims, re service of Homecomings | L120 | A108 | 0.40 | 274.50 | 109.80 |
| EK | 06/04/13 | Email to D. Booth re correspondence from United Law Center and response to same | L120 | A106 | 0.10 | 274.50 | 27.45 |
| EK | 06/04/13 | Further email to D. Booth re dismissal of action and closing of file | L120 | A106 | 0.20 | 274.50 | 54.90 |
| EK | 06/06/13 | Further emails with D. Booth re service of first amended complaint and potentially keeping file open | L160 | A106 | 0.30 | 274.50 | 82.35 |
| EK | 06/07/13 | Draft email to D. Booth re service of first amended complaint and confirmation that Homecomings had been dismissed | L120 | A106 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | | **1.30** | | **$356.85** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $274.50 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $82.35 |
| | **TOTAL** | **1.30** | **$356.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 352804 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Phelps, Timothy & Carol | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kemp, Erik | EK | Associate | 1.30 | 274.50 | $356.85 |
| | **Total** | | **1.30** | | **$356.85** |

|  |  |  |
|---|---|---|
| | FEES | $356.85 |
| **TOTAL THIS INVOICE** | | **$356.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352805    JBS                                                    July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064    RESCAP/GMAC
MATTER     9997     ResCap Bankruptcy Issues
                    GMAC Matter No.: 733619

**TOTAL AMOUNT DUE**            **$345.21**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352805    JBS                                      July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 9997    ResCap Bankruptcy Issues
                        GMAC Matter No.: 733619

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994        06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| DHC | 06/07/13 | Review Motion to extend exclusivity period. | L250 | A104 | 0.50 | 337.50 | 168.75 |
| | | **TOTAL** | | | **0.50** | | **$168.75** |

## COSTS & EXPENSES

| | | | |
|--|--|--|--|
| 06/10/13 | Golden State Legal Copy; Outside Copies; Scaning / Imaging, Coding per Document, Black & White Pringtin, Master CD: GMAC May Invoices 05/30/13 | | 176.46 |
| | **TOTAL COSTS & EXPENSES** | **$176.46** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|--------------------------|--|-------|--------|--|--|--|
| L250   Other Written Motions | | 0.50 | $168.75 | | | |
| **TOTAL** | | **0.50** | **$168.75** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| **Total** | | | **0.50** | | **$168.75** |

| | | |
|--|--|--|
| PRIOR FEES | $14,550.75 | |
| PRIOR COSTS & EXPENSES | $3,008.07 | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 352805 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | ResCap Bankruptcy Issues | | |

| | |
|---|---|
| FEES | $168.75 |
| COSTS & EXPENSES | $176.46 |
| **TOTAL THIS INVOICE** | **$345.21** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

**INVOICE**

State
L E G A L

Your Trusted Source for Litigation Support!

| Date | Invoice # |
|------|-----------|
| 5/30/2013 | 40371 |

**Bill To:**

Severson & Werson
Attn: Accounts Payable
One Embarcadero Ctr, Suite 2600
San Francisco, CA 94111

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| | Billing # | | Contact |
|---|---|---|---|
| | GMAC | | Joe Pongassam |

| QTY | Description  24064.9997 | Rate | Amount |
|-----|--------------------------|------|--------|
| | Follow Detailed Special Instructions: | | |
| | **SCAN & PRINT** | | |
| 163 | Scanning/Imaging | 0.15 | 24.45 |
| 53 | Coding per Document | 0.65 | 34.45 |
| 815 | Black & White Printing | 0.08 | 65.20 |
| 3 | Master CD: GMAC May Invoices | 15.00 | 45.00T |
| 3 | Custom CD/DVD Label | 0.45 | 1.35T |
| 3 | CD/DVD Jewel Case | 0.60 | 1.80T |
| | | | |
| | Due: 5/31/13 @10 A.M. | | |
| | | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

Ok
to
Pay

Joe
- P -

**Received By:** J. Patterson

| | Sales Tax (8.5%) | $4.21 |
|---|---|---|
| | **Total** | **$176.46** |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352806    JBS                                    July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0655    Yeganeh, Fran v. GMAC Mortgage, LLC
GMAC Matter No.: 705330

**TOTAL AMOUNT DUE**            **$364.05**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352806    JBS                                      July 22, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0655    Yeganeh, Fran v. GMAC Mortgage, LLC
GMAC Matter No.: 705330

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DHC | 06/25/13 | Review and revise Status Report of Court of Apopeals regarding GMAC Mortgage Bankruptcy | L120 | A103 | 0.50 | 337.50 | 168.75 |
| JDI | 06/25/13 | Prepare court-ordered bankruptcy status report. | L510 | A103 | 0.70 | 279.00 | 195.30 |
| | | **TOTAL** | | | **1.20** | | **$364.05** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $168.75 |
| L510 | Appellate Motions & Submission | 0.70 | $195.30 |
| | **TOTAL** | **1.20** | **$364.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| Ives, Jon | JDI | Associate | 0.70 | 279.00 | $195.30 |
| | **Total** | | **1.20** | | **$364.05** |

PRIOR FEES                          $332.10

FEES                          $364.05
**TOTAL THIS INVOICE**          **$364.05**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353101    JBS                                    July 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0588     Inoue, Hitoshi and Wakana
                   GMAC Matter No.: 703325
                   Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE**          **$33,998.28**

***REMITTANCE COPY***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353101    JBS                                July 24, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0588    Inoue, Hitoshi and Wakana
GMAC Matter No.: 703325
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| GSW | 06/02/13 | Review further records for relevant documents for attorney use in preparation for continued trial | L110 | A101 | 2.70 | 130.50 | 352.35 |
| RSS | 06/02/13 | Conduct research and analysis regarding voir dire and jury selection for trial. | L440 | A102 | 0.90 | 288.00 | 259.20 |
| RSS | 06/02/13 | Draft and revise cross examination outlines for trial. | L410 | A103 | 0.90 | 288.00 | 259.20 |
| RSS | 06/02/13 | Review, analyze and organize case materials to prepare for trial. | L440 | A104 | 3.10 | 288.00 | 892.80 |
| RSS | 06/02/13 | Draft and revise direct testimony outlines for trial. | L410 | A103 | 3.60 | 288.00 | 1,036.80 |
| GSW | 06/03/13 | Analysis and assembly of further pertinent pleadings in preparation for continued trial | L110 | A101 | 3.70 | 130.50 | 482.85 |
| GSW | 06/03/13 | Analysis, assembly and update of trial exhibits in preparation for continued trial | L110 | A101 | 4.20 | 130.50 | 548.10 |
| GSW | 06/03/13 | Analysis, assembly and update of jury instructions for attorney use in continued trial | L110 | A101 | 1.10 | 130.50 | 143.55 |
| MKS | 06/03/13 | Prepare for hearins ofn multiple motions in limine; arguments in support of GMACM's motions and against plaintiff's motions. | L430 | A101 | 1.30 | 270.00 | 351.00 |
| MKS | 06/03/13 | Draft witness outline for the cross-examination of plaintiff Wakana Anna Inoue; review discovery responses for citations to same. | L410 | A103 | 1.20 | 270.00 | 324.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353101 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MKS | 06/03/13 | Review and revise draft witness outline for the cross-examination of plaintiff Hitoshi Inoue | L410 | A103 | 1.00 | 270.00 | 270.00 |
| MKS | 06/03/13 | Study and review proposed exhibit and witness lists and proposed statement of the case from plaintiff. Strategy re: objecting to portions of proposed lists and statement. | L430 | A104 | 0.80 | 270.00 | 216.00 |
| MKS | 06/03/13 | Further witness preparation of Myron Ravelo. | L410 | A101 | 1.00 | 270.00 | 270.00 |
| SXT | 06/03/13 | Make additional revisions to trial exhibit binders | L440 | A104 | 0.50 | 103.50 | 51.75 |
| RSS | 06/03/13 | Conduct telephonic preparation of M. Ravelo. | L410 | A108 | 0.90 | 288.00 | 259.20 |
| RSS | 06/03/13 | Draft and revise direct questioning outlines of K. Lucas and M. Ravelo. | L410 | A103 | 1.90 | 288.00 | 547.20 |
| RSS | 06/03/13 | Conduct further pre-trial meet and confer per court orders. | L440 | A108 | 0.70 | 288.00 | 201.60 |
| RSS | 06/03/13 | Reveiew, analyze, and prepare all trial materials. | L440 | A104 | 3.10 | 288.00 | 892.80 |
| RSS | 06/03/13 | Travel to trial location. | L440 | A109 | 1.90 | 288.00 | 547.20 |
| RSS | 06/03/13 | Draft and revise cross examination outline of Plaintiff. | L410 | A103 | 2.40 | 288.00 | 691.20 |
| RSS | 06/03/13 | Strategize with M. Sullivan to prepare for trial. | L440 | A105 | 0.80 | 288.00 | 230.40 |
| MKS | 06/04/13 | Prepare for and participate in trial preparation session with Myron Ravelo. | L450 | A109 | 2.50 | 270.00 | 675.00 |
| MKS | 06/04/13 | Prepare for trial preparation session with Kyle Lucas. Communication with witness re: change in schedule and travel plans. | L450 | A109 | 1.50 | 270.00 | 405.00 |
| MKS | 06/04/13 | Appear for trial call to argue motions for and in opposition to motions in limine, and objections to exhibit and witness lists. Discuss further scheduling issues with court and parties in light of judge's inability to proceed. | L450 | A109 | 3.00 | 270.00 | 810.00 |
| RSS | 06/04/13 | Review and analyze court rules, procedures, and all case materials to prepare for trial. | L440 | A104 | 1.60 | 288.00 | 460.80 |
| RSS | 06/04/13 | Appear for trial. | L450 | A109 | 1.00 | 288.00 | 288.00 |
| RSS | 06/04/13 | Conduct in-person trial preparation with M. Ravelo. | L410 | A109 | 1.00 | 288.00 | 288.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353101 | CLIENT | RESCAP/GMAC | | | | | Page | 3 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RSS | 06/04/13 | Draft and revise fact witness direct and cross examination outlines. | L410 | A103 | 1.00 | 288.00 | 288.00 |
| RSS | 06/04/13 | Confer with K. Lucas regarding trial re-setting and preparations. | L410 | A106 | 0.20 | 288.00 | 57.60 |
| RSS | 06/04/13 | Review and analyze voir dire procedures and prepare for same. | L440 | A104 | 0.90 | 288.00 | 259.20 |
| RSS | 06/04/13 | Return travel from trial location. | L450 | A109 | 2.00 | 288.00 | 576.00 |
| SXT | 06/05/13 | Assist attorney in drafting additional jury instructions | L440 | A104 | 1.50 | 103.50 | 155.25 |
| MIW | 06/05/13 | Attention to trial preparation issues, including voir dire/jury selection, and jury instructions. | L440 | A101 | 1.20 | 274.50 | 329.40 |
| RSS | 06/05/13 | Confer with M. Ravelo. | L410 | A108 | 0.20 | 288.00 | 57.60 |
| RSS | 06/05/13 | Confer with co-defendant's counsel, M. Zyromski. | L440 | A108 | 0.40 | 288.00 | 115.20 |
| RSS | 06/05/13 | Strategize with M. Sullivan regarding trial. | L440 | A105 | 0.30 | 288.00 | 86.40 |
| RSS | 06/05/13 | Revise and amend jury instructions. | L430 | A103 | 1.80 | 288.00 | 518.40 |
| RSS | 06/05/13 | Review and finalize trial exhibits. | L430 | A104 | 1.60 | 288.00 | 460.80 |
| RSS | 06/05/13 | Strategize with J. Sullivan regarding trial. | L440 | A105 | 0.30 | 288.00 | 86.40 |
| RSS | 06/05/13 | Prepare and finalize all materials for trial. | L440 | A104 | 0.80 | 288.00 | 230.40 |
| MKS | 06/06/13 | Conference call re: outcome of plaintiff's written and verbal motions in limine and subsequent orders of the court concernign the production of proposed witnesses for deposition. | A101 | A106 | 0.40 | 270.00 | 108.00 |
| MKS | 06/06/13 | Prepare for and attend trial and argue plaintiff's 12+ motions in limine (written and verbal). | L450 | A109 | 6.30 | 270.00 | 1,701.00 |
| RSS | 06/06/13 | Travel to and from trial location | L450 | A109 | 3.60 | 288.00 | 1,036.80 |
| RSS | 06/06/13 | Appear at trial for hearing on motions in limine. | L450 | A109 | 3.20 | 288.00 | 921.60 |
| RSS | 06/06/13 | Confer with K. Priore and M. Sullivan regarding trial status and strategy. | L440 | A106 | 0.50 | 288.00 | 144.00 |
| JBS | 06/07/13 | Analysis and evaluation of results of MIL arguments and further defense strategy | L460 | A104 | 1.10 | 427.50 | 470.25 |
| MKS | 06/07/13 | Appear for trial day 3 to argue motions for and in opposition to motions in limine, and objections to statement of the case and witness lists. Discuss | L450 | A109 | 6.00 | 270.00 | 1,620.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353101 | CLIENT | RESCAP/GMAC | | | | Page | 4 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | further scheduling issues with court and parties. | | | | | |
| RSS | 06/07/13 | Appear for further pre-trial hearing regarding motions in limine. | L450 | A109 | 3.50 | 288.00 | 1,008.00 |
| RSS | 06/07/13 | Travel to and from court. | L450 | A109 | 3.60 | 288.00 | 1,036.80 |
| RSS | 06/07/13 | Update client regarding outcome of pre-trial hearings. | L440 | A106 | 0.30 | 288.00 | 86.40 |
| RSS | 06/10/13 | Conduct research for additional briefing on bifurcation. | L430 | A102 | 1.60 | 288.00 | 460.80 |
| MKS | 06/11/13 | Study and review transcript of proceedings including arguments on motions in limine and other pre-trial issues. Strategy for use in further briefing requested by the court on certain motions in limine. | L120 | A104 | 0.80 | 270.00 | 216.00 |
| RSS | 06/11/13 | Review and analyze transcript of pretrial proceedings. | L440 | A104 | 1.30 | 288.00 | 374.40 |
| RSS | 06/11/13 | Correspond with client regarding trial status and witnesses' availability for deposition and trial. | L410 | A106 | 0.50 | 288.00 | 144.00 |
| RSS | 06/11/13 | Draft and revise proposed order granting motion to bifurcate punitive damages, per Court's ruling at pretrial hearing. | L430 | A103 | 0.60 | 288.00 | 172.80 |
| RSS | 06/11/13 | Correspond with opposing counsel regarding proposed order and other pretrial follow up. | L440 | A108 | 0.30 | 288.00 | 86.40 |
| RSS | 06/11/13 | Draft and revise supplemental brief regarding bifurcation of legal and equitable claims. | L430 | A103 | 2.30 | 288.00 | 662.40 |
| MKS | 06/12/13 | Study and review supplemental briefing submitted by co-defendant relating to pending motions in limine. | L430 | A104 | 0.20 | 270.00 | 54.00 |
| MKS | 06/12/13 | Review and revise draft further briefing on motion in limine seeking to bifurcate equitable claims. | L430 | A103 | 0.40 | 270.00 | 108.00 |
| RSS | 06/12/13 | Review and analyze supplemental briefs filed by MED&G. | L430 | A104 | 0.80 | 288.00 | 230.40 |
| RSS | 06/12/13 | Draft and revise supplemental brief regarding motion to bifurcate legal and equitable claims. | L430 | A103 | 4.30 | 288.00 | 1,238.40 |
| JTC | 06/13/13 | Review and revise supplemental brief re trial of equitable issues first. | L520 | A103 | 0.50 | 490.50 | 245.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353101 | CLIENT | RESCAP/GMAC | | | | | Page | 5 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|
| RSS | 06/13/13 | Confer with K. Priore regarding case status and strategy. | L120 | A106 | 0.20 | 288.00 | 57.60 |
| RSS | 06/13/13 | Confer with M. Sullivan regarding case status and strategy. | L120 | A105 | 0.20 | 288.00 | 57.60 |
| RSS | 06/13/13 | Draft and revise supplemental brief regarding motion in limine to bifurcate legal and equitable claims, including additional revisions in light of Plaintiff's serving supplemental brief early. | L430 | A103 | 3.60 | 288.00 | 1,036.80 |
| RSS | 06/13/13 | Review and analyze Plaintiff's supplemental brief regarding motion to bifurcate legal and equitable claims. | L430 | A104 | 0.50 | 288.00 | 144.00 |
| RSS | 06/13/13 | Revise proposed order granting motion to bifurcate punitive damages, in light of comments received from opposing counsel. | L430 | A103 | 0.30 | 288.00 | 86.40 |
| MKS | 06/14/13 | Correspondence with client regarding availability of corporate witnesses for deposition prior to jury trial. | L330 | A106 | 0.20 | 270.00 | 54.00 |
| MKS | 06/14/13 | Study and review plaintiff's supplemental briefing regarding bifurcation of equitable issues. Strategy in response to same. Review and revise supplemental briefing on behalf of GMACM regarding bifurcation equitable issues. | L430 | A104 | 0.80 | 270.00 | 216.00 |
| MKS | 06/14/13 | Study and review plaintiff's correspondence relating to proposed order on motion in limine related to bifurcation punitive damages evidence. Review and revise proposed order accordingly. | L430 | A104 | 0.30 | 270.00 | 81.00 |
| RSS | 06/14/13 | Coordinate with M. Sullivan and S. Hamm regarding filing of supplemental brief and proposed order. | L430 | A105 | 0.90 | 288.00 | 259.20 |
| RSS | 06/14/13 | Confer with court's judicial assistant regarding filing and signature by Court on proposed order. | L440 | A108 | 0.10 | 288.00 | 28.80 |
| RSS | 06/20/13 | Review order granting motion to bifurcate punitive damages, and review draft notice of order. | L430 | A104 | 0.20 | 288.00 | 57.60 |
| MKS | 06/24/13 | Attention to multiple correspondence | L330 | A107 | 0.40 | 270.00 | 108.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353101 | CLIENT | RESCAP/GMAC | | | | | Page | 6 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | with plaintiff's counsel concerning date, location and manner of deposition of corporate witnesses. | | | | | | |
| RSS | 06/24/13 | Correspond with client and opposing counsel to arrange telephonic depositions of K. Lucas and M. Ravelo. | L330 | A108 | 0.40 | 288.00 | | 115.20 |
| MKS | 06/28/13 | Provide status update to client including litigation developments, upcoming events, upcoming deadlines and strategy decisions. | L120 | A104 | 0.20 | 270.00 | | 54.00 |
| | | **TOTAL** | | | **110.90** | | | **$29,456.55** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 06/07/13 | Federal Express Corporation EDI; Federal Express; Luce Gonzales, SC Program Coor Sonoma County Superior Court 3055 Cleveland Avenue Santa Rosa, CA 95403 04/29/13 | 52.42 |
| 06/07/13 | Federal Express Corporation EDI; Federal Express; Thomas P. Kelly, III 50 Old Courthouse Square Santa Rosa, CA 95404 04/29/13 | 13.41 |
| 06/07/13 | Federal Express Corporation EDI; Federal Express; Michelle V. Zyromski 645 Fourth Street Santa Rosa, CA 95404 04/29/13 | 13.41 |
| 06/07/13 | Federal Express Corporation EDI; Federal Express; Thomas P. Kelly, III 50 Old Courthouse Square Santa Rosa, CA 95404 05/01/13 | 15.08 |
| 06/07/13 | Federal Express Corporation EDI; Federal Express; Michelle V. Zyromski 645 Fourth Street Santa Rosa, CA 95404 05/01/13 | 15.08 |
| 06/07/13 | Federal Express Corporation EDI; Federal Express; Hon. Arthur A. Wick Sonoma County Superior Court 600 Administration Drive Santa Rosa, CA 95403 05/03/13 | 13.41 |
| 06/10/13 | Golden State Legal Copy; Outside Copies; Litigation Copies, Copy of trial binder 05/29/13 | 87.78 |
| 06/10/13 | Golden State Legal Copy; Outside Copies; Litigation Copies, Trial Exhibits 05/29/13 | 209.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353101 | CLIENT | RESCAP/GMAC | Page | 7 |
|---|---|---|---|---|---|
| | | MATTER | Inoue, Hitoshi & Wakana | | |

| | | |
|---|---|--:|
| 06/10/13 | Golden State Legal Copy; Outside Copies; Custom Tabs 101-118, 219-220, 3-Hole Drill Copies, Trial proparation  05/31/13 | 95.70 |
| 06/12/13 | Federal Express Corporation EDI; Federal Express; Thomas P. Kelly, III 50 Old Courthouse Square Santa Rosa, CA 95404 05/24/13 | 19.28 |
| 06/12/13 | Federal Express Corporation EDI; Federal Express; Michelle V. Zyromski 645 Fourth Street Santa Rosa, CA 95404 05/24/13 | 22.79 |
| 06/13/13 | United Litigation Discovery; Outside Copies; Print Oversize, Color Oversize, Foam Board Mount, Print 3 oversize and mount. 05/30/13 | 176.04 |
| 06/14/13 | Rebecca S. Saelao; Transportation; Pre-trial hearings, Sonoma County Sup. Ct. 6/6/13 | 436.04 |
| 06/14/13 | Mary Kate Sullivan; Transportation; Attend trial call and pre-trial motion hearings, Santa Rosa 5/31/13 - 6/7/13 | 374.20 |
| 06/14/13 | Rebecca S. Saelao; Travel and Expenses to; Trial, Santa Rosa 5/30/13 - 6/4/13 | 1,297.89 |
| 06/17/13 | First Legal Network, LLC; Court Services; Job no. 6918855 Sonoma- Civil & Family Law, Santa Rosa, Ca. 5/28/13 | 140.15 |
| 06/17/13 | First Legal Network, LLC; Court Services; Job no. 6919770 Sonoma- Civil & Family Law, Santa Rosa, Ca. 5/30/13 | 243.00 |
| 06/17/13 | First Legal Network, LLC; Court Services; Job no. 6919316 Sonoma County Superior Court, Santa Rosa, Ca. 95403-2818. Advance ck. 20.00 5/29/13. Preparation for Trial. | 130.00 |
| 06/19/13 | Specialized Legal Services, Inc.; Serv Process, Subpoena Fees; Hitoshi Inoue, 3735 Coffey Lane, Santa Rosa, Trial Preparation 05/31/13 | 282.45 |
| 06/20/13 | Becki Peterson- D; Deposition Transcript; Court Reporter Fee for Transcript of 6/6 & 6/7 Court Proceedings. Draft#29741. 6/10/13 | 697.50 |
| 06/27/13 | First Legal Network, LLC; Court Services; Job no. 6924681. Sonoma- Civil & Family Law, Santa Rosa, Ca. 6/13/13 | 206.50 |
| | **TOTAL COSTS & EXPENSES** | **$4,541.73** |

### BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   353101    CLIENT   RESCAP/GMAC                                  Page      8
                        MATTER   Inoue, Hitoshi & Wakana

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| A101 | Plan & prepare for | 0.40 | $108.00 |
| L110 | Fact Investigation/Development | 11.70 | $1,526.85 |
| L120 | Analysis/Strategy | 1.40 | $385.20 |
| L330 | Depositions | 1.00 | $277.20 |
| L410 | Fact Witnesses | 15.80 | $4,492.80 |
| L430 | Written Motions/Submissions | 22.30 | $6,354.00 |
| L440 | Other Trial Preparation | 20.50 | $5,518.80 |
| L450 | Trial and Hearing Attendance | 36.20 | $10,078.20 |
| L460 | Post-Trial Motions & Submissio | 1.10 | $470.25 |
| L520 | Appellate Briefs | 0.50 | $245.25 |
| | **TOTAL** | **110.90** | **$29,456.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Webb, Gilla | GSW | Paralegal | 11.70 | 130.50 | $1,526.85 |
| Sullivan, John | JBS | Member | 1.10 | 427.50 | $470.25 |
| Chilton, Jan T. | JTC | Member | 0.50 | 490.50 | $245.25 |
| Wraight, Mark | MIW | Member | 1.20 | 274.50 | $329.40 |
| Sullivan, Mary Kate | MKS | Member | 28.30 | 270.00 | $7,641.00 |
| Saelao, Rebecca | RSS | Special Counsel | 66.10 | 288.00 | $19,036.80 |
| Tilton, Seana | SXT | Paralegal | 2.00 | 103.50 | $207.00 |
| | **Total** | | **110.90** | | **$29,456.55** |

PRIOR FEES                          $76,580.55
PRIOR COSTS & EXPENSES              $559.21


                                       FEES        $29,456.55
                          COSTS & EXPENSES          $4,541.73
                          **TOTAL THIS INVOICE**     **$33,998.28**


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

**State**

L E G A L

*Our Trusted Source for Litigation Support!*

| Date | Invoice # |
|------|-----------|
| 5/29/2013 | 40359 |

**Bill To:**

Severson & Werson
Attn: Accounts Payable
One Embarcadero Ctr, Suite 2600
San Francisco, CA 94111

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

*Invoe*

| Billing # | Contact |
|-----------|---------|
| 19000.0588 | Gilla Webb |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Follow Detailed Special Instructions: **COPY 7 SETS** | | |
| 1,183 | Litigation Copies | 0.145 | 171.54 |
| 140 | Tabs Inserted | 0.25 | 35.00T |
| | 3-Hole Drill Copies | | |
| | Insert Tabs into Copies as Originals | | |
| | Copy 2-Sided as Originals | | |
| | Due: 5/30/13  A.M. | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

*Trial Exhibits*

| | Sales Tax (8.5%) | | $3.06 |
|-|------------------|-|-------|

**Received By:** *Gilla Webb*

| **Total** | $209.60 |
|-----------|---------|

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.



**United Litigation Discovery**

111 Sutter Street, Suite 100
San Francisco, CA 94104
(415) 999-1335       Tax ID: 27-2004326

Invoice



| Date | Invoice # |
|---|---|
| 5/30/2013 | 5239 |

| Bill To |
|---|
| Seana Tilton |
| Severson & Werson |
| One Embarcadero Center, Suite 2600 |
| San Francisco, CA 94111 |

| Ship To |
|---|
| Seana Tilton |
| Severson & Werson |
| One Embarcadero Center, Suite 2600 |
| San Francisco, CA 94111 |

| Billing Reference | Rep | Terms | Ordered Date | Job# | Ordered By |
|---|---|---|---|---|---|
| 24064.0588 | WH | 10 Net 30 | 05/29/2013 | ULD-1305-0126 | Seana Tilton |

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| OverSize | Print OverSize | 12 | 0.99 | 11.88 |
| Color | Color Oversize | 6 | 10.00 | 60.00 |
| Mount | Foam Board Mount | 18 | 5.00 | 90.00 |
| | Description: Print 3 oversize and mount. | | | |
| | Sales Tax (8.75%) | | 8.75% | 14.16 |

FROM ACCOUNTING
Please provide the following:
☑ Client/Match # __24064.0588__
☐ Firm - G/L # _____
☐ Authorization _____

| | Total | $176.04 |
|---|---|---|

Signature:_____     Date:_____

# EXPENSE REPORT FORM

### For Travel Expenses

**Instructions:** Please complete form and forward to Accounting for payment. Attach all appropriate receipts including those for meals and entertainment. All expenses over $25.00 must have receipts attached. (Note All business promotion exceeding $1,000.00 must be approved in advance.)

| Attorney Name: | Rebecca Saelao | Attorney No.: | 9339 |
|---|---|---|---|
| Client/Matter Name: | Inoue v. GMAC | Client/Matter No.: | 24064.0588 |

| Date of Departure | Date of Return | Total Days Away | No. days away due to business |
|---|---|---|---|
| 6/6/13 | 6/7/13 | 2 | 2 |

| Destination of trip: | From: | SF Office | To: | Sonoma County Sup. Ct. |
|---|---|---|---|---|

**Purpose of Trip: (i.e., list company & persons re Bus. Promotion; name of education seminar; state purpose of trip re client charge)** Note - this is an unlimited expanding field, it will word wrap as you type.

Pre-trial hearings

| *Type of Expense: | *Select one item from drop down list: | | | Business Prom.-Marketing | | | |
|---|---|---|---|---|---|---|---|
| Itemization: | Sun. | Mon. | Tues. | Wed. | Thur. | Fri. | Sat. | TOTAL |
| **Transportation** | | | | | | | | |
| Airfare | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Mileage – 56.5¢/mi | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Auto Rental | 0 | 0 | 0 | 0 | 0 | 290.00 | 0 | $ 290.00 |
| Taxicab | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Parking & Tolls | 0 | 0 | 0 | 0 | 32.00 | 27.00 | 0 | $ 59.00 |
| **Lodging** | | | | | | | | |
| Hotel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Non-Food Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Local Phone Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Long Dist. Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Misc. Tips | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **Meals** (incl. Tips) | | | | | | | | |
| Breakfast | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Lunch | 0 | 0 | 0 | 0 | 30.40 | 22.26 | 0 | $ 52.66 |
| Dinner | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **Other** | 0 | 34.38 | 0 | 0 | 0 | 0 | 0 | $ 34.38 |
| **TOTALS** | $ 0.00 | $ 34.38 | $ 0.00 | $ 0.00 | $ 62.40 | $ 339.26 | $ 0.00 | $436.04 |

**\*\* Please furnish details regarding meals on Page 2.**

| Total expense paid by employee: | 436.04 |
|---|---|

I certify that the above expenses were incurred by me for authorized firm business.

| Signature: | | Date: | 6/10/13 |
|---|---|---|---|
| Supervisor Approval: | | Date: | |

Expense Report Form (pg. 1)                                        5/30/2012

800 Redwood Hwy Suite 801
Mill Valley, CA 94941

Server: 01            DOB: 06/06/2013
01:11 PM                   06/06/2013
99REBECCA/1                  2/20064

SALE

AMEX                          1048658
Card #XXXXXXXXXXX1001
Magnetic card present: SAELAO R
Card Entry Method: S

Approval: 529608

Amount:        $ 27.40

+ Tip:         30.00

= Total:       30.40

I agree to pay the above
total amount according to the
card issuer agreement.

X _____

1 - Text plantcafe to 80777
2 - Enroll to turn your credit
    /debit card into reward card!
3 - Enjoy rewards for free!
    LOCAL, ORGANIC , FRESH

---

800 Redwood Hwy Suite 801
Mill Valley, CA 94941

Server: 01            DOB: 06/07/2013
01:14 PM                   06/07/2013
99/ REBECCA/1                2/20067

SALE

AMEX                          1048660
Card #XXXXXXXXXXX1001
Magnetic card present: SAELAO R
Card Entry Method: S

Approval: 525006

Amount:        $ 19.26

+ Tip:         3 —

= Total:       22.26

I agree to pay the above
total amount according to the
card issuer agreement.

X _____

1 - Text plantcafe to 80777
2 - Enroll to turn your credit
    /debit card into reward ca
3 - Enjoy rewards for free!
    LOCAL, ORGANIC , FRESH

---

1 EMBARCADERO CTR
SAN FRANCISCO, CA 94111

06/06/2013                      18:03:30
Merchant ID:         00000000212053
Terminal ID:              03400416
1041210527

CREDIT CARD

AMEX SALE

CARD #              XXXXXXXXXX1001
INVOICE                      0101
Batch #:                   001233
Approval Code:             57  58
Entry Method:                   1
Mode:                         

SALE AMOUNT              3.00

PHONE: (415)772-0670

CUSTOMER COPY

---

ON  Dw week
N. MAIN ST. 6/1—
2094640          6/7

/13      08:45:42

:TERCARD
xxxxxxxxx5514
Invoice#   4038614
Auth#      130152

Pump#:  2
  8.598G x $ 3.999/G
UNLE/Self   $ 34.38

Total       $ 34.38

Learn how to
EARN REWARDS
with a Chevron
or Texaco
Credit Card
See application
for details

THANK YOU FOR
CHOOSING CHEVRON

---

# Parking Receipt

13:50  70013-1487  70013 AC1  $0.00  $27.00 941751  EMBARCADERO

One Embarcadero Center
San Francisco, CA 94111

Parking Office
Three Embarcadero Center
San Francisco, CA 94111
415.772.0670

Operators License#134128

Rebecca S. Saelao

**From:** SERVICE@TOYOTAWC.COM <mailer@tsdnotify.com>
**Sent:** Monday, June 10, 2013 11:02 AM
**To:** Rebecca S. Saelao
**Subject:** TOYOTA WALNUT CREEK - R/A No.: 744470

# TOYOTA WALNUT CREEK Rental Agreement

**R/A No.** 744470         **Booked Date** 05/30/2013

This Rental Agreement is valid until **06/06/2013 07:09 AM** .

| LESSOR | RENTER | Company |
|---|---|---|
| TOYOTA WALNUT CREEK<br>2100 N. BROADWAY<br>WALNUT CREEK, CA 94596<br>(925) 933-7440(W)<br>(925) 952-4517(Fax) | SAELAO, REBECCA<br>20 BELLE CT<br>PLEASANT HILL, CA<br>USA 945234652<br>9259332360(H)<br>4157863551(W)<br>RSS@SEVERSON.COM | 3- SERVICE DEPT INTERNAL<br>925-933-7440(W) |

| RENTAL | | VEHICLE | |
|---|---|---|---|
| Pick-up (date & time): | 05/30/2013 07:09 AM | Unit Class: | ICAH MID SIZE HYBRID CAR |
| Drop off (date & time): | 06/10/2013 08:00 AM | Total Miles: | 797 |
| Total Days: | 11 | Unit No.: | R602023 |
| Total Deposits: | 398.74 | Unit VIN: | JTDKDTB30D1037863 |

| Description | Amount |
|---|---|
| CO RATE CHARGE at Close | 367.50 |
| CO STATE TAX at Close | 31.24 |
| | |
| Renter - REBECCA SAELAO | 0.00 |
| Company - SERVICE DEPT INTERNAL | 398.74 |
| | |
| Total Charges | 398.74 |

May 30th
May 31st
June 4th — 3 days
June 6th
June 7th

minus 108.74

$290

mg 30 — June 7th

1

# EXPENSE REPORT FORM

## For Travel Expenses

**...ions:** Please complete form and forward to Accounting for payment. Attach all appropriate receipts, ...ng those for meals and entertainment. All expenses over $25.00 must have receipts attached. (Note: ...usiness promotion exceeding $1,000.00 must be approved in advance.)

| | | | | |
|---|---|---|---|---|
| **Attorney Name:** | Mary Kate Sullivan | | **Attorney No.:** | 3635 |
| **Client/Matter Name:** | ResCap/Ioune | | **Client/Matter No.:** | 24064.0588 |

| Date of Departure | Date of Return | Total Days Away | No. days away due to business |
|---|---|---|---|
| 5/31- 6/7 Daily x 4 | Daily | 4 | 4 |

| Destination of trip: | From: | SF | To: | Santa Rosa |
|---|---|---|---|---|

**Purpose of Trip: (i.e., list company & persons re Bus. Promotion; name of education seminar; state purpose of trip re client charge)** Note - this is an unlimited expanding field, it will word wrap as you type.

Attend trial call and pre-trial motion hearings

| *Type of Expense: | *Select one item from drop down list: | | | Client Expense-charge client | | | |
|---|---|---|---|---|---|---|---|
| Itemization: | Sun. | Mon. | Tues. | Wed. | Thur. | Fri. | Sat. | TOTAL |
| **Transportation** | | | 6/4 | | 6/6 | 5/31 + 6/7 | | |
| Airfare | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Mileage – 56.5¢/mi | 0 | 0 | 67.80 | 0 | 67.80 | 135.60 | 0 | $ 271.20 |
| Auto Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Taxicab | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Parking & Tolls | 0 | 0 | 8.00 | 32.00 | 37.00 | 5.00 | 0 | $ 82.00 |
| **Lodging** | | | | | | | | |
| Hotel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Non-Food Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Local Phone Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Long Dist. Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Misc. Tips | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **Meals** (incl. Tips) | | | | | | | | |
| Breakfast | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Lunch | 0 | 0 | 0 | 0 | 10.50 | 10.50 | 0 | $ 21.00 |
| Dinner | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **Other** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **TOTALS** | $ 0.00 | $ 0.00 | $ 75.80 | $ 32.00 | $ 115.30 | $ 151.10 | $ 0.00 | $374.20 |

**** Please furnish details regarding meals on Page 2.**

| Total expense paid by employee: | 374.20 |
|---|---|

I certify that the above expenses were incurred by me for authorized firm business.

| Signature: | Mary Kate Sullivan | Date: | 6/10/13 |
|---|---|---|---|
| Supervisor Approval: | | Date: | |

Expense Report Form (pg. 1)                                              5/30/2012



EMBARCADERO CTR PARKIN
1 EMBARCADERO CTR
SAN FRANCISCO, CA 94111

06/06/2013                          18:02:27
Merchant ID:              000000021205314
Terminal ID:                     03400416
34542659S889

CREDIT CARD
VISA SALE

CARD #                    XXXXXXXXXXXX5367
INVOICE                              0100
Batch #:                            001233
Approval Code:                     06947C
Entry Method:                      Swiped
Mode:                              Online

SALE AMOUNT                        $32.00

PHONE: (415)772-0670

CUSTOMER COPY

EMB.        ..RO CTR PARKIN
1 EMBARCADERO CTR
SAN FRANCISCO, CA 94111

06/05/2013                          18:08:50
Merchant ID:              000000021205314
Terminal ID:                     03400416
34542659S889

CREDIT CARD
VISA SALE

CARD #                    XXXXXXXXXXXX5367
INVOICE                              0103
Batch #:                            001231
Approval Code:                     05544C
Entry Method:                      Swiped
Mode:                              Online

SALE AMOUNT                        $32.00

PHONE: (415)772-0670

CUSTOMER COPY

# Parking Receipt

One Embarcadero Center
San Francisco, CA 94111

08:36   4J0813-0662   4J0813 40:   $2.20   $3.20 841 6108   EMBARCADERO

Parking Office
Three Embarcadero Center
San Francisco, CA 94111
415.772.0670

Operators License #124120

# EXPENSE REPORT FORM
## For Travel Expenses

**Instructions:** Please complete form and forward to Accounting for payment. Attach all appropriate receipts, including those for meals and entertainment. All expenses over $25.00 must have receipts attached. (Note: All business promotion exceeding $1,000.00 must be approved in advance.)

| Attorney Name: | Rebecca Saelao | | Attorney No.: | 9339 |
|---|---|---|---|---|
| Client/Matter Name: | Inoue v. GMACM | | Client/Matter No.: | 24064.0588 |

| Date of Departure | Date of Return | Total Days Away | No. days away due to business |
|---|---|---|---|
| 5/30/13 | 6/4/13 | 2 | 2 |

| Destination of trip: | From: | SF Office | To: | Santa Rosa (Court/Trial) |
|---|---|---|---|---|

**Purpose of Trip:** (i.e., list company & persons re Bus. Promotion; name of education seminar; state purpose of trip re client charge) Note - this is an unlimited expanding field, it will word wrap as you type.

TRIAL

| *Type of Expense: | *Select one item from drop down list: | | Business Prom.-Marketing | | | | |
|---|---|---|---|---|---|---|---|
| Itemization: | Sun. | Mon. | Tues. | Wed. | Thur. | Fri. | Sat. | TOTAL |
| **Transportation** | | | | | | | | |
| Airfare | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Mileage – 56.5¢/mi | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Auto Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Taxicab | 0 | 0 | 0 | 131.00 | 0 | 0 | 0 | $ 131.00 |
| Parking & Tolls | 27.00 | 38.00 | 0 | 0 | 38.00 | 38.00 | 0 | $ 141.00 |
| **Lodging** | | | | | | | | |
| Hotel | 0 | 576.69 | 0 | 0 | 339.95 | 0 | 0 | $ 916.64 |
| Non-Food Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Local Phone Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Long Dist. Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Misc. Tips | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **Meals** (incl. Tips) | | | | | | | | |
| Breakfast | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Lunch | 0 | 30.45 | 9.50 | 0 | 30.45 | 0 | 0 | $ 70.40 |
| Dinner | 0 | 0 | 0 | 0 | 4.46 | 0 | 0 | $ 4.46 |
| **Other** | 0 | 0 | 0 | 34.39 | 0 | 0 | 0 | $ 34.39 |
| **TOTALS** | $ 27.00 | $ 645.14 | $ 9.50 | $ 165.39 | $ 412.86 | $ 38.00 | $ 0.00 | $1297.89 |

**\*\* Please furnish details regarding meals on Page 2.**

| | Total expense paid by employee: | 1297.89 |
|---|---|---|

I certify that the above expenses were incurred by me for authorized firm business.

| Signature: | *(signature)* | Date: | 6/5/2013 |
|---|---|---|---|
| Supervisor Approval: | | Date: | |

Expense Report Form (pg. 1)

5/30/2012

## Details of business meals and entertainment.

| Date | Place | Full Name of persons entertained and business affiliation | Reason and nature of business discussion | Amount |
|------|-------|-----------------------------------------------------------|------------------------------------------|--------|
| 5/30/13 | PLANT | | Trial prep | 30.45 |
| 5/30/13 | In/Out Burger | | Trial prep | 4.46 |
| 6/3/13 | PLANT | | Trial prep | 30.45 |
| 6/4/13 | Starbucks | | Trial | 9.50 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **TOTALS** | 74.86 |

Expense Report Form (pg. 2)

7/29/96

The Plant: Cafe Organic
Free Loyalty Program Below!
101 California Street
San Francisco, CA 94111

Server: two                    DOB: 05/30/2013
11:28 AM                            05/30/2013
REBECCA/1                            2/20107

AMEX
Card #XXXXXXXXXXX1001            2097229
Approval: 119181

            Amount:        $ 30.45

            Tip: _____

        = Total: _____

X _____

    1. Text plantcafe to 80777
    2. Enroll to turn your credit
    / debit card into reward car
    3. Enjoy rewards - for free!
        LOCAL, ORGANIC, FR

        Custome   opy

    1. Text plantcafe to 80777
    2. Enroll to turn your credit
    / debit card into reward card!
    3. Enjoy rewards - for free!
        LOCAL  ORGANIC  FRESH

---

IN-N-OUT BURGER SANTA ROSA
2131 County Center Drive
SANTA ROSA, CA 95401
(800)786-1000
Store # 249
2013-05-30

CREDIT SALE

2 Grill Chz                        4.10
2 W P

Counter-Take out
                                   4.10
TAX 8.75%                            .36
Amount Due                        $4.46

CHARGE DETAIL

Name:      REBECCA S SAF
Card Type: MasterCard
Account:   ***********2663 S
Auth Code: 559531
Trans #:   1326

AUTH AMT:                        $4.46

2013-05-30        L1 T1          11:23 PM

CUSTOMER COPY

---

The Plant: Cafe Organic
Free Loyalty Program Below!
101 California Street
San Francisco, CA 94111

Server: two        DOB: 06/03/2013
12:10 PM                06/03/2013
REBECCA/1                2/20128

AMEX                        2097260
Card #XXXXXXXXXX1001
Approval: 145469

Amount:        $ 30.45

Tip: _____ 3045

= Total: _____

X

    1. Text plantcafe to 80777
    2. Enroll to turn your credit
    / debit card into reward card!
    3. Enjoy rewards - for free!
        LOCAL, ORGANIC, FRESH

1 EMBARCADERO CTR
SAN FRANCISCO, CA 94111

05/30/2013                          22:05:08
Merchant ID:              000000002120534
Terminal ID:                       03400416
1041210527

CREDIT CARD
AMEX SALE

CARD #                      XXXXXXXXXXX1001
INVOICE                              0165
Batch #:                           001219
Approval Code:                     540415
Entry Method:                       Swiped
Mode:                               Online

SALE AMOUNT                        $32.00

PHONE: (415)772-0670

---

EMBARCADERO
1 EMBARCADERO CTR
SAN FRANCISCO, CA 94111

05/31/2013                          17:23:51
Merchant ID:              000000002120534
Terminal ID:                       03400416
1041210527

CREDIT CARD
AMEX SALE

CARD #                      XXXXXXXXXXX1001
INVOICE                              0077
Batch #:                           001221
Approval Code:                     592133
Entry Method:                       Swiped
Mode:                               Online

SALE AMOUNT                        $32.00

PHONE: (415)772-0670

CUSTOMER COPY

---

RCADERO CTR PARKIN
1 EMBARCADERO CTR
SAN FRANCISCO, CA 94111

06/02/2013                          20:03:21
Merchant ID:              000000002120534
Terminal ID:                       03400416
1041210527

CREDIT CARD
AMEX SALE

CARD #                      XXXXXXXXXXX1001
INVOICE                              0023
Batch #:                           001225
Approval Code:                     560692
Entry Method:                       Swiped
Mode:                               Online

SALE AMOUNT                        $21.00

PHONE: (415)772-0670

CUSTOMER COPY

---

EMB
1 EMBARCADERO CTR
SAN FRANCISCO, CA 94111

06/03/2013                          19:32:33
Merchant ID:              000000002120534
Terminal ID:                       03400416
1041210527

CREDIT CARD
AMEX SALE

CARD #                      XXXXXXXXXXX1001
INVOICE                              0111
Batch #:                           001227
Approval Code:                     503070
Entry Method:                       Swiped
Mode:                               Online

SALE AMOUNT                        $32.00

PHONE: (415)772-0670

CUSTOMER COPY

---

WELCOME TO
ORINDA SHELL

SHELL                      57 444 479901
9 ORINDA WAY                    S1T0416
ORINDA          CA  94563

< DUPLICATE RECEIPT >

DATE 06/05/13  8:57AM
INVOICE# 507897
AUTH#    535375
  AMEX
  ACCOUNT NUMBER
XXXX XXXXXX X1001

PUMP PRODUCT    $/G
  02    REG   $3.999

GALLONS    FUEL TOTAL
  8.599      $ 34.39

THANKS, COME AGAIN

```
          STARBUCKS Store #9490
             3100 Lakeville Hwy
          Petaluma, CA (707) 775-3708
-------------------------------------------
               CHK 786971
            06/04/2013 01:45 PM
          301429   Drawer: 1  Reg: 3
-------------------------------------------
             Drive Thru
       Gr Latte              3.55
         Decaf
         Nonfat
       Trky Rustico Panin    5.95
         Warming Pastry
       Amex                  9.50
       XXXXXXXXXXXXX1001

       Subtotal             $9.50
       Total                $9.50
     Change Due            $0.00

    ---------- Check Closed ---------------
          06/04/2013 01:45 PM
```

          Treat yourself to the
        NEW Caramel Ribbon Crunch
         Frappuccino(r) blended
       beverage on your next visit.
        Available for a limited time.
          www.Frappuccino.com



## FOUNTAINGROVE INN
### HOTEL & CONFERENCE CENTER

SAELAO, REBECCA

**Room Number:** 158
**Daily Rate:** 329.00
**Room Type:** KGST
**No. of Guests:** 2 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 05/30/2013 | 05/31/2013 | XXXX XXXX XXXX 2663 | BAR | RACK | 10000201685 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 05/30/2013 | 158 | ROOM CHARGE | #158 SAELAO, REBECCA | $269.00 |
| 05/30/2013 | 158 | ROOM TAX | ROOM TAX | $24.21 |
| 05/30/2013 | 158 | COUNTY ASSESSMENT TAX | COUNTY ASSESSMENT TAX | $5.38 |
| 05/30/2013 | 158 | CITY ROOM ASSESSMENT | CITY ROOM ASSESSMENT | $8.07 |
| 05/31/2013 | 158 | ROOM SERVICE | 158/7619/07:45/ROOM SERVICE | $33.29 |
| 05/31/2013 | 158 | MASTER CARD | MASTER CARD | $-339.95 |

**TOTAL DUE:**     $0.00

*FOUNTAINGROVE INN • HOTEL AND CONFERENCE CENTER*
*101 FOUNTAINGROVE PARKWAY • SANTA ROSA, CA 95403*
(P) 707.578.6101 • (F) 707.544.9374 • www.fountaingroveinn.com

# Hilton

3555 ROUND BARN BLVD
SANTA ROSA, CA 95403
TELEPHONE (707) 523-7555 • FAX (707) 569-5555
RESERVATIONS
www.hilton.com or 1 800 HILTONS

| NAME & ADDRESS | |
|---|---|

SAELAO, REBECCA
20 BELLE CT
PLEASANT HILL, CA 94523
US

| | |
|---|---|
| ROOM | 3211/K1ZRU1 |
| ARRIVAL DATE | 6/3/2013     7:17:00PM |
| DEPARTURE DATE | 6/4/2013     7:17:00PM |
| ADULT/CHILD | 1/0 |
| ROOM RATE | $395.00 |
| RATE PLAN | L-AA |
| Hhonors # | |
| AL: | |

CONFIRMATION NUMBER : 3525858988

6/5/2013        PAGE        1

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 6/3/2013 | *ROOM SERVICE | LINTR | 1795210 | $85.59 | | |
| 6/3/2013 | GUEST ROOM | MPARKER | 1795350 | $395.00 | | |
| 6/3/2013 | ROOM TAXES | MPARKER | 1795350 | $55.56 | | |
| 6/4/2013 | *ROOM SERVICE | LINTR | 1795556 | $16.14 | | |
| 6/4/2013 | *ROOM SERVICE | LINTR | 1795558 | $21.90 | | |
| 6/4/2013 | AX *1001 | RICE1 | 1795635 | | $574.19 | |
| 6/4/2013 | IN ROOM WATER | JACOBSO | 1795719 | $2.50 | | |
| 6/4/2013 | AX *1001 | JACOBSO | 1795720 | | $2.50 | |
| | BALANCE | | | | | $0.00 |

**EXPENSE REPORT SUMMARY**

| | 6/3/2013 | 6/4/2013 | STAY TOTAL |
|---|---|---|---|
| ROOM & TAX | $450.56 | $0.00 | $450.56 |
| MISCELLANEOUS | $0.00 | $2.50 | $2.50 |
| FOOD & BEVERAGE | $85.59 | $38.04 | $123.63 |
| DAILY TOTAL | $536.15 | $40.54 | $576.69 |

| | |
|---|---|
| ACCOUNT NO | |
| AX *1001 | |
| CARD MEMBER NAME | |
| SAELAO, REBECCA | |
| ESTABLISHMENT NO & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR |

THANK YOU FOR STAYING AT THE HILTON SONOMA WINE
COUNTRY! WE HOPE TO SEE YOU AGAIN SOON!

| DATE OF CHARGE | FOLIO |
|---|---|
| 06/04/13  7:17:00PM | 400507 A |
| AUTHORIZATION | INITIAL |
| 171850 | |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC | |
| TOTAL AMOUNT | |

F O L I O

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RETURNED FOR A CASH REFUND
**PAYMENT DUE UPON RECEIPT**

Rebecca S. Saelao

| | |
|---|---|
| **From:** | Square <noreply@messaging.squareup.com> |
| **Sent:** | Wednesday, May 29, 2013 11:34 PM |
| **To:** | Rebecca S. Saelao |
| **Subject:** | Receipt from Francisco Giron for $131.00 |

*24064.0588*
*Cab ride home*
*in middle of night*
*Pre-trial /*
*13 hour day*

Trouble viewing this email?

# Francisco Giron
## 415-612-0536

May 29, 2013 at 11:33pm                    Receipt #XqUG

---

Custom Amount                               **$131.00**

---

## Total                                    **$131.00**

 1001                              **$131.00**





**Start accepting credit cards today.**
Accept all major credit cards anytime, anywhere on
your iPhone or Android. Sign up today and we'll mail
you a free credit card reader. Sign up for Square ▶

# INVOICE

...etwork LLC

...4250 LOS ANGELES, CA 90084-4250

*** REPRINT ***

...7093840

| Invoice No. | Customer No. |
|---|---|
| 285550 | 82035 |
| Invoice Date | Total Due |
| 5/31/13 | 140.15 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|
| | | 82035 | 285550 | 5/31/13 | 140.15 | 1 | | |
| | | | Service Detail | | | | Charges | Total |
| Date | Ordr No. | Svc | | | | | | |
| 5/28/13 | 6918855 | RSF | SEVERSON & WERSON | SONOMA-CIVIL & FAMILY LAW | | Base Chg : | 110.00 | 140.15 |
| FILING-RUSH | VEHICLE | | 1 Embarcadero Center | 3055 CLEVELAND AVENUE | | Wait : | 30.15 | |
| | | | SAN FRANCISCO   CA 94111 | SANTA ROSA   CA 95403 | | | | |
| | | | Caller: Sally Hamm   Wait: 75 Min | | | | | |
| | | | Case No.: SCV218256 | Case Title: INOUE V GMAC | | | | |
| | | | FILE/CONFORM/RETURN | | | | | |
| | | | Signed: FILED | Ref: 19000.0588 | | | | |

*24064.0588*

6/12/13 OK to pay

*[signature]*

for Rebecca Saelao

*** REPRINT ***   Total   140.15

## INVOICE PAYMENT DUE UPON RECEIPT

...twork LLC

...250 LOS ANGELES, CA 90084—4250

**INVOICE**

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 285566 | 82035 |
| Invoice Date | Total Due |
| 5/31/13 | 243.00 |
| | |
| | |
| | |

...-3093840

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)213-2640

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg. |
|---|---|---|---|---|---|---|---|
| | | | 82035 | 285566 | 5/31/13 | 243.00 | 1 |
| Date | Ordr No. | SVC | Service Detail | | | Charges | Total |
| 5/30/13 | 6919770 | ASF | SEVERSON & WERSON | SONOMA-CIVIL & FAMILY LAW | | Base Chg : 243.00 | 243.00 |
| FILING-ASAP | VEHICLE | | 1 EMBARCADERO CENTER | 3055 CLEVELAND AVENUE | | | |
| | | | SAN FRANCISCO    CA 94111 | SANTA ROSA    CA 95403 | | | |
| | | | Caller: Sally Hamm    Wait: 30 Min | | | | |
| | | | Case No.: SCV248256 | Case Title: INOUE V GMAC MORTGAG | | | |
| | | | FILE/CONFORM/RETURN | IN DEPT 19 WITH | | | |
| | | | Signed: FILED/CC TO DEPT | Ref: 24064.0588 | | | |

*24064.0588*

6/12/13 OK to pay

*[signature]*

for Rebecca Saelao

*** REPRINT ***        **Total**        243.00

**INVOICE PAYMENT DUE UPON RECEIPT**

# INVOICE

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 285558 | 82035 |
| Invoice Date | Total Due |
| 5/31/13 | 130.00 |

# COPY

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

...CA 90084-4250

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 285558 | 5/31/13 | 130.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 5/29/13 | 6919316 | ARS | SONOMA COUNTY SUPERIOR COURT<br>600 ADMINSTRATION DRIVE<br>SANTA ROSA    CA 95403-2818<br>Caller: Gilla S. Webb<br>Case No.: SCV248256<br>OBTAIN DOCKET<br>Signed: OBTAINED | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br><br>Case Title: INOUE V GMAC<br>Ref: 19000.0588 | Base Chg :    110.00<br>Adv/Wit Ck:    20.00 | 130.00 |
| RESEARCH-ASAP | | | | | | |

Invoice Amount:    110.00
Fees Advanced:    20.00
Total  Amount Due:    130.00

*Docket probat Court
in preparation for trial —*

*BGW
06/13/13*

*** REPRINT ***    Total    130.00

## INVOICE PAYMENT DUE UPON RECEIPT

COPY

TAX ID: 94-3315956

...alized Legal Services, Inc.
...St., Suite 200 San Francisco, CA 94103
...e: 4153570500 ~ Fax: 4153570595

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| SEVERSON | May 31, 2013 | P103660 |

Bill To:
Gilla S. Webb
Severson & Werson
1 Embarcadero Center
San Francisco, CA 94111

File No: **19000,0588**

Court: **Sonoma County Recorder**
Plaintiff:
Defendant:

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Affiliate Rate 1 | | | 145.00 |
| Fee Advance | 79.50 | .00 | 79.50 |
| Do Today | | | 25.00 |
| Check Charge | 79.50 | .00 | 7.95 |
| Rush - 25 | | | 25.00 |

FROM ACCOUNTING
Please provide the following:
☒ Client/Match # *19000.0588*
☐ Firm - G/L #
☐ Authorization *GSW*

Documents: HITOSHI INOUE, 3735 COFFEY LANE, SANTA ROSA, CA 95403 - A.P.N.:
058-032-016-000
Completed on 5/23/2013    *Trial Preparation*

| | TOTAL DUE | $ 282.45 |
|---|---|---|

Thank you for choosing Specialized Legal Services, Inc.!
For billing inquiries, please contact our Accounting Department at (415) 357-0500.

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| SEVERSON | May 31, 2013 | P103660 |

Remit To:
**Specialized Legal Services, Inc.**
**1112 Bryant St., Suite 200**
**San Francisco, CA 94103**

TOTAL DUE:    $ 282.45

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Specialized Legal Services, Inc.**

Order#:P103660/INVOICEC

29741

| DATE 06/1Ø/13 | CLIENT 24064 | MATTER 0588 | PURPOSE Court Reporter Fee for Transcript of 6/6 & 6/7 Court Proceedings |
|---|---|---|---|

CASE/CLIENT   RESCAP/GMAC/Inoue

**(VOID 60 DAYS AFTER DATE)**

16-49
1220

PAY TO THE
ORDER OF   BECKI PETERSON

THE SUM OF   Six Hundred Ninety-Seven Dollars and 50/100---   DOLLARS $ 697.50

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $1000.00.

PAYABLE THROUGH

**Union**Bank
The Private Bank
Payable at any Union Bank branch including
400 California Street, San Francisco, CA 94101
(888) 826-2669 unionbank.com

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

NON-NEGOTIABLE

BY _____

ONE EMBARCADERO CENTER 26th FLOOR · SAN FRANCISCO, CA 94111 · (415) 398-3344
19100 VON KARMAN, SUITE 700 · IRVINE, CA 92612 · (949) 442-7110

TAX ID# 27-3063640

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

| | |
|---|---|
| 286584 | 82035 |
| **Invoice Date** | **Total Due** |
| 6/15/13 | 206.50 |

BILLING QUESTIONS CALL:
BILLING DEPT (213) 213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213) 213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 286584 | 6/15/13 | 206.50 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/13/13 FILING-RUSH | 6924681 VEHICLE | RSF | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Sally Hamm    Wait: 30 Min<br>FCV248256<br>INOUE V GMAC MORTGAGE<br>SUPP BRIEF<br><br>MUST FILE WITH DEPT<br>19, LUCY GONZALES<br>BEFORE NOON<br>Signed: FILED | SONOMA-CIVIL & FAMILY LAW<br>3055 CLEVELAND AVENUE<br>SANTA ROSA    CA 95403<br><br><br><br><br><br>Ref: 24064.0588 | Base Chg :    206.50 | 206.50 |

6/24/13 OK to pay

for Rebecca Saelao

| | | | | | *** REPRINT *** | **Total** | 206.50 |
|---|---|---|---|---|---|---|---|

# INVOICE PAYMENT DUE UPON RECEIPT

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353216    JBS    July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 24064 | RESCAP/GMAC |
|---|---|---|
| MATTER | 1532 | Adzhemyan, Zhirary |
| | | GMAC Matter No.: 2013-06-EJ7842 |

**TOTAL AMOUNT DUE**    **$420.15**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353216    JBS                                    July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1532    Adzhemyan, Zhirary
GMAC Matter No.: 2013-06-EJ7842

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| RJG | 06/06/13 | Correspondence with our client to respond to an inquiry regarding bankruptcy stay and small claims issues. | L120 | A106 | 0.30 | 274.50 | 82.35 |
| RJG | 06/06/13 | Analysis of applicability of GMAC bankruptcy stay and case investigation issues. | L120 | A104 | 0.40 | 274.50 | 109.80 |
| CTM | 06/06/13 | Prepare Notice of Bankruptcy. | L210 | A103 | 0.80 | 285.00 | 228.00 |
| | | **TOTAL** | | | **1.50** | | **$420.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $192.15 |
| L210 | Pleadings | 0.80 | $228.00 |
| | **TOTAL** | **1.50** | **$420.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Meyer, Charles T. | CTM | Associate | 0.80 | 285.00 | $228.00 |
| Gandy, Robert | RJG | Special Counsel | 0.70 | 274.50 | $192.15 |
| | **Total** | | **1.50** | | **$420.15** |

| | | |
|--|--|--|
| | FEES | $420.15 |
| | **TOTAL THIS INVOICE** | **$420.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353217    JBS                                              July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1271      Anyanwu, Charity
                     GMAC Matter No.: 728855

TOTAL AMOUNT DUE              $1,699.20

*** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353217    JBS                                July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1271    Anyanwu, Charity
          GMAC Matter No.: 728855

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 06/04/13 | Exchange correspondence with client re conference call with new counsel. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| DL | 06/05/13 | Work on obtaining emails from prior action and arranging conference call with client and new counsel. | L110 | A106 | 0.40 | 288.00 | 115.20 |
| DL | 06/06/13 | Exchange correspondence with client re plaintiff filing proofs of claim in bankruptcy action. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| DL | 06/07/13 | Exchange correspondence with client and review file re prior inspections and other documents for property. | L110 | A106 | 0.40 | 288.00 | 115.20 |
| DL | 06/10/13 | Attend conference call with client and new counsel to discuss litigation issues and bankruptcy issues. | L110 | A106 | 0.60 | 288.00 | 172.80 |
| DL | 06/17/13 | Exchange correspondence with new counsel re obtaining copies of emails with client. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| DL | 06/18/13 | Exchange correspondence with client re internal client files for new counsel. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| DL | 06/18/13 | Exchange correspondence with plaintiff re motion for relief from stay. | L110 | A107 | 0.20 | 288.00 | 57.60 |
| DL | 06/18/13 | Review CDs of emails for possible production to new counsel. | L110 | A106 | 0.50 | 288.00 | 144.00 |
| DL | 06/19/13 | Analyze stipulation re motion for relief from bankruptcy stay and exchange correspondence with client re same. | L110 | A106 | 0.40 | 288.00 | 115.20 |
| DL | 06/19/13 | Exchange correspondence with client and review client emails for production to new counsel. | L110 | A104 | 0.50 | 288.00 | 144.00 |
| DL | 06/20/13 | Further analyze multiple emails from | L110 | A104 | 1.30 | 288.00 | 374.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353217 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Anyanwu, Charity | | | | | | |

| | | client for possible production to new counsel and prepare letter to new counsel re production of emails | | | | | |
|---|---|---|---|---|---|---|---|
| DL | 06/24/13 | Prepare correspondence to plaintiff re no stipulation for motion for relief from bankruptcy stay. | L110 | A107 | 0.20 | 288.00 | 57.60 |
| DL | 06/27/13 | Exchange correspondence with client and new counsel re plaintiff's motion for relief from bankruptcy stay and analyze letter from plaintiff re same. | L110 | A106 | 0.30 | 288.00 | 86.40 |
| DL | 06/27/13 | Prepare case management conference statement. | L430 | A103 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | | **5.90** | | **$1,699.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 5.60 | $1,612.80 |
| L430 | Written Motions/Submissions | 0.30 | $86.40 |
| | **TOTAL** | **5.90** | **$1,699.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 5.90 | 288.00 | $1,699.20 |
| | **Total** | | **5.90** | | **$1,699.20** |

| PRIOR FEES | $1,814.40 |
|---|---|
| PRIOR COSTS & EXPENSES | $127.95 |

| | FEES | $1,699.20 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,699.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353218    JBS                                         July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        24064      RESCAP/GMAC
MATTER        1515       Barrett, Rick
                         GMAC Matter No.: 2013-05-EO9407

**TOTAL AMOUNT DUE**              **$680.85**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353218 | JBS | | July 26, 2013 |
|---|---|---|---|---|

GMAC Mortgage, LLC
Attn: Natasha l. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1515    Barrett, Rick
GMAC Matter No.: 2013-05-EO9407

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994      06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| CHR | 05/01/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.40 | 130.50 | 52.20 |
| RJG | 05/01/13 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | A106 | 0.30 | 274.50 | 82.35 |
| RJG | 05/01/13 | Analysis of the complaint and pending case issues and attention to preliminary case investigation. | L120 | A104 | 0.50 | 274.50 | 137.25 |
| KSM | 05/02/13 | Reviewed complaint. | L120 | A103 | 0.70 | 256.50 | 179.55 |
| KSM | 05/02/13 | Prepared notice of bankruptcy and letter to opposing counsel. | L250 | A103 | 0.70 | 256.50 | 179.55 |
| | | **TOTAL** | | | **2.60** | | **$630.90** |

### COSTS & EXPENSES

| 05/23/13 | One Legal, Inc.; Transmittal of filing to court; GMAC's Notice of Bankrupcty and Suggestion of Automatic Stay ETS Services' Notice of Bankruptcy and Suggestion of.....05/06/13 | 49.95 |
|---|---|---|

**TOTAL COSTS & EXPENSES**      **$49.95**

### BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | | |
|---|---|---|---|---|---|---|
| Invoice No.    353218 | **CLIENT** | RESCAP/GMAC | | | Page | 2 |
| | **MATTER** | Barrett, Rick | | | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 1.50 | $399.15 | | | |
| L140 | Document/File Management | 0.40 | $52.20 | | | |
| L250 | Other Written Motions | 0.70 | $179.55 | | | |
| | **TOTAL** | **2.60** | **$630.90** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Miller, Kenneth S. | KSM | Associate | 1.40 | 256.50 | $359.10 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| | **Total** | | **2.60** | | **$630.90** |

| | | |
|---|---|---|
| FEES | | $630.90 |
| COSTS & EXPENSES | | $49.95 |
| **TOTAL THIS INVOICE** | | **$680.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353219    JBS                                    July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064    RESCAP/GMAC
MATTER    1172     Boyd, Raymond
                   E-Mail Invoices to Kari Krull

**TOTAL AMOUNT DUE**            **$243.50**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353219    JBS                                    July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  1172    Boyd, Raymond
E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| KWF | 06/26/13 | Prepare email to J. Specken re: trial date and request for postponement. | L120 | A104 | 0.20 | 270.00 | 54.00 |
| KWF | 06/26/13 | Review file status and court docket. | L120 | A104 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | | **0.60** | | **$163.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 04/11/13 | Douglas Stastny; Transportation; Mileage and parking to Chatsworth Courthouse to represent client at hearing, Los Angeles, CA. 3/19/13 | 76.50 |
| 04/19/13 | Pacer Service Center; Data Search; Account no. SW0817 01/01/13 - 03/31/13 | 3.20 |

**TOTAL COSTS & EXPENSES**                $79.70

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L120 | Analysis/Strategy | 0.60 | $163.80 | | |
| | **TOTAL** | **0.60** | **$163.80** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Franich, Kerry | KWF | Associate | 0.40 | 270.00 | $108.00 |
| | **Total** | | **0.60** | | **$163.80** |

PRIOR FEES                    $1,662.30

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353219 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Boyd, Raymond | | |

| | |
|---|---|
| FEES | $163.80 |
| COSTS & EXPENSES | $79.70 |
| **TOTAL THIS INVOICE** | **$243.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353220    JBS                                           July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0683     Burnett (Daniels)
                   GMAC Matter No.: 706245

**TOTAL AMOUNT DUE**          **$2,266.05**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353220    JBS                                    July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0683    Burnett (Daniels)
GMAC Matter No.: 706245

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 06/03/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 06/04/13 | Telephone conference with plaintiff's counsel | L190 | A108 | 0.20 | 238.50 | 47.70 |
| YS | 06/05/13 | Review and analysis of the subject loan file, servicing notes, client fact package and deposition transcripts of Donna Daniels in light of ongoing probate matter | L120 | A104 | 3.50 | 238.50 | 834.75 |
| YS | 06/06/13 | Attend the Court' trial readiness conference and determine case strategies based on the outcome | L450 | A109 | 1.80 | 238.50 | 429.30 |
| YS | 06/07/13 | Review and analysis of plaintiffs' second amended complaint | L120 | A104 | 0.20 | 238.50 | 47.70 |
| YS | 06/07/13 | Draft correspondence to client regarding status of the case and efforts to settle the matter | L190 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 06/10/13 | Draft correspondence to G. Leemhuis regarding the payoff for the subject loan in light of ongoing settlement negotiations | L160 | A103 | 0.20 | 238.50 | 47.70 |
| YS | 06/10/13 | Receipt, review and analysis of the payoff statement concerning the subject loan | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 06/11/13 | Receipt, review and analysis of the petitioner's motion to approve settlement agreement regarding two related properties | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 06/17/13 | Draft client's tender of title insurance policy | L190 | A103 | 0.80 | 238.50 | 190.80 |
| | | **TOTAL** | | | 7.30 | | **$1,741.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353220 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Burnett (Daniels) | | | |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 04/10/13 | Atkinson-Baker, Inc.; Deposition Transcript; Certified copy of the reporter's transcript of the deposition of Donna Deniels, taken 1/15/13 | 525.00 |
| | **TOTAL COSTS & EXPENSES** | **$525.00** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.90 | $930.15 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $47.70 |
| L190 | Other Case Assessment | 1.40 | $333.90 |
| L450 | Trial and Hearing Attendance | 1.80 | $429.30 |
| | **TOTAL** | **7.30** | **$1,741.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 7.30 | 238.50 | $1,741.05 |
| | **Total** | | **7.30** | | **$1,741.05** |

| | |
|---|---|
| PRIOR FEES | $637.65 |
| PRIOR COSTS & EXPENSES | $494.40 |

| | |
|---|---|
| FEES | $1,741.05 |
| COSTS & EXPENSES | $525.00 |
| **TOTAL THIS INVOICE** | **$2,266.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

ON-BAKER, INC.
NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Joe H.  Tuffaha
Severson & Werson
19100 Von Karman Avenue
Suite 700
Irvine, CA 92612-1539

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Diana Pozo
dpozo@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Law Offices of Guy A. Leemhuis |
|---|---|
| Taking Attorney: | Guy A. Leemhuis |
| Case Name: | Conservatorship of Grover Burnett |
| Case No.: | BT096574 |

| INVOICE NO. | A7003FC AC |
|---|---|
| FIRM NO. | 1173120 |
| INVOICE DATE | 02/04/2013 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Donna Daniels, taken 1/15/2013. | $  525.00 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $  525.00 |

A service fee of .75% per month will be added to any invoice over 30 days old.



OK TO PAY:

- - - - - - - - - - - - - - -  Fold and tear at this perforation, then return stub with payment.  - - - - - - - - - - - - -

| BALANCE DUE | $  525.00 |
|---|---|

For:   Certified copy of the reporter's transcript of the deposition of Donna Daniels, taken 1/15/2013.

| INVOICE NO. | A7003FC AC |
|---|---|
| FIRM NO. | 1173120 |

From:   Joe H.  Tuffaha
Severson & Werson
19100 Von Karman Avenue
Suite 700
Irvine, CA 92612-1539

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353221    JBS                                    July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 24064 | RESCAP/GMAC |
|--------|-------|-------------|
| MATTER | 1518 | Calderon, Maria |
| | | GMAC Matter No.: 2013-05-EO5890 |

**TOTAL AMOUNT DUE**          **$2,348.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353221    JBS                                         July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1518    Calderon, Maria
                        GMAC Matter No.: 2013-05-EO5890

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| SMH | 05/06/13 | Review new complaint, D. Booth email re same. | L210 | A104 | 0.30 | 333.00 | 99.90 |
| MJE | 05/17/13 | Receipt and review of new matter and review of Complaint | L140 | A104 | 0.50 | 279.00 | 139.50 |
| MJE | 05/24/13 | Review of Complaint and causes of action, draft of Notice of Bankruptcy and Stay, delivery to D. Booth for approval | L250 | A103 | 1.20 | 279.00 | 334.80 |
| MJE | 05/28/13 | Exchange of emails with D. Booth re revised Notice of BK and emails with S. Hankins re same. | L250 | A106 | 0.40 | 279.00 | 111.60 |
| MJE | 05/28/13 | Draft and revision of letter to Plaintiff's counsel re Bankruptcy and revised Notice re same. | L250 | A103 | 0.80 | 279.00 | 223.20 |
| MJE | 06/07/13 | Review of docket and status of CMC and call to Court. | L230 | A101 | 0.40 | 279.00 | 111.60 |
| MJE | 06/10/13 | Review of file and title history in preparation for trial setting conference | L230 | A101 | 0.60 | 279.00 | 167.40 |
| MJE | 06/14/13 | Travel to Van Nuys, California for Trial Setting Conference, personal apperance required. | L230 | A109 | 2.80 | 279.00 | 781.20 |
| MJE | 06/14/13 | Attend trial setting conference in LA Superior Court in Van Nuys, California (personal appearance required.) | L230 | A109 | 0.50 | 279.00 | 139.50 |
| MJE | 06/17/13 | Draft and revision of Notice of Trial Setting Confernece and call to Aurora's counsel re same. | L250 | A103 | 0.50 | 279.00 | 139.50 |
| | | **TOTAL** | | | **8.00** | | **$2,248.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353221 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Calderon, Maria | | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 06/17/13 | First Legal Network, LLC; Transmittal of filing to court; Job no. 9603689. LA County Court-Van Nuys East 5/29/13 | 49.95 |
| 06/27/13 | First Legal Network, LLC; Transmittal of filing to court; Job no. 9607368. LA County Court-Van Nuys, Ca. 6/7/13 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$99.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L140 | Document/File Management | 0.50 | $139.50 |
| L210 | Pleadings | 0.30 | $99.90 |
| L230 | Court Mandated Conferences | 4.30 | $1,199.70 |
| L250 | Other Written Motions | 2.90 | $809.10 |
| | **TOTAL** | **8.00** | **$2,248.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Esposito, Matthew | MJE | Associate | 7.70 | 279.00 | $2,148.30 |
| Hankins, Suzanne | SMH | Member | 0.30 | 333.00 | $99.90 |
| | **Total** | | **8.00** | | **$2,248.20** |

| | | |
|---|---|---|
| | FEES | $2,248.20 |
| | COSTS & EXPENSES | $99.90 |
| | **TOTAL THIS INVOICE** | **$2,348.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353222    JBS                                                    July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1533    Campana, Elizabeth
GMAC Matter No.: 2013-06-EK2576

**TOTAL AMOUNT DUE**          **$880.65**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353222    JBS                                    July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha l. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1533    Campana, Elizabeth
                       GMAC Matter No.: 2013-06-EK2576

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| SMH | 06/11/13 | Review and evaluate new complaint, email from D. Booth re NOB. | L110 | A104 | 0.40 | 333.00 | 133.20 |
| CHR | 06/11/13 | Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| SMH | 06/18/13 | Draft email to D. Booth re new matter assignment. | L110 | A106 | 0.20 | 333.00 | 66.60 |
| MJE | 06/18/13 | Receipt of new matter, review Complaint and emails with Don Booth re same. | L190 | A104 | 0.50 | 279.00 | 139.50 |
| MJE | 06/24/13 | Review causes of action in Complaint and draft Notice of BK, email same to Don Booth for approval attaching same | L250 | A103 | 0.60 | 279.00 | 167.40 |
| MJE | 06/25/13 | Revision and finalization of Notice of BK and Stay following email exchange with D. Booth | L250 | A103 | 0.60 | 279.00 | 167.40 |
| MJE | 06/25/13 | Draft and revision of letter to Plaintiff's counsel re BK and stayed claims | L250 | A103 | 0.60 | 279.00 | 167.40 |
| | | **TOTAL** | | | **3.20** | | **$880.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L110    Fact Investigation/Development | 0.60 | $199.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353222 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Campana, Elizabeth | | |

| | | | Hours | Value | | | |
|---|---|---|---|---|---|---|---|
| L140 | Document/File Management | | 0.30 | $39.15 | | | |
| L190 | Other Case Assessment | | 0.50 | $139.50 | | | |
| L250 | Other Written Motions | | 1.80 | $502.20 | | | |
| | **TOTAL** | | **3.20** | **$880.65** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Esposito, Matthew | MJE | Associate | 2.30 | 279.00 | $641.70 |
| Hankins, Suzanne | SMH | Member | 0.60 | 333.00 | $199.80 |
| | **Total** | | **3.20** | | **$880.65** |

| | | |
|---|---|---|
| FEES | | $880.65 |
| **TOTAL THIS INVOICE** | | **$880.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353223    JBS                                                    July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0704     Casas, Hermina
                   GMAC Matter No.: 732095

**TOTAL AMOUNT DUE**        **$3,906.90**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      353223      JBS                                              July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      24064  0704      Casas, Hermina
                            GMAC Matter No.: 732095

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| AAG | 06/04/13 | Draft first amended complaint and review and analyze applicable causes of action with regard to same. | L210 | A103 | 3.40 | 238.50 | 810.90 |
| AAG | 06/05/13 | Draft first amended complaint. | L210 | A103 | 3.70 | 238.50 | 882.45 |
| RSS | 06/05/13 | Strategize with A. Giventhal regarding amended complaint. | L210 | A105 | 0.50 | 288.00 | 144.00 |
| AAG | 06/07/13 | Revise First Amended Complaint. | L210 | A103 | 2.20 | 238.50 | 524.70 |
| AAG | 06/10/13 | Revise first amended complaint and communicate with client regarding same. | L210 | A103 | 0.30 | 238.50 | 71.55 |
| RSS | 06/10/13 | Strategize with team regarding amended complaint and next steps. | L210 | A105 | 0.50 | 288.00 | 144.00 |
| RSS | 06/10/13 | Draft and revise first amended complaint. | L210 | A103 | 1.80 | 288.00 | 518.40 |
| AAG | 06/11/13 | Communicate with client regarding draft of first amended complaint. | L210 | A106 | 0.10 | 238.50 | 23.85 |
| AAG | 06/12/13 | Communicate with ULLICO's attorney regarding stipulating to filing first amended complaint. | L210 | A107 | 0.20 | 238.50 | 47.70 |
| AAG | 06/12/13 | Research evidence rules regarding reinstating a lost instrument or proving existence thereof. | L120 | A102 | 0.90 | 238.50 | 214.65 |
| AAG | 06/18/13 | Check in with ULLICO's counsel regarding agreement to stipulate to first amended complaint. | L210 | A107 | 0.10 | 238.50 | 23.85 |
| AAG | 06/19/13 | Revise stipulation for GMAC to file first amended complaint to include agreement that ULLICO's answer to the original complaint will be deemed its answer to the first amended complaint. | L210 | A103 | 0.30 | 238.50 | 71.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353223 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Casas, Hermina | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AAG | 06/19/13 | Draft stipulation for GMAC to file first amended complaint and communicate with ULLICO's counsel regarding same. | L210 | A107 | 0.30 | 238.50 | | | 71.55 |
| AAG | 06/20/13 | Communicate with attorney for defendant H. Casas regarding GMAC's first amended complaint adding Casas as a defendant. | L210 | A107 | 0.20 | 238.50 | | | 47.70 |
| AAG | 06/24/13 | Review note and payoff calculations analogous to Casas note to determine whether note is substantially the same in both. | L120 | A104 | 1.30 | 238.50 | | | 310.05 |
| | | **TOTAL** | | | **15.80** | | | | **$3,906.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.20 | $524.70 |
| L210 | Pleadings | 13.60 | $3,382.20 |
| | **TOTAL** | **15.80** | **$3,906.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 13.00 | 238.50 | $3,100.50 |
| Saelao, Rebecca | RSS | Special Counsel | 2.80 | 288.00 | $806.40 |
| | **Total** | | **15.80** | | **$3,906.90** |

| | | |
|---|---|---|
| PRIOR FEES | $7,582.50 | |
| PRIOR COSTS & EXPENSES | $1,490.11 | |

| | | |
|---|---|---|
| FEES | | $3,906.90 |
| **TOTAL THIS INVOICE** | | **$3,906.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353224    JBS                                July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1511    Constable, Brian and Christina
GMAC Matter No.: 2013-05-EP4273

**TOTAL AMOUNT DUE**          $2,155.45

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353224    JBS                                        July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1511    Constable, Brian and Christina
                        GMAC Matter No.: 2013-05-EP4273

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 06/27/13 | Attention to request from client to retrieve pertinent pleadings and documents from list of active and inactive cases to assist bankruptcy counsel in the evaluation of proofs of claim filed to plaintiffs. | L120 | A104 | 3.00 | 270.00 | 810.00 |
| MKS | 06/27/13 | Retrieve federal and state court documents and review case file to gather information and documents needed to assess proof of claim. | L120 | A104 | 0.60 | 270.00 | 162.00 |
| MKS | 06/28/13 | Study and review documents to be retrieved and provided to bankruptcy counsel for assessment of proofs of claim. | L120 | A104 | 2.80 | 270.00 | 756.00 |
| RJG | 04/29/13 | Correspondence with our client regarding preliminary case investigation issues. | L120 | A106 | 0.30 | 274.50 | 82.35 |
| RJG | 04/29/13 | Analysis of Plaintiffs' complaint allegations and pending case issues and attention to preliminary case investigation. | L120 | A104 | 0.30 | 274.50 | 82.35 |
| KSM | 05/01/13 | Prepared notice of bankruptcy and letter to opposing counsel. | L250 | A103 | 1.00 | 256.50 | 256.50 |
| | | **TOTAL** | | | **8.00** | | **$2,149.20** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 05/16/13 | First Legal Network, LLC; Court Services; Job no. 9595914 Orange County Court, Santa Ana, | 6.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. 353224 | CLIENT | RESCAP/GMAC | | Page | 2 |
| | MATTER | Constable, Brian & Christina | | | |

Ca. 5/6/13

**TOTAL COSTS & EXPENSES**                     **$6.25**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 7.00 | $1,892.70 |
| L250 | Other Written Motions | 1.00 | $256.50 |
| | **TOTAL** | **8.00** | **$2,149.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Miller, Kenneth S. | KSM | Associate | 1.00 | 256.50 | $256.50 |
| Sullivan, Mary Kate | MKS | Member | 6.40 | 270.00 | $1,728.00 |
| Gandy, Robert | RJG | Special Counsel | 0.60 | 274.50 | $164.70 |
| | **Total** | | **8.00** | | **$2,149.20** |

| | | |
|---|---|---|
| FEES | | $2,149.20 |
| COSTS & EXPENSES | | $6.25 |
| **TOTAL THIS INVOICE** | | **$2,155.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353225    JBS                                           July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1053     Crnic, Carol Ann and Terry
                   GMAC Matter No.: 718068

**TOTAL AMOUNT DUE**        **$322.65**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     353225     JBS                                       July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 1053     Crnic, Carol Ann and Terry
                          GMAC Matter No.: 718068

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| YS | 04/04/13 | Receipt, review and analysis of the Court's order setting the case management conference hearing | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 04/24/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 05/23/13 | Review and analysis of bankruptcy court docket to determine status of terry Crnic's bankruptcy filing and whether state court action is ongoing | L120 | A104 | 0.30 | 238.50 | 71.55 |
| YS | 05/28/13 | Receipt, review and analysis of the court's continued status hearing regarding filing of request to enter default against non-responding parties | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 06/03/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 06/17/13 | Draft and prepare ETS' case management statement in light of pending case management conference hearing | L210 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 06/24/13 | Receipt, review and analysis of the Court's minute order continuing the case management conference hearing | L120 | A104 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **1.30** | | **$318.15** |

## COSTS & EXPENSES

06/19/13  Clerk, Ventura County Superior Court; Court                    4.50
and Filing Fees; Copy of Second Amended
Complaint. 5/24/13. Draft#30453

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353225 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Crnic, Carol Ann & Terry | | |

| TOTAL COSTS & EXPENSES | $4.50 |
|---|---|

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $198.90 |
| L190 | Other Case Assessment | 0.20 | $47.70 |
| L210 | Pleadings | 0.30 | $71.55 |
| | TOTAL | 1.30 | $318.15 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Shaham, Yaron | YS | Special Counsel | 1.10 | 238.50 | $262.35 |
| | Total | | 1.30 | | $318.15 |

| | |
|---|---|
| FEES | $318.15 |
| COSTS & EXPENSES | $4.50 |
| TOTAL THIS INVOICE | $322.65 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353226    JBS                                                July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1500    Darby, Leanetha
                  GMAC Matter No.: 2013-05-EJ4940

**TOTAL AMOUNT DUE**          $1,715.33

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353226    JBS                                      July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha l. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1500    Darby, Leanetha
GMAC Matter No.: 2013-05-EJ4940

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| SMH | 04/02/13 | Review and evaluate complaint and attachments, draft email re requested documents to A. Hartshorn. | L210 | A106 | 0.50 | 333.00 | 166.50 |
| DL | 04/02/13 | Analyze complaint and analyze background of plaintiff's counsel and attorneys. | L110 | A106 | 0.50 | 288.00 | 144.00 |
| SMH | 04/03/13 | Attention to new assignment, need for bankruptcy notice, draft email to D. Booth. | L110 | A104 | 0.20 | 333.00 | 66.60 |
| CHR | 04/03/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A106 | 0.30 | 130.50 | 39.15 |
| JBS | 04/04/13 | Analysis and evaluation of defense strategy | L120 | A104 | 0.30 | 427.50 | 128.25 |
| LJT | 04/10/13 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff and review docket re same. | L110 | A106 | 0.90 | 130.50 | 117.45 |
| LJT | 04/11/13 | Review title records and prepare chronology. | L110 | A106 | 1.10 | 130.50 | 143.55 |
| DL | 04/15/13 | Analyze servicing notes re allegations that plaintiff submitted reinstatement to client. | L110 | | 0.80 | 288.00 | 230.40 |
| SMH | 04/17/13 | Attention to D. Booth email re NOB. | L120 | A104 | 0.10 | 333.00 | 33.30 |
| DL | 04/18/13 | Draft notice of bankruptcy and letter re same, and prepare correspondence to | L430 | A104 | 0.80 | 288.00 | 230.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353226 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Darby, Leanetha | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | client re same. | | | | | |
| SMH | 04/19/13 | Review complaint allegations re bankruptcy stay, review foreclosure documents re entity identified versus named defendants. | L120 | A104 | 0.20 | 333.00 | 66.60 |
| DL | 04/19/13 | Exchange correspondence with client re staying all claims and issues with notice of trustee's sale. | L110 | A104 | 0.40 | 288.00 | 115.20 |
| DL | 04/24/13 | Exchange correspondence with client re approval of notice of bankruptcy and letter to plaintiff. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 04/25/13 | Finalize notice of bankruptcy stay and letter to plaintiff re same. | L430 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 06/13/13 | Analyze docket for new action in litigation. | L110 | A104 | 0.10 | 288.00 | 28.80 |
| | | **TOTAL** | | | **6.60** | | **$1,625.40** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 05/07/13 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy 04/29/13 | 49.95 |
| 05/14/13 | Cardmember Service /Chase (Acct 7297); Data Search; 7700 Oso Ave, Winnetka, CA, 91306, Los Angeles 04/10/13 | 39.98 |
| | **TOTAL COSTS & EXPENSES** | **$89.93** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 4.20 | $903.60 |
| L120 | Analysis/Strategy | 0.60 | $228.15 |
| L140 | Document/File Management | 0.30 | $39.15 |
| L210 | Pleadings | 0.50 | $166.50 |
| L430 | Written Motions/Submissions | 1.00 | $288.00 |
| | **TOTAL** | **6.60** | **$1,625.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Liu, David | DL | Associate | 3.00 | 288.00 | $864.00 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 2.00 | 130.50 | $261.00 |
| Hankins, Suzanne | SMH | Member | 1.00 | 333.00 | $333.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353226 | CLIENT | RESCAP/GMAC | Page | 3 |
|---|---|---|---|---|---|
| | | MATTER | Darby, Leanetha | | |

| | **Total** | **6.60** | **$1,625.40** |
|---|---|---|---|

|  | FEES | $1,625.40 |
|---|---|---|
| | COSTS & EXPENSES | $89.93 |
| | **TOTAL THIS INVOICE** | **$1,715.33** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353227    JBS                                              July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1527 | Fenwick, Gary and Nancy |
| | | GMAC Matter No.: 2013-05-EW3227 |

**TOTAL AMOUNT DUE**              **$482.85**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.    353227    JBS | | | July 26, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1527    Fenwick, Gary and Nancy
GMAC Matter No.: 2013-05-EW3227

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| CHR | 05/23/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| RJG | 05/23/13 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | A106 | 0.20 | 274.50 | 54.90 |
| RJG | 05/23/13 | Analysis of complaint and pending case issues and attention to preliminary case investigation. | L120 | A104 | 0.30 | 274.50 | 82.35 |
| KSM | 05/23/13 | Prepared notice of bankruptcy and letter to opposing counsel. | L250 | A103 | 1.00 | 256.50 | 256.50 |
| | | **TOTAL** | | | **1.80** | | **$432.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 06/26/13 | One Legal, Inc.; Transmittal of filing to court; Notice of BK and Suggestion of Automatic Stay 05/29/13 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 0.50 | $137.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353227 | CLIENT | RESCAP/GMAC | | | Page | 2 |
| | | MATTER | Fenwick, Gary & Nancy | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L140 | Document/File Management | | | 0.30 | $39.15 | | |
| L250 | Other Written Motions | | | 1.00 | $256.50 | | |
| | **TOTAL** | | | **1.80** | **$432.90** | | |

| Timekeeper | | | Position | Hours | Rate | Value | |
|---|---|---|---|---|---|---|---|
| Rommell, Clair | | CHR | Paralegal | 0.30 | 130.50 | $39.15 | |
| Miller, Kenneth S. | | KSM | Associate | 1.00 | 256.50 | $256.50 | |
| Gandy, Robert | | RJG | Special Counsel | 0.50 | 274.50 | $137.25 | |
| | **Total** | | | **1.80** | | **$432.90** | |

| | | |
|---|---|---|
| | FEES | $432.90 |
| | COSTS & EXPENSES | $49.95 |
| | **TOTAL THIS INVOICE** | **$482.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353228    JBS                                        July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1042    Gillard, Griselda L.
                 GMAC Matter No.: 718047

**TOTAL AMOUNT DUE**          $254.55

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# $\mathcal{S}$everson
# $\mathcal{C}$Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353228    JBS                                           July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha l. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  1042    Gillard, Griselda L.
                         GMAC Matter No.: 718047

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RJG | 06/06/13 | Correspondence with title company counsel regarding results of the motion for summary judgment filed on GMAC's behalf and pending case issues. | L250 | A107 | 0.30 | 274.50 | 82.35 |
| RJG | 06/07/13 | Correspondence with our client to advise regarding motion for summary judgment results and pending case issues. | L120 | A106 | 0.30 | 274.50 | 82.35 |
| RJG | 06/07/13 | Correspondence with title company counsel regarding motion for summary judgment results and pending case issues and strategy. | L120 | A107 | 0.30 | 274.50 | 82.35 |
| | | **TOTAL** | | | **0.90** | | **$247.05** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 06/26/13 | Cardmember Service/Bank One (Acct 5773); Court and Filing Fees; SD SUPCRT ROA CA 06/07/13 (Ryan Brooks Card#8568) | 7.50 |
| | **TOTAL COSTS & EXPENSES** | **$7.50** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.60 | $164.70 |
| L250 | Other Written Motions | 0.30 | $82.35 |
| | **TOTAL** | **0.90** | **$247.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353228    CLIENT    RESCAP/GMAC                    Page        2
MATTER    Gillard, Griselda L.

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Gandy, Robert | RJG | Special Counsel | 0.90 | 274.50 | $247.05 |
| | **Total** | | **0.90** | | **$247.05** |

PRIOR FEES                        $1,757.70

|  |  |  |
|---|---|---|
| FEES | | $247.05 |
| COSTS & EXPENSES | | $7.50 |
| **TOTAL THIS INVOICE** | | **$254.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353229    JBS                                                July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064    RESCAP/GMAC
MATTER      1502     Gracian, Cecilia
                     GMAC Matter No.: 2013-05-EM3571

**TOTAL AMOUNT DUE**            **$1,020.15**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353229    JBS                                    July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1502    Gracian, Cecilia
GMAC Matter No.: 2013-05-EM3571

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| SMH | 04/03/13 | Review new complaint and request for NOB filing. | L110 | A104 | 0.20 | 333.00 | 66.60 |
| CHR | 04/03/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| SMH | 04/04/13 | Draft email to D. Booth re assignment of matter, non-appearance for Ally Bank. | L120 | A103 | 0.30 | 333.00 | 99.90 |
| SMH | 04/04/13 | Review D. Booth responsive email re Ally. | L120 | A104 | 0.10 | 333.00 | 33.30 |
| MJE | 04/04/13 | Receipt of new matter from client, review of same and exchange of emails with client. | L110 | A104 | 0.50 | 279.00 | 139.50 |
| MJE | 04/10/13 | Review of Complaint and analyze claims for damages against Debtor entities | L250 | A104 | 0.60 | 279.00 | 167.40 |
| MJE | 04/10/13 | Draft and revision of Notice of Bankruptcy/Stay and letter to Plaintiff's counsel for review by D. Booth and draft of email to D. Booth highlighting changes. | L250 | A103 | 1.20 | 279.00 | 334.80 |
| MJE | 04/11/13 | Receipt of email from D. Booth and made small changes to filings | L250 | A104 | 0.30 | 279.00 | 83.70 |
| MJE | 04/17/13 | Provided conformed copy of Notice of BK and Stay to D. Booth | L140 | A106 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | | 3.70 | | **$1,020.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353229 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Gracian, Cecilia | | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.70 | $206.10 |
| L120 | Analysis/Strategy | 0.40 | $133.20 |
| L140 | Document/File Management | 0.50 | $94.95 |
| L250 | Other Written Motions | 2.10 | $585.90 |
| | **TOTAL** | **3.70** | **$1,020.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Esposito, Matthew | MJE | Associate | 2.80 | 279.00 | $781.20 |
| Hankins, Suzanne | SMH | Member | 0.60 | 333.00 | $199.80 |
| | **Total** | | **3.70** | | **$1,020.15** |

| | | | FEES | $1,020.15 |
|---|---|---|---|---|
| | | | **TOTAL THIS INVOICE** | **$1,020.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      353231      JBS                                                                July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1501      Kikunaga, Kazumasa and Cora
                      GMAC Matter No.: 2013-05-EM2012

**TOTAL AMOUNT DUE**              $770.40

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353231    JBS                                July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha l. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1501    Kikunaga, Kazumasa and Cora
GMAC Matter No.: 2013-05-EM2012

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RJG | 04/02/13 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | A106 | 0.30 | 274.50 | 82.35 |
| RJG | 04/02/13 | Analysis of Plaintiff's complaint and pending case issues and attention to preliminary case investigation. | L120 | A104 | 0.50 | 274.50 | 137.25 |
| KSM | 04/02/13 | Reviewed complaint. | L250 | A104 | 0.40 | 256.50 | 102.60 |
| CHR | 04/03/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| KSM | 04/03/13 | Prepared letter to opposing counsel regarding notice of bankruptcy and suggestion of the automatic stay. | L250 | A103 | 0.60 | 256.50 | 153.90 |
| KSM | 04/04/13 | Prepared notice of bankruptcy and suggestion of the automatic stay. | L250 | A103 | 0.80 | 256.50 | 205.20 |
| | | **TOTAL** | | | **2.90** | | **$720.45** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 05/13/13 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy and Suggestion of Automatic Stay 04/09/13 | 49.95 |

**TOTAL COSTS & EXPENSES**                    **$49.95**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 353231 | CLIENT | RESCAP/GMAC | | Page | 2 |
| | MATTER | Kikunaga, Kazumasa & Cora | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $219.60 | | |
| L140 | Document/File Management | 0.30 | $39.15 | | |
| L250 | Other Written Motions | 1.80 | $461.70 | | |
| | **TOTAL** | **2.90** | **$720.45** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Miller, Kenneth S. | KSM | Associate | 1.80 | 256.50 | $461.70 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| | **Total** | | **2.90** | | **$720.45** |

| | | | |
|---|---|---|---|
| | FEES | | $720.45 |
| | COSTS & EXPENSES | | $49.95 |
| | **TOTAL THIS INVOICE** | | **$770.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353232    JBS                                            July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1521    Mena, Felix
                  GMAC Matter No.: 2013-05-EQ7114

**TOTAL AMOUNT DUE**              **$666.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353232    JBS                                July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1521    Mena, Felix
                         GMAC Matter No.: 2013-05-EQ7114

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| CHR | 05/13/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| RJG | 05/16/13 | Correspondence with our client regarding notice of bankruptcy and preliminary case investigation issues. | L120 | A106 | 0.20 | 274.50 | 54.90 |
| RJG | 05/16/13 | Analysis of bankruptcy stay and pending case issues and attention to preliminary investigation. | L120 | A104 | 0.30 | 274.50 | 82.35 |
| DL | 05/17/13 | Analyze complaint and court docket, servicing notes and strategy re responding to complaint. | L110 | A104 | 1.10 | 288.00 | 316.80 |
| DL | 05/21/13 | Analyze docket re status of service on defendants. | L110 | A104 | 0.10 | 288.00 | 28.80 |
| DL | 05/23/13 | Analyze status of plaintiff's bankruptcy and title chronology and prepare litigation strategy for client. | L110 | A106 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | | **2.50** | | **$666.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# $\mathbf{S}$everson
# $\mathscr{C}\mathbf{W}$erson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353232 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Mena, Felix | | | | |

| L110 | Fact Investigation/Development | | 1.70 | $489.60 | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | 0.50 | $137.25 | | |
| L140 | Document/File Management | | 0.30 | $39.15 | | |
| | **TOTAL** | | **2.50** | **$666.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Liu, David | DL | Associate | 1.70 | 288.00 | $489.60 |
| Gandy, Robert | RJG | Special Counsel | 0.50 | 274.50 | $137.25 |
| | **Total** | | **2.50** | | **$666.00** |

| | | FEES | $666.00 |
|---|---|---|---|
| | | **TOTAL THIS INVOICE** | **$666.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353233    **JBS**                                    July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1513     Mirahashemi, Seyedali Sharam
                   GMAC Matter No.: 2013-05-EP7749

**TOTAL AMOUNT DUE**          **$522.45**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353233    JBS                                                July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1513    Mirahashemi, Seyedali Sharam
GMAC Matter No.: 2013-05-EP7749

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| SMH | 05/03/13 | Attention to D. Booth email re assignment. | L120 | A104 | 0.10 | 333.00 | 33.30 |
| CHR | 05/03/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.40 | 130.50 | 52.20 |
| SMH | 05/07/13 | Review proposed draft NOB. | L120 | A104 | 0.20 | 333.00 | 66.60 |
| SMH | 05/07/13 | Review new matter and D. Booth email re same. | L110 | A104 | 0.20 | 333.00 | 66.60 |
| KSM | 05/07/13 | Prepared notice of bankruptcy and letter to opposing counsel. | L250 | A103 | 0.20 | 256.50 | 51.30 |
| SMH | 05/08/13 | Attention to D. Booth emails re pre-petition nature of claims vs. date based on complaint. | L110 | A104 | 0.30 | 333.00 | 99.90 |
| KSM | 05/08/13 | Revise notice of bankruptcy and letter to opposing counsel. | L250 | A103 | 0.20 | 256.50 | 51.30 |
| KSM | 05/08/13 | Email correspondence with Don Booth regarding the notice of bankruptcy. | L110 | A106 | 0.20 | 256.50 | 51.30 |
| | | **TOTAL** | | | **1.80** | | **$472.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 05/31/13 | One Legal, Inc.; Transmittal of filing to court; GMAC's Notice of BK and Suggestion of Automatic Stay 05/10/13 | 49.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   353233 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|
| | MATTER | Mirahashemi, Seyedali Sharam | | |

| | TOTAL COSTS & EXPENSES | $49.95 |
|---|---|---|

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.70 | $217.80 |
| L120 | Analysis/Strategy | 0.30 | $99.90 |
| L140 | Document/File Management | 0.40 | $52.20 |
| L250 | Other Written Motions | 0.40 | $102.60 |
| | **TOTAL** | **1.80** | **$472.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.40 | 130.50 | $52.20 |
| Miller, Kenneth S. | KSM | Associate | 0.60 | 256.50 | $153.90 |
| Hankins, Suzanne | SMH | Member | 0.80 | 333.00 | $266.40 |
| | **Total** | | **1.80** | | **$472.50** |

| | FEES | $472.50 |
|---|---|---|
| | COSTS & EXPENSES | $49.95 |
| | **TOTAL THIS INVOICE** | **$522.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353234    JBS                                                    July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064    RESCAP/GMAC
MATTER      1505     Monreal, Juana
                     GMAC Matter No.: 013-05-EN8942

**TOTAL AMOUNT DUE**              **$720.45**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353234    JBS                                    July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1505    Monreal, Juana
                        GMAC Matter No.: 013-05-EN8942

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| RJG | 04/05/13 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | A106 | 0.30 | 274.50 | 82.35 |
| RJG | 04/05/13 | Analysis of complaint and pending case issues and attention to preliminary case investigation. | L120 | A104 | 0.50 | 274.50 | 137.25 |
| KSM | 04/05/13 | Reviewed complaint. | L210 | A104 | 0.70 | 256.50 | 179.55 |
| CHR | 04/08/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| KSM | 04/09/13 | Prepared notice of bankruptcy and suggestion of the automatic stay and letter to opposing counsel regarding notice of bankruptcy. | L250 | A103 | 0.90 | 256.50 | 230.85 |
| KSM | 04/12/13 | Revised notice of bankruptcy and suggestion of the automatic stay. | L250 | A103 | 0.10 | 256.50 | 25.65 |
| KSM | 04/18/13 | Emailed Mr. Booth conformed copy of the notice of bankruptcy. | L101 | A106 | 0.10 | 256.50 | 25.65 |
| | | **TOTAL** | | | **2.90** | | **$720.45** |

### COSTS & EXPENSES

### BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353234 | CLIENT | RESCAP/GMAC | Page | 2 |
| | | MATTER | Monreal, Juana | | |

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L101 | NOT A VALID TASK CODE | 0.10 | $25.65 | | |
| L120 | Analysis/Strategy | 0.80 | $219.60 | | |
| L140 | Document/File Management | 0.30 | $39.15 | | |
| L210 | Pleadings | 0.70 | $179.55 | | |
| L250 | Other Written Motions | 1.00 | $256.50 | | |
| | **TOTAL** | **2.90** | **$720.45** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Miller, Kenneth S. | KSM | Associate | 1.80 | 256.50 | $461.70 |
| Gandy, Robert | RJG | Special Counsel | 0.80 | 274.50 | $219.60 |
| | **Total** | | **2.90** | | **$720.45** |

| | FEES | $720.45 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$720.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353235    JBS                                              July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1528    Murphy, Patrick
                  GMAC Matter No.: 2013-05-EZ8526

**TOTAL AMOUNT DUE**          $449.55

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353235    JBS                                         July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1528    Murphy, Patrick
            GMAC Matter No.: 2013-05-EZ8526

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| SMH | 06/05/13 | Draft NOB and letter to counsel. | L120 | A103 | 0.60 | 333.00 | 199.80 |
| SMH | 06/05/13 | Draft email to D. Booth attaching proposed NOB and letter to counsel. | L120 | A103 | 0.20 | 333.00 | 66.60 |
| SMH | 06/07/13 | Review D. Booth email, finalize and execute NOS and letter to counsel. | L120 | A104 | 0.30 | 333.00 | 99.90 |
| SMH | 06/10/13 | Forward conformed copy of NOB to D. Booth. | L120 | A104 | 0.10 | 333.00 | 33.30 |
| | | **TOTAL** | | | **1.20** | | **$399.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 06/27/13 | One Legal, Inc.; Transmittal of filing to court; Notice of BK 06/10/13 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|--------------------------|-------|--------|
| L120    Analysis/Strategy | 1.20 | $399.60 |
| **TOTAL** | **1.20** | **$399.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Hankins, Suzanne | SMH | Member | 1.20 | 333.00 | $399.60 |
| | **Total** | | **1.20** | | **$399.60** |

| | | |
|---|---|---|
| | FEES | $399.60 |
| | COSTS & EXPENSES | $49.95 |
| | **TOTAL THIS INVOICE** | **$449.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     353236     JBS                                            July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        24064     RESCAP/GMAC
MATTER      0844       Nguyen, Diem T.
                                GMAC Matter No.:  712197

**TOTAL AMOUNT DUE**                    $276.30

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353236    JBS

July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  0844    Nguyen, Diem T.
GMAC Matter No.:  712197

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| KPL | 06/19/13 | Analyze and edit appellate case matrix for attorney analysis. | L120 | A104 | 0.20 | 76.50 | 15.30 |
| MEH | 06/22/13 | Draft bankruptcy status letter for appeals court. | L520 | A103 | 0.50 | 261.00 | 130.50 |
| MEH | 06/22/13 | Draft email to client L. Delehey enclosing draft status letter with comments. | L520 | A106 | 0.20 | 261.00 | 52.20 |
| MEH | 06/24/13 | Finalize bankruptcy status letter. | L510 | A103 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | | **1.20** | | **$276.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $15.30 |
| L510 | Appellate Motions & Submission | 0.30 | $78.30 |
| L520 | Appellate Briefs | 0.70 | $182.70 |
| | **TOTAL** | **1.20** | **$276.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Lee, Kristina | KPL | Legal Assistant | 0.20 | 76.50 | $15.30 |
| Andrews, Elizabeth H. | MEH | Associate | 1.00 | 261.00 | $261.00 |
| | Total | | **1.20** | | **$276.30** |

PRIOR FEES                          $4,471.20
PRIOR COSTS & EXPENSES      $20.98

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353236 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Nguyen, Diem T. | | |

|  | FEES | $276.30 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$276.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     353237     JBS                                                    July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1541 | Phillips, Keith and Rebecca |
| | | GMAC Matter No.:  2013-06-EU9558 |

**TOTAL AMOUNT DUE**          **$368.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353237    JBS                                     July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1541    Phillips, Keith and Rebecca
                        GMAC Matter No.:  2013-06-EU9558

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RJG | 06/24/13 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | A106 | 0.20 | 274.50 | 54.90 |
| RJG | 06/24/13 | Analysis of complaint and pending case issues and attention to preliminary case investigation. | L120 | A104 | 0.30 | 274.50 | 82.35 |
| KSM | 06/26/13 | Prepared notice of bankruptcy and letter to Plaintiff's counsel regarding notice of bankruptcy. | L240 | A103 | 0.90 | 256.50 | 230.85 |
| | | **TOTAL** | | | **1.40** | | **$368.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $137.25 |
| L240 | Dispositive Motions | 0.90 | $230.85 |
| | **TOTAL** | **1.40** | **$368.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Miller, Kenneth S. | KSM | Associate | 0.90 | 256.50 | $230.85 |
| Gandy, Robert | RJG | Special Counsel | 0.50 | 274.50 | $137.25 |
| | **Total** | | **1.40** | | **$368.10** |

|  |  |
|---|---|
| FEES | $368.10 |
| **TOTAL THIS INVOICE** | **$368.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      353238      JBS                                      July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1520      Ruiz, Ramona (II)
                      GMAC Matter No.: 2013-05-EQ8020

**TOTAL AMOUNT DUE**            $219.60

**\*\*\* *REMITTANCE COPY* \*\*\***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353238    JBS                                    July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1520    Ruiz, Ramona (II)
                        GMAC Matter No.: 2013-05-EQ8020

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| SMH | 05/13/13 | Review D. Booth email re new assignment. | L110 | A104 | 0.20 | 333.00 | 66.60 |
| SMH | 05/16/13 | Review D. Booth email re amended notice of ruling and letter to opposing counsel. | L120 | A104 | 0.20 | 333.00 | 66.60 |
| DL | 05/31/13 | Revise notice of bankruptcy stay and letter to plaintiff. | L430 | A103 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | | **0.70** | | **$219.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $66.60 |
| L120 | Analysis/Strategy | 0.20 | $66.60 |
| L430 | Written Motions/Submissions | 0.30 | $86.40 |
| | **TOTAL** | **0.70** | **$219.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.30 | 288.00 | $86.40 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |
| | **Total** | | **0.70** | | **$219.60** |

|  |  |
|---|---|
| FEES | $219.60 |
| **TOTAL THIS INVOICE** | **$219.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353239    JBS                                                July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1074    Smith, Tia
                  GMAC Matter No.: 719188

**TOTAL AMOUNT DUE**          $844.20

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353239    JBS                                    July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1074    Smith, Tia
GMAC Matter No.: 719188

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 06/04/13 | Analyze docket for amended complaint. | L110 | A110 | 0.10 | 288.00 | 28.80 |
| DL | 06/05/13 | Analyze docket for filing of amended complaint. | L110 | A110 | 0.10 | 288.00 | 28.80 |
| DL | 06/17/13 | Analyze 100 page third amended complaint. | L210 | A103 | 0.80 | 288.00 | 230.40 |
| SMH | 06/20/13 | Review D. Booth email re third amended complaint as potential violation of stay. | L210 | A104 | 0.20 | 333.00 | 66.60 |
| DL | 06/20/13 | Prepare analysis and litigation strategy for client re responding to 17 claims alleged in amended complaint. | L110 | A106 | 1.20 | 288.00 | 345.60 |
| DL | 06/24/13 | Analyze correspondence from client re preparing letter re bankruptcy based on amended complaint. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| DL | 06/26/13 | Work on revisions to letter re bankruptcy and exchange correspondence with client re same. | L110 | A106 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | | **2.90** | | **$844.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 1.90 | $547.20 |
| L210 | Pleadings | 1.00 | $297.00 |
| | **TOTAL** | **2.90** | **$844.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353239 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Smith, Tia | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 2.70 | 288.00 | $777.60 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | **Total** | | **2.90** | | **$844.20** |

PRIOR FEES                       $503.10

PRIOR COSTS & EXPENSES     $127.95

|  | FEES | $844.20 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$844.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      353240      JBS                                           July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1529       Tepeque, Marcelino
                       GMAC Matter No.: 2013-06-ED4061

**TOTAL AMOUNT DUE**            **$423.00**

## *** *REMITTANCE COPY* ***

*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353240    JBS                                         July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1529    Tepeque, Marcelino
GMAC Matter No.: 2013-06-ED4061

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RJG | 06/03/13 | Correspondence with our client regarding preliminary case investigation and notice of bankruptcy issues. | L120 | A106 | 0.30 | 274.50 | 82.35 |
| RJG | 06/03/13 | Analysis of case status and pending case issues and attention to preliminary case investigation. | L120 | A104 | 0.40 | 274.50 | 109.80 |
| KSM | 06/03/13 | Prepared notice of bankruptcy and letter to opposing counsel regarding notice of bankruptcy. | L240 | A103 | 0.80 | 256.50 | 205.20 |
| KSM | 06/04/13 | Revised and finalized notice of bankruptcy and letter to opposing counsel regarding notice of bankruptcy. | L240 | A103 | 0.10 | 256.50 | 25.65 |
| | | **TOTAL** | | | **1.60** | | **$423.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $192.15 |
| L240 | Dispositive Motions | 0.90 | $230.85 |
| | **TOTAL** | **1.60** | **$423.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Miller, Kenneth S. | KSM | Associate | 0.90 | 256.50 | $230.85 |
| Gandy, Robert | RJG | Special Counsel | 0.70 | 274.50 | $192.15 |
| | **Total** | | **1.60** | | **$423.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353240 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Tepeque, Marcelino | | |

|  | FEES | $423.00 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$423.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353241    JBS                                          July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1391 | Winick, Daniel S. & Claire |
| | | C/M# 733788 |

**TOTAL AMOUNT DUE**          **$518.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353241    JBS

July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1391    Winick, Daniel S. & Claire
C/M# 733788

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 06/04/13 | Prepare telephone call to plaintiff re settlement. | L160 | A106 | 0.10 | 288.00 | 28.80 |
| DL | 06/06/13 | Exchange correspondence with plaintiff and client re settlement of action. | L160 | A106 | 0.30 | 288.00 | 86.40 |
| DL | 06/06/13 | Prepare interrogatories to plaintiffs and deposition notices with document requests. | L310 | A103 | 1.20 | 288.00 | 345.60 |
| DL | 06/06/13 | Prepare correspondence to Winick re meet and confer re defendants' discovery responses. | L110 | A107 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | | **1.80** | | **$518.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $57.60 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $115.20 |
| L310 | Written Discovery | 1.20 | $345.60 |
| | **TOTAL** | **1.80** | **$518.40** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 1.80 | 288.00 | $518.40 |
| | **Total** | | **1.80** | | **$518.40** |

PRIOR FEES                          $3,081.60
PRIOR COSTS & EXPENSES              $7.50

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353241 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Winick, Daniel S. & Claire | | |

|  |  |
|---|---|
| FEES | $518.40 |
| **TOTAL THIS INVOICE** | **$518.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353255    JBS                                              July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064    RESCAP/GMAC
MATTER      1507     Patterson, Trina
                     GMAC Matter No.: 2013-05-EM7877

**TOTAL AMOUNT DUE**          **$5,781.48**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     353255      JBS                                July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  1507      Patterson, Trina
                          GMAC Matter No.: 2013-05-EM7877

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| SMH | 04/15/13 | Review and evaluate new complaint, draft email to D. Booth re assignment. | L110 | A104 | 0.50 | 333.00 | 166.50 |
| MJE | 04/15/13 | Receipt and review of new action and evaluate handling | L210 | A104 | 0.40 | 279.00 | 111.60 |
| KKB | 04/29/13 | Research court dockets for 3 previous cases | L110 | A103 | 2.00 | 148.50 | 297.00 |
| MJE | 04/29/13 | Research into issues involving who we will represent, companion case, check docket and discuss situation with S. Hankins | L110 | A102 | 0.80 | 279.00 | 223.20 |
| MJE | 04/29/13 | Exchange of emails with Plaintiff's counsel re response and Complaint | L190 | A108 | 0.30 | 279.00 | 83.70 |
| KKB | 04/30/13 | Further research for UD and additional title docs | L110 | A103 | 1.50 | 148.50 | 222.75 |
| MJE | 04/30/13 | Review of extensive docket of several cases filed by this Plaintiff including two other mortgage cases, review of dismissals, complaints and responses | L110 | A104 | 2.00 | 279.00 | 558.00 |
| MJE | 05/01/13 | Investigation into Plaintiff, her previous filings and Plaintiff's counsel | L110 | A104 | 0.60 | 279.00 | 167.40 |
| MJE | 05/02/13 | Discussion with Jennifer Best regarding whether accompanying case existed for Ocwen | L110 | A108 | 0.30 | 279.00 | 83.70 |
| MJE | 05/03/13 | Further investigation into who is handling defense of other parties and what entities are involved | L110 | A104 | 0.30 | 279.00 | 83.70 |
| MJE | 05/03/13 | Review Complaint and all causes of action alleged against Homecomings in preparation for drafting BK/Stay documents | L190 | A104 | 0.50 | 279.00 | 139.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353255 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
| | | MATTER | Patterson, Trina | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MJE | 05/03/13 | Draft of Notice of BK and Stay, draft of accompanying letter to Plaintiff's counsel and email with Don Booth re same. | L250 | A103 | 2.00 | 279.00 | 558.00 |
| MJE | 05/09/13 | Draft of email to Plaintiff's counsel inquiring re dismissal, review of docket for other counsel involved | L190 | A103 | 0.50 | 279.00 | 139.50 |
| MJE | 05/10/13 | Draft and revision of Memorandum of Points and Authorties in support of motion to dismiss Complaint | L240 | A103 | 2.70 | 279.00 | 753.30 |
| MJE | 05/13/13 | Draft and revision of Order on Motion to Dismiss | L240 | A103 | 0.30 | 279.00 | 83.70 |
| MJE | 05/14/13 | Initial draft of Motion to Dismiss Complaint | L240 | A103 | 3.40 | 279.00 | 948.60 |
| MJE | 05/15/13 | Draft of emails to Plaintiff's counsel in attempt to meet and confer re Motion to Dismiss | L240 | A108 | 0.40 | 279.00 | 111.60 |
| MJE | 05/15/13 | Draft and revision of Request for Judicial Notice in support of Motion to Dismiss and accompanying exhibits | L240 | A103 | 1.10 | 279.00 | 306.90 |
| MJE | 05/15/13 | Draft and revision to Motion to Dismiss Complaint | L240 | A103 | 1.30 | 279.00 | 362.70 |
| MJE | 05/24/13 | Draft and revision of Certificate of Interested Parties | L250 | A103 | 0.70 | 279.00 | 195.30 |
| LJT | 06/06/13 | Ascertain status of foreclosure sale, e-mail re same. | L110 | A102 | 0.10 | 130.50 | 13.05 |
| MJE | 06/12/13 | Receipt and review of order re Motion to Dismiss and organize date for Plaintiff's Amended Complaint | L240 | A101 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | | **22.10** | | **$5,721.30** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 05/14/13 | Cardmember Service /Chase (Acct 7297); Data Search; CA, San Bernardino Specific Document 2011.123968 04/30/13 (24064.1057) | 25.25 |
| 05/14/13 | Cardmember Service /Chase (Acct 7297); Data Search; 13066 Norcia Dr, Rancho Cucamonga, CA, 91739, San Bernardino 04/29/13 | 34.93 |
| | **TOTAL COSTS & EXPENSES** | **$60.18** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | Page | 3 |
|---|---|---|---|---|---|---|
| Invoice No. 353255 | CLIENT | RESCAP/GMAC | | | | |
| | MATTER | Patterson, Trina | | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 8.10 | $1,815.30 |
| L190 | Other Case Assessment | 1.30 | $362.70 |
| L210 | Pleadings | 0.40 | $111.60 |
| L240 | Dispositive Motions | 9.60 | $2,678.40 |
| L250 | Other Written Motions | 2.70 | $753.30 |
| | **TOTAL** | **22.10** | **$5,721.30** |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Brown, Kimberly | KKB | Paralegal | | 3.50 | 148.50 | $519.75 |
| Tarwater, Linda | LJT | Paralegal | | 0.10 | 130.50 | $13.05 |
| Esposito, Matthew | MJE | Associate | | 18.00 | 279.00 | $5,022.00 |
| Hankins, Suzanne | SMH | Member | | 0.50 | 333.00 | $166.50 |
| | **Total** | | | **22.10** | | **$5,721.30** |

| | | |
|---|---|---|
| FEES | | $5,721.30 |
| COSTS & EXPENSES | | $60.18 |
| **TOTAL THIS INVOICE** | | **$5,781.48** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement