# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354604    JBS                                            August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064    RESCAP/GMAC
MATTER      0070    Awadalla, Evette v. Magdalena Garcia
                    GMAC Matter No.: 692925

**TOTAL AMOUNT DUE**            $257.85

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354604    JBS                                          August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0070    Awadalla, Evette v. Magdalena Garcia
                        GMAC Matter No.: 692925

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| MEH | 07/08/13 | Strategize re upcoming deadline to file bankruptcy status letter. | L510 | A101 | 0.20 | 261.00 | 52.20 |
| MEH | 07/16/13 | Draft quarterly bankruptcy status update for appellate court. | L510 | A103 | 0.50 | 261.00 | 130.50 |
| MEH | 07/16/13 | Draft email to client C. Dicicco enclosing bankruptcy status update letter with comments. | L510 | A106 | 0.20 | 261.00 | 52.20 |
| KPL | 07/21/13 | Review and edit appellate case matrix for next bankruptcy status update | L120 | A104 | 0.30 | 76.50 | 22.95 |
| | | **TOTAL** | | | **1.20** | | **$257.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|--|-------|--------|--|--|--|
| L120 | Analysis/Strategy | 0.30 | $22.95 | | | |
| L510 | Appellate Motions & Submission | 0.90 | $234.90 | | | |
| | **TOTAL** | **1.20** | **$257.85** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Lee, Kristina | KPL | Paralegal | 0.30 | 76.50 | $22.95 |
| Andrews, Elizabeth H. | MEH | Associate | 0.90 | 261.00 | $234.90 |
| | **Total** | | **1.20** | | **$257.85** |

PRIOR FEES                          $609.75

|  | FEES | $257.85 |
|--|------|---------|
|  | **TOTAL THIS INVOICE** | **$257.85** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        354605        JBS                                                August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        24064        RESCAP/GMAC
MATTER        0286        Kamell, Rafik Y. v. GMAC Mortgage
                          GMAC Matter No.: 697325

**TOTAL AMOUNT DUE**                    **$941.70**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    354605    JBS | | August 7, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0286    Kamell, Rafik Y. v. GMAC Mortgage
GMAC Matter No.: 697325

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 07/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| JD | 07/15/13 | Prepare for and attend bankruptcy status conference. | L230 | A109 | 3.80 | 238.50 | 906.30 |
| | | **TOTAL** | | | **3.90** | | **$934.20** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/30/13 | Cardmember /Bank One (Acct 5773); Court and Filing Fees; Co Superior Court WE CA 06/27/13 (Mary Cronin Card#3188) | 7.50 |
| | **TOTAL COSTS & EXPENSES** | **$7.50** |

### BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.10 | $27.90 |
| L230    Court Mandated Conferences | 3.80 | $906.30 |
| TOTAL | 3.90 | $934.20 |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Dykstra, Jonathan | JD | Associate | 3.80 | 238.50 | $906.30 |
| | Total | | 3.90 | | $934.20 |

| | |
|---|---|
| FEES | $934.20 |
| COSTS & EXPENSES | $7.50 |
| **TOTAL THIS INVOICE** | **$941.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354606    JBS                                    August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0325    Passaretti, Jr. (II), Albert v. ETS Services, et al.
GMAC Matter No.: 694566

**TOTAL AMOUNT DUE**            **$269.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     354606     JBS                                    August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 0325     Passaretti, Jr. (II), Albert v. ETS Services, et al.
                          GMAC Matter No.: 694566

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 06/07/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| MKS | 06/27/13 | Attention to retrieval of pertinent pleadings and documents to assist bankruptcy counsel in the evaluation of proof of claim. | L120 | A104 | 0.50 | 270.00 | 135.00 |
| ERB | 07/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| MEH | 07/05/13 | Draft status update/case summary with relevant documents for client's use in proof of claim analysis. | L120 | A106 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | | **1.00** | | **$269.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.00 | $269.10 |
| | **TOTAL** | **1.00** | **$269.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Andrews, Elizabeth H. | MEH | Associate | 0.30 | 261.00 | $78.30 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| | **Total** | | **1.00** | | **$269.10** |

PRIOR FEES                    $495.90

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354606 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Passaretti, Jr. (II), Albert | | |

| | |
|---|---|
| FEES | $269.10 |
| **TOTAL THIS INVOICE** | **$269.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     354607     JBS                                    August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     0572     Laughlin, Charles v. Homecomings Financial, LLC
                    GMAC Matter No.: 702852

**TOTAL AMOUNT DUE**               **$569.40**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354607    JBS                                                    August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0572    Laughlin, Charles v. Homecomings Financial, LLC
                        GMAC Matter No.: 702852

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|-|-|-------|------|--------|
| ERB | 06/11/13 | Attention to upcoming CMC and Bankruptcy review hearing. | L120 | A101 | 0.20 | 279.00 | 55.80 |
| AAG | 06/11/13 | Communicate with client regarding status of GMAC's bankruptcy and upcoming CMC. | L230 | A106 | 0.40 | 238.50 | 95.40 |
| AAG | 06/14/13 | Prepare for and participate in case management conference. | L230 | A101 | 1.10 | 238.50 | 262.35 |
| ERB | 07/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | | **1.80** | | **$441.45** |

## COSTS & EXPENSES

| | | |
|-|-|-|
| 06/18/13 | CourtCall, LLC; CourtCall - Conference Service;  06/14/13 | 78.00 |
| 06/28/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 06/13/13 | 49.95 |

**TOTAL COSTS & EXPENSES**                    **$127.95**

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 0.30 | $83.70 |
| L230    Court Mandated Conferences | 1.50 | $357.75 |
| **TOTAL** | **1.80** | **$441.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|-|----------|-------|------|-------|
| Givental, Alisa | AAG | Associate | 1.50 | 238.50 | $357.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354607 | CLIENT<br>MATTER | RESCAP/GMAC<br>Laughlin, Charles | | | Page | 2 |
|---|---|---|---|---|---|---|---|

| Buell, Edward | | ERB | Associate | 0.30 | 279.00 | $83.70 |
|---|---|---|---|---|---|---|
| | | **Total** | | **1.80** | | **$441.45** |

| | | |
|---|---|---|
| FEES | | $441.45 |
| COSTS & EXPENSES | | $127.95 |
| **TOTAL THIS INVOICE** | | **$569.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354608    JBS                                    August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0588    Inoue, Hitoshi and Wakana
                  GMAC Matter No.: 703325
                  Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE**          **$13,138.05**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    354608    JBS | | August 7, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0588    Inoue, Hitoshi and Wakana
GMAC Matter No.: 703325
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 07/08/13 | Study and review deposition notices for corporate witnesses and demands to produce documents at deposition. | L330 | A104 | 0.50 | 270.00 | 135.00 |
| RSS | 07/08/13 | Confer with plaintiff's counsel regarding deposition scheduling. | L330 | A108 | 0.20 | 288.00 | 57.60 |
| RSS | 07/09/13 | Review and analyze case materials to prepare for depositions of K. Lucas and M. Ravelo. | L330 | A104 | 0.90 | 288.00 | 259.20 |
| MKS | 07/10/13 | Attention to documents to be produced at Ravelo deposition. | L320 | A104 | 0.30 | 270.00 | 81.00 |
| SXT | 07/10/13 | Prepare client documents for production | L140 | A104 | 0.80 | 103.50 | 82.80 |
| RSS | 07/10/13 | Conduct deposition preparation call with M. Ravelo. | L330 | A108 | 0.90 | 288.00 | 259.20 |
| RSS | 07/10/13 | Review and analyze case materials and update witness outline in preparation for deposition of M. Ravelo. | L330 | A104 | 1.30 | 288.00 | 374.40 |
| RSS | 07/10/13 | Review and respond to case correspondence regarding depositions. | L330 | A104 | 0.30 | 288.00 | 86.40 |
| RSS | 07/11/13 | Review and respond to case correspondence regarding depositions. | L330 | A104 | 0.20 | 288.00 | 57.60 |
| MKS | 07/16/13 | Attention to preparation for deposition of Myron Ravelo and production of documents at same. | L330 | A101 | 0.40 | 270.00 | 108.00 |
| RSS | 07/16/13 | Conduct further deposition preparation of M. Ravelo. | L330 | A108 | 0.60 | 288.00 | 172.80 |
| RSS | 07/16/13 | Review and analyze case materials for defense of depositions. | L330 | A104 | 0.80 | 288.00 | 230.40 |
| SXT | 07/17/13 | Review and analyze additional case documents for inclusion in GMAC | L140 | A104 | 1.80 | 103.50 | 186.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354608 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | production index | | | | | |
| RSS | 07/17/13 | Review and analyze case materials and update witness outline for deposition preparation and defense. | L330 | A104 | 0.80 | 288.00 | 230.40 |
| SXT | 07/18/13 | Begin index of client documents | L140 | A103 | 3.50 | 103.50 | 362.25 |
| SXT | 07/18/13 | Prepare documents for production | L140 | A104 | 0.80 | 103.50 | 82.80 |
| RSS | 07/18/13 | Appear for and defend deposition of M. Ravelo. | L330 | A109 | 5.50 | 288.00 | 1,584.00 |
| MKS | 07/19/13 | Attention to prep for Kyle Lucas deposition and production of documents at same. | L330 | A104 | 0.50 | 270.00 | 135.00 |
| RSS | 07/19/13 | Conduct deposition preparation call with K. Lucas. | L330 | A108 | 0.70 | 288.00 | 201.60 |
| RSS | 07/19/13 | Review and produce additional documents in advance of deposition of K. Lucas. | L330 | A109 | 1.80 | 288.00 | 518.40 |
| RSS | 07/22/13 | Conduct deposition preparation of K. Lucas. | L330 | A109 | 6.80 | 288.00 | 1,958.40 |
| RSS | 07/23/13 | Defend deposition of K. Lucas. | L330 | A109 | 8.60 | 288.00 | 2,476.80 |
| MKS | 07/24/13 | Attention to response to plaintiffs demands for additional discovery following deposition testimony and strategy regarding same. | L320 | A104 | 0.20 | 270.00 | 54.00 |
| RSS | 07/24/13 | Draft and revise letter regarding plaintiff's threatened motion to compel. | L330 | A103 | 1.10 | 288.00 | 316.80 |
| SXT | 07/25/13 | Obtain updated docket report from Sonoma County Superior Court as requested by attorney | L140 | A110 | 0.20 | 103.50 | 20.70 |
| RSS | 07/25/13 | Review and analyze case materials to oppose threatened motion to compel additional discovery. | L310 | A104 | 0.90 | 288.00 | 259.20 |
| | | **TOTAL** | | | **40.40** | | **$10,291.05** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/17/13 | PGI- Premiere Global Services; CourtCall - Conference Service; 5/21/13 | 9.45 |
| 07/17/13 | PGI- Premiere Global Services; CourtCall - Conference Service; 5/21/13 | 24.17 |
| 07/17/13 | PGI- Premiere Global Services; CourtCall - Conference Service; 5/23/13 | 24.18 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  354608 | CLIENT    RESCAP/GMAC | | Page    3 |
| | MATTER    Inoue, Hitoshi & Wakana | | |

| | | | |
|---|---|---|---|
| 07/17/13 | PGI- Premiere Global Services; CourtCall - Conference Service; 5/24/13 | | 26.07 |
| 07/17/13 | PGI- Premiere Global Services; CourtCall - Conference Service; 5/24/13 | | 0.84 |
| 07/17/13 | PGI- Premiere Global Services; CourtCall - Conference Service; 6/3/13 | | 44.54 |
| 07/17/13 | PGI- Premiere Global Services; CourtCall - Conference Service; 6/3/13 | | 4.65 |
| 07/17/13 | PGI- Premiere Global Services; CourtCall - Conference Service; 6/6/13 | | 18.28 |
| 07/30/13 | Rebecca S. Saelao; Travel and Expenses to; Attend Deposition of Myron Ravelo, Burbank 7/17/13 - 7/18/13 | | 860.69 |
| 07/30/13 | Rebecca S. Saelao; Travel and Expenses to; Deposition of Kyle Lucas, Dallas 7/21/13 - 7/23/13 | | 1,834.13 |
| | **TOTAL COSTS & EXPENSES** | **$2,847.00** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L140 | Document/File Management | 7.10 | $734.85 |
| L310 | Written Discovery | 0.90 | $259.20 |
| L320 | Document Production | 0.50 | $135.00 |
| L330 | Depositions | 31.90 | $9,162.00 |
| | **TOTAL** | **40.40** | **$10,291.05** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 1.90 | 270.00 | $513.00 |
| Saelao, Rebecca | RSS | Special Counsel | 31.40 | 288.00 | $9,043.20 |
| Tilton, Seana | SXT | Paralegal | 7.10 | 103.50 | $734.85 |
| | | **Total** | **40.40** | | **$10,291.05** |

| PRIOR FEES | $106,037.10 |
|---|---|
| PRIOR COSTS & EXPENSES | $5,100.94 |

| FEES | $10,291.05 |
|---|---|
| COSTS & EXPENSES | $2,847.00 |
| **TOTAL THIS INVOICE** | **$13,138.05** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# EXPENSE REPORT FORM

## For Travel Expenses

**Instructions:** Please complete form and forward to Accounting for payment. Attach all appropriate receipts, including those for meals and entertainment. All expenses over $25.00 must have receipts attached. (Note: All business promotion exceeding $1,000.00 must be approved in advance.)

| Attorney Name: | Rebecca S. Saelao | Attorney No:. | 9339 |
|---|---|---|---|
| Client/Matter Name: | GMAC/Inoue | Client/Matter No.: | 24064.0588 |

| Date of Departure | Date of Return | Total Days Away | No. days away due to business |
|---|---|---|---|
| 7/17/13 | 7/18/13 | 1 | 1 |

| Destination of trip: | From: | Oakland | To: | Burbank |
|---|---|---|---|---|

**Purpose of Trip:** (i.e., list company & persons re Bus. Promotion; name of education seminar; state purpose of trip re client charge) Note - this is an unlimited expanding field, it will word wrap as you type.

Attend Deposition of Myron Ravelo

**\*Type of Expense:**   \*Select one item from drop down list:   Client Expense-charge client

| Itemization: | Sun. | Mon. | Tues. | Wed. | Thur. | Fri. | Sat. | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Transportation** | | | | | | | | |
| Airfare | 0 | 0 | 0 | 321.80 | 0 | 0 | 0 | $ 321.80 |
| Mileage – 56.5¢/mi | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Auto Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Taxicab | 0 | 0 | 0 | 31.65 | 15.00 | 0 | 0 | $ 46.65 |
| Parking & Tolls | 0 | 0 | 0 | 6.85 | 6.55 | 0 | 0 | $ 13.40 |
| **Lodging** | | | | | | | | |
| Hotel | 0 | 0 | 0 | 0 | 402.11 | 0 | 0 | $ 402.11 |
| Non-Food Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Local Phone Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Long Dist. Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Misc. Tips | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **Meals\*\* (incl. Tips)** | | | | | | | | |
| Breakfast | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Lunch | 0 | 0 | 0 | 17.96 | 20.00 | 0 | 0 | $ 37.96 |
| Dinner | 0 | 0 | 0 | 38.77 | 0 | 0 | 0 | $ 38.77 |
| **Other** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **TOTALS** | $ 0.00 | $ 0.00 | $ 0.00 | $ 417.03 | $ 443.66 | $ 0.00 | $ 0.00 | $860.69 |

**\*\* Please furnish details regarding meals on Page 2.**

| | Total expense paid by employee: | 860.69 |
|---|---|---|

I certify that the above expenses were incurred by me for authorized firm business.

| Signature: | | Date: | |
|---|---|---|---|
| Supervisor Approval: | | Date: | |

Expense Report Form (pg. 1)                                                                 5/30/2012

*7/17 to 7/18  Travel*



Southwest Airlines <SouthwestAirlines@luv.southwest.com>
Tuesday, July 09, 2013 1:54 PM
Rebecca S. Saelao
Southwest Airlines Confirmation-SAELAO/REBECCA SNAVELY-Confirmation: ANMLBG

*Depo 8
Myron Ravelo*

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |

## Ready for takeoff!



Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 07/17/13 - Burbank


Save up to 35% plus earn up to 2,400 Rapid Rewards® points.
BOOK NOW
AVIS

### ✈ AIR Itinerary

## AIR Confirmation: ANMLBG

Confirmation Date: 07/9/2013

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| SAELAO/REBECCA SNAVELY | 91184520 | 5262143021812 | Jul 9, 2014 | 1800 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.


EARLYBIRD CHECK-IN
Let us take care of Check-In for you
ONLY $12.50 ONE-WAY
Get It Now

| Date | Flight | Departure/Arrival |
|---|---|---|
| Wed Jul 17 | 1026 | Depart **OAKLAND CA** (OAK) on Southwest Airlines at 5:55 PM Arrive in **BURBANK CA** (BUR) at 7:00 PM Travel Time 1 hrs 5 mins Wanna Get Away |
| Thu Jul 18 | 3410 | Depart **BURBANK CA** (BUR) on Southwest Airlines at 3:55 PM Arrive in **OAKLAND CA** (OAK) at 5:05 PM Travel Time 1 hrs 10 mins Wanna Get Away |


Find a Hotel
See ratings, photos and rates for over 40,000 hotels.
Book a Hotel ➡

**What you need to know to travel:**

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.



Air Cost: 321.80



Residence Inn by Marriott          321 S First St                    T 818.260.8787
Burbank Downtown                   Burbank Ca 91502

| | |
|---|---|
| Rebecca/Ms Saelao | Room: 447 |
| 20 Belle Ct | Room Type: TOBT |
| Pleasant Hill CA 94523-4652 | Number of Guests: 1 |
| Leisure | Rate: $359.00          Clerk: JEG |

| Arrive: 17Jul13 | Time: 09:22PM | Depart: 18Jul13 | Time: 08:23AM | Folio Number: 52488 |
|---|---|---|---|---|

| Date | Description | Charges | Credits |
|---|---|---|---|
| 17Jul13 | Rm Chg PENT T1 Transient | 359.00 | |
| 17Jul13 | Occupancy Sales Tax | 35.90 | |
| 17Jul13 | City Tourism Assessment | 3.59 | |
| 17Jul13 | Calif/Local Tourism Fee | 0.12 | |
| 17Jul13 | Bottled Water | 3.50 | |
| 18Jul13 | American Express | | 402.11 |
| 18Jul13 | Card #: AXXXXXXXXXXXXX1001/XXXX | | |
| | Amount:  402.11  Auth: 553171  Signature on File | | |
| | This card was electronically swiped on 17Jul13 | | |

Balance:          0.00

**Rewards Account # XXXXX0157.**  Your Rewards points/miles earned on your eligible earnings will be credited to your account.
Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences.  Or, ask the Front Desk to email your bill for this stay.
See "Internet Privacy Statement" on Marriott.com.

To plan your next stay, visit residenceinn.com



Bart to line = $13.70
Airport 7/17
(Embarcadero
to
Oak Colisium   $3.85)
plus   +$3.00
(airBart)
Bart from Airport  +$3.55
Oak/Colisum to Court Hse  +$3.00

```
TIME: 21:21
VEHICLE:8710
BADGE#: 8847
---------------
JOB ID: 0
METER: 960

PICKUP: 718
DROPOFF: 718

FARE: 11.65
TIP: 5.00
TOTAL: 16.65
PAID:   16.65
AMEX
************1001
**/**
AUTHORIZATION:
515089
SWIPE

CUSTOMER'S COPY
```

# BLACK ANGUS
## STEAKHOUSE
### Burbank
Restaurant #1078
General Manager - Lazaro Barajas
Chef - Jose Armas
(818) 848 - 8880

```
Date:       Jul17'13 09:52PM
Card Type:  M/C
Acct #:     XXXXXXXXXXXX5514
Trans Key:  AFE009622988674
Exp Date:   XX/XX
Auth Code:  685379
Check:      9083
Check ID:   REBECCA
Server:     6050 Togo Sal

Subtotal:      33.77

Tip: _____5.00

Total: _____38.77
```

I agree to pay above total
according to my card issuer
agreement.

**\*Guest Copy\***

---

## CAB FARE RECEIPT

AMOUNT __$15__    DATE __7/17__

FROM __1st Hotel (Overbooked)__

TO __Second Hotel across town__

CAB No. _____  DRIVER _____

---

## CAB FARE RECEIPT

AMOUNT __$15__    DATE __7/18__

FROM __Hotel__

TO __Meet w/ witness__

CAB No. _____  DRIVER _____

```
*****************************************
CHECK # 25067          DATE 7/17/13
NAME 15                TIME 5:09PM
=========================================

   --    LOUNGE : ASSOCIATE    --

   ITEMS ORDERED           AMOUNT

   1 REG SALAD              11.00
   1 SPARKLING               3.00

*****************************************

   SUBTOTAL        14.00
        TAX         0.96
-----------------------------------------
   TOTAL DUE       14.96
-----------------------------------------

   MASTCH          14.96

      GRATUITY NOT INCLUDED
      SERVICE N'EST PAS COMPRIS
      BEDIENUNG NICHT ERHALTEN

         www.vinovolo.com
```

```
*****************************************
DATE 7/17/13            TIME 5:09:22PM
MID 345061401880

         Vino Volo Oakland
          #1 Airport Drive
           OAKLAND, CA
             94621
           510-562-8466
           Thank you!
   Visit us online at www.vinovolo.com

   MASTCH XXXXXXXXXXXX5514      S
   AUTH 623412    15      CHECK    25067
   PRE-AUTH        LOUNGE    ASSOCIATE

   Transaction Key: CIC008426009356

   AMOUNT                   14.00
   TAX                       0.96
              --------------------
   SUBTOTAL $        14.96

     TIP $.....3.00

   TOTAL $.......17.95
              ==========

   CUSTOMER COPY
*****************************************
```

Also:
Lunch
Burbank airport
$20.00

7/18/203
(lost receipt)

# EXPENSE REPORT FORM

## For Travel Expenses

**ⁱuctions:** Please complete form and forward to Accounting for payment. Attach all appropriate receipts,
ⁱding those for meals and entertainment. All expenses over $25.00 must have receipts attached. (Note:
business promotion exceeding $1,000.00 must be approved in advance.)

| Attorney Name: | Rebecca S. Saelao | | Attorney No.: | 9339 |
|---|---|---|---|---|
| Client/Matter Name: | GMAC/Inoue | | Client/Matter No.: | 24064.0588 |

| Date of Departure | Date of Return | Total Days Away | No. days away due to business |
|---|---|---|---|
| 7/21/2013 | 7/23/2013 | 3 | 3 |

| Destination of trip: | From: | Oakland | To: | Dallas |
|---|---|---|---|---|

**Purpose of Trip: (i.e., list company & persons re Bus. Promotion; name of education seminar; state
purpose of trip re client charge)** Note - this is an unlimited expanding field, it will word wrap as you type.

Deposition of Kyle Lucas

| *Type of Expense: | *Select one item from drop down list: | | | Client Expense-charge client | | | |
|---|---|---|---|---|---|---|---|
| Itemization: | Sun. | Mon. | Tues. | Wed. | Thur. | Fri. | Sat. | TOTAL |
| **Transportation** | | | | | | | | |
| Airfare | 552.60 | 0 | 314.50 | 0 | 0 | 0 | 0 | $ 867.10 |
| Mileage – 56.5¢/mi | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Auto Rental | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Taxicab | 26.00 | 176.00 | 100.00 | 0 | 0 | 0 | 0 | $ 302.00 |
| Parking & Tolls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **Lodging** | 214.55 | 214.55 | | | | | | 429.10 |
| Hotel | ~~224.45~~ | ~~224.45~~ | 0 | 0 | 0 | 0 | 0 | $ ~~448.90~~ |
| Non-Food Items | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Local Phone Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Long Dist. Calls | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| Misc. Tips | 3.00 | 5.00 | 8.00 | 0 | 0 | 0 | 0 | $ 16.00 |
| **Meals** (incl. Tips) | | | | | | | | |
| Breakfast | 0 | 27.33 | 4.75 | 0 | 0 | 0 | 0 | $ 32.08 |
| Lunch | 26.64 | 23.76 | 17.32 | 0 | 0 | 0 | 0 | $ 67.72 |
| Dinner | 42.30 | 43.46 | ~~42.96~~ 34.30 | | 0 | 0 | 0 | 120.12 $ ~~128.78~~ |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $ 0.00 |
| **TOTALS** | $ ~~875.05~~ | $ 500.00 | $ ~~487.50~~ | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $~~1862.58~~ |

**\*\* Please furnish details regarding meals on Page 2.** 478.88

865.15  490.10                    Total expense paid by employee: 1834.13  $~~1862.58~~

**I certify that the above expenses were incurred by me for authorized firm business.**

| Signature: | _[signature]_ | | Date: | 7/25/13 |
|---|---|---|---|---|
| Supervisor Approval: | | | Date: | |

Expense Report Form (pg. 1)

5/30/2012

S. Saelao

| | |
|---|---|
| From: | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| Sent: | Tuesday, July 09, 2013 2:09 PM |
| To: | Rebecca S. Saelao |
| Subject: | Southwest Airlines Confirmation-SAELAO/REBECCA SNAVELY-Confirmation: AQ6L98 |

You're all set for your trip!



My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |
|---|---|---|---|---|---|

## Ready for takeoff!

 Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!

Upcoming Trip: 07/21/13 - Dallas

 AIR Itinerary

## AIR Confirmation: AQ6L98                Confirmation Date: 07/9/2013

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| SAELAO/REBECCA SNAVELY | 91184520 | 5262143026754 | Jul 9, 2014 | 2898 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Sun Jul 21 | 3404 | Depart **OAKLAND CA** (OAK) on Southwest Airlines at **2:40 PM** <br> *Stops: ALBUQUERQUE NM (ABQ)* <br> Arrive in **DALLAS LOVE FIELD** (DAL) at **9:10 PM** <br> Travel Time 4 hrs 30 mins <br> Wanna Get Away |
| Tue Jul 23 | 2595 | Depart **DALLAS LOVE FIELD** (DAL) on Southwest Airlines at **3:30 PM** <br> Arrive in **AUSTIN TX** (AUS) at 4:20 PM <br> Wanna Get Away |
| | 628 | Change planes to Southwest Airlines in AUSTIN TX (AUS) at 5:25 PM <br> Arrive in **OAKLAND CA** (OAK) at **7:10 PM** <br> Travel Time 5 hrs 40 mins <br> Wanna Get Away |

$519.60

### What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or







. Saelao

| | |
|---|---|
| | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| | Tuesday, July 09, 2013 2:04 PM |
| To: | Rebecca S. Saelao |
| Subject: | Southwest Airlines EarlyBird Confirmation - AQ6L98 |

My Account | View My Itinerary Online



**SOUTHWEST**

| Check Flight Status | Special Offers | Hotel Deals | Car Deals | EarlyBird FAQs |
|---|---|---|---|---|

## Ready for takeoff!


Thanks for purchasing EarlyBird Check-In for your Dallas trip! Conveniently print your boarding pass with your pre-assigned boarding position anytime within 24 hours of departure. We'll see you onboard!

**Upcoming Trip:** 07/21/13 - Dallas

**EarlyBird Check-In™**

## Confirmation Number: AQ6L98

| Passenger | Departure/Arrival | Flight | Date |
|---|---|---|---|
| Rebecca Saelao | Depart **Oakland, CA (OAK)** on Southwest Airlines at **2:40 PM**<br><br>Arrive in **Dallas, TX (DAL)** at **9:10 PM** | #3404 | **Sun Jul 21**<br>**Travel Time**<br>**4 h 30 m**<br>(1 stop, no plane change) |
| Rebecca Saelao | Depart **Dallas, TX (DAL)** on Southwest Airlines at **3:30 PM**<br><br>Arrive in **Austin, TX (AUS)** at **4:20 PM** | #2595 | **Tue Jul 23**<br>**Travel Time**<br>**5 h 40 m**<br>(1 stop, includes 1 plane change) |
| Rebecca Saelao | Change planes to Southwest Airlines in **Austin, TX (AUS)** at **5:25 PM**<br><br>Arrive in **Oakland, CA (OAK)** at **7:10 PM** | #628 | |

Price: $12.50 per person, one-way
**Total Cost: $25.00**

## Cost and Payment Summary

**Payment Information**
Cardholder: Rebecca Saelao
Payment Type: AMERICAN_EXPRESS
Account # XXXXXXXXXXX-1001

1

a S. Saelao

**From:**          SouthwestAirlines@wifi.southwest.com
**Sent:**          Sunday, July 21, 2013 5:56 PM
**To:**            Rebecca S. Saelao
**Subject:**       Southwest Airlines WiFi Hotspot Receipt



Thank you for purchasing WiFi on your recent Southwest Airlines flight! We hope you enjoyed using the service, and we look forward to welcoming you onboard again soon!

|                      |                              |
|---------------------:|------------------------------|
| **Purchased:**       | WiFi                         |
| **Customer:**        | Rebecca Saelao               |
| **Date:**            | 7/21/2013 6:56 PM (Mountain) |
| **Flight Number:**   | WN3404                       |
| **Origin:**          | Albuquerque (ABQ)            |
| **Destination:**     | Dallas (DAL)                 |
| **Amount:**          | $8.00                        |
| **Credit Card:**     | AMEX ending in 1001          |

We would LUV to hear from you! For assistance or to provide feedback, please contact us via phone, e-mail, or in writing.

www.southwest.com | Book Air | Book Car | Book Hotel

Sign-up for E-mail Specials | Download DING! | Privacy Policy | Contact Us

**Stay Connected**

Follow us on Twitter and

Become our Facebook fan



This is a post-only mailing from Southwest Airlines. Please do not attempt to reply to this message.
Southwest Airlines
2702 Love Field Drive
Dallas, TX 75201

S. Saelao

| | |
|---|---|
| om: | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| Sent: | Tuesday, July 23, 2013 4:39 PM |
| To: | Rebecca S. Saelao |
| Subject: | Southwest Airlines Confirmation-SAELAO/REBECCA SNAVELY-Confirmation: AEQYA7 |

You're all set for your trip!

 **SOUTHWEST**

My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |

## Ready for takeoff!

 Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!

Save up to 30%
Plus earn up to 2,400 Rapid Rewards® points.

Let's go!

**Budget**

 **AIR Itinerary**

### AIR Confirmation: AEQYA7

Confirmation Date: 07/23/2013

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| SAELAO/REBECCA SNAVELY | 91184520 | 5262146278663 | Jul 9, 2014 | 4740 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Jul 23 | 55 | Depart **DALLAS LOVE FIELD** (DAL) on Southwest Airlines at **8:00 PM**<br>Arrive in HOUSTON HOBBY (HOU) at 9:00 PM<br>Anytime |
| | 167 | Change planes to Southwest Airlines in HOUSTON HOBBY (HOU) at 9:35 PM<br>Arrive in **OAKLAND CA** (OAK) at **11:25 PM**<br>Travel Time 5 hrs 25 mins<br>Anytime |

**What you need to know to travel:**

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

**Find a Hotel**
See ratings, photos and rates for over 40,000 hotels.
Book a Hotel ➡

**Rent Some Wheels**
Explore your destination on the perfect set of wheels.
Rent a Car ➡

Air Cost: 494.~~20~~   $314.50

Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and

# OMNI HOTELS & RESORTS

## dallas

Rebecca Saelao
20 BELLE COURT
Pleasant Hill CA 94523United States

| | |
|---|---|
| Room No. | : 1341 |
| Arrival | : 07-21-13 |
| Departure | : 07-23-13 |
| Page No. | : 1 of 1 |
| Folio No. | : 381666 |

**INFORMATION INVOICE**

| | | | |
|---|---|---|---|
| Membership No. | : SG | 8190994441 | |
| A/R Number | : | | |
| Group Code | : | | |
| Company Name | : | | |

| | |
|---|---|
| Conf. No. | : 284863 |
| Cashier No. | : 5064 |

07-23-13

| Date | Description | Charges | Payments |
|---|---|---|---|
| 07-21-13 | Room Service | 42.36 | |
| 07-21-13 | Room Charge | 186.15 | |
| 07-21-13 | 2% Tourism PID Fee | 3.72 | |
| 07-21-13 | 6% State Occupancy Tax | 11.39 | |
| 07-21-13 | 7% City Occupancy Tax | 13.29 | |
| 07-22-13 | Room Service | 27.33 | |
| 07-22-13 | Room Service | 23.76 | |
| 07-22-13 | Room Charge | 186.15 | |
| 07-22-13 | 2% Tourism PID Fee | 3.72 | |
| 07-22-13 | 6% State Occupancy Tax | 11.39 | |
| 07-22-13 | 7% City Occupancy Tax | 13.29 | |
| 07-23-13 | American Express | | 522.55 |
| | XXXXXXXXXX1001        XX/XX | | |

| | | Charges | Payments |
|---|---|---|---|
| | **Total** | 522.55 | 522.55 |
| | **Balance** | | 0.00 |

**Thank you for staying at the Omni Dallas Hotel.**

555 South Lamar Street
Dallas, TX 75202
Tel:214-979-4555 Fax:214-979-4595
Reservations: 1-800-843-6664

Saelao

| | |
|---|---|
| | Square <noreply@messaging.squareup.com> |
| ent: | Wednesday, July 24, 2013 1:25 AM |
| To: | Rebecca S. Saelao |
| Subject: | Receipt from friendly cab co. for $100.00 |

*From Oakland AVport to Home*

Trouble viewing this email?



# friendly cab co.

Jul 24, 2013 at 1:22am                    Receipt #5XeK

Custom Amount                    **$100.00**

## Total                    **$100.00**

 1001                    $100.00



_____



**Start accepting credit cards today.**
Accept all major credit cards anytime, anywhere on
your iPhone or Android. Sign up today and we'll mail
you a free credit card reader. Sign up for Square ▸

1

```
              HMSHOST
           LA MADELEINE
      DALLAS LOVE FIELD AIRPORT

    288152 Deven
    -------------------------------
    CHK 3182
           JUL23'13  7:20PM
    -------------------------------

      1 RTE SLD SPN CHIX    7.99

        SUBTOTAL           7.99
        TAX                0.66
        AMOUNT PAID      8.65
        XXXXXXXXXXX1001
        AMEX               8.65
    --288152 Closed JUL23 07:20PM---

     THANK YOU FOR YOUR BUSINESS!

    TELL US ABOUT YOUR EXPERIENCE

            ELVIS HARVEY
            214-358-7615
     ELVIS.HARVEY@HMSHOST.COM

    Your order number is: 3182
```

```
              DAILY PERK
       BURBANK AIRPORT HOTEL
         & CONVENTION CENTER

    386 Tray
    -------------------------------
    CHK 1238 JUL18'13 8:55AM
    -------------------------------

      1.00 @ 4.25
      1 LATTE GRAND         4.25
      1.00 @ 0.50
      1 FLAVOR/XTRA SHOT     0.50

      Subtotal........     4.75
      Amnt Paid.......   4.75
      CASH              20.00
      Change Due......   15.25
```

```
              CANTINA LAREDO
      LOVE FIELD AIRPORT - DALLAS, TX
       GUEST COMMENTS 214-353-3959

    35039 NATALI
    -------------------------------
    67/1          CHK 1969  GST 8
        JUL23'13  7:25PM
    -------------------------------

      1 G-STE MICH RIESL    8.20
      1 CUP SOPA TORTL      6.59
      1 ENCH DE ESPINICA   11.99

        FOOD              18.58
        WINE               8.20
        TAX                1.53
        TOTAL          $28.31

    GUEST COMMENTS : 214-353-3959

       www.cantinalaredo.com


             CANTINA LAREDO
    LOVE FIELD AIRPORT - DALLAS, TX
        GUEST COMMENTS CALL
            214-353-3959
    CHECK:      1969
    TABLE:      67/1
    SERVER:     35039 NATALI
    DATE:       JUL23'13  7:48PM
    CARD TYPE:  AMERICAN EXPRESS
    ACCT #:     XXXXXXXXXX1001
    EXP DATE:   XX/XX
    AUTH CODE:  579934
                R SAELAO

    SUBTOTAL:          28.31

    Gratuity _____ 6--

    Total    _____ 34.31

    Signature _____

    Print Name _____
```



Ellen's Southern Kitchen
1718 N Market Street
Dallas TX 75202
(469) 206-3339

Pre-Auth                    Terminal:3
AMEX ***** **** **** 1001

Auth:525648
Tbl:35
Date:7/22/2013          Ref: 34208
Invoice:485275          Time:4:28 pm
                        Name:Jesus
    Approved - Thank You

    Amount:   $35.46

    Tip:      8.00

    Total:    43.46

Cardholder agrees to pay issuer such
total in accordance with issuer's
agreement with cardholder.

Signature _____
           R SAELAO

    CUSTOMER COPY

---

24064.0588
Lunch @ Depo
w/ Witness
                    K. Lucas

WHICH WICH # 000
1410 Main St.
214-741-9424

Host: Cashier               07/23/2013
172                          1:24 PM
                              10172

S Turkey                        5.50
  S-Avocado                     1.00
Can Drink                       1.25
M Chicken Salad                 8.25

Subtotal                       16.00
Tax                             1.32

Dine-In Total                  17.32

AMEX #XXXXXXXXXX1001           17.32
  Auth:560892


FREE COOKIE with your next purchase!
    1) Visit www.wichsurvey.com
        2) Enter store # 000
        3) Take the brief survey
    4) Write the redemption code _ _ _ _
  & bring with you on your  next visit!

    --- Check Closed ---

HOTELS & RESORTS
a total departure

TIPS

7/21 -
  $ 3.00  bell hop

7/22  5.00  Hotel maid

7/23  5.00  Hotel maid
      3.00  Bell hop

$ 16.00
  total

800-THE-OMNI
omnihotels.com

---

**ANDALE**
*Mexican Restaurant And Bar*
Terminal Two
Oakland International Airport
510-638-6000

3029 Iliana
-----------------------------------------
Chk 3076        Jul21'13 02:16PM  Gst 0
-----------------------------------------
    To Go !!!
1 Md Caffe Latte              4.50
  Non Fat
2 CHIPS @ 2.25                4.50
1 Crystal Gayser              2.50
1 Large Water                 3.25
1 Chicken  Salad              9.25
XXXXXXXXXXX1001 XX/XX
  Amex                       26.64

Subtotal                     24.00
Tax                           2.64
Payment                      26.64

9.00% FoodTx                  2.16
2%HealthChrg                  0.48

Thank you for dining with us
Let us know how we are doing at
service@andalemexican.com
Tax Includes 2% Health Surcharge

HOTELS & RESORTS
a total departure

Cab to
Depo Site
= $8.00
7/23



5488902

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

800-THE-OMNI
omnihotels.com



D-547
214-315-5966
TEXAS CAB COMPANY
2622 MYRTLE SPRINGS #A
DALLAS, TX 752200000

07/21/2013                    21:47:24
Merchant ID:        000000001519880
Terminal ID:              04565802
1422352187
Cab Dallas amount to itttel
CREDIT CARD

AMEX SALE

CARD #          XXXXXXXXXXX1001
INVOICE                 1220001
Batch #:                 000122
Approval Code:           511869
Entry Method:            Swiped
Mode:                    Online

MDSE/SERVICES            $26.00

TIP                       $0.00

--------------------

TOTAL AMOUNT             $26.00

CUSTOMER COPY

Cab to Ocwen for Depo prep
5189056
78.00
TOTAL   78.00

Cab back to Hotel from Depo prep
5122162
78.00
TOTAL   78.00

YELLOW CAB
*Dallas / Fort Worth*

Amount/Cuenta:_____ Date/Fecha: 7/22
Trip From/Viaje de: To+from Dinner = $20
To/Destinacion: 214-554-4033
Driver/Taxista: ShWN
ID#:_____ Taxi #:_____

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      354609      JBS                                              August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      0628      Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC
GMAC Matter No.: 704149

**TOTAL AMOUNT DUE**           $220.95

***REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354609    JBS                                          August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0628    Gjurovich, Alan and Star Hill v. GMAC Mortgage, LLC
GMAC Matter No.: 704149

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| KPL | 06/19/13 | Analyze and edit appellate case matrix for attorney analysis. | L120 | A104 | 0.20 | 76.50 | 15.30 |
| MEH | 06/27/13 | Draft bankruptcy status letter for filing in appellate court. | L510 | A103 | 0.40 | 261.00 | 104.40 |
| MEH | 07/05/13 | Draft email to client C. DiCicco enclosing copy of bankruptcy status update. | L510 | A106 | 0.30 | 261.00 | 78.30 |
| KPL | 07/21/13 | Review and edit appellate case matrix for next bankruptcy status update | L120 | A104 | 0.30 | 76.50 | 22.95 |
| | | **TOTAL** | | | **1.20** | | **$220.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|--|-------|--------|--|--|--|
| L120 | Analysis/Strategy | 0.50 | $38.25 | | | |
| L510 | Appellate Motions & Submission | 0.70 | $182.70 | | | |
| | **TOTAL** | **1.20** | **$220.95** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|------------|--|----------|--|-------|------|-------|
| Lee, Kristina | KPL | Paralegal | | 0.50 | 76.50 | $38.25 |
| Andrews, Elizabeth H. | MEH | Associate | | 0.70 | 261.00 | $182.70 |
| | | Total | | **1.20** | | **$220.95** |

PRIOR FEES                          $451.35

|  | FEES | $220.95 |
|--|------|---------|
|  | **TOTAL THIS INVOICE** | **$220.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354610 A JBS                                    August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0704    Casas, Hermina
                  GMAC Matter No.: 732095

**TOTAL AMOUNT DUE**          **$1,606.90**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     354610     JBS                                     August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 0704     Casas, Hermina
                          GMAC Matter No.: 732095

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 06/06/13 | Strategy re impact of lost note and ability to recreate terms based on terms of payoff quote. | L120 | A107 | 0.70 | 279.00 | 195.30 |
| ERB | 06/10/13 | Strategize re potential causes of action, arguments and discovery hurdles based on lost note and alternative means of proving terms of note. | L120 | A107 | 1.00 | 279.00 | 279.00 |
| ERB | 06/17/13 | Attention to issue re potentially lost note and impact on strength of claims. | L120 | A107 | 0.40 | 279.00 | 111.60 |
| ERB | 06/26/13 | Analysis of computing payoff from terms of note and potential to reverse engineer from payoff statement. | L120 | A107 | 0.40 | 279.00 | 111.60 |
| AAG | 06/27/13 | Communicate with defendant's attorney regarding service of first amended complaint. | L210 | A107 | 0.20 | 238.50 | 47.70 |
| AAG | 07/08/13 | Communicate with attorney for Union Life regarding service of first amended complaint. | L210 | A107 | 0.20 | 238.50 | 47.70 |
| AAG | 07/17/13 | Prepare and file case management statement. | L230 | A107 | 0.30 | 238.50 | 71.55 |
| AAG | 07/17/13 | Communicate with attorney for Herminia Casas regarding service of complaint. | L210 | A107 | 0.20 | 238.50 | 47.70 |
| RSS | 07/17/13 | Review and analyze materials for case management statement. | L230 | A104 | 0.50 | 288.00 | 144.00 |
| AAG | 07/18/13 | Communicate with attorney for LSl Title regarding service of complaint. | L210 | A107 | 0.20 | 238.50 | 47.70 |
| AAG | 07/19/13 | Communicate with MetLife's attorney regarding service of complaint. | L210 | A107 | 0.20 | 238.50 | 47.70 |
| LXL | 07/19/13 | Appear at telephonic case management | L230 | A109 | 0.30 | 256.50 | 76.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354610 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Casas, Hermina | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | conference. | | | | | | |
| AAG | 07/23/13 | Communicate regarding summons filing being rejected. | L210 | A108 | 0.20 | 238.50 | | 47.70 |
| AAG | 07/24/13 | Communicate with attorney for Herminia Casas regarding service of complaint. | L210 | A107 | 0.30 | 238.50 | | 71.55 |
| AAG | 07/24/13 | Prepare notice of acknowledgement and receipt for complaint to be served on MetLife. | L210 | A103 | 0.20 | 238.50 | | 47.70 |
| AAG | 07/25/13 | Communicate with MetLife's attorney regarding service of complaint. | L210 | A107 | 0.10 | 238.50 | | 23.85 |
| | | **TOTAL** | | | **5.40** | | | **$1,419.30** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 06/06/13 | First Legal Network, LLC; Serv Process, Subpoena Fees; Order no: 6907283 LSI Title Company 818 W. Seventh Street Los Angeles, CA 90017 04/22/13 | 99.25 |
| 07/05/13 | One Legal, Inc.; Transmittal of filing to court; Proof Stipulation including Court Filing Fee $20 06/24/13 | 29.95 |
| 07/08/13 | Cardmember Service /Chase (Acct 7297); Data Search; 408 Chestnut Ave, Santa Ana, CA, 92701, Orange 06/05/13 | 33.81 |
| 07/17/13 | PGI- Premiere Global Services; CourtCall - Conference Service; 5/21/13 | 24.59 |
| | **TOTAL COSTS & EXPENSES** | **$187.60** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.50 | $697.50 |
| L210 | Pleadings | 1.80 | $429.30 |
| L230 | Court Mandated Conferences | 1.10 | $292.50 |
| | **TOTAL** | **5.40** | **$1,419.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 2.10 | 238.50 | $500.85 |
| Buell, Edward | ERB | Associate | 2.50 | 279.00 | $697.50 |
| Ladi, Laszlo | LXL | Associate | 0.30 | 256.50 | $76.95 |
| Saelao, Rebecca | RSS | Special Counsel | 0.50 | 288.00 | $144.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   354610 | CLIENT | RESCAP/GMAC | | Page | 3 |
| | MATTER | Casas, Hermina | | | |

| | | | |
|---|---|---|---|
| **Total** | | **5.40** | **$1,419.30** |

| | |
|---|---|
| PRIOR FEES | $11,489.40 |
| PRIOR COSTS & EXPENSES | $1,490.11 |

| | |
|---|---|
| FEES | $1,419.30 |
| COSTS & EXPENSES | $187.60 |
| **TOTAL THIS INVOICE** | **$1,606.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      354611      JBS                                                     August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      0711      Peel, Timothy and Cheryl, et al.
                     GMAC Matter No.: 707366

**TOTAL AMOUNT DUE**          $1,450.04

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354611    JBS

August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0711    Peel, Timothy and Cheryl, et al.
GMAC Matter No.: 707366

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| JBS | 07/01/13 | Analysis and evaluation of settlement discussions | L120 | A104 | 0.40 | 427.50 | 171.00 |
| RSS | 07/01/13 | Confer with plaintiffs' counsel and bankruptcy counsel regarding possible settlement. | L120 | A108 | 0.50 | 288.00 | 144.00 |
| RSS | 07/01/13 | Review and analyze materials in pending settlements of comparable cases. | L120 | A104 | 0.70 | 288.00 | 201.60 |
| JBS | 07/12/13 | Analysis and evaluation of emails regarding further settlement discussions | L120 | A104 | 0.50 | 427.50 | 213.75 |
| RSS | 07/16/13 | Review and analyze filings relating to pending settlements in similar cases. | L120 | A104 | 0.30 | 288.00 | 86.40 |
| RSS | 07/24/13 | Review and respond to case correspondence. | L120 | A104 | 0.20 | 288.00 | 57.60 |
| JBS | 07/30/13 | Analysis and evaluation of continued negotiation of plaintiff's claim; Review emails regarding same | L120 | A104 | 0.50 | 427.50 | 213.75 |
| RSS | 07/31/13 | Confer with W. Thompson, L. Delehey, and bankruptcy counsel N. Rosenbaum regarding case status and strategy. | L120 | A106 | 1.00 | 288.00 | 288.00 |
| | | **TOTAL** | | | **4.10** | | **$1,376.10** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/24/13 | PGI- Premiere Global Services; CourtCall - Conference Service; 6/13/13 | 16.96 |
| 07/24/13 | PGI- Premiere Global Services; CourtCall - Conference Service; 6/24/13 | 25.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354611 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | | MATTER | Peel, Timothy & Cheryl, et al. | | | | |

| | | | |
|---|---|---|---|
| 07/24/13 | PGI- Premiere Global Services; CourtCall - Conference Service; 6/26/13 | | 17.80 |
| 07/24/13 | PGI- Premiere Global Services; CourtCall - Conference Service; 7/1/13 | | 13.63 |
| | **TOTAL COSTS & EXPENSES** | **$73.94** | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 4.10 | $1,376.10 | | |
| | TOTAL | 4.10 | $1,376.10 | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, John | JBS | Member | 1.40 | 427.50 | $598.50 |
| Saelao, Rebecca | RSS | Special Counsel | 2.70 | 288.00 | $777.60 |
| | Total | | 4.10 | | $1,376.10 |

| | | | |
|---|---|---|---|
| PRIOR FEES | $17,104.95 | | |
| | FEES | | $1,376.10 |
| | COSTS & EXPENSES | | $73.94 |
| | TOTAL THIS INVOICE | | $1,450.04 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354612    JBS                                    August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0829    Palmer, Sam
GMAC Matter No.: 726924

**TOTAL AMOUNT DUE**        **$677.31**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354612    JBS                                    August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0829    Palmer, Sam
GMAC Matter No.: 726924

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| JTC | 06/11/13 | Review ex parte application for stay of foreclosure.  Attention to points to be made in response. | L250 | A105 | 0.40 | 490.50 | 196.20 |
| JTC | 06/13/13 | Review and revise opposition to ex parte application for stay of foreclosure. | L250 | A105 | 0.40 | 490.50 | 196.20 |
| JDI | 07/02/13 | Provide M.K. Sullivan with information re case including status and analysis of claims. | L120 | A105 | 0.50 | 279.00 | 139.50 |
| ERB | 07/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| JDI | 07/08/13 | Provide update re bankruptcy to Palmer per court order. | L510 | A108 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | | **1.70** | | **$643.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 06/13/13 | Cardmember Service/Bank One (Acct #2707); Data Search; 1682 Amerelle St, Newbury Park, CA, 91320, Ventura 05/28/13 | 33.81 |

**TOTAL COSTS & EXPENSES**                    **$33.81**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.60 | $167.40 |
| L250 | Other Written Motions | 0.80 | $392.40 |
| L510 | Appellate Motions & Submission | 0.30 | $83.70 |
| | **TOTAL** | **1.70** | **$643.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354612    CLIENT    RESCAP/GMAC                         Page    2
                        MATTER    Palmer, Sam

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ives, Jon | JDI | Associate | 0.80 | 279.00 | $223.20 |
| Chilton, Jan T. | JTC | Member | 0.80 | 490.50 | $392.40 |
| | **Total** | | **1.70** | | **$643.50** |

PRIOR FEES                    $1,886.85
PRIOR COSTS & EXPENSES         $10.10

FEES                $643.50
COSTS & EXPENSES     $33.81
**TOTAL THIS INVOICE**  **$677.31**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354613    JBS                                      August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064    RESCAP/GMAC
MATTER     0844     Nguyen, Diem T.
                    GMAC Matter No.: 712197

**TOTAL AMOUNT DUE**          $179.55

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354613    JBS                                         August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0844    Nguyen, Diem T.
GMAC Matter No.: 712197

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MEH | 07/02/13 | Draft status update/case summary with relevant documents for client's use in proof of claim analysis. | L120 | A106 | 0.60 | 261.00 | 156.60 |
| KPL | 07/21/13 | Review and edit appellate case matrix for next bankruptcy status update | L120 | A104 | 0.30 | 76.50 | 22.95 |
| | | **TOTAL** | | | **0.90** | | **$179.55** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|---|-------|--------|---|---|---|
| L120    Analysis/Strategy | | 0.90 | $179.55 | | | |
| **TOTAL** | | **0.90** | **$179.55** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Lee, Kristina | KPL | Paralegal | 0.30 | 76.50 | $22.95 |
| Andrews, Elizabeth H. | MEH | Associate | 0.60 | 261.00 | $156.60 |
| | **Total** | | **0.90** | | **$179.55** |

| | | |
|---|---|---|
| PRIOR FEES | $4,747.50 | |
| PRIOR COSTS & EXPENSES | $20.98 | |

| | |
|---|---|
| FEES | $179.55 |
| **TOTAL THIS INVOICE** | **$179.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354614 *A* JBS                                              August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0851    Feliciano, Jose
                  GMAC Matter No.: 711719
                  ~~OCWEN No.: 736551~~

**TOTAL AMOUNT DUE**              **$678.66**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354614    JBS                                        August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  0851    Feliciano, Jose
GMAC Matter No.: 711719
OCWEN No.:  736551

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| BSW | 07/01/13 | Prepare updated Case Management Statement. | L230 | A103 | 0.20 | 265.50 | 53.10 |
| BSW | 07/08/13 | Communicate with opposing counsel S. McDonald regarding settlement. | L160 | A107 | 0.20 | 265.50 | 53.10 |
| BSW | 07/08/13 | Communicate with client regarding cash for keys exchange. | L160 | A106 | 0.20 | 265.50 | 53.10 |
| BSW | 07/10/13 | Communicate with opposing counsel regarding cash for keys exchange. | L160 | A107 | 0.20 | 265.50 | 53.10 |
| BSW | 07/10/13 | Communicate with client regarding confirm receipt of settlement checks. | L160 | A106 | 0.10 | 265.50 | 26.55 |
| BSW | 07/16/13 | Communicate with opposing counsel regarding mechanics of settlement. | L160 | A107 | 0.20 | 265.50 | 53.10 |
| BSW | 07/22/13 | Communicate with client regarding withdrawal of bankruptcy claim. | L140 | A106 | 0.10 | 265.50 | 26.55 |
| BSW | 07/22/13 | Settlement meeting with opposing counsel to exchange settlement checks and obtain settlement agreement and withdrawal of bankruptcy claim. | L160 | A109 | 0.80 | 265.50 | 212.40 |
| BSW | 07/26/13 | Communicate with opposing counsel regarding trash out of property. | L140 | A107 | 0.20 | 265.50 | 53.10 |
| | | **TOTAL** | | | **2.20** | | **$584.10** |

## COSTS & EXPENSES

07/08/13   Cardmember Service /Chase (Acct 7297); Data
Search; 1251 76th Ave, Oakland, CA, 94621,
Alameda 06/06/13                                                          8.56

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   354614 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|
| | MATTER | Feliciano, Jose | | |

| | | |
|---|---|---:|
| 07/16/13 | CourtCall, LLC; CourtCall - Conference Service; 07/26/13 | 86.00 |
| | **TOTAL COSTS & EXPENSES** | **$94.56** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---:|---:|
| L140 | Document/File Management | 0.30 | $79.65 |
| L160 | Settlement/Non-Binding ADR | 1.70 | $451.35 |
| L230 | Court Mandated Conferences | 0.20 | $53.10 |
| | **TOTAL** | **2.20** | **$584.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---:|---:|---:|
| Whittemore, Brian | BSW | Associate | 2.20 | 265.50 | $584.10 |
| | **Total** | | **2.20** | | **$584.10** |

| | |
|---|---:|
| PRIOR FEES | $5,788.80 |
| PRIOR COSTS & EXPENSES | $93.53 |

| | |
|---|---:|
| FEES | $584.10 |
| COSTS & EXPENSES | $94.56 |
| **TOTAL THIS INVOICE** | **$678.66** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354615    JBS                                        August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1007    Abed-Stephen, Vachagan and Susie
                   GMAC Matter No.: 716689

**TOTAL AMOUNT DUE**            $1,020.60

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 354615 | JBS | August 7, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1007    Abed-Stephen, Vachagan and Susie
GMAC Matter No.: 716689

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MEH | 06/26/13 | Exchange voicemails with client K. Priore re appellant's proof of claim filed in bankruptcy court. | L510 | A106 | 0.10 | 261.00 | 26.10 |
| MEH | 06/26/13 | Exchange emils with client K. Priore re proof of claim. | L510 | A106 | 0.30 | 261.00 | 78.30 |
| MEH | 07/11/13 | Exchange multiple emails with client K. Priore re objection to proof of claim. | L120 | A106 | 0.30 | 261.00 | 78.30 |
| MKS | 07/15/13 | Prepare for and participate in conference call with bankruptcy attorney to assist with assessment of proof of claim. | L120 | A106 | 0.30 | 270.00 | 81.00 |
| MEH | 07/15/13 | Prepare for conference call re plainitffs-appellants' proof of claim. | L120 | A101 | 1.50 | 261.00 | 391.50 |
| MEH | 07/15/13 | Conference call with client K. Priore and NY bankruptcy counsel re strategy in response to proof of claim. | L120 | A101 | 0.50 | 261.00 | 130.50 |
| MEH | 07/15/13 | Draft followup email to client K. Priore and bankruptcy counsel enclosing key case documents. | L120 | A107 | 0.40 | 261.00 | 104.40 |
| MEH | 07/22/13 | Draft bankruptcy status update letter for appellate court. | L510 | A103 | 0.30 | 261.00 | 78.30 |
| MEH | 07/22/13 | Draft email to client K. Priore enclosing status update letter with comments. | L510 | A106 | 0.20 | 261.00 | 52.20 |
| | | **TOTAL** | | | **3.90** | | **$1,020.60** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   354615 | CLIENT   RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|
| | MATTER   Abed-Stephen, Vachagan | | | | | | |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | | |
|---|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 3.00 | $785.70 | | | | |
| L510 | Appellate Motions & Submission | 0.90 | $234.90 | | | | |
| | **TOTAL** | **3.90** | **$1,020.60** | | | | |

| Timekeeper | | Position | | Hours | Rate | Value | |
|---|---|---|---|---|---|---|---|
| Andrews, Elizabeth H. | MEH | Associate | | 3.60 | 261.00 | $939.60 | |
| Sullivan, Mary Kate | MKS | Member | | 0.30 | 270.00 | $81.00 | |
| | | **Total** | | **3.90** | | **$1,020.60** | |

| PRIOR FEES | | $787.95 | | | |
|---|---|---|---|---|---|
| | | | FEES | $1,020.60 | |
| | | **TOTAL THIS INVOICE** | | **$1,020.60** | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354616    JBS                                August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064    RESCAP/GMAC
MATTER      1025     Blanche, John R.
                     GMAC Matter No.: 717587

**TOTAL AMOUNT DUE**          **$222.75**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354616    JBS                                              August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1025    Blanche, John R.
                          GMAC Matter No.: 717587

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 06/07/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| MGC | 06/07/13 | Draft email to client re disposition of case. | L190 | A103 | 0.30 | 238.50 | 71.55 |
| MGC | 06/20/13 | Draft Notice of Entry of Order and Judgment. | L210 | A103 | 0.40 | 238.50 | 95.40 |
| ERB | 07/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | | **0.90** | | **$222.75** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $55.80 |
| L190 | Other Case Assessment | 0.30 | $71.55 |
| L210 | Pleadings | 0.40 | $95.40 |
| | **TOTAL** | **0.90** | **$222.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Cross, Michael | MGC | Associate | 0.70 | 238.50 | $166.95 |
| | **Total** | | **0.90** | | **$222.75** |

PRIOR FEES                        $1,519.20
PRIOR COSTS & EXPENSES            $60.00

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354616 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Blanche, John R. | | | |

| | | |
|---|---|---|
| FEES | | $222.75 |
| **TOTAL THIS INVOICE** | | **$222.75** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354617    JBS                                August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064    RESCAP/GMAC
MATTER      1115     Nguyen, Luan
                     GMAC Matter No.: 707072

**TOTAL AMOUNT DUE**            $1,055.70

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354617    JBS                                    August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1115    Nguyen, Luan
                        GMAC Matter No.: 707072

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 06/04/13 | Draft declaration of Yaron Shaham in response to the Court's order to show cause regarding appearances at the court's case management conference hearing | L210 | A104 | 0.70 | 238.50 | 166.95 |
| YS | 06/14/13 | Attend the Court's status conference and order to show cause hearing regarding failure to appear and determine how to proceed with case strategy based on the Court's ruling | L230 | A103 | 2.90 | 238.50 | 691.65 |
| YS | 06/17/13 | Draft notice of continued case management conference hearing | L210 | A103 | 0.30 | 238.50 | 71.55 |
| ERB | 07/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| YS | 07/16/13 | Review and analysis of the court's order on the motion to sever the unlawful detainer action and dissolve the injunction | L120 | A104 | 0.20 | 238.50 | 47.70 |
| | | **TOTAL** | | | 4.20 | | **$1,005.75** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 06/26/13 | One Legal, Inc.; Transmittal of filing to court; Declaration of Yaron Shaham in Response to the Court's OSC Re Sanction 06/04/13 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$49.95** |

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    354617 | CLIENT    RESCAP/GMAC | | Page | 2 |
| | MATTER    Nguyen, Luan | | | |

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $75.60 | | | |
| L210 | Pleadings | 1.00 | $238.50 | | | |
| L230 | Court Mandated Conferences | 2.90 ) | $691.65 | | | |
| | **TOTAL** | **4.20** | **$1,005.75** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Shaham, Yaron | YS | Special Counsel | 4.10 | 238.50 | $977.85 |
| | **Total** | | **4.20** | | **$1,005.75** |

PRIOR FEES                          $219.15

| | | |
|---|---|---|
| | FEES | $1,005.75 |
| | COSTS & EXPENSES | $49.95 |
| | **TOTAL THIS INVOICE** | **$1,055.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354618    JBS

August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1156    Suckow, Jeffrey
GMAC Matter No.: 722444

**TOTAL AMOUNT DUE**          **$407.70**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354618    JBS                                     August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1156    Suckow, Jeffrey
                        GMAC Matter No.: 722444

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 05/07/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| ERB | 06/07/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| MXS | 07/01/13 | 6-19-2013 Strategized re client possibility of contribution to settlement in light of bankruptcy. | L160 | A101 | 0.30 | 216.00 | 64.80 |
| MXS | 07/01/13 | 6-19-2013 Drafted e-mail to client K. Priore re settlement offer, E-mailed with client K. Priore re contribution to settlement and GMAC settlement position in light of bankruptcy. | L160 | A106 | 0.40 | 216.00 | 86.40 |
| MXS | 07/01/13 | 6-19-2013 E-mailed with plaintiffs' counsel re settlement counteroffer. | L160 | A108 | 0.30 | 216.00 | 64.80 |
| ERB | 07/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| MXS | 07/03/13 | Reviewed and evaluated past orders and pleadings for possible inclusiong in proof of claim analysis. | L110 | A104 | 0.20 | 216.00 | 43.20 |
| MXS | 07/03/13 | Drafted case history, settlement prospects summary, and liability analysis for outside counsel for use in evaluating proofs of clam filed by plaintiffs with the bankruptcy court. | L110 | A103 | 0.30 | 216.00 | 64.80 |
| | | **TOTAL** | | | **1.80** | | **$407.70** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 354618 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|
| | MATTER | Suckow, Jeffrey | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.50 | $108.00 |
| L120 | Analysis/Strategy | 0.30 | $83.70 |
| L160 | Settlement/Non-Binding ADR | 1.00 | $216.00 |
| | TOTAL | 1.80 | $407.70 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.30 | 279.00 | $83.70 |
| Schindler, Maria | MXS | Associate | 1.50 | 216.00 | $324.00 |
| | Total | | 1.80 | | $407.70 |

| | | |
|---|---|---|
| | FEES | $407.70 |
| | TOTAL THIS INVOICE | $407.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      354619      JBS                                    August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1516      Ravipaty, Srinivas
                      GMAC Matter No.: 2013-05-EO5175

**TOTAL AMOUNT DUE**          **$327.60**

# *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354619    JBS                                      August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1516    Ravipaty, Srinivas
                        GMAC Matter No.: 2013-05-EO5175

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| GSG | 07/12/13 | Correspondence with opposing counsel re opposing counsel's contentions that claims are post-petition. | L210 | A107 | 0.10 | 234.00 | 23.40 |
| GSG | 07/16/13 | Correspondence with opposing counsel re whether claims are pre-petition or post petition. | L210 | A107 | 0.30 | 234.00 | 70.20 |
| GSG | 07/16/13 | Analysis of Plaintiff's claims that dispute was post-petition and that claims are not subject to Bankruptcy Stay. | L210 | A101 | 0.90 | 234.00 | 210.60 |
| GSG | 07/17/13 | Review Notice of filing attachment Exhibit A to Suggestion of Automatic Stay. | L210 | A104 | 0.10 | 234.00 | 23.40 |
| | | **TOTAL** | | | **1.40** | | **$327.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L210 | Pleadings | 1.40 | $327.60 |
| | **TOTAL** | **1.40** | **$327.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Grewal, Gurinder S. | GSG | Associate | 1.40 | 234.00 | $327.60 |
| | **Total** | | **1.40** | | **$327.60** |

PRIOR FEES                        $1,132.20

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   354619 | CLIENT    RESCAP/GMAC | Page | 2 |
|---|---|---|---|
| | MATTER    Ravipaty, Srinivas | | |

|  | FEES | $327.60 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$327.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354620    JBS                              August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1519    Bubar, Ronald and Richard
                  GMAC Matter No.: 2013-05-EP1505

**TOTAL AMOUNT DUE**          $3,019.50

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354620    JBS                                           August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1519    Bubar, Ronald and Richard
                        GMAC Matter No.: 2013-05-EP1505

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| EMR | 07/03/13 | Further conversation with M. Babitzke re notice of bankruptcy filed on behalf of RFC Construction Funding, Inc. | L250 | A107 | 0.20 | 306.00 | 61.20 |
| EMR | 07/03/13 | Conversation with plaintiff's counsel, M. Babitzke re demurrer filed by defendant Richland Management, Inc. | L240 | A107 | 0.20 | 306.00 | 61.20 |
| DHC | 07/11/13 | Review and revise demurrer on behalf of individual defendants | L210 | A104 | 0.50 | 337.50 | 168.75 |
| EMR | 07/12/13 | Prepare memorandum of points and authorities in support of demurrer of W. Tyson and D. Marquardt to plaintiffs' complaint. | L240 | A103 | 2.30 | 306.00 | 703.80 |
| EMR | 07/15/13 | Continue preparation of memorandum of points and authorities in support of demurrer of W. Tyson and D. Marquardt to plaintiffs' complaint. | L240 | A103 | 2.40 | 306.00 | 734.40 |
| DHC | 07/18/13 | Review and revise demurrer to complaint | L210 | A104 | 1.00 | 337.50 | 337.50 |
| EMR | 07/18/13 | E-mail to J. Sprecken and K. Priore re status and re draft demurrer. | L240 | A106 | 0.20 | 306.00 | 61.20 |
| EMR | 07/18/13 | Complete preparation of memorandum of points and authorities in support of demurrer of W. Tyson and D. Marquardt to complaint. | L240 | A103 | 1.20 | 306.00 | 367.20 |
| EMR | 07/19/13 | Obtain hearing date for demurrer of D. Marquardt and W. Tyson to Plaintiffs' complaint. | L240 | A104 | 0.20 | 306.00 | 61.20 |
| SL | 07/22/13 | Prepare exhibit for RJN iso D. Marquardt's and W. Tyson's Demurrer to Plaintiffs' Complaint. | L210 | A103 | 0.50 | 130.50 | 65.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&*Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354620 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Bubar, Ronald & Richard | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EMR | 07/22/13 | Letter to plaintiffs' counsel re service of summons and complaint on W. Tyson. | L210 | A107 | 0.20 | 306.00 | 61.20 |
| EMR | 07/22/13 | Obtain and review docket as needed to determine status of hearing of demurrer of defendant Kelly Business Park to plaintiffs' complaint. | L240 | A104 | 0.10 | 306.00 | 30.60 |
| EMR | 07/22/13 | Prepare request for judicial notice of documents in support of demurrer. | L240 | A103 | 0.40 | 306.00 | 122.40 |
| EMR | 07/22/13 | Complete preparation of demurrer and notice of demurrer. | L240 | A103 | 0.50 | 306.00 | 153.00 |
| EMR | 07/23/13 | Prepare re-notice of hearing of W. Tyson and D. Marquardt's demurrer to plaintiffs' complaint, as required due to Court's re-scheduling of hearing originally set. | L240 | A103 | 0.10 | 306.00 | 30.60 |
| | | **TOTAL** | | | **10.00** | | **$3,019.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L210 | Pleadings | 2.20 | $632.70 |
| L240 | Dispositive Motions | 7.60 | $2,325.60 |
| L250 | Other Written Motions | 0.20 | $61.20 |
| | **TOTAL** | **10.00** | **$3,019.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 1.50 | 337.50 | $506.25 |
| Roman, Eleanor | EMR | Special Counsel | 8.00 | 306.00 | $2,448.00 |
| Li, Shan | SL | Paralegal | 0.50 | 130.50 | $65.25 |
| | **Total** | | **10.00** | | **$3,019.50** |

| | |
|---|---|
| PRIOR FEES | $6,171.75 |
| PRIOR COSTS & EXPENSES | $78.00 |

| | |
|---|---|
| FEES | $3,019.50 |
| **TOTAL THIS INVOICE** | **$3,019.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | | |
|---|---|---|---|---|---|
| Invoice No. | 354620 | CLIENT | RESCAP/GMAC | Page | 3 |
| | | MATTER | Bubar, Ronald & Richard | | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354621    JBS                                        August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1524    Greene, Rosemary
GMAC Matter No.: 2013-05-EU1744

**TOTAL AMOUNT DUE**          $219.86

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354621    JBS                                          August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1524    Greene, Rosemary
                        GMAC Matter No.: 2013-05-EU1744

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| LXL | 07/01/13 | Correspondence to client regarding filed DNM and NOB and regarding findings regarding lack of objection. | L210 | A106 | 0.20 | 256.50 | 51.30 |
| LXL | 07/01/13 | Research and review state and district court docket related to filing opposition to declaration of non-monetary status and/or notice of bankruptcy. | L210 | A102 | 0.20 | 256.50 | 51.30 |
| ERB | 07/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | | **0.50** | | **$130.50** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/08/13 | Cardmember Service /Chase (Acct 7297); Data Search; 8000 Hansom Dr, Oakland, CA, 94605, Alameda 06/10/13 | 89.36 |

**TOTAL COSTS & EXPENSES**            **$89.36**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 |
| L210 | Pleadings | 0.40 | $102.60 |
| | **TOTAL** | **0.50** | **$130.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ladi, Laszlo | LXL | Associate | 0.40 | 256.50 | $102.60 |
| | **Total** | | **0.50** | | **$130.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    354621 | CLIENT    RESCAP/GMAC | Page | 2 |
|---|---|---|---|
| | MATTER    Greene, Rosemary | | |

PRIOR FEES                              $1,426.50

|  | FEES | $130.50 |
|---|---|---|
|  | COSTS & EXPENSES | $89.36 |
|  | **TOTAL THIS INVOICE** | **$219.86** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     354622     JBS                                        August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1531      Gonzalves, Joseph
                     GMAC Matter No.: 2013-05-ED6682

**TOTAL AMOUNT DUE**          $1,879.65

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354622    JBS                                    August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1531    Gonzalves, Joseph
GMAC Matter No.: 2013-05-ED6682

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 07/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| DHC | 07/03/13 | Conference with Ellie Roman regarding claims for mandatory relief based upon post-petition actions | L120 | A105 | 0.50 | 337.50 | 168.75 |
| EMR | 07/03/13 | E-mail to D. Booth re initial analysis, timeline, draft notice of bankruptcy. | L120 | A106 | 0.40 | 306.00 | 122.40 |
| EMR | 07/03/13 | Revise draft notice of bankruptcy. | L250 | A103 | 0.60 | 306.00 | 183.60 |
| EMR | 07/03/13 | Analysis of plaintiff's allegations as needed for recommendation to client re claims based upon actions taken post-petition, and as needed to complete draft notice of bankruptcy. | L250 | A104 | 0.60 | 306.00 | 183.60 |
| EMR | 07/03/13 | Review and analysis of fact package as needed for recommendation to client re claims based upon actions taken post-petition, and as needed to complete draft notice of bankruptcy. | L110 | A104 | 1.20 | 306.00 | 367.20 |
| EMR | 07/08/13 | Prepare responsive e-mail to D. Booth re plaintiff's claims, analysis of same in comparison with exceptions to automatic stay. | L120 | A106 | 0.20 | 306.00 | 61.20 |
| EMR | 07/08/13 | Further analysis of plaintiff's claims, fact package, as needed to respond to inquiry from D. Booth re exceptions to automatic stay. | L120 | A104 | 0.30 | 306.00 | 91.80 |
| EMR | 07/08/13 | Review e-mail from D. Booth re draft notice of bankruptcy. | L250 | A106 | 0.10 | 306.00 | 30.60 |
| EMR | 07/12/13 | E-mail communications with D. Booth re authorization to file notice of | L250 | A106 | 0.20 | 306.00 | 61.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354622 | CLIENT MATTER | RESCAP/GMAC Gonzalves, Joseph | | | | | Page | 2 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | bankruptcy. | | | | | | |
| EMR | 07/29/13 | E-mail to D. Booth re filing of notice of bankruptcy on behalf of GMAC. | L250 | A106 | 0.10 | 306.00 | 30.60 |
| EMR | 07/30/13 | Further of account records and files, as needed for response to complaint pertaining to post-petition permitted claims and alleged actions of GMACM taken post-petition which plaintiff claims he has been damaged by. | L120 | A104 | 0.80 | 306.00 | 244.80 |
| EMR | 07/31/13 | E-mail to D. Booth re recommendation pertaining to GMACM's response to post-petition permitted claims alleged in complaint. | L120 | A106 | 0.20 | 306.00 | 61.20 |
| EMR | 07/31/13 | Prepare analysis and recommendation re GMACM's response to post-petition permitted claims alleged in complaint. | L120 | A104 | 0.80 | 306.00 | 244.80 |
| | | **TOTAL** | | | **6.10** | | **$1,879.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 1.20 | $367.20 | | | |
| L120 | Analysis/Strategy | 3.30 | $1,022.85 | | | |
| L250 | Other Written Motions | 1.60 | $489.60 | | | |
| | **TOTAL** | **6.10** | **$1,879.65** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 0.50 | 337.50 | $168.75 |
| Roman, Eleanor | EMR | Special Counsel | 5.50 | 306.00 | $1,683.00 |
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| | **Total** | | **6.10** | | **$1,879.65** |

| PRIOR FEES | | $1,288.80 | | |
|---|---|---|---|---|
| | | | FEES | $1,879.65 |
| | | **TOTAL THIS INVOICE** | | $1,879.65 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      354623      JBS                                    August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1537      Jimenez, Marc R.
                      GMAC Matter No.: 2013-05-EN4298

**TOTAL AMOUNT DUE**          $776.70

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354623    JBS                                                    August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1537    Jimenez, Marc R.
                        GMAC Matter No.: 2013-05-EN4298

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 07/01/13 | Communications with client re status of underlying matter and notice of bankruptcy previously filed in the action. | L120 | A106 | 0.20 | 279.00 | 55.80 |
| KCW | 07/01/13 | Review and respond to email from co-counsel's firm, re notice of stay filed by Plaintiff | L120 | A107 | 0.20 | 265.50 | 53.10 |
| KCW | 07/01/13 | Review multiple emails from client re representation status, and notice of bankruptcy review | L120 | A106 | 0.20 | 265.50 | 53.10 |
| KCW | 07/01/13 | Draft notice of stay | L210 | A103 | 0.40 | 265.50 | 106.20 |
| ERB | 07/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| KCW | 07/02/13 | Direct staff re filing of notice of stay and potential impact on docket schedule | L210 | A105 | 0.10 | 265.50 | 26.55 |
| KCW | 07/02/13 | Draft alternative notice of stay in order to conform to pleadings and allow demurrer to outstanding equitable claims | L210 | A103 | 0.70 | 265.50 | 185.85 |
| ERB | 07/03/13 | Attention to status of underlying matter based on Bankruptcy filing and upcoming status conference. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| KCW | 07/03/13 | Review and reply to email from client re direction not to file any pleadings, and to defer to representation of GMAC by the Wolf firm | L120 | A106 | 0.20 | 265.50 | 53.10 |
| KCW | 07/03/13 | Participate in telephone conversation with Wolf firm re case-management strategy in light of bankruptcy stay | L120 | A107 | 0.30 | 265.50 | 79.65 |
| KCW | 07/16/13 | Participate in telephone conversation | L120 | A107 | 0.20 | 265.50 | 53.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354623 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Jimenez, Marc R. | | | | | |

| | | with co-defendant's counsel re status of action and upcoming status conference | | | | | | |
|---|---|---|---|---|---|---|---|---|
| KCW | 07/24/13 | Review online docket re status of matter in light of notice of bankruptcy filing | L120 | A104 | 0.10 | 265.50 | | 26.55 |
| | | **TOTAL** | | | **2.90** | | | **$776.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.70 | $458.10 |
| L210 | Pleadings | 1.20 | $318.60 |
| | **TOTAL** | **2.90** | **$776.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.50 | 279.00 | $139.50 |
| Wendlenner, Kurt | KCW | Associate | 2.40 | 265.50 | $637.20 |
| | **Total** | | **2.90** | | **$776.70** |

| PRIOR FEES | | $623.25 | |
|---|---|---|---|
| | | FEES | $776.70 |
| | **TOTAL THIS INVOICE** | | $776.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       354624       JBS                                                                August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT       24064       RESCAP/GMAC
MATTER       1541        Phillips, Keith and Rebecca
                         GMAC Matter No.:  2013-06-EU9558

**TOTAL AMOUNT DUE**              $337.50

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354624    JBS                                    August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1541    Phillips, Keith and Rebecca
                        GMAC Matter No.:  2013-06-EU9558

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DHC | 07/08/13 | Review Adversary Complaint and Bankruptcy Court docket, pleadings, schedules and client documents | L120 | A104 | 1.00 | 337.50 | 337.50 |
| | | **TOTAL** | | | **1.00** | | **$337.50** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|---|-------|--------|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $337.50 | | | |
| | **TOTAL** | **1.00** | **$337.50** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Cram, Donald | DHC | Member | 1.00 | 337.50 | $337.50 |
| | **Total** | | **1.00** | | **$337.50** |

PRIOR FEES                      $368.10

|  | FEES | $337.50 |
|---|------|---------|
|  | **TOTAL THIS INVOICE** | **$337.50** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       354625       JBS                                          August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        24064        RESCAP/GMAC
MATTER       1544         General Estate Advice
                                     GMAC Matter No.: 2013-07-EB4547

**TOTAL AMOUNT DUE**                **$4,833.00**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354625    JBS                                        August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1544    General Estate Advice
                        GMAC Matter No.: 2013-07-EB4547

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| MKS | 07/01/13 | Gather documents and summaries to assist Bankrutpcy Counsel to assess proofs of claim. | L120 | A104 | 3.00 | 270.00 | 810.00 |
| MKS | 07/02/13 | Retrieve, review and prepare packets relating to underlying claims and merits of same for use in assessing proofs of claim. | L120 | A106 | 3.00 | 270.00 | 810.00 |
| MKS | 07/03/13 | Retrieve, review and prepare packets relating to underlying claims and merits of same for use in assessing proofs of claim. | L120 | A106 | 3.80 | 270.00 | 1,026.00 |
| MKS | 07/05/13 | Retrieve, review and prepare packets relating to underlying claims and merits of same for use in assessing proofs of claim. | L120 | A106 | 2.90 | 270.00 | 783.00 |
| MKS | 07/07/13 | Retrieve, review and prepare packets relating to underlying claims and merits of same for use in assessing proofs of claim. | L120 | A106 | 1.60 | 270.00 | 432.00 |
| MKS | 07/08/13 | Gather docuements and background to assist with assessment of proofs of claim. | L120 | A104 | 2.50 | 270.00 | 675.00 |
| MKS | 07/09/13 | Provide case information to client to assist in responding/objecting to proofs of claim in bankruptcy court. | L120 | A106 | 0.60 | 270.00 | 162.00 |
| MKS | 07/18/13 | Telephone call with Lauren Delaney regarding retrieval of documents to oppose proof of claim and search and send same. | L120 | A103 | 0.50 | 270.00 | 135.00 |
| | | **TOTAL** | | | **17.90** | | **$4,833.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   354625 | CLIENT   RESCAP/GMAC | Page | 2 |
|---|---|---|---|
| | MATTER   General Estate Advice | | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120    Analysis/Strategy | | 17.90 | $4,833.00 | | |
| TOTAL | | **17.90** | **$4,833.00** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Sullivan, Mary Kate | MKS | Member | 17.90 | 270.00 | $4,833.00 |
| | Total | | **17.90** | | **$4,833.00** |

| | FEES | $4,833.00 |
|---|---|---|
| TOTAL THIS INVOICE | | $4,833.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      354626      JBS

August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1545      Pregozen, Carl and Michele
                        GMAC Matter No.: 2013-06-EZ5971

**TOTAL AMOUNT DUE**          $1,581.30

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354626    JBS                                    August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1545    Pregozen, Carl and Michele
                        GMAC Matter No.: 2013-06-EZ5971

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| CHR | 07/09/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| BJK | 07/16/13 | Drafted email to client regarding initial analysis of case and recommendations going forward | L120 | A103 | 0.20 | 234.00 | 46.80 |
| BJK | 07/16/13 | Phone call with plaintiff's counsel to discuss case and arrange for extension of time to respond while documents are founds | L120 | A108 | 0.30 | 234.00 | 70.20 |
| BJK | 07/16/13 | Initial review of adversary complaint and loan documents | L120 | A104 | 1.00 | 234.00 | 234.00 |
| CHR | 07/17/13 | Conduct Title Search and Prepare Property Profile. | L140 | A110 | 0.70 | 130.50 | 91.35 |
| BJK | 07/17/13 | Drafted letter to Plaintiff's counsel requesting dismissal of the suit | L160 | A103 | 1.20 | 234.00 | 280.80 |
| BJK | 07/17/13 | Communicated with client GMAC's relationship to the allegations of lawsuit | L110 | A106 | 0.30 | 234.00 | 70.20 |
| BJK | 07/18/13 | Sent proposed letter to Plaintiff's counsel requesting dismissal of suit to client with comments | L160 | A106 | 0.20 | 234.00 | 46.80 |
| BJK | 07/18/13 | Drafted and revised letter to Plaintiff's counsel requesting dismissal of the suit | L160 | A103 | 1.50 | 234.00 | 351.00 |
| BJK | 07/19/13 | Revised letter to Plaintiff's counsel regarding dismissal per client edits | L160 | A103 | 0.40 | 234.00 | 93.60 |
| BJK | 07/22/13 | Sent copy of letter regarding dismissal | L160 | A106 | 0.20 | 234.00 | 46.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354626 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Pregozen, Carl  and Michele | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | of Plaintiff's case to client with comments | | | | | |
| BJK | 07/22/13 | Revised letter and exhibits to Plaintiff's counsel regarding dismissal of case per client comments | L160 | A103 | 0.50 | 234.00 | 117.00 |
| BJK | 07/25/13 | Reviewed notice of dismissal and sent to client with comments | L240 | A106 | 0.20 | 234.00 | 46.80 |
| BJK | 07/25/13 | Communicated with Plaintiff's counsel regarding dismissal of GMAC | L240 | A108 | 0.20 | 234.00 | 46.80 |
| | | **TOTAL** | | | **7.20** | | **$1,581.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.30 | $70.20 |
| L120 | Analysis/Strategy | 1.50 | $351.00 |
| L140 | Document/File Management | 1.00 | $130.50 |
| L160 | Settlement/Non-Binding ADR | 4.00 | $936.00 |
| L240 | Dispositive Motions | 0.40 | $93.60 |
| | **TOTAL** | **7.20** | **$1,581.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kornberg, Bernard | BJK | Associate | 6.20 | 234.00 | $1,450.80 |
| Rommell, Clair | CHR | Paralegal | 1.00 | 130.50 | $130.50 |
| | **Total** | | **7.20** | | **$1,581.30** |

| | | FEES | $1,581.30 |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | | **$1,581.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354627    JBS                                        August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1546    Parks, Dennis
                  GMAC Matter No.: 2013-06-EZ2838

**TOTAL AMOUNT DUE**            **$2,224.95**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354627    JBS                                    August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1546    Parks, Dennis
                        GMAC Matter No.: 2013-06-EZ2838

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 07/08/13 | Study and review new complaint for handling, evaluation and defense strategy. | L210 | A104 | 0.50 | 270.00 | 135.00 |
| CHR | 07/09/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| MCK | 07/09/13 | Parks_Review of Cross-Complaint and supporting documents. | L120 | A104 | 1.50 | 234.00 | 351.00 |
| MCK | 07/16/13 | Draft initial file review. | L120 | A103 | 1.00 | 234.00 | 234.00 |
| MCK | 07/16/13 | Draft notice of BK. | L120 | A103 | 0.60 | 234.00 | 140.40 |
| MCK | 07/16/13 | Draft transmittal correspondence to cross-complainant's counsel. | L120 | A103 | 0.40 | 234.00 | 93.60 |
| MKS | 07/17/13 | Review and revise draft Notice of bankruptcy and accompanying letter. | L210 | A103 | 0.30 | 270.00 | 81.00 |
| MCK | 07/17/13 | Correspondence with client regarding notice of bankruptcy. | L120 | A106 | 0.40 | 234.00 | 93.60 |
| MCK | 07/17/13 | Revisions to notice of bankruptcy. | L120 | A103 | 0.40 | 234.00 | 93.60 |
| MCK | 07/18/13 | Correspondence with client re: revision to notice of bankruptcy and correspondence. | L120 | A106 | 0.20 | 234.00 | 46.80 |
| MCK | 07/26/13 | Correspondence with client re: filing of notice of bankruptcy. | L120 | A106 | 0.10 | 234.00 | 23.40 |
| MCK | 07/29/13 | Review Cross-Defendants' Notice of Disclaimer. | L120 | A104 | 0.10 | 234.00 | 23.40 |
| | | **TOTAL** | | | **5.80** | | **$1,354.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No.  354627 | CLIENT  RESCAP/GMAC | Page | 2 |
| | MATTER  Parks, Dennis | | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/31/13 | Clerk of the Superior Court; Court and Filing Fees; First appearance fee- GMAC & ETS Notice of Bankruptcy. Draft#30724 7/18/13 | 870.00 |
| | **TOTAL COSTS & EXPENSES** | **$870.00** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.70 | $1,099.80 |
| L140 | Document/File Management | 0.30 | $39.15 |
| L210 | Pleadings | 0.80 | $216.00 |
| | **TOTAL** | **5.80** | **$1,354.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Kelly, Megan | MCK | Special Counsel | 4.70 | 234.00 | $1,099.80 |
| Sullivan, Mary Kate | MKS | Member | 0.80 | 270.00 | $216.00 |
| | **Total** | | **5.80** | | **$1,354.95** |

| | | |
|---|---|---|
| | FEES | $1,354.95 |
| | COSTS & EXPENSES | $870.00 |
| | **TOTAL THIS INVOICE** | **$2,224.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

30724

| | DATE | CLIENT | MATTER | | PURPOSE |
|---|---|---|---|---|---|

DATE 7-18-13   CLIENT 24064   MATTER 1546

PURPOSE First Appearance Fee - GMAC + ETS Notice of Bankruptcy CV130231

CASE/CLIENT Parks v. DiModica, et al  CV130231

**(VOID 60 DAYS AFTER DATE)**

16-49
1220

PAY TO THE ORDER OF  Clerk of the Superior Court

THE SUM OF  Eight Hundred Seventy + No/100 _____ DOLLARS $ 870.00

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $1000.00.

PAYABLE THROUGH

**Union**Bank
The Private Bank
Payable at any Union Bank branch including
400 California Street, San Francisco, CA 94101
(888) 826-2669  unionbank.com

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

NON-NEGOTIABLE

BY

ONE EMBARCADERO CENTER 26th FLOOR - SAN FRANCISCO, CA 94111 - (415) 398-3344
19100 VON KARMAN, SUITE 700 - IRVINE, CA 92612 - (949) 442-7110

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     354628     JBS                                      August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1547      Bishop, Julie Marie
                     GMAC Matter No.: 2013-07-EI4649

**TOTAL AMOUNT DUE**          $3,045.15

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354628    JBS                                                 August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1547    Bishop, Julie Marie
                        GMAC Matter No.: 2013-07-EI4649

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994          07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| MKS | 07/08/13 | Study and review Default Judgment and underlying pleadings related to same and bankruptcy status. | L210 | A104 | 1.00 | 270.00 | 270.00 |
| ANB | 07/08/13 | Review Motion and Order for Sanctions, review bankruptcy docket, and provide client with recommendation. | L120 | A104 | 2.00 | 292.50 | 585.00 |
| CHR | 07/09/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| DHC | 07/11/13 | Review motion for sanctions, Bankruptcy Court docket, pleadings and schedules | L120 | A104 | 1.00 | 337.50 | 337.50 |
| DHC | 07/11/13 | Conference with Adam Barasch regarding strategy for dealing with entered order granting motion for sanctions against ETS | L120 | A105 | 0.50 | 337.50 | 168.75 |
| ANB | 07/16/13 | Communication with debtor's counsel regarding counter proposal on sanctions award, advise client, review client response and respond. | L120 | A108 | 0.50 | 292.50 | 146.25 |
| TSH | 07/16/13 | Attention to settlement agreement terms between ETS and plaintiff. | L120 | A105 | 0.10 | 225.00 | 22.50 |
| TSH | 07/17/13 | Draft Settlement and Release Agreement between ETS and Debtor, USBC San Fernando Valley case | L160 | A103 | 1.60 | 225.00 | 360.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354628 | CLIENT    RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER    Bishop, Julie Marie | | | | | | |

| | | number 12-20137. | | | | | |
|---|---|---|---|---|---|---|---|
| ANB | 07/19/13 | Review and revise settlement agreement and release. | L210 | A103 | 1.00 | 292.50 | 292.50 |
| ANB | 07/22/13 | Communication with debtor's counsel regarding settlement terms and deadline to tender settlement upon receipt of W-9. | L120 | A108 | 0.30 | 292.50 | 87.75 |
| ANB | 07/22/13 | Follow up with client regarding settlement terms, copy of settlement agreement for review along with signed W-9. | L120 | A106 | 0.30 | 292.50 | 87.75 |
| DHC | 07/23/13 | Review and revise Settlement Agreement and Release | L160 | A104 | 1.00 | 337.50 | 337.50 |
| TSH | 07/23/13 | Attention to Settlement and Release Agreement between ETS and Debtor, USBC San Fernando Valley case number 12-20137. | L160 | A105 | 0.10 | 225.00 | 22.50 |
| TSH | 07/23/13 | Communication with debtor's attorney regarding Settlement and Release Agreement between ETS and Debtor, USBC San Fernando Valley case number 12-20137. | L160 | A108 | 0.10 | 225.00 | 22.50 |
| TSH | 07/23/13 | Edit Settlement and Release Agreement between ETS and Debtor, USBC San Fernando Valley case number 12-20137. | L160 | A103 | 0.10 | 225.00 | 22.50 |
| ANB | 07/24/13 | Communication with Debtor's counsel regarding request of mutual release. | L120 | A108 | 0.20 | 292.50 | 58.50 |
| ANB | 07/24/13 | Communication to client regarding debtor requesting mutual release language. | L120 | A106 | 0.20 | 292.50 | 58.50 |
| ANB | 07/25/13 | Advise client debtor now agrees to release as originally set forth in Settlement Agreement. | L120 | A106 | 0.20 | 292.50 | 58.50 |
| TSH | 07/26/13 | Communication with debtor's attorney regarding settlement agreement. | L160 | A108 | 0.10 | 225.00 | 22.50 |
| TSH | 07/26/13 | Communication with client regarding settlement agreement. | L160 | A106 | 0.10 | 225.00 | 22.50 |
| TSH | 07/31/13 | Communication with client regarding Settlement Agreement. | L160 | A106 | 0.10 | 225.00 | 22.50 |
| | | **TOTAL** | | | **10.80** | | **$3,045.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354628 | CLIENT | RESCAP/GMAC | | Page | 3 |
| | | MATTER | Bishop, Julie Marie | | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 5.30 | $1,611.00 |
| L140 | Document/File Management | 0.30 | $39.15 |
| L160 | Settlement/Non-Binding ADR | 3.20 | $832.50 |
| L210 | Pleadings | 2.00 | $562.50 |
| | TOTAL | 10.80 | $3,045.15 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Barasch, Adam | ANB | Special Counsel | 4.70 | 292.50 | $1,374.75 |
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Cram, Donald | DHC | Member | 2.50 | 337.50 | $843.75 |
| Sullivan, Mary Kate | MKS | Member | 1.00 | 270.00 | $270.00 |
| Holmes, Toriana | TSH | Associate | 2.30 | 225.00 | $517.50 |
| | Total | | 10.80 | | $3,045.15 |

| | | | FEES | $3,045.15 |
|---|---|---|---|---|
| | | | TOTAL THIS INVOICE | $3,045.15 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354629    JBS                                            August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1548      Chapman, Mary  (Harrison)
                     GMAC Matter No.: 2013-07-EL4482

**TOTAL AMOUNT DUE**          $1,555.65

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354629    JBS                                    August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1548    Chapman, Mary (Harrison)
                        GMAC Matter No.: 2013-07-EL4482

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| CHR | 07/15/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.80 | 130.50 | 104.40 |
| KCW | 07/15/13 | Analyze complainti in preparation for drafting responsive pleading | L210 | A104 | 0.70 | 265.50 | 185.85 |
| KCW | 07/15/13 | Draft notice of bankruptcy | L210 | A103 | 0.40 | 265.50 | 106.20 |
| KCW | 07/15/13 | Analyze online records re opposing counsel re potential evidence for counsel's prior notification of bankruptcy filings | L120 | A104 | 0.30 | 265.50 | 79.65 |
| ERB | 07/16/13 | Review and revise notice of bankruptcy. | L250 | A104 | 0.30 | 279.00 | 83.70 |
| ERB | 07/16/13 | Initial review and analysis of complaint. | L120 | A104 | 1.00 | 279.00 | 279.00 |
| KCW | 07/16/13 | Draft notice of appearance | L210 | A103 | 0.30 | 265.50 | 79.65 |
| KCW | 07/16/13 | Review docket re co-defendant's filings to date | L120 | A104 | 0.30 | 265.50 | 79.65 |
| KCW | 07/16/13 | Draft reply email to client re strategy for filing notice of appearance and notice of bankruptcy | L120 | A106 | 0.30 | 265.50 | 79.65 |
| KCW | 07/16/13 | Review bankruptcy pleadings and gather exhibits for notice of bankruptcy | L210 | A103 | 0.20 | 265.50 | 53.10 |
| KCW | 07/16/13 | Draft cover letter to opposing counsel re bankruptcy stay | L120 | A103 | 0.60 | 265.50 | 159.30 |
| KCW | 07/16/13 | Edit and finalize notice of bankruptcy stay | L210 | A103 | 0.40 | 265.50 | 106.20 |
| KCW | 07/17/13 | Finalize organization of exhibits, and | L210 | A103 | 0.50 | 265.50 | 132.75 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354629 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Chapman, Mary  (Harrison) | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | edits to notice of appearance, notice of bankruptcy stay and letter to opposing counsel re stay | | | | | |
| KCW | 07/17/13 | Review client confirmation-email re notice of appearance and notice of bankruptcy stay | L210 | A106 | 0.10 | 265.50 | 26.55 |
| | | **TOTAL** | | | **6.20** | | **$1,555.65** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 2.50 | $677.25 |
| L140 | Document/File Management | 0.80 | $104.40 |
| L210 | Pleadings | 2.60 | $690.30 |
| L250 | Other Written Motions | 0.30 | $83.70 |
| | **TOTAL** | **6.20** | **$1,555.65** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.80 | 130.50 | $104.40 |
| Buell, Edward | ERB | Associate | 1.30 | 279.00 | $362.70 |
| Wendlenner, Kurt | KCW | Associate | 4.10 | 265.50 | $1,088.55 |
| | **Total** | | **6.20** | | **$1,555.65** |

| | | FEES | $1,555.65 |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | | **$1,555.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      354630      JBS                                      August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1549      CA Capital Insurance (Dowling)
                      GMAC Matter No.: 2013-07-EX3487

**TOTAL AMOUNT DUE**            **$747.45**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson *&* Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354630    JBS                                    August 7, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1549        CA Capital Insurance (Dowling)
                            GMAC Matter No.: 2013-07-EX3487

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ERB | 07/24/13 | Initial review and analysis of complaint. | L120 | A104 | 1.00 | 279.00 | 279.00 |
| ERB | 07/29/13 | Review and revise notice of bankruptcy. | L250 | A104 | 0.30 | 279.00 | 83.70 |
| LXL | 07/29/13 | Correspondence to client regarding notice of bankruptcy, cover letter and subpoena found on court docket. | L120 | A106 | 0.20 | 256.50 | 51.30 |
| LXL | 07/29/13 | Cover letter to plaintiff's counsel regarding notice of bankruptcy. | L210 | A107 | 0.40 | 256.50 | 102.60 |
| LXL | 07/29/13 | Draft and prepare notice of bankruptcy. | L210 | A103 | 0.40 | 256.50 | 102.60 |
| LXL | 07/29/13 | Research and review court's online docket. | L120 | A102 | 0.10 | 256.50 | 25.65 |
| LXL | 07/29/13 | Review and evaluate complaint. | L120 | A104 | 0.20 | 256.50 | 51.30 |
| LXL | 07/30/13 | Revise and finalize notice of bankruptcy. | L210 | A103 | 0.20 | 256.50 | 51.30 |
| | | **TOTAL** | | | **2.80** | | **$747.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 1.50 | $407.25 |
| L210 | Pleadings | 1.00 | $256.50 |
| L250 | Other Written Motions | 0.30 | $83.70 |
| | **TOTAL** | **2.80** | **$747.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 1.30 | 279.00 | $362.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354630 | CLIENT | RESCAP/GMAC | | | Page | 2 |
| | | MATTER | CA Capital Insurance (Dowling) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Ladi, Laszlo | | LXL | Associate | 1.50 | 256.50 | $384.75 |
| | | **Total** | | **2.80** | | **$747.45** |

|  |  |
|---|---|
| FEES | $747.45 |
| **TOTAL THIS INVOICE** | **$747.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     354659     JBS                                                          August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     0355     Guynes, Verta C. v. The Bank of NY Mellon
                              GMAC Matter No.: 691073

**TOTAL AMOUNT DUE**                    $548.55

***REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354659    JBS

August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  0355    Guynes, Verta C. v. The Bank of NY Mellon
GMAC Matter No.: 691073

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 07/01/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 07/22/13 | Draft correspondence to client regarding status of the case and pending hearing in light of client's bankruptcy | L190 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 07/22/13 | Draft notice of the Court's order to show cause hearing regarding status of GMAC Mortgage's bankruptcy | L210 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 07/22/13 | Attend the Court's order to show cause regarding status of bankruptcy case hearing | L450 | A109 | 1.60 | 238.50 | 381.60 |
| | | **TOTAL** | | | **2.30** | | **$548.55** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.40 | $95.40 |
| L210 | Pleadings | 0.30 | $71.55 |
| L450 | Trial and Hearing Attendance | 1.60 | $381.60 |
| | **TOTAL** | **2.30** | **$548.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Shaham, Yaron | YS | Special Counsel | 2.30 | 238.50 | $548.55 |
| | Total | | 2.30 | | $548.55 |

| PRIOR FEES | $751.05 |
|------------|---------|
| PRIOR COSTS & EXPENSES | $108.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.    354659 | CLIENT    RESCAP/GMAC | Page    2 |
|---|---|---|
| | MATTER    Guynes, Verta C. | |

| | | |
|---|---|---|
| FEES | | $548.55 |
| **TOTAL THIS INVOICE** | | **$548.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     354660     JBS                                              August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064     RESCAP/GMAC
MATTER      0683      Burnett (Daniels)
                      GMAC Matter No.: 706245

**TOTAL AMOUNT DUE**          $1,384.96

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354660    JBS                                    August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0683    Burnett (Daniels)
                        GMAC Matter No.: 706245

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 07/01/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 07/03/13 | Telephone conference with the title insurer's proposed counsel regarding status of the title claim and the subject case | L190 | A108 | 0.30 | 238.50 | 71.55 |
| DL | 07/10/13 | Analyze letter from title company accepting coverage. | L110 | A104 | 0.30 | 288.00 | 86.40 |
| DL | 07/16/13 | Prepare correspondence to client re status of settlement and title company accepting title claim. | L110 | A106 | 0.30 | 288.00 | 86.40 |
| DL | 07/24/13 | Exchange correspondence with title counsel re trial preparation and settlement. | L110 | A107 | 0.40 | 288.00 | 115.20 |
| DL | 07/24/13 | Analyze file and discovery and prepare trial outline for trial preparation. | L400 | A104 | 2.40 | 288.00 | 691.20 |
| DL | 07/25/13 | Further review depositions and prepare trial outline re same. | L400 | A104 | 0.70 | 288.00 | 201.60 |
| DL | 07/30/13 | Exchange correspondence with parties re settlement and continuance of trial date. | L160 | A107 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | | **4.80** | | **$1,362.60** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 07/08/13 | Cardmember Service /Chase (Acct 7297); Data Search; 3910 Walton Ave, Los Angeles, CA, 90037, Los Angeles 06/05/13 | 8.56 |
| 07/15/13 | NORCO Delivery Services; Messenger; First American Title Insurance, Santa Ana, Ca. | 13.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354660 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Burnett (Daniels) | | |

6/17/13

**TOTAL COSTS & EXPENSES**                         **$22.36**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 1.00 | $288.00 |
| L160 | Settlement/Non-Binding ADR | 0.30 | $86.40 |
| L190 | Other Case Assessment | 0.40 | $95.40 |
| L400 | NOT A VALID TASK CODE | 3.10 | $892.80 |
| | **TOTAL** | **4.80** | **$1,362.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 4.40 | 288.00 | $1,267.20 |
| Shaham, Yaron | YS | Special Counsel | 0.40 | 238.50 | $95.40 |
| | **Total** | | **4.80** | | **$1,362.60** |

PRIOR FEES                         $2,378.70
PRIOR COSTS & EXPENSES                         $1,019.40

| | | |
|---|---|---|
| FEES | $1,362.60 |
| COSTS & EXPENSES | $22.36 |
| **TOTAL THIS INVOICE** | **$1,384.96** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     354661     JBS                                                    August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER    1074      Smith, Tia
                          GMAC Matter No.:  719188

**TOTAL AMOUNT DUE**                    **$201.60**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354661    JBS                                   August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1074    Smith, Tia
GMAC Matter No.:  719188

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 07/09/13 | Prepare case update re status of litigation. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| DL | 07/09/13 | Analyze Cal-Western's notice of bankruptcy. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 07/12/13 | Analyze Aurora's demurrer to third amended complaint. | L430 | A104 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | | **0.70** | | **$201.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.40 | $115.20 |
| L430 | Written Motions/Submissions | 0.30 | $86.40 |
| | **TOTAL** | **0.70** | **$201.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.70 | 288.00 | $201.60 |
| | **Total** | | **0.70** | | **$201.60** |

PRIOR FEES                          $1,347.30
PRIOR COSTS & EXPENSES              $127.95

FEES                               $201.60
**TOTAL THIS INVOICE**             **$201.60**
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354661 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Smith, Tia | | |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      354662      JBS                                    August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1101      Yuasa, Sherri
                          GMAC Matter No.: 720122

**TOTAL AMOUNT DUE**              **$432.00**

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354662    JBS                                                August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1101    Yuasa, Sherri
            GMAC Matter No.: 720122

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| KWF | 07/17/13 | Prepare for hearing on bankruptcy status conference. | L120 | A101 | 0.40 | 270.00 | 108.00 |
| KWF | 07/18/13 | Prepare email to L. Delehey re: hearing results from status conference. | L120 | A106 | 0.20 | 270.00 | 54.00 |
| KWF | 07/18/13 | Appear at status conference. | L120 | A109 | 1.00 | 270.00 | 270.00 |
| | | **TOTAL** | | | **1.60** | | **$432.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 1.60 | $432.00 |
| **TOTAL** | **1.60** | **$432.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 1.60 | 270.00 | $432.00 |
| **Total** | | | **1.60** | | **$432.00** |

|  | FEES | $432.00 |
|--|------|---------|
| **TOTAL THIS INVOICE** | | **$432.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      354663      JBS                                    August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1270       Lawrence, Marilyn
                       GMAC Matter No.: 725451

**TOTAL AMOUNT DUE**            **$1,689.12**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   354663   JBS                                          August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 1270   Lawrence, Marilyn
                      GMAC Matter No.: 725451

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 06/03/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 06/12/13 | Receipt, review and analysis of plaintiff's request to enter default | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 06/12/13 | Review and analysis of plaintiff's response to the Court's order to show cause regarding dismissal of the case for lack of prosecution | L120 | A104 | 0.20 | 238.50 | 47.70 |
| YS | 06/17/13 | Receipt, review and analysis of the Court's denial of plaintiff's request for client's default | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 07/01/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 07/23/13 | Draft I. Peterson's notice of motion, motion to dismiss, and memorandum of points and authorities in support of motion to dismiss plaintiff's first amended complaint | L210 | A103 | 3.80 | 238.50 | 906.30 |
| YS | 07/23/13 | Draft I. Peterson's request for judicial notice in support of motion to dismiss plaintiff's first amended complaint | L210 | A103 | 0.60 | 238.50 | 143.10 |
| YS | 07/23/13 | Draft defendant Ileanna Peterson's proposed order on the motion to dismiss plaintiff's first amended complaint | L210 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 07/23/13 | Draft correspondence to plaintiff regarding ETS Services' bankruptcy and the affect of the automatic stay in response to plaintiff's first amended complaint | L190 | A103 | 0.60 | 238.50 | 143.10 |
| YS | 07/23/13 | Draft notice of ETS Services' bankruptcy and the affect of the automatic stay in response to plaintiff's | L210 | A103 | 0.80 | 238.50 | 190.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354663 | CLIENT RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER  Lawrence, Marilyn | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | first amended complaint | | | | | |
| YS | 07/23/13 | Review and analysis of the Court's order requiring clients to file a response to plaintiff's first amended complaint | L120 | A104 | 0.20 | 238.50 | 47.70 |
| YS | 07/26/13 | Receipt, review and analysis of the Court's minute order in response to ETS Services' notice of bankruptcy filing | L120 | A103 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **7.00** | | **$1,669.50** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/15/13 | NORCO Delivery Services; Court Services; US District Court Central, Los Angeles, Ca. 5/29/13 | 13.62 |
| 07/19/13 | Pacer Service Center; Data Search; Customer no. SW0817. 04/01/13-06/30/13 | 3.10 |
| 07/19/13 | Pacer Service Center; Data Search; Customer no. SW0817. 04/01/13-06/30/13 | 1.50 |
| 07/22/13 | Pacer Service Center; Data Search; Account No. SW0122 04/01/13- 06/30/13 | 1.40 |
| | **TOTAL COSTS & EXPENSES** | **$19.62** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $166.95 |
| L190 | Other Case Assessment | 0.80 | $190.80 |
| L210 | Pleadings | 5.50 | $1,311.75 |
| | **TOTAL** | **7.00** | **$1,669.50** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 7.00 | 238.50 | $1,669.50 |
| | Total | | 7.00 | | $1,669.50 |

PRIOR FEES                          $593.55

| | |
|---|---|
| FEES | $1,669.50 |
| COSTS & EXPENSES | $19.62 |
| **TOTAL THIS INVOICE** | **$1,689.12** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354664    JBS                                              August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1271    Anyanwu, Charity
                  GMAC Matter No.: 728855

**TOTAL AMOUNT DUE**              **$1,036.80**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354664    JBS                                    August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1271    Anyanwu, Charity
                        GMAC Matter No.: 728855

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| DL | 07/15/13 | Analyze plaintiff's motion for relief from bankruptcy stay. | L110 | A104 | 0.40 | 288.00 | 115.20 |
| DL | 07/16/13 | Attend status conference and advise client of results of same. | L230 | A109 | 2.30 | 288.00 | 662.40 |
| DL | 07/17/13 | Prepare and exchange correspondence with client re filing and opposing plaintiff's motion for relief from stay. | L110 | A106 | 0.30 | 288.00 | 86.40 |
| DL | 07/23/13 | Analyze letter and substitution of attorney from new counsel. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 07/24/13 | Prepare correspondence to client re filing of substitution of attorney and status of motion for relief from automatic stay. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| DL | 07/25/13 | Analyze notice of case reassignment and advise client of same. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | | **3.60** | | **$1,036.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 1.30 | $374.40 |
| L230 | Court Mandated Conferences | 2.30 | $662.40 |
| | **TOTAL** | **3.60** | **$1,036.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Liu, David | DL | Associate | 3.60 | 288.00 | $1,036.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354664 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Anyanwu, Charity | | | |

| | Total | | 3.60 | $1,036.80 |
|---|---|---|---|---|

PRIOR FEES                          $3,513.60
PRIOR COSTS & EXPENSES         $127.95

|  |  |
|---|---|
| FEES | $1,036.80 |
| **TOTAL THIS INVOICE** | **$1,036.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      354665      JBS                                          August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER     1333       Tikhonov, Albina (3)
                              GMAC Matter No.: 737481

**TOTAL AMOUNT DUE**            $381.60

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354665    JBS                                    August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1333    Tikhonov, Albina (3)
                        GMAC Matter No.: 737481

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| YS | 07/02/13 | Draft notice of continued hearings on the demurrer, motion to compel, and case management conference hearing | L210 | A103 | 0.40 | 238.50 | 95.40 |
| YS | 07/02/13 | Review of court docket, case file, and pleadings to determine case status and client defenses and remedies | L120 | A104 | 0.90 | 238.50 | 214.65 |
| YS | 07/19/13 | Draft correspondence to client regarding status of the case, pending hearings, and continuing with client's defense in the case | L190 | A103 | 0.30 | 238.50 | 71.55 |
| | | **TOTAL** | | | **1.60** | | **$381.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.90 | $214.65 |
| L190 | Other Case Assessment | 0.30 | $71.55 |
| L210 | Pleadings | 0.40 | $95.40 |
| | **TOTAL** | **1.60** | **$381.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Shaham, Yaron | YS | Special Counsel | 1.60 | 238.50 | $381.60 |
| | Total | | 1.60 | | $381.60 |

PRIOR FEES                      $4,124.70
PRIOR COSTS & EXPENSES          $66.20

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    354665 | CLIENT | RESCAP/GMAC | Page | 2 |
| | MATTER | Tikhonov, Albina (3) | | |

|  |  |
|---|---|
| FEES | $381.60 |
| **TOTAL THIS INVOICE** | **$381.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354666    JBS                                   August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1337 | Pichardo, Julio |
| | | GMAC Matter No.: 730487 |

**TOTAL AMOUNT DUE**          $729.95

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354666    JBS                                August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha l. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1337    Pichardo, Julio
                       GMAC Matter No.: 730487

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 06/03/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 07/01/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 07/15/13 | Draft notice of the Court's bankruptcy status hearing | L210 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 07/15/13 | Attend the Court's bankruptcy status hearing and determine how to proceed with client's defense | L450 | A109 | 1.50 | 238.50 | 357.75 |
| YS | 07/18/13 | Receipt, review and analysis of the plaintiff's substitution of attorney form | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 07/24/13 | Telephone conference with plaintiff regarding the automatic stay, possible loan modification, and status of the litigation | L190 | A108 | 0.30 | 238.50 | 71.55 |
| YS | 07/29/13 | Telephone conference with plaintiff regarding his request for documents from client | L190 | A108 | 0.20 | 238.50 | 47.70 |
| YS | 07/29/13 | Receipt, review and analysis of correspondence from plaintiff regarding his request for relief from the bankruptcy court | L120 | A104 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **2.70** | | **$643.95** |

## COSTS & EXPENSES

07/16/13    CourtCall, LLC; CourtCall - Conference                        86.00
            Service; 07/15/13

**TOTAL COSTS & EXPENSES**                          **$86.00**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  354666 | CLIENT   RESCAP/GMAC | | | Page | 2 |
| | MATTER   Pichardo, Julio | | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.20 | $47.70 | | |
| L190 | Other Case Assessment | 0.70 | $166.95 | | |
| L210 | Pleadings | 0.30 | $71.55 | | |
| L450 | Trial and Hearing Attendance | 1.50 | $357.75 | | |
| | **TOTAL** | **2.70** | **$643.95** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Shaham, Yaron | YS | Special Counsel | 2.70 | 238.50 | $643.95 |
| | Total | | 2.70 | | $643.95 |

| | | |
|---|---|---|
| | FEES | $643.95 |
| | COSTS & EXPENSES | $86.00 |
| | **TOTAL THIS INVOICE** | **$729.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354667    JBS                                                        August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER    1392      Franzen, John and Jacqueline
                    GMAC Billing No.: 733064


**TOTAL AMOUNT DUE**              **$610.78**


## *** REMITTANCE COPY ***
*Please include this page with payment.*


Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354667    JBS                                    August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1392    Franzen, John and Jacqueline
                        GMAC Billing No.: 733064

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 06/12/13 | Analyze results of status conference and advise client of dismissal of action without prejudice. | L110 | A106 | 0.30 | 288.00 | 86.40 |
| ALM | 06/12/13 | Appear at Case Management Conference. | L230 | | 0.70 | 256.50 | 179.55 |
| DL | 07/10/13 | Exchange correspondence with client re status of court-entered dismissal of matter. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| DL | 07/11/13 | Exchange correspondence with client to close file. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | | **1.40** | | **$381.15** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 06/12/13 | CourtCall, LLC; CourtCall - Conference Service; 06/12/13 | 78.00 |
| 06/26/13 | One Legal, Inc.; Transmittal of filing to court; CMS 05/31/13 | 49.95 |
| 06/27/13 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of BK 06/06/13 | 49.95 |
| 07/24/13 | DDS Legal Support Systems; Court Services; LASC- South Long Beach, Ca. Advanced ck. $1.00 7/10/13 | 51.73 |

**TOTAL COSTS & EXPENSES**                     **$229.63**

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354667    CLIENT    RESCAP/GMAC                                    Page        2
                        MATTER    Franzen, John & Jacqueline

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 0.70 | $201.60 | | | |
| L230 | Court Mandated Conferences | 0.70 | $179.55 | | | |
| | **TOTAL** | **1.40** | **$381.15** | | | |
| **Timekeeper** | | **Position** | | **Hours** | **Rate** | **Value** |
| Minegar, Andrew L. | ALM | Associate | | 0.70 | 256.50 | $179.55 |
| Liu, David | DL | Associate | | 0.70 | 288.00 | $201.60 |
| | **Total** | | | **1.40** | | **$381.15** |

PRIOR FEES                                    $720.00
PRIOR COSTS & EXPENSES                    $127.95


|  |  |
|---|---|
| FEES | $381.15 |
| COSTS & EXPENSES | $229.63 |
| **TOTAL THIS INVOICE** | **$610.78** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     354668     JBS                                    August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1500     Darby, Leanetha
                    GMAC Matter No.: 2013-05-EJ4940

**TOTAL AMOUNT DUE**          **$363.60**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354668    JBS                                    August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1500    Darby, Leanetha
GMAC Matter No.: 2013-05-EJ4940

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| SMH | 07/02/13 | Brief review of objection to NOB. | L120 | A104 | 0.20 | 333.00 | 66.60 |
| DL | 07/09/13 | Analyze plaintiff's case management statement. | L110 | A104 | 0.10 | 288.00 | 28.80 |
| DL | 07/10/13 | Analyze plaintiff's objection to notice of bankruptcy stay. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| SMH | 07/17/13 | Review and evaluate D. Booth email re objection to NOB, course of action. | L120 | A103 | 0.20 | 333.00 | 66.60 |
| DL | 07/17/13 | Prepare correspondence to client re plaintiff's motion for relief from automatic stay and strategy re responding to same. | L110 | A106 | 0.30 | 288.00 | 86.40 |
| DL | 07/18/13 | Exchange correspondence with plaintiff re filing motion for relief from stay in bankruptcy court. | L110 | A107 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | | **1.20** | | **$363.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.80 | $230.40 |
| L120 | Analysis/Strategy | 0.40 | $133.20 |
| | **TOTAL** | **1.20** | **$363.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Liu, David | DL | Associate | 0.80 | 288.00 | $230.40 |
| Hankins, Suzanne | SMH | Member | 0.40 | 333.00 | $133.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354668 | CLIENT | RESCAP/GMAC | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | Darby, Leanetha | | |

| | | | |
| --- | --- | --- | --- |
| **Total** | | 1.20 | $363.60 |

PRIOR FEES                          $1,625.40
PRIOR COSTS & EXPENSES        $89.93

| | |
| --- | --- |
| FEES | $363.60 |
| **TOTAL THIS INVOICE** | $363.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354669    JBS                                      August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1507 | Patterson, Trina |
| | | GMAC Matter No.: 2013-05-EM7877 |

**TOTAL AMOUNT DUE**                    **$400.35**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354669    JBS                                    August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  1507    Patterson, Trina
GMAC Matter No.: 2013-05-EM7877

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MJE | 07/10/13 | Review of scheduling order and phone call with Court clerk re setting same | L230 | A108 | 0.30 | 279.00 | 83.70 |
| MJE | 07/12/13 | Prepare for and attend Status Conference via Court Call, email to D. Booth updating same | L230 | A109 | 1.00 | 279.00 | 279.00 |
| | | **TOTAL** | | | **1.30** | | **$362.70** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/19/13 | One Legal, Inc.; Transmittal of filing to court; Proposed Order, Opposition, Notice of Motion, General/Other,..05/29/13 | 22.95 |
| 07/22/13 | Pacer Service Center; Data Search; Account No. SW0122 04/01/13- 06/30/13 | 14.70 |

**TOTAL COSTS & EXPENSES**                    **$37.65**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L230 | Court Mandated Conferences | 1.30 | $362.70 |
| | **TOTAL** | **1.30** | **$362.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|-----------|---|----------|-------|------|-------|
| Esposito, Matthew | MJE | Associate | 1.30 | 279.00 | $362.70 |
| | **Total** | | **1.30** | | **$362.70** |

| | |
|---|---|
| PRIOR FEES | $5,721.30 |
| PRIOR COSTS & EXPENSES | $60.18 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  354669 | CLIENT    RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|
| | MATTER   Patterson, Trina | | | |

| | FEES | $362.70 |
|---|---|---|
| | COSTS & EXPENSES | $37.65 |
| | **TOTAL THIS INVOICE** | **$400.35** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      354670      JBS                                      August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1511      Constable, Brian and Christina
GMAC Matter No.: 2013-05-EP4273

**TOTAL AMOUNT DUE**              **$666.90**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354670    JBS                                     August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1511    Constable, Brian and Christina
GMAC Matter No.: 2013-05-EP4273

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| KSM | 07/23/13 | Prepared email to Ms. Sprecken and Ms. Priore regarding outcome of small claims trial. | L120 | A106 | 0.10 | 256.50 | 25.65 |
| KSM | 07/23/13 | Traveled to and from small claims trial. | L120 | A109 | 1.50 | 256.50 | 384.75 |
| KSM | 07/23/13 | Attended small claims trial to argue to stay the case due to pending bankruptcy. | L120 | A109 | 1.00 | 256.50 | 256.50 |
| | | **TOTAL** | | | **2.60** | | **$666.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|---|-------|--------|---|---|---|
| L120    Analysis/Strategy | | 2.60 | $666.90 | | | |
| **TOTAL** | | **2.60** | **$666.90** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Miller, Kenneth S. | KSM | Associate | 2.60 | 256.50 | $666.90 |
| | **Total** | | **2.60** | | **$666.90** |

PRIOR FEES                    $2,149.20
PRIOR COSTS & EXPENSES          $6.25

FEES                    $666.90
**TOTAL THIS INVOICE**    **$666.90**
Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354670    CLIENT    RESCAP/GMAC                                Page        2
                        MATTER    Constable, Brian & Christina

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      354671      JBS                                      August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1535      Kasper, John
                     GMAC Matter No.: 2013-06-EJ7648

**TOTAL AMOUNT DUE**                    **$539.10**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354671    JBS                                  August 8, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1535    Kasper, John
GMAC Matter No.: 2013-06-EJ7648

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| CHR | 06/13/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| RJG | 06/13/13 | Correspondence with our client to advise regarding preliminary case investigation and notice of bankruptcy issues. | L120 | A106 | 0.30 | 274.50 | 82.35 |
| RJG | 06/13/13 | Analysis of complaint and pending case issues and attention to preliminary case investigation. | L120 | A104 | 0.40 | 274.50 | 109.80 |
| KSM | 06/14/13 | Prepared notice of bankruptcy and letter to Plaintiff's counsel regarding notice of bankruptcy. | L240 | A103 | 1.20 | 256.50 | 307.80 |
| | | **TOTAL** | | | **2.20** | | **$539.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $192.15 |
| L140 | Document/File Management | 0.30 | $39.15 |
| L240 | Dispositive Motions | 1.20 | $307.80 |
| | **TOTAL** | **2.20** | **$539.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   354671 | CLIENT | RESCAP/GMAC | | | Page | 2 |
| | MATTER | Kasper, John | | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Miller, Kenneth S. | KSM | Associate | 1.20 | 256.50 | $307.80 |
| Gandy, Robert | RJG | Special Counsel | 0.70 | 274.50 | $192.15 |
| | Total | | 2.20 | | $539.10 |

|  |  |  |
|---|---|---|
| | FEES | $539.10 |
| TOTAL THIS INVOICE | | $539.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      354877        JBS                                                    August 13, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER    9997        ResCap Bankruptcy Issues
                              GMAC Matter No.: 733619

**TOTAL AMOUNT DUE**              **$3,988.83**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354877    JBS                                    August 13, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 9997    ResCap Bankruptcy Issues
                        GMAC Matter No.: 733619

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DHC | 07/03/13 | Drafting of Monthly Statement for May 1- May 31 | L120 | A103 | 1.00 | 337.50 | 337.50 |
| DHC | 07/03/13 | Drafting of cover letter regarding Monthly Statement to Noticed Parties | L120 | A103 | 1.00 | 337.50 | 337.50 |
| DHC | 07/08/13 | Review Notice of Deadline to file Interim Fee Application for time period of 1/1/13 through 4/30/13 | L120 | A104 | 0.30 | 337.50 | 101.25 |
| DHC | 07/09/13 | Correspondence with debtor's counsel regarding deadline for 3rd interim fee application and guidelines from Court | L120 | A108 | 0.30 | 337.50 | 101.25 |
| DHC | 07/15/13 | Conference with Elizabeth Martin regarding Exhibits in Support of Third Interim Fee Application | L120 | A105 | 1.00 | 337.50 | 337.50 |
| DHC | 07/15/13 | Drafting of Exhibits in support of Third Interim Fee Application | L250 | A103 | 1.50 | 337.50 | 506.25 |
| DHC | 07/15/13 | Drafting of Summary of Third Interim Fee Application | L250 | A103 | 1.50 | 337.50 | 506.25 |
| DHC | 07/15/13 | Drafting of Third Interim Fee Application | L250 | A103 | 2.50 | 337.50 | 843.75 |
| DHC | 07/24/13 | Review Notice of Hearing on 3rd Interim Fee Application | L210 | A104 | 0.30 | 337.50 | 101.25 |
| DHC | 07/31/13 | Review and revise Exhibits in support of Third Interim Fee Application | L210 | A104 | 2.00 | 337.50 | 675.00 |
| | | **TOTAL** | | | **11.40** | | **$3,847.50** |

## COSTS & EXPENSES

07/05/13  Golden State Legal Copy; Outside Copies;                                    141.33
          Dosc: GMAC June Invoices Scanning /

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   354877    CLIENT    RESCAP/GMAC                                      Page        2
                        MATTER    ResCap Bankruptcy Issues

---

Imaging..etc. 06/28/13
**TOTAL COSTS & EXPENSES**                                        **$141.33**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 3.60 | $1,215.00 |
| L210 | Pleadings | 2.30 | $776.25 |
| L250 | Other Written Motions | 5.50 | $1,856.25 |
| | **TOTAL** | **11.40** | **$3,847.50** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 11.40 | 337.50 | $3,847.50 |
| | **Total** | | **11.40** | | **$3,847.50** |

PRIOR FEES                                     $14,719.50
PRIOR COSTS & EXPENSES                $3,184.53

|  |  |
|---|---|
| FEES | $3,847.50 |
| COSTS & EXPENSES | $141.33 |
| **TOTAL THIS INVOICE** | **$3,988.83** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

**...en State LEGAL**

Your Trusted Source for Litigation Support!

| Date | Invoice # |
|------|-----------|
| 6/28/2013 | 40630 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

**Bill To:**

Severson & Werson
Attn: Accounts Payable
One Embarcadero Ctr, Suite 2600
San Francisco, CA 94111

| Billing # | Contact |
|-----------|---------|
| GMAC | Joe Pongassam |

| QTY | Description  24064 9997 | Rate | Amount |
|-----|-------------|------|--------|
| | Desc.: GMAC June Invoices | | |
| | Follow Detailed Special Instructions | | |
| | ***SCAN/ CODE*** | | |
| 124 | Scanning/Imaging | 0.15 | 18.60 |
| 38 | Coding per File Name | 0.65 | 24.70 |
| 3 | Master CDs for GMAC June Invoices: | 15.00 | 45.00 |
| | (1) CD: One Multi-Page PDF | | |
| | (2) CDs: Multi-Page PDF per Invoice | | |
| 3 | Custom CD Labels | 0.45 | 1.35T |
| 3 | CD/DVD Jewel Case | 0.60 | 1.80T |
| | | | |
| | ***FIVE BLOWBACK SETS*** | | |
| 620 | Black & White Printing | 0.08 | 49.60 |
| | | | |
| | Due: Friday | 06/28/2013 | 9AM | | |
| | | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

*OK to pay*

*Joe -R*

| | Sales Tax (8.5%) | $0.28 |
|--|------------------|-------|

| **Received By:** | **Total** | **$141.33** |

TERMS: This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice, Golden State Legal Copy shall be entitled to reasonable attorney's fees and costs incurred.

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354879    JBS                                    August 13, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1504     Dover Investments (Armstead Smith)
                   GMAC Matter No.: 2013-05-EN1953

**TOTAL AMOUNT DUE**          $1,524.60

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354879    JBS                                    August 13, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1504    Dover Investments (Armstead Smith)
                        GMAC Matter No.: 2013-05-EN1953

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 04/05/13 | Study and review new complaint and assess for handling and defense strategy including filing of Notice of Bankruptcy. | L210 | A104 | 0.80 | 270.00 | 216.00 |
| JBS | 04/06/13 | Analysis and evaluation of impact of bankruptcy on life estate | L120 | A104 | 0.30 | 427.50 | 128.25 |
| CHR | 04/08/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| MCK | 04/11/13 | Review correspondence re: strategy. | L120 | A104 | 0.20 | 234.00 | 46.80 |
| MCK | 04/12/13 | Review complaint and prepare notice of bankruptcy stay. | L120 | A104 | 1.00 | 234.00 | 234.00 |
| MKS | 04/17/13 | Review and revise draft Notice of Bankruptcy and Effect of Stay. | L210 | A103 | 0.30 | 270.00 | 81.00 |
| MCK | 04/17/13 | Continued drafting of notices of stay and correspondence to client re: initial file review. | L210 | A103 | 1.50 | 234.00 | 351.00 |
| MCK | 04/18/13 | Correspondence with client re: strategy. | L120 | A106 | 0.10 | 234.00 | 23.40 |
| MCK | 04/19/13 | Correspondence to client re: transmittal correspondence. | L120 | A106 | 0.10 | 234.00 | 23.40 |
| MCK | 04/22/13 | Correspondence from opposing counsel regarding notice of bankruptcy proceedings and suggestion of stay. | L120 | A108 | 0.20 | 234.00 | 46.80 |
| MCK | 04/23/13 | Correspondence with client and opposing counsel regarding confirmation of debtor status. | L120 | A108 | 0.70 | 234.00 | 163.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354879 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Dover Investments (Armstead | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MCK | 04/24/13 | Correspondence with client re: conformed copy of notice. | L120 | A106 | 0.10 | 234.00 | | | 23.40 |
| MCK | 05/01/13 | Correspondence with client re: dismissal. | L120 | A106 | 0.30 | 234.00 | | | 70.20 |
| MKS | 05/05/13 | Provide status update to client including litigation developments, upcoming events, upcoming deadlines and strategy decisions. | L120 | A106 | 0.20 | 270.00 | | | 54.00 |
| MCK | 06/21/13 | Correspondence regarding file closure. | L120 | A108 | 0.10 | 234.00 | | | 23.40 |
| | | **TOTAL** | | | **6.20** | | | | **$1,524.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 3.30 | $837.45 | | | |
| L140 | Document/File Management | 0.30 | $39.15 | | | |
| L210 | Pleadings | 2.60 | $648.00 | | | |
| | **TOTAL** | **6.20** | **$1,524.60** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Kelly, Megan | MCK | Special Counsel | 4.30 | 234.00 | $1,006.20 |
| Sullivan, Mary Kate | MKS | Member | 1.30 | 270.00 | $351.00 |
| | **Total** | | **6.20** | | **$1,524.60** |

| | | FEES | $1,524.60 |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | | **$1,524.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354880    JBS                                    August 13, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1517    Young, Danielle and Richard
                  GMAC Matter No.: 2013-05-EP6793

**TOTAL AMOUNT DUE**            $467.10

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354880    JBS                                         August 13, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1517    Young, Danielle and Richard
                        GMAC Matter No.: 2013-05-EP6793

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| CHR | 05/03/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.40 | 130.50 | 52.20 |
| CHR | 05/06/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.40 | 130.50 | 52.20 |
| ERB | 05/06/13 | Initial review and analysis of complaint. | L120 | A104 | 1.00 | 279.00 | 279.00 |
| ERB | 07/17/13 | Communications with client re amended complaint and amending notice of bankruptcy. | L120 | A106 | 0.30 | 279.00 | 83.70 |
| | | **TOTAL** | | | **2.10** | | **$467.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.30 | $362.70 |
| L140 | Document/File Management | 0.80 | $104.40 |
| | **TOTAL** | **2.10** | **$467.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354880    CLIENT    RESCAP/GMAC                           Page        2
                        MATTER    Young, Danielle & Richard

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.80 | 130.50 | $104.40 |
| Buell, Edward | ERB | Associate | 1.30 | 279.00 | $362.70 |
| | **Total** | | **2.10** | | **$467.10** |

|  |  |
|---|---|
| FEES | $467.10 |
| **TOTAL THIS INVOICE** | **$467.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement