# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

September 12, 2013

Invoice No.    356884    JBS

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0439    Israel, Alan
                    GMAC Matter No.: 700241

**TOTAL AMOUNT DUE**        **$898.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    356884    JBS                                September 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0439    Israel, Alan
                        GMAC Matter No.: 700241

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MCK | 08/01/13 | Review of file in preparation for upcoming case management conference. | L120 | A104 | 0.50 | 234.00 | 117.00 |
| MCK | 08/01/13 | Draft case management conference statement. | L230 | A103 | 0.30 | 234.00 | 70.20 |
| MCK | 08/12/13 | Review file and prepare summary for bankruptcy status conference coverage. | L230 | A101 | 0.40 | 234.00 | 93.60 |
| NSR | 08/15/13 | Draft memorandum regarding the bankruptcy status conference | L230 | A103 | 0.30 | 238.50 | 71.55 |
| NSR | 08/15/13 | Prepare to attend case management conference and Bankruptcy Status Conference | L230 | A101 | 0.30 | 238.50 | 71.55 |
| NSR | 08/15/13 | Attend case management conference and bankruptcy status hearing | L230 | A109 | 1.40 | 238.50 | 333.90 |
| MCK | 08/26/13 | Review Court's case management order. | L230 | A104 | 0.10 | 234.00 | 23.40 |
| MCK | 08/28/13 | Review file in response to client request for information. | L120 | A104 | 0.30 | 234.00 | 70.20 |
| MCK | 08/28/13 | Research in response to client request for pleadings information. | L120 | A102 | 0.20 | 234.00 | 46.80 |
| | | **TOTAL** | | | **3.80** | | **$898.20** |

**COSTS & EXPENSES**

**BILLING SUMMARY**

| Task Code and Description | Hours | Amount |
|---------------------------|-------|--------|
| L120    Analysis/Strategy | 1.00 | $234.00 |
| L230    Court Mandated Conferences | 2.80 | $664.20 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

&*Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    356884      CLIENT    RESCAP/GMAC                    Page        2
                           MATTER    Israel, Alan

| | | TOTAL | 3.80 | **$898.20** | | | |
|---|---|---|---|---|---|---|---|
| **Timekeeper** | | | **Position** | | **Hours** | **Rate** | **Value** |
| Kelly, Megan | MCK | | Special Counsel | | 1.80 | 234.00 | $421.20 |
| Riedman, Natilee | NSR | | Associate | | 2.00 | 238.50 | $477.00 |
| | | **Total** | | | **3.80** | | **$898.20** |

PRIOR FEES                           $2,358.90
PRIOR COSTS & EXPENSES                  $49.95


                                          FEES        $898.20
                           **TOTAL THIS INVOICE**     **$898.20**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

September 12, 2013

Invoice No.    356885    JBS

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0588    Inoue, Hitoshi and Wakana
GMAC Matter No.: 703325
Time and expenses must be split between Ally and Rescap

**TOTAL AMOUNT DUE**        **$21,906.87**

# *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     356885     JBS

September 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 0588     Inoue, Hitoshi and Wakana
GMAC Matter No.: 703325
Time and expenses must be split between Ally and Rescap

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| RSS | 08/01/13 | Review transcript of M. Ravelo deposition. | L330 | A104 | 1.10 | 288.00 | 316.80 |
| RSS | 08/02/13 | Review and respond to case correspondence. | L120 | A103 | 0.20 | 288.00 | 57.60 |
| MKS | 08/12/13 | Attention to status of employment corporate witness for ETS and telephone call with client re: same. | L410 | A104 | 0.20 | 270.00 | 54.00 |
| RSS | 08/12/13 | Confer with K. Priore, M. Ravelo, and M. Sullivan regarding trial availability of witness and preparations regarding same. | L410 | A108 | 0.80 | 288.00 | 230.40 |
| RSS | 08/13/13 | Reveiew notification message regarding ex parte appliction to shorten time on motion to compel and update M. Sullivan regarding same. | L250 | A101 | 0.20 | 288.00 | 57.60 |
| MKS | 08/14/13 | Attention to receipt of notice for ex parte application for order shortening time and for sanctions and strategy re: response to same. | L250 | A104 | 0.30 | 270.00 | 81.00 |
| MKS | 08/14/13 | Review and revise draft opposition to ex parte application for order shortening time and for sanctions. | L250 | A103 | 0.40 | 270.00 | 108.00 |
| RSS | 08/14/13 | Draft, revise, finalize and file opposition to ex parte application for order shortening time on motion to compel. | L250 | A103 | 2.30 | 288.00 | 662.40 |
| RSS | 08/14/13 | Draft declaration in support of opposition to ex parte application. | L250 | A103 | 0.40 | 288.00 | 115.20 |
| RSS | 08/14/13 | Confer with co-defendant's counsel | L250 | A108 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# *ORRICK*

## *&Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 356885 | | CLIENT | RESCAP/GMAC | | | | Page | 2 |
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | |

| | | regarding ex parte hearing and outcome. | | | | | |
|------|----------|-------------------------------------------------|------|------|------|--------|--------|
| RSS | 08/14/13 | Review and analyze pre-trial hearing transcript and other materials to prepare for continuation of trial. | L440 | A104 | 1.20 | 288.00 | 345.60 |
| MKS | 08/15/13 | Study and review trial subpoenas served on S&W by co-defendant and strategy re: response to same. | L410 | A104 | 0.30 | 270.00 | 81.00 |
| RSS | 08/15/13 | Review and analyze motion to compel production of documents, to respond to any arguments on this topic by plaintiff at resumed trial. | L250 | A104 | 0.90 | 288.00 | 259.20 |
| RSS | 08/16/13 | Review and analyze case materials to prepare for continuation of trial. | L440 | A104 | 1.10 | 288.00 | 316.80 |
| RSS | 08/19/13 | Correspond with K. Priore regarding trial status and strategy. | L440 | A106 | 0.30 | 288.00 | 86.40 |
| RSS | 08/20/13 | Review and analyze deposition transcripts to determine designations for trial. | L440 | A104 | 1.90 | 288.00 | 547.20 |
| MKS | 08/21/13 | Attention to designation of deposition transcript excerpts for trial and plaintiff's objections to same. | L440 | A104 | 0.50 | 270.00 | 135.00 |
| RSS | 08/21/13 | Meet and confer with plaintiff per trial order, and draft correspondence relating to same. | L440 | A108 | 0.90 | 288.00 | 259.20 |
| RSS | 08/25/13 | Review and analyze pre-trial hearing transcript and other materials to prepare for continuation of trial. | L440 | A104 | 2.10 | 288.00 | 604.80 |
| JBS | 08/26/13 | Analysis and evaluation of trial preparation | L440 | A104 | 0.50 | 427.50 | 213.75 |
| MKS | 08/26/13 | Attention to designation of deposition transcripts for possible use at trial. | L440 | A104 | 1.00 | 270.00 | 270.00 |
| RSS | 08/26/13 | Confer with M. Zyromski regarding trial. | L440 | A108 | 0.30 | 288.00 | 86.40 |
| RSS | 08/26/13 | Review and revise case materials to prepare for trial. | L440 | A104 | 2.30 | 288.00 | 662.40 |
| RSS | 08/26/13 | Draft and revise notice of identification of deposition testimony for use at trial and review transcripts in connection with same. | L440 | A103 | 1.70 | 288.00 | 489.60 |
| MKS | 08/27/13 | Strategy re: resumption of trial and possible ruling on motion to bifurcate equitable issue and hear first. | L440 | A104 | 0.60 | 270.00 | 162.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Morrison
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 356885 | CLIENT | RESCAP/GMAC | | | | Page | 3 |
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | |
|---|---|---|---|---|---|---|---|---|
| RSS | 08/27/13 | Review and revise case outlines and materials for trial. | L440 | A104 | 2.70 | 288.00 | | 777.60 |
| RSS | 08/27/13 | Prepare for trial with M. Sullivan. | L440 | A105 | 0.50 | 288.00 | | 144.00 |
| JBS | 08/28/13 | Analysis and evaluation of bifurcation order and trial strategy | L440 | A104 | 1.00 | 427.50 | | 427.50 |
| MKS | 08/28/13 | Review and revise proposed text for stipulated list of issues to the adressed for first phase of trial in advance of meet and confer session with counsel of other parties to the litigation. | L440 | A103 | 0.80 | 270.00 | | 216.00 |
| MKS | 08/28/13 | Study and review court's order granting motion in limine to bifurcate equitable issue and hear first and directing the parties to meet and confer regarding the trial procedures. | L210 | A104 | 0.40 | 270.00 | | 108.00 |
| MKS | 08/28/13 | Strategy regarding positions to be taken on the categories of issue identified by the court as subjects for pre-trial meet and confer. | L440 | A104 | 1.50 | 270.00 | | 405.00 |
| MKS | 08/28/13 | Attention to plaintiff's response to judge's pre-trial order and change in position on trial by affidavit. Strategy re:same and planning for examination and cross-examination on equitable issues. | L440 | A104 | 1.50 | 270.00 | | 405.00 |
| RSS | 08/28/13 | Review and analyze pre-trial order. | L440 | A104 | 0.60 | 288.00 | | 172.80 |
| RSS | 08/28/13 | Strategize with J. Sullivan and M. Sullivan regarding trial. | L440 | A105 | 0.80 | 288.00 | | 230.40 |
| RSS | 08/28/13 | Revise outlines and case materials for trial. | L440 | A104 | 1.90 | 288.00 | | 547.20 |
| RSS | 08/28/13 | Take steps to comply with pre-trial order, including meeting and conferring, drafting joint list, and analyzing case materials to prepare for each phase of trial. | L440 | A104 | 2.90 | 288.00 | | 835.20 |
| MKS | 08/29/13 | Review and revise draft declaration in response to Court's pre-trial order. | L430 | A103 | 1.00 | 270.00 | | 270.00 |
| RSS | 08/29/13 | Revise witness outlines. | L440 | A103 | 1.10 | 288.00 | | 316.80 |
| RSS | 08/29/13 | Review and analyze case materials to prepare for trial. | L440 | A104 | 4.40 | 288.00 | | 1,267.20 |
| RSS | 08/29/13 | Draft and revise list of claims and issues to be tried in first phase of trial and declaration regarding meet and | L440 | A103 | 3.50 | 288.00 | | 1,008.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 356885 | CLIENT | RESCAP/GMAC | | | | | Page | 4 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | MATTER | Inoue, Hitoshi & Wakana | | | | | | |

| | | confer efforts relating to same, pursuant to court's pre-trial order. | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| RSS | 08/29/13 | Practice opening statement. | L440 | A101 | 0.80 | 288.00 | 230.40 |
| RSS | 08/29/13 | Confer with counsel for co-defendant regarding pre-trial order and issues to be tried in first phase of trial. | L440 | A108 | 0.70 | 288.00 | 201.60 |
| MKS | 08/30/13 | Prepare for, attend and participate in further pre-trial motions and hears related to status of and chronology of trial phases. | L450 | A109 | 6.00 | 270.00 | 1,620.00 |
| RSS | 08/30/13 | Appear for trial. | L450 | A109 | 2.60 | 288.00 | 748.80 |
| RSS | 08/30/13 | Prepare for trial and update client, team and witnesses regarding status of same. | L440 | A104 | 2.40 | 288.00 | 691.20 |
| MKS | 08/31/13 | Study and review identified issues to be addressed in first phase of trial by judge on equitable issues and legal elements to be established for each issue. | L440 | A104 | 2.50 | 270.00 | 675.00 |
| | | **TOTAL** | | | **61.40** | | **$17,586.45** |

## COSTS & EXPENSES

| | | |
| --- | --- | --- |
| 08/06/13 | First Legal Network, LLC; Court Services; Order no. 6939283. Sonoma County Superior Court. 7/26/13. Advance ck. $23.00 | 153.10 |
| 08/06/13 | First Legal Network, LLC; Court Services; Order no: 6920569 Sonoma County Superior Court, Santa Rosa CA 05/31/13 | 110.00 |
| 08/20/13 | Affinity Court Reporters, a Behmke Company; Deposition Transcript; Certified Transcript: Myron Ravelo 7/31/13 | 1,128.70 |
| 08/22/13 | Continental Court Reporters, Inc.; Deposition Transcript; Video Services - Video Recording of Depositions Kyle Lucas 08/16/13 | 1,911.00 |
| 08/22/13 | Continental Court Reporters, Inc.; Deposition Transcript; One Certified Copy of the Deposition of: Kyle Lucas 08/15/13 | 1,017.62 |
| | **TOTAL COSTS & EXPENSES** | **$4,320.42** |

## BILLING SUMMARY

| Task Code and Description | Hours | Amount |
| --- | --- | --- |
| L120    Analysis/Strategy | 0.20 | $57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 356885 | CLIENT | RESCAP/GMAC | | | Page | 5 |
| | | MATTER | Inoue, Hitoshi & Wakana | | | | |

| | | | | | |
|------|-----------------------------|-------|-------------|--|--|
| L210 | Pleadings | 0.40 | $108.00 | | |
| L250 | Other Written Motions | 4.80 | $1,369.80 | | |
| L330 | Depositions | 1.10 | $316.80 | | |
| L410 | Fact Witnesses | 1.30 | $365.40 | | |
| L430 | Written Motions/Submissions | 1.00 | $270.00 | | |
| L440 | Other Trial Preparation | 44.00 | $12,730.05 | | |
| L450 | Trial and Hearing Attendance | 8.60 | $2,368.80 | | |
| | **TOTAL** | **61.40** | **$17,586.45** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|-----|-----------------|-------|--------|------------|
| Sullivan, John | JBS | Member | 1.50 | 427.50 | $641.25 |
| Sullivan, Mary Kate | MKS | Member | 17.00 | 270.00 | $4,590.00 |
| Saelao, Rebecca | RSS | Special Counsel | 42.90 | 288.00 | $12,355.20 |
| | **Total** | | **61.40** | | **$17,586.45** |

| | |
|------------------------|-------------|
| PRIOR FEES | $116,328.15 |
| PRIOR COSTS & EXPENSES | $7,947.94 |

| | |
|---------------------|------------|
| FEES | $17,586.45 |
| COSTS & EXPENSES | $4,320.42 |
| **TOTAL THIS INVOICE** | **$21,906.87** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 82035 | 289520 | 7/31/13 | 153.10 | 1 |

Service Detail

| Date | Ord.No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/26/13 | 6939283 | BAR | SONOMA COUNTY SUPERIOR COURT<br>600 ADMINSTRATION DRIVE<br>SANTA ROSA       CA 95403-2818 | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO   CA 94111 | Base Chg  : 110.00<br>Atmpt/StkO:  20.10<br>Adv/Wit Ck:  23.00 | 153.10 |
| RESEARCH-BRANCH SAME DAY | | | Caller: Seana Tilton<br>SCV248256<br>NA<br>OBTAIN DOCKET | | | |
| | | | Signed: OBTAINED | Ref 24064.0588 | | |

Invoice Amount:    130.10
Fees Advanced:     23.00
Total   Amount Due:    153.10

*** REPRINT ***          Total          153.10

## INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

...work LLC
P.O. BOX 844250 LOS ANGELES, CA 90084-4250

*** REPRINT ***

| | |
|---|---|
| 285781 | 82035 |
| 6/08/13 | 110.00 |

TAX ID# 27-3093840

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| 82035 | 285781 | 6/08/13 | 110.00 | 1 |
|---|---|---|---|---|

| 5/31/13 | 6920569 | ARS | SEVERSON & WERSON<br>1 EMBARCADERO CENTER<br>SAN FRANCISCO    CA 94111<br>Caller: Seana Tilton<br>SCV248256<br>NA<br>OBTAIN DOCKET | SONOMA COUNTY SUPERIOR COURT<br>600 ADMINSTRATION DRIVE<br>SANTA ROSA    CA 95403-2818 | Base Chg : | 110.00 | 110.00 |
| RESEARCH-ASAP | | | OBTAIN MOST RECENT<br>PRINT OUT OF DOCKET<br>Signed: OBTAINED | Ref: 24064.0588 | | | |

*OK to pay*

*** REPRINT ***                                    **Total**        110.00

## INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

Affinity Court Reporters, a Behmke Company
7590 N. Glenoaks Blvd.
Suite 103
Burbank, CA  91504
Phone:818-768-7068   Fax:818-768-7066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9943 | 7/31/2013 | 11432 |
| Job Date | Case No. | |
| 7/18/2013 | SCV248256 | |
| Case Name | | |
| Hitoshi Inque vs. GMAC Mortgage, a Delware Corporation; ETS, et al | | |
| Payment Terms | | |
| Net 30 | | |

Rebecca Snavely Saelao
Severson & Werson APC
One Embarcadero Center
Suite 2600
San Francisco, CA  94111

| Certified Transcript | | | | | |
|---|---|---|---|---|---|
| Myron Ravelo | | | | | 546.05 |
| B & W Exhibits | 203.00 | Pages | @ | 0.55 | 111.65 |
| Color Exhibits | 25.00 | Pages | @ | 3.00 | 75.00 |
| Exh/Copies made at depo | 92.00 | Pages | @ | 3.00 | 276.00 |
| DepoLaunch | | | | 75.00 | 75.00 |
| Administrative Charges & Delivery | | | | 45.00 | 45.00 |

|  | |
|---|---|
| TOTAL DUE  >>> | **$1,128.70** |
| AFTER 8/30/2013 PAY | $1,241.57 |

TERMS: Payable upon receipt. A processing fee of 2.5% will be added to all credit card payments. LATE FEES WILL BE ADDED at 1.5%
PER MONTH.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. No adjustments or
refunds will be made after 90 days. Contact us to correct payment errors.
Thank you for choosing Affinity Court Reporters, a Behmke Company!

| | |
|---|---|
| (-) Payments/Credits: | 1,128.70 |
| (+) Finance Charges/Debits: | 112.87 |
| (=) New Balance: | **0.00** |

Tax ID: 45-2048307

*Please detach bottom portion and return with payment.*

Rebecca Snavely Saelao
Severson & Werson APC
One Embarcadero Center
Suite 2600
San Francisco, CA  94111

| | | | |
|---|---|---|---|
| Job No. | : 11432 | BU ID | : AFFINITY |
| Case No. | : SCV248256 | | |
| Case Name | : Hitoshi Inque vs. GMAC Mortgage, a Delware Corporation; ETS, et al | | |
| Invoice No. | : 9943 | Invoice Date | : 7/31/2013 |
| **Total Due** | : **$0.00** | | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **Affinity Court Reporters, a Behmke Company
7590 N. Glenoaks Blvd.
Suite 103
Burbank, CA  91504**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 148445 | 8/16/2013 | 65894 |
| **Job Date** | **Case No.** | |
| 7/23/2013 | SCV248256 | |
| **Case Name** | | |
| Hitoshi Inoue, et al vs. GMAC Mortgage, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*handwritten:* 24064.0588

VIDEO SERVICES - VIDEO RECORDING OF DEPOSITION OF:

    Kyle Lucas                                                1,911.00

**TOTAL DUE >>>**     **$1,911.00**

AFTER 9/15/2013 PAY      $2,025.66

*** Video Format Provided:  M-peg 1 on DVD ***

*** Provided one extra copy for the witness. ***

************* T H A N K   Y O U ! ***************
*********** www.TexasDepos.com *************

Tax ID: 76-0326397                                            Phone: 415-398-3344   Fax:956-0439

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| | Job No.   : 65894 | BU ID | : 32- |
| Rebecca Snavely Saelao | Case No.   : SCV248256 | | |
| Severson & Werson, PC | Case Name   : Hitoshi Inoue, et al vs. GMAC Mortgage, et al | | |
| One Embarcadero Center, Suite 2600 | | | |
| San Francisco CA  94111 | | | |
| | Invoice No.   : 148445 | Invoice Date   : 8/16/2013 | |
| | **Total Due   : $1,911.00** | | |
| | AFTER 9/15/2013 PAY $2,025.66 | | |

**PAYMENT WITH CREDIT CARD**    AMEX  mastercard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                  Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:    **CONTINENTAL COURT REPORTERS, INC.**
                 **P.O. BOX 1145**
                 **HOUSTON TX  77251-1145**

# INVOICE

Continental Court Reporters, Inc.
900 Adolphus Tower
1412 Main Street
Dallas TX 75202-4026
Phone:214-742-4949  Fax:214-742-2510

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 148446 | 8/15/2013 | 65836 |
| **Job Date** | **Case No.** | |
| 7/23/2013 | SCV248256 | |
| **Case Name** | | |
| Hitoshi Inoue, et al vs. GMAC Mortgage, et al | | |
| 24064.0588 | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Rebecca Snavely Saelao
Severson & Werson, PC
One Embarcadero Center, Suite 2600
San Francisco CA  94111

ONE CERTIFIED COPY OF THE DEPOSITION OF:
    Kyle Lucas

1,017.62

**TOTAL DUE >>>**            **$1,017.62**
AFTER 9/14/2013 PAY          $1,078.68

*** Copy of deposition taken in Dallas, TX ***

************** T H A N K   Y O U ! **************
************ www.TexasDepos.com ************

**Tax ID: 76-0326397**                                Phone: 415-398-3344    Fax:956-0439

*Please detach bottom portion and return with payment.*

Rebecca Snavely Saelao
Severson & Werson, PC
One Embarcadero Center, Suite 2600
San Francisco CA  94111

| | |
|---|---|
| Job No.    : 65836 | BU ID    :02- |
| Case No.   : SCV248256 | |
| Case Name  : Hitoshi Inoue, et al vs. GMAC Mortgage, et al | |

Invoice No. : 148446          Invoice Date :8/15/2013
**Total Due : $ 1,017.62**
AFTER 9/14/2013 PAY  $1,078.68

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:             Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **CONTINENTAL COURT REPORTERS, INC.**
             **P.O. BOX 1145**
             **HOUSTON TX 77251-1145**

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.        356886        JBS                                                    September 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        24064        RESCAP/GMAC
MATTER        0711        Peel, Timothy and Cheryl, et al.
                                      GMAC Matter No.: 707366

**TOTAL AMOUNT DUE**                        **$1,143.90**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    356886    JBS

September 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0711    Peel, Timothy and Cheryl, et al.
GMAC Matter No.: 707366

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| JBS | 08/16/13 | Analysis and evaluation of settlement negotiations and multiple emails regarding same | L160 | A104 | 1.30 | 427.50 | 555.75 |
| RSS | 08/16/13 | Confer with L. Delehey and N. Rosenbaum regarding case status and strategy for settlement, and prepare for and follow up regarding same. | L120 | A106 | 0.80 | 288.00 | 230.40 |
| RSS | 08/16/13 | Review and analyze filings regarding comparable settlements including settlements in this action by co-defendants. | L120 | A104 | 0.50 | 288.00 | 144.00 |
| JBS | 08/19/13 | Analysis and evaluation of emails regarding settlement | L120 | A104 | 0.50 | 427.50 | 213.75 |
| | | **TOTAL** | | | **3.10** | | **$1,143.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.80 | $588.15 |
| L160 | Settlement/Non-Binding ADR | 1.30 | $555.75 |
| | **TOTAL** | **3.10** | **$1,143.90** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Sullivan, John | JBS | Member | 1.80 | 427.50 | $769.50 |
| Saelao, Rebecca | RSS | Special Counsel | 1.30 | 288.00 | $374.40 |
| | **Total** | | **3.10** | | **$1,143.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 356886 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Peel, Timothy & Cheryl, et al. | | |

| | |
|---|---|
| PRIOR FEES | $18,481.05 |
| PRIOR COSTS & EXPENSES | $73.94 |

| | |
|---|---|
| FEES | $1,143.90 |
| **TOTAL THIS INVOICE** | **$1,143.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.       356887       JBS                                    September 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1315 | Bentancourt, Ruben and Rosa |
| | | E-Mail Invoices to Kari Krull |

**TOTAL AMOUNT DUE**              **$1,334.25**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    356887    JBS

September 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  1315    Bentancourt, Ruben and Rosa
E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| NSR | 08/01/13 | Prepare memorialization of case facts, allegations, claims and procedural stance | L120 | A103 | 1.30 | 238.50 | 310.05 |
| NSR | 08/07/13 | Analysis of Bella Vista Estates' eighth notice of deposit of documents | L210 | A104 | 0.20 | 238.50 | 47.70 |
| NSR | 08/07/13 | Analysis of the deeds of trust encumbering the subject loans to ascertain issues regarding assignment of lawsuit proceeds to lenders | L110 | A104 | 0.40 | 238.50 | 95.40 |
| NSR | 08/07/13 | Analysis of the motion for summary judgment filed by Builder's Concrete and all supporting documents, exceeding 1500 pages in length | L240 | A104 | 1.40 | 238.50 | 333.90 |
| NSR | 08/08/13 | Analysis concerning deadlines associated with Builder's Concrete's motion for summary judgment | L240 | A104 | 0.30 | 238.50 | 71.55 |
| NSR | 08/08/13 | Analysis of request for entry of default against Kings Drywall | L210 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 08/12/13 | Analysis of the notice of hearing on Builder's Concrete's application to assistant special master Al Clarke | L210 | A104 | 0.10 | 238.50 | 23.85 |
| NSR | 08/26/13 | Analysis of the opposition to motion for summary judgment provided by counsel for Plaintiffs | L240 | A104 | 0.30 | 238.50 | 71.55 |
| NSR | 08/26/13 | Draft correspondence to Mrs. Priore regarding the motion for summary judgment by Builder's Concrete | L210 | A106 | 0.30 | 238.50 | 71.55 |
| NSR | 08/26/13 | Communications with counsel for the plaintiff borrowers regarding the MSJ by Builder's Concrete | L210 | A107 | 0.50 | 238.50 | 119.25 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    356887    CLIENT    RESCAP/GMAC    Page    2
MATTER    Bentancourt, Ruben & Rosa

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| NSR | 08/27/13 | Exchange correspondence with Ms. Priore regarding her instruction to refrain from filing a response to the motion for summary judgment by Builder's Concrete | L240 | A106 | 0.10 | 238.50 | 23.85 |
| NSR | 08/27/13 | Analysis of correspondence from cousnel for Bella Vista estates regarding proposed discovery plan | L390 | A107 | 0.20 | 238.50 | 47.70 |
| MCK | 08/28/13 | Strategy re: status of litigation. | L120 | A104 | 0.10 | 234.00 | 23.40 |
| NSR | 08/28/13 | Draft correspondence to Ms. Priore regarding transfer of case handling | L120 | A106 | 0.10 | 238.50 | 23.85 |
| MCK | 08/29/13 | Review correspondence regarding proposed discovery schedule. | L120 | A104 | 0.10 | 234.00 | 23.40 |
| MCK | 08/30/13 | Review correspondence regarding proposed discovery plan. | L120 | A104 | 0.10 | 234.00 | 23.40 |
| | | **TOTAL** | | | **5.60** | | **$1,334.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.40 | $95.40 |
| L120 | Analysis/Strategy | 1.70 | $404.10 |
| L210 | Pleadings | 1.20 | $286.20 |
| L240 | Dispositive Motions | 2.10 | $500.85 |
| L390 | Other Discovery | 0.20 | $47.70 |
| | **TOTAL** | **5.60** | **$1,334.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Kelly, Megan | MCK | Special Counsel | 0.30 | 234.00 | $70.20 |
| Riedman, Natilee | NSR | Associate | 5.30 | 238.50 | $1,264.05 |
| | | **Total** | **5.60** | | **$1,334.25** |

PRIOR FEES                    $1,130.40

FEES                    $1,334.25
**TOTAL THIS INVOICE**                    **$1,334.25**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    356890    JBS                                September 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1516    Ravipaty, Srinivas
                  GMAC Matter No.: 2013-05-EO5175

**TOTAL AMOUNT DUE**              **$619.20**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    356890    JBS                                September 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1516    Ravipaty, Srinivas
GMAC Matter No.: 2013-05-EO5175

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| GSG | 08/08/13 | Correspondence with Co-Defendant's counsel re Cas Management Conference. | L230 | A108 | 0.20 | 234.00 | 46.80 |
| GSG | 08/13/13 | Correspondence with counsels re objection to appearance at Case Management Conference telephonically. | L230 | A107 | 0.10 | 234.00 | 23.40 |
| GSG | 08/15/13 | Analysis of Court order re upcoming Case Management Conference. | L210 | A104 | 0.10 | 234.00 | 23.40 |
| GSG | 08/15/13 | Correspondence with opposing counsel re Joint Case Management Statement. | L230 | A107 | 0.10 | 234.00 | 23.40 |
| GSG | 08/16/13 | Attention to strategy re Plaintiff's proposed settlement offer. | L160 | A104 | 0.30 | 234.00 | 70.20 |
| GSG | 08/16/13 | Correspondence with opposing counsel re offer of settlement from Plaintiff. | L160 | A107 | 0.10 | 234.00 | 23.40 |
| GSG | 08/16/13 | Attention to strategy for participation in Case Management Conference and Joint Statement in light of bankruptcy stay and potential for reassignment to a magistrate of choice. | L230 | A101 | 0.20 | 234.00 | 46.80 |
| GSG | 08/21/13 | Attention to strategy for settlement offer from Plaintiff. | L160 | A101 | 0.10 | 234.00 | 23.40 |
| MKS | 08/22/13 | Attention to settlement proposal from plaintiffs and strategy regarding response to same. | L160 | A104 | 0.30 | 270.00 | 81.00 |
| GSG | 08/22/13 | Correspondence with opposing counsel re Plaintiff's settlement offer. | L160 | A107 | 0.10 | 234.00 | 23.40 |
| GSG | 08/23/13 | Review Stipulation filed with Court extended time of Case Management Conference. | L210 | A104 | 0.10 | 234.00 | 23.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 356890 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Ravipaty, Srinivas | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GSG | 08/23/13 | Review Court Order Dismissing Co-Defendant with Prejudice. | L210 | A104 | 0.10 | 234.00 | | 23.40 |
| GSG | 08/23/13 | Settlement negotiations with opposing counsel. | L160 | A107 | 0.20 | 234.00 | | 46.80 |
| GSG | 08/23/13 | Correspondence with Donald Booth re credit reporting on Plaintiff and effect of complete removal of line. | L160 | A106 | 0.10 | 234.00 | | 23.40 |
| GSG | 08/23/13 | Correspondence with Donald Booth re settlement offer from Plaintiff. | L160 | A106 | 0.10 | 234.00 | | 23.40 |
| GSG | 08/26/13 | Correspondence with opposing counsel re Plaintiff's settlement proposal. | L160 | A107 | 0.10 | 234.00 | | 23.40 |
| GSG | 08/26/13 | Correspondence with Donald Booth re revised Settlement Proposal from Plaintiff. | L160 | A106 | 0.10 | 234.00 | | 23.40 |
| GSG | 08/27/13 | Correspondence with Donald Booth re settlement agreement. | L160 | A106 | 0.10 | 234.00 | | 23.40 |
| GSG | 08/27/13 | Correspondence with opposing counsel re confirmation of settlement offer. | L160 | A107 | 0.10 | 234.00 | | 23.40 |
| | | **TOTAL** | | | **2.60** | | | **$619.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 1.70 | $408.60 | | |
| L210 | Pleadings | 0.30 | $70.20 | | |
| L230 | Court Mandated Conferences | 0.60 | $140.40 | | |
| | **TOTAL** | **2.60** | **$619.20** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Grewal, Gurinder S. | GSG | Associate | 2.30 | 234.00 | $538.20 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| | **Total** | | **2.60** | | **$619.20** |

PRIOR FEES                    $1,459.80

| | | |
|---|---|---|
| | FEES | $619.20 |
| | **TOTAL THIS INVOICE** | **$619.20** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    356891    JBS                                        September 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    9997    ResCap Bankruptcy Issues
                  GMAC Matter No.: 733619

**TOTAL AMOUNT DUE**          $3,934.71

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    356891    JBS

September 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 9997    ResCap Bankruptcy Issues
GMAC Matter No.: 733619

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DHC | 08/01/13 | Review and revise Third Interim Fee Application | L210 | A104 | 2.50 | 337.50 | 843.75 |
| DHC | 08/01/13 | Review and revise Exhibits in support of Third Interim Fee Application | L210 | A104 | 2.50 | 337.50 | 843.75 |
| DHC | 08/02/13 | Drafting of Monthly Statement for Compensation for June, 2013 | L210 | A103 | 1.00 | 337.50 | 337.50 |
| DHC | 08/02/13 | Drafting of cover letter to Noticed Parties regarding June, 2013 Monthly Statement | L210 | A103 | 1.00 | 337.50 | 337.50 |
| DHC | 08/22/13 | Drafting of Cover Letter re Monthly Statement for July, 2013. | L190 | A103 | 1.00 | 337.50 | 337.50 |
| DHC | 08/22/13 | Drafting of Statement for Compensation for July 2013. | L120 | A101 | 1.00 | 337.50 | 337.50 |
| DHC | 08/30/13 | Review U.S. Trustee's Omnibus objection to 3rd Interim Fee Application. | L190 | A104 | 1.00 | 337.50 | 337.50 |
| DHC | 08/30/13 | Review Erlinda Aniel's objection to 3rd interim Fee Application. | L190 | A104 | 0.50 | 337.50 | 168.75 |
| | | **TOTAL** | | | **10.50** | | **$3,543.75** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 08/12/13 | Golden State Legal Copy; Outside Copies; Desc: GMAC July Invoices, Litigation Copies Staple/Clip Copies as Originals Re-Staple/Re-Clip Originals, Scanning / Imaging..etc.. 07/30/13 | 211.86 |
| 08/22/13 | Golden State Legal Copy; Outside Copies; Desc: GMAC August Invoices, Litigation | 179.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&*Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 356891 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | ResCap Bankruptcy Issues | | |

Copie, Scanning / Imaging 08/17/13

**TOTAL COSTS & EXPENSES**                                **$390.96**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 1.00 | $337.50 |
| L190 | Other Case Assessment | 2.50 | $843.75 |
| L210 | Pleadings | 7.00 | $2,362.50 |
| | **TOTAL** | **10.50** | **$3,543.75** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 10.50 | 337.50 | $3,543.75 |
| | **Total** | | **10.50** | | **$3,543.75** |

| PRIOR FEES | $18,567.00 |
|---|---|
| PRIOR COSTS & EXPENSES | $3,325.86 |

| | |
|---|---|
| FEES | $3,543.75 |
| COSTS & EXPENSES | $390.96 |
| **TOTAL THIS INVOICE** | **$3,934.71** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# INVOICE

## den State L E G A L

Your Trusted Source for Litigation Support!

| Date | Invoice # |
|------|-----------|
| 7/30/2013 | 40868 |

**Bill To:**

Severson & Werson
Attn: Accounts Payable
One Embarcadero Ctr, Suite 2600
San Francisco, CA 94111

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

| Billing # | Contact |
|-----------|---------|
| 24069 GMAC 9997 | Joe Pongassam |

| QTY | Description | Rate | Amount |
|-----|-------------|------|--------|
| | Desc.:<br>GMAC JULY INVOICES | | |
| 845 | ***5 COPY SETS***<br>Litigation Copies<br>Staple/Clip Copies as Originals<br>Re-Staple/Re-Clip Originals | 0.145 | 122.53 |
| 169 | ***SCAN/ CODE***<br>Scanning/Imaging | 0.15 | 25.35 |
| 47 | Coding per Document | 0.65 | 30.55 |
| 3 | CD Titled: GMAC JULY INVOICES<br>(1) CD: One Multi-Page PDF<br>(2) CDs: Multi-Page PDF per Invoice | 10.00 | 30.00 |
| 3 | Custom CD/DVD Label | 0.45 | 1.35T |
| 3 | CD/DVD Jewel Case | 0.60 | 1.80T |
| | Due: Tuesday | 07/30/2013 | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |
| | Sales Tax (8.5%) | | $0.28 |

| Received By: | **Total** | $211.86 |
|--------------|-----------|---------|

**TERMS:** This invoice is due and payable within 10 days of invoice date and past due after 30 days. 18% per annum or minimum of $10.00 will be charged on all overdue accounts. Your signature above is an agreement that the above described work has been authorized and received. In any action, proceeding or arbitration arising from the collection of monies due relative to this invoice. Golden State Legal Copy shall be entitled to reasonable attorneys fees and costs incurred.

# INVOICE

State
L E G A L

...ed Source for Litigation Support!

| Date | Invoice # |
|------|-----------|
| 8/19/2013 | 41002 |

100 Pine St. Suite 620
San Francisco, Ca. 94111
(415) 421-6900
(415) 421-6901 Fax
Federal Tax ID# 20-1133890

ll To:

Severson & Werson
Attn: Accounts Payable
One Embarcadero Ctr, Suite 2600
San Francisco, CA 94111

| Billing # | Contact |
|-----------|---------|
| GMAC | Joe Pongassam |

| QTY | Description 24064.9997 | Rate | Amount |
|-----|------------------------|------|--------|
| | Desc.: | | |
| | GMAC AUGUST INVOICES | | |
| | | | |
| | ***4 COPY SETS*** | | |
| 584 | Litigation Copies | 0.145 | 84.68 |
| | Staple/Clip Copies as Originals | | |
| | Re-Staple/Re-Clip Originals | | |
| | | | |
| | ***SCAN/ CODE*** | | |
| 146 | Scanning/Imaging | 0.15 | 21.90 |
| 43 | Coding per Document | 0.65 | 27.95 |
| 4 | CD Titled: GMAC_INVOICES_AUGUST_2013 | 10.00 | 40.00 |
| | (1) CD: Multi-Page.PDF per Invoice | | |
| | (3) CDs: One Multi-Page.PDF | | |
| 4 | Custom CD/DVD Label | 0.45 | 1.80T |
| 4 | CD/DVD Jewel Case | 0.60 | 2.40T |
| | | | |
| | Due: Monday | 08/19/2013 | PM | | |
| | | | |
| | | | |
| | THANK YOU FOR YOUR BUSINESS!!! | | |

OK
to
pay    Joe
SF

| | Sales Tax (8.5%) | | $0.37 |

| Received By: | **Total** | $179.10 |

TERMS:  This invoice is due and payable within 10 days of invoice date and past due after 30 days.  18% per annum or minimum of $10.00 will be charged on all overdue
accounts.  Your signature above is an agreement that the above described work has been authorized and received.  In any action, proceeding or arbitration arising from the

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357009    JBS

September 13, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1493    Gonzalez, Ignacio
GMAC Matter No.: 737457

**TOTAL AMOUNT DUE**          $235.80

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357009    JBS

September 13, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  1493    Gonzalez, Ignacio
GMAC Matter No.: 737457

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 08/31/13 | Attention to status of case | L190 | A101 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | | **0.10** | | **$27.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 06/04/13 | CourtCall, LLC; CourtCall - Conference Service; 05/30/13 | 108.00 |
| 06/17/13 | First Legal Network, LLC; Transmittal of filing to court; Job no. 9604736 LA County Court-Compton, CA  5/31/13 | 49.95 |
| 06/27/13 | First Legal Network, LLC; Transmittal of filing to court; Job no. 9606814. LA County Court-Compton, Ca. 6/6/13 | 49.95 |

**TOTAL COSTS & EXPENSES**    **$207.90**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|--------------------------|---|-------|--------|---|---|
| L190    Other Case Assessment | | 0.10 | $27.90 | | |
| TOTAL | | **0.10** | **$27.90** | | |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Buell, Edward | ERB    Associate | | 0.10 | 279.00 | $27.90 |
| Total | | | **0.10** | | **$27.90** |

| | | |
|---|---|---|
| PRIOR FEES | $1,098.00 | |
| | FEES | $27.90 |
| | COSTS & EXPENSES | $207.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    357009 | CLIENT | RESCAP/GMAC | Page | 2 |
| | MATTER | Gonzalez, Ignacio | | |

**TOTAL THIS INVOICE**                    **$235.80**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Call Debit Ledger for 05/16/2013 through

**Debit Account Number CCDA-01-01S**

| APP DATE | ATTORNEY | CCID# | COURT | JUDGE | CASENAME/NUMBER | VIDEO/ LATE FEE | LATE FEE | FEE / TOTAL | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| /13 | 5/29/13 Andrew Minegar | 5632127 | Los Angeles Superior Court-Central(M-Z) | Judge Rolf M. Treu | Amatokwu, et al vs. Wells Fargo Bank/BC506855 | | Refund | $78.00 | ($13,468.70) |
| 5/28/13 | 6/14/13 Marlene Nowlin | 5633406 | San Diego Superior Court-Central(HOJ) | Judge Richard E.L. Strauss | Rosario Delgadillo v. Mortgage..., et al./37-2012-00707716 | | Refund | $78.00 | ($13,546.70) |
| 5/29/13 | 5/30/13 Jeremy Scott Carr | 5635063 | Los Angeles Superior Court-Burbank | Judge William Stewart | Nguyen vs. Bank of New York Mellon/GC050580 | | $78.00 $30.00 | $108.00 | ($13,438.70) |
| **Reference # 70000.1098** | | | | | | | | | |
| 5/29/13 | 6/5/13 Dana Glasser | 5635196 | Los Angeles Superior Court-Burbank | Judge Donna Fields Goldstein | Kirby D. Williams vs. Wells Fargo Bank, N.A., et al/GC050503 | | $78.00 $0.00 | $78.00 | ($13,360.70) |
| **Reference # 55000.0514** | | | | | | | | | |
| 5/29/13 | 6/4/13 Thomas Abbott | 5635474 | San Mateo County Superior Court | Judge Joseph E. Bergeron (L&M) | Balenbin vs. NDex West LLC, et al/516670 | | $78.00 $0.00 | $78.00 | ($13,282.70) |
| **Reference # 55000.0469** | | | | | | | | | |
| 5/29/13 | 8/14/13 Kerry Franich | 5635587 | Los Angeles Superior Court-Central(A-L) | Judge Kevin C. Brazile | THE PEOPLE OF THE STATE OF CALIFORNIA VS MARISSA G GARCIA ET AL/BC497035 | | $78.00 $0.00 | $78.00 | ($13,204.70) |
| **Reference # 11951-0126** | | | | | | | | | |
| 5/29/13 | 5/30/13 Matthew Esposito | 5635589 | Los Angeles Superior Court-Compton | Judge William Barry | Gonzalez vs. Deutsche Bank National Trust Company/TC027357 | | $78.00 $30.00 | $108.00 | ($13,096.70) |
| **Reference # 24064.1493** | | | | | | | | | |
| 5/29/13 | 6/2/13 Laszlo Ladi | 5635687 | San Luis Obispo Superior Court | Judge Martin J. Tangeman | Rourke v. Wells Fargo Home Mortgage/CV130083 | | $78.00 $0.00 | $78.00 | ($13,018.70) |
| **Reference # 55000.0674** | | | | | | | | | |

2012

From Auto Debit Send on 05/31/13 at 11:17 PM

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     357010     JBS                                      September 13, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 24064 | RESCAP/GMAC |
|--------|-------|-------------|
| MATTER | 1504 | Dover Investments (Armstead Smith) |
| | | GMAC Matter No.: 2013-05-EN1953 |

**TOTAL AMOUNT DUE**            $462.90

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357010    JBS

September 13, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1504    Dover Investments (Armstead Smith)
GMAC Matter No.: 2013-05-EN1953

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 08/31/13 | Attention to status of case | L190 | A101 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | | **0.10** | | **$27.90** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 04/30/13 | Clerk of the Superior Court; Court and Filing Fees; First Appearance Fee ETS Not of Bankruptcy & Suggestion of Automatic Stay. Draft#30341 4/19/13 | 435.00 |

**TOTAL COSTS & EXPENSES**    **$435.00**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L190    Other Case Assessment | | 0.10 | $27.90 |
| **TOTAL** | | **0.10** | **$27.90** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| **Total** | | | **0.10** | | **$27.90** |

PRIOR FEES    $1,524.60

| | |
|---|---|
| FEES | $27.90 |
| COSTS & EXPENSES | $435.00 |
| **TOTAL THIS INVOICE** | **$462.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

30341

| DATE | CLIENT | MATTER | PURPOSE |
| --- | --- | --- | --- |
| 4-19-13 | 24064 | 1504 | First Appearance Fee |

CASE/CLIENT

Dover Investment v. Chicago Title HG13668486

PURPOSE: First Appearance Fee FTS Not of Bankruptcy + Suggestion of Automatic Stay HG13668486

**(VOID 60 DAYS AFTER DATE)**

16-49
1220

PAY TO THE ORDER OF  Clerk of the Superior Court

THE SUM OF  Four Hundred Thirty-five + No/100  DOLLARS $ 435.00

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $1000.00.

PAYABLE THROUGH

**Union**Bank
The Private Bank
Payable at any Union Bank branch including
400 California Street, San Francisco, CA 94101
(866) 826-2869 unionbank.com

SEVERSON & WERSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

NON-NEGOTIABLE

BY

ONE EMBARCADERO CENTER 26th FLOOR - SAN FRANCISCO, CA 94111 - (415) 398-3344
19100 VON KARMAN, SUITE 700 - IRVINE, CA 92612 - (949) 442-7110

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357343    JBS

September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 0452 | Washington, Manya |
| | | GMAC Matter No.: 699353 |

**TOTAL AMOUNT DUE**          **$413.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357343    JBS                                    September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0452    Washington, Manya
GMAC Matter No.: 699353

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ERB | 08/05/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| KPL | 08/14/13 | Review and analyze case dockets for next bankruptcy status report deadlines. | L120 | A104 | 0.40 | 76.50 | 30.60 |
| MEH | 08/15/13 | Strategize re upcoming deadline to file bankruptcy status update. | L510 | A101 | 0.20 | 261.00 | 52.20 |
| KPL | 08/21/13 | Per direction of Elizabeth Andrews, review appellate dockets for updated bankruptcy deadlines. | L120 | A104 | 0.20 | 76.50 | 15.30 |
| MEH | 08/22/13 | Draft bankruptcy status update letter. | L510 | A103 | 0.60 | 261.00 | 156.60 |
| MEH | 08/22/13 | Finalize bankruptcy status update letter. | L510 | A103 | 0.20 | 261.00 | 52.20 |
| MEH | 08/27/13 | Review stayed bankruptcy appeal for upcoming status report deadlines. | L120 | A101 | 0.30 | 261.00 | 78.30 |
| | | **TOTAL** | | | **2.00** | | **$413.10** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|--|-------|--------|--|--|--|
| L120 | Analysis/Strategy | 1.00 | $152.10 | | | |
| L510 | Appellate Motions & Submission | 1.00 | $261.00 | | | |
| | **TOTAL** | **2.00** | **$413.10** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Lee, Kristina | KPL | Paralegal | 0.60 | 76.50 | $45.90 |
| Andrews, Elizabeth H. | MEH | Associate | 1.30 | 261.00 | $339.30 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 357343 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Washington, Manya | | | |

| | Total | | 2.00 | $413.10 |
|---|---|---|---|---|

PRIOR FEES                              $398.70

|  | FEES | $413.10 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$413.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357344    JBS                                    September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0917    Kinworthy, David and Leslie
GMAC Matter No.: 713557

**TOTAL AMOUNT DUE**            **$1,773.90**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357344    JBS

September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  0917    Kinworthy, David and Leslie
GMAC Matter No.:  713557

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| EK | 08/05/13 | Draft email to J. Dzialo following up on settlement | L160 | A108 | 0.10 | 274.50 | 27.45 |
| ERB | 08/05/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| EK | 08/07/13 | Draft email to J. Dzialo re joint status report | L160 | A108 | 0.10 | 274.50 | 27.45 |
| EK | 08/07/13 | Draft joint status report for settlement conference | L160 | A103 | 0.30 | 274.50 | 82.35 |
| EK | 08/08/13 | Revise joint status conference report per J. Dzialo's request and email re same | L160 | A103 | 0.20 | 274.50 | 54.90 |
| EK | 08/08/13 | Analysis and evaluation of settlement issues | L160 | A103 | 0.20 | 274.50 | 54.90 |
| EK | 08/09/13 | Draft email to J. Dzialo re settlement counteroffer | L160 | A108 | 0.20 | 274.50 | 54.90 |
| EK | 08/09/13 | Draft email to L. Delehey and S. Martin updating on settlement issues | L160 | A108 | 0.30 | 274.50 | 82.35 |
| EK | 08/09/13 | Analysis and evaluation of scheduling conference strategy and confer with A. Wood re same | L160 | A101 | 0.50 | 274.50 | 137.25 |
| AAW | 08/09/13 | Prepare for settlement conference. | L230 | A101 | 0.50 | 225.00 | 112.50 |
| AAW | 08/12/13 | Appear at continued status conference required by court. | L230 | A109 | 3.60 | 225.00 | 810.00 |
| EK | 08/13/13 | Analysis and evaluation of order re further status conference and email to A. Wood re same | L160 | A104 | 0.20 | 274.50 | 54.90 |
| EK | 08/22/13 | Draft email to J. Dzialo following up on settlement discussions | L160 | A108 | 0.20 | 274.50 | 54.90 |
| EK | 08/27/13 | Draft email to L. Delehey updating re settlement | L160 | A106 | 0.20 | 274.50 | 54.90 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 357344 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Kinworthy, David & Leslie | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| EK | 08/29/13 | Attend settlement conference via CourtCall | L160 | A109 | 0.20 | 274.50 | | | 54.90 |
| EK | 08/30/13 | Draft email to L. Delehey updating on settlement status and conference with Judge Wu | L160 | A106 | 0.30 | 274.50 | | | 82.35 |
| | | **TOTAL** | | | | **7.20** | | | **$1,773.90** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 | | | |
| L160 | Settlement/Non-Binding ADR | 3.00 | $823.50 | | | |
| L230 | Court Mandated Conferences | 4.10 | $922.50 | | | |
| | **TOTAL** | **7.20** | **$1,773.90** | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Wood, Andrew | AAW | Associate | | 4.10 | 225.00 | $922.50 |
| Kemp, Erik | EK | Associate | | 3.00 | 274.50 | $823.50 |
| Buell, Edward | ERB | Associate | | 0.10 | 279.00 | $27.90 |
| | **Total** | | | **7.20** | | **$1,773.90** |

PRIOR FEES                                    $6,281.10

| | | FEES | $1,773.90 |
|---|---|---|---|
| | | **TOTAL THIS INVOICE** | **$1,773.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357345    JBS                                                 September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1115 | Nguyen, Luan |
| | | GMAC Matter No.: 707072 |

**TOTAL AMOUNT DUE**            **$218.70**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357345    JBS

September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  1115    Nguyen, Luan
GMAC Matter No.: 707072

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 08/05/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| YS | 08/08/13 | Draft correspondence to client regarding plaintiffs' settlement offer | L160 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 08/08/13 | Receipt, review and analysis of the plaintiff's settlement offer | L160 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 08/14/13 | Draft correspondence to client regarding plaintiffs' settlement offer | L160 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 08/26/13 | Receipt, review and analysis of the Court's order severing the unlawful detainer and unlimited civil actions and dissolving the injunction | L120 | A104 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **0.90** | | **$218.70** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $51.75 |
| L160 | Settlement/Non-Binding ADR | 0.70 | $166.95 |
| | **TOTAL** | **0.90** | **$218.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Shaham, Yaron | YS | Special Counsel | 0.80 | 238.50 | $190.80 |
| | **Total** | | **0.90** | | **$218.70** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   357345      **CLIENT**   RESCAP/GMAC                          Page        2
                          **MATTER**   Nguyen, Luan

---

PRIOR FEES                          $1,224.90
PRIOR COSTS & EXPENSES                $49.95


                                    FEES        $218.70
                          **TOTAL THIS INVOICE**    **$218.70**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      357346      JBS                                           September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 24064 | RESCAP/GMAC |
|--------|-------|-------------|
| MATTER | 1156 | Suckow, Jeffrey |
| | | GMAC Matter No.: 722444 |

**TOTAL AMOUNT DUE**              $519.30

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357346    JBS

September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1156    Suckow, Jeffrey
GMAC Matter No.: 722444

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 08/05/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| MXS | 08/05/13 | Reviewed and evaluated requested changes to settlement agreement regarding bankruptcy proof of claim. | L160 | A104 | 0.20 | 216.00 | 43.20 |
| MXS | 08/05/13 | E-mailed with client K. Priore re approval of settlement agreement, release of proof of claim. | L160 | A106 | 0.30 | 216.00 | 64.80 |
| MXS | 08/06/13 | Revised proof of claim section of settlement agreement per client comments. | L160 | A103 | 0.30 | 216.00 | 64.80 |
| MXS | 08/06/13 | E-mailed with client K. Priore re settlement agreement. | L160 | A106 | 0.30 | 216.00 | 64.80 |
| MXS | 08/09/13 | Review and evaluate effect of requested client changes on settlement agreement execution timing. | L160 | A104 | 0.30 | 216.00 | 64.80 |
| MKS | 08/14/13 | Study and review settlement agreement and strategy regarding client's request to add a term requiring withdrawal of proof of claim in bankrutpcy court. | L160 | A104 | 0.30 | 270.00 | 81.00 |
| MXS | 08/14/13 | Reviewed and evaluated opposing counsel's position on releasing proof of claim. | L160 | A104 | 0.30 | 216.00 | 64.80 |
| MXS | 08/16/13 | E-mailed with client K. Priore re execution of settlement agreement timeline from plaintiff. | L160 | A106 | 0.20 | 216.00 | 43.20 |
| | | **TOTAL** | | | **2.30** | | **$519.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 357346 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|
| | MATTER | Suckow, Jeffrey | | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 | | |
| L160 | Settlement/Non-Binding ADR | 2.20 | $491.40 | | |
| | TOTAL | 2.30 | $519.30 | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Sullivan, Mary Kate | MKS | Member | 0.30 | 270.00 | $81.00 |
| Schindler, Maria | MXS | Associate | 1.90 | 216.00 | $410.40 |
| | Total | | 2.30 | | $519.30 |

PRIOR FEES                           $407.70

|  |  | FEES | $519.30 |
|---|---|---|---|
| | **TOTAL THIS INVOICE** | | **$519.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357347    JBS                                    September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1274    Lee, Sally
                  GMAC Matter No.: 728468

**TOTAL AMOUNT DUE**            **$521.00**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    357347    JBS | | September 19, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1274    Lee, Sally
GMAC Matter No.: 728468

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MIW | 07/15/13 | Draft and send correspondence to defendant's attorney re status of settlement funds. | L160 | A108 | 0.10 | 274.50 | 27.45 |
| MIW | 07/15/13 | Draft and send correspondence to client and BK counsel re status of approval. | L160 | A106 | 0.10 | 274.50 | 27.45 |
| MIW | 07/24/13 | Draft and send correspondence to defendant's attorney to confirm deposit of settlement funds. | L190 | A108 | 0.10 | 274.50 | 27.45 |
| MIW | 07/24/13 | Draft and send correspondence to client re update on BK approval. | L190 | A106 | 0.10 | 274.50 | 27.45 |
| MIW | 07/29/13 | Phone call with defendant's paralegal to discuss status of case. | L190 | A108 | 0.20 | 274.50 | 54.90 |
| MIW | 08/05/13 | Draft and send update to client re status of settlement funds and approval from BK court. | L190 | A106 | 0.10 | 274.50 | 27.45 |
| MIW | 08/05/13 | Phone call with defendant's attorney re status of settlement funds.  Review follow-up email re same. | L160 | A108 | 0.20 | 274.50 | 54.90 |
| MIW | 08/05/13 | Prepare for and participate in case management conference. | L230 | A101 | 0.30 | 274.50 | 82.35 |
| MIW | 08/06/13 | Draft and send correspondence to client re status of BK approval.  Review reply re same. | L190 | A106 | 0.20 | 274.50 | 54.90 |
| | | **TOTAL** | | | **1.40** | | **$384.30** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/05/13 | CourtCall, LLC; CourtCall - Conference Service; 08/05/13 | 86.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  357347 | CLIENT    RESCAP/GMAC | | | Page    2 |
| | MATTER   Lee, Sally | | | |

| | | |
|---|---|---:|
| 08/23/13 | One Legal, Inc.; Transmittal of filing to court; Dimissal 08/06/13 | 50.70 |
| | **TOTAL COSTS & EXPENSES** | **$136.70** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 0.40 | $109.80 | | |
| L190 | Other Case Assessment | 0.70 | $192.15 | | |
| L230 | Court Mandated Conferences | 0.30 | $82.35 | | |
| | **TOTAL** | **1.40** | **$384.30** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Wraight, Mark | MIW | Member | 1.40 | 274.50 | $384.30 |
| | **Total** | | **1.40** | | **$384.30** |

| | |
|---|---|
| PRIOR FEES | $1,836.90 |
| PRIOR COSTS & EXPENSES | $171.17 |

| | |
|---|---:|
| FEES | $384.30 |
| COSTS & EXPENSES | $136.70 |
| **TOTAL THIS INVOICE** | **$521.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357348    JBS

September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 24064 | RESCAP/GMAC |
|--------|-------|-------------|
| MATTER | 1519 | Bubar, Ronald and Richard |
| | | GMAC Matter No.: 2013-05-EP1505 |

**TOTAL AMOUNT DUE**          **$2,187.40**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357348    JBS                          September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1519    Bubar, Ronald and Richard
                        GMAC Matter No.: 2013-05-EP1505

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| EMR | 08/08/13 | Receipt and review of correspondence from plaintiff's counsel in response to demurrer and notice of his filing first amended complaint. | L240 | A107 | 0.20 | 306.00 | 61.20 |
| EMR | 08/20/13 | Review Court's tentative ruling on Richland's demurrer to plaintiffs' amended complaint. | L240 | A104 | 0.10 | 306.00 | 30.60 |
| EMR | 08/27/13 | Prepare case management statement on behalf of D. Marquardt and W. Tyson. | L230 | A103 | 0.30 | 306.00 | 91.80 |
| EMR | 08/27/13 | Review Richland Management's case management statement, as needed to prepare for case management conference. | L230 | A104 | 0.20 | 306.00 | 61.20 |
| EMR | 08/27/13 | Prepare e-mail recommendation to clients regarding response to plaintiffs' first amended complaint. | L120 | A106 | 0.30 | 306.00 | 91.80 |
| EMR | 08/27/13 | Complete analysis of plaintiffs' first amended complaint, as needed in conjunction with recommendation to client re response to same. | L210 | A104 | 1.40 | 306.00 | 428.40 |
| EMR | 08/27/13 | Obtain and review docket, as needed to determine outcome of Richland's demurrer. | L240 | A104 | 0.20 | 306.00 | 61.20 |
| DHC | 08/28/13 | Review Amended Complaint and recommendation to demurrer. | L240 | A104 | 1.00 | 337.50 | 337.50 |
| | | **TOTAL** | | | **3.70** | | **$1,163.70** |

### COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    357348 | CLIENT | RESCAP/GMAC | Page | 2 |
| | MATTER | Bubar, Ronald & Richard | | |

| | | |
|---|---|---|
| 08/05/13 | CourtCall, LLC; CourtCall - Conference Service; 08/27/13 | 86.00 |
| 08/06/13 | First Legal Network, LLC; Transmittal of filing to court;  Order no: 6937649 SJMC-Stockton, CA 07/23/13 Adv/Ck; $870 | 937.70 |
| | **TOTAL COSTS & EXPENSES** | **$1,023.70** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.30 | $91.80 |
| L210 | Pleadings | 1.40 | $428.40 |
| L230 | Court Mandated Conferences | 0.50 | $153.00 |
| L240 | Dispositive Motions | 1.50 | $490.50 |
| | **TOTAL** | **3.70** | **$1,163.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Cram, Donald | DHC | Member | 1.00 | 337.50 | $337.50 |
| Roman, Eleanor | EMR | Special Counsel | 2.70 | 306.00 | $826.20 |
| | **Total** | | **3.70** | | **$1,163.70** |

| | |
|---|---|
| PRIOR FEES | $9,191.25 |
| PRIOR COSTS & EXPENSES | $78.00 |

| | |
|---|---|
| FEES | $1,163.70 |
| COSTS & EXPENSES | $1,023.70 |
| **TOTAL THIS INVOICE** | **$2,187.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# First Legal Network LLC

**First**
**Legal**

P.O. BOX 844250 LOS ANGELES, CA 90084-4250

# INVOICE

*** REPRINT ***

TAX ID# 27-3093840

| | |
|---|---|
| 288572 | 82035 |
| 7/23/13 | 937.70 |

SEVERSON & WERSON
1 EMBARCADERO CENTER
SUITE 2600
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | | | | 82035 | 288572 | 7/23/13 | 937.70 | 1 |
|---|---|---|---|---|---|---|---|---|

| 7/23/13 | 6937649 | BFX | | | | | | |
|---|---|---|---|---|---|---|---|---|

FILING-BRNCH PDF SAME DAY

SEVERSON & WERSON
1 EMBARCADERO CENTER
SAN FRANCISCO    CA 94111
Caller: Marilyn Hechmer
39-2013-00295647
RONALD BUBAR V RFC
POS;RJN;MPA;NTC OF DEM

FILE/CONFORM/RETURN
COURTESY COPY TO JDG
LOFTHUS,DEPT 33
Signed: FILED

SJMC-STOCKTON
222 EAST WEBER AVENUE
STOCKTON      CA 95202

Base Chg :    49.95
Misc     :    17.75
Adv/Wit Ck:  870.00        937.70

Ref: 24064.1519

Invoice Amount:     67.70
Fees Advanced:     870.00
**Total  Amount Due:**     937.70

Approved: *[signature]*
C/M #: 24064.1519

*** REPRINT ***        **Total**        937.70

# INVOICE PAYMENT DUE UPON RECEIPT

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357349    JBS

September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1531 | Gonzalves, Joseph |
| | | GMAC Matter No.: 2013-06-ED6682 |

**TOTAL AMOUNT DUE**          $472.65

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357349    JBS                                      September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1531    Gonzalves, Joseph
                        GMAC Matter No.: 2013-06-ED6682

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ERB | 08/01/13 | Communications with client re strategy for responding to complaint. | L120 | A106 | 0.20 | 279.00 | 55.80 |
| EMR | 08/01/13 | Update strategy and recommendation re response to complaint as needed due to transfer of loan and security. | L240 | A104 | 0.90 | 306.00 | 275.40 |
| EMR | 08/01/13 | Review and respond to e-mail from D. Booth pertaining to recommendation that GMACM demurrer to complaint. | L240 | A106 | 0.10 | 306.00 | 30.60 |
| ERB | 08/05/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | | **1.30** | | **$389.70** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 08/06/13 | First Legal Network, LLC; Transmittal of filing to court; Order no: 6936774 Monterey Co Superior Ct-Monterey, CA 07/19/13 Adv/Ck; $435 | 82.95 |
| | **TOTAL COSTS & EXPENSES** | **$82.95** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $83.70 |
| L240 | Dispositive Motions | 1.00 | $306.00 |
| | **TOTAL** | **1.30** | **$389.70** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Roman, Eleanor | EMR | Special Counsel | 1.00 | 306.00 | $306.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 357349 | CLIENT | RESCAP/GMAC | | | Page | 2 |
| | | MATTER | Gonzalves, Joseph | | | | |

| Buell, Edward | | ERB | Associate | 0.30 | 279.00 | $83.70 |
| | | **Total** | | **1.30** | | **$389.70** |

PRIOR FEES                    $3,168.45

|  |  |
| --- | --- |
| FEES | $389.70 |
| COSTS & EXPENSES | $82.95 |
| **TOTAL THIS INVOICE** | **$472.65** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357350    JBS                                September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| CLIENT | 24064 | RESCAP/GMAC |
|--------|-------|-------------|
| MATTER | 1544 | General Estate Advice |
| | | GMAC Matter No.: 2013-07-EB4547 |

**TOTAL AMOUNT DUE**          **$3,216.15**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     357350     JBS                                September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1544    General Estate Advice
                        GMAC Matter No.: 2013-07-EB4547

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| JTC | 08/12/13 | Research finality rules in federal court and in California, Ohio, Oregon, Texas and Washington.  Draft memo re same. | L510 | A102 | 3.10 | 490.50 | 1,520.55 |
| MKS | 08/12/13 | Research and retrieve information to provide to client for purposes of objecting to proof of claim in bankruptcy court. | L120 | A106 | 0.30 | 270.00 | 81.00 |
| MKS | 08/12/13 | Participate in conference call with client regarding research needed for omnibus objection to proof of claim and strategy in providing same. | L120 | A106 | 0.40 | 270.00 | 108.00 |
| JDI | 08/12/13 | Research res judicata effect of judgments on appeal in various states. | L120 | A102 | 2.20 | 279.00 | 613.80 |
| MKS | 08/13/13 | Review memo relating to res judicata pending appeal and correspondence to client regarding same. | L120 | A104 | 0.20 | 270.00 | 54.00 |
| MEH | 08/13/13 | At request of J. Chilton and M. Sullivan, research state laws re preclusive effect of judgment when appeal is pending. | L120 | A102 | 1.80 | 261.00 | 469.80 |
| MEH | 08/14/13 | In response to client request, research additional states' laws on res judicata effect of judgments where an appeal is pending. | L120 | A102 | 1.00 | 261.00 | 261.00 |
| MKS | 08/20/13 | Provide Reisenauer summary and documents for use in objections to proof of claim. | L120 | A106 | 0.40 | 270.00 | 108.00 |
| | | **TOTAL** | | | **9.40** | | **$3,216.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 357350 | CLIENT | RESCAP/GMAC | Page | 2 |
| --- | --- | --- | --- | --- | --- |
| | | MATTER | General Estate Advice | | |

## COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
| --- | --- | --- | --- | --- | --- |
| L120 | Analysis/Strategy | 6.30 | $1,695.60 | | |
| L510 | Appellate Motions & Submission | 3.10 | $1,520.55 | | |
| | TOTAL | 9.40 | $3,216.15 | | |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Ives, Jon | JDI | Associate | 2.20 | 279.00 | $613.80 |
| Chilton, Jan T. | JTC | Member | 3.10 | 490.50 | $1,520.55 |
| Andrews, Elizabeth H. | MEH | Associate | 2.80 | 261.00 | $730.80 |
| Sullivan, Mary Kate | MKS | Member | 1.30 | 270.00 | $351.00 |
| | Total | | 9.40 | | $3,216.15 |

PRIOR FEES                         $4,833.00

| | FEES | $3,216.15 |
| --- | --- | --- |
| | TOTAL THIS INVOICE | $3,216.15 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      357351      JBS                              September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064      RESCAP/GMAC
MATTER      1548      Chapman, Mary  (Harrison)
                      GMAC Matter No.: 2013-07-EL4482

**TOTAL AMOUNT DUE**          **$524.25**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357351    JBS                                September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1548    Chapman, Mary (Harrison)
GMAC Matter No.: 2013-07-EL4482

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 08/05/13 | Communications with client re status of L120 matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| KCW | 08/05/13 | Draft email to client re status of notice of appearance and notice of bankruptcy | L120 | A106 | 0.20 | 265.50 | 53.10 |
| | | **TOTAL** | | | **0.30** | | **$81.00** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/05/13 | Cardmember Service /Chase (Acct 7898); Data Search; 13518 McFarland St, Galt, CA, 95632, Sacramento 07/15/13 | 8.25 |
| 08/07/13 | Sacramento County Superior Court-D; Court and Filing Fees; First Appearance & Notice. Draft#29588 7/16/13 | 435.00 |
| | **TOTAL COSTS & EXPENSES** | **$443.25** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120    Analysis/Strategy | | 0.30 | $81.00 |
| **TOTAL** | | **0.30** | **$81.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Wendlenner, Kurt | KCW | Associate | 0.20 | 265.50 | $53.10 |
| | | **Total** | **0.30** | | **$81.00** |

PRIOR FEES                    $1,555.65

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# *&Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 357351 | CLIENT | RESCAP/GMAC | | Page | 2 |
| | | MATTER | Chapman, Mary  (Harrison) | | | |

| | | |
|---|---|---|
| FEES | $81.00 |
| COSTS & EXPENSES | $443.25 |
| **TOTAL THIS INVOICE** | **$524.25** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

29583

First Appearance
4 NACE

CASE/CLIENT

Chapman - Home Coming

**(VOID 60 DAYS AFTER DATE)**

16-49
1220

PAY TO THE
ORDER OF    Sacramento County Superior Court

THE SUM OF _____    DOLLARS $  425

PAYEE IS AUTHORIZED TO INSERT CORRECT AMOUNT NOT TO EXCEED $1000.00.

PAYABLE THROUGH

**UnionBank**
The Private Bank
Payable at any Union Bank branch including
400 California Street, San Francisco, CA 94101
(888) 826-2669 unionbank.com

BY _____

**SEVERSON & WERSON**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

NON-NEGOTIABLE

ONE EMBARCADERO CENTER 26th FLOOR - SAN FRANCISCO, CA 94111 - (415) 396-3344
19100 VON KARMAN, SUITE 700 - IRVINE, CA 92612 - (949) 442-7110

Page: 1

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357352    JBS                                September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1549    CA Capital Insurance (Dowling)
                  GMAC Matter No.: 2013-07-EX3487

**TOTAL AMOUNT DUE**          **$207.45**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357352    JBS                                        September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1549    CA Capital Insurance (Dowling)
                        GMAC Matter No.: 2013-07-EX3487

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 08/05/13 | Communications with client re status of L120 matter. | A106 | | 0.10 | 279.00 | 27.90 |
| LXL | 08/05/13 | Correspondence to client regarding notice of bankruptcy. | L210 | A106 | 0.10 | 256.50 | 25.65 |
| LXL | 08/12/13 | Correspondence with plaintiff's counsel regarding effect of notice of bankruptcy of subpoena to Ocwen. | L120 | A107 | 0.60 | 256.50 | 153.90 |
| | | **TOTAL** | | | **0.80** | | **$207.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $181.80 |
| L210 | Pleadings | 0.10 | $25.65 |
| | **TOTAL** | **0.80** | **$207.45** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.10 | 279.00 | $27.90 |
| Ladi, Laszlo | LXL | Associate | 0.70 | 256.50 | $179.55 |
| | **Total** | | **0.80** | | **$207.45** |

PRIOR FEES                        $747.45

|  |  |
|--|--|
| FEES | $207.45 |
| **TOTAL THIS INVOICE** | **$207.45** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357353    JBS                                September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1550    Diggs, April (II)
                  GMAC Matter No.: 2013-05-EV4231

**TOTAL AMOUNT DUE**            $519.30

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357353    JBS                                September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1550    Diggs, April (II)
GMAC Matter No.: 2013-05-EV4231

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| CHR | 07/25/13 | Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| ANB | 08/08/13 | Draft, review and revise Notice of Suggestion of Bankruptcy and cover letter to Plaintiff regarding same. | L120 | A103 | 1.00 | 292.50 | 292.50 |
| SMH | 08/09/13 | Review D. Booth email re responsive pleading. | L120 | A104 | 0.10 | 333.00 | 33.30 |
| SMH | 08/09/13 | Draft email re NOB filings. | L120 | A103 | 0.20 | 333.00 | 66.60 |
| ANB | 08/29/13 | Review Order Staying Case as to GMACM, and forward to client. | L120 | A104 | 0.30 | 292.50 | 87.75 |
| | | **TOTAL** | | | **1.90** | | **$519.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 1.60 | $480.15 |
| L140 | Document/File Management | 0.30 | $39.15 |
| | **TOTAL** | **1.90** | **$519.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Barasch, Adam | ANB | Special Counsel | 1.30 | 292.50 | $380.25 |
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   357353 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Diggs, April (II) | | | | |

| Hankins, Suzanne | SMH | Member | 0.30 | 333.00 | $99.90 |
|---|---|---|---|---|---|
| | **Total** | | **1.90** | | **$519.30** |

| | FEES | $519.30 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$519.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357354    JBS                                         September 19, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064    RESCAP/GMAC
MATTER      1555    Kassel, Gregory
                    WF Matter No.: 2013-08-EU1513

**TOTAL AMOUNT DUE**              **$1,173.15**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | |
|---|---|---|
| Invoice No.    357354    JBS | | September 19, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1555    Kassel, Gregory
WF Matter No.: 2013-08-EU1513

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ERB | 08/05/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| CHR | 08/20/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| ERB | 08/20/13 | Initial review and analysis of complaint and attention to Bankruptcy stay issues based on claims plead. | L120 | A104 | 1.00 | 279.00 | 279.00 |
| ERB | 08/21/13 | Review and revise notice of bankruptcy. | L250 | A104 | 0.30 | 279.00 | 83.70 |
| KAP | 08/21/13 | Review and analysis of the complaint and evaluate impact of bankruptcy stay. | L210 | A104 | 0.50 | 265.50 | 132.75 |
| KAP | 08/21/13 | Draft declaration of non-monetary status. | L210 | A103 | 0.60 | 265.50 | 159.30 |
| KAP | 08/21/13 | Draft notice of bankruptcy. | L210 | A103 | 0.50 | 265.50 | 132.75 |
| KAP | 08/22/13 | Revise and finalize declaration of non-monetary status. | L210 | A103 | 0.30 | 265.50 | 79.65 |
| KAP | 08/22/13 | Draft letter to borrower re notice of bankruptcy. | L210 | A103 | 0.30 | 265.50 | 79.65 |
| KAP | 08/22/13 | Revise notice of bankruptcy as requested by client. | L210 | A103 | 0.10 | 265.50 | 26.55 |
| KAP | 08/22/13 | Receipt and review correspondence from client re revision to notice of bankruptcy. | L210 | A104 | 0.10 | 265.50 | 26.55 |
| KAP | 08/23/13 | Exchange email correspondences with client re declaration of non-monetary | L110 | A103 | 0.20 | 265.50 | 53.10 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 357354 | CLIENT | RESCAP/GMAC | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|
| | | MATTER | Kassel, Gregory | | | | | |

| | | status. | | | | | | |
|---|---|---|---|---|---|---|---|
| KAP | 08/26/13 | Exchange email correspondences with client re substitution of trustee. | L110 | A103 | 0.20 | 265.50 | 53.10 |
| | | **TOTAL** | | | **4.50** | | **$1,173.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.40 | $106.20 |
| L120 | Analysis/Strategy | 1.10 | $306.90 |
| L140 | Document/File Management | 0.30 | $39.15 |
| L210 | Pleadings | 2.40 | $637.20 |
| L250 | Other Written Motions | 0.30 | $83.70 |
| | **TOTAL** | **4.50** | **$1,173.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Buell, Edward | ERB | Associate | 1.40 | 279.00 | $390.60 |
| Paese, Kimberly A. | KAP | Associate | 2.80 | 265.50 | $743.40 |
| | **Total** | | **4.50** | | **$1,173.15** |

| | | FEES | $1,173.15 |
|---|---|---|---|
| | | **TOTAL THIS INVOICE** | **$1,173.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357832    JBS                              September 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064    RESCAP/GMAC
MATTER      0704    Casas, Hermina
                    GMAC Matter No.: 732095

**TOTAL AMOUNT DUE**            **$5,273.01**

# *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357832    JBS                              September 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0704    Casas, Hermina
                        GMAC Matter No.: 732095

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| AAG | 08/06/13 | Communicate with attorney for Casas regarding settlement. | L160 | A107 | 0.40 | 238.50 | 95.40 |
| AAG | 08/15/13 | Strategize regarding settlement. | L160 | A101 | 0.30 | 238.50 | 71.55 |
| AAG | 08/15/13 | Update defendant Casas's attorney regarding status of settlement offer. | L160 | A107 | 0.20 | 238.50 | 47.70 |
| JBS | 08/16/13 | Analysis and evaluation of settlement issues and current offer | L120 | A104 | 1.00 | 427.50 | 427.50 |
| AAG | 08/16/13 | Strategize regarding settlement. | L120 | A101 | 0.30 | 238.50 | 71.55 |
| AAG | 08/16/13 | Draft analysis and recommendation regarding settlement. | L160 | A103 | 0.40 | 238.50 | 95.40 |
| JBS | 08/19/13 | Analysis and evaluation of emails regarding settlement issues | L160 | A104 | 0.60 | 427.50 | 256.50 |
| RSS | 08/19/13 | Draft settlement recommendation and analysis. | L120 | A103 | 2.30 | 288.00 | 662.40 |
| JBS | 08/20/13 | Analysis and evaluation of memo regarding settlement | L120 | A104 | 0.40 | 427.50 | 171.00 |
| RSS | 08/22/13 | Correspond with bankruptcy counsel regarding strategy for potential case resolution. | L160 | A108 | 0.50 | 288.00 | 144.00 |
| MXS | 08/22/13 | Draft settlement agreement and release. | L160 | A103 | 2.00 | 216.00 | 432.00 |
| MXS | 08/22/13 | Attention to email correspondence with bankruptcy counsel re extinguishing lien as part of settlement. | L160 | A106 | 0.40 | 216.00 | 86.40 |
| MXS | 08/22/13 | Review and analyze complaint, settlement recommendation memo to determine terms of settlement agreement. | L160 | A104 | 0.40 | 216.00 | 86.40 |
| MXS | 08/22/13 | Review and evaluate positions to be taken in settlement agreement. | L160 | A104 | 0.20 | 216.00 | 43.20 |
| RSS | 08/23/13 | Conduct analysis of claims and | L160 | A104 | 1.80 | 288.00 | 518.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 357832 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
| | | MATTER | Casas, Hermina | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | defenses in context of potential settlement. | | | | | | |
| RSS | 08/23/13 | Draft correspondence to client for review by J. Sullivan regarding case status, strategy, and settlement recommendation. | L160 | A103 | 1.10 | 288.00 | | 316.80 |
| RSS | 08/27/13 | Draft and revise case correspondence relating to settlement recommendation and alternatives. | L120 | A103 | 0.50 | 288.00 | | 144.00 |
| RSS | 08/27/13 | Review and analyze demurrer to first amended complaint to prepare opposition. | L240 | A104 | 0.70 | 288.00 | | 201.60 |
| LXL | 08/28/13 | Review and evaluate defendants' demurrer to complaint and service dates. | L210 | A101 | 0.30 | 256.50 | | 76.95 |
| RSS | 08/29/13 | Review and respond to correspondence regarding demurrer and complaint. | L210 | A104 | 0.50 | 288.00 | | 144.00 |
| LXL | 08/29/13 | Draft and prepare case management statement. | L230 | A103 | 0.20 | 256.50 | | 51.30 |
| LXL | 08/29/13 | Correspondence to counsel for LSI regarding notice on demurrer. | L210 | A107 | 0.20 | 256.50 | | 51.30 |
| LXL | 08/30/13 | Further correspondence with LSI's counsel regarding notice dates for demurrer. | L210 | A107 | 0.20 | 256.50 | | 51.30 |
| LXL | 08/30/13 | Draft and prepare opposition to demurrer. | L210 | A103 | 1.30 | 256.50 | | 333.45 |
| LXL | 08/30/13 | Analysis and prepare outline for opposition to demurrer. | L210 | A104 | 1.80 | 256.50 | | 461.70 |
| | | **TOTAL** | | | **18.00** | | | **$5,041.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 08/02/13 | CourtCall, LLC; CourtCall - Conference Service; 07/19/13 | 99.00 |
| 08/07/13 | First Records Retrieval; Serv Process, Subpoena Fees;  Business Records at LSI Title Company c/o CT Corp. Los Angeles, 5/13/13. | 52.50 |
| 08/08/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 07/17/13 | 13.91 |
| 08/14/13 | One Legal, Inc.; Transmittal of filing to court; Summons, Civil Case Cover Sheet, Civil Case Cover Sheet, Amended Complaint 07/22/13 | 9.95 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  357832 | CLIENT    RESCAP/GMAC | Page | 3 |
|---|---|---|---|
| | MATTER   Casas, Hermina | | |

| Date | Description | Amount |
|---|---|---|
| 08/14/13 | One Legal, Inc.; Transmittal of filing to court; Summons, Civil Case Cover Sheet, Civil Case Cover Sheet, Amended Complaint 07/22/13 | 9.95 |
| 08/21/13 | One Legal, Inc.; Serv Process, Subpoena Fees; Summons on Fist Amended Complaint, Stipulation For Plaintiff's to File Amended Complaint And Order, First...Served: LSI Title Company 818 W Seventh Street Los Angeles, CA 90017 08/01/13 | 35.95 |
| 08/21/13 | One Legal, Inc.; Transmittal of filing to court; Summons 07/24/13 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$231.21** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 4.50 | $1,476.45 |
| L160 | Settlement/Non-Binding ADR | 8.30 | $2,193.75 |
| L210 | Pleadings | 4.30 | $1,118.70 |
| L230 | Court Mandated Conferences | 0.20 | $51.30 |
| L240 | Dispositive Motions | 0.70 | $201.60 |
| | **TOTAL** | **18.00** | **$5,041.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Givental, Alisa | AAG | Associate | 1.60 | 238.50 | $381.60 |
| Sullivan, John | JBS | Member | 2.00 | 427.50 | $855.00 |
| Ladi, Laszlo | LXL | Associate | 4.00 | 256.50 | $1,026.00 |
| Schindler, Maria | MXS | Associate | 3.00 | 216.00 | $648.00 |
| Saelao, Rebecca | RSS | Special Counsel | 7.40 | 288.00 | $2,131.20 |
| | **Total** | | **18.00** | | **$5,041.80** |

| | |
|---|---|
| PRIOR FEES | $12,908.70 |
| PRIOR COSTS & EXPENSES | $1,677.71 |

| | |
|---|---|
| FEES | $5,041.80 |
| COSTS & EXPENSES | $231.21 |
| **TOTAL THIS INVOICE** | **$5,273.01** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357876    JBS                                September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0683    Burnett (Daniels)
                 GMAC Matter No.: 706245

**TOTAL AMOUNT DUE**          **$1,468.80**

### *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357876    JBS                                      September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0683    Burnett (Daniels)
GMAC Matter No.: 706245

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 08/02/13 | Exchange further correspondence with parties re arranging for mediation. | L160 | A107 | 0.20 | 288.00 | 57.60 |
| DL | 08/06/13 | Exchange multiple correspondence with parties re mediation scheduling and continuing trial date. | L160 | A107 | 0.50 | 288.00 | 144.00 |
| DL | 08/07/13 | Exchange correspondence with parties re plaintiff's deposition scheduling. | L330 | A107 | 0.20 | 288.00 | 57.60 |
| DL | 08/10/13 | Exchange correspondence with title counsel re status of continuance of trial date. | L110 | A107 | 0.20 | 288.00 | 57.60 |
| DL | 08/10/13 | Prepare correspondence to client re status of trial and setting of mediation. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| DL | 08/14/13 | Exchange correspondence with mediator, plaintiff and title counsel re preparing for mediation. | L110 | A107 | 0.40 | 288.00 | 115.20 |
| DL | 08/15/13 | Exchange correspondence with parties and client re mediation scheduling. | L160 | A107 | 0.30 | 288.00 | 86.40 |
| DL | 08/16/13 | Analyze order continuing trial date, review court docket re same and advise client of same. | L110 | A106 | 0.30 | 288.00 | 86.40 |
| DL | 08/19/13 | Exchange correspondence with parties and mediator re mediation scheduling. | L110 | A107 | 0.30 | 288.00 | 86.40 |
| DL | 08/20/13 | Exchange correspondence with client and parties re preparing for mediation. | L160 | A106 | 0.30 | 288.00 | 86.40 |
| DL | 08/26/13 | Exchange correspondence with title counsel re preparing for mediation. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| DL | 08/27/13 | Prepare for and attend conference call with client re preparing for mediation. | L110 | A106 | 0.40 | 288.00 | 115.20 |
| DL | 08/27/13 | Exchange correspondence with title counsel re preparing mediation brief | L110 | A107 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 357876 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Burnett (Daniels) | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DL | 08/28/13 | and preparing for mediation.<br>Exchange correspondence with title counsel re drafting and revising mediation brief and review payoff demand. | L160 | A106 | 0.80 | 288.00 | | 230.40 |
| DL | 08/29/13 | Exchange correspondence with title counsel re revisions to mediation brief. | L160 | A106 | 0.50 | 288.00 | | 144.00 |
| | | **TOTAL** | | | **5.10** | | | **$1,468.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 2.30 | $662.40 | | | |
| L160 | Settlement/Non-Binding ADR | 2.60 | $748.80 | | | |
| L330 | Depositions | 0.20 | $57.60 | | | |
| | **TOTAL** | **5.10** | **$1,468.80** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 5.10 | 288.00 | $1,468.80 |
| | **Total** | | **5.10** | | **$1,468.80** |

| | | |
|---|---|---|
| PRIOR FEES | $3,741.30 | |
| PRIOR COSTS & EXPENSES | $1,041.76 | |

| | FEES | $1,468.80 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$1,468.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357877    JBS

September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| | | |
|---|---|---|
| CLIENT | 24064 | RESCAP/GMAC |
| MATTER | 1053 | Crnic, Carol Ann and Terry |
| | | GMAC Matter No.: 718068 |

**TOTAL AMOUNT DUE**        **$221.10**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357877    JBS

September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1053    Crnic, Carol Ann and Terry
                        GMAC Matter No.: 718068

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 07/01/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 08/01/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 08/27/13 | Draft and prepare client's case management statement in light of pending case management conference hearing | L210 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 08/30/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **0.60** | | **$143.10** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 07/02/13 | CourtCall, LLC; CourtCall - Conference Service; 09/09/13 | 78.00 |

**TOTAL COSTS & EXPENSES**            **$78.00**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L190 | Other Case Assessment | 0.30 | $71.55 |
| L210 | Pleadings | 0.30 | $71.55 |
| | **TOTAL** | **0.60** | **$143.10** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Shaham, Yaron | YS | Special Counsel | 0.60 | 238.50 | $143.10 |
| | **Total** | | **0.60** | | **$143.10** |

| | |
|---|---|
| PRIOR FEES | $318.15 |
| PRIOR COSTS & EXPENSES | $4.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 357877 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|---|
| | | MATTER | Crnic, Carol Ann & Terry | | | |

| | |
|---|---|
| FEES | $143.10 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$221.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson
A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357878    JBS                                    September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1074    Smith, Tia
                  GMAC Matter No.:  719188

**TOTAL AMOUNT DUE**          **$288.00**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357878    JBS                                    September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1074    Smith, Tia
GMAC Matter No.: 719188

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 08/07/13 | Analyze plaintiff's opposition to Aurora's demurrer to third amended complaint. | L430 | A103 | 0.30 | 288.00 | 86.40 |
| DL | 08/21/13 | Analyze order on Aurora's demurrer, vacating trial date and advise client of same. | L110 | A103 | 0.30 | 288.00 | 86.40 |
| DL | 08/22/13 | Analyze notice of ruling on Aurora's demurrer to third amended complaint. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 08/23/13 | Analyze plaintiff's default on American Home Mortgage and dismissal of Walmar Financial. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | | **1.00** | | **$288.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L110 | Fact Investigation/Development | 0.70 | $201.60 |
| L430 | Written Motions/Submissions | 0.30 | $86.40 |
| | **TOTAL** | **1.00** | **$288.00** |

| Timekeeper | Position | | Hours | Rate | Value |
|------------|----------|---|-------|------|-------|
| Liu, David | DL | Associate | 1.00 | 288.00 | $288.00 |
| | **Total** | | **1.00** | | **$288.00** |

PRIOR FEES                        $1,548.90
PRIOR COSTS & EXPENSES            $127.95

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 357878 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Smith, Tia | | |

|  | FEES | $288.00 |
|---|---|---|
| **TOTAL THIS INVOICE** | | **$288.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357879    JBS                                September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064    RESCAP/GMAC
MATTER     1335     Jones, Emertha
                    GMAC Matter No.: 730533

**TOTAL AMOUNT DUE**          **$1,239.00**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357879    JBS                                      September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1335    Jones, Emertha
GMAC Matter No.: 730533

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| SMH | 06/07/13 | Attention to court's ruling on demurrer, claims past pleading stage. | L240 | A104 | 0.20 | 333.00 | 66.60 |
| DL | 06/13/13 | Analyze plaintiff's substitution of attorney and declaration to void judgment of dismissal against plaintiff, supplemental declaration and proposed amended complaint. | L110 | A104 | 0.60 | 288.00 | 172.80 |
| DL | 06/18/13 | Attend hearing on plaintiff's motion to vacate dismissal and advise client of denial of motion. | L430 | A101 | 2.40 | 288.00 | 691.20 |
| DL | 06/21/13 | Analyze order denying plaintiff's motion for relief from dismissal of action. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 07/10/13 | Calculate deadline to appeal and advise client of same. | L110 | A104 | 0.30 | 288.00 | 86.40 |
| DL | 08/22/13 | Analyze court docket re appeal from order of dismissal. | L110 | A104 | 0.10 | 288.00 | 28.80 |
| DL | 08/26/13 | Advise client of no appeal from order of dismissal of action. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | | **4.00** | | **$1,161.00** |

## COSTS & EXPENSES

06/18/13    CourtCall, LLC; CourtCall - Conference                          78.00
Service;  06/18/13

**TOTAL COSTS & EXPENSES**                        **$78.00**

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  357879 | CLIENT   RESCAP/GMAC | | Page    2 |
| --- | --- | --- | --- |
| | MATTER   Jones, Emertha | | |

| Task Code and Description | | Hours | Amount | | | |
| --- | --- | --- | --- | --- | --- | --- |
| L110 | Fact Investigation/Development | 1.40 | $403.20 | | | |
| L240 | Dispositive Motions | 0.20 | $66.60 | | | |
| L430 | Written Motions/Submissions | 2.40 | $691.20 | | | |
| | **TOTAL** | **4.00** | **$1,161.00** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Liu, David | DL | Associate | 3.80 | 288.00 | $1,094.40 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | Total | | **4.00** | | **$1,161.00** |

| PRIOR FEES | $1,033.65 |
| --- | --- |
| PRIOR COSTS & EXPENSES | $127.95 |

| | |
| --- | --- |
| FEES | $1,161.00 |
| COSTS & EXPENSES | $78.00 |
| **TOTAL THIS INVOICE** | **$1,239.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357880    JBS                          September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1386    Wesbrook, Frank and Tabitha
                  GMAC Matter No.: 732923

**TOTAL AMOUNT DUE**          $473.55

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   357880   JBS                                September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 1386   Wesbrook, Frank and Tabitha
GMAC Matter No.: 732923

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| DL | 07/09/13 | Attend status conference and advise client of continuance of same. | L230 | A101 | 0.80 | 288.00 | 230.40 |
| DL | 07/10/13 | Prepare notice of continuance of case management conference. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 07/10/13 | Exchange correspondence with plaintiff re settlement offer. | L160 | A101 | 0.20 | 288.00 | 57.60 |
| | | **TOTAL** | | | **1.20** | | **$345.60** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 07/02/13 | CourtCall, LLC; CourtCall - Conference Service; 07/09/13 | 78.00 |
| 07/08/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 06/25/13 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$127.95** |

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $57.60 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $57.60 |
| L230 | Court Mandated Conferences | 0.80 | $230.40 |
| | **TOTAL** | **1.20** | **$345.60** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|
| Liu, David | DL   Associate | 1.20 | 288.00 | $345.60 |
| | **Total** | **1.20** | | **$345.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 357880 | CLIENT | RESCAP/GMAC | Page | 2 |
| | MATTER | Wesbrook, Frank & Tabitha | | |

| | | |
|---|---|---|
| PRIOR FEES | $1,222.65 | |
| PRIOR COSTS & EXPENSES | $127.95 | |

| | |
|---|---|
| FEES | $345.60 |
| COSTS & EXPENSES | $127.95 |
| **TOTAL THIS INVOICE** | **$473.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      357881      JBS                                    September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT     24064     RESCAP/GMAC
MATTER     1500      Darby, Leanetha
                     GMAC Matter No.: 2013-05-EJ4940

**TOTAL AMOUNT DUE**          $1,656.47

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357881    JBS                                    September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1500    Darby, Leanetha
                        GMAC Matter No.: 2013-05-EJ4940

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| DL | 08/06/13 | Exchange correspondence with plaintiff L110 re continuing status conference to hearing on objection to notice of bankruptcy. | L110 | A107 | 0.20 | 288.00 | 57.60 |
| DL | 08/07/13 | Attend status conference and advise client of continuance of same. | L230 | A109 | 3.50 | 288.00 | 1,008.00 |
| | | **TOTAL** | | | **3.70** | | **$1,065.60** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 08/08/13 | DDS Legal Support Systems; Court Services; LASC- Northwest-Van Nuys, Ca. 7/24/13. Advanced fees $435.00 | 471.65 |
| 08/12/13 | David M. Liu; Transportation; CMC- Courtcall not allowed, LASC-Van Nuys, Ca. 8/7/13 | 69.27 |
| 08/14/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement. 7/24/13 | 49.95 |

**TOTAL COSTS & EXPENSES**                        **$590.87**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $57.60 |
| L230 | Court Mandated Conferences | 3.50 | $1,008.00 |
| | **TOTAL** | **3.70** | **$1,065.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Liu, David | DL | Associate | 3.70 | 288.00 | $1,065.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  357881 | CLIENT | RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|---|
| | MATTER | Darby, Leanetha | | | |

| | | | | |
|---|---|---|---|---|
| **Total** | | 3.70 | **$1,065.60** | |

| PRIOR FEES | $1,989.00 |
|---|---|
| PRIOR COSTS & EXPENSES | $89.93 |

| | |
|---|---|
| FEES | $1,065.60 |
| COSTS & EXPENSES | $590.87 |
| **TOTAL THIS INVOICE** | **$1,656.47** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

...pport Systems, Inc
...istol, Suite E-106
Costa Mesa, CA 92626
714-662-5555
DDS Tax ID: 33-0298466

4669

288845

References    - 19000-1500

**On Demand**

24064 480

| Order Date | Order ID | | | |
|---|---|---|---|---|
| Order Type | | Origin | Destination | References |
| Caller | | | | |
| 07/24/2013 | 2535310 | Lasc-northwest-van Nuys (east) | Lasc-northwest-van Nuys (east) | 19000-1500 |
| "Economy" Delivery | | 6230 SYLMAR AVE | 6230 SYLMAR AVE | Darby v. GMAC |
| Ryan Brooks (949) 225-7945 | | VAN NUYS CA 91401-2712 | VAN NUYS CA 91401-2712 | LC100069 |

Remarks:  Please go to dept. T and advance first

Documents:

| | | |
|---|---|---|
| "Economy" Delivery | $14.40 | |
| Advanced Fees | $435.00 | 550377 |
| Advanced Costs Surcharge | $21.75 | |
| Fuel Surcharge | $0.50 | |
| **Order Total:** | **$471.65** | |

**References - 19000-1500 Total:**    $471.65

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357882    JBS                                September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1507    Patterson, Trina
                  GMAC Matter No.: 2013-05-EM7877

**TOTAL AMOUNT DUE**           **$1,004.40**

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357882    JBS                                  September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1507    Patterson, Trina
                        GMAC Matter No.: 2013-05-EM7877

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MJE | 08/22/13 | Receipt and review of First Amended Complaint, compare to prior version and analyze | L110 | A104 | 0.60 | 279.00 | 167.40 |
| MJE | 08/29/13 | Initial draft of Motion to Dismiss Plaintiff's First Amended Complaint | L240 | A103 | 2.20 | 279.00 | 613.80 |
| MJE | 08/29/13 | Conducted online research for other complaints and orders from the Court on those cases that had similar allegations in order to support "cut-paste" theory. | L240 | A102 | 0.80 | 279.00 | 223.20 |
| | | **TOTAL** | | | **3.60** | | **$1,004.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|--------------------------|---|-------|--------|---|---|---|
| L110 | Fact Investigation/Development | 0.60 | $167.40 | | | |
| L240 | Dispositive Motions | 3.00 | $837.00 | | | |
| | **TOTAL** | **3.60** | **$1,004.40** | | | |

| Timekeeper | Position | | Hours | Rate | Value |
|-----------|----------|---|-------|------|-------|
| Esposito, Matthew | MJE | Associate | 3.60 | 279.00 | $1,004.40 |
| | **Total** | | **3.60** | | **$1,004.40** |

| | |
|---|---|
| PRIOR FEES | $6,084.00 |
| PRIOR COSTS & EXPENSES | $97.83 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson
**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| | | | | |
|---|---|---|---|---|
| Invoice No.    357882 | CLIENT | RESCAP/GMAC | Page | 2 |
| | MATTER | Patterson, Trina | | |

| | |
|---|---|
| FEES | $1,004.40 |
| **TOTAL THIS INVOICE** | **$1,004.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357883    JBS                                September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006


CLIENT    24064    RESCAP/GMAC
MATTER    1518    Calderon, Maria
                 GMAC Matter No.: 2013-05-EO5890



**TOTAL AMOUNT DUE**            **$809.10**



*** *REMITTANCE COPY* ***
*Please include this page with payment.*



Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357883    JBS                          September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1518    Calderon, Maria
GMAC Matter No.: 2013-05-EO5890

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MJE | 07/22/13 | Brief review of file and role of Homecomings. call to Plaintiff's counsel re upcoming trial setting conference | L190 | A104 | 0.40 | 279.00 | 111.60 |
| MJE | 07/29/13 | Review of docket and call to clerk re scheduled trial setting conference | L230 | A101 | 0.20 | 279.00 | 55.80 |
| MJE | 08/07/13 | Review of docket and status of upcoming hearing to set trial, phone call with S. Hankins re same and email co-defense counsel re appearing at same | L230 | A101 | 0.60 | 279.00 | 167.40 |
| MJE | 08/12/13 | Draft of email and call to counsel for Aurora, MERS etc re appearing at demurrer and trial setting conference | L190 | A108 | 0.30 | 279.00 | 83.70 |
| MJE | 08/14/13 | Receipt and review of notice from counsel re trial setting and email with counsel re same. | L140 | A108 | 0.20 | 279.00 | 55.80 |
| MJE | 08/27/13 | Receipt and review of supplemental briefing re demurrer, phone call to Plaintiff's counsel re same | L120 | A108 | 0.40 | 279.00 | 111.60 |
| MJE | 08/28/13 | Phone call and draft of email to Plaintiff's counsel re offer to dismiss Homecomings from matter in exchage for waiver of costs/fees. | L160 | A108 | 0.40 | 279.00 | 111.60 |
| MJE | 08/29/13 | Draft of email to Plaintiff's counsel requesting dismissal of Homecomings prior to upcoming hearing and prepare attachment to same | L120 | A103 | 0.40 | 279.00 | 111.60 |
| | | **TOTAL** | | | **2.90** | | **$809.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 357883 | CLIENT | RESCAP/GMAC | Page | 2 |
|---|---|---|---|---|---|
| | | MATTER | Calderon, Maria | | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L120 | Analysis/Strategy | 0.80 | $223.20 |
| L140 | Document/File Management | 0.20 | $55.80 |
| L160 | Settlement/Non-Binding ADR | 0.40 | $111.60 |
| L190 | Other Case Assessment | 0.70 | $195.30 |
| L230 | Court Mandated Conferences | 0.80 | $223.20 |
| | **TOTAL** | **2.90** | **$809.10** |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Esposito, Matthew | MJE | Associate | | 2.90 | 279.00 | $809.10 |
| | **Total** | | | **2.90** | | **$809.10** |

| PRIOR FEES | $2,248.20 |
|---|---|
| PRIOR COSTS & EXPENSES | $99.90 |

| FEES | $809.10 |
|---|---|
| **TOTAL THIS INVOICE** | **$809.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357884    JBS                                      September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1520    Ruiz, Ramona (II)
                  GMAC Matter No.: 2013-05-EQ8020

**TOTAL AMOUNT DUE**          **$374.40**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     357884     JBS

September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 1520     Ruiz, Ramona (II)
GMAC Matter No.: 2013-05-EQ8020

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994          08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| DL | 08/22/13 | Analyze docket for filing of amended complaint. | L110 | A104 | 0.10 | 288.00 | 28.80 |
| DL | 08/26/13 | Analyze first amended complaint. | L430 | A104 | 0.40 | 288.00 | 115.20 |
| DL | 08/26/13 | Exchange correspondence with plaintiff's counsel re amended complaint and settlement via short sale. | L110 | A107 | 0.30 | 288.00 | 86.40 |
| DL | 08/28/13 | Draft amended notice of bankruptcy and letter to plaintiff's counsel re same. | L430 | A103 | 0.50 | 288.00 | 144.00 |
| | | **TOTAL** | | | **1.30** | | **$374.40** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.40 | $115.20 |
| L430 | Written Motions/Submissions | 0.90 | $259.20 |
| | **TOTAL** | **1.30** | **$374.40** |

| Timekeeper | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.30 | 288.00 | $374.40 |
| | **Total** | | **1.30** | | **$374.40** |

| PRIOR FEES | $219.60 | | |
|---|---|---|---|
| | | FEES | $374.40 |
| | | **TOTAL THIS INVOICE** | **$374.40** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## *&Werson*

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357885    JBS                                September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA  19006

CLIENT    24064    RESCAP/GMAC
MATTER    1533     Campana, Elizabeth
                   GMAC Matter No.: 2013-06-EK2576

**TOTAL AMOUNT DUE**          **$497.25**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   357885   JBS                                    September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 1533   Campana, Elizabeth
                      GMAC Matter No.: 2013-06-EK2576

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| MJE | 08/05/13 | Exchange of emails with D. Booth re Lis Pendens served on ETS | L190 | A106 | 0.20 | 279.00 | 55.80 |
| JTC | 08/13/13 | Review and revise memo. re finality of appealed judgment. Research re Michigan exception to finality rule. | L510 | A103 | 0.90 | 490.50 | 441.45 |
| | | **TOTAL** | | | **1.10** | | **$497.25** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L190 | Other Case Assessment | 0.20 | $55.80 |
| L510 | Appellate Motions & Submission | 0.90 | $441.45 |
| | **TOTAL** | **1.10** | **$497.25** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Chilton, Jan T. | JTC | Member | 0.90 | 490.50 | $441.45 |
| Esposito, Matthew | MJE | Associate | 0.20 | 279.00 | $55.80 |
| | **Total** | | **1.10** | | **$497.25** |

PRIOR FEES                        $880.65

                                  FEES          $497.25
                         **TOTAL THIS INVOICE**   **$497.25**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357886    JBS                                    September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1538    Castro, Robert and Jesusita
GMAC Matter No.:  2013-06-ER5828

**TOTAL AMOUNT DUE**          **$422.55**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357886    JBS

September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1538    Castro, Robert and Jesusita
GMAC Matter No.: 2013-06-ER5828

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| CHR | 06/17/13 | Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| SMH | 06/20/13 | Attention to complaint, draft email re assignment to D. Booth. | L120 | A104 | 0.20 | 333.00 | 66.60 |
| DL | 07/11/13 | Draft and revise notice of bankruptcy stay and letter and consult with client re same. | L430 | A103 | 0.80 | 288.00 | 230.40 |
| DL | 07/12/13 | Finalize notice of bankruptcy and letter to plaintiff re same. | L430 | A103 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | | **1.60** | | **$422.55** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $66.60 |
| L140 | Document/File Management | 0.30 | $39.15 |
| L430 | Written Motions/Submissions | 1.10 | $316.80 |
| | **TOTAL** | **1.60** | **$422.55** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Liu, David | DL | Associate | 1.10 | 288.00 | $316.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   357886 | CLIENT | RESCAP/GMAC | | | Page | 2 |
|---|---|---|---|---|---|---|
| | MATTER | Castro, Robert & Jesusita | | | | |

| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
|---|---|---|---|---|---|
| | **Total** | | **1.60** | | **$422.55** |

| | FEES | $422.55 |
|---|---|---|
| | **TOTAL THIS INVOICE** | **$422.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357887    JBS                                September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER   1552    Richards, Kevin and Shelly
                 GMAC Matter No.: 2013-08-EM5548

**TOTAL AMOUNT DUE**            **$809.55**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357887    JBS                                    September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1552    Richards, Kevin and Shelly
GMAC Matter No.: 2013-08-EM5548

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| SMH | 08/08/13 | Brief review of new matter. | L110 | A104 | 0.20 | 333.00 | 66.60 |
| CHR | 08/08/13 | Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| MCN | 08/23/13 | Prepare initial assessment and strategy for early resolution. | L120 | A104 | 0.40 | 306.00 | 122.40 |
| MCN | 08/23/13 | Analysis of allegations of complaint to determine existence of prepetition claims against ETS. | L120 | A104 | 0.40 | 306.00 | 122.40 |
| MCN | 08/26/13 | Assess strategy for Notice of Bankruptcy and communications with Booth regarding same. | L120 | A106 | 0.30 | 306.00 | 91.80 |
| MCN | 08/26/13 | Draft Notice of Bankruptcy and communications with Booth regarding same. | L120 | A106 | 0.40 | 306.00 | 122.40 |
| MCN | 08/26/13 | Draft letter to Plaintiffs counsel regarding Notice of Bankruptcy and communications with Booth regarding same. | L120 | A107 | 0.40 | 306.00 | 122.40 |
| MCN | 08/28/13 | Revise and further draft letter to Plaintiffs counsel regarding Notice of Bankruptcy and notice of bankruptcy pursuant to communications with Booth regarding same. | L120 | A103 | 0.40 | 306.00 | 122.40 |
| | | **TOTAL** | | | **2.80** | | **$809.55** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.  357887 | CLIENT  RESCAP/GMAC | | Page | 2 |
|---|---|---|---|---|
| | MATTER  Richards, Kevin & Shelly | | | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 0.20 | $66.60 |
| L120 | Analysis/Strategy | 2.30 | $703.80 |
| L140 | Document/File Management | 0.30 | $39.15 |
| | TOTAL | 2.80 | $809.55 |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Nowlin, Marlene | MCN | Special Counsel | 2.30 | 306.00 | $703.80 |
| Hankins, Suzanne | SMH | Member | 0.20 | 333.00 | $66.60 |
| | Total | | 2.80 | | $809.55 |

| | | | | FEES | $809.55 |
|---|---|---|---|---|---|
| | | | | TOTAL THIS INVOICE | $809.55 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357894    JBS

September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    0113    Ballecer, Neil S. v. GMAC Mortgage, LLC
GMAC Matter No.: 697088

**TOTAL AMOUNT DUE**        **$354.15**

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357894    JBS

September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0113    Ballecer, Neil S. v. GMAC Mortgage, LLC
GMAC Matter No.: 697088

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| RJG | 05/06/13 | Drafted an amended deposition notice and document production request to serve to Plaintiff. | L330 | A103 | 0.30 | 274.50 | 82.35 |
| RJG | 05/06/13 | Correspondence with Plaintiff's counsel regarding rescheduling Plaintiff's deposition and pending case issues. | L330 | A107 | 0.40 | 274.50 | 109.80 |
| KWF | 07/29/13 | Prepare status report re: Recap BK. | L120 | A103 | 0.30 | 270.00 | 81.00 |
| KWF | 08/15/13 | Prepare email to J. Dzialo re: dismissal of GMAC. | L120 | A107 | 0.10 | 270.00 | 27.00 |
| KWF | 08/15/13 | Evaluate file status. | L120 | A107 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | | **1.30** | | **$354.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.60 | $162.00 |
| L330 | Depositions | 0.70 | $192.15 |
| | **TOTAL** | **1.30** | **$354.15** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Franich, Kerry | KWF | Associate | 0.60 | 270.00 | $162.00 |
| Gandy, Robert | RJG | Special Counsel | 0.70 | 274.50 | $192.15 |
| | **Total** | | **1.30** | | **$354.15** |

PRIOR FEES            $1,483.20

FEES            $354.15

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No.   357894 | CLIENT   RESCAP/GMAC | Page | 2 |
| --- | --- | --- | --- |
| | MATTER   Ballecer, Neil S. | | |

**TOTAL THIS INVOICE**                    **$354.15**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357896    JBS                                      September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1391     Winick, Daniel S. & Claire
                   C/M# 733788

**TOTAL AMOUNT DUE**          $6,194.90

***\*\*\* REMITTANCE COPY \*\*\****
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357896    JBS

September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1391    Winick, Daniel S. & Claire
C/M# 733788

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| YS | 02/22/13 | Attend the Court's case management conference and determine how to proceed with clients' defense in light of the outcome from said hearing | L230 | A101 | 1.60 | 238.50 | 381.60 |
| DL | 02/22/13 | Analyze results of status conference and advise client of continuance of status conference. | L230 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 03/06/13 | Analyze opposition to motion to enforce settlement. | L430 | A101 | 0.30 | 288.00 | 86.40 |
| DL | 03/11/13 | Analyze file and prepare case update on chart for client. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| DL | 03/12/13 | Analyze cases cited in plaintiff's opposition to motion to enforce settlement. | L110 | A101 | 0.50 | 288.00 | 144.00 |
| DL | 03/13/13 | Draft and revise reply for motion to enforce settlement agreement. | L430 | A101 | 1.10 | 288.00 | 316.80 |
| DL | 03/14/13 | Finalize reply in support of motion to enforce settlement agreement. | L430 | A101 | 0.30 | 288.00 | 86.40 |
| DL | 03/21/13 | Prepare order on motion to enforce settlement agreement. | L430 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 03/22/13 | Attend hearing on motion to enforce settlement, discuss further settlement after hearing and advise client of result of hearing. | L430 | A101 | 6.20 | 288.00 | 1,785.60 |
| DL | 03/30/13 | Exchange correspondence with client re possible counter-offer and prepare correspondence to plaintiff re same. | L160 | A101 | 0.30 | 288.00 | 86.40 |
| DL | 06/10/13 | Prepare settlement counter-offer to plaintiff. | L160 | A101 | 0.10 | 288.00 | 28.80 |
| DL | 06/12/13 | Exchange correspondence with plaintiff | L160 | A101 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 357896 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Winick, Daniel S. & Claire | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | re discovery and settlement issues and exchange correspondence with client re same. | | | | | |
| DL | 06/13/13 | Prepare settlement counteroffer to plaintiff. | L160 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 06/17/13 | Prepare correspondence to plaintiff re settlement and deposition scheduling. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 06/18/13 | Exchange correspondence with plaintiff re outstanding discovery issues. | L310 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 06/18/13 | Exchange correspondence with client and plaintiff re settlement discussions. | L160 | A101 | 0.30 | 288.00 | 86.40 |
| DL | 06/19/13 | Exchange correspondence with plaintiff and client re settlement of matter. | L160 | A104 | 0.30 | 288.00 | 86.40 |
| DL | 06/19/13 | Draft and revise settlement agreement with exhibits. | L160 | A104 | 1.60 | 288.00 | 460.80 |
| DL | 06/20/13 | Further draft and revise settlement agreement and assemble exhibits, and prepare correspondence to client re same. | L160 | A101 | 1.10 | 288.00 | 316.80 |
| LJT | 06/21/13 | Research title records re current status of title, compile and review documents recorded since first case, from 2011 through the present, to update chronology. | L110 | A101 | 0.70 | 130.50 | 91.35 |
| DL | 06/21/13 | Revise settlement agreement and exchange correspondence with client and plaintiff re same. | L160 | A101 | 0.40 | 288.00 | 115.20 |
| DL | 06/26/13 | Exchange correspondence with plaintiff and review revisions to settlement agreement. | L160 | A101 | 0.40 | 288.00 | 115.20 |
| DL | 06/27/13 | Prepare correspondence to client re plaintiff's changes to settlement agreement. | L160 | A104 | 0.30 | 288.00 | 86.40 |
| DL | 06/28/13 | Revise settlement agreement and exchange correspondence with plaintiff and client re same. | L160 | A104 | 0.40 | 288.00 | 115.20 |
| LJT | 07/03/13 | Review title records recorded since prior case and update chronology. | L110 | A104 | 0.80 | 130.50 | 104.40 |
| LJT | 07/08/13 | Finalize updated title chronology and title documents. | L110 | A104 | 0.50 | 130.50 | 65.25 |
| DL | 07/09/13 | Exchange correspondence with client re status of completing settlement. | L160 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 07/10/13 | Exchange correspondence with plaintiff | L160 | A101 | 0.20 | 288.00 | 57.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357896    CLIENT    RESCAP/GMAC                          Page    3
                         MATTER    Winick, Daniel S. & Claire

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | re status of signatures for settlement. | | | | | |
| DL | 07/11/13 | Exchange correspondence with plaintiff and client re status of settlement check. | L160 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 07/16/13 | Prepare letter to plaintiff with settlement check and exchange further correspondence re dismissal. | L160 | A101 | 0.30 | 288.00 | 86.40 |
| DL | 07/17/13 | Exchange further correspondence with client re settlement and filing of dismissal. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 07/23/13 | Exchange correspondence with plaintiff re status of dismissal. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 07/25/13 | Analyze docket for status of filing of dismissal and advise client of status of dismissal. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 07/26/13 | Exchange correspondence with plaintiff re dismissal and analyze same. | L160 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 07/30/13 | Analyze docket re status of dismissal. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| DL | 08/01/13 | Exchange correspondence with plaintiff confirming filing of dismissal with prejudice. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 08/06/13 | Exchange correspondence with plaintiff and court re status of filing of dismissal and advise client of same. | L160 | A107 | 0.30 | 288.00 | 86.40 |
| DL | 08/12/13 | Analyze docket for status of dismissal. | L110 | A104 | 0.10 | 288.00 | 28.80 |
| DL | 08/13/13 | Exchange further correspondence with plaintiff re status of dismissal of action. | L160 | A107 | 0.20 | 288.00 | 57.60 |
| DL | 08/15/13 | Check docket for status of dismissal and advise client of backlog for filing dismissals. | L110 | A106 | 0.20 | 288.00 | 57.60 |
| DL | 08/19/13 | Work on refiling dismissal of action. | L160 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 08/20/13 | Exchange correspondence with court clerk re status of filing of dismissal. | L110 | A107 | 0.20 | 288.00 | 57.60 |
| DL | 08/21/13 | Advise client of filing of dismissal of action and exchange correspondence with plaintiff re recording withdrawal of lis pendens. | L110 | A106 | 0.30 | 288.00 | 86.40 |
| DL | 08/27/13 | Exchange correspondence with plaintiff re recording withdrawal of lis pendens and review draft withdrawal. | L110 | A107 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | | **22.40** | | **$6,057.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   357896      CLIENT    RESCAP/GMAC                                    Page      4
                          MATTER    Winick, Daniel S. & Claire

## COSTS & EXPENSES

| Date | Description | Amount |
|---|---|---|
| 03/04/13 | CourtCall, LLC; CourtCall - Conference Service; 02/22/13 | 78.00 |
| 03/07/13 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 02/15/13 | 49.95 |
| 03/29/13 | One Legal, Inc.; Transmittal of filing to court; Reply to Motion to Enforce Settlement 03/14/13 | 9.95 |
| | **TOTAL COSTS & EXPENSES** | **$137.90** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 4.80 | $1,067.40 |
| L160 | Settlement/Non-Binding ADR | 7.50 | $2,160.00 |
| L230 | Court Mandated Conferences | 1.80 | $439.20 |
| L310 | Written Discovery | 0.20 | $57.60 |
| L430 | Written Motions/Submissions | 8.10 | $2,332.80 |
| | **TOTAL** | **22.40** | **$6,057.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 18.80 | 288.00 | $5,414.40 |
| Tarwater, Linda | LJT | Paralegal | 2.00 | 130.50 | $261.00 |
| Shaham, Yaron | YS | Special Counsel | 1.60 | 238.50 | $381.60 |
| | **Total** | | **22.40** | | **$6,057.00** |

PRIOR FEES                        $3,600.00
PRIOR COSTS & EXPENSES              $7.50

| | | |
|---|---|---|
| FEES | $6,057.00 |
| COSTS & EXPENSES | $137.90 |
| **TOTAL THIS INVOICE** | **$6,194.90** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357898    JBS                                    September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT      24064     RESCAP/GMAC
MATTER      1485      Brooks, Patrick
                      GMAC Matter No.: 2013-08-EK9067

**TOTAL AMOUNT DUE**            $895.95

*** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357898    JBS

September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1485    Brooks, Patrick
GMAC Matter No.: 2013-08-EK9067

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MCN | 08/08/13 | Draft notice of Rescap bankruptcy and cover letter to Plaintiff regarding same. | L210 | A103 | 0.50 | 306.00 | 153.00 |
| MCN | 08/08/13 | Prepare amended CMS to advise court of Rescap bankruptcy and automatic stay applicable to GMAC | L210 | A103 | 0.30 | 306.00 | 91.80 |
| MCN | 08/08/13 | Review of complaint to determine whether prepetition damages are sought by Plaintiff as to GMAC in order to draft notice of bankruptcy. | L210 | A104 | 0.70 | 306.00 | 214.20 |
| CHR | 08/13/13 | Send Confirmation of Receipt to Client, Review Initial correspondence, Court docket and pleadings to prepare New Matter Form and File Checklist, prepare transmittal to conflict and calendaring memo. Prepare Formal Response Form. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| MCN | 08/19/13 | Draft notice of ruling regarding dismissal of GMAC. | L230 | A106 | 0.20 | 306.00 | 61.20 |
| MCN | 08/19/13 | Communication with Booth regarding dismissal of GMAC from case and impact of GMAC bankruptcy stay. | L230 | A106 | 0.20 | 306.00 | 61.20 |
| MCN | 08/19/13 | Prepare for and attend CMC conference at which Court set demurrer and dismissed GMAC. | L230 | A101 | 0.90 | 306.00 | 275.40 |
| | | **TOTAL** | | | **3.10** | | **$895.95** |

## COSTS & EXPENSES

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 357898 | CLIENT | RESCAP/GMAC | | Page | 2 |
| --- | --- | --- | --- | --- | --- | --- |
| | | MATTER | Brooks, Patrick | | | |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
| --- | --- | --- | --- |
| L140 | Document/File Management | 0.30 | $39.15 |
| L210 | Pleadings | 1.50 | $459.00 |
| L230 | Court Mandated Conferences | 1.30 | $397.80 |
| | **TOTAL** | **3.10** | **$895.95** |

| Timekeeper | | Position | Hours | Rate | Value |
| --- | --- | --- | --- | --- | --- |
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Nowlin, Marlene | MCN | Special Counsel | 2.80 | 306.00 | $856.80 |
| | **Total** | | **3.10** | | **$895.95** |

| | | FEES | $895.95 |
| --- | --- | --- | --- |
| | **TOTAL THIS INVOICE** | | **$895.95** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      357900      JBS                                    September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT        24064      RESCAP/GMAC
MATTER       1521        Mena, Felix
                         GMAC Matter No.: 2013-05-EQ7114

**TOTAL AMOUNT DUE**                    **$345.60**

## *** *REMITTANCE COPY* ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357900    JBS                                          September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1521    Mena, Felix
              GMAC Matter No.: 2013-05-EQ7114

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994          08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| DL | 08/21/13 | Draft notice of bankruptcy and letter to plaintiff re same. | L430 | A103 | 0.50 | 288.00 | 144.00 |
| DL | 08/28/13 | Revise notice of bankruptcy and letter and exchange correspondence with client re same. | L430 | A106 | 0.40 | 288.00 | 115.20 |
| DL | 08/29/13 | Finalize notice of bankruptcy, letter and exchange correspondence with client re same. | L430 | A103 | 0.30 | 288.00 | 86.40 |
| | | **TOTAL** | | | **1.20** | | **$345.60** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---|---|---|---|
| L430 | Written Motions/Submissions | 1.20 | $345.60 |
| | **TOTAL** | **1.20** | **$345.60** |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Liu, David | DL | Associate | 1.20 | 288.00 | $345.60 |
| | **Total** | | **1.20** | | **$345.60** |

PRIOR FEES                              $666.00

                                        FEES          $345.60
                              **TOTAL THIS INVOICE**   **$345.60**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357901    JBS                                   September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

CLIENT    24064    RESCAP/GMAC
MATTER    1551    Ennis, Margaret
GMAC Matter No.: 2013-08-EH7448

**TOTAL AMOUNT DUE**          $330.30

## *** REMITTANCE COPY ***
*Please include this page with payment.*

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357901    JBS                                September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1551    Ennis, Margaret
GMAC Matter No.: 2013-08-EH7448

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| CHR | 08/07/13 | Send Confirmation of Receipt to Client, Review Initial correspondence, Court docket and pleadings to prepare New Matter Form and File Checklist, prepare transmittal to conflict and calendaring memo.  Prepare Formal Response Form. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| RJG | 08/07/13 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | A106 | 0.20 | 274.50 | 54.90 |
| RJG | 08/07/13 | Analysis of complaint and preliminary case investigation issues. | L120 | A104 | 0.30 | 274.50 | 82.35 |
| KSM | 08/08/13 | Prepared notice of bankruptcy and letter to opposing counsel regarding same. | L240 | A103 | 0.60 | 256.50 | 153.90 |
| | | **TOTAL** | | | **1.40** | | **$330.30** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|--------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.50 | $137.25 |
| L140 | Document/File Management | 0.30 | $39.15 |
| L240 | Dispositive Motions | 0.60 | $153.90 |
| | **TOTAL** | **1.40** | **$330.30** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. 357901 | CLIENT | RESCAP/GMAC | | | Page | 2 |
| | MATTER | Ennis, Margaret | | | | |

| | | | | | | |
|---|---|---|---|---|---|
| Miller, Kenneth S. | KSM | Associate | 0.60 | 256.50 | $153.90 |
| Gandy, Robert | RJG | Special Counsel | 0.50 | 274.50 | $137.25 |
| | **Total** | | **1.40** | | **$330.30** |

|  |  |
|---|---|
| FEES | $330.30 |
| **TOTAL THIS INVOICE** | **$330.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement