**SEWARD & KISSEL LLP**
Ronald L. Cohen, Esq.
Arlene R. Alves, Esq.
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Attorneys for U.S. Bank National Association,*
*as Trustee of Certain Mortgage-Backed Securities*
*Trusts and Escrow Agent*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Residential Capital, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

## Certificate of Service

      I, Laurie R. Binder, an attorney duly admitted, hereby certify that on November 15, 2013, I caused a copy of the Response and Reservation of Rights of U.S. Bank National Association, as RMBS Trustee and Escrow Agent, with Respect to Notice of Filing of the Assumption Schedule Constituting Exhibit 1 of the Plan Supplement, as Modified to be served upon the parties on the annexed service list by first class mail and electronic mail.

      /S/ Laurie R. Binder
      Laurie R. Binder

## SERVICE LIST

| | |
|---|---|
| Chambers of the Honorable Martin Glenn<br>United States Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 | The Clerk of the Bankruptcy Court<br>One Bowling Green<br>New York, NY 10004 |
| Morrison & Foerster LLP<br>Gary Lee<br>Lorenzo Marinuzzi<br>Meryl L. Rothchild<br>1290 Avenue of the Americas<br>New York, NY 10104 | Office of the United States Trustee<br>for the Southern District of New York<br>Brian S. Masumoto, Esq.<br>Michael Driscoll<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |
| Residential Capital LLC<br>Lewis Kruger, CRO<br>c/o Morrison & Foster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Kirkland & Ellis LLP<br>Richard M. Cieri, Esq.<br>Ray Schrock, Esq.<br>153 East 53rd Street<br>New York, NY 10022 |
| Kramer Levin Naftalis & Frankel LLP<br>Kenneth H. Eckstein<br>Douglas H. Mannal<br>Stephen D. Zide<br>1177 Avenue of the Americas<br>New York, New York 10036 | |

EMAILS:

lmarinuzzi@mofo.com
glee@mofo.com
mrothchild@mofo.com
lewis.kruger@gmacrescap.com
brian.masumoto@usdoj.gov
michael.driscoll@usdoj.gov
richard.cieri@kirkland.com
ray.schrock@kirkland.com
keckstein@kramerlevin.com
dmannal@kramerlevin.com
szide@kramerlevin.com

SK 03687 0119 1430880