## Exhibit B

## Schedule of Fees and Expenses

### Tax Advisory Services

Fees:        $ 807,354.25
Expenses:    $  35,273.37

### Fee Applications

Fees:        $  42,240.00
Expenses:    $       0.00