## Exhibit C
## Summary of Professionals, Hours and Rates for Services Rendered

**Tax Advisory Services**

| Name | Title | Bill Rate | Hours | Total Fees |
|---|---|---|---|---|
| Arbogast, Tyler L. | Senior | $450.00 | 34.5 | $15,525.00 |
| Bekele, Kidan | Staff | $225.00 | 4.9 | $1,102.50 |
| de Jager, Mark | Senior Manager | $650.00 | 9.0 | $5,850.00 |
| Dennis, Ian J. | Partner | $850.00 | 1.0 | $850.00 |
| Donadio, Anthony J. | Executive Director | $750.00 | 14.4 | $10,800.00 |
| Flagg, Nancy A. | Executive Director | $750.00 | 101.9 | $74,925.00 |
| Fox, George G. | Executive Director | $750.00 | 1.0 | $750.00 |
| Gentile, Matthew D. | Senior Manager | $650.00 | 1.3 | $845.00 |
| Hargrove, Jaime A. | Staff | $225.00 | 2.0 | $450.00 |
| Hartwig, William E. | Senior Manager | $650.00 | 1.5 | $975.00 |
| Heroy, Jessica R. | Manager | $575.00 | 1.3 | $747.50 |
| Jafari, Yashar | Staff | $225.00 | 153.4 | $33,333.75 |
| Jansen, H.W.R. | Contractor | $850.00 | 5.5 | $4,675.00 |
| Kane, Timothy P. | Executive Director | $750.00 | 0.3 | $225.00 |
| Klein, Kyle H. | Executive Director | $750.00 | 30.7 | $23,025.00 |
| Klick, Taleen M. | Manager | $575.00 | 6.5 | $3,737.50 |
| Kool, R.S. | Partner | $850.00 | 3.5 | $2,975.00 |
| Larkins, Richard G. | Partner | $850.00 | 0.8 | $680.00 |
| Lepitzki, Andrea C. | Executive Director | $750.00 | 1.5 | $1,125.00 |
| Letizia, John J. II | Senior | $450.00 | 371.0 | $156,420.00 |
| Liberous, Lourdes | Manager | $575.00 | 2.0 | $1,150.00 |
| Lord, Chris | Manager | $575.00 | 3.2 | $1,840.00 |
| Mawdsley, Jane E. | Senior Manager | $650.00 | 1.8 | $1,170.00 |
| McKniff, Joseph W. | Executive Director | $750.00 | 7.5 | $5,625.00 |
| Mitchell, Traci R. | Executive Director | $750.00 | 34.7 | $26,025.00 |
| Morley, Bruce | Manager | $575.00 | 91.8 | $52,785.00 |
| Nolan, William G. | Executive Director | $750.00 | 3.5 | $2,625.00 |
| Persoff, Mark | Partner | $850.00 | 1.3 | $1,105.00 |
| Peruski, Ryan J. | Staff | $225.00 | 25.0 | $5,625.00 |
| Pillow, Roger F. | Partner | $850.00 | 23.0 | $19,550.00 |
| Rimmke, Bryan A. | Manager | $575.00 | 5.5 | $3,162.50 |
| Sacks, Stephen A. | Executive Director | $750.00 | 345.6 | $249,075.00 |
| Sapir, Eric | Staff | $225.00 | 48.6 | $10,935.00 |
| Schachat, Robert D. | Partner | $850.00 | 7.0 | $5,950.00 |
| Tucker, Howard J. | Partner | $850.00 | 93.1 | $79,135.00 |
| Xing, Xiaofen | Senior | $450.00 | 5.3 | $2,385.00 |
| Yu, Qinglan | Staff | $225.00 | 9.3 | $2,092.50 |
| | | **TOTAL** | **1,454.2** | **$807,714.25*** |

∗   This amount reflects a reduction of $1,530.00 off of the amount requested in the
Monthly Fee Statements.  Additionally, the Applicant is reducing its fee by $360.00,
for a total reduction of $1,890.00 in this category.  See footnotes 1 and 3 of the
Application.

**Fee Applications**

| Name | Title | Bill Rate | Hours | Total Fees |
|---|---|---|---|---|
| Flagg, Nancy | Executive Director | $750.00 | 19.3 | $14,475.00 |
| Jansen, H.W.R. | Contractor | $850.00 | 2.0 | $1,700.00 |
| Liefbroer, Brett | Staff | $225.00 | 15.7 | $3,532.50 |
| Mitchell, Traci | Executive Director | $750.00 | 1.4 | $1,050.00 |
| Peruski, Ryan | Staff | $225.00 | 81.3 | $18,292.50 |
| Rypina, Adrianna J. | Intern | $225.00 | 2.0 | $450.00 |
| Sacks, Stephen | Executive Director | $750.00 | 0.2 | $150.00 |
| Sementa, Albert R. | Intern | $225.00 | 10.4 | $2,590.00 |
| | | **TOTAL** | **132.3** | **$42,240.00** |