## **Exhibit D-2**

## **Fee Applications**

**In re Residential Capital, LLC, et al.**
Ernst & Young LLP Time Detail --- Fee Application
May 1, 2013 through May 31, 2013

| Employee Name | Rank | Transaction Date | Description | Hours Charged | Std Bill Rate | Total Fee |
|---|---|---|---|---|---|---|
| Flagg, Nancy A. | 131-Executive Director-Grade 1 | 27 May 2013 | Correspond with N. Bulson (ResCap) regarding fees incurred to date | 0.4 | $ 750.00 | $ 300.00 |
| Flagg, Nancy A. | 131-Executive Director-Grade 1 | 29 May 2013 | Phone conference with R. Peruski regarding the compilation of fees and billings thru 5-24 | 0.7 | $ 750.00 | $ 525.00 |
| Flagg, Nancy A. | 131-Executive Director-Grade 1 | 29 May 2013 | Correspond with R. Peruski regarding expense inquiry | 0.3 | $ 750.00 | $ 225.00 |
| Flagg, Nancy A. | 131-Executive Director-Grade 1 | 29 May 2013 | Draft billing file for H. Tucker's review | 0.3 | $ 750.00 | $ 225.00 |
| | | | **Sub Total** | **1.7** | | **$ 1,275.00** |
| Mitchell, Traci R. | 131-Executive Director-Grade 1 | 01 May 2013 | Reviewed and provided feedback on the budget tool to finalize client acceptance | 0.4 | $ 750.00 | $ 300.00 |
| Mitchell, Traci R. | 131-Executive Director-Grade 1 | 10 May 2013 | Review and edit exhibts time for fee application | 0.4 | $ 750.00 | $ 300.00 |
| Mitchell, Traci R. | 131-Executive Director-Grade 1 | 31 May 2013 | Phone conference with M. Lee (Foley) regarding fee application to the courts | 0.6 | $ 750.00 | $ 450.00 |
| | | | **Sub Total** | **1.4** | | **$ 1,050.00** |
| Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | 01 May 2013 | Create the budget for the engagement in order to open the code | 1.2 | $ 225.00 | $ 270.00 |
| Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | 15 May 2013 | Begin reviewing and editing exhibits to fee statement | 0.8 | $ 225.00 | $ 180.00 |
| Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | 22 May 2013 | Continue reviewing and editing exhibits to fee statement | 2.2 | $ 225.00 | $ 495.00 |
| Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | 23 May 2013 | Correspond with EY team regarding the claims tracking spreadsheet | 0.2 | $ 225.00 | $ 45.00 |
| Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | 23 May 2013 | Continued updating exhibits to fee statement | 0.9 | $ 225.00 | $ 202.50 |
| Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | 29 May 2013 | Preparation of the schedule of the work in progress for phone conference | 3.7 | $ 225.00 | $ 832.50 |
| Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | 30 May 2013 | Prepare fee application exhibits | 1.7 | $ 225.00 | $ 382.50 |
| Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | 30 May 2013 | Phone conference with N. Flagg regarding the fee application spreadsheet | 0.4 | $ 225.00 | $ 90.00 |
| Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | 31 May 2013 | Phone conference with M. Lee (Foley), N. Flagg, T. Mitchell regarding fee detail report | 0.6 | $ 225.00 | $ 135.00 |
| | | | **Sub Total** | **11.7** | | **$ 2,632.50** |
| | | | **Grand Total** | **14.8** | | **$ 4,957.50** |

| | In re Residential Capital, LLC, et al. | | | | | |
|---|---|---|---|---|---|---|
| | Ernst & Young LLP Time Detail --- Fee Application | | | | | |
| | June 1, 2013 through June 30, 2013 | | | | | |
| Incurr Date | Employee Name | Rank | Description | Hours Charged | Bill Rate | Total |
| 17 Jun 2013 | Flagg, Nancy A. | 131-Executive Director-Grade 1 | Review and analyze billing info from R. Peruski | 0.6 | $750.00 | $450.00 |
| 17 Jun 2013 | Flagg, Nancy A. | 131-Executive Director-Grade 1 | Review and analyze additional comments from M. Lee at Foley | 0.8 | $750.00 | $600.00 |
| 18 Jun 2013 | Flagg, Nancy A. | 131-Executive Director-Grade 1 | Phone conference with R. Peruski of EY and M. Lee of Foley to discuss status of first fee application compilation which needs to be submitted this week | 1.3 | $750.00 | $975.00 |
| 26 Jun 2013 | Flagg, Nancy A. | 131-Executive Director-Grade 1 | Correspond with S.Sacks with proper protocol for charging travel time | 0.6 | $750.00 | $450.00 |
| | | | Sub Total | 3.3 | | $2,475.00 |
| 20 Jun 2013 | Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | Review and update fee application spreadsheet to encompass M. Lee's (Foley) changes | 1.4 | $225.00 | $315.00 |
| 21 Jun 2013 | Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | Draft retention activities tab for the fee application | 1.7 | $225.00 | $382.50 |
| 25 Jun 2013 | Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | Draft breakdown of hours into buckets for N. Flagg | 2.5 | $225.00 | $562.50 |
| 05 Jun 2013 | Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | Phone conference with M. Lee (Foley) regarding an all hands call | 0.2 | $225.00 | $45.00 |
| 06 Jun 2013 | Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | Phone conferences with M. Lee (Foley) regarding updates to the fee schedule | 0.3 | $225.00 | $67.50 |
| 12 Jun 2013 | Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | Review and analyze fee application according to Foley and N. Flagg suggestions | 2.6 | $225.00 | $585.00 |
| 13 Jun 2013 | Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | Review and analyze fee applciation according to Foley and N. Flagg's suggestions | 5.2 | $225.00 | $1,170.00 |
| 14 Jun 2013 | Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | Review and finalize fee application | 1.4 | $225.00 | $315.00 |
| 17 Jun 2013 | Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | Draft fee application needed to update all the entries on the tax advisory tab | 2.4 | $225.00 | $540.00 |
| 18 Jun 2013 | Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | Phone conference with N. Flagg to discuss the fee application open issues | 0.5 | $225.00 | $112.50 |
| 18 Jun 2013 | Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | Phone conference with M. Lee (Foley) regarding his comments with regard to the fee application | 0.6 | $225.00 | $135.00 |
| 18 Jun 2013 | Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | Phone conference with N. Flagg and M. Lee (Foley) regarding the fee application spreadsheet open items | 0.8 | $225.00 | $180.00 |
| 18 Jun 2013 | Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | Draft schedule broken out by person of the June time incurred on ResCap | 2.1 | $225.00 | $472.50 |
| 18 Jun 2013 | Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | Draft fee application needed to update all the entries on the tax advisory tab | 2.1 | $225.00 | $472.50 |
| 19 Jun 2013 | Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | Draft expense report breakdown | 1.2 | $225.00 | $270.00 |
| 19 Jun 2013 | Peruski, Ryan J. | 444-Staff/Assistant-Grade 4 | Draft fee application needed to update all the entries on the tax advisory tab | 4.7 | $225.00 | $1,057.50 |
| | | | Sub Total | 29.7 | | $6,682.50 |

| Date | Name | Title | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 18 Jun 2013 | Rypina, Adrianna Joanna | 511-Intern (CS)-Grade 1 | Review and format time detail spreadsheet | 2.0 | $ 225.00 | $ 450.00 |
| | | | Sub Total | 2.0 | | $ 450.00 |
| 06 Jun 2013 | Sacks, Stephen A | 134-Executive Director-Grade 4 | Phone conference with R. Peruski regarding bankruptcy billing matters | 0.2 | $ 750.00 | $ 150.00 |
| | | | Sub Total | 0.2 | | $ 150.00 |
| 19 Jun 2013 | Sementa, Albert R | 511-Intern (CS)-Grade 1 | Review and organize expenses for submission to outside counsel with R. Peruski | 6.8 | $ 225.00 | $ 1,530.00 |
| 20 Jun 2013 | Sementa, Albert R | 511-Intern (CS)-Grade 1 | Review and organize expenses for submission to outside counsel with R. Peruski | 3.2 | $ 225.00 | $ 720.00 |
| | | | Sub Total | 10.0 | | $ 2,250.00 |
| | | | **Grand Total** | **45.2** | | **$ 12,007.50** |

| | | | **In re Residential Capital, LLC, et al.** | | | |
|---|---|---|---|---|---|---|
| | | | Ernst & Young LLP Time Detail --- Fee Application | | | |
| | | | July 1, 2013 through July 31, 2013 | | | |
| 09 Jul 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Review fee app submission with R. Peruski | 0.7 | $ 750.00 | $ 525.00 |
| 11 Jul 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Review and analyze fee schedule with R. Peruski for client update | 0.8 | $ 750.00 | $ 600.00 |
| 15 Jul 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Discuss June fee analysis with R. Peruski | 0.7 | $ 750.00 | $ 525.00 |
| 25 Jul 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Request July work-in-process reports from D. Mullen and R. Peruski | 0.4 | $ 750.00 | $ 300.00 |
| 26 Jul 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Review and analyze July work-in-process report data from D. Mullen for update to N. Bulson (ResCap) | 0.8 | $ 750.00 | $ 600.00 |
| 26 Jul 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Phone conference with R. Peruski to update fees for client fee request | 1.3 | $ 750.00 | $ 975.00 |
| 26 Jul 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Request to D. Mullen for additional fee info per N. Bulson (ResCap) request | 0.4 | $ 750.00 | $ 300.00 |
| 29 Jul 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Draft fee update and forecast for N. Bulson (ResCap) | 1.3 | $ 750.00 | $ 975.00 |
| 29 Jul 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Discuss fee update on income tax with H. Tucker and S. Sacks | 0.5 | $ 750.00 | $ 375.00 |
| 29 Jul 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Update fee estimate for July per R. Peruski fee update and send to N. Bulson (ResCap) | 0.6 | $ 750.00 | $ 450.00 |
| 29 Jul 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Phone conference with N. Bulson (ResCap) and R. Peruski to discuss fee update file and next steps | 0.5 | $ 750.00 | $ 375.00 |
| 29 Jul 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Phone conference with H. Tucker for fee forecast requested by N. Bulson (ResCap) | 0.5 | $ 750.00 | $ 375.00 |
| 30 Jul 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Update EY fee forecast per info from H. Tucker and send to N. Bulson (ResCap) | 0.6 | $ 750.00 | $ 450.00 |
| 31 Jul 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Phone conference with R. Peruski regarding billing and resource alignment | 0.6 | $ 750.00 | $ 450.00 |
| | | | **Sub Total** | **9.7** | | **$ 7,275.00** |
| 31 Jul 2013 | Jansen,H.W.R. | 04-Client Serving Contractor | Discussions with H.Tucker and S.Sacks regarding the ResCap status | 2.0 | $ 850.00 | $ 1,700.00 |
| | | | **Sub Total** | **2.0** | | **$ 1,700.00** |
| 18 Jul 2013 | Liefbroer,Brett Nicholas | 444-Staff/Assistant-Grade 4 | Review and revise time detail descriptions for 6/1 through 6/14 timesheets in preparation for submission to court | 3.6 | $ 225.00 | $ 810.00 |
| 23 Jul 2013 | Liefbroer,Brett Nicholas | 444-Staff/Assistant-Grade 4 | Review and revise time detail descriptions for mid-June to late June timesheets in preparation for submission to court | 3.4 | $ 225.00 | $ 765.00 |
| | | | **Sub Total** | **7.0** | | **$ 1,575.00** |
| 08 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Draft fee application needed to update all the entries on the tax advisory tab | 2.3 | $ 225.00 | $ 517.50 |
| 09 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Review and format time detail for May in order to finalize the application | 5.7 | $ 225.00 | $ 1,282.50 |
| 10 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Review and update fee application spreadsheet to encompass M. Lee's (Foley) changes | 1.1 | $ 225.00 | $ 247.50 |
| 11 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Draft expense report breakdown for May | 1.9 | $ 225.00 | $ 427.50 |
| 15 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Review and update fee application spreadsheet to encompass M. Lee's (Foley) changes | 0.3 | $ 225.00 | $ 67.50 |
| 15 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Phone conference with N. Flagg regarding status of June time detail entries | 0.4 | $ 225.00 | $ 90.00 |
| 15 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Phone conference with M. Lee (Foley) regarding status of court submission | 0.6 | $ 225.00 | $ 135.00 |

| Date | Name | Title | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 16 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Draft breakdown of hours into buckets for N. Flagg | 2.7 | $ 225.00 | $ 607.50 |
| 16 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Review and format time entries for the month of June | 4.7 | $ 225.00 | $ 1,057.50 |
| 19 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Phone conference with N. Flagg regarding May court submission | 0.3 | $ 225.00 | $ 67.50 |
| 23 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Discussion with B. Liefbroer regarding time entry details | 0.4 | $ 225.00 | $ 90.00 |
| 24 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Update June time detail breakdown for client phone call | 1.4 | $ 225.00 | $ 315.00 |
| 25 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Review June expenses to send to Foley | 2.3 | $ 225.00 | $ 517.50 |
| 25 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Review and analyze time entries before sending to Foley | 2.8 | $ 225.00 | $ 630.00 |
| 26 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Review expense spreadsheet to capture new expenses | 0.7 | $ 225.00 | $ 157.50 |
| 26 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Phone conference with N. Flagg regarding fee tracker spreadsheet for June and July | 1.1 | $ 225.00 | $ 247.50 |
| 26 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Create overall May, June, and July time charged and expense detail for N. Bulson's (ResCap) | 1.5 | $ 225.00 | $ 337.50 |
| 29 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Phone conference with N. Bulson (ResCap) and N. Flagg regarding fee estimates and projections | 0.5 | $ 225.00 | $ 112.50 |
| 29 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Phone conference with N. Flagg and N. Bulson (ResCap) regarding forecast of fees and expenses | 0.5 | $ 225.00 | $ 112.50 |
| 29 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Draft breakdown of hours into buckets for N. Flagg | 2.0 | $ 225.00 | $ 450.00 |
| 31 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Phone conference with N. Flagg and D. Mullen regarding billing coordination | 0.8 | $ 225.00 | $ 180.00 |
| 31 Jul 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Review and analyze changes on time detail from Foley | 1.2 | $ 225.00 | $ 270.00 |
| | | | **Sub Total** | **35.2** | | **$ 7,920.00** |
| | | | **Grand Total** | **53.9** | | **$ 18,470.00** |

| | Ernst & Young LLP Time Detail --- Fee Applications | | | | | |
| | August 1, 2013 through August 30, 2013 | | | | | |
| **Incur Date** | **Employee Name** | **Rank** | **Description** | **Hours Charged** | **Bill Rate** | **Total** |
|---|---|---|---|---|---|---|
| 05 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Correspondence with M. Lee (Foley) regarding monthly and interim fee application requirements. | 0.3 | $ 750.00 | $ 225.00 |
| 06 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Review and edit interim fee application. | 2.3 | $ 750.00 | $ 1,725.00 |
| 06 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Review and revise interim fee application. | 0.8 | $ 750.00 | $ 600.00 |
| 06 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Phone conference with H. Tucker regarding interim fee application sign off. | 0.4 | $ 750.00 | $ 300.00 |
| 07 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Facilitate EY certification and signoff of interim fee application for filing with the Bankruptcy Court. | 0.4 | $ 750.00 | $ 300.00 |
| 30 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Review and edit fee summary for N. Bulson (ResCap) | 0.4 | $ 750.00 | $ 300.00 |
| | | | **Sub Total** | **4.6** | | **$ 3,450.00** |
| 19 Aug 2013 | Liefbroer,Brett Nicholas | 444-Staff/Assistant-Grade 4 | Review and format time detail descriptions for 7/1 through 7/31 timesheets in preparation for submission to court | 4.1 | $ 225.00 | $ 922.50 |
| 20 Aug 2013 | Liefbroer,Brett Nicholas | 444-Staff/Assistant-Grade 4 | Discussion with R. Peruski regarding monthly fee application. | 0.5 | $ 225.00 | $ 112.50 |
| 20 Aug 2013 | Liefbroer,Brett Nicholas | 444-Staff/Assistant-Grade 4 | Review and format time detail descriptions for 7/1 through 7/31 timesheets in preparation for submission to court | 4.1 | $ 225.00 | $ 922.50 |
| | | | **Sub Total** | **8.7** | | **$ 1,957.50** |
| 06 Aug 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Review and analyze the fee application for court submission. | 0.8 | $ 225.00 | $ 180.00 |
| 06 Aug 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Correspondence with D. Mullen and N. Flagg regarding the review of the interim fee application. | 0.2 | $ 225.00 | $ 45.00 |
| 07 Aug 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Prepare July fee breakdown by workstream. | 3.2 | $ 225.00 | $ 720.00 |
| 20 Aug 2013 | Peruski,Ryan J. | 444-Staff/Assistant-Grade 4 | Discussion with Brett Liefbroer regarding monthly fee application. | 0.5 | $ 225.00 | $ 112.50 |
| | | | **Sub Total** | **4.7** | | **$ 1,057.50** |
| 06 Aug 2013 | Tucker,Howard J | 111-Partner/Principal-Grade 1 | Phone conference with N. Flagg regarding interim fee application sign off. | 0.4 | $ 850.00 | $ 340.00 |
| | | | **Sub Total** | **0.4** | | **$ 340.00** |
| | | | **Administrative Grand Total** | **18.4** | | **$ 6,805.00** |