# **Exhibit E**

## **Expense Detail**

**In re Residential Capital, LLC, et al.**
Ernst & Young LLP Expense Detail
May 1, 2013 through May 31, 2013

| Transaction Date | Employee Name | Rank | Expense Category | Description | Expense Amount |
|---|---|---|---|---|---|
| 01 May 2013 | Flagg,Nancy A. | 131-Executive Director-Grade 1 | Ground Transportation | Round trip taxi cab fair from Minneapolis Office to Restaurant | $ 30.00 |
| 01 May 2013 | Flagg,Nancy A. | 131-Executive Director-Grade 1 | Meals | Travel Meal - Lunch - for multiple people - J. Horner (ResCap), N. Bulson (ResCap), N. Flagg, and B. Morley | $ 77.30 |
| 01 May 2013 | Flagg,Nancy A. | 131-Executive Director-Grade 1 | Ground Transportation | Taxi from Minneapolis Office to Airport | $ 36.00 |
| 01 May 2013 | Flagg,Nancy A. | 131-Executive Director-Grade 1 | Meals | Travel Meal - Dinner | $ 8.35 |
| 02 May 2013 | Flagg,Nancy A. | 131-Executive Director-Grade 1 | Lodging | Lodging at Minneapolis | $ 214.33 |
| 16 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Lodging | Lodging at Minneapolis | $ 215.55 |
| 16 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | From Newark Airport to Minneapolis | $ 562.10 |
| 16 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | Transaction Fee | $ 7.00 |
| 16 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | Transaction Fee | $ 7.00 |
| 20 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | Checked Bag Fee from Newark Airport to Minneapolis | $ 25.00 |
| 23 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | From Newark Airport to Minneapolis | $ 617.22 |
| 23 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | From Newark Airport to Minneapolis | $ 562.10 |
| 23 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | Checked Bag Fee from Newark Airport to Minneapolis | $ 35.00 |
| 23 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | Checked Bag Fee from Minneapolis to Newark Airport | $ 35.00 |
| 24 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Meals | Travel Meal - Dinner | $ 9.63 |
| 24 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Meals | Travel Meal - Breakfast | $ 5.20 |
| 24 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Ground Transportation | Taxi from Newark Airport to home | $ 110.60 |
| 24 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | From Newark Airport to Minneapolis | $ 694.80 |
| 24 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | Traveled to MN from NY to work at client | $ 215.46 |
| 25 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | Checked Bag Fee from Newark Airport to Minneapolis | $ 25.00 |
| 28 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Ground Transportation | Taxi from home to Newark Airport | $ 90.48 |
| 29 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | Checked Bag Fee from Newark Airport to Minneapolis | $ 25.00 |
| 30 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Ground Transportation | Parking costs at EY Office in Minneapolis | $ 12.00 |
| 31 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Meals | Meal - Breakfast | $ 29.89 |
| 31 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Ground Transportation | Rental car for May 31, 2013 - used to drive to client site in Minneapolis | $ 200.22 |
| 31 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Ground Transportation | Taxi from Newark Airport to home | $ 109.74 |
| 31 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | From Newark Airport to Minneapolis | $ 475.42 |
| 31 May 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | Checked Bag Fee from Newark Airport to Minneapolis | $ 25.00 |
| 16 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | Transaction Fee From LaGuardia to Saint Louis | $ 7.00 |
| 16 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | From Minneapolis to Newark Airport | $ 562.10 |

| Date | Name | Title | Category | Description | Amount |
|---|---|---|---|---|---|
| 16 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Lodging | Lodging Transaction Fee at Minneapolis - Residence Inn  Marriott - 5/20-5/24 | $ 7.00 |
| 17 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | Transaction Fee From Minneapolis to Newark Airport | $ 7.00 |
| 17 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | From Laguardia to Minneapolis | $ 215.55 |
| 20 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia | $ 10.87 |
| 20 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner | $ 5.25 |
| 20 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Ground Transportation | Rental car for May 20, 2013 - used to drive to LaGuardia Airport for Flight to Minneapolis | $ 85.99 |
| 21 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia | $ 93.82 |
| 22 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia | $ 97.67 |
| 23 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia | $ 78.41 |
| 23 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | From Minneapolis to Newark Airport | $ 617.22 |
| 23 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | From Newark Airport to Minneapolis | $ 562.10 |
| 24 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner | $ 9.64 |
| 24 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Ground Transportation | Taxi from Newark Airport to home | $ 54.50 |
| 24 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | Transaction Fee from Minneapolis to Newark Airport | $ 7.00 |
| 24 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | Transaction Fee from Newark Airport to Minneapolis | $ 7.00 |
| 24 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Lodging | Lodging  at Minneapolis - Residence Inn Marriott - 5/20-5/24 | $ 694.80 |
| 24 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Lodging | Lodging Tip for Staff at Minneapolis - Residence Inn Marriott - 5/20 - 5/24 | $ 10.00 |
| 28 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Ground Transportation | Taxi from home to Newark Airport | $ 54.00 |
| 30 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia | $ 106.99 |
| 31 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia | $ 76.22 |
| 31 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Ground Transportation | Taxi from Newark Airport to home | $ 46.00 |
| 31 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Lodging | Lodging at Minneapolis - Residence Inn Marriott - 5/28-5/31 | $ 459.33 |
| 31 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Lodging | Lodging Tip for Staff at Minneapolis - Residence Inn Marriott - 5/28 - 5/31 | $ 6.00 |
| 31 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | From Minneapolis to Newark Airport | $ 617.22 |
| 31 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | From Newark Airport to Minneapolis | $ 562.10 |
| 31 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | Transaction Fee from Newark Airport to Minneapolis | $ 7.00 |
| 31 May 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | Transaction Fee From Minneapolis to Newark Airport | $ 7.00 |

**Grand Total  $9,535.17**

### Ernst & Young LLP Expense Detail
### June 1, 2013 through June 30, 2013

| Transaction Date | Employee Name | Rank | Expense Category | Description | Expense Amount |
|---|---|---|---|---|---|
| 03 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Ground Transportation | Parking costs at EY Office in Minneapolis | $ 18.00 |
| 03 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Ground Transportation | Taxi from home to Newark Airport | $ 90.86 |
| 04 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Air | Rebooking Charge - exchange fee to switch flights | $ 200.00 |
| 04 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Ground Transportation | Parking costs at EY Office in Minneapolis | $ 18.00 |
| 04 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Air | Checked Bag Fee from Newark Airport to Minneapolis | $ 25.00 |
| 05 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Air | From Newark Airport to Minneapolis | $ 306.22 |
| 05 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Ground Transportation | Parking costs at EY Office in Minneapolis | $ 20.00 |
| 06 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Ground Transportation | Round trip taxi cab fair from Minneapolis Office to Restaurant | $ 26.55 |
| 06 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Air | From Minneapolis to Newark Airport | $ 627.22 |
| 06 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Air | From Newark Airport to Minneapolis | $ 552.10 |
| 06 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Ground Transportation | Parking costs at EY Office in Minneapolis | $ 19.00 |
| 07 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Air | Transaction Fee | $ 7.00 |
| 07 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Lodging | Lodging at Minneapolis - Residence Inn Marriott - 6/5-6/7 | $ 250.92 |
| 07 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Air | From Minneapolis to Newark Airport | $ 389.90 |
| 07 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Air | Transaction Fee | $ 7.00 |
| 07 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Ground Transportation | Taxi from Newark Airport to home | $ 109.74 |
| 11 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Ground Transportation | Taxi from home to Newark Airport | $ 90.48 |
| 12 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Air | Checked Bag Fee from Newark Airport to Minneapolis | $ 25.00 |
| 13 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Air | Transaction Fee | $ 7.00 |
| 13 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Air | Transaction Fee | $ 7.00 |
| 13 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Air | From Minneapolis to Newark Airport | $ 637.22 |
| 13 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Air | From Newark Airport to Minneapolis | $ 572.09 |
| 14 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Air | Checked Bag Fee from Minneapolis to Newark Airport | $ 25.00 |
| 14 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Ground Transportation | Taxi from home to Newark Airport | $ 109.74 |
| 15 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Air | From Newark Airport to Minneapolis | $ 769.80 |
| 17 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Ground Transportation | Taxi from home to Newark Airport | $ 90.48 |
| 18 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Air | Checked Bag Fee from Newark Airport to Minneapolis | $ 25.00 |
| 19 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Meals | Meal - Breakfast - Working breakfast while performing deferred tax asset calculations | $ 3.90 |
| 20 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Air | Transaction Fee | $ 7.00 |
| 20 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Air | From Newark Airport to Minneapolis | $ 1,254.44 |
| 21 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Meals | Meal - Breakfast - Working breakfast while performing deferred tax liability calculations | $ 5.35 |
| 21 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Meals | Meal - Breakfast - Working breakfast while researching asset securitizations | $ 11.65 |
| 21 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Air | Checked Bag Fee from Minneapolis to Newark Airport | $ 25.00 |
| 21 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Ground Transportation | Taxi from Newark Airport to home | $ 110.60 |
| 21 Jun 2013 | Letizia II, John Joseph | 421-Senior-Grade 1 | Lodging | Lodging at Minneapolis - Residence Inn Marriott - 6/17-6/21 | $ 227.49 |

| Date | Name | Title | Category | Description | Amount |
|---|---|---|---|---|---|
| 22 Jun 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | From Minneapolis to Newark Airport | $ 818.52 |
| 25 Jun 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia - incurred after 8:00 p.m. | $ 40.00 |
| 25 Jun 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | Checked Bag Fee from Minneapolis to Newark Airport | $ 25.00 |
| 27 Jun 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | Transaction Fee | $ 7.00 |
| 28 Jun 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Meals | Meal - Breakfast - Working breakfast while preparing tax attribute schedules | $ 9.20 |
| 28 Jun 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | Checked Bag Fee from Minneapolis to Newark Airport | $ 25.00 |
| 28 Jun 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | From Newark Airport to Minneapolis | $ 640.44 |
| 28 Jun 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Lodging | Lodging at Minneapolis - Residence Inn Marriott - 6/22-6/28 | $ 190.74 |
| 28 Jun 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Meals | Meal - Breakfast - Working breakfast while preparing tax attribute schedules | $ 14.29 |
| 03 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Ground Transportation | Taxi from home to Newark Airport | $ 54.00 |
| 04 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | Transaction Fee | $ 7.00 |
| 04 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia - incurred after 8:00 p.m. | $ 40.00 |
| 03 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia - incurred after 8:00 p.m. | $ 40.00 |
| 04 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | Rebooking Charge - exchange fee to switch flights | $ 200.00 |
| 05 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia - incurred after 8:00 p.m. | $ 40.00 |
| 05 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Lodging | Lodging at Minneapolis - Residence Inn Marriott - 6/3-6/5 | $ 306.22 |
| 06 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | From Newark Airport to Minneapolis | $ 562.10 |
| 06 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | From Minneapolis to Newark Airport | $ 627.22 |
| 07 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Ground Transportation | Taxi from home to Newark Airport | $ 46.00 |
| 07 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Lodging | Lodging Tip for Staff at Minneapolis - Residence Inn Marriott - 6/5-6/7 | $ 8.00 |
| 07 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Lodging | Lodging at Minneapolis - Residence Inn Marriott - 6/5-6/7 | $ 389.90 |
| 07 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | Transaction Fee | $ 7.00 |
| 07 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | Transaction Fee | $ 7.00 |
| 11 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia - incurred after 8:00 p.m. | $ 40.00 |
| 11 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Ground Transportation | Taxi from home to Newark Airport | $ 54.00 |
| 12 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia - incurred after 8:00 p.m. | $ 40.00 |
| 13 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia - incurred after 8:00 p.m. | $ 40.00 |
| 13 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | From Newark Airport to Minneapolis | $ 637.22 |
| 13 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | Transaction Fee | $ 7.00 |
| 13 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | From Minneapolis to Newark Airport | $ 572.09 |
| 13 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | Transaction Fee | $ 7.00 |
| 14 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Lodging | Lodging tip - Marriott Southwest Minneapolis - 6/11-6/14 | $ 10.00 |
| 14 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Ground Transportation | Taxi from Newark Airport to home | $ 48.00 |
| 14 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Ground Transportation | Rental car for June 11, 2013 used to drive to the Minnesota office - fuel charge | $ 13.49 |
| 14 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Ground Transportation | Rental car for June 11, 2013 used to drive to the Minnesota office | $ 190.74 |
| 15 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Breakfast - Working breakfast while performing deferred tax asset calculations | $ 6.00 |
| 15 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Lodging | Lodging at Minneapolis - Marriott Southwest - 6/11-6/14 | $ 763.80 |

| 17 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Ground Transportation | Taxi from home to Newark Airport | $ | 54.00 |
|---|---|---|---|---|---|---|
| 17 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia - incurred after 8:00 p.m. | $ | 40.00 |
| 18 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia - incurred after 8:00 p.m. | $ | 40.00 |
| 19 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia - incurred after 8:00 p.m. | $ | 40.00 |
| 20 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia - incurred after 8:00 p.m. | $ | 40.00 |
| 20 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | Transaction Fee - Newark | $ | 7.00 |
| 20 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | Transaction Fee - Minneapolis | $ | 7.00 |
| 26 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | From Newark Airport to Minneapolis | $ | 557.45 |
| 28 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | From Minneapolis to Newark Airport | $ | 637.22 |
| 21 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Lodging | Lodging tip for staff - Residence Inn Marriott - 6/17-6/21 | $ | 10.00 |
| 21 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Ground Transportation | Taxi from Newark Airport to home | $ | 46.00 |
| 22 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Lodging | Lodging at Minneapolis - Residence Inn Marriott - 6/17-6/21 | $ | 818.52 |
| 26 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Ground Transportation | Taxi from airport to hotel | $ | 20.00 |
| 26 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia - incurred after 8:00 p.m. | $ | 40.00 |
| 27 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia - incurred after 8:00 p.m. | $ | 40.00 |
| 27 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | Transaction Fee - Minneapolis | $ | 7.00 |
| 28 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Lodging | Lodging at Minneapolis - Marriott Resident Inn - 6/26-6/28 | $ | 362.60 |
| 28 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Lodging | Lodging tip for staff - Residence Inn Marriott - 6/26-6/28 | $ | 5.00 |
| 28 Jun 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Ground Transportation | Taxi from Newark Airport to home | $ | 46.00 |
| | | | | | $ | 16,023.51 |

| | | | | | |
|---|---|---|---|---|---|
| <td colspan="6" align="center">**In re Residential Capital, LLC, et al.**</td> |
| <td colspan="6" align="center">Ernst & Young LLP Expense Detail</td> |
| <td colspan="6" align="center">July 1, 2013 through July 31, 2013</td> |
| Transaction Date | Employee Name | Rank | Expense Category | Description | Expense Amount |
| 01 Jul 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Ground Transportation | Taxi from Newark Airport to home during return travel from client site | $ 82.68 |
| 02 Jul 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | Transaction Fee | $ 7.00 |
| 02 Jul 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | Transaction Fee | $ 7.00 |
| 02 Jul 2013 | Jafari,Yashar | 444-Staff/Assistant-Grade 4 | Air | Transaction Fee during return travel from client site | $ 35.00 |
| 02 Jul 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Ground Transportation | Taxi from Newark Airport to home | $ 104.40 |
| 02 Jul 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | Ticket from Newark to Minneapolis and back to Newark | $ 1,267.38 |
| 02 Jul 2013 | Jafari,Yashar | 444-Staff/Assistant-Grade 4 | Air | Ticket from Newark to Minneapolis and back to Newark | $ 1,267.38 |
| 02 Jul 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | Ticket from Newark to Minneapolis and back to Newark | $ 1,267.38 |
| 08 Jul 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Ground Transportation | Parking costs at office in Minneapolis during travel to client site | $ 17.00 |
| 08 Jul 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Ground Transportation | Taxi from home to Newark Airport during travel to client site | $ 54.00 |
| 08 Jul 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Ground Transportation | Taxi from home to Newark Airport during travel to client site | $ 90.48 |
| 08 Jul 2013 | Jafari,Yashar | 444-Staff/Assistant-Grade 4 | Ground Transportation | Taxi from home to Newark Airport during travel to client site | $ 101.45 |
| 08 Jul 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia, Y. Jafari - incurred after 8:00 p.m. | $ 60.00 |
| 09 Jul 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Ground Transportation | Taxi from hotel to client site | $ 4.41 |
| 09 Jul 2013 | Jafari,Yashar | 444-Staff/Assistant-Grade 4 | Meals | Meal - Breakfast - Working breakfast while performing deferred tax asset calculations | $ 5.30 |
| 09 Jul 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Ground Transportation | Parking costs at office in Minneapolis during travel to client site | $ 18.00 |
| 09 Jul 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | Checked Bag Fee from Minneapolis to Newark Airport during return travel to client site | $ 25.00 |
| 09 Jul 2013 | Jafari,Yashar | 444-Staff/Assistant-Grade 4 | Air | Checked Bag Fee from Minneapolis to Newark Airport during return travel to client site | $ 25.00 |
| 09 Jul 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia, Y. Jafari - incurred after 8:00 p.m. | $ 60.00 |
| 10 Jul 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Ground Transportation | Parking costs at office in Minneapolis during travel to client site | $ 20.00 |
| 10 Jul 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia, Y. Jafari - incurred after 8:00 p.m. | $ 60.00 |
| 11 Jul 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Ground Transportation | Parking costs at office in Minneapolis during travel to client site | $ 18.00 |
| 11 Jul 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Ground Transportation | Taxi from hotel to client site | $ 29.19 |
| 11 Jul 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Meals | Meal - Dinner - for multiple people - S. Sacks, J. Letizia, Y. Jafari - incurred after 8:00 p.m. | $ 60.00 |
| 12 Jul 2013 | Jafari,Yashar | 444-Staff/Assistant-Grade 4 | Meals | Meal - Breakfast - Working breakfast while researching asset securitizations | $ 8.23 |
| 12 Jul 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Lodging | Lodging tip for staff - Marriott Marquis Southwest - 7/8-7/12 during travel to client site | $ 10.00 |
| 12 Jul 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Ground Transportation | Taxi from hotel to client site | $ 12.84 |
| 12 Jul 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Meals | Meal - Breakfast - Working breakfast while researching asset securitizations | $ 13.00 |
| 12 Jul 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Ground Transportation | Taxi from Newark Airport to home during return travel from client site | $ 46.00 |
| 12 Jul 2013 | Jafari,Yashar | 444-Staff/Assistant-Grade 4 | Ground Transportation | Taxi from Newark Airport to home during return travel from client site | $ 103.45 |
| 12 Jul 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Ground Transportation | Taxi from Newark Airport to home during return travel from client site | $ 109.74 |
| 12 Jul 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Lodging | Lodging - Marriott Marquis Southwest - 7/8-7/12 | $ 329.70 |
| 13 Jul 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | Checked Bag Fee from Minneapolis to Newark Airport | $ 25.00 |

| Date | Name | Title | Category | Description | Amount |
|---|---|---|---|---|---|
| 13 Jul 2013 | Jafari,Yashar | 444-Staff/Assistant-Grade 4 | Air | Checked Bag Fee from Minneapolis to Newark Airport | $ 25.00 |
| 13 Jul 2013 | Letizia II,John Joseph | 421-Senior-Grade 1 | Air | Ticket from Newark to Minneapolis and back to Newark | $ 873.21 |
| 13 Jul 2013 | Sacks,Stephen A | 134-Executive Director-Grade 4 | Air | Ticket from Newark to Minneapolis and back to Newark | $ 873.21 |
| 13 Jul 2013 | Jafari,Yashar | 444-Staff/Assistant-Grade 4 | Air | Ticket from Newark to Minneapolis and back to Newark | $ 873.21 |
| 15 Jul 2013 | Jafari,Yashar | 444-Staff/Assistant-Grade 4 | Ground Transportation | Taxi from hotel to client site | $ 20.90 |
| 18 Jul 2013 | Jafari,Yashar | 444-Staff/Assistant-Grade 4 | Ground Transportation | Parking costs at office in Minneapolis during travel to client site | $ 18.00 |
| 22 Jul 2013 | Jafari,Yashar | 444-Staff/Assistant-Grade 4 | Ground Transportation | Taxi from hotel to client site | $ 18.60 |
| 23 Jul 2013 | Jafari,Yashar | 444-Staff/Assistant-Grade 4 | Ground Transportation | Taxi from hotel to client site | $ 18.50 |
| 24 Jul 2013 | Jafari,Yashar | 444-Staff/Assistant-Grade 4 | Ground Transportation | Taxi from hotel to client site | $ 20.40 |
| 25 Jul 2013 | Jafari,Yashar | 444-Staff/Assistant-Grade 4 | Ground Transportation | Parking costs at office in Minneapolis during travel to client site | $ 18.00 |

**Grand Total  $  8,103.04**

Ernst & Young LLP Expense Detail
August 1, 2013 through August 30, 2013

| Incur Date | Employee Name | Rank | Expense Category | Description | Expense Amount |
|---|---|---|---|---|---|
| 10 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Air | Air travel during travel to Minneoplis for ResCap Meeting | $437.80 |
| 12 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Air | AMEX booking fee for travel to ResCap. | $7.00 |
| 14 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Ground Transportation | Hotel parking during travel to minneapolis for business purpose of meeting with Residential Capital CFO and tax management team and work on bankruptcy tax engagement (August 14th-August 16th). | $31.25 |
| 14 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Meals | Dinner with self while working at ResCap. | $20.00 |
| 15 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Air | AMEX booking fee for travel to ResCap. | $7.00 |
| 15 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Lodging | Tips to valet, hotel bell cap, housekeeping during Minneoplis trip to meet with ResCap (August 14th-August 16th). | $13.00 |
| 15 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Ground Transportation | Parking at Airport during trip to ResCap. | $24.00 |
| 15 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Ground Transportation | Rental Car during travel to Minneapolis for ResCap meeting. | $78.83 |
| 15 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Meals | Breakfast with self while working at ResCap. | $7.25 |
| 15 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Meals | Meal - lunch for multiple people with J. Demro (ResCap), J. Horner (ResCap) and N. Bulson (ResCap) - to discuss progress of engagement. | $80.00 |
| 16 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Lodging | Hotel during travel to Minneoplis for ResCap Meeting (August 14th-August 16th). | $214.33 |
| 22 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Air | Air travel during travel to Minneoplis for ResCap Meeting (Aug 27th - Aug 28th) | $427.80 |
| 22 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Air | AMEX booking fee for travel to ResCap. | $7.00 |
| 27 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Ground Transportation | Parking at Airport during trip to ResCap. | $14.00 |
| 27 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Ground Transportation | Rental Car during travel to Minneapolis for ResCap meeting. | $48.90 |
| 28 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Lodging | Hotel during travel to Minneoplis for ResCap Meeting (August 27th-August 28th). | $150.84 |
| 27 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Ground Transportation | Fuel for rental car. | $7.35 |
| 27 Aug 2013 | Flagg,Nancy A. | 134-Executive Director-Grade 4 | Lodging | Tips to valet, hotel bell cap, housekeeping during Minneoplis trip to meet with ResCap (August 27th-August 28th). | $18.00 |
| 28 Aug 2013 | Jafari,Yashar | 444-Staff/Assistant-Grade 4 | Ground Transportation | Taxi home after working 12 hours and leaving after 8pm. | $17.30 |
| | | | | **Expenses Grand Total** | **$ 1,611.65** |