**Justin S. Krell**

**From:** Caren Wilson [carenwilson1124@gmail.com]
**Sent:** Monday, November 18, 2013 1:09 PM
**To:** Justin S. Krell; Brian Powers
**Subject:** My Intention and time to examine

I intend to appear either telephonically with leave of court or in person on the date for examination of the following witnesses:
Tammy Hamzenpour
Thomas Marano
Michael Carpenter
and my cross-examination is expected to take up to one hour for each witness, exclusive of rebuttal testimony to be provided.

Signed;
Caren J Wilson

1