## Justin S. Krell

**From:** Rich Rode [richrode@att.net]
**Sent:** Monday, November 18, 2013 1:04 PM
**To:** Brian Powers; Justin S. Krell
**Cc:** Jeff Uzick; Dee Ramsey
**Subject:** Objection to Confirmation of witnesses and Time for examination.

Please be advised,

I intend to appear preferably telephonic-ally with leave of court, or in person if demanded by court ,on the date for examination of the following witnesses:
Tammy Hamzenpour
Thomas Marano
Michael Carpenter
and my cross-examination is expected to take up to one hour for each witness, exclusive of rebuttal testimony to be provided.


Rich Rode,
Homeowner /Creditor.