**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                                              )ss:
COUNTY OF NEW YORK    )

      Richard Felix, being duly sworn, affirms, deposes and says:  I am over the age of eighteen years; am employed by Pachulski Stang Ziehl & Jones LLP; and am not a party to the action herein.  On November 18, 2013, I caused to be served via Federal Express, an overnight courier, true and correct copies of the *Third Interim Application Of Pachulski Stang Ziehl & Jones LLP For Compensation For Services Rendered And Reimbursement Of Expenses As Co-Counsel For The Official Committee Of Unsecured Creditors For The Period From May 1, 2013 Through August 31, 2013* upon those parties listed on the attached service list.

                                                                                 */s/ Richard Felix*
                                                                                 Richard Felix

SWORN TO AND SUBSCRIBED before me this
18th day of November, 2013

*/s/ Thomas J. Brown*
Thomas J. Brown
Notary Public, State of New York
Registration No. 01BR6160813
Qualified in Rockland County
Commission Expires February 12, 2015

DOCS_NY:30597.1 73839/001

**Service List**

Morrison & Foerster LLP
Attn:  Larren M. Nashelsky
       Gary S. Lee
       Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, New York  10104-0050

Office of the United States Trustee
for the Southern District of New York
Attn:  Tracy Hope Davis
       Linda A. Riffkin
       Brian S. Masumoto
33 Whitehall Street, 21st Floor
New York, NY  10004

Office of the United States Trustee
Attn:  Eric J. Small, Esq.
355 Main Street – First Floor
Poughkeepsie, NY 12601

Kramer Levin Naftalis & Frankel LLP
Attn:  Kenneth H. Eckstein
       Douglas H. Mannal
1177 Avenue of the Americas
New York, NY  10036

Kirkland & Ellis
Attn:  Richard M. Cieri
       Ray C. Schrock
601 Lexington Avenue
New York, NY  10022

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:  Kenneth S. Ziman
       Jonathan H. Hofer
4 Times Square
New York, New York  10036