**BRYAN CAVE LLP**
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile:  (314) 259-2020
Michael G. Biggers, Esq.

*Ordinary Course Professional to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**SUMMARY OF INTERIM APPLICATION OF BRYAN CAVE LLP
AS ORDINARY COURSE COUNSEL FOR THE DEBTORS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD MAY 1, 2013 THROUGH JUNE 30, 2013**

This is a(n):    ___ monthly    _XX_ interim    ___ final application.

Name of Applicant:                          Bryan Cave LLP ("**Applicant**")

Authorized to Provide Professional          Residential Capital, LLC, *et al.* (collectively,
Services to:                                the "**Debtors**")

Date of Retention:                          Order entered on July 17, 2012 retaining
                                            Applicant *nunc pro tunc* to May 14, 2012

Period for which Compensation               May 1, 2013 through June 30, 2013
and Reimbursement is sought:                (the "**Application Period**") (Fees for the
                                            months of July and August 2013 did not exceed
                                            $75,000 per month)

Amount of Compensation Sought as            $285,783.50
Actual, Reasonable and Necessary:

Amount of Expense Reimbursement      $4,913.67
Sought as Actual, Reasonable and
Necessary:

3994197.1

<u>**Summary of Monthly Applications for Application Period:**</u>

| Date Served | Compensation Period | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid |
|---|---|---|---|---|---|
| 6/28/13 | 5/1/13 – 5/31/13 | $125,666.00 | $0 | $[__] | $[__] |
| 7/30/13 | 6/1/13 – 6/30/13 | $160,117.50 | $4,913.67 | $[__] | $[__] |
| [__]/[__]/[__] | [__]/[__]/[__] – [__]/[__]/[__] | $[__] | $[__] | $[__] | $[__] |
| **TOTAL** | [__]/[__]/[__] – [__]/[__]/[__] | $285,783.50 | $4,913.67 | $[__] | $[__] |

3

**BRYAN CAVE LLP**
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile:  (314) 259-2020
Michael G. Biggers, Esq.

*Ordinary Course Professional to the Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## INTERIM APPLICATION OF BRYAN CAVE LLP
## AS ORDINARY COURSE COUNSEL FOR THE DEBTORS FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
## <u>MAY 1, 2013 THROUGH AUGUST 31, 2013</u>

For its interim application for compensation and reimbursement of expenses (the

"**Application**") for the period May 1, 2013 through June 30, 2013 (the "**Application Period**"),

Bryan Cave LLP ("**Applicant**"), Counsel to Residential Capital, LLC., *et al.*, as debtors and

debtors in possession (collectively, the "**Debtors**"), respectfully represents as follows:

### <u>JURISDICTION, VENUE AND STATUTORY PREDICATES</u>

1.       This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157

and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue

of this proceeding and this Application in this District is proper pursuant to 28 U.S.C. §§ 1408

and 1409.

2.      The statutory bases for the relief requested herein are sections 328, 330, and 331,

of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules

of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Rules for the

United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**").

This Application has been prepared in accordance with General Order M-389, *Amended*

*Guidelines for Fees and Disbursements for Professionals in Southern District of New York*

*Bankruptcy Cases*, entered December 21, 2010 (the "**Local Guidelines**"), and the *United States*

*Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of*

*Expenses Filed Under 11 U.S.C. § 330* effective January 30, 1996 (the "**UST Guidelines**" and,

together with the Local Guidelines, the "**Guidelines**"). Pursuant to the Local Guidelines, a

certification regarding compliance with the Local Guidelines is attached hereto as Exhibit A.

### BACKGROUND

#### A.      **The Chapter 11 Cases**

3.      On May 14, 2012 (the "**Petition Date**"), each of the Debtors filed a voluntary

petition in this Court for relief under Chapter 11 of the Bankruptcy Code. The Debtors are

managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code

sections 1107(a) and 1108. These cases are being jointly administered pursuant to Bankruptcy

Rule 1015(b). No trustee has been appointed in these Chapter 11 cases.

4.      On May 16, 2012, the United States Trustee for the Southern District of New

York (the "**U.S. Trustee**") appointed a nine member official committee of unsecured creditors

(the "**Creditors' Committee**").

5.      On June 20, 2012, the Court directed that an examiner be appointed, and on July

3, 2012, the Court approved Arthur J. Gonzalez as the examiner [Docket Nos. 454, 674].

2

**B.**    **Applicant's Retention and Interim Compensation**

6.    On July 17, 2012, the Court entered the *Order Under Bankruptcy Code Sections 105(a), 327 and 330 and Bankruptcy Rule 2014 Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business Nunc Pro Tunc to the Petition Date* [Docket No. 799], approving Applicant's retention.

7.    On July 17, 2012, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "**Interim Compensation Order**") [Docket No. 797]. Pursuant to the terms of the Interim Compensation Order, Applicant, among others, is authorized to file and submit monthly fee applications to the Debtors and their counsel, counsel for the Creditors' Committee, counsel for Ally Financial Inc., counsel for Barclays Bank PLC, and the United States Trustee (collectively, the "**Notice Parties**").

8.    On June 28, 2013, Applicant served its second monthly fee application covering the period from May 1, 2013 through May 31, 2013 (the "**Second Monthly Fee Application**") on the Notice Parties. On July 30, 2013, Applicant served its third monthly fee application covering the period from June 1, 2013 through June 30, 2013 (the "**Third Monthly Fee Application**" and together with the Second Monthly Fee Application the "**Monthly Fee Applications**") on the Notice Parties. Applicant did not receive any objections to the Monthly Fee Applications.

9.    For the convenience of this Court and all parties in interest, attached hereto as Exhibit B is a schedule of the total amount of fees incurred under each of Applicant's internal task codes during the Application Period for which reimbursement is sought.

10.    The total payments received by Applicant as of the date hereof are equal to: (i) $190,224.00 for fees, representing less than 80% of the requested fee compensation from the

3

Monthly Fee Applications and (ii) $138.04 for expenses, representing less than 100% of requested expenses from the Monthly Fee Applications.

11.    Applicant maintains computerized records of the time expended in the rendering of the professional services required by the Debtors.  These records are maintained in the ordinary course of Applicant's practice.  For the convenience of this Court and all parties in interest, attached hereto as Exhibit C is a billing summary for the Application Period for the services for which reimbursement is sought, setting forth the name of each attorney and paraprofessional who rendered services during the Application Period, each attorney's year of bar admission and area of practice concentration, the aggregate time expended by each attorney and each paraprofessional, the hourly billing rate for each attorney and each paraprofessional at Applicant's current billing rates, and the individual amounts requested for each professional. The compensation requested by Applicant is based on the customary compensation charged by comparably skilled practitioners in other similar cases under the Bankruptcy Code.

12.    Applicant also maintains computerized records of all expenses incurred in connection with the performance of professional services.  A summary of the amounts and categories of expenses for which reimbursement is sought is attached hereto as Exhibit D.

13.    Copies of Applicant's computerized invoices of fees and expenses in the format specified by the Guidelines have been served on the Notice Parties with each of the Monthly Fee Applications and are attached hereto as Exhibit E.

14.    There is no agreement or understanding between Applicant and any other person, other than partners of the firm, for the sharing of compensation to be received for services rendered in the Chapter 11 Cases.

4

15. The Monthly Fee Applications submitted by Applicant are subject to a 20%

holdback (as is customary in this District) imposed by the Court on the allowance of fees. The

aggregate amount of Applicant's holdback during the Application Period is $ 57,156.70.

Applicant respectfully requests, in connection with the relief requested herein, that the Court

allow this holdback amount on an interim basis pursuant to sections 330 and 331 of the

Bankruptcy Code and authorize the Debtors to satisfy such amounts.

## DESCRIPTION OF SERVICES AND
## EXPENSES AND RELIEF REQUESTED

16. In general, Applicant has represented the Debtors in connection with the

following aspects of the Chapter 11 Cases:

> Bryan Cave has participated in the defense and settlement
> of the Proofs of Claim designated as claims no. 2110, 2117,
> 2254 and 5596, which proofs of claim assert putative class
> claims against Residential Funding Company, LLC
> ("RFC"), Residential Capital, LLC, and GMAC Residential
> Holding Company, LLC. Each proof of claim attaches and
> is based on Plaintiffs' Joint Consolidated Amended Class
> Action Complaint in *In re Community Bank of Northern
> Virginia Mortgage Lending Practices Litigation,* MDL No.
> 1674, Case Nos. 03-0425, 02-01201, 05-0688 and 05-1386,
> pending in the United States District Court for the Western
> District of Pennsylvania (the "MDL Litigation"), a case in
> which Bryan Cave was defending RFC prior to the
> initiation of these Bankruptcy cases.

> Bryan Cave has also provided representation to the Debtors
> in connection with a Missouri state class action case, a
> Missouri federal class action case, and a putative class
> action filed in the Southern District of New York, all of
> which were stayed by the bankruptcy.

17. To provide an orderly and meaningful summary of the services rendered by

Applicant on behalf of the Debtors during the Application Period, Applicant established, in

accordance with the Guidelines and its internal billing procedures, separate task codes in

connection with the Chapter 11 Cases. The following is a summary of the most significant

5

professional services rendered by Applicant during the Application Period, organized in

accordance with Applicant's internal system of task codes.

(a)    L120; Analysis/Strategy

Fees: $147,175.50; Total Hours: 445.50

For the claims based on the MDL Litigation, identified on the bills as the *Kessler* case, during the Application Period Bryan Cave developed a case exposure analysis on theories of debtor liability, consulted with bankruptcy and insurance coverage counsel regarding same and estate's claims for insurance coverage, assisted in collection of information requested by insurers, attended and made presentations at meetings with insurers and plaintiffs' counsel, and researched estate's indemnification claims against third-parties.

(b)    L160; Settlement/Non-Binding ADR

Fees: $113,220.00; Total Hours: 333.00

For the claims based on the MDL Litigation, identified on the bills as the *Kessler* case, during the Application Period Bryan Cave analyzed settlement strategies and structures, participated in settlement discussions, conference and mediation, worked on designing and documenting proposed settlement, consulted with bankruptcy and insurance coverage counsel regarding communicating with plaintiffs, insurers and potential indemnitors regarding potential and proposed settlements, and began drafting CAFA notice.

(c)    L260; Class Action Certification and Notice

Fees: $4,896.00; Total Hours: 14.40

For the claims based on the MDL Litigation, identified on the bills as the *Kessler* case, during the Application Period Bryan Cave researched and developed class certification exposure analysis.

18.    These services were all performed in connection with the proofs of claim based

on the MDL Litigation. During the Application Period there were no services in connection with

the Missouri state class action, and only very limited services, only in the month of May and far

below the $75,000 threshold for each case, in connection with the other two representations

noted in Paragraph 16 above. Services during the months of July and August 2013 were less

than the $75,000 threshold both individually for each and every representation, including the

6

representation in connection with the proofs of claim based on the MDL Litigation, and

collectively for all the representations noted in Paragraph 16 above.

19.    The foregoing descriptions of services rendered by Applicant in specific areas are

not intended to be exhaustive of the scope of Applicant's activities in the Chapter 11 Cases. The

invoices attached hereto as Exhibit E present more completely the work performed by Applicant

in each billing category during the Application Period for the proofs of claim based on the MDL

Litigation.

20.    Applicant is familiar with the U.S. Trustee's standard objection to compensation

for fee earners who spend less than 5 hours on a matter in a given fee period. Applicant believes

that this objection does not apply to its services because they were rendered as an ordinary

course professional on claims that it had been handling outside the bankruptcy. Moreover, all of

the fee earners on Applicant's invoices spent more than 5 hours during the Application Period on

representation in connection with the proofs of claim based on the MDL Litigation except the

following fee earners, and those fee earners also provided specific value to the estate in their

limited roles:

> B.C. Oetter, who spent 0.90 hours during the Application Period, has expertise in
> insurance questions; the negotiation of the settlement of the proofs of claim based on the
> MDL Litigation involved a number of proposals dealing with potential insurance
> coverage for those claims, and Mr. Oetter's limited participation constituted expert input
> to Applicant's work on those proposals
>
> D.W. King, who spent 0.40 hours during the Application, has significant prior experience
> litigating RESPA claims, and his limited participation constituted expert advice on the
> RESPA issues in the MDL Litigation.
>
> M. Jewett-Brewster, who spent 0.70 hours during the Application Period, researched a
> discrete issue related to appealing class certification, and her limited participation
> constituted the only attorney time devoted to research of that discrete issue.
>
> J.C. Thurow, C.A. Schmitt and Y.C. Huron are all paraprofessionals whose time, less
> than 2.00 hours in each case, represented factual investigation or other activity on
> discrete and non-overlapping projects that no one else billed time on.

7

21.     Applicant is also aware of the limitations generally imposed on compensation for travel time. The only entries seeking compensation for any travel time are the entries of K.L. Marshall and E.L Dill for May 15 and May 17 (in connection with a May 16 meeting), June 12 and June 14 (in connection with a June 13 meeting), and June 17 and June 19 (in connection with a June 18 meeting). All three of these meetings involved many people scattered across the country, including representatives of the claimants and non-parties; two of the meetings involved representatives of numerous insurers, and one was a settlement mediation session. These two lawyers, who had spent hundreds of hours on the claims in the MDL Litigation before the bankruptcy, were the perfect persons to attend these meetings to address details of those claims, even though the meetings necessarily required travel because of the diverse participation of other constituencies. Their personal attendance required travel but provided value to the Debtors beyond that which could have been provided by the participation of Debtors' bankruptcy counsel.

## CONCLUSION

22.     Applicant believes that the services rendered during the Application Period on behalf of the Debtors were reasonable and necessary within the meaning of Bankruptcy Code section 330. Further, the expenses requested were actual and necessary to the performance of Applicant's services.

23.     Applicant therefore requests an order (i) approving interim compensation in the amount of $285,783.50 for fees representing work on the proofs of claim based on the MDL Litigation, and interim reimbursement of expenses in the amount of $4,913.67,[1] (ii) directing

---

[1]     The rates charged for such expenses are (i) equivalent to what Applicant normally bills to its non-bankruptcy clients and (ii) calculated to compensate Applicant for only the actual costs of the expenses.

8

payment of all compensation held back in connection with the Monthly Fee Applications, and

(iii) granting such other and further relief as may be just and proper.

Dated: November 18, 2013

Michael G. Biggers
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314)-259-2000

*Ordinary Course Counsel for Residential Capital, LLC,
et al.*

9

## **EXHIBIT A**

3994197.1

BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
Michael G. Biggers, Esq.

*Counsel to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Chapter 11 |
| Debtors. | Jointly Administered |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND
DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF
INTERIM APPLICATION OF BRYAN CAVE LLP AS COUNSEL FOR THE DEBTORS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FOR THE PERIOD MAY 1, 2013 THROUGH JUNE 30, 2013**

I, Michael G. Biggers, hereby certify that:

1.        I am a Partner with the applicant firm, Bryan Cave LLP (the "**Firm**"), which

serves as Counsel to Residential Capital, LLC., *et al.*, as debtors and debtors in possession

(collectively, the "**Debtors**").

2.        This certification is made in respect of the Firm's compliance with the *Amended

Guidelines for Fees and Disbursements for Professionals in Southern District of New York

Bankruptcy Cases*, Administrative Order M-389, adopted by the Court on December 21, 2010

(the "**Local Guidelines**"), the *United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on

January 30, 1996* (the "**UST Guidelines**") and the *Order to Establish Procedures for Interim*

A-2

3994197.1

*Monthly Compensation and Reimbursement of Expenses of Professionals* (the "**Interim Compensation Order**") [Docket No. 172], and collectively with the Local Guidelines and UST Guidelines, the "**Guidelines**"), in connection with the Firm's application, dated November 15, 2013 (the "**Application**"), for interim compensation and reimbursement of expenses for the period commencing May 1, 2013 through and including June 30, 2013, in accordance with the Guidelines.

3.     In respect of Section B.1 of the Local Guidelines, I certify that:

(a)     I have read the Application;

(b)     to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within the Guidelines, including specifically that air fare was all in coach class;

(c)     the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Firm and generally accepted by the Firm's clients; and

(d)     in providing the reimbursable services reflected in the Application, the Firm did not make a profit on those services, whether performed by the Firm in-house or through a third party.

4.     In respect of Section A.2 of the Local Guidelines and as required by the Interim Compensation Order, I certify that the Firm has complied with the provisions requiring it to provide the United States Trustee for the Southern District of New York and the Debtors and their attorneys with a statement of the Firm's fees and expenses accrued during each of the months covered by the Application.

5.    In respect of Section A.3 of the Local Guidelines, I certify that each of the

Debtors, their attorneys, and the United States Trustee for the Southern District of New York is

being provided with a copy of the Application.

Dated: November 18, 2013

Michael G. Biggers
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314)-259-2000

*Ordinary Course Counsel for Residential Capital, LLC,
et al.*

## EXHIBIT B

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY
BY BRYAN CAVE LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 1,
2013 THROUGH JUNE 30, 2013**

**Compensation for proofs of claim based on the MDL Litigation (the "*Kessler* case claims")**

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| B100 | Bankruptcy | 12.50 | 2,067.00 |
| C100 | Fact Gathering | 0.30 | 33.00 |
| C200 | Researching Law | 13.90 | 4,726.00 |
| L110 | Fact Investigation/ Development | 8.00 | 2,544.00 |
| L120 | Analysis/ Strategy | 445.50 | 147,175.50 |
| L160 | Settlement/ Non-Binding ADR | 333.00 | 113,220.00 |
| L190 | Other Case Assessment, Development and Administration | 5.70 | 1,938.00 |
| L210 | Pleadings | 5.40 | 1,836.00 |
| L240 | Dispositive Motions | 5.20 | 1,768.00 |
| L250 | Other Written Motions and Submissions | 10.00 | 3,370.00 |
| L260 | Class Action Certification and Notice | 14.40 | 4,896.00 |
| L320 | Document Production | 6.50 | 2,210.00 |

3994197.1

**EXHIBIT C**

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONALS OF BRYAN CAVE LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 1, 2013 THROUGH JUNE 30, 2013 FOR THE PROOFS OF CLAIM BASED ON THE MDL LITIGATION

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| M.G. Biggers | Commercial Litigation Missouri 1975; New York 1986 | 340.00 | 68.40 | 23,256.00 |
| D. W. King | Commercial Litigation Missouri 1984 | 340.00 | 0.40 | 136.00 |
| D. F. Madden | Class Action Litigation Missouri 1999; Illinois 2000 | 340.00 | 156.20 | 53,108.00 |
| K. L. Marshall | Intellectual Property and Litigation Missouri 1999; California 2011 | 340.00 | 216.60 | 73,644.00 |
| B. C. Oetter | Commercial Litigation Missouri 1976 | 340.00 | 0.90 | 306.00 |
| **Associates and Of Counsel** | | | | |
| M. W. Brennan | Class Action Litigation Missouri 1991 | 340.00 | 5.20 | 1,768.00 |
| E. L. Dill | Class Action Litigation Missouri 2008; Kansas 2009; California 2013 | 340.00 | 287.70 | 97,818.00 |
| R. J. Esposito | Intellectual Property and Litigation California 2009 | 340.00 | 11.90 | 4,046.00 |
| M. Jewett-Brewster | Litigation California 2001 | 340.00 | 0.70 | 238.00 |
| B. D. Kozal | Class Action Litigation Missouri 2009; Illinois 2011 | 340.00 | 6.80 | 2,312.00 |
| N.W. Lind | Commercial Litigation California 2011 | 340.00 | 31.80 | 10,812.00 |
| T. G. O'Connell | Class Action Litigation Missouri 2009; Illinois 2010 | 340.00 | 7.50 | 2,550.00 |
| T. M. Talbot | Commercial Litigation California 2008 | 340.00 | 25.30 | 8,602.00 |
| **Paraprofessionals** | | | | |
| Y. C. Herron | Litigation/ Paralegal | 205.00 | 1.50 | 307.50 |
| J. V. Mendoza | Litigation/ Paralegal | 185.00 | 26.40 | 4,884.00 |
| W. Oldani | Litigation/ Paralegal | 155.00 | 11.80 | 1,829.00 |

| | | | | |
|---|---|---|---|---|
| C. A. Schmitt | Library Services/ Research Librarian | 110.00 | 1.00 | 110.00 |
| J. C. Turow | Library Services/ Research Librarian | 190.00 | 0.30 | 57.00 |
| **Professionals Totals** | | **Blended Rate** | | |
| **Total Fees Incurred** | | $332.15 | 860.40 | 285,783.50 |

3994197.1

## EXHIBIT D

**SUMMARY OF EXPENSES INCURRED BY BRYAN CAVE LLP**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD**
**MAY 1, 2013 THROUGH JUNE 30, 2013 FOR THE PROOFS OF CLAIM BASED ON**
**THE MDL LITIGATION**

| Expense Category | Amount |
|---|---|
| Meals during travel | 408.02 |
| Travel to New York City | 4,389.05 |
| Express Package Delivery | 116.60 |
| Total | 4,913.67 |

## **EXHIBIT E**



**Bryan Cave LLP**    Atlanta | Boulder | Charlotte | Chicago | Colorado Springs | Dallas | Denver | Frankfurt | Hamburg | Hong Kong | Irvine
Jefferson City | Kansas City | Los Angeles | New York | Paris | Phoenix | San Francisco | Shanghai | Singapore | St. Louis | Washington, D.C.

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

Residential Capital LLC
1100 Virginia Drive
Fort Washington, PA 10-34

June 27, 2013
Invoice# 10221008
Client# C078643
Matter# 0320913

## REMITTANCE ADVICE

**BALANCE FORWARD:**

| | | |
|---|---|---|
| Balance per Statement Dated May 24, 2013 | $ 165,577.28 | |
| Payments and Other credits | 0.00 | |
| BALANCE FORWARD | | $ 165,577.28 |

**CURRENT CHARGES:**

| | | |
|---|---|---|
| Fees for Legal Services | $ 125,666.00 | |
| TOTAL CHARGES THIS INVOICE | | $ 125,666.00 |
| Balance Forward for Matter | | $ 165,577.28 |
| TOTAL DUE | | $ 291,243.28 |
| STATEMENT TOTAL | | $ 291,243.28 |

### OUR RECORDS SHOW THESE INVOICES OUTSTANDING AS OF June 27, 2013

| | | | |
|---|---|---|---|
| Balance Outstanding on Inv. | 10155806 | (Dated 12/18/12) | 12,881.50 |
| Balance Outstanding on Inv. | 10187922 | (Dated 03/27/13) | 13,931.28 |
| Balance Outstanding on Inv. | 10208531 | (Dated 05/24/13) | 12,580.00 |
| Balance Outstanding on Inv. | 10208533 | (Dated 05/24/13) | 74,188.00 |
| Balance Outstanding on Inv. | 10208539 | (Dated 05/24/13) | 51,996.50 |

**PAYMENT INSTRUCTIONS**

**Check Payment Instructions:**
Bryan Cave LLP
P.O. Box 503089
St. Louis, MO 63150-3089

Please return Remittance Advice with
payment in the enclosed envelope.

**ACH Payment Instructions:**
ACH to:    Bank of America
           One Bank of America Plaza
           St. Louis, MO 63101
           Routing #081000032
           Account # 100101007976

**Wire Instructions:**
Wire to:    Bank of America
            One Bank of America Plaza
            St. Louis, MO 63101
            ABA #0260-0959-3
            Account # 100101007976
Swift Codes:
            BOFAUS3N (incoming US wires)
            BOFAUS6S (incoming Non-US wires)

Please include the Client, Matter, or Invoice Number with all payments.

Residential Capital LLC

June 27, 2013
Invoice # 10221008
Client # C078643
Page 2

For Legal Services Rendered Through May 31, 2013

File #0320913
RFC Kessler Case
693527

| 05/01/13 | K. L. Marshall | L120. | 1.30 | 442.00 | Call with bankruptcy and insurance counsel. |
| 05/01/13 | K. L. Marshall | L120. | 1.30 | 442.00 | Call with bankruptcy and UCC counsel regarding settlement issues. |
| 05/01/13 | K. L. Marshall | L120. | 0.70 | 238.00 | Review and analyze letter from insurance company. |
| 05/01/13 | K. L. Marshall | L120. | 1.00 | 340.00 | Call with client and bankruptcy counsel. |
| 05/01/13 | D. F. Madden | L120. | 1.90 | 646.00 | Work on exposure analysis. |
| 05/01/13 | E. L. Dill | L160. | 4.60 | 1,564.00 | Discuss strategy regarding potential settlement. |
| 05/01/13 | E. L. Dill | L160. | 2.90 | 986.00 | Analyze whether special master may assist in determining allocation of potential settlement fund. |
| 05/01/13 | N. A. Lind | C200. | 6.40 | 2,176.00 | Analyze and discuss case law regarding use of special master in settlement proceedings. |
| 05/02/13 | M. G. Biggers | L120. | 0.10 | 34.00 | Review excess carrier correspondence. |
| 05/02/13 | K. L. Marshall | L120. | 1.20 | 408.00 | Call with insurance counsel and bankruptcy counsel regarding next steps with insurers. |
| 05/02/13 | K. L. Marshall | L120. | 1.50 | 510.00 | Prepare for call with opposing counsel and bankruptcy counsel. |
| 05/02/13 | K. L. Marshall | L120. | 1.00 | 340.00 | Review research on use of special masters for allocation. |
| 05/02/13 | K. L. Marshall | L120. | 0.80 | 272.00 | Multiple calls with bankruptcy counsel. |
| 05/02/13 | D. F. Madden | L120. | 5.90 | 2,006.00 | Work on exposure analysis |
| 05/02/13 | E. L. Dill | L160. | 4.10 | 1,394.00 | Continue analyzing whether special master may assist in determining allocation of potential settlement fund. |
| 05/02/13 | E. L. Dill | L160. | 1.50 | 510.00 | Discuss strategy regarding potential settlement. |

Residential Capital LLC

June 27, 2013
Invoice # 10221008
Client # C078643
Page 3

| 05/02/13 | N. A. Lind | L120. | 2.70 | 918.00 | Analyze and discuss case law related to settlement and appointment of special master. |
| 05/03/13 | M. G. Biggers | L160. | 0.20 | 68.00 | Emails regarding discussions with insurers and plaintiffs. |
| 05/03/13 | D. W. King | L120. | 0.40 | 136.00 | Consultation on RESPA issues. |
| 05/03/13 | K. L. Marshall | L120. | 0.50 | 170.00 | Confer with E. Dill regarding special master and updated exposure analysis. |
| 05/03/13 | D. F. Madden | L160. | 7.80 | 2,652.00 | Prepare for settlement negotiations and telephone conference with insurers by updating risk assessment. |
| 05/03/13 | E. L. Dill | L160. | 6.00 | 2,040.00 | Prepare for conference with insurers regarding settlement negotiations. |
| 05/03/13 | W. Oldani | B100. | 1.00 | 155.00 | Review the Reed Smith file documentation and e-mails to identify CBNV documentation requested by D. Madden. |
| 05/04/13 | D. F. Madden | L160. | 1.20 | 408.00 | Work on risk weighted exposure analysis and other preparation for settlement discussions |
| 05/04/13 | E. L. Dill | L160. | 8.40 | 2,856.00 | Prepare for presentation to insurers regarding potential settlement. |
| 05/05/13 | D. F. Madden | L160. | 3.30 | 1,122.00 | Work on risk weighted exposure analysis and other preparation for settlement discussions. |
| 05/05/13 | E. L. Dill | L160. | 13.50 | 4,590.00 | Prepare for presentation to insurers regarding potential settlement. |
| 05/06/13 | K. L. Marshall | L120. | 1.20 | 408.00 | Pre-call with client, insurance counsel, and bankruptcy counsel. |
| 05/06/13 | K. L. Marshall | L120. | 1.00 | 340.00 | Confer with E. Dill and D. Madden regarding updated exposure analysis. |
| 05/06/13 | K. L. Marshall | L120. | 5.90 | 2,006.00 | Prepare for call with insurers. |
| 05/06/13 | D. F. Madden | L120. | 7.10 | 2,414.00 | Work on exposure analysis. |
| 05/06/13 | E. L. Dill | L160. | 8.40 | 2,856.00 | Prepare for presentation to insurers regarding potential settlement. |
| 05/06/13 | N. A. Lind | L120. | 1.40 | 476.00 | Shepardize case related to appointment of special masters and analyze results. |
| 05/06/13 | C. A. Schmitt | C100. | 0.30 | 33.00 | Conduct research to obtain testimony of M. Morin, as requested by E. L. Dill. |
| 05/07/13 | K. L. Marshall | L160. | 1.20 | 408.00 | Follow up call regarding same. |

Residential Capital LLC

June 27, 2013
Invoice # 10221008
Client # C078643
Page 4

| 05/07/13 | K. L. Marshall | L160. | 4.00 | 1,360.00 | Prepare for and participate in call with insurers regarding settlement discussions. |
| 05/07/13 | D. F. Madden | L190. | 3.60 | 1,224.00 | Prepare for and participate in call with insurers. |
| 05/07/13 | E. L. Dill | L160. | 5.60 | 1,904.00 | Prepare for and attend presentation to insurers regarding potential settlement. |
| 05/07/13 | T. M. Talbot | L120. | 0.50 | 170.00 | Conference regarding TILA and HOEPA research. |
| 05/07/13 | T. M. Talbot | L120. | 2.20 | 748.00 | Research case law regarding HOEPA discretionary damages. |
| 05/07/13 | R. J. Esposito | L120. | 0.30 | 102.00 | Analyze strategy regarding updates to memorandum regarding Truth in Lending Act and Home Ownership and Equity Protection Act. |
| 05/07/13 | M. Jewett-Brewster | B100. | 0.50 | 170.00 | Research statutory law regarding appeal of class action certification in contested matter. |
| 05/07/13 | M. Jewett-Brewster | B100. | 0.20 | 68.00 | Conference regarding procedures for appeal of class action certification in contested matter. |
| 05/07/13 | C. A. Schmitt | L110. | 0.70 | 77.00 | Research D. Shumway and R. Bapst as requested by E. L. Dill. |
| 05/08/13 | K. L. Marshall | L120. | 0.20 | 68.00 | Call with V. Chopra regarding same. |
| 05/08/13 | K. L. Marshall | L120. | 0.30 | 102.00 | Review and comment on letter. |
| 05/08/13 | D. F. Madden | L210. | 1.40 | 476.00 | Work on memorandum detailing exposure analysis as part of preparation for mediation. |
| 05/08/13 | B. D. Kozal | L190. | 0.30 | 102.00 | Correspondence regarding equitable tolling claims. |
| 05/08/13 | E. L. Dill | L120. | 1.80 | 612.00 | Analyze plaintiffs' theories of liability. |
| 05/08/13 | E. L. Dill | L120. | 1.50 | 510.00 | Work on exposure analysis. |
| 05/08/13 | N. A. Lind | L120. | 3.20 | 1,088.00 | Conduct research into recent developments in equitable tolling of TILA and HOEPA claims. |
| 05/08/13 | N. A. Lind | L120. | 0.50 | 170.00 | Meeting to discuss strategy for research related to equitable tolling of TILA claims and prepayment penalties. |

Residential Capital LLC

June 27, 2013
Invoice # 10221008
Client # C078643
Page 5

| 05/08/13 | R. J. Esposito | L120. | 1.10 | 374.00 | Strategize regarding updated research into Truth in Lending Act and Home Ownership and Equity Protection Act damages. |
| 05/08/13 | R. J. Esposito | L120. | 0.20 | 68.00 | Analyze memoranda regarding Truth in Lending Act and Home Ownership and Equity Protection Act damages. |
| 05/09/13 | K. L. Marshall | L120. | 0.50 | 170.00 | Review updated TILA research. |
| 05/09/13 | D. F. Madden | L210. | 4.00 | 1,360.00 | Work on memorandum detailing exposure analysis as part of preparation for mediation. |
| 05/09/13 | E. L. Dill | L120. | 0.10 | 34.00 | Discuss analysis regarding plaintiffs' equitable tolling arguments. |
| 05/09/13 | N. A. Lind | L120. | 3.90 | 1,326.00 | Draft summary. |
| 05/09/13 | N. A. Lind | L120. | 2.00 | 680.00 | Conduct research into recent developments in equitable tolling of TILA and HOEPA claims. |
| 05/09/13 | R. J. Esposito | L120. | 0.20 | 68.00 | Analyze email summary and memoranda regarding Truth in Lending Act and Home Ownership and Equity Protection Act damages. |
| 05/10/13 | K. L. Marshall | L120. | 1.30 | 442.00 | Call with co-counsel regarding status. |
| 05/10/13 | D. F. Madden | L120. | 6.50 | 2,210.00 | Work on exposure analysis. |
| 05/10/13 | B. D. Kozal | L110. | 3.10 | 1,054.00 | Research regarding equitable tolling claims and correspondence regarding same. |
| 05/10/13 | E. L. Dill | L160. | 1.10 | 374.00 | Discuss strategy regarding potential settlement. |
| 05/10/13 | N. A. Lind | L120. | 1.40 | 476.00 | Draft summaries of recent Court of Appeals decisions. |
| 05/10/13 | N. A. Lind | L120. | 2.30 | 782.00 | Conduct research into recent developments in equitable tolling of TILA and HOEPA claims. |
| 05/10/13 | R. J. Esposito | L120. | 5.40 | 1,836.00 | Research case law regarding damages for violations under the Truth in Lending Act and Home Ownership and Equity Protection Act. |
| 05/11/13 | K. L. Marshall | L160. | 0.50 | 170.00 | Attention to email regarding settlement and insurance issues. |
| 05/12/13 | K. L. Marshall | L160. | 0.40 | 136.00 | Review and comment on term sheet provision regarding indemnity rights. |

Residential Capital LLC

June 27, 2013
Invoice # 10221008
Client # C078643
Page 6

| 05/12/13 | E. L. Dill | L160. | 0.20 | 68.00 | Review correspondence regarding potential settlement. |
|---|---|---|---|---|---|
| 05/13/13 | M. G. Biggers | L160. | 0.10 | 34.00 | Conference and email regarding status of discussions. |
| 05/13/13 | K. L. Marshall | L160. | 0.40 | 136.00 | Suggest revisions to release language. |
| 05/13/13 | K. L. Marshall | L160. | 0.60 | 204.00 | Call with N. Rosenbaum with exposure analysis issues. |
| 05/13/13 | K. L. Marshall | L160. | 0.50 | 170.00 | Follow up regarding same. |
| 05/13/13 | K. L. Marshall | L160. | 0.50 | 170.00 | Review term sheet papers and release. |
| 05/13/13 | D. F. Madden | L120. | 4.50 | 1,530.00 | Work on exposure analysis. |
| 05/13/13 | B. D. Kozal | L110. | 0.20 | 68.00 | Correspondence regarding same. |
| 05/13/13 | B. D. Kozal | L110. | 0.60 | 204.00 | Research, review, and analyze case law regarding class action issues in the Third Circuit. |
| 05/13/13 | E. L. Dill | L120. | 2.10 | 714.00 | Analyze plaintiffs' theories of liability. |
| 05/13/13 | N. A. Lind | L120. | 3.20 | 1,088.00 | Research and analyze recent TILA class certification decisions. |
| 05/13/13 | T. M. Talbot | L120. | 6.70 | 2,278.00 | Research TILA damages for failure to provide disclosures within 3 days and draft summary of same. |
| 05/14/13 | M. G. Biggers | L120. | 2.00 | 680.00 | Review and revise same, with related research. |
| 05/14/13 | M. G. Biggers | L120. | 0.40 | 136.00 | Telephone call and email regarding formalization of case analysis for insurers. |
| 05/14/13 | K. L. Marshall | L160. | 0.80 | 272.00 | Review correspondence from insurers and plaintiffs' counsel. |
| 05/14/13 | K. L. Marshall | L160. | 1.20 | 408.00 | Prepare for further settlement and insurance discussions. |
| 05/14/13 | K. L. Marshall | L160. | 0.80 | 272.00 | Call regarding exposure analysis. |
| 05/14/13 | D. F. Madden | L120. | 3.20 | 1,088.00 | Work on exposure analysis. |
| 05/14/13 | E. L. Dill | L120. | 2.60 | 884.00 | Analyze plaintiffs' theories of liability. |
| 05/14/13 | N. A. Lind | L120. | 1.80 | 612.00 | Research and analyze recent TILA class certification decisions. |
| 05/14/13 | T. M. Talbot | L120. | 3.80 | 1,292.00 | Research case law regarding class certification for TILA/HOEPA claims and draft summary of same. |

Residential Capital LLC

| 05/15/13 | M. G. Biggers | L120. | 1.50 | 510.00 | Revise other portions of analysis, with related research and emails. |
| 05/15/13 | M. G. Biggers | L120. | 0.70 | 238.00 | Draft analysis for insurers on RICO claims, with related emails. |
| 05/15/13 | K. L. Marshall | L120. | 1.50 | 510.00 | Call with bankruptcy and insurance coverage counsel regarding same. |
| 05/15/13 | K. L. Marshall | L120. | 8.00 | 2,720.00 | Prepare for, and trip to, meeting with plaintiffs and insurers. |
| 05/15/13 | E. L. Dill | L160. | 1.70 | 578.00 | Call with bankruptcy and insurance coverage counsel regarding same. |
| 05/15/13 | E. L. Dill | L160. | 7.80 | 2,652.00 | Prepare for, and trip to, meeting with plaintiffs and insurers. |
| 05/15/13 | N. A. Lind | L120. | 1.60 | 544.00 | Research and analyze recent TILA class certification decisions. |
| 05/16/13 | M. G. Biggers | L120. | 0.10 | 34.00 | Emails regarding new judge in MDL case. |
| 05/16/13 | M. G. Biggers | L120. | 0.10 | 34.00 | Emails regarding broker's prior correspondence with insurers. |
| 05/16/13 | K. L. Marshall | L120. | 5.50 | 1,870.00 | Prepare for and attend multiple meetings with bankruptcy and insurance coverage counsel, client, UCC counsel, and plaintiffs' counsel. |
| 05/16/13 | E. L. Dill | L160. | 5.50 | 1,870.00 | Prepare for and multiple meetings with bankruptcy and insurance coverage counsel, client, UCC counsel, and plaintiffs' counsel. |
| 05/17/13 | K. L. Marshall | L120. | 2.00 | 680.00 | Review and comment on exposure analysis. |
| 05/17/13 | K. L. Marshall | L120. | 1.00 | 340.00 | Confer with E. Dill regarding strategy and status. |
| 05/17/13 | K. L. Marshall | L120. | 5.20 | 1,768.00 | Return from meetings. |
| 05/17/13 | K. L. Marshall | L120. | 1.00 | 340.00 | Communicate with insurance coverage and bankruptcy counsel. |
| 05/17/13 | K. L. Marshall | L120. | 0.80 | 272.00 | Review and comment on letter to insurers. |
| 05/17/13 | E. L. Dill | L120. | 2.00 | 680.00 | Review and comment on exposure analysis. |
| 05/17/13 | E. L. Dill | L120. | 1.00 | 340.00 | Confer with K.L. Marshall regarding strategy and status. |
| 05/17/13 | E. L. Dill | L120. | 5.20 | 1,768.00 | Return from meetings. |

Residential Capital LLC

June 27, 2013
Invoice # 10221008
Client # C078643
Page 8

| 05/17/13 | E. L. Dill | L120. | 1.00 | 340.00 | Communicate with insurance coverage and bankruptcy counsel. |
|----------|------------|-------|------|--------|-------------------------------------------------------------|
| 05/17/13 | E. L. Dill | L120. | 0.80 | 272.00 | Review and comment on letter to insurers. |
| 05/18/13 | K. L. Marshall | L120. | 0.50 | 170.00 | Confer with D. Madden regarding case status and strategy. |
| 05/20/13 | M. G. Biggers | L120. | 0.20 | 68.00 | Telephone calls regarding case analysis memo for insurers. |
| 05/20/13 | M. G. Biggers | L120. | 1.20 | 408.00 | Emails with Perkins Coie regarding prior Kessler insurer correspondence and indemnification information. |
| 05/20/13 | D. F. Madden | L160. | 3.40 | 1,156.00 | Work on exposure analysis memorandum in connection with preparation for settlement talks. |
| 05/20/13 | B. D. Kozal | L190. | 0.40 | 136.00 | Correspondence regarding duplicative damages issues. |
| 05/20/13 | E. L. Dill | L120. | 2.00 | 680.00 | Draft expanded class certification exposure analysis. |
| 05/21/13 | M. G. Biggers | L120. | 0.40 | 136.00 | Telephone calls T. Allen regarding new judge for Kessler case and search for prior insurance correspondence, with email report of information regarding the judge. |
| 05/21/13 | D. F. Madden | L160. | 3.60 | 1,224.00 | Work on exposure analysis memorandum in connection with preparation for settlement talks. |
| 05/21/13 | E. L. Dill | L260. | 10.80 | 3,672.00 | Draft expanded class certification exposure analysis. |
| 05/22/13 | K. L. Marshall | L120. | 0.30 | 102.00 | Confer with E. Dill and D. Madden regarding current status and exposure analysis. |
| 05/22/13 | K. L. Marshall | L120. | 0.20 | 68.00 | Review and comment on draft letter to insurers. |
| 05/22/13 | D. F. Madden | L160. | 5.90 | 2,006.00 | Work on exposure analysis memorandum in connection with preparation for settlement talks. |
| 05/22/13 | T. G. O'Connell | C200. | 0.50 | 170.00 | Legal research regarding applicability of RICO and HOEPA statutes for purposes of strengthening negotiations with insurers. |
| 05/22/13 | E. L. Dill | L260. | 2.30 | 782.00 | Draft expanded class certification exposure analysis. |

Residential Capital LLC

June 27, 2013
Invoice # 10221008
Client # C078643
Page 9

| 05/22/13 | E. L. Dill | L120. | 1.40 | 476.00 | Draft expanded indemnification exposure analysis. |
| 05/22/13 | E. L. Dill | L120. | 0.10 | 34.00 | Draft expanded TILA/HOEPA exposure analysis. |
| 05/23/13 | M. G. Biggers | L120. | 0.10 | 34.00 | Emails regarding prior communications with insurers. |
| 05/23/13 | K. L. Marshall | L120. | 0.50 | 170.00 | Confer with V. Chopra regarding privilege issue. |
| 05/23/13 | K. L. Marshall | L120. | 0.70 | 238.00 | Confer with E. Dill and D. Madden regarding status of omnibus memorandum. |
| 05/23/13 | K. L. Marshall | L120. | 0.30 | 102.00 | Confer with R. Crandell regarding correspondence with insurers. |
| 05/23/13 | D. F. Madden | L160. | 7.00 | 2,380.00 | Work on exposure analysis memorandum in connection with preparation for settlement talks. |
| 05/23/13 | T. G. O'Connell | C200. | 2.00 | 680.00 | Legal research regarding applicability of RICO and HOEPA statutes for purposes of strengthening negotiations with insurers. |
| 05/23/13 | E. L. Dill | L120. | 0.90 | 306.00 | Draft expanded TILA/HOEPA exposure analysis. |
| 05/23/13 | N. A. Lind | L120. | 0.10 | 34.00 | Discuss updated memo on TILA class certification. |
| 05/24/13 | M. G. Biggers | L120. | 0.30 | 102.00 | Emails regarding communications with insurors. |
| 05/24/13 | K. L. Marshall | L120. | 0.40 | 136.00 | Call with S. Linde. |
| 05/24/13 | K. L. Marshall | L120. | 1.20 | 408.00 | Call with insurance coverage and bankruptcy counsel regarding status. |
| 05/24/13 | K. L. Marshall | L120. | 1.70 | 578.00 | Review and revise memorandum for insurers. |
| 05/24/13 | D. F. Madden | L120. | 5.30 | 1,802.00 | Work on exposure analysis. |
| 05/24/13 | B. D. Kozal | L110. | 0.20 | 68.00 | Correspondence regarding same. |
| 05/24/13 | B. D. Kozal | L110. | 2.00 | 680.00 | Research, review, and analyze case law regarding duplicative damages. |
| 05/24/13 | T. G. O'Connell | C200. | 4.00 | 1,360.00 | Legal research regarding applicability of RICO and HOEPA statutes for purposes of strengthening negotiations with insurers. |

Residential Capital LLC

June 27, 2013
Invoice # 10221008
Client # C078643
Page 10

| 05/24/13 | E. L. Dill | L120. | 8.70 | 2,958.00 | Draft expanded TILA/HOEPA exposure analysis. |
|----------|------------|-------|------|----------|---------------------------------------------|
| 05/24/13 | N. A. Lind | L120. | 1.30 | 442.00 | Review TILA equitable tolling case law and prepare summary. |
| 05/24/13 | J. C. Thurow | L110. | 0.10 | 19.00 | Determine source for obtaining pleadings in U.S. Dist. Court for the N.D. Ga. from 2001/2 for T. O'Connell |
| 05/25/13 | M. G. Biggers | L120. | 1.20 | 408.00 | Review and comment on case analysis memo for client, with related conference call and emails. |
| 05/25/13 | K. L. Marshall | L120. | 1.00 | 340.00 | Calls with team members regarding analysis. |
| 05/25/13 | K. L. Marshall | L120. | 2.00 | 680.00 | Review and revise exposure analysis. |
| 05/25/13 | K. L. Marshall | L120. | 1.50 | 510.00 | Review and analzye RWE. |
| 05/25/13 | K. L. Marshall | L120. | 0.40 | 136.00 | Communicate to client. |
| 05/25/13 | D. F. Madden | L120. | 1.40 | 476.00 | Work on exposure analysis. |
| 05/25/13 | E. L. Dill | L120. | 7.10 | 2,414.00 | Refine exposure analysis. |
| 05/27/13 | K. L. Marshall | L120. | 0.30 | 102.00 | Confer with team regarding same. |
| 05/27/13 | K. L. Marshall | L120. | 0.20 | 68.00 | Correspondence with insurance and bankruptcy counsel regarding status and strategy. |
| 05/27/13 | K. L. Marshall | L120. | 0.50 | 170.00 | Review research summary from V. Chopra on privilege and work product protection. |
| 05/27/13 | E. L. Dill | L120. | 0.30 | 102.00 | Review emails. |
| 05/28/13 | M. G. Biggers | L120. | 0.60 | 204.00 | Telephone calls and emails regarding insurer requests for documents from Reed Smith representation. |
| 05/28/13 | K. L. Marshall | L120. | 0.10 | 34.00 | Call with client. |
| 05/28/13 | K. L. Marshall | L120. | 0.20 | 68.00 | Confer with insurance coverage counsel regarding status. |
| 05/28/13 | T. G. O'Connell | C200. | 1.00 | 340.00 | Legal research regarding applicability of RICO and HOEPA statutes for purposes of strengthening negotiations with insurers. |
| 05/28/13 | E. L. Dill | L120. | 1.70 | 578.00 | Discuss insurers' requests for documents. |
| 05/29/13 | K. L. Marshall | L120. | 1.10 | 374.00 | Call with client with exposure analysis. |

Residential Capital LLC

June 27, 2013
Invoice # 10221008
Client # C078643
Page 11

| | | | | | |
|---|---|---|---|---|---|
| 05/29/13 | K. L. Marshall | L120. | 0.30 | 102.00 | Meet with E. Dill regarding outstanding document requests from insurers. |
| 05/29/13 | D. F. Madden | L320. | 1.30 | 442.00 | Work on gathering documents in response to insurer requests. |
| 05/29/13 | E. L. Dill | L120. | 5.70 | 1,938.00 | Gather documents in response to insurer information requests and telephone conference regarding same. |
| 05/29/13 | W. Oldani | B100. | 0.20 | 31.00 | Forward the Residential Funding disclosures to E. Dill. |
| 05/29/13 | W. Oldani | B100. | 0.30 | 46.50 | Correspondence with E. Dill regarding initial disclosures filed by plaintiffs. |
| 05/29/13 | W. Oldani | B100. | 0.70 | 108.50 | Search RingTail to confirm which disclosures we have. |
| 05/29/13 | W. Oldani | B100. | 0.10 | 15.50 | E-mail to Reed Smith on inability to access their dataroom. |
| 05/29/13 | J. C. Thurow | L250. | 0.20 | 38.00 | Obtain scans of sections of Truth in Lending 2012 edition for T. O'Connell |
| 05/30/13 | M. G. Biggers | L120. | 0.10 | 34.00 | Telephone call regarding risk assessment. |
| 05/30/13 | M. G. Biggers | L190. | 0.20 | 68.00 | Emails regarding OCP issues. |
| 05/30/13 | K. L. Marshall | L120. | 1.00 | 340.00 | Correct RWE to reflect timeliness of all RICO claims. |
| 05/30/13 | K. L. Marshall | L120. | 1.00 | 340.00 | Call with client regarding exposure analysis memorandum. |
| 05/30/13 | K. L. Marshall | L120. | 0.90 | 306.00 | Call with insurance and bankruptcy counsel regarding status. |
| 05/30/13 | K. L. Marshall | L120. | 0.40 | 136.00 | Call with plaintiffs' counsel regarding scheduling. |
| 05/30/13 | K. L. Marshall | L120. | 0.70 | 238.00 | Call with client and coverage counsel regarding status. |
| 05/30/13 | E. L. Dill | L120. | 2.00 | 680.00 | Gather documents in response to insurer information requests. |
| 05/30/13 | E. L. Dill | L120. | 3.20 | 1,088.00 | Attend telephone conference with plaintiffs' counsel regarding scheduling of class certification hearing and prepare for same. |
| 05/30/13 | E. L. Dill | L120. | 2.20 | 748.00 | Attend telephone conference with client and former counsel regarding insurer information requests and prepare for same. |

Residential Capital LLC

June 27, 2013
Invoice # 10221008
Client # C078643
Page 12

| 05/30/13 | W. Oldani | B100. | 0.30 | 46.50 | E-mails with E. Dill regarding the Plaintiff's initial disclosures. |
|----------|-----------|-------|------|-------|------|
| 05/30/13 | W. Oldani | B100. | 0.20 | 31.00 | E-mails with Reed Smith regarding access to the dataroom. |
| 05/30/13 | W. Oldani | B100. | 0.90 | 139.50 | Search the Reed Smith dataroom for the Plaintiff's initial disclosures. |
| 05/31/13 | M. G. Biggers | L260. | 0.20 | 68.00 | Review new cases on equitable tolling. |
| 05/31/13 | K. L. Marshall | L120. | 0.30 | 102.00 | Review and comment on proposed edits to confidentiality agreement. |
| 05/31/13 | M. W. Brennan | L320. | 0.20 | 68.00 | Transmit requested loan list data to E. L Dill. |
| 05/31/13 | E. L. Dill | L120. | 0.30 | 102.00 | Review draft confidentiality agreement. |
| 05/31/13 | W. Oldani | B100. | 0.50 | 77.50 | Addition of the Plaintiff's, FDIC's and PNC's Initial Disclosures to RingTail. |

## TIMEKEEPER SUMMARY OF FEES

|  | Hours | Rate/Hr | Dollars |
|--|-------|---------|---------|
| M. G. Biggers | 9.70 | 340.00 | 3,298.00 |
| D. W. King | 0.40 | 340.00 | 136.00 |
| K. L. Marshall | 73.30 | 340.00 | 24,922.00 |
| D. F. Madden | 78.30 | 340.00 | 26,622.00 |
| M. W. Brennan | 0.20 | 340.00 | 68.00 |
| B. D. Kozal | 6.80 | 340.00 | 2,312.00 |
| T. G. O'Connell | 7.50 | 340.00 | 2,550.00 |
| E. L. Dill | 138.10 | 340.00 | 46,954.00 |
| N. A. Lind | 31.80 | 340.00 | 10,812.00 |
| T. M. Talbot | 13.20 | 340.00 | 4,488.00 |
| R. J. Esposito | 7.20 | 340.00 | 2,448.00 |
| M. Jewett-Brewster | 0.70 | 340.00 | 238.00 |
| W. Oldani | 4.20 | 155.00 | 651.00 |
| J. C. Thurow | 0.30 | 190.00 | 57.00 |
| C. A. Schmitt | 1.00 | 110.00 | 110.00 |
| TOTAL | 372.70 | 337.18 | 125,666.00 |

Total Hours                              372.70

Total Fees for Legal Services                    $    125,666.00

TOTAL CHARGES FOR THIS MATTER              $    125,666.00



**Bryan Cave LLP**    Atlanta | Boulder | Charlotte | Chicago | Colorado Springs | Dallas | Denver | Frankfurt | Hamburg | Hong Kong | Irvine
Jefferson City | Kansas City | Los Angeles | New York | Paris | Phoenix | San Francisco | Shanghai | Singapore | St. Louis | Washington, D.C.

EMPLOYER IDENTIFICATION NUMBER: 43-0602162

Residential Capital LLC
1100 Virginia Drive
Fort Washington, PA 10-34

July 26, 2013
Invoice # 10230330
Client # C078643
Payment is due upon
Receipt

## STATEMENT OF ACCOUNT

### BALANCE FORWARD:

| | | |
|---|---|---|
| Balance per Statement Dated June 27, 2013 | $ 291,243.28 | |
| Payments and Other credits | 0.00 | |
| **BALANCE FORWARD** | | $ 291,243.28 |

### CURRENT CHARGES FOR MATTER:

File #0320913
RFC Kessler Case
693527

| | | |
|---|---|---|
| Fees for Legal services | $ 160,117.50 | |
| Expenses and Other Charges | 4,913.67 | |
| TOTAL CHARGES THIS INVOICE | | $ 165,031.17 |
| STATEMENT TOTAL | | $ 456,274.45 |

**PAYMENT INSTRUCTIONS**

**Check Payment Instructions:**
Bryan Cave LLP
P.O. Box 503089
St. Louis, MO 63150-3089

Please return Remittance Advice with
payment in the enclosed envelope.

**ACH Payment Instructions:**
ACH to:    Bank of America
One Bank of America Plaza
St. Louis, MO 63101
Routing #081000032
Account # 100101007976

**Wire Instructions:**
Wire to:    Bank of America
One Bank of America Plaza
St. Louis, MO 63101
ABA #0260-0959-3
Account # 100101007976
Swift Codes:
BOFAUS3N (incoming US wires)
BOFAUS6S (incoming Non-US wires)

**Please include the Client, Matter, or Invoice Number with all payments.**

Residential Capital LLC

July 26, 2013
Invoice # 10230330
Client # C078643
Page 2

For Legal Services Rendered Through June 30, 2013

File #0320913
RFC Kessler Case
693527

| 06/02/13 | K. L. Marshall | L120. | 0.30 | 102.00 | Confer with team regarding same. |
|---|---|---|---|---|---|
| 06/02/13 | K. L. Marshall | L120. | 0.20 | 68.00 | Review correspondence from insurance coverage counsel regarding meeting with insurers. |
| 06/03/13 | M. G. Biggers | L190. | 0.10 | 34.00 | Emails regarding order setting status conference in Pittsburgh case and scheduling of certification in bankruptcy court. |
| 06/03/13 | K. L. Marshall | L120. | 0.50 | 170.00 | Confer with E. Dill regarding insurer document requests. |
| 06/03/13 | E. L. Dill | L120. | 4.30 | 1,462.00 | Review documents in relation to insurer information requests. |
| 06/04/13 | K. L. Marshall | L120. | 1.80 | 612.00 | Review documents for responses to insurers' requests. |
| 06/04/13 | K. L. Marshall | L120. | 0.40 | 136.00 | Attention to emails with bankruptcy and insurance coverage counsel. |
| 06/04/13 | K. L. Marshall | L120. | 0.30 | 102.00 | Review memorandum from T. Allen. |
| 06/04/13 | E. L. Dill | L120. | 0.70 | 238.00 | Discuss presentation to insurers. |
| 06/04/13 | E. L. Dill | L120. | 1.10 | 374.00 | Review documents in relation to insurer information requests. |
| 06/05/13 | K. L. Marshall | L120. | 1.20 | 408.00 | Prepare for meeting with insurers. |
| 06/05/13 | E. L. Dill | L120. | 1.80 | 612.00 | Prepare for insurer presentation. |
| 06/06/13 | M. G. Biggers | L190. | 0.20 | 68.00 | Emails regarding appearance of additional plaintiffs' lawyer (from South Carolina) in Pittsburgh case. |
| 06/06/13 | K. L. Marshall | L120. | 1.40 | 476.00 | Prepare for meeting with insurers. |
| 06/06/13 | K. L. Marshall | L120. | 1.20 | 408.00 | Call with insurer and bankruptcy counsel |
| 06/06/13 | D. F. Madden | L120. | 2.00 | 680.00 | Prepare for insurer meeting, including telephone conference with bankruptcy counsel and insurance coverage counsel. |

Residential Capital LLC

July 26, 2013
Invoice # 10230330
Client # C078643
Page 3

| 06/06/13 | E. L. Dill | L120. | 3.90 | 1,326.00 | Prepare for presentation to insurers. |
|---|---|---|---|---|---|
| 06/07/13 | M. G. Biggers | L240. | 0.20 | 68.00 | Review PNC's response in Pittsburgh to plaintiffs' supplemental filing on equitable tolling issues. |
| 06/07/13 | K. L. Marshall | L120. | 2.90 | 986.00 | Prepare for meeting with insurers. |
| 06/07/13 | E. L. Dill | L120. | 0.90 | 306.00 | Draft correspondence to PNC Bank regarding mediation. |
| 06/07/13 | E. L. Dill | L120. | 3.70 | 1,258.00 | Prepare for presentation to insurers. |
| 06/07/13 | J. V. Mendoza | L120. | 3.50 | 647.50 | Prepare presentation slides, tables, and documents for attorney use during presentation to insurers. |
| 06/07/13 | Y. C. Herron | L120. | 1.50 | 307.50 | Prepare slides to be used in PowerPoint |
| 06/08/13 | K. L. Marshall | L120. | 2.00 | 680.00 | Prepare for meeting with insurers. |
| 06/08/13 | E. L. Dill | L120. | 5.10 | 1,734.00 | Prepare for presentation to insurers. |
| 06/09/13 | K. L. Marshall | L120. | 1.50 | 510.00 | Prepare for meeting with insurers. |
| 06/09/13 | E. L. Dill | L120. | 2.70 | 918.00 | Prepare for presentation to insurers. |
| 06/10/13 | M. G. Biggers | L240. | 0.40 | 136.00 | Supplemental FDIC submissions, including email advising client and Morrison of FDIC submission addressing bankruptcy plan. |
| 06/10/13 | M. G. Biggers | L240. | 0.10 | 34.00 | Review plaintiffs' reply submission in Pittsburgh on equitable tolling. |
| 06/10/13 | K. L. Marshall | L120. | 8.50 | 2,890.00 | Prepare for meeting with insurers. |
| 06/10/13 | D. F. Madden | L120. | 2.30 | 782.00 | Prepare for meeting with insurers. |
| 06/10/13 | M. W. Brennan | L320. | 1.60 | 544.00 | Research information on database reports for loans, forwarding to E. L. Dill and telephone call concerning history of fields selected for potential production. |
| 06/10/13 | E. L. Dill | L120. | 10.60 | 3,604.00 | Prepare for insurer presentation, including preparation of presentation materials. |
| 06/10/13 | J. V. Mendoza | L120. | 10.20 | 1,887.00 | Compile and format various citations, charts, testimony, etc. and design animated presentation materials for attorney use at insurer meeting. |

Residential Capital LLC

July 26, 2013
Invoice # 10230330
Client # C078643
Page 4

| 06/11/13 | M. G. Biggers | L240. | 0.70 | 238.00 | Emails regarding supplemental filings on motions to dismiss in Pittsburgh case and upcoming conference in that case. |
| 06/11/13 | K. L. Marshall | L120. | 7.10 | 2,414.00 | Prepare for meeting with insurers. |
| 06/11/13 | D. F. Madden | L120. | 4.50 | 1,530.00 | Prepare for meeting with insurers and settlement negotiations. |
| 06/11/13 | E. L. Dill | L120. | 9.10 | 3,094.00 | Prepare for presentation to insurers, including preparation of talking points and presentation materials with K.L. Marshall. |
| 06/11/13 | W. Oldani | B100. | 0.20 | 31.00 | Conference with D. Madden and M. Lamere regarding the GNBT and CBNV notebooks to be shipped to Washington DC. |
| 06/11/13 | W. Oldani | B100. | 0.50 | 77.50 | Search RingTail for settlement pleadings requested by E. Dill. |
| 06/11/13 | W. Oldani | B100. | 0.50 | 77.50 | Forward exhibits to the Reed Smith memos on GNBT and CBNV to E. Dill. |
| 06/11/13 | J. V. Mendoza | L120. | 4.30 | 795.50 | Create additional slides for insurer presentation and perform edits to existing presentation materials. |
| 06/12/13 | M. G. Biggers | L120. | 0.60 | 204.00 | Research and emails on RESPA damages law. |
| 06/12/13 | M. G. Biggers | L240. | 1.60 | 544.00 | Analyze order on PNC motion to dismiss and class briefing schedule in Pittsburgh, with related conference and emails. |
| 06/12/13 | M. G. Biggers | L120. | 0.60 | 204.00 | Emails regarding plaintiffs' damage calculations and Carlson's asserted grounds for change in his position. |
| 06/12/13 | K. L. Marshall | L120. | 0.50 | 170.00 | Review and analyze order on motion to dismiss from Judge Schwab. |
| 06/12/13 | K. L. Marshall | L120. | 6.50 | 2,210.00 | Prepare for and travel to meeting with insurers. |
| 06/12/13 | K. L. Marshall | L120. | 2.50 | 850.00 | Work on talking points and presentation for insurers, including extensive collaboration with E. Dill regarding same. |
| 06/12/13 | D. F. Madden | L120. | 4.80 | 1,632.00 | Prepare for meeting with insurers and settlement negotiations. |

Residential Capital LLC

| 06/12/13 | E. L. Dill | L120. | 1.00 | 340.00 | Analyze district court order on motion to dismiss. |
|---|---|---|---|---|---|
| 06/12/13 | E. L. Dill | L120. | 10.00 | 3,400.00 | Prepare for and travel to meeting with insurers, including preparation of talking points and presentation materials with K.L. Marshall. |
| 06/12/13 | W. Oldani | B100. | 0.20 | 31.00 | Forward corrected Order received from the court D. Madden. |
| 06/12/13 | W. Oldani | B100. | 0.50 | 77.50 | Prepare set of attachments to the Reed Smith CBNV and GNBT memos and forward to K. L. Marshall. |
| 06/12/13 | W. Oldani | B100. | 1.00 | 155.00 | Search the Reed Smith data room and locate the 2003 and 2006 settlement agreements and forward to E. Dill. |
| 06/12/13 | W. Oldani | B100. | 0.20 | 31.00 | Forward requested pleadings to D. Madden. |
| 06/12/13 | J. V. Mendoza | L120. | 1.90 | 351.50 | Edit and revise insurer meeting presentation materials. |
| 06/13/13 | M. G. Biggers | L240. | 0.10 | 34.00 | Review memo and emails of prior correspondence with insurers. |
| 06/13/13 | M. G. Biggers | L240. | 2.10 | 714.00 | Telephone conferences and emails regarding implications of rulings in Pittsburgh case. |
| 06/13/13 | K. L. Marshall | L120. | 1.00 | 340.00 | Call with bankruptcy counsel and insurance coverage counsel regarding implications of Judge Schwab ruling. |
| 06/13/13 | K. L. Marshall | L120. | 1.00 | 340.00 | Prepare for meeting with insurers. |
| 06/13/13 | K. L. Marshall | L120. | 2.00 | 680.00 | Refine outline of talking points for insurers. |
| 06/13/13 | K. L. Marshall | L120. | 2.50 | 850.00 | Work on presentation for insurers. |
| 06/13/13 | K. L. Marshall | L120. | 2.50 | 850.00 | Meet with client and insurance coverage counsel. |
| 06/13/13 | K. L. Marshall | L120. | 1.00 | 340.00 | Call with T. Allen and team regarding Judge Schwab hearing. |
| 06/13/13 | D. F. Madden | L120. | 12.50 | 4,250.00 | Prepare for meeting with insurers and strategize regarding settlement generally. |
| 06/13/13 | E. L. Dill | L120. | 1.00 | 340.00 | Discuss implications of motion to dismiss ruling with bankruptcy counsel and insurance coverage counsel. |

Residential Capital LLC

July 26, 2013
Invoice # 10230330
Client # C078643
Page 6

| 06/13/13 | E. L. Dill | L120. | 9.50 | 3,230.00 | Prepare for meeting with insurers and meet with client and insurance coverage counsel regarding same, including preparation of talking points and presentation materials with K.L. Marshall and D.F. Madden. |
| 06/13/13 | E. L. Dill | L120. | 1.00 | 340.00 | Discuss district court hearing on motion to dismiss with T. Allen. |
| 06/13/13 | W. Oldani | B100. | 0.20 | 31.00 | Forward Good Faith Estimate from RingTail requested by E. Dill. |
| 06/13/13 | J. V. Mendoza | L120. | 6.50 | 1,202.50 | Revise, edit, design, and create new presentation slides for attorney use at insurer meeting. |
| 06/14/13 | K. L. Marshall | L120. | 10.00 | 3,400.00 | Attend, participate in, and return from meeting with insurers. |
| 06/14/13 | K. L. Marshall | L120. | 3.00 | 1,020.00 | Meetings with client, bankruptcy counsel, and insurance coverage counsel. |
| 06/14/13 | K. L. Marshall | L120. | 4.00 | 1,360.00 | Make presentation to insurers and counsel for insurers.. |
| 06/14/13 | D. F. Madden | L120. | 12.00 | 4,080.00 | Prepare for and participate in meeting with insurers and strategize regarding settlement generally. |
| 06/14/13 | E. L. Dill | L120. | 14.50 | 4,930.00 | Attend, participate in, and return from meeting with insurers and counsel for insurers. |
| 06/14/13 | E. L. Dill | L120. | 2.00 | 680.00 | Meet with client, bankruptcy counsel, and insurance coverage counsel in preparation for meeting with insurers and counsel for insurers. |
| 06/14/13 | W. Oldani | B100. | 0.80 | 124.00 | Add new pleadings to RingTail and code the data. |
| 06/15/13 | K. L. Marshall | L120. | 1.00 | 340.00 | Review status and confer with I. Belzer regarding settlement strategy. |
| 06/17/13 | M. G. Biggers | L120. | 0.20 | 68.00 | Telephone call and email regarding meeting with insurers and effect on certification in bankruptcy arising from decision on motion to dismiss in Pittsburgh. |
| 06/17/13 | K. L. Marshall | L160. | 8.40 | 2,856.00 | Prepare for and travel to settlement conference with plaintiffs. |
| 06/17/13 | D. F. Madden | L160. | 1.20 | 408.00 | Prepare for mediation. |

Residential Capital LLC

July 26, 2013
Invoice # 10230330
Client # C078643
Page 7

| 06/17/13 | E. L. Dill | L160. | 8.40 | 2,856.00 | Travel to and prepare for mediation. |
| 06/18/13 | M. G. Biggers | L260. | 1.00 | 340.00 | Review case on judicial estoppel against class member who failed to schedule claim, with email and conferences regarding further research on that issue. |
| 06/18/13 | M. G. Biggers | L190. | 0.30 | 102.00 | Emails regarding OCP and settlement issues. |
| 06/18/13 | M. G. Biggers | L250. | 0.30 | 102.00 | Telephone calls and emails regarding PNC indemnification claim. |
| 06/18/13 | M. G. Biggers | L260. | 0.10 | 34.00 | Review new certification case. |
| 06/18/13 | B. C. Oetter | L120. | 0.20 | 68.00 | Telephone conference with Darci Madden regarding insurance and indemnification issues. |
| 06/18/13 | K. L. Marshall | L160. | 15.00 | 5,100.00 | Settlement conference with plaintiffs. |
| 06/18/13 | D. F. Madden | L160. | 3.30 | 1,122.00 | Strategize regarding issues raised during mediation. |
| 06/18/13 | M. W. Brennan | L320. | 1.10 | 374.00 | Emails with D. Madden concerning most current version of loan list, additional tables available outside of main table, transmitting main table. |
| 06/18/13 | M. W. Brennan | L320. | 1.00 | 340.00 | Research for E. L. Dill dates of data reports from client database on which we relied for statistics, status of loans. |
| 06/18/13 | E. L. Dill | L160. | 1.00 | 340.00 | Discuss and respond to proposed settlement terms circulated following mediation. |
| 06/18/13 | E. L. Dill | L160. | 15.00 | 5,100.00 | Attend mediation. |
| 06/19/13 | M. G. Biggers | L160. | 0.40 | 136.00 | Telephone call and email regarding cost estimate for settlement notice and administration. |
| 06/19/13 | M. G. Biggers | L250. | 1.30 | 442.00 | Analysis and research on basis of and possible bar of PNC's claim for indemnification from RFC. |
| 06/19/13 | M. G. Biggers | L160. | 4.60 | 1,564.00 | Telephone calls, conferences and emails regarding details of settlement proposal and impact on RFC indemnification rights against PNC, with review of tentative term sheet and insurer confidentiality agreement. |
| 06/19/13 | B. C. Oetter | L120. | 0.20 | 68.00 | Research regarding same. |

Residential Capital LLC

July 26, 2013
Invoice # 10230330
Client # C078643
Page 8

| 06/19/13 | B. C. Oetter | L120. | 0.50 | 170.00 | Review insurance and indemnification issues. |
|---|---|---|---|---|---|
| 06/19/13 | K. L. Marshall | L160. | 1.00 | 340.00 | Review customer data available and transmit same with correspondence to plaintiffs' counsel. |
| 06/19/13 | K. L. Marshall | L160. | 8.00 | 2,720.00 | Confer with team regarding open settlement action items and return from settlement talks. |
| 06/19/13 | K. L. Marshall | L160. | 1.50 | 510.00 | Confer with M. Biggers regarding PNC indemnity issues and review research regarding same. |
| 06/19/13 | D. F. Madden | L160. | 0.90 | 306.00 | Receive update on settlement negotiations and strategize regarding next steps. |
| 06/19/13 | M. W. Brennan | L320. | 1.30 | 442.00 | Search multiple database tables for selected loans, compiling results into consolidated workbook and reporting to E. L. Dill. |
| 06/19/13 | E. L. Dill | L160. | 9.00 | 3,060.00 | Rravel from mediation. |
| 06/19/13 | E. L. Dill | L160. | 0.50 | 170.00 | Discuss research and data requests related to evaluation of proposed settlement terms. |
| 06/20/13 | M. G. Biggers | L160. | 1.00 | 340.00 | Work on designing and documenting settlement, with telephone call notice administrator and emails. |
| 06/20/13 | M. G. Biggers | L250. | 4.20 | 1,428.00 | Draft objection to PNC claim for indemnity/contribution, including review of claim, research and analysis. |
| 06/20/13 | K. L. Marshall | L160. | 0.20 | 68.00 | Correspondence regarding same to N. Rosenbaum. |
| 06/20/13 | K. L. Marshall | L160. | 0.40 | 136.00 | Confer with insurance and bankruptcy counsel regarding settlement status and update to insurers. |
| 06/20/13 | K. L. Marshall | L160. | 0.50 | 170.00 | Review and revise correspondence to insurers. |
| 06/20/13 | K. L. Marshall | L160. | 0.20 | 68.00 | Call with N. Rosenbaum regarding insurer letter. |
| 06/20/13 | K. L. Marshall | L160. | 1.00 | 340.00 | Call with insurance coverage counsel regarding settlement. |
| 06/20/13 | K. L. Marshall | L160. | 0.60 | 204.00 | Review and confer with D. Madden regarding loan data for plaintiffs. |

Residential Capital LLC

| 06/20/13 | K. L. Marshall | L160. | 1.10 | 374.00 | Analyze relation between settlement and PNC indemnitee situation and confer with E. Dill and V. Chopra regarding same. |
| 06/20/13 | D. F. Madden | L110. | 1.10 | 374.00 | Work on assembling and transmitting to plaintiff's counsel data regarding class members' loans. |
| 06/20/13 | E. L. Dill | L160. | 0.20 | 68.00 | Review correspondence with insurers regarding proposed settlement. |
| 06/20/13 | E. L. Dill | L160. | 0.50 | 170.00 | Discuss relationship between settlement and indemnification claims against PNC with K.L. Marshall and V. Chopra. |
| 06/20/13 | E. L. Dill | L160. | 0.80 | 272.00 | Discuss research and data collection related to evaluation of proposed settlement terms. |
| 06/21/13 | M. G. Biggers | L160. | 1.20 | 408.00 | Begin analysis of first draft of settlement agreement, with suggested revisions and related emails. |
| 06/21/13 | M. G. Biggers | L250. | 0.40 | 136.00 | Review research memo on effect of individual bankruptcies, with conferences. |
| 06/21/13 | M. G. Biggers | L190. | 0.10 | 34.00 | Revise draft papers regarding OCP fees. |
| 06/21/13 | M. G. Biggers | L160. | 0.70 | 238.00 | Telephone call and emails regarding list of class members for settlement, with review of CAFA notice requirements. |
| 06/21/13 | M. G. Biggers | L160. | 0.10 | 34.00 | Emails regarding communication with PNC regarding settlement. |
| 06/21/13 | M. G. Biggers | L250. | 3.60 | 1,224.00 | Draft objection to PNC proof of claim, with related research and email. |
| 06/21/13 | K. L. Marshall | L160. | 1.00 | 340.00 | Confer with team, insurance counsel, and bankruptcy counsel regarding multiple settlement issues. |
| 06/21/13 | D. F. Madden | L160. | 3.00 | 1,020.00 | Work on settlement agreement. |
| 06/21/13 | E. L. Dill | L160. | 1.60 | 544.00 | Discuss potential settlement terms. |
| 06/22/13 | M. G. Biggers | L160. | 3.40 | 1,156.00 | Analyze and suggest revisions to first draft of settlement agreement, with emails and telephone call. |
| 06/22/13 | K. L. Marshall | L160. | 5.20 | 1,768.00 | Review, comment on, and discuss with team draft settlement agreement |
| 06/22/13 | D. F. Madden | L160. | 2.40 | 816.00 | Work on settlement agreement. |

Residential Capital LLC

July 26, 2013
Invoice # 10230330
Client # C078643
Page 10

| | | | | | |
|---|---|---|---|---|---|
| 06/22/13 | E. L. Dill | L160. | 8.20 | 2,788.00 | Revise draft settlement agreement. |
| 06/23/13 | M. G. Biggers | L160. | 0.20 | 68.00 | Emails regarding CAFA. |
| 06/23/13 | M. G. Biggers | L160. | 0.40 | 136.00 | Emails regarding PNC indemnification analysis. |
| 06/23/13 | M. G. Biggers | L160. | 0.30 | 102.00 | Emails regarding class definiition for settlement. |
| 06/23/13 | K. L. Marshall | L160. | 1.20 | 408.00 | Call with client, debtors counsel and UCC counsel regarding settlement issues. |
| 06/23/13 | K. L. Marshall | L160. | 1.50 | 510.00 | Review and comment on edits to settlement agreement. |
| 06/23/13 | K. L. Marshall | L160. | 1.50 | 510.00 | Call with client, debtor counsel and insurance counsel regarding settlement issues. |
| 06/23/13 | D. F. Madden | L160. | 4.20 | 1,428.00 | Work on settlement agreement, including telephone conferences with bankruptcy and coverage counsel and with counsel for UCC and research regarding CAFA application to bankruptcy class claim. |
| 06/23/13 | E. L. Dill | L160. | 2.60 | 884.00 | Revise draft settlement agreement. |
| 06/24/13 | M. G. Biggers | L160. | 7.30 | 2,482.00 | Review and comment on draft settlement documents, with related telephone calls and emails. |
| 06/24/13 | K. L. Marshall | L160. | 1.80 | 612.00 | Multiple calls with team, bankruptcy counsel, opposing counsel, and insurance counsel regarding settlement documents. |
| 06/24/13 | K. L. Marshall | L160. | 2.00 | 680.00 | Review and comment on exhibits to settlement agreement. |
| 06/24/13 | K. L. Marshall | L160. | 2.50 | 850.00 | Further review of settlement agreement. |
| 06/24/13 | K. L. Marshall | L160. | 1.20 | 408.00 | Confer with team regarding same. |
| 06/24/13 | D. F. Madden | L160. | 7.60 | 2,584.00 | Work on settlement agreement and exhibits, including telephone conferences with coverage and bankruptcy counsel and with plaintiffs' counsel and editing various versions of the documents. |
| 06/24/13 | E. L. Dill | L160. | 0.70 | 238.00 | Draft letter to PNC Bank regarding potential settlement terms. |

Residential Capital LLC

July 26, 2013
Invoice # 10230330
Client # C078643
Page 11

| 06/24/13 | E. L. Dill | L160. | 4.50 | 1,530.00 | Revise draft settlement agreement and supporting certification documents. |
|----------|------------|-------|------|----------|------|
| 06/24/13 | E. L. Dill | L160. | 1.50 | 510.00 | Discuss potential settlement terms with bankruptcy counsel, insurance counsel, creditors' counsel, and plaintiffs' counsel. |
| 06/24/13 | R. J. Esposito | L120. | 2.80 | 952.00 | Research what information needs to be shared and what options need to be provided to indemnitor to preserve indemnification claim under Minnesota law. |
| 06/25/13 | M. G. Biggers | L160. | 8.00 | 2,720.00 | Review and suggest revisions to draft settlement documents, with emails and telephone calls. |
| 06/25/13 | K. L. Marshall | L160. | 1.00 | 340.00 | Review, finalize, and transmit letter to PNC regarding settlement status and indemnity . |
| 06/25/13 | K. L. Marshall | L160. | 6.00 | 2,040.00 | Work to review and finalize settlement agreement and exhibits, including reviews of drafts, edits, and comments. |
| 06/25/13 | K. L. Marshall | L160. | 4.50 | 1,530.00 | Multiple calls with team, opposing counsel, UCC counsel, and bankruptcy counsel in attempt to finalize settlement documents. |
| 06/25/13 | D. F. Madden | L160. | 9.90 | 3,366.00 | Work on settlement agreement, including telephone conferences with plaintiffs' counsel, UCC counsel, coverage counsel, and bankruptcy counsel regarding same. |
| 06/25/13 | E. L. Dill | L160. | 10.40 | 3,536.00 | Revise draft settlement agreement and multiple communications regarding same. |
| 06/25/13 | R. J. Esposito | L120. | 1.90 | 646.00 | Research what information needs to be shared and what options need to be provided to indemnitor to preserve indemnification claim under Minnesota law. |
| 06/25/13 | W. Oldani | B100. | 1.00 | 155.00 | Review the lists to identify files of named plaintiffs that were not Section 32 claims. |
| 06/25/13 | W. Oldani | B100. | 0.30 | 46.50 | Conference with D. Madden regarding review lists of CBNV and GNBT files. |

Residential Capital LLC

July 26, 2013
Invoice # 10230330
Client # C078643
Page 12

| 06/26/13 | M. G. Biggers | L160. | 1.30 | 442.00 | Suggest revisions to latest drafts of settlement documents, with emails and telephone calls. |
| 06/26/13 | M. G. Biggers | L160. | 3.30 | 1,122.00 | Review and suggest revisions to draft settlement documents, with emails and telephone calls. |
| 06/26/13 | M. G. Biggers | L120. | 0.20 | 68.00 | Emails regarding GNBT indemnity. |
| 06/26/13 | K. L. Marshall | L160. | 2.50 | 850.00 | Calls with opposing counsel, UCC counsel, and bankruptcy counsel in attempt to finalize settlement documents. |
| 06/26/13 | K. L. Marshall | L160. | 1.00 | 340.00 | Work to finalize settlement agreement and exhibits, including reviews of drafts, edits, and comments. |
| 06/26/13 | K. L. Marshall | L160. | 0.70 | 238.00 | Calls with client and bankruptcy counsel regarding various deal points. |
| 06/26/13 | D. F. Madden | L160. | 2.30 | 782.00 | Work on settlement agreement, including review of data gathered by P. Zellman and strategize as to what data should be produced in connection with settlement agreement. |
| 06/26/13 | E. L. Dill | L160. | 0.50 | 170.00 | Review correspondence related to settlement negotiations. |
| 06/27/13 | M. G. Biggers | L160. | 3.20 | 1,088.00 | Review and suggest revisions to draft settlement documents, with telephone calls and emails, and correspondence regarding class member list. |
| 06/27/13 | M. G. Biggers | L120. | 0.30 | 102.00 | Review, distribute and comment on opinion on dismissal in Pittsburgh case. |
| 06/27/13 | M. G. Biggers | L120. | 2.00 | 680.00 | Research law applicable to potential GNBT indemnity claim, with related conference and telephone calls. |
| 06/27/13 | K. L. Marshall | L160. | 0.50 | 170.00 | Call with counsel for PNC. |
| 06/27/13 | K. L. Marshall | L160. | 2.00 | 680.00 | Attention to emails and remaining settlement issues. |
| 06/27/13 | D. F. Madden | L160. | 3.90 | 1,326.00 | Work on settlement agreement and research regarding possibility of claim against the FDIC as receiver for GNBT. |
| 06/27/13 | E. L. Dill | L160. | 0.30 | 102.00 | Review correspondence related to settlement negotiations. |
| 06/27/13 | T. M. Talbot | L120. | 6.90 | 2,346.00 | Research case law regarding filing a claim for indemnification. |

Residential Capital LLC

July 26, 2013
Invoice # 10230330
Client # C078643
Page 13

| Date | Timekeeper | Task | Hours | Amount | Description |
|---|---|---|---|---|---|
| 06/27/13 | W. Oldani | B100. | 1.50 | 232.50 | Search RingTail for pleadings requested by M. G. Biggers and D. Madden. |
| 06/28/13 | M. G. Biggers | L190. | 0.50 | 170.00 | Draft and distribute OCP notice to counsel, with related emails. |
| 06/28/13 | M. G. Biggers | L120. | 0.10 | 34.00 | Review and comment on analysis of possible indemnification claim against FDIC as receiver of GNBT. |
| 06/28/13 | M. G. Biggers | L160. | 0.30 | 102.00 | Work on CAFA notice. |
| 06/28/13 | M. G. Biggers | L120. | 0.80 | 272.00 | Review plaintiffs' certification brief, exhibits and proposed errata in Pittsburgh, with related emails client. |
| 06/28/13 | M. G. Biggers | L120. | 0.20 | 68.00 | Revise draft objection to PNC indemnity proof of claim. |
| 06/28/13 | M. G. Biggers | L160. | 0.70 | 238.00 | Emails Morrison and client, and telephone call S. Tilghman, regarding updating addresses for CAFA notice and class notice. |
| 06/28/13 | K. L. Marshall | L160. | 0.80 | 272.00 | Review and revise letter to PNC regarding settlement and indemnification. |
| 06/28/13 | K. L. Marshall | L160. | 0.20 | 68.00 | Retention of claims administrator issues. |
| 06/28/13 | K. L. Marshall | L160. | 0.50 | 170.00 | Review research on GNBT/FDIC indemnity issues. |
| 06/28/13 | K. L. Marshall | L160. | 1.00 | 340.00 | Review draft objections to PNC's proof of claim. |
| 06/28/13 | E. L. Dill | L160. | 1.00 | 340.00 | Prepare letter to PNC counsel J. Tasca regarding settlement. |
| 06/28/13 | T. M. Talbot | L120. | 2.20 | 748.00 | Draft summary of same. |
| 06/28/13 | T. M. Talbot | L120. | 3.00 | 1,020.00 | Research case law regarding post-bar date claims for indemnification. |
| 06/28/13 | W. Oldani | B100. | 0.50 | 77.50 | Add documents to RingTail. |
| 06/28/13 | W. Oldani | B100. | 0.20 | 31.00 | Obtain pleading and exhibits requested by M. G. Biggers from Pacer. |

Residential Capital LLC

July 26, 2013
Invoice # 10230330
Client # C078643
Page 14

## TIMEKEEPER SUMMARY OF FEES

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| M. G. Biggers | 58.70 | 340.00 | 19,958.00 |
| B. C. Oetter | 0.90 | 340.00 | 306.00 |
| K. L. Marshall | 143.30 | 340.00 | 48,722.00 |
| D. F. Madden | 77.90 | 340.00 | 26,486.00 |
| M. W. Brennan | 5.00 | 340.00 | 1,700.00 |
| E. L. Dill | 149.60 | 340.00 | 50,864.00 |
| T. M. Talbot | 12.10 | 340.00 | 4,114.00 |
| R. J. Esposito | 4.70 | 340.00 | 1,598.00 |
| W. Oldani | 7.60 | 155.00 | 1,178.00 |
| J. V. Mendoza | 26.40 | 185.00 | 4,884.00 |
| Y. C. Herron | 1.50 | 205.00 | 307.50 |
| TOTAL | 487.70 | 328.31 | 160,117.50 |

Total Hours                                487.70

Total Fees for Legal Services            $    160,117.50

## EXPENSES AND OTHER CHARGES

| | | |
|---|---|---|
| 06/04/13 | Meals - Emma Dill travel to New York 5/15/13 to attend meetings with bankruptcy and insurance counsel, UCC counsel and plaintiff's counsel | 21.44 |
| 06/18/13 | Meals - Kenneth Lee Marshall Travel to New York 5/15/13 to attend settlement discussions | 386.58 |
| 06/04/13 | Travel Related Costs - Emma Dill travel to New York 5/15/13 to attend meetings with bankruptcy and insurance counsel, UCC counsel and plaintiff's counsel | 1,338.25 |
| 06/18/13 | Travel Related Costs - Kenneth Lee Marshall Travel to New York 5/15/13 to attend settlement discussions | 3,050.80 |
| | Express Package Delivery | 116.60 |
| | Total Expenses and Other Charges         $ | 4,913.67 |

TOTAL CHARGES FOR THIS MATTER            $    165,031.17