# EXHIBIT 1

**Time Detail**
**May 1, 2013 to August 31 2013**

| Employee | Date | Hours | Charges | Description |
|---|---|---|---|---|
| Dempsey  John B. | 7-May-13 | 0.5 | $374.00 | Conference with Kymberly Dennis regarding information request (0.5). |
| Mayer  Julie J. | 15-May-13 | 1.0 | $75.40 | Research for compensation plan issues (1.0). |
| | **Totals:** | **1.5** | **$449.40** | |