# EXHIBIT 2

**Expense Detail**
**May 1, 2013 to August 31, 2013**

| Date | Amount | Changed description |
|---|---|---|
| 1-May-13 | $7.58 | Travel - Meal - April 11, 2013 - John Dempsey. |
| 1-May-13 | $300.71 | Travel - Lodging - for hearing on second interim fee application in New York - April 11, 2013 - John Dempsey. |
| 1-May-13 | $33.82 | Travel - Meal - April 11, 2013 - John Dempsey. |
| 1-May-13 | $32.16 | Travel - Meal - April 11, 2013 - John Dempsey. |
| 1-May-13 | $6.02 | Travel - Internet Access Fee at Airport - April 11, 2013. |
| 1-May-13 | $43.97 | Travel - Taxi in New York City - April 11, 2013 - John Dempsey. |
| 1-May-13 | $67.33 | Travel - Taxi in New York City - April 11, 2013 - John Dempsey. |
| 1-May-13 | $66.00 | Travel - Parking at O'Hare - April 11, 2013. |
| 1-May-13 | $13.56 | Travel - Mileage to O'Hare - April 11, 2013 - John Dempsey. |
| 1-May-13 | $20.00 | Travel - MTA NYC Transit - April 11, 2013 - John Dempsey. |
| 2-May-13 | $250.00 | Bankruptcy.com Research Charges. |
| 7-May-13 | $636.16 | Pacer Research Charges. |
| 30-Jun-13 | $161.10 | Legal Fees (detail attached). |
| 31-Jul-13 | $830.70 | Legal Fees (detail attached). |
| 31-Aug-13 | $3,178.80 | Legal Fees (detail attached). |

**Total  $5,647.91**

# Freeborn

FREEBORN & PETERS LLP

2                                                                July 23, 2013

No: 100102296

For professional services rendered with regard to:

Re: Residential Capital, LLC

| | | | |
|---|---|---|---|
| *Jun 14, 2013* | *Fawkes, Thomas R.*<br>E-mail correspondence with working group regarding payment issues concerning previously-approved interim fee applications (0.2). | 0.20 | 93.00 |
| **[L120] Analysis/Strategy** | | | |
| *Jun 5, 2013* | *Sheldon, Kathryn C.*<br>Review procedures for filing interim fee applications (0.3); e-mail correspondence to Devon Eggert regarding same (0.1). | 0.40 | 86.00 |
| Total [L120] Analysis/Strategy | | 0.40 | 179.00 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Fawkes, Thomas R. | 0.20 | 465.00 | $93.00 |
| Sheldon, Kathryn C. | 0.40 | 215.00 | $86.00 |
| TOTAL HOURS | 0.60 | | |

TOTAL FEES                                                                                          $179.00

TOTAL FEES AND DISBURSEMENTS                                                        $179.00

c:\bills\613166.bil

# Freeborn

FREEBORN & PETERS LLP

2                                                                                   August 22, 2013

No: 100104506

For professional services rendered with regard to:

Re: *Residential Capital, LLC*

| | | | |
|---|---|---:|---:|
| *Jul 8, 2013* | **Sheldon, Kathryn C.**<br>E-mail correspondence to Devon Eggert regarding interim fee application (0.2). | 0.20 | 43.00 |

**[L120] Analysis/Strategy**

| | | | |
|---|---|---:|---:|
| *Jul 8, 2013* | **Eggert, Devon J.**<br>Multiple e-mail correspondence with client working group regarding next quarterly fee application preparation and timing (0.2); review docket and multiple e-mail correspondence with Erica Richards (counsel for debtors) regarding same (0.1). | 0.30 | 91.50 |
| *Jul 9, 2013* | **Sheldon, Kathryn C.**<br>E-mail correspondence from Devon Eggert regarding applicable expense and fee guidelines for preparation of fee applications (0.3). | 0.30 | 64.50 |
| *Jul 31, 2013* | **Sheldon, Kathryn C.**<br>Draft third interim fee application (2.6); e-mail correspondence to Devon Eggert regarding same (0.2). | 2.80 | 602.00 |
| *Jul 31, 2013* | **Eggert, Devon J.**<br>Review and revise interim fee application (0.3); e-mail correspondence to Sonya Park regarding additional information for same (0.1). | 0.40 | 122.00 |
| | Total [L120] Analysis/Strategy | 3.80 | 923.00 |

**FEE SUMMARY**



FREEBORN & PETERS LLP

3                                           August 22, 2013

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 0.70 | 305.00 | $213.50 |
| Sheldon, Kathryn C. | 3.30 | 215.00 | $709.50 |
| TOTAL HOURS | 4.00 | | |

TOTAL FEES                                                                              $923.00


TOTAL FEES AND DISBURSEMENTS                                          $923.00

c:\bills\615376.bil

# Freeborn

FREEBORN & PETERS LLP

2                                              September 17, 2013

No: 100106618

For professional services rendered with regard to:

*Re: Residential Capital, LLC*

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| *Aug 5, 2013* | *Eggert, Devon J.* | Multiple e-mail correspondence with Katie Sheldon regarding additional information needed from Mercer for submission of expenses as reimbursable expenses (0.1); e-mail correspondence from Erica Richards (counsel for debtors) regarding filing and service of fee applications (0.1). | 0.20 | 61.00 |

**[L120] Analysis/Strategy**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| *Aug 2, 2013* | *Eggert, Devon J.* | Review and substantially revise fee application for January through April 2013 (1.9); e-mail correspondence to John Dempsey and Sonya Park regarding additional information for finalizing same (0.3); review e-mail correspondence from Erica Richards (counsel for debtors) regarding guidelines for same (0.2). | 2.40 | 732.00 |
| *Aug 5, 2013* | *Sheldon, Kathryn C.* | Revise third interim fee application (1.1); e-mail correspondence to Devon Eggert regarding same (0.3). | 1.40 | 301.00 |
| *Aug 6, 2013* | *Sheldon, Kathryn C.* | Analyze filing requirements (0.4); multiple e-mail correspondence with Devon Eggert regarding same (0.2); draft certificate of service for third interim fee application (0.1); revise third interim fee application (1.0). | 1.70 | 365.50 |

# Freeborn

FREEBORN & PETERS LLP

3                                                                September 17, 2013

| | | | |
|---|---|---|---|
| *Aug 6, 2013* | *Eggert, Devon J.* Review John Dempsey revisions to fee application (0.3); additional revisions to fee application based upon same (0.8); multiple e-mail correspondence with Katie Sheldon regarding open items for finalizing fee application (0.2). | 1.30 | 396.50 |
| *Aug 7, 2013* | *Eggert, Devon J.* Finalize fee application and exhibits for filing (1.3); multiple e-mail correspondence with Katie Sheldon regarding same (0.4); telephone conferences with Katie Sheldon regarding same (0.2). | 1.90 | 579.50 |
| *Aug 7, 2013* | *Sheldon, Kathryn C.* Final revisions to third interim fee application (4.2); conferences with Devon Eggert regarding same (0.2); draft certification of counsel in support of same (0.2); file same (0.2); coordinate service of same (including formatting searchable copies (0.3). | 5.10 | 1,096.50 |
| Total [L120] Analysis/Strategy | | 13.80 | 3,532.00 |

**FEE SUMMARY**

| TIMEKEEPER | HOURS | RATE | FEES |
|---|---|---|---|
| Eggert, Devon J. | 5.80 | 305.00 | $1,769.00 |
| Sheldon, Kathryn C. | 8.20 | 215.00 | $1,763.00 |
| TOTAL HOURS | 14.00 | | |
| TOTAL FEES | | | $3,532.00 |

TOTAL FEES AND DISBURSEMENTS                                          $3,532.00

c:\bills\617488.bil