Thomas R. Fawkes, Esq.
Devon J. Eggert, Esq.
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone:  312.360.6000
Facsimile:   312.360.6520
tfawkes@freeborn.com
deggert@freeborn.com

*Counsel for Mercer (US) Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

------------------------------------------------------

**CERTIFICATE OF SERVICE**

     I, Devon J. Eggert, hereby certify that on November 18, 2013, I caused a copy of the *Fourth Interim Application of Mercer (US) Inc. as Compensation Consultant to the Debtors for the Period from May 1, 2013 through August 31, 2013* to be filed with the Court and served via ECF on all registered filers and also upon the following parties by the manner listed.

                                                        /s/ Devon J. Eggert

**SERVICE LIST**

**VIA FIRST CLASS MAIL**

Morrison & Foerster LLP
Attn: Larren M. Nashelsky, Gary S. Lee and Lorenzo Marinuzzi
1290 Avenue of the Americas
New York, NY 10104
*Counsel for the Debtors*

Office of the United States Trustee
Attn: Brian Masumoto and Michael Driscoll
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
(Two hard copies and two searchable electronic copies)

Office of the United States Trustee
Attn: Eric J. Small
355 Main Street – First Floor
Poughkeepsie, New York 12601

Kramer Levin Naftalis & Frankel LLP
Attn: Kenneth H. Eckstein and Douglas H. Mannal
1177 Avenue of the Americas
New York, NY 10036
*Counsel for the Creditors' Committee*

Kirkland & Ellis
Attn: Richard M. Cieri and Ray C. Schrock
601 Lexington Avenue
New York, NY 10022
*Counsel for Ally Financial Inc.*

Deanna Marie Anderson
Courtroom Deputy to the Honorable Martin Glenn
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004
(One hard copy and two searchable electronic copies)