UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 5968

PLEASE TAKE NOTICE that, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, the United States Department of Housing and Urban Development, Government National Mortgage Association, by and through its undersigned counsel, hereby withdraws Proof of Claim No. 5968, filed on November 28, 2012, against GMAC Mortgage, LLC in the above-captioned matter, and requests that the official claims registry maintained by Kurtzman Carson Consultants for the debtors and debtors-in-possession be updated accordingly.

Dated: New York, New York
November 18, 2013

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York
*Attorney for the United States of America*

By:   */s/ Joseph N. Cordaro*
JOSEPH N. CORDARO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2745
Facsimile:  (212) 637-2686
Email: joseph.cordaro@usdoj.gov