# EXHIBIT A

## SUMMARY OF SUPPORTING DOCUMENTS

1. Mortgage and Deed
2. 12/17/09 payment increase letter
3. 1/6/10 a financial analysis package from Mary Critchley regarding increase payment request to debtor at lendor's request to modify the mortgage for Mary Critchley
4. Communication to Mary Critchley to stop payments and mortgage will be modified as requested
5. Documents sent for mortgage modification as requested
6. Letters from GMAC stating mortgage modification is proceeding
7. Extension documents
8. Foreclosure sale notices of 6/15/10
9. Foreclosure sale was rescinded August 2011, but Mary Critchley not informed
10. Documents of Mary Critchley moving and finding new residence and renting same
11. Credit documents of Mary Critchley stating her home had been foreclosed
12. Letters from GMAC that Mary Critchley needs to place homeowners insurance on property
13. 12/26/10 notice that GMAC had placed insurance on property (which showed as foreclosed) and premium bill
14. 12/28/10 cancellation notice stating loan paid in full
15. Tax bills 12/30/10 still showing Mary Critchley owner
16. 1/30/11 1099A for abandonment of property
17. Judgment of Possession received in U.S. Bank v Mary Critchley
18. 5/16/11 Request Mary Critchley place hazard insurance on property
19. 3/30/11 Shows property placed on market
20. 5/13/11 Notice withdrawn from market
21. 6/17/11 GMAC notice that they understand property vacant
22. 6/25/11 Property vacant will get insurance from GMAC
23. 6/30/11 GMAC putting insurance on property unless Mary Critchley calls them
24. 7/1/11 taxes still in her name on new tax bill despite foreclosure
25. Record of 5th call to GMAC who now states house never effectively sold at Sheriff's sale
26. 7/30/11 notice that GMAC was placing insurance on property and billing her for $6,444.00
27. Public records: RASC 2006K51 owns property
28. 8/20/11 Sheriff sale expunged, public record no notice received
29. Demand for payment or foreclosure 11/18/11
30. Record of calls for payment request and Mary Critchley response of Sherriff sale dispute agreement to modify loan
31. 12/9/11 notes on calls from GMAC auto dialer, 3-5 times a day for payment and requesting Mary Critchley give them info on Sheriff's sale
32. Original notice in 10/2010 demanding Mary Critchley change the locks
33. Record of rent paid by Mary Critchley since being moved out of the house pursuant to the bogus foreclosure
34. Documents regarding refusal to receive credit due to two (2) foreclosures
35. Documents of a 2nd foreclosure on the property

36. Documents of loss of income suffered by Mary Critchley as a result of GMAC's misconduct
37. Documents regarding costs incurred by virtue of wrongful foreclosure
38. Documents identifying pain and suffering since 12/17/09 due to loss of home, illness, hospitalization causing health problems, wrongful dislocation of Mary Critchley and her mother
39. Credit damage documents identifying increases in costs for all insurances and incapability of obtaining credit
40. Correspondence from GMAC promising modification
41. Correspondence from Mary Critchley relying on promises of GMAC and complying with requests