# EXHIBIT B

Fax Confirmation & details

I repeatedly called to ensure faxes were received, they told me they never received the documents and I then began to document the transaction on 2/17/10 to confirm my responses

| Date | | Details |
|---|---|---|
| 2/17/2010 | 2 | Faxed P & L 4506T Form |
| 3/14/2010 | 2 | |
| 3/15/2010 | 1 | tax 4506T-EZ GMAC did not process in a timly maner |
| 4/7/2010 | 3 | P&L 4506-T GMAC did not process in a timly maner |
| 4/9/2010 | 10 | 4506-T GMAC did not process in a timly maner |
| 4/16/2010 | 1 | 4506t-EZ GMAC did not process in a timly maner |
| 4/17/2010 | 1 | 4506t_EZ GMAC did not process in a timly maner |
| 5/25/201 | 1 | CPA letter showing extention on 2009 returns as requested in my phone conversation |
|  |  | additional new P & L  as requested per letter |
| 7/23/2010 | 1 | |
| 7/8/2010 | 5 | |
| 8/08/2010 | 7 | |
| 8/18/2010 | 7 | |
| 8/08/2010 | 1 | |

started keeping track of fax's once GMAC told me they did not receive faxes. They kept asking for another fresh month , by the time they got to the file it was AGED
Missing fax confirmations from 4/17-5/16
5/20/2010 faxed letter sent
8/23/2010 called spoke with keith GMAC did not process in a timly maner
4/8/2010 received letter confirming docs received my call/inquiry
4/5/2010 called to check status, received P&L 4/7/10
8/13/2010 Information was aged needed new P & L bec cause the docs wuld sit in the system GMAC could NEVER confirm

Letters Received

5/28/2010 GMAC requested updated 4506 Form from CPA because it had become outdated
I requested 5 times and again sent by CPA on 5/20/10.

2/17/2010 GMAC request for 4506T for 3 P & L   Faxed C did not process in a timely manner
3/23/2010 3month & 4506-T called & spoke with Keith   who said needed because it was aged because they had sat on it so long, so I sent it again updated
4/08/2010  We are currently processing your request & will respond in writing in 20 business day
4/13/2012 need new P & L because they were AGED & & 45-T form because they had sat on it.
4/21/2010  Request for 1 hour telephone appointment, faxed all docs to 866-690-5244 & completed phone interview first of May
5/20/2010   Need P & L's again because they were AGED GMAC did not process in a timly maner
6/9/2010 missing doc request denied called. Spoke to : Shurianda #31949 who said to send info again and if received, the sheriff sale could be stopped up to 1 hour of sale. Again, documents sent

4/9/2010   12 minutes
5/18/2010  7 minutes
5/25/2012  24 minutes
6/11/2010  17 minutes
6/14/2010  36 minutes

May 7th had my hour long phone interview appointment as directed & all docs were faxed prior
clear answer. As if it was set up to fail for the home owner

During the above Modification time

GMAC Employees I spoke to During Modification Process that I remembered to get, I spoke with some one many times a week for 6 months, in addition to the auto dialers calling me many times a day. One of the callers said there was no way to turn it off, as we had spoke before.

escrow department (800-766-4622).

Refiance department

| | |
|---|---|
| Scott | Extension 6583 |
| Seth | Extension 6907 |
| Edwin | ID# 18566 |
| Keith at 800-850-4622 | |
| Shulunda | ID #31949 |
| Robert | 800-569-4287 |

Valerie ID 18701
Yolanda   ID #97839
Charles  Modification dept 800-850-4622
One hour phone interview 586-443-4450
John Roose 214-874-2285

May 7th had my hour long phone interview appointment as directed & all docs were faxed prior called help for homeowners, on GMAC website I also spoke with loss prevention 800-225-5342