## EXHIBIT B

**MONTHLY FEE APPLICATIONS OF BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS FOR THE MONTHS OF MAY, JUNE, JULY AND AUGUST 2013**
(Excluding Invoices Originally Attached to Monthly Fee Applications)

[See Attached]



Jay Bender
Direct: (205) 521-8645
Fax: (205) 488-6645
jbender@babc.com

August 29, 2013

**VIA PRIORITY UPS**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Office of the United States Trustee
for the Southern District of New York
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Re: *In re Residential Capital, LLC, et al. (the "Debtors")*
    Case No. 12-12020 – Consolidated Monthly Fee Statement for May and June 2013[1]

Dear Counsel:

    Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find the consolidated monthly fee statement (the "Statement") of Bradley Arant Boult Cummings LLP, special litigation and compliance counsel for the Debtors ("BABC"), for the period May 1, 2013 through June 30, 2013 (the "Statement Period").[2] Paper copies of the Statement are being

---

[1] This Statement also includes a request for compensation and reimbursement of expenses incurred prior to May 1, 2013 on two litigation matters (0R0808-301301 and 0R2013-301030). Those two litigation matters had been identified initially by the Debtors as matters for which Ocwen Loan Servicing LLP assumed responsibility as part of Ocwen's acquisition of certain assets of the Debtors in February 2013. The Debtors have since acknowledged that the Debtors retain responsibility for these matters. The total amount of fees and expenses incurred on these two matters is less than $10,000.

[2] BABC has not previously submitted a monthly fee statement for either of the months of May or June 2013. To simplify the preparation of BABC's fee statement (as well as the parties' review of it) and also to reduce substantially the volume of paper that we submit to the U.S. Trustee and the Bankruptcy Court with respect to our interim compensation request and formal fee application, we have consolidated our requests for the months of May

August 29, 2013
Page 2

provided to the U.S. Trustee. To the other recipients, we are sending the Statement on disk. If any of you prefer that we send you paper copies of the Statement, let me know and we will send them to you.

The Statement includes BABC's billings on approximately 111 different matters in which BABC is representing the Debtors.[3] As more particularly described in the Third Supplemental Declaration of Robert R. Maddox in support of BABC's employment application [Docket No. 3144] (the "Third Supplemental Declaration"), BABC's alternative billing arrangement with the Debtors expired as of December 31, 2012. Effective as of January 1, 2013, all matters handled by BABC for the Debtors are being billed on an hourly rate basis.

As described in the Third Supplemental Declaration, with respect to any alternative billing arrangement matter for which BABC received the initial $7,300 up-front payment from the Debtors prior to December 31, 2012, but did not incur $7,300 of billable time and expenses on such matter through December 31, 2012, BABC agreed that the Debtors would not be liable to pay any fees or reimburse any expenses incurred on or after January 1, 2013 unless and until the sum of the total hourly fees and expenses incurred on such matter from the time such matter was opened exceeds $7,300. With respect to any matters falling within this description, BABC is maintaining time and expense records for those matters and will provide those records upon request if and when those matters exceed $7,300 in hourly-rate billings and expenses.

During the pertinent time period, as reflected in the Statement, BABC's fees totaled $361,642.93 and its expenses totaled $30,705.72. In the absence of a timely objection, the Debtors shall pay $320,020.06, consisting of the sum of (a) $289,314.34, an amount equal to 80% of the fees ($289,314.34 = $361,642.93 x 0.80) and (b) 100% of the expenses ($30,705.72) being requested in the Statement.

Objections to the Statement are due by September 18, 2013, which is the date that is twenty (20) days after the date of this letter.

If you have questions about the Statement, please do not hesitate to contact me.

Sincerely,

*Jay Bender /js*
Jay Bender

---

and June into the attached Statement. The U.S. Trustee consented in advance to the submission of the consolidated Statement.

[3] The number of matters BABC is handling for the Debtors has dropped substantially since the closing of the sales of the Debtors' servicing platform assets earlier this year, as the buyers of those assets have assumed responsibility for the majority of the matters BABC had been handling for the Debtors.

1/2526290.1

August 29, 2013
Page 3

---

JRB
Enclosures

cc:     Tammy Hamzehpour, Esq. (w/o encl)
        Robert Maddox, Esq. (w/o encl)
        F. Wendell Allen, Esq. (w/o encl)

1/2526290.1


**BRADLEY ARANT
BOULT CUMMINGS**
LLP

Jay Bender
Direct: (205) 521-8645
Fax: (205) 488-6645
jbender@babc.com

October 15, 2013

**VIA PRIORITY UPS**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Office of the United States Trustee
for the Southern District of New York
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Re:    ***In re Residential Capital, LLC, et al. (the "Debtors")***
        Case No. 12-12020 – Consolidated Monthly Fee Statement for July and August 2013

Dear Counsel:

    Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Order"), enclosed please find the consolidated monthly fee statement (the "Statement") of Bradley Arant Boult Cummings LLP, special litigation and compliance counsel for the Debtors ("BABC"), for the period July 1, 2013 through August 31, 2013 (the "Statement Period").[1] Paper copies of the Statement are being provided to the U.S. Trustee. To the other recipients, we are sending the Statement on disk. If any of you prefer that we send you paper copies of the Statement, let me know and we will send them to you.

    The Statement includes BABC's billings on approximately 104 different matters in which BABC is representing the Debtors. As more particularly described in the Third Supplemental

---

[1] BABC has not previously submitted a monthly fee statement for either of the months of July or August 2013. To simplify the preparation of BABC's fee statement (as well as the parties' review of it) and also to reduce substantially the volume of paper that we submit to the U.S. Trustee and the Bankruptcy Court with respect to our interim compensation request and formal fee application, we have consolidated our requests for the months of July and August into the attached Statement.

1/2543887.1

One Federal Place  1819 Fifth Avenue North  Birmingham, AL 35203-2119  PHONE: 205.521.8000  FAX: 205.521.8800  BABC.COM

October 15, 2013
Page 2

---

Declaration of Robert R. Maddox in support of BABC's employment application [Docket No. 3144] (the "Third Supplemental Declaration"), BABC's alternative billing arrangement with the Debtors expired as of December 31, 2012. Effective as of January 1, 2013, all matters handled by BABC for the Debtors are being billed on an hourly rate basis.

As described in the Third Supplemental Declaration, with respect to any alternative billing arrangement matter for which BABC received the initial $7,300 up-front payment from the Debtors prior to December 31, 2012, but did not incur $7,300 of billable time and expenses on such matter through December 31, 2012, BABC agreed that the Debtors would not be liable to pay any fees or reimburse any expenses incurred on or after January 1, 2013 unless and until the sum of the total hourly fees and expenses incurred on such matter from the time such matter was opened exceeds $7,300. With respect to any matters falling within this description, BABC is maintaining time and expense records for those matters and will provide those records upon request if and when those matters exceed $7,300 in hourly-rate billings and expenses.

During the pertinent time period, as reflected in the Statement, BABC's fees totaled $362,655.03 and its expenses totaled $40,702.55. In the absence of a timely objection, the Debtors shall pay $330,826.57, consisting of the sum of (a) $290,124.02, an amount equal to 80% of the fees ($290,124.02 = $362,655.03 x 0.80) and (b) 100% of the expenses ($40,702.55) being requested in the Statement.

Objections to the Statement are due by Monday, November 4, 2013, which is the date that is twenty (20) days after the date of this letter.

If you have questions about the Statement, please do not hesitate to contact me.

Sincerely,

Jay Bender

JRB
Enclosures

cc: Tammy Hamzehpour, Esq. (w/o encl)
    Robert Maddox, Esq. (w/o encl)
    F. Wendell Allen, Esq. (w/o encl)

1/2543887.1