## EXHIBIT C

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013**

[See Attached]

1/2556098.2

## EXHIBIT C

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY
BY BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS
FOR THE PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013**

### Compensation By Matter

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Business Operations | 0R0802-301151 | SCRA review - 729275 | 302.00 | 76,622.70 |
| Business Operations | 0R0802-301220 | AG Settlement & Implementation 705025 | 1,247.40 | 366,361.50 |
| Business Operations | 0r0803-102574 | REO Property - in Ft. Lauderdale, FL | 0.40 | 96.80 |
| Business Operations | 0R2013-301019 | Navarro Judgment Lien Issue | 81.70 | 25,345.30 |
| Business Operations | 0R2013-301021 | Rahi Real Estate Holdings LLC | 2.20 | 580.80 |
| **Total for Code:Business Operations** | | | **1,633.70** | **469,007.10** |
| | | | | |
| Fee/Employment Applications | 0R0802-301143 | Employment and Fee Applications | 13.10 | 5,164.30 |
| **Total for Code:Fee/Employment Applications** | | | **13.10** | **5,164.30** |
| | | | | |
| Litigation | 0G2012-301002 | Mack, Barry Fritz - 715129 | 26.10 | 7,469.50 |
| Litigation | 0G2012-301024 | Badillo, Marc Antonio (GMAC v. Badillo) - 696712 | 8.60 | 2,142.10 |
| Litigation | 0G2012-301026 | Dunavant, Andrew - 713334 | 29.00 | 9,633.20 |
| Litigation | 0G2012-301039 | Wane, Amadou (US Bank v. Wane) - 702516 | 1.30 | 426.20 |
| Litigation | 0G2012-301044 | Melinder, Christina (Flat) - 690220 | 0.40 | 118.80 |
| Litigation | 0G2012-301047 | Hooker, Ashley (Hooker v. GMAC) - 713410 | 1.10 | 270.90 |
| Litigation | 0G2012-301075 | Lafitte, Elizabeth Bowen - 703911 | 4.30 | 1,394.20 |
| Litigation | 0G2012-301094 | Sands, Sharon - 707254 | 0.20 | 58.00 |
| Litigation | 0G2012-301099 | Gasque, Carrie - 700507 | 1.20 | 355.60 |
| Litigation | 0G2012-301103 | Valeeva, Galina and Evalina Okouneva - 706906 | 5.60 | 1,633.60 |
| Litigation | 0G2012-301112 | Martin, Mary Collette (Martin v. HFN) - 693729 | 0.70 | 141.40 |
| Litigation | 0G2012-301121 | Paksima, Zaytoon | 0.30 | 52.30 |
| Litigation | 0G2012-301122 | Porter, Lolina - 705274 | 0.30 | 62.10 |
| Litigation | 0G2012-301134 | Silmon, Derrious (GMAC v. Silmon) - 695405 | 2.30 | 658.70 |
| Litigation | 0G2012-301154 | Sifuentes, Manuel and Theresa | 4.60 | 1,408.60 |
| Litigation | 0G2012-301177 | WILLIAMSON, George | 0.40 | 146.00 |
| Litigation | 0G2013-301001 | Buie, Brennan - 702896 | 0.30 | 67.20 |
| Litigation | 0G2013-301014 | Griffith, Patrick - 712847 | 0.40 | 93.20 |
| Litigation | 0G2013-301029 | O'Brien, Noel Stephen - 694012 | 0.80 | 212.00 |
| Litigation | 0G2013-301033 | Guy, Kenneth L. and Judy K. | 0.20 | 49.20 |
| Litigation | 0G2013-301040 | Herman, Patricia (GMAC v. Herman) - 688683 | 1.00 | 185.10 |
| Litigation | 0G2013-301042 | Groome, William - 713422 | 0.10 | 26.40 |
| Litigation | 0G2013-301059 | Jones, David and Andrea | 0.80 | 232.00 |
| Litigation | 0G2013-301060 | Iaderose, Frank & Jean | 0.60 | 118.30 |
| Litigation | 0G2013-301073 | Justus, Alice | 0.30 | 91.20 |
| Litigation | 0G2013-301075 | Wendt, Sheila - 707288 | 2.60 | 551.00 |
| Litigation | 0G2013-301077 | Kimber, Brian | 0.50 | 176.00 |
| Litigation | 0G2013-301078 | Love, Felton & Bright Ideal Const. Co. - 713910 | 0.90 | 209.70 |
| Litigation | 0G2013-301083 | Scurry, Gabriel and April (Yorktown Funding v. Scurry) - | 0.70 | 129.60 |
| Litigation | 0G2013-301084 | Butcher, Everett - 715852 | 0.60 | 138.60 |
| Litigation | 0G2013-301085 | Maxwell, Deborah - 716026 | 2.30 | 363.40 |
| Litigation | 0G2013-301117 | Burden, Gary & Ayanna | 0.70 | 154.40 |
| Litigation | 0G2013-301121 | Sanders, Kelvin (Sanders v. HFN) - 693553 | 0.30 | 47.40 |
| Litigation | 0G2013-301128 | Giraud, Gregory (Flat) - 709652 | 0.70 | 153.90 |
| Litigation | 0G2013-301129 | Wells, Mark (5006 West Gate Boulevard, Auxtin, TX) | 0.10 | 20.70 |
| Litigation | 0G2013-301136 | Bowman, Cathy | 0.70 | 144.90 |
| Litigation | 0G2013-301157 | Redmond, Alan B. and Marsha R. | 1.90 | 333.80 |
| Litigation | 0G2013-301158 | Lee, IV, Robert E., Trustor | 9.10 | 2,869.10 |
| Litigation | 0G2013-301161 | Delores Hall Turrill and Marty Turrill v. The Home Bank & | 0.10 | 15.80 |
| Litigation | 0G2013-301165 | Kelly, James C. & Sandi | 1.70 | 374.00 |
| Litigation | 0G2013-301177 | Merton, Bruce & Jill | 24.50 | 6,611.40 |
| Litigation | 0G2013-301179 | Ruiz, Erick A. | 0.60 | 149.10 |

### EXHIBIT C

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY
BY BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS
FOR THE PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013**

#### Compensation By Matter

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Litigation | 0G2013-301184 | McGuinn, Laura J. | 0.90 | 309.50 |
| Litigation | 0G2013-301194 | Wane, Amadou (GMAC v. Wane) | 1.20 | 320.20 |
| Litigation | 0G2013-301199 | Sumter County, SC (GMAC v. Sumter County SC, et al.) | 1.40 | 351.20 |
| Litigation | 0G2013-301200 | COVIN, Barry (Van Tonder) (Flat) - 710020 | 2.00 | 680.50 |
| Litigation | 0G2013-301201 | Melissa McCloskey and Jeanette Leavitt v. Residential | 4.20 | 172.63 |
| Litigation | 0G2013-301435 | Mattison, Mark & Heidi - 713948 | 0.10 | 16.70 |
| Litigation | 0G2013-301527 | Durmaz, Cicek and Atilla - 716974 | 5.50 | 1,848.80 |
| Litigation | 0G2013-301644 | Christian, Kathleen W. - 720813 | 3.40 | 636.53 |
| Litigation | 0G2013-301683 | Jackson, Corla | 10.40 | 2,191.70 |
| Litigation | 0G2013-301708 | Bliss, Lesley A. | 0.50 | 43.10 |
| Litigation | 0G2013-301957 | Shortway, Paul & Barbara | 6.70 | 1,721.30 |
| Litigation | 0R0806-301015 | LETBETTER, Inez and Frank | 0.20 | 42.00 |
| Litigation | 0R0806-301021 | Mapp, Cicily P. | 0.30 | 46.50 |
| Litigation | 0R0806-301023 | Vanderburg, Wesley (Senn, Shelly aka Vanderburg) | 0.20 | 55.00 |
| Litigation | 0R0806-301036 | Dotson, Karla | 11.00 | 2,695.00 |
| Litigation | 0R0808-104980 | Longoni, Pam - 698077 | 18.70 | 6,300.60 |
| Litigation | 0R0808-105109 | Donaldson, Anthony and Wanda (Donaldson v. GMAC) - 694863 | 3.80 | 1,805.00 |
| Litigation | 0R0808-105192 | Brown, Sonseeahry (Brown v. Home Source Lending) - 694816 | 0.30 | 62.10 |
| Litigation | 0R0808-301003 | David Stern Enterprises, Inc. - 713139 | 55.50 | 15,132.90 |
| Litigation | 0R0808-301004 | Christian County Clerk (Michael Kem) - 713214 | 0.10 | 15.80 |
| Litigation | 0R0808-301011 | Motto, Nicole | 1.10 | 227.70 |
| Litigation | 0R0808-301037 | Gilbert, Rex T. and Daniela L. (Gilbert v. Deutsche Bank) | 39.60 | 11,580.70 |
| Litigation | 0R0808-301038 | American Residential Equities - 699506 | 51.40 | 15,825.00 |
| Litigation | 0R0808-301039 | Dixon (Wachovia Bank of Delaware v. Michelle Dixon, | 7.00 | 2,439.70 |
| Litigation | 0R0808-301040 | Petra Finance, LLC (Petra v. GMAC) - 690409 | 4.80 | 1,421.10 |
| Litigation | 0R0808-301045 | Studivant, Charles and Juanita (Studivant v. MERS) | 0.90 | 339.50 |
| Litigation | 0R0808-301052 | Crawford, Rocky - 708174 | 0.50 | 79.00 |
| Litigation | 0R0808-301126 | Josef Arnon v. GMAC Mortgage, LLC - 727040 | 0.30 | 47.40 |
| Litigation | 0R0808-301143 | Kentucky Counties Federal Court (Boyd County, et al) | 1.70 | 528.20 |
| Litigation | 0R0808-301172 | Hickey, Patrick and Cecilia | 3.90 | 730.30 |
| Litigation | 0R0808-301179 | Ready, Michelle L. | 4.90 | 906.50 |
| Litigation | 0R0808-301205 | Tautiva, Eduardo | 1.70 | 264.60 |
| Litigation | 0R0808-301268 | Madden, Diana | 1.50 | 352.70 |
| Litigation | 0R0808-301284 | Jenkins, Marion & Sharon Jenkins | 5.40 | 1,228.40 |
| Litigation | 0R0808-301288 | Lytle, Derrick | 3.90 | 1,281.30 |
| Litigation | 0R0808-301301 | Lucey, Justin | 16.30 | 4,347.60 |
| Litigation | 0R0808-301374 | Robinson, Ruby v. Homecomings (Class Action) - 687409 | 1.60 | 760.00 |
| Litigation | 0R0808-301964 | Matthiesen, Zaina | 0.10 | 15.00 |
| Litigation | 0R0808-301970 | Pattee, William & Barbara | 81.30 | 26,841.40 |
| Litigation | 0R0809-301001 | Ralston, Charles | 1.10 | 234.20 |
| Litigation | 0R0809-301002 | Germinaro, Frank | 1.00 | 267.60 |
| Litigation | 0R0809-301003 | Sumter, Melvina Yvette (Ornelas v. Sumter) | 0.50 | 79.00 |
| Litigation | 0R0809-301004 | Stein, Lee | 0.90 | 290.70 |
| Litigation | 0R0809-301008 | Ambrezewicz, Peter | 0.40 | 63.20 |
| Litigation | 0R0809-301009 | Dabbelt, John Walter | 0.60 | 138.60 |
| Litigation | 0R2013-301001 | Burdette, Eddie & Mitzie | 13.50 | 3,185.50 |
| Litigation | 0R2013-301003 | Executive Office Complaints | 222.30 | 36,737.20 |
| Litigation | 0R2013-301004 | Edwards, John M. | 18.60 | 4,469.60 |
| Litigation | 0R2013-301006 | Germinaro, Frank | 8.50 | 2,269.00 |
| Litigation | 0R2013-301007 | Woelfel, Michael | 0.20 | 31.60 |
| Litigation | 0R2013-301010 | Mahlin, Robert G. | 0.10 | 20.70 |
| Litigation | 0R2013-301012 | HUD Subpoena | 1.60 | 252.80 |
| Litigation | 0R2013-301013 | White, Kirkwood | 0.70 | 176.40 |

**EXHIBIT C**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY
BY BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS
FOR THE PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013**

### Compensation By Matter

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---:|---:|
| Litigation | 0R2013-301014 | Cox, Jr., Raymond | 0.30 | 47.40 |
| Litigation | 0R2013-301017 | Preston, Joey R. | 4.00 | 967.80 |
| Litigation | 0R2013-301018 | Matthews, Heather | 0.20 | 72.20 |
| Litigation | 0R2013-301020 | Estate Concerns | 26.80 | 8,145.80 |
| Litigation | 0R2013-301022 | Massimo, Armando | 68.80 | 16,377.20 |
| Litigation | 0R2013-301023 | Johnson, Valencia (Code Violation, Johnson Property) | 8.20 | 2,171.80 |
| Litigation | 0R2013-301024 | Lien Release Issues | 0.60 | 153.00 |
| Litigation | 0R2013-301025 | Rodriguez, Federico Avilla | 4.40 | 1,143.20 |
| Litigation | 0R2013-301026 | Bianchi, Dorothy M. | 7.50 | 1,923.40 |
| Litigation | 0R2013-301027 | Matthews, Barbara | 14.50 | 3,615.90 |
| Litigation | 0R2013-301028 | Pereira, Victor & Sharon | 0.30 | 47.40 |
| Litigation | 0R2013-301029 | Santos, Cherie | 4.00 | 849.00 |
| Litigation | 0R2013-301030 | Dixon, Princess | 10.30 | 3,576.90 |
| Litigation | 0R2013-301031 | Stafford, David & Robyn | 2.50 | 573.40 |
| Litigation | 0R2013-301032 | Farrell, Patrick | 1.10 | 280.70 |
| Litigation | 0R2013-301033 | Martinez, Jose | 1.80 | 498.90 |
| Litigation | 0R2013-301034 | Carrington Capital Management | 3.60 | 950.40 |
| Litigation | 0R2013-301035 | Varnon, Pamela | 2.60 | 568.40 |
| Litigation | 0R2013-301037 | Picone, Juan | 1.70 | 539.10 |
| Litigation | 0R2013-301038 | Harris, Kitty | 5.20 | 1,380.00 |
| Litigation | 0R2013-301039 | Gomez, Francisco | 1.30 | 265.00 |
| Litigation | 0R2013-301040 | Rojas, Raul R. | 3.90 | 1,243.90 |
| Litigation | 0R2013-301041 | Phillips, Marilyn | 2.10 | 562.80 |
| Litigation | 0R2013-301042 | Lopez, Ruby E. | 2.90 | 904.40 |
| Litigation | 0R2013-301043 | Glapion, Barbara | 0.30 | 108.30 |
| Litigation | 0R2013-301044 | Fabian, Joseph | 13.40 | 3,524.80 |
| Litigation | 0R2013-301045 | Ellis, Dan | 9.90 | 2,547.00 |
| Litigation | 0R2013-301046 | Dees, Michael | 1.50 | 372.90 |
| Litigation | 0R2013-301047 | Fisher, Garna | 2.40 | 600.80 |
| Litigation | 0R2013-301048 | Hicks, Linda J. | 6.50 | 1,494.60 |
| Litigation | 0R2013-301049 | Kelley, James | 4.80 | 1,127.20 |
| Litigation | 0R2013-301050 | Stringfield, Samuel | 3.60 | 1,062.00 |
| Litigation | 0R2013-301051 | Cook, Carl D., Jr. | 4.10 | 1,063.10 |
| **Total for Code: Litigation** | | | **988.30** | **250,126.56** |
| **Grand Total:** | | | **2,635.10** | **724,297.96** |

**Matter Count:**         134