## EXHIBIT D

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013**

[See Attached]

**EXHIBIT D**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY
BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD
MAY 1, 2013 THROUGH AUGUST 31, 2013**

| Name of Professional Individual | | Department and Licensure | | Total Hours Billed | Total Compensation | ResCap Rate | |
|---|---|---|---|---|---|---|---|
| **Partner** | | | | | | | |
| Allen, Wendell | 00202 | LITIGATION | 1998 | 2.70 | 1,020.60 | 378 | |
| Ayers, Marc J. | 00250 | LITIGATION | 1998 | 3.40 | 1,077.80 | 317 | |
| Bender, Jay R. | 00157 | BANKRUPTCY | 1993 | 12.50 | 5,112.50 | 409 | |
| Boshell, Paige M. | 00139 | BANKING AND FINANCIAL SERVICES | 1992 | 21.70 | 7,638.40 | 352 | |
| Campbell, Robert | 00229 | LITIGATION | 1998 | 3.30 | 1,029.60 | 312 | |
| Cannon, Hope | 00230 | LITIGATION | 1999 | 81.00 | 27,054.00 | 334 | |
| Cox, Robert A. | 00399 | BANKRUPTCY | 1995 | 4.60 | 1,649.61 | 374 | |
| Cox, Stewart M. | 00103 | LITIGATION | 1987 | 12.80 | 4,672.00 | 365 | |
| Eady, Hall | 00715 | LITIGATION | 2004 | 19.50 | 5,577.00 | 286 | |
| Gerhardt, Graham W. | 00829 | LITIGATION | 2004 | 16.80 | 5,234.20 | 312 | |
| Glover, Glenn E. | 00261 | BANKRUPTCY | 2000 | 99.90 | 35,164.80 | 352 | |
| Griffin, Michael C. | 00759 | LITIGATION | 2000 | 109.20 | 37,972.42 | 348 | |
| Hancock, Christian W. | 00255 | LITIGATION | 2001 | 113.80 | 40,994.10 | 361 | |
| Hawkins, Christopher L. | 00249 | BANKRUPTCY | 1999 | 32.60 | 11,899.00 | 365 | |
| Maddox, Robert R. | 00257 | LITIGATION | 2000 | 497.70 | 199,080.00 | 400 | |
| O'Dell, D. Brian | 00259 | LITIGATION | 1998 | 0.50 | 191.50 | 383 | |
| Pennington, Michael R. | 00092 | LITIGATION | 1985 | 5.60 | 2,660.00 | 475 | |
| Rose, Jonathan | 00328 | LITIGATION | 2000 | 4.20 | 1,276.80 | 304 | |
| Smith T, John | 00149 | LITIGATION | 1992 | 15.40 | 5,482.40 | 356 | |
| Thorsen, Christopher E. | 00341 | LITIGATION | 2000 | 0.20 | 62.40 | 312 | |
| Wahl, Brian | 00248 | LITIGATION | 2000 | 11.00 | 3,674.00 | 334 | |
| **Partner Average Rate:** | | | | | | | $ 354 |
| | | | | | | | |
| **Counsel** | | | | | | | |
| Couch, Robert M. | 00352 | BANKING AND FINANCIAL SERVICES | 1984 | 0.60 | 338.40 | 541 | |
| **Counsel Average Rate:** | | | | | | | $ 541 |
| | | | | | | | |
| **Associate** | | | | | | | |
| Anderson, Keith S. | 00752 | LITIGATION | 2004 | 54.50 | 14,631.20 | 268 | |
| Avery, C. Jason | 00760 | REAL ESTATE | 2006 | 9.10 | 2,324.50 | 255 | |
| Bailey, James | 00838 | BANKRUPTCY | 2010 | 0.60 | 137.40 | 229 | |
| Chastain, Aaron | 00880 | LITIGATION | 2010 | 46.70 | 10,087.20 | 216 | |
| Couch, Mary Ann | 00926 | LITIGATION | 2011 | 0.40 | 79.20 | 198 | |
| Craft, Anna | 00920 | LITIGATION | 2011 | 131.50 | 26,037.00 | 198 | |
| Eason, Joycelyn J. | 00791 | LITIGATION | 2008 | 5.10 | 1,479.00 | 290 | |
| Gilley, Lee | 00882 | LITIGATION | 2011 | 542.70 | 112,338.90 | 207 | |
| Goodsell, Blake | 00900 | LITIGATION | 2010 | 21.80 | 4,514.00 | 207 | |
| Johnson, Josh | 00776 | BANKRUPTCY | 2008 | 0.20 | 49.20 | 246 | |
| Jones, Jessica L. | 00821 | LITIGATION | 2009 | 0.50 | 112.00 | 224 | |
| Key, Riley | 00884 | LITIGATION | 2011 | 9.70 | 2,007.90 | 207 | |
| Menees, Cory S. | 00912 | LITIGATION | 2007 | 64.70 | 19,089.50 | 295 | |
| Mobley, Spencer | 00928 | LITIGATION | 2012 | 3.50 | 693.00 | 198 | |
| Neel, Preston H. | 00865 | LITIGATION | 2008 | 21.30 | 5,094.90 | 233 | |
| O'Beirne, Kathleen Shields | 00767 | LITIGATION | 2007 | 0.90 | 229.50 | 255 | |
| Osborne, Daniel | 00948 | LITIGATION | 2010 | 6.80 | 1,346.40 | 198 | |
| Patterson, Jon H. | 00834 | LITIGATION | 2003 | 7.90 | 2,291.00 | 290 | |
| Phillips, Joshua J. | 00862 | LITIGATION | 2006 | 11.70 | 3,088.80 | 264 | |
| Puckett, Amy | 00933 | LITIGATION | 2011 | 5.00 | 1,275.00 | 255 | |
| Raja, Nader | 00911 | LITIGATION | 2010 | 65.00 | 18,330.00 | 282 | |
| Robichaux, Ryan | 00905 | GOVERNMENTAL AFFAIRS | 2009 | 0.30 | 67.20 | 224 | |
| Saltaformaggio, Erin | 00891 | LITIGATION | 2011 | 0.20 | 41.40 | 207 | |
| Simmons, Avery | 00824 | LITIGATION | 2009 | 5.60 | 1,702.40 | 304 | |
| Smith, Alison | 00922 | LITIGATION | 2012 | 3.30 | 653.40 | 198 | |
| Solomon, Sean | 00931 | BANKRUPTCY | 2012 | 9.00 | 1,863.00 | 207 | |
| Spero, Frankie | 00853 | LITIGATION | 2010 | 1.70 | 374.00 | 220 | |
| Thomas, D. Bryan | 00778 | CONSTRUCTION/PROCUREMENT | 2008 | 0.40 | 96.80 | 242 | |
| Vann, Richard | 00863 | LITIGATION | 2011 | 4.40 | 968.00 | 220 | |
| Vega, Jose D. | 00864 | LITIGATION | 2007 | 5.70 | 1,504.80 | 264 | |

12-12020-mg    Doc 5838-4    Filed 11/18/13    Entered 11/18/13 17:32:44    Exhibit D
Pg 3 of 3

**EXHIBIT D**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY
BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD
MAY 1, 2013 THROUGH AUGUST 31, 2013**

| Name of Professional Individual | | Department and Licensure | | Total Hours Billed | Total Compensation | ResCap Rate | |
|---|---|---|---|---|---|---|---|
| Voelker, Nicholas J. | 00751 | LITIGATION | 2006 | 5.50 | 1,672.00 | 304 | |
| Watkins, Jay | 00932 | BANKRUPTCY | 2012 | 6.50 | 1,345.50 | 207 | |
| Wierman, Mark S. | 00869 | LITIGATION | 2007 | 41.40 | 12,533.18 | 304 | |
| Wilcox, Kristi | 00898 | LITIGATION | 2011 | 0.30 | 62.10 | 207 | |
| Wilson, Monica | 00902 | CONSTRUCTION/PROCUREMENT | 2010 | 2.70 | 122.98 | 282 | |
| Wright, Jay | 00849 | LITIGATION | 2010 | 15.10 | 3,322.00 | 220 | |
| **Associate Average Rate:** | | | | | | | $ 240 |
| **All Attorney Average Rate:** | | | | | | | $ 286 |
| **Paralegal** | | | | | | | |
| Burke, Allison B. | 00462 | LITIGATION | | 66.20 | 10,458.70 | 158 | |
| Cockrell, Alecia H. | 00446 | LITIGATION | | 9.20 | 1,453.60 | 158 | |
| Dalton, Jeffrey | 00450 | LITIGATION | | 46.70 | 7,378.60 | 158 | |
| Holtzclaw, Jonathan | 90092 | LITIGATION | | 55.90 | 8,832.20 | 158 | |
| Keane, Kerry | 91958 | LITIGATION | | 58.60 | 9,228.89 | 158 | |
| Kirsch, Kimberly A. | 00417 | BANKRUPTCY | | 0.80 | 133.60 | 167 | |
| Kish, Lucinda | 70004 | CONSTRUCTION/PROCUREMENT | | 25.60 | 3,990.31 | 158 | |
| Mathews, Jamie | 00449 | LITIGATION | | 8.60 | 1,290.00 | 150 | |
| McBride, Koni | 00420 | LITIGATION | | 3.70 | 684.50 | 185 | |
| Palmer, Melisa P. | 70201 | LITIGATION | | 116.50 | 19,254.07 | 167 | |
| Powell, Emily | 00456 | LITIGATION | | 2.20 | 358.60 | 163 | |
| **Lit. Support** | | | | | | | |
| Cooper, Jennifer | 70022 | Administration | | 12.50 | 2,265.00 | 180 | |
| **Litigation Asst** | | | | | | | |
| Eaton, Elizabeth B. | 00406 | LITIGATION | | 36.00 | 5,688.00 | 158 | |
| **Law Clerk** | | | | | | | |
| Corbin, Bethany | 80142 | OTHER/LAW CLERKS, ETC. | | 11.90 | 2,856.00 | 211 | |
| **All Timekeeper Average Rate:** | | | | | | | $ 263 |
| **Total** | | | | 2,635.10 | 724,297.96 | | |