## EXHIBIT E

**SUMMARY OF EXPENSES INCURRED BY BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013**

[See Attached]

1/2556098.2

**EXHIBIT E**

**SUMMARY OF EXPENSES INCURRED BY BRADLEY ARANT BOULT CUMMINGS LLP
ON BEHALF OF THE DEBTORS FOR THE PERIOD
MAY 1, 2013 THROUGH AUGUST 31, 2013**

| Expense Category | Amount |
| --- | --- |
| Copy Charges | $826.90 |
| Copy Charges - OUTSIDE SOURCES | $657.16 |
| Filing Fees | $894.05 |
| Court Costs - Pleadings | $18,965.89 |
| Court Reporter Charges | $2,961.81 |
| Airline Tickets | $20,800.33 |
| Travel Expense | $20,835.08 |
| Meal Expense | $3,375.48 |
| Periodical/Articles/Books | $3.00 |
| UPS | $1,072.18 |
| Express Mail/Fedex | $31.20 |
| Research Fee | $2.00 |
| Internet Account | $123.19 |
| Local Counsel Fees | $260.00 |
| Title Search Fee | $600.00 |
| **Total** | **$71,408.27** |