# EXHIBIT F

## SUPPORTING INVOICES

**[See Attached]**



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2012-301002

INVOICE #  880339

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2012-301002
     TC # 715129

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 07/19/13 | NSR | Review and analyze revisions and comments to memo regarding proof of claim and need for additional analysis | L120 | .30 hrs |
| 07/26/13 | NSR | Review and analyze Florida law regarding late amendments of pleadings, Florida Wrongful Death Act, malicious prosecution, abuse of process, negligent infliction of emotional distress, and intentional infliction of emotional distress with regard to allegations in Mack proof of claim | L120 | 2.70 hrs |
| 07/26/13 | NSR | Revise memorandum analyzing Mack proof of claim with regard to new sections on late amendments of pleadings and Florida Wrongful Death Act | L120 | 1.60 hrs |
| 07/27/13 | NSR | Review and analyze deposition transcripts of C.Mack and B.Mack regarding emotional reaction suffered from receipt of foreclosure complaint | L120 | .80 hrs |
| 07/28/13 | NSR | Review and revise memorandum regarding analysis of Mack proof of claim with regard to additional analysis on potential claims for malicious prosecution, abuse of process, slander of title, negligent infliction of emotional distress, and intentional infliction of emotional distress | L120 | 3.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
OCTOBER 11, 2013

0G2012-301002

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/29/13 | NSR | Conference regarding strategy for responding to proof of claims and analysis of potential claims and defenses | L120 | .50 hrs |
| 07/30/13 | NSR | Analyze bankruptcy law regarding sufficiency of Macks proof of claim and potential for amendment | L120 | 2.40 hrs |
| 07/30/13 | NSR | Review and revise slander of title and intentional infliction of emotional distress sections to memorandum analyzing Mack proof of claim | L120 | 1.20 hrs |
| 07/31/13 | NSR | Analyze bankruptcy law regarding tolling of statute of limitations during imposition of automatic stay and sufficiency of allegations for contesting proof of claim | L120 | 1.20 hrs |
| 07/31/13 | NSR | Revise memorandum analyzing Mac proof of claim to include section on proofs of claims, amendments, and issues relating to statute of limitations for state law claims | L120 | 1.30 hrs |
| 07/31/13 | JB | Work on matters related to proof of claim deadlines and statute of limitations | L120 | .20 hrs |
| 08/01/13 | NSR | Analyze Florida law regarding good faith defenses to malicious prosecution claims | L120 | .70 hrs |
| 08/01/13 | NSR | Review and revise memorandum on Mack proof of claim with regard to analysis of potential malicious prosecution claim | L120 | .80 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
OCTOBER 11, 2013

0G2012-301002

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/01/13 | NSR | Analyze Florida law regarding basis for wrongful death actions with regard to Mack proof of claim and defenses of comparative negligence, proximate cause, and foreseeability | L120 | 1.70 hrs |
| 08/01/13 | NSR | Revise wrongful death section of memorandum on Mack proof of claim regarding analysis of allegations giving rise to wrongful death claim | L120 | 1.20 hrs |
| 08/04/13 | NSR | Review and analyze malicious prosecution cases in Florida premised upon civil litigation | L120 | .50 hrs |
| 08/05/13 | NSR | Review and revise memorandum regarding Mack proof of claim regarding analysis of potential malicious prosecution claim based upon updated research | L120 | .50 hrs |
| 08/06/13 | NSR | Review and analyze e-mail correspondence regarding estoppel defense to Mack proof of claim | L120 | .30 hrs |
| 08/06/13 | NSR | Analyze Florida law regarding impact of estoppel defense to Mack proof of claim due to pending appeal of default final judgment | L120 | 1.00 hrs |
| 08/06/13 | JST | Communications with A.Lewis regarding Macks' proof of claims | L120 | .20 hrs |
| 08/09/13 | NSR | Review and respond to e-mail from A.Lewis concerning analysis of res judicata on pending appeal regarding Mack proof of claim | L120 | .50 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
OCTOBER 11, 2013

0G2012-301002

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/11/13 | JST | Work on disclosure to comply with fact information sheet requirement and review P.McAweeny comments to disclosure | L250 | .80 hrs |
| 08/15/13 | JST | Review and respond to requests from Morrison Foerster regarding information to submit in connection with objection to proof of claim | L250 | .30 hrs |
| 08/15/13 | CWH | Exchange e-mails with Morrison Foerster regarding history of Stern being advised to close file and when he did, and provide documentation for same | L120 | .30 hrs |
| 08/21/13 | NSR | Review and analyze proposed objection to Mack proof of claim, including exhibits A through E and L.Delehey declaration in support | L120 | .70 hrs |
| 08/26/13 | NSR | Review and analyze proposed revisions to objection to Mack proof of claim and potential for additional arguments grounded in Florida law | L120 | .60 hrs |

TOTAL FEES FOR THIS MATTER                                    $7,469.50

01       Copy Charges

0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| John Smith T | 1.30 hrs | 356.00 /hr | 462.80 |
| Christian W. Hancock | .30 hrs | 361.00 /hr | 108.30 |
| James Bailey | .20 hrs | 229.00 /hr | 45.80 |
| Nader Raja | 24.30 hrs | 282.00 /hr | 6,852.60 |

TOTAL FEES                      26.10 hrs                      $7,469.50



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    5
OCTOBER 11, 2013

0G2012-301002

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                $7,469.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2012-301024

INVOICE #  871617

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2012-301024
     TC # 696712

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 05/02/13 | RK | Draft status report to client as follows: We had a conference call with Ocwen and eviction counsel to discuss the status of the eviction. We are also in the process of analyzing whether an amended notice of bankruptcy will be necessary. | L120 | .10 hrs |
| 05/06/13 | RK | Draft amended notice of bankruptcy | L210 | .50 hrs |
| 05/06/13 | GWG | Work on amended notice of bankruptcy | L210 | .50 hrs |
| 05/07/13 | GWG | Work on revised notice of bankruptcy, including calls with client, eviction counsel, and opposing counsel regarding same | L120 | .80 hrs |
| 05/08/13 | GWG | Calls with client and eviction counsel regarding postponement of eviction suit and motion to reinstate district court case to the active docket | L120 | .60 hrs |
| 05/08/13 | RK | Conference with J.Scoliard and G.Albright regarding amended notice of bankruptcy | L120 | .30 hrs |
| 06/11/13 | GWG | Call with client regarding status of amended notice of bankruptcy | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $810.30

┗┓│ BRADLEY ARANT
   │ BOULT CUMMINGS
   │ LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
AUGUST 22, 2013

0G2012-301024

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | 2.00 hrs | 312.00 /hr | 624.00 |
| Riley Key | .90 hrs | 207.00 /hr | 186.30 |

TOTAL FEES          2.90 hrs                    $810.30

TOTAL CHARGES FOR THIS INVOICE              $810.30

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2012-301024

INVOICE #  880340

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2012-301024
     TC # 696712

PROFESSIONAL SERVICES

| 07/02/13 | GWG | Prepare amended notice of bankruptcy and exhibits for filing | L210 | .20 hrs |
|---|---|---|---|---|
| 07/16/13 | GWG | Correspondence with opposing counsel regarding amended notice of bankruptcy | L210 | .10 hrs |
| 07/24/13 | GWG | Correspondence with L. Moreno and J. Arriaga regarding amended notice of bankruptcy | L210 | .20 hrs |
| 07/29/13 | GWG | Correspondence with L. Moreno regarding current eviction proceedings and the borrower's hiring of a new attorney | L110 | .20 hrs |
| 07/31/13 | JOHO | Updated case status regarding deadlines and pulled updated docket report. | L140 | .20 hrs |
| 08/01/13 | RK | Draft motion to reinstate case to the active docket | L210 | .80 hrs |
| 08/02/13 | RK | Draft status report to client | L120 | .10 hrs |
| 08/05/13 | JOHO | Revised and filed Motion to Reinstate case. | L210 | .30 hrs |
| 08/05/13 | RK | Revise motion to reinstate in preparation for filing | L210 | .50 hrs |
| 08/05/13 | GWG | Revise motion to reinstate case to the active docket | L210 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 11, 2013

0G2012-301024

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|------|------|------|------|------|
| 08/06/13 | JOHO | Drafted Proposed Order Setting Hearing. | L210 | .50 hrs |
| 08/07/13 | JOHO | Revised and filed Proposed Order to Set Hearing. | L210 | .20 hrs |
| 08/07/13 | RK | Revise proposed order setting hearing on motion to reinstate case | L120 | .30 hrs |
| 08/14/13 | GWG | Call to HUD counselor regarding status of the eviction and the borrowers' intent to continue the litigation | L110 | .20 hrs |
| 08/15/13 | RK | Conference with HUD counselor regarding the case | L120 | .20 hrs |
| 08/19/13 | RK | Conference with counselor for HUD regarding case status | L120 | .30 hrs |
| 08/20/13 | JOHO | Updated case status regarding deadlines and pulled updated docket report. | L140 | .20 hrs |
| 08/21/13 | GWG | Call with client regarding status of eviction and reinstatement of case to the active docket | L120 | .30 hrs |
| 08/22/13 | GWG | Correspond with eviction counsel and devise strategy for reinstatement of case or dismissal now that the borrowers are no longer residing in the property | L120 | .60 hrs |

TOTAL FEES FOR THIS MATTER          $1,331.80

EXPENSES



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
OCTOBER 11, 2013

0G2012-301024

FED ID NO. 63-0243316

---

07        Filing Fees                                                        42.18

TOTAL COSTS FOR THIS MATTER                        $42.18

BILLING SUMMARY

Graham W. Gerhardt       2.10 hrs    312.00 /hr        655.20
Riley Key                2.20 hrs    207.00 /hr        455.40
Jonathan Holtzclaw       1.40 hrs    158.00 /hr        221.20

TOTAL FEES               5.70 hrs                    $1,331.80

TOTAL EXPENSES                                         $42.18

TOTAL CHARGES FOR THIS INVOICE                      $1,373.98

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2012-301026

INVOICE #  871619

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2012-301026
     TC # 713334

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 05/08/13 | HTC | Draft supplement to motion for summary judgment to address allegation in amended complaint | L250 | .60 hrs |
| 05/09/13 | HTC | Begin drafting supplement to motion for summary judgment to address additional tort claims raised in borrowers' amended complaint | L240 | 2.00 hrs |
| 05/10/13 | HTC | Continue drafting supplement to motion for summary judgment to address claims contained in amended complaint | L240 | 4.90 hrs |
| 05/10/13 | AHC | Final review and revisions to GMACM's Supplement to Motion for Summary Judgment | L240 | .20 hrs |
| 05/13/13 | HTC | Review motion for sanctions and draft opposition to same | L250 | .50 hrs |
| 05/14/13 | HTC | Revise opposition to motion for sanctions | L250 | .70 hrs |
| 05/17/13 | HTC | Exchange emails with A.Huffaker, Fannie and Green Tree's counsel regarding amount in arrears | L120 | .10 hrs |
| 05/19/13 | HTC | Review motion to strike P.Knapp's affidavit; plaintiffs' opposition to motions to dismiss filed by GreenTree and Fannie; review recent Alabama ejectment decision and cases cited by plaintiffs in their opposition to supplemental motion for summary judgment | L240 | 4.40 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
AUGUST 22, 2013

0G2012-301026

FED ID NO. 63-0243316

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | and review prior pleadings and documents all in anticipation of hearing on motion for summary judgment |  |  |
| 05/21/13 | HTC | Review and prepare for hearing on summary judgment, motion to strike affidavit of P.Knapp, motion for sanctions and review cases cited in motion to strike | L240 | 6.80 hrs |
| 05/21/13 | HTC | Attendance at hearing on summary judgment motion, motion to strike and motion for sanctions | L240 | 2.00 hrs |
| 05/21/13 | HTC | Office conference with Fannie Mae/Green Tree's counsel, A.Huffaker and USAA's counsel, W.Jackson | L120 | 1.50 hrs |
| 05/30/13 | HTC | Review orders on summary judgment, supplementation and motions to dismiss and draft email to L.Delhey regarding same | L240 | .30 hrs |
| 05/30/13 | HTC | Review and exchange emails with K.Piore regarding order on summary judgment; need to assign the mortgage to Fannie or GreenTree and dismissal of GMACM | L120 | .10 hrs |
| 05/30/13 | HTC | Review and exchange emails with USAA counsel regarding next steps to get complete dismissal of GMACM and USAA from case | L120 | .10 hrs |
| 06/09/13 | HTC | Exchange emails with A.Huffaker, Fannie's counsel, regarding assignment and exchange emails with J.Collins, USAA's counsel regarding scheduling order | L120 | .10 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      3
AUGUST 22, 2013

0G2012-301026

FED ID NO. 63-0243316

| 06/10/13 | HTC | Exchange emails with A.Huffaker, Fannie's and Greentree's counsel, regarding case | L120 | .10 hrs |
| 06/13/13 | HTC | Review proposed joint scheduling order and exchange emails with USAA's counsel regarding same | L210 | .10 hrs |
| 06/13/13 | HTC | Draft letter to counsel regarding order on supplemental production to advise GMACM does not have any supplemental documents to produce other than transfer of servicing letter | L120 | .10 hrs |
| 06/19/13 | HTC | Exchange emails with A.Huffaker and K.Priore regarding need to for assignment | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $8,214.60

EXPENSES

| 01 | Copy Charges | 0.00 |
| 21 | Travel Expense | 261.03 |
| 23 | Meal Expense | 19.39 |
| 25 | Periodical/Articles/Books | 3.00 |

TOTAL COSTS FOR THIS MATTER          $283.42

BILLING SUMMARY

| Hope Cannon | 24.50 hrs | 334.00 /hr | 8,183.00 |
| Alecia H. Cockrell | .20 hrs | 158.00 /hr | 31.60 |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
AUGUST 22, 2013

0G2012-301026

FED ID NO. 63-0243316

TOTAL FEES                24.70 hrs                    $8,214.60

TOTAL EXPENSES                                          $283.42

**TOTAL CHARGES FOR THIS INVOICE**                    $8,498.02

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 11, 2013
1100 Virginia Drive                                       0G2012-301026
Fort Washington, PA 19034

                                                          INVOICE #  880341

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

    Re:  0G2012-301026
         TC # 713334

PROFESSIONAL SERVICES

07/02/13  HTC  Review second discovery requests and      L310    1.00 hrs
               exchange emails with A.Huffaker and
               J.Collins regarding case and review
               USAA's draft motion to dismiss

07/03/13  HTC  Telephone conference with J.Collins       L240    1.00 hrs
               regarding USAA's motion to dismiss and
               revise GMACM motion for summary judgment
               on the injunction claim to address
               subservicing issue

07/16/13  AHC  Review documents produced to confirm      L320     .10 hrs
               last bates number used in preparation of
               production of additional documents

07/16/13  HTC  Draft responses to second request for     L310     .30 hrs
               production of documents

08/22/13  HTC  Review Dunavants' opposition to motion    L240     .80 hrs
               for summary judgment on injunction claim
               and draft response to same

08/28/13  HTC  Telephone conference with Fannie's        L120    1.00 hrs
               counsel and USAA's counsel regarding
               hearing, judge's comments and preparing
               case for trial

08/28/13  HTC  Draft monthly status report               L120     .10 hrs


          TOTAL FEES FOR THIS MATTER
                                                          $1,418.60



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 11, 2013

0G2012-301026

FED ID NO. 63-0243316

EXPENSES

| 01 | Copy Charges | 0.00 |
| 07 | Filing Fees | 52.05 |

TOTAL COSTS FOR THIS MATTER        $52.05

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 4.20 hrs | 334.00 /hr | 1,402.80 |
| Alecia H. Cockrell | .10 hrs | 158.00 /hr | 15.80 |

| TOTAL FEES | 4.30 hrs | $1,418.60 |
|---|---|---|
| TOTAL EXPENSES | | $52.05 |
| TOTAL CHARGES FOR THIS INVOICE | | $1,470.65 |

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2012-301039

INVOICE #  871622

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2012-301039
     TC # 702516

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|-------------|------|-------|
| 05/20/13 | CWH | Draft email to K.Priore setting out the claims in the two Wane cases and requesting Estate monitor these matters through discharge | L110 | .20 hrs |
| 05/21/13 | CWH | Exchange e-mails with K.Priore, explaining procedural history of US Bank v. Wane | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $144.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .40 hrs | 361.00 /hr | 144.40 |

TOTAL FEES                 0.40 hrs              $144.40

**TOTAL CHARGES FOR THIS INVOICE**            $144.40

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2012-301039

INVOICE #   880342

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2012-301039
     TC # 702516

PROFESSIONAL SERVICES

| 07/30/13 | MJA | Review of and revisions to appeal brief | L520 | .80 hrs |
| 08/01/13 | NSR | Draft status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $281.80

BILLING SUMMARY

| Marc J. Ayers | .80 hrs | 317.00 /hr | 253.60 |
| Nader Raja | .10 hrs | 282.00 /hr | 28.20 |

| TOTAL FEES | 0.90 hrs | | $281.80 |

**TOTAL CHARGES FOR THIS INVOICE**                  $281.80

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2012-301044

INVOICE #    871624

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2012-301044
     TC # 690220

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 06/03/13 | CWH | Analyze case and history of insurance proceeds dispute to determine if Estate should consider transferring file back to Ocwen to let Ocwen pursue the claims | L120 | .20 hrs |
| 06/10/13 | phn | Correspondence regarding bankruptcy stay and whether litigation needs to be renewed | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                           $118.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Preston H. Neel | .20 hrs | 233.00 /hr | 46.60 |

TOTAL FEES                     0.40 hrs                $118.80

**TOTAL CHARGES FOR THIS INVOICE**                    $118.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2012-301047

INVOICE #   880343

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2012-301047
     TC # 713410

PROFESSIONAL SERVICES

| 07/16/13 | ES | Send and receive e-mails with opposing counsel and the court re: court requried status update | L240B | .10 hrs |
| 07/16/13 | KRS | Review status of bankruptcy and draft status report to court concerning same | L250 | .90 hrs |
| 08/19/13 | ES | Review file regarding case strategy and settlement options | L240B | .10 hrs |

TOTAL FEES FOR THIS MATTER                         $270.90

BILLING SUMMARY

| Kathleen Shields O'Beir | .90 hrs | 255.00 /hr | 229.50 |
| Erin Saltaformaggio | .20 hrs | 207.00 /hr | 41.40 |

TOTAL FEES                  1.10 hrs                    $270.90

**TOTAL CHARGES FOR THIS INVOICE**                     $270.90

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2012-301075

INVOICE #  871627

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2012-301075
     TC # 703911

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/20/13 | RJC | Review N. Campbell, M. Pennington correspondence requesting special status reports on pending class matters | L160 | .50 hrs |
| 05/21/13 | RJC | Research and confirm status of Donaldson, Champman, Robertson and Laftitte class actions to address client's request for update on pending class action matters, and potentiality for resolution of same, in light of completion of company bankruptcy (includes review of pending dispositive briefing in underlying Lafitte foreclosure action and draft order requested by judge for dismissal of counterclaims in same) | L160 | 2.20 hrs |
| 05/23/13 | RJC | Teleconference with client, M. Pennington, and Morrison & Forster counsel regarding outstanding class actions--Robertson, Chapman, Donaldson and Lafitte--and potential for resolution of same in light of pending completion of bankruptcy proceeding | L160 | .60 hrs |

TOTAL FEES FOR THIS MATTER                $1,029.60

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
AUGUST 22, 2013

0G2012-301075

FED ID NO. 63-0243316

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Robert Campbell | 3.30 hrs | 312.00 /hr | 1,029.60 |
| TOTAL FEES | 3.30 hrs | | $1,029.60 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | $1,029.60 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2012-301075

INVOICE #  880344

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2012-301075
     TC # 703911

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/08/13 | CWH | Review and revise joint status report regarding GMACM's bankruptcy and send same to L.Delehey and Morrison Foerster for approval | L210 | .30 hrs |
| 07/12/13 | MCG | Correspondence regarding joint status report | C400 | .10 hrs |
| 07/15/13 | MCG | Correspondence regarding joint status report | C400 | .10 hrs |
| 08/05/13 | MRP | Exchange memos with L.Delehey regarding status | L120 | .10 hrs |
| 08/06/13 | MCG | Review and compare state complaint with foreclosure action counterclaims to determine similarity of claims, allegations and parties and provide update | C100 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $364.60

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Michael R. Pennington | .10 hrs | 475.00 /hr | | 47.50 |
| Christian W. Hancock | .30 hrs | 361.00 /hr | | 108.30 |
| Michael C. Griffin | .60 hrs | 348.00 /hr | | 208.80 |

TOTAL FEES              1.00 hrs              $364.60



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
OCTOBER 11, 2013

0G2012-301075

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $364.60

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2012-301094

INVOICE #  871629

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2012-301094
     TC # 707254

PROFESSIONAL SERVICES

| 06/04/13 | JHP | Provide monthly status report to client regarding case remaining completely stayed due to bankruptcy | L120 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                    $29.00

BILLING SUMMARY

| Jon H. Patterson | .10 hrs | 290.00 /hr | 29.00 |
|---|---|---|---|

| TOTAL FEES | 0.10 hrs | | $29.00 |
|---|---|---|---|

TOTAL CHARGES FOR THIS INVOICE                    $29.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2012-301094

INVOICE # 880345

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2012-301094
     TC # 707254

PROFESSIONAL SERVICES

07/09/13  JHP  Provided monthly status update to client   L120    .10 hrs

                TOTAL FEES FOR THIS MATTER                        $29.00

BILLING SUMMARY

   Jon H. Patterson        .10 hrs   290.00 /hr        29.00

TOTAL FEES              0.10 hrs            $29.00

TOTAL CHARGES FOR THIS INVOICE             $29.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2012-301099

INVOICE #  880346

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2012-301099
     TC # 700507

PROFESSIONAL SERVICES

| 07/24/13 | MPE | Draft monthly status report to client | L110 | .20 hrs |
| 07/31/13 | CWH | Review and revise letter to borrower's counsel regarding fee issues | L110 | .10 hrs |
| 08/02/13 | MPE | Update status report to client | L110 | .20 hrs |
| 08/05/13 | CWH | Finalize letter to borrower's counsel and send same to L.Delehey for her review | L110 | .10 hrs |
| 08/06/13 | CWH | Review and make client's edits to letter to borrower's counsel and send same | L110 | .10 hrs |
| 08/06/13 | CWH | Exchange e-mails with borrower's counsel regarding her receipt of our letter and desire to discuss same | L110 | .10 hrs |
| 08/09/13 | CWH | Phone call with borrower's counsel to discuss fees and belated proof of claim filing | L110 | .20 hrs |
| 08/12/13 | CWH | Update L.Delehey on discussion with borrower's counsel and ask if there is any deadline we need to be mindful of | L120 | .10 hrs |
| 08/15/13 | CWH | Advise borrower's counsel that there is no set deadline to resolve fee issue | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $355.60



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 11, 2013

0G2012-301099

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .80 hrs | 361.00 /hr | 288.80 |
| Melisa P. Palmer | .40 hrs | 167.00 /hr | 66.80 |

TOTAL FEES             1.20 hrs                    $355.60

**TOTAL CHARGES FOR THIS INVOICE**             $355.60

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 11, 2013
1100 Virginia Drive                                            0G2012-301103
Fort Washington, PA 19034

INVOICE #  880347

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2012-301103
     TC # 706906

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 07/10/13 | CWH | Review and analyze Valeeva's proof of claim, per client's request, and compare same to prior litigation with borrower | L120 | .50 hrs |
| 07/10/13 | CWH | Update timeline/summary of Valeeva case and send same to client and Morrison Foerster attorneys in advance of 7-12-13 call to discuss proof of claim strategy | L120 | .40 hrs |
| 07/12/13 | CWH | Attend conference call with client and Morrison Foerster attorneys regarding proof of claim strategy in Valeeva | L120 | .40 hrs |
| 07/18/13 | CWH | Review and revise objection to Valeeva's proof of claim, drafting section on litigation history and her "debt elimination" schemes over the years | L210 | 1.20 hrs |
| 07/18/13 | MPE | Review and revise objection proof of claim draft to add details regarding underlying foreclosure. | L210 | .60 hrs |
| 07/19/13 | CWH | Finalize portions of objection to Valeeva proof of claim and send same to Morrison Foerster for their use in bankruptcy case | L120 | .60 hrs |
| 07/19/13 | MPE | Review proof of claim as filed to determine if Notice of Default is identical to Notice of Default previously filed in and stricken by the Florida State court. | L110 | .40 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
OCTOBER 11, 2013

0G2012-301103

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/22/13 | MPE | Comparison of Valeeva's Notice of Conditional Acceptance to confirm that borrower used the same document with her Proof of Claim. | L110 | .30 hrs |
| 07/22/13 | MPE | Review of file for Valeeva's Reply Demand for use as an exhibit with Response to Proof of Claim. | L110 | .40 hrs |
| 07/25/13 | CWH | Review and revise Valeeva's POC objection and supporting declaration, per Morrison Foerster's request | L120 | .40 hrs |
| 07/26/13 | CWH | Review final revisions to Valeeva proof of claim and supporting declaration and send same to Morrison Foerster | L210 | .10 hrs |
| 07/26/13 | MPE | Review file to determine dates Valeeva was represented by counsel to assist with response to proof of claim. | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $1,633.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 3.60 hrs | 361.00 /hr | 1,299.60 |
| Melisa P. Palmer | 2.00 hrs | 167.00 /hr | 334.00 |

TOTAL FEES          5.60 hrs            $1,633.60



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    3
OCTOBER 11, 2013

0G2012-301103

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $1,633.60

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap                                             AUGUST 22, 2013
1100 Virginia Drive                                0G2012-301112
Fort Washington, PA 19034

                                                   INVOICE #   871633

                                                   FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2012-301112
     TC # 693729

PROFESSIONAL SERVICES

05/06/13  AHC  Draft status report for client        L190      .10 hrs


              TOTAL FEES FOR THIS MATTER                     $15.80


BILLING SUMMARY

   Alecia H. Cockrell        .10 hrs    158.00 /hr        15.80


TOTAL FEES                   0.10 hrs                    $15.80

TOTAL CHARGES FOR THIS INVOICE                          $15.80

            ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2012-301112

INVOICE #  880348

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2012-301112
     TC # 693729

PROFESSIONAL SERVICES

| 07/08/13 | AHC | Draft status report for client review | L190 | .20 hrs |
| 07/08/13 | CET | Providing status update to client | L240 | .20 hrs |
| 08/26/13 | AHC | Draft status report for client review | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $125.60

BILLING SUMMARY

| Christopher E. Thorsen | .20 hrs | 312.00 /hr | 62.40 |
| Alecia H. Cockrell | .40 hrs | 158.00 /hr | 63.20 |

TOTAL FEES                0.60 hrs            $125.60

TOTAL CHARGES FOR THIS INVOICE                $125.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2012-301121

INVOICE #  880349

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2012-301121
     TC # 718605

PROFESSIONAL SERVICES

| 08/14/13 | BG | Review docket to confirm that there has been no inappropriate activity on stayed claims | L120 | .10 hrs |
| 08/21/13 | ABB | Retrieval of docket report to verify bankruptcy stay | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $52.30

BILLING SUMMARY

| Allison Burke | .20 hrs | 158.00 /hr | 31.60 |
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |

TOTAL FEES          0.30 hrs                $52.30

TOTAL CHARGES FOR THIS INVOICE              $52.30

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2012-301122

INVOICE #  871635

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2012-301122
     TC # 705274

PROFESSIONAL SERVICES

05/01/13   KW   Draft monthly case status report          P100      .30 hrs


                TOTAL FEES FOR THIS MATTER                     $62.10


BILLING SUMMARY

   Kristi Wilcox           .30 hrs   207.00 /hr        62.10


TOTAL FEES                 0.30 hrs                 $62.10

**TOTAL CHARGES FOR THIS INVOICE**                 **$62.10**

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2012-301134

INVOICE #  871637

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2012-301134
     TC # 695405

PROFESSIONAL SERVICES

| Date | | Description | | |
|------|------|-------------|------|------|
| 05/03/13 | JHP | Email to L.Delehey and K.Priore to advise GMAC Estate of motion for relief from stay filed in bankruptcy court in case that Ocwen is currently handling | L120 | .20 hrs |
| 05/09/13 | JHP | Emails to/from Rescap Estate client contacts K.Priore and L.Delehey to discuss motion for relief from stay filed by borrower; emails to/from N.Rosenbaum at Morrison Foerester to discuss same and request available dates for conference call | L120 | .50 hrs |
| 05/10/13 | JHP | Emails to/from J.Newton and N.Rosenbaum of Morrison Forester and client contacts K.Priore and L.Delehey to discuss motion for relief from stay and to schedule conference call regarding same | L120 | .30 hrs |
| 05/13/13 | JHP | Emails to/from bankruptcy counsel and Rescap Estate contacts to discuss conference call date and time rescheduling | L120 | .20 hrs |
| 05/15/13 | JHP | Prepare for and participate in conference call with RESCAP Estate representatives and bankruptcy counsel to discuss status of case and motion for relief from stay | L120 | .80 hrs |

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709.
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
AUGUST 22, 2013

0G2012-301134

FED ID NO. 63-0243316

| 06/12/13 | BG | Correspond with opposing counsel regarding loan modification package | L120 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                $600.70

BILLING SUMMARY

| Jon H. Patterson | 2.00 hrs | 290.00 /hr | 580.00 |
|---|---|---|---|
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |

TOTAL FEES                    2.10 hrs                $600.70

**TOTAL CHARGES FOR THIS INVOICE**                $600.70

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2012-301134

INVOICE #   880350

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2012-301134
     TC # 695405

PROFESSIONAL SERVICES

| 07/11/13 | JHP | Email to RESCAP Estate contacts L.Delehey and K.Priore to discuss general status of case | L120 | .20 hrs |
|----------|-----|------|------|---------|

TOTAL FEES FOR THIS MATTER                                    $58.00

BILLING SUMMARY

| Jon H. Patterson | .20 hrs | 290.00 /hr | 58.00 |
|------------------|---------|-----------|-------|

TOTAL FEES              0.20 hrs              $58.00

TOTAL CHARGES FOR THIS INVOICE              $58.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS LLP**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2012-301154

INVOICE #  880351

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2012-301154
     TC # 716085

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 07/25/13 | GWG | Review allegations of plaintiffs' amended complaint and previous bankruptcy notice for possible attempt to reinstate the case to the active docket before proceeding with foreclosure | L210 | .70 hrs |
| 07/25/13 | GWG | Work on spreadsheet for client regarding status of stayed case | L120 | .20 hrs |
| 08/02/13 | GWG | Review court's order requesting update on GMAC bankruptcy and begin preparation of response to same | L210 | .30 hrs |
| 08/05/13 | GWG | Work on updated status report regarding GMAC's bankruptcy and its effect on plaintiff's claims | L210 | .90 hrs |
| 08/05/13 | GWG | Work on status report to court regarding GMAC's bankruptcy | L210 | .40 hrs |
| 08/05/13 | CWH | Review and analyze claim in case and revise bankruptcy status update, per court's request | L120 | .10 hrs |
| 08/07/13 | CWH | Review and analyze claims and proof of claim to confirm same should be stayed | L120 | .30 hrs |
| 08/08/13 | GWG | Work on response to court's order requiring an updated status report | L210 | .40 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
OCTOBER 11, 2013

0G2012-301154

FED ID NO. 63-0243316

| 08/09/13 | GWG | Work on memo for client regarding status of litigation and proposed status report regarding the effect of GMAC's bankruptcy on this case | L120 | .40 hrs |
| 08/14/13 | GWG | Revise GMAC's amended bankruptcy notice | L210 | .30 hrs |
| 08/14/13 | GWG | Analyze plaintiffs' requested relief and factual allegations of wrondgoing for possible internal reclassification of the case by Ocwen | L120 | .30 hrs |
| 08/14/13 | JOHO | Revised and filed Status Report for Bankruptcy. | L210 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                    $1,408.60

BILLING SUMMARY

| Christian W. Hancock | .40 hrs | 361.00 /hr | 144.40 |
| Graham W. Gerhardt | 3.90 hrs | 312.00 /hr | 1,216.80 |
| Jonathan Holtzclaw | .30 hrs | 158.00 /hr | 47.40 |

TOTAL FEES                  4.60 hrs                  $1,408.60

**TOTAL CHARGES FOR THIS INVOICE**                  $1,408.60

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2012-301177

INVOICE #  871638

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2012-301177
     TC # 723590

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|------|------|------|------|
| 05/01/13 | CLHA | Prepare status report for client | L120 | .20 hrs |
| 06/03/13 | CLHA | Follow up with client regarding potential closing of case | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $146.00

BILLING SUMMARY

| | | | | |
|------|------|------|------|------|
| Christopher L. Hawkins | .40 hrs | 365.00 /hr | 146.00 |

TOTAL FEES              0.40 hrs                $146.00

**TOTAL CHARGES FOR THIS INVOICE**             $146.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301001

INVOICE #   880352

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301001
     TC # 702896

PROFESSIONAL SERVICES

07/08/13  RR   Telephone call with foreclosure counsel    B110    .30 hrs
               regarding status of case

                    TOTAL FEES FOR THIS MATTER                $67.20

BILLING SUMMARY

    Ryan Robichaux          .30 hrs    224.00 /hr         67.20

TOTAL FEES                  0.30 hrs                      $67.20

TOTAL CHARGES FOR THIS INVOICE                           $67.20

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301014

INVOICE #  871640

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301014
     TC # 712847

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 05/01/13 | phn | Draft May status update regarding bankruptcy stay and loan modification application that was sent March 25, 2-13 | L190 | .20 hrs |
| 06/10/13 | phn | Draft June status update regarding bankrupty stay and claims | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $93.20

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Preston H. Neel | .40 hrs | 233.00 /hr | | 93.20 |
| TOTAL FEES | 0.40 hrs | | | $93.20 |

TOTAL CHARGES FOR THIS INVOICE                          $93.20

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301029

INVOICE #   871641

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:   0G2013-301029
      TC # 694012

PROFESSIONAL SERVICES

| 05/05/13 | JAM | Review online docket for recent case activity and review for recently docketed pleadings | L190 | .30 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                $45.00

BILLING SUMMARY

| Jamie Mathews | .30 hrs | 150.00 /hr | 45.00 |
|---|---|---|---|

TOTAL FEES                    0.30 hrs              $45.00

**TOTAL CHARGES FOR THIS INVOICE**                $45.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301029

INVOICE #    880353

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301029
     TC # 694012

PROFESSIONAL SERVICES

| 07/24/13 | BAW | Review Judge Colton's ex-parte order on motion to compel GMAC discovery | L310 | .20 hrs |
| 08/16/13 | BAW | Contact J.Zorilla regarding dismissal of GMAC | L160 | .30 hrs |

TOTAL FEES FOR THIS MATTER                        $167.00

BILLING SUMMARY

Brian Wahl              .50 hrs   334.00 /hr      167.00

TOTAL FEES              0.50 hrs               $167.00

TOTAL CHARGES FOR THIS INVOICE                $167.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301033

INVOICE #  880354

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301033
     TC # 719597

PROFESSIONAL SERVICES

08/21/13   JJO   Review file regarding action items        L120      .20 hrs

              TOTAL FEES FOR THIS MATTER                    $49.20

BILLING SUMMARY

    Josh Johnson              .20 hrs   246.00 /hr        49.20

TOTAL FEES                  0.20 hrs                    $49.20

TOTAL CHARGES FOR THIS INVOICE                         $49.20

              ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301040

INVOICE #  880355

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301040
     TC # 688683

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 08/08/13 | MCG | Review case status and prepare strategy going forward | L650 | .10 hrs |
| 08/26/13 | MPE | Research case docket to determine current status. | L110 | .10 hrs |
| 08/26/13 | MPE | Draft letter to P.Herman regarding bankruptcy court ruling on prevailing party attorneys' fees. | L110 | .80 hrs |

TOTAL FEES FOR THIS MATTER                     $185.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .10 hrs | 348.00 /hr | 34.80 |
| Melisa P. Palmer | .90 hrs | 167.00 /hr | 150.30 |

TOTAL FEES            1.00 hrs            $185.10

TOTAL CHARGES FOR THIS INVOICE            $185.10

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                              AUGUST 22, 2013
1100 Virginia Drive                                                0G2013-301042
Fort Washington, PA 19034

                                                                   INVOICE #  871642

                                                                   FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301042
     TC # 713422

PROFESSIONAL SERVICES

06/10/13   JJPH  Prepare status report to client        L120      .10 hrs
                 regarding automatic stay


           TOTAL FEES FOR THIS MATTER                           $26.40


BILLING SUMMARY

   Joshua J. Phillips          .10 hrs    264.00 /hr      26.40


TOTAL FEES                 0.10 hrs                 $26.40

**TOTAL CHARGES FOR THIS INVOICE**                 $26.40

           ***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301059

INVOICE #  871643

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301059
     TC # 717729

PROFESSIONAL SERVICES

| 05/13/13 | JHP | Analyze response of plaintiffs to co-defendants' objection to motion for summary judgment | L240 | .30 hrs |
| 05/14/13 | JHP | Review letter from counsel for Plaintiff regarding summary judgment hearing date | L240 | .10 hrs |
| 05/22/13 | JHP | Provide monthly status update to client regarding status of case | L120 | .10 hrs |
| 06/04/13 | JHP | Provide monthly status report to client notifying that case remains stayed as to GMAC due to bankruptcy | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $174.00

BILLING SUMMARY

Jon H. Patterson          .60 hrs   290.00 /hr     174.00

TOTAL FEES                0.60 hrs                 $174.00

**TOTAL CHARGES FOR THIS INVOICE**             $174.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301059

INVOICE #  880356

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301059
     TC # 717729

PROFESSIONAL SERVICES

| 07/09/13 | JHP | Provided monthly status update to client regarding fact that case remains stayed | L120 | .10 hrs |
| 07/19/13 | JHP | Reviewed correspondence from co-defendants | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $58.00

BILLING SUMMARY

Jon H. Patterson          .20 hrs    290.00 /hr        58.00

TOTAL FEES                0.20 hrs              $58.00

TOTAL CHARGES FOR THIS INVOICE              $58.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301060

INVOICE #  871644

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301060
     TC # 721904

PROFESSIONAL SERVICES

| 06/07/13 | MPE | Draft Notice of Lack of prosecution language stating that all counterclaims remain stayed and with the estate. | L210 | .20 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                    $33.40

BILLING SUMMARY

| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |
|---|---|---|---|

TOTAL FEES                    0.20 hrs                    $33.40

**TOTAL CHARGES FOR THIS INVOICE**                          $33.40

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301060

INVOICE #   880357

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301060
     TC # 721904

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 07/02/13 | MPE | Research docket to determine case status and confirm case remains stayed as to GMAC. | L110 | .10 hrs |
| 08/02/13 | MPE | Draft status update for client review | L110 | .20 hrs |
| 08/08/13 | MCG | Review case status and prepare strategy going forward | L650 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                 $84.90

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Michael C. Griffin | .10 hrs | 348.00 /hr | 34.80 |
| Melisa P. Palmer | .30 hrs | 167.00 /hr | 50.10 |

TOTAL FEES                   0.40 hrs              $84.90

TOTAL CHARGES FOR THIS INVOICE              $84.90

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 22, 2013
1100 Virginia Drive                                       0G2013-301073
Fort Washington, PA 19034

                                                         INVOICE #  871645

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301073
     TC # 718205

PROFESSIONAL SERVICES

05/01/13  NSR  Draft status report for client          L120    .10 hrs


          TOTAL FEES FOR THIS MATTER                           $28.20


BILLING SUMMARY

   Nader Raja                  .10 hrs   282.00 /hr        28.20


TOTAL FEES                   0.10 hrs                 $28.20

**TOTAL CHARGES FOR THIS INVOICE**                   $28.20

          ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301073

INVOICE #   880358

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:   0G2013-301073
      TC # 718205

PROFESSIONAL SERVICES

| Date | | | | |
|---|---|---|---|---|
| 08/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 08/08/13 | MCG | Review case status and prepare strategy going forward | L650 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                      $63.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .10 hrs | 348.00 /hr | 34.80 |
| Nader Raja | .10 hrs | 282.00 /hr | 28.20 |

TOTAL FEES              0.20 hrs              $63.00

**TOTAL CHARGES FOR THIS INVOICE**              $63.00

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301075

INVOICE # 871646

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301075
     TC # 707288

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 05/01/13 | JAM | Review online docket for recent case activity | L190 | .30 hrs |
| 05/02/13 | RV | Phone conference with Nationwide Insurance claims department, first with Chelsea, then with claims processor Sherri Grennell regarding re-issuance of the benefit check and re-assignment to claims specialist Lori Mehall | L120 | .50 hrs |
| 05/02/13 | RV | Phone conference with L.Mehall, claims specialist, of Nationwide Insurance regarding getting claim adjuster re-assigned and escalating issue to a manager so that benefit check can be re-issued | L120 | .30 hrs |
| 05/02/13 | RV | Email exchange with B.Dickinson of Nationwide Insurance regarding getting approval to re-issue the check | L120 | .20 hrs |
| 05/03/13 | RV | Draft status report for April 2013 for the client | L120 | .10 hrs |
| 05/03/13 | RV | Analyze file for current status | L120 | .10 hrs |
| 05/08/13 | RV | Draft follow up email to B.Dickinson of Nationwide Insurance as to re-issuance of the benefit check | L120 | .10 hrs |

## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 22, 2013

0G2013-301075

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 05/20/13 | RV | Review correspondence from B.Dickinson of nationwide as to their concerns in re-issuing the check | L120 | .10 hrs |
| 05/20/13 | RV | Phone conference with S.Helms regarding estate for her mother and concerns in re-issuing the check | L120 | .20 hrs |
| 05/22/13 | RV | Phone conference with S.Helms regarding paperwork granting authority to conduct affairs of her mother | L120 | .30 hrs |
| 05/22/13 | RV | Draft memorandum to L.Delehey regarding proposed settlement strategy | L120 | .20 hrs |
| 05/22/13 | RV | Phone call to B.Dickinson of Nationwide insurance in response to her call regarding powers of attorney or executorship documents for S.Wendt's daughters | L120 | .10 hrs |
| 05/29/13 | RV | Draft memorandum to S.Helms regarding obtaining paperwork authorizing her to work on her mother's affairs | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $551.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .30 hrs | 150.00 /hr | 45.00 |
| Richard Vann | 2.30 hrs | 220.00 /hr | 506.00 |

TOTAL FEES          2.60 hrs                    $551.00

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap.

PAGE    3
AUGUST 22, 2013

0G2013-301075

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $551.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301077

INVOICE #  871648

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301077
     TC # 734856

PROFESSIONAL SERVICES

05/03/13   GEG   Work on final file closing issues        L120      .50 hrs


             TOTAL FEES FOR THIS MATTER               $176.00


BILLING SUMMARY

    Glenn E. Glover          .50 hrs   352.00 /hr      176.00


TOTAL FEES                   0.50 hrs                $176.00

**TOTAL CHARGES FOR THIS INVOICE**                  **$176.00**

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 22, 2013
1100 Virginia Drive                                         0G2013-301078
Fort Washington, PA 19034

                                                            INVOICE #  871649

                                                            FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301078
     TC # 713910

PROFESSIONAL SERVICES

05/03/13  phn  Analyze email from opposing counsel        L120    .20 hrs
               requesting certificate of conference
               regarding opposing counsel's withdrawal

05/06/13  phn  Draft email response to opposing counsel   L120    .20 hrs
               request to withdraw from the case

06/05/13  phn  Analysis of opposing counsel's motion to   B110    .20 hrs
               withdraw and propose order

06/10/13  phn  Correspondence regarding bankruptcy stay   B110    .20 hrs
               and whether litigation needs to be
               renewed

06/21/13  phn  Analysis of opposing counsel's Notice of   L120    .10 hrs
               Vacation filed with the Court


               TOTAL FEES FOR THIS MATTER                    $209.70


BILLING SUMMARY

    Preston H. Neel          .90 hrs   233.00 /hr      209.70


TOTAL FEES                   0.90 hrs                $209.70

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 22, 2013

0G2013-301078

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $209.70

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301083

INVOICE #   871650

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301083
     TC # 703224

PROFESSIONAL SERVICES

05/08/13   LADA Review case docket for current status of     L190      .20 hrs
           action

06/14/13   LADA Analysis current case docket                 L190      .30 hrs


           TOTAL FEES FOR THIS MATTER                                  $79.00


BILLING SUMMARY

   Lucinda Kish              .50 hrs    158.00 /hr         79.00


TOTAL FEES                  0.50 hrs                       $79.00

TOTAL CHARGES FOR THIS INVOICE                            $79.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301083

INVOICE #  880359

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301083
     TC # 703224

PROFESSIONAL SERVICES

| 07/31/13 | LADA | Review and analysis of current case docket | L190 | .10 hrs |
| 08/08/13 | MCG | Review case status and prepare strategy going forward | L650 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $50.60

BILLING SUMMARY

| Michael C. Griffin | .10 hrs | 348.00 /hr | 34.80 |
| Lucinda Kish | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES                0.20 hrs                $50.60

TOTAL CHARGES FOR THIS INVOICE                $50.60

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301084

INVOICE #  871651

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301084
     TC # 715852

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 05/01/13 | NSR | Draft status report for client as follows: This matter is completely stayed as to GMAC. We will continue to monitor this action through discharge of the claims | L120 | .10 hrs |
| 06/28/13 | KK | Review docket to determine status of case | L110 | .10 hrs |
| | | TOTAL FEES FOR THIS MATTER | | $44.00 |

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Nader Raja | | .10 hrs | 282.00 /hr | 28.20 |
| Kerry Keane | | .10 hrs | 158.00 /hr | 15.80 |

| | | |
|---|---|---|
| TOTAL FEES | 0.20 hrs | $44.00 |

**TOTAL CHARGES FOR THIS INVOICE** | | $44.00

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301084

INVOICE #  880360

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301084
     TC # 715852

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 07/25/13 | KK | Review and analyze case status for ResCap POC list project | L110 | .20 hrs |
| 08/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 08/08/13 | MCG | Review case status and prepare strategy going forward | L650 | .10 hrs |

TOTAL FEES FOR THIS MATTER          $94.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .10 hrs | 348.00 /hr | 34.80 |
| Nader Raja | .10 hrs | 282.00 /hr | 28.20 |
| Kerry Keane | .20 hrs | 158.00 /hr | 31.60 |

TOTAL FEES          0.40 hrs          $94.60

TOTAL CHARGES FOR THIS INVOICE          $94.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301085

INVOICE #  871652

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301085
     TC # 716026

PROFESSIONAL SERVICES

06/03/13   ABB   Analyze and organize pleadings contained   L110   .70 hrs
                 in Court file

06/07/13   ABB   Finalize deposition notices and serve     L110   .50 hrs
                 same upon counsel via certified mail and
                 via facsimile, as well as calendar
                 events regarding same


                 TOTAL FEES FOR THIS MATTER              $189.60


EXPENSES


   07      Filing Fees                                        120.00

                 TOTAL COSTS FOR THIS MATTER           $120.00


BILLING SUMMARY

   Allison Burke        1.20 hrs   158.00 /hr     189.60


TOTAL FEES             1.20 hrs        $189.60

TOTAL EXPENSES                        $120.00

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 22, 2013

0G2013-301085

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $309.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                OCTOBER 11, 2013
1100 Virginia Drive                                   0G2013-301085
Fort Washington, PA 19034

INVOICE #  880361

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301085
     TC # 716026

PROFESSIONAL SERVICES

| 08/07/13 | ABB | Retrieval of docket report in Bexar County and obtain information regarding status of case, as well as telephone conference with opposing counsel regarding deposition dates | L110 | .40 hrs |
|---|---|---|---|---|
| 08/12/13 | ABB | Finalize Notices of Deposition for D.Maxwell and W.Daffin and prepare same for service via fax and certified service | L110 | .50 hrs |
| 08/12/13 | ABB | Calendar deposition details and coordinate with Esquire Solutions | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $173.80

BILLING SUMMARY

Allison Burke              1.10 hrs   158.00 /hr        173.80

TOTAL FEES                 1.10 hrs                     $173.80

TOTAL CHARGES FOR THIS INVOICE                          $173.80

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301117

INVOICE #  871653

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301117
     TC # 725395

UNDERLINE PROFESSIONAL SERVICES

| Date | | Description | | |
|------|------|------|------|------|
| 05/01/13 | NSR | Draft status report for client as follows: Each of borrowers' remaining counterclaims are stayed. We will continue to monitor this action through discharge of the claims | L120 | .10 hrs |
| 06/28/13 | KK | Review docket to determine status of case | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $44.00

BILLING SUMMARY

| | | | |
|------|------|------|------|
| Nader Raja | .10 hrs | 282.00 /hr | 28.20 |
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES              0.20 hrs                     $44.00

**TOTAL CHARGES FOR THIS INVOICE**                  $44.00

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301117

INVOICE #  880362

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301117
     TC # 725395

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 07/25/13 | KK | Review and analyze case status of ResCap POC project | L110 | .20 hrs |
| 07/31/13 | KK | Research and review docket to determine status of case | L110 | .10 hrs |
| 08/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 08/08/13 | MCG | Review case status and prepare strategy going forward | L650 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $110.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .10 hrs | 348.00 /hr | 34.80 |
| Nader Raja | .10 hrs | 282.00 /hr | 28.20 |
| Kerry Keane | .30 hrs | 158.00 /hr | 47.40 |

TOTAL FEES                    0.50 hrs          $110.40

TOTAL CHARGES FOR THIS INVOICE                 $110.40

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301120

INVOICE #  880363

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301120
     TC # 734210

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 07/19/13 | RICHARD VANN - AIRLINE TICKETS - ATTEND HEARING IN MIAMI, FL 2-13-13 | 785.60 |
| 07/19/13 | RICHARD VANN - TRAVEL EXPENSES - ATTEND HEARING IN MIAMI, FL 2-13-13 HOTEL | 319.27 |
| 07/19/13 | RICHARD VANN - TRAVEL EXPENSES - ATTEND HEARING IN MIAMI, FL 2-13-13 RENTAL CAR | 276.70 |

TOTAL COSTS FOR THIS MATTER            $1,381.57

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $1,381.57 |
| TOTAL CHARGES FOR THIS INVOICE | | $1,381.57 |

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301121

INVOICE #  871655

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301121
     TC # 693553

PROFESSIONAL SERVICES

05/06/13  AHC  Draft status report for client          L190      .10 hrs


           TOTAL FEES FOR THIS MATTER                  $15.80


BILLING SUMMARY

   Alecia H. Cockrell        .10 hrs   158.00 /hr       15.80


TOTAL FEES                  0.10 hrs              $15.80

TOTAL CHARGES FOR THIS INVOICE                    $15.80

          ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301121

INVOICE #   880364

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301121
     TC # 693553

PROFESSIONAL SERVICES

| 08/09/13 | AHC | Draft monthly status report for client | L190 | .20 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                            $31.60

BILLING SUMMARY

| Alecia H. Cockrell | .20 hrs | 158.00 /hr | 31.60 |
|---|---|---|---|

TOTAL FEES                 0.20 hrs              $31.60

**TOTAL CHARGES FOR THIS INVOICE**              $31.60

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301128

INVOICE #  871656

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301128
     TC # 709652

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Time |
|---|---|---|---|---|
| 05/02/13 | MPE | Research docket to determine case status and confirm bankruptcy stay. | L110 | .20 hrs |
| 05/28/13 | CWH | Analyze Bank of America's motion to compel and confirm no action is sought from Estate | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER                 $69.50

EXPENSES

| 01 | Copy Charges | 0.00 |
|---|---|---|
| 12 | Court Costs - Pleadings | 134.22 |

TOTAL COSTS FOR THIS MATTER        $134.22

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .10 hrs | 361.00 /hr | 36.10 |
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |

TOTAL FEES            0.30 hrs          $69.50

TOTAL EXPENSES                        $134.22

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
AUGUST 22, 2013

0G2013-301128

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $203.72

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301128

INVOICE #  880365

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301128
     TC # 709652

PROFESSIONAL SERVICES

| Date | | Description | Code | Hours |
|------|---|-------------|------|-------|
| 07/05/13 | MPE | Research docket to determine case status and confirm case is still stayed as to GMAC | L110 | .10 hrs |
| 07/10/13 | APUC | Draft status report for client | L120 | .10 hrs |
| 08/08/13 | MPE | Research docket to confirm case remains stayed as to GMACM. | L110 | .10 hrs |
| 08/08/13 | APUC | Draft status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                $84.40

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Amy Puckett | .20 hrs | 255.00 /hr | 51.00 |
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |

TOTAL FEES                  0.40 hrs                    $84.40

TOTAL CHARGES FOR THIS INVOICE                          $84.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 22, 2013
1100 Virginia Drive                                      0G2013-301129
Fort Washington, PA 19034

                                                         INVOICE #  871657

                                                         FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301129
     TC # 721861

PROFESSIONAL SERVICES

06/03/13  BG   Draft status report regarding stayed      L190    .10 hrs
               claims


          TOTAL FEES FOR THIS MATTER              $20.70

06/11/13 Copy Charges                                        0.00

BILLING SUMMARY

   Blake Goodsell           .10 hrs    207.00 /hr       20.70


TOTAL FEES                 0.10 hrs              $20.70

**TOTAL CHARGES FOR THIS INVOICE**              $20.70

                                                ═══════════

           ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301136

INVOICE #  871658

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301136
     TC # 726711

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/01/13 | BG | Draft status report regarding attempted repurchase agreement | L190 | .20 hrs |
| 06/03/13 | BG | Draft status report regarding repurchase and stayed claims | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $62.10

BILLING SUMMARY

Blake Goodsell          .30 hrs    207.00 /hr      62.10

TOTAL FEES                  0.30 hrs               $62.10

**TOTAL CHARGES FOR THIS INVOICE**              $62.10

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301136

INVOICE #  880366

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301136
     TC # 726711

PROFESSIONAL SERVICES

| 07/05/13 | BG | Draft status report regarding repurchase of the property | L190 | .10 hrs |
|---|---|---|---|---|
| 07/08/13 | BG | Draft status update regarding stayed claims and Green Treeºs involvement | L190 | .10 hrs |
| 08/01/13 | BG | Draft status report regarding stayed claims | L190 | .10 hrs |
| 08/02/13 | BG | Draft status report regarding bankruptcy stay | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $82.80

BILLING SUMMARY

| Blake Goodsell | .40 hrs | 207.00 /hr | 82.80 |
|---|---|---|---|

| TOTAL FEES | 0.40 hrs | $82.80 |
|---|---|---|

TOTAL CHARGES FOR THIS INVOICE                 $82.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 22, 2013
1100 Virginia Drive                                       0G2013-301157
Fort Washington, PA 19034

                                                          INVOICE #   871659

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301157
     TC # 723329

PROFESSIONAL SERVICES

05/10/13   LADA  Review of case docket for current status    L190      .30 hrs
                 of action

05/16/13   LADA  Telephone conference with E.Hinson,         L190      .30 hrs
                 court clerk, regarding status of case as
                 to bankruptcy filings of GMAC

05/16/13   LADA  Draft correspondence to Court regarding     L190      .40 hrs
                 GMAC bankruptcy filing and stay of
                 action to alleviate necessity for case
                 management conference

05/16/13   LADA  Correspondence to E.Hinson with prior       L190      .40 hrs
                 letter regarding bankruptcy stay and
                 copy of notice of bankruptcy to remove
                 case from case conference roster

05/27/13   MSW   Draft status report for client as           L120      .10 hrs
                 follows: Court sent notice of scheduling
                 conference; reminded court of bankruptcy
                 stay.

06/14/13   LADA  Analysis of current case docket             L190      .20 hrs

           TOTAL FEES FOR THIS MATTER                              $283.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 22, 2013

ResCap

0G2013-301157

· FED ID NO. 63-0243316

---

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mark S. Wierman | .10 hrs | 304.00 /hr | 30.40 |
| Lucinda Kish | 1.60 hrs | 158.00 /hr | 252.80 |

TOTAL FEES            1.70 hrs                    $283.20

**TOTAL CHARGES FOR THIS INVOICE**                    $283.20

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301157

INVOICE #    880367

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301157
     TC # 723329

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 07/30/13 | LADA | Review and analysis of current case docket | L190 | .10 hrs |
| 08/08/13 | MCG | Review case status and prepare strategy going forward | L650 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $50.60

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .10 hrs | 348.00 /hr | 34.80 |
| Lucinda Kish | .10 hrs | 158.00 /hr | 15.80 |

| | | |
|---|---|---|
| TOTAL FEES | 0.20 hrs | $50.60 |

TOTAL CHARGES FOR THIS INVOICE                     $50.60

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301158

INVOICE #  871660

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301158
     TC # 720315

## PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 06/03/13 | CWH | Confirm status of case (claims are stayed) in light of court's setting case management conference for June 12th | L110 | .10 hrs |
| 06/03/13 | MPE | Telephone call with clerk of court and judicial assistant to determine why a case management conference has been scheduled in a stayed case. | L110 | .30 hrs |
| 06/05/13 | MPE | Telephone call with judicial assistant regarding upcoming case management conference and implications of the bankruptcy stay to determine judge's requirements for the Estate. | L110 | .30 hrs |
| 06/05/13 | MPE | Draft notice of status of bankruptcy to comply with judge's requirements. | L210 | .40 hrs |
| 06/05/13 | CWH | Revise draft status update regarding the bankruptcy and upcoming case management conference | L210 | .20 hrs |
| 06/05/13 | CWH | Email L.Delehey regarding upcoming case management conference and options regarding same | L210 | .20 hrs |
| 06/10/13 | CWH | Exchange e-mails with L.Delehey on whether we should attend case management conference this week and what message to relay to the judge | L210 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 22, 2013

0G2013-301158

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/10/13 | CWH | Analyze Lee's proof of claim for $19,000+ and respond to L.Delehey with details about what actions took place before the bankruptcy stay | L210 | .20 hrs |
| 06/11/13 | CWH | Confirm to L.Delehey that BABC will cover the case management conference on 6/12/13 | L120 | .10 hrs |
| 06/11/13 | KK | Telephone call with judicial assistant in Okaloosa County, County to confirm location of case management conference on June 11, 2013 | L110 | .20 hrs |
| 06/11/13 | BAW | Review docket and order from Judge Brace setting case management conference in Okaloosa County | L230 | .40 hrs |
| 06/11/13 | BAW | Prepare for case management conference and argument of automatic stay to Judge Brace | L230 | .60 hrs |
| 06/12/13 | BAW | Research re Judge Brace and Bill Wyrough in preparation for case management conference | L230 | 1.60 hrs |
| 06/12/13 | BAW | Review all pleadings and court filings in preparation to respond to borrower's claims that automatic stay does not apply | L230 | 1.40 hrs |
| 06/12/13 | BAW | Outline elements of counterclaim for Judge Brace | L230 | .70 hrs |
| 06/12/13 | BAW | Attend case management conference and argue against borrower's attempt to circumvent automatic stay and notify court its actions would be void | L230 | 1.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
AUGUST 22, 2013

0G2013-301158

FED ID NO. 63-0243316

| 06/12/13 | CWH | Send update to L.Delehey about the case management conference and borrower's interest in settlement | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                              $2,599.70

EXPENSES

| 21 | Travel Expense | 284.84 |
| 23 | Meal Expense | 31.11 |

TOTAL COSTS FOR THIS MATTER          $315.95

BILLING SUMMARY

| Brian Wahl | 6.00 hrs | 334.00 /hr | 2,004.00 |
| Christian W. Hancock | 1.10 hrs | 361.00 /hr | 397.10 |
| Melisa P. Palmer | 1.00 hrs | 167.00 /hr | 167.00 |
| Kerry Keane | .20 hrs | 158.00 /hr | 31.60 |

TOTAL FEES                    8.30 hrs                $2,599.70

TOTAL EXPENSES                                        $315.95

**TOTAL CHARGES FOR THIS INVOICE**                   $2,915.65

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301158

INVOICE #  880368

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301158
TC # 720315

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 07/31/13 | CWH | Review and analyze borrower's counsel's letter inquiring about fees/charges added to the account and review client documents for information on same | L120 | .40 hrs |
| 07/31/13 | CWH | Call borrower's counsel's office for further information about the fees | L120 | .10 hrs |
| 08/01/13 | MPE | Research docket to determine case status. | L110 | .10 hrs |
| 08/26/13 | CWH | Research borrower's inquiries about amounts included in loan modification | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $269.40

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Christian W. Hancock | .70 hrs | 361.00 /hr | 252.70 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |

TOTAL FEES                    0.80 hrs                    $269.40

**TOTAL CHARGES FOR THIS INVOICE**                    $269.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301161

INVOICE #   871661

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301161
     TC # 727373

PROFESSIONAL SERVICES

05/05/13  AHC   Draft status report for client as          L190      .10 hrs
                follows: All claims are stayed and we
                continue to monitor the case

                TOTAL FEES FOR THIS MATTER                            $15.80

BILLING SUMMARY

    Alecia H. Cockrell          .10 hrs   158.00 /hr        15.80

TOTAL FEES                       0.10 hrs                   $15.80

**TOTAL CHARGES FOR THIS INVOICE**                         **$15.80**

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 22, 2013
1100 Virginia Drive                                      0G2013-301165
Fort Washington, PA 19034

                                                         · INVOICE #  871662

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

    Re:  0G2013-301165
         TC # 731334

    <u>PROFESSIONAL SERVICES</u>

    06/14/13   FSP   Telephone conversation with opposing      L120      .30 hrs
                     counsel P.Ensign regarding settlement
                     negotiations and status of Chinese
                     Drywall class action and plaintiff's
                     potential proceeds from class action
                     settlement

    06/17/13   FSP   E-mail correspondence with client         L120      .10 hrs
                     regarding case status and strategy for
                     resolving/settling lawsuit

    06/18/13   FSP   E-mail correspondence with client         L120      .10 hrs
                     regarding case information

    06/19/13   FSP   E-mail correspondence with GMAC RESCAP    L120      .10 hrs
                     regarding transfer of loan to GreenTree
                     and determining client contact at
                     GreenTree


               TOTAL FEES FOR THIS MATTER                           $132.00


    <u>BILLING SUMMARY</u>

        Frankie Spero            .60 hrs   220.00 /hr       132.00


    TOTAL FEES                  0.60 hrs                   $132.00

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 22, 2013

0G2013-301165

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**            $132.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301165

INVOICE #  880369

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301165
     TC # 731334

PROFESSIONAL SERVICES

| 07/16/13 | FSP | E-mail correspondence with opposing counsel regarding potential resolution of lawsuit | L120 | .10 hrs |
| 07/17/13 | FSP | Drafting and revising e-mail to M.Gravink providing case history and present status and discussing strategy moving forward for defending lawsuit and potentially settling lawsuit | L120 | .70 hrs |
| 07/19/13 | FSP | Telephone conversation with GreenTree's counsel regarding status of lawsuit and discussing whether GreenTree's counsel will be taking over this matter | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $242.00

BILLING SUMMARY

| Frankie Spero | 1.10 hrs | 220.00 /hr | 242.00 |

TOTAL FEES                    1.10 hrs                    $242.00

TOTAL CHARGES FOR THIS INVOICE                    $242.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 22, 2013
1100 Virginia Drive                                 0G2013-301177
Fort Washington, PA 19034

INVOICE #   871663

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301177
     TC # 730136

<u>PROFESSIONAL SERVICES</u>

| Date | | Description | | |
|------|------|-------------|------|------|
| 05/02/13 | HTC | Telephone conference with N.Rosenbaum regarding motion for clarification of judgment and attorneys' fees issues | L250 | .30 hrs |
| 05/03/13 | JAM | Assemble exhibit to and final review of Plaintiff's Motion to Correct Clerical Mistake or Vacate or Amend the Final Judgment prior to submission to Court, and draft email service of same to counsel of record | L210 | .40 hrs |
| 05/05/13 | JAM | Review online docket for recent case activity and review for recently docketed pleadings | L190 | .30 hrs |
| 05/09/13 | JAM | Multiple telephone calls with S.Kuhn's office regarding rescheduling hearing on attorneys' fees | L230 | .30 hrs |
| 05/16/13 | JAM | Multiple telephone calls to Court regarding rescheduling of Case Management Conference | L230 | .50 hrs |
| 05/16/13 | JAM | Telephone call to S.Kuhn's office regarding rescheduling Case Management Conference | L230 | .10 hrs |
| 05/16/13 | JAM | Draft Motion to Continue Case Management Conference and proposed order regarding same | L210 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 22, 2013

0G2013-301177

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 05/16/13 | HTC | Revise motion for continuance of status conference | L250 | .10 hrs |
| 05/20/13 | JAM | Multiple telephone calls with Judge Starnes' Judicial Assistant and and Foreclosure Clerk regarding rescheduling Case Management Conference, and draft correspondence to Judge Starnes forwarding courtesy copy of Motion to Continue and proposed order | L230 | .60 hrs |
| 05/21/13 | JAM | Follow up regarding proposed order forwarded to Judge Starnes | L210 | .10 hrs |
| 05/22/13 | JAM | Telephone call with Defendant's counsel regarding scheduling of hearings, and confer with Financial Services Calendar Clerk regarding same | L230 | .20 hrs |
| 05/23/13 | JAM | Emails with D.LoVecchio regarding rescheduling hearing on Motion for Attorney's Fees | L230 | .20 hrs |
| 05/28/13 | JAM | Pursuant to Court procedure, draft email correspondence to Judge Starnes' Judicial Assistant requesting telephonic participation at Case Management Conference | L230 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $628.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .40 hrs | 334.00 /hr | 133.60 |
| Jamie Mathews | 3.30 hrs | 150.00 /hr | 495.00 |

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
AUGUST 22, 2013

0G2013-301177

FED ID NO. 63-0243316

TOTAL FEES                  3.70 hrs                $628.60

TOTAL CHARGES FOR THIS INVOICE              $628.60

***** TOTAL DUE UPON RECEIPT *****



B R A D L E Y   A R A N T
B O U L T   C U M M I N G S
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 11, 2013
1100 Virginia Drive                                            0G2013-301177
Fort Washington, PA 19034

                                                               INVOICE #   880370

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

    Re:  0G2013-301177
         TC # 730136

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 08/07/13 | JAM | Review Judge Laboda's motion calendar to confirm motions are set on 8/26 and 9/9 docket; review Judge Laboda's procedures for scheduling hearings on motion docket and for special set hearings; and telephone call to Judge Laboda's Judicial Assistant regarding same | L230 | .50 hrs |
| 08/08/13 | JAM | Telephone call with Judge Laboda's Judicial Assistant regarding possibility and procedure for having hearing dates moved past November, 2013. | L230 | .20 hrs |
| 08/08/13 | JAM | Draft Motion to Appear Telephonically and draft proposed order regarding same. | L230 | .30 hrs |
| 08/08/13 | JAM | Draft correspondence to Judge Laboda forwarding proposed order granting telephonic appearance at hearing. | L230 | .20 hrs |
| 08/12/13 | ERP | Communication with clerk's office regarding court reporter information for 2/13 hearing | L120 | 1.10 hrs |
| 08/12/13 | ERP | Research to try to locate court reporter at non-jury trial on 2/13 | L120 | .90 hrs |
| 08/13/13 | JAM | Telephone call to S.Kuhn's office and Merrit Court Reporting to order copy of transcript of hearing | L230 | .20 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 11, 2013

0G2013-301177

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 08/13/13 | HTC | Analyze issues relating to motion to vacate judgment and exchange emails with court reporter for hearing transcript | L250 | .20 hrs |
| 08/16/13 | NJV | Emails to and from pertaining to motion to set aside the final order and other litigation issues | L120 | .30 hrs |
| 08/16/13 | MCG | Review and analyze order, hearing transcript and motion to set aside or reform order in order to prepare arguments in support of motion to set aside or revise order | L120 | 1.10 hrs |
| 08/17/13 | HTC | Review trial transcript to identify references to GMACM versus GreenTree conduct for purposes of motion to vacate | L250 | .20 hrs |
| 08/19/13 | NJV | Telephone conference pertaining to GMACM's motion to vacate final order hearing and strategy for memorandum in support of said motion, to include any and all related trial transcript citations | L120 | .40 hrs |
| 08/19/13 | HTC | Review trial transcript and prior case history to determine if evidentiary supplement needs to be filed on motion to vacate | L120 | .20 hrs |
| 08/20/13 | MCG | Strategy regarding crafting argument that foreclosure sale order prohibits liability to subsequent purchaser for servicing issues prior to bankruptcy | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 11, 2013

0G2013-301177

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/20/13 | NJV | Draft detailed supplemental memorandum in support of GMACM's motion to vacate the final order naming Green Tree as the adverse party, including, but not limited to, any and all related trial transcript citations and bankruptcy order precluding successor liability | L250 | 4.80 hrs |
| 08/21/13 | HTC | Review and revise supplemental evidentiary submission on motion to vacate | L250 | .30 hrs |
| 08/22/13 | JAM | Review Plaintiff's Evidentiary Submission and Supplemental Memorandum in Support of its Motion to Correct Clerical Mistake or Vacate or Amend the Final Judgment, and assemble exhibits thereto | L210 | 1.20 hrs |
| 08/22/13 | HTC | Review and revise supplemental evidentiary submission on motion to vacate and exchange emails with MoFo regarding review of same | L240 | 1.40 hrs |
| 08/25/13 | HTC | Review and analyze case law supporting motion to vacate on grounds that judgment as to a nonparty is void and prepare for hearing on same | L250 | 3.80 hrs |
| 08/26/13 | HTC | Attendance at hearing on motion to vacate and office conference with opposing counsel | L230 | 3.00 hrs |
| 08/28/13 | HTC | Draft case update for client review | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $5,982.80



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
OCTOBER 11, 2013

0G2013-301177

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 9.20 hrs | 334.00 /hr | 3,072.80 |
| Jamie Mathews | 2.60 hrs | 150.00 /hr | 390.00 |
| Emily R. Powell | 2.00 hrs | 163.00 /hr | 326.00 |
| Nicholas J. Voelker | 5.50 hrs | 304.00 /hr | 1,672.00 |
| Michael C. Griffin | 1.50 hrs | 348.00 /hr | 522.00 |

TOTAL FEES          20.80 hrs                    $5,982.80

TOTAL CHARGES FOR THIS INVOICE          $5,982.80

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301179

INVOICE #  871664

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301179
     TC # 727290

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/01/13 | CSM | Draft status report to client Notice of bankruptcy filed.  Case stayed as to GMAC. Nationstar's motion to dismiss, referred to judge on 2/20/13, remains pending] | B110 | .10 hrs |
| 05/16/13 | CWH | Draft email to K.Priore explaining that, although suit named "GMAC Bank", we responded in the suit on behalf of "GMAC Mortgage, LLC, wrongfully named as GMAC Bank" and filed a notice of bankruptcy for GMACM | L210 | .20 hrs |
| 06/18/13 | LADA | Analysis of current case docket | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $117.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Cory S. Menees | .10 hrs | 295.00 /hr | 29.50 |
| Lucinda Kish | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES              0.40 hrs                    $117.50

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 22, 2013

0G2013-301179

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $117.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301179

INVOICE #  880371

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301179
     TC # 727290

PROFESSIONAL SERVICES

| 07/25/13 | LADA Review and analysis of current case docket | L190 | .20 hrs |
|----------|------------------------------------------------|------|---------|

TOTAL FEES FOR THIS MATTER                                    $31.60

BILLING SUMMARY

| Lucinda Kish | .20 hrs | 158.00 /hr | 31.60 |
|--------------|---------|------------|-------|

TOTAL FEES              0.20 hrs              $31.60

TOTAL CHARGES FOR THIS INVOICE              $31.60

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301184

INVOICE #  880372

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301184
     TC # 725820

PROFESSIONAL SERVICES

| 08/19/13 | BG | Correspondence with K.Priore regarding proof of claim and assessment of borrowers' allegations | L120 | .10 hrs |
| 08/20/13 | CWH | Review and analyze borrower's proof of claim | L120 | .20 hrs |
| 08/20/13 | CWH | Exchange e-mails with K.Priore regarding same and which employees were employed by ETS and when | L110 | .20 hrs |
| 08/20/13 | CWH | Exchange e-mails with K.Priore regarding proof of claim, which employees were employed by ETS and, general strategy ideas | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $309.50

BILLING SUMMARY

| Christian W. Hancock | .80 hrs | 361.00 /hr | 288.80 |
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |

TOTAL FEES            0.90 hrs              $309.50



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 11, 2013

0G2013-301184

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $309.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301194

INVOICE #  871665

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301194
     TC # 732820

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 06/26/13 | NSR | Analyze A.Wane's notice of appeal regarding order granting plaintiff's motion for rent payments | L120 | .20 hrs |
| 06/27/13 | NSR | Draft e-mail to M.Verma regarding notice of appeal filed by A.Wane | L120 | .20 hrs |
| 06/28/13 | KK | Review docket to determine status of appeal | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                              $128.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nader Raja | .40 hrs | 282.00 /hr | 112.80 |
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES                  0.50 hrs              $128.60

TOTAL CHARGES FOR THIS INVOICE                  $128.60

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301194

INVOICE #  880373

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301194
     TC # 732820

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 07/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 07/08/13 | NSR | Communicate with client regarding Wane's filing of initial brief on order sequestering rental payments | L520 | .20 hrs |
| 07/22/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 07/31/13 | KK | Research and review docket to determine status of case | L110 | .10 hrs |
| 08/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 08/08/13 | MCG | Review case status and prepare strategy going forward | L650 | .10 hrs |

TOTAL FEES FOR THIS MATTER                           $191.60


BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .10 hrs | 348.00 /hr | 34.80 |
| Nader Raja | .50 hrs | 282.00 /hr | 141.00 |
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES              0.70 hrs              $191.60



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 11, 2013

0G2013-301194

FED ID NO. 63-0243316

---

TOTAL CHARGES FOR THIS INVOICE                    $191.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

**ResCap**
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301199

INVOICE #   872299

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re: `0G2013-301199
    TC # 692484

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 05/01/13 | MCG | Review e-mails regarding potential trial dates | C300 | .20 hrs |
| 05/09/13 | LADA | Review of case docket for current status of action | L190 | .30 hrs |
| 05/27/13 | MSW | Draft status report for client as follows: Trying to coordinate trial dates for September. | L120 | .10 hrs |
| 06/14/13 | LADA | Analysis of current case docket | L190 | .30 hrs |
| 06/28/13 | MSW | Draft status report for client as follows: Still trying to coordinate trial dates for September with judge and opposing counsel | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $225.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .20 hrs | 348.00 /hr | 69.60 |
| Mark S. Wierman | .20 hrs | 304.00 /hr | 60.80 |
| Lucinda Kish | .60 hrs | 158.00 /hr | 94.80 |

TOTAL FEES          1.00 hrs          $225.20

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
AUGUST 22, 2013

0G2013-301199

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $225.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301199

INVOICE #  880374

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301199
     TC # 692484

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/16/13 | MSW | Exchange emails with L.Delahey regarding status of case and trial scheduling | L120 | .10 hrs |
| 07/31/13 | MSW | Draft status report for client | L120 | .10 hrs |
| 08/08/13 | MCG | Review case status and prepare strategy going forward | L650 | .10 hrs |
| 08/29/13 | MSW | Draft status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER $126.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Michael C. Griffin | .10 hrs | 348.00 /hr | 34.80 |
| Mark S. Wierman | .30 hrs | 304.00 /hr | 91.20 |

TOTAL FEES      0.40 hrs      $126.00

TOTAL CHARGES FOR THIS INVOICE      $126.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301200

INVOICE #  871667

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301200
     TC # 710020

PROFESSIONAL SERVICES

| 05/06/13 | JDV | Review Plaintiffs' Verified Motion for Reconsideration and Clarification of Clerk's Order of Dismissal and Notice of Hearing | L250 | .20 hrs |
| 05/07/13 | JDV | Email correspondence with K.Priore regarding plaintiff's Motion for Reconsideration and Clarification of Clerk's Order of Dismissal | L190 | .20 hrs |
| 05/07/13 | HTC | Evaluate next steps for motion to rehear stay as to Field Asset Services and not just GMACM | L250 | .10 hrs |
| 05/28/13 | CWH | Phone call and follow-up emails with counsel for Field Asset Services regarding the discovery they need. | L390 | .30 hrs |
| 05/28/13 | CWH | Draft email update to client regarding possible discovery issues in Covin matter | L390 | .10 hrs |
| 05/29/13 | CWH | Follow-up email to client regarding depositions former vendor is seeking | L390 | .10 hrs |
| 05/30/13 | CWH | Email vendor's counsel to confirm that his letter, received today, was sent before we discussed that the two individuals he wants to depose no longer work for GMAC | L390 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
AUGUST 22, 2013

0G2013-301200

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/13/13 | CWH | Phone call with M.Tomlin regarding his request that we document the steps necessary for him to take discovery of Estate (i.e., to paper his file) | L310 | .20 hrs |
| 06/17/13 | CWH | Draft formal response to co-defendant's request for discovery from GMACM, explaining bankruptcy impact and Judge Glenn's discovery order | L310 | .30 hrs |
| 06/19/13 | CWH | Finish letter to co-defendant's counsel regarding his request for discovery from GMACM | L310 | .10 hrs |
| 06/24/13 | CWH | Exchange e-mails with co-defendant's counsel regarding his request for discovery from GMACM and his deadlines in the case | L310 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $680.50

01        Copy Charges                                          0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .10 hrs | 334.00 /hr | 33.40 |
| Christian W. Hancock | 1.50 hrs | 361.00 /hr | 541.50 |
| Jose D. Vega | .40 hrs | 264.00 /hr | 105.60 |

TOTAL FEES                 2.00 hrs                 $680.50

TOTAL CHARGES FOR THIS INVOICE                 $680.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 11, 2013
1100 Virginia Drive                                             0G2013-301201
Fort Washington, PA 19034

                                                               INVOICE #  880375

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

   Re:  0G2013-301201
        TC # 696279

PROFESSIONAL SERVICES

07/05/13    MPE    Research docket to confirm case remains     L110      .10 hrs
                   stayed as to GMAC.

07/08/13    CWH    Review and revise form notice before        L210      .20 hrs
                   case management conference, per court
                   order

07/08/13    MW     Review and analyze procedural posture of    L650      .70 hrs
                   action in light of upcoming
                   court-ordered pretrial conference and in
                   preparation for filing required summary
                   of action

07/08/13    MW     Draft and revise case status summary        L650      .80 hrs
                   pursuant to court order relating to
                   pending case management conference

07/09/13    MW     Review and revise brief synopsis            L650      .20 hrs
                   required for submission pursuant to
                   court order setting pretrial conference

07/10/13    MPE    Revise and finalize Residential             L210      .50 hrs
                   Funding's Synopsis of Action pursuant to
                   the Judge's Order in preparation for the
                   Case Management Conference.

07/10/13    MPE    Revise and finalize the Joint               L210      .50 hrs
                   Stipulation of Dismissal for filing with
                   the Lake County Clerk of Court.



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 11, 2013

0G2013-301201

FED ID NO. 63-0243316

| 07/15/13 | MPE | Research docket to confirm case synopsis is on record | L110 | .10 hrs |
| 07/16/13 | MW | Attend case management conference pursuant to court order regarding plaintiffs' notice of trial against non-stayed parties | L240B | 1.00 hrs |
| 08/08/13 | MCG | Review case status and prepare strategy going forward | L650 | .10 hrs |

|  | |
|---|---|
| TOTAL FEES FOR THIS MATTER | $1,068.80 |
| LESS DISCOUNT | (896.17) |
| NET FEES | $172.63 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Michael C. Griffin | .10 hrs | 348.00 /hr | 34.80 |
| Monica Wilson | 2.70 hrs | 282.00 /hr | 761.40 |
| Melisa P. Palmer | 1.20 hrs | 167.00 /hr | 200.40 |

| | | |
|---|---|---|
| TOTAL FEES | 4.20 hrs | $172.63 |

| | |
|---|---|
| TOTAL CHARGES FOR THIS INVOICE | $172.63 |

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301435

INVOICE #  880376

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301435
     TC # 713948

PROFESSIONAL SERVICES

07/05/13   MPE   Research docket to confirm case remains     L110     .10 hrs
                 stayed as to GMAC.

                 TOTAL FEES FOR THIS MATTER                           $16.70

BILLING SUMMARY

   Melisa P. Palmer         .10 hrs   167.00 /hr       16.70

TOTAL FEES                 0.10 hrs                   $16.70

TOTAL CHARGES FOR THIS INVOICE                        $16.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301527

INVOICE # 871669

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301527
     TC # 716974

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 06/17/13 | CWH | Review and analyze history of case and Durmaz's request for $45,000+ in fees/costs, although case was dismissed back in 2011 and compare this situation to Navarro matter where Judge Glenn allowed attorneys' fees demand under similar circumstances | L120 | .80 hrs |
| 06/17/13 | CWH | Email K.Priore regarding history of Durmaz case and the current request for $45,000+ in fees/costs | L120 | .30 hrs |
| 06/17/13 | KK | Research and review docket to determine status of case | L110 | .10 hrs |
| 06/18/13 | CWH | Exchange e-mails with default counsel to confirm they are going to attend tomorrow's hearing on motion for attorney's fees | L120 | .20 hrs |
| 06/18/13 | CWH | Exchange several emails with L.Delehey and attorneys from Morrison Foerster about borrower's counsel's proof of claim in Durmaz and whether to file a belated notice of bankruptcy before tomorrow's hearing on attorney's fees | L120 | .20 hrs |
| 06/18/13 | CWH | Phone call with N.Rosenbaum from Morrison Foerster about the bankruptcy issues in Durmaz matter and tomorrow's hearing on fees | L120 | .20 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 22, 2013

0G2013-301527

FED ID NO. 63-0243316

| 06/18/13 | CWH | Phone call with N.Rosenbaum from Morrison Foerster about the bankruptcy issues in Durmaz matter and tomorrow's hearing on fees | L120 | .30 hrs |
| 06/18/13 | CWH | Draft advisory email to default counsel regarding the bankruptcy issues in Durmaz and directions for them for tomorrow's hearing on fees | L120 | .20 hrs |
| 06/18/13 | CWH | Strategy call with Marshall Watson's office about tomorrow's hearing on attorneys' fees, discussing history of case, bankruptcy impact, and strategy for the hearing | L120 | .50 hrs |
| 06/24/13 | CWH | Send update to L.Delehey and Morrison Foerster on last week's hearing on fees in Durmaz | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $1,026.60

BILLING SUMMARY

| Christian W. Hancock | 2.80 hrs | 361.00 /hr | 1,010.80 |
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES                    2.90 hrs          $1,026.60

**TOTAL CHARGES FOR THIS INVOICE**          $1,026.60

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301527

INVOICE #  880377

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301527
     TC # 716974

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 07/01/13 | MPE | Research docket to determine status of case and hearing results. | L110 | .20 hrs |
| 07/08/13 | CWH | Follow-up with default counsel on whether next hearing on fee issue has been set | L110 | .10 hrs |
| 08/01/13 | MPE | Research case docket to determine if hearing on attorneys' fee has been reset. | L110 | .10 hrs |
| 08/01/13 | MPE | Email correspondence with choice legal to determine date of hearing on attorneys' fees. | L110 | .10 hrs |
| 08/07/13 | CWH | Review notice of hearing on attorneys' fees and notify Morrison Foerster and Estate attorneys regarding same | L210 | .20 hrs |
| 08/08/13 | CWH | Exchange e-mails with Choice Legal about who is attending the next hearing on fees | L210 | .10 hrs |
| 08/16/13 | CWH | Exchange e-mails with Choice Legal about status of settlement talks with borrower's counsel | L120 | .20 hrs |
| 08/16/13 | CWH | Send update to client to explain status of settlement talks with borrower's counsel and how Estate wants to approach the fee issue | L120 | .30 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 11, 2013

0G2013-301527

FED ID NO. 63-0243316

| 08/20/13 | CWH | Discussion with M.Golden at Choice Legal about Durmaz fee issues | L110 | .30 hrs |
|---|---|---|---|---|
| 08/20/13 | CWH | Follow-up with Estate to determine proper contact for authority and strategy discussions | L110 | .10 hrs |
| 08/23/13 | CWH | Discussion with client about strategy for resolving the attorney fee dispute and billing issues for local counsel | L120 | .30 hrs |
| 08/25/13 | CWH | Draft email to Choice Legal to advise of settlement strategy | L160 | .20 hrs |
| 08/30/13 | CWH | Review proposed consent order for attorneys' fees and relay same to client for approval | L110 | .20 hrs |
| 08/31/13 | MPE | Research docket to determine any additional filings prior to the September 4, 2013 hearing on attorneys fees. | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $822.20

BILLING SUMMARY

| Christian W. Hancock | 2.00 hrs | 361.00 /hr | 722.00 |
|---|---|---|---|
| Melisa P. Palmer | .60 hrs | 167.00 /hr | 100.20 |

TOTAL FEES                    2.60 hrs                    $822.20



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 11, 2013

0G2013-301527

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $822.20

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301644

INVOICE #  872331

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301644
     TC # 720813

<u>PROFESSIONAL SERVICES</u>

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 05/09/13 | LADA | Review of case docket for current status of action | L190 | .30 hrs |
| 05/13/13 | CWH | Analyze status of file and efforts to settle same | L160 | .20 hrs |
| 05/14/13 | MSW | Exchange messages with K.Priore regarding history of case and synopsis of claims | L120 | .30 hrs |
| 05/14/13 | CWH | Analyze issues for loan servicer and need to resolve the claims with the borrower before property can become performing again | L120 | .20 hrs |
| 05/21/13 | MSW | Discussion with opposing counsel regarding resubmission of loan modification package and settlement options in regarding bankruptcy | L120 | .20 hrs |
| 05/21/13 | LADA | Correspondence to borrower's counsel with loan modification package to be completed and returned by June 11, 2013 | L190 | .40 hrs |
| 05/27/13 | MSW | Draft status report for client as follows: Sent loan mod package to borrower's counsel; he will soon surrender his license and wants to resolve matter. | L120 | .10 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
AUGUST 22, 2013

0G2013-301644

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 05/28/13 | LADA | Correspondence to borrower's counsel regarding financial package for completion by borrower and return to BABC | L190 | .30 hrs |
| 06/13/13 | LADA | Analysis of current case docket | L190 | .20 hrs |
| 06/20/13 | LADA | Review of correspondence from borrower's counsel regarding status of completion of loan modification packet | L190 | .20 hrs |
| 06/28/13 | MSW | Draft status report for client as follows: Matter was just transferred to the estate. We earlier sent loan mod package to borrower's counsel as he will soon surrender his license and wants to resolve matter, but has not yet returned the package. Borrower reportedly has a steady income again | L120 | .10 hrs |

```
                    TOTAL FEES FOR THIS MATTER             $578.40
                    LESS DISCOUNT                          (142.47)
                    NET FEES                               $435.93
```

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .40 hrs | 361.00 /hr | 144.40 |
| Mark S. Wierman | .70 hrs | 304.00 /hr | 212.80 |
| Lucinda Kish | 1.40 hrs | 158.00 /hr | 221.20 |

| | | |
|---|---|---|
| TOTAL FEES | 2.50 hrs | $435.93 |

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
AUGUST 22, 2013

0G2013-301644

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                     $435.93

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301644

INVOICE #  880378

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301644
     TC # 720813

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 07/09/13 | LADA | Review and analysis of current case docket | L190 | .10 hrs |
| 07/30/13 | LADA | Review and analysis of current case docket | L190 | .10 hrs |
| 08/23/13 | LADA | Receipt and review of borrower's completed loan modification packet | L190 | .30 hrs |
| 08/29/13 | MSW | Review correspondence and financial package from borrower and draft message to J.Ho | L120 | .30 hrs |
| 08/29/13 | MSW | Draft status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $200.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mark S. Wierman | .40 hrs | 304.00 /hr | 121.60 |
| Lucinda Kish | .50 hrs | 158.00 /hr | 79.00 |

TOTAL FEES                0.90 hrs              $200.60

**TOTAL CHARGES FOR THIS INVOICE**                $200.60

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301683

INVOICE #  871671

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301683
     TC # 723978

PROFESSIONAL SERVICES

05/31/13  JHP   Phone calls to/from Stewart Guaranty        L120      .30 hrs
                Title to discuss status of Corla Jackson
                litigation and to discuss call received
                by title company from Jackson regarding
                title claim she is making on property


                TOTAL FEES FOR THIS MATTER                       $87.00


BILLING SUMMARY

   Jon H. Patterson          .30 hrs    290.00 /hr        87.00


TOTAL FEES                   0.30 hrs               $87.00

**TOTAL CHARGES FOR THIS INVOICE**                   $87.00

                ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301683

INVOICE #  880379

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301683
     TC # 723978

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/09/13 | BG | Review of order filed by plaintiff | L120 | .10 hrs |
| 07/09/13 | BG | Review of second state case in which Borrower obtained an order regarding the pending ejectment | L120 | .10 hrs |
| 07/09/13 | JHP | Review borrower pleading regarding civil district court complaint in state court | L210 | .20 hrs |
| 07/09/13 | ABB | Review electronic filing notification regarding Order, retrieve same from docket, and update pleadings regarding same | L110 | .20 hrs |
| 07/10/13 | ABB | Access cases in USDC Southern AL as well as state court case filed in AL per receipt of signed Order and further discussions regarding same to determine activity and action needed | L110 | .40 hrs |
| 07/10/13 | ABB | Retrieve all relevant pleadings from both dockets order to update file | L110 | .30 hrs |
| 07/10/13 | BG | Review state court docket in which borrower obtained an apparent dismissal of the eviction suit | L120 | .20 hrs |
| 07/10/13 | BG | Contact GMAC's counsel in affirmative eviction suit | L120 | .20 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 11, 2013

0G2013-301683

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/17/13 | BG | Correspondence with L.Delehey regarding proof of claim filed by the Borrower | L120 | .10 hrs |
| 07/19/13 | BG | Conference with L.Delehey regarding response to proof of claim | L120 | .20 hrs |
| 07/19/13 | BG | Provide bankruptcy counsel with operable pleadings and potential issues with the case including prior insurance litigation in aid of objection to proof of claim | L210 | 1.20 hrs |
| 07/19/13 | JHP | Prepare for and attend call with bankruptcy counsel and client on response to proof of claim filed by borrower | L120 | .50 hrs |
| 08/19/13 | BG | Correspondence with bankruptcy counsel regarding objection to proof of claim | L120 | .10 hrs |
| 08/20/13 | BG | Draft procedural history section of objection to proof of claim and send to bankruptcy counsel | L210 | 1.10 hrs |
| 08/21/13 | BG | Correspondence with bankruptcy counsel regarding history of Jackson's personal bankruptcy for preparation of objection to proof of claim in the ResCap bankruptcy case | L120 | .20 hrs |
| 08/21/13 | BG | Evaluate amendment of Jackson's personal bankruptcy schedule and impact on arguments in support of objection to proof of claim | L120 | .30 hrs |
| 08/21/13 | BG | Conversation with bankruptcy counsel regarding proof of claim arguments | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 11, 2013

0G2013-301683

FED ID NO. 63-0243316

| 08/22/13 | BG | Conference with L.Delehey and bankruptcy counsel regarding objection to proof of claim | L120 | .30 hrs |
|---|---|---|---|---|
| 08/23/13 | BG | Correspondence with bankruptcy counsel regarding objection to proof of claim | L120 | .10 hrs |
| 08/26/13 | BG | Draft substantive components of objection to bankruptcy claim concerning Alabama law and evaluate additional defenses | L210 | 3.60 hrs |
| 08/27/13 | BG | Draft status report on the bankruptcy per an order from the S.D. Ala | L190 | .50 hrs |

TOTAL FEES FOR THIS MATTER                      $2,104.70

BILLING SUMMARY

| Allison Burke | .90 hrs | 158.00 /hr | 142.20 |
|---|---|---|---|
| Jon H. Patterson | .70 hrs | 290.00 /hr | 203.00 |
| Blake Goodsell | 8.50 hrs | 207.00 /hr | 1,759.50 |

TOTAL FEES           10.10 hrs                  $2,104.70

TOTAL CHARGES FOR THIS INVOICE                  $2,104.70

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0G2013-301708

INVOICE #  871673

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301708
     TC # 725310

PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|------|-------------|------|-------|
| 05/01/13 | KK | Review and confirm details and status of case to determine procedure going forward | L110 | .20 hrs |
| 06/03/13 | RAC | Prepare monthly status update | B110 | .20 hrs |

|  |  |
|---|---|
| TOTAL FEES FOR THIS MATTER | $106.40 |
| LESS DISCOUNT | (100.70) |
| NET FEES | $5.70 |

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Robert A. Cox | .20 hrs | 374.00 /hr | 74.80 |
| Kerry Keane | .20 hrs | 158.00 /hr | 31.60 |

| TOTAL FEES | 0.40 hrs | $5.70 |
|------------|----------|-------|

| TOTAL CHARGES FOR THIS INVOICE | $5.70 |
|--------------------------------|-------|

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301708

INVOICE #  880380

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301708
     TC # 725310

PROFESSIONAL SERVICES

07/01/13   RAC   Prepare status update for client          B110      .10 hrs

              TOTAL FEES FOR THIS MATTER                              $37.40

BILLING SUMMARY

   Robert A. Cox            .10 hrs   374.00 /hr        37.40

TOTAL FEES               0.10 hrs                    $37.40

TOTAL CHARGES FOR THIS INVOICE                      $37.40

              ***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 22, 2013
1100 Virginia Drive                                       0G2013-301957
Fort Washington, PA 19034

                                                         INVOICE #  872341

                                                         FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0G2013-301957
     TC # 735668

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/01/13 | JDV | Draft April 2013 status report for client as follows: We have presented a new settlement offer to the plaintiffs in the amount of $1,500 to settle this lawsuit.  The plaintiffs have yet to respond to the offer. If the plaintiffs do not engage in settlement negotiations, we will produce our discovery responses and move forward with setting a hearing on our motion to dismiss the complaint. | L190 | .10 hrs |
| 05/01/13 | JDV | Analysis of court docket and case file for status report | L120 | .10 hrs |
| 05/03/13 | JDV | Communications with B.Elkin, plaintiffs' attorney, regarding review of settlement offer and status of discovery | L190 | .20 hrs |
| 05/03/13 | JAM | Review online docket for recent case activity and for recently docketed pleadings | L190 | .30 hrs |
| 05/14/13 | CWH | Analyze plaintiff's position on settlement and current refusal to release investor | L160 | .30 hrs |
| 05/14/13 | JDV | Telephone conversation with B.Elkin, plaintiffs' attorney, regarding counteroffer | L190 | .30 hrs |

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 22, 2013

0G2013-301957

FED ID NO. 63-0243316

| 05/14/13 | JDV | Communications with K.Priore regarding review of plaintiffs' new counteroffer | L190 | .20 hrs |
|----------|-----|---|------|---------|
| 05/14/13 | JDV | Analysis of plaintiff's counteroffer including release of investor | L120 | .20 hrs |
| 05/15/13 | JDV | Email correspondence with K.Priore regarding analysis of plaintiffs' counteroffer and proof of claim | L190 | .20 hrs |
| 05/23/13 | JDV | Communications with B.Elkin, plaintiffs' attorney, regarding rejection of plaintiffs' settlement offer and presentation of counteroffer | L190 | .20 hrs |
| 05/29/13 | CWH | Analyze issues with the settlement agreement language regarding principal/agent or investor/servicer | L160 | .20 hrs |
| 05/29/13 | JDV | Communications with B.Elkin, plaintiffs' attorney, regarding acceptance of settlement terms and preparation of settlement documents | L190 | .40 hrs |
| 05/29/13 | JDV | Email correspondence with K.Priore regarding acceptance of settlement terms and preparation of settlement documents | L190 | .30 hrs |
| 05/29/13 | JDV | Email correspondence with J.Nguyen regarding plaintiff's intent to amend complaint and name the investor as a defendant | L190 | .30 hrs |
| 05/31/13 | JDV | Analysis of court docket and case file for status report | L120 | .10 hrs |
| 06/04/13 | JDV | Draft May 2013 status report for client | L190 | .10 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
AUGUST 22, 2013

0G2013-301957

FED ID NO. 63-0243316

| 06/05/13 | JDV | Draft Stipulation and Order of Dismissal | L210 | .20 hrs |
| 06/09/13 | RV | Analyze court docket information for current status | L120 | .10 hrs |
| 06/17/13 | CWH | Review and revise settlement agreement | L160 | .20 hrs |
| 06/19/13 | JDV | Revise Settlement Agreement | L190 | .30 hrs |
| 06/21/13 | JDV | Email correspondence with K.Priore regarding review of Settlement Agreement | L190 | .20 hrs |
| 06/25/13 | JDV | Email correspondence with K.Priore regarding revisions to proof of claim language in Settlement Agreement | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $1,270.10

05/03/13 Copy Charges                                          0.00

BILLING SUMMARY

| Christian W. Hancock | .70 hrs | 361.00 /hr | 252.70 |
| Jamie Mathews | .30 hrs | 150.00 /hr | 45.00 |
| Richard Vann | .10 hrs | 220.00 /hr | 22.00 |
| Jose D. Vega | 3.60 hrs | 264.00 /hr | 950.40 |

TOTAL FEES                  4.70 hrs              $1,270.10

TOTAL CHARGES FOR THIS INVOICE              $1,270.10

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0G2013-301957

INVOICE #  880381

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0G2013-301957
     TC # 735668

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 07/01/13 | RV | Draft status report for June 2013 for the client | L120 | .10 hrs |
| 07/08/13 | LADA | Research service on HSBC | L190 | .30 hrs |
| 07/08/13 | LADA | Review and analysis of current case status for foreclosure counsel to obtain current case file | L190 | .30 hrs |
| 07/10/13 | JDV | Follow up email correspondence with B.Elkin, plaintiff's attorney, regarding review and acceptance of Settlement and Release Agreement | L190 | .10 hrs |
| 07/10/13 | JDV | Email correspondence with K.Priore regarding plaintiff's delay in reviewing and accepting Settlement and Release Agreement | L190 | .10 hrs |
| 07/16/13 | RV | Analyze Court docket information for recent filings | L120 | .10 hrs |
| 08/03/13 | RV | Draft status report for July 2013 for the client | L120 | .10 hrs |
| 08/05/13 | JDV | Email correspondence with B.Elkin, plaintiff's attorney, regarding receipt and review of Settlement Agreement | L190 | .20 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 11, 2013

0G2013-301957

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/09/13 | JDV | Email correspondence with K.Priore regarding status of negotiations with plaintiff | L190 | .20 hrs |
| 08/15/13 | JDV | Analysis of plaintiff's Designation of Email Addresses Pursuant to Rule 2.516 | L250 | .10 hrs |
| 08/16/13 | JDV | Communications with B.Elkin, plaintiff's attorney, office regarding plaintiff's review and acceptance of Settlement Agreement | L190 | .20 hrs |
| 08/23/13 | JDV | Follow up communications with B.Elkin, plaintiff's attorney, office regarding plaintiff's review and acceptance of Settlement Agreement | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                         $451.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Richard Vann | .30 hrs | 220.00 /hr | 66.00 |
| Jose D. Vega | 1.10 hrs | 264.00 /hr | 290.40 |
| Lucinda Kish | .60 hrs | 158.00 /hr | 94.80 |

TOTAL FEES                 2.00 hrs                    $451.20

TOTAL CHARGES FOR THIS INVOICE                        $451.20

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 22, 2013
1100 Virginia Drive                                        0R0802-301143
Fort Washington, PA 19034

                                                           INVOICE #   872375

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 07/31/13

    Re:   0R0802-301143
          TC # 734354

PROFESSIONAL SERVICES

    05/03/13    JRB    Analyze billing issues and permissible      B410      .50 hrs
                       compensation

    06/17/13    JRB    E-mail to U.S. Trustee regarding            B160      .20 hrs
                       question about next interim fee
                       application and interim compensation
                       process

    06/18/13    JRB    Review correspondence from U.S. Trustee     B160      .20 hrs
                       regarding fee application process and
                       follow up on same


                       TOTAL FEES FOR THIS MATTER                   $368.10

    ´41         Computerized Legal Research-Westlaw                            0.00

BILLING SUMMARY

    Jay R. Bender             .90 hrs    409.00 /hr        368.10


TOTAL FEES                    0.90 hrs                     $368.10

**TOTAL CHARGES FOR THIS INVOICE**                        $368.10

            ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          OCTOBER 11, 2013
1100 Virginia Drive                                            0R0802-301143
Fort Washington, PA 19034

                                                               INVOICE #  880238

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0802-301143
     TC # 734354

PROFESSIONAL SERVICES

| 07/01/13 | JRB | E-mails to E.Richards and to Committee counsel regarding request about interim fee application and monthly compensation requests | B160 | .30 hrs |
|---|---|---|---|---|
| 07/08/13 | JRB | E-mail to Morrison Foerster regarding fee application deadlines | B160 | .10 hrs |
| 07/09/13 | JRB | Review notice of deadline for filing third interim fee application and calendar same | B160 | .10 hrs |
| 07/25/13 | JRB | Work on preparation of third fee application and confer with staff regarding compilation of material for same | B410 | .50 hrs |
| 07/30/13 | JRB | Draft firm's third interim fee application for filing with bankruptcy court and exhibits to same | B410 | 3.00 hrs |
| 08/01/13 | JRB | Draft and revise firm's third interim fee application for filing with court and prepare and compile exhibits to same | B160 | 2.10 hrs |
| 08/02/13 | JRB | Review, analyze, and revise supporting exhibits to the firm's third interim fee application | B160 | 1.00 hrs |