

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    72
AUGUST 22, 2013

OR0802-301220

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 05/13/13 | Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 5/8/13 Bank ID: GENR Check Number: 111258 | 3.06 |
| 05/13/13 | Meal Expense - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 5/9/13 Bank ID: GENR Check Number: 111258 | 9.93 |
| 05/13/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING W/ GMAC AG IN DALLAS, TX 5/1/13 Bank ID: GENR Check Number: 111293 | 31.00 |
| 05/13/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING W/ GMAC AG IN DALLAS, TX 5/2/13 Bank ID: GENR Check Number: 111293 | 28.27 |
| 05/13/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING W/ GMAC AG IN DALLAS, TX 5/1/13 Bank ID: GENR Check Number: 111293 | 5.05 |
| 05/13/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING W/ GMAC AG IN TAMPA, FL 5/1/13 - 5/2/13 PARKING Bank ID: GENR Check Number: 111293 | 19.98 |
| 05/13/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING W/ GMAC AG IN DALLAS, TX 4/22/13 Bank ID: GENR Check Number: 111293 | 5.59 |
| 05/13/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING W/ GMAC AG IN DALLAS, TX 4/23/13 Bank ID: GENR Check Number: 111293 | 12.41 |
| 05/13/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING W/ GMAC AG IN DALLAS, TX 4/23/13 MEAL W/ RUSS FOWLIE Bank ID: GENR Check Number: 111293 | 84.81 |
| 05/13/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING W/ GMAC AG IN DALLAS, TX 4/24/13 Bank ID: GENR Check Number: 111293 | 8.88 |
| 05/13/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING W/ GMAC AG IN DALLAS, TX 4/24/13 Bank ID: GENR Check Number: 111293 | 14.00 |
| 05/13/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING W/ GMAC AG IN PLYMOUTH PA 4/29/13 MEAL W/ RUSS FOWLIE Bank ID: GENR Check Number: 111293 | 136.38 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE   73
AUGUST 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | |
|---|---|
| 05/13/13 Meal Expense - ROBERT R. MADDOX ATTEND MEETING W/ GMAC AG IN PLYMOUTH PA 4/29/13<br>Bank ID: GENR Check Number: 111293 | 31.00 |
| 05/13/13 Meal Expense - ROBERT R. MADDOX ATTEND MEETING W/ GMAC AG IN TAMPA, FL 5/1/13 - 5/2/13<br>Bank ID: GENR Check Number: 111293 | 5.89 |
| 05/14/13 Meal Expense - LEE GILLEY ATTEND MEETINGS TO FINALIZE AG SOLICITATION PROCEDURE AND COMPLETENESS TESTING DOCUMENT IN DALLAS, TX 5/6/13 - 5/9/13<br>Bank ID: GENR Check Number: 111269 | 6.50 |
| 05/14/13 Meal Expense - LEE GILLEY ATTEND MEETINGS TO FINALIZE AG SOLICITATION PROCEDURE AND COMPLETENESS TESTING DOCUMENT IN DALLAS, TX 5/6/13 - 5/9/13<br>Bank ID: GENR Check Number: 111269 | 3.25 |
| 05/14/13 Meal Expense - LEE GILLEY ATTEND MEETINGS TO FINALIZE AG SOLICITATION PROCEDURE AND COMPLETENESS TESTING DOCUMENT IN DALLAS, TX 5/6/13 - 5/9/13<br>Bank ID: GENR Check Number: 111269 | 11.11 |
| 05/14/13 Meal Expense - LEE GILLEY ATTEND MEETINGS TO FINALIZE AG SOLICITATION PROCEDURE AND COMPLETENESS TESTING DOCUMENT IN DALLAS, TX 5/6/13 - 5/9/13<br>Bank ID: GENR Check Number: 111269 | 6.56 |
| 05/14/13 Meal Expense - LEE GILLEY ATTEND MEETINGS TO FINALIZE AG SOLICITATION PROCEDURE AND COMPLETENESS TESTING DOCUMENT IN DALLAS, TX 5/6/13 - 5/9/13<br>Bank ID: GENR Check Number: 111269 | 4.69 |
| 05/14/13 Meal Expense - LEE GILLEY ATTEND MEETINGS TO FINALIZE AG SOLICITATION PROCEDURE AND COMPLETENESS TESTING DOCUMENT IN DALLAS, TX 5/6/13 - 5/9/13<br>Bank ID: GENR Check Number: 111269 | 10.05 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    74
AUGUST 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | |
|---|---:|
| 05/14/13 Meal Expense - LEE GILLEY ATTEND MEETINGS TO FINALIZE AG SOLICITATION PROCEDURE AND COMPLETENESS TESTING DOCUMENT IN DALLAS, TX 5/6/13 - 5/9/13<br>Bank ID: GENR Check Number: 111269 | 4.32 |
| 05/23/13 Meal Expense - CHRISTIAN HANCOCK MEETING W/ IRG RE: TESTING METRICS IN DALLAS, TX 5/7/13 - 5/9/13<br>Bank ID: GENR Check Number: 160092 | 12.50 |
| 05/23/13 Meal Expense - CHRISTIAN HANCOCK MEETING W/ IRG RE: TESTING METRICS IN DALLAS, TX 5/7/13 - 5/9/13<br>Bank ID: GENR Check Number: 160092 | 5.23 |
| 05/29/13 Meal Expense - LEE GILLEY MEETING W/ THE MONITOR IN RALEIGH 5/15/13<br>Bank ID: GENR Check Number: 160405 | 5.45 |
| 05/29/13 Meal Expense - LEE GILLEY MEETING W/ THE MONITOR IN RALEIGH 5/15/13<br>Bank ID: GENR Check Number: 160405 | 9.94 |
| 05/29/13 Meal Expense - LEE GILLEY MEETING W/ THE MONITOR IN RALEIGH 5/15/13<br>Bank ID: GENR Check Number: 160405 | 9.76 |
| 05/29/13 Meal Expense - LEE GILLEY MEETING W/ THE MONITOR IN RALEIGH 5/16/13 MEAL W/ E WATSON, DENZIL DSOUZA<br>Bank ID: GENR Check Number: 160405 | 51.05 |
| 05/29/13 Meal Expense - LEE GILLEY MEETING W/ THE MONITOR IN RALEIGH 5/16/13<br>Bank ID: GENR Check Number: 160405 | 12.30 |
| 05/29/13 Meal Expense - LEE GILLEY MEETING W/ THE MONITOR IN RALEIGH 5/16/13<br>Bank ID: GENR Check Number: 160405 | 4.27 |
| 05/29/13 Meal Expense - LEE GILLEY MEETINGS W/ THE NEW HEAD OF THE IRG IN ORDER TO BRIEF HIM ON VARIOUS IRG LEGAL ISSUES IN DALLAS, TX 5/20/13<br>Bank ID: GENR Check Number: 160405 | 8.98 |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    75
AUGUST 22, 2013

0R0802-301220

FED ID NO. 63-0243316

05/29/13 Meal Expense - LEE GILLEY MEETINGS W/ THE NEW
HEAD OF THE IRG IN ORDER TO BRIEF HIM ON
VARIOUS IRG LEGAL ISSUES IN DALLAS, TX 5/20/13
Bank ID: GENR Check Number: 160405                          2.81

05/29/13 Meal Expense - LEE GILLEY MEETINGS W/ THE NEW
HEAD OF THE IRG IN ORDER TO BRIEF HIM ON
VARIOUS IRG LEGAL ISSUES IN DALLAS, TX 5/20/13
Bank ID: GENR Check Number: 160405                         22.92

05/29/13 Meal Expense - LEE GILLEY MEETINGS W/ THE NEW
HEAD OF THE IRG IN ORDER TO BRIEF HIM ON
VARIOUS IRG LEGAL ISSUES IN DALLAS, TX 5/20/13
Bank ID: GENR Check Number: 160405                         17.85

05/29/13 Meal Expense - LEE GILLEY MEETINGS W/ THE NEW
HEAD OF THE IRG IN ORDER TO BRIEF HIM ON
VARIOUS IRG LEGAL ISSUES IN DALLAS, TX 5/20/13
Bank ID: GENR Check Number: 160405                          2.91

05/29/13 Meal Expense - LEE GILLEY MEETINGS W/ THE NEW
HEAD OF THE IRG IN ORDER TO BRIEF HIM ON
VARIOUS IRG LEGAL ISSUES IN DALLAS, TX 5/21/13
Bank ID: GENR Check Number: 160405                          2.91

05/29/13 Meal Expense - LEE GILLEY MEETINGS W/ THE NEW
HEAD OF THE IRG IN ORDER TO BRIEF HIM ON
VARIOUS IRG LEGAL ISSUES IN DALLAS, TX 5/21/13
Bank ID: GENR Check Number: 160405                         18.94

05/29/13 Meal Expense - LEE GILLEY MEETINGS W/ THE NEW
HEAD OF THE IRG IN ORDER TO BRIEF HIM ON
VARIOUS IRG LEGAL ISSUES IN DALLAS, TX 5/21/13
Bank ID: GENR Check Number: 160405                          6.21

05/29/13 Meal Expense - LEE GILLEY MEETINGS W/ THE NEW
HEAD OF THE IRG IN ORDER TO BRIEF HIM ON
VARIOUS IRG LEGAL ISSUES IN DALLAS, TX 5/21/13
Bank ID: GENR Check Number: 160405                          6.37

05/29/13 Meal Expense - LEE GILLEY MEETINGS W/ THE NEW
HEAD OF THE IRG IN ORDER TO BRIEF HIM ON
VARIOUS IRG LEGAL ISSUES IN DALLAS, TX 5/22/13
Bank ID: GENR Check Number: 160405                          7.33



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

FED ID NO. 63-0243316

| | |
|---|---|
| 05/29/13 Meal Expense - LEE GILLEY MEETINGS W/ THE NEW HEAD OF THE IRG IN ORDER TO BRIEF HIM ON VARIOUS IRG LEGAL ISSUES IN DALLAS, TX 5/22/13 Bank ID: GENR Check Number: 160405 | 15.94 |
| 05/29/13 Meal Expense - LEE GILLEY MEETINGS W/ THE NEW HEAD OF THE IRG IN ORDER TO BRIEF HIM ON VARIOUS IRG LEGAL ISSUES IN DALLAS, TX 5/22/13 Bank ID: GENR Check Number: 160405 | 3.50 |
| 05/29/13 Meal Expense - LEE GILLEY MEETINGS W/ THE NEW HEAD OF THE IRG IN ORDER TO BRIEF HIM ON VARIOUS IRG LEGAL ISSUES IN DALLAS, TX 5/22/13 Bank ID: GENR Check Number: 160405 | 2.91 |
| 05/29/13 Meal Expense - LEE GILLEY MEETINGS W/ THE NEW HEAD OF THE IRG IN ORDER TO BRIEF HIM ON VARIOUS IRG LEGAL ISSUES IN DALLAS, TX 5/22/13 Bank ID: GENR Check Number: 160405 | 2.21 |
| 05/29/13 Meal Expense - LEE GILLEY MEETINGS W/ THE NEW HEAD OF THE IRG IN ORDER TO BRIEF HIM ON VARIOUS IRG LEGAL ISSUES IN DALLAS, TX 5/22/13 Bank ID: GENR Check Number: 160405 | 3.83 |
| 05/29/13 Meal Expense - LEE GILLEY MEETINGS W/ THE NEW HEAD OF THE IRG IN ORDER TO BRIEF HIM ON VARIOUS IRG LEGAL ISSUES IN DALLAS, TX 5/23/13 Bank ID: GENR Check Number: 160405 | 2.25 |
| 05/29/13 Meal Expense - LEE GILLEY MEETINGS W/ THE NEW HEAD OF THE IRG IN ORDER TO BRIEF HIM ON VARIOUS IRG LEGAL ISSUES IN DALLAS, TX 5/23/13 Bank ID: GENR Check Number: 160405 | 8.93 |
| 05/29/13 Meal Expense - LEE GILLEY MEETINGS W/ THE NEW HEAD OF THE IRG IN ORDER TO BRIEF HIM ON VARIOUS IRG LEGAL ISSUES IN DALLAS, TX 5/23/13 Bank ID: GENR Check Number: 160405 | 6.21 |
| 06/03/13 Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN RALEIGH, NC 5-22-13 TO 5-23-13 SNACKS Bank ID: GENR Check Number: 160792 | 18.50 |
| 06/03/13 Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN RALEIGH, NC 5-22-13 TO 5-23-13 SNACKS Bank ID: GENR Check Number: 160792 | 14.80 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 06/04/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 5-15-13 DINNER WITH GIA SHANNON, ED WATSON AND LEE GILLEY<br>Bank ID: GENR Check Number: 160792 | 194.88 |
| 06/04/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 5-12-13 TO 5-16-13<br>Bank ID: GENR Check Number: 160792 | 81.00 |
| 06/04/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 5-16-13 DINNER MEETING WITH DENZIL DE SOUZA, ED WATSON AND LEE GILLEY<br>Bank ID: GENR Check Number: 160792 | 225.57 |
| 06/04/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 5-12-13 TO 5-16-13<br>Bank ID: GENR Check Number: 160792 | 6.89 |
| 06/04/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 5-12-13 TO 5-16-13 SNACK<br>Bank ID: GENR Check Number: 160792 | 14.80 |
| 06/04/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 5-12-13 TO 5-16-13 SNACK<br>Bank ID: GENR Check Number: 160792 | 11.65 |
| 06/26/13 | Meal Expense - ROBERT R. MADDOX DINNER AFTER MEETING IN NEW YORK FOR MONITOR W/ ED WATSON, PHILLIP BORDEB, ELIZABETH DESILVA, SEWIT BOCRESRI 6/5/13<br>Bank ID: GENR Check Number: 162024 | 1,036.54 |
| 06/26/13 | Meal Expense - ROBERT R. MADDOX ATTEND GMAC ESTATE MEETING IN NEW YORK, NY 6/5/13<br>Bank ID: GENR Check Number: 162024 | 15.26 |
| 06/26/13 | Meal Expense - ROBERT R. MADDOX ATTEND GMAC ESTATE MEETING IN NEW YORK, NY 6/6/13<br>Bank ID: GENR Check Number: 162024 | 5.43 |
| 06/26/13 | Meal Expense - ROBERT R. MADDOX ATTEND GMAC ESTATE MEETING IN NEW YORK, NY 6/7/13<br>Bank ID: GENR Check Number: 162024 | 8.69 |
| 05/14/13 | Computerized Legal Research-Westlaw Westlaw User: HANCOCK,CHRISTIAN W | 0.00 |
| 05/23/13 | Computerized Legal Research-Westlaw Westlaw User: HANCOCK,CHRISTIAN W | 0.00 |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---:|
| 05/28/13 | Computerized Legal Research-Westlaw Westlaw User: HANCOCK,CHRISTIAN W | 0.00 |
| 06/03/13 | Computerized Legal Research-Westlaw Westlaw User: GILLEY,LEE | 0.00 |
| 06/04/13 | Computerized Legal Research-Westlaw Westlaw User: HANCOCK,CHRISTIAN W | 0.00 |
| 06/17/13 | Computerized Legal Research-Westlaw Westlaw User: HANCOCK,CHRISTIAN W | 0.00 |
| 06/21/13 | Computerized Legal Research-Westlaw Westlaw User: HANCOCK,CHRISTIAN W | 0.00 |
| 05/07/13 | Internet Account - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 4/29/13 -5/3/13 HOTEL INTERNET Bank ID: GENR Check Number: 110856 | 10.77 |
| 05/13/13 | Internet Account - ANNA CRAFT ATTEND COMPLIANCE WORK IN DALLAS, TX 5/7/13 - 5/9/13 IN-FLIGHT WIFI Bank ID: GENR Check Number: 111258 | 14.47 |
| 05/29/13 | Internet Account - LEE GILLEY MEETINGS W/ THE NEW HEAD OF THE IRG IN ORDER TO BRIEF HIM ON VARIOUS IRG LEGAL ISSUES IN DALLAS, TX 5/20/13 - 5/23/13 Bank ID: GENR Check Number: 160405 | 14.47 |
| 05/29/13 | Internet Account - LEE GILLEY MEETING W/ THE MONITOR IN RALEIGH 5/15/13 - 5/16/13 Bank ID: GENR Check Number: 160405 | 14.90 |

TOTAL COSTS FOR THIS MATTER                    $19,111.51

BILLING SUMMARY

| | | | |
|---|---:|---:|---:|
| Christian W. Hancock | 20.40 hrs | 361.00 /hr | 7,364.40 |
| Robert R. Maddox | 254.60 hrs | 400.00 /hr | 101,840.00 |
| Michael C. Griffin | 1.10 hrs | 348.00 /hr | 382.80 |
| Preston H. Neel | .50 hrs | 233.00 /hr | 116.50 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    79
AUGUST 22, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | |
|---|---|---|---|
| Lee Gilley | 230.50 hrs | 207.00 /hr | 47,713.50 |
| Cory S. Menees | 8.00 hrs | 295.00 /hr | 2,360.00 |
| Ann Craft | 84.10 hrs | 198.00 /hr | 16,651.80 |

| | | |
|---|---|---|
| TOTAL FEES | 599.20 hrs | $176,429.00 |
| TOTAL EXPENSES | | $19,111.51 |
| TOTAL CHARGES FOR THIS INVOICE | | $195,540.51 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0802-301220

INVOICE #  880241

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0802-301220
     TC # 705025

PROFESSIONAL SERVICES

| Date | Init | Description | Task | Hours |
|------|------|-------------|------|-------|
| 07/01/13 | LG | Communications with various business unit and IRG personnel to respond to outstanding requests for information from the monitor and his professionals | L120 | 1.60 hrs |
| 07/01/13 | LG | Communications with servicer regarding open solicitations | L120 | .30 hrs |
| 07/01/13 | LG | Begin revising materials for meeting with the monitor to incorporate information acquired during the interview preparation and contact with the IRG/business unit | L120 | 3.20 hrs |
| 07/01/13 | LG | Draft preparation materials for presentation to the monitor regarding various outstanding issues | L120 | 4.20 hrs |
| 07/01/13 | LG | Draft preparation materials for IRG and consumer relief interviews with the monitor and his professionals | L120 | 3.80 hrs |
| 07/01/13 | LG | Meetings with head of the IRG to prepare for interview with the monitor and his professionals | L120 | 2.80 hrs |
| 07/01/13 | RRM | Work on multiple metrics and work on revisions to metric and structure questions from OMSO | L190 | 4.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 11, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/01/13 | CSM | Additional emails with cross-servicer group representatives and IRG members regarding Metric 28 testing protocols | P280 | .20 hrs |
| 07/01/13 | CSM | Emails with BNY Mellon vice president regarding documents needed to evidence standing of BNY to foreclose for purposes of Metric 1A testing | P280 | .10 hrs |
| 07/01/13 | ACRA | Discuss issues related to upcoming testing of completeness of Consumer Relief solicitation requirements with business employees | L120 | 1.40 hrs |
| 07/01/13 | ACRA | Analyze issues related to testing of Metric 28 and determining the relevant population for purposes of compliance with the National Mortgage Settlement | L120 | .50 hrs |
| 07/01/13 | ACRA | Analyze issues related to upcoming testing of completeness of Consumer Relief solicitation requirements pursuant to the National Mortgage Settlement | L120 | .60 hrs |
| 07/02/13 | ACRA | Analyze issues related to population definition and testing of obligations pursuant to metric 28 as set forth by the National Mortgage Settlement | L120 | 1.90 hrs |
| 07/02/13 | LG | Prepare for call regarding the Estate's plan to test certain parts of its portfolio | L120 | .30 hrs |
| 07/02/13 | LG | Communications regarding a response from Rust Consulting to provide additional information related to an account | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/02/13 | LG | Draft notes regarding meeting with OMSO discussing various AG Settlement implementation, testing, and consumer relief issues | L120 | .60 hrs |
| 07/02/13 | CSM | Telephone conference with E.Getzen regarding Metric 28 testing protocol compared to protocols followed by other servicers | P280 | .50 hrs |
| 07/02/13 | RRM | Attend meeting in Raleigh, NC with Monitor, BDO, Baker Tilly and Counsel and go over compliance matters in multiple matters | L190 | 7.10 hrs |
| 07/02/13 | RRM | Preparation and subsequent telephone conference call with ResCap Estate and Monitor with regard to steps moving forward in compliance on loans purchased by Walter | L190 | 1.30 hrs |
| 07/02/13 | RRM | Complete preparations and multiple presentations for Monitor with regard to solicitation testing, metric testing, standard interpretation, SPOC assignments and notary block documentation | L190 | 3.40 hrs |
| 07/02/13 | LG | Continue revising meeting materials to incorporate all business and IRG feedback | L120 | 1.30 hrs |
| 07/02/13 | LG | Meeting to prepare for presentation to the monitor and his professionals | L120 | 1.80 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 07/02/13 | LG | Meeting with the monitor and his professionals regarding various AG settlement metric and consumer relief issues | L120 | 2.80 | hrs |
| 07/02/13 | LG | Communications with various parties regarding the Estate's plan to test certain parts of its portfolio | L120 | 1.10 | hrs |
| 07/03/13 | LG | Analysis of appropriate treatment of mandatory mediation under the AG settlement | L120 | .60 | hrs |
| 07/03/13 | LG | Communications with Rescap Estate regarding the status of certain consumer relief loans | L120 | .30 | hrs |
| 07/03/13 | LG | Analyze third party SOW in preparation for call with the Rescap Estate regarding the same | L120 | 2.30 | hrs |
| 07/03/13 | LG | Call with Rescap Estate discussing proposed edits to the third party SOW | L120 | 1.00 | hrs |
| 07/03/13 | RRM | Draft write up on summary from Monitor's meeting on 7/2/13 and next steps | L190 | .80 | hrs |
| 07/05/13 | RRM | Review of multiple emails from Baker Tilly and business with regard to outstanding questions and review and identify a list of reoccurring issues and begin to work on proper responses to Baker Tilly | L650 | 2.20 | hrs |
| 07/05/13 | LG | Call with Rescap Estate discussing third party statement of work | L120 | .50 | hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      5
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/05/13 | LG | Analyze questions presented by Baker Tilly and begin drafting initial responses to those questions | L120 | .80 hrs |
| 07/05/13 | LG | Begin drafting Baker Tilly communication protocols to assist the IRG in managing Baker Tilly questions | L120 | .40 hrs |
| 07/05/13 | LG | Analyze and revise comments in preparation for call discussing contract with third party | L120 | 1.30 hrs |
| 07/05/13 | LG | Prepare for call with Rescap Estate regarding third party statement of work | L120 | .40 hrs |
| 07/07/13 | RRM | Review e-mail from Heather Bus at Baker Tilly on additional inquires | L650 | .20 hrs |
| 07/08/13 | RRM | Prepare for and review of statement of work for Clayton and participate in subsequent telephone conference with Greentree and D.Cunningham and then follow up with Monitor | L190 | 2.30 hrs |
| 07/08/13 | RRM | Follow up work on drafting outlines of memos for Monitor per meeting in Raleigh | L190 | 1.30 hrs |
| 07/08/13 | ACRA | Discuss issues related to upcoming testing of completeness of Consumer Relief obligations pursuant to Exhibit I of the National Mortgage Settlement with Ocwen business employees | L120 | 1.30 hrs |
| 07/08/13 | ACRA | Analyze issues related to upcoming testing of completeness of Consumer Relief obligations pursuant to Exhibit I of National Mortgage Settlement | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      6
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/08/13 | LG | Call with Estate and Green Tree regarding statement of work with third party vendor | L120 | .50 hrs |
| 07/08/13 | LG | Prepare for call with Estate and Green Tree regarding statement of work with third party vendor | L120 | .20 hrs |
| 07/08/13 | LG | Call with Ocwen Business Unit regarding Exhibit I testing and compliance | L120 | 1.00 hrs |
| 07/08/13 | LG | Draft weekly update to Estate regarding settlement implementation and testing | L120 | .50 hrs |
| 07/08/13 | LG | Finalize and transmit email to secondary professional firm regarding settlement communication protocols | L120 | .20 hrs |
| 07/09/13 | LG | Communications with servicer group and IRG regarding metrics testing and implementation issues | L120 | 1.10 hrs |
| 07/09/13 | LG | Communications with IRG and Business Unit regarding implementation of certain new testing procedures and policies | L120 | .50 hrs |
| 07/09/13 | LG | Call with third party vendor and client and Green Tree involving terms for hiring third party vendor | L120 | .90 hrs |
| 07/09/13 | LG | Communications with cross servicer group involving drafting of internal IRG document to assist in testing and implementation of metrics | L120 | .90 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    7
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| 07/09/13 | LG | Call with cross servicer executive group regarding metric testing, implementation, and strategy | L120 | 1.00 hrs |
| 07/09/13 | LG | Analyze memo regarding servicer differences in testing certain metrics in order to ensure those memos comply with the servicer's practices | L120 | 2.10 hrs |
| 07/09/13 | LG | Prepare for call with cross servicer executive call discussing various metric implementation and testing issues | L120 | .30 hrs |
| 07/09/13 | LG | Prepare for call with cross servicer and IRG call discussing settlement implementation and testing issues | L120 | .40 hrs |
| 07/09/13 | RRM | Update on metric 21 and review of same | L240B | .70 hrs |
| 07/09/13 | CSM | Email correspondence with A.Garrido regarding insufficiency of his draft of Test Question 1 section of Metric 1A script | L210 | .40 hrs |
| 07/09/13 | RRM | Participate in cross-servicer preparation call for upcoming call with OMSO | L120 | .90 hrs |
| 07/09/13 | RRM | Telephone call to B.Cherry and left detailed message regarding sampling and metrics then provided related follow up email to Greentree and the Estate | L120 | .30 hrs |
| 07/09/13 | RRM | Review email from C.Miller with cross-servicer group with outlines and revisions to metrics 33 and 32. | L240B | .70 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      8
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| 07/09/13 | RRM | Participate in cross-servicer IRG/legal call | L190 | 1.50 hrs |
| 07/09/13 | RRM | Review multiple emails from IRG with regard to multiple requests from Baker Tilly on clarification and work on same | L650 | .70 hrs |
| 07/09/13 | RRM | Review multiple emails from cross-servicer legal group with regard to solicitation for borrowers in BK and respond to same | L650 | .30 hrs |
| 07/09/13 | RRM | Review multiple emails from Tammy Hamzehpour and John R. on CA Regulator and volunteer to speak with regulator and research potential request | L650 | .50 hrs |
| 07/09/13 | ACRA | Discuss issues related to upcoming testing of completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of National Mortgage Settlement with Ocwen business employees | L120 | 1.70 hrs |
| 07/09/13 | ACRA | Analyze issues related to upcoming testing of completeness of Consumer Relief solicitation requirement pursuant to Exhibit I of the National Mortgage Settlement | L120 | .50 hrs |
| 07/10/13 | ACRA | Analyze issues related to upcoming testing of completeness of Consumer Relief solicitation obligations pursuant to Exhibit I of the National Mortgage Settlement | L120 | 1.00 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
                                                    PAGE      9
                                                    OCTOBER 11, 2013

                                                    OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/10/13 | ACRA | Discuss issues related to upcoming testing of completeness Consumer Relief obligations pursuant to the National Mortgage Settlement with internal review group employees | L120 | 1.90 hrs |
| 07/10/13 | RRM | Telephone conference call with John R. and CA Business and Banking on regard for documentation on consumer relief under AG/DOJ | L190 | .50 hrs |
| 07/10/13 | RRM | Extensive preparation for upcoming conference with BDO and Monitor on testing on Metrics 18 and 20 and preparation for same | L120 | 2.10 hrs |
| 07/10/13 | RRM | Participate in call with Monitor and his professionals of disputes | L240B | 1.00 hrs |
| 07/10/13 | LG | Communications with the Monitor regarding access to complaints loaded on the Monitor's website | L120 | .30 hrs |
| 07/10/13 | LG | Draft communications regarding IRG's sample size protocols | L120 | .20 hrs |
| 07/10/13 | LG | Meeting with the Business Unit to discuss the most recent draft of the solicitation completeness testing script | L120 | 1.50 hrs |
| 07/10/13 | LG | Meetings with IRG to discuss open issues and proposed responses to Baker Tilly inquiries | L120 | 2.50 hrs |
| 07/10/13 | LG | Communications with cross servicer executive group in preparation for future call with the monitor | L120 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

| | | | | |
|---|---|---|---|---|
| 07/10/13 | LG | Prepare for call with cross servicer executive group | L120 | .30 hrs |
| 07/10/13 | LG | Analyze communications regarding population pulls for various metrics in order to respond to Baker Tilly request for information | L120 | .50 hrs |
| 07/10/13 | LG | Analyze and respond to questions from the IRG regarding solicitation completeness testing process | L120 | .40 hrs |
| 07/10/13 | LG | Communications preparing for upcoming meeting with the Monitor in St. Paul | L120 | .20 hrs |
| 07/11/13 | LG | Prepare for cross servicer legal call discussing various metric testing and implementation issues | L120 | .30 hrs |
| 07/11/13 | LG | Call with cross servicer group and IRG regarding AG settlement testing and implementation issues | L120 | 1.10 hrs |
| 07/11/13 | LG | Analyze new standards surrounding metrics in preparation for call discussing the same | L120 | .30 hrs |
| 07/11/13 | LG | Call with cross servicer group discussing new standards surrounding new metrics | L120 | .90 hrs |
| 07/11/13 | LG | Meeting with IRG regarding various issues related to cross servicer implementation and testing consistency | L120 | .60 hrs |
| 07/11/13 | LG | Call with Business Unit regarding access to the Monitor's complaint process | L120 | .50 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    11
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/11/13 | LG | Meeting with IRG regarding responses to most recent questions from secondary professional firm related to IRG testing | L120 | 2.10 hrs |
| 07/11/13 | LG | Draft notes summarizing cross servicer calls | L120 | .40 hrs |
| 07/11/13 | RRM | Participate in internal call with business and IRG on changes proposed by Monitor on Metrics 18 and 20 | L240B | 1.00 hrs |
| 07/11/13 | RRM | Participate in telephone conference with BDO and Baker Tilly and extensive follow up | L120 | 1.80 hrs |
| 07/11/13 | RRM | Telephone conference with R.Fowlie with regard to answer relief | L240B | .60 hrs |
| 07/11/13 | RRM | Review email from B.Mich with regard to BDO interview and review response to same | L120 | .50 hrs |
| 07/11/13 | RRM | Multiple e-mail correspondence separately between OMSO and IRG with regard to sampling sizes and position taken with regards to same | L190 | 1.30 hrs |
| 07/12/13 | RRM | Preparation for and participate in cross servicer call Metric 18 and 20 and follow up | P200 | 1.10 hrs |
| 07/12/13 | RRM | Continue work on cross-servicer legal issues regarding outstanding metric definitions | L650 | 1.70 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    12
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/12/13 | CSM | Prepare for and participate in cross-servicer group legal touchpoint call regarding development of new metrics and issues relating to testing of existing metrics | P280 | 1.30 hrs |
| 07/12/13 | LG | Call with Business Unit regarding definition of certain metric terms and the impact of that definition on business process | L120 | .50 hrs |
| 07/12/13 | LG | Analyze document from Business Unit discussing impact of certain metrics on Business Unit process | L120 | .40 hrs |
| 07/12/13 | LG | Call with cross servicer legal group discussing legal issues related to cross servicer testing procedures | L120 | 1.10 hrs |
| 07/12/13 | LG | Prepare for call with cross servicer legal group discussing various cross servicer issues | L120 | .30 hrs |
| 07/12/13 | LG | Correspondence with Business Unit regarding various issues related to complaint response process | L120 | .40 hrs |
| 07/12/13 | LG | Draft letter to Monitor describing Ocwen's proposed transfer of loans to the REALServicing system and the impact of that transfer on testing the compliance of the Rescap portfolio | L120 | 2.10 hrs |
| 07/13/13 | ACRA | Analyze issues related to upcoming testing of completeness of Consumer Relief obligations pursuant to Exhibit I of the National Mortgage Settlement | L120 | 1.30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    13
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| 07/15/13 | RRM | Extensive work on testing populations and sample size with OMSO and draft extensive email and presentation on same | L240B | 5.70 hrs |
|---|---|---|---|---|
| 07/15/13 | RRM | Participate in weekly cross-servicer call with business | L240B | .60 hrs |
| 07/15/13 | RRM | Multiple email correspondence with B.Cherry with OMSO with regard to proper testing protocols | L130 | .80 hrs |
| 07/15/13 | RRM | Multiple email correspondence with Greentree, Clayton and Estate on update to testing and communication with Monitor | L190 | .90 hrs |
| 07/15/13 | LG | Meeting with IRG to discuss servicer's response to specific metric issues raised by Baker Tilly | L120 | 1.10 hrs |
| 07/15/13 | LG | Call with Business Unit regarding various developments related to servicing standards during the week | L120 | .60 hrs |
| 07/15/13 | LG | Draft weekly update for regarding AG settlement for Estate | L120 | .70 hrs |
| 07/15/13 | LG | Draft letter to monitor regarding the testing of the loans transferred to Green Tree | L120 | 2.20 hrs |
| 07/15/13 | LG | Draft email to third party vendor sharing certain information related to AG settlement metrics | L120 | .50 hrs |
| 07/15/13 | LG | Correspondence regarding Business Unit's access to Complaints uploaded to the OMSO website | L120 | .60 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    14
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/15/13 | LG | Communications with Rust and client regarding question related to consumer relief implementation | L120 | .40 hrs |
| 07/15/13 | LG | Draft email to client ensuring client's processes comply with updated interpretations of metrics | L120 | .40 hrs |
| 07/15/13 | LG | Revise motion for summary judgment in order to incorporate additional information related to the affidavit | L210 | 1.80 hrs |
| 07/16/13 | LG | Prepare for call with cross servicer and IRG group regarding AG settlement and implementation issues | L120 | .20 hrs |
| 07/16/13 | LG | Call with cross servicer group regarding AG settlement and implementation issues | L120 | 1.00 hrs |
| 07/16/13 | LG | Meeting with the IRG to discuss proposed responses to Baker Tilly questions regarding a specific metric | L120 | .70 hrs |
| 07/16/13 | LG | Call with CA Monitor and cross servicer group to discuss AG settlement implementation | L120 | 1.10 hrs |
| 07/16/13 | LG | Analyze correspondence from IRG regarding potential metric testing issues | L120 | .40 hrs |
| 07/16/13 | LG | Revise letter to the monitor regarding the transfer of loans to REALServicing | L120 | .60 hrs |
| 07/16/13 | LG | Communications regarding revised letter to the monitor | L120 | .40 hrs |



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    15
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 07/16/13 | LG | Communications with Green Tree and Ocwen regarding notice to court | L120 | .40 | hrs |
| 07/16/13 | LG | Communications with Business Unit regarding specific issue in order to respond to questions from cross servicer group | L120 | .60 | hrs |
| 07/16/13 | LG | Meeting with Business Unit in order to prepare for upcoming consumer relief interview with BDO | L120 | .60 | hrs |
| 07/16/13 | ASI | Review and analyze issues relating to standing test questions for purposes of metric 1A1 testing | L650 | .40 | hrs |
| 07/16/13 | RRM | Review email from C.Miller with attachments for upcoming metric discussion | L120 | .70 | hrs |
| 07/16/13 | RRM | Multiple e-mail correspondence with Joe Smith and Bill Cherry on sampling and scheduling telephone conference call to discuss the same as to ongoing matters and follow up on same | L190 | .90 | hrs |
| 07/16/13 | RRM | Review of two letters to Monitor involving Green Tree transition to active monitoring and make comments for same | L650 | .80 | hrs |
| 07/16/13 | ACRA | Analyze issues related to upcoming testing of completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | 1.50 | hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    16
OCTOBER 11, 2013

OR0802-301220

FED ID NO. 63-0243316

| 07/17/13 | ACRA | Analyze issues related to upcoming testing of completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of National Mortgage Settlement | L120 | .80 hrs |
|---|---|---|---|---|
| 07/17/13 | RRM | Work with IRG on open items and Baker Tilly addressing outstanding issues | L190 | .80 hrs |
| 07/17/13 | RRM | Review notice from DDC with regard to Motion to Amend | L210 | .20 hrs |
| 07/17/13 | RRM | Draft e-mail to legal as to historic reasons of negotiation with AG/DOS and with Monitor for access to the system of record | L190 | .70 hrs |
| 07/17/13 | RRM | Review of multiple draft documents for Metric 3D | L320 | 1.40 hrs |
| 07/17/13 | RRM | Participate in cross-servicer call with regard to NSS and CFPB rules and 14 day foreclosure letter and extensive follow up on same | L120 | 2.60 hrs |
| 07/17/13 | RRM | Participate in telephone conference with IRG and BDO/Baker Tilly | L240B | .70 hrs |
| 07/17/13 | RRM | Extensive preparation for and short telephone conference with J.Smith, B.Cherry, T.Lendez and J.Goldmen and discussion regarding sampling size and potential future actions | L190 | 1.90 hrs |
| 07/17/13 | RRM | Participate in executive cross-servicer legal call and discussion regarding Metric 18 and Metric 20 | L190 | .90 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    17
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/17/13 | LG | Communications with third party vendor regarding statement of work for IRG testing | L120 | 1.10 hrs |
| 07/17/13 | LG | Prepare for communications with third party vendor regarding statement of work for IRG testing | L120 | .30 hrs |
| 07/17/13 | LG | Communications with cross servicer group and IRG regarding AG settlement testing and implementation issues | L120 | 1.00 hrs |
| 07/17/13 | LG | Communications with IRG regarding information and interpretations related to testing implementation and interpretation issues | L120 | 2.20 hrs |
| 07/17/13 | LG | Analyze materials circulated by cross servicer group regarding metric interpretation and implementation issues in order to respond to question from OMSO, BDO, Baker Tilly, and the cross servicer group | L120 | 1.30 hrs |
| 07/17/13 | LG | Prepare for meeting with IRG personnel regarding IRG's metric testing process | L120 | .80 hrs |
| 07/17/13 | LG | Meeting with IRG personnel and business unit regarding IRG testing practices and procedures | L120 | 1.40 hrs |
| 07/18/13 | LG | Draft notes regarding cross servicer communications and calls | L120 | .50 hrs |
| 07/18/13 | LG | Prepare for cross servicer executive call regarding AG settlement and implementation issues | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    18
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/18/13 | LG | Call with Green Tree, Monitor, and third party vendor regarding testing of Green Tree loans | L120 | 1.00 hrs |
| 07/18/13 | LG | Call with Baker Tilly responding to various questions regarding IRG testing | L120 | 1.10 hrs |
| 07/18/13 | LG | Research various issues in order to assist in responding to Baker Tilly inquiries | L120 | 2.10 hrs |
| 07/18/13 | LG | Cross servicer call discussing metric interpretation and implementation issues | L120 | 1.10 hrs |
| 07/18/13 | LG | Prepare for cross servicer call discussing updated metric implementation and interpretation issue | L120 | .40 hrs |
| 07/18/13 | LG | Communications with business unit regarding the meaning of specific codes related to loss mitigation appeals | L120 | .40 hrs |
| 07/18/13 | LG | Communications regarding motion adding Rescap as a party to consent judgment | L120 | .30 hrs |
| 07/18/13 | LG | Cross servicer executive call regarding various ag settlement implementation | L120 | 1.00 hrs |
| 07/18/13 | LG | Assist in preparing written response to Baker Tilly inquiries regarding various legal issues | L120 | .90 hrs |
| 07/18/13 | RRM | Participate in telephone conference with Estate, Clayton and Greentree as to statement of work | L240B | .90 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    19
OCTOBER 11, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/18/13 | RRM | Multiple email correspondence with OMSO with regard to substance and scheduling of conference with Greentree and OMSO | L240B | 3.70 hrs |
| 07/18/13 | RRM | Participate in cross-servicer legal call on multiple metric matters | L120 | 1.30 hrs |
| 07/18/13 | RRM | Review of underlying legislature review cited and attend telephone conference with Maine AG. | L650 | 1.20 hrs |
| 07/18/13 | RRM | Extended telephone conference with legal representatives of sources on multiple open matters | L190 | 1.00 hrs |
| 07/18/13 | RRM | Extensive work with IRG in meeting in Dallas on multiple metrics and evidencing and responding to Baker Tilly's requests | L190 | 4.20 hrs |
| 07/18/13 | ACRA | Analyze issues related to upcoming testing of completeness of Consumer Relief obligations pursuant to Exhibit I of the National Mortgage Settlement | L120 | 1.10 hrs |
| 07/19/13 | RRM | Extensive preparation for and short telephone conference with Monitor, BDO, Greentree and Clayton with regard to upcoming meeting in MN on August 15 and questions on sampling methodology | L120 | 1.30 hrs |
| 07/19/13 | RRM | Telephone conference with D.Cunningham on follow up conversation with Clayton | L240B | .30 hrs |
| 07/19/13 | RRM | Telephone conference with A.Gibbons with Clayton as to additional concerns on presentation and compliance | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

| | | | | |
|---|---|---|---|---|
| 07/19/13 | RRM | Multiple e-mail correspondence with BDO and Russ Fowlie on Consumer Relief Interview in New York on July 29, 2013 | L190 | .50 hrs |
| 07/19/13 | RRM | Multiple e-mail correspondence with business on metrics 32 and 33 and extensive work around October 2013 start date and correspondence around evidence of specific documents for compliance under AG/DOJ | L190 | 2.10 hrs |
| 07/19/13 | CSM | Prepare for and participate in cross-servicer group legal touchpoint call regarding testing issues related to Metrics 10, 19 and 23 | P280 | 1.00 hrs |
| 07/19/13 | LG | Meetings with IRG and Business Unit to discuss testing policies and procedures in order to respond to questions raised as part of IRG testing | L120 | 4.60 hrs |
| 07/19/13 | LG | Prepare for meeting with IRG testers and leadership in order to address issues raised as part of testing | L120 | 1.40 hrs |
| 07/19/13 | LG | Meetings with IRG testers to discuss questions related to IRG testing | L120 | .90 hrs |
| 07/19/13 | LG | Draft notes from meetings with IRG testers in preparation for further discussion of testing process | L120 | .60 hrs |
| 07/22/13 | LG | Servicing standards weekly update call regarding developments in servicer standard testing and implementation | L120 | .50 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    21
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/22/13 | LG | Draft preparation materials for servicer in advance of consumer relief interview with primary professional firm | L120 | 1.80 hrs |
| 07/22/13 | LG | Redact certain information servicer considered providing to the Monitor to support one of its business processes | L120 | .80 hrs |
| 07/22/13 | LG | Draft email to servicer requesting certain information so that servicer can adequately respond to questions from the cross servicer call | L120 | .70 hrs |
| 07/22/13 | LG | Draft initial responses to Baker Tilly open items/questions in advance of standing weekly call with Baker Tilly | L120 | 1.80 hrs |
| 07/22/13 | CSM | Prepare for and attend conference call with J.Madsen, R.Fowlie and others regarding metric testing protocols and progress | P280 | .60 hrs |
| 07/22/13 | CSM | Review email from N.Van Winkle outlining protocol for mailing of three-day loan modification document receipt acknowledgment consistent with Metric 19 | P280 | .10 hrs |
| 07/22/13 | RRM | Review e-mail from Josh Stein, WAM OMSN, in requesting move to Motion on Executive Office Complaints and respond to same | L650 | .50 hrs |
| 07/22/13 | RRM | Multiple email correspondence with Bill Satchell with regard to second request on revisions to documents sent to OMSO that impact the Estate and review response to same and review the revised attachments | L190 | .60 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    22
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| 07/22/13 | RRM | Review multiple emails by request from OMSO for a meeting in Raleigh August 19 and 20 and work on list for agenda and outstanding issues | L650 | .60 hrs |
| 07/22/13 | ACRA | Analyze issues related to three day acknowledgement letter required by Servicing Standards set forth by National Mortgage Settlement raised during cross servicer call | L120 | .40 hrs |
| 07/22/13 | ACRA | Analyze issues related to upcoming testing of completeness of Consumer Relief obligations pursuant to Exhibit I of the National Mortgage Settlement | L120 | .40 hrs |
| 07/23/13 | RRM | Review multiple emails from Heather Buss with Baker Tilly on requesting additional information and elective data issues and follow up on same | L650 | .80 hrs |
| 07/23/13 | RRM | Review of multiple emails from cross servicer legal group with regard to Dual Track power points and subsequent discussion regarding Metrics 32 and 33 | L650 | .90 hrs |
| 07/23/13 | RRM | Review notes on crossing services call related to Metric 30 ADRL letter, Metric 10, Metric 21 and 28 and follow up on 30 and 10 | L650 | .70 hrs |
| 07/23/13 | CSM | Emails with M.Smoot seeking evidence to support overturning tentative failure of file under Metric 1A, Test Question 1 | P280 | .10 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    23
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/23/13 | LG | Analyze correspondence regarding service released loans and the impact of that release on IRG testing | L120 | .30 hrs |
| 07/23/13 | LG | Draft notes for IRG and Business Unit regarding results of cross servicer AG settlement implementation call | L120 | .30 hrs |
| 07/23/13 | LG | Communications regarding upcoming consumer relief interview | L120 | .10 hrs |
| 07/23/13 | LG | Discuss servicerÆs response to BDO regarding proposed sampling approach | L120 | .30 hrs |
| 07/23/13 | LG | Call with the cross servicer group regarding metric testing and implementation issues | L120 | 1.10 hrs |
| 07/23/13 | LG | Prepare for cross servicer call regarding metric implementation and testing issues | L120 | .40 hrs |
| 07/23/13 | LG | Meeting with the IRG regarding proposed alterations to certain metrics in order to incorporate Baker TillyÆs feedback on those metrics | L120 | 1.60 hrs |
| 07/24/13 | LG | Prepare for call with cross servicer group regarding implementation of certain metrics | L120 | .30 hrs |
| 07/24/13 | LG | Call with the cross servicer group regarding the implantation of certain Settlement testing metrics | L120 | .80 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    24
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| 07/24/13 | LG | Weekly call with the professional firm regarding outstanding questions related to the firmÆs verification of IRG testing processes and procedures | L120 | .80 hrs |
|----------|-----|-----|------|---------|
| 07/24/13 | LG | Meetings with IRG personnel regarding responses to upcoming call with secondary professional firm | L120 | 2.30 hrs |
| 07/24/13 | LG | Draft talking points for pending call with secondary professional firm regarding various metric testing issues | L120 | .90 hrs |
| 07/24/13 | LG | Communications with Business Unit regarding OMSO's proposed testing procedure for certain metrics | L120 | .30 hrs |
| 07/24/13 | LG | Begin analyzing document from OMSO raising several questions related to the IRG's testing procedures and methods | L120 | 1.10 hrs |
| 07/24/13 | LG | Analyze Fannie Mae directives and conflicts document in order to respond to OMSO testing questions | L120 | .90 hrs |
| 07/24/13 | ASI | Review and analyze IA testing issues raised by IRG work group, including communicating with A.Olson and D.Stanley about operational process relating to confirmation of testing note endorsements | C300 | 2.70 hrs |
| 07/24/13 | CLHA | Analyze bankruptcy testing issues associated with AG settlement comp | L120 | .40 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    25
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/24/13 | RRM | Review e-mail from David Dreyfus, with OMSO, as to concerns on testing with metrics 19,21,27,and 29 and respond to same and then follow up on same and continue work in preparation for upcoming call | L650 | 1.70 hrs |
| 07/24/13 | RRM | Review e-mail from Atul Malhorta with multiple attachments focusing on Metrics 30 and comment letters to CFPB and review and analyzes of same | L650 | .70 hrs |
| 07/24/13 | RRM | Review multiple emails from cross-servicer legal group and additional executive office complaint and strategy going forward | L650 | .50 hrs |
| 07/25/13 | RRM | Review multiple emails regarding Metric 10 and to research on BIC as to date of dismissal, discharge or granting of relief and Motions to Deem Cure of Final Payment are included and more research on same | L650 | .70 hrs |
| 07/25/13 | RRM | Review e-mail from Charlene Miller with multiple attachments on Metrics 20, Metric 10 and overview | L650 | .60 hrs |
| 07/25/13 | RRM | Review multiple emails from cross-servicer legal group with regard to alleged MA violations | L650 | .40 hrs |
| 07/25/13 | RRM | Multiple e-mail correspondence with Megan Jarboe regarding the upcoming servicer conference only | L190 | .40 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
#### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    26
OCTOBER 11, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/25/13 | CSM | Emails with cross-servicer group regarding form of scorecards provided by ResCap to secondary professional firm per Metric 19 | P280 | .20 hrs |
| 07/25/13 | CSM | Review cross-servicer group emails regarding group alignment on testing protocols | P280 | .30 hrs |
| 07/25/13 | CLHA | Analyze bankruptcy reconciliation metrics, templates and supporting materials, as well as AG consent judgment, bankruptcy rules, and interpretive case law, in connection with monitor questions | L120 | 4.30 hrs |
| 07/25/13 | LG | Communications with servicer regarding servicer's consumer relief process in preparation for interview with BDO regarding the same | L120 | .70 hrs |
| 07/25/13 | LG | Meetings with the IRG in preparation to respond to various requests for information on various metrics from the monitor | L120 | 2.80 hrs |
| 07/25/13 | LG | Review and analyze IRG population pulls in preparation to provide the monitor with certain information related to the IRGÆs testing population | L120 | .90 hrs |
| 07/25/13 | LG | Cross servicer call discussing various metric implementation and testing issues | L120 | 1.10 hrs |
| 07/25/13 | LG | Prepare for cross servicer call discussing various metric testing and implementation issues | L120 | .30 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    27
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| 07/25/13 | LG | Communications regarding the servicer's bankruptcy reconciliation process in preparation to respond to the monitor regarding the IRG's testing of this process | L120 | .40 hrs |
|---|---|---|---|---|
| 07/25/13 | LG | Begin drafting memorandum responding to OMSO questions regarding the IRG's testing process for certain metrics | L120 | 1.30 hrs |
| 07/26/13 | LG | Transmit letter to the monitor regarding Green Tree testing methodology | L120 | .20 hrs |
| 07/26/13 | LG | Transmit letter to the monitor regarding the transfer of loans to REALServicing | L120 | .20 hrs |
| 07/26/13 | LG | Draft comments regarding servicer's consumer complaint process in order to respond to questions from the Monitor | L120 | .60 hrs |
| 07/26/13 | LG | Communications with Green Tree and the Monitor regarding upcoming meeting to discuss Green Tree testing | L120 | .30 hrs |
| 07/26/13 | LG | Communications with OMSO regarding upcoming call to discuss several IRG testing issues | L120 | .40 hrs |
| 07/26/13 | LG | Communications regarding the servicer's response to a request to share certain documents with the Monitor | L120 | .60 hrs |
| 07/26/13 | LG | Prepare for call with Ocwen regarding its bankruptcy reconciliation process to respond to comments from the Monitor | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     28
OCTOBER 11, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/26/13 | LG | Call with the client regarding its bankruptcy reconciliation process in order to respond to questions from the Monitor | L120 | .50 hrs |
| 07/26/13 | LG | Cross servicer legal call discussing various settlement related issues | L120 | 1.10 hrs |
| 07/26/13 | LG | Draft notes from cross servicer legal call to distribute to servicer personnel and IRG | L120 | .30 hrs |
| 07/26/13 | LG | Communications with servicer and Ocwen business representative in preparation for upcoming meeting in New York regarding servicerÆs consumer relief efforts | L120 | .50 hrs |
| 07/26/13 | LG | Communications with Rescap Estate regarding IRG testing population and method for defining the consumer relief testing population | L120 | .40 hrs |
| 07/26/13 | LG | Draft notes summarizing the cross servicer groups response to OMSO comments on certain metrics | L120 | .80 hrs |
| 07/26/13 | LG | Analyze population criteria documents in order to provide additional information regarding metric populations to Baker Tilly | L120 | .50 hrs |
| 07/26/13 | CLHA | Prepare for and participate in call with MERS co-counsel Monitor's questions about bankruptcy reconciliation process under AG settlement | L120 | 1.10 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    29
OCTOBER 11, 2013

OR0802-301220

FED ID NO. 63-0243316

| 07/26/13 | RRM | Review e-mail from Shelley Heidebrecht with regard to updated testing and review of attachments | L650 | .10 hrs |
| 07/26/13 | RRM | Extensive telephone conference call with Vikki Kichl at Citi with regard to meeting with HUD on NPI/PII issues being raised by AGS and discussion on new ways to address the same | L190 | .60 hrs |
| 07/26/13 | RRM | Multiple e-mail correspondence with Darrell Greyfus with OMSO on follow up conference with Metric 19,21,27,and 29 and continue to follow up on same | L650 | 2.10 hrs |
| 07/26/13 | CWH | Review and analyze issues with the A.Barham Audit and monitor's request for same | L120 | .30 hrs |
| 07/28/13 | RRM | Draft e-mail to Executive Cross-servicer term with regard to providing notice to OMSO with regard to delays by monitoring committee on reviewing new proposal metrics and outline risks and the impacts for continued delay | L190 | .70 hrs |
| 07/29/13 | RRM | Prepare for upcoming meeting with BDO/OMSO and review of notebook including consumer relief questions, draft responses to Monitor's Interim Certificate, EXD, and EX I, McDash Analytic's for subordinate lien meeting, draft documents for SPOC and LPS Industry lien and outline additional steps for meeting | L190 | 4.80 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     30
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/29/13 | RRM | Travel and meet with Russ Fowlie and preparation for upcoming consumer relief interview and subsequent meeting with BDO in New York | L190 | 5.60 hrs |
| 07/29/13 | RRM | Consumer Relief Interview by BDO/ OMSO and Russ Fowlie | L602 | 2.10 hrs |
| 07/29/13 | CWH | Review and revise portions of script for 1A metric testing to simply the steps and rely on Looking Glass and record servicing system | L120 | .30 hrs |
| 07/29/13 | CSM | Review and analyze issues relating to validation of evidence of note possession used to support passage of files under Metric 1A, Test Question 1 | P280 | .90 hrs |
| 07/29/13 | LG | Communications with the IRG discussing the IRGÆs response to various metric related questions | L120 | 1.30 hrs |
| 07/29/13 | LG | Draft memorandum responding to various issues raised by Baker Tilly and BDO during their review of IRG metrics testing | L120 | 2.40 hrs |
| 07/29/13 | LG | Communications with Green Tree and Ocwen regarding motion to the court acknowledging sale | L120 | .20 hrs |
| 07/29/13 | LG | Draft weekly update regarding various AG settlement implementation issues | L120 | .40 hrs |
| 07/29/13 | LG | Communications with IRG regarding status of remaining Exhibit I testing | L120 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    31
OCTOBER 11, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/29/13 | LG | Begin analyzing specific issue regarding certain metric issues in response to questions from Baker Tilly | L120 | .70 hrs |
| 07/30/13 | LG | Communications with IRG personnel regarding their testing process in preparation for upcoming call with the Monitor and his professionals regarding metrics testing | L120 | 2.20 hrs |
| 07/30/13 | LG | Communications with the Monitor and his professionals regarding questions related to the IRG's metric testing processes | L120 | 1.60 hrs |
| 07/30/13 | LG | Analyze revised IRG test script to ensure revisions comply with feedback from OMSO and testing professionals | L120 | .50 hrs |
| 07/30/13 | LG | Prepare for call with the Monitor regarding loan level questions related to two metrics | L120 | .40 hrs |
| 07/30/13 | LG | Call with the Monitor regarding loan level questions related to two metrics | L120 | 1.20 hrs |
| 07/30/13 | LG | Analyze and begin drafting response to question from Baker Tilly regarding specific metric issues | L120 | .60 hrs |
| 07/30/13 | LG | Call with Rescap Estate regarding various AG settlement implementation issues | L120 | .40 hrs |
| 07/30/13 | LG | Call with cross servicer group regarding metric testing and AG settlement implementation issues | L120 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    32
OCTOBER 11, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/30/13 | LG | Call with cross servicer executive group regarding upcoming meeting with Monitor and AG Settlement implementation issues | L120 | .70 hrs |
| 07/30/13 | LG | Communications with personnel regarding force placed insurance policies and practices | L120 | .40 hrs |
| 07/30/13 | LG | Draft presentation to the monitor and his professionals responding to questions regarding AG metrics testing issues | L120 | 1.30 hrs |
| 07/30/13 | LG | Revise presentation to the Monitor AG metrics testing issues | L120 | .30 hrs |
| 07/30/13 | ACRA | Analyze issues related to upcoming testing of completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | 1.00 hrs |
| 07/30/13 | RRM | Extensive preparation for and subsequent telephone conversation with OMSO, BDO and Baker Tilly with regards to Metrics 19,21,27,and 29 | L190 | 2.80 hrs |
| 07/30/13 | CSM | Conference with E.Getzen regarding validation of evidence of note possession used to support passage of files under Metric 1A, Test Question 1 | P280 | 2.60 hrs |
| 07/31/13 | CSM | Emails with A.Fleitas regarding availability of evidence of original note possession to support Metric 1A testing | P280 | .10 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    33
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/31/13 | CSM | Outline Test Question 1 section of Metric 1A test script to key test for note possession to information accessible through IRM | P280 | .80 hrs |
| 07/31/13 | CSM | Conferences with T.Getzen and A.Fleitas regarding availability of evidence of original note possession to support Metric 1A testing | P280 | 1.20 hrs |
| 07/31/13 | CSM | Conference with E.Getzen regarding evidence needed to overturn files tentatively failed under Metric 1A Test Question 1 | P280 | .60 hrs |
| 07/31/13 | CSM | Revise Test Question 1 section of Metric 1A script to test evidence of note possession based on information accessible through IRM | P280 | .90 hrs |
| 07/31/13 | RRM | Telephone conference call with Paul Koches and Tim Hayes with regard to potential settlement and follow up on same | L160 | .80 hrs |
| 07/31/13 | RRM | Prepare for and subsequent telephone conference call with OMSO and cross-servicer executive group on timing of events on implementation of new metrics | L650 | .70 hrs |
| 07/31/13 | RRM | Continue work on prior metric clarifications requested by OMSO and BDO and subsequent meetings and work with IRG and business groups on same | L650 | 3.70 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    34
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/31/13 | ACRA | Analyze issues related to testing of completeness of Consumer Relief solicitation requirements set forth in Exhibit I of the National Mortgage Settlement | L120 | .70 hrs |
| 07/31/13 | RMC | Research Reg AB and convey results | L120 | .60 hrs |
| 07/31/13 | LG | Meetings with IRG to discuss issues related to specific metrics in order to accurately respond to questions from Baker Tilly | L120 | 2.90 hrs |
| 07/31/13 | LG | Analysis of documents requested by the Monitor and whether the servicer should provide the requested documents | L120 | .50 hrs |
| 07/31/13 | LG | Cross servicer call with the monitor regarding settlement implementation and testing issues | L120 | .40 hrs |
| 07/31/13 | LG | Draft email to professional firm responding to questions surrounding servicers duplicate testing procedures | L120 | .30 hrs |
| 07/31/13 | LG | Validate and transmit February Executive Office Complaints | L120 | .30 hrs |
| 07/31/13 | LG | Analyze responses to secondary professionals in order to respond to determine population for response to a certain metric | L120 | 1.10 hrs |
| 07/31/13 | LG | Meeting with GSE contact in order to discuss conflicts between GSE guidelines and the servicing standards | L120 | .50 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    35
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| 08/01/13 | LG | Cross servicer call discussing AG metric implementation issues | L120 | 1.30 hrs |
|---|---|---|---|---|
| 08/01/13 | LG | Communications with the cross servicer legal team regarding legal issues surrounding AG settlement implementation and testing | L120 | 1.20 hrs |
| 08/01/13 | LG | Analyze Fannie Mae guide in order to respond to conflicts between the guide and the servicing standards | L120 | 2.20 hrs |
| 08/01/13 | LG | Communications regarding the proposed cross servicer testing protocol for a specific metric | L120 | .30 hrs |
| 08/01/13 | LG | Communications regarding the importance of the noncontrollables list for metrics testing | L120 | .20 hrs |
| 08/01/13 | RRM | Multiple meetings with IRG going over Metric 2,2B for incorrect modification denial and subsequent additional documentation in preparation for upcoming Webex with Baker Tilly | L190 | 1.90 hrs |
| 08/01/13 | RRM | Participate in Webex with Baker Tilly on multiple metric questions | L190 | .90 hrs |
| 08/01/13 | RRM | Preparation for and subsequent telephone conference with business in regards to AOIS and potential paths of submission and multiple practices | L190 | 1.30 hrs |
| 08/01/13 | RRM | Review e-mail from Charlene Miller with multiple attachments and initial review of same | L650 | .80 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    36
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/01/13 | RRM | Participate in cross-servicer IRG and legal call with regard to clarification on Metric 10 and non-controllable's and follow up meeting and work with IRG | L190 | 1.70 hrs |
| 08/01/13 | RRM | Review multiple emails from Lauren Delehey and review of POC filed by MAAG and then contact MAAG, leave detailed message and send follow up e-mail to Lauren Delehey | L650 | .60 hrs |
| 08/01/13 | CSM | Participate in conference call with L.DeSilva and others regarding protocols for presenting escrow advances in affidavits of indebtedness | P280 | .50 hrs |
| 08/01/13 | ACRA | Analyze issues related to testing of upcoming testing of completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | 4.50 hrs |
| 08/02/13 | ACRA | Meet with members of internal review group to discuss testing script for completeness of Consumer Relief solicitation requirements | L120 | 2.00 hrs |
| 08/02/13 | ACRA | Meet with business team members and internal review group members to discuss issues related to test script for upcoming testing of the completeness of the Consumer Relief solicitation requirements | L120 | 2.70 hrs |
| 08/02/13 | RRM | Multiple emails with Dave Cunningham and subsequent telephone conference call with DOJ on SCRA buys to DMDC | L190 | .50 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    37
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 08/02/13 | RRM | Preparation for and subsequent telephone conference call with OMSO and cross servicer group on Metrics 32,33,31 and 30 and extra follow up work and request by monitoring committee for meeting on definition of "initial" application and extensive follow up work on outstanding issues | L190 | 5.30 hrs |
| 08/02/13 | LG | Analyze final version of consumer relief script in preparation for consumer relief testing | L120 | 1.50 hrs |
| 08/02/13 | LG | Meeting with the Business Unit to discuss final version of consumer relief script in preparation for consumer relief solicitation testing | L120 | 3.20 hrs |
| 08/02/13 | LG | Cross servicer call with OMSO discussing settlement testing and implementation | L120 | 1.30 hrs |
| 08/03/13 | LG | Analyze proposed servicer responses to short sale questions/issues raised by Baker Tilly | L120 | .80 hrs |
| 08/05/13 | LG | Communications regarding the servicer's sample calculator and sampling methodology | L120 | .30 hrs |
| 08/05/13 | LG | Communications regarding various AG settlement metric implementation issues including additional documentation to support the servicer's position with regard to ACH payments | L120 | 1.10 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    38
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/05/13 | LG | Communications with the servicer and IRG regarding settlement implementation issues that arose during the prior week | L120 | 1.20 hrs |
| 08/05/13 | LG | Communications with the cross servicer legal group regarding legal issues associated with the servicer's implementation and testing of the AG settlement | L120 | 1.30 hrs |
| 08/05/13 | RRM | Preparation for and subsequent telephone conference with J.Madsen, G.Shannon and IRG regarding continuing revisions of metric changes | L120 | .90 hrs |
| 08/05/13 | RRM | Review multiple emails regarding carve out on plan and two subsequent calls on same with Debtor, Ally and DOJ | L120 | 2.80 hrs |
| 08/05/13 | RRM | Review email from A.Gibbons with attached 25 page PowerPoint | L120 | .80 hrs |
| 08/05/13 | RRM | Prepare for and participate in subsequent telephone conference with D.Cunningham and Clayton | L190 | 1.00 hrs |
| 08/05/13 | RRM | Multiple emails with D.Cunningham on SCRA pull issues | L190 | .40 hrs |
| 08/05/13 | RRM | Extensive preparation for and subsequent telephone conference with cross-servicer legal group with regard to MAAG, executive office complaints, and upcoming issues on Metric 30 | L120 | 3.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    39
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/05/13 | RRM | Telephone call to J.Lowe at MAAG and left message with same with regard to GMAC/ResCap POC and requested a telephone conference and drafted subsequent email to L.Delehey regarding same | L190 | .40 hrs |
| 08/05/13 | CWH | Review and analyze issues with short sale metric tests and Baker Tilly's questions about same | L120 | .90 hrs |
| 08/05/13 | ACRA | Analyze issues related to continuing obligations of ResCap Estate with regard to the National Mortgage Settlement and related issues with indemnification provision of the asset purchase agreement | L120 | .60 hrs |
| 08/05/13 | CSM | Participate in cross-servicer group legal touchpoint call regarding metrics testing issues | P280 | 1.30 hrs |
| 08/05/13 | CSM | Participate in weekly servicing standards update call with J.Madsen, R.Fowlie and others | P280 | .70 hrs |
| 08/06/13 | CSM | Review and analyze Metric 10 clarifications and additions memorandum drafted by counsel for Wells Fargo and Bank of America | P280 | .30 hrs |
| 08/06/13 | RRM | Participate in phone call with L.Delehey and B.Thompson on MAAG POC and then follow up call with MA AG | L190 | .70 hrs |
| 08/06/13 | LG | Cross servicer call regarding various AG testing and implementation issues | L120 | 1.30 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    40
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/06/13 | LG | Communications with the servicer regarding proposed testing differences for various metrics | L120 | .60 hrs |
| 08/06/13 | LG | Draft communications summarizing the monitor's proposed testing definitions and changes and the degree to which the servicer needs to alter its practices to comply with those changes | L120 | .90 hrs |
| 08/06/13 | LG | Communications with bankruptcy counsel regarding the servicer's implementation of certain bankruptcy related metrics | L120 | .50 hrs |
| 08/06/13 | LG | Analyze various documents related to the new proposed metrics in preparation to discuss the implementation of those metrics with the Business Unit | L120 | .30 hrs |
| 08/06/13 | CLHA | Continued work on issues related to monitor's questions on AG Settlement compliance with respect to bankruptcy | L120 | 3.80 hrs |
| 08/06/13 | LG | Analyze communications from the monitor regarding questions associated with the servicer's settlement implementation and testing | L120 | .30 hrs |
| 08/07/13 | LG | Communications regarding the implementation of proposed Metric 30 | L120 | 1.10 hrs |
| 08/07/13 | LG | Communications with the Business Unit and IRG in preparation to respond to questions from the Monitor regarding the servicer's AG implementation and testing procedures | L120 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    41
OCTOBER 11, 2013

OR0802-301220

FED ID NO. 63-0243316

| 08/07/13 | LG | Prepare presentation for call with the monitor regarding various issues related to the servicer's implementation and testing of various metrics | L120 | 1.50 hrs |
| 08/07/13 | LG | Analyze policy and procedure metrics in order to provide opinion as to which metrics are annual | L120 | .40 hrs |
| 08/07/13 | LG | Communications with the cross servicer group regarding the proper testing methodology for a specific metric | L120 | .60 hrs |
| 08/07/13 | RRM | Review email from A.Malhotra attaching draft of Metrics 30 and 31 from Monitoring Committee and make initial comments on same | L140 | .80 hrs |
| 08/07/13 | RRM | Participate in cross-servicer telephone conference with legal and IRG on new Monitoring Committee Metrics | L120 | 1.10 hrs |
| 08/07/13 | RRM | Participate in cross-servicer executive call on Metrics 30 and 31 | L120 | .60 hrs |
| 08/07/13 | RRM | Telephone conference with J.Lowe on MAAG POC and discussion of same and agree to follow up | L120 | .50 hrs |
| 08/07/13 | RRM | Extensive preparation with J.Bordelon and E.Watson with the IRG and with regard to Metric 19, 21, 27, 29 and discussion regarding Metric 25 and additional preparation for upcoming call with OMSO, BDO and Baker Tilly | L190 | 4.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    42
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 08/07/13 | CSM | Review and respond to IRG inquiry regarding use of 14-day pre-referral letter process to support Metric 1A standing testing | P280 | .30 hrs |
| 08/08/13 | RRM | Review email from C.Miller with documents for upcoming cross-servicer testing call and review of same | L120 | .50 hrs |
| 08/08/13 | RRM | Participate in cross-servicer call with IRG | L190 | .40 hrs |
| 08/08/13 | RRM | Extensive preparation for upcoming call on Metric 30 with Monitoring Committee and outline multiple issues | L240B | 2.10 hrs |
| 08/08/13 | RRM | Extended telephone conference with Monitoring Committee including IL, CA, MI, OK, OH, WA, DOJ and HUD with regard to proposed Metric 30 and background and discussion with regard to definition of "initial" borrower package and detailed discussion of loss mitigation list | L110 | 1.70 hrs |
| 08/08/13 | RRM | Extended telephone conference with legal representatives with regard to feedback from meeting with Monitoring Committee | L120 | 1.30 hrs |
| 08/08/13 | RRM | Extensive follow up work on a re-write of both Metric 19 and proposed Metric 30 | L120 | 1.40 hrs |
| 08/08/13 | RRM | Review voicemail, subsequent email and telephone call with N.Ornstein with Kirkland and Ellis, counsel for Ally, with regard to issues with DOJ civil rights bump | L240B | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    43
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/08/13 | CLHA | Analyze client questions related to implementation of servicing standards related to short sales in bankruptcy, conduct legal research on issue, and prepare short memo providing analysis and recommendations | L120 | 3.30 hrs |
| 08/08/13 | LG | Call with the Monitoring Committee regarding a proposed new metric | L120 | .90 hrs |
| 08/08/13 | LG | Communications with the servicer in preparation for call with Baker Tilly regarding specific loan level questions | L120 | .90 hrs |
| 08/08/13 | LG | Webex with Baker Tilly responding to questions related to a specific metric | L120 | .70 hrs |
| 08/08/13 | LG | Communications with cross servicer group preparing for upcoming call with OMSO related to various metric testing and AG implementation issues | L120 | 2.20 hrs |
| 08/08/13 | LG | Analyze Metric 10 document setting forth testing procedures and processes | L120 | 1.60 hrs |
| 08/08/13 | LG | Analyze OMSO memo setting forth alleged discrepancies in the servicers' testing procedures | L120 | 2.20 hrs |
| 08/08/13 | LG | Analyze the Monitoring Committee's proposed version of a new metric in preparation for call with the Monitoring Committee | L120 | 1.10 hrs |
| 08/09/13 | LG | Call with the IRG and servicer discussing the Monitoring Committee's new metric proposal | L120 | .60 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    44
OCTOBER 11, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 08/09/13 | LG | Draft timeliness certifications and non-metric servicing standard attestations for the servicer to execute | L120 | 3.10 | hrs |
| 08/09/13 | LG | Draft email to client regarding sharing certain documentation in order to respond to questions from the Monitor regarding a specific metric | L120 | .40 | hrs |
| 08/09/13 | LG | Prepare and edit draft agenda for upcoming meeting with OMSO to discuss Green Tree's involvement in the AG Settlement | L120 | .20 | hrs |
| 08/09/13 | LG | Begin preparing information for upcoming meeting with OMSO related to Green Tree's settlement implementation | L120 | 1.40 | hrs |
| 08/09/13 | LG | Communications regarding cross servicer legal standing memorandum | L120 | .20 | hrs |
| 08/09/13 | RRM | Participate in telephone conference with cross-servicer group in preparation for meeting on 19th and 20th in North Carolina | L190 | 1.10 | hrs |
| 08/09/13 | RRM | Review of new 13 changes to proposed metrics and prepare for upcoming call with cross-servicer | L190 | 1.80 | hrs |
| 08/09/13 | ACRA | Analyze and review documents related to upcoming testing of completeness of Consumer Relief solicitation requirements as set forth in Exhibit I of the National Mortgage Settlement | L120 | .60 | hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    45
OCTOBER 11, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/09/13 | ACRA | Discuss final definition template, witness template, and testing outline with the monitor and external auditors | L120 | .30 hrs |
| 08/11/13 | CWH | Review and revise script for 5B test on Fiserve sides | L110 | .50 hrs |
| 08/12/13 | CWH | Discuss edits to 5B test with E.Getzen | L110 | .30 hrs |
| 08/12/13 | CWH | Discussion with E.Getzen regarding Metric 1A and lookback over prior tests conducted | L110 | .40 hrs |
| 08/12/13 | ACRA | Teleconference with bankruptcy attorneys and attorneys for unsecured creditors to discuss remaining obligations pursuant to the National Mortgage Settlement | L120 | .50 hrs |
| 08/12/13 | ACRA | Analyze issues related to remaining obligations pursuant to National Mortgage Settlement and the effect on confirmation of bankruptcy plan | L120 | .50 hrs |
| 08/12/13 | ACRA | Analyze issues related to upcoming testing of completeness of Consumer Relief solicitation obligations pursuant to Exhibit I of the National Mortgage Settlement and discuss the same with members of the internal review group | L120 | 1.00 hrs |
| 08/12/13 | CSM | Review form of Metric 25 waiver letters | P280 | .20 hrs |
| 08/12/13 | CSM | Participate in cross-servicer group legal touchpoint call regarding metrics testing issues | P280 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    46
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| 08/12/13 | CWH | Work onsite with IRG, day included multiple meetings with E.DeSilva, J.Bordelon, and others to discuss issues with testing for loan modification and short sale metrics, and develop responses to Baker Tilly's questions regarding same | L120 | 3.10 hrs |
| 08/12/13 | CSM | Emails with E.Getzen regarding form of Metric 25 waiver letters | C300 | .20 hrs |
| 08/12/13 | RRM | Extensive preparation for and subsequent telephone conference with UCC counsel on outstanding issues | L120 | .90 hrs |
| 08/12/13 | RRM | Review email from E.Doli with regard to multiple attachments for legal servicer call | L190 | .70 hrs |
| 08/12/13 | RRM | Preparation for and subsequent telephone conference with legal servicer and extended work and discussion on Metric 20 and non-controllables | L240B | 1.60 hrs |
| 08/12/13 | LG | Cross servicer call discussing legal issues related to settlement implementation and testing | L120 | 1.20 hrs |
| 08/12/13 | LG | Respond to questions regarding the servicer's non-metric business attestations and timeliness certifications | L120 | .60 hrs |
| 08/12/13 | LG | Analyze flat file provided by the business and used by the IRG to complete its consumer relief testing | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    47
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/12/13 | LG | Continue preparing materials for upcoming meeting with OMSO regarding Green Tree's participation in the AG settlement | L120 | .80 hrs |
| 08/12/13 | LG | Communications regarding a specific borrower's eligibility for consumer relief | L120 | .20 hrs |
| 08/12/13 | LG | Communications with the Servicer regarding developments related to AG testing and implementation during the prior week | L120 | 1.10 hrs |
| 08/13/13 | LG | Draft talking points for IRG interview and meeting with OMSO regarding the Estate and Green Tree's role in IRG testing | L120 | 1.80 hrs |
| 08/13/13 | LG | Cross servicer call regarding metric testing and implementation | L120 | 1.30 hrs |
| 08/13/13 | LG | Draft email regarding status of motion submitting Green Tree and Ocwen to the Court's jurisdiction | L120 | .30 hrs |
| 08/13/13 | MPE | Research dockets and public records for 7 cases to determine whether file had a litigation history to assist with resolution of issues with Metric 1A documentation and testing and the testing for loan modification and short sale metrics | L110 | 3.10 hrs |
| 08/13/13 | RRM | Participate in cross-servicer and metric workshop | L190 | 1.20 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    48
OCTOBER 11, 2013

0R0802-301220

FED ID NO, 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/13/13 | RRM | Extensive work throughout the day on revisions to new revisions to Metrics and multiple telephone conferences related to same | L240B | 5.40 hrs |
| 08/13/13 | RRM | Extensive telephone conference with OMSO with regard to agenda and outstanding issues on consumer relief | L190 | 1.80 hrs |
| 08/13/13 | CWH | Work onsite with IRG, day included multiple meetings with E.DeSilva and others from IRG Management to discuss issues with Metric 1A documentation and testing and the testing for loan modification and short sale metrics; review and analyze loan documents for five loans for Metric 1A testing and develop legal opinions for submission to Baker Tilly on same | L120 | 8.90 hrs |
| 08/13/13 | ACRA | Teleconference with business and internal review group to discuss issues related to hold v. close/bill matrix and issues related to evidencing request to attorneys to hold or close/bill | L120 | .50 hrs |
| 08/13/13 | ACRA | Revise memo describing remaining obligations of servicer pursuant to National Mortgage Settlement | L120 | 1.20 hrs |
| 08/13/13 | ACU | Attend cross service teleconference and take notes. | L120 | 1.00 hrs |
| 08/14/13 | ACRA | Discuss memo detailing remaining obligations pursuant to the National Mortgage Settlement with bankruptcy counsel and counsel for unsecured creditors committee | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    49
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/14/13 | CWH | Work onsite with IRG, day included multiple meetings with J.Bordelon and E.Getzen from IRG Management to discuss issues with Metric 1A documentation and testing. | L120 | 4.90 hrs |
| 08/14/13 | CWH | Review and analyze issues with Pennsylvania counsel and what they are using to establish standing (Metric 1A) and discuss same with S.Shah-Jani | L120 | 1.10 hrs |
| 08/14/13 | CWH | Review and analyze loan documents for five loans for Metric 1A testing and develop legal opinions for submission to Baker Tilly on same. | L120 | 1.80 hrs |
| 08/14/13 | RRM | Extensive preparations for upcoming meeting with GreenTree, Clayton and OMSO and work on talking points for internal discussion | L120 | 4.90 hrs |
| 08/14/13 | RRM | Meeting with Clayton, GreenTree, and T.Hamzehpour in preparing for upcoming meeting with OMSO and follow up on same | L190 | 2.40 hrs |
| 08/14/13 | RRM | Participate in IRG and Baker Tilly conference call | L240B | .80 hrs |
| 08/14/13 | LG | Communications with Green Tree and Clayton regarding Monitoring and testing expectations | L120 | 1.20 hrs |
| 08/14/13 | LG | Analyze Servicer's proposed response regarding the legal opinion related to a specific metric | L120 | .30 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    50
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 08/14/13 | LG | Analyze Servicer's proposed Schedule Y in order to ensure its accuracy before submitting it to OMSO | L120 | .60 | hrs |
| 08/14/13 | LG | Draft email to Monitor submitting the Servicer's quarterly report | L120 | .40 | hrs |
| 08/14/13 | LG | Prepare materials for meeting with OMSO regarding Green Tree's testing of Estate loans | L120 | .60 | hrs |
| 08/14/13 | LG | Meeting with Green Tree and client in order to prepare for upcoming meeting with OMSO regarding Green Tree's testing of the Estate's loans | L120 | 2.10 | hrs |
| 08/15/13 | LG | Meeting with Estate, Green Tree, and OMSO regarding the testing of the Estate loans transferred to Green Tree | L120 | 6.10 | hrs |
| 08/15/13 | LG | Analyze and respond to questions from OMSO in preparation for upcoming meeting in Raleigh regarding perceived issues with IRG testing and implementations | L120 | .50 | hrs |
| 08/15/13 | LG | Begin preparing Green Tree work plan covering the Estate loans serviced by Green Tree | L120 | 1.20 | hrs |
| 08/15/13 | LG | Communications with Servicer regarding specific information needed to respond to OMSO's requests for upcoming meeting in Raleigh with the servicers and professional firms | L120 | 1.80 | hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    51
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Init | Description | Task | Hours |
|------|------|-------------|------|-------|
| 08/15/13 | LG | Analyze notes from cross servicer IRG and Business Unit call in order to prepare for upcoming meeting in Raleigh with OMSO and the professional firms | L120 | .40 hrs |
| 08/15/13 | CLHA | Continued work on bankruptcy aspects of monitor's questions on servicing metrics | L120 | .90 hrs |
| 08/15/13 | RRM | Complete talking points for upcoming meeting with OMSO | L190 | .80 hrs |
| 08/15/13 | RRM | Participate in meeting in Minnesota with T.Hamzehpour, GreenTree, Clayton and OMSO and follow up work on same | L190 | 8.70 hrs |
| 08/15/13 | CWH | Review and revise legal opinion for Peck loan for submission to Baker Tilly and exchange e-mails with client regarding review of note | L120 | .40 hrs |
| 08/15/13 | CWH | Exchange e-mails with J.Bordelon and E.DeSilva about ability to pass three of the Metric 1A loans | L120 | .20 hrs |
| 08/15/13 | ACU | Attend cross service group call and take notes regarding the same for the client. | L120 | 1.30 hrs |
| 08/15/13 | ACU | Attend the legal subgroup of the cross service group call and take notes regarding the same for the client. | L120 | 1.00 hrs |
| 08/16/13 | CWH | Review and analyze issues with implementation and testing of company's procedures for deficiency-related letters following approved short sales | L120 | 1.70 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    52
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

ResCap

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 08/16/13 | ACRA | Analyze issues related to upcoming testing of Consumer Relief obligations pursuant to the National Mortgage Settlement | L120 | 1.00 hrs |
| 08/16/13 | CWH | Review E.Getzen's additional edits to Metric 5B script for Fiserv side and respond to her email regarding same | L120 | .40 hrs |
| 08/16/13 | RRM | Email correspondence from J.Harrison with Clayton on follow up document request and respond to same | L140 | .30 hrs |
| 08/16/13 | RRM | Multiple emails with cross-servicer legal group with regard to demand by MAAG on providing REO property listing | L120 | .80 hrs |
| 08/16/13 | RRM | Participate in cross-servicer legal call and focus on varying positions by servicers on Metric 20 and review multiple documents and comment on same | L190 | 1.70 hrs |
| 08/16/13 | RRM | Review email from M.Jarboe with revised Metric 33 and review and comment on same | L240B | 1.20 hrs |
| 08/16/13 | RRM | Review email from M.Jarboe with newly revised Metric 32 from OMSO and initial review of same | L650 | .70 hrs |
| 08/16/13 | RRM | Multiple email correspondence with D.Dreifus with regard to outstanding questions on Metrics 9, 25, 27 and 21 and follow up with IRG on overview of same and subsequent call to D.Dreifus regarding same | L120 | .90 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    53
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/16/13 | RRM | Draft email to cross-servicer executive group with regard to conversation with OMSO as to interplay between Metrics 19 and 30 and review responses to same | L240B | .60 hrs |
| 08/16/13 | LG | Communications with OMSO and cross servicer group regarding upcoming meeting in Raleigh to discuss perceived issues regarding AG settlement testing and implementation | L120 | 2.30 hrs |
| 08/16/13 | LG | Begin analyzing testing scripts, definition templates and notes in order to prepare for meeting with OMSO and professional firms | L120 | 2.20 hrs |
| 08/17/13 | LG | Analyze materials and prepare materials in preparation for upcoming meeting in Raleigh with OMSO, BDO, and Baker Tilly regarding metric testing and implementation issues | L120 | 4.50 hrs |
| 08/17/13 | RRM | Provide updated status with regard to Regulation AB and impact on Metric 9 and analysis and next steps on same | L240B | .90 hrs |
| 08/17/13 | RRM | Review multiple emails from counsel to servicers with regard to multiple positions to be presented to OMSO on Metric 20 | L650 | 1.20 hrs |
| 08/17/13 | ACRA | Analyze issues related to upcoming testing of completeness of Consumer Relief obligations pursuant to Exhibit I of the National Mortgage Settlement | L120 | 2.10 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    54
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | | Description | | Hours |
|---|---|---|---|---|
| 08/18/13 | RRM | Review email from M.Jarboe with multiple attachments in preparation for upcoming meeting in Raleigh with Monitor and extensive review and comments with regard to same | L650 | 2.80 hrs |
| 08/18/13 | LG | Analyze OMSO memo, emails from Servicer test scripts, and definition templates in preparation for upcoming meeting with OMSO in Raleigh | L120 | 2.30 hrs |
| 08/18/13 | LG | Meeting with Servicer in preparation for upcoming meeting with OMSO | L120 | .90 hrs |
| 08/19/13 | LG | Meeting with the cross servicer group in order to discuss the response to OMSO's memo setting forth perceived testing issues | L120 | 8.20 hrs |
| 08/19/13 | LG | Meeting with OMSO, BDO, and Baker Tilly in order to discuss perceived issues in IRG testing and settlement implementation | L120 | 2.10 hrs |
| 08/19/13 | CLHA | Analyze release documents and pleadings in multiple lawsuits stayed by RESCAP bankruptcy and confer with client regarding disposition of such matters | L120 | 2.60 hrs |
| 08/19/13 | LG | Prepare for second day of meetings with OMSO and cross servicer group by analyzing notes from cross servicer preparation meeting, metric definition templates, test scripts, and other documents | L120 | 3.90 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    55
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| 08/19/13 | LG | Communications with Servicer in order to receive responses to specific questions posed by cross servicer group and OMSO | L120 | 2.30 hrs |
|---|---|---|---|---|
| 08/19/13 | RRM | Extensive preparation for meeting in Raleigh with OMSO, Monitor, BDO and Baker Tilly on four new proposed metrics and thirteen revisions to prior metrics | L120 | 10.20 hrs |
| 08/19/13 | ACRA | Review document describing testing protocol of completeness of Consumer Relief solicitation obligations pursuant to Exhibit I of the National Mortgage Settlement | L120 | .20 hrs |
| 08/19/13 | CWH | Review and analyze use of "person entitled to enforce" to establish holder position for IRG testing | L120 | .20 hrs |
| 08/20/13 | ACRA | Analyze issues related to upcoming testing of completeness of Consumer Relief obligations pursuant to Exhibit I of the National Mortgage Settlement and review document related thereto | L120 | .30 hrs |
| 08/20/13 | CSM | Review National Mortgage Servicing Standards to determine propriety of requests by counsel for additional fee and cost awards unsupported by affidavit evidence | P280 | .50 hrs |
| 08/20/13 | RRM | Final preparations and talking points on Metric 28 and legal standing memorandum | L120 | 1.10 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    56
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/20/13 | RRM | Participate in meeting in Raleigh with Monitor, OMSO, BDO and Baker Tilly on multiple matters and subsequent servicer only discussion | L190 | 9.20 hrs |
| 08/20/13 | LG | Meeting with OMSO, BDO, Baker Tilly and the cross servicer group to discuss new metrics and perceived testing differences on established metrics | L120 | 6.50 hrs |
| 08/20/13 | LG | Meeting with Servicer regarding steps necessary to implement the changes discussed in meetings with OMSO, BDO, and Baker Tilly | L120 | 3.10 hrs |
| 08/20/13 | LG | Draft proposed language addressing one of OMSO's concerns raised during the meeting | L120 | .40 hrs |
| 08/21/13 | CLHA | Advise Rescap Legal Department in Minnesota regarding applicability of stay to action pending in U.S. District Court for the Middle District of Alabama | L120 | .70 hrs |
| 08/21/13 | LG | Analyze final version of solicitation test script in order to ensure it test all requirements before implementation of the test script | L120 | 1.20 hrs |
| 08/21/13 | LG | Analyze email to Monitor's professionals responding a question related to the Servicer's consumer relief testing script | L120 | .30 hrs |
| 08/21/13 | LG | Call with cross servicer group regarding meeting in Raleigh and next steps to advance issues discussed in Raleigh | L120 | 1.30 hrs |



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    57
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/21/13 | LG | Draft email to cross servicer legal group containing proposed language to address an issue raised by the monitor at the servicer meetings in Raleigh | L120 | .80 hrs |
| 08/21/13 | RRM | Continue follow up work on metrics 30 and 31 | L190 | 1.30 hrs |
| 08/21/13 | RRM | Prepare for and participate in cross-servicer call on Metric 32 | L120 | 1.20 hrs |
| 08/21/13 | RRM | Review email from A.Malhotra with multiple attachments related to sample methodology on new metrics and review same | L650 | .60 hrs |
| 08/21/13 | RRM | Provide update to L.Delehey as to conversation with MAAG on POC | L240B | .40 hrs |
| 08/21/13 | RRM | Review draft response to OMSO with regard to requested clarifications on consumer relief testing and discussion of same as to possible timing for completion by both IRG and OMSO | L650 | 1.10 hrs |
| 08/21/13 | RRM | Continue follow up work on providing Clayton the requested documentation per direction from D.Cunningham and extensive work with regard to same | L240B | 1.40 hrs |
| 08/21/13 | RRM | Review of test scripts for all Metrics and direction on same | L650 | 1.40 hrs |
| 08/21/13 | ACRA | Analyze issues related to upcoming testing of completeness of Consumer Relief solicitation requirements set forth in Exhibit I of the National Mortgage Settlement | L120 | 2.10 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    58
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/21/13 | CSM | Review email correspondence from OMSO requesting augmentation of standing opinion memorandum to clarify that qualifying endorsement is not prerequisite to standing to foreclose as a transferee in possession of a mortgage note | P280 | .20 hrs |
| 08/21/13 | CSM | Draft additional language for inclusion in Metric 1A standing opinion memorandum clarifying that qualifying endorsement is not prerequisite to standing to foreclose as a transferee in possession of a mortgage note | L120 | .60 hrs |
| 08/22/13 | ACRA | Discuss with business issues related to upcoming testing of completeness of Consumer Relief solicitation requirements as set forth in Exhibit I of the National Mortgage Settlement | L120 | .30 hrs |
| 08/22/13 | ACRA | Analyze issues related to testing of completeness of Consumer Relief solicitation obligations as set forth in Exhibit I of the National Mortgage Settlement | L120 | .90 hrs |
| 08/22/13 | RRM | Extensive and multiple email correspondence on grand bargain for new metrics and OMSO request for extensive revisions and servicer input on Metric 10 bankruptcy testing | L120 | 2.30 hrs |
| 08/22/13 | RRM | Participate in Monitoring Committee call with regard to both Metric 30 conceptually | L120 | 1.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    59
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/22/13 | RRM | Review email from C.Miller including redrafts on 32 and 33 and initial review on same | L140 | .80 hrs |
| 08/22/13 | RRM | Participate in cross-servicer and legal call with regard to providing redrafts of 32 and 33 | L140 | 1.20 hrs |
| 08/22/13 | RRM | Extensive preparation for upcoming call with Monitoring Committee on revisions to Metric 30 | L120 | .70 hrs |
| 08/22/13 | LG | Communications with the cross servicer group and the monitoring committee regarding new metrics and takeaways from the meeting with the monitor | L120 | 2.30 hrs |
| 08/22/13 | LG | Final analysis of two new metrics in order to provide sign off before the cross servicer group submits to OMSO | L120 | .30 hrs |
| 08/22/13 | LG | Draft email to cross servicer group identifying speciality sub group to work on a specific issue identified by the Monitor | L120 | .30 hrs |
| 08/22/13 | LG | Continue revising work plan covering estate loans serviced by Green Tree | L120 | .80 hrs |
| 08/22/13 | LG | Draft email to subject matter experts informing them of discussions in Raleigh in order to ensure the servicer's compliance with the servicing standards | L120 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    60
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| 08/22/13 | LG | Analyze Fiserv test scripts and workplan to ensure accuracy in preparation to provide those documents to Clayton for its work as the Green Tree IRG | L120 | 2.50 hrs |
|---|---|---|---|---|
| 08/23/13 | LG | Analyze change to new metric language proposed by the cross servicer group and revise language to reflect comments | L120 | .30 hrs |
| 08/23/13 | RRM | Extended telephone call with E.Telljohann with Bank of America on multiple follow up for servicers from meeting in Raleigh and agreement for continuing work on same and extensive follow up | L190 | 2.70 hrs |
| 08/23/13 | ACRA | Discuss with internal review group script for testing completeness of Consumer Relief solicitation requirements as set forth in Exhibit I of the National Mortgage Settlement | L120 | .30 hrs |
| 08/23/13 | CSM | Participate in cross-servicer conference call discussing strategy for finalizing Metric 30 given OMSO feedback received during Raleigh meeting | P280 | .50 hrs |
| 08/23/13 | CWH | Discuss issues with Metric 3B with J.Bordelon following meeting with the Monitor | L120 | .20 hrs |
| 08/23/13 | CWH | Review and analyze issues with interest calculations on FiServ platform for Metric 2A and discuss same with E.Getzen | L120 | 1.00 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    61
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/26/13 | ACRA | Analyze issues related to testing of completeness of Consumer Relief solicitation requirements pursuant to Exhibit I of the National Mortgage Settlement | L120 | .40 hrs |
| 08/26/13 | LG | Draft email transmitting OK specific consumer relief information to OK AG's office | L120 | .30 hrs |
| 08/26/13 | LG | Begin analyzing materials related to servicer's foreclosure timelines in order to respond to request from Monitor regarding metrics testing and implementation | L120 | .90 hrs |
| 08/26/13 | LG | Communications with the cross servicer group regarding their implementation of a certain metric in order to respond to request from OMSO regarding testing and implementation of that metric | L120 | .50 hrs |
| 08/27/13 | LG | Communications with various parties in preparation for upcoming meeting regarding the implementation and testing of a specific metric in order to respond to OMSO memo regarding that metric | L120 | .80 hrs |
| 08/27/13 | LG | Draft email regarding issue regarding AG settlement testing and implementation in response to request from OMSO | L120 | .40 hrs |
| 08/27/13 | LG | Analyze issues related to potential transfer of loans and the impact of that transfer on consumer relief solicitation testing | L120 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    62
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/27/13 | LG | Continue editing Green Tree work plan regarding the testing of estate loans transferred to Green Tree | L120 | 2.10 hrs |
| 08/27/13 | ACRA | Teleconference to discuss possible upcoming transfer of loans eligible for Consumer Relief solicitations and possible ramifications on testing completeness of Consumer Relief solicitation requirements | L120 | .60 hrs |
| 08/27/13 | ACRA | Analyze issues related to possible upcoming transfer of loans in Consumer Relief population and ramifications on testing of completeness of solicitation requirements pursuant to Exhibit I | L120 | .50 hrs |
| 08/28/13 | ACRA | Discuss issues related to testing of completeness of Consumer Relief solicitation requirements as set forth in Exhibit I of the National Mortgage Settlement | L120 | 1.00 hrs |
| 08/28/13 | CSM | Participate in cross-servicer group conference call regarding Metric 31 scope and testing protocol | P280 | 1.10 hrs |
| 08/28/13 | LG | Call with cross servicer group regarding the servicers' response to most recent draft of proposed new metric | L120 | 1.10 hrs |
| 08/28/13 | LG | Call with servicer in order to generate response to OMSO testing memo related to a specific metric | L120 | .60 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    63
OCTOBER 11, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/28/13 | LG | Prepare presentation to OMSO regarding request for information related to specific metrics | L120 | 2.80 hrs |
| 08/28/13 | LG | Finalize and transmit work plan related to estate loans serviced by Green Tree | L120 | 1.10 hrs |
| 08/28/13 | RRM | Review documentation on proposals for revisions on Metric 25 and 27 | L140 | 1.40 hrs |
| 08/29/13 | RRM | Extensive preparation for upcoming call with OMSO, BDO and Baker Tilly on existing metric revisions | L120 | 1.40 hrs |
| 08/29/13 | RRM | Telephone conference with OMSO and BDO with regard to Metric 6.B.vii and Metric 9 | L120 | 1.30 hrs |
| 08/29/13 | RRM | Multiple emails with GreenTree, OMSO and Clayton on Arizona site visit | L190 | .60 hrs |
| 08/29/13 | RRM | Follow up cross-servicer executive call from OMSO metric call and discussion with regard to Monitoring Committee revisions to Metric 30 | L120 | 1.30 hrs |
| 08/29/13 | RRM | Preparation session for upcoming discussion with regard to Metric 10 between the servicers | L240B | 1.80 hrs |
| 08/29/13 | RRM | Extended discussion with OMSO with regard to Metric 10 on bankruptcy matters | L120 | 2.10 hrs |
| 08/29/13 | LG | Call with cross servicer group's business and IRG in preparation for call with OMSO regarding testing procedures for a specific metric | L120 | 1.10 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    64
OCTOBER 11, 2013

OR0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/29/13 | LG | Call with cross servicer group and OMSO regarding OMSO's testing interpretations for a specific metric | L120 | 1.80 hrs |
| 08/29/13 | LG | Cross servicer call regarding the Monitor's most recent draft of a new metric | L120 | 1.10 hrs |
| 08/29/13 | LG | Communications with OMSO responding to specific qeustions related to the servicer's consumer relief efforts | L120 | .20 hrs |
| 08/29/13 | LG | Call with OMSO regarding implementation and testing of various metrics in order to respond to question from OMSO | L120 | 1.30 hrs |
| 08/29/13 | LG | Prepare for call with OMSO regarding testing interpretations associated with various metric testing and implementation issues | L120 | .80 hrs |
| 08/29/13 | LG | Redline and finalize work plan describing testing of estate loans transferred to Green Tree | L120 | .30 hrs |
| 08/29/13 | CSM | Revise additional language for inclusion in Metric 1A standing opinion memorandum clarifying that qualifying endorsement is not prerequisite to standing to foreclose as a transferee in possession of a mortgage note | P280 | .60 hrs |
| 08/30/13 | CSM | Review and analyze potential metric testing issues resulting from Ocwen servicing practices and procedures | P280 | 2.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      65
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| 08/30/13 | ACRA | Analyze issues related to possible servicing transfer of loans eligible for Consumer Relief solicitation and impact on testing completeness thereof | L120 | .50 hrs |
| 08/30/13 | CWH | Review and analyze issues with completeness of Consumer Relief solicitation requirements from 3B and 1.A.18 following comments from Monitor and OMSO | L120 | .80 hrs |
| 08/30/13 | LG | Analyze drafts of all new metrics proposed by monitor and circulate drats of those agreements for approval by the business unit | L120 | 2.30 hrs |
| 08/30/13 | LG | Communications with the IRG in order to assist in responses to Baker Tilly questions | L120 | .30 hrs |
| 08/30/13 | RRM | Multiple email correspondence with cross-servicer group on upcoming bankruptcy training in Raleigh the week of September 23rd | L190 | .80 hrs |
| 08/30/13 | RRM | Review email from H.Buss with regard to requests on Metric 8 for Q1 13 and initial review of same | L120 | .50 hrs |
| 08/30/13 | RRM | Multiple email correspondence to and from D.Dreifus, counsel for OMSO, and subsequent telephone conference with D.Dreifus regarding Metric 25 and extensive follow up on same | L190 | 1.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    66
OCTOBER 11, 2013

OR0802-301220

FED ID NO. 63-0243316

08/30/13    RRM    Updated information on potential 21st         L120      .60 hrs
                   Mortgage transfer and continue analysis
                   on potential resolution

08/30/13    RRM    Review email from P.Madigan with regard       L120      .30 hrs
                   to comments from Monitoring Committee on
                   Metrics 30, 31, 32 and 33 and respond to
                   servicers

08/30/13    RRM    Review email from M.Jarboe with              L190      .90 hrs
                   attachments for Metrics 31, 32 and 33
                   and initial review of same

                   TOTAL FEES FOR THIS MATTER                    $189,932.50

EXPENSES

07/01/13 Copy Charges                                                 0.00
07/01/13 Copy Charges                                                 0.00
07/01/13 Copy Charges                                                 0.00
07/01/13 Copy Charges                                                 0.00
07/01/13 Copy Charges                                                 0.00
07/03/13 Copy Charges                                                 0.00
07/22/13 Copy Charges                                                 0.00
07/26/13 Copy Charges                                                 0.00
07/26/13 Copy Charges                                                 0.00
07/26/13 Copy Charges                                                 0.00
07/29/13 Copy Charges Draft 1A script                                 0.00
07/29/13 Copy Charges                                                 0.00
08/02/13 Copy Charges                                                 0.00
08/02/13 Copy Charges                                                 0.00
08/02/13 Copy Charges                                                 0.00
08/02/13 Copy Charges                                                 0.00
08/02/13 Copy Charges                                                 0.00
08/02/13 Copy Charges                                                 0.00
08/04/13 Copy Charges                                                 0.00



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    67
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 08/05/13 | Copy Charges | 0.00 |
| 08/05/13 | Copy Charges | 0.00 |
| 08/05/13 | Copy Charges | 0.00 |
| 08/05/13 | Copy Charges | 0.00 |
| 08/05/13 | Copy Charges | 0.00 |
| 08/05/13 | Copy Charges | 0.00 |
| 08/05/13 | Copy Charges | 0.00 |
| 08/05/13 | Copy Charges | 0.00 |
| 08/05/13 | Copy Charges | 0.00 |
| 08/05/13 | Copy Charges | 0.00 |
| 08/05/13 | Copy Charges | 0.00 |
| 08/05/13 | Copy Charges | 0.00 |
| 08/05/13 | Copy Charges | 0.00 |
| 08/05/13 | Copy Charges | 0.00 |
| 08/06/13 | Copy Charges | 0.00 |
| 08/09/13 | Copy Charges | 0.00 |
| 08/15/13 | Copy Charges | 0.00 |
| 08/15/13 | Copy Charges | 0.00 |
| 08/16/13 | Copy Charges | 0.00 |
| 08/17/13 | Copy Charges | 0.00 |
| 08/17/13 | Copy Charges | 0.00 |
| 08/17/13 | Copy Charges | 0.00 |
| 08/17/13 | Copy Charges | 0.00 |
| 08/17/13 | Copy Charges | 0.00 |
| 08/17/13 | Copy Charges | 0.00 |
| 08/17/13 | Copy Charges | 0.00 |
| 08/17/13 | Copy Charges | 0.00 |
| 08/17/13 | Copy Charges | 0.00 |
| 08/17/13 | Copy Charges | 0.00 |
| 08/17/13 | Copy Charges | 0.00 |
| 08/17/13 | Copy Charges | 0.00 |
| 08/17/13 | Copy Charges | 0.00 |
| 08/17/13 | Copy Charges | 0.00 |
| 08/17/13 | Copy Charges | 0.00 |
| 08/19/13 | Copy Charges | 0.00 |
| 08/21/13 | Copy Charges | 0.00 |
| 08/21/13 | Copy Charges | 0.00 |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    68
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 08/21/13 | Copy Charges | 0.00 |
| 08/21/13 | Copy Charges | 0.00 |
| 08/22/13 | Copy Charges | 0.00 |
| 08/22/13 | Copy Charges | 0.00 |
| 08/22/13 | Copy Charges | 0.00 |
| 08/22/13 | Copy Charges | 0.00 |
| 08/26/13 | Copy Charges | 0.00 |
| 08/28/13 | Copy Charges | 0.00 |
| 08/29/13 | Copy Charges | 0.00 |
| 08/29/13 | Copy Charges | 0.00 |
| 08/29/13 | Copy Charges | 0.00 |
| 08/29/13 | Copy Charges | 0.00 |
| 08/28/13 | Copy Charges - OUTSIDE SOURCES - LEE GILLEY ATTEND MEETINGS W/ MONITOR RE: GREEN TREE'S PARTICIPATION IN THE AG SETTLEMENT 8/14/13  IN ST. PAUL, MN Bank ID: GENR Check Number: 165083 | 47.75 |
| 07/17/13 | Airline Tickets - LEE GILLEY ATTEND MEETINGS W/ THE MONITOR TO DISCUSS NMS ISSUES IN RALEIGH, NC 6/30/13 - 7/2/13 BHM TO RDU Bank ID: GENR Check Number: 162954 | 438.60 |
| 07/22/13 | Airline Tickets - ROBERT R. MADDOX ATTEND MEETING IN RALEIGH, NC 7/1/13 - 7/2/13 Bank ID: GENR Check Number: 163331 | 550.60 |
| 07/22/13 | Airline Tickets - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 6/10/13 - 6/13/13 Bank ID: GENR Check Number: 163331 | 919.80 |
| 08/08/13 | Airline Tickets - ROBERT R. MADDOX ATTEND MEETING'S IN NEW YORK AND DALLAS, TX 7/29/13 - 8/1/13 BHM TO NEW YORK ONEWAY Bank ID: GENR Check Number: 164047 | 405.30 |
| 08/08/13 | Airline Tickets - ROBERT R. MADDOX ATTEND MEETING'S IN NEW YORK AND DALLAS, TX 7/29/13 - 8/1/13 DALLAS TO BHM ONEWAY Bank ID: GENR Check Number: 164047 | 439.89 |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    69
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 08/08/13 | Airline Tickets - ROBERT R. MADDOX ATTEND MEETINGS IN WASHINGTON D.C. AND DALLAS, TX 7/16/13 BHM TO DC ONE WAY<br>Bank ID: GENR Check Number: 164047 | 785.90 |
| 08/08/13 | Airline Tickets - ROBERT R. MADDOX ATTEND MEETINGS IN WASHINGTON D.C. AND DALLAS, TX 7/16/13 - 7/18/13 DC TO DALLAS AND RETURN TO BHM<br>Bank ID: GENR Check Number: 164047 | 1,092.80 |
| 08/26/13 | Airline Tickets - ROBERT R. MADDOX ATTEND CLIENT MEETING IN PHILADELPHIA, PA & ST PAUL, MN 8/13/13 - 8/15/13 BHM TO ST. PAUL ONE-WAY<br>Bank ID: GENR Check Number: 165111 | 1,783.70 |
| 08/26/13 | Airline Tickets - ROBERT R. MADDOX ATTEND CLIENT MEETING IN PHILADELPHIA, PA & ST PAUL, MN 8/13/13 - 8/15/13 ST. PAUL TO BHM ONE-WAY<br>Bank ID: GENR Check Number: 165111 | 613.90 |
| 08/26/13 | Airline Tickets - ROBERT R. MADDOX ATTEND CLIENT MEETING IN RALEIGH, NC 8/19/13 - 8/21/13 BHM TO RALEIGH RT<br>Bank ID: GENR Check Number: 165111 | 560.60 |
| 08/26/13 | Airline Tickets - ROBERT R. MADDOX ATTEND CLIENT MEETING IN DALLAS, TX 8/8/13<br>Bank ID: GENR Check Number: 165111 | 439.89 |
| 08/28/13 | Airline Tickets - LEE GILLEY ATTEND MEETING WITH THE MONITOR AND CROSS SERVICER IN RALEIGH, NC 8/18/13 - 8/21/13 BHM TO RALEIGH RT<br>Bank ID: GENR Check Number: 165083 | 560.60 |
| 08/28/13 | Airline Tickets - LEE GILLEY ATTEND MEETINGS W/ MONITOR RE: GREEN TREE'S PARTICIPATION IN THE AG SETTLEMENT 8/14/13 - 8/15/13 IN ST. PAUL, MN DALLAS TO ST. PAUL THEN ST. PAUL TO BHM ONLY CHARGING PART OF FLIGHT<br>Bank ID: GENR Check Number: 165083 | 772.80 |
| 07/17/13 | Travel Expense - LEE GILLEY ATTEND MEETINGS W/ THE MONITOR TO DISCUSS NMS ISSUES IN RALEIGH, NC 6/30/13 - 7/2/13<br>Bank ID: GENR Check Number: 162954 | 298.84 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    70
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 07/17/13 | Travel Expense - LEE GILLEY ATTEND MEETINGS W/ THE MONITOR TO DISCUSS NMS ISSUES IN RALEIGH, NC 6/30/13 - 7/2/13 TAXI<br>Bank ID: GENR Check Number: 162954 | 46.60 |
| 07/17/13 | Travel Expense - LEE GILLEY ATTEND MEETINGS W/ THE MONITOR TO DISCUSS NMS ISSUES IN RALEIGH, NC 6/30/13 - 7/2/13 TAXI<br>Bank ID: GENR Check Number: 162954 | 60.00 |
| 07/17/13 | Travel Expense - LEE GILLEY ATTEND MEETINGS W/ THE MONITOR TO DISCUSS NMS ISSUES IN RALEIGH, NC 6/30/13 - 7/2/13 AIRPORT PARKING<br>Bank ID: GENR Check Number: 162954 | 36.25 |
| 07/22/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING IN RALEIGH, NC 7/1/13 - 7/2/13 HOTEL<br>Bank ID: GENR Check Number: 163331 | 325.85 |
| 07/22/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING IN RALEIGH, NC 7/1/13 - 7/2/13 AIRPORT PARKING<br>Bank ID: GENR Check Number: 163331 | 28.85 |
| 08/08/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETINGS IN WASHINGTON, D.C./ DALLAS, TX 7/18/13 AIRPORT PARKING<br>Bank ID: GENR Check Number: 164047 | 46.50 |
| 08/08/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETINGS IN WASHINGTON, D.C./ DALLAS, TX 7/18/13 FUEL<br>Bank ID: GENR Check Number: 164047 | 5.77 |
| 08/08/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING'S IN NEW YORK AND DALLAS, TX 7/29/13 - 7/31/13 HOTEL<br>Bank ID: GENR Check Number: 164047 | 735.84 |
| 08/08/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING'S IN NEW YORK AND DALLAS, TX 7/29/13 - 8/1/13 RENTAL CAR<br>Bank ID: GENR Check Number: 164047 | 344.34 |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

| Date | Description | Amount |
|------|-------------|--------|
| 08/08/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING'S IN NEW YORK AND DALLAS, TX 7/29/13 - 8/1/13 CAB<br>Bank ID: GENR Check Number: 164047 | 70.00 |
| 08/08/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING'S IN NEW YORK AND DALLAS, TX 7/29/13 - 8/1/13 CAB<br>Bank ID: GENR Check Number: 164047 | 57.83 |
| 08/08/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING'S IN NEW YORK AND DALLAS, TX 7/29/13 - 8/1/13 AIRPORT PARKING<br>Bank ID: GENR Check Number: 164047 | 48.00 |
| 08/08/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING'S IN NEW YORK AND DALLAS, TX 7/29/13 - 8/1/13 FUEL<br>Bank ID: GENR Check Number: 164047 | 17.97 |
| 08/08/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING'S IN NEW YORK AND DALLAS, TX 7/29/13 - 8/1/13 CAB<br>Bank ID: GENR Check Number: 164047 | 35.33 |
| 08/08/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETINGS IN WASHINGTON D.C. AND DALLAS, TX 7/16/13 HOTEL<br>Bank ID: GENR Check Number: 164047 | 640.06 |
| 08/08/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETINGS IN WASHINGTON D.C. AND DALLAS, TX 7/17/13 HOTEL<br>Bank ID: GENR Check Number: 164047 | 267.68 |
| 08/08/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETINGS IN WASHINGTON D.C. AND DALLAS, TX 7/16/13 - 7/17/13 RENTAL CAR<br>Bank ID: GENR Check Number: 164047 | 476.86 |
| 08/08/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETINGS IN WASHINGTON D.C. AND DALLAS, TX 7/16/13 - 7/17/13 CAB<br>Bank ID: GENR Check Number: 164047 | 20.00 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    72
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 08/08/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETINGS IN WASHINGTON D.C. AND DALLAS, TX 7/16/13 - 7/17/13 CAB | 20.00 |
| | Bank ID: GENR Check Number: 164047 | |
| 08/08/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETINGS IN WASHINGTON D.C. AND DALLAS, TX 7/16/13 - 7/17/13 CAB | 24.00 |
| | Bank ID: GENR Check Number: 164047 | |
| 08/15/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 8/6/13 - 8/8/13 HOTEL | 423.36 |
| | Bank ID: GENR Check Number: 164349 | |
| 08/15/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 8/6/13 - 8/8/13 RENTAL CAR | 288.34 |
| | Bank ID: GENR Check Number: 164349 | |
| 08/15/13 | Travel Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 8/6/13 - 8/8/13 FUEL | 12.60 |
| | Bank ID: GENR Check Number: 164349 | |
| 08/26/13 | Travel Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN DALLAS, TX 8/8/13 AIRPORT PARKING | 49.40 |
| | Bank ID: GENR Check Number: 165111 | |
| 08/26/13 | Travel Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN RALEIGH, NC 8/19/13 - 8/21/13 HOTEL | 651.70 |
| | Bank ID: GENR Check Number: 165111 | |
| 08/26/13 | Travel Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN RALEIGH, NC 8/19/13 - 8/21/13 CAB | 45.00 |
| | Bank ID: GENR Check Number: 165111 | |
| 08/26/13 | Travel Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN RALEIGH, NC 8/19/13 - 8/21/13 CAB | 45.00 |
| | Bank ID: GENR Check Number: 165111 | |
| 08/26/13 | Travel Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN RALEIGH, NC 8/19/13 - 8/21/13 AIRPORT PARKING | 25.25 |
| | Bank ID: GENR Check Number: 165111 | |
| 08/26/13 | Travel Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN PHILADELPHIA, PA & ST PAUL, MN 8/13/13 - 8/15/13 HOTEL | 451.44 |
| | Bank ID: GENR Check Number: 165111 | |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    73
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 08/26/13 | Travel Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN PHILADELPHIA, PA & ST PAUL, MN 8/13/13 - 8/15/13 RENTAL CAR<br>Bank ID: GENR Check Number: 165111 | 207.42 |
| 08/26/13 | Travel Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN PHILADELPHIA, PA & ST PAUL, MN 8/13/13 - 8/15/13 FUEL<br>Bank ID: GENR Check Number: 165111 | 8.09 |
| 08/26/13 | Travel Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN PHILADELPHIA, PA & ST PAUL, MN 8/13/13 - 8/15/13 CAB<br>Bank ID: GENR Check Number: 165111 | 40.00 |
| 08/26/13 | Travel Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN PHILADELPHIA, PA & ST PAUL, MN 8/13/13 - 8/15/13 CAB<br>Bank ID: GENR Check Number: 165111 | 40.00 |
| 08/26/13 | Travel Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN PHILADELPHIA, PA & ST PAUL, MN 8/13/13 - 8/15/13 AIRPORT PARKING<br>Bank ID: GENR Check Number: 165111 | 58.65 |
| 08/26/13 | Travel Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN PHILADELPHIA, PA & ST. PAUL, MN 8/14/13 ROAD TOLL<br>Bank ID: GENR Check Number: 165111 | 7.30 |
| 08/28/13 | Travel Expense - LEE GILLEY ATTEND MEETING WITH THE MONITOR AND CROSS SERVICER IN RALEIGH, NC 8/18/13 - 8/21/13 HOTEL<br>Bank ID: GENR Check Number: 165083 | 896.52 |
| 08/28/13 | Travel Expense - LEE GILLEY ATTEND MEETING WITH THE MONITOR AND CROSS SERVICER IN RALEIGH, NC 8/18/13 CAB<br>Bank ID: GENR Check Number: 165083 | 49.25 |
| 08/28/13 | Travel Expense - LEE GILLEY ATTEND MEETING WITH THE MONITOR AND CROSS SERVICER IN RALEIGH, NC 8/18/13 BAGGAGE FEE<br>Bank ID: GENR Check Number: 165083 | 25.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    74
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 08/28/13 | Travel Expense - LEE GILLEY ATTEND MEETING WITH THE MONITOR AND CROSS SERVICER IN RALEIGH, NC 8/20/13 BAGGAGE FEE<br>Bank ID: GENR Check Number: 165083 | 25.00 |
| 08/28/13 | Travel Expense - LEE GILLEY ATTEND MEETING WITH THE MONITOR AND CROSS SERVICER IN RALEIGH, NC 8/18/13 - 8/21/13 AIRPORT PARKING<br>Bank ID: GENR Check Number: 165083 | 56.50 |
| 08/28/13 | Travel Expense - LEE GILLEY ATTEND MEETINGS W/ MONITOR RE: GREEN TREE'S PARTICIPATION IN THE AG SETTLEMENT 8/14/13  IN ST. PAUL, MN HOTEL<br>Bank ID: GENR Check Number: 165083 | 305.89 |
| 08/28/13 | Travel Expense - LEE GILLEY ATTEND MEETINGS W/ MONITOR RE: GREEN TREE'S PARTICIPATION IN THE AG SETTLEMENT 8/15/13  IN ST. PAUL, MN HOTEL<br>Bank ID: GENR Check Number: 165083 | 295.28 |
| 08/28/13 | Travel Expense - LEE GILLEY ATTEND MEETINGS W/ MONITOR RE: GREEN TREE'S PARTICIPATION IN THE AG SETTLEMENT 8/15/13  IN ST. PAUL, MN AIRPORT PARKING<br>Bank ID: GENR Check Number: 165083 | 30.67 |
| 07/17/13 | Meal Expense - LEE GILLEY ATTEND MEETINGS W/ THE MONITOR TO DISCUSS NMS ISSUES IN RALEIGH, NC 7/1/13<br>Bank ID: GENR Check Number: 162954 | 9.87 |
| 07/17/13 | Meal Expense - LEE GILLEY ATTEND MEETINGS W/ THE MONITOR TO DISCUSS NMS ISSUES IN RALEIGH, NC 7/1/13<br>Bank ID: GENR Check Number: 162954 | 6.18 |
| 07/22/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN RALEIGH, NC 7/1/13 - 7/2/13<br>Bank ID: GENR Check Number: 163331 | 20.00 |
| 08/08/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETINGS IN WASHINGTON D.C. AND DALLAS, TX 7/16/13 HOTEL MEAL<br>Bank ID: GENR Check Number: 164047 | 20.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE   75
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 08/08/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETINGS IN WASHINGTON D.C. AND DALLAS, TX 7/16/13 - 7/17/13 | 7.79 |
| | Bank ID: GENR Check Number: 164047 | |
| 08/08/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETINGS IN WASHINGTON D.C. AND DALLAS, TX 7/16/13 - 7/17/13 | 11.97 |
| | Bank ID: GENR Check Number: 164047 | |
| 08/08/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING'S IN NEW YORK AND DALLAS, TX 7/29/13 HOTEL MEAL | 20.00 |
| | Bank ID: GENR Check Number: 164047 | |
| 08/08/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING'S IN NEW YORK AND DALLAS, TX 7/29/13 | 20.00 |
| | Bank ID: GENR Check Number: 164047 | |
| 08/08/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING'S IN NEW YORK AND DALLAS, TX 7/29/13 | 3.22 |
| | Bank ID: GENR Check Number: 164047 | |
| 08/08/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING'S IN NEW YORK AND DALLAS, TX 7/29/13 | 6.79 |
| | Bank ID: GENR Check Number: 164047 | |
| 08/08/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING'S IN NEW YORK AND DALLAS, TX 7/31/13 | 11.14 |
| | Bank ID: GENR Check Number: 164047 | |
| 08/08/13 | Meal Expense - ROBERT R. MADDOX GMAC AG ESTATE DINNER W/ LIZ DE SILVA, PHILLIP BORDLER, JIM MADSER, ANNE CRAFT, LEE GILLEY, CORY AMES, ALISON SMITH 7/31/13 | 20.00 |
| | Bank ID: GENR Check Number: 164047 | |
| 08/08/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING'S IN NEW YORK AND DALLAS, TX 8/1/13 | 6.09 |
| | Bank ID: GENR Check Number: 164047 | |
| 08/08/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETINGS IN WASHINGTON, D.C./ DALLAS, TX 7/18/13 | 16.19 |
| | Bank ID: GENR Check Number: 164047 | |
| 08/08/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETINGS IN WASHINGTON, D.C./ DALLAS, TX 7/18/13 | 7.47 |
| | Bank ID: GENR Check Number: 164047 | |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301220

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 08/08/13 | Meal Expense - ROBERT R. MADDOX GMAC AG ESTATE DINNER W/ LIZ DE SILVA 7/31/13 Bank ID: GENR Check Number: 164047 | 20.00 |
| 08/08/13 | Meal Expense - ROBERT R. MADDOX GMAC AG ESTATE DINNER W/ PHILLIP BORDLER 7/31/13 Bank ID: GENR Check Number: 164047 | 20.00 |
| 08/08/13 | Meal Expense - ROBERT R. MADDOX GMAC AG ESTATE DINNER W/ JIM MADSER 7/31/13 Bank ID: GENR Check Number: 164047 | 20.00 |
| 08/08/13 | Meal Expense - ROBERT R. MADDOX GMAC AG ESTATE DINNER W/ ANNE CRAFT 7/31/13 Bank ID: GENR Check Number: 164047 | 20.00 |
| 08/08/13 | Meal Expense - ROBERT R. MADDOX GMAC AG ESTATE DINNER W/ LEE GILLEY 7/31/13 Bank ID: GENR Check Number: 164047 | 20.00 |
| 08/08/13 | Meal Expense - ROBERT R. MADDOX GMAC AG ESTATE DINNER W/ CORY AMES 7/31/13 Bank ID: GENR Check Number: 164047 | 20.00 |
| 08/08/13 | Meal Expense - ROBERT R. MADDOX GMAC AG ESTATE DINNER W/ ALISON SMITH 7/31/13 Bank ID: GENR Check Number: 164047 | 20.00 |
| 08/15/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 8/6/13 HOTEL MEAL Bank ID: GENR Check Number: 164349 | 20.00 |
| 08/15/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 8/7/13 HOTEL MEAL Bank ID: GENR Check Number: 164349 | 17.99 |
| 08/15/13 | Meal Expense - ROBERT R. MADDOX ATTEND MEETING IN DALLAS, TX 8/7/13 HOTEL MEAL Bank ID: GENR Check Number: 164349 | 20.00 |
| 08/26/13 | Meal Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN PHILADELPHIA, PA & ST PAUL, MN 8/13/13 - 8/15/13 Bank ID: GENR Check Number: 165111 | 17.72 |
| 08/26/13 | Meal Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN PHILADELPHIA, PA & ST PAUL, MN 8/13/13 - 8/15/13 Bank ID: GENR Check Number: 165111 | 4.41 |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

OR0802-301220

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 08/26/13 | Meal Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN PHILADELPHIA, PA & ST PAUL, MN 8/13/13 - 8/15/13<br>Bank ID: GENR Check Number: 165111 | 12.50 |
| 08/26/13 | Meal Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN PHILADELPHIA, PA & ST PAUL, MN 8/13/13 - 8/15/13<br>Bank ID: GENR Check Number: 165111 | 8.01 |
| 08/26/13 | Meal Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN PHILADELPHIA, PA & ST PAUL, MN 8/13/13 - 8/15/13<br>Bank ID: GENR Check Number: 165111 | 20.00 |
| 08/26/13 | Meal Expense - ROBERT R. MADDOX ATTEND CLIENT MEETING IN PHILADELPHIA, PA & ST PAUL, MN 8/13/13 - 8/15/13<br>Bank ID: GENR Check Number: 165111 | 20.00 |
| 08/28/13 | Meal Expense - LEE GILLEY ATTEND MEETINGS W/ MONITOR RE: GREEN TREE'S PARTICIPATION IN THE AG SETTLEMENT 8/14/13 IN ST. PAUL, MN<br>Bank ID: GENR Check Number: 165083 | 22.62 |
| 08/28/13 | Meal Expense - LEE GILLEY ATTEND MEETINGS W/ MONITOR RE: GREEN TREE'S PARTICIPATION IN THE AG SETTLEMENT 8/14/13 IN ST. PAUL, MN<br>Bank ID: GENR Check Number: 165083 | 7.06 |
| 08/28/13 | Meal Expense - LEE GILLEY ATTEND MEETINGS W/ MONITOR RE: GREEN TREE'S PARTICIPATION IN THE AG SETTLEMENT 8/14/13 IN ST. PAUL, MN<br>Bank ID: GENR Check Number: 165083 | 6.61 |
| 08/28/13 | Meal Expense - LEE GILLEY ATTEND MEETINGS W/ MONITOR RE: GREEN TREE'S PARTICIPATION IN THE AG SETTLEMENT 8/14/13 IN ST. PAUL, MN<br>Bank ID: GENR Check Number: 165083 | 8.88 |
| 08/28/13 | Meal Expense - LEE GILLEY ATTEND MEETING WITH THE MONITOR AND CROSS SERVICER IN RALEIGH, NC 8/18/13<br>Bank ID: GENR Check Number: 165083 | 6.13 |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    78
OCTOBER 11, 2013

OR0802-301220

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 08/28/13 | Meal Expense - LEE GILLEY ATTEND MEETING WITH THE MONITOR AND CROSS SERVICER IN RALEIGH, NC 8/18/13<br>Bank ID: GENR Check Number: 165083 | 6.69 |
| 08/28/13 | Meal Expense - LEE GILLEY ATTEND MEETING WITH THE MONITOR AND CROSS SERVICER IN RALEIGH, NC 8/18/13<br>Bank ID: GENR Check Number: 165083 | 6.50 |
| 08/28/13 | Meal Expense - LEE GILLEY ATTEND MEETING WITH THE MONITOR AND CROSS SERVICER IN RALEIGH, NC 8/18/13<br>Bank ID: GENR Check Number: 165083 | 5.92 |
| 08/28/13 | Meal Expense - LEE GILLEY ATTEND MEETING WITH THE MONITOR AND CROSS SERVICER IN RALEIGH, NC 8/19/13<br>Bank ID: GENR Check Number: 165083 | 4.27 |
| 08/28/13 | Meal Expense - LEE GILLEY ATTEND MEETING WITH THE MONITOR AND CROSS SERVICER IN RALEIGH, NC 8/19/13<br>Bank ID: GENR Check Number: 165083 | 2.14 |
| 08/28/13 | Meal Expense - LEE GILLEY ATTEND MEETING WITH THE MONITOR AND CROSS SERVICER IN RALEIGH, NC 8/19/13<br>Bank ID: GENR Check Number: 165083 | 7.47 |
| 08/28/13 | Meal Expense - LEE GILLEY ATTEND MEETING WITH THE MONITOR AND CROSS SERVICER IN RALEIGH, NC 8/19/13<br>Bank ID: GENR Check Number: 165083 | 6.47 |
| 08/28/13 | Meal Expense - LEE GILLEY ATTEND MEETING WITH THE MONITOR AND CROSS SERVICER IN RALEIGH, NC 8/19/13<br>Bank ID: GENR Check Number: 165083 | 5.69 |
| 08/28/13 | Meal Expense - LEE GILLEY DINNER W/ E. VATSON, E. DESILVA, R. MADDOX, J. BORDELON, L. GILLEY 8/20/13<br>Bank ID: GENR Check Number: 165083 | 20.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP.

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    79
OCTOBER 11, 2013

OR0802-301220

FED ID NO. 63-0243316

08/28/13 Meal Expense - LEE GILLEY ATTEND MEETING WITH          1.50
         THE MONITOR AND CROSS SERVICER IN RALEIGH, NC
         8/20/13
         Bank ID: GENR Check Number: 165083
08/28/13 Meal Expense - LEE GILLEY DINNER W/ E. VATSON          20.00
         8/20/13 Bank ID: GENR Check Number: 165083
08/28/13 Meal Expense - LEE GILLEY DINNER W/ E. DESILVA         20.00
         8/20/13 Bank ID: GENR Check Number: 165083
08/28/13 Meal Expense - LEE GILLEY DINNER W/ R. MADDOX          20.00
         8/20/13 Bank ID: GENR Check Number: 165083
08/28/13 Meal Expense - LEE GILLEY DINNER W/ J. BORDELON        20.00
         8/20/13 Bank ID: GENR Check Number: 165083
07/23/13 Express Mail/Fedex                                     0.00
07/09/13 Computerized Legal Research-Westlaw Westlaw            0.00
         User: HANCOCK,CHRISTIAN W
07/17/13 Computerized Legal Research-Westlaw Westlaw            0.00
         User: GILLEY,LEE
08/08/13 Computerized Legal Research-Westlaw Westlaw            0.00
         User: HANCOCK,CHRISTIAN W
08/19/13 Computerized Legal Research-Westlaw Westlaw            0.00
         User: HANCOCK,CHRISTIAN W
08/20/13 Computerized Legal Research-Westlaw Westlaw            0.00
         User: HANCOCK,CHRISTIAN W
08/30/13 Computerized Legal Research-Westlaw Westlaw            0.00
         User: HANCOCK,CHRISTIAN W
07/17/13 Internet Account - LEE GILLEY ATTEND MEETINGS          9.95
         W/ THE MONITOR TO DISCUSS NMS ISSUES IN
         RALEIGH, NC 6/30/13
         Bank ID: GENR Check Number: 162954
07/17/13 Internet Account - LEE GILLEY ATTEND MEETINGS          9.95
         W/ THE MONITOR TO DISCUSS NMS ISSUES IN
         RALEIGH, NC 7/1/13
         Bank ID: GENR Check Number: 162954
08/28/13 Internet Account - LEE GILLEY ATTEND MEETINGS         10.83
         W/ MONITOR RE: GREEN TREE'S PARTICIPATION IN
         THE AG SETTLEMENT 8/14/13  IN ST. PAUL, MN
         IN-FLIGHT WIFI
         Bank ID: GENR Check Number: 165083



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    80
OCTOBER 11, 2013

OR0802-301220

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 08/28/13 | Internet Account - LEE GILLEY ATTEND MEETINGS W/ MONITOR RE: GREEN TREE'S PARTICIPATION IN THE AG SETTLEMENT 8/14/13  IN ST. PAUL, MN WIFI Bank ID: GENR Check Number: 165083 | 4.95 |
| 08/28/13 | Internet Account - LEE GILLEY ATTEND MEETINGS W/ MONITOR RE: GREEN TREE'S PARTICIPATION IN THE AG SETTLEMENT 8/14/13  IN ST. PAUL, MN HOTEL WIFI Bank ID: GENR Check Number: 165083 | 12.95 |
| 08/28/13 | Internet Account - LEE GILLEY ATTEND MEETINGS W/ MONITOR RE: GREEN TREE'S PARTICIPATION IN THE AG SETTLEMENT 8/15/13  IN ST. PAUL, MN IN-FLIGHT WIFI Bank ID: GENR Check Number: 165083 | 12.00 |

TOTAL COSTS FOR THIS MATTER          $17,782.28

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christopher L. Hawkins | 17.10 hrs | 365.00 /hr | 6,241.50 |
| Christian W. Hancock | 27.40 hrs | 361.00 /hr | 9,891.40 |
| Robert R. Maddox | 243.10 hrs | 400.00 /hr | 97,240.00 |
| Robert M. Couch | .60 hrs | 564.00 /hr | 338.40 |
| Avery Simmons | 3.10 hrs | 304.00 /hr | 942.40 |
| Lee Gilley | 285.00 hrs | 207.00 /hr | 58,995.00 |
| Cory S. Menees | 22.10 hrs | 295.00 /hr | 6,519.50 |
| Ann Craft | 43.40 hrs | 198.00 /hr | 8,593.20 |
| Alison Smith | 3.30 hrs | 198.00 /hr | 653.40 |
| Melisa P. Palmer | 3.10 hrs | 167.00 /hr | 517.70 |

TOTAL FEES          648.20 hrs                  $189,932.50

TOTAL EXPENSES                                  $17,782.28



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    81
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                $207,714.78

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 22, 2013
1100 Virginia Drive                                            0r0803-102574
Fort Washington, PA 19034

                                                               INVOICE #  871549

                                                               FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0r0803-102574
     TC # NA

PROFESSIONAL SERVICES

06/18/13   DBT   Provide recommendation to close the        C300      .40 hrs
                 matter to Y.McCoy rather than push the
                 issue with the city; consider response
                 from F.Robinson and coordinate closing


                 TOTAL FEES FOR THIS MATTER                           $96.80


BILLING SUMMARY

   D. Bryan Thomas              .40 hrs    242.00 /hr         96.80


TOTAL FEES                    0.40 hrs                       $96.80

**TOTAL CHARGES FOR THIS INVOICE**                          **$96.80**

                ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0806-301015

INVOICE #  880256

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0806-301015
     TC # NA

PROFESSIONAL SERVICES

| 07/05/13 | BG | Suggest dismissal for want of prosecution to the clerk of court | L120 | .10 hrs |
| 07/05/13 | BG | Draft status report regarding awaiting dismissal for want of prosecution | L190 | .10 hrs |

| TOTAL FEES FOR THIS MATTER | $42.00 |

BILLING SUMMARY

| Blake Goodsell | .20 hrs | 210.00 /hr | 42.00 |

| TOTAL FEES | 0.20 hrs | $42.00 |

| **TOTAL CHARGES FOR THIS INVOICE** | **$42.00** |

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0806-301021

INVOICE #  880257

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:   0R0806-301021
      TC # 2013-07-EZ3600

PROFESSIONAL SERVICES

08/07/13  ABB   Telephone conference with Bibb County       L110      .30 hrs
                Superior Court regarding disbursement of
                funds and e-mail with attachments
                regarding same


                TOTAL FEES FOR THIS MATTER                             $46.50


BILLING SUMMARY

   Allison Burke          .30 hrs   155.00 /hr        46.50


TOTAL FEES               0.30 hrs                    $46.50

TOTAL CHARGES FOR THIS INVOICE                       $46.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0806-301023

INVOICE #  871550

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0806-301023
    TC # 2013-07-EZ3600

PROFESSIONAL SERVICES

06/04/13  GWG  Draft status update for client          L120      .20 hrs


        TOTAL FEES FOR THIS MATTER                    $55.00


BILLING SUMMARY

   Graham W. Gerhardt          .20 hrs  275.00 /hr          55.00


TOTAL FEES                  )          0.20 hrs          $55.00

**TOTAL CHARGES FOR THIS INVOICE**                        $55.00


***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0806-301036

INVOICE #  871551

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0806-301036
     TC # 2013-07-EZ3600

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/29/13 | phn | Conference call with the receiver regarding the his possession, current marketing strategy to sale the property, and $90,000.00 cash offer | L120 | .40 hrs |
| 05/29/13 | phn | Draft status update regarding consolidated foreclosure and receivership actions and current marketing strategy to sale the property | L190 | .50 hrs |

TOTAL FEES FOR THIS MATTER                          $220.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Preston H. Neel | .90 hrs | 245.00 /hr | 220.50 |
| TOTAL FEES | 0.90 hrs | | $220.50 |

**TOTAL CHARGES FOR THIS INVOICE**                  $220.50

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0806-301036

INVOICE #  880259

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0806-301036
     TC # 2013-07-EZ3600

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 08/01/13 | phn | Review and analysis of receiver's report and email to D.Rawls | L120 | .50 hrs |
| 08/02/13 | phn | Draft background summary for D.Rawls | L120 | .30 hrs |
| 08/07/13 | phn | Research and analysis of pleadings related to 736 action, receivership action, and proposed order to consolidate | L120 | 1.80 hrs |
| 08/07/13 | phn | Email from D.Rawls regarding Mike Gravink as case manager | L120 | .20 hrs |
| 08/09/13 | phn | Analysis of reinstatement quote | L120 | .30 hrs |
| 08/12/13 | phn | Analysis of defendant's motion for possession | L120 | 1.50 hrs |
| 08/16/13 | phn | Communications with D.Rawls and the receiver regarding a payoff statement for purposes of the receiver's motion to sale and forthcoming hearing | L120 | 1.00 hrs |
| 08/19/13 | phn | Review communications from receiver regarding motion for sale | L120 | .20 hrs |
| 08/23/13 | phn | Prepare for hearing on Defendant's challenging Receiver's taking and possession at 333rd District, Harris County, TX | L230 | 2.50 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 11, 2013

0R0806-301036

FED ID NO. 63-0243316

| 08/23/13 | phn | Attend hearing on Defendant's challenging Receiver's taking and possession at 333rd District, Harris County, TX | L230 | .70 hrs |
| 08/23/13 | phn | Meeting with Receiver regarding his plan to sell property | L120 | 1.10 hrs |

TOTAL FEES FOR THIS MATTER                                    $2,474.50

BILLING SUMMARY

Preston H. Neel          10.10 hrs    245.00 /hr      2,474.50

TOTAL FEES              10.10 hrs              $2,474.50

**TOTAL CHARGES FOR THIS INVOICE**              $2,474.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          AUGUST 22, 2013
1100 Virginia Drive                                            0R0808-104980
Fort Washington, PA 19034

                                                               INVOICE #  871554

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0808-104980
     TC # 698077

<u>PROFESSIONAL SERVICES</u>

| 05/06/13 | SMC | Review K.Priore email on report to court on settlement and analyze compliance with court order | L190 | .60 hrs |
|----------|-----|---|------|---------|
| 05/07/13 | SMC | Draft Status Report on settlement in compliance with court order | L210 | 1.10 hrs |
| 05/07/13 | SMC | Review bankruptcy Final Supplemental Order and email to K.Priore and others on Status Report draft and Final Supplemental Order | L210 | 1.20 hrs |
| 05/07/13 | CLHA | Analyze supplemental order and status report to Nevada Court and advise co-counsel regarding revisions to report | L120 | .70 hrs |
| 05/08/13 | SMC | Email to K.Priore and others on filing status report | L190 | .20 hrs |
| 05/09/13 | SMC | Email with N.Rosenbaum on Status Report | L210 | .20 hrs |
| 05/09/13 | SMC | File Status Report | L210 | .10 hrs |
| 05/09/13 | SMC | Telephone call to plaintiff's attorney T.Beko on same | L210 | .30 hrs |
| 05/09/13 | LADA | Review notice of electronic filing of status report required by Judge | L210 | .20 hrs |
| 05/16/13 | SMC | Review new court order requiring joint status report | L210 | .20 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
AUGUST 22, 2013

0R0808-104980

FED ID NO. 63-0243316

| Date | | Description | Code | Hours |
|---|---|---|---|---|
| 05/16/13 | SMC | Email to A.Simmons on same | L190 | .10 hrs |
| 05/16/13 | LADA | Review minute order regarding status report and deadline to confer and submit joint report | L210 | .30 hrs |
| 05/28/13 | ASI | Analyze proposed status report and provide comments on same to K.Priore and L.Delehey | C300 | .30 hrs |
| 05/30/13 | LADA | Review joint case management report required by presiding magistrate judge, including additional deadline proposed by said report | L210 | .30 hrs |
| 06/05/13 | SMC | Review latest Court order requiring next status report | L190 | .10 hrs |
| 06/05/13 | SMC | Prepare corespondence regarding settlement offer | L160 | .30 hrs |
| 06/13/13 | LADA | Analysis of current case docket | L190 | .30 hrs |
| 06/13/13 | ASI | Attend call with L.Delehey, K.Priore, and N.Rosenbaum regarding potential avenues for settlement in light of bankruptcy stay, and draft e-mail memorandum to be presented to Creditors Committee regarding recommendations in light of same | L240B | 1.50 hrs |
| 06/13/13 | LADA | Review complaint and amended complaints for status of jury request by borrowers' counsel | L190 | .50 hrs |
| 06/13/13 | SMC | Revise email on settlement recommendation to N.Rosenbaum | L160 | .70 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
AUGUST 22, 2013

0R0808-104980

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/13/13 | SMC | Attend conference call on settlement approval with L.Delehy, K.Priore and others | L160 | .40 hrs |
| 06/13/13 | SMC | Prepare for conference call on settlement approval with L.Delehy, K.Priore and others | L160 | .70 hrs |
| 06/19/13 | SMC | Follow up email to N.Rosenbloom on settlement authority from creditors committee | L160 | .30 hrs |
| 06/27/13 | SMC | Emails to and from N.Rosenbaum and K.Priore on proceeding with settlement offer | L160 | .40 hrs |
| 06/27/13 | SMC | Telephone call to plaintiff attorney T.Beko on settlement | L160 | .30 hrs |
| 06/28/13 | SMC | Email to and telephone call from attorney Beko on status report and settlement | L160 | .50 hrs |
| 06/28/13 | SMC | Review draft status report to court | L210 | .20 hrs |
| 06/28/13 | SMC | Email reporting on above to K.Priore and others | L160 | .60 hrs |

TOTAL FEES FOR THIS MATTER                    $4,158.00

01        Copy Charges                                              0.00



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
AUGUST 22, 2013

0R0808-104980

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Stewart M. Cox | 8.50 hrs | 365.00 /hr | 3,102.50 |
| Christopher L. Hawkins | .70 hrs | 365.00 /hr | 255.50 |
| Avery Simmons | 1.80 hrs | 304.00 /hr | 547.20 |
| Lucinda Kish | 1.60 hrs | 158.00 /hr | 252.80 |

TOTAL FEES                 12.60 hrs                    $4,158.00

TOTAL CHARGES FOR THIS INVOICE                          $4,158.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0808-104980

INVOICE #  880261

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0808-104980
     TC # 698077

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 07/05/13 | MPE | Research docket to determine case status. | L110 | .10 hrs |
| 07/08/13 | SMC | Email to and from T.Beko on settlement | L160 | .30 hrs |
| 07/08/13 | SMC | Email to K.Priore on settlement | L160 | .20 hrs |
| 07/10/13 | SMC | Emails to and from T.Beko on settlement | L160 | .20 hrs |
| 07/17/13 | CWH | Assist with response to plaintiff's counsel's demands for a "new loan" and his recitation to sections of the Estate's proposed bankruptcy plan | L120 | .20 hrs |
| 07/17/13 | SMC | Email from T.Beko on financing option to settlement | L160 | .30 hrs |
| 07/19/13 | SMC | Email to and from attorney Beko on settlement | L160 | .30 hrs |
| 07/19/13 | SMC | Email reporting on new demand and case outlook to K.Priore | L160 | .50 hrs |
| 08/02/13 | LADA | Review and analysis of case docket for current status of action | L190 | .30 hrs |
| 08/07/13 | CWH | Review news of recent settlement of Federal Reserve Board foreclosure lookback review and inquire with client whether Longoni qualifies for funds | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 11, 2013

0R0808-104980

FED ID NO. 63-0243316

| 08/07/13 | SMC | Multiple emails from and to K.Priore on FRB consent settlement | L160 | .60 hrs |
| 08/08/13 | CWH | Exchange e-mails with K.Priore regarding $300 award that Longoni will receive from Federal Reserve Board settlement | L110 | .10 hrs |
| 08/08/13 | SMC | Review K.Priore emails on FRB settlement impact on Longoni claims | L160 | .30 hrs |
| 08/13/13 | SMC | Review FRB settlement amendment and bankruptcy court order approving same | L160 | 1.00 hrs |
| 08/13/13 | SMC | Email to K.Priore and others on FRB consent settlement's impact on Longoni claims | L160 | .60 hrs |
| 08/13/13 | CLHA | Advise co-counsel regarding direct and indemnification claims filed with claims agent in Rescap bankruptcy case as well as order implementing DOJ/AG content judgment | L120 | .90 hrs |

TOTAL FEES FOR THIS MATTER                          $2,142.60

01      Copy Charges                                           0.00

BILLING SUMMARY

| Stewart M. Cox | 4.30 hrs | 365.00 /hr | 1,569.50 |
| Christopher L. Hawkins | .90 hrs | 365.00 /hr | 328.50 |
| Christian W. Hancock | .50 hrs | 361.00 /hr | 180.50 |
| Lucinda Kish | .30 hrs | 158.00 /hr | 47.40 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |

TOTAL FEES              6.10 hrs                   $2,142.60



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
OCTOBER 11, 2013

0R0808-104980

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $2,142.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0808-105109

INVOICE #  872618

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0808-105109
     TC # 694863

PROFESSIONAL SERVICES

| 05/21/13 | MRP | Research and review post-stay development as requested by L.Delehey | L190 | 1.20 hrs |
|---|---|---|---|---|
| 05/21/13 | MRP | Telephone call to T.Schehr regarding status | L190 | .10 hrs |
| 05/21/13 | MRP | Exchange memos with L.Delehey regarding update | L190 | .10 hrs |
| 05/29/13 | MRP | Review status report from T.Schehr | L190 | .20 hrs |
| 06/03/13 | MRP | Exchange memos with L.Delehey regarding status | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $807.50

BILLING SUMMARY

Michael R. Pennington      1.70 hrs    475.00 /hr      807.50

TOTAL FEES                 1.70 hrs                   $807.50

**TOTAL CHARGES FOR THIS INVOICE**                   $807.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0808-105109

INVOICE #  880262

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0808-105109
     TC # 694863

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 08/01/13 | MRP | Telephone call from plaintiff's counsel regarding settlement | L190 | .10 hrs |
| 08/05/13 | MRP | Telephone conference with L.Delehey and others regarding settlement | L190 | .30 hrs |
| 08/05/13 | MRP | Exchange multiple memos with L.Delehey regarding settlement | L190 | .20 hrs |
| 08/05/13 | MRP | Telephone call to plaintiffs' counsel regarding settlement | L190 | .10 hrs |
| 08/06/13 | MRP | Telephone call to Methvin regarding settlement | L190 | .10 hrs |
| 08/07/13 | MRP | Telephone conference with Methvin regarding settlement | L190 | .40 hrs |
| 08/08/13 | MRP | Exchange memos with L.Delehey regarding settlement | L190 | .10 hrs |
| 08/13/13 | MRP | Exchange memos with N.Rosenbaum and L.Delehey regarding settlement | L190 | .10 hrs |
| 08/14/13 | MRP | Telephone conference with L.Delehey regarding settlement | L190 | .50 hrs |
| 08/14/13 | MRP | Conference with Methvin regarding settlement | L190 | .10 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
OCTOBER 11, 2013

0R0808-105109

FED ID NO. 63-0243316

08/28/13  MRP  Telephone conference with Methvin        L160      .10 hrs
                regarding settlement

            TOTAL FEES FOR THIS MATTER                          $997.50

BILLING SUMMARY

    Michael R. Pennington      2.10 hrs    475.00 /hr        997.50

TOTAL FEES                     2.10 hrs                    $997.50

**TOTAL CHARGES FOR THIS INVOICE**                        $997.50

            ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0808-105192

INVOICE #  880263

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0808-105192
     TC # 694816

PROFESSIONAL SERVICES

| 07/25/13 | BG | Review current docket to confirm no case movement | L120 | .10 hrs |
| 07/25/13 | BG | Provide update on current status of the litigation | L190 | .10 hrs |
| 08/06/13 | BG | Review docket to determine if there has been any case activity | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $62.10

BILLING SUMMARY

Blake Goodsell          .30 hrs   207.00 /hr        62.10

TOTAL FEES              0.30 hrs                    $62.10

TOTAL CHARGES FOR THIS INVOICE                     $62.10

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0808-301003

INVOICE #  871556

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0808-301003
     TC # 713139

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/01/13 | JDV | Draft April 2013 status report for client as follows: This case is currently stayed pursuant to the automatic stay. | L190 | .10 hrs |
| 05/31/13 | JDV | Analysis of court docket and case file for status report | L120 | .10 hrs |
| 06/05/13 | JDV | Draft May 2013 status update for client | L190 | .10 hrs |
| 06/26/13 | JST | Work on analysis of malpractice claims for use in bankruptcy negotiation | L120 | .50 hrs |
| 06/28/13 | AHC | Draft status report as required by USDC | L250 | .20 hrs |
| 06/28/13 | DBO | Revise malpractice correspondence related to Stern bankruptcy claim | L120 | .50 hrs |
| 06/28/13 | JST | Work on summarizing malpractice claims and values for use in negotiations with Stern's proof of claim in bankruptcy | L120 | 3.50 hrs |

TOTAL FEES FOR THIS MATTER                    $1,726.30

BILLING SUMMARY

| | | | |
|---|---|---|---|
| John Smith T | 4.00 hrs | 356.00 /hr | 1,424.00 |
| D. Brian O'Dell | .50 hrs | 383.00 /hr | 191.50 |
| Alecia H. Cockrell | .20 hrs | 158.00 /hr | 31.60 |
| Jose D. Vega | .30 hrs | 264.00 /hr | 79.20 |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
AUGUST 22, 2013

0R0808-301003

FED ID NO. 63-0243316

| | | |
|---|---|---|
| TOTAL FEES | 5.00 hrs | $1,726.30 |
| TOTAL CHARGES FOR THIS INVOICE | | $1,726.30 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0808-301003

INVOICE #   880264

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0808-301003
     TC # 713139

PROFESSIONAL SERVICES

| 07/01/13 | AHC | Review and revise list of claims against Stern including reviewing dockets to determine current status of files | L110 | 1.70 hrs |
|----------|-----|----|------|----------|
| 07/01/13 | AHC | Draft court-required status report for attorney review | L250 | .20 hrs |
| 07/07/13 | NSR | Review and analyze depositions of C.Mack, depositions of B.Mack, pleadings in foreclosure action, and documents produced in discovery for factual background in analyzing claims and defenses raised in proof of claim filed by the Macks | L110 | 4.10 hrs |
| 07/08/13 | NSR | Analyze Florida law regarding intentional infliction of emotional distress, abuse of process, and defenses of statute of limitations and res judicata in reference to B.Mack and C.Mack proof of claim | L120 | 2.50 hrs |
| 07/08/13 | NSR | Draft memorandum regarding analysis of intentional infliction of emotional distress, abuse of process, and res judicata in reference to B.Mack and C.Mack proof of claim | L120 | 2.40 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 11, 2013

0R0808-301003

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/09/13 | NSR | Analyze Florida law regarding negligent infliction of emotional distress, slander of title, wrongful foreclosure, and malicious prosecution in reference to B.Mack and C.Mack proof of claim | L120 | 2.30 hrs |
| 07/09/13 | NSR | Continue drafting claims and defenses memorandum as to sections on negligent infliction of emotional distress, slander of title, wrongful foreclosure, and malicious prosecution in reference to B.Mack and C.Mack proof of claim | L120 | 2.30 hrs |
| 07/10/13 | NSR | Analyze Florida law regarding collateral estoppel, election of remedies, res judicata, and punitive damages in reference to B.Mack and C.Mack proof of claim | L120 | 2.80 hrs |
| 07/10/13 | NSR | Continue drafting memorandum regarding potential claims and defenses as to estoppel, election of remedies, res judicata, and punitive damages in reference to B.Mack and C.Mack proof of claim | L120 | 3.00 hrs |
| 07/10/13 | NSR | Review and revise claims and defenses memorandum and draft factual overview section in reference to B.Mack and C.Mack proof of claim | L120 | .70 hrs |
| 07/10/13 | JST | Call with attorney for Citi regarding status of Citi's lawsuit against Stern | L120 | .40 hrs |
| 07/10/13 | JST | Review case status in Citi matter against Stern | L120 | .20 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
OCTOBER 11, 2013

OR0808-301003

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/10/13 | JST | Provide summary report to J.Wishnew and B.Thompson relating to Citi's case against Stern and how that affects Sern's claims against GMAC | L120 | .20 hrs |
| 07/10/13 | JST | Conference call with J.Wishnew regarding status and evaluation of Stern's proof of claim | L120 | .50 hrs |
| 07/10/13 | JST | Work on follow up items to evaluate potential argument from Citi's case applicable to our matter | L120 | 1.00 hrs |
| 07/10/13 | JW | Research first breach theory of contract remedies in Delaware, Florida, and New York | L110 | 2.00 hrs |
| 07/10/13 | JW. | Conference regarding bankruptcy counsel request for assessment of Stern's claims | L120 | .40 hrs |
| 07/10/13 | AHC | Research to determine status of nine similar Stern lawsuits in federal court and revisions to malpractice summary including determination of costs to GMAC for legal defense of listed matters and current status of each | L190 | 3.20 hrs |
| 07/11/13 | JW | Review Master Services Agreement and Statement of Work to assess Stern's claims in bankruptcy court | L120 | 1.70 hrs |
| 07/12/13 | JW | Correspondence with Citi Mortgage regarding Ameriquest assignments | L110 | .30 hrs |
| 07/15/13 | JW | Correspondence regarding Citi Mortgage filings | L210 | .10 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
OCTOBER 11, 2013

0R0808-301003

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/15/13 | JW | Review Citi Mortgage pleadings and compare representations and warranties to GMACM Master Services Agreement | L210 | 1.20 hrs |
| 07/15/13 | JW | Draft memorandum to J.Wishnew regarding Stern's claims under Delaware law | L120 | 2.70 hrs |
| 07/16/13 | JW | Draft and revise memorandum to J.Wishnew regarding Stern's proof-of-claim | L110 | 3.40 hrs |
| 07/16/13 | JST | Review Nader's memo analyzing Macks proof of claim and potential defenses | L120 | .50 hrs |
| 07/17/13 | JST | Review analysis of arguments against Stern that were successfully raised by Citi | L120 | .50 hrs |
| 07/19/13 | JST | Review analysis of proof of Stern's claim | L120 | 1.50 hrs |
| 07/22/13 | JST | Work on analysis of Stern's proof of claim | L120 | .30 hrs |
| 07/22/13 | JW | Conference regarding memorandum outlining Stern's claims | L120 | .40 hrs |
| 07/24/13 | JW | Research Freddie/Fannie claims against Stern | L110 | .60 hrs |
| 07/25/13 | JW | Incorporate Delaware case law regarding futility of breach notice obligation into memorandum | L120 | .70 hrs |
| 07/26/13 | JST | Work on analysis of Stern's proof of claims | L120 | .30 hrs |
| 07/29/13 | JST | Work on Proof of Claim analysis and evaluation memorandum | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
OCTOBER 11, 2013

0R0808-301003

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 07/29/13 | JW | Revise memorandum to J.Wishnew regarding Stern's claims | L120 | .30 hrs |
| 07/30/13 | JW | Review and revise memorandum to J.Wishnew regarding Stern's claims | L110 | 1.00 hrs |
| 07/30/13 | JST | Work on Proof of Claim analysis and memo to J.Wishnew (MoFo) | L120 | 1.50 hrs |
| 07/30/13 | JAM | Pull current docket for Stern v. Citimortgage | L190 | .10 hrs |
| 08/15/13 | JST | Call with Jordan Wishnew to discuss next steps for responding to Stern proof of claim | L120 | .20 hrs |
| 08/18/13 | JST | Work on settlement analysis and proposal for handling Stern proof of claim to provide to client, analyzing previous settlement and damages memoranda | L120 | 1.50 hrs |
| 08/19/13 | JW | Review J.SmithT memorandum regarding Stern claims and confirm Judge Cooke has not ruled on Citi's damage claims | L110 | .30 hrs |
| 08/27/13 | JST | Work on memorandum analyzing dealing with Stern's proof of claim including background and amounts involved | L120 | 1.00 hrs |

TOTAL FEES FOR THIS MATTER                    $13,406.60

41    Computerized Legal Research-Westlaw                    0.00



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    6
OCTOBER 11, 2013

0R0808-301003

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| John Smith T | 10.10 hrs | 356.00 /hr | 3,595.60 |
| Alecia H. Cockrell | 5.10 hrs | 158.00 /hr | 805.80 |
| Jamie Mathews | .10 hrs | 150.00 /hr | 15.00 |
| Jay Wright | 15.10 hrs | 220.00 /hr | 3,322.00 |
| Nader Raja | 20.10 hrs | 282.00 /hr | 5,668.20 |

TOTAL FEES          50.50 hrs                    $13,406.60

TOTAL CHARGES FOR THIS INVOICE              $13,406.60

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0808-301004

INVOICE #   871557

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:   0R0808-301004
      TC # 713214

PROFESSIONAL SERVICES

| 05/05/13 | AHC | Draft status report for client as follows: This case remains stayed as to GMAC. | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                      $15.80

BILLING SUMMARY

| Alecia H. Cockrell | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES                    0.10 hrs              $15.80

**TOTAL CHARGES FOR THIS INVOICE**              $15.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0808-301011

INVOICE # 880265

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re: 0R0808-301011
TC # 718443

PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|------|-------------|------|-------|
| 08/15/13 | BG | Work on filing Notice of Appeal with the district court | L210 | .10 hrs |
| 08/15/13 | BG | Work on service by publication in declaratory judgment action for both William and Nicole Motto | L120 | .30 hrs |
| 08/15/13 | BG | Work on recording corrective affidavits in the property records | L210 | .10 hrs |
| 08/16/13 | BG | Work on docketing issues related to notice of appeal | L120 | .20 hrs |
| 08/21/13 | BG | Receipt / review of docketing order from the 8th Circuit | L120 | .10 hrs |
| 08/22/13 | BG | Correspondence with the court regarding transcription of hearing testimony | L120 | .10 hrs |
| 08/22/13 | BG | Work on Corporate Disclosure statements to the 8th Circuit | L210 | .10 hrs |
| 08/30/13 | BG | Check on status of warning order for Ms. Motto | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                     $227.70

41        Computerized Legal Research-Westlaw

0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 11, 2013

0R0808-301011

FED ID NO. 63-0243316

BILLING SUMMARY

Blake Goodsell          1.10 hrs    207.00 /hr       227.70

TOTAL FEES              1.10 hrs                     $227.70

TOTAL CHARGES FOR THIS INVOICE                      $227.70

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0808-301037

INVOICE # 871558

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0808-301037
     TC # 699305

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 05/30/13 | CWH | Follow-up with N.Campbell on whether she wants to move this file along or discuss the case strategy | L210 | .10 hrs |
| 05/30/13 | MPE | Review order from the Fourth Circuit COurt of Appeals regarding bankruptcy proceedings affecting the appeal and document relevant deadlines. | L110 | .20 hrs |
| 05/30/13 | CWH | Exchange e-mails with counsel from Sidley Austin to confirm that BABC will handle the status update to the appellate court | L210 | .10 hrs |
| 06/03/13 | CWH | Prepare for and attend conference call with N.Campbell regarding status and strategy in Gilbert case | L120 | .80 hrs |
| 06/03/13 | CWH | Draft chart of all of the Gilbert's claims, broken down by which defendant they are against, how EDNC ruled on same, how 4th Circuit ruled on same, and proposed strategy for same | L120 | .40 hrs |
| 06/04/13 | CWH | Draft outline of history, status, and recommendations for future for strategy memo to N.Campbell | L120 | .50 hrs |
| 06/04/13 | MPE | Draft bankruptcy status update in the US District Court of Appeals 4th Circuit No. 10-2295 . | L210 | .40 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 22, 2013

0R0808-301037

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/07/13 | CWH | Revise updated bankruptcy notice to Fourth Circuit and send same to client for approval | L210 | .20 hrs |
| 06/11/13 | CWH | Conference call with L.Delehey to discuss status and strategy in Gilbert matter and status of loan modification efforts | L210 | .30 hrs |
| 06/11/13 | AHC | Final review of and revisions to Appellees' Report on the Status of Certain Bankruptcy Proceedings as required by the Court | L510 | .10 hrs |
| 06/11/13 | MJA | Review of motion providing status report pursuant to court order | L510 | .20 hrs |
| 06/17/13 | MJA | Research on response from Gilbert counsel and possible reply | L510 | .60 hrs |
| 06/17/13 | CWH | Analyze Gilbert's threatened objection/opposition and raise issue to K.Priore and N.Campbell | L210 | .20 hrs |
| 06/24/13 | CWH | Review 4th Circuit's notice regarding overdue status reports and confirm that GMAC/RFC's report was filed | L210 | .10 hrs |
| 06/28/13 | CWH | Attend conference call with Morrison Foerster and Estate to discuss Gilbert's proof of claim and damages associated with their claims | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                                    $1,488.70

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
AUGUST 22, 2013

0R0808-301037

FED ID NO. 63-0243316

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | .80 hrs | 317.00 /hr | 253.60 |
| Christian W. Hancock | 3.10 hrs | 361.00 /hr | 1,119.10 |
| Alecia H. Cockrell | .10 hrs | 158.00 /hr | 15.80 |
| Melisa P. Palmer | .60 hrs | 167.00 /hr | 100.20 |

TOTAL FEES                         4.60 hrs                       $1,488.70

TOTAL CHARGES FOR THIS INVOICE                                   $1,488.70

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0808-301037

INVOICE #  880266

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:   0R0808-301037
      TC # 699305

PROFESSIONAL SERVICES

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 07/01/13 | CWH | Review and analyze borrower's complaint and assess possible damages for each associated claim | L120 | .40 hrs |
| 07/01/13 | APUC | Review and analyze complaint in preparation for assessing claims for damages | L120 | .40 hrs |
| 07/01/13 | APUC | Review and analyze case law addressing actual and statutory damages for a Truth in Lending Act claim | L120 | 2.10 hrs |
| 07/01/13 | APUC | Review and analyze case law addressing damages for failing to rescind properly and draft memo regarding the same | L120 | 1.60 hrs |
| 07/01/13 | CSM | Research regarding damages exposure in support of planned attack on proof of claim | L120 | 2.60 hrs |
| 07/01/13 | CSM | Outline memorandum regarding damages exposure in support of planned attack on proof of claim | L120 | 1.70 hrs |
| 07/02/13 | CSM | Draft memorandum regarding damages exposure in support of planned attack on proof of claim | P280 | 2.20 hrs |
| 07/02/13 | APUC | Review and revise memorandum addressing maximum damages exposure | L120 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 11, 2013

0R0808-301037

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/02/13 | CWH | Review and analyze categories of damages the Gilberts could obtain under best case scenario, parse their attorneys' proof of claim for fees, and review and revise memo to Estate on same | L120 | 1.80 hrs |
| 07/04/13 | CSM | Draft status report for client | B110 | .10 hrs |
| 07/05/13 | MPE | Research docket to confirm case status. | L110 | .20 hrs |
| 07/09/13 | CWH | Exchange e-mails with Morrison Foerster about damages calculations | L120 | .20 hrs |
| 07/09/13 | CWH | Continue to review and analyze borrowers' usury and unfair/deceptive trade practices claims and damages allowed for same | L120 | .50 hrs |
| 07/09/13 | CWH | Attend conference call with L.Delehey, K.Priore, and attorneys from Morrison Foerster regarding strategy for objecting to proofs of claim from Gilberts and their counsel | L120 | .60 hrs |
| 07/09/13 | CWH | Begin outlining arguments objecting to proofs of claim from Gilberts and their counsel | L120 | .40 hrs |
| 07/09/13 | JRB | Analyze issues concerning objection to claim and assist with initial draft of same | B410 | .20 hrs |
| 07/10/13 | CSM | Additional research regarding elements of claims for usurious conduct, collection practices act and unfair and deceptive act practices act violations in support of drafting of section of Debtors& Objection to Proofs of Claim | B310 | 2.10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
OCTOBER 11, 2013

0R0808-301037

FED ID NO. 63-0243316

Filed by Rex and Daniela Gilbert and
Katherine Parker-Lowe

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 07/11/13 | CSM | Draft section of Debtors' Objection to Proofs of Claim Filed by Rex and Daniela Gilbert and Katherine Parker-Lowe attacking sufficiency of claimants' statement of causes of action for damages | B310 | 3.10 hrs |
| 07/11/13 | CWH | Develop arguments for claims objection | L120 | .30 hrs |
| 07/12/13 | CWH | Research merits of claims and review and revise brief regarding objection to claims from the Gilberts and their counsel and prepare exhibits to same | L120 | 2.50 hrs |
| 07/12/13 | MPE | Revise and finalize exhibits for debtor's objection to Gilbert's Proof of claim. | L210 | .70 hrs |
| 07/12/13 | MPE | Document history of parties involved in all Gilbert cases to assist with review of debtor's objection to Gilbert's Proof of claim. | L210 | .30 hrs |
| 07/12/13 | CSM | Additional research regarding elements of claims for usurious conduct, collection practices act and unfair and deceptive trade practices act violations under North Carolina law | L120 | 1.40 hrs |
| 07/17/13 | CWH | Review and analyze Morrison Foerster's edits to proof of claim objection and further revise the pleading | L210 | 1.10 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
OCTOBER 11, 2013

0R0808-301037

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/17/13 | CSM | Research regarding servicer liability for damages for Truth in Lending Act violations | L120 | 1.20 hrs |
| 07/22/13 | CWH | Draft additional changes to proof of claim, per Morrison Foerster's request, and send revised pleading back for review and filing | L210 | .30 hrs |
| 07/26/13 | CWH | Review and analyze new caselaw on TILA from 8th Circuit to determine if there is any guidance that will impact Gilbert matter | L120 | .30 hrs |
| 07/28/13 | CWH | Exchange e-mails with Morrison Foerster, answering their follow-up questions about the proof of claim | L110 | .10 hrs |
| 07/29/13 | MPE | Compile and finalize exhibits to assist with Debtor's Objection to Proofs of Claim filed by Rex and Daniela Gilbert. | L110 | .70 hrs |
| 08/02/13 | MPE | Draft status report for client | L110 | .10 hrs |
| 08/02/13 | MPE | Gather and finalize exhibits from the original foreclosure case to assist MoFo with response to the Borrower's Proof of Claim. | L110 | .30 hrs |
| 08/05/13 | CWH | Review and revise Morrison Foerster's final draft of objection to proof of claim and supporting declaration and make additional revisions to same | L210 | .80 hrs |
| 08/08/13 | MPE | Review of all closing documents (over 350 pages) to determine the amount of cash outs during all refinancing. | L110 | 1.10 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     5
OCTOBER 11, 2013

OR0808-301037

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/13/13 | MPE | Revise, redact, and finalize all exhibits for the the Objection to Claim and Affidavit of L.Delehey | L210 | 2.20 hrs |
| 08/13/13 | CWH | Finalize exhibits to proof of claim objection, per Morrison Foerster's request | L110 | .20 hrs |
| 08/15/13 | RV | Review court docket information for recent filings and current status | L120 | .10 hrs |
| 08/16/13 | CWH | Email Morrison Foerster to determine if motion to approve settlement agreement is now final and ready for filing | L120 | .10 hrs |
| 08/20/13 | CWH | Confirm final language regarding debt collection section and exchange e-mails with Morrison Foerster regarding objection to proof of claim | L210 | .40 hrs |
| 08/23/13 | RV | Analyze file as to current strategy with W.Allen | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                         $10,092.00

|   |   |   |
|---|---|---|
| 01 | Copy Charges | 0.00 |
| 41 | Computerized Legal Research-Westlaw | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jay R. Bender | .20 hrs | 409.00 /hr | 81.80 |
| Christian W. Hancock | 10.00 hrs | 361.00 /hr | 3,610.00 |
| Richard Vann | .20 hrs | 220.00 /hr | 44.00 |
| Cory S. Menees | 14.40 hrs | 295.00 /hr | 4,248.00 |
| Amy Puckett | 4.60 hrs | 255.00 /hr | 1,173.00 |
| Melisa P. Palmer | 5.60 hrs | 167.00 /hr | 935.20 |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     6
OCTOBER 11, 2013

OR0808-301037

FED ID NO. 63-0243316

TOTAL FEES                35.00 hrs              $10,092.00

TOTAL CHARGES FOR THIS INVOICE                  $10,092.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0808-301038

INVOICE #  871559

FED.ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0808-301038
     TC # 699506

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/01/13 | BG | Draft status report regarding Second Motion to Dismiss following Amended Complaint | L190 | .10 hrs |
| 05/07/13 | BG | Correspondence regarding stipulation on briefing schedule | L120 | .10 hrs |
| 05/07/13 | BG | Calendar deadlines contained in stipulation as to briefing schedule | L230 | .10 hrs |
| 05/08/13 | BG | Receipt / review of new stipulation order and calendar deadlines | L120 | .10 hrs |
| 05/15/13 | BG | Calendar deadlines following joint stipulation | L120 | .10 hrs |
| 06/01/13 | HTC | Review research memo from MoFo regarding bankruptcy arguments raised by ARE in its opposition to motion to dismiss | L120 | 2.40 hrs |
| 06/01/13 | HTC | Review and analyze AREÆs opposition to motion to dismiss adversary proceedings | L120 | 1.00 hrs |
| 06/03/13 | HTC | Telephone conference with A.Halperin, T.Lehman and J.Hill, counsel for Eleven Homes and Redwood regarding request for information from GMACM and review loan files to determine if we have responsive documents | L120 | 1.50 hrs |

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 22, 2013

OR0808-301038

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 06/03/13 | HTC | Research issues relating to establishment of a trust for purposes of responded to opposition to motion to dismiss and telephone conference with N.Rosenbaum regarding response and hearing | L120 | 1.00 hrs |
| 06/03/13 | BG | Evaluate need for supplemental document production | L120 | .30 hrs |
| 06/03/13 | JB | Research related to 541(d) issues | L120 | .40 hrs |
| 06/04/13 | BG | Work on production concerning remittance reports | L320 | 2.20 hrs |
| 06/04/13 | HTC | Work on reply to opposition to motion to dismiss | L250 | 6.00 hrs |
| 06/04/13 | KHM | Review document productions for subservicing reports and trial balances produced to ARE in response to inquiry by ARE | L320 | .60 hrs |
| 06/05/13 | HTC | Continue drafting and researching cases for reply to opposition to motion to dismiss | L250 | 2.60 hrs |
| 06/05/13 | BG | Confirm amendment of unjust enrichment and constructive trust claims in Amended Complaint in Adversary Proceedings | L120 | .20 hrs |
| 06/06/13 | BG | Draft status report regarding reply to ARE's Response to Second Motion to Dismiss | L190 | .10 hrs |

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
AUGUST 22, 2013

0R0808-301038

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/06/13 | HTC | Review revised reply and telephone conference with J.Pettis at MoFo regarding proposed changes | L250 | 1.00 hrs |
| 06/10/13 | HTC | Review documents in a Federal Florida action in preparation for hearing on motion to dismiss amended complaint in AP | L120 | .90 hrs |
| 06/11/13 | HTC | Prepare for hearing on motion to dismiss adversary proceeding | L250 | 5.90 hrs |
| 06/11/13 | HTC | Preparation session with MoFo to discuss outline of arguments for hearing on motion to dismiss adversary proceeding | L120 | 5.00 hrs |
| 06/11/13 | HTC | Review history and status of Federal Florida action and discovery in that action for purposes of oral argument on motion to dismiss adversary complaint | L120 | 1.00 hrs |
| 06/11/13 | BG | Work on production log | L120 | .20 hrs |
| 06/12/13 | BG | Work on production to ARE and pre-trial conference | L310 | .30 hrs |
| 06/12/13 | HTC | Office conference with Balboa's attorneys regarding hearing | L120 | .20 hrs |
| 06/12/13 | HTC | Office conference with MoFo and attendance at hearing | L120 | 4.80 hrs |
| 06/12/13 | HTC | Prepare outline of argument for hearing on motion to dismiss adversary proceeding | L250 | 3.30 hrs |
| 06/17/13 | HTC | Review and revise draft email from MoFo to L.Delehey regarding hearing results and next steps | L120 | .10 hrs |



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
AUGUST 22, 2013

0R0808-301038

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/19/13 | HTC | Telephone conference with A.Halperin and Redmont&s lawyers regarding documents sought by judgment creditors relating to ARE and draft email to N. Rosenbaum regarding same | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                        $13,347.20

## EXPENSES

| | | | |
|---|---|---|---|
| 01 | Copy Charges | | 0.00 |
| 13 | Court Reporter Charges | | 1,070.81 |
| 41 | Computerized Legal Research-Westlaw | | 0.00 |

TOTAL COSTS FOR THIS MATTER              $1,070.81

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | 37.00 hrs | 334.00 /hr | 12,358.00 |
| Koni McBride | .60 hrs | 185.00 /hr | 111.00 |
| James Bailey | .40 hrs | 229.00 /hr | 91.60 |
| Blake Goodsell | 3.80 hrs | 207.00 /hr | 786.60 |

| | | |
|---|---|---|
| TOTAL FEES | 41.80 hrs | $13,347.20 |
| TOTAL EXPENSES | | $1,070.81 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $14,418.01 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              OCTOBER 11, 2013
1100 Virginia Drive                                 0R0808-301038
Fort Washington, PA 19034

                                                    INVOICE #   880267

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0808-301038
     TC # 699506

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 07/05/13 | BG | Draft status report regarding filing of Reply to opposition to second Motion to Dismiss the adversary proceeding | L190 | .10 hrs |
| 07/05/13 | HTC | Review ARE's brief on abstention and draft email to N. Rosenbaum regarding same | L120 | .10 hrs |
| 07/08/13 | HTC | Telephone conference with MoFo and client regarding abstention issue | L120 | .70 hrs |
| 07/09/13 | HTC | Telephone conference with MoFo regarding case strategy | L120 | .60 hrs |
| 07/10/13 | HTC | Review GMACM's brief regarding abstention and jurisdiction and exchange emails with J.Petts regarding same | L120 | .20 hrs |
| 07/15/13 | HTC | Exchange emails with J.Petts regarding 2004 subpoena from Redwood/Eleven Homes | L390 | .30 hrs |
| 07/16/13 | HTC | Review and respond to emails with MoFo regarding 2004 application and documents to be produced and analyze 2004 application | L120 | .10 hrs |
| 07/19/13 | HTC | Telephone conference with J.Petts regarding 2004 subpoena from Redwood | L120 | .30 hrs |
| 07/22/13 | BG | Draft proposed protective order | L210 | 1.10 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 11, 2013

0R0808-301038

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 07/22/13 | BG | Revise proposed protective order | L210 | .60 hrs |
| 07/22/13 | HTC | Review emails between MoFo and Redwood's lawyer regarding 2004 application | L120 | .10 hrs |
| 07/23/13 | HTC | Review and revise draft proposed protective order governing Redmont subpoena and production in response to same | L210 | .90 hrs |
| 07/25/13 | HTC | Telephone conference with J.Petts regarding protective order | L120 | .30 hrs |
| 07/26/13 | HTC | Review and revise MoFo's drafts of the stipulated order and revisions to the protective order on Redwood's 2004 application in the adversary proceeding | L210 | .20 hrs |
| 08/01/13 | BG | Work on reproduction to Redwood Recovery | L120 | .10 hrs |
| 08/02/13 | BG | Draft status report regarding reproduction to Redwood Recovery | L190 | .10 hrs |
| 08/05/13 | BG | Work on document production concerning Redwood Recovery subpoena | L320 | .10 hrs |
| 08/05/13 | KHM | Prepare hard drive of all GMACM productions in the ARE litigation | L140 | 3.10 hrs |
| 08/13/13 | HTC | Prepare documents for production and draft email to J.Petts regarding status of Florida action and next steps | L320 | .30 hrs |
| 08/15/13 | HTC | Exchange emails with Redwood regarding document production and MoFo regarding settlement | L120 | .30 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      3
OCTOBER 11, 2013

0R0808-301038

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $2,477.80

EXPENSES

| 01 | Copy Charges | |
|----|----|----|
| 01A | Copy Charges - OUTSIDE SOURCES | 0.00 |
| 20 | Airline Tickets | 4.08 |
| 21 | Travel Expense | 408.80 |
| 23 | Meal Expense | 559.33 |
| | | 49.19 |

TOTAL COSTS FOR THIS MATTER                    $1,021.40

BILLING SUMMARY

| Hope Cannon | 4.40 hrs | 334.00 /hr | 1,469.60 |
|----|----|----|----|
| Koni McBride | 3.10 hrs | 185.00 /hr | 573.50 |
| Blake Goodsell | 2.10 hrs | 207.00 /hr | 434.70 |

TOTAL FEES          9.60 hrs          $2,477.80

TOTAL EXPENSES                         $1,021.40

TOTAL CHARGES FOR THIS INVOICE         $3,499.20

***** TOTAL DUE UPON RECEIPT *****

**ᄕ | BRADLEY ARANT**
**| BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0808-301039

INVOICE #   871560

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0808-301039
     TC # 686089

PROFESSIONAL SERVICES

| 05/01/13 | CSM | Draft status report to client [Mediation on 2/27/13 resulted in settlement in the amount of $150,000.  Settlement agreement pending bankruptcy court approval] | B110 | .10 hrs |
|---|---|---|---|---|
| 05/28/13 | CWH | Follow-up with Morrison Foerster on status of motion to approve settlement agreement with Chicago Title | L110 | .10 hrs |
| 06/03/13 | CSM | Draft status to client [Mediated settlement in amount of $150,000 reached.  Finalization of settlement and payment pending bankruptcy court approval] | B110 | .10 hrs |
| 06/07/13 | CWH | Draft portions of motion to approve settlement agreement, per Morrison Foerster's request | L210 | .20 hrs |
| 06/09/13 | CWH | Draft portions of motion to approve settlement agreement, per Morrison Foerster's request | L210 | .00 hrs |
| 06/10/13 | CWH | Draft portions of motion to approve settlement agreement and exchange e-mails with Morrison Foerster about same | L210 | 1.20 hrs |
| 06/11/13 | CWH | Discuss status of working with Morrison Foerster on motion for approval of settlement agreement with L.Delehey | L110 | .10 hrs |

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 22, 2013

0R0808-301039

FED ID NO. 63-0243316

| 06/12/13 | CWH | Edit motion to approve settlement agreement, based on questions raised by Morrison Foerster | L210 | .80 hrs |
| 06/18/13 | LADA | Review and analysis of current case docket | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $972.80

BILLING SUMMARY

| Christian W. Hancock | 2.40 hrs | 361.00 /hr | 866.40 |
| Cory S. Menees | .20 hrs | 295.00 /hr | 59.00 |
| Lucinda Kish | .30 hrs | 158.00 /hr | 47.40 |

TOTAL FEES               2.90 hrs              $972.80

TOTAL CHARGES FOR THIS INVOICE              $972.80

***** TOTAL DUE UPON RECEIPT *****

MATTER SUMMARY

FEES BILLED TO DATE        $116,271.23
COST BILLED TO DATE         $1,348.15



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                             OCTOBER 11, 2013
1100 Virginia Drive                                               0R0808-301039
Fort Washington, PA 19034

                                                                  INVOICE #   880268

                                                                  FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

        Re:  0R0808-301039
             TC # 686089

PROFESSIONAL SERVICES

| 07/04/13 | CSM | Draft status report for client | B110 | .10 hrs |
|---|---|---|---|---|
| 07/09/13 | CWH | Exchange e-mails with Morrison Foerster about status of getting motion for approval of settlement agreement filed | L110 | .20 hrs |
| 07/09/13 | CWH | Exchange e-mails with Chicago Title's counsel about status of getting motion for approval of settlement agreement filed and ruled upon | L110 | .10 hrs |
| 07/10/13 | CWH | Make additional revisions to motion to approve settlement agreement and review and revise L.Delehey's declaration in support of same, per Morrison Foerster's request | L210 | .60 hrs |
| 07/22/13 | CWH | Exchange e-mails with N.Ross at Morrison Foerster regarding edits to motion to approve settlement agreement | L120 | .20 hrs |
| 07/26/13 | CWH | Locate documents from the Flick-Chicago Title settlement for creditor's committee's attorney and answer their emailed questions about current settlement offer | L160 | .30 hrs |
| 07/26/13 | CWH | Phone call with creditor committee's attorney regarding the settlement offer in Flick | L160 | .30 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 11, 2013

0R0808-301039

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/26/13 | CWH | Draft email update to Morrison Foerster regarding phone call with creditor committee's attorney on the settlement offer in Flick | L160 | .10 hrs |
| 08/05/13 | CSM | Draft status report to client | B110 | .10 hrs |
| 08/06/13 | CWH | Conversation with N.Morris at Morrison Foerster regarding need to revise motion to approve settlement | L160 | .20 hrs |
| 08/07/13 | CWH | Revise motion to approve settlement agreement with Chicago Title | L210 | .30 hrs |
| 08/08/13 | CWH | Research current case law on issues in Flick matter (locating very recent opinion directly on point) and make revisions to motion to approve settlement agreement | L210 | 1.60 hrs |

TOTAL FEES FOR THIS MATTER                          $1,466.90

01        Copy Charges
                                                        0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 3.90 hrs | 361.00 /hr | 1,407.90 |
| Cory S. Menees | .20 hrs | 295.00 /hr | 59.00 |

TOTAL FEES              4.10 hrs              $1,466.90



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 11, 2013

0R0808-301039

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $1,466.90

***** TOTAL DUE UPON RECEIPT *****

MATTER SUMMARY

FEES BILLED TO DATE          $117,738.13
COST BILLED TO DATE            $1,348.15

**╚┓  BRADLEY ARANT**
**    BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    AUGUST 22, 2013
1100 Virginia Drive                                       0R0808-301040
Fort Washington, PA 19034

                                                          INVOICE #  871561

                                                          FED ID NO. 63-0243316
_____

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

    Re:  0R0808-301040
         TC # 690409

PROFESSIONAL SERVICES

| Date | | Description | | | |
|------|------|------|------|------|------|
| 05/15/13 | CWH | Revise Petra loan timeline and send same to L.Delehey, per her request | L110 | .20 hrs |
| 05/17/13 | MPE | Analysis of client documents to determine the dates and documentation where funds were transferred by GMAC following the REO sales | L110 | 1.60 hrs |
| 06/07/13 | CWH | Begin to analyze Petra's proof of claim and outline arguments in response to same | L210 | .20 hrs |
| 06/11/13 | CWH | Review file for documentation from GMAC evidencing the REO transactions and amounts relayed to ARE, update case and loan timelines with same for L.Delehey | L110 | 1.30 hrs |
| 06/11/13 | CWH | Discussion with L.Delehey about history of ARE/Petra, the five loans at issue, and plan to work with Morrison Foerster on the objection to proof of claim | L110 | .40 hrs |
| 06/26/13 | CWH | Prepare for attend conference call with L.Delehey, attorneys from Morrison Foerster regarding proof of claim in Petra matter | L120 | .60 hrs |
| 06/26/13 | CWH | Update timelines from Petra case and send same to attorneys from Morrison Foerster to assist with the proof of claim in Petra matter | L120 | .20 hrs |

**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
AUGUST 22, 2013

0R0808-301040

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $1,314.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 2.90 hrs | 361.00 /hr | 1,046.90 |
| Melisa P. Palmer | 1.60 hrs | 167.00 /hr | 267.20 |

TOTAL FEES                    4.50 hrs              $1,314.10

**TOTAL CHARGES FOR THIS INVOICE**                    $1,314.10

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0808-301040

INVOICE #  880269

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0808-301040
     TC # 690409

PROFESSIONAL SERVICES

| 08/08/13 | MCG | Review case status and prepare strategy going forward | L650 | .10 hrs |
| 08/29/13 | CWH | Exchange e-mails with L.Delehey and Morrison Foerster about status of responding to claim objection | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $107.00

BILLING SUMMARY

| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Michael C. Griffin | .10 hrs | 348.00 /hr | 34.80 |

TOTAL FEES                0.30 hrs            $107.00

TOTAL CHARGES FOR THIS INVOICE            $107.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0808-301045

INVOICE #  871562

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0808-301045
     TC # 698535

PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|------|------|------|------|
| 05/01/13 | CLHA | Prepare status report for client | L120 | .20 hrs |
| 05/21/13 | MRP | Review information regarding status conference | L110 | .10 hrs |
| 06/03/13 | CLHA | Prepare status report for client | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                     $193.50

BILLING SUMMARY

| | | | | |
|------|------|------|------|------|
| Michael R. Pennington | .10 hrs | 475.00 /hr | | 47.50 |
| Christopher L. Hawkins | .40 hrs | 365.00 /hr | | 146.00 |

TOTAL FEES                     0.50 hrs                     $193.50

**TOTAL CHARGES FOR THIS INVOICE**                     $193.50

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
OR0808-301045

INVOICE #  880270

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  OR0808-301045
      TC # 698535

PROFESSIONAL SERVICES

| 07/01/13 | CLHA Prepare status report for client | L120 | .20 hrs |
| 08/01/13 | CLHA Prepare status report for client | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $146.00

BILLING SUMMARY

| Christopher L. Hawkins | .40 hrs | 365.00 /hr | 146.00 |

TOTAL FEES                       0.40 hrs              $146.00

TOTAL CHARGES FOR THIS INVOICE                        $146.00

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0808-301052

INVOICE #  871563

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0808-301052
     TC # 708174

<u>PROFESSIONAL SERVICES</u>

| 05/09/13 | ABB | Prepare file materials to be closed and preparation of final closing memo with multiple attachments as well as send same to client regarding disposal of case | L110 | .50 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                     $79.00

02        Postage Charges                          0.00

<u>BILLING SUMMARY</u>

Allison Burke              .50 hrs    158.00 /hr        79.00

TOTAL FEES              0.50 hrs           $79.00

**TOTAL CHARGES FOR THIS INVOICE**           $79.00

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 22, 2013
1100 Virginia Drive                                 0R0808-301060
Fort Washington, PA 19034

                                                    INVOICE #  871564

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

    Re:  0R0808-301060
         TC # 721871

    EXPENSES

       01        Copy Charges                              0.00
       01A       Copy Charges - OUTSIDE SOURCES          438.25

                 TOTAL COSTS FOR THIS MATTER          $438.25


    TOTAL FEES            0.00 hrs              $.00

    TOTAL EXPENSES                          $438.25

    **TOTAL CHARGES FOR THIS INVOICE**      **$438.25**

              ***** TOTAL DUE UPON RECEIPT *****