

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 11, 2013
1100 Virginia Drive                                       0R0808-301126
Fort Washington, PA 19034

                                                         INVOICE #  880271

                                                         FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

    Re:  0R0808-301126
         TC # 727040

PROFESSIONAL SERVICES

08/01/13   LADA Review and analysis of current case      L190      .30 hrs
                docket for status of matter


                TOTAL FEES FOR THIS MATTER                        $47.40


BILLING SUMMARY

    Lucinda Kish              .30 hrs    158.00 /hr        47.40


TOTAL FEES                 0.30 hrs                       $47.40

TOTAL CHARGES FOR THIS INVOICE                           $47.40


          ***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              AUGUST 22, 2013
1100 Virginia Drive                                 0R0808-301143
Fort Washington, PA 19034

                                                    INVOICE #  871566
                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0808-301143
     TC # 727477

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/01/13 | JDR | Review Notice of Dismissal as to Defendant PMI. | L250 | .10 hrs |
| 05/06/13 | CWH | Review and approve notice of bankruptcy now that other stay is lifted and motion to withdraw for incorrectly named entity | L210 | .20 hrs |
| 05/07/13 | JDR | Revise Notice of Bankruptcy and Supplemental Servicing Order. | L250 | .40 hrs |
| 05/20/13 | JDR | Review e-mail from L.Delehy regarding supplemental notice of bankruptcy. | L250 | .10 hrs |
| 05/20/13 | JDR | E-mail to L.Delehy regarding and attaching proposed supplemental notice of bankruptcy. | L250 | .10 hrs |
| 05/20/13 | JDR | Review Amended Complaint regarding allegations as to GMAC Residential Funding Corporation. | L210 | .30 hrs |
| 05/21/13 | JDR | Revise and file Supplemental Notice of Bankruptcy Filing and Supplemental Servicing Order and Exhibit A thereto. | L250 | .50 hrs |

                    TOTAL FEES FOR THIS MATTER              $528.20

# BRADLEY ARANT
# BOULT CUMMINGS

LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
AUGUST 22, 2013

OR0808-301143

FED ID NO. 63-0243316

---

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Jonathan Rose | 1.50 hrs | 304.00 /hr | 456.00 |

TOTAL FEES          1.70 hrs                    $528.20

**TOTAL CHARGES FOR THIS INVOICE**          $528.20

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0808-301172

INVOICE #  871568

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0808-301172
     TC # 729476

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/01/13 | BG | Draft status report regarding continuance of remaining motions | L190 | .10 hrs |
| 05/28/13 | ABB | Compile Notice of Hearing set for July 22, 2013 and update pleadings file regarding same | L110 | .20 hrs |
| 05/28/13 | ABB | Retrieve docket report and court file in Harris County to obtain recent information pertaining to scheduling deadlines and a trial date | L110 | .20 hrs |
| 05/28/13 | ABB | Obtain pleadings contained in court file including Notice of Submission, Motion or Summary Judgment, Docket Control Order and executed Order in order to properly maintain file | L110 | .30 hrs |
| 05/28/13 | ABB | Summarize and calendar recent docket control order entered by Judge in April 2013 | L110 | .20 hrs |
| 05/28/13 | ABB | Further calendaring of hearing notice set for July 22, 2013 | L110 | .10 hrs |
| 05/28/13 | BG | Receipt / review of Motion for Summary Judgment of law firm defendants | L120 | .10 hrs |
| 05/28/13 | GWG | Review court docket for information on new trial date and resetting of our codefendants' motion for summary judgment | L210 | .20 hrs |

L⌐ **BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 22, 2013

0R0808-301172

FED ID NO. 63-0243316

| 06/03/13 | BG | Draft status report regarding pending motions filed by other parties | L190 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                   $282.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 1.00 hrs | 158.00 /hr | 158.00 |
| Graham W. Gerhardt | .20 hrs | 312.00 /hr | 62.40 |
| Blake Goodsell | .30 hrs | 207.00 /hr | 62.10 |

TOTAL FEES                    1.50 hrs                    $282.50

**TOTAL CHARGES FOR THIS INVOICE**                    $282.50

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0808-301172

INVOICE #  880272

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0808-301172
     TC # 729476

## PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 07/02/13 | BG | Review appellate decision affirming Motion for Summary Judgment in favor of Huntington National Bank and evaluate impact on underlying case | L120 | .30 hrs |
| 07/05/13 | BG | Draft status report regarding affirmation of Huntington National's summary judgment order | L190 | .10 hrs |
| 07/05/13 | BG | Review lower court docket for activity following affirmation of Huntington National's summary judgment order by appeals court | L120 | .10 hrs |
| 07/08/13 | BG | Review docket for recent case activity following appeal court decision | L120 | .10 hrs |
| 07/08/13 | ABB | Retrieval of docket report in order to obtain information on recent case activity and update pleadings regarding same | L110 | .20 hrs |
| 07/15/13 | BG | Review Plaintiff's response to Motion for Summary Judgment | L210 | .10 hrs |
| 08/02/13 | BG | Draft status report regarding co-defendant's Motion Summary Judgment | L190 | .10 hrs |
| 08/02/13 | BG | Check docket for new trial setting | L120 | .10 hrs |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 11, 2013

0R0808-301172

FED ID NO. 63-0243316

| 08/02/13 | ABB | Retrieval of docket report regarding upcoming trial as well as calendar deadlines and access and obtain specific pleadings from court file | L110 | .50 hrs |
|---|---|---|---|---|
| 08/14/13 | BG | Confirm trial settings | L230 | .10 hrs |
| 08/20/13 | BG | Review docket to monitor pretrial filings | L120 | .10 hrs |
| 08/26/13 | ABB | Retrieve and access all pleadings not contained in file via court access online and update pleadings file regarding same | L110 | .30 hrs |
| 08/26/13 | BG | Review pleadings from the underlying litigation and evaluate impact on bankruptcy stay | L120 | .10 hrs |
| 08/27/13 | BG | Conversation with foreclosure counsel regarding status of the litigation | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $447.80

BILLING SUMMARY

| Allison Burke | 1.00 hrs | 158.00 /hr | 158.00 |
|---|---|---|---|
| Blake Goodsell | 1.40 hrs | 207.00 /hr | 289.80 |

TOTAL FEES              2.40 hrs                  $447.80

TOTAL CHARGES FOR THIS INVOICE                     $447.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0808-301179

INVOICE #  880273

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0808-301179
     TC # 730025

PROFESSIONAL SERVICES

| 07/17/13 | BG | Correspondence with GMAC Estate representatives regarding Notice of Bankruptcy | L120 | .10 hrs |
|---|---|---|---|---|
| 07/22/13 | BG | Conversation with counsel for Transunion regarding removal | L120 | .30 hrs |
| 07/22/13 | BG | Correspondence K.Priorie regarding consent to removal | L120 | .10 hrs |
| 07/23/13 | BG | Review and sign consent to removal on behalf of Homecomings and GMAC | L120 | .20 hrs |
| 07/23/13 | BG | Correspondence with K.Priorie regarding consent to removal on behalf of the servicers | L120 | .10 hrs |
| 07/25/13 | BG | Receipt / review of Notice of Removal | L120 | .10 hrs |
| 07/25/13 | BG | Work on new bankruptcy notice following notice of removal | L120 | .20 hrs |
| 07/25/13 | BG | Work on docketing problems  with federal court related to removal | L120 | .30 hrs |
| 07/25/13 | BG | Receipt of Court's initial scheduling order and Rule 26(f) conference | L120 | .10 hrs |
| 07/25/13 | ABB | Preparation of Renewed Bankruptcy filing to be filed in Federal Court matter | L110 | .40 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 11, 2013

0R0808-301179

FED ID NO. 63-0243316

| 07/26/13 | ABB | Retrieval of docket report in Federal Court case in preparation for filing updated Notice of Bankruptcy | L110 | .20 hrs |
| 07/26/13 | ABB | Telephone conference with clerk regarding dismissal of MERS | L110 | .20 hrs |
| 07/26/13 | ABB | Detailed analysis of pleadings filed in Notice of Removal totaling 500 pages to determine if opposing counsel included the dismissal of MERS and Defendant's bankruptcy filing per conversation with the Court | L110 | .40 hrs |
| 07/26/13 | ABB | Preparation of Notice of Filing regarding dismissal and prepare same to be filed with the Court and service upon parties | L110 | .70 hrs |
| 07/26/13 | ABB | Finalize Federal Court bankruptcy pleadings and prepare same to be electronically filed with the clerk, and for certified service upon parties | L110 | .30 hrs |
| 07/26/13 | BG | Work on notice of bankruptcy in federal court and file | L210 | .10 hrs |
| 07/26/13 | BG | Review federal court docket following removal and work to resolve docketing problems | L120 | .20 hrs |
| 07/26/13 | BG | Work on Notice of Filing regarding dismissal | L210 | .20 hrs |
| 07/29/13 | BG | Receipt / review of order correcting docket entry | L120 | .10 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 11, 2013

0R0808-301179

FED ID NO. 63-0243316

| 07/29/13 | BG | Correspondence with counsel for the defendant regarding 26(f) report | L120 | .20 hrs |
|---|---|---|---|---|
| 07/30/13 | BG | Work on issue related to filing of affidavits of service | L120 | .10 hrs |
| 08/01/13 | BG | Receipt/review of co-defendant corporate disclosures | L120 | .10 hrs |
| 08/02/13 | BG | Draft status report regarding dismissal of MERS and removal to federal court by the credit bureau defendants | L190 | .10 hrs |
| 08/09/13 | BG | Correspondence from opposing counsel regarding reply to opposition to Motion to Dismiss | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $906.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 2.20 hrs | 158.00 /hr | 347.60 |
| Blake Goodsell | 2.70 hrs | 207.00 /hr | 558.90 |

TOTAL FEES                    4.90 hrs                    $906.50

TOTAL CHARGES FOR THIS INVOICE                    $906.50

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0808-301205

INVOICE #  871573

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0808-301205
     TC # 731040

## PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 05/02/13 | JAM | Review online docket for recent case activity and review for recently docketed pleadings | L190 | .30 hrs |
| 06/04/13 | JLJ | Analyze certified judgment for attorneys' fees and costs | L250 | .10 hrs |
| 06/19/13 | JAM | Review of Certified order regarding Sanctions and Attorneys' Fees | L210 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $82.40

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jamie Mathews | .40 hrs | 150.00 /hr | 60.00 |
| Jessica L. Jones | .10 hrs | 224.00 /hr | 22.40 |

TOTAL FEES              0.50 hrs                   $82.40

**TOTAL CHARGES FOR THIS INVOICE**              $82.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0808-301205

INVOICE #  880274

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0808-301205
     TC # 2013-05-EZ9231

PROFESSIONAL SERVICES

| 07/09/13 | JAM | Review Certified Copy of Order and add to case file | L210 | .10 hrs |
| 07/09/13 | JLJ | Prepare to send certified judgments to client and close file | L250 | .10 hrs |
| 07/24/13 | ERP | Initial draft of letter to C.Bonello enclosing certified judgment | L120 | .20 hrs |
| 07/24/13 | JLJ | Review letter to client regarding certified judgment and revise the same | L430 | .20 hrs |
| 08/28/13 | JAM | Review file and draft Closing File Memorandum | L190 | .30 hrs |
| 08/28/13 | JLJ | Review closing file memo | L250 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $182.20

07/25/13 Express Mail/Fedex                              0.00

BILLING SUMMARY

| Jamie Mathews | .40 hrs | 150.00 /hr | 60.00 |
| Emily R. Powell | .20 hrs | 163.00 /hr | 32.60 |
| Jessica L. Jones | .40 hrs | 224.00 /hr | 89.60 |

TOTAL FEES          1.00 hrs                     $182.20



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
OCTOBER 11, 2013

0R0808-301205

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $182.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0808-301268

INVOICE # 871575

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0808-301268
     TC # 734503

PROFESSIONAL SERVICES

| 05/01/13 | CSM | Draft status report to client GMAC's motion to dismiss, filed on 12/6/12, remains pending] | B110 | .10 hrs |
|---|---|---|---|---|
| 06/03/13 | CSM | Review case docket and draft status report to client as follows: Motion to dismiss for failure to state a claim, filed on behalf of GMAC in December 2012, remains pending | L190 | .10 hrs |
| 06/18/13 | LADA | Review and analysis of current case docket | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $74.80

12/03/12 Copy Charges                                             0.00

BILLING SUMMARY

| Cory S. Menees | .20 hrs | 295.00 /hr | 59.00 |
|---|---|---|---|
| Lucinda Kish | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES                    0.30 hrs                    $74.80

TOTAL CHARGES FOR THIS INVOICE                            $74.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
OR0808-301268

INVOICE #   880275

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  OR0808-301268
     TC # 734503

PROFESSIONAL SERVICES

| 07/04/13 | CSM | Draft status report for client | B110 | .10 hrs |
| 07/25/13 | LADA | Review and analysis of current case docket | L190 | .40 hrs |
| 08/05/13 | CSM | Draft status report to client | B110 | .10 hrs |
| 08/09/13 | KK | Research and review Pacer docket to determine status of case and e-mail with client manager regarding same | L110 | .30 hrs |
| 08/16/13 | CWH | Review and analyze posture of case and how long motion to dismiss has been pending and develop strategy to get case back on judge's radar | L120 | .20 hrs |
| 08/26/13 | CWH | Confirm that Estate's interests are not prejudiced by Court's delay in ruling on motion to dismiss | L210 | .10 hrs |

              TOTAL FEES FOR THIS MATTER                     $277.90

BILLING SUMMARY

| Christian W. Hancock | .30 hrs | 361.00 /hr | 108.30 |
| Cory S. Menees | .20 hrs | 295.00 /hr | 59.00 |
| Lucinda Kish | .40 hrs | 158.00 /hr | 63.20 |
| Kerry Keane | .30 hrs | 158.00 /hr | 47.40 |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
OCTOBER 11, 2013

0R0808-301268

FED ID NO. 63-0243316

TOTAL FEES                    1.20 hrs                $277.90

**TOTAL CHARGES FOR THIS INVOICE**                   $277.90

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                  AUGUST 22, 2013
1100 Virginia Drive                                     0R0808-301284
Fort Washington, PA 19034

INVOICE #  871576

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0808-301284
      TC # 735203

PROFESSIONAL SERVICES

| Date | Atty | Description | Task | Hours |
|---|---|---|---|---|
| 05/01/13 | CLHA | Prepare status report for client | L120 | .20 hrs |
| 05/09/13 | JW | E-mails with J.Newton to confirm hearing on Tuesday May 14, 2013 | L120 | .20 hrs |
| 05/09/13 | JW | Call with clerk for approval to appear at next hearing telephonically. | L120 | .30 hrs |
| 05/09/13 | JW | Prepare for hearing on Tuesday May 14, 2013 | L120 | .80 hrs |
| 05/13/13 | CLHA | Prepare for pre-trial conference | L120 | .30 hrs |
| 05/13/13 | JW | Prepare for pretrial conference hearing on May 14, 2013 | L120 | .30 hrs |
| 05/14/13 | JW | Attend pretrial conference | L120 | .90 hrs |
| 05/15/13 | JW | Review motion for consent judgment on docket | L120 | .10 hrs |
| 05/21/13 | JW | Review docket for plaintiff's amended complaint | L120 | .20 hrs |
| 05/21/13 | JW | Analyze plaintiff's amended complaint and supporting documents | L120 | 1.00 hrs |
| 06/03/13 | CLHA | Prepare status report for client | L120 | .20 hrs |

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 22, 2013

0R0808-301284

FED ID NO. 63-0243316

| 06/05/13 | JW | Review local rules and amended procedures for adversary proceedings for time to respond to complaints and motions | L120 | .90 hrs |

TOTAL FEES FOR THIS MATTER                                  $1,228.40

05/21/13 Copy Charges                                           0.00
05/21/13 Copy Charges                                           0.00

<u>BILLING SUMMARY</u>

| Christopher L. Hawkins | .70 hrs | 365.00 /hr | 255.50 |
| Jay Watkins | 4.70 hrs | 207.00 /hr | 972.90 |

TOTAL FEES                    5.40 hrs               $1,228.40

**TOTAL CHARGES FOR THIS INVOICE**                $1,228.40

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0808-301288

INVOICE #  871577

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0808-301288
     TC # 735961

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 05/01/13 | CLHA | Prepare status report for client | L120 | .20 hrs |
| 05/13/13 | CLHA | Prepare for pre-trial conference | L120 | .30 hrs |
| 05/13/13 | JW | Review agenda adjourning the May 14, 2013 hearing | L120 | .10 hrs |
| 05/13/13 | JW | E-mail debtors' counsel regarding status of case and negotiations with plaintiff | L120 | .20 hrs |
| 05/14/13 | JW | E-mail from debtors' counsel regarding status of the case | L120 | .10 hrs |
| 05/14/13 | CLHA | Confer with special counsel regarding settlement negotiations with pro se plaintiff | L120 | .60 hrs |
| 05/21/13 | JW | Review docket for debtors' motion to dismiss | L120 | .10 hrs |
| 05/30/13 | CLHA | Analyze progress report filed by debtor's counsel and advise client regarding same | L120 | .50 hrs |
| 05/30/13 | JW | Review update from debtors' counsel regarding plan to move to dismiss adversary proceeding | L120 | .10 hrs |
| 06/03/13 | CLHA | Prepare status report for client | L120 | .20 hrs |
| 06/04/13 | CLHA | Conference with client regarding strategy | L120 | .10 hrs |

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
AUGUST 22, 2013

0R0808-301288

FED ID NO. 63-0243316

| 06/05/13 | JW | Review the docket for motion to dismiss | L120 | .10 hrs |
| 06/20/13 | JW | Review last progress report regarding a motion to dismiss; review docket for motion to dismiss | L120 | .10 hrs |
| 06/25/13 | JW | Review the docket for a motion to dismiss by debtors' counsel | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $879.80

BILLING SUMMARY

| Christopher L. Hawkins | 1.90 hrs | 365.00 /hr | 693.50 |
| Jay Watkins | .90 hrs | 207.00 /hr | 186.30 |

TOTAL FEES                      2.80 hrs            $879.80

TOTAL CHARGES FOR THIS INVOICE                      $879.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0808-301288

INVOICE #  880276

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0808-301288
     TC # 735961

PROFESSIONAL SERVICES

| 07/01/13 | CLHA | Prepare status report for client | L120 | .20 hrs |
| 07/22/13 | CLHA | Follow up research regarding dismissal of adversary proceeding | L120 | .40 hrs |
| 08/01/13 | CLHA | Prepare status report for client | L190 | .20 hrs |
| 08/20/13 | CLHA | Conference call with client regarding status and strategy | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                              $401.50

BILLING SUMMARY

| Christopher L. Hawkins | 1.10 hrs | 365.00 /hr | 401.50 |

TOTAL FEES                 1.10 hrs                   $401.50

TOTAL CHARGES FOR THIS INVOICE                          $401.50

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0808-301301

INVOICE # 871578

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0808-301301
     TC # 736878

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/17/13 | CWH | Exchange e-mails with client about property for Lucey located in Folly Beach, SC and early analysis of Meyer's claims | L110 | .20 hrs |
| 02/18/13 | MSW | Review and analyze petition for appeal and real estate records | L120 | .50 hrs |
| 02/20/13 | LADA | Begin review and analysis of recorded documents related to new matter | L190 | .70 hrs |
| 03/01/13 | MSW | Conversations with petitioner's counsel and research service and recording issues | L120 | 2.20 hrs |
| 03/01/13 | LADA | Correspondence with Clerk regarding access to sealed case files | L190 | .30 hrs |
| 03/05/13 | MSW | Review pleadings sent by opposing counsel and analyze impact on case strategy | L210 | 1.60 hrs |
| 03/06/13 | MPE | Research Charleston County public records for evidence of mortgage assignment. | L110 | .30 hrs |
| 03/06/13 | MPE | Research Charleston County tax assessor to determine property title and confirm parcel id to assist with determining assignment of mortgage. | L110 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 22, 2013

0R0808-301301

FED ID NO. 63-0243316

| Date | Atty | Description | Task | Hours |
|---|---|---|---|---|
| 03/06/13 | MPE | Research MERS database to determine current servicer and assist with determining assignment history for loan. | L110 | .40 hrs |
| 03/08/13 | MSW | Research state law regarding supreme court procedures for bankruptcy and improperly identified parties | L120 | 1.40 hrs |
| 03/08/13 | LADA | Draft and finalize notice of bankruptcy and servicing order in state court action | L210 | .20 hrs |
| 03/08/13 | LADA | Revise and finalize notice of appearance in state court action | L210 | .40 hrs |
| 03/08/13 | LADA | Revise and finalize notice of appearance in supreme court action | L210 | .40 hrs |
| 04/07/13 | CWH | Review and analyze claims as to GMAC and develop arguments to getting same dismissed (though unlikely due to judge) | L210 | .10 hrs |
| 04/07/13 | MCG | Strategy regarding dispositive motion where servicer is named owing to interest in defendant's property | L120 | .10 hrs |
| 04/08/13 | MSW | Review pleadings and fact package and draft analysis of claims, defenses, and case strategy | L120 | 2.70 hrs |
| 04/08/13 | LADA | File review and organization of state court pleadings | L190 | .50 hrs |
| 04/08/13 | LADA | Correspondence to D.Booth with filed notices of bankruptcy for state trial and state supreme courts | L190 | .30 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     3
AUGUST 22, 2013

OR0808-301301

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 04/08/13 | MCG | Review and revise initial litigation analysis memorandum | C300 | .70 hrs |
| 04/10/13 | MSW | Review and analyze allegations in pleadings to determine conduct purportedly giving rise to causes of action both before and after petition for bankruptcy to determine strategy for going forward | L120 | .20 hrs |
| 04/29/13 | MSW | Draft status report for client as follows: Analyzed pleadings and drafted case analysis memorandum | L120 | .10 hrs |
| 05/27/13 | MSW | Draft status report for client as follows: Awaiting decision of appellate court | L120 | .10 hrs |
| 06/13/13 | LADA | Review and analysis of current case docket | L190 | .30 hrs |
| 06/28/13 | MSW | Draft status report for client as follows: Still awaiting decision of appellate court | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $3,799.20

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .30 hrs | 361.00 /hr | 108.30 |
| Michael C. Griffin | .80 hrs | 348.00 /hr | 278.40 |
| Mark S. Wierman | 8.90 hrs | 304.00 /hr | 2,705.60 |
| Lucinda Kish | 3.10 hrs | 158.00 /hr | 489.80 |
| Melisa P. Palmer | 1.30 hrs | 167.00 /hr | 217.10 |

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    4
AUGUST 22, 2013

0R0808-301301

FED ID NO. 63-0243316

TOTAL FEES                14.40 hrs              $3,799.20

**TOTAL CHARGES FOR THIS INVOICE**              $3,799.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0808-301301

INVOICE #   880277

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0808-301301
     TC # 736878

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 07/09/13 | MSW | Research state law regarding mortgagees as necessary parties and impact of subsequent judgment creditors | L120 | 1.60 hrs |
| 07/09/13 | LADA | Review and analysis of current case docket | L190 | .20 hrs |
| 08/29/13 | MSW | Draft status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $548.40

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Mark S. Wierman | 1.70 hrs | 304.00 /hr | 516.80 |
| Lucinda Kish | .20 hrs | 158.00 /hr | 31.60 |

TOTAL FEES            1.90 hrs            $548.40

TOTAL CHARGES FOR THIS INVOICE            $548.40

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0808-301374

INVOICE #  871579

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0808-301374
     TC # 687409

PROFESSIONAL SERVICES

| 05/06/13 | MRP | Communicate loan modification proposal | L160 | .20 hrs |
|----------|-----|----------------------------------------|------|---------|
| 05/06/13 | MRP | Exchange memos with T.Schehr regarding same | L120 | .10 hrs |
| 05/08/13 | MRP | Exchange memos with N.Armstrong regarding loan modification | L160 | .10 hrs |
| 05/08/13 | MRP | Emails with J.Ho regarding loan modification | L160 | .20 hrs |
| 05/10/13 | MRP | Exchange emails with N.Armstrong regarding loan modification | L160 | .10 hrs |
| 05/21/13 | MRP | Research and review post-stay developments | L110 | .90 hrs |

TOTAL FEES FOR THIS MATTER                          $760.00

BILLING SUMMARY

Michael R. Pennington      1.60 hrs   475.00 /hr      760.00

TOTAL FEES                 1.60 hrs              $760.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      2
AUGUST 22, 2013

0R0808-301374

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**              $760.00

***** TOTAL DUE UPON RECEIPT *****

<u>MATTER SUMMARY</u>

FEES BILLED TO DATE         $2,651.50
COST BILLED TO DATE            $0.00

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 22, 2013
1100 Virginia Drive                                         0R0808-301964
Fort Washington, PA 19034

                                                           INVOICE #  871580

                                                           FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

   Re:  0R0808-301964
        TC # 735692

UNDERLINE PROFESSIONAL SERVICES

06/05/13   JAM  Review online docket to review for      L190      .10 hrs
                recently docketed pleadings and court
                activity


              TOTAL FEES FOR THIS MATTER                          $15.00


BILLING SUMMARY

   Jamie Mathews              .10 hrs    150.00 /hr         15.00


TOTAL FEES                 0.10 hrs                       $15.00

**TOTAL CHARGES FOR THIS INVOICE**                       $15.00

            ***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0808-301968

INVOICE #  871581

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0808-301968
TC # 736085

EXPENSES

05/03/13 Copy Charges - OUTSIDE SOURCES - DOCUMENT                    30.08
         SOLUTIONS, INC. MCOLE- MED. LITIGATION COPIES,
         COLOR COPIES, EMAIL
         Bank ID: R CK Check Number: 159172

         TOTAL COSTS FOR THIS MATTER                         $30.08


TOTAL FEES              0.00 hrs              $.00

TOTAL EXPENSES                            $30.08

**TOTAL CHARGES FOR THIS INVOICE**          $30.08

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0808-301970

INVOICE #  871582

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0808-301970
     TC # 736468

PROFESSIONAL SERVICES

| 05/01/13 | SS | Research damages from In re: Kirkbride | L120 | .50 hrs |
|---|---|---|---|---|
| 05/01/13 | RAC | Review of email exchanges regarding discovery and hearing on motion for sanctions | B190 | .10 hrs |
| 05/02/13 | SS | Analyze litigation strategy | L120 | .50 hrs |
| 05/02/13 | KSA | Review allegations, facts, and causes of action and caselaw relating to claims | C200 | 2.00 hrs |
| 05/02/13 | GEG | Research regarding credit report testimony and credit reporting as violation of confirmation order | L120 | .50 hrs |
| 05/02/13 | GEG | Draft memorandum regarding all outstanding legal issues vis-a-vis possible defenses | L120 | .80 hrs |
| 05/02/13 | GEG | E-mail memorandum to B.Smith regarding wiping debt history clean | L120 | .30 hrs |
| 05/02/13 | GEG | Work on analysis of possible Fair Credit Reporting Act defense | L120 | .70 hrs |
| 05/03/13 | GEG | Prepare for upcoming hearing | L120 | .70 hrs |
| 05/03/13 | KSA | Review pleadings and facts to outline arguments at sanctions hearing | L210 | 1.20 hrs |
| 05/06/13 | KSA | Prepare for Sanctions Hearing | P280 | .30 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 22, 2013

0R0808-301970

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 05/09/13 | KSA | Review Bankruptcy docket, caselaw, and outline argument for sanctions hearing; draft Notice of Appearance after review of docket | L650 | 1.60 hrs |
| 05/13/13 | GEG | E-mail to borrower's attorney regarding deposition dates | L120 | .10 hrs |
| 05/13/13 | GEG | Phone conference with borrower's attorney regarding scheduling, etc., and possible settlement | L160 | .40 hrs |
| 05/13/13 | GEG | Work on review of case law regarding punitives and preparation for hearing | B420 | .30 hrs |
| 05/13/13 | RAC | Review of email and conference regarding hearing on motion for sanctions and settlement discussions with opposing counsel | B190 | .60 hrs |
| 05/14/13 | GEG | Review reported decisions by bankruptcy Judge Doub in which he has awarded punitive damages | L120 | .60 hrs |
| 05/14/13 | GEG | E-mail memorandum to B.Smith regarding yesterday's phone conference with borrowers' attorney and various issues with upcoming hearing | L120 | .40 hrs |
| 05/15/13 | GEG | Call to B.Smith regarding settlement | L160 | .10 hrs |
| 05/15/13 | KSA | Preparation for Motion for Sanctions Hearing | L210 | .80 hrs |
| 05/16/13 | GEG | Voice mail from borrower's attorney regarding depositions and possible settlement | L160 | .10 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
AUGUST 22, 2013

OR0808-301970

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 05/16/13 | GEG | Phone conference with B.Smith regarding depositions and possible settlement | L160 | .30 hrs |
| 05/16/13 | GEG | Voice mail and e-mail to borrower's attorney regarding depositions and possible settlement | L160 | .10 hrs |
| 05/17/13 | GEG | E-mails to and from opposing counsel regarding upcoming depositions and new hearing date | L120 | .50 hrs |
| 05/17/13 | SS | Phone call with court deputy regarding motion to continue | L120 | .30 hrs |
| 05/20/13 | SS | Draft Motion to Continue | L120 | .50 hrs |
| 05/20/13 | GEG | Work on rescheduling hearing and preparation for same | L120 | .20 hrs |
| 05/21/13 | GEG | Revise motion to continue and e-mails from and to borrower's counsel regarding same | L120 | .30 hrs |
| 05/21/13 | GEG | Work on preparation for deposition | L120 | .10 hrs |
| 05/21/13 | GEG | Initial review of document production by borrowers | L120 | .20 hrs |
| 05/21/13 | SS | Analyze the Pattee's discovery responses | L120 | .80 hrs |
| 05/22/13 | GEG | Voice mails from and to borrower's attorney regarding settlement | L160 | .20 hrs |
| 05/22/13 | GEG | E-mail to B.Smith regarding borrower's counteroffer and information that loan is still being reported as late | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

OR0808-301970

FED ID NO. 63-0243316

| 05/22/13 | GEG | Prepare for deposition | L120 | .30 hrs |
|---|---|---|---|---|
| 05/23/13 | GEG | E-mails from and to B.Smith regarding deposition | L120 | .20 hrs |
| 05/23/13 | SS | Put together deposition materials | L120 | .70 hrs |
| 05/23/13 | SS | E-mail from client | L120 | .10 hrs |
| 05/23/13 | SS | Analyze discovery response | L120 | 1.30 hrs |
| 05/23/13 | SS | Draft re-notices of deposition | L120 | .30 hrs |
| 05/24/13 | SS | Review Pattee discovery response | L120 | .50 hrs |
| 05/24/13 | SS | Work on re-notices of deposition | L120 | .30 hrs |
| 05/24/13 | GEG | Work on review of notices of deposition and begin review of documents produced by borrowers | L120 | .50 hrs |
| 05/28/13 | SS | Phone call with Court deputy | L120 | .30 hrs |
| 05/28/13 | SS | Review discovery responses and complaint | L120 | .70 hrs |
| 05/28/13 | SS | Research elements of emotional distress claims | L120 | .80 hrs |
| 05/28/13 | GEG | Phone conference with B.Smith regarding depositions tomorrow | L120 | .50 hrs |
| 05/28/13 | GEG | Prepare for deposition | L120 | 5.20 hrs |
| 05/29/13 | GEG | Prepare for depositions | L120 | 5.50 hrs |
| 05/29/13 | GEG | Take depositions of borrowers | L120 | 4.80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
AUGUST 22, 2013

0R0808-301970

FED ID NO. 63-0243316

| 05/29/13 | GEG | Work on post-deposition analysis of various issues, especially regarding claims regarding credit scores | L120 | 4.50 hrs |
| 05/29/13 | KSA | Review pleadings in preparation for Motion for Sanctions Hearing | L210 | .20 hrs |
| 05/30/13 | GEG | Voice mail and e-mail to B.Smith regarding depositions yesterday | L120 | .20 hrs |
| 05/30/13 | GEG | Work on post-deposition issues and emails from and to court reporter regarding need transcript | L120 | .40 hrs |
| 05/30/13 | CWH | Assist with settlement strategy in post-petition matter | L160 | .40 hrs |
| 05/30/13 | SS | Work on legal strategy, considering the results of the deposition | L120 | .40 hrs |
| 05/31/13 | RAC | Conference regarding hearing on motion for sanctions | B190 | .60 hrs |
| 05/31/13 | GEG | Begin work on preparation for hearing | L120 | 2.50 hrs |
| 06/03/13 | GEG | E-mail memorandum to B.Smith regarding settlement | L160 | 1.20 hrs |
| 06/03/13 | GEG | Voice mails to and from and phone conference with B.Smith regarding settlement | L160 | .30 hrs |
| 06/03/13 | GEG | Begin work on preparation for hearing next week | L120 | .40 hrs |
| 06/03/13 | RAC | Review of email with settlement offer analysis sent to client | C300 | .20 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     6
AUGUST 22, 2013

0R0808-301970

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/03/13 | SS | Draft May status report for client | L120 | .20 hrs |
| 06/04/13 | RAC | Review and respond to email regarding hearing on motion for sanctions | C300 | .50 hrs |
| 06/04/13 | GEG | E-mail memorandum to B.Smith regarding affidavit for GMAC person for use at hearing and reasons it may be needed | L120 | .50 hrs |
| 06/04/13 | GEG | Voice mail from and phone conference with B.Smith regarding counteroffer | L120 | .30 hrs |
| 06/04/13 | GEG | Voice mails to and e-mails from and to borrowers' attorney regarding counteroffer | L160 | .50 hrs |
| 06/04/13 | GEG | Continue to prepare for hearing next Wednesday | L120 | 4.20 hrs |
| 06/05/13 | GEG | Work on preparation of exhibit notebook | L120 | .80 hrs |
| 06/05/13 | GEG | Research regarding evidentiary objections to borrower's introduction of credit reports | L120 | 1.90 hrs |
| 06/05/13 | KSA | Evaluate credit reporting specifics with Ocwen | L660 | .70 hrs |
| 06/05/13 | RAC | Review of emails regarding claims based upon credit reporting | C300 | .10 hrs |
| 06/05/13 | RAC | Respond to emails regarding credit reporting and continued hearing | C300 | .10 hrs |
| 06/06/13 | RAC | Respond to emails regarding continued hearing dates | C300 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      7
AUGUST 22, 2013

0R0808-301970

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/06/13 | GEG | Work on preparation for upcoming hearing | L120 | .10 hrs |
| 06/07/13 | GEG | Phone conference with borrower's attorney regarding possible settlement | L160 | .50 hrs |
| 06/07/13 | GEG | Further preparation for upcoming hearing | L120 | .50 hrs |
| 06/10/13 | GEG | E-mail memorandum to B.Smith regarding update and counteroffer | L120 | .20 hrs |
| 06/10/13 | GEG | Work on various scheduling issues | L120 | .30 hrs |
| 06/10/13 | GEG | Phone conference with B.Smith regarding latest counteroffer | L120 | .20 hrs |
| 06/10/13 | GEG | Finish drafting client affidavit and e-mail memorandum to B.Smith regarding same | L120 | .60 hrs |
| 06/10/13 | RAC | Review of email exchange with client and proposed affidavit | C300 | .30 hrs |
| 06/10/13 | RAC | Exchange emails regarding amended hearing date | C400 | .20 hrs |
| 06/11/13 | GEG | Review motion to continue and order granting continuance | L120 | .10 hrs |
| 06/11/13 | GEG | Prepare for upcoming hearing on motion for sanctions and e-mail to B.Smith regarding same | B420 | .40 hrs |
| 06/13/13 | GEG | E-mail memorandums to and from borrower's attorney regarding settlement and work on preparation for hearing next month | L160 | .50 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    8
AUGUST 22, 2013

0R0808-301970

FED ID NO. 63-0243316

| 06/13/13 | RAC | Review of emails related to new settlement offer | C300 | .10 hrs |
| 06/20/13 | GEG | Review status of negotiations, prepare for upcoming hearing, and e-mail to B.Smith regarding same | L120 | .40 hrs |
| 06/21/13 | GEG | Voice mail from borrower's attorney regarding settlement | L160 | .10 hrs |
| 06/24/13 | GEG | E-mails to B.Smith regarding settlement | L160 | .20 hrs |
| 06/24/13 | GEG | Phone conference with borrowers' attorney regarding counteroffer | L160 | .40 hrs |
| 06/24/13 | GEG | Phone conference with B.Smith regarding settlement | L160 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $21,187.20

EXPENSES

| 05/06/13 | Copy Charges | 0.00 |
| 05/06/13 | Copy Charges | 0.00 |
| 05/21/13 | Copy Charges | 0.00 |
| 05/23/13 | Copy Charges | 0.00 |
| 05/23/13 | Copy Charges | 0.00 |
| 05/23/13 | Copy Charges | 0.00 |
| 05/23/13 | Copy Charges | 0.00 |
| 05/23/13 | Copy Charges | 0.00 |
| 05/28/13 | Copy Charges | 0.00 |
| 05/28/13 | Copy Charges | 0.00 |
| 06/04/13 | Copy Charges | 0.00 |
| 06/04/13 | Copy Charges | 0.00 |
| 06/05/13 | Copy Charges | 0.00 |
| 06/05/13 | Copy Charges | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE   9
AUGUST 22, 2013

OR0808-301970

FED ID NO. 63-0243316

| | | | |
|---|---|---|---|
| 06/05/13 | Copy Charges | | 0.00 |
| 06/05/13 | Copy Charges | | 0.00 |
| 06/05/13 | Copy Charges | | 0.00 |
| 06/05/13 | Copy Charges | | 0.00 |
| 06/05/13 | Copy Charges | | 0.00 |
| 06/04/13 | Court Reporter Charges - BRYANT & ASSOCIATES GG TRANSCRIPT OF DEPOSITION PATTEE 5/29/13 Bank ID: GENR Check Number: 160623 | | 1,891.00 |
| 06/24/13 | Airline Tickets - GLENN GLOVER TRAVEL TO NEW BERN, NC FOR DEPO OF PLAINTIFFS ON 5/29/13 Bank ID: GENR Check Number: 161988 | | 641.10 |
| 06/24/13 | Travel Expense - GLENN GLOVER TRAVEL TO NEW BERN, NC FOR DEPO OF PLAINTIFFS ON 5/29/13 PARKING Bank ID: GENR Check Number: 161988 | | 12.00 |
| 06/24/13 | Meal Expense - GLENN GLOVER TRAVEL TO NEW BERN, NC FOR DEPO OF PLAINTIFFS ON 5/29/13 Bank ID: GENR Check Number: 161988 | | 33.00 |

TOTAL COSTS FOR THIS MATTER         $2,577.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .40 hrs | 361.00 /hr | 144.40 |
| Glenn E. Glover | 46.70 hrs | 352.00 /hr | 16,438.40 |
| Robert A. Cox | 2.90 hrs | 374.00 /hr | 1,084.60 |
| Keith S. Anderson | 6.80 hrs | 268.00 /hr | 1,822.40 |
| Sean Solomon | 8.20 hrs | 207.00 /hr | 1,697.40 |

TOTAL FEES         65.00 hrs         $21,187.20

TOTAL EXPENSES         $2,577.10

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    10
AUGUST 22, 2013

0R0808-301970

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE            $23,764.30

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0808-301970

INVOICE #  880278

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0808-301970
     TC # 736468

PROFESSIONAL SERVICES

| 07/02/13 | SS | Draft June status update | L120 | .10 hrs |
| 07/08/13 | RAC | Review of email regarding upcoming hearing and settlement discussions with borrower | C300 | .20 hrs |
| 07/08/13 | GEG | E-mails to and from B.Smith regarding recent settlement offer | L160 | .20 hrs |
| 07/09/13 | GEG | Prepare for phone conference with B.Smith regarding settlement | L160 | .20 hrs |
| 07/09/13 | GEG | Phone conference with B.Smith regarding settlement | L160 | .50 hrs |
| 07/09/13 | GEG | Voice mail and e-mail to borrower's attorney regarding settlement | L160 | .20 hrs |
| 07/09/13 | GEG | Phone conference with borrower's attorney regarding settlement | L160 | .30 hrs |
| 07/09/13 | GEG | Review final supplemental servicing order regarding settlement authority | L160 | .10 hrs |
| 07/09/13 | GEG | E-mails to and from C.Hancock and main New York bankruptcy counsel regarding settlement approval needed | L160 | .20 hrs |
| 07/09/13 | RAC | Conference regarding hearing on motion for sanctions | C300 | .50 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
OCTOBER 11, 2013

OR0808-301970

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/10/13 | CWH | Draft email to K.Priore and L.Delehey about settlement authority concerns | L160 | .20 hrs |
| 07/10/13 | GEG | E-mail and voice mail from borrower's attorney regarding settlement | L160 | .20 hrs |
| 07/10/13 | GEG | E-mails from and to L.Delehey and K.Priore | L120 | .20 hrs |
| 07/10/13 | GEG | Work on settlement finalization | L160 | .60 hrs |
| 07/10/13 | GEG | E-mail to and phone conference with borrower's attorney regarding settlement | L160 | .40 hrs |
| 07/10/13 | GEG | Draft e-mail to borrower's attorney regarding possible settlement terms | L160 | .80 hrs |
| 07/11/13 | GEG | Draft e-mail memorandum to B.Smith regarding settlement | L160 | .70 hrs |
| 07/11/13 | GEG | Phone conference with B.Smith regarding settlement | L160 | .20 hrs |
| 07/11/13 | GEG | Phone conferences with borrower's attorney regarding settlement | L160 | .30 hrs |
| 07/12/13 | GEG | Begin preparation for hearing next Monday | L120 | 1.50 hrs |
| 07/12/13 | GEG | E-mails from and to borrower's counsel's office regarding continuation of trial | L120 | .10 hrs |
| 07/12/13 | GEG | E-mail from borrower's attorney regarding agreement on settlement terms | L160 | .20 hrs |
| 07/17/13 | GEG | Work on settlement memorandum to send to bankruptcy parties for approval | L160 | 1.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 11, 2013

OR0808-301970

FED ID NO. 63-0243316

| 07/18/13 | GEG | Work on completion of settlement memo | L160 | 1.50 hrs |
|---|---|---|---|---|
| 07/18/13 | GEG | E-mails to and from B.Smith regarding settlement memorandum and approval by bankruptcy court and contacting Ocwen to erase debtors' credit reporting line | L160 | .30 hrs |
| 07/19/13 | GEG | E-mails to and from borrowers' attorney regarding status | L120 | .20 hrs |
| 07/29/13 | GEG | Phone conference with B.Smith and e-mails to and from same regarding status of discussions with Ocwen | L120 | .30 hrs |
| 08/05/13 | GEG | E-mail to J.Scoliard regarding request by estate to blank credit line for borrower | L120 | .20 hrs |
| 08/12/13 | GEG | Complete monthly status report for client | L120 | .40 hrs |
| 08/12/13 | GEG | E-mails to and from B.Smith and Ocwen representative regarding credit report and to and from borrowers' attorney regarding same | L120 | .60 hrs |
| 08/12/13 | RAC | Review of emails regarding items need for settlement and continuation of hearing | L160 | .10 hrs |
| 08/13/13 | GEG | E-mails from and to borrower's attorney and J.Scoliard regarding upcoming hearing and credit report | L120 | .30 hrs |
| 08/14/13 | GEG | E-mails from and to and phone conference with J.Scoliard at Ocwen regarding blanking credit line; work on continuance of hearing | L120 | .30 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    4
OCTOBER 11, 2013

0R0808-301970

FED ID NO. 63-0243316

| 08/14/13 | SS | Draft motion to continue hearing | B250 | .70 hrs |
|----------|----|----------|------|---------|
| 08/15/13 | RAC | Review and revise motion to continue for filing with court | L210 | .50 hrs |
| 08/16/13 | RAC | Review of order continuing hearing | L210 | .10 hrs |
| 08/16/13 | GEG | Receive and review court mail (order continuing hearing) | L120 | .10 hrs |
| 08/20/13 | GEG | Phone conference with Ocwen representative regarding credit line | L120 | .30 hrs |
| 08/23/13 | GEG | Phone conference with Ocwen investor relations regarding update on lawsuit | L120 | .30 hrs |
| 08/23/13 | GEG | E-mail litigation update to Ocwen investor relations | L120 | .30 hrs |
| 08/26/13 | GEG | Receive and review court mail (various) | L120 | .10 hrs |
| 08/27/13 | GEG | Provide update to client on hearing set within the next 30 days | L120 | .10 hrs |
| 08/28/13 | GEG | Phone conference with J.Scoliard regarding status | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $5,654.20

08/30/13 Copy Charges                                          0.00

BILLING SUMMARY

| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
|----------------------|---------|------------|--------|
| Glenn E. Glover | 13.90 hrs | 352.00 /hr | 4,892.80 |
| Robert A. Cox | 1.40 hrs | 374.00 /hr | 523.60 |
| Sean Solomon | .80 hrs | 207.00 /hr | 165.60 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
OCTOBER 11, 2013

0R0808-301970

FED ID NO. 63-0243316

TOTAL FEES                    16.30 hrs                    $5,654.20

TOTAL CHARGES FOR THIS INVOICE                            $5,654.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0808-301982

INVOICE #  880279

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0808-301982
     TC # 736881

EXPENSES

07/19/13 WEST GROUP COURT COSTS 2-11-13                           167.85

          TOTAL COSTS FOR THIS MATTER                         $167.85


TOTAL FEES              0.00 hrs                   $.00

TOTAL EXPENSES                                $167.85

TOTAL CHARGES FOR THIS INVOICE               $167.85

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0809-301001

INVOICE #  871565

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0809-301001
     TC # 728122

PROFESSIONAL SERVICES

| 05/01/13 | JDV | Draft April 2013 status report for client | L190 | .10 hrs |
| 05/01/13 | JDV | Analysis of court docket and case file for status report | L120 | .10 hrs |
| 05/03/13 | JAM | Review online docket for recent case activity and review for recently docketed pleadings | L190 | .30 hrs |
| 05/31/13 | JDV | Analysis of court docket and case file for status report | L120 | .10 hrs |
| 06/09/13 | RV | Analyze court docket information for current status and any new filing information | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $146.20

BILLING SUMMARY

| Jamie Mathews | .30 hrs | 150.00 /hr | 45.00 |
| Richard Vann | .10 hrs | 220.00 /hr | 22.00 |
| Jose D. Vega | .30 hrs | 264.00 /hr | 79.20 |

TOTAL FEES            0.70 hrs            $146.20

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
AUGUST 22, 2013

0R0809-301001

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $146.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0809-301001

INVOICE #   880285

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:   0R0809-301001
      TC # 728122

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 07/01/13 | RV | Draft status report for June 2013 for the client | L120 | .10 hrs |
| 07/16/13 | RV | Analyze Court docket information for recent filings | L120 | .10 hrs |
| 08/03/13 | RV | Draft status report for July 2013 for the client | L120 | .10 hrs |
| 08/15/13 | RV | Review court docket information for recent filings and current status | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER

$88.00

BILLING SUMMARY

Richard Vann           .40 hrs    220.00 /hr        88.00

TOTAL FEES              0.40 hrs                    $88.00

TOTAL CHARGES FOR THIS INVOICE                      $88.00

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0809-301002

INVOICE #  871567

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0809-301002
     TC # 728260

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 06/12/13 | LADA | Review docket to ensure borrower's counsel has not filed additional documents into pre-petition action | L190 | .20 hrs |
| 06/21/13 | CSM | Draft amended proposal for settlement | L210 | .20 hrs |
| 06/21/13 | CSM | Email correspondence to B.Smith providing update on status of settlement negotiations | C300 | .10 hrs |
| 06/21/13 | CSM | Telephone conference and email correspondence with opposing counsel regarding settlement | L160 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $238.10

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Cory S. Menees | .70 hrs | 295.00 /hr | 206.50 |
| Lucinda Kish | .20 hrs | 158.00 /hr | 31.60 |

TOTAL FEES                    0.90 hrs                    $238.10

**TOTAL CHARGES FOR THIS INVOICE**                    $238.10

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0809-301002

INVOICE # 880286

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0809-301002
     TC # 728260

PROFESSIONAL SERVICES

07/18/13  CSM  Email to B.Smith requesting review and     C300      .10 hrs
               approval of settlement agreement

              TOTAL FEES FOR THIS MATTER                        $29.50

BILLING SUMMARY

   Cory S. Menees          .10 hrs   295.00 /hr      29.50

TOTAL FEES               0.10 hrs                 $29.50

**TOTAL CHARGES FOR THIS INVOICE**                $29.50

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0809-301003

INVOICE #   871569

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:   0R0809-301003
      TC # 728882

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/23/13 | LADA Review correspondence regarding matter to be opened under estate for monitoring | L190 | .20 hrs |
| 06/14/13 | LADA Review and analysis of current case docket | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                       $63.20

BILLING SUMMARY

   Lucinda Kish              .40 hrs    158.00 /hr        63.20

TOTAL FEES                   0.40 hrs                     $63.20

**TOTAL CHARGES FOR THIS INVOICE**                        $63.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0809-301003

INVOICE #  880287

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re: · 0R0809-301003
    TC # 728882

PROFESSIONAL SERVICES

07/30/13   LADA Review and analysis of current case          L190      .10 hrs
           docket

              TOTAL FEES FOR THIS MATTER                              $15.80

BILLING SUMMARY

    Lucinda Kish            .10 hrs   158.00 /hr        15.80

TOTAL FEES              0.10 hrs                    $15.80

**TOTAL CHARGES FOR THIS INVOICE**                 $15.80

              ***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0809-301004

INVOICE # 871570

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0809-301004
     TC # 729386

PROFESSIONAL SERVICES

| 05/01/13 | MSW | Conversations with opposing counsel regarding bankruptcy stay, successor liability, and opposition in bankruptcy court | L120 | .50 hrs |
| 05/02/13 | CWH | Review plaintiff's voluntary dismissal and advise L.Delehey of same | L120 | .20 hrs |
| 05/06/13 | CWH | Exchange e-mails with L.Delehey about Estate's plan to accept the voluntary dismissal | L120 | .10 hrs |
| 05/27/13 | MSW | Draft status report for client as follows: closed in May | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $290.70

BILLING SUMMARY

| Christian W. Hancock | .30 hrs | 361.00 /hr | 108.30 |
| Mark S. Wierman | .60 hrs | 304.00 /hr | 182.40 |

TOTAL FEES                 0.90 hrs              $290.70

TOTAL CHARGES FOR THIS INVOICE              $290.70

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

AUGUST 22, 2013
0R0809-301008

INVOICE #  871572

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0809-301008
     TC # 730145

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 06/11/13 | LADA | Review and analysis of current court docket for status of matter | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $15.80

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Lucinda Kish | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES                    0.10 hrs              $15.80

**TOTAL CHARGES FOR THIS INVOICE**              $15.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
OR0809-301008

INVOICE #  880288

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  OR0809-301008
     TC # 730145

PROFESSIONAL SERVICES

08/02/13  LADA Review and analysis of docket and recent     L190     .30 hrs
          activity to determine status of case

          TOTAL FEES FOR THIS MATTER                              $47.40

EXPENSES

07/05/13  Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP              5.00
          BROWARD CLERKS 6-12-13
          Bank ID: PCARD Check Number: P187
08/30/13  Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP              5.00
          BROWARD CLERKS OFFICE 8-2-13
          Bank ID: PCARD Check Number: P225

          TOTAL COSTS FOR THIS MATTER                             $10.00

BILLING SUMMARY

     Lucinda Kish          .30 hrs   158.00 /hr        47.40

TOTAL FEES                0.30 hrs              $47.40

TOTAL EXPENSES                                 $10.00



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
OCTOBER 11, 2013

0R0809-301008

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $57.40

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      AUGUST 22, 2013
1100 Virginia Drive                                        0R0809-301009
Fort Washington, PA 19034

                                                           INVOICE #  871574

                                                           FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R0809-301009
     TC # 730273

PROFESSIONAL SERVICES

| 05/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 05/29/13 | KK | Research and review Pacer docket to determine status of case | L110 | .10 hrs |
| 06/28/13 | KK | Review Pacer docket to determine status of case | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                         $59.80

BILLING SUMMARY

| Nader Raja | .10 hrs | 282.00 /hr | 28.20 |
| Kerry Keane | .20 hrs | 158.00 /hr | 31.60 |

TOTAL FEES              0.30 hrs              $59.80

**TOTAL CHARGES FOR THIS INVOICE**              $59.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

OCTOBER 11, 2013
0R0809-301009

INVOICE #  880289

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0809-301009
     TC # 730273

PROFESSIONAL SERVICES

| 07/31/13 | KK | Research and review Pacer docket to determine status of case | L110 | .10 hrs |
| 08/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 08/08/13 | MCG | Review case status and prepare strategy going forward | L650 | .10 hrs |

TOTAL FEES FOR THIS MATTER                           $78.80

BILLING SUMMARY

| Michael C. Griffin | .10 hrs | 348.00 /hr | 34.80 |
| Nader Raja | .10 hrs | 282.00 /hr | 28.20 |
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES              0.30 hrs              $78.80

TOTAL CHARGES FOR THIS INVOICE              $78.80

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301001
INVOICE #  871585

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301001
     TC # 736826

PROFESSIONAL SERVICES

| 05/04/13 | MSW | Research state consumer protection law, review and analyze claims, defenses, and outline oral arguments for dispositive motion | L240 | 3.60 hrs |
|----------|-----|---|------|----------|
| 05/07/13 | MSW | Final preparation for and argue motion to dismiss in Anderson County, SC | L240 | 2.30 hrs |
| 05/29/13 | MPE | Review docket to determine case status. | L110 | .10 hrs |
| 06/05/13 | JCO | Process January 31st documents for attorney review and redactions | L140 | 1.50 hrs |
| 06/06/13 | JCO | Redact documents to be produced | L140 | 2.00 hrs |
| 06/13/13 | LADA | Review and analysis of current case docket | L190 | .10 hrs |
| 06/19/13 | JCO | Obtain and process March 2013 files from extranet for attorney review and redactions | L140 | 2.50 hrs |
| 06/20/13 | JCO | Electronically number documents for attorney review and redactions | L140 | 1.00 hrs |

TOTAL FEES FOR THIS MATTER                $3,101.10



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
AUGUST 22, 2013

0R2013-301001

FED ID NO. 63-0243316

EXPENSES

| | | |
|---|---|---|
| 05/06/13 | Copy Charges | 0.00 |
| 05/15/13 | Travel Expense - MARK WIERMAN TRAVEL TO SC FOR HEARING 5/7/13 MILEAGE 1/2 OF 267 @ .565 Bank ID: GENR Check Number: 111339 | 75.43 |
| 05/15/13 | Meal Expense - MARK WIERMAN TRAVEL TO SC FOR HEARING 5/7/13 Bank ID: GENR Check Number: 111339 | 4.75 |
| 05/29/13 | Express Mail/Fedex - BRADLEY ARANT BOULT CUMMINGS LLP APRIL SERVICE Bank ID: PCARD Check Number: P154 | 13.09 |

                TOTAL COSTS FOR THIS MATTER            $93.27

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Mark S. Wierman | 5.90 hrs | 304.00 /hr | 1,793.60 |
| Lucinda Kish | .10 hrs | 158.00 /hr | 15.80 |
| Jennifer Cooper | 1.50 hrs | 190.00 /hr | 285.00 |
| Jennifer Cooper | 5.50 hrs | 180.00 /hr | 990.00 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |

| | | |
|---|---|---|
| TOTAL FEES | 13.10 hrs | $3,101.10 |
| TOTAL EXPENSES | | $93.27 |
| TOTAL CHARGES FOR THIS INVOICE | | $3,194.37 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301001
INVOICE #  880298

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301001
     TC # 736826

PROFESSIONAL SERVICES

| 07/05/13 | MPE | Research docket to determine case status. | L110 | .10 hrs |
|---|---|---|---|---|
| 07/10/13 | APUC | Draft monthly status report for client review | L120 | .10 hrs |
| 08/08/13 | MPE | Telephone call with Judicial Assistant regarding ruling on May, 2013 Motion to Dismiss. | L110 | .10 hrs |
| 08/08/13 | APUC | Draft monthly status report for client review | L120 | .10 hrs |

|  | TOTAL FEES FOR THIS MATTER | $84.40 |
|---|---|---|

BILLING SUMMARY

| Amy Puckett | .20 hrs | 255.00 /hr | 51.00 |
|---|---|---|---|
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |

| TOTAL FEES | 0.40 hrs | $84.40 |
|---|---|---|

| **TOTAL CHARGES FOR THIS INVOICE** | **$84.40** |
|---|---|

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301003
INVOICE # 871586

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:   0R2013-301003
      TC # 737285

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/07/13 | LG | Communications with client regarding January redactions | L120 | .20 hrs |
| 05/07/13 | LG | Communications with redaction team regarding January redactions | L120 | .20 hrs |
| 05/08/13 | ABB | Review January batch of consumer complaints and begin analysis and page by page review and redactions in order to conceal personal identifiers regarding each borrower/consumer | L110 | 1.30 hrs |
| 05/08/13 | JSD | Redaction of personal identifiers contained in executive office complaints from January. | L140 | 2.60 hrs |
| 05/09/13 | ABB | Continued review, analysis and redactions to numerous consumer complaints from January batch of documents and remove all personal identifiers in order to protect private information | L110 | .40 hrs |
| 05/10/13 | JSD | Redaction of personal identifiers contained in executive office complaints. | L140 | 2.60 hrs |
| 05/10/13 | JOHO | Start January review set. | L140 | 1.40 hrs |
| 05/10/13 | EBE | Review and redact January 2013 Executive Complaints of all personally identifiable information | L190 | 1.00 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
AUGUST 22, 2013

OR2013-301003

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 05/13/13 | EBE | Review and redact January 2013 Executive Complaints of all personally identifiable information | L190 | 1.50 | hrs |
| 05/13/13 | ABB | Further efforts in analyzing numerous consumer complaints contained in January batch of documents including removal and redactions to all personal identifiers in order to protect borrowers | L110 | .90 | hrs |
| 05/13/13 | JOHO | Continued redaction's of January review sets. | L190 | 4.20 | hrs |
| 05/14/13 | JOHO | Continued redaction's on January review sets. | L190 | 2.00 | hrs |
| 05/14/13 | JSD | Redaction of personal identifiers contained in Executive Complaints for January. | L140 | 1.20 | hrs |
| 05/14/13 | ABB | Further efforts in analyzing numerous consumer complaints contained in January batch of documents including removal and redactions to all personal identifiers in order to protect borrowers | L110 | .70 | hrs |
| 05/14/13 | EBE | Redact January 2013 Executive Complaints of all personally identifiable information | L190 | 2.00 | hrs |
| 05/15/13 | JSD | Redaction of personal identifiers contained in Executive Complaints for January. | L140 | 2.70 | hrs |
| 05/15/13 | LG | Communications with Ocwen regarding status of complaint project and the need to expedite the servicer's process | L120 | .30 | hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
AUGUST 22, 2013

0R2013-301003

FED ID NO. 63-0243316

| 05/15/13 | LG | Communications with BDO regarding the status of the project and the servicer's ability to expedite redactions | L120 | .30 hrs |
|---|---|---|---|---|
| 05/15/13 | LG | Analysis of the status of the project and of ways the redaction project can be expedited | L120 | .30 hrs |
| 05/15/13 | JOHO | Finished January review set of redaction's. | L190 | 4.10 hrs |
| 05/16/13 | JOHO | Began QC check of January review set redactions. | L190 | 4.00 hrs |
| 05/16/13 | EBE | Review and redact January 2013 Executive Complaints of all personally identifiable information | L190 | 1.80 hrs |
| 05/16/13 | ABB | Further review of batch of January complaints in order to redact all personal identifiers and update spreadsheet regarding property | L110 | 1.10 hrs |
| 05/17/13 | EBE | Review and redact January 2013 Executive Complaints of all personally identifiable information | L190 | 1.00 hrs |
| 05/17/13 | ABB | Begin analysis of consumer complaints to check for accuracy and quality control regarding removal and redactions of personal information | L110 | .60 hrs |
| 05/17/13 | LG | Begin determining the address associated with various complaints in order to respond to BDO's request for this information | L120 | 2.20 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
AUGUST 22, 2013

0R2013-301003

FED ID NO. 63-0243316

| 05/20/13 | EBE | Review and redact January 2013 Executive Complaints of all personally identifiable information | L190 | .80 hrs |
|---|---|---|---|---|
| 05/20/13 | JOHO | QC check on January review sets for redactions. | L190 | 1.50 hrs |
| 05/20/13 | JSD | Review redacted consumer complaints for quality control purposes. | L140 | 1.70 hrs |
| 05/20/13 | LG | Continue determining addresses for October Complaints in order to respond to request from BDO | L120 | 1.60 hrs |
| 05/21/13 | JSD | Generate spreadsheet of street addresses relating to January Consumer Complaints. | L140 | .50 hrs |
| 05/21/13 | JOHO | Continued QC check of January review set redaction's. | L190 | 4.00 hrs |
| 05/21/13 | ABB | Additional review and analysis to January 2013 batch of consumer complaints for quality control and accuracy in preparation for producing same | L110 | .90 hrs |
| 05/21/13 | LG | Continue obtaining addresses for November and October complaints in order to respond to BDO's request for those addresses | L120 | 3.90 hrs |
| 05/22/13 | LG | Review January redactions to ensure they remove all private information | L120 | 2.00 hrs |
| 05/23/13 | JOHO | Complete QC check of January review sets of redactions. | L190 | 3.00 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    5
AUGUST 22, 2013

OR2013-301003

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 05/24/13 | ABB | Additional review to numerous consumer complaints regarding quality control and for verification of accuracy pertaining to page by page redactions of personal identifiers in order to produce complaints | L110 | 1.70 hrs |
| 05/30/13 | LG | Analyze January complaints to ensure redaction were accurate and appropriate | L120 | 2.10 hrs |
| 05/31/13 | LG | Complete review of redactions of January complaints | L120 | 1.10 hrs |
| 05/31/13 | LG | Begin reviewing non-disclosure agreement provided by BDO in order to determine whether the servicer needs to continue with its redactions | L120 | .90 hrs |
| 06/03/13 | EBE | Review and redact February 2013 Executive Complaints of al personally identifiable information | L190 | .80 hrs |
| 06/03/13 | ABB | Begin reviewing batch of February complaints and initiate redactions pertaining to all personal identifiers in order to produce same | L110 | .40 hrs |
| 06/04/13 | ABB | Further review of February consumer complaints and redactions to same regarding all personal identifiers | L110 | .70 hrs |
| 06/04/13 | JSD | Redaction of personal identifiers contained in February Executive Complaints. | L140 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    6
AUGUST 22, 2013

OR2013-301003

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 06/04/13 | EBE | Review and redact February 2013 Executive Complaints of all personally identifiable information | L190 | 3.70 | hrs |
| 06/05/13 | JSD | Redaction of personal identifiers contained in February Executive Complaints. | L140 | 6.70 | hrs |
| 06/05/13 | ABB | Analysis and review of consumer complaints and redact all personal identifiers in order to produce same | L110 | 1.00 | hrs |
| 06/05/13 | ABB | Analysis and review of February 2013 set of consumer complaints and redactions to all personal identifiers contained in numerous complaints in order to produce same | L110 | .60 | hrs |
| 06/05/13 | LG | Redact January complaints that were previously not uploaded to the extranet | L120 | 4.20 | hrs |
| 06/06/13 | LG | Communications regarding the next batch of documents and the status for their upload | L120 | .30 | hrs |
| 06/06/13 | EBE | Review and redact February 2013 Executive Complaints of all personally identifiable information | L190 | 1.50 | hrs |
| 06/06/13 | JSD | Redaction of personal identifiers contained in February Executive Complaints. | L140 | 3.50 | hrs |
| 06/07/13 | JSD | Redaction of personal identifiers contained in February Executive Complaints. | L140 | 3.10 | hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      7
AUGUST 22, 2013

0R2013-301003

FED ID NO. 63-0243316

| 06/07/13 | EBE | Review and redact February 2013 Executive Complaints of al personally identifiable information | L190 | 4.20 hrs |
|---|---|---|---|---|
| 06/07/13 | ABB | Analysis and review of February 2013 consumer complaints and page by page redactions regarding same in order to remove personal identifiers | L110 | 1.50 hrs |
| 06/10/13 | JSD | QC redactions of personal identifiers contained in February Executive Complaints and generate report relating to same. | L140 | 3.90 hrs |
| 06/10/13 | ABB | Further proofing of redacted consumer complaints to check for accuracy and quality control in preparation for producing same | L110 | 1.50 hrs |
| 06/25/13 | LG | Communications regarding the need to provide BDO with certain additional information related to Rescap executive office complaints | L120 | .70 hrs |
| 06/26/13 | JSD | Updates to address spreadsheet to include city, state and zip codes for January Executive Complaints. | L140 | 6.00 hrs |
| 06/27/13 | JSD | Updates to address spreadsheet to include city, state and zip codes for January Executive Complaints. | L140 | 4.30 hrs |
| 06/27/13 | ABB | Analysis and review of spreadsheet and detailed review of consumer complaint s researching city and state per attorney request and update February spreadsheet regarding obtained address information | L110 | 2.20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     8
AUGUST 22, 2013

OR2013-301003

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 06/28/13 | ABB | Analysis and review of spreadsheet and detailed review of consumer complaint #'s 259-288 researching city and state per attorney request and update February spreadsheet regarding same | L110 | 1.00 hrs |
| 06/28/13 | ABB | Analysis and review of spreadsheet and detailed review of consumer complaints researching city and state per attorney request and update February spreadsheet regarding same | L110 | 2.60 hrs |
| 06/28/13 | ABB | Analysis and review of spreadsheet and detailed review of consumer complaints researching city and state per attorney request and update February spreadsheet regarding same | L110 | 1.90 hrs |
| 06/28/13 | ABB | Analysis and review of spreadsheet and detailed review of consumer complaints researching city and state per attorney request and update February spreadsheet regarding same | L110 | .60 hrs |
| 06/28/13 | JSD | Updates to address spreadsheet to include city, state and zip codes for January Executive Complaints. | L140 | 1.70 hrs |
| 06/28/13 | EBE | Review all November 2012 complaints for city, state and zip code information | L190 | 3.30 hrs |

TOTAL FEES FOR THIS MATTER                    $21,408.30



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    9
AUGUST 22, 2013

0R2013-301003

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Elizabeth B. Eaton | 21.60 hrs | 158.00 /hr | 3,412.80 |
| Jeffrey Dalton | 41.50 hrs | 158.00 /hr | 6,557.00 |
| Allison Burke | 21.60 hrs | 158.00 /hr | 3,412.80 |
| Lee Gilley | 20.30 hrs | 207.00 /hr | 4,202.10 |
| Jonathan Holtzclaw | 24.20 hrs | 158.00 /hr | 3,823.60 |

TOTAL FEES            129.20 hrs            $21,408.30

TOTAL CHARGES FOR THIS INVOICE            $21,408.30

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301003
INVOICE #  880299

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301003
     TC # 737285

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/01/13 | EBE | Review all November 2012 complaints for city, state and zip code information | L190 | 3.00 hrs |
| 07/01/13 | ABB | Review of consumer complaints numbered 10-109 and analysis of same to obtain further detailed address information and update spreadsheet regarding over 100 addresses | L110 | 2.00 hrs |
| 07/01/13 | JOHO | Began going through all of December review sets and documenting full address. | L190 | 1.50 hrs |
| 07/01/13 | JSD | Updates to address spreadsheet to include city, state and zip codes for January Executive Complaints. | L140 | 5.20 hrs |
| 07/02/13 | ABB | Analysis and review of numerous consumer complaints numbered #109 -171 and research to obtain detailed address information and update spreadsheet regarding each property address | L110 | 2.00 hrs |
| 07/02/13 | JOHO | Continued reviewing December review set and documenting full address. | L190 | 3.00 hrs |
| 07/03/13 | JOHO | Completed review of December review sets and adding full address. | L190 | 2.30 hrs |
| 07/03/13 | ABB | Analysis and review of 76 additional properties in order to ascertain more detailed information regarding each property address and update spreadsheet regarding February complaints received | L110 | 2.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 11, 2013

0R2013-301003

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/03/13 | ABB | Finalize spreadsheet created for February containing information on 424 consumer complaints | L110 | .70 hrs |
| 07/10/13 | ACRA | Review and analyze executive office complaints to ensure proper redaction of nonpublic personal information | L120 | 1.60 hrs |
| 07/11/13 | ACRA | Review and analyze executive office complaints to ensure proper redaction of nonpublic personal information | L120 | 2.40 hrs |
| 07/15/13 | JCO | Prepare March complaints for attorney review and redactions | L140 | 3.00 hrs |
| 07/16/13 | JCO | Create February document production | L140 | 2.50 hrs |
| 07/26/13 | ABB | Analysis and review of consumer complaints and redact all personal identifiers regarding borrowers, as well as update spreadsheet with all address information for each consumer | L110 | .60 hrs |
| 07/29/13 | EBE | Review and redact March 2013 Executive Complaints of all personally identifiable information | L190 | 2.50 hrs |
| 07/30/13 | EBE | Review and redact March 2013 Executive Complaints of all personally identifiable information | L190 | 1.30 hrs |
| 07/30/13 | ABB | Analysis and review of consumer complaints and redactions regarding personal identifiers of borrowers and update spreadsheet with all address information | L110 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
OCTOBER 11, 2013

OR2013-301003

FED ID NO. 63-0243316

| 08/05/13 | ABB | Analysis and review of March 2013 consumer complaints and compilation of same as well as redact any and all personal identifiers regarding borrowers, and update database with full address information regarding properties | L110 | 2.00 hrs |
| 08/06/13 | ABB | Analysis and review of numerous consumer complaints and redact and remove all personal identifiers including address, name, SSN, DOB, etc and update spreadsheet regarding complete address for each complaint submitted | L110 | .90 hrs |
| 08/06/13 | ABB | Analysis and review of voluminous consumer complaints and redact and remove all personal identifiers pertaining to borrowers from March 2013 complaint sets. | L110 | 2.10 hrs |
| 08/08/13 | EBE | Review and redact March 2013 Executive Complaints of all personally identifiable information | L190 | 1.60 hrs |
| 08/08/13 | ABB | Further analysis and review to batch of March 2013 complaint sets and heavy redactions to all personal identifiers, as well as update spreadsheet to include all address information included for each complaint | L110 | 2.00 hrs |
| 08/08/13 | ABB | Additional analysis and review to batch of March 2013 complaint sets and heavy redactions to all personal identifiers, as well as update spreadsheet to include all address information included for each complaint | L110 | .90 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
OCTOBER 11, 2013

OR2013-301003

FED ID NO. 63-0243316

| 08/08/13 | JOHO | Began redactions for March review sets. | L656 | 2.50 hrs |
| 08/09/13 | JOHO | Continued redaction's for March review sets. | L656 | 2.50 hrs |
| 08/09/13 | ABB | Further analysis and review to batch of March 2013 complaint sets and heavy redactions to all personal identifiers, as well as update spreadsheet to include all address information included for each complaint filed | L110 | 2.50 hrs |
| 08/09/13 | ABB | Further analysis and review to batch of March 2013 complaint sets and heavy redactions to all personal identifiers, as well as update spreadsheet to include all address information included for each complaint | L110 | 2.40 hrs |
| 08/09/13 | ABB | Further analysis and review to batch of March 2013 voluminous complaint sets and heavy redactions to all personal identifiers, as well as update spreadsheet to include all address information included for each complaint | L110 | 1.50 hrs |
| 08/09/13 | ABB | Further analysis and review to batch of March 2013 complaint sets and heavy redactions to all personal identifiers, as well as update spreadsheet to include all address information included for each complaint | L110 | .60 hrs |
| 08/09/13 | EBE | Review and redact March 2013 Executive Complaints of all personally identifiable information | L190 | .60 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     5
OCTOBER 11, 2013

OR2013-301003

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/12/13 | EBE | Review and redact March 2013 Executive Complaints of all personally identifiable information | L190 | 2.50 hrs |
| 08/12/13 | JOHO | Continued redacting March review set. | L656 | 4.50 hrs |
| 08/12/13 | ABB | Further proof and review complaints for March 2013 for quality control and accuracy | L110 | .40 hrs |
| 08/12/13 | ABB | Proofread and check March '13 consumer complaints for quality control and accuracy regarding all redactions | L110 | .50 hrs |
| 08/13/13 | JOHO | Completed redactions for March review set assigned to me. | L656 | 5.20 hrs |
| 08/13/13 | ABB | Proof read and QC over 63 consumer complaints to verify detailed accuracy regarding redactions of all personal identifiers | L110 | 1.00 hrs |
| 08/13/13 | EBE | Review and redact March 2013 Executive Complaint of all personally identifiable information | L190 | .60 hrs |
| 08/14/13 | EBE | Review and redact March 2013 Executive Complaints of all personally identifiable information | L190 | .70 hrs |
| 08/14/13 | ABB | Proof read and QC consumer complaints #64-80 to verify detailed accuracy regarding redactions of all personal identifiers | L110 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      6
OCTOBER 11, 2013

OR2013-301003

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/14/13 | ABB | Proof read and QC consumer complaints #81-130 to verify detailed accuracy regarding redactions of all personal identifiers | L110 | 1.80 hrs |
| 08/14/13 | JOHO | Began quality control check and review of redactions for March review sets | L656 | 4.50 hrs |
| 08/14/13 | LG | List addresses associated with October Complaints in order to upload those addresses to BDO | L120 | 4.80 hrs |
| 08/14/13 | LG | Analyze March Complaints in order to ensure redactions are correct | L120 | 1.60 hrs |
| 08/14/13 | LG | Upload Complaint information to BDO for review | L120 | .50 hrs |
| 08/14/13 | ABB | Proofread and analysis of over 51 consumer complaints for quality control and to verify all personal identifiers have been redacted and removed in order to produce same | L110 | 1.00 hrs |
| 08/15/13 | ABB | Finalize spreadsheet regarding address information pertaining to consumer complaints and finalize QC of all redacted complaints | L110 | .60 hrs |
| 08/15/13 | JOHO | Completed quality control check and review of redactions for March review sets. | L656 | 3.80 hrs |

TOTAL FEES FOR THIS MATTER                  $15,328.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      7
OCTOBER 11, 2013

0R2013-301003

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Elizabeth B. Eaton | 12.80 hrs | 158.00 /hr | 2,022.40 |
| Jeffrey Dalton | 5.20 hrs | 158.00 /hr | 821.60 |
| Allison Burke | 28.90 hrs | 158.00 /hr | 4,566.20 |
| Lee Gilley | 6.90 hrs | 207.00 /hr | 1,428.30 |
| Ann Craft | 4.00 hrs | 198.00 /hr | 792.00 |
| Jennifer Cooper | 5.50 hrs | 180.00 /hr | 990.00 |
| Jonathan Holtzclaw | 29.80 hrs | 158.00 /hr | 4,708.40 |

TOTAL FEES            93.10 hrs                    $15,328.90

TOTAL CHARGES FOR THIS INVOICE                    $15,328.90

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301004
INVOICE # 871587

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301004
     TC # 737075

## PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 05/09/13 | JJPH | Prepare status report to client regarding amended complaint and release of lien | L120 | .10 hrs |
| 05/09/13 | JJPH | Email correspondence to Chris Hill regarding release of lien | L110 | .10 hrs |
| 05/09/13 | JJPH | Email correspondence with Donald Booth regarding lien release | L160 | .10 hrs |
| 05/21/13 | JDR | Review first set of interrogatories received from Plaintiffs. | L310 | .10 hrs |
| 05/21/13 | JDR | Review Plaintiff's first set of requests for production of documents. | L310 | .10 hrs |
| 05/29/13 | JJPH | Review Plaintiffs' first set of discovery to GMAC | L310 | .30 hrs |
| 05/30/13 | JJPH | Begin work on responses to first set of discovery requests | L310 | .30 hrs |
| 05/30/13 | JJPH | Draft and send email to Don Booth regarding discovery requests and case assessment | L310 | .20 hrs |
| 05/30/13 | JJPH | Analyze claims against GMAC | L120 | .50 hrs |
| 06/03/13 | DO | Review discovery including interrogatories and requests for production from plaintiff's counsel | L310 | .60 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 22, 2013

OR2013-301004

FED ID NO. 63-0243316

| 06/05/13 | DO | Review requested interrogatories, client provided documentation, and relevant Kentucky Rules of Civil Procedure to consider response to interrogatories | L310 | 1.70 hrs |
| 06/05/13 | DO | Review Plaintiff's Amended Complaint and compare the allegations with the allegations in the initial complaint | L250 | .50 hrs |
| 06/05/13 | JJPH | Initial review of servicing notes and payment history | L110 | .30 hrs |
| 06/07/13 | DO | Review client documentation and draft answer to second amended complaint | L250 | 1.70 hrs |
| 06/10/13 | JJPH | Prepare status report | L120 | .10 hrs |
| 06/10/13 | JJPH | Edit answer to amended complaint | L210 | .80 hrs |
| 06/11/13 | JJPH | Finalize answer to amended complaint | L210 | 1.10 hrs |
| 06/11/13 | JJPH | Analyze insurance claim file, servicing records, loan origination documents, and borrower bankruptcy filings in connection with Plaintiffs' claims for violation of KRS 382.365 | L110 | 1.80 hrs |
| 06/12/13 | JJPH | Draft email to Don Booth regarding analysis of claims | L120 | .30 hrs |
| 06/12/13 | JJPH | Analyze statutory claims against GMAC for failure to release lien | L120 | .90 hrs |
| 06/12/13 | JJPH | Finalize answer to amended complaint | L210 | .80 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS
#### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
AUGUST 22, 2013

0R2013-301004

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 06/14/13 | JJPH | Telephone call to borrower's counsel, Alex Edmondson, regarding dismissal of claims against GMAC | L120 | .10 | hrs |
| 06/14/13 | JJPH | Work on responses to borrower's first set of discovery requests | L310 | .30 | hrs |
| 06/17/13 | JJPH | Draft email to Alex Edmondson regarding discovery responses | L310 | .20 | hrs |
| 06/17/13 | DO | Organize documentation required for discovery responses | L310 | .80 | hrs |
| 06/18/13 | DO | Draft responses to request for production of documents | L310 | 1.50 | hrs |
| 06/18/13 | JJPH | Draft email to Alex Edmondson regarding settlement demand | L160 | .20 | hrs |
| 06/18/13 | JJPH | Analyze complaint and Kentucky law regarding borrower's claim for damages and attorney fees | L160 | .70 | hrs |
| 06/18/13 | JJPH | Telephone conference with Don Booth regarding settlement demand | L160 | .20 | hrs |
| 06/20/13 | JJPH | Draft and send email to Alex Edmondson regarding settlement | L160 | .20 | hrs |

TOTAL FEES FOR THIS MATTER                    $3,941.60

06/12/13 Copy Charges                                      0.00
06/13/13 Express Mail/Fedex                                0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     4
AUGUST 22, 2013

0R2013-301004

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Joshua J. Phillips | 9.60 hrs | 264.00 /hr | 2,534.40 |
| Jonathan Rose | .20 hrs | 304.00 /hr | 60.80 |
| Daniel R. Osborne | 6.80 hrs | 198.00 /hr | 1,346.40 |

TOTAL FEES          16.60 hrs                    $3,941.60

**TOTAL CHARGES FOR THIS INVOICE**                  $3,941.60

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301004
INVOICE #  880301

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301004
     TC # 737075

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 07/24/13 | JJPH | Prepare status report to client | L120 | .10 hrs |
| 07/24/13 | JJPH | Email correspondence with Alex Edmondson regarding settlement | L160 | .10 hrs |
| 07/25/13 | JJPH | Email correspondence David Stevenson regarding settlement | L160 | .10 hrs |
| 07/25/13 | JJPH | Email correspondence with Don Booth regarding settlement | L160 | .10 hrs |
| 07/25/13 | JJPH | Draft and edit settlement documents | L160 | 1.30 hrs |
| 08/02/13 | JJPH | Draft and send email correspondence to opposing counsel regarding settlement documents | L160 | .20 hrs |
| 08/22/13 | JJPH | Email correspondence with opposing counsel regarding settlement documents | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $528.00

08/14/13 Copy Charges
                                                0.00

BILLING SUMMARY

Joshua J. Phillips        2.00 hrs    264.00 /hr      528.00

TOTAL FEES                2.00 hrs                  $528.00



### BRADLEY ARANT
### BOULT CUMMINGS
###### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
OCTOBER 11, 2013

0R2013-301004

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                $528.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301006
INVOICE #  871588

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301006
     TC # 737347

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 05/01/13 | CSM | Draft status report to client Notice of bankruptcy filed.  Case not stayed given that claim relates to post-petition conduct. Settlement negotiations remain ongoing. | B110 | .10 hrs |
| 05/07/13 | LADA | Review case docket regarding current status of action | L190 | .40 hrs |
| 05/07/13 | CSM | Revise proposal for settlement | L160 | .70 hrs |
| 05/17/13 | CWH | Finalize offer of judgment and draft cover-correspondence to opposing counsel | L210 | .10 hrs |
| 06/03/13 | CSM | Draft status to client | B110 | .10 hrs |
| 06/12/13 | LADA | Receipt and review of docket | L190 | .30 hrs |
| 06/17/13 | CSM | Email correspondence to opposing counsel regarding settlement and scheduled hearing on motion for extension of time to answer | L190 | .20 hrs |
| 06/17/13 | CSM | Review complaint and draft answer | L210 | 1.40 hrs |
| 06/17/13 | CSM | Email correspondence to B.Smith providing update on status of settlement negotiations | C300 | .10 hrs |

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
AUGUST 22, 2013

OR2013-301006

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/17/13 | LADA | Review of case file for response regarding settlement offer in light of upcoming hearing on motion for extension of time to respond to complaint | L190 | .50 hrs |
| 06/25/13 | CSM | Telephone call to opposing counsel seeking response to settlement proposal | L160 | .10 hrs |
| 06/25/13 | CSM | Email to B.Smith providing update on settlement negotiations, procedural posture of case and likely need to answer complaint | L160 | .10 hrs |
| 06/25/13 | CSM | Revise answer | L210 | .40 hrs |
| 06/27/13 | CSM | Telephone conference with opposing counsel regarding settlement and cancellation of hearing scheduled on motion for extension of time | L160 | .30 hrs |
| 06/27/13 | CSM | Email to B.Smith providing update on settlement negotiations and need to file answer | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                         $1,289.20

05/10/13  Computerized Legal Research-Westlaw Westlaw           0.00
          User: MENEES,CORY

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .10 hrs | 361.00 /hr | 36.10 |
| Cory S. Menees | .10 hrs | 310.00 /hr | 31.00 |
| Cory S. Menees | 3.50 hrs | 295.00 /hr | 1,032.50 |
| Lucinda Kish | 1.20 hrs | 158.00 /hr | 189.60 |

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
AUGUST 22, 2013

0R2013-301006

FED ID NO. 63-0243316

TOTAL FEES                    4.90 hrs                    $1,289.20

**TOTAL CHARGES FOR THIS INVOICE**                    $1,289.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301006
INVOICE #  880302

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301006
     TC # 737347

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 07/01/13 | CSM | Revise, finalize and file answer | L210 | .30 hrs |
| 07/01/13 | LADA | Revise and finalize answer to borrower's complaint | L210 | .30 hrs |
| 07/01/13 | CSM | Email correspondence to opposing counsel regarding filing of answer and cancellation of hearing on motion for additional time to answer | C400 | .10 hrs |
| 07/02/13 | CSM | Email correspondence with B.Smith regarding borrower's agreement to settlement in principle | L160 | .10 hrs |
| 07/02/13 | CSM | Email correspondence with opposing counsel regarding details of settlement | C400 | .10 hrs |
| 07/03/13 | CSM | Email correspondence with banktruptcy counsel regarding securing bankruptcy court approval of settlement | L160 | .20 hrs |
| 07/04/13 | CSM | Draft status report for client review | B110 | .10 hrs |
| 07/08/13 | CSM | Emails with opposing counsel regarding logistics of obtaining bankruptcy court approval of settlement | L160 | .10 hrs |
| 07/18/13 | CSM | Draft settlement agreement | L160 | .50 hrs |
| 07/18/13 | CSM | Email correspondence with bankruptcy counsel regarding need for court approval of settlement | C400 | .20 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 11, 2013

OR2013-301006

FED ID NO. 63-0243316

| 07/29/13 | CSM | Revise settlement agreement consistent with request made by opposing counsel | L160 | .30 hrs |
| 07/29/13 | CSM | Email correspondence with B.Smith requesting approval of revisions to settlement agreement | L160 | .10 hrs |
| 07/29/13 | CSM | Email correspondence to opposing counsel regarding revisions to settlement agreement | L160 | .20 hrs |
| 07/29/13 | CSM | Telephone conference with opposing counsel regarding requested revisions to settlement agreement | L160 | .30 hrs |
| 07/31/13 | LADA | Review and analysis of current case docket | L190 | .30 hrs |
| 08/05/13 | CSM | Draft monthly status report to client | B110 | .10 hrs |
| 08/05/13 | CSM | Emails with borrower's counsel regarding finalization of settlement agreement | L160 | .10 hrs |
| 08/16/13 | CSM | Review voicemail from and email to opposing counsel regarding revision of release language in draft settlement agreement | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $979.80

BILLING SUMMARY

| Cory S. Menees | 3.00 hrs | 295.00 /hr | 885.00 |
| Lucinda Kish | .60 hrs | 158.00 /hr | 94.80 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
OCTOBER 11, 2013

0R2013-301006

FED ID NO. 63-0243316

TOTAL FEES                    3.60 hrs            $979.80

TOTAL CHARGES FOR THIS INVOICE                    $979.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301007
INVOICE #  871589

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301007
     TC # 737449

PROFESSIONAL SERVICES

| 05/09/13 | ABB | Edits to closing memo to reflect status of dismissal and further preparation of closing documents | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $31.60

BILLING SUMMARY

Allison Burke          .20 hrs    158.00 /hr        31.60

TOTAL FEES              0.20 hrs              $31.60

**TOTAL CHARGES FOR THIS INVOICE**            $31.60

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301008
INVOICE #  871590

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301008
     TC # 737075

EXPENSES

| | | |
|---|---|---|
| 06/28/13 | Local Counsel Fees - KANE RUSSELL COLEMAN & LOGAN PC GG LEGAL SERVICES RENDERED THROUGH MAY 31, 2013 | 260.00 |
| | Bank ID: GENR Check Number: 161921 | |
| 05/16/13 | Title Search Fee - BRADLEY ARANT BOULT CUMMINGS LLP PROTITLEUSA 3-8-13 | 195.00 |
| | Bank ID: PCARD Check Number: P146 | |
| 06/20/13 | Title Search Fee - BRADLEY ARANT BOULT CUMMINGS LLP PROTITLEUSA 3-9-13 | 195.00 |
| | Bank ID: PCARD Check Number: P169 | |

TOTAL COSTS FOR THIS MATTER            $650.00


TOTAL FEES            0.00 hrs            $.00

TOTAL EXPENSES                          $650.00

**TOTAL CHARGES FOR THIS INVOICE**      $650.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301008
INVOICE #  880303

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301008
     TC # 737075

EXPENSES

08/15/13 Court Costs - Pleadings - WEST GROUP WEST GROUP          100.00
         COURT EXPRESS DOCUMENTS
         Bank ID: GENR Check Number: 164272

              TOTAL COSTS FOR THIS MATTER                   $100.00


TOTAL FEES              0.00 hrs                 $.00

TOTAL EXPENSES                             $100.00

TOTAL CHARGES FOR THIS INVOICE            $100.00

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301010
INVOICE #  880304

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301010
     TC # 737485

PROFESSIONAL SERVICES

| 08/02/13 | BG | Draft status report regarding pending dispositive motion and motion to remand | L190 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                    $20.70

| 07/22/13 Postage Charges 07/15/2013 | 0.00 |
| 07/22/13 Postage Charges 07/15/2013 | 0.00 |
| 07/22/13 Postage Charges 07/15/2013 | 0.00 |
| 07/22/13 Postage Charges 07/15/2013 | 0.00 |

BILLING SUMMARY

| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |

TOTAL FEES          0.10 hrs              $20.70

TOTAL CHARGES FOR THIS INVOICE          $20.70

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301012
INVOICE #  871591

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301012
     TC # 737614

PROFESSIONAL SERVICES

| 06/05/13 | EBE | Redact February 2013 Executive Complaints of al personally identifiable information | L190 | 1.60 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                       $252.80

BILLING SUMMARY

| Elizabeth B. Eaton | 1.60 hrs | 158.00 /hr | 252.80 |
|---|---|---|---|

TOTAL FEES                 1.60 hrs              $252.80

**TOTAL CHARGES FOR THIS INVOICE**              **$252.80**

***** TOTAL DUE UPON RECEIPT *****

## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301013
INVOICE # 871592

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301013
     TC # 737702

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/02/13 | RK | Draft status report to client | L120 | .10 hrs |
| 05/02/13 | RK | Draft closing memorandum | L120 | .30 hrs |
| 05/02/13 | GWG | Review dismissal order and preparation of pertinent pleadings and correspondence for closing of file | L140 | .30 hrs |

TOTAL FEES FOR THIS MATTER                $176.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | .30 hrs | 312.00 /hr | 93.60 |
| Riley Key | .40 hrs | 207.00 /hr | 82.80 |

TOTAL FEES               0.70 hrs          $176.40

TOTAL CHARGES FOR THIS INVOICE            $176.40

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301014
INVOICE # 871593

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:   0R2013-301014
      TC # 737835

PROFESSIONAL SERVICES

| 06/19/13 | ABB | Prepare status report regarding GMAC's bankruptcy in order to prepare same for electronic filing | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                            $47.40

EXPENSES

| 05/09/13 | Court Costs - Pleadings - WEST GROUP RESEARCH Bank ID: GENR Check Number: 111025 | 172.00 |
| 05/16/13 | Computerized Legal Research-Westlaw Westlaw User: CURRAN,ALISON | 0.00 |
| 05/17/13 | Computerized Legal Research-Westlaw Westlaw User: CURRAN,ALISON | 0.00 |
| 05/16/13 | Title Search Fee - BRADLEY ARANT BOULT CUMMINGS LLP PROTITLEUSA 4-3-13 Bank ID: PCARD Check Number: P146 | 210.00 |

TOTAL COSTS FOR THIS MATTER                                           $382.00

BILLING SUMMARY

| Allison Burke | .30 hrs | 158.00 /hr | 47.40 |

TOTAL FEES              0.30 hrs              $47.40

TOTAL EXPENSES                               $382.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 22, 2013

0R2013-301014

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $429.40

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301015
INVOICE #  871594

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301015
     TC # 737772

EXPENSES

05/16/13 Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP          14.06
         TX ONLINE 3-28-13
         Bank ID: PCARD Check Number: P146

                TOTAL COSTS FOR THIS MATTER               $14.06


TOTAL FEES                    0.00 hrs              $.00

TOTAL EXPENSES                                    $14.06

**TOTAL CHARGES FOR THIS INVOICE**               $14.06

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301017
INVOICE #  871595

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301017
TC # 2013-05-EM2137

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 05/03/13 | LADA | Review Order staying case pending the conclusion of the bankruptcy | L210 | .30 hrs |
| 05/20/13 | LADA | Begin litigation analysis and chronology | L190 | .50 hrs |
| 05/24/13 | LADA | Research county records for recorded mortgage and assignment of mortgage | L190 | .50 hrs |
| 06/06/13 | MSW | Review pleadings to determine applicability of bankruptcy stay and draft case assessment memorandum focusing on post-petition conduct | L120 | 2.30 hrs |

TOTAL FEES FOR THIS MATTER                                    $904.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mark S. Wierman | 2.30 hrs | 304.00 /hr | 699.20 |
| Lucinda Kish | 1.30 hrs | 158.00 /hr | 205.40 |

TOTAL FEES                3.60 hrs                    $904.60

**TOTAL CHARGES FOR THIS INVOICE**                    $904.60

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301017
INVOICE #  880305

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301017
     TC # 2013-05-EM2137

PROFESSIONAL SERVICES

07/25/13   LADA Review and analysis of current case        L190      .40 hrs
           docket


           TOTAL FEES FOR THIS MATTER                               $63.20


BILLING SUMMARY

   Lucinda Kish              .40 hrs   158.00 /hr       63.20


TOTAL FEES                   0.40 hrs                  $63.20

**TOTAL CHARGES FOR THIS INVOICE**                      $63.20

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301018
INVOICE #  871596

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301018
     TC # 2013-05-EM5524

PROFESSIONAL SERVICES

06/11/13   CWH   Review complaint and confirm that          L210        .20 hrs
                 borrower only filed one count of FCCPA
                 violations, based on recently discovered
                 law that says additional counts allow
                 additional damages


                 TOTAL FEES FOR THIS MATTER                          $72.20


BILLING SUMMARY

     Christian W. Hancock     .20 hrs    361.00 /hr        72.20


TOTAL FEES                    0.20 hrs                  $72.20

**TOTAL CHARGES FOR THIS INVOICE**                     $72.20


***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301019
INVOICE # 871597

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301019
     TC # UNKNOWN

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 05/03/13 | GEG | E-mails from and to borrower's attorney regarding status of review of last demand letter | L120 | .10 hrs |
| 05/03/13 | GEG | Work on review of various items, including lack of borrower response, possibility of filing complaint in New York bankruptcy case, and possible stay violation arguments made by borrower in defense | L120 | .70 hrs |
| 05/10/13 | GEG | Work on review of final supplemental order regarding borrower claims | L120 | .20 hrs |
| 05/10/13 | GEG | E-mail memorandum to E.Richards regarding borrower's attorneys' fees claims | L120 | .30 hrs |
| 05/10/13 | CWH | Analyze Ruiz's assertion that their claim for attorneys' fees is a mandatory monetary claim | L120 | .20 hrs |
| 05/14/13 | GEG | E-mails to and from estate counsel regarding file | L120 | .10 hrs |
| 05/14/13 | GEG | Phone conference with estate counsel regarding borrowers' attorney's refusal to withdraw writ of execution and release recorded judgment on attorneys' fees | L120 | .40 hrs |



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 22, 2013

OR2013-301019

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 05/17/13 | GEG | E-mails from and to borrower's counsel regarding moving forward with bankruptcy motion | L120 | .30 hrs |
| 05/17/13 | GEG | Review state court docket regarding new filings as alleged by borrower's counsel | L120 | .20 hrs |
| 05/17/13 | GEG | E-mails to and from main bankruptcy counsel regarding taking action to preempt borrower's motion | L120 | .20 hrs |
| 05/17/13 | MPE | Research docket to determine case status and any recent filing by opposing counsel. | L110 | .40 hrs |
| 05/20/13 | CWH | Review and analyze borrower's counsel's renewed motion for fees and hearing setting on same and determine that same should be stricken | L120 | .10 hrs |
| 05/20/13 | GEG | E-mails from and to borrower's counsel and L.Delehey regarding borrower's new motion and how to proceed | L120 | .30 hrs |
| 05/21/13 | GEG | Voice mail and e-mail from main bankruptcy counsel regarding borrower's attorney's latest motion and how to respond | L120 | .10 hrs |
| 05/21/13 | GEG | Phone conference with main bankruptcy counsel regarding borrower's attorney's latest motion and how to respond | L120 | .30 hrs |
| 05/21/13 | GEG | E-mail to L.Delehey regarding plan of action vis-a-vis borrower's attorney latest response | L120 | .20 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
AUGUST 22, 2013

OR2013-301019

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 05/21/13 | CWH | Exchange e-mails with K.Priore and attorney from Morrison Foerster about timing of filing motion to enforce stay (one day before hearing on request for fees) | L120 | .10 | hrs |
| 05/22/13 | CWH | Exchange e-mails with attorneys from Morrison Foerster, and provide prior notice of bankruptcy served upon Ruiz | L110 | .10 | hrs |
| 05/22/13 | CWH | Revise motion to enforce automatic stay to add specifics regarding Florida procedure and Navarro's loan | L110 | .30 | hrs |
| 05/22/13 | CWH | Exchange e-mails with K.Priore regarding strategy for getting motion to enforce stay filed in the GMAC bankruptcy case and then cutting off borrower's counsel's sanctions efforts in the state court | L110 | .20 | hrs |
| 05/22/13 | GEG | E-mails from and to K.Priore, L.Delehey, and local counsel regarding borrower's latest motion and plan to file motion to enforce the stay in bankruptcy court | L120 | .30 | hrs |
| 05/22/13 | GEG | Review draft motion to enforce stay and make comments on same | L120 | .50 | hrs |
| 05/23/13 | GEG | E-mails from and to main bankruptcy counsel, co-counsel with GMAC, and K.Priore and L.Delehey regarding plan of action, etc. | L120 | .40 | hrs |
| 05/24/13 | GEG | Review state court pleadings and draft response to motion for sanctions to be filed by co-counsel in Florida | L120 | .70 | hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      4
AUGUST 22, 2013

0R2013-301019

FED ID NO. 63-0243316

| 05/24/13 | GEG | Phone conference with co-counsel in Florida regarding state court proceedings, upcoming hearing in state court, and plan of action with motion to enforce stay to be filed in New York bankruptcy court | L120 | .80 hrs |
|----------|-----|---|------|---------|
| 05/24/13 | GEG | Work on review of revised motion to enforce stay and supporting affidavit | L120 | .60 hrs |
| 05/24/13 | GEG | E-mail memorandum to main New York bankruptcy counsel regarding comments to draft motion to enforce stay and updates from conversation with Florida co-counsel | L120 | .30 hrs |
| 05/24/13 | GEG | Work on review of case law regarding enforcement of stay | L120 | .70 hrs |
| 05/24/13 | BC | Conference call with G.Glover regarding assigned project and expectations | L120 | .30 hrs |
| 05/24/13 | BC | Research relevant case law in New York state and federal cases regarding whether a non-bankruptcy court can determine the applicability of a bankruptcy stay | L120 | 3.80 hrs |
| 05/28/13 | BC | Research relevant case law regarding whether a state or federal non-bankruptcy court can interpret a bankruptcy order related to the automatic stay | L120 | 7.30 hrs |
| 05/28/13 | GEG | Work on review of various items to do vis-à-vis motion filed on Friday to enforce automatic stay; e-mail from borrower's attorney regarding same | L120 | .50 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      5
AUGUST 22, 2013

0R2013-301019

FED ID NO. 63-0243316

| 05/29/13 | BC | Draft e-mail to G.Glover regarding research findings on whether a non-bankruptcy court can interpret a bankruptcy order | L120 | .50 hrs |
| 05/30/13 | GEG | Draft letter to state court judge regarding motion filed in bankruptcy court | L120 | 1.20 hrs |
| 05/30/13 | GEG | E-mails to borrower's attorney regarding notice of appearance and motion filed in bankruptcy court | L120 | .40 hrs |
| 05/30/13 | GEG | Review findings regarding state court's ability to interpret automatic stay effect | L120 | .50 hrs |
| 05/30/13 | MPE | Research docket to determine case status and whether opposing counsel is serving pleadings properly  assess all and. | L110 | .40 hrs |
| 05/30/13 | CWH | Finalize letter to Judge in state court requesting that all proceedings be stayed or cancelled until bankruptcy court rules on the motion in that venue | L110 | .10 hrs |
| 06/05/13 | MPE | Finalize letter and exhibits to judge scola regarding hearing in the bankruptcy court scheduled for June 12 2013. | L110 | .70 hrs |
| 06/05/13 | GEG | Review borrower's motion filed in New York bankruptcy case | L120 | .40 hrs |
| 06/05/13 | GEG | E-mails from and to main GMAC bankruptcy counsel regarding response to borrower's motion filed in New York bankruptcy case | L120 | .50 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    6
AUGUST 22, 2013

OR2013-301019

FED ID NO. 63-0243316

---

| 06/05/13 | GEG | Work on letter to Florida state court judge regarding filing of motion in New York bankruptcy case | L120 | .10 hrs |
|---|---|---|---|---|
| 06/05/13 | GEG | E-mail from borrower's attorney regarding letter to Florida state court judge advising of motion filed in New York bankruptcy court | L120 | .10 hrs |
| 06/06/13 | GEG | E-mail from main New York counsel regarding close review of borrower's motion filed yesterday in main bankruptcy case | L120 | .20 hrs |
| 06/06/13 | GEG | Review of motion filed by borrower yesterday in main bankruptcy case and e-mail to main New York counsel regarding same | L120 | .40 hrs |
| 06/06/13 | GEG | Work on review of all pleadings in case in preparation for hearing next week | L120 | 1.80 hrs |
| 06/06/13 | GEG | E-mails from borrower's attorney and e-mails to and from all attorneys involved regarding borrower's intent to move forward against law firms at next week's hearing | L120 | .50 hrs |
| 06/06/13 | GEG | Work on review of Florida law regarding attorneys' fees for "prevailing" party | L120 | .90 hrs |
| 06/07/13 | GEG | Work on contacting Judge's chambers regarding upcoming state court hearing and receive report on attempt to contact same | L120 | .50 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    7
AUGUST 22, 2013

OR2013-301019

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/07/13 | GEG | Review reply to borrower's motion filed in the New York bankruptcy case | L120 | 1.20 hrs |
| 06/07/13 | GEG | Draft pro hac vice application and proposed order | L120 | .30 hrs |
| 06/07/13 | CWH | Exchange e-mails with Morrison Foerster about responding to Navarro's fee motion in the bankruptcy court | L120 | .10 hrs |
| 06/07/13 | CWH | Analyze various motions filed by Navarro's counsel in state and federal court in preparation for calling state judge to request that hearing be moved | L210 | .20 hrs |
| 06/07/13 | MPE | Research docket to confirm that opposing is now correctly serving us with all filings. | L110 | .20 hrs |
| 06/07/13 | CWH | Call state court chambers to request that hearing be moved | L210 | .10 hrs |
| 06/10/13 | GEG | Review final draft prepared by main New York bankruptcy counsel | L120 | .50 hrs |
| 06/10/13 | GEG | Work on various issues with obtaining continuance from state court in hearing coming up the day after the bankruptcy court hearing | L120 | .60 hrs |
| 06/10/13 | GEG | Review court mail (pro hac motion) and e-mails to and from main New York counsel regarding same | L120 | .10 hrs |
| 06/11/13 | CWH | Call with judge's judicial assistant regarding the letter we sent to judge for the 6-13-13 hearing | L110 | .20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    8
AUGUST 22, 2013

0R2013-301019

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/11/13 | GEG | Receive update on phone conversation with Judge's judicial assistant | L120 | .20 hrs |
| 06/11/13 | GEG | E-mail memorandum to borrower's attorney regarding his plan on going forward with hearing in state court action on Thursday | L120 | .40 hrs |
| 06/11/13 | GEG | Draft letter to Court regarding borrower's insistence on going forward with hearing in state court on Thursday | L120 | .50 hrs |
| 06/11/13 | GEG | Review motion and order on pro hac admission | L120 | .10 hrs |
| 06/11/13 | GEG | E-mails to and from main New York bankruptcy counsel regarding hearing and prepare for same | L120 | .40 hrs |
| 06/12/13 | GEG | Prepare for hearing on motion to enforce bankruptcy stay | L120 | .50 hrs |
| 06/12/13 | GEG | Attend telephonic hearing on motion to enforce bankruptcy stay | L120 | 1.80 hrs |
| 06/12/13 | GEG | E-mail memorandum to main New York counsel regarding results of hearing | L120 | .70 hrs |
| 06/12/13 | GEG | Prepare for state court hearing vis-à-vis results from BK court hearing | L120 | .40 hrs |
| 06/12/13 | GEG | Phone conference with main New York counsel regarding results of hearing | L120 | .40 hrs |
| 06/12/13 | GEG | Phone conference with borrower's attorney regarding results of hearing and state court hearing | L120 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     9
AUGUST 22, 2013

OR2013-301019

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 06/12/13 | GEG | Phone conference with K.Priore regarding results of hearing and state court hearing | L120 | .30 hrs |
| 06/12/13 | GEG | Phone conference with co-counsel in Florida regarding hearing in state court | L120 | .90 hrs |
| 06/12/13 | GEG | E-mail memorandum to co-counsel in Florida regarding hearing in state court tomorrow | L120 | .80 hrs |
| 06/12/13 | GEG | Subsequent phone conference with co-counsel in Florida regarding hearing in state court tomorrow | L120 | .10 hrs |
| 06/12/13 | GEG | E-mail to K.Priore regarding results of phone conversation with Florida co-counsel regarding hearing in state court and possibility of his firm contributions for settlement | L120 | .20 hrs |
| 06/12/13 | GEG | Voice mails from and e-mails to and from Florida counsel and borrower's attorney regarding hearing | L120 | .50 hrs |
| 06/12/13 | KK | Draft tentative motion for continuance/proposed order in case | L110 | .50 hrs |
| 06/12/13 | CWH | Analyze issues with Judge Glenn's findings from hearing on impact of the bankruptcy stay, as well as tomorrow's state court hearing on motion for sanctions | L120 | .60 hrs |
| 06/12/13 | KK | Research docket to determine status of case | L110 | .10 hrs |

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    10
AUGUST 22, 2013

OR2013-301019

FED ID NO. 63-0243316

| 06/13/13 | GEG | Phone conference with local Florida counsel regarding dispute over New York bankruptcy court's ruling | L120 | .20 hrs |
| 06/13/13 | GEG | Phone conference with borrower's attorney regarding New York bankruptcy court's ruling | L120 | .30 hrs |
| 06/13/13 | GEG | Phone conference with New York counsel regarding New York bankruptcy court's ruling | L120 | .30 hrs |
| 06/13/13 | GEG | Review transcript and e-mail analysis to client regarding same | L120 | .30 hrs |
| 06/14/13 | GEG | Review transcripts of state court hearing yesterday and bankruptcy court hearing on Wednesday | L120 | .70 hrs |
| 06/14/13 | GEG | Prepare memorandum regarding transcripts received from state court and bankruptcy court hearing and view of case | L120 | .80 hrs |
| 06/14/13 | GEG | Phone conference with state court counsel regarding hearing yesterday and e-mail memorandum to borrower's attorneys | L120 | .30 hrs |
| 06/14/13 | GEG | E-mails to and from borrowers' attorney regarding upcoming hearing | L120 | .30 hrs |
| 06/17/13 | GEG | Work on preparation for hearing in Florida state court on Thursday on borrower's motion for sanctions | L120 | 1.40 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    11
AUGUST 22, 2013

0R2013-301019

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/17/13 | GEG | E-mails regarding preparation for hearing in Florida state court on Thursday on borrower's motion for sanctions | L120 | .40 hrs |
| 06/17/13 | GEG | Further preparation for hearing in Florida state court on Thursday on borrower's motion for sanctions | L120 | 1.40 hrs |
| 06/17/13 | CWH | Prepare defensive arguments for 6/20/13 hearing on motion for sanctions | L120 | .30 hrs |
| 06/17/13 | KK | Draft, e-file, and e-serve notice of appearance of additional counsel in preparation of upcoming hearing | L110 | .20 hrs |
| 06/17/13 | KK | Research docket to determine status of case and whether motion to enforce bankruptcy stay was filed by foreclosure counsel | L110 | .20 hrs |
| 06/17/13 | MSW | Conversation with foreclosure counsel regarding case history and coordination of arguments for hearing | L120 | .30 hrs |
| 06/17/13 | MSW | Research state law regarding recovery of attorneys fees and apportionment between attorney and client | L120 | .70 hrs |
| 06/17/13 | MSW | Determine supplemental documents required to be filed with state court for hearing on motion for sanctions | L250 | .80 hrs |
| 06/17/13 | MSW | Begin review of pleadings, hearing transcripts, and motions in state court and bankruptcy court | L120 | 2.20 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    12
AUGUST 22, 2013

0R2013-301019

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/18/13 | KK | Telephone call with judicial assistant regarding location of upcoming evidentiary hearing in Miami-Dade County, Florida | L110 | .20 hrs |
| 06/18/13 | MSW | Analyze additional documents filed by foreclosure counsel including notice of non-compliance, attorney's fees affidavit and associated documents | L120 | .30 hrs |
| 06/18/13 | MSW | Analyze second amended motion for sanctions and associated exhibits | L250 | .80 hrs |
| 06/18/13 | GEG | Prepare for hearing | L120 | 1.50 hrs |
| 06/19/13 | MSW | Analyze amended motion to vacate and supporting documents and analyze impact on arguments for opposition to motion for sanctions | L250 | 1.30 hrs |
| 06/19/13 | GEG | Work on preparation for hearing tomorrow in state court | L120 | 1.70 hrs |
| 06/19/13 | GEG | E-mails to and from main New York bankruptcy counsel regarding options given limited written ruling from court | L120 | .30 hrs |
| 06/20/13 | GEG | Analyze report from hearing | L120 | .20 hrs |
| 06/20/13 | MSW | Analyze response to second amended motion for sanctions | L250 | 1.10 hrs |
| 06/20/13 | MSW | Discussion with foreclosure counsel regarding strategy for hearing on motion for sanctions and motion to vacate judgment | L250 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    13
AUGUST 22, 2013

0R2013-301019

FED ID NO, 63-0243316

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 06/20/13 | MSW | Attend hearing on motion for sanctions and motion to vacate judgment | L450 | .50 hrs |
| 06/20/13 | MSW | Prepare for hearings on motion for sanctions and motion to vacate judgment by creating chronology of events, outlining arguments, preparing supporting documents and references, reviewing bankruptcy court transcript and all motions previously filed | L450 | 2.90 hrs |
| 06/23/13 | NSR | Review strategy for hearing on second amended motion to vacate ex parte final judgment, motion to stay execution, and motion for sanctions | L460 | 1.00 hrs |
| 06/24/13 | KK | Draft, e-file, and e-serve notice of appearance in preparation of upcoming hearing on motion for sanctions | L110 | .30 hrs |
| 06/24/13 | NSR | Analyze hearing transcripts in bankruptcy court and state court proceedings regarding entry of final judgment of fees, motion for sanctions, and impact of automatic stay | L460 | .80 hrs |
| 06/24/13 | NSR | Analyze bankruptcy law regarding duty to file notice of bankruptcy in state court litigation | L460 | .60 hrs |
| 06/25/13 | NSR | Review and analyze all motions filed relating to June 26, 2013 hearing, including Navarro's amended motion for sanctions, additional fees and contempt; Navarro's second amended motion for sanctions, additional fees and contempt; GMACM's response motions; GMACM's motion to strike disparaging pleading and | L460 | 3.00 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    14
AUGUST 22, 2013

OR2013-301019

FED ID NO. 63-0243316

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | impose sanctions; GMACM's motion to vacate ex-parte judgment; GMACM's amended motion to strike; ResCap's motion to enforce automatic stay; Interested Party's Objection; and GMACM's reply |  |  |
| 06/26/13 | NSR | Analyze case law cited by Navarro in their motions and analyze bankruptcy law regarding duty of creditors to respect automatic stay upon receipt of actual notice of bankruptcy proceedings as opposed to formal notice through filing of notice of bankruptcy | L460 | 1.00 hrs |
| 06/26/13 | GEG | Analyze outcome of hearing in Florida state court | L120 | .40 hrs |
| 06/26/13 | NSR | Attend hearing on M.Navarro's motion for sanctions, contempt, and additional fees, GMACM's motion to vacate entry of ex-parte final judgment, and GMACM's motion to strike disparaging pleading and sanctions | L460 | 3.10 hrs |
| 06/26/13 | NSR | Draft e-mail to file regarding outcome of hearing on sanctions, fees, contempt, and entry of final judgment | L460 | .30 hrs |
| 06/26/13 | NSR | Prepare for hearing on pending motions regarding sanctions, contempt, additional fees, and vacating of final attorneys' fees judgment by drafting hearing outline of arguments, drafting timeline of events, drafting demonstrative exhibits for Judge's use, and reviewing subject motions | L460 | 3.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    15
AUGUST 22, 2013

OR2013-301019

FED ID NO. 63-0243316

06/28/13   GEG   Work on mediation and settlement          L160      .40 hrs

                    TOTAL FEES FOR THIS MATTER                    $24,936.90

EXPENSES

05/20/13 Copy Charges                                            0.00
06/05/13 Copy Charges                                            0.00
06/05/13 Copy Charges                                            0.00
06/06/13 Copy Charges                                            0.00
06/06/13 Copy Charges                                            0.00
06/06/13 Copy Charges                                            0.00
06/06/13 Copy Charges                                            0.00
06/06/13 Copy Charges                                            0.00
06/06/13 Copy Charges                                            0.00
06/06/13 Copy Charges                                            0.00
06/07/13 Copy Charges                                            0.00
06/10/13 Copy Charges                                            0.00
06/14/13 Copy Charges                                            0.00
06/17/13 Copy Charges                                            0.00
06/17/13 Copy Charges                                            0.00
06/17/13 Copy Charges                                            0.00
06/17/13 Copy Charges                                            0.00
06/17/13 Copy Charges                                            0.00
06/17/13 Copy Charges                                            0.00
06/17/13 Copy Charges                                            0.00
06/17/13 Copy Charges OCwen / Navarro                            0.00
06/17/13 Copy Charges Ocwen / Navarro                            0.00
06/17/13 Copy Charges Ocwen / Navarro                            0.00
06/18/13 Copy Charges                                            0.00
06/18/13 Copy Charges                                            0.00
06/18/13 Copy Charges                                            0.00
06/18/13 Copy Charges                                            0.00
06/18/13 Copy Charges                                            0.00
06/18/13 Copy Charges                                            0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE   16
AUGUST 22, 2013

0R2013-301019

FED ID NO. 63-0243316

| | | |
|---|---|---:|
| 06/18/13 | Copy Charges | 0.00 |
| 06/24/13 | Copy Charges | 0.00 |
| 06/24/13 | Copy Charges | 0.00 |
| 05/09/13 | Court Costs - Pleadings - WEST GROUP RESEARCH | 142.04 |
| | Bank ID: GENR Check Number: 111025 | |
| 06/26/13 | Court Costs - Pleadings - BRADLEY ARANT BOULT CUMMINGS LLP COURTCALL 6-20-13 | 58.00 |
| | Bank ID: PCARD Check Number: P178 | |
| 06/24/13 | Airline Tickets - MARK WIERMAN TRAVEL TO MIAMI, FL FOR JUDGMENT LIEN ISSUE 6/19/13 - 6/20/13 | 760.30 |
| | Bank ID: GENR Check Number: 162087 | |
| 06/24/13 | Travel Expense - MARK WIERMAN TRAVEL TO MIAMI, FL FOR JUDGMENT LIEN ISSUE 6/19/13 - 6/20/13 HOTEL | 145.77 |
| | Bank ID: GENR Check Number: 162087 | |
| 06/24/13 | Travel Expense - MARK WIERMAN TRAVEL TO MIAMI, FL FOR JUDGMENT LIEN ISSUE 6/19/13 - 6/20/13 RENTAL CAR | 55.80 |
| | Bank ID: GENR Check Number: 162087 | |
| 06/24/13 | Travel Expense - MARK WIERMAN TRAVEL TO MIAMI, FL FOR JUDGMENT LIEN ISSUE 6/19/13 - 6/20/13 FUEL | 4.56 |
| | Bank ID: GENR Check Number: 162087 | |
| 06/24/13 | Travel Expense - MARK WIERMAN TRAVEL TO MIAMI, FL FOR JUDGMENT LIEN ISSUE 6/19/13 - 6/20/13 COURTHOUSE PARKING | 11.00 |
| | Bank ID: GENR Check Number: 162087 | |
| 06/24/13 | Travel Expense - MARK WIERMAN TRAVEL TO MIAMI, FL FOR JUDGMENT LIEN ISSUE 6/19/13 - 6/20/13 AIRPORT PARKING | 10.00 |
| | Bank ID: GENR Check Number: 162087 | |
| 06/24/13 | Meal Expense - MARK WIERMAN TRAVEL TO MIAMI, FL FOR JUDGMENT LIEN ISSUE 6/19/13 | 13.93 |
| | Bank ID: GENR Check Number: 162087 | |
| 06/24/13 | Meal Expense - MARK WIERMAN TRAVEL TO MIAMI, FL FOR JUDGMENT LIEN ISSUE 6/20/13 | 5.03 |
| | Bank ID: GENR Check Number: 162087 | |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE   17
AUGUST 22, 2013

0R2013-301019

FED ID NO. 63-0243316

| | | |
|---|---|---:|
| 06/24/13 | Meal Expense - MARK WIERMAN TRAVEL TO MIAMI, FL FOR JUDGMENT LIEN ISSUE 6/20/13 Bank ID: GENR Check Number: 162087 | 11.72 |
| 06/24/13 | Meal Expense - MARK WIERMAN TRAVEL TO MIAMI, FL FOR JUDGMENT LIEN ISSUE 6/20/13 Bank ID: GENR Check Number: 162087 | 5.99 |
| 05/31/13 | Express Mail/Fedex | 0.00 |
| 06/06/13 | Express Mail/Fedex | 0.00 |

TOTAL COSTS FOR THIS MATTER          $1,224.14

BILLING SUMMARY

| | | | | |
|---|---|---|---|---:|
| Christian W. Hancock | .60 hrs | 375.00 | /hr | 225.00 |
| Christian W. Hancock | 2.00 hrs | 361.00 | /hr | 722.00 |
| Glenn E. Glover | 37.80 hrs | 352.00 | /hr | 13,305.60 |
| Mark S. Wierman | 11.70 hrs | 304.00 | /hr | 3,556.80 |
| Nader Raja | 13.30 hrs | 282.00 | /hr | 3,750.60 |
| Melisa P. Palmer | 1.70 hrs | 167.00 | /hr | 283.90 |
| Bethany Corbin | 11.90 hrs | 240.00 | /hr | 2,856.00 |
| Kerry Keane | 1.50 hrs | 158.00 | /hr | 237.00 |

TOTAL FEES          80.50 hrs                    $24,936.90

TOTAL EXPENSES                              $1,224.14

**TOTAL CHARGES FOR THIS INVOICE**          $26,161.04

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301019
INVOICE #  880306

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301019
     TC # UNKNOWN

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/01/13 | NSR | Review and respond to e-mail from J.Tarokh regarding settlement of final judgment of attorneys' fees | L120 | .20 hrs |
| 07/01/13 | GEG | Draft language for inclusion in settlement agreement | L160 | .40 hrs |
| 07/01/13 | GEG | E-mails from and to local counsel regarding settlement of matter over the weekend | L160 | .20 hrs |
| 07/12/13 | GEG | Review file for final file-closing issues | L120 | .20 hrs |
| 07/16/13 | GEG | E-mails from and to main bankruptcy counsel regarding progress of post-settlement wrap-up issues | L160 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $408.40

EXPENSES

| | | |
|---|---|---|
| 07/10/13 | Airline Tickets - NADER RAJA ATTEND AND ARGUE HEARING IN MIAMI-DADE COURTHOUSE, FL 6/25/13 - 6/26/13 Bank ID: GENR Check Number: 162715 | 760.30 |
| 07/10/13 | Travel Expense - NADER RAJA ATTEND AND ARGUE HEARING IN MIAMI-DADE COURTHOUSE, FL 6/25/13 - 6/26/13 HOTEL Bank ID: GENR Check Number: 162715 | 157.43 |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
OCTOBER 11, 2013

OR2013-301019

FED ID NO. 63-0243316

| | | |
|---|---|---:|
| 07/10/13 | Travel Expense - NADER RAJA ATTEND AND ARGUE HEARING IN MIAMI-DADE COURTHOUSE, FL 6/25/13 - 6/26/13 RENTAL CAR<br>Bank ID: GENR Check Number: 162715 | 62.76 |
| 07/10/13 | Travel Expense - NADER RAJA ATTEND AND ARGUE HEARING IN MIAMI-DADE COURTHOUSE, FL 6/25/13 - 6/26/13 AIRPORT PARKING<br>Bank ID: GENR Check Number: 162715 | 23.00 |
| 07/10/13 | Travel Expense - NADER RAJA ATTEND AND ARGUE HEARING IN MIAMI-DADE COURTHOUSE, FL 6/25/13 - 6/26/13 COURTHOUSE PARKING<br>Bank ID: GENR Check Number: 162715 | 11.00 |
| 07/10/13 | Travel Expense - NADER RAJA ATTEND AND ARGUE HEARING IN MIAMI-DADE COURTHOUSE, FL 6/26/13 FUEL<br>Bank ID: GENR Check Number: 162715 | 8.68 |
| 07/10/13 | Meal Expense - NADER RAJA ATTEND AND ARGUE HEARING IN MIAMI-DADE COURTHOUSE, FL 6/25/13<br>Bank ID: GENR Check Number: 162715 | 24.16 |
| 07/10/13 | Meal Expense - NADER RAJA ATTEND AND ARGUE HEARING IN MIAMI-DADE COURTHOUSE, FL 6/26/13<br>Bank ID: GENR Check Number: 162715 | 6.00 |
| 07/10/13 | Meal Expense - NADER RAJA ATTEND AND ARGUE HEARING IN MIAMI-DADE COURTHOUSE, FL 6/26/13<br>Bank ID: GENR Check Number: 162715 | 15.00 |
| 07/10/13 | Meal Expense - NADER RAJA ATTEND AND ARGUE HEARING IN MIAMI-DADE COURTHOUSE, FL 6/26/13<br>Bank ID: GENR Check Number: 162715 | 15.63 |
| 07/10/13 | Internet Account - NADER RAJA ATTEND AND ARGUE HEARING IN MIAMI-DADE COURTHOUSE, FL 6/26/13<br>Bank ID: GENR Check Number: 162715 | 7.95 |

TOTAL COSTS FOR THIS MATTER          $1,091.91



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
OCTOBER 11, 2013

OR2013-301019

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Glenn E. Glover | 1.00 hrs | 352.00 /hr | 352.00 |
| Nader Raja | .20 hrs | 282.00 /hr | 56.40 |

| | | |
|---|---|---|
| TOTAL FEES | 1.20 hrs | $408.40 |
| TOTAL EXPENSES | | $1,091.91 |
| TOTAL CHARGES FOR THIS INVOICE | | $1,500.31 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301020
INVOICE #  871598

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:    0R2013-301020
       TC # 2013-04-Ez5282

PROFESSIONAL SERVICES

| Date | | | | |
|---|---|---|---|---|
| 05/03/13 | CWH | Exchange e-mails with jp regarding how to proceed with lack of prosecution option in Florida/Iaderose matter | L120 | .20 hrs |
| 05/16/13 | CJA | Telephone call with L.Gregeson regarding lien release issues and need for cooperation with Ocwen's in house people related to securization trust structure | B250 | .20 hrs |
| 05/20/13 | CWH | Exchange e-mails with J.Ruckdaschel about need to resolve a foreclosure suit by Carrington which was improperly completed in GMAC's name | L120 | .10 hrs |
| 05/23/13 | CWH | Analyze old settlement agreement, and exchange e-mails with K.Priore regarding settlement of California (Cowgill) case where plaintiff also filed proof of claim in the bankruptcy | L110 | .40 hrs |
| 05/30/13 | CWH | Exchange e-mails with K.Priore regarding the various parties and claims in Kleckley (SC # 705358), per her inquiry | L110 | .20 hrs |
| 06/03/13 | CWH | Exchange e-mails with K.Priore about fact borrower proof of claim and , possible settlement | L110 | .20 hrs |
| 06/04/13 | CJA | Confer with P.Cannon regarding Ocwen's ability to execute affidavit as to unrecorded assignment and release related to payoff of loans on behalf of GMAC estate | B250 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
AUGUST 22, 2013

OR2013-301020

FED ID NO. 63-0243316

| 06/09/13 | CWH | Review history of two Poulos cases, review current dockets of same, and draft summary to L.Delehey to assist with current proof of claim in Estate case | L210 | .60 hrs |
| 06/10/13 | CJA | Draft summary report of personal property claim, as well as history of settlement demands and offers, for L.Delehey stemming from improper trash out of asset located at Lake Arrowhead, California in order to obtain bankruptcy court approval to enter into proposed settlement | B250 | 2.60 hrs |
| 06/11/13 | CWH | Exchange e-mails with K.Priore about Dupuy case, requesting that Estate assign a case manager and be involved in settlement | L110 | .20 hrs |
| 06/11/13 | CWH | Discuss history of work on Poulos (AZ) matter with L.Delehey | L110 | .10 hrs |
| 06/11/13 | CWH | Discuss Silman (AL) matter with L.Delehey and fact that Estate will likely want to get involved in settlement/strategy | L110 | .20 hrs |
| 06/11/13 | CWH | Revise settlement agreement in G.King (FL) case to include release/dismissal of the proof of claim and exchange e-mails with K.Priore regarding same | L160 | .40 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
AUGUST 22, 2013

0R2013-301020

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/17/13 | CWH | Research prior handling of Gee (FL) matter, as borrower has filed a proof of claim with Estate, and draft advisory email back to K.Priore on resolution of foreclosure by consent judgment | L120 | .40 hrs |
| 06/17/13 | CWH | Exchange e-mails with L.Delehey regarding dismissals and closing memos for Valdes, Chowdhurry, Magor, and Nguyen files | L110 | .20 hrs |
| 06/18/13 | CWH | Exchange e-mails with L.Delehey about lack of merit to the Valdes proof of claim and inquire whether we should ask borrower's counsel to withdraw it | L120 | .20 hrs |
| 06/18/13 | JHP | Review information on Proof of Claim in Nguyen matter in Texas and reviewed prior file and prepared response to RESCAP Estate discussing prior pleadings as compared to proof of claim filed by borrower | L120 | 1.00 hrs |
| 06/19/13 | JHP | Email from L.Delehey to discuss Proof of Claim submission of borrower Joyce Landry with request to review | L120 | .20 hrs |
| 06/20/13 | CWH | Exchange e-mails with Morrison Foerster about recent ruling in Navarro on ability to liquidate prevailing party fees | L120 | .30 hrs |
| 06/20/13 | JHP | Review file on Joyce Landry per request from client contact L.Delehey and analyze prior pleadings and orders from court against proof of claim filed by borrower to determine whether borrower's proof of claim raises the same issues | L120 | 1.80 hrs |

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     4
AUGUST 22, 2013

0R2013-301020

FED ID NO. 63-0243316

previously addressed by the Court

| 06/20/13 | JHP | Emails to/from client contact L.Delehey on Joyce Landry file to discuss proof of claim filing of borrower as compared to prior claims previously dismissed in underlying litigation | L120 | .70 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                          $3,228.70

BILLING SUMMARY

| Christian W. Hancock | 3.70 hrs | 361.00 /hr | 1,335.70 |
|---|---|---|---|
| C. Jason Avery | .40 hrs | 265.00 /hr | 106.00 |
| C. Jason Avery | 2.80 hrs | 255.00 /hr | 714.00 |
| Jon H. Patterson | 3.70 hrs | 290.00 /hr | 1,073.00 |

TOTAL FEES                    10.60 hrs                    $3,228.70

**TOTAL CHARGES FOR THIS INVOICE**                    $3,228.70

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301020
INVOICE #  880307

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301020
     TC # 2013-04-Ez5282

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 07/01/13 | CWH | Attend conference call with client and counsel from Morrison Foerster regarding Poulos's "arbitration award" based proof of claim | L120 | .50 hrs |
| 07/01/13 | CWH | Exchange e-mails with client regarding status of Poulos's two loans with GMAC | L120 | .10 hrs |
| 07/02/13 | CWH | Review and analyze proof of claim from Florida attorney, per client's request | L120 | .20 hrs |
| 07/02/13 | CWH | Assist client with locating pleadings, closing file memos, and status reports for dozens of matters which resulted in proofs of claim | L120 | .80 hrs |
| 07/08/13 | CWH | Email Estate regarding resolution of Missouri code violation for Estate | L120 | .20 hrs |
| 07/09/13 | CWH | Review and analyze dockets from contested foreclosure and appeal, which are basis of Proof of Claim for attorneys' fees (Conklin claim) and draft summary of same for client | L120 | .80 hrs |
| 07/10/13 | CWH | Review and analyze issues with P.Herman and C.Gasque cases and fact that objections to requests for fees are now incorrect, due to Judge Glenn's order in Navarro matter and revisit facts from each case | L120 | .40 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
OCTOBER 11, 2013

OR2013-301020

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/10/13 | CWH | Draft email to client regarding P.Herman and C.Gasque cases and need to amend objection to demand for attorneys' fees in both files and summarize history of the two cases | L120 | .50 hrs |
| 07/10/13 | MPE | Assist with review of cases in which borrower requested attorneys' fees in order to determine next action needed pursuant to Judge Glenn's recent ruling on the supplemental servicing order. | L110 | .90 hrs |
| 07/18/13 | MPE | Review of recent motions filed in order to prepare initial draft of letter to Gasque's counsel regarding amending objection to demand for attorney's fees. | L110 | 1.70 hrs |
| 07/18/13 | CWH | Per client's request, pull together information for dozens of BABC-Estate cases for Estate's use with proofs of claim | L120 | .40 hrs |
| 07/18/13 | CWH | Exchange e-mails with client regarding P.Herman and C.Gasque cases and need to amend objection to demand for attorneys' fees in both files | L120 | .20 hrs |
| 07/18/13 | CWH | Phone call with client regarding P.Herman and C.Gasque cases and need to amend objection to demand for attorneys' fees in both files | L120 | .50 hrs |
| 07/18/13 | FWA | Confer with client re: Madeoy claim and review documents related to same | L190 | .60 hrs |
| 07/19/13 | CWH | Exchange e-mails with client regarding history with Patrick Farrell | L120 | .20 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
OCTOBER 11, 2013

OR2013-301020

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/19/13 | MPE | Review case and prepare summary of case based on P.Farrell's Proof of Claims filed in the bankruptcy court. | L110 | .70 hrs |
| 07/22/13 | FWA | Confer with client re: merits of claim brought by LWBR based upon prior litigation | L190 | 1.00 hrs |
| 07/22/13 | CJA | Conference call regarding LWBR proof of claim and response thereto | B250 | .40 hrs |
| 07/23/13 | CJA | Conference call with client regarding LWBR proof of claim and next steps needed to access same | B250 | .70 hrs |
| 07/23/13 | CWH | Prepare updates on multiple proofs of claim cases for Estate, according to the chart provided | L120 | .20 hrs |
| 07/23/13 | CWH | Draft summary of Farrell (FL) litigation to client | L120 | .20 hrs |
| 07/28/13 | CWH | Review and analyze pro se complaint from J.Kelley against multiple Estate entities and bring same to client's attention | L210 | .20 hrs |
| 07/29/13 | MPE | Eddy, Joseph; review of case to assist with determination of stayed claims to document in the Motion to Substitute party Plaintiff. | L110 | .30 hrs |
| 07/29/13 | MPE | Ryczek, Michelle; review of case to assist with determination of stayed claims to document in the Motion to Substitute party Plaintiff. | L110 | .30 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
OCTOBER 11, 2013

OR2013-301020

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/31/13 | FWA | Review audit findings and consider implications of same | L190 | .70 hrs |
| 08/08/13 | CWH | Finalize proof of claim chart with 5 additional cases and send same to client | L120 | .20 hrs |
| 08/08/13 | CWH | Email client about Florida/Firpi matter that will be dismissed for lack of prosecution | L110 | .20 hrs |
| 08/15/13 | CWH | Exchange e-mails with client regarding Dupuy (TX) proof of claim and that Estate may later need to be involved in settlement | L120 | .20 hrs |
| 08/16/13 | CWH | Review and analyze issues from title carrier related to former-Douglas (OK) loan, where they are requesting that GMAC cooperate in discovery dispute | L120 | .20 hrs |
| 08/19/13 | CWH | Draft updates to client on three (3) matters [King (FL), Firpi (FL), and Cain (OK)], per her request | L120 | .40 hrs |
| 08/20/13 | CWH | Email client to inquire whether Texas borrower, Griffith filed a proof of claim | L110 | .10 hrs |
| 08/20/13 | CWH | Exchange e-mails with client about motion for summary judgment filed in McVay matter | L110 | .10 hrs |
| 08/20/13 | CWH | Review and analyze posture of Rode (TX) case in light of large proof of claim from borrower and his counsel | L120 | .20 hrs |
| 08/21/13 | MPE | Richard D. Rode; research all proof of claims filed by borrower. | L110 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     5
OCTOBER 11, 2013

OR2013-301020

FED ID NO. 63-0243316

| 08/26/13 | CWH | Draft email to client about Oklahoma/Douglas matter and title company's need for GMAC to assist with discovery responses | L310 | .20 hrs |
|---|---|---|---|---|
| 08/26/13 | CWH | Review and analyze correct next steps with P.Herman fee demand in light of Judge Glenn's ruling in Navarro matter | L120 | .10 hrs |
| 08/26/13 | CWH | Draft short summary of motion to dismiss filing in Redmond (SC) case for client, per his request | L120 | .20 hrs |
| 08/26/13 | CWH | Draft short summary of Brackney (OK) case for client, per his request and request copy of borrower's proof of claim | L120 | .20 hrs |
| 08/27/13 | CWH | Exchange e-mails with client about Douglas (OK) matter and whether Ocwen should assist with the discovery instead of the Estate | L110 | .20 hrs |
| 08/27/13 | CWH | Email client to request proof of claim for Haffey-McKeever matter | L110 | .10 hrs |
| 08/28/13 | CWH | Contact Estate to see if they could contribute to a settlement in TX file and send relevant pleadings to client | L110 | .20 hrs |
| 08/30/13 | CWH | Assist client with updates on McClanahan and Todd cases, per his request | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $4,917.10

07/23/13 Copy Charges                                      0.00
07/29/13 Copy Charges                                      0.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      6
OCTOBER 11, 2013

0R2013-301020

FED ID NO. 63-0243316

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Wendell Allen | 2.30 hrs | 378.00 /hr | 869.40 |
| Christian W. Hancock | 8.40 hrs | 361.00 /hr | 3,032.40 |
| C. Jason Avery | 1.10 hrs | 255.00 /hr | 280.50 |
| Melisa P. Palmer | 4.40 hrs | 167.00 /hr | 734.80 |

TOTAL FEES                 16.20 hrs                        $4,917.10

TOTAL CHARGES FOR THIS INVOICE                       $4,917.10

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301021
INVOICE # 871599

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301021
     TC # UNKNOWN

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/01/13 | CWH | Follow-up with Calchas's counsel on the drafted joint stipulation of dismissal | L210 | .10 hrs |
| 05/02/13 | MPE | Email correspondence with opposing counsel, B.Fredrickson, regarding information needed in order to file the Joint Stipulation of Dismissal in Calchas v, Egan. | L110 | .20 hrs |
| 05/20/13 | MPE | Finalize and electronically submit stipulation of dismissal for Calchas v. Egan Case 2012-CA-000745 in the Circuit Court for Highlands County. | L210 | .50 hrs |
| 05/31/13 | CWH | Exchange e-mails with counsel for Calchas, LLC to confirm that BABC attorney can be on the line during their motion for summary judgment in case judge has questions about history of RAHI's interest | L110 | .20 hrs |
| 06/02/13 | MPE | Research dockets for all related cases to confirm Rahi's dismissal. | L110 | .20 hrs |
| 06/02/13 | MPE | Draft status report:  We filed  notices of appearance in both Rahi/Egan Koppen cases and immediately filed the dismissal in the 2010 case.  BABC worked with Calchas, LLC's counsel to file a stipulation of dismissal for Rahi Real Estate Holdings from the 2012 case.  We are attending the Motion for summary judgment hearing via telephone on June | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 22, 2013

OR2013-301021

FED ID NO. 63-0243316

3, 2013 to assist with any additional
issues and expect to close this case
immediately after.

| | | | | |
|---|---|---|---|---|
| 06/03/13 | CWH | Attend hearing on motion for summary judgment (telephonically) | L210 | .50 hrs |
| 06/03/13 | CWH | Draft update to client on outcome of Calchas's motion for summary judgment and confirm we are closing our file | L210 | .10 hrs |
| 06/03/13 | CWH | Analyze Calchas's motion for summary judgment, which is being heard today, in preparation for attending hearing on same (telephonically) | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $580.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 1.10 hrs | 361.00 /hr | 397.10 |
| Melisa P. Palmer | 1.10 hrs | 167.00 /hr | 183.70 |

TOTAL FEES                    2.20 hrs                    $580.80

TOTAL CHARGES FOR THIS INVOICE                    $580.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301022
INVOICE #  871600

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301022
     TC # 689758

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/07/13 | AC | Prepare case initiation documents and pro hac vice motions for appeal | L510 | .50 hrs |
| 05/10/13 | HEA | Review notice of cross-appeal filed by Stewart | L510 | .50 hrs |
| 06/05/13 | AHC | Draft status report as follows: We submitted our notice of appeal and docketing statement on April 26, 2013. The title insurer filed a cross appeal on May 9.  We are now awaiting the preparation of the transcripts from the trial court; when those are completed, we will have 45 days to file our initial brief. | L190 | .20 hrs |
| 06/06/13 | HEA | Review appellate court briefing schedule and consider initial steps in appellate process and timeline for preparing brief | L510 | .50 hrs |
| 06/06/13 | HEA | Review transcript from trial court hearings on dispositive motions | L240 | 1.00 hrs |
| 06/06/13 | AC | Review briefing schedule and transcripts and summarize plan for appellate briefing in email to Kathy Priore | L120 | .70 hrs |
| 06/10/13 | HEA | Review transcript from April, 2010 hearing | L190 | 1.00 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
AUGUST 22, 2013

OR2013-301022

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/12/13 | AC | Review pleadings and transcript from trial court in preparation for drafting appellate briefs | L520 | .50 hrs |
| 06/13/13 | AC | Continue reviewing trial court pleadings and transcript in preparation for drafting appellate brief | L520 | 1.00 hrs |
| 06/14/13 | AC | Continue outlining appellate brief | L520 | .50 hrs |
| 06/19/13 | AC | Review and analyze trial court transcripts and submissions in preparation for appellate briefing | L520 | 1.50 hrs |
| 06/20/13 | AC | Continue reviewing transcripts and filings in trial court and outlining for appellate briefing | L520 | 1.20 hrs |
| 06/21/13 | AC | Draft outline for appellate brief and continue reviewing record of trial court proceedings | L520 | 2.30 hrs |

TOTAL FEES FOR THIS MATTER                      $2,660.80

| | | |
|---|---|---|
| 06/19/13 | Copy Charges | 0.00 |
| 06/19/13 | Copy Charges | 0.00 |
| 06/19/13 | Copy Charges | 0.00 |
| 06/19/13 | Copy Charges | 0.00 |
| 06/19/13 | Copy Charges | 0.00 |
| 06/19/13 | Copy Charges | 0.00 |
| 06/19/13 | Copy Charges | 0.00 |
| 06/19/13 | Copy Charges | 0.00 |
| 06/19/13 | Copy Charges | 0.00 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE       3
AUGUST 22, 2013

0R2013-301022

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Alecia H. Cockrell | .20 hrs | 158.00 /hr | 31.60 |
| Hall Eady | 3.00 hrs | 286.00 /hr | 858.00 |
| Aaron Chastain | 8.20 hrs | 216.00 /hr | 1,771.20 |

TOTAL FEES            11.40 hrs                    $2,660.80

TOTAL CHARGES FOR THIS INVOICE              $2,660.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
OR2013-301022
INVOICE #  880308

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  OR2013-301022
     TC # 689758

PROFESSIONAL SERVICES

| 07/01/13 | AC | Continue reviewing record and outlining in preparation for drafting appellate brief | L520 | 1.00 hrs |
|---|---|---|---|---|
| 07/02/13 | AC | Continue reviewing record and outlining for appellate brief | L520 | 3.00 hrs |
| 07/03/13 | AC | Draft facts section of appellate brief | L520 | 2.10 hrs |
| 07/05/13 | AC | Continue drafting appellate brief | L520 | .80 hrs |
| 07/08/13 | AC | Draft argument section of appellate brief | L520 | 8.40 hrs |
| 07/08/13 | HEA | Consider arguments regarding incorporation of title insurance policy terms to CPL | L190 | .50 hrs |
| 07/08/13 | HEA | Consider arguments regarding losses obtainable pursuant to policy and value of property and status of tort claims | L190 | .30 hrs |
| 07/08/13 | AHC | Draft monthly status report for client regarding appeal | L190 | .10 hrs |
| 07/09/13 | HEA | First review of first draft of appeal of trial court order granting $103,000 in damages and draft email memo to file with recommendations for revisions | L510 | 2.00 hrs |
| 07/09/13 | AC | Draft argument for appellate brief | L520 | 4.50 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
OCTOBER 11, 2013

0R2013-301022

FED ID NO. 63-0243316

| 07/09/13 | AC | Draft statement of the case for appellate brief | L520 | 2.20 hrs |
|---|---|---|---|---|
| 07/09/13 | AC | Compile appendix for appellate brief | L520 | 1.10 hrs |
| 07/10/13 | AC | Revise draft of argument for appellate brief with edits from H.Eady | L520 | 2.80 hrs |
| 07/10/13 | AC | Revise statement of the case and facts sections of appellate brief | L520 | 1.50 hrs |
| 07/10/13 | AC | Fill in factual citations to record documents for appellate brief | L520 | 1.00 hrs |
| 07/10/13 | HEA | Review and revise second version of brief | L510 | 2.00 hrs |
| 07/10/13 | HEA | Review trial court record documents and consider possible edits to version 3 of appellate brief | L520 | 2.00 hrs |
| 07/10/13 | MJA | Review of and revisions to New Jersey brief | L520 | 1.80 hrs |
| 07/11/13 | HEA | Final review of final draft of appellate brief | L520 | 1.50 hrs |
| 07/11/13 | HEA | Draft and send email to K.Priore regarding review of appellate brief and process moving forward | L520 | .30 hrs |
| 07/11/13 | AC | Revise, edit, and proof draft of appellate brief and prepare for review by Kathy Priore and Fleischer firm | L520 | 2.50 hrs |
| 07/12/13 | AC | Revise appellate brief with edits from M.Ayers | L520 | 1.50 hrs |



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
OCTOBER 11, 2013

0R2013-301022

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/12/13 | HEA | Emails with K.Priore regarding current draft of brief and working with local counsel | L210 | .30 hrs |
| 07/15/13 | AC | Review proposed edits from Fleischer firm and plan compilation of appendix for appellate brief | L520 | 1.00 hrs |
| 07/17/13 | MAC | Review and edit appellee's opening brief | L520 | .40 hrs |
| 07/17/13 | AC | Finalize appendix for appellate brief, proof and finalize brief, and coordinate filing | L520 | 3.60 hrs |
| 07/18/13 | AC | Send filed version of brief to Kathy Priore and discuss follow up steps with Allison Domowitch | L520 | .50 hrs |
| 07/23/13 | HEA | Review final as-filed version of appellate brief | L250 | .50 hrs |
| 07/23/13 | HEA | Draft and send email to K.Priore regarding next steps and settlement evaluation | L160 | .50 hrs |
| 07/23/13 | AC | Plan settlement strategy | L160 | .50 hrs |
| 07/24/13 | HEA | Emails with K.Priore regarding opening doors to settlement negotiations with Stewart possibly and best method for same | L160 | .60 hrs |
| 07/31/13 | HEA | Prepare for call with opposing counsel to discuss a possible settlement | L160 | 1.00 hrs |
| 07/31/13 | HEA | Telephone call with opposing counsel at Stewart Title regarding a potential resolution | L160 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    4
OCTOBER 11, 2013

OR2013-301022

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/31/13 | HEA | Draft and send email update to K.Priore regarding settlement negotiations with Stewart Title | L160 | .40 hrs |
| 08/08/13 | AHC | Draft monthly status report for client review | L190 | .10 hrs |
| 08/13/13 | HEA | Telephone call with opposing counsel for STG regarding opening settlement negotiations through appellate courts | L510 | .40 hrs |
| 08/13/13 | HEA | Draft and send email to K.Priore regarding settlement negotiations | L160 | .40 hrs |
| 08/14/13 | HEA | Emails with K.Priore, opposing counsel and local counsel regarding settlement conference and new briefing schedule | L160 | 1.00 hrs |
| 08/14/13 | AC | Review opposing counsel's consent to extension of briefing deadlines and plan strategy for settlement negotiations | L120 | .50 hrs |
| 08/27/13 | HEA | Correspondence with opposing counsel regarding possible mediation | L160 | .50 hrs |
| 08/28/13 | HEA | Review bios for 3 mediators suggested by opposing counsel and consider whom to use | L160 | 1.00 hrs |
| 08/29/13 | HEA | Review additional possible mediators to be used in upcoming mediation with STG | L160 | 1.00 hrs |

TOTAL FEES FOR THIS MATTER                    $13,716.40



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    5
OCTOBER 11, 2013

0R2013-301022

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 07/08/13 Copy Charges | | 0.00 |
| 07/09/13 Copy Charges | | 0.00 |
| 07/09/13 Copy Charges | | 0.00 |
| 07/09/13 Copy Charges | | 0.00 |
| 07/09/13 Copy Charges | | 0.00 |
| 07/09/13 Copy Charges | | 0.00 |
| 07/09/13 Copy Charges | | 0.00 |
| 07/09/13 Copy Charges | | 0.00 |
| 07/09/13 Copy Charges | | 0.00 |
| 07/10/13 Copy Charges | | 0.00 |
| 07/10/13 Copy Charges | | 0.00 |
| 07/11/13 Copy Charges | | 0.00 |
| 07/11/13 Copy Charges | | 0.00 |
| 07/16/13 Copy Charges | | 0.00 |
| 07/17/13 Copy Charges | | 0.00 |
| 07/17/13 Copy Charges | | 0.00 |
| 07/08/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: CHASTAIN,AARON | | |
| 07/17/13 Computerized Legal Research-Westlaw Westlaw | | 0.00 |
| User: CHASTAIN,AARON | | |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Marc J. Ayers | 1.80 hrs | 317.00 /hr | 570.60 |
| Alecia H. Cockrell | .20 hrs | 158.00 /hr | 31.60 |
| Hall Eady | 16.50 hrs | 286.00 /hr | 4,719.00 |
| Aaron Chastain | 38.50 hrs | 216.00 /hr | 8,316.00 |
| Mary Ann Couch | .40 hrs | 198.00 /hr | 79.20 |

TOTAL FEES              57.40 hrs              $13,716.40

TOTAL CHARGES FOR THIS INVOICE              $13,716.40

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301023
INVOICE #  871601

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301023
     TC # 689758

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/03/13 | JJE | Analyze recently received correspondence and develop strategy for responding to code violation given recent non-communication by current property owner | C300 | .40 hrs |
| 05/03/13 | CWH | Analyze additional code violation pleadings | L210 | .20 hrs |
| 05/03/13 | CWH | Exchange e-mails with L.Gregerson regarding why BABC cannot discharge the 2010 lis pendens | L210 | .20 hrs |
| 05/05/13 | AHC | Draft status report for client as follows: We continue to work with Provident Funding in getting the property properly registered and/or releasing the lis pendens. | L190 | .10 hrs |
| 05/06/13 | AHC | Research land records and foreclosure registry to determine if GMAC's Lis Pendens was properly recorded and merits of claim for code violation | L110 | 1.00 hrs |
| 05/06/13 | JJE | Call to Building Department to determine why GMAC is still receiving notices, to inform the department that GMAC no longer has an interest in the property, to determine what documentation outside of the recorded AOM is needed to prove GMAC is no longer the party pursuing the foreclosure | C300 | .80 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 22, 2013

OR2013-301023

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 05/06/13 | JJE | Review file and chain of documents contained in the Miami-Dade County registry to determine timeline of events and which entity or entities are responsible for correcting the code violation infraction and paying the associated fee and to advise client regarding same | C300 | .50 hrs |
| 05/07/13 | JJE | Call to Building and Neighborhood Department to discuss when violation arose, for what reason and possible courses of action to remedy the situation | C300 | .70 hrs |
| 05/07/13 | JJE | Email to counsel for Provident Funding outlining status of the code violation, the disposition of the property and action needed to resolve the matter | C300 | .70 hrs |
| 05/07/13 | CWH | Analyze issues and timeline of property transfer from GMAC to Providence and which entity failed, at which times, to register and re-register the property with the County | L120 | .30 hrs |
| 05/07/13 | CWH | Exchange e-mails with L.Gregerson on dates when code violations occurred | L120 | .10 hrs |
| 05/08/13 | JJE | Email from and to counsel for Provident Funding regarding additional documentation needed to resolve this matter | C300 | .40 hrs |
| 05/31/13 | JJE | Email to Provident Funding's counsel to get an update on the status of the code violation resolution, and to again request needed documentation/order substituting Provident Funding as the | C300 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
AUGUST 22, 2013

0R2013-301023

FED ID NO. 63-0243316

party plaintiff in the underlying
foreclosure proceedings

| | | | | |
|---|---|---|---|---|
| 06/28/13 | JJE | Email to counsel for Provident Funding to determine whether the code violation issue has been resolved on their end as the current proper party in interest | C300 | .20 hrs |
| 06/28/13 | AHC | Review Dept. of Regulatory Affairs website to determine if property has been properly registered and if code violation has been corrected and review trial court docket to determine status of litigation | L110 | .80 hrs |

TOTAL FEES FOR THIS MATTER                    $1,720.00

05/08/13 Copy Charges                                                0.00
05/07/13 Computerized Legal Research-Westlaw Westlaw                  0.00
         User: EASON,JO

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .80 hrs | 361.00 /hr | 288.80 |
| Alecia H. Cockrell | 1.90 hrs | 158.00 /hr | 300.20 |
| Joycelyn J. Eason | 3.90 hrs | 290.00 /hr | 1,131.00 |

TOTAL FEES                        6.60 hrs                $1,720.00

TOTAL CHARGES FOR THIS INVOICE                    $1,720.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301023
INVOICE #  880309

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301023
     TC # 689758

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 07/01/13 | CWH | Confirm resolution of code violation and review and revise letter to regulator regarding same | L120 | .20 hrs |
| 07/01/13 | JJE | Review and analyze docket entries and code violation registries to confirm status of claim | C300 | .30 hrs |
| 07/01/13 | JJE | Call to Building & Neighborhood Compliance Department to discuss status of claims against GMAC resulting from alleged code violation, payment of fees by Provident Funding, and status of the violation going forward | C300 | .60 hrs |
| 07/01/13 | JJE | Email to and from client (Linda Greggerson) to provide update on status of code violation, associated fees, and satisfaction of all claims | C300 | .30 hrs |
| 07/04/13 | AHC | Draft monthly status report for client | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                  $451.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Alecia H. Cockrell | .20 hrs | 158.00 /hr | 31.60 |
| Joycelyn J. Eason | 1.20 hrs | 290.00 /hr | 348.00 |



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 11, 2013

OR2013-301023

FED ID NO. 63-0243316

TOTAL FEES                    1.60 hrs                    $451.80

**TOTAL CHARGES FOR THIS INVOICE**                    $451.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301024
INVOICE #  880310

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301024
     TC # UNKNOWN

PROFESSIONAL SERVICES

08/29/13   CJA   Review of summary memo and confer with       B250       .60 hrs
                 P.Cannon and local counsel regarding same


                 TOTAL FEES FOR THIS MATTER                           $153.00


BILLING SUMMARY

    C. Jason Avery             .60 hrs   255.00 /hr        153.00


TOTAL FEES                 0.60 hrs                  $153.00

TOTAL CHARGES FOR THIS INVOICE                      $153.00

                 ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301025
INVOICE # 871602

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301025
     TC # 2013-05-EN3926

PROFESSIONAL SERVICES

05/06/13    CJA    Review file and research applicable code    B250    4.20 hrs
                   violations for various defenses to code
                   enforcement action, including required
                   notice under applicable municipal code
                   and priority of code enforcement lien

05/07/13    CWH    Analyze history of loan transfer,           L120     .20 hrs
                   conveyance into HUD, and basis for code
                   violations

            TOTAL FEES FOR THIS MATTER                    $1,143.20

BILLING SUMMARY

    Christian W. Hancock       .20 hrs    361.00 /hr        72.20
    C. Jason Avery            4.20 hrs    255.00 /hr     1,071.00

TOTAL FEES                    4.40 hrs                   $1,143.20

TOTAL CHARGES FOR THIS INVOICE                          $1,143.20

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301026
INVOICE #  871603

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301026
     TC # UNKNOWN

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|---|---|---|---|---|
| 05/08/13 | NSR | Analyze complaint and exhibits regarding alleged FCCPA violations and scheduled pre-trial hearing in small claims court | L110 | .50 hrs |
| 05/08/13 | NSR | Draft e-mail to client regarding analysis of borrower's allegations in complaint and request for settlement authority | L120 | .20 hrs |
| 05/08/13 | NSR | Analyze FCCPA regarding potential for recovery of statutory damages and potential defenses | L120 | .40 hrs |
| 05/08/13 | NSR | Telephone conference with N.Soshnikova, counsel for borrower, regarding GMACM's bankruptcy and potential for settlement | L160 | .20 hrs |
| 05/08/13 | CWH | Analyze new small claims court matter and note that all claims are post-petition | L120 | .20 hrs |
| 05/10/13 | NSR | Analyze bankruptcy law regarding collection of judgments based upon post-petition conduct | L120 | .30 hrs |
| 05/10/13 | NSR | Draft e-mail to opposing counsel regarding defenses and offer for settlement | L160 | .30 hrs |
| 05/15/13 | NSR | Telephone conference with counsel for borrower regarding potential for settlement and impact of bankruptcy stay | L160 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 22, 2013

OR2013-301026

FED ID NO. 63-0243316

| 05/20/13 | NSR | Settlement discussions with N.Soshnikova | L160 | .20 hrs |
|----------|-----|------|------|------|
| 05/20/13 | NSR | Exchange e-mails with client regarding settlement authority and strategy | L160 | .20 hrs |
| 05/28/13 | CWH | Revise settlement agreement between Estate and Bianchi | L160 | .20 hrs |
| 05/28/13 | NSR | Draft joint notice of settlement | L160 | .20 hrs |
| 05/28/13 | NSR | Revise confidential settlement agreement and release and forward to client for review | L160 | .30 hrs |
| 05/28/13 | NSR | Revise proposed settlement agreement per client instruction and transmit to opposing counsel | L160 | .20 hrs |
| 05/28/13 | KK | Research docket and county official recorded documents to establish brief timeline of events and direction of case going forward | L110 | .70 hrs |
| 05/29/13 | KK | Research and review docket to determine status of case | L110 | .10 hrs |
| 05/29/13 | NSR | Follow-up with N.Soshnikova regarding finalization of settlement terms | L160 | .10 hrs |
| 05/30/13 | NSR | Follow-up with N.Soshnikova regarding execution of settlement agreement and negotiate release language | L160 | .30 hrs |
| 05/31/13 | KK | Draft, e-file, and e-serve Notice of Appearance and Designation of E-mail Addresses in case | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    3
AUGUST 22, 2013

OR2013-301026

FED ID NO. 63-0243316

| 06/03/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 06/21/13 | NSR | Respond to e-mail from N.Soshnikova with partially executed settlement agreement and need for W9 | L160 | .20 hrs |
| 06/21/13 | NSR | Exchange e-mails with K.Priore regarding finalization of settlement documents | L160 | .10 hrs |
| 06/25/13 | NSR | Analyze fully executed settlement agreement | L160 | .20 hrs |
| 06/26/13 | NSR | E-mail correspondence with K.Priore regarding requirements for funds to be released to counsel | L160 | .10 hrs |
| 06/27/13 | NSR | Draft e-mail to N.Soshnikova requesting amendment to settlement agreement in order to have funds executed in favor of counsel | L160 | .10 hrs |
| 06/28/13 | KK | Research docket to determine status of case | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                  $1,574.80

BILLING SUMMARY

| Christian W. Hancock | .40 hrs | 361.00 /hr | 144.40 |
| Nader Raja | 4.40 hrs | 282.00 /hr | 1,240.80 |
| Kerry Keane | 1.20 hrs | 158.00 /hr | 189.60 |

| TOTAL FEES | 6.00 hrs | | $1,574.80 |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      4
AUGUST 22, 2013

0R2013-301026

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $1,574.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
OR2013-301026
INVOICE # 880311

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  OR2013-301026
     TC # 2013-05-EP5863

PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|---|---|---|---|---|
| 07/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 07/10/13 | NSR | Follow-up with client regarding settlement agreement | L160 | .10 hrs |
| 07/29/13 | NSR | Draft cover letter and exchange e-mails with N.Soshnivoka enclosing fully executed settlement agreement and settlement funds | L160 | .30 hrs |
| 07/31/13 | KK | Research and review County Court docket to determine status of case | L110 | .20 hrs |
| 08/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 08/06/13 | NSR | Review status of dismissal of action | L120 | .10 hrs |
| 08/08/13 | NSR | Review stipulation of dismissal with prejudice and draft closing memorandum for client | L120 | .20 hrs |
| 08/08/13 | KK | Draft closing memorandum to send to client regarding resolution of matter, and officially close case out of system | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                         $348.60

07/30/13 Express Mail/Fedex
                                                     0.00



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
OCTOBER 11, 2013

0R2013-301026

FED ID NO. 63-0243316

BILLING SUMMARY

    Nader Raja                    .90 hrs    282.00 /hr        253.80
    Kerry Keane                   .60 hrs    158.00 /hr         94.80

TOTAL FEES                      1.50 hrs                      $348.60

TOTAL CHARGES FOR THIS INVOICE                               $348.60

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301027
INVOICE # 871604

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:   0R2013-301027
      TC # UNKNOWN

PROFESSIONAL SERVICES

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 05/07/13 | CWH | Analyze new Florida matter and exchange e-mails with J.Scoliard regarding same | L120 | .20 hrs |
| 05/08/13 | CSM | Review complaint upon receipt | L120 | .20 hrs |
| 05/10/13 | CSM | Draft notice of bankruptcy | L250 | .90 hrs |
| 05/10/13 | CSM | Research regarding possible basis for obtaining dismissal as to BNY or abstention order forcing borrower claims into prior-pending state court foreclosure action | L120 | 2.10 hrs |
| 05/13/13 | CSM | Revise notice of bankruptcy | L250 | .30 hrs |
| 05/13/13 | CSM | Email to D.Booth requesting approval of form of notice of bankruptcy | L250 | .10 hrs |
| 05/13/13 | CWH | Revise notice of bankruptcy | L120 | .10 hrs |
| 05/13/13 | CWH | Analyze whether Rooker Feldman doctrine can be used to dismiss new federal suit, which is parallel to foreclosure proceeding | L120 | .20 hrs |
| 05/21/13 | CSM | Further research regarding possible basis for obtaining dismissal as to BNY or abstention order forcing borrower claims into prior-pending state court foreclosure action | L110 | .50 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 22, 2013

0R2013-301027

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 05/21/13 | CSM | Additional email to D.Booth requesting approval of form of notice of bankruptcy | L250 | .10 hrs |
| 05/21/13 | LADA | Finalize notice of bankruptcy | L210 | .40 hrs |
| 05/21/13 | CSM | Email to J.Scoliard regarding status of service on BNY and planned strategy after service | L120 | .10 hrs |
| 05/22/13 | LADA | Correspondence to Judge with courtesy copy of notice of bankruptcy as required by standing order | L190 | .30 hrs |
| 05/23/13 | MPE | Research docket to confirm notice of bankruptcy was filed | L110 | .10 hrs |
| 05/23/13 | LADA | Review proof of service on GMAC Mortgage | L210 | .20 hrs |
| 05/23/13 | CWH | Exchange e-mails with plaintiff's counsel, who has filed a proof of service in the case, but also insinuates that he will dismiss the case against GMAC | L210 | .20 hrs |
| 06/01/13 | LADA | Review state court foreclosure action pleadings | L190 | 1.00 hrs |
| 06/03/13 | MPE | Research docket to determine status of case. | L110 | .10 hrs |
| 06/03/13 | CSM | Draft status to client [NOB filed and case stayed as to GMAC.  Motion for default filed against BNY Mellon. Motion to reopen default to be filed if motion for default not voluntarily withdrawn.] | B110 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     3
AUGUST 22, 2013

OR2013-301027

FED ID NO. 63-0243316

| 06/05/13 | CSM | Review application for default against BNY | C300 | .10 hrs |
| 06/05/13 | CSM | Review case docket to determine status of service on BNY | C300 | .10 hrs |
| 06/11/13 | CSM | Review filings from borrower's bankruptcy | C300 | 1.20 hrs |
| 06/11/13 | CSM | Outline answer to complaint | L210 | .70 hrs |
| 06/11/13 | CSM | Telephone conference with and email correspondence to opposing counsel regarding withdrawal of default application | P280 | .20 hrs |
| 06/17/13 | LADA | Review of borrower's withdrawal of motion for default | L210 | .30 hrs |
| 06/17/13 | LADA | Correspondence to J.Scoliard regarding status of client documents required for review of matter | L140 | .20 hrs |
| 06/17/13 | CSM | Email correspondence to opposing counsel regarding motion for extension of time to respond to complaint | C400 | .20 hrs |
| 06/17/13 | LADA | Analysis of borrower's bankruptcy filings for inclusion in case timeline | L190 | 1.20 hrs |
| 06/17/13 | CSM | Draft motion for extension of time to respond to complaint and proposed order granting same | L250 | .90 hrs |
| 06/18/13 | CSM | Revise joint motion extending time to answer complaint | L250 | .10 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      4
AUGUST 22, 2013

OR2013-301027

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/18/13 | CSM | Emails with opposing counsel regarding joint motion extending time to answer complaint | C400 | .10 hrs |
| 06/19/13 | LADA | Finalize proposed order and motion for extension of time to respond to complaint | L190 | .40 hrs |
| 06/19/13 | LADA | Telephone conference with judicial assistant regarding Judge's preference for submission of proposed order | L190 | .30 hrs |

TOTAL FEES FOR THIS MATTER                $3,327.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .70 hrs | 361.00 /hr | 252.70 |
| Cory S. Menees | .10 hrs | 310.00 /hr | 31.00 |
| Cory S. Menees | 7.90 hrs | 295.00 /hr | 2,330.50 |
| Lucinda Kish | 4.30 hrs | 158.00 /hr | 679.40 |
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |

TOTAL FEES          13.20 hrs                $3,327.00

TOTAL CHARGES FOR THIS INVOICE          $3,327.00

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
OR2013-301027
INVOICE #  880312

<u>FED ID NO. 63-0243316</u>

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  OR2013-301027
     TC # 2013-05-EP6409

<u>PROFESSIONAL SERVICES</u>

| 07/25/13 | LADA | Review and analysis of current case docket | L190 | .40 hrs |
|---|---|---|---|---|
| 08/05/13 | CWH | Email client to inquire whether GMAC would agree to dismissal from the suit | L210 | .20 hrs |
| 08/13/13 | MPE | Draft and finalize closing file memorandum. | L110 | .20 hrs |
| 08/13/13 | LADA | Receipt and review of Order dismissing claims against GMACM | L210 | .20 hrs |
| 08/13/13 | CSM | Draft closing memorandum | L190 | .10 hrs |
| 08/13/13 | CSM | Review order dismissing GMACM as defendant | L210 | .10 hrs |
| 08/13/13 | CSM | Email correspondence with opposing counsel regarding dropping GMACM as party | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                       $288.90

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Cory S. Menees | .30 hrs | 295.00 /hr | 88.50 |
| Lucinda Kish | .60 hrs | 158.00 /hr | 94.80 |
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |

TOTAL FEES             1.30 hrs                $288.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
OCTOBER 11, 2013

OR2013-301027

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $288.90

***** TOTAL DUE UPON RECEIPT *****