

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301028
INVOICE #  871605

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301028
     TC # UNKNOWN

PROFESSIONAL SERVICES

| 05/23/13 | ABB | Research county tax records in order to locate appraisal report for 4400 Stepping Stone Way and search for prior property owners | L110 | .30 hrs |
|----------|-----|------|------|---------|

TOTAL FEES FOR THIS MATTER                                   $47.40

BILLING SUMMARY

| Allison Burke | .30 hrs | 158.00 /hr | 47.40 |
|---------------|---------|------------|-------|

TOTAL FEES                  0.30 hrs              $47.40

**TOTAL CHARGES FOR THIS INVOICE**              $47.40

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301029
INVOICE #  871606

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301029
     TC # UNKNOWN

<u>PROFESSIONAL SERVICES</u>

| | | | | |
|---|---|---|---|---|
| 05/14/13 | RK | Assess and analyze whether the bankruptcy stay applies to each of the claims set forth in Plaintiff's thirty page complaint | L120 | 2.00 hrs |
| 05/15/13 | RK | Draft notice of bankruptcy | L210 | .70 hrs |
| 05/15/13 | RK | Conference regarding removal strategy and notice of bankruptcy | L120 | .40 hrs |
| 05/15/13 | RK | Draft correspondence to D.Booth regarding removal and notice of bankruptcy | L120 | .20 hrs |
| 05/24/13 | GWG | Revise and edit notice of bankruptcy | L210 | .20 hrs |
| 05/27/13 | RK | Draft letter to opposing counsel regarding the impact of GMAC's bankruptcy | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER                    $849.00

06/13/13 Copy Charges                              0.00

<u>BILLING SUMMARY</u>

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | .20 hrs | 312.00 /hr | 62.40 |
| Riley Key | 3.80 hrs | 207.00 /hr | 786.60 |

TOTAL FEES            4.00 hrs            $849.00



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 22, 2013

0R2013-301029

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $849.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301030
INVOICE # 871607

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/22/13

Re:   0R2013-301030
      TC # 735968

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 02/26/13 | CLHA | Prepare and file notice of appearance on behalf of MERS | L120 | .30 hrs |
| 02/26/13 | CLHA | Analyze complaint, underlying borrower bankruptcy documents, co-defendant's motion to dismiss and adversary proceeding docket | L120 | 3.90 hrs |
| 02/27/13 | CLHA | Conference with court regarding pre-trial conference and prepare for same | L120 | .50 hrs |
| 02/28/13 | CLHA | Work on motion to dismiss MERS from adversary proceeding | L120 | 1.10 hrs |
| 02/28/13 | CLHA | Prepare for and participate in pre-trial conference | L120 | 1.00 hrs |
| 02/28/13 | CWH | Review and analyze the adversary proceeding against MERS in GMAC's bankruptcy suit | L210 | .20 hrs |
| 03/01/13 | CLHA | Prepare status report for client | L120 | .20 hrs |
| 03/11/13 | CLHA | Prepare for and participate in call with client to discuss status and strategy | L120 | .10 hrs |
| 03/13/13 | JW | Draft pro hac vice motion and proposed order | L120 | .40 hrs |
| 03/13/13 | CLHA | Analyze docket for recent documents in case | L120 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 22, 2013

OR2013-301030

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 03/14/13 | JW | Revise pro hac vice motion and proposed order and prepare to file with the court | L120 | .30 hrs |
| 03/15/13 | JW | File pro hac vice motion and proposed order | L120 | .10 hrs |
| 03/27/13 | CLHA | Analyze order approving mandatory supplemental AP procedures for AP actions | L120 | .40 hrs |
| 03/29/13 | CLHA | Reach out to special counsel for the debtors regarding resolution of case under order implementing AP procedures | L120 | .30 hrs |
| 04/01/13 | CLHA | Prepare status report for client | L120 | .20 hrs |
| 04/04/13 | MPE | Review case to determine status. | L110 | .20 hrs |
| 04/09/13 | CLHA | Analyze docket and notice of agenda regarding status of litigation and next steps for resolution of matter | L120 | .30 hrs |
| 04/16/13 | JW | Monthly status call with J.Scoliard | L120 | .10 hrs |
| 04/16/13 | CLHA | Analyze docket and prepare closing memorandum and circulate to client | L120 | .60 hrs |

TOTAL FEES FOR THIS MATTER                    $3,576.90



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     3
AUGUST 22, 2013

OR2013-301030

FED ID NO. 63-0243316

EXPENSES

| | | |
|---|---|---|
| 03/25/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP USBC - NY 3-15-13 PROHAC VICE FILING FOR CHRIS HAWKINS Bank ID: PCARD Check Number: P116 | 200.00 |
| 03/25/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP USBC - NY 3-15-13 PROHAC VICE FILING FOR JAY WATKINS Bank ID: PCARD Check Number: P116 | 200.00 |
| 03/25/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP USBC - NY 3-15-13 PROHAC VICE FILING FOR JAMES P. WATKINS Bank ID: PCARD Check Number: P116 | 200.00 |

TOTAL COSTS FOR THIS MATTER          $600.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | 9.00 hrs | 365.00 /hr | 3,285.00 |
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Jay Watkins | .90 hrs | 207.00 /hr | 186.30 |
| Melisa P. Palmer | .20 hrs | 167.00 /hr | 33.40 |

TOTAL FEES          10.30 hrs                    $3,576.90

TOTAL EXPENSES                                        $600.00

TOTAL CHARGES FOR THIS INVOICE          $4,176.90

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301031
INVOICE # 871608

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301031
     TC # UNKNOWN

PROFESSIONAL SERVICES

| 05/16/13 | CWH | Analyze email from client directing that letter and notice of bankruptcy be sent to Stafford | L120 | .10 hrs |
| 05/17/13 | MPE | Review claims to draft and finalize notice of bankruptcy. | L110 | .60 hrs |
| 05/17/13 | CWH | Analyze Stafford matter and revise notice of bankruptcy for all claims | L210 | .30 hrs |
| 05/17/13 | CWH | Draft email to D.Booth with draft notice of bankruptcy and setting forth strategy in case | L110 | .20 hrs |
| 05/19/13 | CWH | Exchange e-mails with D.Booth regarding approval to file notice of bankruptcy and plan to coordinate with Ocwen on the title claim issue | L110 | .10 hrs |
| 05/21/13 | BG | File Notice of Bankruptcy | L210 | .10 hrs |
| 05/21/13 | ABB | Telephone conference with Hot Springs, Arkansas clerk's office regarding fed-ex filing regarding Notice of Bankruptcy and finalize Notice of Bankruptcy with exhibit(s) and prepare same for filing with the court, as well as for service via U.S mail upon opposing counsel | L110 | .50 hrs |
| 05/23/13 | CWH | Exchange e-mails with J.Horton to confirm the language in the notice of bankruptcy and its filing on 5/21/13 | L110 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 22, 2013

0R2013-301031

FED ID NO. 63-0243316

| 05/30/13 | ABB | Review pleadings from the Court regarding bankruptcy and update pleadings regarding same in order to manage court filed pleadings | L110 | .20 hrs |
| 06/08/13 | BG | Draft status report regarding notice of bankruptcy | L190 | .10 hrs |
| 06/24/13 | ABB | Evaluate current status including all deadlines | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $573.40

05/22/13 Express Mail/Fedex                              0.00

BILLING SUMMARY

| Christian W. Hancock | .80 hrs | 361.00 /hr | 288.80 |
| Allison Burke | .90 hrs | 158.00 /hr | 142.20 |
| Blake Goodsell | .10 hrs | 215.00 /hr | 21.50 |
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |
| Melisa P. Palmer | .60 hrs | 167.00 /hr | 100.20 |

TOTAL FEES              2.50 hrs          $573.40

TOTAL CHARGES FOR THIS INVOICE          $573.40

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301032
INVOICE #  871609

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301032
     TC # No. 692660

PROFESSIONAL SERVICES

| 05/21/13 | CWH | Draft email to K.Priore and L.Delehey explaining status of the two Farrell suits and requesting information for GMAC's corporate disclosure statement | L110 | .20 hrs |
| 05/23/13 | CWH | Follow-up with K.Priore on whether a notice of bankruptcy is needed in new federal suit | L110 | .10 hrs |
| 05/29/13 | MPE | 2:13-CV-00140; draft Notice of Bankruptcy. | L430 | .50 hrs |
| 05/29/13 | CWH | Revise notice of bankruptcy and send same to K.Priore for approval, also note for her that Farrell tried to remove state court case today | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $264.00

BILLING SUMMARY

| Christian W. Hancock | .50 hrs | 361.00 /hr | 180.50 |
| Melisa P. Palmer | .50 hrs | 167.00 /hr | 83.50 |

TOTAL FEES              1.00 hrs                  $264.00

## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 22, 2013

0R2013-301032

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $264.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301032
INVOICE #  880313

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301032
     TC # No. 692660

PROFESSIONAL SERVICES

07/05/13   MPE   Research docket to confirm case remains       L110       .10 hrs
                 stayed as to GMAC.


                 TOTAL FEES FOR THIS MATTER                              $16.70


BILLING SUMMARY

    Melisa P. Palmer            .10 hrs    167.00 /hr         16.70


TOTAL FEES                 0.10 hrs                       $16.70

TOTAL CHARGES FOR THIS INVOICE                           $16.70

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301033
INVOICE #  871610

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301033
     TC # No. 2013-05-EU1945

PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 05/21/13 | KSA | Draft Notice of Bankruptcy upon review of complaint allegations | L210 | .70 hrs |
| 05/21/13 | CWH | Revise notice of bankruptcy for GMAC | L210 | .10 hrs |
| 05/22/13 | KSA | Edit Notice of Bankruptcy and e-mail correspondence with D. Booth | L210 | .40 hrs |
| 06/04/13 | KSA | Phone discussion with previous Counsel regarding status and strategy of case and review of pleadings and payment history | L120 | .60 hrs |

TOTAL FEES FOR THIS MATTER                            $498.90

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Christian W. Hancock | .10 hrs | 361.00 /hr | 36.10 |
| Keith S. Anderson | .60 hrs | 280.00 /hr | 168.00 |
| Keith S. Anderson | 1.10 hrs | 268.00 /hr | 294.80 |

TOTAL FEES                    1.80 hrs                $498.90

**TOTAL CHARGES FOR THIS INVOICE**                   $498.90

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301033
INVOICE #  880314

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301033
      TC # 2013-05-EU1945

EXPENSES

| | | |
|---|---|---:|
| 07/05/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP<br>TX ONLINE 6-19-13<br>Bank ID: PCARD Check Number: P187 | 8.44 |
| 07/05/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP<br>TX ONLINE 6-21-13<br>Bank ID: PCARD Check Number: P187 | 14.06 |
| 07/05/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP<br>HC DIST CLK 6-24-13<br>Bank ID: PCARD Check Number: P187 | 2.00 |

TOTAL COSTS FOR THIS MATTER                               $24.50

TOTAL FEES                    0.00 hrs                  $.00

TOTAL EXPENSES                                          $24.50

TOTAL CHARGES FOR THIS INVOICE                          $24.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301034
INVOICE #  871611

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301034
     TC # No. 2013-05-EX1220

## PROFESSIONAL SERVICES

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 05/23/13 | CWH | Attend conference call with K.Priore, J.Ruckdaschel, and business client (M.Schoffelen) regarding 2009 whole loan transaction, where properties are now held by Carrington Capital Management and they want warranty deeds from GMAC | L120 | .40 hrs |
| 05/23/13 | CWH | Analyze documents from Diaz foreclosure case to determine whether a deed from RFC is the only route to transfer title to Carrington | L120 | .20 hrs |
| 05/23/13 | MPE | Research docket to determine status of case. | L110 | .20 hrs |
| 05/28/13 | CWH | Analyze docket and recorded items from Diaz foreclosure and determine whether Carrington needs a deed from the Estate at all | L120 | .30 hrs |
| 05/29/13 | CWH | Analyze history of mortgage, foreclosure action, name changes, and assignments of mortgage and discuss same with counsel for current owner to explain how they can fix their title without RFC's involvement | L120 | .60 hrs |
| 05/29/13 | CWH | Draft email to Estate to recap review of the foreclosure and discussion/direction to Carrington's counsel on how they can correct the title mistake on their own | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
AUGUST 22, 2013

OR2013-301034

FED ID NO. 63-0243316

05/29/13  MPE  Research public records dating back to          L110    1.60 hrs
               2007 to determine history of plaintiff
               thorough and add to timeline of case
               events to assist with resolution of
               title issues.


               TOTAL FEES FOR THIS MATTER                              $950.40


BILLING SUMMARY

    Christian W. Hancock      1.80 hrs    361.00 /hr        649.80
    Melisa P. Palmer          1.80 hrs    167.00 /hr        300.60


TOTAL FEES                    3.60 hrs                     $950.40

**TOTAL CHARGES FOR THIS INVOICE**                        **$950.40**

                 ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301035
INVOICE #  871612

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301035
     TC # No. 2013-05-EX8904

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 05/28/13 | KSA | Review Complaint and draft Notice of Bankruptcy. Draft cover letter to accompany Notice of Bankruptcy with commentary to Plaintiff Counsel | L110 | .70 hrs |
| 05/29/13 | KSA | Revise cover letter and send to D. Booth for approval; file Notice of Bankruptcy and send cover letter | L650 | .40 hrs |
| 05/29/13 | ABB | Finalize Notice of Bankruptcy with Exhibit A and prepare same for electronic filing and for certified service upon parties | L110 | .30 hrs |
| 05/30/13 | ABB | Review stamped copy from the court regarding recent filing and update pleadings regarding same for document management | L110 | .10 hrs |
| 05/30/13 | ABB | Detailed correspondence to opposing counsel pertaining to Notice of Bankruptcy | L110 | .20 hrs |
| 05/30/13 | ABB | Preparation of bankruptcy documents to be forward certified mail to opposing counsel | L110 | .20 hrs |
| 06/05/13 | KSA | Phone discussion with Plaintiff Counsel regarding allegations and GMAC Bankruptcy and document request to D. Booth | C300 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
AUGUST 22, 2013

OR2013-301035

FED ID NO. 63-0243316

06/17/13   ABB   Finalize bankruptcy filing with exhibit      L110      .40 hrs
                 and prepare same for certified service
                 and electronic filing with Court

              TOTAL FEES FOR THIS MATTER                                 $568.40

BILLING SUMMARY

   Allison Burke            1.20 hrs    158.00 /hr        189.60
   Keith S. Anderson         .30 hrs    280.00 /hr         84.00
   Keith S. Anderson        1.10 hrs    268.00 /hr        294.80

TOTAL FEES                  2.60 hrs                     $568.40

TOTAL CHARGES FOR THIS INVOICE                          $568.40

              ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301035
INVOICE #  880315

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301035
     TC # 2013-05-EX8904

<u>EXPENSES</u>

| | | |
|---|---|---|
| 07/05/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP<br>BEXAR DC 5-29-13<br>Bank ID: PCARD Check Number: P187 | 2.00 |
| 07/05/13 | Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP<br>TX ONLINE 5-29-13<br>Bank ID: PCARD Check Number: P187 | 8.48 |
| | TOTAL COSTS FOR THIS MATTER | $10.48 |


| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $10.48 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $10.48 |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301036
INVOICE #  871613

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301036
     TC # No. 2013-05-EZ9231

EXPENSES

06/11/13 Copy Charges - OUTSIDE SOURCES - CLERK,                    12.00
         U.S.D.C. SOUTHERN DISTRICT OF FLORIDA JJ COPY
         OF DOCUMENT
         Bank ID: GENR Check Number: 161062

              TOTAL COSTS FOR THIS MATTER                      $12.00


TOTAL FEES                 0.00 hrs              $.00

TOTAL EXPENSES                                 $12.00

**TOTAL CHARGES FOR THIS INVOICE**             $12.00

          ***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301037
INVOICE #  871615

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301037
     TC # No. 2013-05-EE5070

PROFESSIONAL SERVICES

| 06/07/13 | HTC | Review initial case materials and discovery requests that were outstanding prior to our involvement in the matter | L120 | .20 hrs |
|---|---|---|---|---|
| 06/09/13 | CWH | Analyze procedural history of file and email D.Booth to advise that it may be unnecessary/difficult to file a notice of bankruptcy now as Ocwen was substituted in | L210 | .30 hrs |
| 06/25/13 | JAM | Review file and draft Closing File Memorandum | L190 | .20 hrs |
| 06/25/13 | HTC | Revise motion to dismiss | L250 | 1.00 hrs |

                    TOTAL FEES FOR THIS MATTER          $539.10


BILLING SUMMARY

| Hope Cannon | 1.20 hrs | 334.00 /hr | 400.80 |
|---|---|---|---|
| Christian W. Hancock | .30 hrs | 361.00 /hr | 108.30 |
| Jamie Mathews | .20 hrs | 150.00 /hr | 30.00 |

TOTAL FEES              1.70 hrs              $539.10

**TOTAL CHARGES FOR THIS INVOICE**          $539.10

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301038
INVOICE # 871616

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301038
     TC # No. 2013-05-EZ9231

PROFESSIONAL SERVICES

| 06/07/13 | KK | Draft notice of bankruptcy | L110 | .50 hrs |
|---|---|---|---|---|
| 06/07/13 | CWH | Initial review of new suit against GMAC for wrongful termination | L120 | .20 hrs |
| 06/07/13 | CWH | Exchange several emails with L.Delehey to confirm receipt of new case and analysis of wrongful termination claim as pre-petition and discuss representation of former employee | L120 | .20 hrs |
| 06/07/13 | CWH | Revise notice of bankruptcy and send to L.Delehey for approval | L120 | .20 hrs |
| 06/07/13 | CWH | Analyze EEOC complaint from Harris and GMAC's response, including several embedded documents | L120 | .30 hrs |
| 06/07/13 | KK | Research docket to determine status of case | L110 | .20 hrs |
| 06/11/13 | CWH | Discuss strategy for case with L.Delehey | L120 | .10 hrs |
| 06/11/13 | KSA | Review New Complaint and allegations of employment discrimination and analyze for defenses and issues to be raised; Send e-mail to L. Delehey regarding claim and defense | L210 | 1.20 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 22, 2013

0R2013-301038

FED ID NO. 63-0243316

| 06/12/13 | KSA | Review allegations and correspondence. Edit and file Notice of Bankruptcy; Telephone conversation with defendant D. Smith; Draft and send cover letter with Notice of Bankruptcy to Plaintiff Counsel; Research TX assault and LLED Claims | L210 | 1.50 hrs |
| 06/12/13 | ABB | Finalize Notice of BK with exhibit and prepare same for electronic filing with the Court and for certified service upon parties | L110 | .40 hrs |

TOTAL FEES FOR THIS MATTER                         $1,272.80

06/11/13 Copy Charges                                      0.00
06/12/13 Computerized Legal Research-Westlaw Westlaw        0.00
          User: ANDERSON, KEITH

BILLING SUMMARY

| Christian W. Hancock | 1.00 hrs | 361.00 /hr | 361.00 |
| Allison Burke | .40 hrs | 158.00 /hr | 63.20 |
| Keith S. Anderson | 1.20 hrs | 280.00 /hr | 336.00 |
| Keith S. Anderson | 1.50 hrs | 268.00 /hr | 402.00 |
| Kerry Keane | .70 hrs | 158.00 /hr | 110.60 |

TOTAL FEES                    4.80 hrs          $1,272.80

TOTAL CHARGES FOR THIS INVOICE                   $1,272.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301038
INVOICE #  880316

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301038
      TC # 2013-05-EZ9231

PROFESSIONAL SERVICES

07/31/13  KSA  Review online docket and dismissal order      L650      .40 hrs
               and send to client with comments

                        TOTAL FEES FOR THIS MATTER                    $107.20

EXPENSES

07/05/13  Filing Fees - BRADLEY ARANT BOULT CUMMINGS LLP                8.44
          TX ONLINE 6-12-13
          Bank ID: PCARD Check Number: P187

                        TOTAL COSTS FOR THIS MATTER               $8.44

BILLING SUMMARY

     Keith S. Anderson           .40 hrs    268.00 /hr      107.20

TOTAL FEES                  0.40 hrs                $107.20

TOTAL EXPENSES                                       $8.44

**TOTAL CHARGES FOR THIS INVOICE**                 $115.64

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
OR2013-301039
INVOICE # 871618

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  OR2013-301039
     TC # 2013-05-EZ4586

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 06/02/13 | RV | Analyze pleadings and orders for strategy as related to bankruptcy of GMAC | L120 | .20 hrs |
| 06/06/13 | RV | Email exchange with D.Booth regarding acceptance of new matter and notice of bankruptcy and courtesy letter | L120 | .30 hrs |
| 06/12/13 | RV | Email exchange with D.Booth regarding filing Notice of Bankruptcy in light of discussions regarding substitution of Ocwen as party plaintiff | L120 | .20 hrs |
| 06/17/13 | RV | Review correspondence from D.Booth regarding the filing of a notice of bankruptcy | L120 | .10 hrs |
| 06/18/13 | RV | Email exchange with D.Booth regarding not filing a notice of bankruptcy and closing of the file | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                $220.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Richard Vann | 1.00 hrs | 220.00 /hr | 220.00 |
| TOTAL FEES | 1.00 hrs | | $220.00 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
AUGUST 22, 2013

0R2013-301039

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $220.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301039
INVOICE #  880317

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301039
     TC # 2013-05-EZ4586

PROFESSIONAL SERVICES

| 07/08/13 | JAM | Confirm docketing of Plaintiff's Motion to Dismiss Counterclaims | L210 | .10 hrs |
| 07/10/13 | JAM | Final review of Rule 57.105 Letter and draft Motion for Sanctions, and draft email service of same to C.Palermo | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $45.00

BILLING SUMMARY

Jamie Mathews              .30 hrs   150.00 /hr        45.00

TOTAL FEES                 0.30 hrs                  $45.00

**TOTAL CHARGES FOR THIS INVOICE**                   $45.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301040
INVOICE #  880318

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301040
     TC # 2013-06-EF7875

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 07/16/13 | MPE | Review answer, affirmative defenses, and counterclaims to assist with determining if Notice of Bankruptcy is necessary. | L110 | .40 hrs |
| 07/16/13 | CWH | Send summary to D.Booth on status of Rojas (FL) file, including counterclaims, and recommend that GMAC not file a notice of bankruptcy at this point | L110 | .20 hrs |
| 07/16/13 | CWH | Review and analyze status of suit and recent efforts to substitute in Ocwen for GMAC | L110 | .10 hrs |
| 07/18/13 | BAW | Obtain and review voluminous servicing file, pleadings and loan origination documents | L120 | 1.80 hrs |
| 07/19/13 | BAW | Report to client regarding motion to substitute party plaintiff and reassignment from CLG to Busch Slipakoff | L250 | .50 hrs |
| 07/19/13 | BAW | Report to client regarding motion to substitute party plaintiff and reassignment from CLG to Busch Slipakoff | L250 | .50 hrs |
| 08/03/13 | BAW | Research regarding opposition to motion substitute party plaintiff | L250 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $1,243.90



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
OCTOBER 11, 2013

0R2013-301040

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Brian Wahl | 3.20 hrs | 334.00 /hr | 1,068.80 |
| Christian W. Hancock | .30 hrs | 361.00 /hr | 108.30 |
| Melisa P. Palmer | .40 hrs | 167.00 /hr | 66.80 |

| | | |
|---|---|---|
| TOTAL FEES | 3.90 hrs | $1,243.90 |

| | |
|---|---|
| TOTAL CHARGES FOR THIS INVOICE | $1,243.90 |

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301041
INVOICE #  871621

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301041
     TC # 2013-06-EK1868

PROFESSIONAL SERVICES

| 06/11/13 | KSA | Review new complaint to ascertain claims; Draft Notice of Bankruptcy; Draft cover; Draft letter to accompany Notice of Bankruptcy | L650 | 1.40 hrs |
| 06/12/13 | KSA | Edit Notice of Bankruptcy and cover letter to borrower's Counsel and send to D. Booth | L210 | .70 hrs |

TOTAL FEES FOR THIS MATTER                                    $562.80

BILLING SUMMARY

Keith S. Anderson        2.10 hrs    268.00 /hr       562.80

TOTAL FEES               2.10 hrs                   $562.80

**TOTAL CHARGES FOR THIS INVOICE**                 $562.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
0R2013-301042
INVOICE # 871623

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  0R2013-301042
     TC # 2013-06-EM2855

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 06/11/13 | CWH | Review initial emails and documents from Estate and exchange e-mails with D.Booth about intention to obtain the court file | L110 | .20 hrs |
| 06/11/13 | JDR | Review documents and instructions from D.Booth regarding status and nature of lawsuit | C100 | .20 hrs |
| 06/12/13 | JDR | Telephone conference with court clerk regarding status of case, pleadings filed to date, and obtaining a copy of the entire court file. | L210 | .20 hrs |
| 06/12/13 | JDR | Analyze Complaint | L210 | .20 hrs |
| 06/12/13 | JDR | Speak to assistant to T.Henry (plaintiff's counsel) and leave voicemail with T.Henry seeking additional information about status of case and upcoming docket sounding. | L210 | .20 hrs |
| 06/12/13 | JDR | Review EDTN bankruptcy docket regarding filing by borrower that previously caused a stay of circuit court proceedings. | C100 | .30 hrs |
| 06/12/13 | JDR | Compose e-mail report to D.Booth regarding nature of plaintiff's claims and status of state court litigation. | L190 | .20 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
AUGUST 22, 2013

0R2013-301042

FED ID NO. 63-0243316

| 06/12/13 | JDR | Review e-mail correspondence from D.Booth regarding his conclusions in response to my report regarding case status. | L190 | .10 hrs |
|---|---|---|---|---|
| 06/13/13 | CWH | Review neighbor's complaint against GMAC and email D.Booth about same, inquiring whether property was sold at foreclosure and reverted to GMAC/Ocwen | L210 | .20 hrs |
| 06/21/13 | JDR | Review entire court file received today by mail from court clerk. | C100 | .30 hrs |
| 06/21/13 | JDR | E-mail to D.Booth regarding content of court file and not entering a notice of appearance. | L190 | .10 hrs |
| 06/21/13 | JDR | Return call to T.Henry, counsel for plaintiff, leave voicemail. | C100 | .10 hrs |
| 06/21/13 | JDR | Review e-mail from D.Booth with instructions regarding appearance in case | C100 | .10 hrs |

TOTAL FEES FOR THIS MATTER                      $752.40

BILLING SUMMARY

| Christian W. Hancock | .40 hrs | 361.00 /hr | 144.40 |
|---|---|---|---|
| Jonathan Rose | 2.00 hrs | 304.00 /hr | 608.00 |

TOTAL FEES                      2.40 hrs                      $752.40

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      3
AUGUST 22, 2013

OR2013-301042

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $752.40

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301042
INVOICE #  880320

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301042
     TC # 2013-06-EM2855

PROFESSIONAL SERVICES

| 07/09/13 | JDR | Review file history and draft status report for client. | L190 | .20 hrs |
| 07/09/13 | JDR | E-mail to D.Booth regarding whether we are in a position to close this matter | L190 | .10 hrs |
| 07/30/13 | JDR | Drafting and send closing memorandum to D.Booth. | L190 | .20 hrs |

TOTAL FEES FOR THIS MATTER                              $152.00

BILLING SUMMARY

| Jonathan Rose | .50 hrs | 304.00 /hr | 152.00 |

TOTAL FEES            0.50 hrs              $152.00

TOTAL CHARGES FOR THIS INVOICE           $152.00

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301043
INVOICE #  880321

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301043
     TC # 2013-06-EQ9645

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 07/08/13 | CWH | Review and analyze borrower's petition to unwind foreclosure sale and develop arguments in opposition to same | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                                      $108.30

07/19/13 Copy Charges                                             0.00
08/29/13 Copy Charges                                             0.00

BILLING SUMMARY

Christian W. Hancock      .30 hrs    361.00 /hr      108.30

TOTAL FEES              0.30 hrs              $108.30

TOTAL CHARGES FOR THIS INVOICE            $108.30

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap-ESTATE

AUGUST 22, 2013
OR2013-301044
INVOICE #  871628

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  OR2013-301044
     TC # 2013-06-ER8118

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 06/14/13 | MSW | Analyze complaint, compare to previously filed actions, discuss with J.Ho, conversation with opposing counsel regarding nature of claims and settlement demands | L120 | 2.40 hrs |
| 06/17/13 | LADA | Begin draft of initial litigation analysis | L190 | .40 hrs |
| 06/21/13 | MSW | Draft notice of bankruptcy and letter to counsel addressing bankruptcy claims after conversations with D.Booth regarding same | L210 | 1.30 hrs |
| 06/28/13 | MSW | Conversations with opposing counsel regarding dismissal and coordination of related matter after review of claims and analysis of impact on related matter | L120 | 1.30 hrs |
| 06/28/13 | MSW | Draft status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER            $1,613.60

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Mark S. Wierman | 5.10 hrs | 304.00 /hr | 1,550.40 |
| Lucinda Kish | .40 hrs | 158.00 /hr | 63.20 |

TOTAL FEES            5.50 hrs            $1,613.60

BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
AUGUST 22, 2013

0R2013-301044

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $1,613.60

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301044
INVOICE # 880322

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301044
     TC # 2013-06-ER8118

<u>PROFESSIONAL SERVICES</u>

| 07/01/13 | MSW | Review and analyze counterclaim and standing issues and discuss with opposing counsel | L120 | .40 hrs |
| 07/02/13 | MSW | Review message from D.Booth and revise correspondence to opposing counsel | L120 | .30 hrs |
| 07/02/13 | LADA | Revise and finalize notice of bankruptcy with instructional correspondence regarding effect of bankruptcy stay | L210 | .40 hrs |
| 07/10/13 | LADA | Review and re-organization of case files due to separate actions for foreclosure and borrower's action against client | L190 | .80 hrs |
| 07/11/13 | LADA | Revise and finalize reply to counterclaims | L210 | .30 hrs |
| 07/11/13 | LADA | Review and analysis of current case docket | L190 | .30 hrs |
| 07/16/13 | LADA | Correspondence to client regarding status of notice of bankruptcy filing | L190 | .20 hrs |
| 07/29/13 | LADA | Review and analysis of current case docket | L190 | .30 hrs |
| 08/07/13 | LADA | Correspondence with default counsel regarding status of order on substitution of counsel | L190 | .20 hrs |



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE      2
OCTOBER 11, 2013

OR2013-301044

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 08/12/13 | LADA | Begin review and analysis of case files in preparation of initial litigation analysis | L190 | 1.10 hrs |
| 08/15/13 | MSW | Draft analysis of claims, defenses, reformation of mortgage, and case strategy for going forward | L120 | 2.70 hrs |
| 08/15/13 | MCG | Review and revise initial litigation analysis memorandum | C300 | .80 hrs |
| 08/29/13 | MSW | Draft status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                          $1,911.20

EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 07/02/13 | Copy Charges | 0.00 |
| 07/02/13 | Copy Charges | 0.00 |
| 07/02/13 | Copy Charges | 0.00 |
| 08/28/13 | Express Mail/Fedex - BRADLEY ARANT BOULT CUMMINGS LLP USPS 7-2-13  Bank ID: PCARD Check Number: P221 | 18.11 |

TOTAL COSTS FOR THIS MATTER                                          $18.11

BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Michael C. Griffin | .80 hrs | 348.00 /hr | 278.40 |
| Mark S. Wierman | 3.50 hrs | 304.00 /hr | 1,064.00 |
| Lucinda Kish | 3.60 hrs | 158.00 /hr | 568.80 |

| TOTAL FEES | 7.90 hrs | | $1,911.20 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      3
OCTOBER 11, 2013

0R2013-301044

FED ID NO. 63-0243316

TOTAL EXPENSES                                    $18.11

**TOTAL CHARGES FOR THIS INVOICE**        $1,929.31

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

AUGUST 22, 2013
OR2013-301045
INVOICE #  871630

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 06/30/13

Re:  OR2013-301045
     TC # 2013-06-ES1070

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 06/19/13 | GWG | Review new matter received from client and analyze for procedural posture and appropriate responsive pleadings to be filed on behalf of the various defendants | L110 | 2.00 hrs |
| 06/20/13 | GWG | Work on answers and notices of bankruptcy for the non-PNC defendants | L210 | 1.70 hrs |
| 06/20/13 | ABB | Access Harris County Texas court records and contact Westlaw regarding docket report to obtain entire case file | L110 | .30 hrs |
| 06/20/13 | ABB | Access title records and analysis regarding same | L110 | .30 hrs |
| 06/21/13 | RK | Revise notice of bankruptcy | L210 | 1.20 hrs |
| 06/21/13 | GWG | Work on answer and "notice regarding bankruptcy" on behalf of Ocwen | L210 | 1.00 hrs |
| 06/21/13 | GWG | Work on notice of bankruptcy for GMAC and similar notice for Ocwen regarding successor liability | L210 | .30 hrs |
| 06/21/13 | GWG | Calls with M. Verma regarding proposed responses to plaintiff's Petition | L120 | .30 hrs |
| 06/24/13 | GWG | Work on notice of bankruptcy to be filed on behalf of Ocwen | L210 | .30 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE     2
AUGUST 22, 2013

0R2013-301045

FED ID NO. 63-0243316

| 06/24/13 | ABB | Finalize bankruptcy exhibits and notice regarding same and prepare for fed-ex filing to Harris County and serve same upon counsel via certified mail | L110 | .70 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                    $2,201.00

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Allison Burke | 1.30 hrs | 158.00 /hr | | 205.40 |
| Graham W. Gerhardt | 5.60 hrs | 312.00 /hr | | 1,747.20 |
| Riley Key | 1.20 hrs | 207.00 /hr | | 248.40 |

TOTAL FEES                    8.10 hrs                    $2,201.00

TOTAL CHARGES FOR THIS INVOICE                    $2,201.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301045
INVOICE #  880324

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301045
     TC # 2013-06-ES1070

PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/08/13 | ABB | Assimilation and compilation of received chain of title and ten year report of title search and compare same to file documents to ensure we reviewed all recorded documents from search | L110 | .50 hrs |
| 07/10/13 | ABB | Analysis and review of file and determine monthly case status | L110 | .20 hrs |
| 07/17/13 | GWG | Final revisions to answer and notice of bankruptcy proceedings to be filed on behalf of Ocwen | L210 | .20 hrs |
| 07/23/13 | ABB | Obtain updated state court file in order to remove case | L110 | .50 hrs |
| 07/24/13 | GWG | Review state court file for actions taken by court in response to the various and notices of bankruptcy filed | L210 | .20 hrs |
| 08/06/13 | ABB | Track and manage service upon borrower regarding Notice of Bankruptcy in order to verify receipt of same | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $346.00



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    2
OCTOBER 11, 2013

OR2013-301045

FED ID NO. 63-0243316

EXPENSES

| | | |
|---|---|---|
| 07/15/13 | Court Costs - Pleadings - WEST GROUP COURT EXPRESS DOCUMENTS | 143.13 |
| | Bank ID: GENR Check Number: 162834 | |
| 08/15/13 | Court Costs - Pleadings - WEST GROUP WEST GROUP COURT EXPRESS DOCUMENTS | 453.88 |
| | Bank ID: GENR Check Number: 164272 | |

TOTAL COSTS FOR THIS MATTER                $597.01

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Allison Burke | 1.40 hrs | 158.00 /hr | 221.20 |
| Graham W. Gerhardt | .40 hrs | 312.00 /hr | 124.80 |

TOTAL FEES            1.80 hrs                $346.00

TOTAL EXPENSES                               $597.01

TOTAL CHARGES FOR THIS INVOICE               $943.01

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301046
INVOICE #  880325

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301046
     TC # 2013-07-EA5078

PROFESSIONAL SERVICES

| 07/02/13 | phn | Draft email to D.Booth advising removing the case to federal court | L120 | .20 hrs |
|---|---|---|---|---|
| 07/03/13 | CWH | Review and analyze new suit against GMAC, Ocwen, and Deutsche Bank and determine removability of same | L210 | .30 hrs |
| 07/03/13 | phn | Draft Notice of Bankruptcy | L210 | .50 hrs |
| 07/16/13 | phn | Email exchange with D.Booth regarding removal and pending Notice of Bankruptcy filing | L210 | .30 hrs |
| 08/22/13 | JOHO | Updated case status regarding deadlines and pulled updated docket report. | L140 | .20 hrs |

TOTAL FEES FOR THIS MATTER          $372.90

07/16/13 Copy Charges                        0.00
07/16/13 Copy Charges                        0.00
07/16/13 Copy Charges                        0.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .30 hrs | 361.00 /hr | 108.30 |
| Preston H. Neel | 1.00 hrs | 233.00 /hr | 233.00 |
| Jonathan Holtzclaw | .20 hrs | 158.00 /hr | 31.60 |

TOTAL FEES          1.50 hrs          $372.90



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     2
OCTOBER 11, 2013

0R2013-301046

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $372.90

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301047
INVOICE #  880326

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301047
     TC #: 2013-07-EH-2067

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 07/03/13 | GWG | Review new matter received from client and begin preparation of notice of bankruptcy | L110 | .70 hrs |
| 07/08/13 | RK | Review and analyze original petition to assess whether claims are stayed by the bankruptcy and draft notice of bankruptcy | L120 | 1.20 hrs |
| 07/09/13 | KSA | Draft NOB and accompanying letter and send to D.Booth for review | L120 | .50 hrs |

TOTAL FEES FOR THIS MATTER                                    $600.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | .50 hrs | 268.00 /hr | 134.00 |
| Graham W. Gerhardt | .70 hrs | 312.00 /hr | 218.40 |
| Riley Key | 1.20 hrs | 207.00 /hr | 248.40 |

TOTAL FEES                    2.40 hrs                    $600.80

TOTAL CHARGES FOR THIS INVOICE                             $600.80

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301048
INVOICE #  880327

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301048
     TC # 2013-07-EL6946

PROFESSIONAL SERVICES

| 07/14/13 | KSA | Review complaints for Notice of Bankruptcy, outline and e-mail correspondence with D. Booth regarding Notice of Bankruptcy and current servicing | L210 | .20 hrs |
| 07/17/13 | phn | Email to Greentree regarding complaint and removal | L210 | .10 hrs |
| 07/18/13 | phn | Email exchange with Greentree regarding new Complaint with regard to possible removal and GMAC's Notice of Bankruptcy | L120 | .20 hrs |
| 07/18/13 | phn | Review and analysis of D.Booth's instructions regarding the notice of bankruptcy and Plaintiff's Complaint | L120 | .50 hrs |
| 07/18/13 | phn | Draft notice of bankruptcy with detail on Plaintiff's claims | L210 | .90 hrs |
| 07/18/13 | phn | Draft courtesy letter regarding bankruptcy | L120 | .20 hrs |
| 07/18/13 | phn | Email exchange with D.Booth regarding draft notice of bankruptcy and proposed changes in light of Plaintiff's pre-petition allegations | L120 | .40 hrs |
| 07/18/13 | phn | Review Ocwen's template regarding bankruptcy courtesy letter | L120 | .20 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      2
OCTOBER 11, 2013

0R2013-301048

FED ID NO. 63-0243316

| 07/28/13 | CWH | Contact Green Tree for confirm who their counsel is for Texas suit | L110 | .20 hrs |
|---|---|---|---|---|
| 07/30/13 | phn | Communications with Greentree's counsel regarding consent to removal, GMAC's Bankruptcy, and intent to file Notice of Bankruptcy upon removal | L120 | .50 hrs |
| 08/01/13 | phn | Correspondence with Green Tree's counsel regarding removal and GMACM's Notice of Bankruptcy | L120 | .50 hrs |
| 08/05/13 | phn | Review notice of removal filed by Green Tree | L120 | .50 hrs |
| 08/05/13 | phn | Plan and prepare for filing and servicing of GMACM's Notice of Bankruptcy | L210 | .50 hrs |
| 08/05/13 | ABB | Assimilation and compilation of exhibits to bankruptcy filing and finalize bankruptcy pleadings to be filed with the Court and for certified service upon parties | L110 | .50 hrs |
| 08/07/13 | ABB | Retrieval of docket report in Federal court and pull all filed pleadings regarding bankruptcy | L110 | .20 hrs |
| 08/07/13 | phn | Send file stamped Notice of Bankruptcy copy to D.Booth | L210 | .20 hrs |
| 08/26/13 | phn | Phone calls from K.Wallace regarding GMAC's bankruptcy and proposal to dismiss GMAC from pleadings | L120 | .20 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
###### LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    3
OCTOBER 11, 2013

OR2013-301048

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/29/13 | phn | Phone call from opposing counsel regarding GMAC's bankruptcy and her plan to drop GMAC from the lawsuit | L120 | .30 hrs |
| 08/30/13 | phn | Review and analysis of Court's order regarding plaintiff's unopposed motion for extension of time to answer motion to dismiss | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                               $1,494.60

| | | |
|---|---|---|
| 08/05/13 Copy Charges | | 0.00 |
| 08/05/13 Copy Charges | | 0.00 |
| 08/08/13 Copy Charges | | 0.00 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Allison Burke | .70 hrs | 158.00 /hr | 110.60 |
| Keith S. Anderson | .20 hrs | 268.00 /hr | 53.60 |
| Preston H. Neel | 5.40 hrs | 233.00 /hr | 1,258.20 |

TOTAL FEES              6.50 hrs                $1,494.60

TOTAL CHARGES FOR THIS INVOICE                 $1,494.60

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301049
INVOICE #  880329

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301049
     TC # 2013-07-EV5706

PROFESSIONAL SERVICES

| 08/15/13 | SPM | Draft and revise notice of bankruptcy for debtor entities | L210 | .70 hrs |
| 08/19/13 | SPM | Draft and revise Motion to Dismiss for debtor defendants | L240 | 1.60 hrs |
| 08/19/13 | SPM | Revise notice of bankruptcy and cover letter to Plaintiff | L210 | 1.20 hrs |
| 08/20/13 | BAW | Mark up S.Mobley's draft motion to dismiss permitted claims against bankrupt entities | L190 | 1.30 hrs |

TOTAL FEES FOR THIS MATTER                          $1,127.20

BILLING SUMMARY

| Brian Wahl | 1.30 hrs | 334.00 /hr | 434.20 |
| Spencer Mobley | 3.50 hrs | 198.00 /hr | 693.00 |

TOTAL FEES                4.80 hrs            $1,127.20

**TOTAL CHARGES FOR THIS INVOICE**            $1,127.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301050
INVOICE #  880330

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301050
     TC # 2013-08-EG5269

PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|------|------|------|------|
| 08/19/13 | CSM | Draft, revise and finalize GMACM answer | L210 | 1.30 hrs |
| 08/20/13 | CSM | Emails to D.Booth regarding case status and strategy and filing of notice of bankruptcy | L120 | .40 hrs |
| 08/20/13 | CSM | Draft notice of bankruptcy | L210 | .40 hrs |
| 08/20/13 | CSM | Review and analyze issues in case and draft initial litigation assessment | L120 | 1.50 hrs |

TOTAL FEES FOR THIS MATTER                    $1,062.00

BILLING SUMMARY

Cory S. Menees          3.60 hrs   295.00 /hr    1,062.00

TOTAL FEES              3.60 hrs                $1,062.00

TOTAL CHARGES FOR THIS INVOICE                 $1,062.00

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap-ESTATE

OCTOBER 11, 2013
0R2013-301051
INVOICE #  880331

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R2013-301051
     TC # 2013-08-EZ3315

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 08/27/13 | phn | Draft notice of bankruptcy and cover letter to opposing counsel | L210 | 1.10 hrs |
| 08/27/13 | GWG | Review new file received from client and analyze for representation of the various defendants, service dates, possible removal, and notice of bankruptcy | L110 | .70 hrs |
| 08/28/13 | GWG | Review pleadings and state court file for information on TRO hearing and responsive pleading deadline | L110 | .20 hrs |
| 08/28/13 | GWG | Work on notice of bankruptcy | L210 | .30 hrs |
| 08/28/13 | phn | Email exchange with D.Booth regarding notice of bankruptcy and cover letter | L120 | .30 hrs |
| 08/28/13 | phn | Phone call with D. Booth to clarify Greentree's indemnification of GMAC and BABC's assignment to monitor docket and if necessary file a protective answer | L120 | .30 hrs |
| 08/28/13 | phn | Revise and edit notice of bankruptcy and cover letter to opposing counsel in preparation for filing | L210 | .20 hrs |
| 08/28/13 | FWA | Review new matter from client and consider next steps | L190 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

PAGE    2
OCTOBER 11, 2013

OR2013-301051

FED ID NO. 63-0243316

| 08/29/13 | ABB | Finalize Notice of Bankruptcy with exhibit A and prepare same to be filed with the Court and served via certified mail upon parties | L110 | .30 hrs |
| 08/30/13 | ABB | Retrieval of docket report and electronically retrieve and access all filed pleadings as well as any docket notes | L110 | .30 hrs |

TOTAL FEES FOR THIS MATTER                               $1,063.10

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Wendell Allen | .40 hrs | 378.00 /hr | 151.20 |
| Allison Burke | .60 hrs | 158.00 /hr | 94.80 |
| Graham W. Gerhardt | 1.20 hrs | 312.00 /hr | 374.40 |
| Preston H. Neel | 1.90 hrs | 233.00 /hr | 442.70 |

TOTAL FEES              4.10 hrs              $1,063.10

TOTAL CHARGES FOR THIS INVOICE              $1,063.10

***** TOTAL DUE UPON RECEIPT *****