# EXHIBIT B

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY
BY MORRISON & FOERSTER LLP ON BEHALF OF THE DEBTORS FOR THE
PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013**

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| 1 | Asset Analysis and Recovery | 23.7 | $17,191.00 |
| 2 | Asset Disposition/Sales | 660.1 | $454,465.00 |
| 3 | Business Operations and Advice | 391.3 | $367,660.00 |
| 4 | Case Administration | 345.6 | $189,037.50 |
| 5 | Claims Administration and Objection | 6,836.3 | $4,590,123.50 |
| 6 | Executory Contracts | 181.9 | $119,216.50 |
| 7 | Fee/Employment Applications | 278.6 | $151,678.50 |
| 8 | Fee/Employment Objections | 1.8 | $1,273.50 |
| 9 | Financing | 295.5 | $201,302.50 |
| 10 | Plan, Disclosure Statement and Confirmation Matters | 4,688.6 | $3,377,269.00 |
| 11 | Plan Supplement Documents | 29.6 | $19,276.00 |
| 12 | Relief from Stay Proceedings | 749.6 | $450,759.50 |
| 13 | Hearings | 1,448.7 | $872,739.00 |
| 14 | Tax Matters | 464.8 | $337,268.00 |
| 16 | Plan Support Agreement Matters | 0 | $0.00 |
| 17 | PLS Litigation | 3,233.5 | $1,957,870.50 |
| 18 | Litigation (Other) | 2,975.4 | $2,026,701.50 |
| 19 | Government/Regulatory | 708.4 | $467,357.00 |
| 20 | Customer and Vendor Matters | 8.7 | $7,663.50 |
| 21 | Insurance Matters | 60.4 | $49,814.00 |
| 22 | Communication with Creditors | 64 | $39,829.00 |
| 23 | Meetings of Creditors | 17.4 | $13,620.50 |
| 24 | Employee Matters | 65.7 | $52,107.50 |
| 25 | Discovery or Rule 2004 Requests | 7,047.7 | $4,003,373.80 |
| 26 | Schedules and Statements | 1.6 | $1,077.00 |
| 28 | Other Motions and Applications | 652.6 | $449,328.00 |
| 29 | Non-Working Travel | 19.3 | $12,262.50 |
| 30 | Monthly Fee Statements (Non-Billable) | 309.4 | $184,166.00 |
| 33 | Examiner | 1,095.5 | $630,538.00 |
| 37 | Mediation | 978.1 | $816,088.00 |
| | **Total Incurred** | **33,633.8** | **$21,861,056.30** |
| | **Less Client Accommodations for:** | | |
| 29 | Non-Working Travel (50%) | | $(6,131.25) |
| | Additional Non-Working New York City Travel (100%) | | $(5,621.25) |
| 30 | Monthly Fee Statements (100%) | | $(184,166.00) |
| 35 | Minimal Hours Associates (100%) | | $(11,998.50) |
| | **Total Requested** | | **$21,653,139.30** |

ny-1115071