# EXHIBIT C

## SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY MORRISON & FOERSTER LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013[10]

| Name of Professional Individual | Department and Licensure | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Thomas A. Humphreys | Department: Licensure: | Tax CA (1977) NY (1980) | $1,200.00 | 120.3 | $144,360.00 |
| Larren M. Nashelsky | Department: Licensure: | Business Restructuring & Insolvency NY (1992) CT (1991) | $1,100.00 | 9.8 | $10,780.00 |
| Rick Fischer | Department: Licensure: | Financial Services CA (1971) DC (1980) | $1,050.00 | 1.1 | $ 1,155.00 |
| Anthony Princi | Department: Licensure: | Business Restructuring & Insolvency NY (1983) FL (1985) | $1,025.00 | 410.3 | $ 420,557.50 |
| Charles L. Kerr | Department: Licensure: | Litigation NY (1984) | $1,025.00 | 873.8 | $ 895,645.00 |
| Darryl P. Rains | Department: Licensure: | Litigation CA (1982) | $1,025.00 | 279.9 | $286,897.50 |
| Gary S. Lee | Department: Licensure: | Business Restructuring & Insolvency NY (1991) England/Wales (1995) | $1,025.00 | 971.2 | $995,480.00 |
| James R. Tanenbaum | Department: Licensure: | Capital Markets NY (1977) | $1,025.00 | 314 | $321,850.00 |
| Anna T. Pinedo | Department: Licensure: | Capital Markets NY (1994) | $1,000.00 | 0.2 | $200.00 |
| Deanne E. Maynard | Department: Licensure: | Litigation DC (1992) VA (1991) | $950.00 | 51.6 | $49,020.00 |
| Lorenzo Marinuzzi | Department: Licensure: | Business Restructuring & Insolvency NY (1996) NJ (1997) | $945.00 | 894.7 | $845,491.50 |
| Michael J. Agoglia | Department: Licensure: | Litigation CA (1991) MA (1989) | $925.00 | 9.2 | $8,510.00 |
| Pamela J. Reed | Department: Licensure: | Real Estate CA (1981) | $925.00 | 0.1 | $92.50 |
| Oliver I. Ireland | Department: Licensure: | Financial Services DC (2002) | $920.00 | 90.7 | $83,444.00 |

---

[10] Exhibit C lists all of Applicant's professionals who provided services during the Application Period, including those who billed less than five hours during such period as reflected in the Application. Applicant has deducted from its fees all amounts billed by associates for work amounting to less than five hours.

A-2

| Name of Professional Individual | Department and Licensure | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| | | IL (1980) MA (1974) | | | |
| James M. Bergin | Department: Licensure: | Litigation NY (1989) | $900.00 | 13.8 | $12,420.00 |
| Jamie A. Levitt | Department: Licensure: | Litigation NY (1993) NJ (1992) | $900.00 | 749.2 | $674,280.00 |
| Randall J. Fons | Department: Licensure: | Litigation CO (2006) IL (1989) | $900.00 | 10.5 | $9,450.00 |
| Eugene G. Illovsky | Department: Licensure: | Litigation CA (1985) DC (1984) PA (1990) | $895.00 | 78.8 | $70,526.00 |
| George C. Harris | Department: Licensure: | Litigation CA (1983) UT (1997) | $895.00 | 0.3 | $268.50 |
| Paul C. Borden | Department: Licensure: | Tax CA (1983) | $895.00 | 23.6 | $21,122.00 |
| Joel C. Haims | Department: Licensure: | Litigation NY (1994) | $875.00 | 324.5 | $283,937.50 |
| Lawrence Gerschwer | Department: Licensure: | Litigation NY (1995) | $875.00 | 0.2 | $175.00 |
| Sharon Parella | Department: Licensure: | Financial Services NY (1989) | $875.00 | 1 | $875.00 |
| Stefan W. Engelhardt | Department: Licensure: | Business Restructuring & Insolvency CA (1990) | $875.00 | 811.9 | $710,412.50 |
| Peter C. Dopsch | Department: Licensure: | Financial Transactions MA (1983) NY (1987) | $865.00 | 1.8 | $1,557.00 |
| Norman S. Rosenbaum | Department: Licensure: | Business Restructuring & Insolvency NY (1990) | $850.00 | 1182.2 | $1,004,870.00 |
| J. Alexander Lawrence | Department: Licensure: | Litigation CA (2000) DC (2001) GA (1996) NY (2002) | $850.00 | 1072.5 | $911,625.00 |
| Mark David McPherson | Department: Licensure: | New York NY (2000) | $825.00 | 375.7 | $309,952.50 |
| Rusty Weiss | Department: Licensure: | Corporate CA (1994) | $825.00 | 13.5 | $11,137.50 |
| Andrew M. Smith | Department: Licensure: | Finance DC (1997) | $800.00 | 0.8 | $640.00 |
| Brian R. Matsui | Department: Licensure: | Litigation CA (2004) DC (2005) | $800.00 | 7.5 | $6,000.00 |
| Robert A. Salerno | Department: Licensure: | Litigation DC (1991) VA (1990) | $800.00 | 294 | $235,200.00 |
| R. Gregory Roberts | Department: Licensure: | Tax NY (2003) PA (1999) | $795.00 | 1 | $795.00 |

A-3

| Name of Professional Individual | Department and Licensure | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Todd M. Goren | Department:<br>Licensure: | Business Restructuring & Insolvency<br>NY (2003) | $795.00 | 993.6 | $789,912.00 |
| Christine E. Lyon | Department:<br>Licensure: | Litigation<br>CA (1999) | $775.00 | 0.3 | $232.50 |
| Remmelt A. Reigersman | Department:<br>Licensure: | Tax<br>NY (2007) | $775.00 | 96.9 | $75,097.50 |
| Wendy M. Garbers | Department:<br>Licensure: | Litigation<br>CA (2001) | $775.00 | 10.4 | $8,060.00 |
| Daniel A. Nathan | Department:<br>Licensure: | Litigation<br>DC (2013)<br>NY (1984) | $750.00 | 0.3 | $225.00 |
| Geoffrey R. Peck | Department:<br>Licensure: | Financial Transactions<br>NY (1999) | $750.00 | 10.6 | $7,950.00 |
| Obrea O. Poindexter | Department:<br>Licensure: | Finance<br>DC (2005) | $750.00 | 1.8 | $1,350.00 |
| Rita F. Lin | Department:<br>Licensure: | Litigation<br>CA (2005) | $725.00 | 1 | $725.00 |
| **Associates and Of Counsel** | | | | | |
| Joseph Gabai | Department:<br>Licensure: | Financial Services<br>CA (1976) | $895.00 | 0.5 | $447.50 |
| Adam A. Lewis | Department:<br>Licensure: | Business Restructuring & Insolvency<br>CA (1979) | $865.00 | 141.8 | $122,657.00 |
| Kathleen E. Schaaf | Department:<br>Licensure: | Business Restructuring & Insolvency<br>NY (1978) | $815.00 | 26.8 | $21,842.00 |
| Kenneth E. Kohler | Department:<br>Licensure: | Corporate<br>CA (1981) | $800.00 | 52.3 | $41,840.00 |
| Nilene R. Evans | Department:<br>Licensure: | Capital Markets<br>NY (1980) | $795.00 | 28.5 | $22,657.50 |
| Melissa A. Hager | Department:<br>Licensure: | Business Restructuring & Insolvency<br>CT (1992)<br>NY (1993) | $775.00 | 55.7 | $43,167.50 |
| Craig A. Damast | Department:<br>Licensure: | Business Restructuring & Insolvency<br>NY (1992) | $750.00 | 0.6 | $450.00 |
| Lashann M. Dearcy | Department:<br>Licensure: | Litigation<br>NY (2001) | $725.00 | 271.3 | $196,692.50 |
| Alexandra S. Barrage | Department:<br>Licensure: | Business Restructuring & Insolvency<br>NY (2002)<br>DC (2003) | $720.00 | 549.4 | $395,568.00 |
| Jordan A. Wishnew | Department:<br>Licensure: | Business Restructuring & Insolvency<br>NY (2002)<br>NJ (2003) | $720.00 | 652.6 | $469,872.00 |
| Reema S. Abdelhamid | Department:<br>Licensure: | Litigation<br>NY (2003) | $705.00 | 173.5 | 122,317.50 |
| Kayvan B. Sadeghi | Department:<br>Licensure: | Litigation<br>NY (2004) | $700.00 | 198.8 | $139,160.00 |
| Melissa D. Beck | Department:<br>Licensure: | Capital Markets<br>NY (2004) | $700.00 | 156.3 | $109,410.00 |

| Name of Professional Individual | Department and Licensure | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Leah A. Ramos | Department:<br>Licensure: | Litigation<br>NY (2005) | $695.00 | 13.1 | $9,104.50 |
| John A. Pintarelli | Department:<br><br>Licensure: | Business Restructuring & Insolvency<br>NY (2007)<br>NY (2006) | $690.00 | 16.3 | $11,247.00 |
| Jennifer L. Marines | Department:<br><br>Licensure: | Business Restructuring & Insolvency<br>NY (2005) | $690.00 | 1094 | $754,860.00 |
| David S. Brown | Department:<br>Licensure: | Litigation<br>NY (2002) | $685.00 | 411 | $281,535.00 |
| James J. Beha II | Department:<br>Licensure: | Litigation<br>NY (2007) | $685.00 | 415.6 | $284,686.00 |
| Paul A. Galante | Department:<br>Licensure: | Litigation<br>NY (2002) | $685.00 | 136.5 | $93,502.50 |
| Brian N. Hoffman | Department:<br>Licensure: | Litigation<br>CO (2001) | $675.00 | 100.5 | $67,837.50 |
| Nathan D. Taylor | Department:<br>Licensure: | Financial Services Group<br>DC (2004)<br>VA (2003) | $670.00 | 3.6 | $2,412.00 |
| Erica J. Richards | Department:<br><br>Licensure: | Business Restructuring & Insolvency<br>NY (2007) | $660.00 | 699 | $461,340.00 |
| Jonathan C. Rothberg | Department:<br>Licensure: | Litigation<br>NY (2008) | $660.00 | 498.1 | $328,746.00 |
| Madeleine A. Hensler | Department:<br>Licensure: | Litigation<br>DC (2013)<br>NY (2005) | $660.00 | 21 | $13,860.00 |
| Ryan W. Borho | Department:<br>Licensure: | Litigation<br>CA (2011)<br>NY (2004) | $660.00 | 57.2 | $37,752.00 |
| Samantha Martin | Department:<br><br>Licensure: | Business Restructuring & Insolvency<br>NY (2008) | $660.00 | 948 | $625,680.00 |
| Aramide O. Fields | Department:<br>Licensure: | Litigation<br>CA (2005) | $655.00 | 38 | $24,890.00 |
| Marc A. Hearron | Department:<br>Licensure: | Litigation<br>DC (2008)<br>TX (2005) | $655.00 | 80.4 | $52,662.00 |
| Nicole K. Serfoss | Department:<br>Licensure: | Litigation<br>CO (2005) | $655.00 | 0.2 | $131.00 |
| Shane M. Shelley | Department:<br>Licensure: | Tax<br>CA (2005) | $655.00 | 5 | $3,275.00 |
| Danielle Coleman | Department:<br>Licensure: | Litigation<br>CA (2007) | $650.00 | 68.4 | $44,460.00 |
| Jennifer Gould | Department:<br>Licensure: | Litigation<br>CA (2007) | $650.00 | 54.7 | $35,555.00 |
| Kristin A. Hiensch | Department:<br><br>Licensure: | Business Restructuring & Insolvency<br>CA (2011)<br>NY (2007) | $650.00 | 11.3 | $7,345.00 |
| Marina O. Slavin | Department:<br>Licensure: | Litigation<br>CA (2006) | $650.00 | 186.5 | $121,225.00 |

A-5

| Name of Professional Individual | Department and Licensure | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Saro H. Balian | Department: Licensure: | Litigation CA (2006) | 650.00 | 29.5 | $19,175.00 |
| Kadhine S. Fitz-Patrick | Department: Licensure: | Litigation CA (2007) | $635.00 | 141 | $89,535.00 |
| Keith M. Henneke | Department: Licensure: | Litigation CA (2012) DC (2010) TX (2007) | $635.00 | 134.7 | $85,534.50 |
| Nathaniel J. Torres | Department: Licensure: | Litigation CA (2007) | $635.00 | 37.9 | $24,066.50 |
| Whitney E. McCollum | Department: Licensure: | Litigation CA (2007) | $635.00 | 12.2 | $7,747.00 |
| Wynne Cathcart Erickson | Department: Licensure: | Litigation CA (2010) GA (2007) | $635.00 | 29.2 | $18,542.00 |
| Caroline Stakim | Department: Licensure: | Litigation England & Wales (2008) | $630.00 | 23.7 | $14,931.00 |
| Daniel J. Harris | Department: Licensure: | Tax CA (2006) | $625.00 | 868.1 | $542,562.50 |
| Shiukay Hung | Department: Licensure: | Tax NY (2009) | $625.00 | 55.5 | $34,687.50 |
| Stacy L. Molison | Department: Licensure: | Business Restructuring & Insolvency NY (2009) | $625.00 | 350.4 | $219,000.00 |
| Douglas J. Beteta | Department: Licensure: | Litigation CA (2007) | $585.00 | 43.4 | $25,389.00 |
| Jonathan T. Keen | Department: Licensure: | Corporate CA (2008) | $585.00 | 4.8 | $2,808.00 |
| Natalie R. Ram | Department: Licensure: | Litigation DC (2012) MD (2010) | $585.00 | 5.5 | $3,217.50 |
| Ariel Francisco Ruiz | Department: Licensure: | Litigation NY (2010) | $575.00 | 594.3 | $341,722.50 |
| Jeffrey K. Rosenberg | Department: Licensure: | Litigation CA (2009) | $575.00 | 160.7 | $92,402.50 |
| Joshua C. Pierce | Department: Licensure: | Financial Transactions NY (2010) MA (2010) | $575.00 | 14.4 | $8,280.00 |
| Leda A. Moloff | Department: Licensure: | Litigation NY (2010) NJ (2009) | $575.00 | 10.8 | $6,210.00 |
| Luke T. Bagley | Department: Licensure: | Corporate NY (2010) | $575.00 | 8.8 | $5,060.00 |
| Meryl L. Rothchild | Department: Licensure: | Business Restructuring & Insolvency NY (2010) | $575.00 | 1115.7 | $641,527.50 |
| Michael J. Rosenberg | Department: Licensure: | Capital Markets NY (2010) | $575.00 | 6.8 | $3,910.00 |
| Naomi Moss | Department: Licensure: | Business Restructuring & Insolvency NY (2009) | $575.00 | 872.9 | $501,917.50 |
| Patricia I. Tsao | Department: Licensure: | Corporate CA (2005) | $550.00 | 0.4 | $220.00 |

| Name of Professional Individual | Department and Licensure | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Barbara Barath | Department:<br>Licensure: | Corporate<br>CA (2009) | $545.00 | 43.6 | $23,762.00 |
| Ben Patterson | Department:<br>Licensure: | Litigation<br>CA (2010) | $545.00 | 42.7 | $23,271.50 |
| Chris Dalton | Department:<br>Licensure: | Litigation<br>CA (2009) | $545.00 | 148.3 | $80,823.50 |
| Dale K. Larson | Department:<br>Licensure: | Litigation<br>CA (2009) | $545.00 | 62.5 | $34,062.50 |
| Javier Serrano | Department:<br>Licensure: | Litigation<br>CA (2007) | $545.00 | 164.2 | $89,489.00 |
| Johanna E. Sheehe | Department:<br>Licensure: | Litigation<br>CA (2012)<br>IL (2009) | $545.00 | 68.4 | $37,278.00 |
| Katie Roney | Department:<br>Licensure: | Litigation<br>CA (2009) | $545.00 | 49.7 | $27,086.50 |
| Marissa P. Harris | Department:<br>Licensure: | Litigation<br>DC (2010)<br>NY (2010) | $545.00 | 94.6 | $51,557.00 |
| Robert Travis Petraglia | Department:<br>Licensure: | Litigation<br>DC (2009) | $545.00 | 98 | $53,410.00 |
| Adam J. Hunt | Department:<br>Licensure: | Litigation<br>NY (2011) | $530.00 | 1 | $530.00 |
| David A. Ziegler | Department:<br>Licensure: | Litigation<br>NY (2011) | $530.00 | 995.4 | $527,562.00 |
| James A. Newton | Department:<br>Licensure: | Business Restructuring & Insolvency<br>NY (2011)<br>FL (2009) | $530.00 | 737.1 | $390,663.00 |
| Jeremy R. Mandell | Department:<br>Licensure: | Finance<br>DC (2011)<br>NY (2010) | $530.00 | 99.8 | $52,894.00 |
| Meimay L. Law | Department:<br>Licensure: | Tax<br>NY (2010) | $530.00 | 131 | $69,430.00 |
| Neeraj Kumar | Department:<br>Licensure: | Capital Markets<br>NY (2010) | $530.00 | 6.3 | $3,339.00 |
| Peter Seligson | Department:<br>Licensure: | Capital Markets<br>NY (2012) | $530.00 | 4.4 | $2,332.00 |
| Robert J. Baehr | Department:<br>Licensure: | Litigation<br>NY (2011) | $530.00 | 864.1 | $457,973.00 |
| Steven J. Bleiberg | Department:<br>Licensure: | Capital Markets<br>NY (2009) | $530.00 | 0.3 | $159.00 |
| Suzanne E. Jude | Department:<br>Licensure: | Litigation<br>France (2009) | $500.00 | 59.7 | $29,850.00 |
| Alexianne Galea | Department:<br>Licensure: | Litigation<br>Malta (2007) | $500.00 | 37.2 | $18,600.00 |
| Ashley M. Washington | Department:<br>Licensure: | Litigation<br>CA (2011) | $480.00 | 174.5 | $83,760.00 |
| Clara Lim | Department:<br>Licensure: | Tax<br>CA (2012)<br>NY (2010) | $480.00 | 76.2 | $36,576.00 |
| Devon Edwards | Department:<br>Licensure: | Litigation<br>CA (2009) | $480.00 | 51 | $24,480.00 |
| Dinah Ximena Ortiz | Department:<br>Licensure: | Litigation<br>CA (2010) | $480.00 | 22.8 | $10,944.00 |

| Name of Professional Individual | Department and Licensure | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Grant C. Schrader | Department:<br>Licensure: | Litigation<br>CA (2010) | $480.00 | 37.6 | $18,048.00 |
| Jed M. Rich | Department:<br>Licensure: | Litigation<br>CA (2010) | $480.00 | 30.8 | $14,784.00 |
| Joanna L. Simon | Department:<br>Licensure: | Litigation<br>CA (2010) | $480.00 | 26.9 | $12,912.00 |
| Kelly Lowenberg | Department:<br>Licensure: | Litigation<br>CA (2009) | $480.00 | 122.5 | $ 58,800.00 |
| Kevin M. Coles | Department:<br>Licensure: | Litigation<br>CA (2010) | $480.00 | 132.4 | $63,552.00 |
| Pamela McElroy | Department:<br>Licensure: | Litigation<br>CA (2009) | $480.00 | 45.1 | $21,648.00 |
| Peter H. Day | Department:<br>Licensure: | Litigation<br>CA (2010) | $480.00 | 384.5 | $184,560.00 |
| Rick C. Liu | Department:<br>Licensure: | Litigation<br>CA (2010) | $480.00 | 196.4 | $94,272.00 |
| Tihua Huang | Department:<br>Licensure: | Litigation<br>DC (2011)<br>NY (2010) | $480.00 | 156.4 | $75,072.00 |
| Jessica R. Moore | Department:<br>Licensure: | Litigation<br>CA (2010) | $480.00 | 165.7 | $79,536.00 |
| Monica D. Castillo | Department:<br>Licensure: | Litigation<br>CA (2010) | $480.00 | 9.3 | $4,464.00 |
| Laurence Min Yuan | Department:<br>Licensure: | General Finance<br>NY (2010) | $455.00 | 9.7 | $4,413.50 |
| Jonathan M. Petts | Department:<br>Licensure: | Business Restructuring & Insolvency<br>NY (2018) | $455.00 | 727.6 | $331,058.00 |
| Melissa M. Crespo | Department:<br>Licensure: | Business Restructuring & Insolvency<br>NY (2012) | $455.00 | 400.9 | $182,409.50 |
| William T. Pardue | Department:<br>Licensure: | Tax<br>NJ (2007)<br>NY (2008) | $455.00 | 12.2 | $5,551.00 |
| David J. Goett | Department:<br>Licensure: | Tax<br>NY (2012) | $430.00 | 32.1 | $ 13,945.50 |
| Ashleigh K. Landis | Department:<br>Licensure: | Litigation<br>CA (2011) | $430.00 | 90.6 | $38,958.00 |
| Chenwei Wang | Department:<br>Licensure: | Litigation<br>VA (2011) | $430.00 | 76 | $32,680.00 |
| Jack R. Smith | Department:<br>Licensure: | Litigation<br>NY (2013) | $430.00 | 125 | $53,750.00 |
| Laura Heiman | Department:<br>Licensure: | Litigation<br>DC (2012) | $430.00 | 86.7 | $37,281.00 |
| Elizabeth Balassone | Department:<br>Licensure: | Litigation<br>CA (2011) | $430.00 | 42.2 | $18,146.00 |
| Charlie Mileski | Department:<br>Licensure: | Real Estate<br>NY (2013) | $395.00 | 0.3 | $118.50 |
| David N. De Ruig | Department:<br>Licensure: | Tax<br>AZ (2007)<br>CA (2008) | $395.00 | 22.5 | $8,887.50 |
| Justin B. Kamen | Department:<br>Licensure: | Capital Markets<br>Awaiting Admission | $395.00 | 5 | $1,975.00 |

A-8

| Name of Professional Individual | Department and Licensure | | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Monica K. Castro | Department: Licensure: | Litigation Awaiting Admission | $395.00 | 276.2 | $109,099.00 |
| Muhannad R. Al Najjab | Department: Licensure: | Capital Markets Awaiting Admission | $395.00 | 28 | $11,060.00 |
| Ryan D. Williams | Department: Licensure: | Capital Markets N/A | $395.00 | 31.3 | $12,363.50 |
| Andreea R. Vasiliu | Department: Licensure: | Litigation NY (2013) | $395.00 | 66.4 | $26,228.00 |
| Virginie Kurtz | Department: Licensure: | Litigation Belgium (2012) | $375.00 | 52.8 | $19,800.00 |
| Ashley Nakamura | Department: Licensure: | Litigation CA (2012) | $370.00 | 279 | $103,230.00 |
| Christopher Wesley Magana | Department: Licensure: | Litigation CA (2012) | $370.00 | 151.6 | $56,092.00 |
| Corinna J. Alanis | Department: Licensure: | Litigation CA (2012) | $370.00 | 30 | $11,100.00 |
| Ian Andrew Johnston | Department: Licensure: | Litigation CA (2012) | $370.00 | 82.4 | $30,488.00 |
| Jared W. Miller | Department: Licensure: | Litigation CA (2012) | $370.00 | 111.6 | $41,292.00 |
| Jeremiah Levine | Department: Licensure: | Litigation CA (2012) | $370.00 | 30.2 | $11,174.00 |
| Julie A. Nicholson | Department: Licensure: | Litigation CA (2012) | $370.00 | 113.5 | $41,995.00 |
| Kelly K. Yang | Department: Licensure: | Litigation CA (2013) | $370.00 | 136.9 | $50,653.00 |
| Michael T. Baldock | Department: Licensure: | Litigation CA (2012) | $370.00 | 103.3 | $38,221.00 |
| Tsion Ekema Lencho | Department: Licensure: | Litigation CA (2012) | $370.00 | 79.1 | $29,267.00 |
| Kelsey Green | Department: Licensure: | Summer Associate N/A | $255.00 | 41.6 | $10,608.00 |
| **Temporary Attorneys**[11] | | | | | |
| Fiona L. McKenna | Department: Licensure: | Litigation NY (2005) | $195.00 | 88.0 | $17,160.00 |
| Lisa H. Sherrod | Department: Licensure: | Litigation NY (2004) | $195.00 | 94.0 | $18,330.00 |
| **Total Attorneys (Incurred)** | | | | **30,558.9** | **$20,973,725.00** |
| | | | | | |
| **Paraprofessionals** | | | | | |
| Eric R. Roberts | Director, Forensic Accounting Department: | Litigation | $850.00 | 8.2 | $6,970.00 |
| Lacey B. Laken | Senior Manager Department: | Business Restructuring & Insolvency | $575.00 | 7.1 | $4,082.50 |
| Donald A. Pierson | Senior Manager, eDiscovery Resources Department: | Litigation | $350.00 | 1 | $350.00 |
| Chiyuki C. Inoue | Senior Paralegal | | $315.00 | 6.6 | $2,079.00 |

---

[11] Applicant bills temporary attorneys at an hourly rate no greater than those billed by the applicable placement agency.

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| | Department:    Litigation | | | |
| David W. Ridnell | Senior Paralegal<br>Department:    Litigation | $310.00 | 9.3 | $2,883.00 |
| Edgar J. Roberts, III | Senior Paralegal<br>Department:    Finance | $310.00 | 1.6 | $496.00 |
| Susan A.T. Tice | Senior Paralegal<br>Department:    Litigation | $310.00 | 704.5 | $218,395.00 |
| John T. Kline | Senior Paralegal<br>Department:    Business Restructuring & Insolvency | $310.00 | 214 | $66,340.00 |
| Anne C. Suffern | Senior Paralegal<br>Department:    Business Restructuring & Insolvency | $310.00 | 14 | $4,340.00 |
| Laura M. Santana | Senior Paralegal<br>Department:    Litigation | $305.00 | 3 | $915.00 |
| Mary P. Howell | Senior Paralegal<br>Department:    Litigation | $305.00 | 7.5 | $2,287.50 |
| Andrea M. Madori | Senior Paralegal<br>Department:    Real Estate | $300.00 | 3.3 | $990.00 |
| Bethany F. DeRuiter | eDiscovery Project Manager<br>Department:    Litigation | $295.00 | 11.5 | $3,392.50 |
| Cathy G. Ferrario | eDiscovery Project Manager<br>Department:    Litigation | $295.00 | 7 | $2,065.00 |
| Robert N. Silverman | eDiscovery Project Manager<br>Department:    Litigation | $295.00 | 9.9 | $2,920.50 |
| Vadim Bergelson | eDiscovery Project Manager<br>Department:    Litigation | $295.00 | 198.3 | $58,498.50 |
| Marnie Carter | eDiscovery Project Manager<br>Department:    Litigation | $295.00 | 1.4 | $413.00 |
| Jessica Elizabeth Taylor | eDiscovery Project Manager<br>Department:    Litigation | $295.00 | 13 | $3,835.00 |
| Laura A. Guido | Senior Paralegal<br>Department:    Business Restructuring & Insolvency | $295.00 | 534.8 | $157,766.00 |
| Jeffrey M. Negron | Senior Paralegal<br>Department:    Corporate | $295.00 | 70.6 | $20,827.00 |
| Stephanie A. Lenkey | Paralegal<br>Department:    Litigation | $290.00 | 18.6 | $5,394.00 |
| Joshua Aaron Roy | Managing Attorney | $285.00 | 14.2 | $4,047.00 |
| Danielle Elizabeth Braun | Paralegal<br>Department:    Business Restructuring & Insolvency | $280.00 | 127.7 | $35,756.00 |
| David Chan | eDiscovery Analyst<br>Department:    Litigation | $275.00 | 121.1 | $33,302.50 |
| Ronald D. Hasman | eDiscovery Analyst<br>Department:    Litigation | $275.00 | 4.5 | $1,237.50 |
| Kenneth L. MacCardle | Paralegal<br>Department:    Litigation | $275.00 | 35 | $9,625.00 |
| Sulay M. Ozturk-Gunertem | Senior Paralegal<br>Department:    Litigation | $275.00 | 14.8 | $4,070.00 |
| Corey J. Russ | Paralegal<br>Department:    Litigation | $270.00 | 84.7 | $22,869.00 |
| B. Blake Miller | Paralegal | $270.00 | 19.9 | $5,373.00 |

A-10

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| | Department:    Litigation | | | |
| Nicolas V. Klidonas | Paralegal<br>Department:    Litigation | $270.00 | 134 | $36,180.00 |
| Chris Keener | eDiscovery Analyst<br>Department:    Litigation | $268.00 | 8.1 | $2,170.80 |
| Joseph L. Gaston | eDisc Analyst<br>Department:    Litigation | $265.00 | 4.7 | $1,245.50 |
| Arthur C. Daye | eDisc Analyst<br>Department:    Litigation | $265.00 | 6.4 | $1,696.00 |
| Ruby R. Grossman | Paralegal<br>Department:    Litigation | $265.00 | 481.4 | $127,571.00 |
| Lisa Michele Harger | Paralegal<br>Department:    Litigation | $265.00 | 1.7 | $450.50 |
| Russell W. Warnick | Paralegal<br>Department:    Litigation | $260.00 | 1 | $260.00 |
| Abhishek Vajpayee | eDiscovery Analyst<br>Department:    Litigation | $250.00 | 15.4 | $3,850.00 |
| Sherry C. Lau | eDiscovery Analyst<br>Department:    Litigation | $240.00 | 4.6 | $1,104.00 |
| Laura M. Coppola | Senior Litigation Docket Specialist<br>Department:    Litigation Docket | $240.00 | 11.9 | $2,856.00 |
| Jason Soo | eDiscovery Analyst<br>Department:    Litigation | $230.00 | 9.5 | $2,185.00 |
| Stephanie A. Mariani | Paralegal<br>Department:    Litigation | $220.00 | 62.8 | $13,816.00 |
| Pamela K. Lewis | Research Services Manager<br>Department:    Library Services | $215.00 | 5.8 | $1,247.00 |
| Laura Ray | Research Analyst<br>Department:    Library Services | $215.00 | 1 | $215.00 |
| Mary E. Shackleton | Research Analyst<br>Department:    Library Services | $215.00 | 4 | $860.00 |
| Amy Ruth Dietrich | Research Analyst<br>Department:    Library Services | $215.00 | 1.2 | $258.00 |
| J.O. Wallace | Research Analyst<br>Department:    Library Services | $215.00 | 1 | $215.00 |
| Steve Susoyev | Legal Support Specialist<br>Department:    Legal Document Services | $210.00 | 9.3 | $1,953.00 |
| Emma S. Marshak | Paralegal<br>Department:    Litigation | $205.00 | 2.3 | $471.50 |
| James H. Lassiter | Paralegal<br>Department:    Capital Markets | $200.00 | 4 | $800.00 |
| Samuel B. Goldstein | Paralegal<br>Department:    Litigation | $195.00 | 0.7 | $136.50 |
| Yumiko Blackwell | Research Analyst<br>Department:    Library Services | $195.00 | 0.1 | $19.50 |
| Karim Mahmoud | Litigation Docket Specialist<br>Department:    Litigation Docket | $195.00 | 10.7 | $2,086.50 |
| York Chow | Litigation Docket Specialist<br>Department:    Litigation Docket | $175.00 | 14.2 | $2,485.00 |
| Brittany D. Bell | Litigation Docket Specialist<br>Department:    Litigation Docket | $175.00 | 3.6 | $630.00 |
| Bianca J. Denis | Paralegal Intern<br>Department:    Litigation | $125.00 | 4.7 | $587.50 |

A-11

ny-1115071

| Name of Professional Individual | Department and Licensure | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin E. Aguirre | Paralegal Intern<br>Department:    Litigation | $125.00 | 3.7 | $462.50 |
| **Total Paraprofessionals (Incurred)** | | | **3,074.9** | **$887,331.30** |
| **Total Incurred (All Professionals)** | | | | **$21,861,056.30** |
| Less Client Accommodations for: | | | | |
| Non-Working Travel (50%) | | | | $(6,131.25) |
| Additional Non-Working New York City Travel (100%) | | | | $(5,621.25) |
| Monthly Fee Statements (100%) | | | | $(184,166.00) |
| Minimal Hours Associates (100%) | | | | $(11,998.50) |
| **Total Fees Requested** | | | | **$21,653,139.30** |

A-12

ny-1115071