# EXHIBIT D

## SUMMARY OF EXPENSES INCURRED BY MORRISON & FOERSTER LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013[12]

| Expense Category | Amount |
|---|---|
| Postage | $6.46 |
| Photocopies | $16,588.81 |
| Color Copies | $997.90 |
| Filing Fees | $5,320.80 |
| Reporting Fees | $45,221.17 |
| Search Fees | $2,994.65 |
| Expert Fees | $361,437.47 |
| Travel | $16,460.05 |
| EDiscovery Fees | $49,259.90 |
| Long Distance Telephone | $51.00 |
| Court Filing Service | $697.00 |
| Court Filing Service | $93.00 |
| Court Messenger Service | $26.43 |
| Business Meals | $19,570.33 |
| Travel Meals | $467.26 |
| Outside Copying Service | $22,504.22 |
| Air Freight | $1,539.24 |
| Messenger Service | $2,466.35 |
| Miscellaneous Disbursement | $4,527.38 |
| Document Retrieval Service | $916.64 |
| Travel | $242.50 |
| **Total Requested** | **$551,388.56** |

---

[12] Applicant has reduced the amount of reimbursement sought for expenses incurred during the Application Period in the aggregate amount of $82,317.73. Additionally, as an accommodation to the Debtors made in accordance with prepetition practices, Applicant does not charge the Debtors for expenses incurred by Applicant for Lexis or Westlaw research, overtime meals, in-house document preparation fees, or secretarial overtime.

ny-1115071