**WINSTON & STRAWN LLP**
James Donnell (jdonnell@winston.com)
Nathan P. Lebioda (nlebioda@winston.com)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for WFNBA*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020-MG |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Joint Administration Pending |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 18, 2013, I caused a copy of the following document:

1. Direct Testimony of Heather A. Lawrence [Docket No. 5827],

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties identified on Exhibit B attached hereto by FedEx for next business day delivery, to be served upon the party identified on Exhibit C attached hereto by United States Postal Service for first class delivery, to be delivered to the party on Exhibit D attached hereto by hand delivery.

/s/ Nathan P. Lebioda
Nathan P. Lebioda

NY:1595939.1