

Robert D. Nosek
516.479.6307
RNosek@SilvermanAcampora.com

100 Jericho Quadrangle
Suite 300
Jericho, New York 11753

November 18, 2013

**VIA ECF**
Honorable Martin Glenn
United States Bankruptcy Judge
Alexander Hamilton U.S. Custom House
One Bowling Green
New York, New York 10004

     Re:  **Residential Capital, LLC,** *et al.*
        **Chapter 11**
        **Case No.:  12-12020 (MG)**
        **Our File No.:  062429**

Dear Judge Glenn:

  This firm is special counsel to the Official Committee of Unsecured Creditors of Residential Capital, LLC, *et al.* (the "Debtors") concerning borrower issues.

  Earlier today, we filed with the Court a statement we received from Mr. Richard Rode (the "Rode Statement"), a borrower objecting to confirmation of the Debtors' proposed plan, concerning his desire to cross-examine Tammy Hamzenpour, Thomas Marano, and Michael Carpenter for up to one hour for each witness during the confirmation hearing scheduled to start tomorrow, November 19, 2013, at 9:00 a.m.  Our office filed the Rode Statement on ECF as docket number 5821 as a courtesy to Mr. Rode.

  Subsequent to that filing, Mr. Rode advised us that he was amending that statement to include James N. Young and Michael A. Carpenter.  It appears that Mr. Rode included Mr. Carpenter in the original Rode Statement, but it did not include Mr. Young.  We advised Mr. Rode that we would inform the Court of his proposed amendment.

  We are submitting this letter again as a courtesy to Mr. Rode to communicate to the Court and the Plan Proponents Mr. Rode's desire to amend the Rode Statement.

  If the Court has any questions, please do not hesitate to have a member of Your Honor's staff contact me.

              Respectfully,
              /s/Robert D. Nosek
              Robert D. Nosek

RN/

cc: Mr. Richard Rode (via e-mail)
   Norman S. Rosenbaum, Esq. (via e-mail)
   Douglas Mannal, Esq. (via e-mail)