UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- )
                                                                        )
  In re:                                                       )    Case No. 12-12020 (MG)
                                                                        )
  RESIDENTIAL CAPITAL, LLC, et al.,                             )    Chapter 11
                                                                        )
                        Debtors.   )    Jointly Administered
                                                                        )
----------------------------------------------------------------------- )

## NOTICE OF REJECTION OF EXECUTORY
## CONTRACTS AND UNEXPIRED LEASES

      **PLEASE TAKE NOTICE** that, on January 3, 2013, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an order (the "Procedures Order") authorizing the Debtors to implement expedited procedures for the rejection of one or more executory contracts and unexpired leases in the above-captioned chapter 11 cases (the "Chapter 11 Cases").  A copy of the Procedures Order is attached hereto.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, the Debtors hereby provide notice of the intent to reject the contracts and leases identified below.

      **PLEASE TAKE FURTHER NOTICE** that, objections, if any, to this Notice must be filed with the Court and served so that it is actually received by the following parties not less than fourteen (14) days after the date this Notice is filed: (i) Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104 (Attn: Lorenzo Marinuzzi and Samantha Martin); (ii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Brian S. Masumoto, Esq.); (iii) counsel to the Creditors' Committee, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas New York, NY 10036, (Attn: Kenneth H. Eckstein and Douglas H. Mannal); and (iv) counsel to Ally Financial, Inc., Kirkland & Ellis, 601 Lexington Avenue, New York, New York 10022 (Attn: Ray C. Schrock, Stephen E. Hessler, and Craig A. Bruens) (the "Objection Notice Parties").

      **PLEASE TAKE FURTHER NOTICE** that, if no written objection is filed and served in accordance with the terms of the Procedures Order, the following contracts and leases will be rejected pursuant to 11 U.S.C. § 365(a), effective as of the date set forth in the chart below, or, if no such date is set forth, the date this Notice is filed with the Court; provided, however, that the effective date of the rejection of a contract or lease shall not occur until the later of: (i) the date the Debtors file and serve this Notice; (ii) the date the Debtors surrender the premises under a lease for non-residential real property, if applicable, by notifying the affected landlord in writing of the Debtors' surrender of the premises and turning over the keys, key

1

ny-1107380

codes and security codes, if any, to the affected landlord, and (iii) the Collection Deadline,[1] if applicable, expires (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that, if an objection to this Notice is timely filed and received, and not withdrawn or otherwise resolved, the Debtors shall schedule a hearing on such objection and provide at least seven (7) calendar days' notice of such hearing to the objecting party and the Objection Notice Parties. If the Court ultimately upholds the Debtors' determination to reject the applicable contract or lease, then the contract or lease shall be deemed rejected (i) as of the Rejection Date, or (ii) as otherwise determined by the Court as set forth in any order overruling such objection.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, for any claim that you may assert against the Debtors as a result of the rejection of any contract or lease, you must submit a proof of claim for damages arising from such rejection, if any, to Kurtzman Carson Consultants,[2] the Court-approved claims processing agent, on or before the later of (i) the deadline for filing proofs of claim established by the Court in the Chapter 11 Cases or (ii) forty-five (45) days after the filing of this Notice. A proof of claim form will be available at www.kccllc.net. If you do not timely file such proof of claim, you shall be forever barred from asserting a claim for rejection damages arising from the rejection of the above-referenced lease or contract.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the terms of the Procedures Order, if the Debtor has deposited funds with a contract or lease counterparty as a security deposit or other arrangement, the counterparty may not set off or otherwise use such deposit without the prior authority of the Court or agreement between the counterparty and the Debtors.

| | |
|---|---|
| New York, New York<br>Dated: November 18, 2013 | /s/ Gary S. Lee<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>Samantha Martin<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to the Debtors*<br>*and Debtors in Possession* |

---

[1] If the Debtors indicate herein their intention to abandon personal property that is (i) subject to a true lease, and (ii) located at a premises that is the subject of this Notice, the automatic stay shall be deemed modified to permit the respective personal property lessor to retrieve such abandoned property within seven (7) days of the date following the filing of this Notice (the "Collection Deadline").

[2] Claims should be sent to the following address:

>ResCap Claims Processing Center, c/o KCC
>2335 Alaska Ave.
>El Segundo, CA 90245

| | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Rejection Date |
|---|---|---|---|---|---|
| 1 | GMAC-RFC | Citizens Home Loan Inc. | 7601 Paragon Rd #202 Dayton, OH 45459 | Appendix A to Private Branding Approval Form for a Customized User Interface, dated February 21, 2007 | November 18, 2013 |
| 2 | GMAC Mortgage, LLC | Clayton Services, LLC | 2 Corporate Drive Shelton, CT 06484 | Statement of Work to Provide Closing Services, dated November 1, 2011 | November 18, 2013 |
| 3 | Residential Funding Company, LLC | Createhope | 2201 Wisconsin Ave NW Washington DC 20007-4105 | Proposal Letter, dated May 3, 2004, proposing referral discount incentive for GMAC-RFC | November 18, 2013 |
| 4 | Residential Funding Company, LLC | Equifax | P.O. Box 105835 Atlanta, GA 30348-5835 | Master Agreement for Credit Report Affiliate Transmission, effective 12/8/2005 | November 18, 2013 |
| 5 | GMAC Mortgage, LLC | Equifax | P.O. Box 105835 Atlanta, GA 30348-5835 | Sub-agreement for non-intrusive fraud detection and low-level identity validation solution, effective 11/23/2009 | November 18, 2013 |
| 6 | Residential Funding Company, LLC | Equifax | P.O. Box 105835 Atlanta, GA 30348-5835 | Master agreement for credit report transmission, effective 3/1/2003 | November 18, 2013 |
| 7 | Residential Funding Company, LLC | Equity Financial Group Inc. | 9240 SW 72nd St. Suite 100 Miami, FL 33173 | Software License Agreement, amending the master agreement dated 10/13/1999 | November 18, 2013 |

---

[3] This chart identifies each debtor only by its current name. To the extent a contract was executed by Residential Capital Corporation, GMAC Mortgage Corporation, or Residential Funding Corporation, the Debtor will be identified here as Residential Capital, LLC, GMAC Mortgage, LLC, or Residential Funding Company, LLC, respectively. In addition, references in the chart to "GMAC-RFC" may refer to either of Residential Funding Company, LLC or GMAC Mortgage, LLC, as the case may be.

[4] For the avoidance of doubt, rejection of an amendment or a statement of work constitutes rejection of the entire agreement.

ny-1107380

3

| | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Rejection Date |
|---|---|---|---|---|---|
| 8 | GMAC Mortgage, LLC | Executive Trustee Services Inc. | 15455 San Fernando Mission, Suite 208 Mission Hills, CA 91345 | Statement of Work for Reconveyance Services, dated March 1, 2011 | November 18, 2013 |
| 9 | Residential Funding Company, LLC | Federal Home Loan Mortgage Corporation | 1551 Park Run Drive McLean VA 22102-3110 | Test and Confidentialty Agreement – Home Value Explorer, dated June 1, 2005 | November 18, 2013 |
| 10 | Residential Funding Company, LLC | Federal Home Loan Mortgage Corporation | 8200 Jones Branch Drive Mail Stop 210 McLean VA 22102 | Test and Confidentiality Agreement Home Value Calibrator, dated August 15, 2005. | November 18, 2013 |
| 11 | Residential Funding Company, LLC | Federal Home Loan Mortgage Corporation | 1551 Park Run Drive McLean VA 22102-3110 | Master Agreement - Government Agency- Excess Strip Transactions for Home Value Calibrator, Property Valuation Analytics, effective June 1, 2005 | November 18, 2013 |
| 12 | Residential Funding Company, LLC | Federal Home Loan Mortgage Corporation | 8200 Jones Branch Drive Mail Stop 210 McLean VA 22102 | Subservicing Agreement- Test and Confidentiality Agreement relating to proprietary software, effective August 15, 2005 | November 18, 2013 |
| 13 | GMAC Mortgage, LLC | Federal National Mortgage Association | 6000 Feldwood Drive College Park, GA 30349 | Agreement for Test Pilot for Analytical Valuations, effective March 31, 2006 | November 18, 2013 |
| 14 | GMAC Mortgage, LLC | Federal National Mortgage Association | 1835 Market Street Suite 2300 Philadelphia, PA 19103 | Subservicing Agreement – Customer Data to Desktop Underwriting, effective September 11, 2002 | November 18, 2013 |
| 15 | GMAC Mortgage, LLC | Federal National Mortgage Association | 6000 Feldwood Drive College Park, GA 30349 | Letter of Agreement for Release of Lender Loss Obligation, dated May 2, 2006 | November 18, 2013 |

| | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Rejection Date |
|---|---|---|---|---|---|
| 16 | GMAC Mortgage, LLC | Federal National Mortgage Association | 1835 Market Street Suite 2300 Philadelphia, PA 19103 | Amendment to Desktop Underwriter Software License and Subscription Agreement, dated September 11, 2002 | November 18, 2013 |
| 17 | GMAC Mortgage, LLC | Fidelity National Default Solutions | 601 Riverside Ave. Jacksonville, FL 32204 | Amendment 2 in connection with name change, dated July 1, 2011. | November 18, 2013 |
| 18 | GMAC Mortgage, LLC | Fidelity National Information | 2 West Liberty Boulevard Malvern, PA 19355 | Agreement, dated February 7, 2007 | November 18, 2013 |
| 19 | Residential Funding Company, LLC | Financial Network, Inc. | 10401 Baur Blvd Ste F Saint Louis, MO 63132-1900 | Agreement to receive confidential credit application information via transmission from RFC, dated November 10, 1995 | November 18, 2013 |
| 20 | GMAC Mortgage, LLC | Fiserv Automotive Solutions, Inc. | 75 Remittance Dr. Chicago, IL 60675-6957 | Non-Disclosure Agreement for Loss Mitigation Services, dated September 15, 2008 | November 18, 2013 |
| 21 | Residential Funding Company, LLC | Fixed Income Clearing Corporation | 55 Water Street New York, NY 10041 | Amendment of the MBSCC membership agreements, dated December 31, 2002 | November 18, 2013 |
| 22 | GMAC Mortgage, LLC | Genuitec LLC | North American Headquarters Genuitec, LLC 2221 Justin Road #119-340 Flower Mound, TX 75028 | End User License Agreement, effective June 10, 2008 | November 18, 2013 |
| 23 | Homecomings Financial, LLC | Genworth Financial Services, Inc. | 6601 Six Forks Road Raleigh, NC 27615 | Amendment to Document Services Agreement, dated December 31, 2007 | November 18, 2013 |

|    | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Rejection Date |
|----|-----------|-----------------------------------|------------------------|-----------------------------------|-----------------|
| 24 | Residential Funding Company, LLC | Goldman, Sachs & Co. | 85 Broad Street, 26th Floor, New York, New York 10004 | Electronic Access and Trading Agreement, dated September 11, 2006 | November 18, 2013 |
| 25 | Homecomings Financial, LLC | Harland Clarke Corp. | 2939 Miller Road Decatur, GA 30035 | Agreement to comply with Gramm-Leach-Bliley Act Safeguards Rule, dated June 1, 2004 | November 18, 2013 |
| 26 | GMAC Mortgage, LLC | HSM Electronic Protection Services, Inc. | 2441 Warrenville Road Lisle, IL 60532 | Master Installation and Service Agreement, entered into June 2, 1999 | November 18, 2013 |
| 27 | GMAC Mortgage, LLC | IBM Corporation | PO Boc 534151 Atlanta, GA 30353 | Rational AppScan Renewal Agreement, Subscription and Support, effective October 1, 2001 | November 18, 2013 |
| 28 | Residential Funding Company, LLC | Icon Advisory Group Inc | 401 N Edgeworth St. Greensboro, NC 27401 (336) 478-0570. | Master Servicing Agreement - Lendershare Services Agreement | November 18, 2013 |
| 29 | Residential Funding Company, LLC | Informatica | PO Box 49085 San Jose, CA 95161-9085 | Master agreement for service renewal of Informatica software, effective March 1, 2013 | November 18, 2013 |
| 30 | Residential Funding Company, LLC | Informative Research | P.O. Box 2379 Garden Grove, CA 92842 | Master agreement for service that compiles credit reports from the 3 major agencies, effective 1/31/2003 | November 18, 2013 |
| 31 | GMAC Mortgage, LLC | Insurance Central | 1155 Eugenia Place Carpinteria, CA 93013 | Licensing Agreement Replacement to Addendum 2, dated as of June 1, 2006 | November 18, 2013 |
| 32 | GMAC Mortgage, LLC | Insurance Central | 1157 Eugenia Place Carpinteria, CA 93013 | Schedule A-Comp for 2005 Marketing, dated December 4, 2004 | November 18, 2013 |

|  | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Rejection Date |
|---|---|---|---|---|---|
| 33 | GMAC Mortgage, LLC | Insurance Central | 1159 Eugenia Place Carpinteria, CA 93013 | Amendment to the Master Services Agreement Work Order(s), effective April 3, 2006 | November 18, 2013 |
| 34 | GMAC Mortgage, LLC | Insyte Business Partners, LLC | Six Nashaminy Interplex, Suite 207 Interplex, Suite 7 Trevose, PA 19053 | Master Agreement for Support services for MS Solomon financials application, effective December 31, 2007 | November 18, 2013 |
| 35 | Homecomings Financial, LLC | Intersections Insurance Services, Inc. | 315 W University Dr Arlington Heights, IL 60004 | Joint marketing agreement between Chartered Marketing Services, Inc., and Homecomings Financial Network, Inc., dated April 11, 2006 | November 18, 2013 |
| 36 | Residential Funding Company, LLC | ITR Group, Inc. | 2520 Lexington Ave S #500 Mendota Heights, MN 55120 | Master Servicing Agreement, dated February 1, 2007 | November 18, 2013 |
| 37 | GMAC Mortgage, LLC | Logica CMG, Inc. | Westchase Park 3700 West Sam Houston Parkway South, Suite 500 Houston, TX 77042 | Master Services Agreement, dated September 20, 2005 | November 18, 2013 |
| 38 | GMAC Mortgage, LLC | MBMS, Inc. | 11 Pinchot Court Amherst, NY 14228-1117 | Master Agreement - Cobol compiler software for PeopleSoft, effective August 1, 2003 | November 18, 2013 |
| 39 | Residential Funding Company, LLC | Mindlore Inc. | 111 Kellogg Blvd E # 3009 Saint Paul, MN 55101-1228 | Contractor Agreement, dated August 30, 2002. | November 18, 2013 |
| 40 | Residential Funding Company, LLC | Mindlore Inc. | 111 Kellogg Blvd E # 3009 Saint Paul, MN 55101-1228 | Agreement to Comply With Gramm-Leach-Bliley Act Safeguards Rule, effective March 5, 2007 | November 18, 2013 |
| 41 | GMAC-RFC | Mortgage Personnel Services, Inc. | 292 Route 101 Bedford, NH 03110-5159 | Master Agreement, Contractor agreement | November 18, 2013 |

| | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Rejection Date |
|---|---|---|---|---|---|
| 42 | Residential Funding Company, LLC | National Business Systems | 2919 West Service Road Eagen, MN 55121 | Master services agreement - External Labor Resources for document scanning, dated as of October 28, 2004 | November 18, 2013 |
| 43 | Residential Funding Company, LLC | Odyssey Information Services | Odyssey Information Services, Inc. 5801 Tennyson Parkway Suite 200 Plano, Texas 75024 | Amendment to certain Work Orders under the Master Services Agreement, effective March 20, 2006 | November 18, 2013 |
| 44 | Residential Funding Company, LLC | Officetiger Global Real Estate Services Inc | 7000 Central Parkway Suite 800 Atlanta, GA 30328 | Term Sheet for engagement of loan performance advisor as an independent contractor, dated June 29, 2007 | November 18, 2013 |
| 45 | Residential Funding Company, LLC | Officetiger Global Real Estate Services Inc. | 7000 Central Parkway Suite 800 Atlanta, GA 30328 | Agreement for engagement of loan performance advisor and consultant in connection with securitization of residential mortgage loans, dated June 29, 2007 | November 18, 2013 |
| 46 | Residential Funding Company, LLC | Omen Technology Inc. | 10255 NW Old Cornelius Pass Rd Portland, OR 97231 | Source License Agreement, dated June 11, 1996, for the license of certain rights to Omen Technology computer Software. | November 18, 2013 |
| 47 | GMAC Mortgage, LLC | Online Resources Corporation | P.O. BOX 630139 Baltimore, MD 21263-0139 | Confidentiality Non-Disclosure Agreement, GLBA Agreement, effective April 29, 2004 | November 18, 2013 |
| 48 | GMAC Mortgage, LLC | Overture Services, Inc. | 74 North Pasadena Avenue, Third Floor Pasadena, CA, 91103 | Advertiser agreement for the use of Yahoo search products, effective June 1, 2006 | November 18, 2013 |
| 49 | Residential Funding Company, LLC | PeopleSoft, Inc. | 4460 Hacienda Drive, P.O. Box 8018, Pleasanton, CA 94588-8618 | Master agreement for Software License and Services, dated as of June 25, 2002 | November 18, 2013 |

|    | Debtor[3] | Contract/Lease Counterparty Name | Address/ Contact Info | Description of Contract/Lease[4] | Rejection Date |
|----|-----------|----------------------------------|------------------------|----------------------------------|----------------|
| 50 | Residential Funding Company, LLC | Potestivo & Associates | 36150 Dequindre Road Sterling Heights, MI 48310 | Data security and privacy terms agreement, dated February 3, 2006 | November 18, 2013 |
| 51 | Residential Funding Company, LLC | Press Any Key, Inc. | 81 Atrium Way, Manalapan, NJ 07726 | Contractor Agreement, dated December 1, 2002 | November 18, 2013 |
| 52 | Residential Funding Company, LLC | Press Any Key, Inc. | 81 Atrium Way, Manalapan, NJ 07726 | Engagement for services contractor, dated December 4, 2001 | November 18, 2013 |
| 53 | GMAC Mortgage, LLC | The Bank of New York | PO Box 19445A Newark, NJ 07195 | Tri-party document custodian agreement between GMAC Mortgage, Fannie Mae and Bank of New York, effective December 11, 2009 | November 18, 2013 |
| 54 | GMAC Mortgage, LLC | Wells Fargo Bank, N.A. | 9062 Old Annapolis Rd. Columbia, MD 21045 | Agreement to Comply with Gramm-Leach-Bliley Act Safeguards Rule, effective as of April 6, 2004 | November 18, 2013 |
| 55 | Homecomings Financial, LLC | Wells Fargo Bank, N.A. | 9062 Old Annapolis Rd. Columbia, MD 21045 | Master Agreement - Agreement to Comply with Gramm-Leach-Bliley Act Safeguards Rule, dated May 24, 2004 | November 18, 2013 |
| 56 | GMAC-RFC | Wells Fargo Bank, N.A. | 9062 Old Annapolis Rd. Columbia, MD 21045 | Fee Schedule for data scrubbing work, dated January 16, 2001 | November 18, 2013 |