# EXHIBIT B

**RESIDENTIAL CAPITAL, LLC, et al.**

**SUMMARY OF HOURS**

**May 1, 2013 through October 31, 2013**

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| **Partner*** | | | | | |
| Howard Seife (1997) | Bankruptcy and Financial Restructuring | 1979 (NY) | $995 | 134.40 | $ 133,728.00 |
| Richard M. Leder (1988) | Tax | 1962 (NY) | 995 | 5.70 | 5,671.50 |
| David M. LeMay (2001) | Bankruptcy and Financial Restructuring | 1982 (NY) | 925 | 165.80 | 153,365.00 |
| Thomas J. McCormack (1992) | Litigation | 1983 (NY) | 875 | 97.30 | 85,137.50 |
| N. Theodore Zink (1997) | Bankruptcy & Financial Restructuring | 1984 (MO) 1991 (IL) 1996 (NY) | 855 | 23.50 | 20,092.50 |
| William A. Greason (1996) | Corporate | 1988 (NY) | 845 | 40.70 | 34,391.50 |
| Vincent Dunn (1998) | Corporate | 1989 (NY) | 825 | 22.00 | 18,150.00 |
| Marjorie Glover (1999) | Employee Benefits | 1988 (MA) 1989 (NY) | 825 | 79.40 | 65,505.00 |
| Robert A. Schwinger (1994) | Litigation | 1985 (NY) | 825 | 29.50 | 24,420.00 |
| Marian Baldwin Fuerst (2000) | Corporate | 1992 (NY) | 795 | 3.30 | 2,623.50 |
| John F. Finnegan (2008) | Litigation/ Insurance | 1983 (NY) | 755 | 6.20 | 4,681.00 |
| Scott Berson (2004) | Corporate | 1996 (NY) | 745 | 2.70 | 2,011.50 |
| Douglas E. Deutsch (2009) | Bankruptcy and Financial Restructuring | 1997 (NY) | 745 | 41.80 | 31,141.00 |
| Seven Rivera (2009) | Bankruptcy and Financial Restructuring | 2001 (NY) | 745 | 44.40 | 33,078.00 |
| Andrew Rosenblatt (2009) | Bankruptcy and Financial Restructuring | 1998 (NY) | 745 | 71.90 | 53,565.50 |
| Robin Ball (2005) | Litigation | 1986 (AR) 1992 (CA) | 725 | 95.20 | 69,020.00 |

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| **Counsel:** | | | | | |
| Mark D. Ashley | Litigation | 1995 (NY) | 695 | 150.40 | 104,528.00 |
| Philip J. Goodman | Litigation | 1992 (PA) 1994 (DC) | 695 | 80.90 | 56,225.50 |
| Christy L. Rivera | Bankruptcy and Financial Restructuring | 2002 (NY) | 665 | 100.80 | 67,032.00 |
| Francisco Vazquez | Bankruptcy and Financial Restructuring | 1995 (NJ) 1996 (NY) | 665 | 90.30 | 60,049.50 |
| James Stenger | Corporate | 1978 (DC) | 645 | 13.20 | 8,514.00 |
| | | | | | |
| **Associate:** | | | | | |
| Seth Kruglak | Litigation | 2004 (NY) | 675 | 19.30 | 13,027.50 |
| Robert J. Gayda | Bankruptcy & Financial Restructuring | 2005 (NY) | 655 | 90.20 | 59,081.00 |
| Adam Price | Corporate | 2000 (NY) | 655 | 20.70 | 13,558.50 |
| Jean Migdal | Corporate | 1999 (NY/NJ) | 655 | 35.60 | 23,318.00 |
| Elizabeth M. Miller | Corporate | 1989 (CA) 1996 (DC) 1997 (NY) | 655 | 120.10 | 78,665.50 |
| Monika Szymanski | Litigation | 2004 (NJ) 2005 (NY) | 655 | 58.10 | 38,055.50 |
| Aaron M. Bartell | Corporate | 2007 (NY) 2008 (DC) | 625 | 75.50 | 47,187.50 |
| Christopher Bugel | Corporate | 2004 (MD) 2006 (DC) | 625 | 97.20 | 60,750.00 |
| Robert M. Kirby | Litigation | 2008 (NY) | 595 | 120.10 | 71,459.50 |
| Megan Towers | Bankruptcy & Financial Restructuring | 2008 (NY) | 595 | 138.60 | 82,467.0 |
| Blake Betheil | Tax | 2009 (NY) | 565 | 64.90 | 36,668.50 |
| Bonnie Dye | Bankruptcy & Financial Restructuring | 2009 (NY) | 565 | 106.30 | 60,059.50 |
| Kate McSweeny | Litigation/ Insurance | 2004 (VA) 2006 (DC) | 565 | 38.30 | 21,639.50 |

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| Michael Pusateri | Litigation | 2009 (NY) 2012 (DC) | 565 | 5.50 | 3,107.50 |
| Rachel Santangelo | Employee Benefits | 2009 (NY) | 565 | 121.10 | 68,421.50 |
| Nicolas Ferre | Corporate | 2010 (NY) | 505 | 20.30 | 10,251.00 |
| Lata Nott | Litigation | 2011 (NY) | 505 | 67.40 | 34,037.00 |
| Eric Daucher | Bankruptcy & Financial Restructuring | 2010 (NY) | 495 | 99.80 | 49,401.00 |
| S. Jean Kim | Litigation | 1999 (NY) 2006 (CA) | 495 | 7.00 | 3,465.00 |
| Marc Roitman | Bankruptcy & Financial Restructuring | 2010 (NY) | 495 | 149.40 | 73,953.00 |
| Andrea Voelker | Litigation | 2010 (NY) | 495 | 49.00 | 24,255.00 |
| David John Frenkil | Corporate | 2011 (DC) | 465 | 18.10 | 8,416.50 |
| Pooja Asnani | Litigation | 2011 (NY) | 435 | 98.30 | 42,760.50 |
| Michael Distefano | Bankruptcy & Financial Restructuring | 2011 (NY) | 435 | 167.20 | 72,732.00 |
| Nicolas Stebinger | Litigation | 2011 (NY) | 435 | 14.80 | 6,438.00 |
| Philip Kaminski | Corporate | 2012 (NY) | 395 | 75.40 | 29,783.00 |
| Jordan Manekin | Corporate | 2011 (NY) | 395 | 56.80 | 22,436.00 |
| Marc Reston | Corporate | 1979 (NY) | 395 | 31.70 | 12,521.50 |
| Joshua Apfel | Bankruptcy & Financial Restructuring | 2013 (NY) | 395 | 165.80 | 65,491.00 |
| Noah Brick | Corporate | 2012-JD | 395 | 114.60 | 45,267.00 |
| Claudia Cohen | Litigation | 2013 (NY) | 395 | 93.70 | 37,011.50 |
| Michaela Cohen | Bankruptcy & Financial Restructuring | 2013 (NY) | 395 | 122.80 | 48,506.00 |
| Gabrielle DiBernardi | Corporate | 2013 (NY) | 395 | 96.50 | 38,117.50 |
| Patrick Dorime | Corporate | 2013 (NY) | 395 | 14.20 | 5,609.00 |
| Margaret Grazzini | Tax | 2013 (NY) | 395 | 112.00 | 44,240.00 |
| Zachary Levin | Corporate | 2013 (NY) | 395 | 104.80 | 41,396.00 |
| Jiadai Lin | Litigation | 2013 (NY) | 395 | 100.70 | 39,776.50 |

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| Stephanie Palmer | Corporate | 2013 (NY) | 395 | 88.10 | 34,799.50 |
| John Pappas | Corporate | 2013 (NY) | 395 | 75.30 | 29,743.50 |
| Diana Sanders | Litigation | 2013 (NY) | 395 | 110.40 | 43,608.00 |
| | | | | | |
| **Paraprofessional:** | | | | | |
| Lori Moloney | Litigation | n/a | 330 | 26.10 | 8,613.00 |
| David Bava | Bankruptcy & Financial Restructuring | n/a | 295 | 107.40 | 31,683.00 |
| Helen M. Lamb | Bankruptcy and Financial Restructuring | n/a | 295 | 85.70 | 25,281.50 |
| Thomas Scott | Corporate | n/a | 285 | 23.70 | 6,754.50 |
| Sarah Chan | Corporate | n/a | 280 | 94.90 | 26,572.00 |
| Diane Larmon-Dixon | Corporate | n/a | 280 | 13.80 | 3,864.00 |
| Jay Aubrey | Corporate | n/a | 270 | 10.80 | 3,024.00 |
| Gregory Goodwin | Litigation | n/a | 260 | 51.40 | 13,364.00 |
| Matilde Pena | Corporate | n/a | 250 | 39.0 | 9,750.00 |
| Jason Lopez | Litigation | n/a | 235 | 61.00 | 14,335.00 |
| Isida Tushe | Corporate | n/a | 180 | 57.80 | 10,404.00 |
| | | | | | |
| **TOTAL:** | | | | 5,036.70 | 2,728,057.50 |

BLENDED RATE:     $577.00 (excludes paraprofessionals and contract attorneys)

\* Includes year elected Partner at firm or joined firm as Partner.

# EXHIBIT C

## RESIDENTIAL CAPITAL, LLC, et al
## SUMMARY OF SERVICES BY PROJECT CATEGORY
## May 1, 2013 through October 31, 2013

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Case Administration/General Bankruptcy Matters | 002 | 391.00 | $ 248,135.00 |
| Report Drafting and Legal Research | 003 | 3,900.80 | 2,134,416.50 |
| Document Review and Analysis | 005 | 525.40 | 233,116.50 |
| Substantive Investigation Planning and Coordination | 007 | 37.00 | 26,575.00 |
| Fee/Retention Applications | 010 | 182.50 | 85,814.50 |
| **TOTAL** | | **5,036.70** | **2,728,057.50** |