## EXHIBIT E

**RESIDENTIAL CAPITAL, LLC, <u>et al</u>**

**DAILY TIME RECORDS**

**<u>May 1, 2013 through May 31, 2013</u>**

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013

                                                        Page      1

                                    For Services Through May 31, 2013

Our Matter #21955.002
          RESCAP - CASE ADMINISTRATION/GENERAL BANKRUPTCY MATTERS

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/01/13 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.20). | 0.80 hrs. |
| 05/01/13 | M. DISTEFANO | Reviewed recent docket filings (.7); drafted email to ResCap team re statements/objections to Committee standing motion (.3); drafted email to third party claims team re Rothstein filings (.1); reviewed 4-30-13 hearing transcript (.3). | 1.40 hrs. |
| 05/02/13 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.20); add certain materials to shared drive re: Committee Reply submission (.40). | 1.20 hrs. |
| 05/02/13 | M. DISTEFANO | Reviewed recent docket filings (.4); reviewed ResCap news articles (.2); drafted email ResCap team re Talcott PSA termination (.2). | 0.80 hrs. |
| 05/02/13 | S. R. RIVERA | Reviewed and analyzed AFI response to Rothstein stay response (.8); correspondence w/working group re: same (.3). | 1.10 hrs. |
| 05/03/13 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.20). | 0.80 hrs. |
| 05/03/13 | M. DISTEFANO | Reviewed recent docket filings (.1). | 0.10 hrs. |
| 05/04/13 | M. DISTEFANO | Reviewed recent docket filings (.1); reviewed hearing agenda (.1); drafted email to D. LeMay re same (.1); reviewed secured noteholder's adversary complaint | 0.70 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page    2


|            |               |                                                                                                                                                                                            |            |
|------------|---------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |               | (.2); drafted email to ResCap team re same (.2).                                                                                                                                           |            |
| 05/06/13   | D. BAVA       | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.20).                                    | 0.80 hrs.  |
| 05/06/13   | M. DISTEFANO  | Reviewed recent docket filings (.1).                                                                                                                                                       | 0.10 hrs.  |
| 05/07/13   | D. BAVA       | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.90); draft case calendar based on current docket entries (.40).                                    | 1.30 hrs.  |
| 05/08/13   | M. DISTEFANO  | Reviewed recent docket filings (.2).                                                                                                                                                       | 0.20 hrs.  |
| 05/08/13   | D. BAVA       | Prepare and electronically file notice of intention to file Examiner's Report (.30); service of notice by hand; e-mail and first class mail (1.80); draft and electronically file affidavit of service (.40). | 2.50 hrs.  |
| 05/08/13   | D. BAVA       | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.90); draft case calendar based on current docket entries (.20).                                    | 1.10 hrs.  |
| 05/09/13   | D. BAVA       | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.20).                                    | 0.80 hrs.  |
| 05/10/13   | D. BAVA       | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.20).                                    | 0.80 hrs.  |
| 05/10/13   | D. BAVA       | Prepare and electronically file Notice of the Examiner Concerning Filing of Report (.30); service of notice by hand; e-mail and first class mail (1.80); draft and                         | 2.50 hrs.  |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER            May 31, 2013
                                                          Page    3

|            |                |                                                                                                                                          |            |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | electronically file affidavit of service (.40).                                                                                          |            |
| 05/13/13   | M. DISTEFANO   | Reviewed agenda for 5-14-13 omnibus hearing (.1); call with D. LeMay re same (.1).                                                        | 0.20 hrs.  |
| 05/13/13   | D. BAVA        | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.20). | 0.80 hrs.  |
| 05/14/13   | D. BAVA        | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.20). | 0.80 hrs.  |
| 05/14/13   | M. DISTEFANO   | Attended ResCap omnibus hearing (1.6); reviewed articles re global settlement and drafted email to ResCap team re same (.3).              | 1.90 hrs.  |
| 05/14/13   | M. ROITMAN     | Research re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ (0.7)                                                                                            | 0.70 hrs.  |
| 05/14/13   | T. J. MCCORMACK| Review 5/13 transcript of omnibus hearing (0.4); review news articles on settlement issues (0.1).                                        | 0.50 hrs.  |
| 05/15/13   | D. BAVA        | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.90); draft case calendar based on current docket entries (.40); review and inventory printed copies of the Examiner's Report received from R.R. Donnelley (3.1). | 4.40 hrs.  |
| 05/15/13   | M. ROITMAN     | Research re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ (1.6); Draft memorandum re: same (2.4); Confer with H. Seife re: same (0.3)                        | 4.30 hrs.  |
| 05/15/13   | J. APFEL       | Reviewed ResCap court docket and summarized significant filings for ResCap team.                                                         | 1.60 hrs.  |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page    4

| | | | |
|---|---|---|---|
| 05/15/13 | M. DISTEFANO | Reviewed revised RMBS Settlement schedule re implications for Examiner Report seal order (.2). | 0.20 hrs. |
| 05/16/13 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.20). | 0.80 hrs. |
| 05/17/13 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.90); draft case calendar based on current docket entries (.20). | 1.10 hrs. |
| 05/21/13 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (1.10); draft case calendar based on current docket entries (.30). | 1.40 hrs. |
| 05/21/13 | D. M. LeMAY | E-mails with M. Distefano regarding tomorrow's hearing. | 0.40 hrs. |
| 05/21/13 | M. DISTEFANO | Reviewed hearing agendas for 5-23-13 and drafted email to D. LeMay re same (.3). | 0.30 hrs. |
| 05/22/13 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.20). | 0.80 hrs. |
| 05/23/13 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.80); draft case calendar based on current docket entries (.30). | 1.10 hrs. |
| 05/24/13 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.20). | 0.80 hrs. |
| 05/25/13 | M. DISTEFANO | Reviewed notice of status conference on PSA and drafted email to H.Seife and D.LeMay re same (.3). | 0.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page    5


| | | | |
|---|---|---|---|
| 05/28/13 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.20). | 0.80 hrs. |
| 05/29/13 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.20). | 0.80 hrs. |
| 05/30/13 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.80); draft case calendar based on current docket entries (.30). | 1.10 hrs. |
| 05/31/13 | D. BAVA | Review and analysis of docket sheets in chapter 11 proceeding re: daily case activity (.60); draft case calendar based on current docket entries (.20). | 0.80 hrs. |


Total Fees for Professional Services.............. $15,720.50


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | .40 | 370.00 |
| T. J. MCCORMACK | 875.00 | .50 | 437.50 |
| J. APFEL | 395.00 | 1.60 | 632.00 |
| D. BAVA | 295.00 | 28.10 | 8289.50 |
| S. R. RIVERA | 745.00 | 1.10 | 819.50 |
| M. DISTEFANO | 435.00 | 6.20 | 2697.00 |
| M. ROITMAN | 495.00 | 5.00 | 2475.00 |
| TOTALS | | 42.90 | 15720.50 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER        May 31, 2013

Page    1

For Services Through May 31, 2013

Our Matter #21955.003
              RESCAP: REPORT PREPARATION AND RESEARCH

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/01/13 | P. GOODMAN | Conference with T. McCormack, B. Schwinger and R. Ball regarding fraud and contract claims (1.3); conference with S.Kruglak re fraud research (0.4); analysis and drafting revisions to Section VII.L.I (12.2); reviewing edits to Section III-H (0.8). | 14.70 hrs. |
| 05/01/13 | D. BAVA | Revise report glossary (.90); | 0.90 hrs. |
| 05/01/13 | A. ROSENBLATT | Finalize tax sections of report (1.6); review and comment on typeset drafts of same (.9); meeting with Leder and Betheil re: K&E tax submission (1.1); review cases cited in K&E submission not already in Report, as well as contract language in tax allocation agreements referenced in submission (2.1); draft insert to tax section ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (1.6); discuss open issues on Project Gopher with Daucher (.3); review summary claim chart in Executive Summary to make sure it is consistent with most recent tax analysis conclusions (.6). | 8.20 hrs. |
| 05/01/13 | H. SEIFE | Review and revise report section on contribution (.8); third party claims (based on piercing) (1.8); causes of action against D&Os (2.2). | 4.80 hrs. |
| 05/01/13 | R. BALL | Reviewed revisions to Section V.H (.3); emails w/P. Goodman re revisions to Bank draft (.2); reviewed R. Schwinger analysis of Wagoner issue (.2); conf. call w/T. McCormack, R. Schwinger, P.Goodman re Wagoner and related issues (1.3); email w/S. Rivera re third party claims/Bank issue (.2); reviewed FAS 91 edits (.2); email w/Mesirow re same (.1); t/cs w/H. Seife re revised Bank | 14.70 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page    2


|  |  |  |  |
|---|---|---|---|
|  |  | conclusions (.2); revisions to Section V.H. citations (.3); emails w/McCormack, Schwinger re Wagoner (.1); emails w/W. Greason re financing numbers (.2); review emails re parent/sub suit issue, research (.2); emails w/M. Glover re alter ego issues (.2); review Mesirow R&W revisions (.2); emails w/M. Szymanski re same (.1); revisions to alter ego draft (2.3); emails w/R. Kirby, M. Grazzini re same (.1); reviewed alter ego cite check (.5); emails w/P. Goodman re revisions to bank claim draft (.2); reviewed, revised Sections V.B. and V.L.2 (4.8); reviewed, revised Bank narrative (1.1); emails w/E. Miller re Sandler O'Neill document (.2); reviewed narrative re same (.3); t/c w/R. Kirby re alter ego cite check issues (.2); reviewed M. Szymanski exec summary revisions and revised same (.3); reviewed fiduciary duty draft (.5) and emails w/M.Ashley re same (.2). |  |
| 05/01/13 | N. T. ZINK | Review, revise equitable subordination section (2.8); review and revise debt recharacterization section (3.8). | 6.60 hrs. |
| 05/01/13 | R. M. LEDER | Conf Betheil and Rosenblatt re K&E brief (1.1); review April 30 hearing transcript (.4). | 1.50 hrs. |
| 05/01/13 | R. A. SCHWINGER | Review draft Report section on contract/tort claims relating to 2006 bank restructuring (0.6); Continued review/analysis of fraud, contract and Wagoner rule/in pari delicto issues as to 2006 bank restructuring (2.1); Conference call with T. McCormack, R. Ball, P. Goodman re fraud, contract and Wagoner rule/in pari delicto issues as to 2006 bank restructuring (1.3); Research re Wagoner rule applicability to contract claims (0.7); Review, comment on proposed Mesirow insert | 5.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    3

|  |  |  |  |
|---|---|---|---|
|  |  | to Government Settlements narrative (0.6). |  |
| 05/01/13 | S. CHAN | Searched and gathered documents from Relativity for attorney use for report preparation. | 1.80 hrs. |
| 05/01/13 | S. R. RIVERA | Reviewed and revised AFI Indirect Claims section (1.2); reviewed and revised Exec. Summary conclusions (.9); reviewed and revised breach and fraud section re: 2006 Bank Transaction (1.8). | 3.90 hrs. |
| 05/01/13 | T. J. MCCORMACK | Conf. call with B. Schwinger, R. Ball and P. Goodman on legal issues on potential claims (1.3); review and analyze case law on subsidiary suing parent and analytical issues flowing from same (2.2); analysis of Wagoner rule and in pari delecto defenses under NY and MN law (1.7); confer H. Seife on Wagoner rule and consequences to tort and contract claims by Debtors (0.3); review cases and summarize relevant issues re: same (1.4); review and analyze claims section on 2006 bank transaction (1.2); confer with J.Finnegan re same (0.3); confer with M.Ashley re same (0.2). | 8.60 hrs. |
| 05/01/13 | W. A. GREASON | Review and revise Asset Sales portion of Report (9.2); various conferences with Mesirow re revisions to same (1.1). | 10.30 hrs. |
| 05/01/13 | V. DUNN | Reviewed portion of executive summary of Report relating to financing transactions (1.3); reviewed changes to financing narrative (.8). | 2.10 hrs. |
| 05/01/13 | M.M. GLOVER | Reviewed and commented on D&O charts (0.9); reviewed and commented on Report Exhibits (1.4); reviewed and comments on Appendices (1.1); review and revise D&O narrative (0.8); conf. R. Santangelo and Mesirow re comments to Appendices (0.7); | 10.60 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page    4

|  |  |  |  |
|---|---|---|---|
| | | reviewed revised Appendices received from MFC (4.7); follow up conf. R. Santangelo re Appendices (0.9); conf. N. Brick re director compensation narrative (0.1). | |
| 05/01/13 | F. VAZQUEZ | Conference with McSweeny re constructive trust (.3); review and revise constructive trust discussion (1.8); conference with Zink re constructive trust (.4); conference with Goodman re change in conclusion re breach of operating agreement (.3); conference with Zink re breach of operating agreement claims and equitable subordination (.3); review equitable subordination discussion (.5); conference with Voelker re choice of law (.2); review and revise recharacterization discussion (2.8); review timeline (.5); conference with Santangelo re timeline (.1); conference with McSweeny re appendices (.3); conference with Mesirow re appendices (.2); conference with Santangelo re comments to factual narrative appendices (.2); review and revise fraudulent conveyance discussion (1.4); conference with Daucher re fraudulent conveyance (.5); email to/from Cohen and Ferre re constructive trust (.2); email to/rom Migdal re recharacterization (.1). | 10.10 hrs. |
| 05/01/13 | D. M. LeMAY | Review latest revisions to Section V.A.2 (Bank REV) (1.2). Revise Section V.A.2 (.8). Telephone conferences w/Mesirow re: same (.6). Review and revise Section VII.F (Avoidance Actions) (7.2). Review and revise Section VI. (Financial Condition (2.6). | 12.40 hrs. |
| 05/01/13 | C. L. RIVERA | Review/revise contribution analysis (1.2); correspondence with B. Dye re: same (0.2); review/revise section 550 (0.8); correspondence to M. Roitman re: | 10.90 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   5

|  |  |  |  |
|---|---|---|---|
|  |  | same (0.1); call with M. Roitman re: recovery/550 issues (0.7); review/revise postpetition narrative (3.9); reviewing sub con analysis (1.9); reviewing release analysis (2.1). |  |
| 05/01/13 | S. J. KIM | Review and mark up newly revised version of timeline (4.7); t/c w/ R. Santangelo re same (.2); email same to M.Glover (.2). | 5.10 hrs. |
| 05/01/13 | E. M. MILLER | Phone call with Mesirow regarding timeline in report appendix (0.3) Review and exchange emails with J Kim, T Zink and Mesirow regarding same (0.7) Review and exchange emails with M Ashley and B Gayda regarding dual affiliation issues regarding officers chart in report appendix (0.5) Review interview transcripts and employee profiles regarding same (0.8) Review and revise Section II of report (0.6) Review and exchange emails with Mesirow regarding revisions to charts in Section II (0.3); Follow up emails with J Kim regarding timeline in report appendix (0.4) Review and revise officers chart (1.1) and directors chart (0.9) in report appendix. | 5.60 hrs. |
| 05/01/13 | R. J. GAYDA | Review and revise Ally Securities report section (5.3); review government settlements narrative and provide comments (2.2); review and revise section regarding breach of fiduciary duty relating to government settlements (1.6); review and revise section relating to fraudulent transfers by Ally Securities (3.2). | 12.30 hrs. |
| 05/01/13 | M. B. SZYMANSKI | Review and markup of typeset copy of derivatives contractual claims section (7.4). Review and markup of Exhibits re derivatives contractual claims (1.7). Review and markup of Executive Summary (1.8). | 10.90 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    6


05/01/13   M. DISTEFANO        Revised derivatives contractual          8.60 hrs.
                               analysis (.3); reviewed bank
                               narrative proof blackline (.7);
                               drafted emails to A. Ortega and J.
                               Migdal re Report citation/style
                               questions (.2); revised third
                               party claims section re Examiner's
                               edits (.4); call with J. Saitta re
                               Mesirow securitization section
                               (.2); drafted email to A. Bartell
                               re Bank REV section (.1); drafted
                               emails to M. GLover and R.
                               Santangelo re Mesirow appendices
                               (.3); reviewed Mesirow's revised
                               securitization section (.2);
                               meeting with E.Daucher re
                               solicitation of party views on
                               Minnesota statute (.2); drafted
                               email to case parties re Minnesota
                               issues (.8); call with R. Ball re
                               derivatives contractual analysis
                               (.1); reviewed edits to same (.3);
                               revised final Ally Bank narrative
                               proof (.7); reviewed and finalized
                               bank and third party claims
                               appendices (2.1); call with Z.
                               Levin re privileged excerpt from
                               Neporent (.3); call with B. Miller
                               re same (.2); revised third party
                               claims choice of law provision
                               (.8). meeting with F. Vazquez re
                               financial appendices (.2); call
                               with D. Troia and J. Saitta re
                               Escrow Bank custodian services
                               (.3); meeting with S.Rivera re
                               bank and third party claims tasks
                               (.2).


05/01/13   M. D. ASHLEY        Call with M. Pusateri regarding         11.40 hrs.
                               fiduciary duty legal research
                               issues (.2); call with N. Brick
                               regarding Board protocol section
                               revisions and appendices (.3);
                               call with A. Voelker, M. Pusateri
                               regarding fiduciary duty claims
                               analysis (.3); call with P.
                               Goodman regarding fiduciary duty
                               and fraud claims analysis (.2);
                               meeting with T. McCormack
                               regarding fiduciary duty and fraud
                               claims relating to 2006 Bank
                               Restructuring (.3); reviewed

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   7

                    factual analysis, production
documents, interview transcripts,
and legal research materials (3.2)
and revised draft Board protocol,
fiduciary duty, and aiding and
abetting sections of Report (5.8);
emails with A. Voelker regarding
fiduciary duty legal research
issues (.4); emails with J. Pappas
regarding revisions to fiduciary
duty and aiding and abetting
sections of Report (.3); emails
with C. Rivera, M. Roitman
regarding fiduciary duty claims
relating to AFI and RMBS
Settlements (.1); emails with E.
Miller, N. Brick regarding Board
section appendices (.3).

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/01/13 | N. STEBINGER | Review and analysis of cases cited in Section VII.L.1 of the Report. | 1.30 hrs. |
| 05/01/13 | P. ASNANI | Research of case law re aiding and abetting fraud claims and draft related third party claims section. | 7.10 hrs. |
| 05/01/13 | P. KAMINSKI | Review and analysis of source materials cited in the Report for the Financing Narrative (4.2) and related Appendices (2.9). Review and mark-up the financing narrative typeset proof from printer with further edits (3.7). | 10.80 hrs. |
| 05/01/13 | J. PAPPAS | Review and analysis of cases cited in the Report for Section VII. B, E, C, D, H, and G. | 16.40 hrs. |
| 05/01/13 | M. GRAZZINI | Continue to review and edit asset sale narrative. | 5.30 hrs. |
| 05/01/13 | M. GRAZZINI | Meet with A. Bartell regarding PEO/HC issues and report editing (.3); Meet with B. Betheil regarding report editing (.2); various emails with transaction team report drafters re revisions to report sections (1.3); review and prepare revised report sections for printer (2.7); emails with printer with revised report sections (1.4); meet with F. | 6.50 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page    8


|  |  |  |  |
|---|---|---|---|
|  |  | Vazquez regarding report editing (.3) |  |
| 05/01/13 | P. DORIME | Cite checking substantive section of III.I of final Report | 10.10 hrs. |
| 05/01/13 | B. BETHEIL | Meeting with R.Leder and A.Rosenblatt re K&E tax submission (1.1); review, hand markup, and style check of typeset narrative summary of tax issues and legal analysis of tax issues (5.7); Emails (.3) and tel. calls (.3) w/ E. Sartori re: exhibits and quality control review of numbers. | 7.40 hrs. |
| 05/01/13 | R. SANTANGELO | Reviewed and marked up Appendices (3.4); call w/ J. Migdal re: comments to section V.E. Appendices (0.3); correspondence w/ M. Glover re: comments to Appendices (0.2); reviewed proofreader comments on Appendices (1.4); call w/ M. Glover and M. Distefano re: comments to third party claims Appendices (0.2); further revisions to ResCap Appendices (0.9); follow-up meeting w/ M. Glover to discuss revisons to Appendices (1.0); call w/ Mesirow and M. Glover on revisons to Appendices (0.7); follow-up revisions to Appendices per M. Glover requests (1.6); call w/ F. Vazquez re: comments to factual narrative Appendices (0.2); call w/ M. Towers re: general Appendix matters (0.2); meeting w/ D. LeMay re: general Appendix matters (0.2); follow-up conference w/ M. Glover re: Appendix matters (0.2); further reviewed and revised Appendices in accordance with comments from transaction teams (3.6). | 14.10 hrs. |
| 05/01/13 | J. APFEL | Reviewed, revised and input hand-edits to typeset version of Government Settlements Narrative (9.2); draft riders for inclusion into Government Settlements narrative (12.6). | 21.80 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   9


| 05/01/13 | N. BRICK | Review and analysis of cases cited in Section IV.A (2.4); review and analysis of source materials cited in Section IV.A of the Report (1.8); revise Section IV Exhibits (3.4) and Appendices (3.8) per M.Glover, M.Ashley, and E.Miller for Mesirow update; edit typeset version of Sections VII.A.2, VII.K (5.7). | 17.10 hrs. |
| 05/01/13 | C. COHEN | Meeting with Meghan Towers about research for preferential transfers section of Report (0.4); meeting with Eric Daucher about preferential transfers section of Report (0.1); researched good faith defense issue for preferential transfers section of Report (1.2); drafted memo of findings about good faith defense issue for preferential transfers section of Report (1.4); researched ordinary course issue for preferential transfers section of Report (2.1); review and analysis of case law and source materials in Third Party Claims section of Report (1.1); review and analysis of case law and source materials in Constructive Trust section of Report (4.2); phone call with Kate McSweeny about review and analysis of source materials in the Report (0.2). | 10.70 hrs. |
| 05/01/13 | M. COHEN | Various conferences with team members re report finalization issues (.7); conference with M.Roitman re executive summary comments (.2); review status of cite checking (.3); conferences with cite-checkers re status and new assignments (.4); further review and edit to choice of law section of third party claims section of report (2.2); continue to review and edit general third party claims section for format and style (2.8); various | 7.90 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page    10

|            |               |                                                                                                                                                  |            |
|------------|---------------|--------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |               | conferences with printer with comments to various sections of typset versions of report (1.3).                                                   |            |
| 05/01/13   | G. DiBERNARDI | Review and analysis of source material (4.3) and case law cited (5.3) in the Third Party Claims Control Person and Alter Ego section of the Report | 9.60 hrs.  |
| 05/01/13   | Z. LEVIN      | Review and analysis of source materials cited in Section III of the Report (6.4); review and edit Section III of the Report (3.7).                | 10.10 hrs. |
| 05/01/13   | M. PUSATERI   | Confer with M. Ashley and A. Voelker regarding fiduciary duty research (.3) Research in pari delicto and applicability to breach of fiduciary duty claims and summarize findings (5.2) | 5.50 hrs.  |
| 05/01/13   | S. PALMER     | Review and analysis of source materials cited in the Third Party Claims section of master report.                                                | 3.20 hrs.  |
| 05/01/13   | S. PALMER     | Review and analysis of legal sources cited Section VII.F of master report.                                                                       | 4.10 hrs.  |
| 05/01/13   | D. SANDERS    | Review and analysis of cases cited (3.2) and source materials cited (2.8) in section VII.L.2 of the Report; review of typeset changes made to section III.H of the Report (4.2). | 10.20 hrs. |
| 05/01/13   | D. J. FRENKIL | Review and proofread section V(H) of typeset version of report (2.7); review and cite check Alter Ego section of Report (5.2).                   | 7.90 hrs.  |
| 05/01/13   | L. NOTT       | Researching burden of proof/inference standards for aiding and abetting (7.2); researching aiding and abetting issues (5.7).                     | 12.90 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page    11

| 05/01/13 | J. M. MIGDAL | Review and revise comments to Financing Appendices (6.4); confs with P. Kaminski re same (.7); review printer edits relating to financing narrative (2.3). | 9.40 hrs. |
| 05/01/13 | N. FERRE | Cite check (4.2) and edit (3.1) Section V.B of Examiner's Report. | 7.30 hrs. |
| 05/01/13 | M. RESTON | Cite checking Section V.A. and VI of draft master report. | 14.90 hrs. |
| 05/01/13 | J. F. FINNEGAN | Review April-June 2006 documents re bank transaction (1.1); discuss conclusions and inferences to be drawn from them with T. McCormack (0.3). | 1.40 hrs. |
| 05/01/13 | A. M. BARTELL | Review and analysis of cases cited (6.2) and source materials cited (5.6) in Sections V.A.2 and VI of the Report and corresponding exhibits and appendices; calls with ResCap team members re: same (.4); calls with Mesirow re: same (.4) | 12.60 hrs. |
| 05/01/13 | B. DYE | Call with T.Martin at Mesirow to discuss "substantially all" analysis (.2); drafting and revising contribution legal analysis (2.6); call with C. Rivera to discuss contribution legal analysis (.2); meeting with H. Seife to discuss contribution analysis (.1); revising executive summary on tortious interference (3.3); revising tortious interference legal analysis (4.7). | 11.10 hrs. |
| 05/01/13 | R. M. KIRBY | Drafting sections of the Third Party Claims volume of the Examiner's Report re: aiding and abetting fraud claims against AFI (10.4); related legal research concerning aiding and abetting fraud under New York and Minnesota law (3.8); review and comment on current draft of sections of the Report concerning potential estate veil-piercing claim against AFI, as per R. Ball (.6). | 14.80 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   12


| 05/01/13 | M. ROITMAN | Draft analysis re: recovery of avoided transfers (6.7); Confer with C. Rivera re: same (0.7); Emails with M. Towers and E. Daucher re: same (0.3); Revise narrative for Examiner Report re: Postpetition Transactions (7.2); Confer with C. Rivera re: same (0.3); Call with A. Reinke re: same (0.2); Confer with M.Cohen re: report finalization (0.2); Confer with M.Cohen re: executive summary and comments (0.1). | 15.70 hrs. |

| 05/01/13 | M. S. TOWERS | Researched fraudulent transfer law (4.6); revised avoidance action insert (8.2) | 12.80 hrs. |

| 05/01/13 | K. McSWEENY | Review and finalize Constructive Trust argument (2.2); confer with F.Vazquez re same (.2); review and proof read and supplement factual narrative (9.7); conference with R.Fish (Mesirow) re exhibits (.3); conference with K.McColgan (Mesirow) re exhibits (.3). | 12.70 hrs. |

| 05/01/13 | S. KRUGLAK | Teleconference with P. Goodman regarding legal research project to identify nationwide case law regarding ability of wholly-owned subsidiary to sue parent corporation for fraud (.4); performing legal research for same (3.7) and draft conclusions regarding same (6.2) and email same to P. Goodman (.3). | 10.60 hrs. |

| 05/01/13 | E. DAUCHER | Analysis of "triggering creditors" at different Debtors for purposes of 11 U.S.C. s 544(b) and Minn. Stat. s 513.45(b) (2.4); research and drafting regarding affirmative defenses to claims and under Minn. Stat. s 513.45(b) (9.2); confer with F.Vazquez re fraudulent conveyance issues (.5). | 12.10 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    13


| 05/01/13 | A. VOELKER | Conducted research on breach of fiduciary duty claims and prepared memorandum on findings (3.6); conference with M.Ashley re fiduciary duty research and analysis (.3); edited report section on breach of fiduciary duties (5.4); corresponded with M. Pusateri regarding breach of fiduciary duty research (.3) | 9.60 hrs. |
|---|---|---|---|
| 05/02/13 | A. VOELKER | Conducted research on breach of fiduciary duty claims and prepared memorandum on findings (6.2); emails with M.Ashley re research results (.4); edited report section on breach of fiduciary duties (5.7); corresponded with M. Pusateri regarding breach of fiduciary duty research (.4). | 12.70 hrs. |
| 05/02/13 | E. DAUCHER | Research and drafting regarding affirmative defenses to claims and under Minn. Stat. Sec. 513.45(b) (5.2); drafting for application of Minn. Stat. Sec. 513.45(b) to transaction facts (5.6); research re: application of section 502(h) to avoidance of payments on secured debt (2.4). | 13.20 hrs. |
| 05/02/13 | S. KRUGLAK | Review emails from P. Goodman regarding legal research in connection with ability for wholly-owned subsidiary to sue parent corporation for fraud, conduct (.4); follow-up legal research regarding same and in connection with ability of wholly-owned subsidiaries to sue parent corporations for fraud (3.3); conference with T. McCormack, R. Ball, R.Schwinger and P. Goodman regarding research (1.3); further conference with T.McCormack re same (.5); draft, revise and edit narrative descriptions of same (3.2). | 8.70 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page    14


05/02/13    K. McSWEENY         Review, proof read and supplement       16.40 hrs.
                                typeset version of Report factual
                                narrative (13.9); conferences with
                                F.Vazquez re comments to same (.5).


05/02/13    M. S. TOWERS        Researched fraudulent transfer law      12.20 hrs.
                                (2.1); met with C.Rivera re
                                avoidace action issus (.8);
                                revised avoidance action report
                                insert (7.7); met with M.Cohen and
                                M.Grazzini re report typeset
                                deadlines and finalization issues
                                (1.6).


05/02/13    R. M. KIRBY         Drafting sections of the Third          13.40 hrs.
                                Party Claims volume of the
                                Examiner's Report re: aiding and
                                abetting fraud claims against AFI
                                (8.8); revising those draft
                                sections of the Report as per
                                comments from S. Rivera and H.
                                Seife (1.9); related legal
                                research concerning aiding and
                                abetting fraud under New York and
                                Minnesota law (2.7).


05/02/13    M. ROITMAN          Revise narrative for Examiner           13.60 hrs.
                                Report re: Postpetition
                                Transactions (6.4); Emails with M.
                                Knoll and R. Ball re: conclusions
                                with respect to AFI settlement
                                (0.7); Confer with C. Rivera re:
                                same (0.5); Revise analysis of
                                section 544 strong arm powers
                                (1.7); Revise Executive Summary
                                (3.8); Draft email to ResCap team
                                re: conclusions in executive
                                summary (0.5)


05/02/13    B. DYE              Review changes to tortious             11.30 hrs.
                                interference appendix (.7);
                                revising tortious interference
                                legal analysis (4.8); drafting new
                                value analysis (5.8).


05/02/13    A. M. BARTELL       Review and analysis of cases cited      18.40 hrs.
                                (6.8) and source materials cited
                                (5.4) in Sections V.A.2 and VI of
                                the Report; review and analysis of
                                cases cited in related appendices
                                and exhibits (3.2); review and
                                analysis of source materials cited

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   15

|            |                |                                                                                                                                                              |            |
|------------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | in related appendices and exhibits (2.2); emails (.4) and calls (.4) with members of ResCap team re same.                                                    |            |
| 05/02/13   | M. RESTON      | Cite checking Section V.A. and VI of draft master report (8.7)                                                                                               | 8.70 hrs.  |
| 05/02/13   | N. FERRE       | Cite check (3.4) and edit (1.4) Section V.B of Examiner's Report.                                                                                            | 4.80 hrs.  |
| 05/02/13   | J. A. STENGER  | Office correspondence with S. Rivera and R. Gayda regarding revisions to third party claims section of report (.6); research regarding same (2.2).          | 2.80 hrs.  |
| 05/02/13   | J. M. MIGDAL   | Edits to Financing Appendices (3.3); review and edit Recharacterization analysis (2.8); discuss same with F. Vazquez (.4); emails with C. Tan re drawdowns under Second Line of Credit Facility (.6). | 7.10 hrs.  |
| 05/02/13   | L. NOTT        | Continue to research aiding and abetting issues.                                                                                                             | 6.60 hrs.  |
| 05/02/13   | D. J. FRENKIL  | Edited section V(H) of Report (2.4); review and revise paragraph references in Section VIII.C of Report (2.2).                                               | 4.60 hrs.  |
| 05/02/13   | D. SANDERS     | Review and analysis of cases cited (8.4) and source materials cited (5.8) in sections III.H, VII.L1 and VII.L2 of the Report.                                | 14.20 hrs. |
| 05/02/13   | S. PALMER      | Review and analysis of legal sources cited Section VII.F of master report.                                                                                  | 13.10 hrs. |
| 05/02/13   | J. LIN         | Began citechecking Section VII.F.6 of ResCap Report (8.2).                                                                                                   | 8.20 hrs.  |
| 05/02/13   | Z. LEVIN       | Review and analysis of source materials cited in Section III the Report (6.8); review and edit Section 111 (5.6).                                            | 12.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   16


| 05/02/13 | G. DiBERNARDI | Review and analysis of source materials cited (1.3) and case law cited (1.6) in the third party claims main section of the Report. | 2.90 hrs. |
|---|---|---|---|
| 05/02/13 | G. DiBERNARDI | Review and analysis of source materials cited (4.2) and case law cited (6.6) in the third party claims control person and aiding and abetting fraud section of the Report. | 10.80 hrs. |
| 05/02/13 | M. COHEN | Meeting with M.Towers and M.Grazzini re  report status and upcoming deadlines (1.6); further review and edits to non-RMBS claims section of third party claims section of report (3.3); continue to review and edit general third-party claims section for style and format (2.7); review status of cite-checking (.4) and conferences with cite-checkers re status and new assignments (.5); various conferences with printer with changes to typset sections of report (1.4); review and prepare various updated sections of report for review by Examiner (2.2). | 12.10 hrs. |
| 05/02/13 | J. APFEL | Reviewed, revised and input hand-edits to typeset version of Government Settlements Narrative (7.4); draft riders for inclusion into Government Settlement narrative (5.7). | 13.10 hrs. |
| 05/02/13 | C. COHEN | Meeting with Meghan Towers about research for Avoidance Actions section of Report (0.3); researched issue for Avoidance Actions section of Report (1.8); review and analysis of case law in Avoidance Actions section of Report (5.8); review and analysis of case law in Constructive Trust section of Report (0.9). | 8.80 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   17


| 05/02/13 | N. BRICK | Review and analysis of cases cited in Section IX (3.4); review and analysis of source materials cited in Section IX (2.8); revise Section IV.A, VII.A.2, and XI (4.8); conference with Mesirow re graphics for Section IV.A, VII.A.2, and XI (.7); confer with C.Rivera re subcon releases (.7); revise 3rd party tortious interference section (.9). | 13.30 hrs. |
| 05/02/13 | B. BETHEIL | Review and hand markup of typeset legal analysis of tax issues (2.8); Review draft analysis of insider preference claims and research law on new value affirmative defense (4.6). | 7.40 hrs. |
| 05/02/13 | R. SANTANGELO | Reviewed and marked up Appendices (3.9); call w/ A. Bartell re: PEO/HC issues in Appendices (0.3); meeting w/ M. Glover re comments to Appendices (0.5); follow-up work on Appendices per M. Glover requests (2.6); correspondence with team members re: revisons to Appendices (1.2); conference w/ F. Vazquez re: comments to factual narrative Appendices (0.2); conference w/ R. Kirby re: comments to third party claims Appendices (0.1); conference w/E. Daucher re: comment to Project Gopher Appendices (0.2); conference w/ B. Dye re: comments to servicing Appendices (0.2); follow-up meeting w/ M. Glover re: revisions to Appendices (0.7); further follow-up work on Appendices (4.2); further meeting w/ M. Glover re: revisions to Appendices (0.4); reviewed and marked up revised Appendices received from Mesirow (2.7). | 17.20 hrs. |
| 05/02/13 | P. DORIME | Review of substantive cites in Section III.I for final Report | 4.10 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER      May 31, 2013
                                                   Page   18


05/02/13   M. GRAZZINI        Review master report in connection      13.30 hrs.
                              with Glossary and index
                              preparation (.3); phone call with
                              Mesirow regarding report
                              finalization (.4); meet with M.
                              Towers and M. Cohen regarding
                              report finalization and upcoming
                              deadlines (1.6); e-mails with
                              transaction team report drafters
                              regarding revisons to report
                              sections and finalization (1.4);
                              review and prepare revised report
                              sections for submission to printer
                              (2.6); various emails with printer
                              regarding revised sections of
                              report (1.3); continue to edit and
                              format master report and
                              incorporate transaction team
                              comments (2.1); continue to edit
                              asset sale narrative (3.6).

05/02/13   J. PAPPAS          Review and analysis of cases cited      16.60 hrs.
                              in the Report for Section VII.B,
                              E, C, D, H, and G.

05/02/13   P. KAMINSKI        Review and analysis of source           6.60 hrs.
                              materials in the Financing section
                              of report (2.6); review and mark
                              up appendices in financing section
                              to conform to typeset and all
                              style guide conventions (2.2);
                              review and mark up the glossary
                              and other certain appendices to
                              also conform to typeset formatting
                              and style conventions (1.8).

05/02/13   A. PRICE           Review, edit and format master          7.10 hrs.
                              Examiner's Report.

05/02/13   P. ASNANI          Further research of case law re         4.60 hrs.
                              aiding and abetting fraud claims
                              for third party claims section.

05/02/13   N. STEBINGER       Review and analysis of cases cited     11.20 hrs.
                              (6.6) and source materials cited
                              (4.6) in Section VII.L.1 of the
                              Report.

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   19


05/02/13   M. D. ASHLEY        Meeting with N. Brick regarding        16.10 hrs.
                               revisions to Board protocol
                               section of Report (.4); calls with
                               A. Voelker regarding legal
                               research relating to aiding and
                               abetting claims (.5); reviewed
                               factual analysis, interview
                               transcripts, and legal research
                               materials (5.5) and revised draft
                               fiduciary duty and aiding and
                               abetting sections of Report (8.2);
                               emails with P. Goodman regarding
                               potential fraud claim (.2); emails
                               with A. Voelker regarding legal
                               research relating to fiduciary
                               duty and aiding and abetting
                               claims (.6); conference with
                               R.Gayda regarding revisions to
                               fiduciary duty and aiding and
                               abetting sections of Report (.5);
                               emails with N. Brick regarding
                               Board protocol section revisions
                               (.2).

05/02/13   M. DISTEFANO        Revised third party claims Ally        11.70 hrs.
                               Bank section re T. Martin's
                               comments (.4); call with J. Saitta
                               re third party claims appendices
                               (.1); call with T. Martin re third
                               party claims bank damages (.2);
                               revised third party claims damages
                               section (1.1); meeting with S.
                               Rivera re same (.1); meeting with
                               G. DiBernardi re third party
                               claims cite-checking (.2);
                               reviewed Appendix VIII.C (.2);
                               drafted email to Mesirow re Bank
                               REV section (.2); revised choice
                               of law section (.3); reviewed bank
                               narrative proof for final typeset
                               deadline (3.1); revised P.
                               Goodman's contractual analysis of
                               2006 Restructuring (.7); reviewed
                               Section V.A. and VIII appendices
                               (.3); call with G. DiBernardi re
                               third party claims section (.2);
                               call with T. Martin re third party
                               claims damages (.1); reviewed
                               Minnesota UFTA legal section
                               (1.4); drafted Minnesota
                               fraudulent transfer section re
                               2008 and 2009 bank transactions

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page    20


                              (3.1).

05/02/13   M. B. SZYMANSKI    Review and comment on typeset copy      12.30 hrs.
                              of derivatives narrative (6.8).
                              Review and comment on Executive
                              Summary (.8). Review and comment
                              on typeset copy of derivatives
                              contractual claims narrative
                              (4.2). Calls w/Mesirow
                              (J.Weinberg, R.Fish) re status and
                              comments to derivatives typeset
                              drafts (.5).

05/02/13   R. J. GAYDA        Review and revise report section         6.40 hrs.
                              relating to Ally Securities (4.1);
                              discuss changes to breach of
                              fiduciary duty section with M.
                              Ashley (.6); review and revise
                              Ally Securities fraudulent
                              transfer section (1.7).

05/02/13   D. E. DEUTSCH      Review, analysis and editing of          6.10 hrs.
                              part of ResCap report on
                              preferences (6.1).

05/02/13   E. M. MILLER       Revise directors chart in report         4.20 hrs.
                              appendix (1.4) Review and exchange
                              emails with Mesirow regarding same
                              (0.4) Review and revise draft of
                              background section of report (0.9)
                              Review and revise officers chart
                              in report appendix (0.8) Further
                              revisions to director chart (0.7).

05/02/13   D. M. LeMAY        Revise Section VII.F (Avoiding          12.70 hrs.
                              Powers) (10.8). Revise Section VI
                              in response to comments from the
                              Examiner (1.1). Final review of
                              Mesirow changes to Section VI.A.2
                              (.8).

05/02/13   M.M. GLOVER        Reviewed and revised timeline          12.20 hrs.
                              (1.8); review and revised D&O
                              charts (2.2); review and revised
                              financial appendices (1.9); review
                              and revised D&O comp appendices
                              (2.3); reviewed and final comments
                              on Section IV.B. (2.6); conf. with
                              R. Santangelo re Appendix
                              conventions (0.5); follow up call
                              with N. Brick re Section IV.B. and
                              related appendices (0.2); follow

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                                    May 31, 2013
                                                                                 Page   21

|            |              |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |            |
|------------|--------------|----------|
|            |              | up meeting with R. Santangelo re comments to appendices (0.7). | |
| 05/02/13 | C. L. RIVERA | Confer with D. LeMay re: J. Gonzalez comments to insolvency section (0.2);  revising insolvency section (0.8); review/revise MN section (0.7); confer with E. Daucher re: same (0.2); confer with M. Towers re: fraudulent transfer (0.9); call with J. Bourgeois and K. Mathieu re: REV on Resort Finance sale (0.3); meeting with N. Brick re: sub con and releases (0.7); confer with H. Seife and D. LeMay re: fraudulent transfer section (0.2); confer with T. Zink and M. Towers re: govt settlements and revolver (0.4); confer with M. Roitman re: post-petition narrative (0.3); confer with Z. Levin re: same (0.1); confer with T. Zink re: revolver/fraudulent transfer (0.2); review/revise fraudulent transfer (5.8). | 10.80 hrs. |
| 05/02/13 | F. VAZQUEZ | Conference with Zink re timeline (.3); review and revise constructive trust section (1.7); conference with Betheil and Dye re contributions to Debtors (.3); Review and revise Section III.A-E (3.6); review and revise Section III.F and I (5.6); conference with McSweeny re factual narrative (.5); conference with McSweeny re constructive trust (.3); conference with Zink re factual narrative and legal sections of report (.5); conference with Migdal re recharacterization analysis (.4); review and revise timeline (.3); email to/from McSweeny re clawback (.1); conf w/Dorime re cite check (.3); email to/from Miller re clawback (.1); email to/from Cohen and Grazzini re typeset issues (.3). | 14.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER        May 31, 2013
                                                     Page    22

| 05/02/13 | V. DUNN | Reviewing changes to financing narrative for Report. | 1.70 hrs. |
|---|---|---|---|
| 05/02/13 | W. A. GREASON | Worked on finalizing Asset Sale section of Report (4.2); confer with S.Berson re same (.4); worked on related Exhibits and Appendices (1.3); analysis to address reasonable equivalent value concerns for the asset sales (1.6); confers with Mesirow to review each deal to ensure accuracy in descriptions of same (1.3). | 8.80 hrs. |
| 05/02/13 | T. J. MCCORMACK | Confer S. Kruglak re: research on parent being sued by wholly-owned subsidiary (0.5); confer R. Ball, R. Schwinger and P. Goodman re: same (1.3); review, revise and edit section on potential fraud/contract claims arising from 2006 bank transaction (5.2). | 7.00 hrs. |
| 05/02/13 | S. R. RIVERA | Reviewed and revised Contract and Fraud Section (1.2); review related research (.5); reviewed and revised Indirect Claims against AFI Section (1.4); reviewed and revised Damages section (.8). | 3.90 hrs. |
| 05/02/13 | S. CHAN | Review and analysis report citations and compile/index cited source materials (3.8); searched requested documents from Relativity for attorney use for narrative prep (0.9); review and proofread Mesirow changes to Report Appendices (4.7) | 9.40 hrs. |
| 05/02/13 | S. BERSON | Conference with W. Greason re: comments to asset sale narrative. | 0.40 hrs. |
| 05/02/13 | R. A. SCHWINGER | Detailed review and markup of revised draft Report section on contract/tort claims relating to 2006 bank restructuring (2.6); Meeting with T. McCormack, P. Goodman, R. Ball, S. Kruglak re legal issues as to draft Report section on contract/tort claims | 6.90 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    23

                              relating to 2006 bank
                              restructuring (1.3); Review,
                              analyze legal research on ability
                              of wholly-owned sub to sue its
                              parent (1.4); Draft edits/insert
                              to Report section on contract/tort
                              claims relating to 2006 bank
                              restructuring re ability of
                              wholly-owned sub to sue its parent
                              (1.6).

05/02/13   R. BALL            Emails w/P. Goodman re new draft,          16.40 hrs.
                              choice of law research (.1);
                              reviewed new draft (.7); emails
                              w/E. Miller, M. Szymanski re
                              Manaro/MoFo interview (.1); emails
                              w/T. McCormack re sub suit vs.
                              parent (.2); reviewed Fiduciary
                              duty draft (.6); emails w/M.
                              Ashley re comments on same (.2);
                              reviewed research re sub suit vs.
                              parent (.3); emails w/S. Rivera re
                              same (.1); email comments on draft
                              to P. Goodman (.2); emails w/M.
                              Szymanski re revisions to exec
                              summary (.1); reviewed, revised
                              same (.6); reviewed, revised new
                              Bank markup (.7); emails w/T.
                              McCormack and team re same (.2);
                              Confer with T.McCormack, P.Goodman
                              and R.Schwinger re 2006 bank
                              restructuring, contract claims
                              (1.3); emails w/P. Goodman re
                              research, draft revisions re same
                              (.2); emails w/M. Szymanski re
                              Sandler documents (.2); reviewed
                              derivatives narrative re same
                              (.3); reviewed, revised proof of
                              bank narrative (2.3); review,
                              revised proof of derivatives
                              narrative and derivatives claims
                              narrative (3.4); review, revised
                              proof of alter ego narrative
                              (2.2); reviewed revised 2006 Bank
                              transaction analysis (.7); emails
                              w/H. Seife re same (.1); emails
                              w/Mesirow re FAS 91 edits (.1);
                              reviewed Mesirow edits (.2);
                              emails w/J. McConnell re R&W
                              issues (.2); draft footnote re
                              broker agreement Fiduciary duty
                              issue (.5); emails w/M. Roitman re

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   24


|  |  |  |  |
|--|--|--|--|
|  |  | exec summary comments (.1); reviewed Committee letter re alter ego, other issues (.2); emails w/S. Rivera, M. DiStefano re same (.1); emails w/M. Knoll, M. Roitman re MoFo broker agreement investigation (.2). |  |
| 05/02/13 | H. SEIFE | Review and revise report sections on fraudulent transfers (1.4); MN insider preference law (2.3); claims based on 2006 Bank transaction and in pari delicto defenses (2.5); review and revised executive summary (1.9). | 8.10 hrs. |
| 05/02/13 | A. ROSENBLATT | Review B. Miller email re: disclosure and use of PEO and other protected documents (.2); review updated style request from J.Gonzalez and make sure changes are made to tax sections to address it (.4); review Betheil revisions to tax fact narrative and provide comments to same (.6); call with J.Gonzalez re: K&E submission on tax claims (.6); review follow-up issue on K&E submission following call with A. Gonzalez (.4); review new value legal analysis (1.0); call with J. Atkins re: new value schedule and related tasks (.4); review existing schedule of new value and compose questions for Mesirow re: same (.8); begin to outline new value section (1.5); review Musicland case and other key cases cited in Daucher legal section relevant to new value analysis (1.4); emails with Ashley re: aiding and abetting fiduciary duty claims (.4). | 7.70 hrs. |
| 05/02/13 | M. BALDWIN | Review and revise servicing related provisions in Derivatives narrative (1.6). | 1.60 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page    25

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/02/13 | D. BAVA | Revise glossary (.80); conferences with S. Chan re: cite/reference checking of report against bankruptcy case filings (.40); retrieve filings related to fee letters (.30). | 1.50 hrs. |
| 05/02/13 | P. GOODMAN | Review and address PEO and Clawback issues in Section III-H (0.9); analysis and drafting Section VII.L.I (8.4); editing Section VII.L.I (2.8); confer with T. McCormack and and team re contract claims re 2006 bank restructuring (1.3); confer with Minnesota counsel regarding third-party claims analysis (0.4). | 13.80 hrs. |
| 05/03/13 | P. GOODMAN | Analysis of 3rd party claims regarding 2006 Bank Restructuring (4.1); conference call with R.Ball and S.Rivera re same (.9); revising Section VII.L.I (7.3); drafting Section VIII.C.5.b (7.1). | 19.40 hrs. |
| 05/03/13 | D. BAVA | Prepare certain draft parts of Section VII and for attorney review (1.60). | 1.60 hrs. |
| 05/03/13 | M. BALDWIN | Review letter from Committee and submissions related to MSR (1.5); conference w/Ms. Szymanski re same (.2). | 1.70 hrs. |
| 05/03/13 | A. ROSENBLATT | Review Committee letter sent from Distefano for implications to tax analysis (.4); meeting with D.LeMay and Project Gopher team re: analysis and conclusions and related issues (1.3); call with Mesirow and Betheil re: new value schedule (1.4); review multiple drafts of new value schedule (.9); draft introductory paragraphs for new value section (.9); outline structure of new value section (.8); review documents, including financial statements and public SEC filings, sent from Mesirow to support various contributions of new value made by AFI and valuations for same (1.6); discuss | 10.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   26

|  |  |  |  |
|---|---|---|---|
| | | application of new value defense with Dye and Betheil, including valuing contributions, open research issues and related issues (1.3); review Executive Summary and provide additional comments to Roitman (.6); emails to McCormack re: confirming no use of PEO or other privileged or protected documents (.3); emails with Zink and Vazquez re: conclusions re: equitable remedies (.3); review Seife email re: firm deadlines for finalization of Report (.2); emails from Project Gopher transaction analysts, including Distefano and Gayda, with preliminary summaries of amounts of avoidable transfers and timing of same (.3). | |
| 05/03/13 | H. SEIFE | Review and revise report section on aiding and abetting breach of fiduciary duties (1.3); review and revise report section on third party claims (2.1); review and revise executive summary (1.4); meeting with D.LeMay and report finalization team re status of report sections and deadlines (.6). | 5.40 hrs. |
| 05/03/13 | R. M. LEDER | Review Executive Summary (1.1); and review Creditors Committee May 2nd letter in response to AFI April 12th response (0.4). | 1.50 hrs. |
| 05/03/13 | R. A. SCHWINGER | Further review and comments on latest revision of draft Report section on contract/tort claims relating to 2006 bank restructuring (1.1); Review, mark up/comment on Executive Summary portion relating to contract/tort claims relating to 2006 bank restructuring (0.6). | 1.70 hrs. |
| 05/03/13 | S. CHAN | Review and proofread Mesirow changes/revisions to Report Appendices. | 16.80 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   27


05/03/13    N. T. ZINK          Review and revise executive          2.60 hrs.
                                summary section of the Examiner's
                                Report (2.6).

05/03/13    R. BALL             Emails w/Mesirow re Executive        14.60 hrs.
                                summary (.3); reviewed, revised
                                executive summary sections (.8);
                                emails w/P. Goodman, S. Rivera re
                                third-party claims/2006 Bank
                                transaction (.4); reviewed aiding
                                and abetting section (.6) and
                                emails with M.Ashley re same (.2);
                                conf. call w/Goodman, S. Rivera re
                                third party claims bank section
                                (.9); conf. call w/Mesirow re
                                Committee letter, potential
                                related issues re
                                derivatives/Pipeline Swap (.9);
                                review and revise bank typeset
                                proof (3.1); review and revise
                                derivatives typeset proof (2.7);
                                review and revise alter ego
                                typeset proof (2.4); emails
                                w/Mesirow re 2007, later
                                securitizations (.3); t/c w/M.
                                DiStefano re same (.2); review
                                third party claims draft re same
                                (.2); conferred w/J. Frenkil re
                                short-citing alter ego (.3);
                                reviewed, revised cite-check of
                                alter ego (.9); emails w/Goodman,
                                Rivera re bank summary conclusions
                                (.2); emails w/P. Goodman re MN
                                choice of law issues (.2).

05/03/13    S. R. RIVERA        Reviewed and revised contract and     7.30 hrs.
                                fraud claims by noteholders (1.8);
                                reviewed related research (.9);
                                reviewed and revised third party
                                claims section in preparation for
                                typeset (1.6); corresp. w/Examiner
                                re same (.2); confer call with
                                P.Goodman and R.Ball re comments
                                to third party claims section
                                (.9); confer with M.Distefano and
                                M.Cohen re finalization of third
                                party claims section (.6);
                                reviewed and revised third party
                                claims section of Executive
                                Summary (1.3).

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER       May 31, 2013
                                                      Page    28

| | | | |
|---|---|---|---|
| 05/03/13 | T. J. MCCORMACK | Review current draft of executive summary (1.3); review and comment on current drafts/typeset version of corporate governance and transaction sections (2.1); review certain choice of law research on contract vs. tort claims (1.1); review revised exec. summary on corp. governance issues (0.9). | 5.40 hrs. |
| 05/03/13 | W. A. GREASON | Continue to review and revise Asset Sale section of Report (4.1); conference call with Mesirow, C.Rivera and M.Towers re REV asset sale analysis (.8). | 4.90 hrs. |
| 05/03/13 | V. DUNN | Reviewed executive summary and provided comments to M. Roitman (1.1); reviewing documents in connection with avoidance section of Report (3.2). | 4.30 hrs. |
| 05/03/13 | F. VAZQUEZ | Conference with Zink re factual narrative (.3); conference with Daucher re 502(h) and possible equitable subordination implications (.4); review and revise Section III. F & G (2.6); review and revise Section III.I (1.4); review and update chart of legal claims (1.8); conference with Zink re chart of legal claims (.3); conference with Langford and McSweeny re Section III.F and G (.3); conf w/Towers and Roitman re filing of report (.1); email to/from Miller re clawback (.3); conf w/Zink re revised timeline (.1); conf w/Sanders re choice of law research (.1); email to/from Glover re Section 108 (.1); email to/from Zink and Rosenblatt re tax issues (.2); review and revise executive summary (.5); email to/from Ferre re constructive trust (.1); review MBIA submission (1.3); email to/from Zink re MBIA submission (.1); email to/from Levin re clawback (.1). | 10.10 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   29


| 05/03/13 | M.M. GLOVER | Reviewed and commented on numerous Report Appendices (7.2); conf. with R. Santangelo re comments and revisions to same (1.8); reviewed new D&O peer group chart (0.7); conf. N. Brick re comments to director compensation narrative and Appendices (0.2); follow-up confer with R.Santangelo re revisions to Appendices (0.6); follow up review of HC/PEO issues in Report (0.4). | 10.90 hrs. |
|---|---|---|---|
| 05/03/13 | C. L. RIVERA | Confer with M. Roitman re: post-petition narrative (0.7); reviewing/revising post-petition narrative (4.1); reviewing Committee memo on derivatives (0.4); reviewing/revising executive summary for sub con and release issues (0.7); correspondence re: same with D. LeMay, T. Zink and M. Roitman (0.2); call with B. Greason, M. Towers and Mesirow re: REV on asset sale (0.8); follow up correspondence with B. Greason and M. Towers re: same (0.3). | 7.20 hrs. |
| 05/03/13 | D. M. LeMAY | Meeting of Minnesota avoidance action team to review results, timetable and deliverables (1.3); revise Section 7.F (avoidance actions) (10.1); conference wtih J.Gonzalez re comments to same (.4); meeting with H.Seife, M.Towers and team re report finalization and deadlines (.6). | 12.40 hrs. |
| 05/03/13 | E. M. MILLER | Revise directors chart in report appendix (1.8) Review timeline from J.Kim (0.3) | 2.10 hrs. |
| 05/03/13 | S. J. KIM | Review and mark up newly revised version of timeline (1.7); email same to E. Miller (.2). | 1.90 hrs. |
| 05/03/13 | R. J. GAYDA | Review and revise executive summary sections relating to government settlements and Ally Securities (1.8); meeting with D.LeMay and Project Gopher team re | 11.10 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   30

|  |  |  |  |
|---|---|---|---|
|  |  | MN UFTA exposure (1.2); research regarding settlement payment defense and Minnesota UFTA (2.3); draft report section regarding Minnesota state law issues (5.8). |  |
| 05/03/13 | M. B. SZYMANSKI | Review and markup typeset copy of derivatives narrative (1.8). Review and clean-up revisions to typeset copy of derivatives contractual claims narrative (3.3). | 5.10 hrs. |
| 05/03/13 | M. DISTEFANO | Drafted Minnesota fraudulent transfer section re 2009 bank transaction (5.8); research re same (2.3); drafted email to M. Roitman re executive summary conclusions re Ally Bank RMBS claims (.6); drafted email to ResCap team re Committee letter (.3); revised third party claims section (1.6); Conf with E. Daucher and B. Gayda re Minnesota UFTA (.4); meeting with S. Rivera and M. Cohen re third party claims finalization (.6); meeting with D. LeMay, A. Rosenblatt, B. Gayda and E. Daucher re Minnesota UFTA exposure (1.2); call with M. Glover re report style (.1); call with Z. Levin re Bank section confidentiality sign-off (.2); attend meeting with M.Towers, M.Roitman, M.Cohen and M.Grazzini re report finalization issues (.7). | 13.80 hrs. |
| 05/03/13 | M. D. ASHLEY | Review factual and legal research materials (3.1) and revise Board protocol, fiduciary duty, and aiding and abetting sections of Report (4.6); emails with J. Pappas regarding revisions to fiduciary duty and aiding and abetting sections of Report (.3); emails with A. Voelker regarding fiduciary duty and aiding and abetting claims analysis (.4); emails with R. Schwinger regarding potential defenses to aiding and abetting claims (.2); emails with R. Gayda regarding potential fiduciary duty claims (.2); | 9.90 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   31


|  |  |  |  |
|---|---|---|---|
|  |  | reviewed and revised draft Executive Summary of Report (1.1). |  |
| 05/03/13 | N. STEBINGER | Review and analysis of cases cited (1.4) and source materials cited (.9) in Section VII.L.1 of the Report. | 2.30 hrs. |
| 05/03/13 | P. ASNANI | Research of case law re: statute of limitations re state and federal securities claims (4.7); research and review third party litigation pleadings (2.4); and drafting third party claims section of report (5.8). | 12.90 hrs. |
| 05/03/13 | A. PRICE | Continue to review, edit and format master Examiner's Report. | 2.20 hrs. |
| 05/03/13 | J. PAPPAS | Review and analysis of cases cited in the Report for Section VII.E, C, D, and G. | 13.20 hrs. |
| 05/03/13 | M. GRAZZINI | Continue to edit and format master report and to incorporate transaction team comments (2.1); meet with M. Towers and M. Cohen regarding report status and finalization (2.2); meet with H. Seife, D. LeMay, M. Cohen, and M. Towers regarding report finalization and filing (.6); meet with M. Towers, M. Distefano, M. Cohen, B. Dye, and M. Roitman regarding report finalization (.7); edit asset sale narrative in connection with HC/PEO issues and Mesirow edits (1.8); edit glossary appendix (1.1); meet with M. Cohen to review report status and coordination of finalizing same (1.0); various emails to transaction team/drafters re report finalization issues (.7). | 10.20 hrs. |
| 05/03/13 | B. BETHEIL | Meet w/ A. Rosenblatt and B. Dye re: new value affirmative defense to insider preference claim (1.3); Review draft analysis of insider preference claims and financial statements and journal entries re: AFI contributions to ResCap and | 12.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   32

|  |  |  |
|---|---|---|
|  | debt forgiveness (4.6); Conf. call w/ A. Rosenblatt and Mesirow re: new value (1.4); Draft analysis of new value available to AFI to offset insider preference claims (5.1). |  |
| 05/03/13  R. SANTANGELO | Reviewed and revised Appendices (5.9); various emails (.8) and calls (.7) with Mesirow re comments to Appendices; meeting w/ M. Glover re: comments and revisions to Appendices (1.7); calls w/ S. Chan re: review and proof reading of Mesirow revisions to Appendices (0.6); call w/ M. Grazzini re: finalization of Appendices (0.1); calls w/ A. Vanderkamp at Mesirow re: comments to Appendices (0.4); calls w/ M. Towers re: comments to fraudulent transfer section of Appendices (0.2); call w/ M. Towers and M. Glover re: Report finalization issues (0.2); follow-up call w/ M. Glover re: revisions to Appendices (0.7); calls w/ N. Brick re: comments to Appendices section IV.A (0.2); call w/ J. Apfel re: comments to government settlement Appendices (0.1); call w/ Z. Levin re: comments to Appendices section III (0.1); follow-up revisions re: Appendices (4.1). | 15.80 hrs. |
| 05/03/13  J. APFEL | Reviewed, revised and input hand-edits to typeset version of Government Settlements narrative (3.3); draft riders for same (2.4); edited exhibits for final typeset version of Government Settlements Narrative (1.3); reviewed and edited Appendix prepared by Mesirow for Section V.C. (Government Settlements Narrative) (1.1); and circulated same to M. Glover and R. Santangelo (.3); researched legal issues regarding disgorgement of value for postpetition payments made on obligations incurred prepetition in connection with | 11.90 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   33

|            |           | Government Settlements narrative (2.1); Reviewed Executive Summary on behalf of R. Ball for indemnity cap discussion (1.4). | |
|------------|-----------|---|---|
| 05/03/13 | N. BRICK | Review and analysis of cases cited in Sections VII.K and IX (4.2); review and analysis of source materials cited in Section IX (2.8); revise Mesirow appendices for Section IV.B (1.8). | 8.80 hrs. |
| 05/03/13 | C. COHEN | Researched third-party reliance issue for Report (2.6); meeting with Margaret Grazzini about review and analysis of case law in Constructive Trust section of Report (0.2); meeting with Meghan Towers about research for Avoidance Actions section of Report (0.2); researched issues for Avoidance Action section of Report (7.1); phone call with Meghan Towers about research for Avoidance Actions section of Report (0.2). | 10.30 hrs. |
| 05/03/13 | M. COHEN | Conference with M.Distefano and S.Rivera re finalization of third party claims section (.6); continue to review and revise D&O section of third party claims section (1.8); review and edit third party claims sections to incorporate and conform recent changes among the sections (3.6); meeting with M.Towers and M.Grazzini re report status, deadlines and finalization (2.2); meeting with H.Seife, D.LeMay, M.Towers and M.Grazzini re report finalization (.6); further meeting with M.Towers, M.Distefano and M.Grazzini re report finalization issues (.7); follow-up meeting with M.Grazzini re coordination of report finalization issues (.9). | 10.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   34

| 05/03/13 | G. DiBERNARDI | Review and analysis of case law cited in the Third Party Claims Control Person and Aiding and Abetting Fraud section of the Report | 1.60 hrs. |
|---|---|---|---|
| 05/03/13 | G. DiBERNARDI | Review and analysis of source material cited (2.3) and case law cited (2.8) in the Section VII F of the Report | 5.10 hrs. |
| 05/03/13 | Z. LEVIN | Review and analysis of source materials cited in Section III the Report (5.8); review and edit Section III of Report (5.1). | 10.90 hrs. |
| 05/03/13 | J. LIN | Continue to review and citecheck section VII.F.6 of ResCap Report (5.3). | 5.30 hrs. |
| 05/03/13 | S. PALMER | Review and analysis of source materials cited Section VII.F of master report. | 1.20 hrs. |
| 05/03/13 | D. SANDERS | Research for P. Goodman and R. Ball re choice of law provisions in tort actions (3.9); Review and analysis of cases cited in section III.H of the Report (2.2) | 6.10 hrs. |
| 05/03/13 | D. J. FRENKIL | Edited Alter Ego section for short-cites | 5.60 hrs. |
| 05/03/13 | J. M. MIGDAL | Research potential avoidance of additional collateral transactions under MN law (3.4). | 3.40 hrs. |
| 05/03/13 | J. A. STENGER | Office correspondence with S. Rivera regarding third party claims section of report (0.3); research regarding revisions to third party claims section (0.6). | 0.90 hrs. |
| 05/03/13 | N. FERRE | Cite check and edit Sections V.B (4.4) and Section VIIJ (3.8) of the Examiner's Report. | 8.20 hrs. |
| 05/03/13 | M. RESTON | Cite checking Section V.A. and VI of draft master report (8.1) | 8.10 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   35


| | | | |
|---|---|---|---|
| 05/03/13 | A. M. BARTELL | Review and analysis of cases cited (5.6) and source materials cited (4.1) in Sections V.A.2 and VI of the Report and corresponding exhibits and appendices; telephone calls (.4) and emails (.3) with Mesirow and ResCap teams re: citation review. | 10.40 hrs. |
| 05/03/13 | B. DYE | Drafting new value legal analysis (4.8); meeting with A. Rosenblatt and B. Betheil regarding Project Gopher new value analysis and related research (1.3); revising tortious interference legal analysis (6.3). | 12.40 hrs. |
| 05/03/13 | R. M. KIRBY | Drafting sections of the Third Party Claims volume of the Examiner's Report re: aiding and abetting fraud claims against AFI (12.2); reviewing related legal and factual research received from L. Nata and P. Asnani in preparation for further revisions to those draft sections of the Report; (1.8); e-mails w/P. Asnani and L. Nata re: follow-up legal and factual research (.4). | 14.40 hrs. |
| 05/03/13 | M. ROITMAN | Revise Executive Summary (2.2); emails with V. Dunn, D. LeMay and F. Vazquez re: comments to same (0.4); Call with R. Ball re: same (0.2); Revise narrative for Examiner Report re: Postpetition Transactions (5.1); confer with C. Rivera re: same (0.7); confer with Z. Levin and A. Reinke re: cite checking for same (0.5); meeting with M.Towers, M.Grazzini and M.Cohen re finalization of report (0.7). | 9.80 hrs. |
| 05/03/13 | K. McSWEENY | Continue to review and supplement typeset version of Report factual narrative. | 4.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   36


05/03/13   M. S. TOWERS       Researched fraudulent transfer law          14.20 hrs.
                              (6.3); revised avoidance action
                              section (2.3); Prepared for
                              meeting with M. Cohen and M.
                              Grazzini re: report filing
                              deadlines (.3); attended meeting
                              with M. Cohen and M. Grazzini re:
                              report filing deadlines (2.2);
                              prepared for meeting re: report
                              finalization and deadlines (.6);
                              attended meeting with H. Seife,
                              D.LeMay, M.Cohen and M.Grazzini
                              re: report finalization and
                              deadlines (.6); prepared for
                              meeting with report finalization
                              team (.3); attended meeting with
                              report finalization team (.7);
                              attended call with Asset Sales
                              team re: REV analysis (.9).

05/03/13   E. DAUCHER         Meeting with D. LeMay and team to           12.70 hrs.
                              discuss application of section
                              502(h) to avoidance of payments on
                              secured debt (1.3); Drafting for
                              application of Minn. Stat. Sec.
                              513.45(b) to transaction facts
                              (11.4)

05/03/13   A. VOELKER         Conducted research on breach of             6.90 hrs.
                              fiduciary duty claims (1.8);
                              edited report section on breach of
                              fiduciary duties (3.3);
                              corresponded with D. Sanders
                              regarding rider protocol (.2);
                              drafted rider for corrections to
                              breach of fiduciary duty section
                              (1.6).

05/04/13   E. DAUCHER         Revise report section addressing           9.60 hrs.
                              Minnesota's insider preference
                              statute, affirmative defenses
                              related thereto, and potential
                              liability arising thereunder.

05/04/13   A. VOELKER         Corresponded with J. Pappas               0.20 hrs.
                              regarding cite checking breach of
                              fiduciary duty claims section.

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER        May 31, 2013
                                                      Page   37

| 05/04/13 | A. M. BARTELL | Review and analysis of source materials cited in the Exhibits and Appendices to Section VI.C of the Report. | 1.80 hrs. |
|---|---|---|---|
| 05/04/13 | M. S. TOWERS | Researched fraudulent transfer law (6.2); revised avoidance action insert (5.2) | 11.40 hrs. |
| 05/04/13 | R. M. KIRBY | Revising sections of the Third Party Claims volume of the Examiner's Report re: third party claims asserted against AFI (14.6); review and comment on other sections of Third Party Claims volume of the Report, as per S. Rivera (.9); e-mails w/P. Asnani and L. Nata re: follow-up legal and factual research (.3). | 15.80 hrs. |
| 05/04/13 | M. ROITMAN | Revise Executive Summary (5.4); Confer with D. LeMay re: same (0.6); Emails with R. Kirby re: same (0.2); Revise narrative for Examiner Report re: Postpetition Transactions (3.3); Emails with Z. Levin and C. Rivera re: same (0.6). | 10.60 hrs. |
| 05/04/13 | B. DYE | Meeting with A. Rosenblatt and B. Betheil re new value legal analysis (1.2); drafting and revising new value legal analysis (5.4). | 6.60 hrs. |
| 05/04/13 | J. A. STENGER | Review and revise third party claims section of report (6.4); office correspondence with S. Rivera regarding same (0.3). | 6.70 hrs. |
| 05/04/13 | L. NOTT | Further research on aiding and abetting issues (5.8); review and proof-read R.Kirby section on third party claims (7.3). | 13.10 hrs. |
| 05/04/13 | Z. LEVIN | Review and analysis of source materials cited in Section III the Report (5.2); continue edit Section III (4.6). | 9.80 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   38

| | | | |
|---|---|---|---|
| 05/04/13 | D. SANDERS | Review and analysis of cases cited (7.3) and sources cited (5.3) in sections VII.L.1 and VIII.c. | 12.60 hrs. |
| 05/04/13 | S. PALMER | Review and analysis of legal materials cited Section VII.F of master report. | 8.20 hrs. |
| 05/04/13 | J. LIN | Citechecked for substance and style Section VII.F.6 of the Report (4.9); citechecked Section VII.C of the Report (4.2). | 9.10 hrs. |
| 05/04/13 | M. COHEN | Further review and editing of third party claims section to incorporate and conform recent changes among the sections (5.8); continue to review and revise non-RMBS claims section of third party claims section (2.3). | 8.10 hrs. |
| 05/04/13 | M. COHEN | Meeting with M.Grazzini re finalization of report sections (1.4); review status of report cite-checking (.4); conferences with cite-checkers re status of same (.4); various conferences with printer with changes to typset versions of sections of report (1.1); review and prepare various updated sections of report for review by Examiner (.9). | 4.20 hrs. |
| 05/04/13 | C. COHEN | Phone call with Meghan Towers about fraudulent transfer research for Avoidance Actions section of Report (0.1); researched fraudulent transfer issues for Avoidance Actions section of Report (3.1). | 3.20 hrs. |
| 05/04/13 | N. BRICK | Review and analysis of source materials cited in Section IX of the Report. | 1.10 hrs. |
| 05/04/13 | J. APFEL | Conducted legal research regarding the statute of limitations of fraud causes of action in NY (3.2); reviewed and input personal edits and edits provided by other government settlement team members by hand to the typeset version of | 7.90 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   39

|            |               |                                                                                                                                                                                                                                                                                                                                                                                                                                          |             |
|------------|---------------|---------------------------------------------------------------------------------------------------------------------|-------------|
|            |               | the Government Settlements Narrative (1.3); drafted subsection of the ResCap Examiner's Report in connection with the potential preference claims related to the postpetition payments made by ResCap in connection with the A&R Servicing Agreement (3.4). |             |
| 05/04/13   | R. SANTANGELO | Reviewed and revised Report Appendices (6.3); call w/ M. Lorch at Mesirow re: comments to Appendices (0.3); various emails with Mesirow with comments to Appendices (1.4); call w/ N. Brick re: revisions to Glossary (0.2); call w/ M. Glover re: comments to Appendices and Glossary (0.6); call w/ N. Brick re: comments to Appendix Section IV.A.2 (0.3); updated status chart re: Appendices for report finalization (1.1); follow-up revision work re: Appendices (4.2). | 14.40 hrs.  |
| 05/04/13   | B. BETHEIL    | Meet w/ A. Rosenblatt and B. Dye re: new value affirmative defense to insider preference claim (1.2); Review government settlement and asset sales sections of report and financial statements and journal entries re: AFI contributions to ResCap and debt forgiveness (4.6); Draft analysis of new value available to AFI to offset insider preference claims (5.9); Emails w/ Mesirow re: financial statements and journal entries on debt forgiveness (0.5). | 12.20 hrs.  |
| 05/04/13   | M. GRAZZINI   | Continue to review and edit asset sale narrative (3.4); e-mails with transaction team report editors regarding finalizing report sections (.8); meet with M. Cohen regarding master report finalization coordination and related issues (1.4). | 5.60 hrs.   |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   40

| 05/04/13 | J. PAPPAS | Review and analysis of cases cited in the Report for Section VII.E and G. | 10.10 hrs. |
| 05/04/13 | P. ASNANI | Further research of case law re: statute of limitations re state and federal securities claims (4.2); research aiding and abetting fraud claims (3.8) and continue to edit and revise third party claims sections of report (7.2). | 15.20 hrs. |
| 05/04/13 | M. DISTEFANO | Revised fraudulent transfer analysis of 2008/2009 Bank Transactions (4.9); research re 546(e) settlement defense (1.8); reviewed typeset proof of Ally Bank narrative (.7). | 7.40 hrs. |
| 05/04/13 | M. B. SZYMANSKI | Review comments and markup of typeset copy of derivatives narrative (5.7). Review comments and markup typeset copy of derivatives contractual claims narrative (1.9). Review and markup of third party claims section (1.3). | 8.90 hrs. |
| 05/04/13 | R. J. GAYDA | Draft, review and revise report sections relating to Minnesota state law issues (5.7); review and revise third party claims sections (1.1). | 6.80 hrs. |
| 05/04/13 | C. L. RIVERA | Correspondence with M. Knoll re: servicing benefits (0.3); reviewing Debtors' submission for same (0.2); begin review of release section (0.9). | 1.40 hrs. |
| 05/04/13 | M.M. GLOVER | Reviewed revised Appendices (3.6); conf. call R. Santangelo re comments to Appendices and Glossary (0.6); emails with transaction team members re comments to Appendices (0.4). | 4.60 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    41


| 05/04/13 | F. VAZQUEZ | Conference with Zink re report (.3); email to and from Ferre re clawback issue (.1); review and revise Section VII.B (1.4); email to and from Goodman and Daucher re Minn. statute of limitations (.3); email to and from Grazzini and Cohen re revisions to Sections III and VII (.3). | 2.40 hrs. |
|---|---|---|---|
| 05/04/13 | W. A. GREASON | Review and update Asset Sale section of Report (1.2). | 1.20 hrs. |
| 05/04/13 | T. J. MCCORMACK | Review current insert to third-party claim section on Noteholders' submission on 2006 transaction (1.1); e-mails with P. Goodman and R. Ball re: same (0.5). | 1.60 hrs. |
| 05/04/13 | S. R. RIVERA | Reviewed and revised Noteholder Claims section (2.4); reviewed and revised final proof of Bank narrative (1.4); conf call with R.Ball and P.Goodman re comments to Bank narrative (.6). | 4.40 hrs. |
| 05/04/13 | R. BALL | Reviewed draft third party claims/bank draft (.9); emails w/P. Goodman, S. Rivera re same (.4); circulated revisions to P.Goodman, S.Rivera (.2); conf. call w/P. Goodman and S. Rivera re comments to third party claims/bank draft (.6); emails w/P. Goodman re research re statute of limitations (.3); emails w/E. Miller re RC 400 documents cited in alter ego (.2); emails w/M. Szymanski re derivatives drafts (.3); emails w/M. DiStefano re comments to bank narrative (.2); emails w/D. Sanders re current draft of section VII.L.1 (.3); reviewed, revised alter ego section (2.1); reviewed, revised Section VII.L.1 (1.6); reviewed, revised derivatives narrative (1.9); reviewed revised Section VII.L.2 (1.1); reviewed bank narrative (.7); emails w/M. Grazzini, M. Cohen re finalizing drafts (.3); | 12.60 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER        May 31, 2013
                                                      Page   42

|  |  |  |  |
|---|---|---|---|
|  |  | emails w/M. Knoll, M. Roitman re Glassner involvement in MoFo investigation (.2); emails w/M. Knoll re conclusion/analysis re MSR Swap/MSR capitalization issue, revision re LIBOR rate change materiality (.6); emails w/M. Knoll re DeLoitte (.2); reviewed MFC markup of shared services and exhibit (.4); emails w/R. Fish re same (.1). |  |
| 05/04/13 | S. CHAN | Review and proofread Mesirow changes to Report Appendices. | 13.80 hrs. |
| 05/04/13 | R. A. SCHWINGER | Review, comment upon draft of Report section on claims by Noteholders for fraud and breach of contract arising from the 2006 bank restructuring (1.3). | 1.30 hrs. |
| 05/04/13 | H. SEIFE | Review and revise executive summary section of report. | 1.40 hrs. |
| 05/04/13 | A. ROSENBLATT | Research and reviewing cases and work on new value analysis in connection with insider preference analysis (5.8); discussion with Betheil and Dye re new value analysis (1.2); conference with E. Daucher re same (.3); multiple calls with Mesirow team re new value analysis (.5). | 7.80 hrs. |
| 05/04/13 | P. GOODMAN | Revising Section VII.L.I (2.2); drafting Section VIII.C.5.b (15.6); conf call with R.Ball and S.Rivera re third party claims/bank section (.6). | 18.40 hrs. |
| 05/05/13 | P. GOODMAN | Drafting and revising Section VIII.C5.b. | 6.40 hrs. |
| 05/05/13 | A. ROSENBLATT | Review revised new value section and comment on same (1.1); emails with Dye re: status of open research issues and related issues (.4); emails with Mesirow re: new value calculations (.4). | 1.90 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   43

| 05/05/13 | H. SEIFE | Review and revise third party claims section of report (1.5); conference with S.Rivera regarding report (.3); conference with D.LeMay regarding fraudulent conveyance section of report (.5). | 2.30 hrs. |
|---|---|---|---|
| 05/05/13 | S. CHAN | Review and proofread Mesirow changes/revisions to Report Appendices. | 10.60 hrs. |
| 05/05/13 | R. BALL | Emails w/M. Knoll re shared services revisions (.1); reviewed new third party/Bank contract drafts (1.2); emails w/P. Goodman, S. Rivera re same (.4); emails w/E. Miller re RC 400 documents (.2); reviewed, revised alter ego draft (2.3); emails w/P. Goodman, S. Rivera re revisions to third party claims/bank draft (.3); reviewed H. Seife comments re draft (.2); emails w/P. Goodman, S. Rivera re same (.1); t/c w/E. Miller re PEO/HC issues (.2); emails w/E. Miller re PEO/HC clearance (.2); reviewed Mesirow markup of Section VII.L.2 (.4); emails w/J. McConnell, M. Szymanski re same (.1); emails w/E. Miller, R. Kirby re alter ego PEO/HC issues (.2); emails w/F. Vazquez, M. Ashley re equitable subordination (.1); emails w/M. Roitman re conclusions (.3); emails w/M. DiStefano re IB finance shares/guarantee issue (.2); emails w/M. DiStefano, R. Kirby, M. Szymanski re review at printers (.1); t/cs w/R. Kirby re review of alter ego draft (.3). | 6.90 hrs. |
| 05/05/13 | S. R. RIVERA | Reviewed, revised and finalized third party claims section (4.8); emails with R.Ball re comments to third party claims section (.4); confers with M.Distefano and M.Cohen re finalizing same for printer (.6); confer with R.Kirby re insert to third party claims section re Rothstein (.3). | 6.10 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   44

| 05/05/13 | T. J. MCCORMACK | Review new version of executive summary (1.2). | 1.20 hrs. |
| 05/05/13 | W. A. GREASON | Further review and updates to Asset Sales section of Report (.9). | 0.90 hrs. |
| 05/05/13 | V. DUNN | Reviewed draft section of report relating to avoidance/preference matters and financing transactions (1.1) and email comments to J. Migdal and S. Berson (.3). | 1.40 hrs. |
| 05/05/13 | M.M. GLOVER | Reviewed and commented on Glossary (1.8); emails with teams re changes to Glossary (0.4); call R. Santangelo re changes to Glossary (0.3); review HC/PEO and clawback issues (0.6); tc R. Santangelo re HC/PEO review and substitute source materials (0.3); reviewed drafts of revised Appendices from Mesirow (2.8). | 6.20 hrs. |
| 05/05/13 | F. VAZQUEZ | Review and revise Section III.I (1.6); review and revise Section VII.C and D (1.1); email to and from Ashley and Ball re equitable subordination (.2); review Section VII.E and VII.G (.9); email to and from Brick and Roitman re glossary (.1); email to and from Miller, McSweeny and Zink re clawback issues (.3); email to/from Migdal re swingline (.1); email to/from Roitman re comments to executive summary (.1); email to/from Roitman re unjust enrichment (.1); email to/from McSweeny re Section III.F (.1). | 4.60 hrs. |
| 05/05/13 | C. L. RIVERA | Review/revise release and substantive consolidation sections (2.4); correspondence with M. Knoll and A. Reinke re: same (0.4); correspondence with M. Cohen re: same (0.1); correspondence with M. Roitman re: narrative and executive summary (0.2); call with A. Vanderkamp re: finalization process (0.3). | 3.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER        May 31, 2013
                                                      Page   45


| 05/05/13 | D. M. LeMAY | Revise Section VII.F (Fraudulent Transfer) (6.4). Conf. with J.Gonzalez re comments to same (.3); Conf. with H.Seife re same (.5). Revise Executive Summary (.6). Revise Section VII.F (Minnesota Statute) (4.3). | 12.10 hrs. |
| 05/05/13 | R. J. GAYDA | Research regarding bankruptcy code sections 363 and 549 (5.7); draft report section regarding avoidance actions with respect to section 549 (4.4). | 9.10 hrs. |
| 05/05/13 | M. B. SZYMANSKI | Review and markup of typeset version of third party claims section (2.6). Review and comment on typeset version of derivatives contractual claims section (.8). | 3.40 hrs. |
| 05/05/13 | M. D. ASHLEY | Emails with N. Brick regarding revisions to Board protocol section of Report and appendices (.4); review draft Board protocol and fiduciary duty sections of Report (1.8); emails with E. Miller regarding document confidentiality issues in Report (.2). | 2.40 hrs. |
| 05/05/13 | M. DISTEFANO | Reviewed and finalized third party claims section (7.8); confer with M.Cohen re compiling sections for printer (.3); reviewed and compiled changes for Bank, Derivatives, and causes of action analysis for printer (1.8); confer with S. Rivera re same (.3); drafted Minnesota UFTA analysis for 2008 and 2009 Bank Transaction (1.6). | 11.80 hrs. |
| 05/05/13 | P. ASNANI | Further research aiding and abetting fraud claims for third party claims section of report. | 7.30 hrs. |
| 05/05/13 | J. PAPPAS | Review and analysis of cases cited in the Report for Section VII.E. | 4.10 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   46

| 05/05/13 | P. KAMINSKI | Review, mark-up and finalize entire Glossary to conform to typeset and all style guide conventions. | 5.80 hrs. |
| 05/05/13 | M. GRAZZINI | Call with printer regarding report finalization issues (.5); review and edit glossary (.9); conference with R. Santangelo and N.Brick re revisions to glossary (.2); review and prepare various revised report sections for submission to printer (2.4); emails with printer re revised report sections (1.1); review and edit third party claims section (1.4); meet with M. Cohen regarding status of sections and report finalization (1.3) | 7.80 hrs. |
| 05/05/13 | B. BETHEIL | Emails w/ M. Roitman and A. Rosenblatt re: edits to tax portion of Executive Summary (0.3). | 0.30 hrs. |
| 05/05/13 | R. SANTANGELO | Reviewed and revised Appendices (4.8); call w/ M. Glover re: comments to Glossary (0.4); call w/ M. Towers re: comments to Glossary (0.2); meeting w/ P. Kaminski and N. Brick re: comments to Glossary (0.8); reviewed and marked up Glossary (0.8); call w/ S. Chan re: review and proofreading of Mesirow revisions to Appendices (0.4); meeting w/ N. Brick re: comments to Appendices section IV.A (0.2); call w/ E. Miller re: PEO issues in Report and Appendices (0.2); call w/ C. Bugel re: PEO issues in Appendices (0.2); calls w/ A. Bartell re: PEO issues in Report (0.3); further calls w/ M. Glover re: revisions to Appendices (0.4); various emails (0.6) and calls (0.8) with Mesirow re comments to Appendices; review Appendices for PEO/HC issues (0.9); review and identify replacement sources for same (1.8). | 12.80 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   47


| 05/05/13 | N. BRICK | Finalization of Glossary (5.3); finalization of Section IV.A appendices (7.4). | 12.70 hrs. |
|---|---|---|---|
| 05/05/13 | C. COHEN | Phone call with Gabrielle DiBernardi about review and analysis of source materials and case law in Third Party Claims section of Report (0.1); phone call with Mike Distefano about review and analysis of source materials and case law in Third Party Claims section of Report (0.2); review and analysis of source materials (1.4) and case law cited (1.8) in Third Party Claims section of Report; researched preference issue for Avoidance Actions section of Report (2.9); phone call with Meghan Towers about preference research for Avoidance Actions section of Report (0.2). | 6.60 hrs. |
| 05/05/13 | G. DiBERNARDI | Review and analysis of source materials cited (3.8) and case law cited (2.4) in the third party claims control person and aiding and abetting fraud section of the Report | 6.20 hrs. |
| 05/05/13 | J. LIN | Cite-check for substance and style Section VII.F.6 of the Report (6.4); cite-check third Party claims section of the Report (1.2) | 7.60 hrs. |
| 05/05/13 | M. COHEN | Continue to review and edit D&O section of third party claims section (1.7); continue to review and edit choice of law section of third party claims section (2.1); further review and edit of general third party claims sections to incorporate and conform recent changes among sections (3.4); confers with S.Rivera and M.DiStefano re comments to third party claims section and finalizing same for printer (.7); meeting with M.Grazzini re status of report sections and finalizing same for submission to printer | 9.20 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page    48

| | | | |
|---|---|---|---|
| | | (1.3). | |
| 05/05/13 | S. PALMER | Review and analysis of legal materials cited Section VII.F of master report. | 3.60 hrs. |
| 05/05/13 | D. SANDERS | Review and analysis of source materials cited (4.6) and cases cited (6.2) in sections VIII.C, VII.L.1, and III.H. | 10.80 hrs. |
| 05/05/13 | Z. LEVIN | Review and analysis of source materials cited in Section III the Report (2.8); general editing of Section III (1.6). | 4.40 hrs. |
| 05/05/13 | J. M. MIGDAL | Review project Gopher analysis and research supporting citations in connection with finalization of analysis. | 1.60 hrs. |
| 05/05/13 | L. NOTT | Continue to review and proof-read R.Kirby section on third party claims section. | 3.30 hrs. |
| 05/05/13 | B. DYE | Revising tortious interference legal analysis for third party claims (2.3); revising new value legal analysis for Project Gopher (4.8). | 7.10 hrs. |
| 05/05/13 | M. ROITMAN | Revise Executive Summary (5.2); Email with ResCap team re: final comments to same (0.3); Emails with A. Vanderkamp re: same (0.1); Revise narrative for Examiner Report re: Postpetition Transactions (4.6); Emails with Z. Levin, C. Rivera, A. Reinke, and M. Knoll re: final comments to same (0.4); Confer with M. Grazzini and M. Cohen re: final version of same (0.5); Emails with C. Rivera re: same (0.3). | 11.40 hrs. |
| 05/05/13 | R. M. KIRBY | Revising sections of the Third Party Claims volume of the Examiner's Report re: third party claims asserted against AFI as per comments from S. Rivera and J. Stenger (11.1); call w/R. Ball re: revisions to sections of the | 11.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER         May 31, 2013
                                                       Page   49

|  |  |  |  |
|---|---|---|---|
|  |  | Report concerning potential estate veil-piercing claim against AFI (.2). |  |
| 05/05/13 | R. M. KIRBY | Drafting insert to the Third Party Claims volume of the Examiner's Report re: the pending motion to extend the stay to the Rothstein class action, as per S. Rivera. | 2.60 hrs. |
| 05/05/13 | M. S. TOWERS | Revised avoidance action section of report (11.3); conference with J.Gonzalez and D.LeMay re comments to same (.3); attended call with Mesirow re: 2008 Secured Revolver (.5) | 12.10 hrs. |
| 05/05/13 | A. M. BARTELL | Review and analysis of source materials cited in the Exhibits and Appendices to Section VI.C of the Report (5.6); telephone calls (0.4) and emails (0.4) with Mesirow re: comments to same. | 6.40 hrs. |
| 05/05/13 | K. McSWEENY | Further review and supplement typset version of Report factual narrative to meet printing deadline. | 4.80 hrs. |
| 05/05/13 | E. DAUCHER | Revise report section addressing Minnesota's insider preference statute, affirmative defenses related thereto, and potential liability arising thereunder. | 7.20 hrs. |
| 05/06/13 | A. VOELKER | Reviewed and edited breach of fiduciary duty and aiding and abetting sections of the report (3.8); drafted rider for breach of fiduciary duty section (3.6); corresponded with B. Miller and L. Nott regarding cite check of brief (.3) | 7.70 hrs. |
| 05/06/13 | E. DAUCHER | Revise report section addressing Minnesota's insider preference statute, affirmative defenses related thereto, and potential liability arising thereunder (13.6); participate in meeting with D.LeMay and Project Gopher team re Minnesota insider | 14.90 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    50


|            |                |                                                                                                                                                                       |            |
|------------|----------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | preference analysis (1.3).                                                                                                                                            |            |
| 05/06/13   | M. COHEN       | Review, revise and finalize report at printer in preparation for filing and production.                                                                              | 16.30 hrs. |
| 05/06/13   | B. DYE         | Review, revise and finalize report at printer in preparation for filing and production.                                                                              | 14.30 hrs. |
| 05/06/13   | M. S. TOWERS   | Revised avoidance action Report section (7.3); researched fraudulent transfer law (9.4)                                                                              | 16.70 hrs. |
| 05/06/13   | R. M. KIRBY    | Conducting research concerning recent decisions as to veil-piercing claims under Delaware law to further revise related sections of the Examiners' Report (1.1); Revising sections of the Examiner's Report re: potential estate veil-piercing claim against AFI, as per R. Ball (6.7); revising sections of the executive summary of the Examiner's Report re: third-party claims asserted against AFI, as per S. Rivera (1.6). | 9.40 hrs.  |
| 05/06/13   | M. ROITMAN     | Revise Executive Summary (9.9); Email to ResCap team re: same (0.2); Confer with H. Seife re: same (0.6); Revise glossary of defined terms (0.7); Conferences with T. Zink, F. Vazquez, and C. Rivera re: same (0.6); Emails with N. Brick re: source materials underlying executive summary (0.2); Follow-up confer with N. Brick re: same (0.2); Emails with S. Rivera re: third-party claims section of executive summary (0.3); Confer with A. Rosenblatt re: tax section of executive summary (0.4); Call with S. Seabury re: financial condition section of executive summary (0.2); Revise narrative for Examiner Report re: Postpetition Transactions (0.8); Emails with Z. Levin re: same (0.2). | 14.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page    51

| | | | |
|---|---|---|---|
| 05/06/13 | A. M. BARTELL | Review and analysis of cases cited in Section VII.A.1 of the Report. | 7.10 hrs. |
| 05/06/13 | J. A. STENGER | Review MBIA submission to Examiner regarding third party claims (0.8); research regarding same (0.7); correspondence with S. Rivera and T. Martin regarding MBIA claims and third party claims section of report (0.7). | 2.20 hrs. |
| 05/06/13 | L. NOTT | Meeting with E.Miller to discuss cite checking (.3); cite check sections VII.E and VII.G of Report (5.3). | 5.60 hrs. |
| 05/06/13 | J. M. MIGDAL | Emails (.3) and conference (.5) with C. Tan (Mesirow) re certain citations in Recharacterization memo; research re Project Gopher analysis (3.3); conference with V.Dunn re Project Gopher analysis (.4); prepare table of contents for Financing Narrative and Appendices (.9). | 5.40 hrs. |
| 05/06/13 | I. TUSHE | Prepare table of contents for report sections (1.7); review and compare typeset versions of report sections (2.8); prepare index of footnotes with bates numbers (2.3). | 6.80 hrs. |
| 05/06/13 | D. SANDERS | Review, revise and finalize report at printer in preparation for filing and production. | 14.60 hrs. |
| 05/06/13 | S. PALMER | Review, revise and finalize report at printer in preparation for filing and production. | 13.80 hrs. |
| 05/06/13 | Z. LEVIN | Review, revise and finlize report at printer in preparation for filing and production. | 13.60 hrs. |
| 05/06/13 | J. LIN | Cite-check section VII.F of ResCap Report (6.1); review, revise and finalize report at printer in preparation for filing and production (9.3). | 15.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    52


05/06/13    G. DiBERNARDI          Review, revise and finalize report          14.80 hrs.
                                   at printer in preparation for
                                   filing and production.

05/06/13    C. COHEN               Review, revise and finalize report          14.40 hrs.
                                   at printer in preparation for
                                   filing and production.

05/06/13    J. APFEL               Review, revise and finalize report          14.80 hrs.
                                   at printer in preparation for
                                   filing and production.

05/06/13    N. BRICK               Revise and finalize Sections IV             15.30 hrs.
                                   and IX (11.2); final edits to
                                   Appendices with Mesirow (4.1).

05/06/13    R. SANTANGELO          Review and revised Appendices               14.30 hrs.
                                   (3.6); checked Report sections
                                   against related sections of
                                   Appendices (3.4); meeting w/ M.
                                   Glover re: commnets to Appendices
                                   (0.7); follow-up revisions re:
                                   Appendices (1.7); call w/ A.
                                   Bartell re: PEO/HC issues in
                                   Appendices (0.2); meeting w/ M.
                                   Glover re: comments to Glossary
                                   (0.4); further meeting w/ M.
                                   Glover re: comments to Appendices
                                   (0.5); call w/ N. Brick re:
                                   comments to Appendices (0.3);
                                   follow-up revisions re: Appendices
                                   (2.1); reviewed and revised
                                   Glossary (1.1); call w/ B. Betheil
                                   re: tax definitions in Glossary
                                   (0.3).

05/06/13    B. BETHEIL             Emails (0.3) and calls (0.4)                 12.40 hrs.
                                   w/E.Sartori re edits to charts in
                                   narrative summary of tax issues;
                                   Review and edit narrative summary
                                   of tax issues, legal analysis of
                                   tax issues (2.6); review and edit
                                   tax section of Executive Summary
                                   (1.1); Tel call with R.Leder re
                                   comments to tax section of
                                   Executive Summary (0.4); Meet w/
                                   A. Rosenblatt re: new value
                                   affirmative defense to insider
                                   preference claim (1.3); Review
                                   government settlement and
                                   preference claims sections of
                                   report (1.4); Draft analysis of

|            |               |                                                                                                                                                                                                                                                                                                               |              |
|------------|---------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------|
|            |               | new value available to AFI to offset insider preference claims (2.8); Meet w/ D. LeMay, E. Daucher, A. Rosenblatt, R. Gayda and M. Distefano re: insider preference claims analysis (1.3); Emails w/ Mesirow re: exhibits for new value affirmative defense section (0.5); Tel call w/R.Santangelo re comments to tax section of glossary (0.3). |              |
| 05/06/13   | M. GRAZZINI   | Review, revise and finalize report at printer in preparation for filing and production.                                                                                                                                                                                                                        | 14.70 hrs.   |
| 05/06/13   | P. KAMINSKI   | Review, revise and finalize report at printer in preparation for filing and production.                                                                                                                                                                                                                        | 12.60 hrs.   |
| 05/06/13   | A. PRICE      | Continue review, edit and format Master Examiner's Report.                                                                                                                                                                                                                                                     | 3.40 hrs.    |
| 05/06/13   | J. PAPPAS     | Review and analysis of cases cited in the Report for Section VII.B., E., G.                                                                                                                                                                                                                                     | 10.80 hrs.   |
| 05/06/13   | J. MANEKIN    | Review, revise and finalize report at printer in preparation for filing and production.                                                                                                                                                                                                                        | 14.10 hrs.   |
| 05/06/13   | P. ASNANI     | Review, revise and finalize report at printer in preparation for filing and production.                                                                                                                                                                                                                        | 12.40 hrs.   |
| 05/06/13   | M. DISTEFANO  | Meeting with D.LeMay, A.Rosenblatt, R.Gayda and B.Betheil re Minnesota UFTA analysis (1.3); drafted and revised Minnesota UFTA analysis of 2008 and 2009 Bank Transactions (2.1); research on section 547 new value issues (1.7); Review, revise and finalize report at printer in preparation for filing and production (9.6). | 14.70 hrs.   |
| 05/06/13   | M. D. ASHLEY  | Calls with N. Brick regarding revisions to Board protocol section of Report (.3) call with E. Miller regarding document confidentiality issues in Report                                                                                                                                                         | 9.90 hrs.    |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    54

|  |  |  |  |
|---|---|---|---|
|  |  | (.2); meeting with A. Voelker regarding revisions to fiduciary duty and aiding and abetting sections of Report (.2); reviewed factual and legal research materials (2.1) and edited and checked Board protocol, fiduciary duty, and aiding and abetting sections of Report (5.3); emails with N. Brick regarding revisions to Board protocol section of Report (.2); emails with J. Pappas regarding revisions to fiduciary duty and aiding and abetting sections of Report (.4); emails with A. Voelker regarding fiduciary duty and aiding abetting claims analysis (.3); revised draft Executive Summary (.9). |  |
| 05/06/13 | M. B. SZYMANSKI | Review and markup of typeset copy of derivatives narrative (1.7). Review comments and related markup of typeset copy of derivatives contractual claims section (.9). | 2.60 hrs. |
| 05/06/13 | R. J. GAYDA | Review and revise report section relating to section 549 claims per H. Seife comments (3.8); research re ordinary course of business (.7); research re administrative expense claims (.8); meeting with D.LeMay and Project Gopher team re Minnesota UFTA analysis (1.3); review and revise report sections with respect to Minnesota law claims (4.9); research re UCC issues (1.4); research re section 550 issues (1.1); conference with V.Dunn re research (.4) | 14.40 hrs. |
| 05/06/13 | E. M. MILLER | Meeting with A Voelker regarding citechecking of draft report (0.3) Meeting with L Nott regarding same (0.3) Review and exchange emails with F Vazquez and T Zink regarding revision to glossary in appendix in report (0.3) Phone call with F Vazquez regarding same (0.2) Review and exchange emails with Mesirow, C Bugel and R Santangelo regarding citechecking | 2.70 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   55

of appendices in report (0.3)
Phone call with N Brick regarding
revision of officers and directors
charts in appendix in report (0.3)
Follow-up emails with N Brick
regarding same (0.2) Review and
revise investigation section of
executive summary in draft report
(0.6) Draft and send email to M
Roitman regarding same (0.2)

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/06/13 | D. M. LeMAY | Revise Section VII. F (Fraudulent Transfers) (4.8). Revise Section VII. F (Minnesota Insider Preference) (5.2). Revise Executive Summary (.7). Review Submissions from Wilmington Trust (1.1), Committee (1.1) and MoFo (.7) re: Minnesota Insider Preference. Meeting of C&P team re: revisions to Minnesota Insider Preference section (1.2). Revise footnote re: U.S. Government preference liability to respond to Examiner comments (.4). Telephone conference w/A. Gonzalez re: same (.2). | 15.40 hrs. |
| 05/06/13 | C. L. RIVERA | Review, revise and finalize report at printer in preparation for filing and production. | 14.90 hrs. |
| 05/06/13 | F. VAZQUEZ | Conference with Miller and Rivera re clawbacks (.4); review report re insolvency dates (.3); conference with Migdal re recharacterization and affect of clawback on analysis (.3); review and revise executive summary (1.1); review and revise Section VII re solvency (.8) conference with Roitman re executive summary (.3); review and revise Section VII.I (.3); conference with Zink re factual narrative (.5); conference with Towers and Roitman re glossary (.3); conference with C. Rivera re proof and next steps (.4); review and revise factual narrative (2.7); review and revise equitable subordination (1.2); conference with Pappas re | 10.20 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER            May 31, 2013
                                                         Page   56


|  |  |  |  |
|---|---|---|---|
|  |  | cite-check (.3); conference with Ball re recent interviews and implications on factual narrative (.2); email to/from Goodman and Ball re clawback (.1); email to/from Zink re: conclusions (.1); conf w/Diana Sanders and Ball re interest (.3); email to/from Roitman re executive summary (.1); conf w/LeMay and Zink re glossary (.2); email to/from Rivera re glossary (.3). |  |
| 05/06/13 | M.M. GLOVER | Reviewed and commented on numerous drafts of Appendices (5.6); conf. R. Santangelo re comments to same (0.8); emails with report editors re comments to Appendices (0.7); follow up meeting with R. Santangelo re further comments (0.9); conf. call R. Santangelo and P. Kaminsky re comments to Glossary (0.2); drafted revisions to Glossary and rules of interpretation (0.8); emails with N. Brick re comments to D&O Charts (0.3); revisions to Section IV Appendices (1.4). | 10.70 hrs. |
| 05/06/13 | S. CHAN | Review and proofread Mesirow changes to Report Appendices (4.9). | 4.90 hrs. |
| 05/06/13 | V. DUNN | Call w/S. Berson and R. Gayda re Minnesota law section of Report (.4); email to R.Gayda responding to UCC questions relating to perfection of liens (.7); met w/J. Migdal and S. Berson re Minnesota law section of report and relation to financing transactions (.4); reviewing documents in connection with avoidance section of Report (3.2) and sent e-mail to M. Roitman and D. LeMay re same (.6). | 5.30 hrs. |
| 05/06/13 | W. A. GREASON | Revise and finalize Asset Sale section of Report (4.8); revise asset sale section in executive summary (2.8). | 7.60 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   57


| 05/06/13 | S. R. RIVERA | Reviewed and revised third party claims section of Executive Summary (2.8); emails with M.Roitman re comments to same (.3); emails with R.Ball re comments to third party claims/bank section (.3). | 3.40 hrs. |
|---|---|---|---|
| 05/06/13 | N. T. ZINK | Various emails (.6) and phone conferences (.7) with F. Vazquez and C. Rivera re Report Glossary issues;  conferences F. Vazquez re Examiner conclusion issues (.6); emails with C. Rivera re conclusion language for Report (.3); email with B. Kirby re Report conclusion re solvency (.2); phone conference with D. LeMay re glossary issue (.2). | 2.60 hrs. |
| 05/06/13 | R. BALL | Reviewed, revised third party claims bank claims section, VII.L.1 (1.4); emails with P. Goodman, S. Rivera, D. Sanders re same (.3); emails with R. Kirby re misc alter ego issues (.4); emails with R. Kirby, M. Glover re comments to appendices (.2); reviewed alter ego proof (1.3); emails with R. Kirby re same (.2); emails with D. LeMay re final version of Section VI, confirming information for alter ego (.2); emails with P. Goodman, S. Rivera re process issues (.1); emails with E. Miller re PEO/HC issues (.3); emails with Mesirow re derivatives issues (.2); emails with M. Szymanski re updated derivatives markups (.3); emails with Mesirow re revisions to Section V.H. (.2); emails with P.Goodman re revisions to Executive Summary (.1); telephone conference with K. Mathieu re MSR Swap conclusions (.2); conference call with M. Knoll, K. Mathieu, J. Weinberg re same (.6); emails with J. Weinberg, M. Knoll re revisions re pre/post Bank sale MSR Swap damages issue (.6); review markups re same (.2); emails with R. Kirby | 10.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER       May 31, 2013
                                                     Page   58

|  |  |  |  |
|---|---|---|---|
| | | re printer review with revision process (.2); emails with H. Seife re interest issue (.2); draft interest footnote (.4); telephone conference with S. Rivera re third party claims alter ego issues (.3); reviewed third party claims bank proof (.7); emails with P. Goodman re same (.1); reviewed markup of derivatives narrative and claims (.8); emails with M. Szymanski re same (.2); reviewed Executive Summary (.7) | |
| 05/06/13 | S. BERSON | Reviewed and commented on legal analysis re: Minnesota issues (0.7); spoke with R. Gayda re: comments to same (0.3); spoke with V. Dunn and J. Migdal re: comments to same (0.4) | 1.40 hrs. |
| 05/06/13 | R. A. SCHWINGER | Further review and comment on revised Report section on contract/tort claims relating to 2006 bank restructuring (0.9). | 0.90 hrs. |
| 05/06/13 | R. M. LEDER | Review and comment on new draft of Executive Summary (1.2); TC with Betheil re comments to same (.4); email exchanges with Sartori re same (.2). | 1.80 hrs. |
| 05/06/13 | H. SEIFE | Review and revise report executive summary (2.1); conference with M.Roitman regarding comments to same (.6); review and revise fraudulent conveyance section of report (1.3); review and revise report third party claims section (1.8). | 5.80 hrs. |
| 05/06/13 | P. GOODMAN | Revising Section III-H in preparation for finalization (0.7); revising Section VII.L.I in preparation for finalization (2.4); revising Section VIII.C.5.b in preparation for finalization (2.8); drafting Executive Summary for Section VIII.C.5.b (2.3). | 8.20 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER        May 31, 2013
                                                      Page  59

05/06/13    A. ROSENBLATT        Meeting with B.Betheil to review        11.80 hrs.
                                 and revise new value section of
                                 Project Gopher section (1.2); work
                                 on drafting new value section
                                 (1.9); review Project Gopher
                                 submissions by Wilmington Trust
                                 and Creditors' Committee and make
                                 revisions to new value section to
                                 address assertions made in same
                                 (2.2); meeting with Project Gopher
                                 team re: status of claims
                                 analysis, new value analysis,
                                 synthesizing and related issues
                                 (1.3); calls with Mesirow re:
                                 revising new value schedules (.8);
                                 review revised schedules (.6);
                                 discuss with Daucher how to
                                 calculate avoidance of bank
                                 revolver transaction (.6); revise
                                 tax claim description in executive
                                 summary (1.0); review drafts of
                                 other sections in Project Gopher
                                 to fully understand scope and
                                 amount of avoidable transfers
                                 (1.2); emails with H. Seife re:
                                 analysis of whether there should
                                 be an interest component of
                                 certain tax claims (.5); emails
                                 with Roitman, Zink and others re:
                                 potential glossary and
                                 definitional issues (.5).

05/07/13    A. ROSENBLATT        Meeting with B.Betheil re analysis       8.20 hrs.
                                 and drafting of Project Gopher new
                                 value analysis (1.6); continue to
                                 review and revise new value
                                 analysis (2.4); multiple calls
                                 (.4) and emails (.4) with C&P team
                                 re: avoidable claim amounts, new
                                 value amounts, open issues; calls
                                 (.3) and emails (.4) with Mesirow
                                 re same; Review LeMay comments to
                                 new value analysis section and
                                 revise to address same (1.2);
                                 additional revisions to executive
                                 summary (.5); conference with Zink
                                 re: defined term issue with ResCap
                                 and how to resolve same (.3);
                                 emails with C&P team members re
                                 same (.3); calls with finalization
                                 team (M.Cohen, M.Grazzini) re: tax
                                 exhibits, footnote language and

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    60


|            |                  | other final issues (.4).                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |            |
|------------|------------------|---|------------|
| 05/07/13   | D. BAVA          | Prepare and revise Report cover pages and signature page (.80); review and revise capitalized terms in certain sections of Report against defined terms listed in Glossary while at printer (6.60).                                                                                                                                                                                                                                                                                                                                               | 7.40 hrs.  |
| 05/07/13   | H. SEIFE         | Review and revise executive summary section (1.8); review and revise fraudulent conveyance section (1.7); review of Debtors submission on MN statute (1.2); review of Committee submission on MN law (.9); review of Wilmington Trust submission (.7).                                                                                                                                                                                                                                                                                            | 6.30 hrs.  |
| 05/07/13   | R. A. SCHWINGER  | Meeting with T. McCormack re Report's principal conclusions (0.5).                                                                                                                                                                                                                                                                                                                                                                                                                                                                               | 0.50 hrs.  |
| 05/07/13   | S. BERSON        | Reviewed revised avoidance analysis (0.6); spoke with J. Migdal re: same (0.3).                                                                                                                                                                                                                                                                                                                                                                                                                                                                  | 0.90 hrs.  |
| 05/07/13   | S. CHAN          | Conference with M.Glover and R.Santangelo re Appendices proofreading (.5); continue to proofread Mesirow changes to Report Appendices (11.3).                                                                                                                                                                                                                                                                                                                                                                                                    | 12.80 hrs. |
| 05/07/13   | R. BALL          | Emails with R. Kirby re alter ego draft (.1); emails with C. Rivera re status of the review of various proofs (.3); emails with Mesirow re edits to Section VII.L.2 (.1); emails with M. Ashley re fiduciary duty claims (.1); reviewed materials re same (.2); conference call with M. Ashley, S. Rivera, J. Feltman re fiduciary duty issues (.6); emails with M. Knoll re D/S/H issues, conclusions, MSR Swap damages issue (.3); reviewed summary of conclusions (.7); drafted revised MSR Swap summary of conclusions language (.6); emails with M. Roitman re same and re characterization of potential damages numbers in Summary chart | 8.10 hrs.  |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER      May 31, 2013
                                                    Page   61

|  |  |  |  |
|---|---|---|---|
|  |  | (.3); drafted language for same (.3); reviewed, revised proposed language re scope of fiduciary duty claim review (.3); emails with M.Ashley re same (.1); telephone conference with M Towers re documentation of payment of $51.4 million (.3); emails with K. Mathieu, J. Weinberg re same (.2); reviewed documents provided by Mesirow re same (.1); telephone conference (.2) and emails (.2) with F. Vazquez re misc issues re section proofs; Reviewed MFC edits to Section VII.L.2 (.3) and emails with T.Martin re same (.1); emails with M. Knoll re R. Tuliano review re MSR Swap conclusions (.1); telephone conference with C. Rivera re review of proofs (.2); reviewed, revised Section VII.L proof (1.9); emails with T. Martin re same (.1); emails with M. Knoll re revisions to summary of conclusions (.2); reviewed same (.2) |  |
| 05/07/13 | N. T. ZINK | Review, revise and finalize report at printer in preparation for filing and production (10.1). | 10.10 hrs. |
| 05/07/13 | S. R. RIVERA | Prepared for (.3) and participated in conference call w/R.Ball, M.Ashley and Mesirow re: Fiduciary Duty Claims (.4); reviewed and revised Executive Summary (1.4); emails with M.Roitman re comments to same (.4); reviewed and made comments to typeset version of third party claim section (1.8); confers (.4) and emails (.4) with third party working group re same. | 5.10 hrs. |
| 05/07/13 | T. J. MCCORMACK | Review current version of executive summary (1.2); review and comment on corporate governance sections (0.6); confer with R.Schwinger re summary of conclusions (0.5); review status of ongoing efforts to substitute ResCap later production series for previous production cites (0.8); | 3.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   62


|            |              | confer B. Miller re: same (0.3). |           |
|------------|--------------|----------------------------------|-----------|
| 05/07/13   | W. A. GREASON | Revise asset sale section in executive summary (1.7); revise and finalize asset sale section of report (1.6). | 3.30 hrs. |
| 05/07/13   | V. DUNN      | Reviewing documents in connection with avoidance section of Report (3.7) and sent e-mail to M. Roitman and D. LeMay re comments to same (.5); call w/E. Daucher re collateral matters relating to Minnesota law section of Report (.2); reviewed portion of Report relating to Minnesota law and select financing transactions (.8) and email comments to R. Gayda (.4). | 5.60 hrs. |
| 05/07/13   | M.M. GLOVER  | Review and revise Report Appendices (3.2); meeting with R.Santangelo re comments to Appendices (.5); conference with R.Santangelo and S.Chan re proofreading Mesirow comments to Appendices (.2); review and revise Glossary (2.4); meeting with R.Santangelo re comments to Glossary (.5); review and revise finance charts (1.4); review and revise D&O charts (1.8); review and revise timeline (1.4); conference with R.Santangelo and Mesirow re comments to Appendices and finalization (.5); review PEO/HC issues and subsitute source materials (.8). | 12.70 hrs. |
| 05/07/13   | F. VAZQUEZ   | Review and revise section III.E and Cerberus PSA discussion (.5); review and revise executive summary (.8); review, revise and finalize Examiner's report at printer in preparation for filing and production (9.6). | 10.90 hrs. |
| 05/07/13   | C. L. RIVERA | Review, revise and finalize report at printer in preparation for filing and production. | 15.70 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    63

| 05/07/13 | D. M. LeMAY | Revise, edit and rewrite Section VII. F (Avoidance Actions) (13.9). Meeting with E.Daucher and team re coments to same (.5). Revise and edit Executive Summary (2.2). | 16.60 hrs. |
|----------|-------------|-----|-----|
| 05/07/13 | E. M. MILLER | Review, revise and finalize report at printer in preparation for filing and production (5.2); Review and exchange emails J Lin and R Santangelo regarding review and revision of glossary portion of appendix in draft report (0.4) Review and exchange emails with M Roitman regarding facts cited in draft executive summary (0.3); | 5.90 hrs. |
| 05/07/13 | R. J. GAYDA | Meeting with D.LeMay, E.Daucher and M.Distefano re drafting and edits to Minnesota UFTA analysis (.5); review and revise report sections relating to Minnesota state law issues (6.8); research re prejudgment interest (.9); research regarding perfection issues (2.1); review and revise executive summary (.8). | 11.10 hrs. |
| 05/07/13 | M. B. SZYMANSKI | Review and markup of typeset version of third Party claims section (2.2); review and mark up third party claims exhibits (1.1). Review and markup typeset version of derivatives contractual claims section (.6). | 3.90 hrs. |
| 05/07/13 | M. D. ASHLEY | Reviewed Independent Directors' response to Wilmington Trust standing motion and related parties' pleadings (1.7); call with R. Ball, S. Rivera, J. Feltman regarding potential fiduciary duty claims in Report (.6); calls with A. Voelker regarding fiduciary duty claims analysis (.4); call with E. Miller regarding Report preparation issues (.4); reviewed related parties submissions, interview transcripts and legal research materials (2.6) and continue to review and revise draft Board | 10.80 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER       May 31, 2013
                                                     Page   64

|  |  |  |  |
|---|---|---|---|
|  |  | protocol, fiduciary duty, and aiding and abetting sections of Report (3.2); emails with A. Voelker regarding revisions to fiduciary duty and aiding and abetting sections (.3); emails with R. Ball, S. Rivera regarding potential fiduciary duty claims (.3); emails with C. Rivera regarding revisions to fiduciary duty section of Report (.2); emails with M. Roitman, N. Brick regarding revisions to Executive Summary (.4); reviewed factual materials relating to Executive Summary (.7). |  |
| 05/07/13 | M. DISTEFANO | Revised section on settlement payment defense (1.8); meeting with D.LeMay, E.Daucher and R.Gayda re revisions to Minnesota UFTA analysis (.5); research on section 547 new value issues (1.7); revised Minnesota UFTA analysis of 2008 and 2009 Bank transactions (2.1); reviewed hand mark-ups from M. Szymanski on sections VII.L and V.B (.3); call with A. Vanderkamp re Minnesota UFTA exhibits (.3); call with C. Rivera re finalization issues (.1); revised third party claims glossary terms (.5); reviewed third party claims section (.2); calls with S.Rivera re comments to same (.2); reviewed executive summary (.2); reviewed submissions from Debtors and AFI on Minnesota UFTA (.7); Review, revise and finalize report at printer in preparation for filing and production (6.8). | 15.40 hrs. |
| 05/07/13 | P. ASNANI | Review, revise and finalize report at printer in preparation for filing and production. | 16.60 hrs. |
| 05/07/13 | J. MANEKIN | Review, revise and finalize report at printer in preparation for filing and production. | 15.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   65

| 05/07/13 | J. PAPPAS | Review and analysis of cases cited in Sections VIII E and G of the Report. | 4.10 hrs. |
|---|---|---|---|
| 05/07/13 | P. KAMINSKI | Review, revise and finalize report at printer in preparation for filing and production (12.3); review and final edits to report glossary (3.3). | 15.60 hrs. |
| 05/07/13 | B. BETHEIL | Meet w/ A. Rosenblatt re: new value affirmative defense to insider preference claim (1.6); Review and comment on exhibits for new value affirmative defense section (2.4); Review and edit analysis of new value available to AFI to offset insider preference claims (2.2); Emails w/ A. Rosenblatt and Mesirow re: impact of guarantees on new value analysis (0.6). | 6.80 hrs. |
| 05/07/13 | R. SANTANGELO | Review and revise Report Appendices (5.2); meeting w/ M. Glover re: comments to Appendices (0.6); reviewed and revised Glossary (4.8); meeting w/ M. Glover re: comments to Glossary (0.5); emails with E.Miller re comments to Glossary (0.4); various emails (.5) and calls (.6) with Mesirow re comments to Report Appendices; call w/ M. Glover, S. Chan, A. Vanderkamp re: revisions to Appendices and proofreading same (0.6); follow up emails with S.Chan re same (0.2). | 13.40 hrs. |
| 05/07/13 | R. SANTANGELO | Conferences with contract attorneys re questions raised during review of typeset Report for defined term usage. | 1.10 hrs. |
| 05/07/13 | M. GRAZZINI | Review, revise and finalize report at printer in preparation for filing and production. | 15.40 hrs. |
| 05/07/13 | A. PRICE | Continue to review, edit and format Master Examiner's Report. | 1.80 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   66


| 05/07/13 | N. BRICK | Review, revise and finalize report at printer in preparation for filing and production. | 19.60 hrs. |
| 05/07/13 | J. APFEL | Review, revise and finalize report at printer in preparation for filing and production. | 17.40 hrs. |
| 05/07/13 | C. COHEN | Review, revise and finalize report at printer in preparation for filing and production. | 16.80 hrs. |
| 05/07/13 | M. COHEN | Review, revise and finalize report at printer in preparation for filing and production. | 17.10 hrs. |
| 05/07/13 | G. DiBERNARDI | Review, revise and finalize report at printer in preparation for filing and production. | 17.80 hrs. |
| 05/07/13 | J. LIN | Cite-checked Section VII.F of ResCap Report (16.7) | 16.70 hrs. |
| 05/07/13 | Z. LEVIN | Review, revise and finalize report at printer in preparation for filing and production. | 16.40 hrs. |
| 05/07/13 | S. PALMER | Review, revise and finalize report at printer in preparation for filing and production. | 17.40 hrs. |
| 05/07/13 | D. SANDERS | Review, revise and finalize report at printer in preparation for filing and production. | 17.80 hrs. |
| 05/07/13 | J. M. MIGDAL | Review and comment on recharacterization citations (.7) and related emails with C. Tan (Mesirow) (.3); review and comment on Project Gopher analysis and citations (1.9); confer with S.Berson re comments to same (.3); review and comment on collateral addition chart (.7). | 3.90 hrs. |
| 05/07/13 | L. NOTT | Further review and proof-reading of R.Kirby section on third party claims. | 5.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   67

| | | | |
|---|---|---|---|
| 05/07/13 | A. M. BARTELL | Review and analysis of cases and statutes cited in Section VII.A.1 of the Report. | 10.20 hrs. |
| 05/07/13 | B. DYE | Review, revise and finalize report at printer in preparation for filing and production. | 7.60 hrs. |
| 05/07/13 | M. ROITMAN | Revise and finalize Executive Summary (11.4); emails with Third Party Claims team re: comments to same (0.5); Emails with M. Knoll re: comments to various sections of Executive Summary (0.6); Confer with H. Seife re: comments to certain sections of Executive Summary (0.4); confer with D. LeMay re: same (0.7); confer with C. Rivera re: comments to post-petition section of Executive Summary (0.4); Confer with N. Brick re: comments to D&O section (0.4). | 14.60 hrs. |
| 05/07/13 | M. S. TOWERS | Drafted prejudgment interest insert (1.7); review, revise and finalize report at printer in preparation for filing and production (11.4). | 13.10 hrs. |
| 05/07/13 | R. M. KIRBY | Revising sections of the Examiner's Report re: potential estate veil-piercing claim against AFI, as per C. Rivera and R. Ball (4.1); revising sections of the executive summary of the Examiner's Report re: third-party claims, as per S. Rivera (2.6); revising sections of the Examiner's Report re: third party claims asserted against AFI, as per S. Rivera (6.1). | 12.80 hrs. |
| 05/07/13 | E. DAUCHER | Revise report section addressing Minnesota's insider preference statute, affirmative defenses related thereto, and potential liability arising thereunder (10.3); meeting with D.LeMay and team to discuss comments to same (.5). | 10.80 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   68


| 05/07/13 | A. VOELKER | Reviewed independent directors' submission (2.7); reviewed master claims chart to determine if all breach of fiduciary claims were covered (4.4); corresponded with M. Cohen and C. Rivera regarding edits to report (.5). | 7.60 hrs. |
|---|---|---|---|
| 05/08/13 | A. VOELKER | Reviewed and edited aiding and abetting breach of fiduciary duty section (3.1); emails with M. Ashley regarding edits to same (.3); conference with C.Rivera to coordinate section edits (.4). | 3.80 hrs. |
| 05/08/13 | E. DAUCHER | Meeting with Examiner, H.Seife and team re Minnesota insider preference statute, conclusions (1.2); revise report section addressing Minnesota's insider preference statute, affirmative defenses related thereto, and potential liability arising thereunder (10.9). | 12.10 hrs. |
| 05/08/13 | B. DYE | Review, revise and finalize report at printer in preparation for filing and production. | 16.30 hrs. |
| 05/08/13 | M. S. TOWERS | Review, revise and finalize report at printer in preparation for filing and production. | 16.60 hrs. |
| 05/08/13 | M. ROITMAN | Revise and finalize Executive Summary (7.4); Confer with N. Brick re: comments to same (0.4); confer with D. LeMay re: comments to same (0.4); Revise postpetition transactions section of Examiner Report (1.3); Confers with C. Rivera and Z. Levin re: finalizing same (0.4) | 9.90 hrs. |
| 05/08/13 | R. M. KIRBY | Revising sections of the Examiner's Report re: potential estate veil-piercing claim against AFI, as per R. Ball (4.8); revising sections of the Examiner's Report re: third party claims asserted against AFI (1.8); Revising Section VII.K of the Examiner's Report as per C. Rivera | 8.90 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   69


                        (2.3)

| | | | |
|---|---|---|---|
| 05/08/13 | A. M. BARTELL | Review and analysis of cases and statutes cited in Section VII.A.1 of the Report. | 8.60 hrs. |
| 05/08/13 | J. A. STENGER | Correspondence with T.Martin regarding MBIA issues in third party claims section of report. | 0.60 hrs. |
| 05/08/13 | L. NOTT | Review, revise and finalize report at printer in preparation for filing and production. | 11.80 hrs. |
| 05/08/13 | J. M. MIGDAL | Research relating to collateral additions (.9); revisions to related report section (.6); review documents to cross-reference citations (1.7); confer with R.Santangelo re report tables (.4). | 3.60 hrs. |
| 05/08/13 | D. SANDERS | Review, revise and finalize report at printer in preparation of filing and production. | 14.30 hrs. |
| 05/08/13 | S. PALMER | Review, revise and finalize report at printer in preparation for filing and production. | 14.80 hrs. |
| 05/08/13 | Z. LEVIN | Review, revise and finalize report at printer in preparation for filing and production. | 15.30 hrs. |
| 05/08/13 | J. LIN | Cite-checked Section VII.F of Report (2.6); work with team at printer to review, revise and finalize report in preparation for filing and production (10.7). | 13.30 hrs. |
| 05/08/13 | G. DiBERNARDI | Review, revise and finalize report at printer in preparation for filing and production. | 14.40 hrs. |
| 05/08/13 | M. COHEN | Review, revise and finalize report at printer in preparation for filing and production. | 15.30 hrs. |
| 05/08/13 | J. APFEL | Review, revise and finalize report at printer in preparation for filing and production. | 15.80 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   70

| 05/08/13 | C. COHEN | Review, revise and finalize report at printer in preparation for filing and production. | 14.70 hrs. |
|---|---|---|---|
| 05/08/13 | N. BRICK | Review, revise and finalize report at printer in preparation for filing and production. | 18.40 hrs. |
| 05/08/13 | M. GRAZZINI | Review, revise and finalize report and printer in preparation for filing and production. | 16.80 hrs. |
| 05/08/13 | R. SANTANGELO | Conferences with contract attorneys re issues regarding review of typeset version of Report for defined term usage (1.1); emails with C.Rivera re same (.3). | 1.40 hrs. |
| 05/08/13 | R. SANTANGELO | Continue to review and mark up Report Appendices (2.8); call w/ M. Glover re: comments on Appendices (0.3); reviewed and revised Glossary (0.9); reviewed Mesirow's revisions to Appendices (1.7); reviewed "color-proofing" proposed revisions to Section IV.A. Appendices and commented on same (1.1); calls w/ S. Chan re: review of Mesirow revisions to Appendices (0.4); review and proofread Appendices against one another for consistency (2.4); call w/ M. Glover re: comments on Appendices (0.5); call w/ M. Glover and O. Ozgozukara re: comments to Appendices (0.3); call w/ J. Migdal re: Tables (0.5); call w/ N. Brick re: comments to Glossary (0.2); various emails with P.Kaminski re comments to Glossary (0.6); call w/ O. Ozgozukara re: comments to Tables (0.2); call w/ M. Glover re: comments to Tables (0.2); reviewed P. Kaminski revisions to Glossary (0.3). | 12.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   71


| 05/08/13 | B. BETHEIL | Review case on appeal addressing reasonably equivalent value for dividends (0.6) and email w/R.Leder re same (0.2); Emails w/ M. Roitman re: comments to Executive Summary (0.2); Emails w/ C. Rivera and A. Rosenblatt re: cross-references in report to tax-related analysis (0.3); Review and comment on exhibits for new value affirmative defense section (1.3); meeting with A.Rosenblatt to discuss final revisions to Project Gopher new value section (0.8). | 3.40 hrs. |
| 05/08/13 | P. KAMINSKI | Review, revise and finalize report at printer in preparation for filing and production (9.6); revise and final edits to report glossary (4.8). | 14.40 hrs. |
| 05/08/13 | A. PRICE | Continue to review, edit and format Master Examiner's Report. | 1.60 hrs. |
| 05/08/13 | J. MANEKIN | Review, revise and finalize report at printer in preparation for filing and production. | 14.10 hrs. |
| 05/08/13 | M. DISTEFANO | Review, revise and finalize report at printer in preparation for filing and production (13.3); call with D. LeMay re Minnesota UFTA analysis (.1); revised section re same (.8). | 14.20 hrs. |
| 05/08/13 | P. ASNANI | Review, revise and finalize report at printer in preparation for filing and production. | 14.10 hrs. |
| 05/08/13 | M. D. ASHLEY | Reviewed factual and legal research materials related to finalization of Board protocol, fiduciary duty, and aiding and abetting sections of Report (4.8); call with A. Voelker regarding revisions to aiding and abetting section of Report (.2); emails with A. Voelker regarding revisions to Report (.1). | 5.10 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   72


| 05/08/13 | M. B. SZYMANSKI | Review latest draft and markup typeset version of derivatives narrative. | 1.60 hrs. |
|---|---|---|---|
| 05/08/13 | R. J. GAYDA | Review and revise report section regarding application of Minnesota Insider Preference statute (4.3); research re UCC provisions (1.2); research re section 550 analysis (.7); research re Ally Commercial Finance (2.1). | 8.30 hrs. |
| 05/08/13 | E. M. MILLER | Review, revise and finalize report at printer in preparation for filing and production. | 12.70 hrs. |
| 05/08/13 | D. M. LeMAY | Revise and finalize Section VII.F (Minnesota Insider Preference) (10.3). Meeting with Examiner, H.Seife and team re: Minnesota statute claims and defenses (1.3). Revise Executive Summary (2.3); confer with M.Roitman re comments to same (0.4); confer with R.Ball re report finalization and filing (.3). | 14.60 hrs. |
| 05/08/13 | C. L. RIVERA | Review, revise and finalize report at printer in preparation for filing and production. | 17.10 hrs. |
| 05/08/13 | F. VAZQUEZ | Conference with Zink re report finalization (.5) conference with DiStefano re terms of Cerberus PSA (.3); email to and from C. Rivera re section III.A finalization (.2); review, revise and finalize report at printer in preparation for filing and production (9.2). | 10.20 hrs. |
| 05/08/13 | M.M. GLOVER | Reviewed and commented on Appendices (5.8); various conferences with R. Santangelo re comments to Appendices (.9); emails (.5) and telephone conferences (.6) with Mesirow re comments to Appendices. | 7.80 hrs. |
| 05/08/13 | G. GODWIN | Review interview transcripts and ████████████████████ | 1.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page    73

| 05/08/13 | V. DUNN | Calls w/R. Gayda re revisions to Report relating to financing transactions (.3); revising chart relating to collateral additions to be included in Report (1.1) and email same to E. Daucher (.2). | 1.60 hrs. |
|---|---|---|---|
| 05/08/13 | W. A. GREASON | Worked on finalizing asset sale section of Report (1.8). | 1.80 hrs. |
| 05/08/13 | S. R. RIVERA | Reviewed and revised third party claims section of Executive Summary (1.3); correspondence with M.Roitman re comments to same (.3); reviewed final proof of third party claims section (1.2); reviewed final proof of bank transaction section (1.1); emails with finalization team re comments to same (.3). | 4.20 hrs. |
| 05/08/13 | N. T. ZINK | Review, revise and finalize certain sections of report at printer in preparation for filing and production (1.1); conference with F.Vazquez re finalization of sections (.5) | 1.60 hrs. |
| 05/08/13 | R. BALL | Emails with R. Kirby re revisions to alter ego analysis (.2); reviewed draft text re same (.1); reviewed alter ego section proof (2.7); review emails re Second Tax Allocation Agreement/Operating Agreement issues (.2); emails with C. Rivera, M. Szymanski re proofs of derivatives sections (.3); reviewed and commented on proof of Section V.B (1.7); reviewed and commented on proof of Section VII.L (.6); telephone conference with T. McCormack re status (.2); emails with N. Brick re revisions to Section VII.L (.2); emails with M. Knoll, R. Kirby re Mesirow revisions to alter ego numbers (.2); emails with C. Bugel and T.McCormack re potential clawback issue (.2); emails with M. DiStefano re changes to derivatives proofs (.3); emails (.2) and telephone conference (.2) | 7.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   74

| Date | Name | Description | Hours |
|---|---|---|---|
| | | with D. LeMay re status, plan re report filing. | |
| 05/08/13 | S. CHAN | Continue to review and proofread Mesirow changes to Report Appendices (10.8); conference with R.Santangelo re status of review (.4). | 11.20 hrs. |
| 05/08/13 | R. M. LEDER | Review Court of Appeals affirmance in Crumpton v. Stephens (.6) and emails with Rosenblatt and Betheil in connection therewith (.3). | 0.90 hrs. |
| 05/08/13 | H. SEIFE | Review and revised executive summary section (3.2); review and revised fraudulent conveyance MN law section (2.1); meeting with J.Gonzalez to review MN statute, open issues and final conclusions (1.3); review of Ally submission on MN law claims (1.2). | 7.80 hrs. |
| 05/08/13 | A. ROSENBLATT | Attend portion of meeting with Examiner, H.Seife and team re Minnesota insider preference claims and defenses (.6); work on revisions to Project Gopher new value section (3.1); review other portions of Project Gopher section and provide comments to same (1.6); conference with D.LeMay re comments to same (.4); review and provide comments/changes to exhbits to related section (.8); meeting with B.Betheil to discuss comments and finalizing Project Gopher new value section (.9). | 7.40 hrs. |
| 05/09/13 | A. ROSENBLATT | Several conferences with LeMay, Daucher and Mesirow team to discuss and resolve final Project Gopher avoidance/new value calculation issue (1.4); revise language and other revisions to Project Gopher section (1.6); conferences with E.Daucher to address remaining issues in same (.8); review Mesirow comments and revised schedule to resolve open claim calculation issue (1.1); calls with finalization team to | 6.10 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   75

| | | | |
|---|---|---|---|
| | | resolve our language issues with tax section (.4); emails with Ball re: contract claim analysis as related to tax claim, and footnote change to address same (.4); review update on settlement discussions and timing for filing of Report in light of same (.4). | |
| 05/09/13 | D. BAVA | Revise and update Report covers and signature pages (.80); prepare contact list for the distribution of the report, complete with e-mail addresses, office addresses and facsimile numbers (3.4). | 4.20 hrs. |
| 05/09/13 | H. SEIFE | Review and revised final draft executive summary (1.8); review of Mesirow analysis of MN exposure (1.2); conference with D.LeMay regarding MN law analysis (.8); emails with D.LeMay and team re status of settlement discussions and timing for filing report (.4); emails with J.Gonzalez re same (.2). | 4.40 hrs. |
| 05/09/13 | R. BALL | Emails with R. Kirby re revisions to alter ego, tax, financing proofs (.3); emails with A. Rosenblatt re Second Tax Allocation Agreement Operating Agreement issues (.2); drafted footnote re same (.2); emails with F. Vazquez re final version of Section VII.L (.1); reviewed same (.2); emails with M. Szymanski re same (.1) emails with F. Vazquez re interest footnote (.1); telephone conference with M. Roitman re edits to Executive Summary (.2); emails with D. LeMay re report filing status (.2) | 1.60 hrs. |
| 05/09/13 | S. R. RIVERA | Reviewed final proof of bank narrative and causes of action (1.1); reviewed final proof of Exec. Summary (.7); correspondence w/Finalization Team re: comments on same (.4). | 2.20 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    76


| 05/09/13 | T. J. MCCORMACK | T/c with K. Patrick attorney to respond to inquiry on report (0.5); e-mails with H. Seife re: delay of filing of report and related issues (0.2). | 0.70 hrs. |
|---|---|---|---|
| 05/09/13 | W. A. GREASON | Worked on finalizing asset sale section of Report (1.9). | 1.90 hrs. |
| 05/09/13 | S. CHAN | Continue to review and proof read Mesirow changes to Report Appendices for finalization. | 5.80 hrs. |
| 05/09/13 | F. VAZQUEZ | Review, revise and finalize examiner's report at printer in preparation for filing and production. | 12.40 hrs. |
| 05/09/13 | M.M. GLOVER | Final review and finalization of Report Appendices (2.6); emails with Mesirow re finalization of Appendices (.4); calls (.3) and emails (.4) with Appendix review team (R.Santangelo, S. Chan, N. Brick) re finalization of same. | 3.70 hrs. |
| 05/09/13 | C. L. RIVERA | Review, revise and finalize report at printer in preparation for filing and production. | 9.60 hrs. |
| 05/09/13 | D. M. LeMAY | Review, revise and finalize Section VII.F (Project Gopher) of Report (8.2); conference with H.Seife re comments to same (.8); several conference calls with Mesirow team, A.Rosenblatt and E.Daucher to resolve and finalize liability calculations in same (1.6); emails (.6) and calls (.7) with finalization team to resolving binding, printing, filing and delivery issues. Emails with H.Seife and team re status of settlement discussions and timing for filing report (.4). | 12.30 hrs. |
| 05/09/13 | E. M. MILLER | Review, revise and finalize report at printer in preparation for filing and production. | 6.70 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   77

| 05/09/13 | R. J. GAYDA | Email correspondence with H.Seife and D.LeMay re preparation of notice of postponement of filing of report (.5) | 0.50 hrs. |
|---|---|---|---|
| 05/09/13 | M. B. SZYMANSKI | Review revised typeset copy of derivatives contractual claims section. | 0.40 hrs. |
| 05/09/13 | M. D. ASHLEY | Reviewed factual and legal research materials related to finalization of Board protocol, fiduciary duty, and aiding and abetting sections of Report (3.3); emails with A. Voelker regarding Report revisions (.3). | 3.60 hrs. |
| 05/09/13 | M. DISTEFANO | Review, revise and finalize report at printer in preparation for filing and production (13.3). | 13.30 hrs. |
| 05/09/13 | P. ASNANI | Review, revise and finalize report at printer in preparation for filing and production. | 8.10 hrs. |
| 05/09/13 | J. MANEKIN | Review, revise and finalize report at printer in preparation for filing and production. | 13.30 hrs. |
| 05/09/13 | A. PRICE | Review, revise and finalize report at printer in preparation for filing and production. | 4.60 hrs. |
| 05/09/13 | P. KAMINSKI | Review, revise and finalize report at printer in preparation for filing and production (5.2); revise and final edits to report glossary (4.4). | 9.60 hrs. |
| 05/09/13 | B. BETHEIL | Meet w/ A. Rosenblatt re: edits to new value affirmative defense section (0.4); Emails w/ E. Sartori, M. Grazzini and M. Cohen re: certain corrections to same (0.3); Review and comment on exhibits for new value affirmative defense section (0.7). | 1.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   78

| 05/09/13 | M. GRAZZINI | E-mail W. Greason regarding commnts to final report (.1); e-mail M. Cohen regarding caption page and table of contents (.3); e-mail N. Brick regarding final comments to executive summary and procedural background (.2); review, revise and finalize report at printer in preparation for filing and production (10.1). | 10.70 hrs. |
| 05/09/13 | R. SANTANGELO | Call w/ C. Rivera re: final comments on Appendices (0.3); correspondence with P.Kaminski re: final comments to Glossary (0.3); reviewed final Appendix to Report (0.9). | 1.50 hrs. |
| 05/09/13 | N. BRICK | Review, revise and finalize report at printer in preparation for filing and production. | 8.30 hrs. |
| 05/09/13 | C. COHEN | Review, revise and finalize repport at printer in preparation for filing and production. | 8.20 hrs. |
| 05/09/13 | J. APFEL | Review, revise and finalize report at printer in preparation for filing and production. | 12.20 hrs. |
| 05/09/13 | G. DiBERNARDI | Review, revise and finalize report at printer in preparation for filing and production. | 13.30 hrs. |
| 05/09/13 | J. LIN | Review, revise and finalize report at printr in preparation for filing and production. | 7.70 hrs. |
| 05/09/13 | Z. LEVIN | Review, revise and finlaize report at printer in preparation for filing and production. | 11.90 hrs. |
| 05/09/13 | M. COHEN | Review, revise and finalize report at printer in preparation for filing and production. | 13.40 hrs. |
| 05/09/13 | S. PALMER | Review, revise and finalize report at printer in preparation for filing and production. | 8.70 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    79

| 05/09/13 | D. SANDERS | Review, revise and finalize report at printer in preparation for filing and production. | 9.80 hrs. |
|---|---|---|---|
| 05/09/13 | L. NOTT | Review, revise and finalize report at printer in preparation for filing and production. | 8.70 hrs. |
| 05/09/13 | I. TUSHE | Search for correct document bates numbers cited in Report and update index. | 1.30 hrs. |
| 05/09/13 | M. ROITMAN | Review, revise and finalize report at printer in preparation for filing and production (12.7) | 12.70 hrs. |
| 05/09/13 | M. S. TOWERS | Review, revise and finalize report at printer in preparation for filing and production. | 14.60 hrs. |
| 05/09/13 | B. DYE | Review, revise and finalize report at printer in preparation for filing and production. | 13.20 hrs. |
| 05/09/13 | R. M. KIRBY | Review, revise and finalize Sections II, VII, and VIII of the Examiner's Report on-site at printer in preparation for filing and production. | 12.10 hrs. |
| 05/09/13 | E. DAUCHER | Review and revise report section addressing Minnesota's insider preference statute, affirmative defenses related thereto, and potential liability arising thereunder (4.2); conferences with A.Rosenblatt to address open issues in same (.7); participate in several conference calls with Mesirow team, D.LeMay and A.Rosenblatt re revisions to liability calculations under Minnesota's insider preference statute (1.4). | 6.30 hrs. |
| 05/09/13 | A. VOELKER | Corresponded with M. Cohen, C. Rivera and M. Ashley regarding final edits to report (.3); corresponded with D. Sanders regarding claims chart (.2). | 0.50 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   80

| 05/10/13 | R. M. KIRBY | Review, revise and finalize Sections I and VIII of the Examiner's Report on-site at printer in preparation for filing and production. | 4.60 hrs. |
| 05/10/13 | M. S. TOWERS | Review, revise and finalize report at printer in preparation for filing and production. | 6.20 hrs. |
| 05/10/13 | M. ROITMAN | Review, revise and finalize report at printer in preparation for filing and production (5.4) | 5.40 hrs. |
| 05/10/13 | B. DYE | Review, revise and finalize report at printer in preparation for filing and production. | 5.10 hrs. |
| 05/10/13 | M. COHEN | Review, revise and finalize report at printer in preparation for filing and production. | 6.30 hrs. |
| 05/10/13 | J. APFEL | Review, revise and finalize report at printer in preparation for filing and production. | 5.10 hrs. |
| 05/10/13 | M. GRAZZINI | Review, revise and finalize report at printer in preparation for filing and production. | 4.60 hrs. |
| 05/10/13 | M. DISTEFANO | Review, revise and finalize report at printer in preparation for filing and production (4.7). | 4.70 hrs. |
| 05/10/13 | R. J. GAYDA | Draft, review and revise notice of postponement of report filing (.7); email correspondence with H.Seife and D.LeMay re same (.2). | 0.90 hrs. |
| 05/10/13 | D. M. LeMAY | Final review of certain report sections (2.2); review issues for filing and service of report (.5); conferences with H.Seife and team members re postponement of report filing (.4); review notice of postponement of filing (.3); emails with H.Seife and R.Gayda re same (.2). | 3.60 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   81

| 05/10/13 | C. L. RIVERA | Review, revise and finalize report at printer in preparation for filing and production. | 5.20 hrs. |
|---|---|---|---|
| 05/10/13 | F. VAZQUEZ | Review, revise and finalize report at printer in preparation for filing and production (4.6); conf w/D.LeMay re report fiing status (.1). | 4.70 hrs. |
| 05/10/13 | T. J. MCCORMACK | Review MoFo inquiry on report (0.1); confer B. Miller re: same (0.1); conference with H. Seife on delayed filing of report and settlement negotiation (0.3). | 0.50 hrs. |
| 05/10/13 | H. SEIFE | Conference with D.LeMay re delay in report filing (.2); review and revised draft notice for filing regarding timing of filing report (.4); conference with T.McCormack re timing of filing (.2); telephone conferences with J.Gonzalez regarding same (.3). | 1.10 hrs. |
| 05/10/13 | D. BAVA | Review final pdf version of report for filing with court (at printer) (4.8). | 4.80 hrs. |
| 05/10/13 | A. ROSENBLATT | Conference with D.LeMay re Judge Gonzalez's request that Report filing be delayed (.2); review status of settlement discussions and possible implications of same on filing of Report (.3). | 0.50 hrs. |
| 05/13/13 | D. BAVA | Conference with H. Seife, D. LeMay, M. Towers, M. Cohen and H. Lamb re: filing and service logistics (.60); prepare pdf version of report for a potential court filing (1.60). | 2.20 hrs. |
| 05/13/13 | H. SEIFE | Telephone call with Kruge regarding chambers conference (.4); telephone call with J.Gonzalez regarding chambers conference and Examiner position on sealing (.3); attend chambers conference and court hearing on sealing report (.8); follow-up conference with J.Gonzalez and | 3.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   82

|  |  |  |  |
|---|---|---|---|
| | | D.LeMay re same (.3); conference with court clerk to deliver report for sealing (.6); review and revise sealing order (.4); meeting with team to discuss report filing logistics and service (.6). | |
| 05/13/13 | R. BALL | Conferred w/D. LeMay status of filing of Report. | 0.20 hrs. |
| 05/13/13 | T. J. MCCORMACK | Review e-mails on status of report filing, overall settlement efforts and Judge Glenn's orders re: same (0.3); review Judge Glenn's orders re: same (0.2); confer D. LeMay re: status (0.2). | 0.70 hrs. |
| 05/13/13 | S. R. RIVERA | Reviewed order to file report under seal (.4); correspondence (.3) and telecons (.3) w/working group, MBIA and Ally re: same. | 1.00 hrs. |
| 05/13/13 | F. VAZQUEZ | Conf w/Zink re filing of report (.2); email to/from Goodman re filing of report (.1). | 0.40 hrs. |
| 05/13/13 | C. L. RIVERA | Confer with H. Lamb re: printed books, service to court (0.1); review report as prepared by RRD (0.2). | 0.30 hrs. |
| 05/13/13 | H. LAMB | Meeting with H.Seife and team re logistics for report filing and service. | 0.60 hrs. |
| 05/13/13 | D. M. LeMAY | Meeting with H. Seife and team re: logistics of Report filing and service (.6). Conference with H.Seife and J.Gonzalez re chambers conference and Examiner position on sealing (.3);  Attend chambers conference and hearing in USBC (.7). Follow-up conference with H.Seife and J.Gonzalez re same (.3). Conference with court clerk re filing of Report under seal (.4). Prepare memo to Examiner's professionals re: chambers conference and sealing of Report (.4). | 2.70 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER        May 31, 2013
                                                     Page   83


| 05/13/13 | M. DISTEFANO | Reviewed Examiner Report sealing order and drafted email to ResCap team re same (.2). | 0.20 hrs. |
| 05/13/13 | M. COHEN | Meeting with H.Seife and team re status of filing and process for filing and service (.6); update report service list (.8). | 1.40 hrs. |
| 05/13/13 | M. S. TOWERS | Reviewed final report for filing (.4); met with H. Seife, D. LeMay and team re: filing/service process (.6); drafted proposed email to parties re: report filing (.3) | 1.30 hrs. |
| 05/14/13 | R. BALL | Emails w/D. LeMay re settlement status. | 0.10 hrs. |
| 05/15/13 | T. J. MCCORMACK | Review supplemental order by Judge Glenn re: sealing of Examiner's report (0.2); e-mails with team re: same (0.2); review 5/14 hearing transcript re same (0.3). | 0.70 hrs. |
| 05/22/13 | D. M. LeMAY | Review Berkshire Hathaway motion to unseal (.5). E-mails to H. Seife and A. Gonzalez regarding same (.4). | 0.90 hrs. |
| 05/23/13 | D. M. LeMAY | Review Debtors Plan Support Agreement and related motion (2.4). Preparation of summary of same for J.Gonzalez (1.4); Emails with H.Seife regarding same (.4). | 4.20 hrs. |
| 05/23/13 | T. J. MCCORMACK | Review Berkshire Hathaway motion to unseal Examiner's Report (0.3); review Debtors' motion to approve Plan Support Agreement (0.5). | 0.80 hrs. |
| 05/23/13 | R. BALL | Review Plan Support Agreement (.3) and Berkshire motion to unseal (.2). | 0.50 hrs. |
| 05/23/13 | H. SEIFE | Review of Berkshire motion to unseal report (.8); review of PSA (1.6) and Debtors' motion to approve PSA (.7). | 3.10 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER        May 31, 2013
                                                      Page   84

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/23/13 | M. DISTEFANO | Reviewed Berkshire motion to unseal report and drafted email to ResCap team re same (.7); reviewed Debtors' motion to approve Plan Support Agreement (.8); drafted email to ResCap team re same (.5); call with D. LeMay re PSA (.1); drafted email to J.Gonzalez re same (.3); reviewed Joinder of Wendy Alison Nora to Berkshire motion to unseal Report (.3); drafted email to ResCap team re same (.2). | 2.90 hrs. |
| 05/28/13 | M. DISTEFANO | Reviewed PSA re Examiner's Report unsealing implications (.4); emails to/from M. Towers re posting of Examiner's Report (.3); created distribution email to major case parties re same (.5). | 1.20 hrs. |
| 05/28/13 | D. M. LeMAY | Several e-mails to J.Gonzalez regarding RMBS Trustees' exit rights under PSA and relationship to sealing order. | 1.30 hrs. |
| 05/28/13 | H. SEIFE | Prepare for status conference (.4); telephone conference with J.Gonzalez regarding status conference (.3); review and analysis of plan support agreement (.9). | 1.60 hrs. |
| 05/29/13 | H. SEIFE | Telephone conference with J.Gonzalez regarding status conference before Judge Glenn (.3); prepare for status conference (.6); attend status conference before Judge Glenn (1.3); follow-up conference with J.Gonzalez (.3). | 2.50 hrs. |
| 05/29/13 | T. J. MCCORMACK | Review status report on Judge Glenn's rulings on continued sealing of Examiner's report (0.2). | 0.20 hrs. |
| 05/29/13 | D. M. LeMAY | Prepare for (1.8) and attend (1.3) status conference in USBC regarding unsealing of Report. Prepare e-mail to C&P team re same (.6). | 3.70 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   85

Total Fees for Professional Services..............$2,134,416.50

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 124.90 | 115532.50 |
| H. SEIFE | 995.00 | 58.00 | 57710.00 |
| J. F. FINNEGAN | 755.00 | 1.40 | 1057.00 |
| N. T. ZINK | 855.00 | 23.50 | 20092.50 |
| R. M. LEDER | 995.00 | 5.70 | 5671.50 |
| R. A. SCHWINGER | 825.00 | 16.60 | 13695.00 |
| T. J. MCCORMACK | 875.00 | 30.80 | 26950.00 |
| W. A. GREASON | 845.00 | 40.70 | 34391.50 |
| J. A. STENGER | 645.00 | 13.20 | 8514.00 |
| M. D. ASHLEY | 695.00 | 69.20 | 48094.00 |
| M.M. GLOVER | 825.00 | 79.40 | 65505.00 |
| A. PRICE | 655.00 | 20.70 | 13558.50 |
| A. ROSENBLATT | 745.00 | 69.90 | 52075.50 |
| C. COHEN | 395.00 | 93.70 | 37011.50 |
| D. E. DEUTSCH | 745.00 | 6.10 | 4544.50 |
| D. J. FRENKIL | 465.00 | 18.10 | 8416.50 |
| D. SANDERS | 395.00 | 110.40 | 43608.00 |
| E. M. MILLER | 655.00 | 39.90 | 26134.50 |
| F. VAZQUEZ | 665.00 | 90.30 | 60049.50 |
| J. APFEL | 395.00 | 120.00 | 47400.00 |
| J. M. MIGDAL | 655.00 | 34.40 | 22532.00 |
| K. McSWEENY | 565.00 | 38.30 | 21639.50 |
| L. NOTT | 505.00 | 67.40 | 34037.00 |
| M. BALDWIN | 795.00 | 3.30 | 2623.50 |
| M. PUSATERI | 565.00 | 5.50 | 3107.50 |
| N. FERRE | 505.00 | 20.30 | 10251.50 |
| P. GOODMAN | 695.00 | 80.90 | 56225.50 |
| R. BALL | 725.00 | 93.40 | 67715.00 |
| S. BERSON | 745.00 | 2.70 | 2011.50 |
| S. KRUGLAK | 675.00 | 19.30 | 13027.50 |
| S. J. KIM | 495.00 | 7.00 | 3465.00 |
| V. DUNN | 825.00 | 22.00 | 18150.00 |
| D. BAVA | 295.00 | 22.60 | 6667.00 |
| G. GODWIN | 260.00 | 1.30 | 338.00 |
| S. CHAN | 280.00 | 87.10 | 24388.00 |
| A. M. BARTELL | 625.00 | 75.50 | 47187.50 |
| A. VOELKER | 495.00 | 49.00 | 24255.00 |
| C. L. RIVERA | 665.00 | 96.50 | 64172.50 |
| E. DAUCHER | 495.00 | 98.90 | 48955.50 |
| M. B. SZYMANSKI | 655.00 | 49.10 | 32160.50 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER       May 31, 2013
                                                     Page   86

| M. S. TOWERS | 595.00 | 131.20 | 78064.00 |
|---|---|---|---|
| R. J. GAYDA | 655.00 | 80.90 | 52989.50 |
| R. M. KIRBY | 595.00 | 120.10 | 71459.50 |
| S. R. RIVERA | 745.00 | 41.50 | 30917.50 |
| B. BETHEIL | 565.00 | 63.70 | 35990.50 |
| B. DYE | 565.00 | 105.00 | 59325.00 |
| G. DiBERNARDI | 395.00 | 96.50 | 38117.50 |
| H. LAMB | 295.00 | .60 | 177.00 |
| I. TUSHE | 180.00 | 8.10 | 1458.00 |
| J. LIN | 395.00 | 83.30 | 32903.50 |
| J. MANEKIN | 395.00 | 56.80 | 22436.00 |
| J. PAPPAS | 395.00 | 75.30 | 29743.50 |
| M. COHEN | 395.00 | 121.70 | 48071.50 |
| M. DISTEFANO | 435.00 | 119.90 | 52156.50 |
| M. GRAZZINI | 395.00 | 110.90 | 43805.50 |
| M. ROITMAN | 495.00 | 118.00 | 58410.00 |
| M. RESTON | 395.00 | 31.70 | 12521.50 |
| N. BRICK | 395.00 | 114.60 | 45267.00 |
| N. STEBINGER | 435.00 | 14.80 | 6438.00 |
| P. ASNANI | 435.00 | 98.30 | 42760.50 |
| P. DORIME | 395.00 | 14.20 | 5609.00 |
| P. KAMINSKI | 395.00 | 75.40 | 29783.00 |
| R. SANTANGELO | 565.00 | 118.40 | 66896.00 |
| S. PALMER | 395.00 | 88.10 | 34799.50 |
| Z. LEVIN | 395.00 | 104.80 | 41396.00 |
| TOTALS | | 3900.80 | 2134416.50 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013

Page      1

For Services Through May 31, 2013

Our Matter #21955.005
        DOCUMENT REVIEW AND ANALYSIS

| | | | |
|---|---|---|---|
| 05/01/13 | S. CHAN | Review source materials cited in report to identify PEO/HC/clawback materials and prepare spreadsheet of same. | 4.70 hrs. |
| 05/01/13 | G. GODWIN | Review source materials cited in report to identify PEO/HC/clawback materials and prepare spreadsheet of same. | 8.70 hrs. |
| 05/01/13 | D. LARMON-DIXON | Review source materials cited in report to identify clawback materials and prepare spreadsheet of same. | 4.80 hrs. |
| 05/01/13 | J. LOPEZ | Review global list of cited source materials in report against bates numbered documents in Relativity in connection documents subject to PEO/HC/CBR. | 7.80 hrs. |
| 05/01/13 | L. F. MOLONEY | Search Relativity and Document depository for confidentiality designations as requested (2.2); Confer with E. Miller, C. Bugel re cite checking issues (.3); comparing draft versions against master clawback list and HC/PEO approved list (.7); Updating document production spreadsheets (1.2). | 4.40 hrs. |
| 05/01/13 | C. L. RIVERA | Review correspondence from E.Miller re: docs in narrative, report sections, PEO issues (0.1); review N. Brick update on review of same (0.2). | 0.30 hrs. |
| 05/01/13 | I. TUSHE | Review source materials cited in report to identify PEO/HC/clawback materials and prepare spreadsheet for the foregoing. | 16.30 hrs. |
| 05/01/13 | R. A. SCHWINGER | Further e-mails with E. Miller re clawback/HC issues as to Sandler O'Neill document (0.2). | 0.20 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    2


| 05/01/13 | C. BUGEL | Review source materials cited in report and compiled by para teams to identify PEO/HC/clawback materials and prepare master spreadsheet of same (13.9); confer with E.Miller re status of PEO/HC review and draft report (.4); emails with Mesirow regarding same (.3); confer with J.Lin re status of contract attorney review of PEO/HC citechecking in report (.5). | 15.10 hrs. |
|---|---|---|---|
| 05/01/13 | J. LIN | Review of documents cited in report subject to PEO/HC (9.6); conferences with contract attorneys re review of cited documents subject to PEO/HC (1.1); conferences with C.Bugel re status of same (.6). | 11.30 hrs. |
| 05/01/13 | E. M. MILLER | Review and exchange emails with AFI's counsel and debtors' counsel regarding responses to Examiner's notices of intent to use certain PEO and HC documents (0.4) Phone call with C Bugel regarding master PEO/HC document list and PEO/HC/CBR document review of draft report being sent to typesetting (0.4) Review and exchange emails with C Bugel and Mesirow regarding PEO/HC/CBR document review of draft report being sent to typesetting (0.5) Review and exchange emails with Mesirow regarding PEO/HC documents used in new Project Gopher report sections (0.5) Review and exchange emails with Mesirow and C Bugel regarding PEO/HC/CBR document review of Section VI (0.4) Follow up phone call with C Bugel regarding same (0.3) Phone call with T McCormack regarding additional PEO/HC/CBR requests in connection with draft report (0.3) Draft and send email to ResCap team regarding PEO/HC/CBR document review of draft report being sent to typesetting (0.4) Phone call with M Szymanski regarding clearance of PEO | 5.60 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    3

|  |  |  |  |
|---|---|---|---|
| | | documents to be used in report (0.4) Review and exchange emails with J Lin regarding use of ███████ ████████████ in report (0.3) Review and exchange emails with R Ball regarding submission cited in report (0.2) Review and exchange emails with K McSweeney regarding ███████████████████ cited in report (0.4) Phone call with S Palmer regarding CBR documents cited in interviews (0.4) Meeting with Z Levin regarding CBR documents used in interviews (0.3) Meeting with E Ruiz in connection with AFI's and debtors' objections to Examiner's use of certain PEO and HC documents (0.4). | |
| 05/01/13 | M. PENA | Review source materials cited in report to identify PEO/HC/clawback materials and prepare spreadsheet of same. | 8.40 hrs. |
| 05/01/13 | E. M. MILLER | Review and exchange emails with ResCap team regarding CBR documents used in interviews (0.3) Review and exchange emails with R Ball and M Szymanski regarding clearance of PEO documents to be used in report (0.5) Review documents regarding same (0.4) Phone call with J Pappas regarding PEO/HC/CBR document review of draft report (0.4) Review and exchange emails with P Dorime regarding PEO/HC/CBR document review of draft report (0.5) Review and exchange emails with C Bugel regarding master PEO/HC document list and PEO/HC/CBR document review of draft report being sent to typesetting (0.4) Phone call with M DiStefano regarding CBR documents used in interviews (0.4) Review and exchange emails with Mesirow regarding new documents produced by debtors (0.3) Review new documents (0.4) Review and exchange emails with debtors' counsel and AFI's counsel | 5.70 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    4


                           regarding Examiner's notices of
                           intent to use certain PEO and HC
                           documents (0.8) Review documents
                           regarding same (0.6)   Revise
                           master PEO/HC document list (0.7)

05/01/13   M. B. SZYMANSKI    Call w/ BMiller re: PEO/HC          3.90 hrs.
                              documents (.3); review derivative
                              documents subject to clawback and
                              PEO (3.3); emails with E.Miller re
                              results of same (.3).

05/01/13   T. J. MCCORMACK    Review e-mails on additional PEO    2.90 hrs.
                              requests (0.3) and confer B.
                              Miller re: same (0.3);
                              review/analyze issues on
                              clawbacks, logistics for Report
                              citation re: same and status of
                              overall citation efforts (1.1);
                              review/comment on draft motion re:
                              protective order on Examiner's
                              investigation materials (1.2).

05/01/13   T. SCOTT           Review additional UCC search       8.40 hrs.
                              results from DE, SOS for various
                              ResCap entities (1.2); Review
                              source materials cited in Report
                              to identify clawback materials and
                              prepare spreadsheet of same (7.2).

05/02/13   T. J. MCCORMACK    Review status of production of     4.20 hrs.
                              documents concerning MN fraudulent
                              conveyances statute (0.8); confer
                              with E.Miller re status of
                              requests to use PEO/HC document in
                              report (0.4); e-mails with
                              R.Schwinger and E.Miller re:
                              status of Sandler O'Neill
                              documents (0.3); Review, analyze
                              and address all issues concerning
                              clawback documents to be removed
                              from report, PEO/HC documents to
                              be used in report (1.1); confers
                              (0.4) and emails (0.4) with
                              E.Miller re same; various emails
                              with report drafters re same (0.8).

05/02/13   E. M. MILLER       Phone call with C Bugel regarding  8.20 hrs.
                              PEO/HC/CBR document review of
                              draft report being sent to
                              typesetting (0.6) Review and
                              exchange emails with C Bugel and

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page    5

Mesirow regarding PEO/HC/CBR
document review of draft report
being sent to typesetting (0.7)
Review and exchange emails with K
McSweeney regarding ████████
███████████cited in report
(0.4); Review and exchange emails
with debtors' counsel and AFI's
counsel regarding Examiner's
notices of intent to use certain
PEO and HC documents (1.2)  Review
documents regarding same (1.1)
Phone call with T McCormack
regarding same (0.4) Revise master
PEO/HC document list (0.9) Review
and exchange emails with F Vazquez
and G Godwin regarding PEO
document replacement search for
background section of report (0.4)
 Review and exchange emails with R
Kirby regarding PEO document
replacement search for section of
report (0.3) Review documents
regarding same (0.6)  Review list
from C Bugel regarding PEO/HC/CBR
document review of draft report
being sent to typesetting (0.5)
Review and exchange emails with L
Moloney and Mesirow regarding
Deloitte document production (0.4)
 Phone call with Mesirow regarding
same (0.3)  Review and exchange
emails with T McCormack and ResCap
team regarding use of PEO/HC
documents in report (0.4);

05/02/13   L. F. MOLONEY       Search Relativity and document          3.90 hrs.
                               depository to locate cited
                               documents and review
                               confidentiality labeling (3.1);
                               confer with CDS re loading new
                               Debtors and Deloitte productions
                               (.8).

05/02/13   J. LOPEZ            Review global list of cited source      5.30 hrs.
                               materials in report against bates
                               numbered documents in Relativity
                               in connection with documents
                               subject to PEO/HC/CBR.

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   6


| | | | |
|---|---|---|---|
| 05/02/13 | R. J. GAYDA | Review and analysis of documents relating to resort finance facility, servicing advance factoring facility, and secured MSR facility (4.2). | 4.20 hrs. |
| 05/02/13 | C. BUGEL | Continue to review source materials cited in report and compiled by para teams to identify PEO/HC/clawback materials and prepare master spreadsheet of same (7.7); confer with E.Miller re status of same (.6); follow-up emails with E.Miller and Mesirow re same (.4). | 8.70 hrs. |
| 05/02/13 | I. TUSHE | Review source materials cited in report to identify PEO/HC/clawback materials and prepare spreadsheet of the foregoing. | 9.80 hrs. |
| 05/02/13 | G. GODWIN | Review source materials cited in report to identify PEO/HC/clawback materials. | 2.10 hrs. |
| 05/02/13 | M. B. SZYMANSKI | Review/ searches re: Derivatives clawbacks and PEO documents. | 0.80 hrs. |
| 05/02/13 | R. A. SCHWINGER | E-mails with T. McCormack, L. Moloney, E. Miller re status of Sandler O'Neill documents (0.3). | 0.30 hrs. |
| 05/02/13 | J. F. FINNEGAN | Review draft ▓▓▓▓▓▓▓▓▓▓▓ (in preparation for a discussion with T. McCormack). | 0.40 hrs. |
| 05/03/13 | L. F. MOLONEY | Updating Document Depository with new productions (.4); Updating spreadsheets reflecting production statistics (.3); Searching for documents in Relativity as requested by transaction team members (1.2); Confer with E. Miller re. replacement of Debtors documents (.4); Correspondence with CDS re. replacement volumes and loading statistics (.4). | 2.70 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page    7


| 05/03/13 | T. SCOTT | Review additional UCC search results from DE, SOS for various ResCap entities. | 0.80 hrs. |
|---|---|---|---|
| 05/03/13 | J. APFEL | Reviewed HC/PEO documents used in government settlements narrative (1.2) and removed non "cleared" documents in connection with ResCap Examiner's Report (.9). | 2.10 hrs. |
| 05/03/13 | M. B. SZYMANSKI | Review derivatives documents subject to clawbacks and HC (.6); call w/B.Miller re documents used in interviews subject to clawback (.3). | 0.90 hrs. |
| 05/03/13 | I. TUSHE | Review report sections to identify HC, PEO and Clawback issues (4.8); prepare list of interview documents that have clawback issues (3.1) | 7.90 hrs. |
| 05/03/13 | G. GODWIN | Review source materials cited in report to identify PEO/HC/clawback materials. | 5.40 hrs. |
| 05/03/13 | C. BUGEL | Continue to review source materials cited in report and compiled by para teams to identify PEO/HC/clawback materials and prepare master spreadsheet of same (10.3); conference with E.Miller re status of PEO/HC review in interview transcripts (.3); meeting with E.Miller, M.Towers and team re PEO/HC review of draft report being sent to printer (1.1). | 11.70 hrs. |
| 05/03/13 | M. PENA | Review source materials cited in report to identify PEO/HC clawback materials and prepare spreadsheet of same. | 4.10 hrs. |
| 05/03/13 | R. J. GAYDA | Review and analysis of documents relating to investigation of related party fraudulent transactions (1.1). | 1.10 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    8


05/03/13   E. M. MILLER          Phone call with C Bugel regarding       8.10 hrs.
                                 PEO/HC/CBR document review of
                                 draft report being sent to
                                 typesetting (0.4) Meeting with T
                                 McCormack regarding PEO/HC/CBR
                                 document review of draft report
                                 being sent to typesetting (0.6)
                                 Phone call with F Vazquez
                                 regarding PEO/HC/CBR documents
                                 (0.3) Phone call with C Bugel
                                 regarding interview PEO project
                                 (0.3) Phone call with T McCormack
                                 regarding interview PEO project
                                 (0.3) Review and exchange emails
                                 Mesirow regarding PEO/HC/CBR
                                 documents and interview PEO
                                 project (0.3) Review and exchange
                                 emails with M Szymanski and R
                                 Schwinger regarding clearance of
                                 PEO documents to be used in report
                                 (0.8) Meeting with E Ruiz
                                 regarding documents for court
                                 conference on AFI's objections to
                                 Examiner's notices of intent to
                                 use of certain PEO and HC
                                 documents (0.3) Meeting with M
                                 Towers, C Bugel, J Lin, M Grazzini
                                 and M Cohen regarding PEO/HC/CBR
                                 document review of draft report
                                 being sent to typesetting (1.1)
                                 Review emails from AFI's counsel
                                 regarding responses to Examiner's
                                 notices of intent to use certain
                                 PEO documents (0.8) Phone calls
                                 with C Bugel and B Vitale
                                 regarding same (0.4) Phone call
                                 with T McCormack regarding same
                                 (0.6) Phone call with M Szymanski
                                 regarding CBR document used in
                                 interview (0.3) Follow-up emails
                                 with M Szymanski and R Schwinger
                                 regarding same (0.3) Phone call
                                 with L Moloney regarding RC400
                                 documents produced by debtors
                                 (0.4) Review and exchange emails
                                 with K McSweeney regarding ███████
                                 ███████████ cited in report
                                 (0.3) Review and exchange emails
                                 with C Bugel and Mesirow regarding
                                 PEO/HC/CBR document review of
                                 draft report being sent to
                                 typesetting (0.6)

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    9


| 05/03/13 | J. LOPEZ | Review list of source materials cited in interviews against bates numbered documents in Relativity in connection with documents subject to PEO/HC/CBR. | 5.70 hrs. |
|---|---|---|---|
| 05/03/13 | R. A. SCHWINGER | E-mails with T. McCormack, L. Moloney, E. Miller re K&E letter as to clawbacks and potential response to K&E and internal steps in reaction thereto (0.5); Perform comparison of attachments to K&E letter as to clawbacks and file of accumulated clawback request letters, clawback status chart and related issues (0.4); E-mails with E.Miller re use of interview testimony adjacent to testimony about document later clawed back (0.4). | 1.30 hrs. |
| 05/03/13 | T. J. MCCORMACK | Review status of each section PEO/HC evaluation in report (1.4); confer B. Miller re: same (0.5); emails with transaction team members re PEO/HC review status in report sections (0.8); e-mails (0.2) and calls (0.3) with M. Roitman re: court conference for 5/6 in the event PEO/HC issues remain; Emails with R.Ball re Sandler O'Neill document use in report (0.2); e-mails with AFI and ResCap counsel on PEO/HC issues (0.8); confer with E.Miller re AFI response to use of PEO/HC documents in report (0.6); emails with R.Schwinger re same (0.2); confer with E.Miller re PEO/HC interview review project (0.3). | 5.10 hrs. |
| 05/03/13 | M. S. TOWERS | Attended call with E. Miller, C.Bugel and team re: PEO/HC review issues in final report (1.2) | 1.20 hrs. |
| 05/03/13 | M. COHEN | Meeting with E.Miller, C.Bugel, M.Towers, M.Grazzini and J.Lin re PEO/HC review of final draft report (1.1). | 1.10 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER        May 31, 2013
                                                      Page    10

| | | | |
|---|---|---|---|
| 05/03/13 | J. LIN | Review of documents cited in Report subject to PEO/HC (3.2); conferences with contract attorneys re review of cited documents subject to PEO/HC (.9); review cited documents list for beginning Bates numbers in connection with PEO/HC review (.9); meeting with E.Miller, M.Towers, C/Bugel, M.Cohen and M.Grazzini to discuss HC/PEO/CBR review status and final report (1.1). | 6.10 hrs. |
| 05/03/13 | J. M. MIGDAL | Review finance documents re clawback issues (1.1); email to E.Miller re same (.2). | 1.20 hrs. |
| 05/03/13 | R. BALL | Emails re derivatives PEO/HC issues w/M. Szymanski (.1); emails re w/E. Miller, L. Moloney re use of RC400 documents (.2); emails w/McCormack re Sandler O'Neill document use (.2). | 0.50 hrs. |
| 05/03/13 | M. GRAZZINI | Conference with E. Miller, C. Bugel, M. Cohen and M. Towers regarding HC/PEO matters and final report (1.1). | 1.10 hrs. |
| 05/04/13 | T. J. MCCORMACK | Review correspondence from Ally counsel on use of certain PEO documents (0.4); e-mails with certain transaction teams re: same and possible resolution of objections (0.7); review e-mails with Mesirow re: various PEO/HC document issues (0.6); e-mails with various transaction teams and Mesirow on finalizing citations of PEO/HC documents and exam transcripts citing same (0.8); review ResCap responses to latest PEO requests (0.5) and e-mails B. Miller re: same (0.3). | 3.30 hrs. |
| 05/04/13 | J. LOPEZ | Review list of source materials cited in interviews against bates numbered documents in Relativity in connection with documents subject to PEO/HC/CBR. | 3.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    11


05/04/13    J. APFEL          Performed targeted searches on         2.20 hrs.
                              Relativity regarding ████████
                              ████████████████████████████
                              ████████████████████████████

05/04/13    E. M. MILLER      Review and exchange emails with R       3.50 hrs.
                              Ball and L Moloney regarding
                              substitution of debtors' EXAM
                              documents for RC400 documents
                              (0.5) Review and exchange emails
                              with L Moloney regarding PEO/HC
                              documents used in report (0.3)
                              Review and revise Master PEO/HC
                              document list (0.5) Draft and send
                              emails to debtors counsel
                              regarding notice of Examiner's
                              intent to use certain PEO
                              documents in report (0.4)   Review
                              and exchange emails with M
                              Szymanski regarding PEO/HC
                              documents in derivatives section
                              of report (0.4) Review and
                              exchange emails with C Bugel
                              regarding PEO/HC/CBR documents
                              used in interviews (0.3) Review
                              and exchange emails with Mesirow
                              and T McCormack regarding
                              Mesirow's request to use certain
                              PEO document in report (0.5)
                              Review Ally's response and related
                              document regarding same (0.6).

05/04/13    C. BUGEL          Review source materials cited in        5.30 hrs.
                              report and compiled by para teams
                              to identify PEO/HC/clawback
                              materials in interview transcripts
                              and prepare master spreadsheet of
                              same.

05/04/13    M. B. SZYMANSKI   Review derivatives documents            1.20 hrs.
                              subject to clawbacks (.8) and
                              emails with E.Miller re results of
                              review (.4).

05/05/13    M. B. SZYMANSKI   Review derivatives documents            0.80 hrs.
                              subject to clawback (.6); emails
                              with E.Miller re results of same
                              (.2).

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page    12

| 05/05/13 | C. L. RIVERA | Correspondence with B. Miller, N. Brick and B. Dye re: documents used in report (0.3); call with B. Miller re: same (0.1). | 0.40 hrs. |
|---|---|---|---|
| 05/05/13 | C. BUGEL | Continue to review source materials cited in report and compiled by para teams to identify PEO/HC/clawback materials and prepare master spreadsheet of same (11.6); confers with E.Miller re PEO/HC review of final report (.7). | 12.30 hrs. |
| 05/05/13 | I. TUSHE | Prepare list of HC/PEO documents cleared for use in report and documents not cleared. | 2.80 hrs. |
| 05/05/13 | J. F. FINNEGAN | Reviewed emails to/from Debtors re PEO/HC documents use in report. | 0.20 hrs. |
| 05/05/13 | G. GODWIN | Review and analysis of report appendices and documents cited therein in connection with PEO\HC\CBR review. | 6.80 hrs. |
| 05/05/13 | G. GODWIN | Review source materials cited in report to identify PEO/HC/clawback materials and prepare spreadsheet of same. | 1.40 hrs. |
| 05/05/13 | E. M. MILLER | Phone call with R Ball regarding issue regarding RC400 document produced by debtors (0.2) Follow up emails with R Ball regarding same (0.3) Phone calls with T McCormack regarding PEO/HC/CBR document review of draft report being sent to typesetting (0.5) Review and exchange emails with report authors and T McCormack regarding PEO/HC/CBR document review of draft report being sent to typesetting (0.9) Review and exchange emails with AFI's counsel and debtors' counsel regarding responses to Examiner's notices of intent to use certain PEO and HC documents, and scheduled chambers conference regarding same (0.8) Review and revise master PEO/HC document list (0.7) Phone call with T.McCormack to address | 5.70 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    13

|  |  |  |  |
|---|---|---|---|
|  |  | remaining PEO/HC issues (0.5) Phone calls (0.4) and emails (0.4) with report authors (C Rivera, F Vazquez, M Towers, E Daucher) regarding PEO/HC/CBR document review of draft report being sent to typesetting. Phone calls with C Bugel regarding master PEO/HC document list and PEO/HC/CBR document review of draft report being sent to typesetting (0.8) Draft and send email to Mesirow regarding same (0.2) |  |
| 05/05/13 | J. LOPEZ | Review global list of cited source materials in report against bates numbered documents in Relativity in connection with documents subject to PEO/HC/CBR. | 11.30 hrs. |
| 05/05/13 | L. F. MOLONEY | Correspondence with P. Goodman and D. Sanders re. cited documents and confidentiality designations (.3); Performed searches in Relativity and depository to locate requested documents (.6). | 0.90 hrs. |
| 05/05/13 | T. J. MCCORMACK | Review additional e-mails from transaction teams on PEO/HC materials (0.8); confers with B. Miller re: PEO/HC review of final draft (0.5); review AFI and Debtors' responses to notices to use PEO/HC docs in report (0.7); review options on continuing PEO/HC issues with AFI (0.8); confer B. Miller to address remaining PEO/HC issues (0.5); review and resolve all remaining issues with team, AFI and ResCap (0.9). | 4.20 hrs. |
| 05/06/13 | E. M. MILLER | Review and exchange various emails with transaction teams and Mesirow regarding PEO documents used in report (1.2)  Review Master PEO / HC list regarding same (0.8) Phone call with T.McCormack re status of PEO/HC review (0.8) Draft and send emails to debtors' counsel regarding same (0.8) Confer with T.McCormack, L.Moloney | 8.70 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER     May 31, 2013
     Page   14

|  |  |  |  |
|---|---|---|---|
|  |  | and team re PEO/HC status and logistics (0.7) Revise Master PEO / HC list (0.8)  Review email from debtors regarding new document production (0.3)  Review and exchange emails with L Moloney, transaction teams and Mesirow regarding new production from Debtors (0.5)  Review and exchange emails with C Bugel regarding proofing of draft report for use of CBR document (0.7)  Follow up phone calls with C Bugel regarding same (0.6); Phone calls with L Moloney regarding substitution of debtors' EXAM documents for RC400 documents (0.5)  Follow-up emails with L.Moloney regarding same (0.4)  Draft and send email to M Towers, M Roitman and J Apfel regarding use of RC400 documents in draft report (0.3)  Phone call with debtors counsel regarding PEO documents used in report and new document production from debtors (0.3); |  |
| 05/06/13 | S. CHAN | Review source materials cited in report to identify clawback materials and prepare spreadsheet of same (3.1). | 3.10 hrs. |
| 05/06/13 | L. F. MOLONEY | Review cited documents in report against clawback and PEO lists and reviewing confidentiality designations on Relativity (3.4); Conf with E. Miller, R. Schwinger, T. McCormack, and C. Bugel re. clawback checking procedures (.6); review and compile documents as requested (1.2); T/C wth E.Miller re Debtors RC400 documents (.4); pulling additional production from Kirkland and MoFo ftp sites for loading into Relativity (1.1). | 6.70 hrs. |
| 05/06/13 | T. J. MCCORMACK | E-mails with B. Miller on claw-back quality control process (0.5); meeting with B. Miller, L.Moloney and team re: same and other report citation logistics (0.7); t/cs (0.6) and emails (0.5) | 7.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   15

with team and Mesirow to resolve
all issues of citation and
PEO/HC/clawback implementation in
final report; confer printer team
re: same (0.3); review updated
lists of completed report due
diligence w/r/t PEO/HC/clawback
materials (1.1); confer B. Miller
re: status of review (0.8); e-mail
ResCap with additional PEO
requests (0.4); review and respond
to numerous PEO/HC inquiries from
transaction teams (0.8); confer
with B.Miller re: same (0.3);
confer (0.3) and emails (0.3) with
E.Daucher re: additional
information requests to MoFO on
the issue of ███████████████
████████████████; finalize request to
MoFo re: same (0.8).

| 05/06/13 | J. LOPEZ | Review global list of cited source materials in report against bates numbered documents in Relativity in connection with documents subject to PEO/HC/CRB. | 6.80 hrs. |

| 05/06/13 | R. A. SCHWINGER | Conference call with E. Miller, L. Moloney, C. Bugel, T.McCormack re status of clawback review and issues for Report (0.7); TC with L. Moloney, J. Lopez re issues as to Debtors' 3/18/13 clawback request #1 (0.1); Review privilege inquiry as to document from Debtors' subservicing production, including reviewing privilege logs to identify entry for same (0.6); Cross-checking clawback requests against Debtor privilege logs re PEO/clawback issue (0.5). | 1.90 hrs. |

| 05/06/13 | M. PENA | Review source materials cited in report to identify clawback materials and prepare spreadsheet of same. | 7.40 hrs. |

| 05/06/13 | T. SCOTT | Review source materials cited in Report to identify clawback materials and prepare spreadsheet of same (2.7). Review and edit RC400 document citations in the | 8.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   16

| | | | |
|---|---|---|---|
| | | draft report, to replace with EXAM document citations (4.4) Review and analyze RC400 and EXAM documents in connection with same (1.2). | |
| 05/06/13 | R. SANTANGELO | Conferences with contract attorneys re questions raised during cite-checking / clawback review of typeset version of Report (1.1); call w/.C. Bugel re: status of same (0.2). | 1.30 hrs. |
| 05/06/13 | G. GODWIN | Review source materials cited in report to identify clawback materials and prepare spreadsheet of same. | 1.40 hrs. |
| 05/06/13 | D. LARMON-DIXON | Review source materials cited in report to identify clawback materials and prepare spreadsheet of same. | 1.60 hrs. |
| 05/06/13 | C. BUGEL | Continue to review source materials cited in report and compiled by para teams to identify clawback materials and prepare master spreadsheet of same (9.4); confer with E.Miller, T.McCormack and team re PEO/HC cite checking status and logistics (.7); follow-up call with E.Miller re cite-checking master report (.5); emails with R.Santangelo re contract attorney cite-checking re same (.3) | 10.90 hrs. |
| 05/06/13 | M. B. SZYMANSKI | Review derivatives documents subject to clawback and PEO. | 0.40 hrs. |
| 05/07/13 | D. LARMON-DIXON | Review source materials cited in report to identify clawback materials and prepare spreadsheet of same. | 3.80 hrs. |
| 05/07/13 | G. GODWIN | Review source materials cited in report to identify clawback materials and prepare spreadsheet of same. | 4.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   17

| 05/07/13 | J. AUBREY | Phone meeeting with E.Miller and M.Pena re destruction of CBR materials and debtor substitution documents (.8); Review of share drive materials in connection with destruction of clawback materials (1.3). | 2.10 hrs. |
|---|---|---|---|
| 05/07/13 | L. F. MOLONEY | Confer with E. Miller and B. Vitale re. clearing all clawback documents from network and user locations (.4); Ran searches in Relativity for replacement documents (1.1); Pulled new data volume from Kirkland and transferred data to CDS for loading into Relativity (.8); work with J. Lopez verifying beginning bates nos. of documents (1.3) | 3.60 hrs. |
| 05/07/13 | C. BUGEL | Continue to review source materials cited in report and compiled by para teams to identify clawback materials and prepare master spreadsheet of same. | 12.20 hrs. |
| 05/07/13 | T. SCOTT | Review source materials cited in Report to identify clawback materials and prepare spreadsheet of same. | 3.40 hrs. |
| 05/07/13 | I. TUSHE | Review source materials cited in report to identify clawback materials and prepare spreadsheet of the foregoing (7.4); review and clear shared drive of clawback documents and rough transcripts (1.8). | 9.20 hrs. |
| 05/07/13 | M. PENA | Conference with E.Miller and J.Aubrey re replacement of source materials in report (.8); review and edit RC400 document citations in the draft report to replace with EXAM document citations (11.6). | 12.40 hrs. |
| 05/07/13 | J. LOPEZ | Review global list of cited source materials in report against bates numbered documents in Relativity in connection with documents subject to PEO/HC/CBR. | 9.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    18


05/07/13   E. M. MILLER          Review and exchange emails with C          8.20 hrs.
                                 Bugel and J Lopez regarding
                                 proofing of draft report for use
                                 of CBR documents (0.6) Review and
                                 exchange emails with AFI's counsel
                                 regarding missing document and new
                                 document production (0.6) Review
                                 and exchange emails with Mesirow
                                 and L Moloney regarding same (0.5)
                                 Review and exchange emails with J
                                 Migdal regarding document search
                                 for financing team (0.3) Review
                                 responses from debtors' counsel to
                                 Examiner's notices to use certain
                                 PEO and HC documents in the report
                                 (0.6)  Revise Master PEO / HC list
                                 regarding same (0.5) Review and
                                 exchange emails with B Vitale and
                                 J Aubrey regarding review of
                                 interview transcripts for use of
                                 CBR documents (0.5) Conference
                                 with M Pena and J Aubrey regarding
                                 substitution of debtors' EXAM
                                 documents for RC400 documents
                                 (0.8) Draft and send emails to J
                                 Aubrey regarding destruction of
                                 CBR documents on shared drive
                                 (0.3) Review and exchange emails
                                 with Mesirow, M Towers  and J Lin
                                 regarding use of CBR documents in
                                 report (0.5) Review and exchange
                                 emails with Mesirow regarding use
                                 of PEO documents in report (0.5)
                                 Phone call with B Vitale regarding
                                 revision of index of documents
                                 used at interviews (0.4) Phone
                                 call with T McCormack and J
                                 Finnegan regarding CBR document
                                 review and destruction and ▓▓▓▓▓▓
                                 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (0.5)
                                 Conference with L Moloney re
                                 process for CBR destruction (0.4)
                                 Review and exchange emails with J
                                 Finnegan and T McCormack regarding
                                 draft ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
                                 (0.4)  Draft and send email to R
                                 Schwinger regarding same (0.3)
                                 Review and exchange emails with B
                                 Dye regarding documents needed for
                                 government settlements team (0.5)

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   19

| 05/07/13 | T. J. MCCORMACK | Correspondence with ResCap counsel re: MN fraudulent conveyance issues and additional information sought (0.8); confer B. Miller and J. Finnegan re: ▆▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ materials (0.5); e-mails with AFI and ResCap on use of recently-produced materials in report including spread sheets and related documents (1.2); confer B. Miller re process for CBR document destruction (0.4); various emails with transaction teams and Mesirow re: remaining PEO/HC/clawback issues and resolution of same (0.8). | 3.70 hrs. |
| 05/08/13 | J. LOPEZ | Review global list of source materials cited in report against bates numbered documents in Relativity in connection with documents subject to PEO/HC/CBR. | 7.10 hrs. |
| 05/08/13 | T. J. MCCORMACK | Review remaining PEO/HC issues in final report (1.4); various emails (.7) and calls (0.8) with report finalization team to resolve PEO/HC issues; emails (0.4) and calls (0.4) with Mesirow re same. Calls with E.Miller re status of final report and PEO/HC issues (0.4). | 4.10 hrs. |
| 05/08/13 | I. TUSHE | Prepare index of PEO/HC related documents from report sections. | 3.70 hrs. |
| 05/08/13 | T. SCOTT | Review source materials cited in Report to identify clawback materials and prepare spreadsheet of same. | 2.20 hrs. |
| 05/08/13 | M. PENA | Review and edit RC400 document citations in the draft report to replace with EXAM document citations. | 6.70 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   20


| 05/08/13 | D. LARMON-DIXON | Review source materials cited in report to identify PEO/HC materials and prepare spreadsheet of same. | 3.60 hrs. |
|---|---|---|---|
| 05/08/13 | L. F. MOLONEY | Conferences with cite checking team to confirm the confidentiality of documents (.7); search and locate replacement documents and compare document ID nos. against master clawback and master HC and PEO spreadsheets (2.1); search and compile documents as per transaction team members requests (1.1). | 3.90 hrs. |
| 05/08/13 | C. BUGEL | Continue to review source materials cited in report to identify HC, PEO and clawback materials and prepare master spreadsheet of same. | 13.60 hrs. |
| 05/08/13 | M. B. SZYMANSKI | Review document citations in derivatives section of report for documents subject to clawback. | 0.40 hrs. |
| 05/08/13 | G. GODWIN | Review source materials cited in report to identify PEO/HC materials and prepare spreadsheet of same. | 4.70 hrs. |
| 05/08/13 | J. AUBREY | Review of shared drive materials in connection with destruction of clawback materials. | 0.90 hrs. |
| 05/09/13 | C. BUGEL | Review source materials cited in report and compiled by para teams to identify HC, PEO and clawback materials and prepare master spreadsheet of same. | 7.40 hrs. |
| 05/09/13 | J. AUBREY | Conference with E.Miller and B. Vitale re: removal of clawback documents from system and redaction of interview transcripts. | 0.40 hrs. |
| 05/09/13 | T. SCOTT | Review and analysis of possible clawback references previously isolated from interview transcripts. | 0.60 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    21

| 05/09/13 | R. A. SCHWINGER | Review Talcott Franklin emails re request for Depository access (0.3); E-mails with C.Child re same (0.2); E-mails with T. Zink re document retention/destruction provisions under UPO (0.3). | 0.80 hrs. |
|---|---|---|---|
| 05/09/13 | E. M. MILLER | Phone call with T McCormack, L.Moloney and B Vitale regarding CBR document review and destruction and post-report filing document maintence (0.5) | 0.50 hrs. |
| 05/09/13 | T. J. MCCORMACK | Various emails (0.7) and calls (0.8) with report finalization team to resolve remaining PEO/HC issues; conferences with E.Miller re same (0.5); review options on post-filing disposition of all documents/investigation material (1.1); confer B. Miller and L. Moloney re: same (0.5); review prior orders in Examiner matters on related issues (1.2). | 4.80 hrs. |
| 05/09/13 | J. LOPEZ | Review global list of source materials cited in report against bates numbered documents in Relativity in connection with documents subject to PEO/HC/CBR. | 4.30 hrs. |
| 05/10/13 | T. J. MCCORMACK | Emails with E.Miller on final proofreading re PEO/HC issues (0.3); confer printer team on final protocols on PEO/HC/clawback efforts (0.5); confer B. Miller re: same (0.3). Review form of final orders in other Examiner appointments for options on documents, investigative materials and role of Examiner (1.3); analysis of UPO on post-investigation obligations (0.7). | 3.10 hrs. |
| 05/10/13 | M. D. ASHLEY | Call with E. Miller regarding document retention and confidentiality issues (.4); reviewed related factual materials and correspondence (.8). | 1.20 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER            May 31, 2013
                                                         Page    22


| 05/10/13 | E. M. MILLER | Phone call with T McCormack re status of PEO/HC issues and final report (0.3) Phone calls with L Moloney and B Vitale regarding CBR document review and destruction, and post-report filing document maintenance and storage (0.7) Draft and send email to T McCormack and R Schwinger regarding same (0.4) Phone calls with B Vitale and G Godwin regarding CBR references in interview transcripts (0.4) Phone call with M Ashley re process for CBR document destruction (0.4) Review and redact CBR document references in interview transcripts (1.7). | 3.90 hrs. |
| 05/10/13 | J. AUBREY | Created zip file of interview transcripts that contain clawback documents (1.1); created zip file of interview transcripts that contain mystery clawback documents (1.3) | 2.40 hrs. |
| 05/10/13 | G. GODWIN | Review and analysis of interview transcripts and documents cited therein in connection with documents subject to clawback. | 7.10 hrs. |
| 05/10/13 | J. F. FINNEGAN | Telcon with Beth Miller re claw back issues. | 0.20 hrs. |
| 05/11/13 | G. GODWIN | Review and analysis of interview transcripts and documents cited therein in connection with documents subject to clawback. | 2.60 hrs. |
| 05/13/13 | G. GODWIN | Review and analysis of interview transcripts and documents cited therein in connection with documents subject to clawback. | 5.60 hrs. |
| 05/14/13 | T. J. MCCORMACK | Confer B. Miller re: investigative materials and protocols for same (0.3); e-mails R. Schwinger, L. Moloney and B. Miller re: same (0.3); confer H. Seife re: investigative materials (0.2). | 0.80 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   23


05/15/13   T. J. MCCORMACK     Review current draft of ▮▮▮▮▮▮▮▮▮▮          0.50 hrs.
                               ▮▮▮▮▮▮▮ (0.5).


          Total Fees for Professional Services............. $233,116.50


                        TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| J. F. FINNEGAN | 755.00 | .80 | 604.00 |
| R. A. SCHWINGER | 825.00 | 4.50 | 3712.50 |
| T. J. MCCORMACK | 875.00 | 44.10 | 38587.50 |
| M. D. ASHLEY | 695.00 | 1.20 | 834.00 |
| C. BUGEL | 625.00 | 97.20 | 60750.00 |
| E. M. MILLER | 655.00 | 58.10 | 38055.50 |
| J. APFEL | 395.00 | 4.30 | 1698.50 |
| J. M. MIGDAL | 655.00 | 1.20 | 786.00 |
| R. BALL | 725.00 | .50 | 362.50 |
| D. LARMON-DIXON | 280.00 | 13.80 | 3864.00 |
| G. GODWIN | 260.00 | 50.10 | 13026.00 |
| J. AUBREY | 280.00 | 5.80 | 1624.00 |
| J. LOPEZ | 235.00 | 61.00 | 14335.00 |
| M. PENA | 250.00 | 39.00 | 9750.00 |
| S. CHAN | 280.00 | 7.80 | 2184.00 |
| T. SCOTT | 285.00 | 23.70 | 6754.50 |
| C. L. RIVERA | 665.00 | .70 | 465.50 |
| M. B. SZYMANSKI | 655.00 | 8.40 | 5502.00 |
| M. S. TOWERS | 595.00 | 1.20 | 714.00 |
| R. J. GAYDA | 655.00 | 5.30 | 3471.50 |
| I. TUSHE | 180.00 | 49.70 | 8946.00 |
| J. LIN | 395.00 | 17.40 | 6873.00 |
| L. F. MOLONEY | 330.00 | 26.10 | 8613.00 |
| M. COHEN | 395.00 | 1.10 | 434.50 |
| M. GRAZZINI | 395.00 | 1.10 | 434.50 |
| R. SANTANGELO | 565.00 | 1.30 | 734.50 |
| TOTALS | | 525.40 | 233116.50 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013

                                                       Page    1

                                    For Services Through May 31, 2013
Our Matter #21955.007
          RESCAP: INVESTIGATION PLANNING AND COORDINATION


| 05/01/13 | M. ROITMAN | Attend weekly status meeting with Examiner (0.7) | 0.70 hrs. |
| 05/01/13 | M. DISTEFANO | Prep for Examiner update call (.3); participate in Examiner update call (.7). | 1.00 hrs. |
| 05/01/13 | M. B. SZYMANSKI | Call w/ SRivera, ASebring re: operating agreement provisions (.3).  Calls w/ Mesirow re: comments, Exhibits, citations (.3). | 0.60 hrs. |
| 05/01/13 | D. M. LeMAY | Participate in weekly Examiner update call (.7).  Prepare request for submission papers re: Minn. Insider Prof. Statute of request of Examiner (1.2). | 1.90 hrs. |
| 05/01/13 | M. S. TOWERS | Attended Examiner update call | 0.70 hrs. |
| 05/01/13 | S. R. RIVERA | Participated in conf. call w/Examiner re: update and status (.7); participated in Ally Securities Indemnification conf. call (.4). | 1.10 hrs. |
| 05/01/13 | R. A. SCHWINGER | Attend Examiner's update call to address Report issues (0.6). | 0.60 hrs. |
| 05/01/13 | H. SEIFE | Preparation for meeting with J.Gonzalez (.8); meeting with team, Mesirow and J.Gonzalez regarding update on investigation and status of report (.7). | 1.50 hrs. |
| 05/01/13 | M. D. ASHLEY | Reviewed materials relating to weekly call with Examiner (.2); attended weekly call with Examiner regarding Investigation and Report planning (.6). | 0.80 hrs. |
| 05/01/13 | T. J. MCCORMACK | Meet with Examiner and professionals on all issues in investigation and report (0.7); confer with M.Roitman PEO issues and potential hearing on same (0.4); follow-up emails with H.Seife and Mr. Roitman re hearing (0.3). | 1.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page    2

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/01/13 | R. BALL | Call w/Examiner, H. Seife and team re report update/status (.7). | 0.70 hrs. |
| 05/02/13 | A. ROSENBLATT | Meeting with Project Gopher team re: transactions subject to MN insider preference statute and new value analyis (.8); post-meeting meeting with Dye and Betheil re: game plan for new value analysis (.5). | 1.30 hrs. |
| 05/02/13 | B. BETHEIL | Meet w/ A. Rosenblatt and Project Gopher team re: new value affirmative defense to insider preference claim (0.7); follow-up meeting w/A.Rosenblatt and B.Dye re new value analysis (0.5). | 1.20 hrs. |
| 05/02/13 | E. DAUCHER | Meeting with D. LeMay, B. Dye, R.Gayda and M. Distefano re: application of Minn. Stat. s. 513.45(b) and division of labor re: same. | 0.90 hrs. |
| 05/02/13 | B. DYE | Meeting with D. LeMay and team to discuss MN avoidance actions (.8); follow up conference with A.Rosenblatt re new value analysis (.5). | 1.30 hrs. |
| 05/02/13 | R. J. GAYDA | Meeting with D.LeMay and team regarding Minnesota state law issues (.9). | 0.90 hrs. |
| 05/02/13 | D. M. LeMAY | Meeting of C&P team to review transactions subject to Minnesota Insider Preference statute. | 0.90 hrs. |
| 05/02/13 | M. ROITMAN | Call with A. Sher (court clerk) and M. Towers re: chambers conference (0.2); Follow up calls with A. Sher re: same (0.2); Confer with T. McCormack re: chambers conference and document issues (0.4); Emails with H. Seife and T. McCormack re: same (0.3); Emails with M. Towers re: same (0.2); Draft email to parties re: notice of chambers conference (0.3) | 1.60 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    3

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/02/13 | M. DISTEFANO | Meeting with D. LeMay and E. Daucher re Minnesota avoidance actions (.9). | 0.90 hrs. |
| 05/07/13 | J. F. FINNEGAN | Conference with T. McCormack and E.Miller re "wind down" motion (0.5); conference with M.Roitman re same (0.1). | 0.60 hrs. |
| 05/07/13 | M. S. TOWERS | Attended professionals update call (.6); | 0.60 hrs. |
| 05/07/13 | M. DISTEFANO | Prep for weekly update meeting (.4); participate in weekly update meeting with Mesirow (.6). | 1.00 hrs. |
| 05/07/13 | M. ROITMAN | Conference call with Examiner's professionals (0.6). | 0.60 hrs. |
| 05/07/13 | R. A. SCHWINGER | Attend Examiner's professionals update call (0.6). | 0.60 hrs. |
| 05/07/13 | M. ROITMAN | Confer with J. Finnegan re: Examiner Discharge Motions (0.1); Emails with J. Finnegan and D. Bava re: same (0.2) | 0.30 hrs. |
| 05/07/13 | T. J. MCCORMACK | Meeting with professionals on all remaining tasks for report, claw-back and citation issues and ▆▆▆▆▆▆▆▆▆▆▆▆ (0.7). | 0.70 hrs. |
| 05/07/13 | R. BALL | Participate in Chadbourne/Mesirow update call | 0.60 hrs. |
| 05/07/13 | H. SEIFE | Preparation for call with Mesirow and C&P team (.6); call with Mesirow to review report status and issues (.7). | 1.30 hrs. |
| 05/07/13 | M. D. ASHLEY | Attended weekly professionals' meeting regarding Report preparation status (.6). | 0.60 hrs. |
| 05/08/13 | A. ROSENBLATT | Attend update meeting with Judge Gonzalez re: finalization of Report and related issues and ▆▆▆▆▆▆▆▆▆▆▆ (.7). | 0.70 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page    4


| 05/08/13 | M. D. ASHLEY | Attended call with Examiner regarding preparation and filing of Report (.7). | 0.70 hrs. |
| 05/08/13 | H. SEIFE | Conference call with J.Gonzalez and Mesirow to review report status. | 0.70 hrs. |
| 05/08/13 | T. J. MCCORMACK | Prep for (0.5) and meeting with professionals and Examiner on all issues remaining for report and investigative materials (0.7). | 1.20 hrs. |
| 05/08/13 | M. DISTEFANO | Participate in Examiner weekly update call (.7). | 0.70 hrs. |
| 05/08/13 | M. ROITMAN | Partial attendance at weekly status meeting with Examiner (0.4) | 0.40 hrs. |
| 05/08/13 | J. F. FINNEGAN | Research and document review in contemplation of drafting a "discharge" motion with ancillary relief (3.4). | 3.40 hrs. |
| 05/08/13 | D. M. LeMAY | Weekly Examiner update call (.7). Prepare notice of Report filing in USBC (.2). | 0.90 hrs. |
| 05/08/13 | S. R. RIVERA | Participate in meeting w/Examiner re: update and final steps. | 0.70 hrs. |
| 05/08/13 | R. A. SCHWINGER | Attend Examiner's update call (0.7). | 0.70 hrs. |


          Total Fees for Professional Services.............   $26,575.00



                         TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | 3.70 | 3422.50 |
| H. SEIFE | 995.00 | 3.50 | 3482.50 |
| J. F. FINNEGAN | 755.00 | 4.00 | 3020.00 |
| R. A. SCHWINGER | 825.00 | 1.90 | 1567.50 |
| T. J. MCCORMACK | 875.00 | 3.30 | 2887.50 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER        May 31, 2013
                                                     Page    5


M. D. ASHLEY              695.00      2.10        1459.50
A. ROSENBLATT             745.00      2.00        1490.00
R. BALL                   725.00      1.30         942.50
E. DAUCHER                495.00       .90         445.50
M. B. SZYMANSKI           655.00       .60         393.00
M. S. TOWERS              595.00      1.30         773.50
R. J. GAYDA               655.00       .90         589.50
S. R. RIVERA              745.00      1.80        1341.00
B. BETHEIL                565.00      1.20         678.00
B. DYE                    565.00      1.30         734.50
M. DISTEFANO              435.00      3.60        1566.00
M. ROITMAN                495.00      3.60        1782.00
              TOTALS                 37.00       26575.00

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013

Page   1

For Services Through May 31, 2013

Our Matter #21955.010
          RESCAP: FEE/RETENTION APPLICATIONS

| 05/01/13 | H. LAMB | Redact daily time detail in March fee statement. | 7.60 hrs. |
| 05/02/13 | H. LAMB | Prepare Chadbourne March fee statement (.9); prepare exhibits to fee statement (1.8). | 2.70 hrs. |
| 05/03/13 | H. LAMB | Service of Examiner's professionals March fee statements. | 0.90 hrs. |
| 05/28/13 | H. LAMB | Conference with Amanda at Leonard Street re preparation of first fee statement and logistical issues. | 0.60 hrs. |

Total Fees for Professional Services.............  $3,481.00

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. LAMB | 295.00 | 11.80 | 3481.00 |
| TOTALS | | 11.80 | 3481.00 |