Hearing Date: December 17, 2013 at 10:00 a.m. (prevailing Eastern Time)
Objection Deadline: December 9, 2013 at 4:00 p.m. (prevailing Eastern Time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>Jointly Administered |

**NOTICE OF HEARING ON, AND OF OBJECTION DEADLINE FOR, FINAL FEE APPLICATIONS OF THE CHAPTER 11 EXAMINER AND HIS PROFESSIONALS**

**PLEASE TAKE NOTICE** that a hearing to consider final applications for professional compensation and reimbursement of expenses (the "Examiner Final Fee Applications") for the period from July 3, 2012 through and including October 31, 2013 filed by the Chapter 11 Examiner and his professionals (as listed below) in the cases of the above-captioned debtors (collectively, the "Debtors"), shall be held in Room 501 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on December 17, 2013 at 10:00 A.M. (prevailing Eastern Time) before the Honorable Martin Glenn, United States Bankruptcy Judge.

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Declaration of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings, filed with the Court on May 14, 2012. Additional subsidiaries and affiliates of the Debtors may file Chapter 11 petitions on a rolling basis. As used herein, the term "Debtors" includes any such entities.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 2002(c)(2), the Examiner Final Fee Applications are as follows:

| **Applicant and Address for Notice** | **Docket No. of Application** | **Retained As:** | **Requested Fees** | **Requested Expenses** |
|---|---|---|---|---|
| Arthur J. Gonzalez<br>New York University School of Law<br>40 Washington Square South<br>Room 314A<br>New York, NY 10012-1099<br>Attn: Arthur J. Gonzalez | 5850 | Chapter 11 Examiner | $568,612.50 | $ .00 |
| Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>Attn: Howard Seife<br>       David M. LeMay | 5849 | Counsel to the Examiner | $46,818,245.66 | $2,990,547.82 |
| Mesirow Financial Consulting, LLC<br>666 3rd Avenue<br>21st Floor<br>New York, NY 10017<br>Attn: Ralph Tuliano<br>       Melissa Kibler Knoll | 5848 | Financial Advisor to the Examiner | $39,535,526.00 | $344,747.00 |
| Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016<br>Attn: Eric B. Levine | 5846 | Conflicts Counsel to the Examiner | $82,997.85 | $1,670.56 |
| Leonard, Street and Deinard Professional Association<br>150 South Fifth Street<br>Suite 2300<br>Minneapolis, MN 55402<br>Attn: Robert T. Kugler | 5844 | Special Minnesota counsel to the Examiner | $100,000.00 | $4,210.00 |

**PLEASE TAKE FURTHER NOTICE** that objections to any of the Examiner Final Fee Applications must be in writing, must conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court in this case [Docket No. 141] and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated July 17, 2012 (the "Interim Compensation Order") [Docket No. 797], must be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and must be served upon the following parties: (a) the applicant whose application is the subject of such objection, at the address for such applicant set forth in the preceding paragraph of this Notice; (b) counsel for the Examiner, Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112 (attn: Howard Seife and David M. LeMay); (c) counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attn: Gary S. Lee, Lorenzo Marinuzzi and Erica J. Richards); (d) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Tracy Hope Davis, Linda A. Riffkin and Brian S. Masumoto); (e) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attn: Richard M. Cieri); (f) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10104 (Attn: Kenneth Eckstein and Douglas Mannal); and (g) counsel to Barclays Bank, Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, NY 10036 (Attn: Kenneth S. Ziman and Jonathan H. Hofer), in each case so as to be received no later than 4:00 P.M. (prevailing Eastern Time) on December 9, 2013.

3

Dated: New York, New York
November 18, 2013

**CHADBOURNE & PARKE LLP**

By: */s/ Howard Seife*
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

*Counsel for the Examiner*