| | |
|---|---|
| MORRISON & FOERSTER LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| Gary S. Lee | Kenneth H. Eckstein |
| Lorenzo Marinuzzi | Douglas H. Mannal |
| Todd M. Goren | Stephen D. Zide |
| Jennifer L. Marines | Rachael L. Ringer |
| 1290 Avenue of the Americas | 1177 Avenue of the Americas |
| New York, New York 10104 | New York, New York 10036 |
| Telephone: (212) 468-8000 | Telephone: (212) 715-9100 |
| Facsimile: (212) 468-7900 | Facsimile: (212) 715-8000 |
| *Counsel for Debtors and Debtors-in-Possession* | *Counsel for the Official Committee of Unsecured Creditors* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |

### NOTICE OF FILING OF REVISED PROPOSED ORDER CONFIRMING FIRST AMENDED JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC, et al. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**PLEASE TAKE NOTICE** that on November 13, 2013, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") and the official committee of unsecured creditors (the "Creditors' Committee" and together with the Debtors, the "Plan Proponents") filed their proposed *Order Confirming First Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 5723] (the "Proposed Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that the Plan Proponents hereby submit the revised Proposed Confirmation Order (the "Revised Proposed Confirmation Order"), annexed

- 1 -

ny-1118486

hereto as <u>Exhibit 1</u>.  A comparison of the Proposed Confirmation Order and the Revised Proposed Confirmation Order is attached hereto as <u>Exhibit 2</u>.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Proposed Confirmation Order and the Revised Proposed Confirmation Order may be obtained via PACER at http://www.nysb.uscourts.gov or from the Debtors' restructuring website at www.kccllc.net/rescap.

| | |
|---|---|
| Dated: November 18, 2013 | Respectfully submitted, |
| | /s/ Gary S. Lee |
| | Gary S. Lee |
| | Lorenzo Marinuzzi |
| | Todd M. Goren |
| | Jennifer L. Marines |
| | MORRISON & FOERSTER LLP |
| | 1290 Avenue of the Americas |
| | New York, New York 10104 |
| | Telephone: (212) 468-8000 |
| | Facsimile:  (212) 468-7900 |
| | |
| | -and- |
| | |
| | Kenneth H. Eckstein |
| | Doughlas H. Mannal |
| | Stephen D. Zide |
| | Rachael L. Ringer |
| | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| | 1177 Avenue of the Americas |
| | New York, New York 10036 |
| | Telephone: (212) 715-3280 |
| | Facsimile:  (212) 715-8000 |
| | |
| | *Counsel for the Official Committee of Unsecured Creditors* |