**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------------x

**COVER SHEETS FOR FOURTH INTERIM APPLICATION OF**
**MOELIS & COMPANY LLC FOR COMPENSATION FOR**
**PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL**
**AND NECESSARY EXPENSES INCURRED AS INVESTMENT BANKER TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
<u>**FOR THE PERIOD FROM MAY 1, 2013 THROUGH AUGUST 31, 2013**</u>

| | |
|---|---|
| Name of Applicant: | Moelis & Company LLC |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of retention: | August 30, 2012, *nunc pro tunc* to May 16, 2012 |
| Period for which compensation and reimbursement are sought: | May 1, 2013 through August 31, 2013 |
| Amount of compensation sought as actual, reasonable, and necessary: | $1,200,000.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $20,364.50 |
| This is a(n): | Interim Application |

If this is not the first application filed, disclose the following for each prior interim application:

| Date Interim Fee Application Filed | Period Covered by Interim Fee Application | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees (Including Holdback) | Expenses |
| 10/19/2012 [Docket No. 1898] | 5/16/12 – 8/31/12 | $1,391,129.03 | $20,194.72 | $1,391,129.03 | $18,318.99 |
| 3/14/2013 [Docket No. 3198] | 9/1/12 – 12/31/12 | $2,400,000.00 | $197,895.04 | $2,400,000.00 | $195,710.04 |
| 8/7/2013 [Docket No. 4564] | 1/1/13 – 4/30/13 | $2,100,000.00 | $15,805.11 | $2,100,000.00 | $15,460.79 |

## SUMMARY OF PROFESSIONAL TIME RECORDS
## <u>MAY 1, 2013 THROUGH AUGUST 31, 2013</u>

A description of expenses incurred and activities performed is provided in the Interim
Application, below.  Schedules of hours and expense disbursements are provided as Exhibits B
and C to the Interim Application.

**SUMMARY OF FEE CALCULATIONS**
**MAY 1, 2013 THROUGH AUGUST 31, 2013**

A summary calculation of the fees incurred and activities performed is provided in the Interim
Application, below.  A summary calculation of the fees is provided as Exhibit D to the Interim
Application.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |

-----------------------------------------------------------------x

**FOURTH INTERIM APPLICATION OF MOELIS & COMPANY LLC FOR
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS
INVESTMENT BANKER TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD FROM MAY 1, 2013 THROUGH AUGUST 31, 2013**

Pursuant to sections 328(a) and 331 of title 11 of the United States Code, 11 U.S.C.

§§ 101-1532, as amended (the "<u>Bankruptcy Code</u>") and Rule 2016 of the Federal Rules of

Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rule 2016-1 of the Local Rules of Bankruptcy

Practice and Procedure for the United States Bankruptcy Court for the Southern District of New

York (the "<u>Local Rules</u>"), General Order M-447 Amended Guidelines for Fees and

Disbursements for Professionals in Southern District of New York Bankruptcy Cases (Morris,

C.J.) (the "<u>Amended Guidelines</u>"), the Order Establishing Procedures for Interim Compensation

and Reimbursement of Expenses of Professionals dated July 17, 2012 (the "<u>Interim</u>

<u>Compensation Order</u>"), Moelis & Company LLC ("<u>Moelis</u>") as investment banker to the official

committee of unsecured creditors (the "<u>Creditors' Committee</u>") hereby submits this interim

application (the "<u>Interim Application</u>") for allowance of compensation for professional services

performed for the period commencing May 1, 2013 through and including August 31, 2013 (the

"<u>Compensation Period</u>") and reimbursement of actual and necessary expenses incurred during

the Compensation Period.  In support of this Interim Application, Moelis respectfully represents

as follows:

# BACKGROUND

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2).

2.      The statutory predicates for the relief requested herein are sections 328 and 331 of

the Bankruptcy Code, as contemplated by Bankruptcy Rule 2016 and Local Rule 2016-1.

3.      On May 14, 2012 (the "Petition Date"), the above-captioned debtors (the

"Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The

Debtors continue to operate their businesses and manage their properties as debtors-in-

possession pursuant to sections 1107 and 1108 of the Bankruptcy Code

4.      On May 16, 2012, the United States Trustee for the Southern District of New

York (the "United States Trustee") appointed the Creditors' Committee to represent the interests

of all unsecured creditors in these Chapter 11 Cases.  The United States Trustee selected the

following nine parties to serve as members of the Creditors' Committee: (i) Wilmington Trust,

N.A.; (ii) Deutsche Bank Trust Company Americas; (iii) The Bank of New York Mellon Trust

Company, N.A.; (iv) MBIA Insurance Corporation; (v) Rowena L. Drennen; (vi) AIG Asset

Management (U.S.), LLC; (vii) U.S. Bank National Association; (viii) Allstate Life Insurance

Company; and (ix) Financial Guaranty Insurance Corporation.  At a meeting of the Creditors'

Committee held on May 16, 2012, it voted to retain Moelis as its investment banker.

5.      On June 27, 2012, the Creditors' Committee filed an application (the "Initial

Retention Application") for an order, pursuant to sections 328 and 1103 of the Bankruptcy Code

and Bankruptcy Rule 2014 authorizing the Creditors' Committee to retain Moelis as its

2

investment banker, *nunc pro tunc* to May 16, 2012.  The Initial Retention Application was
approved by order dated August 30, 2012 (the "Initial Retention Order").

6.        On August 28, 2012, the Creditors' Committee filed an application (the
"Supplemental Retention Application") for an order, pursuant to sections 328 and 1103 of the
Bankruptcy Code and Bankruptcy Rule 2014 authorizing the Creditors' Committee to expand the
scope of its retention of Moelis, *nunc pro tunc* to August 1, 2012.  The Supplemental Retention
Application was approved by order dated September 13, 2012 (the "Supplemental Retention
Order" and together with the Initial Retention Order, the "Retention Orders").  Copies of the
Retention Orders are attached hereto as Exhibit A.

7.        The Court approved Moelis' retention as investment banker to the Creditors'
Committee under sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rules 2014(a)
and 2016 and Local Rules 2014-1 and 2016-1.  The Retention Orders require that Moelis'
compensation and expense reimbursement requests be subject to review under the standards set
forth in section 328(a) of the Bankruptcy Code, but provides that the Office of the United States
Trustee alone is entitled to challenge the reasonableness of Moelis' compensation and expense
requests on all grounds, including reasonableness under section 330 of the Bankruptcy Code.

8.        The Retention Orders modify Moelis' time-keeping requirements by providing
that (a) Moelis' restructuring professionals are required only to keep reasonably-detailed time
records in half-hour increments and to submit, with any interim or final fee application, together
with the time records, a narrative summary, by project categories as selected by Moelis, of
services rendered, and to identify each professional rendering services and the categories of
services rendered, (b) Moelis' non-restructuring professionals and personnel in administrative

departments (including legal) are not required to keep any time records, and (c) Moelis is not required to provide or conform to any schedule of hourly rates.

9.     By this Interim Application, Moelis seeks allowance of $1,200,000.00 for services rendered to the Creditors' Committee during the Compensation Period.  Moelis' summary time records are annexed hereto as Exhibit B.  Moelis also seeks reimbursement of actual and necessary costs and expenses incurred during the Compensation Period in the amount of $20,364.50.  A detailed description of the expenses incurred is attached as Exhibit C.

10.    To date, Moelis has received $970,524.17 relating to its monthly fee statements pertaining to the Compensation Period.

11.    A proposed chapter 11 plan was filed with this Court on July 3, 2013.

## SUMMARY OF SERVICES RENDERED
## DURING THE COMPENSATION PERIOD

12.    As a summary, Moelis provided the following investment banking services to the Creditors' Committee during the Compensation Period:[1]

- Participated in meetings with the Creditors' Committee, its counsel and the Debtors;

- Communicated and presented material updates, business developments, diligence findings and analysis to the Creditors' Committee;

- Participated in hearings before this Court;

---

[1] This summary is not intended to be a complete description of all the work Moelis has performed during the Compensation Period, but rather is a guideline offered to the Court and other interested parties with respect to the services performed by Moelis.  Terms not defined have the same definition as defined in: (1) the Moelis engagement letter, (2) Order Under 11 U.S.C. §§ 105, 363(b) and 365 (i) Authorizing and Approving Sale Procedures, Including Payment of Break-up Fees; (ii) Scheduling Bid Deadline, Auction (If Necessary) and Sale Hearing; (iii) Establishing Assumption and Assignment Procedures, Including Procedures for Fixing Cure Amounts; and (iv) Establishing Notice Procedures and Approving Forms Of Notice, as amended and filed on June 28, 2012 (Dkt. No. 538), and (3) Notice of Bid Deadline and Sale Hearing to Sell FHA Loans Pursuant to Mortgage Loan Purchase and Interim Servicing Agreement, as filed on January 17, 2013 (Dkt. No. 2658).

- Assisted the Creditors' Committee in reviewing and analyzing proposals for any restructuring of the Debtors;

- Assisted the Creditors' Committee in valuing certain of the Debtors' assets;

- Assisted in the various mediation sessions;

- Reviewed and analyzed proposed wind down plans for the Debtors' estates;

- Reviewed and analyzed the Sale Procedures for the sale of certain FHA Loans by the Debtors;

- Assisted in the investigation of selected transactions between Ally Financial Inc. and the Debtors;

- Engaged in extensive correspondence and due diligence meetings with the Debtors, the Debtors' advisors and various parties-in-interest;

- Analyzed proposed restructuring alternatives and effects on various creditors;

- Advised on the current state of the capital markets and implications for the Debtors' strategy and broader restructuring initiatives;

- Advised the Creditors' Committee with respect to financial matters related to RMBS Claims;

- Assisted with research and collection of RMBS information;

- Assisted in drafting and negotiating Plan Support Agreement;

- Assisted in drafting and negotiating the Disclosure Statement and Plan of Reorganization; and

- General administrative matters including, but not limited to, addressing questions of individual members of the Creditors' Committee, Chapter 11 procedures,

communications and administrative functions and other matters not falling into

any of the aforementioned services listed above.

## SUMMARY OF DISBURSEMENTS
## DURING THE INTERIM PERIOD

13.     Moelis incurred reasonable and necessary out-of-pocket expenses during the

Compensation Period in the sum of $20,364.50.  A detailed description of the expenses incurred

is attached as Exhibit C.

14.     The expenses incurred by Moelis include (but are not limited to) long distance

telephone calls, overnight delivery, travel expenses, local messenger service, meals, facsimiles,

postage, duplicating and financial research charges, all of which Moelis normally bills to its non-

bankruptcy clients at rates calculated to compensate Moelis for only the actual cost of the

expense.  Moelis has made reasonable efforts to minimize its disbursements in these cases.  The

expenses incurred in the rendition of professional services were necessary, reasonable and

justified under the circumstances to serve the needs of the Creditors' Committee.

15.     The expenses incurred by Moelis also include the fees and expenses of its outside

legal counsel relating to Moelis' fee applications and statements.  Paragraph 6(c)(ii) of the

August 30, 2012 Order authorizing Moelis' retention [Docket No. 1315] and Paragraph 9 of the

September 13, 2012 Order authorizing the expanded scope of Moelis' retention [Docket No.

1432] permit Moelis to request reimbursement of the fees and expenses of its outside counsel in

respect of the preparation and prosecution of Moelis' fee applications.  The invoices for Moelis'

outside legal counsel are included in Exhibit C hereto.[2]

---

[2]  Consistent with this Court's admonitions that it will not approve legal fees relating to responding to the United States Trustee's comments on interim fee applications, Moelis does not seek reimbursement of its outside legal counsel's fees relating to responding to the United States Trustee's comments on interim fee applications.

16.     Moelis believes that this Interim Application, together with the attachments hereto, substantially complies in all material respects with the guidelines set out in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Retention Order (to the extent compliance has not been waived).  To the extent this Interim Application does not comply in every respect with these requirements of these guidelines and the Retention Order, Moelis respectfully requests a waiver for any such technical non-compliance.

17.     While Moelis' requested compensation is subject to review and approval by this Court under the standards set forth in section 328 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Moelis is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

18.     The request herein for allowance of compensation and reimbursement of expenses are without prejudice to Moelis' right to seek additional compensation for services performed and expenses incurred during the Compensation Period, which were not processed at the time of this Interim Application.

WHEREFORE, Moelis respectfully requests that this Court enter an order allowing

Moelis' fees in the aggregate amount of $1,200,000.00, plus expenses in the aggregate amount of

$20,364.50, for a total of $1,220,364.50, and that it be granted such other and further relief as the

Court may deem just and proper.

Dated: November 18, 2013
      New York, New York

                                      MOELIS & COMPANY LLC

                                      By: _____
                                      Name:  Jared J. Dermont
                                      Title:  Managing Director

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

In re:                                                  :          Chapter 11
                                                        :
RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,                :          Case No. 12-12020 (MG)
                                                        :
                              Debtors.                  :          Jointly Administered

-------------------------------------------------------------------x

**CERTIFICATION OF COMPLIANCE WITH**
**GUIDELINES FOR FEES AND DISBURSEMENTS FOR**
**<u>PROFESSIONALS IN SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY CASES</u>**

Jared J. Dermont certifies that:

1.      I am a managing director of Moelis & Company LLC ("<u>Moelis</u>"), investment

banker to the official committee of unsecured creditors (the "<u>Creditors' Committee</u>") in the

above-captioned chapter 11 cases.  This certification is made pursuant to General Order M-447

Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New

York Bankruptcy Cases (Morris, C.J.) (the "<u>Amended Guidelines</u>"), in support of Moelis'

interim fee application (the "<u>Interim Application</u>").

2.      I have read the Application and, to the best of my knowledge, information and

belief, formed after reasonable inquiry, (a) the fees and disbursements sought in the Application

comply with the Amended Guidelines and the United States Trustee's promulgated guidelines

(together, the "<u>Fee Guidelines</u>") to the extent compliance has not been waived, (b) except to the

extent that fees or disbursements are prohibited by the Fee Guidelines, the fees and

disbursements sought are billed at rates and in accordance with practices customarily employed

by Moelis and generally accepted by Moelis' clients, (c) in seeking reimbursement of an expense

in the Application, Moelis does not make a profit on that expenditure, whether it is performed by

Moelis in-house or through a third party, (d) Moelis has provided the U.S. Trustee, the Debtors

and the Creditors' Committee with monthly fee statements for the fees and expenses requested in the Application and (e) Moelis has not provided the U.S. Trustee, the Debtors or the Creditors' Committee with a copy of the Application at least fourteen days before the filing deadline for such Application, but I understand that a copy of the Application will be provided to such parties at least twenty (20) days before the date set by this Court for a hearing on the Application.

3.      To the extent required by section 504 of the Bankruptcy Code, there is no agreement or understanding between Moelis and any other person, other than the principals and employees of Moelis, for the sharing of compensation to be received for services rendered in these chapter 11 cases.

WHEREFORE, I declare that the above is true and correct to the best of my knowledge, information and belief.

Dated: November 18, 2013

JARED J. DERMONT

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
In re:                                                                    :      Chapter 11
                                                                          :
RESIDENTIAL CAPITAL, LLC, et al.,                         :      Case No. 12-12020 (MG)
                                                                          :
                                    Debtors.                         :      Jointly Administered
-------------------------------------------------------------------x

### ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF MOELIS & COMPANY LLC AS INVESTMENT BANKER TO THE COMMITTEE *NUNC PRO TUNC* TO MAY 16, 2012

Upon the application (the "**Application**")[1] of the Committee for entry of an order (the

"**Order**") pursuant to sections 328(a) and 1103 of the Bankruptcy Code, Rules 2014(a) and 2016

of the Bankruptcy Rules and Rules 2014-1 and 2016-1 of the Local Rules, authorizing the

Committee to retain and employ Moelis & Company LLC ("**Moelis**") as its investment banker in

accordance with the terms and conditions set forth in the Engagement Letter, *nunc pro tunc* to

May 16, 2012, as described in the Application and the Dermont Declaration; and the Court

having jurisdiction to consider the Application and the relief requested therein in accordance

with 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested

therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in

this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application

being adequate and appropriate under the particular circumstances having been given; and a

hearing having been held to consider the relief requested by the Application (the "**Hearing**");

and upon consideration of the Application, the Dermont Declaration, the supplemental

declaration of Jared Dermont in further support of the Application (the "**Supplemental Dermont**

---

[1] Capitalized Terms used and not otherwise defined herein shall have the meanings set forth for such terms in the Application.

1

1212020120830000000000004

**Declaration**"), the record of the Hearing and all proceedings had before the Court; and the Court

having found and determined that the relief sought in the Application is in the best interests of

the Committee, the Debtors' estates, their creditors and other parties in interest, and that the legal

and factual bases set forth in the Application and the Dermont Declaration establish just cause

for the relief granted herein; and any objections to the requested relief having been withdrawn or

overruled on the merits; and the Court being satisfied based on the representations made in the

Application and the Dermont Declaration, and the Court hereby finds, that (a) Moelis does not

represent in connection with these chapter 11 cases any other party having an adverse interest to

the Committee or the Debtors and (b) Moelis is eligible for retention by the Committee pursuant

to sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Rule

2014-1; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Application is granted to the extent provided herein.

2.      The provisions set forth in the Engagement Letter (and all attachments thereto)

are hereby approved, except as otherwise expressly provided herein to the contrary.   In

accordance with sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014 and

Local Rule 2014-1, the Committee is authorized to employ and retain Moelis in accordance with

the terms and conditions set forth in the Engagement Letter, *nunc pro tunc* to May 16, 2012.

3.      Subject to Paragraphs 4 and 6 of this Order, all of Moelis' fees and

reimbursement of expenses under the Engagement Letter, and the indemnification, contribution

and reimbursement provisions of the Engagement Letter, are all hereby approved pursuant to

section 328(a) of the Bankruptcy Code.  The Debtors are authorized and directed to perform their

payment, indemnification, contribution and reimbursement obligations and its non-monetary

2

obligations under the Engagement Letter, except as otherwise expressly provided herein.  Subject

to Paragraphs 4 and 6 of this Order, all compensation, reimbursement of expenses,

indemnification, contribution and reimbursement to Moelis and any Indemnified Person (as

defined in the Engagement Letter) under the Engagement Letter shall be subject to review only

pursuant to the standards set forth in section 328(a) of the Bankruptcy Code, and shall not be

subject to any other standard of review including but not limited to that set forth in section 330 of

the Bankruptcy Code.

4.    Notwithstanding anything in this Order to the contrary, the United States Trustee

for the Southern District of New York shall retain all rights to respond or object to Moelis'

interim and final applications for compensation and reimbursement of expenses on all grounds,

including, but not limited to, reasonableness, pursuant to section 330 of the Bankruptcy Code,

and in the event the U.S. Trustee objects, the Court retains the right to review such interim and

final applications pursuant to section 330 of the Bankruptcy Code.

5.    Moelis will file applications for interim and final allowance of compensation and

reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the

Bankruptcy Code and such Bankruptcy Rules as may then be applicable, from time to time, and

such procedures as may be fixed by order of this Court; *provided, however*, that the requirements

of the Bankruptcy Code, the Bankruptcy Rules, the Trustee Guidelines and Local Rule 2016-1

and any other compensation procedures adopted by this Court are hereby modified such that (a)

Moelis' restructuring professionals shall be required only to keep reasonably-detailed time

records in half-hour increments and to submit, with any interim or final fee application, together

with the time records, a narrative summary, by project categories as selected by Moelis, of

services rendered and will identify each professional rendering services and the categories of

services rendered, (b) Moelis' non-restructuring professionals and personnel in administrative

departments (including legal) shall not be required to keep any time records, and (c) Moelis shall

not be required to provide or conform to any schedule of hourly rates.

6.    The indemnification, contribution and reimbursement provisions of <u>Annex A</u> to

the Engagement Letter are approved, subject to the following:

    a.    All requests by Indemnified Persons for the payment of indemnification as set forth in the Engagement Letter shall be shall be made by means of an application (interim or final as the case may be) and shall be subject to review by the Court to ensure that payment of such indemnity conforms to the terms of the Engagement Letter and is reasonable based upon the circumstances of the litigation or settlement in respect of which indemnity is sought, <u>provided</u>, <u>however</u>, that in no event shall an Indemnified Person be indemnified in the case of its own bad-faith, self-dealing, breach of fiduciary duty (if any), gross negligence or willful misconduct.

    b.    In the event that an Indemnified Person seeks reimbursement from the Debtors for reasonable attorneys' fees in connection with a request by Moelis for payment of indemnity pursuant to the Engagement Letter, as modified by this Order, the invoices and supporting time records from such attorneys shall be included in Moelis' own application (interim or final as the case may be) and such invoices and time records shall be subject to the Fee Guidelines and the approval of the Court under the standards of sections 330 and 331 of the Bankruptcy Code without regard to whether such attorney has been retained under section 327 of the Bankruptcy Code and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code.

    c.    Indemnified Persons shall not be entitled to reimbursement by the Debtors for any fees, disbursements and other charges of their counsel other than (i) those incurred in connection with a request for payment of indemnity and (ii) the fees and expenses of Moelis' outside counsel in respect of the preparation and prosecution of Moelis' fee applications in these chapter 11 cases to the extent approved by the Court.  The invoices and supporting time records from such attorneys shall be included in Moelis' own application (both interim and final) and such invoices and time records shall be subject to the Fee Guidelines and the approval of the Court under the standards of sections 330 and 331 of the Bankruptcy Code without regard to whether such attorney has been retained under

4

section 327 of the Bankruptcy Code and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code.

7.      The second sentence of paragraph 6 (on page 5) of the Engagement Letter is hereby deleted.

8.      Notwithstanding anything to the contrary in the Engagement Letter, the Application, the Dermont Declaration, or the Supplemental Dermont Declaration, any Restructuring Fee that would otherwise be earned and payable upon the consummation of a Restructuring under the terms of the Engagement Letter shall continue to be earned upon consummation but shall not be paid until the effective date of a confirmed plan in the Chapter 11 Cases.

9.      Notwithstanding anything herein to the contrary, this Order shall not modify or affect the terms and provisions of, nor the rights and obligations under, (a) the Board of Governors of the Federal Reserve System Consent Order, dated April 13, 2011, by and among Ally Financial Inc. ("**AFI**"), Ally Bank, ResCap, GMAC Mortgage, LLC, the Board of Governors of the Federal Reserve System, and the Federal Deposit Insurance Corporation, (b) the consent judgment entered April 5, 2012 by the District Court for the District of Columbia, dated February 9, 2012, (c) the Order of Assessment of a Civil Money Penalty Issued Upon Consent Pursuant to the Federal Deposit Insurance Act, as amended, dated February 10, 2012, and (d) all related agreements with AFI and Ally Bank and their respective subsidiaries and affiliates.

10.     In the event of a conflict between the Engagement Letter, the Application, and the express terms of this Order, the express terms of this Order shall govern.

11.     The Committee and Moelis are authorized and empowered to take all actions necessary to implement the relief granted in and pursuant to this Order.

5

12.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

13.      Notwithstanding any provision to the contrary in the Application or the

Engagement Letter, the Court shall retain jurisdiction to hear and to determine all matters arising

from or related to implementation of this Order.

Dated:      August 30, 2012
            New York, New York


                              _____/s/Martin Glenn_____
                                   MARTIN GLENN
                              United States Bankruptcy Judge

12-12020-mg    Doc 5856    Filed 01/18/13    Entered 01/18/13 01:40:27    Main Document
12-12020-mg    Doc 1432    Filed 09/13/12    Pg 23 of 109

Docket #1432  Date Filed: 9/13/2012

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re:                                          :        Chapter 11
                                                :
RESIDENTIAL CAPITAL, LLC, et al.,               :        Case No. 12-12020 (MG)
                                                :
                              Debtors.          :        Jointly Administered
------------------------------------------------------------------x

### ORDER AUTHORIZING THE EXPANDED SCOPE OF
### RETENTION OF MOELIS & COMPANY LLC AS INVESTMENT BANKER TO
### THE COMMITTEE *NUNC PRO TUNC* TO AUGUST 1, 2012

Upon the application (the "**Supplemental Application**")[1] of the Committee for entry of

an order (the "**Order**") pursuant to sections 328(a) and 1103 of the Bankruptcy Code, Rules

2014(a) and 2016 of the Bankruptcy Rules and Rules 2014-1 and 2016-1 of the Local Rules,

authorizing the Committee to expand the scope of retention of Moelis & Company LLC

("**Moelis**") as its investment banker in accordance with the terms and conditions set forth in the

Supplemental Engagement Letter, *nunc pro tunc* to August 1, 2012, as described in the

Supplemental Application and the Dermont Declaration; and the Court having jurisdiction to

consider the Supplemental Application and the relief requested therein in accordance with 28

U.S.C. §§ 157 and 1334; and consideration of the Supplemental Application and the relief

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being

proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the

Supplemental Application being adequate and appropriate under the particular circumstances

having been given; and a hearing having been held to consider the relief requested by the

Supplemental Application (the "**Hearing**"); and upon consideration of the Supplemental

---

[1]     Capitalized terms used and not otherwise defined herein shall have the meanings set forth for such terms in
        the Supplemental Application.

1212020120913000000000006

Application, the Dermont Declaration, the record of the Hearing and all proceedings had before

the Court; and the Court having found and determined that the relief sought in the Supplemental

Application is in the best interests of the Committee, the Debtors' estates, their creditors and

other parties in interest, and that the legal and factual bases set forth in the Supplemental

Application and the Dermont Declaration establish just cause for the relief granted herein; and

any objections to the requested relief having been withdrawn or overruled on the merits; and the

Court being satisfied based on the representations made in the Supplemental Application and the

Dermont Declaration, and the Court hereby finds, that (a) Moelis does not represent in

connection with these chapter 11 cases any other party having an adverse interest to the

Committee or the Debtors and (b) Moelis is eligible for retention by the Committee pursuant to

sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Rule 2014-

1; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Supplemental Application is granted to the extent provided herein.

2.      Moelis shall use its best efforts to avoid any duplication of services provided by

any of the Committee's other retained professionals in these Chapter 11 cases.

3.      If the Committee requests that Moelis provide additional advice on matters

substantially associated with the subject matter of Moelis' retention but not specifically

enumerated in the Supplemental Application, Moelis shall advise the US Trustee and the Debtors

to the extent possible of such additional matters.

4.      The provisions set forth in the Supplemental Engagement Letter (and all

attachments thereto) are hereby approved, except as otherwise expressly provided herein to the

contrary.  In accordance with sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy

Rule 2014 and Local Rule 2014-1, the Committee is authorized to expand the scope of retention

of Moelis in accordance with the terms and conditions set forth in the Supplemental Engagement

Letter, *nunc pro tunc* to August 1, 2012.

5.      Subject to Paragraphs 7 and 9 of this Order, all of Moelis' fees and

reimbursement of expenses under the Supplemental Engagement Letter, and the indemnification,

contribution and reimbursement provisions of the Initial Engagement Letter, are all hereby

approved pursuant to section 328(a) of the Bankruptcy Code.  The Debtors are authorized and

directed to perform their payment, indemnification, contribution and reimbursement obligations

and its non-monetary obligations under the Supplemental Engagement Letter, except as

otherwise expressly provided herein.  Subject to Paragraphs 7 and 9 of this Order, all

compensation, reimbursement of expenses, indemnification, contribution and reimbursement to

Moelis and any Indemnified Person (as defined in the Initial Engagement Letter) under the

Supplemental Engagement Letter shall be subject to review only pursuant to the standards set

forth in section 328(a) of the Bankruptcy Code, and shall not be subject to any other standard of

review including but not limited to that set forth in section 330 of the Bankruptcy Code.

6.      Moelis is hereby authorized to request reimbursement of CoreLogic Solutions,

LLC's fees and expenses in Moelis' own monthly statements and fee applications.  The Debtors

are hereby authorized and directed to indemnify CoreLogic Solutions, LLC and its personnel on

the same terms and conditions as the indemnity contained in the Initial Engagement Letter and

any modification thereto contained in the Original Retention Order (defined below).  For the

avoidance of doubt, CoreLogic Solutions, LLC and its indemnified persons shall not be entitled

to indemnification in the case of their own bad-faith, self-dealing, breach of fiduciary duty (if

any), gross negligence or willful misconduct.

3

7.     The United States Trustee retains all rights to object to Moelis' interim and final fee applications (including its Monthly Fee, its Restructuring Fee and expense reimbursements) on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code and solely in adjudicating any objection filed by the United States Trustee, the Court retains the right to review the interim and final applications pursuant to section 330 of the Bankruptcy Code.

8.     Moelis will file applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court; *provided, however*, that the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Trustee Guidelines and Local Rule 2016-1 and any other compensation procedures adopted by this Court are hereby modified such that (a) Moelis' restructuring professionals shall be required only to keep reasonably-detailed time records in half-hour increments and to submit, with any interim or final fee application, together with the time records, a narrative summary, by project categories as selected by Moelis, of services rendered and will identify each professional rendering services and the categories of services rendered, (b) Moelis' non-restructuring professionals and personnel in administrative departments (including legal) shall not be required to keep any time records, and (c) Moelis shall not be required to provide or conform to any schedule of hourly rates.

9.     The indemnification, contribution and reimbursement provisions of the Supplemental Engagement Letter (which references the Initial Engagement Letter), including any indemnification of CoreLogic Solutions, LLC, are approved, subject to the modifications set forth in Paragraph 6 of the Order Authorizing the Employment and Retention of Moelis &

4

Company LLC as Investment Banker to the Committee *Nunc Pro Tunc* to May 16, 2012, entered

on August 30, 2012 [Docket N. 1315] (the "**Original Retention Order**").

10.     Notwithstanding anything herein to the contrary, this Order shall not modify or

affect the terms and provisions of, nor the rights and obligations under, (a) the Board of

Governors of the Federal Reserve System Consent Order, dated April 13, 2011, by and among

Ally Financial Inc. ("**AFI**"), Ally Bank, ResCap, GMAC Mortgage, LLC, the Board of

Governors of the Federal Reserve System, and the Federal Deposit Insurance Corporation,

(b) the consent judgment entered April 5, 2012 by the District Court for the District of Columbia,

dated February 9, 2012, (c) the Order of Assessment of a Civil Money Penalty Issued Upon

Consent Pursuant to the Federal Deposit Insurance Act, as amended, dated February 10, 2012,

and (d) all related agreements with AFI and Ally Bank and their respective subsidiaries and

affiliates.

11.     In the event of a conflict between the Supplemental Engagement Letter, the

Supplemental Application, and the express terms of this Order, the express terms of this Order

shall govern.

12.     The Committee and Moelis are authorized and empowered to take all actions

necessary to implement the relief granted in and pursuant to this Order.

13.     The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

14.     Notwithstanding any provision to the contrary in the Supplemental Application or

the Supplemental Engagement Letter, the Court shall retain jurisdiction to hear and to determine

all matters arising from or related to implementation of this Order.

Dated:    September 13, 2012
          New York, New York


                              _____/s/Martin Glenn_____
                                  MARTIN GLENN
                           United States Bankruptcy Judge

6

# EXHIBIT B

# ResCap

**Summary of Hours**

| Category | 2012 | | | | | | | | 2013 | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | May | Jun. | Jul. | Aug. | Sept. | Oct. | Nov. | Dec. | Jan. | Feb. | Mar. | Apr. | May | Jun. | Jul. | Aug. | |
| UCC Meetings / Calls | 61.0 | 219.5 | 165.0 | 106.0 | 87.0 | 135.0 | 127.5 | 133.5 | 182.5 | 107.5 | 191.0 | 158.5 | 40.0 | 89.0 | 76.0 | 118.0 | 1,997.0 |
| Other Meetings / Calls | 85.0 | 123.5 | 141.0 | 70.5 | 70.0 | 117.0 | 155.5 | 126.5 | 219.0 | 167.0 | 78.0 | 169.5 | 360.0 | 170.0 | 118.0 | 64.5 | 2,235.0 |
| Case Administration | 44.5 | 36.0 | -- | 56.5 | 29.0 | 17.5 | 48.0 | 53.0 | 24.0 | 33.0 | 52.0 | 18.5 | 18.5 | 26.0 | 34.0 | 25.0 | 515.5 |
| Court Hearings / Filings / Depositions | -- | 115.0 | 19.5 | 31.0 | 67.0 | 133.0 | 19.5 | 16.0 | 18.0 | 18.0 | 81.0 | 36.0 | 16.0 | 38.0 | 42.0 | 46.0 | 696.0 |
| Financial Analysis / Modeling / Internal Materials | 266.0 | 168.5 | 244.5 | 132.0 | 159.0 | 177.5 | 147.0 | 190.0 | 206.0 | 113.5 | 81.0 | 239.5 | 97.0 | 130.5 | 180.0 | 157.0 | 2,689.0 |
| RMBS Litigation Support | -- | -- | 181.0 | 876.0 | 830.5 | 531.0 | 403.0 | 108.0 | 187.5 | 230.0 | 171.0 | 167.0 | 164.0 | 24.0 | -- | -- | 3,873.0 |
| General Other | 174.0 | 203.5 | 77.0 | 79.5 | 88.0 | 70.0 | 113.0 | 118.5 | 121.5 | 95.5 | 50.0 | 26.0 | 165.0 | 283.5 | 153.0 | 99.0 | 1,917.0 |
| **TOTAL** | **630.5** | **866.0** | **828.0** | **1,351.5** | **1,330.5** | **1,181.0** | **1,013.5** | **745.5** | **958.5** | **764.5** | **704.0** | **815.0** | **860.5** | **761.0** | **603.0** | **509.5** | **13,922.5** |

# ResCap

## Summary of Hours

| Month | J. Dermont Managing Director | Y. Rozov Managing Director | P. Shiu Managing Director | L. Parsons Senior Advisor | B. Klein Managing Director | S. Hasan Vice President | A. Waldman Associate | A. Gibler Analyst | Total |
|---|---|---|---|---|---|---|---|---|---|
| May | 119.0 | 36.5 | - | 52.0 | 29.0 | 130.5 | - | - | 630.5 |
| June | 133.0 | 67.0 | 17.0 | 79.0 | 47.5 | 177.0 | 140.5 | - | 866.0 |
| July | 97.5 | 65.0 | 74.0 | 118.0 | 27.5 | 148.0 | 139.5 | - | 828.0 |
| August | 145.0 | 100.0 | 171.0 | 166.0 | 33.5 | 216.0 | 195.0 | 40.0 | 1,351.5 |
| September | 147.5 | 105.5 | 141.5 | 150.5 | 64.5 | 196.5 | 127.0 | 158.0 | 1,330.5 |
| October | 153.5 | 81.0 | 80.5 | 150.5 | 92.0 | 195.5 | 158.5 | 184.0 | 1,181.0 |
| November | 120.5 | 79.5 | 50.5 | 123.0 | 90.0 | 170.5 | 159.0 | 181.5 | 1,013.5 |
| December | 85.0 | 47.0 | - | 107.0 | 69.0 | 158.5 | 117.0 | 162.0 | 745.5 |
| January | 129.0 | 102.0 | 47.5 | 121.0 | 82.5 | 193.5 | 98.0 | 185.0 | 958.5 |
| February | 72.0 | 83.5 | 48.0 | 96.5 | 69.5 | 161.0 | 83.0 | 151.0 | 764.5 |
| March | 69.0 | 71.0 | 64.0 | 89.5 | 78.0 | 131.0 | 85.0 | 116.5 | 704.0 |
| April | 94.5 | 68.0 | 59.0 | 84.5 | 102.5 | 139.0 | 119.5 | 148.0 | 815.0 |
| May | 98.0 | 49.0 | 55.0 | 91.5 | 137.0 | 69.0 | 176.5 | 184.5 | 860.5 |
| June | 70.5 | 52.5 | 18.0 | 78.5 | 120.5 | 125.0 | 154.0 | 142.0 | 761.0 |
| July | 62.0 | 57.0 | - | 60.0 | 93.0 | 101.5 | 114.0 | 115.5 | 603.0 |
| August | 54.5 | 31.0 | - | 44.5 | 88.0 | 59.5 | 112.5 | 119.5 | 509.5 |
| **Total** | **1,650.5** | **1,095.5** | **826.0** | **1,612.0** | **1,224.0** | **2,372.0** | **1,979.0** | **1,887.5** | **13,922.5** |

# ResCap

## Summary of Hours - May

| Date | J. Dermont | Y. Rozov | P. Shiu | L. Parsons | B. Klein | S. Hasan | A. Waldman | A. Gibler | Total |
|---|---|---|---|---|---|---|---|---|---|
| | Managing Director | Managing Director | Managing Director | Senior Advisor | Managing Director | Vice President | Associate | Analyst | |
| May-13 | | | | | | | | | |
| 5/1 | 5.0 | 4.0 | 6.0 | 5.0 | 5.0 | 6.0 | 10.0 | 8.0 | 49.0 |
| 5/2 | 6.0 | - | 9.0 | 9.0 | 6.0 | 6.0 | 6.0 | 9.0 | 51.0 |
| 5/3 | 7.0 | 3.0 | 4.0 | 5.0 | 12.0 | 5.0 | 15.0 | 11.5 | 62.5 |
| 5/4 | - | - | - | - | 4.0 | - | 4.0 | 4.0 | 12.0 |
| 5/5 | 1.0 | - | - | - | 2.0 | 1.0 | 2.0 | 1.0 | 7.0 |
| 5/6 | 1.0 | 1.0 | 4.0 | 5.0 | 1.0 | 5.0 | 1.0 | 5.0 | 23.0 |
| 5/7 | 2.0 | - | 4.0 | 6.0 | 2.0 | 8.0 | 4.0 | 6.0 | 32.0 |
| 5/8 | - | - | 5.0 | 4.0 | - | 4.0 | - | 4.0 | 17.0 |
| 5/9 | 4.5 | 2.5 | 5.0 | 5.0 | 4.5 | 2.5 | 4.5 | 4.0 | 32.5 |
| 5/10 | 5.5 | 5.5 | 6.5 | 7.5 | 5.5 | 7.5 | 5.5 | 7.5 | 51.0 |
| 5/11 | - | 1.0 | 3.5 | 6.0 | - | 6.0 | 5.5 | 9.0 | 31.0 |
| 5/12 | 9.0 | 5.0 | - | 5.0 | 7.0 | 3.0 | 10.0 | 10.0 | 49.0 |
| 5/13 | 7.0 | 2.5 | 4.0 | 4.0 | 9.0 | - | 8.0 | 12.0 | 46.5 |
| 5/14 | 3.5 | 3.5 | - | 2.0 | 3.5 | - | 3.5 | 3.5 | 19.5 |
| 5/15 | 4.0 | 2.0 | - | - | 10.0 | - | 10.0 | 10.0 | 36.0 |
| 5/16 | 2.5 | - | - | - | 2.5 | - | 5.0 | 5.0 | 15.0 |
| 5/17 | 4.0 | - | 4.0 | 4.0 | 4.0 | - | 7.0 | 11.0 | 34.0 |
| 5/18 | 4.0 | - | - | - | 4.0 | - | 7.0 | 7.0 | 22.0 |
| 5/19 | 4.0 | 3.0 | - | 4.0 | 6.0 | - | 6.0 | 6.0 | 29.0 |
| 5/20 | 11.0 | - | - | 4.0 | 12.0 | - | 12.0 | 12.0 | 51.0 |
| 5/21 | 5.0 | 3.0 | - | - | 11.0 | - | 11.0 | 8.0 | 38.0 |
| 5/22 | 4.0 | 4.0 | - | 4.0 | 16.0 | - | 18.0 | 16.0 | 62.0 |
| 5/23 | - | - | - | - | 3.0 | - | 3.0 | 3.0 | 9.0 |
| 5/24 | 1.0 | 1.0 | - | - | 1.0 | - | 1.0 | 1.0 | 4.0 |
| 5/25 | - | - | - | - | - | - | 2.0 | 2.0 | 4.0 |
| 5/26 | - | - | - | - | - | - | 2.5 | - | 2.5 |
| 5/27 | - | - | - | - | - | - | 2.0 | 2.0 | 4.0 |
| 5/28 | 3.0 | 3.0 | - | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 21.0 |
| 5/29 | 3.0 | 3.0 | - | 3.0 | 3.0 | 7.0 | 3.0 | 3.0 | 25.0 |
| 5/30 | - | 1.0 | - | 4.0 | - | 4.0 | 4.0 | - | 13.0 |
| 5/31 | 1.0 | 1.0 | - | 1.0 | - | 1.0 | 1.0 | 1.0 | 6.0 |
| May | 98.0 | 49.0 | 55.0 | 91.5 | 137.0 | 69.0 | 176.5 | 184.5 | 860.5 |

# ResCap

## Summary of Hours - June

| Date | J. Dermont Managing Director | Y. Rozov Managing Director | P. Shiu Managing Director | L. Parsons Senior Advisor | B. Klein Managing Director | S. Hasan Vice President | A. Waldman Associate | A. Gibler Analyst | Total |
|------|------|------|------|------|------|------|------|------|------|
| **Jun-13** | | | | | | | | | |
| 6/1 | - | - | - | - | - | - | - | - | - |
| 6/2 | - | - | - | 3.0 | - | 3.0 | 4.0 | 7.0 | 17.0 |
| 6/3 | 3.0 | 3.0 | - | - | 6.0 | 4.0 | 9.5 | 5.5 | 31.0 |
| 6/4 | 1.0 | 1.0 | 6.0 | 7.0 | - | 7.0 | 1.0 | 7.0 | 30.0 |
| 6/5 | 4.0 | 4.0 | - | 1.0 | 3.0 | 1.0 | 4.0 | 1.0 | 18.0 |
| 6/6 | 4.0 | 3.0 | 7.0 | 9.0 | - | 9.0 | 4.0 | 7.0 | 43.0 |
| 6/7 | 4.0 | 4.0 | - | 1.0 | 6.5 | 4.5 | 7.5 | 7.5 | 35.0 |
| 6/8 | - | - | - | - | - | - | - | - | - |
| 6/9 | - | - | - | - | - | - | - | - | - |
| 6/10 | - | - | - | - | - | - | - | - | - |
| 6/11 | 1.0 | 1.0 | 4.0 | 5.0 | 1.0 | 8.0 | 5.0 | 5.0 | 30.0 |
| 6/12 | 7.0 | 4.0 | 1.0 | 10.0 | 7.0 | 10.0 | 8.0 | 8.0 | 55.0 |
| 6/13 | 3.0 | 3.0 | - | 3.0 | 4.5 | 3.0 | 8.5 | 4.5 | 29.5 |
| 6/14 | - | - | - | - | 10.0 | - | 10.0 | 5.5 | 25.5 |
| 6/15 | - | - | - | - | - | - | - | - | - |
| 6/16 | - | - | - | 3.0 | 2.0 | 3.0 | 2.0 | 3.0 | 13.0 |
| 6/17 | 5.5 | 5.5 | - | 1.0 | 8.5 | 7.0 | 8.0 | 8.5 | 44.0 |
| 6/18 | 5.0 | 5.0 | - | 3.0 | 9.0 | 5.0 | 10.0 | 10.0 | 47.0 |
| 6/19 | 5.0 | - | - | - | 10.0 | 7.0 | 10.0 | 7.0 | 39.0 |
| 6/20 | 1.0 | - | - | - | 4.0 | 2.0 | 4.0 | 2.0 | 13.0 |
| 6/21 | - | - | - | 3.0 | - | 3.0 | - | 3.0 | 9.0 |
| 6/22 | 4.5 | - | - | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 27.0 |
| 6/23 | - | - | - | - | - | - | - | - | - |
| 6/24 | - | - | - | - | 5.0 | - | 7.0 | 7.0 | 19.0 |
| 6/25 | 5.0 | 5.0 | - | 3.0 | 6.0 | 5.0 | 8.5 | 6.5 | 39.0 |
| 6/26 | 5.0 | 5.0 | - | 9.5 | 4.0 | 10.0 | 6.0 | 2.0 | 41.5 |
| 6/27 | 3.0 | 3.0 | - | 5.5 | 5.5 | 7.5 | 10.0 | 10.0 | 44.5 |
| 6/28 | 2.0 | 2.0 | - | 5.0 | 10.0 | 9.0 | 8.5 | 9.5 | 46.0 |
| 6/29 | 2.0 | 2.0 | - | 2.0 | 4.0 | 2.0 | 4.0 | 2.0 | 18.0 |
| 6/30 | 5.5 | 2.0 | - | - | 10.0 | 10.5 | 10.0 | 9.0 | 47.0 |
| **June** | **70.5** | **52.5** | **18.0** | **78.5** | **120.5** | **125.0** | **154.0** | **142.0** | **761.0** |

# ResCap

## Summary of Hours - July

| Date | J. Dermont Managing Director | Y. Rozov Managing Director | P. Shiu Managing Director | L. Parsons Senior Advisor | B. Klein Managing Director | S. Hasan Vice President | A. Waldman Associate | A. Gibler Analyst | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Jul-13 | | | | | |
| 7/1 | 3.0 | 3.0 | - | - | 10.0 | 4.0 | 10.0 | 6.0 | 36.0 |
| 7/2 | 3.0 | 3.0 | - | 3.0 | 7.0 | 8.0 | 9.5 | 9.5 | 43.0 |
| 7/3 | 7.0 | 7.0 | - | 6.0 | 12.0 | 7.0 | 13.0 | 12.0 | 64.0 |
| 7/4 | - | - | - | - | - | - | - | - | - |
| 7/5 | - | 3.0 | - | 3.0 | - | 3.0 | - | 2.0 | 11.0 |
| 7/6 | - | - | - | - | - | - | - | - | - |
| 7/7 | - | - | - | - | - | - | - | - | - |
| 7/8 | 3.0 | 3.0 | - | 3.0 | 1.0 | 3.0 | 4.0 | 6.0 | 23.0 |
| 7/9 | 4.0 | 4.0 | - | - | 4.0 | - | 4.0 | - | 16.0 |
| 7/10 | 3.0 | 3.0 | - | - | - | 3.0 | - | - | 9.0 |
| 7/11 | 3.5 | 3.5 | - | - | 3.5 | 3.5 | 3.5 | 3.5 | 21.0 |
| 7/12 | 4.0 | 4.0 | - | - | 11.0 | 6.0 | 10.0 | 7.0 | 42.0 |
| 7/13 | 2.0 | - | - | - | 2.0 | 2.0 | 2.0 | 2.0 | 10.0 |
| 7/14 | 4.0 | - | - | - | 2.0 | 4.0 | 4.0 | 4.0 | 18.0 |
| 7/15 | 2.0 | 2.0 | - | 5.0 | 2.0 | 6.0 | 2.0 | 6.0 | 25.0 |
| 7/16 | 1.0 | 1.0 | - | 3.0 | 1.0 | 3.0 | 1.0 | 3.0 | 13.0 |
| 7/17 | 3.0 | 3.0 | - | 3.0 | 3.0 | 3.0 | 3.0 | 3.0 | 21.0 |
| 7/18 | - | - | - | 2.0 | 5.0 | 2.0 | 5.0 | 2.0 | 16.0 |
| 7/19 | - | - | - | 1.0 | 2.0 | 5.0 | 2.0 | 4.0 | 14.0 |
| 7/20 | - | - | - | - | 2.0 | 2.0 | 2.0 | 2.0 | 8.0 |
| 7/21 | - | - | - | - | - | - | - | - | - |
| 7/22 | - | - | - | 1.0 | 3.0 | 3.0 | 3.0 | - | 10.0 |
| 7/23 | 5.0 | 3.0 | - | 10.0 | 5.0 | 11.0 | 7.0 | 12.0 | 53.0 |
| 7/24 | 3.0 | 3.0 | - | 5.0 | 5.0 | 6.0 | 6.0 | 6.0 | 32.0 |
| 7/25 | 1.0 | 1.0 | - | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 7.0 |
| 7/26 | 2.0 | 2.0 | - | 5.5 | 2.0 | 5.5 | 3.0 | 6.5 | 26.5 |
| 7/27 | - | - | - | - | - | - | - | - | - |
| 7/28 | - | - | - | - | - | - | - | - | - |
| 7/29 | 1.0 | 1.0 | - | 1.0 | 4.0 | 1.0 | 5.0 | 5.0 | 18.0 |
| 7/30 | 6.5 | 6.5 | - | 6.5 | 6.5 | 6.5 | 10.0 | 9.0 | 51.5 |
| 7/31 | 1.0 | 1.0 | - | 1.0 | 1.0 | 3.0 | 4.0 | 4.0 | 15.0 |
| July | 62.0 | 57.0 | 0.0 | 60.0 | 93.0 | 101.5 | 114.0 | 115.5 | 603.0 |

# ResCap

## Summary of Hours - August

| Date | J. Dermont | Y. Rozov | L. Parsons | B. Klein | S. Hasan | A. Waldman | A. Gibler | Total |
|------|-----------|----------|-----------|----------|----------|-----------|-----------|-------|
| | Managing Director | Managing Director | Senior Advisor | Managing Director | Vice President | Associate | Analyst | |
| Aug-13 | | | | | | | | |
| 8/1 | 9.0 | 7.0 | 9.0 | 9.0 | 12.0 | 5.0 | 5.0 | 56.0 |
| 8/2 | - | - | - | 6.0 | 4.0 | 6.0 | 10.0 | 26.0 |
| 8/3 | - | - | - | 1.0 | - | 3.5 | 3.5 | 8.0 |
| 8/4 | - | - | - | - | - | 2.0 | 5.0 | 7.0 |
| 8/5 | - | - | - | - | - | - | - | - |
| 8/6 | 1.0 | - | - | 5.0 | - | 8.0 | 10.0 | 24.0 |
| 8/7 | 2.0 | - | - | 4.0 | 1.0 | 7.0 | 7.0 | 21.0 |
| 8/8 | - | 2.0 | - | 2.0 | 3.0 | - | - | 7.0 |
| 8/9 | 2.0 | 1.0 | 1.0 | 6.0 | 5.0 | 4.0 | 6.0 | 25.0 |
| 8/10 | - | - | - | - | - | - | - | - |
| 8/11 | - | - | - | - | - | - | - | - |
| 8/12 | - | - | 1.0 | - | 1.0 | - | - | 2.0 |
| 8/13 | 1.0 | 1.0 | 3.0 | 1.0 | 3.0 | 1.0 | 3.0 | 13.0 |
| 8/14 | 6.5 | - | 8.5 | 11.0 | 8.0 | 12.5 | 11.5 | 58.0 |
| 8/15 | 3.5 | - | 4.5 | 2.0 | 5.0 | 12.0 | 10.5 | 37.5 |
| 8/16 | 2.0 | 2.0 | - | 5.0 | - | 7.5 | 5.5 | 22.0 |
| 8/17 | 1.0 | 1.0 | 1.0 | 1.0 | - | 1.0 | 1.0 | 6.0 |
| 8/18 | - | - | - | 3.5 | - | 5.0 | 3.5 | 12.0 |
| 8/19 | 5.0 | 4.0 | 2.0 | 7.0 | 1.0 | 8.0 | 7.5 | 34.5 |
| 8/20 | 5.0 | - | - | 5.0 | 3.0 | 7.5 | 7.5 | 28.0 |
| 8/21 | 9.0 | 7.0 | 10.0 | 7.0 | 10.0 | 7.0 | 7.0 | 57.0 |
| 8/22 | 5.0 | 5.0 | 2.0 | 5.0 | 2.0 | 5.0 | 5.0 | 29.0 |
| 8/23 | 0.5 | - | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 3.0 |
| 8/24 | - | - | - | - | - | - | - | - |
| 8/25 | - | - | - | - | - | - | - | - |
| 8/26 | - | - | - | - | - | - | - | - |
| 8/27 | 1.0 | 1.0 | 1.0 | 5.0 | 1.0 | 7.0 | 7.5 | 23.5 |
| 8/28 | - | - | - | - | - | - | 1.0 | 1.0 |
| 8/29 | 1.0 | - | 1.0 | 1.0 | - | 2.0 | 1.0 | 6.0 |
| 8/30 | - | - | - | - | - | - | - | - |
| 8/31 | - | - | - | 1.0 | - | 1.0 | 1.0 | 3.0 |
| **August** | **54.5** | **31.0** | **44.5** | **88.0** | **59.5** | **112.5** | **119.5** | **509.5** |

# ResCap

## Summary of Hours - May

| Category | Hours |
|---|---|
| UCC Meetings / Calls | 40.0 |
| Other Meetings / Calls | 360.0 |
| Case Administration | 18.5 |
| Court Hearings / Filings / Depositions | 16.0 |
| Financial Analysis / Modeling / Internal Materials | 97.0 |
| RMBS Litigation Support | 164.0 |
| General Other | 165.0 |
| **TOTAL** | **860.5** |

# ResCap

## Timekeeping

**Total Hours:**       98.0 hour(s)

**Banker:**        Jared Dermont

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 5/1/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Waterfall Analysis |
| 2. | 5/1/2013 | 3.0 hour(s) | Review of Recovery Analysis |
| 3. | 5/2/2013 | 6.0 hour(s) | Mediation Session |
| 4. | 5/3/2013 | 1.0 hour(s) | Weekly UCC Call/Meeting |
| 5. | 5/3/2013 | 4.0 hour(s) | Mediation Meeting |
| 6. | 5/3/2013 | 2.0 hour(s) | Review of Discussion Materials |
| 7. | 5/5/2013 | 1.0 hour(s) | Review of Discussion Materials |
| 8. | 5/6/2013 | 1.0 hour(s) | UCC Call/Meeting |
| 9. | 5/7/2013 | 2.0 hour(s) | Omnibus Hearing |
| 10. | 5/9/2013 | 2.5 hour(s) | Waterfall Analysis |
| 11. | 5/9/2013 | 2.0 hour(s) | Review of Discussion Materials |
| 12. | 5/10/2013 | 3.5 hour(s) | Review of PSA |
| 13. | 5/10/2013 | 2.0 hour(s) | Review of TS |
| 14. | 5/12/2013 | 3.5 hour(s) | Call with Debtors |
| 15. | 5/12/2013 | 2.5 hour(s) | Call with UCC Advisors |
| 16. | 5/12/2013 | 2.0 hour(s) | Conference Call with Debtors |
| 17. | 5/12/2013 | 1.0 hour(s) | Conference Call with Debtors - 2 |
| 18. | 5/13/2013 | 2.5 hour(s) | Call with Professionals |
| 19. | 5/13/2013 | 2.5 hour(s) | Preparation for Meeting |
| 20. | 5/13/2013 | 2.0 hour(s) | Review of Distributable Value Summary |
| 21. | 5/14/2013 | 2.0 hour(s) | Hearing |
| 22. | 5/14/2013 | 1.5 hour(s) | Preparation of Discussion Materials |
| 23. | 5/15/2013 | 4.0 hour(s) | Mediation Meeting |
| 24. | 5/16/2013 | 2.5 hour(s) | Preparation of Discussion Materials |
| 25. | 5/17/2013 | 4.0 hour(s) | Mediation Meeting |
| 26. | 5/18/2013 | 4.0 hour(s) | Mediation Meeting |
| 27. | 5/19/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Supplemental Term Sheet |
| 28. | 5/19/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Supplemental Term Sheet - 2 |
| 29. | 5/19/2013 | 1.0 hour(s) | Review of Debtors' Presentation |
| 30. | 5/20/2013 | 7.0 hour(s) | Mediation Meeting |
| 31. | 5/20/2013 | 4.0 hour(s) | Professional's Meeting |
| 32. | 5/21/2013 | 5.0 hour(s) | Professional's Meeting |
| 33. | 5/22/2013 | 2.0 hour(s) | Committee / Consenting Claimants Call |
| 34. | 5/22/2013 | 2.0 hour(s) | Conference Call |
| 35. | 5/24/2013 | 1.0 hour(s) | Conference Call with Debtors |
| 36. | 5/28/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Next Steps |
| 37. | 5/28/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 38. | 5/29/2013 | 2.0 hour(s) | Status Conference |
| 39. | 5/29/2013 | 1.0 hour(s) | Weekly UCC Call/Meeting |
| 40. | 5/31/2013 | 1.0 hour(s) | Call regarding Estate Wind Down Valuation |
| **May Total** | | **98.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**        49.0 hour(s)

**Banker:**        Yadin Rozov

**Restructuring Case:** ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 5/1/2013 | 1.0 hour(s) | Review of Ally Earnings Release |
| 2. | 5/1/2013 | 3.0 hour(s) | Review of Recovery Analysis |
| 3. | 5/3/2013 | 1.0 hour(s) | Weekly UCC Call/Meeting |
| 4. | 5/3/2013 | 2.0 hour(s) | Review of Discussion Materials |
| 5. | 5/6/2013 | 1.0 hour(s) | UCC Call/Meeting |
| 6. | 5/9/2013 | 2.5 hour(s) | Waterfall Analysis |
| 7. | 5/10/2013 | 3.5 hour(s) | Review of PSA |
| 8. | 5/10/2013 | 2.0 hour(s) | Review of TS |
| 9. | 5/11/2013 | 1.0 hour(s) | Preparation of Mediation Materials |
| 10. | 5/12/2013 | 2.0 hour(s) | Call with Debtors |
| 11. | 5/12/2013 | 2.0 hour(s) | Conference Call with Debtors |
| 12. | 5/12/2013 | 1.0 hour(s) | Conference Call with Debtors - 2 |
| 13. | 5/13/2013 | 2.5 hour(s) | Preparation for Meeting |
| 14. | 5/14/2013 | 2.0 hour(s) | Waterfall Analysis |
| 15. | 5/14/2013 | 1.5 hour(s) | Preparation of Discussion Materials |
| 16. | 5/15/2013 | 2.0 hour(s) | Analysis for Mediation |
| 17. | 5/19/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Supplemental Term Sheet |
| 18. | 5/19/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Supplemental Term Sheet - 2 |
| 19. | 5/21/2013 | 3.0 hour(s) | Review of Waterfall Analysis |
| 20. | 5/22/2013 | 2.0 hour(s) | Committee / Consenting Claimants Call |
| 21. | 5/22/2013 | 2.0 hour(s) | Conference Call |
| 22. | 5/24/2013 | 1.0 hour(s) | Conference Call with Debtors |
| 23. | 5/28/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Next Steps |
| 24. | 5/28/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 25. | 5/29/2013 | 2.0 hour(s) | Status Conference |
| 26. | 5/29/2013 | 1.0 hour(s) | Weekly UCC Call/Meeting |
| 27. | 5/30/2013 | 1.0 hour(s) | Call regarding Cure Objection |
| 28. | 5/31/2013 | 1.0 hour(s) | Call regarding Estate Wind Down Valuation |
| **May Total** | | **49.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**        55.0 hour(s)

**Banker:**        Peijie Shiu

**Restructuring Case:**    ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 5/1/2013 | 6.0 hour(s) | RMBS Litigation Support |
| 2. | 5/2/2013 | 5.0 hour(s) | Review of Loan Portfolio |
| 3. | 5/2/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 4. | 5/3/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 5. | 5/6/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 6. | 5/7/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 7. | 5/8/2013 | 5.0 hour(s) | RMBS Litigation Support |
| 8. | 5/9/2013 | 5.0 hour(s) | RMBS Litigation Support |
| 9. | 5/10/2013 | 6.5 hour(s) | RMBS Litigation Support |
| 10. | 5/11/2013 | 3.5 hour(s) | RMBS Litigation Support |
| 11. | 5/13/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 12. | 5/17/2013 | 4.0 hour(s) | RMBS Litigation Support |
| **May Total** | | **55.0 hour(s)** | |

# ResCap

## Timekeeping

| **Total Hours:** | 91.5 hour(s) |
|---|---|

| **Banker:** | Landon Parsons |
|---|---|

**Restructuring Case:** ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 5/1/2013 | 5.0 hour(s) | RMBS Litigation Support |
| 2. | 5/2/2013 | 5.0 hour(s) | Review of Loan Portfolio |
| 3. | 5/2/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 4. | 5/3/2013 | 1.0 hour(s) | Weekly UCC Call/Meeting |
| 5. | 5/3/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 6. | 5/6/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 7. | 5/6/2013 | 1.0 hour(s) | UCC Call/Meeting |
| 8. | 5/7/2013 | 2.0 hour(s) | Omnibus Hearing |
| 9. | 5/7/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 10. | 5/8/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 11. | 5/9/2013 | 5.0 hour(s) | RMBS Litigation Support |
| 12. | 5/10/2013 | 2.0 hour(s) | RMBS Litigation Support |
| 13. | 5/10/2013 | 3.5 hour(s) | Review of PSA |
| 14. | 5/10/2013 | 2.0 hour(s) | Review of TS |
| 15. | 5/11/2013 | 6.0 hour(s) | RMBS Litigation Support |
| 16. | 5/12/2013 | 2.0 hour(s) | Call with Debtors |
| 17. | 5/12/2013 | 2.0 hour(s) | Conference Call with Debtors |
| 18. | 5/12/2013 | 1.0 hour(s) | Conference Call with Debtors - 2 |
| 19. | 5/13/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 20. | 5/14/2013 | 2.0 hour(s) | Hearing |
| 21. | 5/17/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 22. | 5/19/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Supplemental Term Sheet |
| 23. | 5/19/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Supplemental Term Sheet - 2 |
| 24. | 5/19/2013 | 1.0 hour(s) | Review of Debtors' Presentation |
| 25. | 5/20/2013 | 4.0 hour(s) | Mediation Meeting |
| 26. | 5/22/2013 | 2.0 hour(s) | Committee / Consenting Claimants Call |
| 27. | 5/22/2013 | 2.0 hour(s) | Conference Call |
| 28. | 5/24/2013 | 1.0 hour(s) | Conference Call with Debtors |
| 29. | 5/28/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Next Steps |
| 30. | 5/28/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 31. | 5/29/2013 | 2.0 hour(s) | Status Conference |
| 32. | 5/29/2013 | 1.0 hour(s) | Weekly UCC Call/Meeting |
| 33. | 5/30/2013 | 2.0 hour(s) | Review of Cure Objection |
| 34. | 5/30/2013 | 2.0 hour(s) | Call regarding Cure Objection |
| 35. | 5/31/2013 | 1.0 hour(s) | Call regarding Estate Wind Down Valuation |
| **May Total** | | **91.5 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**     137.0 hour(s)

**Banker:**     Barak Klein

**Restructuring Case:**  ResCap

| Entry Number | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 5/1/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Waterfall Analysis |
| 2. | 5/1/2013 | 3.0 hour(s) | Review of Recovery Analysis |
| 3. | 5/2/2013 | 6.0 hour(s) | Mediation Session |
| 4. | 5/3/2013 | 1.0 hour(s) | Weekly UCC Call/Meeting |
| 5. | 5/3/2013 | 1.0 hour(s) | Call with UCC Member's Advisor regarding Waterfall Analysis |
| 6. | 5/3/2013 | 2.0 hour(s) | Internal Review of UCC Member's Waterfall Analysis |
| 7. | 5/3/2013 | 4.0 hour(s) | Mediation Meeting |
| 8. | 5/3/2013 | 2.0 hour(s) | Review of Discussion Materials |
| 9. | 5/3/2013 | 2.0 hour(s) | Review of Waterfall Analysis with UCC Member |
| 10. | 5/4/2013 | 2.0 hour(s) | Review of Waterfall Analysis with UCC Member |
| 11. | 5/5/2013 | 1.0 hour(s) | Call with UCC Member's Advisor regarding Waterfall Analysis |
| 12. | 5/5/2013 | 1.0 hour(s) | Review of Discussion Materials |
| 13. | 5/6/2013 | 1.0 hour(s) | UCC Call/Meeting |
| 14. | 5/7/2013 | 2.0 hour(s) | Omnibus Hearing |
| 15. | 5/9/2013 | 2.5 hour(s) | Waterfall Analysis |
| 16. | 5/9/2013 | 2.0 hour(s) | Review of Discussion Materials |
| 17. | 5/10/2013 | 3.5 hour(s) | Review of PSA |
| 18. | 5/10/2013 | 2.0 hour(s) | Review of TS |
| 19. | 5/12/2013 | 2.0 hour(s) | Call with Debtors |
| 20. | 5/12/2013 | 2.0 hour(s) | Conference Call with Debtors |
| 21. | 5/12/2013 | 1.0 hour(s) | Conference Call with Debtors - 2 |
| 22. | 5/12/2013 | 2.0 hour(s) | Waterfall Analysis |
| 23. | 5/13/2013 | 1.0 hour(s) | Call with Debtors regarding State of the Estate |
| 24. | 5/13/2013 | 2.5 hour(s) | Call with Professionals |
| 25. | 5/13/2013 | 1.0 hour(s) | Call with UCC Advisors |
| 26. | 5/13/2013 | 3.5 hour(s) | Preparation of Mediation Materials |
| 27. | 5/13/2013 | 1.0 hour(s) | Review of Distributable Value Summary |
| 28. | 5/14/2013 | 2.0 hour(s) | Waterfall Analysis |
| 29. | 5/14/2013 | 1.5 hour(s) | Preparation of Discussion Materials |
| 30. | 5/15/2013 | 2.0 hour(s) | Analysis for Mediation |
| 31. | 5/15/2013 | 2.0 hour(s) | Preparation of Discussion Materials |
| 32. | 5/15/2013 | 6.0 hour(s) | Mediation Meeting |
| 33. | 5/16/2013 | 2.5 hour(s) | Preparation of Discussion Materials |
| 34. | 5/17/2013 | 4.0 hour(s) | Mediation Meeting |
| 35. | 5/18/2013 | 4.0 hour(s) | Mediation Meeting |
| 36. | 5/19/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Supplemental Term Sheet |
| 37. | 5/19/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Supplemental Term Sheet - 2 |
| 38. | 5/19/2013 | 1.0 hour(s) | Review of Debtors' Presentation |
| 39. | 5/19/2013 | 2.0 hour(s) | Review of Debtors' Waterfall Analysis |
| 40. | 5/20/2013 | 7.0 hour(s) | Mediation Meeting |
| 41. | 5/20/2013 | 5.0 hour(s) | Professional's Meeting |
| 42. | 5/21/2013 | 5.0 hour(s) | Professional's Meeting |
| 43. | 5/21/2013 | 3.0 hour(s) | Mediation Meeting |
| 44. | 5/21/2013 | 3.0 hour(s) | Review of Waterfall Analysis |
| 45. | 5/22/2013 | 2.0 hour(s) | Committee / Consenting Claimants Call |
| 46. | 5/22/2013 | 2.0 hour(s) | Conference Call |
| 47. | 5/22/2013 | 1.5 hour(s) | Waterfall Analysis |
| 48. | 5/22/2013 | 8.0 hour(s) | Mediation Meeting |
| 49. | 5/4/2013 | 2.0 hour(s) | Administrative Work |

# ResCap

## Timekeeping

**Total Hours:**        137.0 hour(s)

**Banker:**        Barak Klein

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 50. | 5/22/2013 | 2.5 hour(s) | Review of Supplemental Term Sheet |
| 51. | 5/23/2013 | 1.0 hour(s) | Administrative Work |
| 52. | 5/24/2013 | 1.0 hour(s) | Conference Call with Debtors |
| 53. | 5/23/2013 | 2.0 hour(s) | Waterfall Analysis |
| 54. | 5/28/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Next Steps |
| 55. | 5/28/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 56. | 5/29/2013 | 2.0 hour(s) | Status Conference |
| 57. | 5/29/2013 | 1.0 hour(s) | Weekly UCC Call/Meeting |
| **May Total** | | **137.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**        69.0 hour(s)

**Banker:**        Syed Hasan

**Restructuring Case:**   ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 5/1/2013 | 3.0 hour(s) | Administrative Work |
| 2. | 5/1/2013 | 3.0 hour(s) | Review of Ally Earnings Release |
| 3. | 5/2/2013 | 6.0 hour(s) | Mediation Session |
| 4. | 5/3/2013 | 1.0 hour(s) | Weekly UCC Call/Meeting |
| 5. | 5/3/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 6. | 5/5/2013 | 1.0 hour(s) | Review of Discussion Materials |
| 7. | 5/6/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 8. | 5/6/2013 | 1.0 hour(s) | UCC Call/Meeting |
| 9. | 5/7/2013 | 2.0 hour(s) | Omnibus Hearing |
| 10. | 5/7/2013 | 2.0 hour(s) | Preparation of Discussion Materials |
| 11. | 5/7/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 12. | 5/8/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 13. | 5/9/2013 | 2.5 hour(s) | Waterfall Analysis |
| 14. | 5/10/2013 | 2.0 hour(s) | RMBS Litigation Support |
| 15. | 5/10/2013 | 3.5 hour(s) | Review of PSA |
| 16. | 5/10/2013 | 2.0 hour(s) | Review of TS |
| 17. | 5/11/2013 | 6.0 hour(s) | RMBS Litigation Support |
| 18. | 5/12/2013 | 2.0 hour(s) | Conference Call with Debtors |
| 19. | 5/12/2013 | 1.0 hour(s) | Conference Call with Debtors - 2 |
| 20. | 5/28/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Next Steps |
| 21. | 5/28/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 22. | 5/29/2013 | 4.0 hour(s) | Review of Cure Objection |
| 23. | 5/29/2013 | 2.0 hour(s) | Status Conference |
| 24. | 5/29/2013 | 1.0 hour(s) | Weekly UCC Call/Meeting |
| 25. | 5/30/2013 | 2.0 hour(s) | Review of Cure Objection |
| 26. | 5/30/2013 | 2.0 hour(s) | Call regarding Cure Objection |
| 27. | 5/31/2013 | 1.0 hour(s) | Call regarding Estate Wind Down Valuation |
| **May Total** | | **69.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**          176.5 hour(s)

**Banker:**          Adam Waldman

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 5/1/2013 | 2.0 hour(s) | Administrative Work |
| 2. | 5/1/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Waterfall Analysis |
| 3. | 5/1/2013 | 2.0 hour(s) | Review of Ally Earnings Release |
| 4. | 5/1/2013 | 3.0 hour(s) | Review of Recovery Analysis |
| 5. | 5/1/2013 | 1.0 hour(s) | Waterfall Analysis |
| 6. | 5/2/2013 | 6.0 hour(s) | Mediation Session |
| 7. | 5/3/2013 | 1.0 hour(s) | Weekly UCC Call/Meeting |
| 8. | 5/3/2013 | 2.0 hour(s) | Administrative Work |
| 9. | 5/3/2013 | 1.0 hour(s) | Call with UCC Member's Advisor regarding Waterfall Analysis |
| 10. | 5/3/2013 | 2.0 hour(s) | Internal Review of UCC Member's Waterfall Analysis |
| 11. | 5/3/2013 | 4.0 hour(s) | Mediation Meeting |
| 12. | 5/3/2013 | 3.0 hour(s) | Preparation of Discussion Materials |
| 13. | 5/3/2013 | 2.0 hour(s) | Review of Waterfall Analysis with UCC Member |
| 14. | 5/4/2013 | 2.0 hour(s) | Review of Waterfall Analysis with UCC Member |
| 15. | 5/5/2013 | 1.0 hour(s) | Call with UCC Member's Advisor regarding Waterfall Analysis |
| 16. | 5/5/2013 | 1.0 hour(s) | Review of Discussion Materials |
| 17. | 5/6/2013 | 1.0 hour(s) | UCC Call/Meeting |
| 18. | 5/7/2013 | 2.0 hour(s) | Omnibus Hearing |
| 19. | 5/7/2013 | 2.0 hour(s) | Preparation of Discussion Materials |
| 20. | 5/9/2013 | 2.5 hour(s) | Waterfall Analysis |
| 21. | 5/9/2013 | 2.0 hour(s) | Review of Discussion Materials |
| 22. | 5/10/2013 | 3.5 hour(s) | Review of PSA |
| 23. | 5/10/2013 | 2.0 hour(s) | Review of TS |
| 24. | 5/11/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Waterfall Analysis |
| 25. | 5/11/2013 | 3.5 hour(s) | Preparation of Mediation Materials |
| 26. | 5/12/2013 | 3.5 hour(s) | Call with Debtors |
| 27. | 5/12/2013 | 1.5 hour(s) | Call with UCC Advisors |
| 28. | 5/12/2013 | 2.0 hour(s) | Conference Call with Debtors |
| 29. | 5/12/2013 | 1.0 hour(s) | Conference Call with Debtors - 2 |
| 30. | 5/12/2013 | 2.0 hour(s) | Waterfall Analysis |
| 31. | 5/13/2013 | 1.0 hour(s) | Call with Debtors regarding State of the Estate |
| 32. | 5/13/2013 | 1.5 hour(s) | Call with Professionals |
| 33. | 5/13/2013 | 1.0 hour(s) | Call with UCC Advisors |
| 34. | 5/13/2013 | 3.5 hour(s) | Preparation of Mediation Materials |
| 35. | 5/13/2013 | 1.0 hour(s) | Review of Distributable Value Summary |
| 36. | 5/14/2013 | 2.0 hour(s) | Waterfall Analysis |
| 37. | 5/14/2013 | 1.5 hour(s) | Preparation of Discussion Materials |
| 38. | 5/15/2013 | 2.0 hour(s) | Analysis for Mediation |
| 39. | 5/15/2013 | 2.0 hour(s) | Preparation of Discussion Materials |
| 40. | 5/15/2013 | 6.0 hour(s) | Mediation Meeting |
| 41. | 5/16/2013 | 5.0 hour(s) | Preparation of Discussion Materials |
| 42. | 5/17/2013 | 7.0 hour(s) | Mediation Meeting |
| 43. | 5/18/2013 | 7.0 hour(s) | Mediation Meeting |
| 44. | 5/19/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Supplemental Term Sheet |
| 45. | 5/19/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Supplemental Term Sheet - 2 |
| 46. | 5/19/2013 | 1.0 hour(s) | Review of Debtors' Presentation |
| 47. | 5/19/2013 | 2.0 hour(s) | Review of Debtors' Waterfall Analysis |

# ResCap

## Timekeeping

| | | |
|---|---|---|
| **Total Hours:** | 176.5 hour(s) | |
| **Banker:** | Adam Waldman | |
| **Restructuring Case:** | ResCap | |

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 48. | 5/20/2013 | 7.0 hour(s) | Mediation Meeting |
| 49. | 5/20/2013 | 5.0 hour(s) | Professional's Meeting |
| 50. | 5/21/2013 | 5.0 hour(s) | Professional's Meeting |
| 51. | 5/21/2013 | 3.0 hour(s) | Mediation Meeting |
| 52. | 5/21/2013 | 3.0 hour(s) | Review of Waterfall Analysis |
| 53. | 5/22/2013 | 2.0 hour(s) | Committee / Consenting Claimants Call |
| 54. | 5/22/2013 | 2.0 hour(s) | Conference Call |
| 55. | 5/22/2013 | 1.5 hour(s) | Waterfall Analysis |
| 56. | 5/22/2013 | 10.0 hour(s) | Mediation Meeting |
| 57. | 5/4/2013 | 2.0 hour(s) | Administrative Work |
| 58. | 5/22/2013 | 2.5 hour(s) | Review of Supplemental Term Sheet |
| 59. | 5/23/2013 | 1.0 hour(s) | Administrative Work |
| 60. | 5/24/2013 | 1.0 hour(s) | Conference Call with Debtors |
| 61. | 5/23/2013 | 2.0 hour(s) | Waterfall Analysis |
| 62. | 5/25/2013 | 2.0 hour(s) | Administrative Work |
| 63. | 5/26/2013 | 2.5 hour(s) | Review of Proposed Fed Settlement |
| 64. | 5/27/2013 | 2.0 hour(s) | Administrative Work |
| 65. | 5/28/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Next Steps |
| 66. | 5/28/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 67. | 5/29/2013 | 2.0 hour(s) | Status Conference |
| 68. | 5/29/2013 | 1.0 hour(s) | Weekly UCC Call/Meeting |
| 69. | 5/30/2013 | 2.0 hour(s) | Review of Cure Objection |
| 70. | 5/30/2013 | 2.0 hour(s) | Call regarding Cure Objection |
| 71. | 5/31/2013 | 1.0 hour(s) | Call regarding Estate Wind Down Valuation |
| **May Total** | | **176.5 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**       184.5 hour(s)

**Banker:**       Ally Gibler

**Restructuring Case:**   ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 5/1/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Waterfall Analysis |
| 2. | 5/1/2013 | 1.0 hour(s) | Review of Ally Earnings Release |
| 3. | 5/1/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 4. | 5/1/2013 | 1.0 hour(s) | Waterfall Analysis |
| 5. | 5/2/2013 | 5.0 hour(s) | Review of Loan Portfolio |
| 6. | 5/2/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 7. | 5/3/2013 | 1.0 hour(s) | Weekly UCC Call/Meeting |
| 8. | 5/3/2013 | 0.5 hour(s) | Administrative Work |
| 9. | 5/3/2013 | 1.0 hour(s) | Call with UCC Member's Advisor regarding Waterfall Analysis |
| 10. | 5/3/2013 | 1.0 hour(s) | Mediation Meeting |
| 11. | 5/3/2013 | 2.0 hour(s) | Preparation of Discussion Materials |
| 12. | 5/3/2013 | 2.0 hour(s) | Review of Waterfall Analysis with UCC Member |
| 13. | 5/3/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 14. | 5/4/2013 | 2.0 hour(s) | Review of Waterfall Analysis with UCC Member |
| 15. | 5/5/2013 | 1.0 hour(s) | Call with UCC Member's Advisor regarding Waterfall Analysis |
| 16. | 5/6/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 17. | 5/6/2013 | 1.0 hour(s) | UCC Call/Meeting |
| 18. | 5/7/2013 | 2.0 hour(s) | Omnibus Hearing |
| 19. | 5/7/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 20. | 5/8/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 21. | 5/9/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 22. | 5/10/2013 | 2.0 hour(s) | RMBS Litigation Support |
| 23. | 5/10/2013 | 3.5 hour(s) | Review of PSA |
| 24. | 5/10/2013 | 2.0 hour(s) | Review of TS |
| 25. | 5/11/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Waterfall Analysis |
| 26. | 5/11/2013 | 1.0 hour(s) | Preparation of Mediation Materials |
| 27. | 5/11/2013 | 6.0 hour(s) | RMBS Litigation Support |
| 28. | 5/12/2013 | 3.5 hour(s) | Call with Debtors |
| 29. | 5/12/2013 | 1.5 hour(s) | Call with UCC Advisors |
| 30. | 5/12/2013 | 2.0 hour(s) | Conference Call with Debtors |
| 31. | 5/12/2013 | 1.0 hour(s) | Conference Call with Debtors - 2 |
| 32. | 5/12/2013 | 2.0 hour(s) | Waterfall Analysis |
| 33. | 5/13/2013 | 1.0 hour(s) | Call with Debtors regarding State of the Estate |
| 34. | 5/13/2013 | 2.5 hour(s) | Call with Professionals |
| 35. | 5/13/2013 | 1.0 hour(s) | Call with UCC Advisors |
| 36. | 5/13/2013 | 3.5 hour(s) | Preparation of Mediation Materials |
| 37. | 5/13/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 38. | 5/14/2013 | 2.0 hour(s) | Waterfall Analysis |
| 39. | 5/14/2013 | 1.5 hour(s) | Preparation of Discussion Materials |
| 40. | 5/15/2013 | 2.0 hour(s) | Analysis for Mediation |
| 41. | 5/15/2013 | 2.0 hour(s) | Preparation of Discussion Materials |
| 42. | 5/15/2013 | 6.0 hour(s) | Mediation Meeting |
| 43. | 5/16/2013 | 5.0 hour(s) | Preparation of Discussion Materials |
| 44. | 5/17/2013 | 7.0 hour(s) | Mediation Meeting |
| 45. | 5/18/2013 | 7.0 hour(s) | Mediation Meeting |
| 46. | 5/17/2013 | 4.0 hour(s) | RMBS Litigation Support |
| 47. | 5/19/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Supplemental Term Sheet |

# ResCap

## Timekeeping

**Total Hours:** 184.5 hour(s)

**Banker:** Ally Gibler

**Restructuring Case:** ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 48. | 5/19/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Supplemental Term Sheet - 2 |
| 49. | 5/19/2013 | 1.0 hour(s) | Review of Debtors' Presentation |
| 50. | 5/19/2013 | 2.0 hour(s) | Review of Debtors' Waterfall Analysis |
| 51. | 5/20/2013 | 7.0 hour(s) | Mediation Meeting |
| 52. | 5/20/2013 | 5.0 hour(s) | Professional's Meeting |
| 53. | 5/21/2013 | 5.0 hour(s) | Professional's Meeting |
| 54. | 5/21/2013 | 3.0 hour(s) | Mediation Meeting |
| 55. | 5/22/2013 | 2.0 hour(s) | Committee / Consenting Claimants Call |
| 56. | 5/22/2013 | 2.0 hour(s) | Conference Call |
| 57. | 5/22/2013 | 1.5 hour(s) | Waterfall Analysis |
| 58. | 5/22/2013 | 8.0 hour(s) | Mediation Meeting |
| 59. | 5/4/2013 | 2.0 hour(s) | Administrative Work |
| 60. | 5/22/2013 | 2.5 hour(s) | Review of Supplemental Term Sheet |
| 61. | 5/23/2013 | 1.0 hour(s) | Administrative Work |
| 62. | 5/24/2013 | 1.0 hour(s) | Conference Call with Debtors |
| 63. | 5/23/2013 | 2.0 hour(s) | Waterfall Analysis |
| 64. | 5/25/2013 | 2.0 hour(s) | Administrative Work |
| 65. | 5/27/2013 | 2.0 hour(s) | Administrative Work |
| 66. | 5/28/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Next Steps |
| 67. | 5/28/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 68. | 5/29/2013 | 2.0 hour(s) | Status Conference |
| 69. | 5/29/2013 | 1.0 hour(s) | Weekly UCC Call/Meeting |
| 70. | 5/31/2013 | 1.0 hour(s) | Call regarding Estate Wind Down Valuation |
| **May Total** | | **184.5 hour(s)** | |

# ResCap

## Summary of Hours - June

| Category | Hours |
|---|---|
| UCC Meetings / Calls | 89.0 |
| Other Meetings / Calls | 170.0 |
| Case Administration | 26.0 |
| Court Hearings / Filings / Depositions | 38.0 |
| Financial Analysis / Modeling / Internal Materials | 130.5 |
| RMBS Litigation Support | 24.0 |
| General Other | 283.5 |
| **TOTAL** | **761.0** |

# ResCap

## Timekeeping

**Total Hours:**    70.5 hour(s)

**Banker:**    Jared Dermont

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 6/3/2013 | 1.0 hour(s) | Waterfall Analysis |
| 2. | 6/3/2013 | 2.0 hour(s) | Review of JSN Strategy Memo |
| 3. | 6/4/2013 | 1.0 hour(s) | Call with UCC Advisors regarding JSNs |
| 4. | 6/5/2013 | 3.0 hour(s) | Meeting with Debtors regarding JSNs |
| 5. | 6/5/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 6. | 6/6/2013 | 1.0 hour(s) | Waterfall Analysis |
| 7. | 6/6/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 8. | 6/7/2013 | 1.0 hour(s) | Call with UCC Advisors regarding JSNs |
| 9. | 6/7/2013 | 3.0 hour(s) | Analysis for Mediation |
| 10. | 6/11/2013 | 1.0 hour(s) | Call with Debtors regarding JSNs |
| 11. | 6/12/2013 | 3.0 hour(s) | Omnibus Hearing |
| 12. | 6/12/2013 | 1.0 hour(s) | Pre Trial Conference |
| 13. | 6/12/2013 | 3.0 hour(s) | Review of Chapter 11 Plan |
| 14. | 6/13/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 15. | 6/17/2013 | 1.0 hour(s) | Call with Debtors regarding Recovery Update |
| 16. | 6/17/2013 | 1.5 hour(s) | Preparation of JSN Paydown Discussion Materials |
| 17. | 6/17/2013 | 1.0 hour(s) | Review of Debtors' Waterfall Presentation |
| 18. | 6/17/2013 | 2.0 hour(s) | Review of Ocwen Purchase Price True Up |
| 19. | 6/18/2013 | 2.0 hour(s) | Review of Debtors' Estate Update Presentation |
| 20. | 6/18/2013 | 2.0 hour(s) | Review of Plan Mechanics |
| 21. | 6/18/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 22. | 6/19/2013 | 5.0 hour(s) | Weekly UCC Call/Meeting |
| 23. | 6/20/2013 | 1.0 hour(s) | Review of Debtors' Updated Term Sheet Waterfall |
| 24. | 6/22/2013 | 4.5 hour(s) | Review of Chapter 11 Plan |
| 25. | 6/25/2013 | 1.0 hour(s) | Call regarding Estate Wind Down Costs |
| 26. | 6/25/2013 | 2.0 hour(s) | Review of JSN Presentation |
| 27. | 6/25/2013 | 2.0 hour(s) | Review of Revised PSA |
| 28. | 6/26/2013 | 1.0 hour(s) | Call regarding Estate Wind Down Costs |
| 29. | 6/26/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Mediation Meeting |
| 30. | 6/26/2013 | 1.0 hour(s) | Mediator Meeting |
| 31. | 6/26/2013 | 2.0 hour(s) | Omnibus Hearing |
| 32. | 6/27/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Plan |
| 33. | 6/27/2013 | 2.0 hour(s) | Weekly UCC Call/Meeting |
| 34. | 6/28/2013 | 2.0 hour(s) | Review of Chapter 11 Plan |
| 35. | 6/29/2013 | 2.0 hour(s) | Review of Disclosure Statement |
| 36. | 6/30/2013 | 2.0 hour(s) | Administrative Work |
| 37. | 6/30/2013 | 3.5 hour(s) | Review of Recovery and Liquidation Analyses |
| **June Total** | | **70.5 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**        52.5 hour(s)

**Banker:**        Yadin Rozov

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 6/3/2013 | 1.0 hour(s) | Waterfall Analysis |
| 2. | 6/3/2013 | 2.0 hour(s) | Review of JSN Strategy Memo |
| 3. | 6/4/2013 | 1.0 hour(s) | Call with UCC Advisors regarding JSNs |
| 4. | 6/5/2013 | 3.0 hour(s) | Meeting with Debtors regarding JSNs |
| 5. | 6/5/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 6. | 6/6/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 7. | 6/7/2013 | 1.0 hour(s) | Call with UCC Advisors regarding JSNs |
| 8. | 6/7/2013 | 3.0 hour(s) | Analysis for Mediation |
| 9. | 6/11/2013 | 1.0 hour(s) | Call with Debtors regarding JSNs |
| 10. | 6/12/2013 | 1.0 hour(s) | Pre Trial Conference |
| 11. | 6/12/2013 | 3.0 hour(s) | Review of Chapter 11 Plan |
| 12. | 6/13/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 13. | 6/17/2013 | 1.0 hour(s) | Call with Debtors regarding Recovery Update |
| 14. | 6/17/2013 | 1.5 hour(s) | Preparation of JSN Paydown Discussion Materials |
| 15. | 6/17/2013 | 1.0 hour(s) | Review of Debtors' Waterfall Presentation |
| 16. | 6/17/2013 | 2.0 hour(s) | Review of Ocwen Purchase Price True Up |
| 17. | 6/18/2013 | 2.0 hour(s) | Review of Debtors' Estate Update Presentation |
| 18. | 6/18/2013 | 2.0 hour(s) | Review of Plan Mechanics |
| 19. | 6/18/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 20. | 6/25/2013 | 1.0 hour(s) | Call regarding Estate Wind Down Costs |
| 21. | 6/25/2013 | 2.0 hour(s) | Review of JSN Presentation |
| 22. | 6/25/2013 | 2.0 hour(s) | Review of Revised PSA |
| 23. | 6/26/2013 | 1.0 hour(s) | Call regarding Estate Wind Down Costs |
| 24. | 6/26/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Mediation Meeting |
| 25. | 6/26/2013 | 1.0 hour(s) | Mediator Meeting |
| 26. | 6/26/2013 | 2.0 hour(s) | Omnibus Hearing |
| 27. | 6/27/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Plan |
| 28. | 6/27/2013 | 2.0 hour(s) | Weekly UCC Call/Meeting |
| 29. | 6/28/2013 | 2.0 hour(s) | Review of Chapter 11 Plan |
| 30. | 6/29/2013 | 2.0 hour(s) | Review of Disclosure Statement |
| 31. | 6/30/2013 | 2.0 hour(s) | Administrative Work |
| **June Total** | | **52.5 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**      18.0 hour(s)

**Banker:**      Peijie Shiu

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 6/4/2013 | 6.0 hour(s) | Review of Loan Portfolio |
| 2. | 6/6/2013 | 1.0 hour(s) | Call with Debtors regarding FHA Loan Sale |
| 3. | 6/6/2013 | 6.0 hour(s) | RMBS Litigation Support |
| 4. | 6/11/2013 | 4.0 hour(s) | Review of Loan Portfolio |
| 5. | 6/12/2013 | 1.0 hour(s) | Call with Debtors regarding FHA Loan Sale |
| **June Total** | | **18.0 hour(s)** | |

# ResCap

## Timekeeping

| | |
|---|---|
| **Total Hours:** | 78.5 hour(s) |

| | |
|---|---|
| **Banker:** | Landon Parsons |

**Restructuring Case:** ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| | 6/2/2013 | 3.0 hour(s) | Waterfall Analysis |
| 1. | 6/4/2013 | 1.0 hour(s) | Call with UCC Advisors regarding JSNs |
| 2. | 6/4/2013 | 6.0 hour(s) | Review of Loan Portfolio |
| 3. | 6/5/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 4. | 6/6/2013 | 1.0 hour(s) | Call with Debtors regarding FHA Loan Sale |
| 5. | 6/6/2013 | 5.0 hour(s) | Review of Loan Portfolio |
| 6. | 6/6/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 7. | 6/7/2013 | 1.0 hour(s) | Call with UCC Advisors regarding JSNs |
| 8. | 6/11/2013 | 1.0 hour(s) | Call with Debtors regarding JSNs |
| 9. | 6/11/2013 | 4.0 hour(s) | Review of Loan Portfolio |
| 10. | 6/12/2013 | 1.0 hour(s) | Call with Debtors regarding FHA Loan Sale |
| 11. | 6/12/2013 | 3.0 hour(s) | Omnibus Hearing |
| 12. | 6/12/2013 | 1.0 hour(s) | Pre Trial Conference |
| 13. | 6/12/2013 | 2.0 hour(s) | Review of Chapter 11 Plan |
| 14. | 6/12/2013 | 3.0 hour(s) | Review of GNMA Loans |
| 15. | 6/13/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 16. | 6/16/2013 | 3.0 hour(s) | RMBS Litigation Support |
| 17. | 6/17/2013 | 1.0 hour(s) | Call with Debtors regarding Recovery Update |
| 18. | 6/18/2013 | 2.0 hour(s) | Review of Debtors' Estate Update Presentation |
| 19. | 6/18/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 20. | 6/21/2013 | 3.0 hour(s) | RMBS Litigation Support |
| 21. | 6/22/2013 | 4.5 hour(s) | Review of Chapter 11 Plan |
| 22. | 6/25/2013 | 1.0 hour(s) | Call regarding Estate Wind Down Costs |
| 23. | 6/25/2013 | 2.0 hour(s) | Review of Revised PSA |
| 24. | 6/26/2013 | 1.0 hour(s) | Call regarding Estate Wind Down Costs |
| 25. | 6/26/2013 | 1.0 hour(s) | Mediator Meeting |
| 26. | 6/26/2013 | 2.0 hour(s) | Omnibus Hearing |
| 27. | 6/26/2013 | 5.5 hour(s) | Review of Examiner's Report |
| 28. | 6/27/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Plan |
| 29. | 6/27/2013 | 2.5 hour(s) | Litigation Support |
| 30. | 6/27/2013 | 2.0 hour(s) | Weekly UCC Call/Meeting |
| 31. | 6/28/2013 | 3.0 hour(s) | Waterfall Analysis |
| 32. | 6/28/2013 | 2.0 hour(s) | Review of Chapter 11 Plan |
| 33. | 6/29/2013 | 2.0 hour(s) | Review of Disclosure Statement |
| **June Total** | | **78.5 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**        120.5 hour(s)

**Banker:**        Barak Klein

**Restructuring Case:**    ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 6/3/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Term Sheet |
| 2. | 6/3/2013 | 4.0 hour(s) | Review of JSN Strategy Memo |
| 3. | 6/5/2013 | 3.0 hour(s) | Meeting with Debtors regarding JSNs |
| 4. | 6/7/2013 | 4.0 hour(s) | Analysis for Mediation |
| 5. | 6/7/2013 | 2.5 hour(s) | Preparation of UCC Discussion Materials |
| 6. | 6/11/2013 | 1.0 hour(s) | Status Conference regarding JSNs |
| 7. | 6/12/2013 | 3.0 hour(s) | Omnibus Hearing |
| 8. | 6/12/2013 | 1.0 hour(s) | Pre Trial Conference |
| 9. | 6/12/2013 | 3.0 hour(s) | Review of Chapter 11 Plan |
| 10. | 6/13/2013 | 4.0 hour(s) | Professionals Meeting re: Chapter 11 Plan |
| 11. | 6/13/2013 | 0.5 hour(s) | Review of Plan Mechanics |
| 12. | 6/14/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Plan Mechanics |
| 13. | 6/14/2013 | 2.0 hour(s) | Waterfall Analysis |
| 14. | 6/14/2013 | 3.0 hour(s) | Meeting with UCC Advisors regarding Plan Mechanics |
| 15. | 6/14/2013 | 2.5 hour(s) | Review of JSN Paydown |
| 16. | 6/14/2013 | 1.5 hour(s) | Review of Plan Mechanics |
| 17. | 6/16/2013 | 2.0 hour(s) | Preparation for Mediation Meeting |
| 18. | 6/17/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Plan Mechanics |
| 19. | 6/17/2013 | 1.5 hour(s) | Preparation of JSN Paydown Discussion Materials |
| 20. | 6/17/2013 | 2.0 hour(s) | Review of Debtors' Waterfall Presentation |
| 21. | 6/17/2013 | 4.0 hour(s) | Review of Plan Mechanics |
| 22. | 6/18/2013 | 3.0 hour(s) | Mediation Meeting with Judge Peck |
| 23. | 6/18/2013 | 2.0 hour(s) | Preparation of Plan Presentation |
| 24. | 6/18/2013 | 2.0 hour(s) | Review of Debtors' Estate Update Presentation |
| 25. | 6/18/2013 | 2.0 hour(s) | Review of Plan Mechanics |
| 26. | 6/19/2013 | 2.0 hour(s) | Preparation of UCC Discussion Materials |
| 27. | 6/19/2013 | 3.0 hour(s) | Review of Plan Presentation |
| 28. | 6/19/2013 | 5.0 hour(s) | Weekly UCC Call/Meeting |
| 29. | 6/20/2013 | 2.0 hour(s) | JSN Subcommittee Meeting |
| 30. | 6/20/2013 | 2.0 hour(s) | Review of Debtors' Updated Term Sheet Waterfall |
| 31. | 6/22/2013 | 4.5 hour(s) | Review of Chapter 11 Plan |
| 32. | 6/24/2013 | 5.0 hour(s) | Plan Drafting Session |
| 33. | 6/25/2013 | 2.0 hour(s) | Preparation of UCC Discussion Materials |
| 34. | 6/25/2013 | 2.0 hour(s) | Review of JSN Presentation |
| 35. | 6/25/2013 | 2.0 hour(s) | Review of Revised PSA |
| 36. | 6/26/2013 | 1.0 hour(s) | Call with Debtors regarding Mediation Meeting |
| 37. | 6/26/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Mediation Meeting |
| 38. | 6/26/2013 | 2.0 hour(s) | Omnibus Hearing |
| 39. | 6/27/2013 | 1.5 hour(s) | Call with UCC Advisors regarding Plan Mechanics |
| 40. | 6/27/2013 | 4.0 hour(s) | Waterfall Analysis |
| 41. | 6/28/2013 | 2.0 hour(s) | Administrative Work |
| 42. | 6/28/2013 | 1.5 hour(s) | Call with Advisors regarding Plan - 1 |
| 43. | 6/28/2013 | 0.5 hour(s) | Call with Advisors regarding Plan - 2 |
| 44. | 6/28/2013 | 1.0 hour(s) | Call with Advisors regarding Plan - 3 |
| 45. | 6/28/2013 | 3.0 hour(s) | Waterfall Analysis |
| 46. | 6/28/2013 | 2.0 hour(s) | Review of Chapter 11 Plan |
| 47. | 6/29/2013 | 2.0 hour(s) | Review of Disclosure Statement |
| 48. | 6/29/2013 | 2.0 hour(s) | Review of Proposed Plan Language |
| 49. | 6/30/2013 | 2.0 hour(s) | Administrative Work |

# ResCap

## Timekeeping

**Total Hours:**     120.5 hour(s)

**Banker:**     Barak Klein

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 50. | 6/30/2013 | 3.0 hour(s) | Call with Advisors regarding Plan - 1 |
| 51. | 6/30/2013 | 1.5 hour(s) | Call with Advisors regarding Plan - 2 |
| 52. | 6/30/2013 | 3.5 hour(s) | Review of Recovery and Liquidation Analyses |
| **June Total** | | **120.5 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**     125.0 hour(s)

**Banker:**     Syed Hasan

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 6/2/2013 | 3.0 hour(s) | Waterfall Analysis |
| 2. | 6/3/2013 | 4.0 hour(s) | Review of JSN Strategy Memo |
| 3. | 6/4/2013 | 1.0 hour(s) | Call with UCC Advisors regarding JSNs |
| 4. | 6/4/2013 | 6.0 hour(s) | Review of Loan Portfolio |
| 5. | 6/5/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 6. | 6/6/2013 | 1.0 hour(s) | Call with Debtors regarding FHA Loan Sale |
| 7. | 6/6/2013 | 5.0 hour(s) | Review of Loan Portfolio |
| 8. | 6/6/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 9. | 6/7/2013 | 1.0 hour(s) | Call with UCC Advisors regarding JSNs |
| 10. | 6/7/2013 | 3.5 hour(s) | Review of Purchase Price Adjustments |
| 11. | 6/11/2013 | 1.0 hour(s) | Call with Debtors regarding JSNs |
| 12. | 6/11/2013 | 3.0 hour(s) | Analysis for Mediation |
| 13. | 6/11/2013 | 4.0 hour(s) | Review of Loan Portfolio |
| 14. | 6/12/2013 | 1.0 hour(s) | Call with Debtors regarding FHA Loan Sale |
| 15. | 6/12/2013 | 1.0 hour(s) | Pre Trial Conference |
| 16. | 6/12/2013 | 3.0 hour(s) | Review of Chapter 11 Plan |
| 17. | 6/12/2013 | 3.0 hour(s) | Review of GNMA Loans |
| 18. | 6/12/2013 | 2.0 hour(s) | Review of Trial Balance |
| 19. | 6/13/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 20. | 6/16/2013 | 3.0 hour(s) | RMBS Litigation Support |
| 21. | 6/17/2013 | 1.0 hour(s) | Call with Debtors regarding Recovery Update |
| 22. | 6/17/2013 | 2.0 hour(s) | Review of Debtors' Waterfall Presentation |
| 23. | 6/17/2013 | 4.0 hour(s) | Review of Ocwen Purchase Price True Up |
| 24. | 6/18/2013 | 2.0 hour(s) | Preparation of Plan Presentation |
| 25. | 6/18/2013 | 2.0 hour(s) | Review of Debtors' Estate Update Presentation |
| 26. | 6/18/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 27. | 6/19/2013 | 2.0 hour(s) | Preparation of UCC Discussion Materials |
| 28. | 6/19/2013 | 5.0 hour(s) | Weekly UCC Call/Meeting |
| 29. | 6/20/2013 | 2.0 hour(s) | Review of Debtors' Updated Term Sheet Waterfall |
| 30. | 6/21/2013 | 3.0 hour(s) | RMBS Litigation Support |
| 31. | 6/22/2013 | 4.5 hour(s) | Review of Chapter 11 Plan |
| 32. | 6/25/2013 | 1.0 hour(s) | Call regarding Estate Wind Down Costs |
| 33. | 6/25/2013 | 2.0 hour(s) | Review of JSN Presentation |
| 34. | 6/25/2013 | 2.0 hour(s) | Review of Revised PSA |
| 35. | 6/26/2013 | 1.0 hour(s) | Call regarding Estate Wind Down Costs |
| 36. | 6/26/2013 | 1.0 hour(s) | Call with Debtors regarding Mediation Meeting |
| 37. | 6/26/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Mediation Meeting |
| 38. | 6/26/2013 | 1.0 hour(s) | Mediator Meeting |
| 39. | 6/26/2013 | 2.0 hour(s) | Omnibus Hearing |
| 40. | 6/26/2013 | 4.0 hour(s) | Review of Examiner's Report |
| 41. | 6/27/2013 | 2.0 hour(s) | Administrative Work |
| 42. | 6/27/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Plan |
| 43. | 6/27/2013 | 2.5 hour(s) | Litigation Support |
| 44. | 6/27/2013 | 2.0 hour(s) | Weekly UCC Call/Meeting |
| 45. | 6/28/2013 | 4.0 hour(s) | Administrative Work |
| 46. | 6/28/2013 | 3.0 hour(s) | Waterfall Analysis |
| 47. | 6/28/2013 | 2.0 hour(s) | Review of Chapter 11 Plan |

# ResCap

## Timekeeping

**Total Hours:**          125.0 hour(s)

**Banker:**          Syed Hasan

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 48. | 6/29/2013 | 2.0 hour(s) | Review of Disclosure Statement |
| 49. | 6/30/2013 | 6.0 hour(s) | Administrative Work |
| 50. | 6/30/2013 | 3.0 hour(s) | Call with Advisors regarding Plan - 1 |
| 51. | 6/30/2013 | 1.5 hour(s) | Call with Advisors regarding Plan - 2 |
| **June Total** | | **125.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**       154.0 hour(s)

**Banker:**       Adam Waldman

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 6/2/2013 | 4.0 hour(s) | Analysis for Mediation |
| 2. | 6/3/2013 | 1.5 hour(s) | Call with UCC Advisors regarding Plan Mechanics |
| 3. | 6/3/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Term Sheet |
| 4. | 6/3/2013 | 2.0 hour(s) | Waterfall Analysis |
| 5. | 6/3/2013 | 4.0 hour(s) | Review of JSN Strategy Memo |
| 6. | 6/4/2013 | 1.0 hour(s) | Call with UCC Advisors regarding JSNs |
| 7. | 6/5/2013 | 3.0 hour(s) | Meeting with Debtors regarding JSNs |
| 8. | 6/5/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 9. | 6/6/2013 | 1.0 hour(s) | Waterfall Analysis |
| 10. | 6/6/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 11. | 6/7/2013 | 1.0 hour(s) | Call with UCC Advisors regarding JSNs |
| 12. | 6/7/2013 | 4.0 hour(s) | Analysis for Mediation |
| 13. | 6/7/2013 | 2.5 hour(s) | Preparation of UCC Discussion Materials |
| 14. | 6/11/2013 | 1.0 hour(s) | Call with Debtors regarding JSNs |
| 15. | 6/11/2013 | 3.0 hour(s) | Analysis for Mediation |
| 16. | 6/11/2013 | 1.0 hour(s) | Status Conference regarding JSNs |
| 17. | 6/12/2013 | 1.0 hour(s) | Omnibus Hearing |
| 18. | 6/12/2013 | 1.0 hour(s) | Pre Trial Conference |
| 19. | 6/12/2013 | 3.0 hour(s) | Review of Chapter 11 Plan |
| 20. | 6/12/2013 | 1.0 hour(s) | Review of Trial Balance |
| 21. | 6/13/2013 | 1.0 hour(s) | Call with UCC Member regarding Plan Mechanics |
| 22. | 6/13/2013 | 4.0 hour(s) | Professionals Meeting re: Chapter 11 Plan |
| 23. | 6/13/2013 | 0.5 hour(s) | Review of Plan Mechanics |
| 24. | 6/13/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 25. | 6/14/2013 | 2.0 hour(s) | Administrative Work |
| 26. | 6/14/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Plan Mechanics |
| 27. | 6/14/2013 | 3.0 hour(s) | Meeting with UCC Advisors regarding Plan Mechanics |
| 28. | 6/14/2013 | 2.5 hour(s) | Review of JSN Paydown |
| 29. | 6/14/2013 | 1.5 hour(s) | Review of Plan Mechanics |
| 30. | 6/16/2013 | 2.0 hour(s) | Preparation for Mediation Meeting |
| 31. | 6/17/2013 | 1.0 hour(s) | Call with Debtors regarding Recovery Update |
| 32. | 6/17/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Plan Mechanics |
| 33. | 6/17/2013 | 2.0 hour(s) | Preparation of JSN Paydown Discussion Materials |
| 34. | 6/17/2013 | 2.0 hour(s) | Review of Debtors' Waterfall Presentation |
| 35. | 6/17/2013 | 2.0 hour(s) | Review of Plan Mechanics |
| 36. | 6/18/2013 | 3.0 hour(s) | Analysis for Mediation |
| 37. | 6/18/2013 | 3.0 hour(s) | Mediation Meeting with Judge Peck |
| 38. | 6/18/2013 | 2.0 hour(s) | Preparation of Plan Presentation |
| 39. | 6/18/2013 | 1.0 hour(s) | Review of Plan Mechanics |
| 40. | 6/18/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 41. | 6/19/2013 | 2.0 hour(s) | Preparation of UCC Discussion Materials |
| 42. | 6/19/2013 | 3.0 hour(s) | Review of Plan Presentation |
| 43. | 6/19/2013 | 5.0 hour(s) | Weekly UCC Call/Meeting |
| 44. | 6/20/2013 | 2.0 hour(s) | JSN Subcommittee Meeting |
| 45. | 6/20/2013 | 2.0 hour(s) | Review of Debtors' Updated Term Sheet Waterfall |
| 46. | 6/22/2013 | 4.5 hour(s) | Review of Chapter 11 Plan |
| 47. | 6/24/2013 | 2.0 hour(s) | Waterfall Analysis |

# ResCap

## Timekeeping

| | |
|---|---|
| **Total Hours:** | 154.0 hour(s) |

| | |
|---|---|
| **Banker:** | Adam Waldman |

**Restructuring Case:** ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 48. | 6/24/2013 | 5.0 hour(s) | Plan Drafting Session |
| 49. | 6/25/2013 | 1.0 hour(s) | Call regarding Estate Wind Down Costs |
| 50. | 6/25/2013 | 3.5 hour(s) | Preparation of UCC Discussion Materials |
| 51. | 6/25/2013 | 2.0 hour(s) | Review of JSN Presentation |
| 52. | 6/25/2013 | 2.0 hour(s) | Review of Revised PSA |
| 53. | 6/26/2013 | 1.0 hour(s) | Call regarding Estate Wind Down Costs |
| 54. | 6/26/2013 | 1.0 hour(s) | Call with Debtors regarding Mediation Meeting |
| 55. | 6/26/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Mediation Meeting |
| 56. | 6/26/2013 | 1.0 hour(s) | Mediator Meeting |
| 57. | 6/26/2013 | 2.0 hour(s) | Omnibus Hearing |
| 58. | 6/27/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Plan |
| 59. | 6/27/2013 | 1.5 hour(s) | Call with UCC Advisors regarding Plan Mechanics |
| 60. | 6/27/2013 | 4.0 hour(s) | Waterfall Analysis |
| 61. | 6/27/2013 | 1.5 hour(s) | Review of Debtors' Updated Term Sheet Waterfall |
| 62. | 6/27/2013 | 2.0 hour(s) | Weekly UCC Call/Meeting |
| 63. | 6/28/2013 | 2.0 hour(s) | Administrative Work |
| 64. | 6/28/2013 | 1.5 hour(s) | Call with Advisors regarding Plan - 1 |
| 65. | 6/28/2013 | 0.5 hour(s) | Call with Advisors regarding Plan - 2 |
| 66. | 6/28/2013 | 1.0 hour(s) | Call with Advisors regarding Plan - 3 |
| 67. | 6/28/2013 | 1.0 hour(s) | Call with UCC Member regarding Plan Mechanics |
| 68. | 6/28/2013 | 2.0 hour(s) | Review of Chapter 11 Plan |
| 69. | 6/28/2013 | 0.5 hour(s) | Review of Proposed Plan Language |
| 70. | 6/29/2013 | 2.0 hour(s) | Review of Disclosure Statement |
| 71. | 6/29/2013 | 2.0 hour(s) | Review of Proposed Plan Language |
| 72. | 6/30/2013 | 3.0 hour(s) | Call with Advisors regarding Plan - 1 |
| 73. | 6/30/2013 | 1.5 hour(s) | Call with Advisors regarding Plan - 2 |
| 74. | 6/30/2013 | 2.0 hour(s) | Call with Debtors regarding Recovery Analysis |
| 75. | 6/30/2013 | 3.5 hour(s) | Review of Recovery and Liquidation Analyses |
| **June Total** | | **154.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**        142.0 hour(s)

**Banker:**        Ally Gibler

**Restructuring Case:** ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 6/2/2013 | 3.0 hour(s) | Waterfall Analysis |
| 2. | 6/2/2013 | 4.0 hour(s) | Analysis for Mediation |
| 3. | 6/3/2013 | 1.5 hour(s) | Call with UCC Advisors regarding Plan Mechanics |
| 4. | 6/3/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Term Sheet |
| 5. | 6/3/2013 | 2.0 hour(s) | Waterfall Analysis |
| 6. | 6/4/2013 | 1.0 hour(s) | Call with UCC Advisors regarding JSNs |
| 7. | 6/4/2013 | 6.0 hour(s) | Review of Loan Portfolio |
| 8. | 6/5/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 9. | 6/6/2013 | 1.0 hour(s) | Call with Debtors regarding FHA Loan Sale |
| 10. | 6/6/2013 | 1.0 hour(s) | Waterfall Analysis |
| 11. | 6/6/2013 | 2.0 hour(s) | Review of Loan Portfolio |
| 12. | 6/6/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 13. | 6/7/2013 | 1.0 hour(s) | Call with UCC Advisors regarding JSNs |
| 14. | 6/7/2013 | 4.0 hour(s) | Analysis for Mediation |
| 15. | 6/7/2013 | 2.5 hour(s) | Preparation of UCC Discussion Materials |
| 16. | 6/11/2013 | 1.0 hour(s) | Call with Debtors regarding JSNs |
| 17. | 6/11/2013 | 3.0 hour(s) | Analysis for Mediation |
| 18. | 6/11/2013 | 1.0 hour(s) | Status Conference regarding JSNs |
| 19. | 6/12/2013 | 1.0 hour(s) | Call with Debtors regarding FHA Loan Sale |
| 20. | 6/12/2013 | 3.0 hour(s) | Review of Chapter 11 Plan |
| 21. | 6/12/2013 | 3.0 hour(s) | Review of GNMA Loans |
| 22. | 6/12/2013 | 1.0 hour(s) | Review of Trial Balance |
| 23. | 6/13/2013 | 1.0 hour(s) | Call with UCC Member regarding Plan Mechanics |
| 24. | 6/13/2013 | 0.5 hour(s) | Review of Plan Mechanics |
| 25. | 6/13/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 26. | 6/14/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Plan Mechanics |
| 27. | 6/14/2013 | 3.0 hour(s) | Meeting with UCC Advisors regarding Plan Mechanics |
| 28. | 6/14/2013 | 1.5 hour(s) | Review of Plan Mechanics |
| 29. | 6/16/2013 | 3.0 hour(s) | RMBS Litigation Support |
| 30. | 6/17/2013 | 1.0 hour(s) | Call with Debtors regarding Recovery Update |
| 31. | 6/17/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Plan Mechanics |
| 32. | 6/17/2013 | 2.5 hour(s) | Preparation of JSN Paydown Discussion Materials |
| 33. | 6/17/2013 | 4.0 hour(s) | Review of Plan Mechanics |
| 34. | 6/18/2013 | 3.0 hour(s) | Analysis for Mediation |
| 35. | 6/18/2013 | 4.0 hour(s) | Preparation of Plan Presentation |
| 36. | 6/18/2013 | 2.0 hour(s) | Review of Plan Mechanics |
| 37. | 6/18/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 38. | 6/19/2013 | 2.0 hour(s) | Preparation of UCC Discussion Materials |
| 39. | 6/19/2013 | 5.0 hour(s) | Weekly UCC Call/Meeting |
| 40. | 6/20/2013 | 2.0 hour(s) | Review of Debtors' Updated Term Sheet Waterfall |
| 41. | 6/21/2013 | 3.0 hour(s) | RMBS Litigation Support |
| 42. | 6/22/2013 | 4.5 hour(s) | Review of Chapter 11 Plan |
| 43. | 6/24/2013 | 2.0 hour(s) | Waterfall Analysis |
| 44. | 6/24/2013 | 5.0 hour(s) | Plan Drafting Session |
| 45. | 6/25/2013 | 1.0 hour(s) | Call regarding Estate Wind Down Costs |
| 46. | 6/25/2013 | 3.5 hour(s) | Preparation of UCC Discussion Materials |
| 47. | 6/25/2013 | 2.0 hour(s) | Review of Revised PSA |

# ResCap

## Timekeeping

| | |
|---|---|
| **Total Hours:** | 142.0 hour(s) |

| | |
|---|---|
| **Banker:** | Ally Gibler |

**Restructuring Case:** ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 48. | 6/26/2013 | 1.0 hour(s) | Call regarding Estate Wind Down Costs |
| 49. | 6/26/2013 | 1.0 hour(s) | Mediator Meeting |
| 50. | 6/27/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Plan |
| 51. | 6/27/2013 | 1.5 hour(s) | Call with UCC Advisors regarding Plan Mechanics |
| 52. | 6/27/2013 | 4.0 hour(s) | Waterfall Analysis |
| 53. | 6/27/2013 | 1.5 hour(s) | Review of Debtors' Updated Term Sheet Waterfall |
| 54. | 6/27/2013 | 2.0 hour(s) | Weekly UCC Call/Meeting |
| 55. | 6/28/2013 | 2.0 hour(s) | Administrative Work |
| 56. | 6/28/2013 | 1.5 hour(s) | Call with Advisors regarding Plan - 1 |
| 57. | 6/28/2013 | 0.5 hour(s) | Call with Advisors regarding Plan - 2 |
| 58. | 6/28/2013 | 1.0 hour(s) | Call with Advisors regarding Plan - 3 |
| 59. | 6/28/2013 | 1.0 hour(s) | Call with UCC Member regarding Plan Mechanics |
| 60. | 6/28/2013 | 1.0 hour(s) | Waterfall Analysis |
| 61. | 6/28/2013 | 2.0 hour(s) | Review of Chapter 11 Plan |
| 62. | 6/28/2013 | 0.5 hour(s) | Review of Proposed Plan Language |
| 63. | 6/29/2013 | 2.0 hour(s) | Review of Disclosure Statement |
| 64. | 6/30/2013 | 3.0 hour(s) | Call with Advisors regarding Plan - 1 |
| 65. | 6/30/2013 | 1.5 hour(s) | Call with Advisors regarding Plan - 2 |
| 66. | 6/30/2013 | 2.0 hour(s) | Call with Debtors regarding Recovery Analysis |
| 67. | 6/30/2013 | 1.5 hour(s) | Call with Debtors regarding Waterfall Analysis |
| 68. | 6/30/2013 | 1.0 hour(s) | Review of Recovery and Liquidation Analyses |
| **June Total** | | **142.0 hour(s)** | |

# ResCap

## Summary of Hours - July

| Category | Hours |
|---|---|
| UCC Meetings / Calls | 76.0 |
| Other Meetings / Calls | 118.0 |
| Case Administration | 34.0 |
| Court Hearings / Filings / Depositions | 42.0 |
| Financial Analysis / Modeling / Internal Materials | 180.0 |
| RMBS Litigation Support | 0.0 |
| General Other | 153.0 |
| **TOTAL** | **603.0** |

# ResCap

## Timekeeping

**Total Hours:**        62.0 hour(s)

**Banker:**        Jared Dermont

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 7/1/2013 | 3.0 hour(s) | JSN Mediation Session |
| 2. | 7/2/2013 | 1.0 hour(s) | Consenting Claimants Call |
| 3. | 7/2/2013 | 2.0 hour(s) | JSN Discovery Request |
| 4. | 7/3/2013 | 1.0 hour(s) | JSN Discovery Request |
| 5. | 7/3/2013 | 2.0 hour(s) | Review of Disclosure Statement Exhibit |
| 6. | 7/3/2013 | 1.0 hour(s) | Review of Liquidation Analysis |
| 7. | 7/3/2013 | 3.0 hour(s) | Review of Plan |
| 8. | 7/8/2013 | 1.0 hour(s) | Call with UCC Advisor |
| 9. | 7/8/2013 | 2.0 hour(s) | Review of Examiner's Report |
| 10. | 7/9/2013 | 4.0 hour(s) | JSN Status Conference |
| 11. | 7/10/2013 | 3.0 hour(s) | Review of Purchase Price True Up |
| 12. | 7/11/2013 | 3.5 hour(s) | Internal Meeting |
| 13. | 7/12/2013 | 2.0 hour(s) | Waterfall Analysis |
| 14. | 7/12/2013 | 2.0 hour(s) | JSN Discovery Request |
| 15. | 7/13/2013 | 2.0 hour(s) | Preparation of UCC Discussion Materials |
| 16. | 7/14/2013 | 4.0 hour(s) | Preparation of UCC Discussion Materials |
| 17. | 7/15/2013 | 2.0 hour(s) | Omnibus Hearing |
| 18. | 7/16/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 19. | 7/17/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 20. | 7/23/2013 | 2.0 hour(s) | Internal Meeting |
| 21. | 7/23/2013 | 2.0 hour(s) | Preparation of UCC Discussion Materials |
| 22. | 7/23/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 23. | 7/24/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 24. | 7/25/2013 | 1.0 hour(s) | Executive Compensation Subcommittee Call |
| 25. | 7/26/2013 | 2.0 hour(s) | Omnibus Hearing |
| 26. | 7/29/2013 | 1.0 hour(s) | JSN Mediation Prep Call |
| 27. | 7/30/2013 | 3.0 hour(s) | JSN Mediation |
| 28. | 7/30/2013 | 2.0 hour(s) | Omnibus Hearing |
| 29. | 7/30/2013 | 1.5 hour(s) | Review of FHA Sale Presentation to UCC |
| 30. | 7/31/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| **July Total** | | **62.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**  57.0 hour(s)

**Banker:**  Yadin Rozov

**Restructuring Case:** ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 7/1/2013 | 3.0 hour(s) | JSN Mediation Session |
| 2. | 7/2/2013 | 1.0 hour(s) | Consenting Claimants Call |
| 3. | 7/2/2013 | 2.0 hour(s) | JSN Discovery Request |
| 4. | 7/3/2013 | 1.0 hour(s) | JSN Discovery Request |
| 5. | 7/3/2013 | 2.0 hour(s) | Review of Disclosure Statement Exhibit |
| 6. | 7/3/2013 | 1.0 hour(s) | Review of Liquidation Analysis |
| 7. | 7/3/2013 | 3.0 hour(s) | Review of Plan |
| 8. | 7/5/2013 | 3.0 hour(s) | Review of Examiner's Report |
| 9. | 7/8/2013 | 1.0 hour(s) | Call with UCC Advisor |
| 10. | 7/8/2013 | 2.0 hour(s) | Review of Examiner's Report |
| 11. | 7/9/2013 | 4.0 hour(s) | JSN Status Conference |
| 12. | 7/10/2013 | 3.0 hour(s) | Review of Purchase Price True Up |
| 13. | 7/11/2013 | 3.5 hour(s) | Internal Meeting |
| 14. | 7/12/2013 | 2.0 hour(s) | Waterfall Analysis |
| 15. | 7/12/2013 | 2.0 hour(s) | JSN Discovery Request |
| 16. | 7/15/2013 | 2.0 hour(s) | Omnibus Hearing |
| 17. | 7/16/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 18. | 7/17/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 19. | 7/23/2013 | 2.0 hour(s) | Internal Meeting |
| 20. | 7/23/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 21. | 7/24/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 22. | 7/25/2013 | 1.0 hour(s) | Executive Compensation Subcommittee Call |
| 23. | 7/26/2013 | 2.0 hour(s) | Omnibus Hearing |
| 24. | 7/29/2013 | 1.0 hour(s) | JSN Mediation Prep Call |
| 25. | 7/30/2013 | 3.0 hour(s) | JSN Mediation |
| 26. | 7/30/2013 | 2.0 hour(s) | Omnibus Hearing |
| 27. | 7/30/2013 | 1.5 hour(s) | Review of FHA Sale Presentation to UCC |
| 28. | 7/31/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| **July Total** | | **57.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**        60.0 hour(s)

**Banker:**        Landon Parsons

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 7/2/2013 | 2.0 hour(s) | Call with Debtors regarding Wells Loan Tape |
| 2. | 7/2/2013 | 1.0 hour(s) | Consenting Claimants Call |
| 3. | 7/3/2013 | 2.0 hour(s) | Review of Disclosure Statement Exhibit |
| 4. | 7/3/2013 | 1.0 hour(s) | Review of Liquidation Analysis |
| 5. | 7/3/2013 | 3.0 hour(s) | Review of Plan |
| 6. | 7/5/2013 | 3.0 hour(s) | Review of Examiner's Report |
| 7. | 7/8/2013 | 3.0 hour(s) | Review of Examiner's Report |
| 8. | 7/15/2013 | 2.0 hour(s) | Omnibus Hearing |
| 9. | 7/15/2013 | 3.0 hour(s) | Preparation of Discussion Materials |
| 10. | 7/16/2013 | 2.0 hour(s) | Review of Wells Bid |
| 11. | 7/16/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 12. | 7/17/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 13. | 7/18/2013 | 2.0 hour(s) | Review of Wells Bid |
| 14. | 7/19/2013 | 1.0 hour(s) | Review of Roll Forward Analysis |
| 15. | 7/22/2013 | 1.0 hour(s) | Preparation of Discussion Materials |
| 16. | 7/23/2013 | 2.0 hour(s) | Call re FHA Document |
| 17. | 7/23/2013 | 2.0 hour(s) | Call with Debtors' Advisors |
| 18. | 7/23/2013 | 2.0 hour(s) | Internal Meeting |
| 19. | 7/23/2013 | 3.0 hour(s) | Review FHA Document |
| 20. | 7/23/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 21. | 7/24/2013 | 2.0 hour(s) | Waterfall Analysis |
| 22. | 7/24/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 23. | 7/25/2013 | 1.0 hour(s) | Executive Compensation Subcommittee Call |
| 24. | 7/26/2013 | 2.0 hour(s) | Omnibus Hearing |
| 25. | 7/26/2013 | 1.5 hour(s) | Review of FHA VA Loan Sale Assumptions |
| 26. | 7/26/2013 | 2.0 hour(s) | Review of Walter True-Up |
| 27. | 7/29/2013 | 1.0 hour(s) | JSN Mediation Prep Call |
| 28. | 7/30/2013 | 3.0 hour(s) | JSN Mediation |
| 29. | 7/30/2013 | 2.0 hour(s) | Omnibus Hearing |
| 30. | 7/30/2013 | 1.5 hour(s) | Review of FHA Sale Presentation to UCC |
| 31. | 7/31/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| **July Total** | | **60.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**       96.0 hour(s)

**Banker:**       Barak Klein

**Restructuring Case:** ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 7/1/2013 | 2.0 hour(s) | Distribution Dynamics |
| 2. | 7/1/2013 | 3.0 hour(s) | JSN Mediation Session |
| 3. | 7/1/2013 | 3.0 hour(s) | Review of Plan Language |
| 4. | 7/1/2013 | 2.0 hour(s) | Review Plan Mechanics |
| 5. | 7/2/2013 | 1.0 hour(s) | Consenting Claimants Call |
| 6. | 7/2/2013 | 2.0 hour(s) | JSN Discovery Request |
| 7. | 7/2/2013 | 4.0 hour(s) | Preparation of Disclosure Statement Exhibit |
| 8. | 7/3/2013 | 1.0 hour(s) | JSN Discovery Request |
| 9. | 7/3/2013 | 6.0 hour(s) | Disclosure Statement and Plan of Reorganization Drafting Session |
| 10. | 7/3/2013 | 3.0 hour(s) | Preparation of Disclosure Statement Exhibit |
| 11. | 7/3/2013 | 2.0 hour(s) | Review of Unit Allocation |
| 12. | 7/8/2013 | 1.0 hour(s) | Call with UCC Advisor |
| 13. | 7/9/2013 | 4.0 hour(s) | JSN Status Conference |
| 14. | 7/11/2013 | 3.5 hour(s) | Internal Meeting |
| 15. | 7/12/2013 | 6.0 hour(s) | Waterfall Analysis |
| 16. | 7/12/2013 | 3.0 hour(s) | JSN Discovery Request |
| 17. | 7/12/2013 | 2.0 hour(s) | Preparation of UCC Discussion Materials |
| 18. | 7/13/2013 | 2.0 hour(s) | Preparation of UCC Discussion Materials |
| 19. | 7/14/2013 | 2.0 hour(s) | Preparation of UCC Discussion Materials |
| 20. | 7/15/2013 | 2.0 hour(s) | Omnibus Hearing |
| 21. | 7/16/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 22. | 7/17/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 23. | 7/18/2013 | 5.0 hour(s) | Review of Liquidating Trust |
| 24. | 7/19/2013 | 2.0 hour(s) | Review of JSN Interest Computation |
| 25. | 7/20/2013 | 2.0 hour(s) | Waterfall Analysis |
| 26. | 7/22/2013 | 3.0 hour(s) | Preparation of Discussion Materials |
| 27. | 7/23/2013 | 2.0 hour(s) | Internal Meeting |
| 28. | 7/23/2013 | 2.0 hour(s) | Preparation of UCC Discussion Materials |
| 29. | 7/23/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 30. | 7/24/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 31. | 7/25/2013 | 1.0 hour(s) | Executive Compensation Subcommittee Call |
| 32. | 7/26/2013 | 2.0 hour(s) | Omnibus Hearing |
| 33. | 7/29/2013 | 1.0 hour(s) | JSN Mediation Prep Call |
| 34. | 7/29/2013 | 3.0 hour(s) | Review of Mediation Session Materials |
| 35. | 7/30/2013 | 3.0 hour(s) | JSN Mediation |
| 36. | 7/30/2013 | 2.0 hour(s) | Omnibus Hearing |
| 37. | 7/30/2013 | 1.5 hour(s) | Review of FHA Sale Presentation to UCC |
| 38. | 7/31/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| **July Total** | | **96.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**          101.5 hour(s)

**Banker:**          Syed Hasan

**Restructuring Case:** ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 7/1/2013 | 4.0 hour(s) | JSN Discovery Request |
| 2. | 7/2/2013 | 2.0 hour(s) | Call with Debtors regarding Wells Loan Tape |
| 3. | 7/2/2013 | 3.0 hour(s) | Call with UCC Advisors |
| 4. | 7/2/2013 | 1.0 hour(s) | Consenting Claimants Call |
| 5. | 7/2/2013 | 2.0 hour(s) | JSN Discovery Request |
| 6. | 7/3/2013 | 1.0 hour(s) | JSN Discovery Request |
| 7. | 7/3/2013 | 2.0 hour(s) | Review of Disclosure Statement Exhibit |
| 8. | 7/3/2013 | 1.0 hour(s) | Review of Liquidation Analysis |
| 9. | 7/3/2013 | 3.0 hour(s) | Review of Plan |
| 10. | 7/5/2013 | 3.0 hour(s) | Review of Examiner's Report |
| 11. | 7/8/2013 | 3.0 hour(s) | Review of Examiner's Report |
| 12. | 7/10/2013 | 3.0 hour(s) | Review of Purchase Price True Up |
| 13. | 7/11/2013 | 3.5 hour(s) | Internal Meeting |
| 14. | 7/12/2013 | 3.0 hour(s) | JSN Discovery Request |
| 15. | 7/12/2013 | 3.0 hour(s) | Review of Walter True-Up |
| 16. | 7/13/2013 | 2.0 hour(s) | Preparation of UCC Discussion Materials |
| 17. | 7/14/2013 | 4.0 hour(s) | Preparation of UCC Discussion Materials |
| 18. | 7/15/2013 | 2.0 hour(s) | Omnibus Hearing |
| 19. | 7/15/2013 | 4.0 hour(s) | Preparation of Discussion Materials |
| 20. | 7/16/2013 | 2.0 hour(s) | Review of Wells Bid |
| 21. | 7/16/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 22. | 7/17/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 23. | 7/18/2013 | 2.0 hour(s) | Review of Wells Bid |
| 24. | 7/19/2013 | 3.0 hour(s) | Review of Estate Update |
| 25. | 7/19/2013 | 2.0 hour(s) | Review of Roll Forward Analysis |
| 26. | 7/20/2013 | 2.0 hour(s) | Waterfall Analysis |
| 27. | 7/22/2013 | 3.0 hour(s) | Preparation of Discussion Materials |
| 28. | 7/23/2013 | 2.0 hour(s) | Call re FHA Document |
| 29. | 7/23/2013 | 2.0 hour(s) | Call with Debtors' Advisors |
| 30. | 7/23/2013 | 2.0 hour(s) | Internal Meeting |
| 31. | 7/23/2013 | 2.0 hour(s) | Preparation of UCC Discussion Materials |
| 32. | 7/23/2013 | 2.0 hour(s) | Review FHA Document |
| 33. | 7/23/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 34. | 7/24/2013 | 3.0 hour(s) | Waterfall Analysis |
| 35. | 7/24/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 36. | 7/25/2013 | 1.0 hour(s) | Executive Compensation Subcommittee Call |
| 37. | 7/26/2013 | 2.0 hour(s) | Omnibus Hearing |
| 38. | 7/26/2013 | 1.5 hour(s) | Review of FHA VA Loan Sale Assumptions |
| 39. | 7/26/2013 | 2.0 hour(s) | Review of Walter True-Up |
| 40. | 7/29/2013 | 1.0 hour(s) | JSN Mediation Prep Call |
| 41. | 7/30/2013 | 3.0 hour(s) | JSN Mediation |
| 42. | 7/30/2013 | 2.0 hour(s) | Omnibus Hearing |
| 43. | 7/30/2013 | 1.5 hour(s) | Review of FHA Sale Presentation to UCC |
| 44. | 7/31/2013 | 2.0 hour(s) | Ally Financial 2Q13 Earnings Release |
| 45. | 7/31/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| **July Total** | | **101.5 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**     118.0 hour(s)

**Banker:**     Adam Waldman

**Restructuring Case:** ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 7/1/2013 | 2.0 hour(s) | Distribution Dynamics |
| 2. | 7/1/2013 | 3.0 hour(s) | JSN Mediation Session |
| 3. | 7/1/2013 | 3.0 hour(s) | Review of Plan Language |
| 4. | 7/1/2013 | 2.0 hour(s) | Review Plan Mechanics |
| 5. | 7/2/2013 | 3.0 hour(s) | Call with UCC Advisors |
| 6. | 7/2/2013 | 1.0 hour(s) | Consenting Claimants Call |
| 7. | 7/2/2013 | 4.0 hour(s) | Preparation of Disclosure Statement Exhibit |
| 8. | 7/2/2013 | 1.5 hour(s) | Review of Other Monoline Claims |
| 9. | 7/3/2013 | 0.5 hour(s) | Call with UCC Advisors regarding Disclosure Statement Exhibit |
| 10. | 7/3/2013 | 1.0 hour(s) | JSN Discovery Request |
| 11. | 7/3/2013 | 6.0 hour(s) | Disclosure Statement and Plan of Reorganization Drafting Session |
| 12. | 7/3/2013 | 3.0 hour(s) | Preparation of Disclosure Statement Exhibit |
| 13. | 7/3/2013 | 0.5 hour(s) | Review of Disclosure Statement Exhibit |
| 14. | 7/3/2013 | 1.0 hour(s) | Review of Liquidation Analysis |
| 15. | 7/3/2013 | 1.0 hour(s) | Review of Unit Allocation |
| 16. | 7/8/2013 | 3.0 hour(s) | Administrative Work |
| 17. | 7/8/2013 | 1.0 hour(s) | Call with UCC Advisor |
| 18. | 7/9/2013 | 4.0 hour(s) | JSN Status Conference |
| 19. | 7/11/2013 | 3.5 hour(s) | Internal Meeting |
| 20. | 7/12/2013 | 6.0 hour(s) | Waterfall Analysis |
| 21. | 7/12/2013 | 2.0 hour(s) | JSN Discovery Request |
| 22. | 7/12/2013 | 2.0 hour(s) | Preparation of UCC Discussion Materials |
| 23. | 7/13/2013 | 2.0 hour(s) | Preparation of UCC Discussion Materials |
| 24. | 7/14/2013 | 4.0 hour(s) | Preparation of UCC Discussion Materials |
| 25. | 7/15/2013 | 2.0 hour(s) | Omnibus Hearing |
| 26. | 7/16/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 27. | 7/17/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 28. | 7/18/2013 | 5.0 hour(s) | Review of Liquidating Trust |
| 29. | 7/19/2013 | 2.0 hour(s) | Review of JSN Interest Computation |
| 30. | 7/20/2013 | 2.0 hour(s) | Waterfall Analysis |
| 31. | 7/22/2013 | 3.0 hour(s) | Preparation of Discussion Materials |
| 32. | 7/23/2013 | 4.0 hour(s) | Internal Meeting |
| 33. | 7/23/2013 | 2.0 hour(s) | Preparation of UCC Discussion Materials |
| 34. | 7/23/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 35. | 7/24/2013 | 3.0 hour(s) | Waterfall Analysis |
| 36. | 7/24/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 37. | 7/25/2013 | 1.0 hour(s) | Executive Compensation Subcommittee Call |
| 38. | 7/26/2013 | 1.0 hour(s) | Administrative Work |
| 39. | 7/26/2013 | 2.0 hour(s) | Omnibus Hearing |
| 40. | 7/29/2013 | 1.0 hour(s) | Administrative Work |
| 41. | 7/29/2013 | 1.0 hour(s) | JSN Mediation Prep Call |
| 42. | 7/29/2013 | 3.0 hour(s) | Review of Mediation Session Materials |
| 43. | 7/30/2013 | 4.0 hour(s) | Waterfall Analysis |
| 44. | 7/30/2013 | 3.0 hour(s) | JSN Mediation |
| 45. | 7/30/2013 | 2.0 hour(s) | Omnibus Hearing |
| 46. | 7/30/2013 | 1.0 hour(s) | Review of FHA Sale Presentation to UCC |
| 47. | 7/31/2013 | 3.0 hour(s) | Ally Financial 2Q13 Earnings Release |

# ResCap

## Timekeeping

**Total Hours:**          118.0 hour(s)

**Banker:**          Adam Waldman

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 48. | 7/31/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| **July Total** | | **118.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**     118.5 hour(s)

**Banker:**     Ally Gibler

**Restructuring Case:**   ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 7/1/2013 | 4.0 hour(s) | Distribution Dynamics |
| 2. | 7/1/2013 | 2.0 hour(s) | Review Plan Mechanics |
| 3. | 7/2/2013 | 3.0 hour(s) | Call with UCC Advisors |
| 4. | 7/2/2013 | 1.0 hour(s) | Consenting Claimants Call |
| 5. | 7/2/2013 | 4.0 hour(s) | Preparation of Disclosure Statement Exhibit |
| 6. | 7/2/2013 | 1.5 hour(s) | Review of Other Monoline Claims |
| 7. | 7/3/2013 | 0.5 hour(s) | Call with UCC Advisors regarding Disclosure Statement Exhibit |
| 8. | 7/3/2013 | 6.0 hour(s) | Disclosure Statement and Plan of Reorganization Drafting Session |
| 9. | 7/3/2013 | 3.0 hour(s) | Preparation of Disclosure Statement Exhibit |
| 10. | 7/3/2013 | 0.5 hour(s) | Review of Disclosure Statement Exhibit |
| 11. | 7/3/2013 | 1.0 hour(s) | Review of Liquidation Analysis |
| 12. | 7/3/2013 | 1.0 hour(s) | Review of Unit Allocation |
| 13. | 7/5/2013 | 2.0 hour(s) | Review of Examiner's Report |
| 14. | 7/8/2013 | 3.0 hour(s) | Administrative Work |
| 15. | 7/8/2013 | 1.0 hour(s) | Call with UCC Advisor |
| 16. | 7/8/2013 | 2.0 hour(s) | Review of Examiner's Report |
| 17. | 7/11/2013 | 3.5 hour(s) | Internal Meeting |
| 18. | 7/12/2013 | 4.0 hour(s) | Waterfall Analysis |
| 19. | 7/12/2013 | 1.0 hour(s) | JSN Discovery Request |
| 20. | 7/12/2013 | 2.0 hour(s) | Preparation of UCC Discussion Materials |
| 21. | 7/13/2013 | 2.0 hour(s) | Preparation of UCC Discussion Materials |
| 22. | 7/14/2013 | 4.0 hour(s) | Preparation of UCC Discussion Materials |
| 23. | 7/15/2013 | 2.0 hour(s) | Omnibus Hearing |
| 24. | 7/15/2013 | 4.0 hour(s) | Preparation of Discussion Materials |
| 25. | 7/16/2013 | 2.0 hour(s) | Review of Wells Bid |
| 26. | 7/16/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 27. | 7/17/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 28. | 7/18/2013 | 2.0 hour(s) | Review of Wells Bid |
| 29. | 7/19/2013 | 2.0 hour(s) | Review of JSN Interest Computation |
| 30. | 7/19/2013 | 2.0 hour(s) | Review of Roll Forward Analysis |
| 31. | 7/20/2013 | 2.0 hour(s) | Waterfall Analysis |
| 32. | 7/23/2013 | 2.0 hour(s) | Call re FHA Document |
| 33. | 7/23/2013 | 4.0 hour(s) | Internal Meeting |
| 34. | 7/23/2013 | 2.0 hour(s) | Preparation of UCC Discussion Materials |
| 35. | 7/23/2013 | 3.0 hour(s) | Review FHA Document |
| 36. | 7/23/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 37. | 7/24/2013 | 3.0 hour(s) | Waterfall Analysis |
| 38. | 7/24/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 39. | 7/25/2013 | 1.0 hour(s) | Executive Compensation Subcommittee Call |
| 40. | 7/26/2013 | 1.0 hour(s) | Administrative Work |
| 41. | 7/26/2013 | 2.0 hour(s) | Omnibus Hearing |
| 42. | 7/26/2013 | 1.5 hour(s) | Review of FHA VA Loan Sale Assumptions |
| 43. | 7/26/2013 | 2.0 hour(s) | Review of Walter True-Up |
| 44. | 7/29/2013 | 1.0 hour(s) | Administrative Work |
| 45. | 7/29/2013 | 1.0 hour(s) | JSN Mediation Prep Call |
| 46. | 7/29/2013 | 3.0 hour(s) | Review of Mediation Session Materials |
| 47. | 7/30/2013 | 4.0 hour(s) | Waterfall Analysis |

# ResCap

## Timekeeping

**Total Hours:**          118.5 hour(s)

**Banker:**          Ally Gibler

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 48. | 7/30/2013 | 3.0 hour(s) | JSN Mediation |
| 49. | 7/30/2013 | 2.0 hour(s) | Omnibus Hearing |
| 50. | 7/31/2013 | 3.0 hour(s) | Ally Financial 2Q13 Earnings Release |
| 51. | 7/31/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| **July Total** | | **118.5 hour(s)** | |

# ResCap

## Summary of Hours - August

| Category | Hours |
|---|---|
| UCC Meetings / Calls | 118.0 |
| Other Meetings / Calls | 64.5 |
| Case Administration | 25.0 |
| Court Hearings / Filings / Depositions | 46.0 |
| Financial Analysis / Modeling / Internal Materials | 157.0 |
| RMBS Litigation Support | 0.0 |
| General Other | 99.0 |
| **TOTAL** | **509.5** |

# ResCap

## Timekeeping

**Total Hours:**        54.5 hour(s)

**Banker:**        Jared Dermont

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 8/1/2013 | 2.0 hour(s) | Financial Analysis - Review of Wells Bid |
| 2. | 8/1/2013 | 2.0 hour(s) | Review of FHA VA Loans Sale Process |
| 3. | 8/1/2013 | 5.0 hour(s) | Weekly UCC Call/Meeting |
| 4. | 8/6/2013 | 1.0 hour(s) | Administrative Work - Interim Fee Application |
| 5. | 8/7/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Other Monoline Claims |
| 6. | 8/9/2013 | 1.0 hour(s) | Administrative Work - Fee Applications |
| 7. | 8/9/2013 | 1.0 hour(s) | Call with UCC Advisors regarding JSNs |
| 8. | 8/13/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 9. | 8/14/2013 | 1.5 hour(s) | Hearing regarding FGIC Settlement |
| 10. | 8/14/2013 | 5.0 hour(s) | Weekly UCC Call/Meeting |
| 11. | 8/15/2013 | 1.5 hour(s) | Review of Ocwen Post Close True Up |
| 12. | 8/15/2013 | 2.0 hour(s) | Review of Ocwen Purchase Price True Up |
| 13. | 8/16/2013 | 2.0 hour(s) | Call with Advisors regarding Waterfall |
| 14. | 8/17/2013 | 1.0 hour(s) | Financial Analysis - JSN Paydown |
| 15. | 8/19/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Potential JSN Treatment |
| 16. | 8/19/2013 | 2.0 hour(s) | Financial Analysis - FHA Proceeds |
| 17. | 8/19/2013 | 2.0 hour(s) | Review of Discussion Materials - JSN Paydown Analysis |
| 18. | 8/20/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Other Monoline Claims |
| 19. | 8/20/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 20. | 8/21/2013 | 2.0 hour(s) | Consenting Claimants Call |
| 21. | 8/21/2013 | 5.0 hour(s) | Disclosure Statement Hearing |
| 22. | 8/21/2013 | 2.0 hour(s) | Review of Open Items for Walter True Up |
| 23. | 8/22/2013 | 2.0 hour(s) | Consenting Claimants Call |
| 24. | 8/22/2013 | 3.0 hour(s) | Review of Disclosure Statement |
| 25. | 8/23/2013 | 0.5 hour(s) | Review of Disclosure Statement |
| 26. | 8/27/2013 | 1.0 hour(s) | Review of JSNs / Paydown Update |
| 27. | 8/29/2013 | 1.0 hour(s) | Hearing |
| **August Total** | | **54.5 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**       31.0 hour(s)

**Banker:**       Yadin Rozov

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 8/1/2013 | 2.0 hour(s) | Review of FHA VA Loans Sale Process |
| 2. | 8/1/2013 | 5.0 hour(s) | Weekly UCC Call/Meeting |
| 3. | 8/8/2013 | 2.0 hour(s) | Financial Analysis - Review of Ambac Assurance Rehabilitation plan |
| 4. | 8/9/2013 | 1.0 hour(s) | Administrative Work - Fee Applications |
| 5. | 8/13/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 6. | 8/16/2013 | 2.0 hour(s) | Call with Advisors regarding Waterfall |
| 7. | 8/17/2013 | 1.0 hour(s) | Financial Analysis - JSN Paydown |
| 8. | 8/19/2013 | 2.0 hour(s) | Financial Analysis - FHA Proceeds |
| 9. | 8/19/2013 | 2.0 hour(s) | Review of Discussion Materials - JSN Paydown Analysis |
| 10. | 8/21/2013 | 2.0 hour(s) | Consenting Claimants Call |
| 11. | 8/21/2013 | 5.0 hour(s) | Disclosure Statement Hearing |
| 12. | 8/22/2013 | 2.0 hour(s) | Consenting Claimants Call |
| 13. | 8/22/2013 | 3.0 hour(s) | Review of Disclosure Statement |
| 14. | 8/27/2013 | 1.0 hour(s) | Review of JSNs / Paydown Update |
| **August Total** | | **31.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**          44.5 hour(s)

**Banker:**          Landon Parsons

**Restructuring Case:**   ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 8/1/2013 | 2.0 hour(s) | Financial Analysis - Review of Wells Bid |
| 2. | 8/1/2013 | 2.0 hour(s) | Review of FHA VA Loans Sale Process |
| 3. | 8/1/2013 | 5.0 hour(s) | Weekly UCC Call/Meeting |
| 4. | 8/9/2013 | 1.0 hour(s) | Administrative Work - Fee Applications |
| 5. | 8/12/2013 | 1.0 hour(s) | Review of Liquidating Trust Agreement |
| 6. | 8/13/2013 | 2.0 hour(s) | Review of AFI Research Reports |
| 7. | 8/13/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 8. | 8/14/2013 | 1.5 hour(s) | Hearing regarding FGIC Settlement |
| 9. | 8/14/2013 | 2.0 hour(s) | Review of Owen Purchase Price True Up |
| 10. | 8/14/2013 | 5.0 hour(s) | Weekly UCC Call/Meeting |
| 11. | 8/15/2013 | 1.5 hour(s) | Review of Owen Post Close True Up |
| 12. | 8/15/2013 | 3.0 hour(s) | Review of Owen Purchase Price True Up |
| 13. | 8/17/2013 | 1.0 hour(s) | Financial Analysis - JSN Paydown |
| 14. | 8/19/2013 | 2.0 hour(s) | Financial Analysis - FHA Proceeds |
| 15. | 8/21/2013 | 2.0 hour(s) | Consenting Claimants Call |
| 16. | 8/21/2013 | 5.0 hour(s) | Disclosure Statement Hearing |
| 17. | 8/21/2013 | 3.0 hour(s) | Review of Open Items for Walter True Up |
| 18. | 8/22/2013 | 2.0 hour(s) | Consenting Claimants Call |
| 19. | 8/23/2013 | 0.5 hour(s) | Review of Disclosure Statement |
| 20. | 8/27/2013 | 1.0 hour(s) | Review of JSNs / Paydown Update |
| 21. | 8/29/2013 | 1.0 hour(s) | Hearing |
| **August Total** | | **44.5 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**     88.0 hour(s)

**Banker:**     Barak Klein

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 8/1/2013 | 2.0 hour(s) | Financial Analysis - Review of Wells Bid |
| 2. | 8/1/2013 | 2.0 hour(s) | Review of FHA VA Loans Sale Process |
| 3. | 8/1/2013 | 5.0 hour(s) | Weekly UCC Call/Meeting |
| 4. | 8/2/2013 | 4.0 hour(s) | Review of Liquidation Analysis |
| 5. | 8/2/2013 | 2.0 hour(s) | Review of Plan Calculations |
| 6. | 8/3/2013 | 1.0 hour(s) | Financial Analysis - Disclosure Statement Exhibit |
| 7. | 8/6/2013 | 1.0 hour(s) | Administrative Work - Interim Fee Application |
| 8. | 8/6/2013 | 2.0 hour(s) | Financial Analysis - Waterfall Mechanics |
| 9. | 8/6/2013 | 2.0 hour(s) | Review of Other Monoline Claims |
| 10. | 8/7/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Other Monoline Claims |
| 11. | 8/7/2013 | 2.0 hour(s) | Review of Other Monoline Claims |
| 12. | 8/8/2013 | 2.0 hour(s) | Financial Analysis - Review of Ambac Assurance Rehabilitation plan |
| 13. | 8/9/2013 | 2.0 hour(s) | Administrative Work - Fee Applications |
| 14. | 8/9/2013 | 1.0 hour(s) | Call with UCC Advisors regarding JSNs |
| 15. | 8/9/2013 | 1.0 hour(s) | Compensation Subcommittee Call |
| 16. | 8/9/2013 | 2.0 hour(s) | Review of Other Monoline Claims |
| 17. | 8/13/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 18. | 8/14/2013 | 2.0 hour(s) | Financial Analysis - JSN Paydown |
| 19. | 8/14/2013 | 4.0 hour(s) | Review of JSN Litigation Risk Analysis |
| 20. | 8/14/2013 | 5.0 hour(s) | Weekly UCC Call/Meeting |
| 21. | 8/15/2013 | 2.0 hour(s) | Financial Analysis - JSN Paydown |
| 22. | 8/16/2013 | 2.0 hour(s) | Call with Advisors regarding Waterfall |
| 23. | 8/16/2013 | 3.0 hour(s) | Financial Analysis - Illustrative Cash Flow Model |
| 24. | 8/17/2013 | 1.0 hour(s) | Financial Analysis - JSN Paydown |
| 25. | 8/18/2013 | 3.5 hour(s) | Preparation of Discussion Materials - JSN Paydown Analysis |
| 26. | 8/19/2013 | 2.0 hour(s) | Call with Financial Advisors regarding Potential JSN Treatment |
| 27. | 8/19/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Potential JSN Treatment |
| 28. | 8/19/2013 | 4.0 hour(s) | Preparation of Discussion Materials - JSN Paydown Analysis |
| 29. | 8/20/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Other Monoline Claims |
| 30. | 8/20/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 31. | 8/21/2013 | 2.0 hour(s) | Consenting Claimants Call |
| 32. | 8/21/2013 | 5.0 hour(s) | Disclosure Statement Hearing |
| 33. | 8/22/2013 | 2.0 hour(s) | Consenting Claimants Call |
| 34. | 8/22/2013 | 3.0 hour(s) | Review of Disclosure Statement |
| 35. | 8/23/2013 | 0.5 hour(s) | Review of Disclosure Statement |
| 36. | 8/27/2013 | 4.0 hour(s) | Meeting with UCC Member regarding Waterfall Analysis |
| 37. | 8/27/2013 | 1.0 hour(s) | Review of JSNs / Paydown Update |
| 38. | 8/29/2013 | 1.0 hour(s) | Hearing |
| 39. | 8/31/2013 | 1.0 hour(s) | Financial Analysis - JSN Trading Price |
| **August Total** | | **88.0 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**        59.5 hour(s)

**Banker:**        Syed Hasan

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 8/1/2013 | 3.0 hour(s) | Case Administrative Work - CVP Fee Analysis |
| 2. | 8/1/2013 | 2.0 hour(s) | Financial Analysis - Review of Wells Bid |
| 3. | 8/1/2013 | 2.0 hour(s) | Review of FHA VA Loans Sale Process |
| 4. | 8/1/2013 | 5.0 hour(s) | Weekly UCC Call/Meeting |
| 5. | 8/2/2013 | 4.0 hour(s) | Review of Liquidation Analysis |
| 6. | 8/7/2013 | 1.0 hour(s) | Case Administrative Work |
| 7. | 8/8/2013 | 2.0 hour(s) | Financial Analysis - Review of Ambac Assurance Rehabilitation plan |
| 8. | 8/8/2013 | 1.0 hour(s) | Financial Analysis - Review of Ambac Notes |
| 9. | 8/9/2013 | 2.0 hour(s) | Administrative Work - Fee Applications |
| 10. | 8/9/2013 | 1.0 hour(s) | Compensation Subcommittee Call |
| 11. | 8/9/2013 | 2.0 hour(s) | Financial Analysis - Waterfall Mechanics |
| 12. | 8/12/2013 | 1.0 hour(s) | Review of Liquidating Trust Agreement |
| 13. | 8/13/2013 | 2.0 hour(s) | Review of AFI Research Reports |
| 14. | 8/13/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 15. | 8/14/2013 | 3.0 hour(s) | Review of Ocwen Purchase Price True Up |
| 16. | 8/14/2013 | 5.0 hour(s) | Weekly UCC Call/Meeting |
| 17. | 8/15/2013 | 2.0 hour(s) | Review of Ocwen Post Close True Up |
| 18. | 8/15/2013 | 3.0 hour(s) | Review of Ocwen Purchase Price True Up |
| 19. | 8/19/2013 | 1.0 hour(s) | Financial Analysis - FHA Proceeds |
| 20. | 8/20/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 21. | 8/21/2013 | 2.0 hour(s) | Consenting Claimants Call |
| 22. | 8/21/2013 | 5.0 hour(s) | Disclosure Statement Hearing |
| 23. | 8/21/2013 | 3.0 hour(s) | Review of Open Items for Walter True Up |
| 24. | 8/22/2013 | 2.0 hour(s) | Consenting Claimants Call |
| 25. | 8/23/2013 | 0.5 hour(s) | Review of Disclosure Statement |
| 26. | 8/27/2013 | 1.0 hour(s) | Review of JSNs / Paydown Update |
| **August Total** | | **59.5 hour(s)** | |

# ResCap

## Timekeeping

**Total Hours:**        112.5 hour(s)

**Banker:**        Adam Waldman

**Restructuring Case:**  ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 8/1/2013 | 5.0 hour(s) | Weekly UCC Call/Meeting |
| 2. | 8/2/2013 | 2.0 hour(s) | Financial Analysis - Waterfall Mechanics |
| 3. | 8/2/2013 | 4.0 hour(s) | Review of Plan Calculations |
| 4. | 8/3/2013 | 3.5 hour(s) | Financial Analysis - Disclosure Statement Exhibit |
| 5. | 8/4/2013 | 2.0 hour(s) | Financial Analysis - Waterfall Mechanics |
| 6. | 8/6/2013 | 2.0 hour(s) | Administrative Work - Interim Fee Application |
| 7. | 8/6/2013 | 4.0 hour(s) | Financial Analysis - Waterfall Mechanics |
| 8. | 8/6/2013 | 2.0 hour(s) | Review of Other Monoline Claims |
| 9. | 8/7/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Other Monoline Claims |
| 10. | 8/7/2013 | 2.0 hour(s) | Call with UCC Member regarding Other Monoline Claims |
| 11. | 8/7/2013 | 1.0 hour(s) | Case Administrative Work |
| 12. | 8/7/2013 | 2.0 hour(s) | Review of Other Monoline Claims |
| 13. | 8/9/2013 | 2.0 hour(s) | Administrative Work - Fee Applications |
| 14. | 8/9/2013 | 2.0 hour(s) | Review of Other Monoline Claims |
| 15. | 8/13/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 16. | 8/14/2013 | 2.0 hour(s) | Financial Analysis - JSN Paydown |
| 17. | 8/14/2013 | 1.5 hour(s) | Hearing regarding FGIC Settlement |
| 18. | 8/14/2013 | 4.0 hour(s) | Review of JSN Litigation Risk Analysis |
| 19. | 8/14/2013 | 5.0 hour(s) | Weekly UCC Call/Meeting |
| 20. | 8/15/2013 | 3.0 hour(s) | Financial Analysis - JSN Paydown |
| 21. | 8/15/2013 | 4.0 hour(s) | Preparation of Updated Plan Exhibit |
| 22. | 8/15/2013 | 2.0 hour(s) | Review of Lifetime Cash Flows |
| 23. | 8/15/2013 | 3.0 hour(s) | Review of Other Monoline Claims |
| 24. | 8/16/2013 | 2.0 hour(s) | Call with Advisors regarding Waterfall |
| 25. | 8/16/2013 | 4.0 hour(s) | Financial Analysis - Illustrative Cash Flow Model |
| 26. | 8/16/2013 | 1.5 hour(s) | Hearing regarding FGIC Settlement |
| 27. | 8/17/2013 | 1.0 hour(s) | Financial Analysis - JSN Paydown |
| 28. | 8/18/2013 | 5.0 hour(s) | Preparation of Discussion Materials - JSN Paydown Analysis |
| 29. | 8/19/2013 | 2.0 hour(s) | Call with Financial Advisors regarding Potential JSN Treatment |
| 30. | 8/19/2013 | 1.0 hour(s) | Call with UCC Advisors regarding Potential JSN Treatment |
| 31. | 8/19/2013 | 1.0 hour(s) | Financial Analysis - FHA Proceeds |
| 32. | 8/19/2013 | 4.0 hour(s) | Preparation of Discussion Materials - JSN Paydown Analysis |
| 33. | 8/20/2013 | 2.5 hour(s) | Call with Financial Advisor regarding Monoline Claims |
| 34. | 8/20/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Other Monoline Claims |
| 35. | 8/20/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 36. | 8/21/2013 | 2.0 hour(s) | Consenting Claimants Call |
| 37. | 8/21/2013 | 5.0 hour(s) | Disclosure Statement Hearing |
| 38. | 8/22/2013 | 2.0 hour(s) | Consenting Claimants Call |
| 39. | 8/22/2013 | 3.0 hour(s) | Review of Disclosure Statement |
| 40. | 8/23/2013 | 0.5 hour(s) | Review of Disclosure Statement |
| 41. | 8/27/2013 | 6.0 hour(s) | Meeting with UCC Member regarding Waterfall Analysis |
| 42. | 8/27/2013 | 1.0 hour(s) | Review of JSNs / Paydown Update |
| 43. | 8/29/2013 | 2.0 hour(s) | Case Administrative Work - Hour Review |
| 44. | 8/31/2013 | 1.0 hour(s) | Financial Analysis - JSN Trading Price |

**August Total**              **112.5 hour(s)**

# ResCap

## Timekeeping

| | |
|---|---|
| **Total Hours:** | 119.5 hour(s) |

| | |
|---|---|
| **Banker:** | Ally Gibler |

**Restructuring Case:** ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 1. | 8/1/2013 | 5.0 hour(s) | Weekly UCC Call/Meeting |
| 2. | 8/2/2013 | 2.0 hour(s) | Financial Analysis - Waterfall Mechanics |
| 3. | 8/2/2013 | 4.0 hour(s) | Review of Liquidation Analysis |
| 4. | 8/2/2013 | 4.0 hour(s) | Review of Plan Calculations |
| 5. | 8/3/2013 | 3.5 hour(s) | Financial Analysis - Disclosure Statement Exhibit |
| 6. | 8/4/2013 | 5.0 hour(s) | Financial Analysis - Waterfall Mechanics |
| 7. | 8/6/2013 | 4.0 hour(s) | Administrative Work - Interim Fee Application |
| 8. | 8/6/2013 | 4.0 hour(s) | Financial Analysis - Waterfall Mechanics |
| 9. | 8/6/2013 | 2.0 hour(s) | Review of Other Monoline Claims |
| 10. | 8/7/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Other Monoline Claims |
| 11. | 8/7/2013 | 2.0 hour(s) | Call with UCC Member regarding Other Monoline Claims |
| 12. | 8/7/2013 | 1.0 hour(s) | Case Administrative Work |
| 13. | 8/7/2013 | 2.0 hour(s) | Review of Other Monoline Claims |
| 14. | 8/9/2013 | 2.0 hour(s) | Administrative Work - Fee Applications |
| 15. | 8/9/2013 | 1.0 hour(s) | Compensation Subcommittee Call |
| 16. | 8/9/2013 | 2.0 hour(s) | Financial Analysis - Waterfall Mechanics |
| 17. | 8/9/2013 | 1.0 hour(s) | Review of Other Monoline Claims |
| 18. | 8/13/2013 | 2.0 hour(s) | Review of AFI Research Reports |
| 19. | 8/13/2013 | 1.0 hour(s) | UCC Co-Chair Call |
| 20. | 8/14/2013 | 1.0 hour(s) | Financial Analysis - JSN Paydown |
| 21. | 8/14/2013 | 1.5 hour(s) | Hearing regarding FGIC Settlement |
| 22. | 8/14/2013 | 2.0 hour(s) | Review of JSN Litigation Risk Analysis |
| 23. | 8/14/2013 | 2.0 hour(s) | Review of Ocwen Purchase Price True Up |
| 24. | 8/14/2013 | 5.0 hour(s) | Weekly UCC Call/Meeting |
| 25. | 8/15/2013 | 3.0 hour(s) | Financial Analysis - JSN Paydown |
| 26. | 8/15/2013 | 4.0 hour(s) | Preparation of Updated Plan Exhibit |
| 27. | 8/15/2013 | 0.5 hour(s) | Review of Lifetime Cash Flows |
| 28. | 8/15/2013 | 3.0 hour(s) | Review of Other Monoline Claims |
| 29. | 8/16/2013 | 2.0 hour(s) | Call with Advisors regarding Waterfall |
| 30. | 8/16/2013 | 3.0 hour(s) | Financial Analysis - Illustrative Cash Flow Model |
| 31. | 8/16/2013 | 0.5 hour(s) | Hearing regarding FGIC Settlement |
| 32. | 8/17/2013 | 1.0 hour(s) | Financial Analysis - JSN Paydown |
| 33. | 8/18/2013 | 3.5 hour(s) | Preparation of Discussion Materials - JSN Paydown Analysis |
| 34. | 8/19/2013 | 2.0 hour(s) | Call with Financial Advisors regarding Potential JSN Treatment |
| 35. | 8/19/2013 | 0.5 hour(s) | Call with UCC Advisors regarding Potential JSN Treatment |
| 36. | 8/19/2013 | 1.0 hour(s) | Financial Analysis - FHA Proceeds |
| 37. | 8/19/2013 | 4.0 hour(s) | Preparation of Discussion Materials - JSN Paydown Analysis |
| 38. | 8/20/2013 | 2.5 hour(s) | Call with Financial Advisor regarding Monoline Claims |
| 39. | 8/20/2013 | 2.0 hour(s) | Call with UCC Advisors regarding Other Monoline Claims |
| 40. | 8/20/2013 | 3.0 hour(s) | Weekly UCC Call/Meeting |
| 41. | 8/21/2013 | 2.0 hour(s) | Consenting Claimants Call |
| 42. | 8/21/2013 | 5.0 hour(s) | Disclosure Statement Hearing |
| 43. | 8/22/2013 | 2.0 hour(s) | Consenting Claimants Call |
| 44. | 8/22/2013 | 3.0 hour(s) | Review of Disclosure Statement |
| 45. | 8/23/2013 | 0.5 hour(s) | Review of Disclosure Statement |
| 46. | 8/27/2013 | 1.0 hour(s) | Call with UCC Member |
| 47. | 8/27/2013 | 6.0 hour(s) | Meeting with UCC Member regarding Waterfall Analysis |

# ResCap

## Timekeeping

| | |
|---|---|
| **Total Hours:** | 119.5 hour(s) |

| | |
|---|---|
| **Banker:** | Ally Gibler |

**Restructuring Case:** ResCap

| Entry Number: | Date | Total Hours | Description |
|---|---|---|---|
| 48. | 8/27/2013 | 0.5 hour(s) | Review of JSNs / Paydown Update |
| 49. | 8/28/2013 | 1.0 hour(s) | Call with UCC Member |
| 50. | 8/29/2013 | 1.0 hour(s) | Case Administrative Work - Hour Review |
| 51. | 8/31/2013 | 1.0 hour(s) | Financial Analysis - JSN Trading Price |
| **August Total** | | **119.5 hour(s)** | |

# EXHIBIT C

## Residential Capital, LLC

May 2013 Expense Report Detail

| Date Processed | Type | Individual | Description | Amount |
|---|---|---|---|---|
| 2/6/2013 | Courier | Gibler | Fee Apps Delivery through FedEx | $33.04 |
| 4/2/2013 | Courier | Gibler | Fee Apps Delivery through FedEx | 16.99 |
| 4/2/2013 | Courier | Gibler | Fee Apps Delivery through FedEx | 16.99 |
| 4/2/2013 | Courier | Gibler | Fee Apps Delivery through FedEx | 17.32 |
| 4/2/2013 | Courier | Gibler | Fee Apps Delivery through FedEx | 17.32 |
| 4/2/2013 | Courier | Gibler | Fee Apps Delivery through FedEx | 17.32 |
| 4/19/2013 | Meals | Gibler | Seamless Web Overtime Meals: 4/19/13 | 10.75 |
| 4/24/2013 | Meals | Gibler | Seamless Web Overtime Meals: 4/24/13 | 20.00 |
| 4/28/2013 | Meals | Gibler | Seamless Web Overtime Meals: 4/18/13 | 20.00 |
| 4/28/2013 | Meals | Gibler | Seamless Web Overtime Meals: 4/21/13 | 20.00 |
| 4/28/2013 | Meals | Gibler | Seamless Web Overtime Meals: 4/15/13 | 20.00 |
| 4/28/2013 | Meals | Hasan | Seamless Web Overtime Meals: 4/28/13 | 20.00 |
| 4/28/2013 | Meals | Hasan | Seamless Web Overtime Meals: 4/16/13 | 19.15 |
| 5/12/2013 | Meals | Hasan | Seamless Web Overtime Meals: 5/9/13 | 19.06 |
| 5/12/2013 | Meals | Gibler | Seamless Web Overtime Meals: 5/10/13 | 20.00 |
| 5/12/2013 | Meals | Hasan | Seamless Web Overtime Meals: 5/8/13 | 16.94 |
| 5/12/2013 | Meals | Gibler | Seamless Web Overtime Meals: 4/30/13 | 20.00 |
| 5/12/2013 | Meals | Gibler | Seamless Web Overtime Meals: 4/29/13 | 20.00 |
| 5/12/2013 | Meals | Gibler | Seamless Web Overtime Meals: 5/3/13 | 20.00 |
| 5/14/2013 | Meals | Waldman | Seamless Web Overtime Meals: 5/14/13 | 40.00 |
| 5/26/2013 | Meals | Gibler | Seamless Web Overtime Meals: 5/16/13 | 20.00 |
| 5/26/2013 | Meals | Gibler | Seamless Web Overtime Meals: 5/17/13 | 20.00 |
| 5/26/2013 | Meals | Gibler | Seamless Web Overtime Meals: 5/20/13 | 20.00 |
| 5/26/2013 | Meals | Waldman | Seamless Web Overtime Meals: 5/20/13 | 20.00 |
| 5/26/2013 | Meals | Waldman | Seamless Web Overtime Meals: 5/13/13 | 20.00 |
| 5/26/2013 | Meals | Gibler | Seamless Web Overtime Meals: 5/13/13 | 20.00 |
| 5/26/2013 | Meals | Waldman | Seamless Web Overtime Meals: 5/21/13 | 20.00 |
| 6/9/2013 | Meals | Gibler | Seamless Web Overtime Meals: 5/11/13 | 20.00 |
| 6/9/2013 | Meals | Gibler | Seamless Web Overtime Meals: 5/12/13 | 20.00 |
| 6/9/2013 | Meals | Gibler | Seamless Web Overtime Meals: 5/15/13 | 20.00 |
| 6/9/2013 | Meals | Gibler | Seamless Web Overtime Meals: 5/19/13 | 20.00 |
| 6/9/2013 | Meals | Gibler | Seamless Web Overtime Meals: 5/22/13 | 20.00 |
| 6/9/2013 | Meals | Gibler | Seamless Web Overtime Meals: 5/23/13 | 20.00 |
| 6/9/2013 | Meals | Waldman | Seamless Web Overtime Meals: 5/28/13 | 20.00 |
| 12/12/2012 | Printing & Presentations | Gibler | In-sourced Document Production[1] | 39.85 |
| 1/9/2013 | Printing & Presentations | Gibler | In-sourced Document Production[1] | 119.00 |
| 5/1/2013 | Printing & Presentations | Gibler | In-sourced Document Production[1] | 13.00 |
| 5/1/2013 | Printing & Presentations | Gibler | In-sourced Document Production[1] | 506.80 |
| 5/9/2013 | Printing & Presentations | Gibler | In-sourced Document Production[1] | 49.00 |
| 6/5/2013 | Printing & Presentations | Gibler | In-sourced Document Production[1] | 94.80 |
| 7/13/2012 | Taxi | Dermont | Taxi - Working Late - Manhattan to Home in Weston, CT | 179.00 |
| 1/9/2013 | Taxi | Parsons | Taxi - Working Late | 11.12 |
| 1/9/2013 | Taxi | Rozov | Taxi - Working Late | 12.38 |
| 1/15/2013 | Taxi | Parsons | Taxi - Working Late | 8.95 |
| 1/17/2013 | Taxi | Parsons | Taxi - Working Late | 11.75 |
| 1/24/2013 | Taxi | Rozov | Taxi - Working Late - Manhattan to Home in Rye, NY | 128.84 |
| 1/25/2013 | Taxi | Rozov | Taxi - Working Late | 10.20 |
| 1/29/2013 | Taxi | Dermont | Taxi - Working Late | 5.05 |
| 1/31/2013 | Taxi | Rozov | Taxi - Working Late | 6.00 |
| 2/1/2013 | Taxi | Dermont | Taxi - Working Late - Manhattan to Home in Weston, CT | 123.82 |
| 2/1/2013 | Taxi | Rozov | Taxi - Working Late | 14.90 |
| 2/8/2013 | Taxi | Dermont | Taxi - Working Late - Manhattan to Home in Weston, CT | 179.00 |
| 3/21/2013 | Taxi | Parsons | Taxi - Working Late | 8.10 |
| 3/23/2013 | Taxi | Gibler | Taxi - Working Late | 11.30 |
| 3/27/2013 | Taxi | Gibler | Taxi - Working Late | 13.20 |
| 3/31/2013 | Taxi | Gibler | Taxi - Working Late | 13.10 |
| 4/4/2013 | Taxi | Gibler | Taxi - Working Late | 14.90 |
| 4/11/2013 | Taxi | Gibler | Taxi - Working Late | 11.87 |
| 4/12/2013 | Taxi | Dermont | Taxi - Working Late | 10.80 |
| 4/15/2013 | Taxi | Gibler | Taxi - Working Late | 12.60 |
| 4/16/2013 | Taxi | Dermont | Taxi - Working Late - Manhattan to Home in Weston, CT | 180.14 |
| 4/17/2013 | Taxi | Gibler | Taxi - Working Late | 12.00 |
| 4/18/2013 | Taxi | Gibler | Taxi - Working Late | 13.80 |
| 4/19/2013 | Taxi | Dermont | Taxi - Working Late | 8.40 |

1.    Printing and Presentations costs do not exceed 10 cents per page or the actual expense incurred

**Residential Capital, LLC**

May 2013 Expense Report Detail

| Date Processed | Type | Individual | Description | Amount |
|---|---|---|---|---|
| 4/19/2013 | Taxi | Gibler | Taxi - Working Late | 14.00 |
| 4/20/2013 | Taxi | Gibler | Taxi - Working Late | 23.90 |
| 4/21/2013 | Taxi | Gibler | Taxi - Working Late | 12.60 |
| 4/22/2013 | Taxi | Dermont | Taxi - Working Late - Manhattan to Home in Weston, CT | 201.49 |
| 4/22/2013 | Taxi | Gibler | Taxi - Working Late | 9.60 |
| 4/22/2013 | Taxi | Parsons | Taxi - Working Late | 11.75 |
| 4/23/2013 | Taxi | Gibler | Taxi - Working Late | 11.25 |
| 4/23/2013 | Taxi | Gibler | Taxi - Working Late | 12.00 |
| 4/23/2013 | Taxi | Parsons | Taxi - Working Late | 17.38 |
| 4/24/2013 | Taxi | Gibler | Taxi - Working Late | 10.80 |
| 4/25/2013 | Taxi | Gibler | Taxi - Working Late | 13.20 |
| 4/29/2013 | Taxi | Gibler | Taxi - Working Late | 12.50 |
| 4/29/2013 | Taxi | Hasan | Taxi - Working Late | 15.50 |
| 4/29/2013 | Taxi | Parsons | Taxi - Working Late | 8.12 |
| 4/30/2013 | Taxi | Dermont | Taxi - Working Late - Manhattan to Home in Weston, CT | 240.25 |
| 4/30/2013 | Taxi | Hasan | Taxi - Working Late | 15.62 |
| 5/1/2013 | Taxi | Dermont | Taxi - Working Late - Manhattan to Home in Weston, CT | 197.01 |
| 5/1/2013 | Taxi | Gibler | Taxi - Working Late | 12.50 |
| 5/1/2013 | Taxi | Hasan | Taxi - Working Late | 18.12 |
| 5/2/2013 | Taxi | Gibler | Taxi - Working Late | 15.00 |
| 5/2/2013 | Taxi | Hasan | Taxi - Working Late | 14.37 |
| 5/2/2013 | Taxi | Hasan | Taxi - Working Late | 10.00 |
| 5/2/2013 | Taxi | Waldman | Taxi - Working Late | 19.50 |
| 5/3/2013 | Taxi | Gibler | Taxi - Working Late | 12.50 |
| 5/3/2013 | Taxi | Hasan | Taxi - Working Late | 19.25 |
| 5/6/2013 | Taxi | Dermont | Taxi - Working Late - Manhattan to Home in Weston, CT | 181.43 |
| 5/8/2013 | Taxi | Hasan | Taxi - Working Late | 15.62 |
| 5/8/2013 | Taxi | Waldman | Taxi - Working Late | 10.50 |
| 5/9/2013 | Taxi | Hasan | Taxi - Working Late | 16.75 |
| 5/10/2013 | Taxi | Parsons | Taxi - Working Late | 8.75 |
| 5/10/2013 | Taxi | Waldman | Taxi - Working Late | 15.50 |
| 5/10/2013 | Taxi | Waldman | Taxi - Working Late | 10.70 |
| 5/13/2013 | Taxi | Gibler | Taxi - Working Late | 15.60 |
| 5/13/2013 | Taxi | Waldman | Taxi - Working Late | 10.80 |
| 5/14/2013 | Taxi | Waldman | Taxi - Working Late | 12.60 |
| 5/15/2013 | Taxi | Waldman | Taxi - Working Late | 10.50 |
| 5/20/2013 | Taxi | Waldman | Taxi - Working Late | 13.50 |
| 5/21/2013 | Taxi | Waldman | Taxi - Working Late | 10.00 |
| 5/23/2013 | Taxi | Dermont | Taxi - Working Late | 38.70 |
| 5/23/2013 | Taxi | Waldman | Taxi - Working Late | 16.70 |
| 5/23/2013 | Taxi | Waldman | Taxi - Working Late | 10.70 |
| **TOTAL** | | | | **$3,855.11** |

*Note: Pre-May expenses are included above due to time required for internal processing*

1.    Printing and Presentations costs do not exceed 10 cents per page or the actual expense incurred

## Residential Capital, LLC

June 2013 Expense Report Detail

| Date Processed | Type | Individual | Description | Amount |
|---|---|---|---|---|
| 5/7/2013 | Courier | Gibler | Fee Apps Delivery through FedEx | $17.15 |
| 5/7/2013 | Courier | Gibler | Fee Apps Delivery through FedEx | 17.15 |
| 4/25/2013 | Client Meals | Dermont | Meeting between Debtors, UCC, and Certain Creditors | 87.67 |
| 5/15/2013 | Client Meals | Dermont | Meeting between Debtors, UCC, and Certain Creditors | 639.54 |
| 5/26/2013 | Meals | Rivera | Meeting between Debtors, UCC, and Certain Creditors | 611.63 |
| 5/26/2013 | Meals | Rivera | Meeting between Debtors, UCC, and Certain Creditors | 638.48 |
| 6/23/2013 | Meals | Gibler | Seamless Web Overtime Meals: 6/11/13 | 20.00 |
| 6/23/2013 | Meals | Gibler | Seamless Web Overtime Meals: 6/18/13 | 20.00 |
| 6/23/2013 | Meals | Hasan | Seamless Web Overtime Meals: 6/18/13 | 20.00 |
| 6/23/2013 | Meals | Gibler | Seamless Web Overtime Meals: 6/17/13 | 20.00 |
| 6/23/2013 | Meals | Gibler | Seamless Web Overtime Meals: 6/19/13 | 20.00 |
| 6/23/2013 | Meals | Gibler | Seamless Web Overtime Meals: 6/22/13 | 20.00 |
| 7/7/2013 | Meals | Gibler | Seamless Web Overtime Meals: 6/25/13 | 20.00 |
| 7/7/2013 | Meals | Gibler | Seamless Web Overtime Meals: 6/29/13 | 20.00 |
| 7/7/2013 | Meals | Waldman | Seamless Web Overtime Meals: . 7/2/13 | 20.00 |
| 6/9/2013 | Meals | Gibler | Seamless Web Overtime Meals: Weekends | 5.62 |
| 6/3/2013 | Meals | Waldman | Seamless Web Overtime Meals: Weekends | 20.00 |
| 6/26/2013 | Printing & Presentations | Gibler | In-sourced Document Production[1] | 721.30 |
| 6/6/2013 | Taxi | Gibler | Taxi - Working Late | 12.60 |
| 6/6/2013 | Taxi | Gibler | Taxi - Working Late | 7.38 |
| 6/21/2013 | Taxi | Gibler | Taxi - Working Late | 12.60 |
| 6/19/2013 | Taxi | Gibler | Taxi - Working Late | 13.20 |
| 6/5/2013 | Taxi | Gibler | Taxi - Working Late | 12.50 |
| 6/24/2013 | Taxi | Gibler | Taxi - Working Late | 12.50 |
| 5/14/2013 | Taxi | Gibler | Taxi - Working Late | 11.40 |
| 6/12/2013 | Taxi | Gibler | Taxi - Working Late | 11.90 |
| 6/11/2013 | Taxi | Gibler | Taxi - Working Late | 15.00 |
| 6/9/2013 | Taxi | Gibler | Taxi - Working Late | 14.90 |
| 6/23/2013 | Taxi | Gibler | Taxi - Working Late | 11.40 |
| 5/17/2013 | Taxi | Gibler | Taxi - Working Late | 14.30 |
| 5/16/2013 | Taxi | Gibler | Taxi - Working Late | 13.20 |
| 5/15/2013 | Taxi | Gibler | Taxi - Working Late | 13.70 |
| 6/4/2013 | Taxi | Gibler | Taxi - Working Late | 13.80 |
| 6/4/2013 | Taxi | Gibler | Taxi - Working Late | 16.50 |
| 6/3/2013 | Taxi | Gibler | Taxi - Working Late | 13.10 |
| 6/18/2013 | Taxi | Gibler | Taxi - Working Late | 13.80 |
| 6/12/2013 | Taxi | Gibler | Taxi - Working Late | 13.50 |
| 6/26/2013 | Taxi | Gibler | Taxi - Working Late | 11.40 |
| 5/23/2013 | Taxi | Gibler | Taxi - Working Late | 12.50 |
| 5/21/2013 | Taxi | Gibler | Taxi - Working Late | 5.90 |
| 6/3/2013 | Taxi | Hasan | Taxi - Working Late | 15.62 |
| 6/17/2013 | Taxi | Hasan | Taxi - Working Late | 16.12 |
| 6/4/2013 | Taxi | Waldman | Taxi - Working Late | 15.50 |
| 6/11/2013 | Taxi | Waldman | Taxi - Working Late | 12.50 |
| 6/12/2013 | Taxi | Waldman | Taxi - Working Late | 15.00 |
| 6/19/2013 | Taxi | Waldman | Taxi - Working Late | 15.50 |
| **TOTAL** | | | | **$3,318.4** |

*Note: Pre-June expenses are included above due to time required for internal processing*

---

1.    Printing and Presentations costs do not exceed 10 cents per page or the actual expense incurred

**Residential Capital, LLC**

July 2013 Expense Report Detail

| Date Processed | Type | Individual | Description | Amount |
|---|---|---|---|---|
| 6/6/2013 | Courier | Gibler | Fee Apps Delivery through FedEx | 16.84 |
| 5/7/2013 | Courier | Gibler | Fee Apps Delivery through FedEx | 16.84 |
| 7/8/2013 | Client Meals | Parsons | Meeting between UCC Advisors | 57.35 |
| 7/1/2013 | Client Meals | Parsons | Meeting between UCC Advisors | 56.55 |
| 7/21/2013 | Meals | Gibler | Seamless Web Overtime Meals: 7/16/13 | 20.00 |
| 7/21/2013 | Meals | Gibler | Seamless Web Overtime Meals: 7/18/13 | 20.00 |
| 7/21/2013 | Meals | Hasan | Seamless Web Overtime Meals: 7/14/13 | 20.00 |
| 7/21/2013 | Meals | Klein | Seamless Web Overtime Meals: 7/11/13 | 18.16 |
| 7/21/2013 | Meals | Gibler | Seamless Web Overtime Meals: 7/19/13 | 20.00 |
| 7/7/2013 | Meals | Waldman | Seamless Web Overtime Meals: 7/1/13 | 20.00 |
| 7/7/2013 | Meals | Hasan | Seamless Web Overtime Meals: 7/1/13 | 19.15 |
| 7/21/2013 | Meals | Gibler | Seamless Web Overtime Meals: 7/13/13 | 20.00 |
| 7/21/2013 | Meals | Gibler | Seamless Web Overtime Meals: 7/11/13 | 20.00 |
| 7/21/2013 | Meals | Hasan | Seamless Web Overtime Meals: 7/15/13 | 16.50 |
| 7/7/2013 | Meals | Gibler | Seamless Web Overtime Meals: 6/26/13 | 20.00 |
| 7/21/2013 | Meals | Gibler | Seamless Web Overtime Meals: Weekends | 14.85 |
| 7/21/2013 | Meals | Gibler | Seamless Web Overtime Meals: Weekends | 15.75 |
| 7/15/2013 | Meals | Gibler | Seamless Web Overtime Meals: Weekends | 16.00 |
| 6/29/2013 | Meals | Gibler | Seamless Web Overtime Meals: Weekends | 16.28 |
| 7/9/2013 | Meals | Gibler | Seamless Web Overtime Meals: Weekends | 20.00 |
| 7/1/2013 | Printing & Presentations | Gibler | In-sourced Document Production[1] | 73.85 |
| 7/1/2013 | Printing & Presentations | Hasan | In-sourced Document Production[1] | 127.35 |
| 7/2/2013 | Printing & Presentations | Hasan | In-sourced Document Production[1] | 44.80 |
| 7/3/2013 | Printing & Presentations | Waldman | In-sourced Document Production[1] | 106.40 |
| 7/8/2013 | Printing & Presentations | Gibler | In-sourced Document Production[1] | 563.80 |
| 7/23/2013 | Printing & Presentations | Gibler | In-sourced Document Production[1] | 82.60 |
| 6/9/2013 | Taxi | Dermont | Taxi - Working Late - Manhattan to Home in Weston, CT | 115.71 |
| 6/9/2013 | Taxi | Gibler | Taxi - Working Late | 11.12 |
| 6/27/2013 | Taxi | Gibler | Taxi - Working Late | 12.60 |
| 6/28/2013 | Taxi | Gibler | Taxi - Working Late | 12.60 |
| 6/29/2013 | Taxi | Gibler | Taxi - Working Late | 18.00 |
| 6/29/2013 | Taxi | Gibler | Taxi - Working Late | 10.70 |
| 7/1/2013 | Taxi | Gibler | Taxi - Working Late | 7.10 |
| 7/2/2013 | Taxi | Gibler | Taxi - Working Late | 13.20 |
| 7/9/2013 | Taxi | Gibler | Taxi - Working Late | 13.20 |
| 7/10/2013 | Taxi | Gibler | Taxi - Working Late | 28.96 |
| 7/12/2013 | Taxi | Gibler | Taxi - Working Late | 12.50 |
| 7/15/2013 | Taxi | Gibler | Taxi - Working Late | 12.60 |
| 7/16/2013 | Taxi | Gibler | Taxi - Working Late | 11.30 |
| 7/21/2013 | Taxi | Gibler | Taxi - Working Late | 12.60 |
| 7/23/2013 | Taxi | Gibler | Taxi - Working Late | 12.50 |
| 7/25/2013 | Taxi | Gibler | Taxi - Working Late | 16.50 |
| 7/27/2013 | Taxi | Gibler | Taxi - Working Late | 12.60 |
| 7/27/2013 | Taxi | Gibler | Taxi - Working Late | 10.70 |
| 7/29/2013 | Taxi | Gibler | Taxi - Working Late | 11.40 |
| 7/18/2013 | Taxi | Gibler | Taxi - Working Late | 14.30 |
| 7/19/2013 | Taxi | Hasan | Taxi - Working Late | 18.95 |
| 7/16/2013 | Taxi | Hasan | Taxi - Working Late | 16.87 |
| 7/14/2013 | Taxi | Hasan | Taxi - Working Late | 19.25 |
| 7/12/2013 | Taxi | Hasan | Taxi - Working Late | 21.12 |
| 7/10/2013 | Taxi | Hasan | Taxi - Working Late | 20.62 |
| 7/9/2013 | Taxi | Hasan | Taxi - Working Late | 13.50 |
| 7/25/2013 | Taxi | Hasan | Taxi - Working Late | 14.35 |
| 7/24/2013 | Taxi | Hasan | Taxi - Working Late | 22.50 |
| 7/23/2013 | Taxi | Hasan | Taxi - Working Late | 11.50 |
| 6/29/2013 | Taxi | Waldman | Taxi - Working Late | 9.50 |
| 7/1/2013 | Taxi | Waldman | Taxi - Working Late | 8.90 |
| 7/2/2013 | Taxi | Waldman | Taxi - Working Late | 10.50 |
| 7/3/2013 | Taxi | Waldman | Taxi - Working Late | 10.80 |
| **TOTAL** | | | | **$2,011.62** |

*Note: Pre-July expenses are included above due to time required for internal processing*

1.    Printing and Presentations costs do not exceed 10 cents per page or the actual expense incurred

**Residential Capital, LLC**

August 2013 Expense Report Detail

| Date Processed | Type | Individual | Description | Amount |
|---|---|---|---|---|
| 8/4/2013 | Meals | Gibler | Seamless Web Overtime Meals: Weekends | $10.34 |
| 8/7/2013 | Meals | Gibler | Seamless Web Overtime Meals: Weekends | 20.00 |
| 8/10/2013 | Meals | Gibler | Seamless Web Overtime Meals: Weekends | 9.71 |
| 8/11/2013 | Meals | Gibler | Seamless Web Overtime Meals: Weekends | 12.59 |
| 8/11/2013 | Meals | Gibler | Seamless Web Overtime Meals: Weekends | 7.95 |
| 8/13/2013 | Meals | Gibler | Seamless Web Overtime Meals: Weekends | 7.68 |
| 7/1/2013 | Printing & Presentations | Waldman | In-sourced Document Production[1] | 196.20 |
| 2/4/2013 | Taxi | Parsons | Taxi - Working Late | 13.62 |
| 2/6/2013 | Taxi | Parsons | Taxi - Working Late | 11.85 |
| 2/7/2013 | Taxi | Parsons | Taxi - Working Late | 15.00 |
| 2/11/2013 | Taxi | Parsons | Taxi - Working Late | 12.38 |
| 2/21/2013 | Taxi | Parsons | Taxi - Working Late | 11.12 |
| 4/23/2013 | Taxi | Klein | Taxi - Working Late | 12.50 |
| 4/26/2013 | Taxi | Klein | Taxi - Working Late | 150.02 |
| 5/8/2013 | Taxi | Klein | Taxi - Working Late | 9.50 |
| 5/9/2013 | Taxi | Klein | Taxi - Working Late | 116.95 |
| 5/14/2013 | Taxi | Klein | Taxi - Working Late | 111.38 |
| 5/16/2013 | Taxi | Klein | Taxi - Working Late | 116.95 |
| 5/23/2013 | Taxi | Klein | Taxi - Working Late | 119.73 |
| 7/11/2013 | Taxi | Dermont | Taxi - Working Late | 9.00 |
| 7/14/2013 | Taxi | Klein | Taxi - Working Late | 135.02 |
| 7/31/2013 | Taxi | Gibler | Taxi - Working Late | 16.70 |
| 7/31/2013 | Taxi | Hasan | Taxi - Working Late | 16.12 |
| 8/1/2013 | Taxi | Hasan | Taxi - Working Late | 15.00 |
| 8/2/2013 | Taxi | Gibler | Taxi - Working Late | 13.80 |
| 8/4/2013 | Taxi | Gibler | Taxi - Working Late | 12.50 |
| 8/7/2013 | Taxi | Gibler | Taxi - Working Late | 13.10 |
| 8/8/2013 | Taxi | Gibler | Taxi - Working Late | 12.50 |
| 8/10/2013 | Taxi | Gibler | Taxi - Working Late | 15.00 |
| 8/11/2013 | Taxi | Gibler | Taxi - Working Late | 14.37 |
| 8/12/2013 | Taxi | Gibler | Taxi - Working Late | 11.30 |
| 8/13/2013 | Taxi | Gibler | Taxi - Working Late | 11.90 |
| 8/16/2013 | Taxi | Gibler | Taxi - Working Late | 13.20 |
| 8/20/2013 | Taxi | Gibler | Taxi - Working Late | 13.70 |
| 8/23/2013 | Taxi | Gibler | Taxi - Working Late | 11.90 |
| 8/24/2013 | Taxi | Gibler | Taxi - Working Late | 9.50 |
| 8/24/2013 | Taxi | Gibler | Taxi - Working Late | 9.50 |
| 8/22/2013 | Taxi | Waldman | Taxi - Working Late | 9.50 |
| 8/21/2013 | Taxi | Waldman | Taxi - Working Late | 10.00 |
| **TOTAL** | | | | **$1,339.08** |

*Note: Pre-August expenses are included above due to time required for internal processing*

---

1.     Printing and Presentations costs do not exceed 10 cents per page or the actual expense incurred

**Residential Capital, LLC**

Supplemental Expense Report Detail

| Date Processed | Type | Individual | Description | Amount |
|---|---|---|---|---|
| 10/31/2013 | Legal Fees | Latham & Watkins | Participation in Hearing regarding Second Interim Fee | $1,717.00 |
| 11/12/2013 | Legal Fees | Latham & Watkins | Preparation of Interim Fee Application and related matters | 1,919.00 |
| 11/12/2013 | Legal Fees | Latham & Watkins | Preparation of Interim Fee Application and related matters | 1,717.00 |
| 11/12/2013 | Legal Fees | Latham & Watkins | Participation in Hearing regarding Second Interim Fee | 1,328.33 |
| 10/16/2013 | Legal Fees | Latham & Watkins | Preparation of Interim Fee Application and related matters | 1,515.00 |
| 10/16/2013 | Legal Fees | Latham & Watkins | Preparation of Interim Fee Application and related matters | 505.00 |
| 10/16/2013 | Legal Fees | Latham & Watkins | Preparation of Interim Fee Application and related matters | 1,139.00 |
| **TOTAL** | | | | **$9,840.33** |

*Note: Expenses prior to interim period are included above due to time required for internal processing*

1.    Printing and Presentations costs do not exceed 10 cents per page or the actual expense incurred

355 South Grand Avenue
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

# LATHAM & WATKINS LLP

Tax identification No: 95-2018373

## INVOICE

November 30, 2012

MOELIS & COMPANY
399 PARK AVENUE, 5TH FLOOR
NEW YORK, NY 10022
ATTN: ACCOUNTS PAYABLE

## REMITTANCE INSTRUCTIONS

| WIRE TRANSFERS: | CHECKS: |
|---|---|
| Bank: Citibank, Delaware | Latham & Watkins LLP |
| One Penn's Way | P.O. Box 894256 |
| New Castle, DE 19720 | Los Angeles, CA |
| ABA: 0311-00209 | 90189-4256 |
| SWIFT: CITIUS33 | |
| Account Name: **Latham & Watkins LLP** | |
| Account Number: **3911-7003** | |

Please identify your check or wire transfer with the following numbers:
Invoice No.  120117793
File No.  045520-0062

For professional services rendered through November 30, 2012
re:  **RESCAP**

| | |
|---|---|
| **Attorney Time:**  3.30 hrs @ individual rates | $2,581.00 |
| **Total Fees:** | $2,581.00 |
| **Total Amount Due:** | **$2,581.00** |

*only $1,139.00 charged to the Estate*

<u>Attorney Hours</u>:

| | | | | | |
|---|---|---|---|---|---|
| M RIELA | (COUNSEL) | 1.40 hrs @ | 1030.00 | /hr. | $1,442.00 |
| K M COPPOLA | (ASSOCIATE) | 1.70 hrs @ | $670.00 | /hr. | $1,139.00 |

<u>Paralegal Hours</u>:

Total Services               3.1 hrs                              $2,581.00

<u>Other charges</u>:

Total other charges                                                  .00


BALANCE DUE                                          <u>**$2,581.00**</u>

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 120117793

2

LA\2989244.1

**TIME DETAIL**

| Date | Attorney/ Paralegal | Hours | Description |
|------|------|------|------|
| 11/09/12 | MR | .20 | EMAIL EXCHANGES WITH MOELIS REGARDING UST FEEDBACK ON FIRST INTERIM FEE APPLICATION |
| 11/12/12 | MR | .30 | REVIEW MOELIS' PROPOSED MESSAGE TO UST REGARDING FIRST MONTHLY FEE APPLICATION (0.2); EMAIL TO MOELIS WITH COMMENTS ON SAME (0.1) |
| 11/13/12 | KMC | 1.00 | DRAFT SUPPLEMENTAL INTERIM FEE APPLICATION; EMAIL CORRESPONDENCE WITH M. RIELA ABOUT THE SAME |
| 11/19/12 | MR | .30 | TELEPHONE CALL TO B. MASUMOTO REGARDING SUPPLEMENTAL INFORMATION FOR MOELIS' FIRST INTERIM FEE APPLICATION (0.1); REVIEW AND REVISE SUPPLEMENT TO FIRST INTERIM FEE APPLICATION (0.2) |
| 11/19/12 | KMC | .70 | DRAFT SUPPLEMENTAL FEE APPLICATION; EMAIL CORRESPONDENCE WITH M. RIELA ABOUT THE SAME |
| 11/28/12 | MR | .30 | EMAIL EXCHANGES WITH MOELIS REGARDING SUPPLEMENTAL RETENTION DECLARATION |
| 11/29/12 | MR | .30 | PREPARE SUPPLEMENTAL RETENTION AFFIDAVIT RELATING TO UNRELATED WORK FOR RESCAP UCC AFFILIATE |

*Not charged to the estate*

*$1,139.00 charged to the estate*

*$1,948.00 not charged to the estate*

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 120117793

3

LA\2989244.1

355 South Grand Avenue
Los Angeles, California  90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

# LATHAM&WATKINS LLP

Tax identification No: 95-2018373

## INVOICE

March 31, 2013

MOELIS & COMPANY
399 PARK AVENUE, 5TH FLOOR
NEW YORK, NY 10022
ATTN: ACCOUNTS PAYABLE

## REMITTANCE INSTRUCTIONS

WIRE TRANSFERS:
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

CHECKS:
Latham & Watkins LLP
P.O. Box 894256
Los Angeles, CA
90189-4256

Please identify your check or wire transfer with the following numbers:
Invoice No.  130104628
File No.  045520-0062

For professional services rendered through March 31, 2013
re:  **RESCAP**

| | | |
|---|---|---|
| **Attorney Time:**  2.60 hrs @ individual rates | | $2,626.00 |
| **Total Fees:** | | $2,626.00 |
| **Total Amount Due:** | | **$2,626.00** |

*Only $1,575 charged to estate*

<u>Attorney Hours:</u>

M RIELA          (COUNSEL)          2.60 hrs @          1010.00   /hr.          $2,626.00

<u>Paralegal Hours:</u>

Total Services                      2.6 hrs                                     $2,626.00

<u>Other charges:</u>

Total other charges                                                                  .00

BALANCE DUE                                                                $2,626.00

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 130104628

2

LA\3124029.1

## TIME DETAIL

| Date | Attorney/ Paralegal | Hours | Description |
|------|---------------------|-------|-------------|
| 03/04/13 | MR | 1.10 | REVIEW AND COMMENT ON DRAFT OF MOELIS' SECOND INTERIM FEE APPLICATION IN RESCAP |
| 03/06/13 | MR | .20 | RESPOND TO CLIENT'S QUESTIONS REGARDING DRAFT OF MOELIS' SECOND INTERIM FEE APPLICATION |
| 03/09/13 | MR | .20 | REVIEW REVISED DRAFT OF MOELIS' SECOND INTERIM FEE APPLICATION |
| 03/26/13 | MR | 1.10 | REVIEW US TRUSTEE OBJECTION TO MOELIS' SECOND INTERIM FEE APPLICATION (0.2); REVIEW MOELIS RETENTION ORDERS AND RETENTION HEARING TRANSCRIPT IN CONNECTION WITH SAME (0.3); DETAILED EMAIL TO MOELIS TEAM REGARDING POTENTIAL PROPOSAL TO UST (0.3); DETAILED EMAIL TO UST WITH PROPOSAL (0.3) |

(※) Not charged to estate

$1,515 charged to estate
$1,111 not charged to estate

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 130104628

LA\3124029.1

# LATHAM & WATKINS LLP

355 South Grand Avenue
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

Tax identification No: 95-2018373

## INVOICE

April 30, 2013

MOELIS & COMPANY
399 PARK AVENUE, 5TH FLOOR
NEW YORK, NY 10022
ATTN: ACCOUNTS PAYABLE

## REMITTANCE INSTRUCTIONS

**WIRE TRANSFERS:**
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 894256
Los Angeles, CA
90189-4256

Please identify your check or wire transfer with the following numbers:
Invoice No. 130105850
File No. 045520-0062

For professional services rendered through April 30, 2013
re: **RESCAP**

| | | |
|---|---|---|
| **Attorney Time:** 3.40 hrs @ individual rates | | $3,434.00 |
| **Total Fees:** | | $3,434.00 |
| **Other Charges:** | | 116.33 |
| **Total Current Charges:** | | $3,550.33 |
| **Total Amount Due:** | | **$3,550.33** |

*only $1,328.33 charged to estate*

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 130105850

LA\3173848.1

<u>Attorney Hours:</u>

| M RIELA | (COUNSEL) | 3.40 hrs @ | 1010.00 /hr. | 3,434.00 |

<u>Paralegal Hours:</u>

| Total Services | 3.4 hrs | | $3,434.00 |

<u>Other charges:</u>

| OTHER DATABASE RESEARCH | 50.33 |
| GLOBAL DOCUMENT SUPPORT | 66.00 |

| Total other charges | | 116.33 |

**BALANCE DUE**                                **$3,550.33**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 130105850

2

LA\3173848.1

## TIME DETAIL

| Date | Attorney/<br>Paralegal | Hours | Description |
|---|---|---|---|
| ✱ 04/04/13 | MR | .20 | TELEPHONE CONFERENCE WITH US TRUSTEE REGARDING FEE OBJECTION |
| ✱ 04/08/13 | MR | 1.00 | PREPARE MOELIS INSERT TO KRAMER LEVIN'S OMNIBUS FEE RESPONSE (0.6); EMAILS WITH CLIENT REGARDING SAME (0.3); TELEPHONE CONFERENCE WITH US TRUSTEE REGARDING FEE OBJECTION (0.1) |
| ✱ 04/09/13 | MR | 1.00 | REVIEW DRAFTS OF OMNIBUS RESPONSE TO US TRUSTEE'S OBJECTION TO SECOND INTERIM FEE APPLICATIONS (0.5); EMAIL EXCHANGES WITH KRAMER LEVIN REGARDING SAME (0.4); REVIEW UST CORRESPONDENCE REGARDING SETTLEMENT (0.1) |
| 04/11/13 | MR | 1.20 | PARTICIPATE IN RES CAP SECOND INTERIM FEE HEARING |

*(✱) Not charged to estate*

*$ 1,212 charged to estate (w. expenses)*

*$2,222 not charged to estate*

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 130105850

LA\3173848.1

355 South Grand Avenue
Los Angeles, California 90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

# LATHAM & WATKINS LLP

Tax identification No: 95-2018373

## INVOICE

June 30, 2013

MOELIS & COMPANY
399 PARK AVENUE, 5TH FLOOR
NEW YORK, NY 10022
ATTN: ACCOUNTS PAYABLE

### REMITTANCE INSTRUCTIONS

**WIRE TRANSFERS:**
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 894256
Los Angeles, CA
90189-4256

Please identify your check or wire transfer with the following numbers:
Invoice No.  130108337
File No.  045520-0062

---

For professional services rendered through June 30, 2013
re:  **RESCAP**

| | | |
|---|---|---|
| **Attorney Time:** 1.90 hrs @ individual rates | | $1,919.00 |
| **Total Fees:** | | $1,919.00 |
| **Total Amount Due:** | | **$1,919.00** |

Attorney Hours:

M RIELA          (COUNSEL)          1.90 hrs @          1010.00    /hr.          $1,919.00


Paralegal Hours:

Total Services          1.9 hrs                                              $1,919.00

Other charges:

Total other charges                                                        .00


BALANCE DUE                                                    **$1,919.00**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 130108337

2

LA\3251639.1

## TIME DETAIL

| Date | Attorney/<br>Paralegal | Hours | Description |
|------|-------------------------|-------|-------------|
| 06/25/13 | MR | .60 | REVIEW KRAMER LEVIN E-MAIL REGARDING NEXT INTERIM FEE APPLICATION DEADLINE (0.1); PREPARE TEMPLATE FOR NEXT INTERIM FEE APPLICATION (0.5) |
| 06/27/13 | MR | .90 | TELEPHONE CONFERENCE (0.2) AND E-MAILS (.4) WITH MOELIS REGARDING WILLKIE FARR SUBPOENA; TELEPHONE CONFERENCE WITH MOELIS AND KRAMER LEVIN REGARDING SAME (0.3) |
| 06/28/13 | MR | .40 | EMAIL EXCHANGES WITH MOELIS REGARDING RESCAP MATTERS |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 130108337

3

LA\3251639.1

355 South Grand Avenue
Los Angeles, California  90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

# LATHAM&WATKINS LLP

**INVOICE**

July 31, 2013

MOELIS & COMPANY
399 PARK AVENUE, 5TH FLOOR
NEW YORK, NY 10022
ATTN: ACCOUNTS PAYABLE

Tax identification No: 95-2018373

**REMITTANCE INSTRUCTIONS**

WIRE TRANSFERS:
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

CHECKS:
Latham & Watkins LLP
P.O. Box 894256
Los Angeles, CA
90189-4256

Please identify your check or wire transfer with the following numbers:
Invoice No.  130109505
File No.  045520-0062

For professional services rendered through July 31, 2013
re:  **RESCAP**

| | |
|---|---|
| **Attorney Time:**  1.70 hrs @ individual rates | $1,717.00 |
| **Total Fees:** | $1,717.00 |
| **Total Amount Due:** | **$1,717.00** |

Attorney Hours:

M RIELA            (COUNSEL)            1.70 hrs @            1010.00    /hr.            $1,717.00


Paralegal Hours:

Total Services                        1.7 hrs                                          $1,717.00

Other charges:

Total other charges                                                                          .00


            BALANCE DUE                                                    **$1,717.00**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 130109505

LA\3265127.1

**TIME DETAIL**

| Date | Attorney/<br>Paralegal | Hours | Description |
|------|------------------------|-------|-------------|
| 07/02/13 | MR | .50 | EMAIL EXCHANGES WITH MOELIS REGARDING RES CAP FEE MATTERS |
| 07/03/13 | MR | .40 | TELEPHONE CONFERENCE WITH MOELIS REGARDING RESCAP MATTERS |
| 07/30/13 | MR | .80 | REVIEW AND COMMENT ON DRAFT OF THIRD INTERIM FEE APPLICATION |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # **130109505**

3

LA\3265127.1

355 South Grand Avenue
Los Angeles, California  90071-1560
Tel: +1.213.485.1234  Fax: +1.213.891.8763
www.lw.com

# LATHAM & WATKINS LLP

Tax identification No: 95-2018373

**INVOICE**

August 31, 2013

MOELIS & COMPANY
399 PARK AVENUE, 5TH FLOOR
NEW YORK, NY 10022
ATTN: ACCOUNTS PAYABLE

**REMITTANCE INSTRUCTIONS**

WIRE TRANSFERS:
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

CHECKS:
Latham & Watkins LLP
P.O. Box 894256
Los Angeles, CA
90189-4256

Please identify your check or wire transfer with the following numbers:
Invoice No.  130110818
File No.  045520-0062

For professional services rendered through August 31, 2013
re:  **RESCAP**

| | | |
|---|---|---|
| **Attorney Time:**  .50 hrs @ individual rates | | <u>$505.00</u> |
| **Total Fees:** | | $505.00 |
| **Total Amount Due:** | | **<u>$505.00</u>** |

<u>Attorney Hours</u>:

M RIELA          (COUNSEL)          .50 hrs @          1010.00   /hr.          $ 505.00


<u>Paralegal Hours</u>:

Total Services                    0.5 hrs                              $ 505.00

<u>Other charges</u>:

Total other charges                                                        .00


**BALANCE DUE**                                                   <u>**$ 505.00**</u>

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # **130110818**

2

LA\3297116.1

## TIME DETAIL

| Date | Attorney/ Paralegal | Hours | Description |
|------|---------------------|-------|-------------|
| 08/07/13 | MR | .20 | EMAIL EXCHANGES WITH KRAMER LEVIN REGARDING MOELIS' THIRD INTERIM FEE APPLICATION |
| 08/09/13 | MR | .30 | EMAILS WITH MOELIS TO RESPOND TO THEIR RESCAP FEE QUESTIONS |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 130110818

3

LA\3297116.1

355 South Grand Avenue
Los Angeles, California 90071-1560
Tel: +1.213.485.1234 Fax: +1.213.891.8763
www.lw.com

# LATHAM & WATKINS LLP

**INVOICE**

September 30, 2013

Tax identification No: 95-2018373

**REMITTANCE INSTRUCTIONS**

MOELIS & COMPANY
399 PARK AVENUE, 5TH FLOOR
NEW YORK, NY 10022
ATTN: ACCOUNTS PAYABLE

<u>WIRE TRANSFERS:</u>
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

<u>CHECKS:</u>
Latham & Watkins LLP
P.O. Box 894256
Los Angeles, CA
90189-4256

Please identify your check or wire transfer with the following numbers:
Invoice No.  130112066
File No.  045520-0062

For professional services rendered through September 30, 2013
re:  **RESCAP**

**Attorney Time:**  1.70 hrs @ individual rates                      $1,717.00

     **Total Fees:**                                             $1,717.00

     **Total Amount Due:**                                  **$1,717.00**

Attorney Hours:

M RIELA            (COUNSEL)            1.70 hrs @            1010.00   /hr.            $1,717.00


Paralegal Hours:

Total Services                         1.7 hrs                               $1,717.00

Other charges:

Total other charges                                                          .00


        BALANCE DUE                                                **$1,717.00**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # **130112066**

2

LA\3344714.1

## **TIME DETAIL**

| Date | Attorney/ Paralegal | Hours | Description |
|------|---------------------|-------|-------------|
| 09/11/13 | MR | 1.70 | PARTICIPATE IN RESCAP INTERIM FEE HEARING (1.5); DETAILED EMAIL TO CLIENT REGARDING OUTCOME OF SAME (0.2) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # **130112066**

3

LA\3344714.1

# EXHIBIT D

**MOELIS & COMPANY FEES UNDER THE ORIGINAL AND SUPPLEMENTAL ENGAGEMENT LETTERS**

**I. Fees Pursuant to Engagement Letter Under Notice Of Application Pursuant To Sections 328 And 1103 Of The Bankruptcy Code and Federal Rule Of Bankruptcy Procedure 2014 For An Order To Retain And Employ Moelis & Company LLC As Investment Banker To The Official Committee Of Unsecured Creditors To The Debtors, Nunc Pro Tunc, To May 16, 2012 (Docket #0529)**

| Month | Amount | Comment |
|-------|--------|---------|
| May | $225,000.00 | ■ Per page 2 of Initial Engagement Letter. Monthly Fee of |
| June | 225,000.00 | $225,000.00 |
| July | 225,000.00 | |
| August | 225,000.00 | |
| **Total** | **$900,000.00** | |

**II. Fees Pursuant to Engagement Letter Under Notice Of Supplemental Application Pursuant to Sections 328 And 1103 Of the Bankruptcy Code and Federal Rule Of Bankruptcy Procedure 2014 for an Order to Expand the Scope Of Retention of Moelis & Company LLC as Investment Banker to the Official Committee of Unsecured Creditors Of the Debtors Nunc Pro Tunc to August 1, 2012 (Docket #1303)**

| Month[1] | Amount | Comment |
|----------|--------|---------|
| May | $300,000.00 | ■ Per page 2 of Supplemental Engagement Letter |
| **Total** | **$300,000.00** | |

*1. Pursuant to page 2 of the engagement letter, the monthly fee for August and September 2012 was $600,000. For each subsequent month, the monthly fee will be $300,000 per month until the time in which the Committee notifies Moelis in writing that it no longer requires Moelis to perform services with respect to the RMBS Claims (the "Adjusted RMBS Claims Monthly Fee")*

**III. Out-of-Pocket Expenses**

| Month | Amount | Comment |
|-------|--------|---------|
| May | $3,855.11 | ■ Per May 2013 monthly invoice |
| June | 3,318.36 | ■ Per June 2013 monthly invoice |
| July | 2,011.62 | ■ Per July 2013 monthly invoice |
| August | 1,339.08 | ■ Per August 2013 monthly invoice |
| Supplemental | 9,840.33 | ■ Per Supplemental interim invoice |
| **Total** | **$20,364.50** | |

**IV. Total Fees and Expense**

| Item | Amount | Comment |
|------|--------|---------|
| Amount of Compensation Sought | $1,200,000.00 | ■ Sum of totals under I and II above |
| Amount of expense reimbursement sought | 20,364.50 | ■ See III above |
| **Total** | **$1,220,364.50** | ■ Per page 8 of the Fourth Interim Application (see attached) |