## CERTIFICATE OF SERVICE

I certify that a copy of the above and forgoing was mailed to MORRISON & FOERSTER LLP, 1290 Avenue of the Americas New York, New York 10104, Counsel for Debtors and Debtors in Possession and KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 Avenue of the Americas New York, New York 10036, Counsel for the Official Committee of Unsecured Creditors and Brian Powers SILVERMAN ACAMPORA, LLP 100 Jericho Quadrangle Suite 300 Jericho, NY 11753 on this 7th day of November 2013.

_____
DEBORAH D. BENNETT