Richard D. Owens
William O. Reckler
Aaron M. Singer
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: Richard.Owens@lw.com
       William.Reckler@lw.com
       Aaron.Singer@lw.com

*Attorneys for Deutsche Alt-A Securities, Inc.
DB Structured Products, Inc., Deutsche Bank
Securities Inc., Deutsche Mortgage Securities, Inc.,
MIT Holdings, Inc., MortgageIT, Inc., MortgageIT
Securities Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered<br><br>**AFFIDAVIT OF SERVICE** |
|---|---|

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

RACHEL L. FELD, being duly sworn, deposes and says:

      1.    I am over 18 years of age and am employed by Latham & Watkins LLP and am not party to this action.

      2.    On Monday, November 18, 2013, I served true and correct copies of the Notice of Withdrawal of Limited Objection to Confirmation of the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors, dated 11/18/13, pursuant to the *In Re: Residential Capital, LLC, et al.* (12-12020 (MG)) "Case Management Procedures," entered 5/23/12, and the *In Re: Residential Capital, LLC, et al.* (12-

12020 (MG)) "Monthly Service List as of November 1, 2013," entered 11/1/13, via electronic mail upon the parties listed on the attached Service List in Exhibit A.

        3.      On Monday, November 18, 2013, I served true and correct copies of the Notice of Withdrawal of Limited Objection to Confirmation of the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors, dated 11/18/13, pursuant to the *In Re: Residential Capital, LLC, et al.* (12-12020 (MG)) "Case Management Procedures," entered 5/23/12, and the *In Re: Residential Capital, LLC, et al.* (12-12020 (MG)) "Monthly Service List as of November 1, 2013," entered 11/1/13, via first class mail upon the parties listed on the attached Service List in Exhibit A by delivering and leaving same in an official depository of the United States Postal Service, located at 885 Third Avenue, New York, New York 10022.

                                                RACHEL L. FELD

Sworn to before me this
19th day of November, 2013

_____
Notary Public

**AUDREY LEFF**
**Notary Public - State of New York**
**No. 01LE4986614**
**Qualified in Nassau County**
**Certificate Filed in Nassau County**
**Commission Expires Sept. 23, 2017**

# Exhibit A

| | | |
|---|---|---|
| Office of the United States Trustee<br>201 Varick Street<br>Suite 1006<br>New York, NY 10014<br>Attn: Tracy Hope Davis, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br><br>Email: Tracy.Davis2@usdoj.gov<br>Brian.Masumoto@usdoj.gov<br>Linda.Riffkin@usdoj.gov | U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001<br>Attn: US Attorney General, Eric H. Holder, Jr.<br>Email: AskDOJ@usdoj.com | Office of the New York State Attorney General<br>The Capitol<br>Albany, NY 12224-0341<br>Attn: Nancy Lord, Esq.<br>Enid M. Stuart, Esq.<br>Email:<br>Nancy.Lord@OAG.State.NY.US<br>Enid.stuart@OAG.State.NY.US |
| Office of U.S. Attorney for the Southern District of New York<br>Preet Bharara<br>One St. Andrews Plaza<br>New York, NY 10007<br>Attn: Joseph N. Cordaro, Esq.,<br>joseph.cordaro@usdoj.gov<br>cristine.phillips@usdog.gov | Residential Capital, LLC<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Tammy Hamzehpour<br>Email:<br>Tammy.Hamzehpour@gmacrescap.com | Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn: Larren Nashelskly, Esq.<br>Gary S. Lee, Esq.<br>Lorenzo Marinuzzi, Esq.<br>Email: LNashelskly@mofo.com<br>Glee@mofo.com<br>LMarinuzzi@mofo.com |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Attn: Ken Eckstein<br>Doug Mannal<br>Email:<br>keckstein@kramerlevin.com<br>dmannal@kramerlevin.com | Citibank N.A.<br>390 Greenwich Street, 6th Floor<br>New York, NY 10013<br>Attn: Bobbie Theivakurnaran<br>Email:<br>bobbie.theivakurnaran@citi.com | Fannie Mae<br>3900 Wisconsin Avenue NW<br>Mail Stop 8H-504<br>Washington DC 20016<br>Attn: Vice President, Credit Management, John S. Forlines<br>Email:<br>john_s_forlines@fanniemae.com |
| Kirkland & Ellis<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Ray C. Schrock<br>Richard M. Cieri<br>Email: ray.schrock@kirkland.com;<br>richard.cieri@kirkland.com<br>stephen.hessler@kirkland.com<br>projectrodeo@kirkland.com<br>william.b.solomon@ally.com<br>timothy.devine@ally.com | Deutsche Bank Trust Company Americas<br>25 DeForest Avenue<br>Summit, NJ 07901<br>Attn: Kevin Vargas<br>Email: kevin.vargas@db.com | The Bank of New York Mellon<br>Asset Backed Securities Group<br>101 Barclay Street 4W<br>New York, NY 10286 |
| U.S. Bank National Association<br>50 South 16th Street, Suite 2000<br>Philadelphia, PA 19102<br>Attn: George Rayzis<br>Email: george.rayzis@usbank.com | U.S. Bank National Association<br>60 Livingston Avenue<br>EP-MN-WS1D<br>St. Paul, MN 55107<br>Attn: Irina Palchuk<br>Email: irinia.palchuk@usbank.com | Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: James S. Carr<br>Eric R. Wilson<br>Email:<br>kdwbankruptcydepartment@kelleydrye.com |
| Wells Fargo Bank, N.A.<br>P.O. Box 98<br>Columbia, MD 21046<br>Attn: Corporate Trust Services, | Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | Nationstar Mortgage LLC<br>350 Highland Drive<br>Lewisville, TX 75067<br>Attn: General Counsel |

| | | |
|---|---|---|
| GMACM Home Equity Notes 2004 Viable Funding Trust | Attn: Jonathan H. Hofer<br>Email: jhofer@skadden.com | |
| Sidley Austin LLP<br>One Dearborn<br>Chicago, IL 60603<br>Attn: Larry J. Nyhan<br>Jessica CK Boelter<br>Email: lnyhan@sidley.com<br>jboelter@sidley.com<br>bmyrick@sidley.com | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>Facsimile: (267) 941-1015 | Securities and Exchange Commission, New York Regional Office<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022<br>Attn: George S. Canellos, Regional Director<br>Phone: (212) 336-1100<br>Email: secbankruptcy@sec.gov;<br>bankruptcynoticeschr@sec.gov;<br>NYROBankruptcy@SEC.GOV |
| Chadbourne & Parke LLP, Attn Howard Seife & David M LeMay & Robert J Gayda & Marc B Roitman, 30 Rockefeller Plaza, New York, NY 10112<br>hseife@chadbourne.com;<br>dlemay@chadbourne.com;<br>rgayda@chadbourne.com;<br>mroitman@chadbourne.com | Fannie Mae, Attn Peter McGonigle, 1835 Market St Ste 2300, Philadelphia, PA 19103<br>peter_mcgonigle@fanniemae.com | Internal Revenue Service, Centralized Insolvency Operation, 2970 Market St, Philadelphia, PA 19104 |
| Internal Revenue Service, Insolvency Section, 31 Hopkins Plz Rm 1150, Baltimore, MD 21201 | Kurtzman Carson Consultants, P Joe Morrow, 2335 Alaska Ave, El Segundo, CA 90245<br>rescapinfo@kccllc.com | Milbank, Tweed, Hadley & McCloy LLP, Gerard Uzzi, 1 Chase Manhattan Plaza, New York, NY 10005<br>guzzi@milbank.com |
| Securities & Exchange Commission, Secretary of the Treasury, 100 F St NE, Washington, DC 20549<br>secbankruptcy@sec.gov | Centralized Insolvency Operation Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kirkland & Ellis<br>601 Lexington Avenue<br>New York, NY 10022<br>Attn: Richard M. Cieri<br>richard.cieri@kirkland.com |
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn: Tammy Hamzehpour<br>Tammy.Hamzehpour@gmacrescap.com | Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Attn: Ken Ziman<br>kziman@skadden.com | Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Attn: Sarah Ward<br>sarah.ward@skadden.com |
| Skadden Arps Slate Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Attn: Suzanne Lovett<br>Email: suzanne.lovett@skadden.com | Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Att: Sean A. O'Neal and Thomas J. Moloney<br>Email: maofiling@cgsh.com;<br>tmoloney@cgsh.com;<br>soneal@cgsh.com; | Loeb & Loeb LLP<br>345 Park Ave<br>New York, NY 10154<br>Attn: Walter H. Curchack, Vadim J. Rubinstein & Debra W. Minoff<br>Email: wcurchack@loeb.com;<br>vrubinstein@loeb.com; |
| United States Attorney's Office for the Southern District of New York Civil Division<br>86 Chambers Street<br>3rd Floor | Clifford Chance US LLP<br>Attn: Jennifer C DeMarco & Adam Lesman<br>31 West 52nd St<br>New York, New York 10019 | |

| New York, NY 10007<br>Attn: Joseph Cordaro & Cristine Irvin Phillips<br>Email: joseph.cordaro@usdoj.gov; cristine.phillips@usdoj.gov | Email: jennifer.demarco@cliffordchance.com;<br>adam.lesman@cliffordchance.com | |