**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 408-5100
Facsimile:  (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                                                   :    Chapter 11
                                                                             :
Residential Capital, LLC, et al.,                          :    Case No. 12-12020 (MG)
                                                                             :
                                    Debtors.               :    Jointly Administered
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

Helen M. Lamb, being duly sworn, deposes and says:

1. I am employed by the law firm of Chadbourne & Parke LLP, am not a party to this action and am over the age of eighteen.

2. On November 18, 2013, I caused to be served true and correct copies of the following documents upon the parties listed on the annexed service list by Federal Express:

> *Final Application of Arthur J. Gonzalez, as Chapter 11 Examiner, for Allowance of Compensation and Reimbursement of Expenses [Docket No. 5850];*

> *Final Application of Chadbourne & Parke LLP, Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses [Docket No. 5849];*

CPAM: 5019193.4

*Fourth and Final Application of Mesirow Financial Consulting, LLC for Compensation and Reimbursement of Expenses as Financial Advisor to the Examiner for the Period July 24, 2012 Through and Including October 31, 2013 [Docket No. 5848];*

*Final Fee Application of Wolf Haldenstein Adler Freeman & Herz LLP, Conflicts Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 15, 2012 Through and Including April 30, 2013 [Docket No. 5846]; and*

*Final Fee Application of Leonard, Street and Deinard Professional Association for Allowance of Compensation and Reimbursement of Expenses incurred as Special Minnesota Counsel to the Examiner [Docket No. 5844];*

*Proposed Order Granting Applications for Allowance of Final Compensation and Reimbursement of Expenses of the Examiner and His Professionals (appended to Chadbourne & Parke's final fee application [Docket No. 5849]); and*

*Notice of Hearing on, and of Objection Deadline for, Final Fee Applications of the Chapter 11 Examiner and His Professionals [Docket No. 5851].*

3.  I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment under penalty of perjury.

　　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Helen M. Lamb*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Helen M. Lamb

Sworn to before me this
19th day of November 2013

*/s/Francisco Vazquez*
　　　　Notary Public

**Francisco Vazquez**
**Notary Public, State of New York**
**No. 31-6013920**
**Qualified in New York County**
**Commission Expires Dec. 27, 2014**

2

**SERVICE LIST**

| | |
|---|---|
| Larren M. Nashelsky<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Kenneth H. Eckstein<br>Douglas H. Mannal<br>Kramer Levin Naftallis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Kenneth S. Ziman<br>Jonathan H. Hofer<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>New York, New York 10036 | Richard M. Cieri<br>Ray C. Schrock<br>Kirkland & Ellis<br>601 Lexington Avenue<br>New York, NY 10022 |
| Tracy Hope Davis<br>Linda A. Riffkin<br>Brian S. Masumoto<br>Michael Driscoll<br>Office of the US Trustee<br>Southern District of New York<br>201 Varick Street, Suite 2006<br>New York, NY 10014 | Eric J. Small<br>Office of the United States Trustee<br>355 Main Street – First Floor<br>Poughkeepsie, NY 12601 |

3

CPAM: 5019193.4