MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Charles L. Kerr
Darryl P. Rains
J. Alexander Lawrence

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) ) ) | Chapter 11 |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF FILING OF
CORRECTED DIRECT TESTIMONY OF LUCY ALLEN**

The Debtors' hereby file the Corrected Direct Testimony of Lucy Allen.

On November 12, 2013, the Debtors filed the Direct Testimony of Lucy Allen [Dkt. No. 5706]. In her direct testimony, Ms. Allen compared the proposed Private Securities Claims and *NJ Carpenters* class action settlements contained in the proposed chapter 11 plan for Residential Capital, LLC, et al. with twelve recent settlements in RMBS-related securities litigation. On November 18, 2013, Ms. Allen identified an error in the data she relied on to quantify one of those twelve recent settlements, in *In re Washington Mutual Mortgage-Backed Sec. Litig*. Ms. Allen's Corrected Direct Testimony corrects the data for the *Washington Mutual* settlement. The

corrected data is reflected in each of the charts in Ms. Allen's Corrected Direct Testimony. This correction to one of the twelve comparable settlements Ms. Allen considered does not alter any of her conclusions, including her conclusion that the Private Securities Claims settlement and the *NJ Carpenters* settlement are consistent with and fall within the range of other recent RMBS litigation settlements.

Dated: November 19, 2013

/s/ Gary S. Lee
Gary S. Lee
Charles L. Kerr
Darryl P. Rains
J. Alexander Lawrence
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*