US BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK



RE GMAC.,
    RESIDENTIAL CAPITAL LLC          CASE 12-12020

ORDER OF DEFAULT AND
CONSTRUCTIVE FRAUD

On september 30, 2013 a Motion requesting the validation of the claim RE property located at 3786 Viewcrest Dr S, Salem, Or 97302 Requesting to provide the Original Contract to this court and the debtor, of the two parties to validate or invalidate claim and the juridiction of it. A response was requested within 15 days of this date. And was filed on October 8, 2013 DOC 5312 (5291) which was not presented.

Today Noveber 1, 2013, is entered an Order of Default and constructive Fraud.

GMAC cause Fraud, induced to misled party to execute the instrument involved, without the intention of performing it, and turned around and broke the contrac of Settlement and on February 1, 2013 Sold to Green Tree Servicing LLC "heresay" Turning this Promissory Note into a Bond.

Seeking Judicial Cancellation of the Contract Mortgage by prepoderance of the evidence and Contract,. Debtor (now Debtor and owner of the Quit Deed) request relief under $ 493 424 - Ti 424 requirement of notice of dishonor. Assigning a promissory note and to the mortgage securing it to separate entities voiding the Mortgage.

A Judgemnt is entered, Setting aside the deed to real property for and equitable accounting between interested parties, A judgment annuling the mortgage is granted and is ordered to surrender to the Clerk of the Court to be makrked "CANCELLED" with and injuction prohibiting the assetion of future claims of right under the instrument. And It is also ORDERED to restore Deed Ownershipt to ANNAIZA GERWALD and all of its rights under this Court.

On this Date_____

_____
Judge

US BANKRUPTCY COURT SOUTHERN DISTRIC OF
NEW YORK CITY.

RE; GMAC, and
    Residential Capital LLC                CASE 12-12020

## ORDER OF DEFAULT AND
## CONSTRUCTIVE FRAUD

On September 30, 2013 a Motion requesting the validity of the claim re: Property located at 12 BluegrassLn, Savannah, Ga 31405., as to Residential Capital LLC to provide the original MOrtgage Contract, between the two parties to validate or invalidate the juridiction of the claim and response date of October 23, 2013 15 days latter where the request was filed on Ocotber 8, 2013 Doc 5312 (5290) was not recived nor presented to the requestor .

As of November 1, 2013, is entered an order of Default and constructive Fraud.

GMAC caused the fraud, induced to mislead party to execute the instrument involved, without the intention of performing it, and turned around selling the Promissory Note Morgage monetiarizansing of the sell. without informing the other party of it. The sell of the Promissory Note to Residential Capital LLC at an unknown date and unknown sale, which has defaulted to provide proof. And on January 3rd sold to Oxwen Loan Servicing LLC, again without informing the other party, which in turn the Promissory Note became a Bond and a Bond again, while knowingly procedings open incourse were pending in Fed. Court against GMAC for Breach of Contrac ( they has settle this with the Debtor and Broke the contract "pending ") in the US Southern Distric of Georgia Cases 412CV000666 and 113CV0689.

Seeking a Judicial Cancellation of the Contract Mortgage by prepoderance of the evidence and contract. Debtor requests relief under §491 -424 requirement of notice of dishonor. Assigning a promissory note and to the mortgage securing it separate entities voiding the mortgage.

A Judment is entered, setting aside the deed to real property for an equitable accounting between interested parties, A 12% percent interest witha 30% daown is fraud by GMAC to the debtor and to the Federal Interest Loan., Residential Capital LLC claiming on a Mortgate in front of the Court a Real Estate value Debt of $469K when the value of the Home and several around it is only $305K, and was owed/Settle this with GMAC with a 125K Final Loan Due., bringing fraud to the court. and without presenting the Original Contrac and proof that The debtor entered into a contract.

A Judgment annulling the mortgage is granted and is ordered to su--rrender to the Clerk of the Court to be marked "CANCELLED" with an inhjustion prohibiting the assertion of future cliams of right under the instrument.
It is also ordered to restore Deed Ownership to Anaissa B Gerwald and all its rights under this Court.

On this date _____

_____
Honorabel Judge