UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Case No. <u>12-12020</u> |
| (MG) ) | |
| Debtors ) | Jointly Administered |
| ------------------------------------------------) | |
| ) | |
| M. FRANCINE MODDERNO ) | |
| Plaintiff, *pro se* ) | |
| v. ) | |
| ) | Assigned to:  Hon. Martin Glenn |
| RESIDENTIAL CAPITAL LLC,/ RESIDENTIAL ) | US Bankruptcy Judge |
| FUNDING, LLC, GMAC MORTGAGE, LLC, et al ) | |
| Defendant(s) ) | |

---

### AFFIDAVIT OF SERVICE

I, M. Francine Modderno, acting *pro se*, certify that I have today, November 15, 2013, served the accompanying *Plaintiff's Responee to Debtors' Supplemental Omnibus Reply in Support of Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records)*, via Certified US Mail to the following party in this case:

Counsel to the Debtors
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
T: 212-468-8000
F: 212-468-7900
http://www.mofo.com/

Respectfully submitted,

M. Francine Modderno. *pro se*
17147 Needles Court
Leesburg, VA 20176
(703) 669-8687