In re RESIDENTIAL CAPITAL, LLC, et al. (Case No. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit 1 to Stipulation and Order Resolving Lehman Brothers' RMBS-Related Claims

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Debtor Claim Asserted Against | Case Number |
|---|---|---|---|---|---|---|
| 1 | Lehman Brothers Holdings Inc.<br><br>c/o Michael A. Rollin<br>Reilly Pozner LLP<br>1900 16th Street, Suite 1700<br>Denver, CO 80202 | 5512 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 2 | Lehman Brothers Holdings Inc.<br><br>c/o Michael A. Rollin<br>Reilly Pozner LLP<br>1900 16th Street, Suite 1700<br>Denver, CO 80202 | 5515 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| 3 | Lehman Brothers Holdings Inc.<br><br>c/o Michael A. Rollin<br>Reilly Pozner LLP<br>1900 16th Street, Suite 1700<br>Denver, CO 80202 | 5517 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 4 | Lehman Brothers Holdings Inc.<br><br>c/o Michael A. Rollin<br>Reilly Pozner LLP<br>1900 16th Street, Suite 1700<br>Denver, CO 80202 | 5518 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 5 | Lehman Brothers Holdings Inc.<br><br>c/o Michael A. Rollin<br>Reilly Pozner LLP<br>1900 16th Street, Suite 1700<br>Denver, CO 80202 | 5520 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 |