**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

---------------------------------------------------------

**ORDER GRANTING DEBTORS' FORTY-THIRD**
**OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION)**

Upon the forty-third omnibus claims objection [Docket No. 5151] (the "<u>Objection</u>")[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "<u>Procedures Order</u>"), disallowing and expunging the Insufficient Documentation Claims on the grounds that each Insufficient Documentation Claim lacks sufficient supporting documentation as to its validity and amount and has no basis in the Debtors' books and records, all as more fully described in the Objection; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and it appearing that

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

no other or further notice need be provided; and upon consideration of the Objection and the *Declaration of Deanna Horst In Support of Debtors' Forty–Third Omnibus Objection to Claims (Insufficient Documentation)* annexed to the Objection as Exhibit 1; and upon consideration of the *Response of Nardia Packer to Debtors' Forty-Third Omnibus Objection to Claims (Insufficient Documentation)* [Docket No. 5373] (the "Packer Response"); and *Debtors' Reply in Support of Debtors' Forty-Third Omnibus Objection to Claims (Insufficient Documentation)* (the "Reply") and the *Supplemental Declaration of Deanna Horst With Respect To Debtors' Forty–Third Omnibus Objection to Claims (Insufficient Documentation)* annexed to the Reply as Exhibit 2 [Docket No. 5725]; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

ORDERED that the Packer Response is overruled; and it is further

ORDERED that each Insufficient Documentation Claim listed on **Exhibit A** annexed hereto is hereby disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is authorized and directed to expunge from the claims register the Insufficient Documentation Claims identified on the schedule annexed as **Exhibit A** hereto pursuant to this Order; and it is further

2

ORDERED that the Objection solely as it relates to the claim filed by CitiMortgage, Inc. (Claim No. (5360) has been adjourned to the hearing scheduled for December 11, 2013; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Rules are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on **Exhibit A** annexed to this Order, and the Debtors' and any party in interest's rights to object on any basis are expressly reserved with respect to any such claim that is not listed on **Exhibit A** annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the Insufficient Documentation Claims identified on **Exhibit A**, annexed hereto, as if each such Insufficient Documentation Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**SO ORDERED.**

**Dated:** November 20, 2013
       New York, New York

                                                        **_/s/Martin Glenn_**
                                                        MARTIN GLENN
                                        United States Bankruptcy Judge

# Exhibit A

**Insufficient Documentation Claims**

12-12020-mg    Doc 5886    Filed 11/20/13    Entered 11/20/13 14:08:05    Main Document
Pg 4 of 11

**Exhibit A**

**Insufficient Documentation Claims**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-THIRD OMNIBUS OBJECTION - CLAIMS WITH INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

|   | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|
| 1 | Anthony Keller Law Office<br>Rebecca Keller<br>PO Box 16063<br>San Juan, PR 00908-6063 | 5866 | 11/19/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 |
| 2 | BANGOR VILLAGE<br>206 16TH AVE N<br>BANGOR, WI 54614 | 1190 | 10/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 3 | Chartis Insurance Company of Canada, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, et al.<br>Ryan G. Foley, Authorized Representative<br>Chartis Inc.<br>180 Maiden Lane, 37th Floor<br>New York, NY 10038 | 2806 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 4 | Chartis Insurance Company of Canada, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, et al.<br>Ryan G. Foley, Authorized Representative<br>Chartis Inc.<br>180 Maiden Lane, 37th Floor<br>New York, NY 10038 | 2807 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 |
| 5 | Chartis Insurance Company of Canada, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, et al.<br>Ryan G. Foley, Authorized Representative<br>Chartis Inc.<br>180 Maiden Lane, 37th Floor<br>New York, NY 10038 | 2808 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | ditech, LLC | 12-12021 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-THIRD OMNIBUS OBJECTION - CLAIMS WITH INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 6 | Chartis Insurance Company of Canada, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, et al. Ryan G. Foley, Authorized Representative Chartis Inc. 180 Maiden Lane, 37th Floor New York, NY 10038 | 2809 | 11/09/2012 | $0.00 $0.00 UNLIQUIDATED $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 7 | Chartis Insurance Company of Canada, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, et al. Ryan G. Foley, Authorized Representative Chartis Inc. 180 Maiden Lane, 37th Floor New York, NY 10038 | 2810 | 11/09/2012 | $0.00 $0.00 UNLIQUIDATED $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 8 | Chartis Insurance Company of Canada, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, et al. Ryan G. Foley, Authorized Representative Chartis Inc. 180 Maiden Lane, 37th Floor New York, NY 10038 | 2811 | 11/09/2012 | $0.00 $0.00 UNLIQUIDATED $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 9 | Chartis Insurance Company of Canada, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, et al. Ryan G. Foley, Authorized Representative Chartis Inc. 180 Maiden Lane, 37th Floor New York, NY 10038 | 2812 | 11/09/2012 | $0.00 $0.00 UNLIQUIDATED $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Residential Holding Company, LLC | 12-12033 |
| 10 | Chartis Insurance Company of Canada, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, et al. Ryan G. Foley, Authorized Representative Chartis Inc. 180 Maiden Lane, 37th Floor New York, NY 10038 | 2813 | 11/09/2012 | $0.00 $0.00 UNLIQUIDATED $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Homecomings Financial Real Estate Holdings, LLC | 12-12040 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-THIRD OMNIBUS OBJECTION - CLAIMS WITH INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

|    | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|----|---|---|---|---|---|---|
| 11 | Chartis Insurance Company of Canada, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, et al.<br>Ryan G. Foley, Authorized Representative<br>Chartis Inc.<br>180 Maiden Lane, 37th Floor<br>New York, NY 10038 | 2814 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 12 | Chartis Insurance Company of Canada, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, et al.<br>Ryan G. Foley, Authorized Representative<br>Chartis Inc.<br>180 Maiden Lane, 37th Floor<br>New York, NY 10038 | 2815 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Consumer Services, LLC | 12-12058 |
| 13 | Chartis Insurance Company of Canada, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, et al.<br>Ryan G. Foley, Authorized Representative<br>Chartis Inc.<br>180 Maiden Lane, 37th Floor<br>New York, NY 10038 | 2816 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Mortgage Exchange, LLC | 12-12059 |
| 14 | Chartis Insurance Company of Canada, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, et al.<br>Ryan G. Foley, Authorized Representative<br>Chartis Inc.<br>180 Maiden Lane, 37th Floor<br>New York, NY 10038 | 2817 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Mortgage Securities I, Inc. | 12-12060 |
| 15 | Chartis Insurance Company of Canada, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, et al.<br>Ryan G. Foley, Authorized Representative<br>Chartis Inc.<br>180 Maiden Lane, 37th Floor<br>New York, NY 10038 | 2818 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Mortgage Securities II, Inc. | 12-12061 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-THIRD OMNIBUS OBJECTION - CLAIMS WITH INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 16 | Chartis Insurance Company of Canada, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, et al.<br>Ryan G. Foley, Authorized Representative<br>Chartis Inc.<br>180 Maiden Lane, 37th Floor<br>New York, NY 10038 | 2819 | 11/09/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Real Estate Holdings, LLC | 12-12062 |
| 17 | Chartis Insurance Company of Canada, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, et al.<br>Ryan G. Foley, Authorized Representative<br>Chartis Inc.<br>180 Maiden Lane, 37th Floor<br>New York, NY 10038 | 2820 | 11/09/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Mortgage Real Estate Holdings, LLC | 12-12063 |
| 18 | EMC Mortgage LLC (f/k/a EMC Mortgage Corporation)<br>Brian D. GlueckStein<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 | 3922 | 11/09/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 19 | European Capital Partners Inc.<br>8280 Florence Ave Suite 205<br>Downey, CA 90041 | 5415 | 11/16/2012 | $0.00<br>$0.00<br>$1,223,221.89<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 20 | EVERETT O MARTINDALE ATT AT LAW<br>902 W 2ND ST<br>LITTLE ROCK, AR 72201 | 591 | 09/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-THIRD OMNIBUS OBJECTION - CLAIMS WITH INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

|    | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|----|------------------|--------------|------------|--------------|----------------------|----------------------|
| 21 | FERRY HILL CONDOMINIUM ASSOCIATION<br>169 FERRY ST<br>LAWRENCE, MA 01841 | 3834 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 |
| 22 | Independence VI CDO, Ltd.<br>Attn Matthew P. Morris<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave., 29th Floor<br>New York, NY 10017 | 4353 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 23 | JIMMIE ROBINSON AND<br>JOYCE SAVAGE<br>1111 S BRAINTREE DRIVE<br>SCHAUMBURG, IL 60193-0000 | 2203 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>UNLIQUIDATED Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 24 | PACKER, ROBERT C & PACKER, NARDIA E<br>5960 WENRICH DRIVE<br>SAN DIEGO, CA 92120-3715 | 1220 | 10/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 |
| 25 | REMAX EXECUTIVES<br>1901 S CTR<br>MARSHALLTOWN, IA 50158 | 1454 | 10/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-THIRD OMNIBUS OBJECTION - CLAIMS WITH INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 26 | ROBERT AND ANN MULLINS LACLAIR<br>9015 KERNEY RD<br>BUILDERS AND DUNCAN SYZMANSKI<br>WHITMORE LAKE, MI 48189 | 4102 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 27 | South Jersey Federal Credit Union<br>P.O. Box 5530<br>Deptford, NJ 08096 | 4376 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 28 | Steven J. Baum P.C..<br>David Kunkel<br>Pillar Processing LLC<br>170 Northpointe Parkway<br>Amherst, NY 14228 | 2789 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$34,082.06 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 29 | TITUS COUNTY CLERK<br>100 W 1 ST<br>2ND FLR STE 204<br>MOUNT PLEASANT, TX 75455 | 583 | 09/20/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 30 | TOWN OF HAMMONTON<br>100 CENTRAL AVE<br>HAMMONTON, NJ 08037 | 6015 | 11/29/2012 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-THIRD OMNIBUS OBJECTION - CLAIMS WITH INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

|    | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|----|---|---|---|---|---|---|---|
| 31 | WILLIAM M MCCARTHY ATT AT LAW<br>60 S SWAN ST<br>ALBANY, NY 12210 | 706 | 09/24/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |