**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

–––––––––––––––––––––––––––––––––––––––––––––    )
                                                 )
In re:                                           )    Case No. 12-12020 (MG)
                                                 )
RESIDENTIAL CAPITAL, LLC, *et al.*,              )    Chapter 11
                                                 )
                              Debtors.           )    Jointly Administered
–––––––––––––––––––––––––––––––––––––––––––––    )

## ORDER GRANTING DEBTORS' FORTY-SIXTH
## OMNIBUS OBJECTION TO CLAIMS
## (SERVICING CLAIMS)

Upon the forty-sixth omnibus objection to claims, dated September 20, 2013 (the

"Forty Sixth Omnibus Claims Objection"),[1] of Residential Capital, LLC and its affiliated debtors

in the above-referenced Chapter 11 Cases, as debtors and debtors-in-possession (collectively, the

"Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States

Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and

this Court's order approving procedures for the filing of omnibus objections to proofs of claim

[Docket No. 3294] (the "Procedures Order"), disallowing and expunging the Servicing Claims

on the basis that (1) they do not contain sufficient documentation, (2) the Claimants lack

standing to assert such claims, and (3) they are duplicative of the Trustee Claims, all as more

fully described in the Forty-Sixth Omnibus Claims Objection; and it appearing that this Court

has jurisdiction to consider the Forty-Sixth Omnibus Claims Objection pursuant to 28 U.S.C.

§§ 157 and 1334; and consideration of the Forty-Sixth Omnibus Claims Objection and the relief

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms
in the Debtors' Forty-Sixth Omnibus Claims Objection.

the Forty-Sixth Omnibus Claims Objection having been provided, and it appearing that no other or further notice need be provided; upon consideration of the Forty-Sixth Omnibus Claims Objection; and the Court having found and determined that the relief sought in the Forty-Sixth Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Forty-Sixth Omnibus Claims Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Forty-Sixth Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit A annexed hereto (collectively, the "Servicing Claims") are disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the Servicing Claims identified on the schedule attached as Exhibit A hereto so that such claims are no longer maintained on the Debtors' claims register; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Forty-Sixth Omnibus Claims Objection as provided therein shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that all rights to object on any basis are expressly reserved with respect to any Servicing Claim listed on <u>Exhibit A</u> annexed hereto or any other claim not listed on <u>Exhibit A</u>; and it is further

ORDERED that this Order shall be a final order with respect to each of the Servicing Claims identified on <u>Exhibit A</u>, annexed hereto, as if each such Servicing Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


**SO ORDERED.**

**Dated:**  November 20, 2013
          New York, New York


                              **/s/Martin Glenn**
                              MARTIN GLENN
                              United States Bankruptcy Judge

# Exhibit A

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE No. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit A to Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (Servicing Claims)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Debtor Claim Asserted Against | Case Number |
|---|---|---|---|---|---|---|
| 1 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2684 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | HFN REO Sub II, LLC | 12-12038 |
| 2 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2685 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Residential Capital, LLC | 12-12020 |
| 3 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2686 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 4 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2687 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | ditech, LLC | 12-12021 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit A to Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (Servicing Claims)

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Debtor Claim Asserted Against | Case Number |
|---|---|---|---|---|---|
| 5 Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2688 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | DOA Holding Properties, LLC | 12-12022 |
| 6 Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2689 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | DOA Properties IX (Lots-Other), LLC | 12-12023 |
| 7 Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2690 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | EPRE LLC | 12-12024 |
| 8 Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2691 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Equity Investment I, LLC | 12-12025 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE No. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit A to Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (Servicing Claims)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Debtor Claim Asserted Against | Case Number |
|---|---|---|---|---|---|---|
| 9 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2692 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | ETS of Virginia, Inc. | 12-12026 |
| 10 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2693 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | ETS of Washington, Inc. | 12-12027 |
| 11 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2694 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Executive Trustee Services, LLC | 12-12028 |
| 12 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2695 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |

In re RESIDENTIAL CAPITAL, LLC, et al. (Case No. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit A to Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (Servicing Claims)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Debtor Claim Asserted Against | Case Number |
|---|---|---|---|---|---|---|
| 13 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2696 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | GMAC Model Home Finance I, LLC | 12-12030 |
| 14 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2697 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 15 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2698 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 16 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2699 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | GMAC Residential Holding Company, LLC | 12-12033 |

In re RESIDENTIAL CAPITAL, LLC, et al. (Case No. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit A to Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (Servicing Claims)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Debtor Claim Asserted Against | Case Number |
|---|---|---|---|---|---|---|
| 17 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2700 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | GMACM Borrower LLC | 12-12035 |
| 18 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2701 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | GMACM REO LLC | 12-12036 |
| 19 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2702 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | GMACR Mortgage Products, LLC | 12-12037 |
| 20 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2703 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Home Connects Lending Services, LLC | 12-12039 |

In re RESIDENTIAL CAPITAL, LLC, et al. (Case No. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit A to Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (Servicing Claims)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Debtor Claim Asserted Against | Case Number |
|---|---|---|---|---|---|---|
| 21 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2704 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Homecomings Financial Real Estate Holdings, LLC | 12-12040 |
| 22 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2705 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 23 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2706 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Ladue Associates, Inc. | 12-12043 |
| 24 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2707 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Passive Asset Transactions, LLC | 12-12044 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit A to Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (Servicing Claims)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Debtor Claim Asserted Against | Case Number |
|---|---|---|---|---|---|---|
| 25 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2708 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | PATI A, LLC | 12-12045 |
| 26 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2709 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Residential Services of Alabama, LLC | 12-12055 |
| 27 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2710 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | PATI B, LLC | 12-12046 |
| 28 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2711 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Residential Consumer Services of Ohio, LLC | 12-12056 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit A to Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (Servicing Claims)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Debtor Claim Asserted Against | Case Number |
|---|---|---|---|---|---|---|
| 29 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2712 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | PATI Real Estate Holdings, LLC | 12-12047 |
| 30 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2713 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Residential Consumer Services of Texas, LLC | 12-12057 |
| 31 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2714 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | RAHI A, LLC | 12-12048 |
| 32 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2715 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Residential Consumer Services, LLC | 12-12058 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

<u>Exhibit A</u> to Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (Servicing Claims)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Debtor Claim Asserted Against | Case Number |
|---|---|---|---|---|---|---|
| 33 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2716 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | RAHI B, LLC | 12-12049 |
| 34 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2717 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | RAHI Real Estate Holdings, LLC | 12-12050 |
| 35 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2718 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | RCSFJV2004, LLC | 12-12051 |
| 36 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2719 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit A to Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (Servicing Claims)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Debtor Claim Asserted Against | Case Number |
|---|---|---|---|---|---|---|
| 37 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2720 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 38 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2721 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Residential Funding Mortgage Exchange, LLC | 12-12059 |
| 39 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2722 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Residential Asset Securities Corporation | 12-12054 |
| 40 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1, 185 Asylum Street<br>Hartford, CT 06103 | 2723 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | RFC-GSAP Servicer Advance, LLC | 12-12064 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit A to Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (Servicing Claims)

| Name of Claimant | Claim Number | Date Filed | Claim Amount | Debtor Claim Asserted Against | Case Number |
|---|---|---|---|---|---|
| 41 Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2724 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Residential Mortgage Real Estate Holdings, LLC | 12-12063 |
| 42 Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2725 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | RFC Asset Holdings II, LLC | 12-12065 |
| 43 Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2726 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Residential Funding Mortgage Securities I, Inc. | 12-12060 |
| 44 Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2727 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | RFC Asset Management, LLC | 12-12066 |

In re RESIDENTIAL CAPITAL, LLC, et al. (Case No. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit A to Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (Servicing Claims)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Debtor Claim Asserted Against | Case Number |
|---|---|---|---|---|---|---|
| 45 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2728 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | RFC Borrower LLC | 12-12068 |
| 46 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2729 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Residential Funding Mortgage Securities II, Inc. | 12-12061 |
| 47 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2730 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | RFC Construction Funding, LLC | 12-12069 |
| 48 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2731 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | RFC REO LLC | 12-12070 |

In re RESIDENTIAL CAPITAL, LLC, et al. (Case No. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit A to Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (Servicing Claims)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Debtor Claim Asserted Against | Case Number |
|---|---|---|---|---|---|---|
| 49 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2732 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | Residential Funding Real Estate Holdings, LLC | 12-12062 |
| 50 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2733 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | RFC SFJV-2002, LLC | 12-12071 |
| 51 | Kaman Corporation on behalf of Kaman Corporation Employees Pension Plan<br><br>Sharyn B. Zuch, Esq.<br>Wiggin and Dana LLP<br>CityPlace 1<br>185 Asylum Street<br>Hartford, CT 06103 | 2734 | 11/8/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$490,325.36 General Unsecured | GMAC RH Settlement Services, LLC | 12-12034 |
| 52 | CQS Select ABS Master Fund Limited<br><br>c/o CQS (UK) LLP<br>Attn: Legal Department<br>33 Chester Street - 5th Floor<br>London SW1X 7BL<br>United Kingdom | 4826 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$260,587,033.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |

Exhibit A to Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (Servicing Claims)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Debtor Claim Asserted Against | Case Number |
|---|---|---|---|---|---|---|
| 53 | CQS ABS Alpha Master Fund Limited<br><br>c/o CQS (UK) LLP<br>Attn: Legal Department<br>33 Chester Street - 5th Floor<br>London SW1X 7BL<br>United Kingdom | 4827 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$69,492,520.00 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| 54 | CQS ABS Alpha Master Fund Limited<br><br>c/o CQS (UK) LLP<br>Attn: Legal Department<br>33 Chester Street - 5th Floor<br>London SW1X 7BL<br>United Kingdom | 4828 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$111,891,496.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 55 | CQS ABS Alpha Master Fund Limited<br><br>c/o CQS (UK) LLP<br>Attn: Legal Department<br>33 Chester Street - 5th Floor<br>London SW1X 7BL<br>United Kingdom | 4846 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$41,458,976.00 General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 56 | CQS ABS Master Fund Limited<br><br>c/o CQS (UK) LLP<br>Attn: Legal Department<br>33 Chester Street - 5th Floor<br>London SW1X 7BL<br>United Kingdom | 4847 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$717,240,689.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 57 | CQS ABS Master Fund Limited<br><br>c/o CQS (UK) LLP<br>Attn: Legal Department<br>33 Chester Street - 5th Floor<br>London SW1X 7BL<br>United Kingdom | 4848 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$717,240,689.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |

Exhibit A to Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (Servicing Claims)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Debtor Claim Asserted Against | Case Number |
|---|---|---|---|---|---|---|
| 58 | CQS Select ABS Master Fund Limited<br><br>c/o CQS (UK) LLP<br>Attn: Legal Department<br>33 Chester Street - 5th Floor<br>London SW1X 7BL<br>United Kingdom | 4850 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$90,426,638.00 General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 59 | CQS ABS Master Fund Limited<br><br>c/o CQS (UK) LLP<br>Attn: Legal Department<br>33 Chester Street - 5th Floor<br>London SW1X 7BL<br>United Kingdom | 4851 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$717,240,689.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 60 | CQS ABS Master Fund Limited<br><br>c/o CQS (UK) LLP<br>Attn: Legal Department<br>33 Chester Street - 5th Floor<br>London SW1X 7BL<br>United Kingdom | 4856 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$717,240,689.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 61 | CQS ABS Master Fund Limited<br><br>c/o CQS (UK) LLP<br>Attn: Legal Department<br>33 Chester Street - 5th Floor<br>London SW1X 7BL<br>United Kingdom | 4857 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$410,757,595.00 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| 62 | CQS ABS Master Fund Limited<br><br>c/o CQS (UK) LLP<br>Attn: Legal Department<br>33 Chester Street - 5th Floor<br>London SW1X 7BL<br>United Kingdom | 4858 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$410,757,595.00 General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |

In re RESIDENTIAL CAPITAL, LLC, et al. (Case No. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit A to Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (Servicing Claims)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Debtor Claim Asserted Against | Case Number |
|---|---|---|---|---|---|---|
| 63 | CQS ABS Alpha Master Fund Limited<br><br>c/o CQS (UK) LLP<br>Attn: Legal Department<br>33 Chester Street - 5th Floor<br>London SW1X 7BL<br>United Kingdom | 4859 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$111,891,496.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 64 | CQS ABS Alpha Master Fund Limited<br><br>c/o CQS (UK) LLP<br>Attn: Legal Department<br>33 Chester Street - 5th Floor<br>London SW1X 7BL<br>United Kingdom | 4860 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$111,891,496.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 65 | CQS ABS Alpha Master Fund Limited<br><br>c/o CQS (UK) LLP<br>Attn: Legal Department<br>33 Chester Street - 5th Floor<br>London SW1X 7BL<br>United Kingdom | 4861 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$111,891,496.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 66 | CQS Select ABS Master Fund Limited<br><br>c/o CQS (UK) LLP<br>Attn: Legal Department<br>33 Chester Street - 5th Floor<br>London SW1X 7BL<br>United Kingdom | 4862 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$170,160,395.00 General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| 67 | CQS Select ABS Master Fund Limited<br><br>c/o CQS (UK) LLP<br>Attn: Legal Department<br>33 Chester Street - 5th Floor<br>London SW1X 7BL<br>United Kingdom | 4863 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$260,587,033.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |

In re RESIDENTIAL CAPITAL, LLC, et al. (Case No. 12-12020 (MG)) (JOINTLY ADMINISTERED)

Exhibit A to Order Granting Debtors' Forty-Sixth Omnibus Objection to Claims (Servicing Claims)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Debtor Claim Asserted Against | Case Number |
|---|---|---|---|---|---|---|
| 68 | CQS Select ABS Master Fund Limited<br><br>c/o CQS (UK) LLP<br>Attn: Legal Department<br>33 Chester Street - 5th Floor<br>London SW1X 7BL<br>United Kingdom | 4864 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$111,891,496.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 69 | CQS Select ABS Master Fund Limited<br><br>c/o CQS (UK) LLP<br>Attn: Legal Department<br>33 Chester Street - 5th Floor<br>London SW1X 7BL<br>United Kingdom | 4865 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$260,587,033.00 General Unsecured | Residential Capital, LLC | 12-12020 |