**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**ORDER GRANTING DEBTORS' FORTY-EIGHTH OMNIBUS OBJECTION
TO CLAIMS (BORROWER INSUFFICIENT DOCUMENTATION
AND NO LIABILITY BOOKS AND RECORDS CLAIMS)**

Upon the forty-eighth omnibus objection to claims, dated September 20, 2013 [Docket No. 5160] (the "Forty-Eighth Omnibus Claims Objection")[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), disallowing and expunging (i) the No Liability Borrower Claims on the basis that such claims have no basis in the Debtors' books and records, and (ii) the Insufficient Documentation Borrower Claims on the basis that such claims fail to explain the basis for the claim or attach any supporting documentation sufficient to support the claim, all as more fully described in the Forty-Eighth Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Forty-Eighth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Forty-Eighth Omnibus Claims Objection and the relief requested therein

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Forty-Eighth Omnibus Claims Objection.

being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Forty-Eighth Omnibus Claims Objection having been provided, and it appearing that no other or further notice need be provided; upon consideration of the Forty-Eighth Omnibus Claims Objection and the Declaration of Deanna Horst, the Declaration of Norman S. Rosenbaum and the Declaration of Robert D. Nosek, annexed to the Forty-Eighth Omnibus Claims Objection as <u>Exhibits 1-3</u>, respectively; and the Court having found and determined that the relief sought in the Forty-Eighth Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Forty-Eighth Omnibus Claims Objection establish just cause for the relief granted herein; and the Court having determined that the Forty-Eighth Omnibus Claims Objection complies with the Borrower Claim Procedures set forth in the Procedures Order; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Forty-Eighth Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on <u>Exhibit A</u> annexed hereto under the heading "Claims to be Disallowed and Expunged" (collectively, the "<u>No Liability Borrower Claims</u>") are disallowed and expunged with prejudice; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on <u>Exhibit B</u> annexed hereto (collectively, the "<u>Insufficient Documentation Borrower Claims</u>") are disallowed and expunged with prejudice; and it is further

2

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the No Liability Borrower Claims identified on the schedule attached as Exhibit A hereto and the Insufficient Documentation Borrower Claims identified on the schedule attached as Exhibit B hereto so that such claims are no longer maintained on the Debtors' claims register; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Forty-Eighth Omnibus Claims Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A or Exhibit B annexed to this Order, and the Debtors' and any party in interest's rights to object on any basis are expressly reserved with respect to any such claim not listed on Exhibit A or Exhibit B annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the No Liability Borrower Claims identified on Exhibit A, annexed hereto, and to each of the Insufficient Documentation Borrower Claim identified on Exhibit B, annexed hereto, as if each such No Liability Borrower Claim or Insufficient Documentation Borrower Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**SO ORDERED.**

**Dated:** November 20, 2013
New York, New York

                                         **/s/Martin Glenn**
                                           MARTIN GLENN
                                  United States Bankruptcy Judge

**Exhibit A**

12-12020-mg    Doc 5890    Filed 11/20/13    Entered 11/20/13 14:19:10    Main Document
   Pg 5 of 17

**Exhibit A**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-EIGHTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 1 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 4984 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | RCSFJV2004, LLC | 12-12051 |
| 2 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 4995 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | RAHI Real Estate Holdings, LLC | 12-12050 |
| 3 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5001 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | RAHI B, LLC | 12-12049 |
| 4 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5006 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Mortgage Exchange, LLC | 12-12059 |
| 5 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5014 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Consumer Services, LLC | 12-12058 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-EIGHTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 6 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5021 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Consumer Services of Texas, LLC | 12-12057 |
| 7 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5026 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Consumer Services of Ohio, LLC | 12-12056 |
| 8 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5031 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Consumer Services of Alabama, LLC | 12-12055 |
| 9 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5034 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Asset Securities Corporation | 12-12054 |
| 10 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5037 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Mortgage Real Estate Holdings, LLC | 12-12063 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-EIGHTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| | | | Claims to be Disallowed and Expunged | | | | |
| 11 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5040 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Mortgage Securities II, Inc. | 12-12061 |
| 12 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5047 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Mortgage Securities I, Inc. | 12-12060 |
| 13 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5051 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | RAHI A, LLC | 12-12048 |
| 14 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5052 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | PATI Real Estate Holdings, LLC | 12-12047 |
| 15 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5053 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | PATI B, LLC | 12-12046 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-EIGHTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 16 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5055 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | PATI A, LLC | 12-12045 |
| 17 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5057 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Passive Asset Transactions, LLC | 12-12044 |
| 18 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5059 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | RFC-GSAP Servicer Advance, LLC | 12-12064 |
| 19 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5062 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | RFC Asset Holdings II, LLC | 12-12065 |
| 20 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5361 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | RFC Asset Management, LLC | 12-12066 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-EIGHTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 21 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5362 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | RFC Borrower LLC | 12-12068 |
| 22 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5363 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | RFC REO LLC | 12-12070 |
| 23 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5364 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | RFC SFJV-2002, LLC | 12-12071 |
| 24 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5365 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | RFC Construction Funding, LLC | 12-12069 |
| 25 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5366 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMACR Mortgage Products, LLC | 12-12037 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-EIGHTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 26 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5367 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMACM REO LLC | 12-12036 |
| 27 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5369 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMACM Borrower LLC | 12-12035 |
| 28 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5372 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC RH Settlement Services, LLC | 12-12034 |
| 29 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5374 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Residential Holding Company, LLC | 12-12033 |
| 30 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5378 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Model Home Finance I, LLC | 12-12030 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-EIGHTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

## Claims to be Disallowed and Expunged

| # | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 31 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5379 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 32 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5380 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Executive Trustee Services, LLC | 12-12028 |
| 33 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5381 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | ETS of Washington, Inc. | 12-12027 |
| 34 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5383 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | ETS of Virginia, Inc. | 12-12026 |
| 35 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5385 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Equity Investment I, LLC | 12-12025 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-EIGHTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 36 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5386 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | DOA Properties IX (Lots-Other), LLC | 12-12023 |
| 37 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5387 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | EPRE LLC | 12-12024 |
| 38 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5388 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | DOA Holding Properties, LLC | 12-12022 |
| 39 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5390 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | ditech, LLC | 12-12021 |
| 40 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5391 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-EIGHTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| | | | Claims to be Disallowed and Expunged | | | | |
| 41 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5393 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 42 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5395 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |
| 43 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5399 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 44 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5400 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Real Estate Holdings, LLC | 12-12062 |
| 45 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5403 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Ladue Associates, Inc. | 12-12043 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-EIGHTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

## Claims to be Disallowed and Expunged

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 46 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5404 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 47 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5406 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial Real Estate Holdings, LLC | 12-12040 |
| 48 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5407 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Home Connects Lending Services, LLC | 12-12039 |
| 49 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5409 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | HFN REO Sub II, LLC | 12-12038 |
| 50 | Robert and Erica Tannor<br>11 Patriots Farm Place<br>Armonk, NY 10504 | 5410 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |

**Exhibit B**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-EIGHTH OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 1 | Eric S. Kaluqin, et al Class action law suits vs Ally Bank, ally Financial<br>Teddy Halstead<br>PO Box 985<br>New York, NY 10035-0306 | 2067 | 10/31/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 2 | GOEBEL, JEFFREY D & GOEBEL, MARCIA L<br>190 ZANE GREY DR<br>SEDONA, AZ 86336-3947 | 880 | 10/01/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 3 | TRANSAMERICA<br>c/o Espinoza, Esperanza<br>1239 Calle Picogordo<br>Rio Rico, AZ 85648-6629 | 708 | 09/24/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |