**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---

**ORDER GRANTING DEBTORS' FORTY-NINTH OMNIBUS OBJECTION TO**
**CLAIMS (NO LIABILITY BORROWER CLAIMS – BOOKS AND RECORDS)**

Upon the forty-ninth omnibus objection to claims, dated September 20, 2013 [Docket No. 5161] (the "Forty-Ninth Omnibus Claims Objection")[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), disallowing and expunging the No Liability Borrower Claims on the basis that such claims have no basis in the Debtors' books and records, all as more fully described in the Forty-Ninth Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Forty-Ninth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Forty-Ninth Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Forty-Ninth Omnibus Claims Objection having been

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Forty-Ninth Omnibus Claims Objection.

provided, and it appearing that no other or further notice need be provided; upon consideration of the Forty-Ninth Omnibus Claims Objection and the Declaration of Deanna Horst, the Declaration of Norman S. Rosenbaum and the Declaration of Robert D. Nosek, annexed to the Forty-Ninth Omnibus Claims Objection as <u>Exhibits 1-3</u>, respectively; and the Court having found and determined that the relief sought in the Forty-Ninth Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Forty-Ninth Omnibus Claims Objection establish just cause for the relief granted herein; and the Court having determined that the Forty-Ninth Omnibus Claims Objection complies with the Borrower Claim Procedures set forth in the Procedures Order; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Forty-Ninth Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on <u>Exhibit A</u> annexed hereto under the heading "Claims to be Disallowed and Expunged" (collectively, the "<u>No Liability Borrower Claims</u>") are disallowed and expunged with prejudice; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the No Liability Borrower Claims identified on the schedule attached as <u>Exhibit A</u> hereto so that such claims are no longer maintained on the Debtors' claims register; and it is further

ORDERED that the following matters relating to the No Liability Borrower Claims shall be adjourned to the omnibus hearing scheduled for December 11, 2013 at 10:00 a.m. (EST):

2

- Randall Branson (Claim No. 2063);

- Virginia Mattson (Claim No. 3453)

- Ramona M. Roberts (Claim No. 1948)

- Roger J. and Karen Evans (Claim No. 3528)

- George M. Geeslin (Claim No. 2884)

- Deborah L. Wetzel (Claim No. 2239)

- William J Futrell (Claim No. 725)

- Douglas and Irene Schmidt (Claim No. 2024)

- James Ladd and Anne Ladd (Claim No. 4722)

- Mary R. Biancavilla (Claim No. 4397); and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Forty-Ninth Omnibus Claims Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A annexed to this Order, and the Debtors' and any party in interest's rights to object on any basis are expressly reserved with respect to any such claim not listed on Exhibit A annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the No Liability Borrower Claims identified on <u>Exhibit A</u>, annexed hereto, as if each such No Liability Borrower Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**SO ORDERED.**

**Dated:**  November 20, 2013
    New York, New York

                                                          <u>    /s/Martin Glenn       </u>
                                                             MARTIN GLENN
                                      United States Bankruptcy Judge

**<u>Exhibit A</u>**

12-12020-mg    Doc 5891    Filed 11/20/13    Entered 11/20/13 14:21:37    Main Document
Pg 5 of 9

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-NINTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|
| | | | Claims to be Disallowed and Expunged | | | | | |
| 1 | BENEDICT, JENNIFER<br>411 W MAPLE AVE STE G<br>INDEPENDENCE, MO 64050 | 1076 | 10/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$164,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | Loan Modification Claim | 8 |
| 2 | Cassius H. Gray<br>3420 Quito Place<br>Dulles, VA 20189-3420 | 2528 | 11/06/2012 | $424,783.45 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Origination Issues Claim; Loan Modification Claim | 8, 9 |
| 3 | Christy Lynn Spector<br>1031 Trinita Terrace<br>Davis, CA 95618 | 3442 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$450,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Loan Modification Claim | 8 |
| 4 | Dennis D. Dunn<br>400 E. Park St<br>Harvard, IL 60033 | 4761 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$130,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Loan Modification Claim | 8 |
| 5 | DOROTHY AND WAYNE HARVEY<br>2627 S 18TH<br>ASPEN CONTRACTING<br>KANSAS CITY, KS 66106 | 3886 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$138,305.36 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Loan Modification Claim | 8 |
| 6 | Eunice Esparza<br>6530 W. Pershing<br>Berwyn, IL 60402 | 3946 | 11/09/2012 | $72,545.00 Administrative Priority<br>$0.00 Administrative Secured<br>$254,545.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Loan Modification Claim | 8 |
| 7 | Everado L. Velasco<br>22601 Baker Road<br>Bakersfield, CA 93314 | 1990 | 10/30/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$134,094.19 General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim; Loan Modification Claim | 8, 9 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-NINTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|
| 8 | Hope G. Sloan<br>9335 Rainbow Creek<br>San Antonio, TX 78245 | 2255 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$148,346.68 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Loan Modification Claim | 8 |
| 9 | Ivan Norberg<br>15998 Cambrian Drive<br>San Leandro, CA 94578 | 4538 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | Origination Issues Claim; Loan Modification Claim; Wrongful Foreclosure Claim | 8, 9-10 |
| 10 | Jason D. Emert<br>882 Castleman Branch Road<br>Shepherdsville, KY 40165 | 5996 | 11/20/2012 | $143,428.88 Administrative Priority<br>$0.00 Administrative Secured<br>$143,428.88 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Loan Modification Claim | 8 |
| 11 | John E. Koerner<br>P.O. Box 24<br>Williston Park, NY 11596 | 1604 | 10/24/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$217,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim; Loan Modification Claim | 8, 9 |
| 12 | John Koerner<br>P.O. Box 24<br>Williston Park, NY 11596 | 4829 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$217,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim; Loan Modification Claim | 8, 9 |
| 13 | Loretta M. Badman<br>Thomas L Lightner, Esquire<br>4652 Hamilton Blvd.<br>Allentown, PA 18103 | 3844 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$148,092.30 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Loan Modification Claim | 8 |
| 14 | MICHAEL M KURBS AND BAKER RESTORATION SVCS LLC & DALTON DIRECT FL COVE<br>291 HARMONY LAKE DR<br>HOLLY SPRINGS, GA 30115 | 1210 | 10/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$375,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Loan Modification Claim | 8 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-NINTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | | Claims to be Disallowed and Expunged | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
| 15 | Pamela S. James Robin T. James<br>27701 James Road<br>Laurel, DE 19956 | 3800 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$244,223.19 General Unsecured | Residential Capital, LLC | 12-12020 | Loan Modification Claim; Wrongful Foreclosure Claim | 8, 9-10 |
| 16 | Ramiro Nafarrate<br>8836 Spring Canyon Dr<br>Spring Valley, CA 91977 | 3786 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$147,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Loan Modification Claim | 8 |
| 17 | Rodney Boone<br>7518 W. Ave A<br>Lancaster, CA 93536 | 2078 | 11/01/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$190,401.19 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Loan Modification Claim | 8 |
| 18 | Rodrick Gillespie<br>10256 Carlotta Avenue<br>Buena Park, CA 90260 | 4728 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | Origination Issues Claim; Loan Modification Claim; Wrongful Foreclosure Claim | 8, 9-10 |
| 19 | Vanessa Livingston<br>175 Terrace Drive<br>Vista, CA 95084 | 4580 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | Origination Issues Claim; Loan Modification Claim; Wrongful Foreclosure Claim | 8, 9-10 |
| 20 | Velma Irwin<br>2900 N Grove Place<br>Oklahoma City, OK 73127 | 4642 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | Origination Issues Claim; Loan Modification Claim; Wrongful Foreclosure Claim | 8, 9-10 |
| 21 | William John Kaska Jr. & Amy Jo Lynn Showen-Kaska<br>206 Wood Duck Way<br>Springfield, GA 31329 | 4400 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$182,029.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Loan Modification Claim | 8 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-NINTH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|---|
| 22 | William R. Fix<br>P.O. Box 297<br>Jackson, WY 83001 | 3897 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,860,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Loan Modification Claim | 8 |