**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— )
                                                          )
In re:                                                )    Case No. 12-12020 (MG)
                                                          )
RESIDENTIAL CAPITAL, LLC, *et al.*,    )    Chapter 11
                                                          )
                                  Debtors.      )    Jointly Administered
———————————————————————— )

### ORDER GRANTING DEBTORS' FIFTIETH OMNIBUS OBJECTION TO CLAIMS
### (NO LIABILITY BORROWER CLAIMS – BOOKS AND RECORDS)

Upon the fiftieth omnibus objection to claims, dated September 20, 2013 [Docket

No. 5162] (the "Fiftieth Omnibus Claims Objection")[1] of Residential Capital, LLC and its

affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession

(collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of

the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus

objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), disallowing and

expunging the No Liability Borrower Claims on the basis that such claims have no basis in the

Debtors' books and records, all as more fully described in the Fiftieth Omnibus Claims

Objection; and it appearing that this Court has jurisdiction to consider the Fiftieth Omnibus

Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Fiftieth

Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409; and due and proper notice of the Fiftieth Omnibus Claims Objection having been

---

[1]    Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms
        in the Fiftieth Omnibus Claims Objection.

provided, and it appearing that no other or further notice need be provided; upon consideration of

the Fiftieth Omnibus Claims Objection and the Declaration of Deanna Horst, the Declaration of

Norman S. Rosenbaum and the Declaration of Robert D. Nosek, annexed to the Fiftieth Omnibus

Claims Objection as <u>Exhibits 1-3</u>, respectively; and the Court having found and determined that

the relief sought in the Fiftieth Omnibus Claims Objection is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

the Fiftieth Omnibus Claims Objection establish just cause for the relief granted herein; and the

Court having determined that the Fiftieth Omnibus Claims Objection complies with the

Borrower Claim Procedures set forth in the Procedures Order; and after due deliberation and

sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fiftieth Omnibus Claims Objection is

granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on <u>Exhibit A</u> annexed hereto under the heading "Claims to be Disallowed and Expunged"

(collectively, the "<u>No Liability Borrower Claims</u>") are disallowed and expunged with prejudice;

and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and

noticing agent, is directed to disallow and expunge the No Liability Borrower Claims identified

on the schedule attached as <u>Exhibit A</u> hereto so that such claims are no longer maintained on the

Debtors' claims register; and it is further

ORDERED that the following matters relating to the No Liability Borrower

Claims shall be adjourned to the omnibus hearing scheduled for December 11, 2013 at

10:00 a.m. (EST):

- Guerrino Degli Esposti (Claim No. 2104);

- Gerald Gandrup (Claim No. 4167)

- Allison L. Randle (Claim No. 4199)

- Stewart Title Guaranty Company (Claim No. 1400);

- Phillip G. Wright (Claim No. 4600); and it is further

ORDERED that the following matters relating to the No Liability Borrower Claims shall be adjourned to the omnibus hearing scheduled for January 9, 2014 at 10:00 a.m. (EST):

- Neville Evans and Maribeth Evans (Claim Nos. 5267 and 5272); and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Fiftieth Omnibus Claims Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A annexed to this Order, and the Debtors' and any party in interest's rights to object on any basis are expressly reserved with respect to any such claim not listed on Exhibit A annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the No Liability Borrower Claims identified on Exhibit A, annexed hereto, as if each such No Liability Borrower Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**SO ORDERED.**

**Dated:**  November 20, 2013
New York, New York

_____/s/Martin Glenn_____
MARTIN GLENN
United States Bankruptcy Judge

**<u>Exhibit A</u>**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTIETH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Claims to be Disallowed and Expunged** | | | | | | | | |
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
| 1 | A. William Reid<br>T Wayne Williams, Esq<br>Williams De Loactch, PC<br>924 Professional Place, Suite B<br>Chesapeake, VA 23320 | 4565 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | Escrow Issues Claim | 9 |
| 2 | Alejandrina Diaz<br>955 Andora Ave<br>Coral Gables, FL 33146 | 1998 | 10/30/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$192,587.50 General Unsecured | Residential Capital, LLC | 12-12020 | Origination Issues Claim | 8 |
| 3 | Alfred, Dionne<br>DIONNE ALFRED, CHARLES WILLIAMS & JANICE KELLY VS GREENPOINT MRTG MERS GMAC MRTG ETS SVCS, LLC US BANKS NA ARICO & ET AL<br>1414 1/2 West 132nd Street<br>Gardena, CA 90249 | 3551 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$17,500.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Litigation Settled with Release Claim | 12 |
| 4 | Alice Arant- Cousins and Richard F Cousins<br>1624 W Lewis Ave<br>Phoenix, AZ 85007 | 2400 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$182,200.00 Secured<br>$0.00 Priority<br>$103,800.00 General Unsecured | Residential Capital, LLC | 12-12020 | Standing Issues Claim | 10 |
| 5 | Alicia D. Kates<br>5 Dartmouth Ave.<br>Somerdale, NJ 08083 | 1537 | 10/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$190,000.00 General Unsecured | EPRE LLC | 12-12024 | General No Liability Claim | 8 |
| 6 | ANDREW D DUNAVANT JR AND MARY F DUNAVANT VS USAA FEDERAL SAVINGS BANK AND GMAC MORTGAGE LLC<br>WOOLLEY EDGE and GRIMSLEY LLC<br>21 S SECTION ST<br>FAIRHOPE, AL 36532 | 4739 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 | Litigation Dismissed with Prejudice Claim | 11-12 |
| 7 | Ann J Polk<br>PO Box 575<br>Salem, NJ 08079-0575 | 6441 | 02/01/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | Escrow Issues Claim | 9 |
| 8 | Armstrong, Eugene, Peggy & Richard<br>John F. Wiley, Esquire<br>J Frederick Wiley PLLC<br>180 Chancery Row<br>Morgantown, WV 26505 | 4459 | 11/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$691,105.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | General No Liability Claim | 8 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTIETH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|---|
| 9 | Audie Reynolds<br>PO Box 96<br>Scottsdale, AZ 85252 | 2607 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$156,798.53 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Litigation Settled with Release Claim; Wrong Debtor Claim | 12, 13 |
| 10 | Audie Reynolds<br>PO Box 96<br>Scottsdale, AZ 85252 | 2608 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$156,798.53 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Executive Trustee Services, LLC | 12-12028 | Litigation Settled with Release Claim | 12 |
| 11 | Audie Reynolds<br>PO Box 96<br>Scottsdale, AZ 85252 | 2609 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$156,798.53 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage USA Corporation | 12-12031 | Litigation Settled with Release Claim; Wrong Debtor Claim | 12, 13 |
| 12 | Audie Reynolds<br>PO Box 96<br>Scottsdale, AZ 85252 | 2610 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$156,798.53 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Litigation Settled with Release Claim | 12 |
| 13 | Audie Reynolds<br>PO Box 96<br>Scottsdale, AZ 85252 | 2611 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$156,798.53 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial Real Estate Holdings, LLC | 12-12040 | Litigation Settled with Release Claim; Wrong Debtor Claim | 12, 13 |
| 14 | Audie Reynolds<br>PO Box 96<br>Scottsdale, AZ 85252 | 2612 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$156,798.53 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 | Litigation Settled with Release Claim; Wrong Debtor Claim | 12, 13 |
| 15 | Audie Reynolds<br>PO Box 96<br>Scottsdale, AZ 85252 | 2613 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$156,798.53 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Litigation Settled with Release Claim; Wrong Debtor Claim | 12, 13 |
| 16 | Becky A. Raskiewicz<br>PO Box 2303<br>Columbia Falls, MT 59912 | 2524 | 11/06/2012 | $0.00<br>$0.00<br>$445,673.91<br>$757.97<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Wrongful Foreclosure Claim | 9-10 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTIETH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|---|
| 17 | Bert and April Walling<br>108 Laurel Drive<br>Weslaco, TX 78596 | 3440 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | General No Liability Claim | 8 |
| 18 | Bogdan Nykiel and Patrycja Nykiel<br>Jonathan Koyn<br>1038 Sterling Avenue, Suite 217<br>Flossmoor, IL 60422 | 4197 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 | Wrongful Foreclosure Claim | 9-10 |
| 19 | Candy Shively<br>Shore Line Realty & Associates, Inc<br>1407 Viscaya Pkwy # 2<br>Cape Coral, FL 33990 | 1714 | 10/25/2012 | $0.00<br>$0.00<br>$445,039.56<br>$0.00<br>$0.44 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Wrongful Foreclosure Claim | 9-10 |
| 20 | Carol Ann Kocar<br>c/o Margulies Faith LLP<br>16030 Ventura Blvd, Ste 470<br>Encino, CA 91436 | 5069 | 11/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$437,298.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Litigation Dismissed with Prejudice Claim | 11-12 |
| 21 | Ceceley Chapman<br>The Law Offices of Pamela M. Loughman<br>260 Haverford Avenue<br>Narberth, PA 19072 | 2375 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Wrongful Foreclosure Claim; Wrong Debtor Claim | 9-10. 13 |
| 22 | Ceceley Chapman<br>The Law Offices of Pamela M. Loughman<br>260 Haverford Avenue<br>Narberth, PA 19072 | 2376 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Funding Company, LLC | 12-12019 | Wrongful Foreclosure Claim; Wrong Debtor Claim | 9-10. 13 |
| 23 | Ceceley Chapman<br>The Law Offices of Pamela M. Loughman<br>260 Haverford Avenue<br>Narberth, PA 19072 | 2377 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Wrongful Foreclosure Claim | 9-10 |
| 24 | Ceceley Chapman<br>The Law Offices of Pamela M. Loughman<br>260 Haverford Avenue<br>Narberth, PA 19072 | 2378 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 | Wrongful Foreclosure Claim; Wrong Debtor Claim | 9-10. 13 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTIETH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|---|
| 25 | Ceceley Chapman<br>The Law Offices of Pamela M. Loughman<br>260 Haverford Avenue<br>Narberth, PA 19072 | 2379 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 | Wrongful Foreclosure Claim; Wrong Debtor Claim | 9-10, 13 |
| 26 | Chadwick J. Dudley<br>10530 White Lake Court<br>Tampa, FL 33626 | 1582 | 10/23/2012 | $0.00<br>$0.00<br>$838,500.00<br>$0.00<br>$490,191.43 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Wrongful Foreclosure Claim | 9-10 |
| 27 | CHIN HUANG LEE AND MAN LEI<br>95 WALNUT TREE HILL RD<br>HUANG AND BRUNETTI AND SONS PROPERTY<br>SANDY HOOK, CT 06482 | 4570 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$150,537.25<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | General No Liability Claim | 8 |
| 28 | Christopher R Greer And Ronna L Greer Husband and Wife<br>Christopher R Greer And Ronna L Greer<br>8040 Tuscarora Road NW<br>Albuquerque, NM 87114-5901 | 1987 | 10/30/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$161,166.42 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Standing Issues Claim; General No Liability Claim | 8, 10 |
| 29 | Clifton Boyd Woods Sr.<br>C/O 213 Cottondale Drive<br>Brownsville, TN 38012 | 3536 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$180,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Standing Issues Claim | 10 |
| 30 | Corrine L. Cline<br>17001 Tennyson Pl.<br>Granada Hills, CA 91344 | 3621 | 11/08/2012 | $0.00<br>$0.00<br>$469,859.30<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Origination Issues Claim | 8 |
| 31 | Courtney Alsobrook<br>c/o Bern A. Mortberg, Attorney at Law<br>3724 Norwich Lane<br>Plano, TX 75025 | 5590 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$350,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Litigation Dismissed with Prejudice Claim | 11-12 |
| 32 | Darrylin Wenzel Young<br>Breeden Law Firm, LLC<br>Patrick D. Breeden & P Michael Breeden<br>830 Union St., Ste 300<br>New Orleans, LA 70112 | 2124 | 11/02/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Litigation Dismissed without Prejudice Claim | 12 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTIETH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|---|
| 33 | Dave Bellot<br>3827 Garden Way<br>Missouri City, TX 77459 | 4882 | 11/15/2012 | $0.00<br>$0.00<br>$112,400.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim | 8 |
| 34 | David L Smith & Cheryl A Smith<br>6090 E 100 S<br>Columbus, IN 47201 | 3902 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$231,719.43 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Escrow Issues Claim | 9 |
| 35 | David Orwick<br>Richard F. Hussey, P.A.<br>PO Box 14333<br>Fort Lauderdale, FL 33302 | 4375 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Litigation Dismissed with Prejudice Claim | 11-12 |
| 36 | Deborah Jinkerson<br>2662 Bonniebrook Dr<br>Maryland Heights, MO 63043-0000 | 1645 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Wrongful Foreclosure Claim | 9-10 |
| 37 | Dennis Giannias<br>564 B Lowell Street<br>Peabody, MA 01960 | 4124 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$650,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Origination Issues Claim | 8 |
| 38 | Dianna Neace<br>4343 Maycrest Ave.<br>Los Angeles, CA 90032 | 3965 | 11/09/2012 | $0.00<br>$0.00<br>$278,000.00<br>$0.00<br>$222,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim | 8 |
| 39 | Dustin L Spangler<br>LGH<br>6788 South 1300 East<br>Cottonwood Heights, UT 84121 | 2211 | 11/05/2012 | $0.00<br>$0.00<br>$407,236.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Standing Issues Claim | 10 |
| 40 | Edmund James Ryan<br>6731 Stanley Ave.<br>Carmichael , CA 95608 | 2374 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$650,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Executive Trustee Services, LLC | 12-12028 | Standing Issues Claim | 10 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTIETH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Claims to be Disallowed and Expunged** | | | | | |
| 41 | Edmund James Ryan<br>6731 Stanley Ave.<br>Carmichael , CA 95608 | 2395 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$650,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Standing Issues Claim | 10 |
| 42 | Edward A Morris and Jewell D Morris<br>7140 S. Sunnycrest Rd.<br>Seattle, WA 98178 | 1947 | 10/29/2012 | $0.00<br>$0.00<br>$260,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Standing Issues Claim | 10 |
| 43 | Evelyn Mearidy<br>5624 Robertson Ave<br>Baton Rouge, LA 70805 | 4366 | 11/09/2012 | $0.00<br>$0.00<br>$190,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Wrongful Foreclosure Claim | 9-10 |
| 44 | Everett A Blakeley<br>2723 Janice Drive<br>High Point, NC 27263 | 4922 | 11/15/2012 | $0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Escrow Issues Claim | 9 |
| 45 | Faeze and Cyrus Shahrzad<br>Denbeaux & Denbeaux<br>366 Kinderkamack Road<br>Westwood, NJ 07675-1675 | 1107 | 10/10/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,500,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim; Wrong Debtor Claim | 8, 13 |
| 46 | FELICE AND CURTIS HUSKINS AND<br>4011 LUNAR DR #A<br>FELICE HUSKINS SCHILLING<br>ANCHORAGE, AK 99504 | 3499 | 11/07/2012 | $0.00<br>$0.00<br>$423,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | General No Liability Claim | 8 |
| 47 | Fricke, Richard<br>DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR RALI<br>2005QS9 VS. RICHARD J. FRICKE, ET AL (NEED CAPTION FROM COMPLAINT)<br>700 Warren Road, APT 19-1-F<br>Ithaca, NY 14850 | 879 | 10/01/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$312,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Wrongful Foreclosure Claim | 9-10 |
| 48 | Gary W. Smith<br>14010 Chamy Drive<br>Reno, NV 89521 | 3704 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$109,651.32 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Litigation Dismissed without Prejudice Claim | 12 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTIETH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claims to be Disallowed and Expunged | | | | |
| 49 | Genevieve K. Capozzoli<br>5 Tudor City Place #619<br>New York, NY 10017 | 4910 | 11/15/2012 | $75,000.00<br>$0.00<br>$189,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Wrongful Foreclosure Claim | 9-10 |
| 50 | GMAC Mortgage LLC Mortgage Electronic Registration Systems Inc Wells Fargo Bank NA As trustee for Harborview et al<br>LAW OFFICES OF MICHAEL YESK<br>70 DORAY DR STE 16<br>PLEASANT HILL, CA 94523 | 994 | 10/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,802,500.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Litigation Voluntarily Dismissed Claim | 12-13 |
| 51 | GREGORY D. SCHROTH<br>NANCY K. SCHROTH<br>9465 RIDGE RD<br>GOODRICH, MI 48438 | 658 | 09/24/2012 | $0.00<br>$0.00<br>$350,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Interest Rates Claim | 11 |
| 52 | HALL, MARTIN<br>GMAC MRTG,LLC VS MARTIN S HALL AKA MARTIN SCOTT HALL CHICAGO TITLE LAND TRUST CO AS TRUSTEE UTA DATED 3/26/07 AKA TRUS ET AL<br>PO BOX 301<br>BARRINGTON, IL 60011-0301 | 872 | 10/01/2012 | $0.00<br>$0.00<br>$0.00<br>$14,000.00<br>$27,267.83 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Litigation Dismissed without Prejudice Claim | 12 |
| 53 | Henry DeLery<br>Reginald Roberts, Jr.<br>355 S. Grand Ave, Suite 2450<br>Los Angeles, CA 90071 | 564 | 09/19/2012 | $0.00<br>$0.00<br>$311,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Origination Issues Claim | 8 |
| 54 | Jay Williams<br>5731 Post Rd.<br>Bronx, NY 10471 | 6295 | 12/03/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$595,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Origination Issues Claim | 8 |
| 55 | Jeanann Muckridge<br>856 Gina Lane<br>San Marcos, CA 92069 | 4627 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim | 8 |
| 56 | Jesse Olivarez and Anna M. Hernandez<br>4121 Merlet Dr<br>Pearland, TX 77584 | 2081 | 11/01/2012 | $0.00<br>$0.00<br>$204,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim | 8 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTIETH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|---|
| 57 | John and Anna Santos<br>R. Steven Geshell, Esq.<br>345 Queen Street, Suite #709<br>Honolulu, HI 46813 | 1239 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$150,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Wrongful Foreclosure Claim | 9-10 |
| 58 | John D. and Leni Sweeney<br>P.O. Box 17387<br>Reno, NV 89511 | 2245 | 11/05/2012 | $0.00<br>$0.00<br>$296,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim | 8 |
| 59 | John Murrin<br>7045 Los Santos Dr<br>Long Beach, CA 90815 | 4670 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$300,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Standing Issues Claim | 10 |
| 60 | John Sprouse<br>1601 N Sepulveda Blvd., #631<br>Manhattan Beach, CA 90266 | 4588 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Litigation Dismissed with Prejudice Claim | 11-12 |
| 61 | John Sprouse<br>1601 N Sepulveda Blvd., #631<br>Manhattan Beach, CA 90266 | 4897 | 11/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Litigation Dismissed with Prejudice Claim | 11-12 |
| 62 | John Sprouse<br>1601 N Sepulveda Blvd., #631<br>Manhattan Beach, CA 90266 | 4898 | 11/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Litigation Dismissed with Prejudice Claim | 11-12 |
| 63 | John Sprouse<br>1601 N Sepulveda Blvd., #631<br>Manhattan Beach, CA 90266 | 4900 | 11/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Litigation Dismissed with Prejudice Claim | 11-12 |
| 64 | John Sprouse<br>1601 N Sepulveda Blvd., #631<br>Manhattan Beach, CA 90266 | 4901 | 11/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Litigation Dismissed with Prejudice Claim | 11-12 |

Claims to be Disallowed and Expunged

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTIETH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|---|
| 65 | John Sprouse<br>1601 N Sepulveda Blvd., #631<br>Manhattan Beach, CA 90266 | 4903 | 11/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Litigation Dismissed with Prejudice Claim | 11-12 |
| 66 | John Sprouse<br>1601 N Sepulveda Blvd., #631<br>Manhattan Beach, CA 90266 | 4941 | 11/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Litigation Dismissed with Prejudice Claim | 11-12 |
| 67 | John Sprouse<br>1601 N Sepulveda Blvd., #631<br>Manhattan Beach, CA 90266 | 4943 | 11/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Litigation Dismissed with Prejudice Claim | 11-12 |
| 68 | Jonathan Somera<br>118 Tamarack Dr<br>Hercules, CA 94547 | 5427 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$270,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 | Litigation Voluntarily Dismissed Claim | 12-13 |
| 69 | Joseph C. Maneri<br>113 Avenue A<br>Holbrook, NY 11741 | 1888 | 10/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,800,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim; Wrongful Foreclosure Claim | 8, 9 |
| 70 | Karen & Paul Six<br>4037 Compass Rose Way<br>Las Vegas, NV 89108 | 4932 | 11/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$104,263.71 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim | 8 |
| 71 | Karen Mobley Gunn Estate<br>C/O 2095 Exeter Road, Suite 80<br>Germantown, TN 38138 | 2372 | 11/05/2012 | $0.00<br>$0.00<br>$245,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Litigation Voluntarily Dismissed Claim | 12-13 |
| 72 | Keith Pelzel vs LSI Title Agency Inc GMAC Mortgage LLC Homecomings Financial Network Inc First American Title et al<br>Natural Resource Law Group<br>2217 NW Market St Ste 27<br>SEATTLE, WA 98107 | 4640 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$550,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 | Litigation Settled with Release Claim | 12 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTIETH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|---|
| 73 | Kenneth Scott Cousens and Jerry Lee Berneathy<br>Kenneth Cousens<br>27475 Ynez Rd. #438<br>Temecula, CA 92591 | 3790 | 11/08/2012 | $0.00<br>$0.00<br>$750,000.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Litigation Dismissed with Prejudice Claim | 11-12 |
| 74 | Kevin C. Kovacs<br>1876 Highpoint Road<br>PO Box 413<br>Coopersburg, PA 18036 | 1275 | 10/15/2012 | $0.00<br>$0.00<br>$346,004.70<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Standing Issues Claim | 10 |
| 75 | Krista Dagmar Rector and Michael Clay Thompson<br>147 Healdsburg Avenue<br>Cloverdale, CA 95425 | 1166 | 10/11/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim | 8 |
| 76 | Leslie Gilliam<br>15832 S. 7th Drive<br>Phoenix, AZ 85045 | 5674 | 11/16/2012 | $127,743.80<br>$0.00<br>$17,000.00<br>$0.00<br>$110,743.80 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Wrongful Foreclosure Claim | 9-10 |
| 77 | Lilia B. Medrano<br>2402 Ave Terrace NW<br>Winter Haven, FL 33880 | 3466 | 11/05/2012 | $0.00<br>$0.00<br>$128,000.00<br>$0.00<br>$183,111.11 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Standing Issues Claim | 10 |
| 78 | Lillie Young - Alexander<br>6356 Goral Court<br>Waldorf, MD 20603 | 3913 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$292,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Standing Issues Claim | 10 |
| 79 | Linda Marie McCarthy<br>120 Punakea Loop<br>Lahaina, HI 96761 | 1975 | 10/29/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$233,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Origination Issues Claim | 8 |
| 80 | Loretta V. Kelaher<br>123 Clermont Ave<br>Brooklyn, NY 11205 | 2484 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$152,179.22 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Escrow Issues Claim | 9 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTIETH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|---|
| 81 | Louise M. Webb<br>6788 South 1300 East<br>Cottonwood Heights, UT 84121 | 2105 | 11/02/2012 | $0.00<br>$0.00<br>$132,500.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Standing Issues Claim | 10 |
| 82 | Maria Chavez<br>1881 Mitchell Avenue #70<br>Tustin, CA 92780 | 4608 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Standing Issues Claim; Wrongful Foreclosure Claim | 9, 10 |
| 83 | Martha G Lindelow<br>68 River Drive<br>Ormond Beach, FL 32176 | 5652 | 11/16/2012 | $0.00<br>$0.00<br>$85,000.00<br>$35,000.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Escrow Issues Claim; Credit Reporting Issues Claim | 9, 10-11 |
| 84 | Mary Ellen Farrell<br>Law Office of Suzanne C. Quinonez, P.A.<br>P.O. Box 130<br>Middleburg, FL 32050 | 3485 | 11/07/2012 | $0.00<br>$0.00<br>$334,610.66<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Standing Issues Claim | 10 |
| 85 | Mary Luz-Johnsen<br>1510 SW 32nd Ter<br>Cape Coral, FL 33914 | 1852 | 10/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$297,074.78 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Wrongful Foreclosure Claim | 9-10 |
| 86 | Mary Murphy<br>6622 Estate View Drive South<br>Blacklick, OH 43004 | 4663 | 11/13/2012 | $0.00<br>$0.00<br>$251,000.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Origination Issues Claim | 8 |
| 87 | Michelle and Dustin Bunker<br>1124 East Gadzooks Drive<br>Sandy, UT 84094 | 2132 | 11/02/2012 | $0.00<br>$0.00<br>$499,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim | 8 |
| 88 | Nancy A. Kisting<br>PO Box 127<br>Waunakee, WI 53597-0127 | 6426 | 01/07/2013 | $0.00<br>$0.00<br>$0.00<br>$395,844.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Wrongful Foreclosure Claim | 9-10 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTIETH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|---|
| | **Claims to be Disallowed and Expunged** | | | | | | | | |
| 89 | Natalie Santana
6214 Walnut Creek Road
Reno, NV 89523 | 2367 | 11/05/2012 | $0.00
$0.00
$125,600.00
$0.00
$128,339.34 | Administrative Priority
Administrative Secured
Secured
Priority
General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim | 8 |
| 90 | Natural Resource Law Group, PLLC - Jill Smith, Attorney
KEITH PELZEL VS LSI TITLE AGENCY INC GMAC MRTG, LLC HOMECOMINGS FINANCIAL
NETWORK INC FIRST AMERICAN TITLE INSURANCE ET AL
2217 NW Market Street, Suite 27, P.O. Box 17741
Seattle, WA 98127-1300 | 4685 | 11/13/2012 | $0.00
$0.00
$0.00
$0.00
$60,000.00 | Administrative Priority
Administrative Secured
Secured
Priority
General Unsecured | Homecomings Financial, LLC | 12-12042 | Litigation Settled with Release Claim | 12 |
| 91 | Orlando D. Taglienti
130 Big Sky Trail
Georgetown, TX 78633 | 3668 | 11/08/2012 | $0.00
$0.00
$163,959.00
$0.00
$0.00 | Administrative Priority
Administrative Secured
Secured
Priority
General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim; Wrongful Foreclosure Claim | 8, 9 |
| 92 | Orlena Lawson
78 Cedar St 2nd Fl
Brooklyn, NY 11221 | 5801 | 11/20/2012 | $0.00
$0.00
$502,863.78
$0.00
$0.00 | Administrative Priority
Administrative Secured
Secured
Priority
General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim | 8 |
| 93 | Paul Joseph Powderly
522 South Helena Street
Anaheim, CA 92805-4530 | 5741 | 11/19/2012 | $0.00
$0.00
$280,000.00
$390,054.00
$390,054.00 | Administrative Priority
Administrative Secured
Secured
Priority
General Unsecured | Residential Capital, LLC | 12-12020 | Litigation Dismissed without Prejudice Claim | 12 |
| 94 | Penny Sargent
c/o Boudreau Law Offices, PC
190 Riverside Steet, Unit 4A
Portland, ME 04103 | 2785 | 11/07/2012 | $0.00
$0.00
$0.00
$0.00
$228,025.27 | Administrative Priority
Administrative Secured
Secured
Priority
General Unsecured | Residential Capital, LLC | 12-12020 | Origination Issues Claim | 8 |
| 95 | R Laine Lee
6788 South 1300 East
Cottonwood Heights, UT 84121 | 2133 | 11/02/2012 | $0.00
$0.00
$239,000.00
$0.00
$0.00 | Administrative Priority
Administrative Secured
Secured
Priority
General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim | 8 |
| 96 | Raleigh Bunker
9299 South Hidden Peak Drive
West Jordan, UT 84088 | 2136 | 11/02/2012 | $0.00
$0.00
$535,000.00
$0.00
$0.00 | Administrative Priority
Administrative Secured
Secured
Priority
General Unsecured | Residential Capital, LLC | 12-12020 | Standing Issues Claim | 10 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTIETH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|
| | **Claims to be Disallowed and Expunged** | | | | | | | |
| 97 | Richard F. Cousins and Alice Arant-Cousins<br>1624 W. Lewis Avenue<br>Phoenix, AZ 85007 | 2356 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$104,458.78 General Unsecured | Residential Capital, LLC | 12-12020 | Standing Issues Claim | 10 |
| 98 | Robert A. Kirk<br>12 Atlantic Way<br>Rockaway Pt., NY 11697 | 1601 | 10/25/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$130,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | Wrongful Foreclosure Claim | 9-10 |
| 99 | Robert D. House<br>2525 Banegher Way<br>Duluth, GA 30097 | 4592 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$37,006,313.76 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Standing Issues Claim | 10 |
| 100 | Robert Gregory Patrick<br>316 Elliott Road<br>Fort Walton Beach, FL 32548 | 3608 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$196,790.75 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Wrongful Foreclosure Claim | 9-10 |
| 101 | ROSARIO ALESSI<br>P.O. BOX 338<br>GILBERTSVILLE, NY 13776 | 1917 | 10/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$117,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | Standing Issues Claim | 10 |
| 102 | Ryan T. Zohner<br>Lou Gehrig Harris, PC<br>6790 South 1300 East<br>Cottonwood Heights, UT 84121 | 2138 | 11/02/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$175,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Standing Issues Claim | 10 |
| 103 | Sarah R. Brandenburg<br>PO Box 113<br>Malo, WA 99150 | 3729 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$275,400.00 General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim | 8 |
| 104 | Shomari Colver<br>1042 Olancha Dr<br>Los Angeles, CA 90065 | 4216 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$678,500.00 Secured<br>$0.00 Priority<br>$335,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim | 8 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTIETH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claims to be Disallowed and Expunged | | | | |
| 105 | Susan C. Schaper<br>409 Chandler Grant Dr.<br>Cary, NC 27519 | 5692 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$182,419.44 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Standing Issues Claim | 10 |
| 106 | Teelea Garbo<br>Joseph A. Pfundstein, Esq.<br>21403 Chagrin Blvd. Suite 205<br>Beachwood, OH 44122 | 5558 | 11/16/2012 | $0.00<br>$0.00<br>$150,000.00<br>$0.00<br>$55,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | EPRE LLC | 12-12024 | General No Liability Claim;<br>Wrongful Foreclosure Claim | 8, 9 |
| 107 | Thomas Gray<br>84 Tennis Plaza Rd Unit 15<br>Dracut, MA 01826 | 3719 | 11/08/2012 | $0.00<br>$0.00<br>$180,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 | Wrongful Foreclosure Claim | 9-10 |
| 108 | Tiempo Escrow II, a California Corporation<br>Steven Ray Garcia<br>Knapp, Petersen & Clarke<br>550 N. Brand Blvd., Suite 1500<br>Glendale, CA 91203 | 5635 | 11/16/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$70,808.56 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Litigation Dismissed with<br>Prejudice Claim | 11-12 |
| 109 | Timothy Pratt<br>45 Cedar Street<br>San Anselmo, CA 94960 | 368 | 08/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$999,999.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Litigation Voluntarily Dismissed<br>Claim | 12-13 |
| 110 | Tyree, Maurice<br>10025 Pointe Cove<br>Lakeland, TN 38002 | 1900 | 10/29/2012 | $0.00<br>$0.00<br>$860,000.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Mortgage, LLC | 12-12032 | Litigation Dismissed with<br>Prejudice Claim | 11-12 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTIETH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|
| | **Claims to be Disallowed and Expunged** | | | | | | | |
| 111 | Tyrone Valkanas vs Acqura Loan Services LLC formerly doing business as National City Mortgage a division of National et al<br>1446 Agate Creek Way<br>Chula Vista, CA 91915 | 2577 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,372,800.00 General Unsecured | Executive Trustee Services, LLC | 12-12028 | Miscellaneous Claim.  The proof of claim is based on claims that are identical or substantially similar to those asserted in prior litigation by the claimant against Debtor, Executive Trustee Services, LLC ("ETS"). ETS never serviced nor had any monetary interest in the claimant's loan or the related real property.  ETS's only association with the applicable loan was as the foreclosing trustee.  Claimant's previous litigation was dismissed without prejudice based on the ETS Declaration of Non-Monetary Status, and this claim should be disallowed for the same reason. | 13 |
| 112 | Tyrone Valkanas, pro se<br>TYRONE VALKANAS VS ACQURA LOAN SVCS, LLC FORMERLY DOING BUSINESS AS NATL CITY MRTG, A DIVISION OF NATL CITY BANK OF IND ET AL<br>1446 Agate Creek Way<br>Chula Vista, CA 91915 | 2569 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,372,800.00 General Unsecured | Residential Capital, LLC | 12-12020 | Wrong Debtor; Miscellaneous Claim.  The proof of claim is based on claims that are identical or substantially similar to those asserted in prior litigation by the claimant against Debtor, Executive Trustee Services, LLC ("ETS"). ETS never serviced nor had any monetary interest in the claimant's loan or the related real property.  ETS's only association with the applicable loan was as the foreclosing trustee.  Claimant's previous litigation was dismissed without prejudice based on the ETS Declaration of Non-Monetary Status, and this claim should be disallowed for the same reason. Claimant has asserted no other basis for a claim against Residential Capital, LLC. | 13 |
| 113 | Virginia Albertson<br>106 Lake Arrowhead Circle<br>Bear, DE 19701 | 4198 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$143,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim. | 8 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTIETH OMNIBUS OBJECTION - NO LIABILITY - BOOKS AND RECORDS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|---|
| 114 | Vivian L. Ladson<br>309 Lafayette Avenue, Apt. 10F<br>Brooklyn , NY 11238 | 1258 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$200,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 | Origination Issues Claim; Escrow Issues | 8, 9 |
| 115 | Wayne S. Whiting, Sr.<br>80 Fairview Drive<br>Richmond Hill, GA 31324 | 2570 | 11/06/2012 | $0.00<br>$0.00<br>$212,700.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Origination Issues Claim | 8 |
| 116 | William C & Ruby Starling<br>556 Glens Ford Drive<br>Fayetteville, NC 28314 | 1145 | 10/10/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | General No Liability Claim | 8 |
| 117 | William Shaughnessy<br>Law Office of Suzanne C. Quinonez, P.A.<br>P.O. Box 130<br>Middleburg, FL 32050 | 3507 | 11/07/2012 | $0.00<br>$0.00<br>$334,610.66<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Standing Issues Claim | 10 |

Claims to be Disallowed and Expunged