**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

————————————————————————— )
                                                        )
In re:                                                  )        Case No. 12-12020 (MG)
                                                        )
RESIDENTIAL CAPITAL, LLC, et al.,     )        Chapter 11
                                                        )
                                Debtors.        )        Jointly Administered
                                                        )
—————————————————————————————— )

## ORDER GRANTING DEBTORS' THIRTY-NINTH OMNIBUS OBJECTION TO CLAIMS (WRONG DEBTOR BORROWER CLAIMS)

Upon the thirty-ninth omnibus claims objection, dated September 20, 2013 [Docket No. 5141] (the "Thirty-Ninth Omnibus Claims Objection"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), redesignating the Wrong Debtor Borrower Claims, all as more fully described in the Thirty-Ninth Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Thirty-Ninth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Thirty-Ninth Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Thirty-Ninth Omnibus Claims Objection having been provided, and it appearing that no other or further notice need be provided; and upon

---

[1]         Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Thirty-Ninth Omnibus Claims Objection.

consideration of the Thirty-Ninth Omnibus Claims Objection and the *Declaration of Deanna Horst in Support of Debtors' Thirty-Ninth Omnibus Objection to Claims (Wrong Debtor Borrower Claims)*, annexed to the Objection as **Exhibit 1**; and the Court having found and determined that the relief sought in the Thirty-Ninth Omnibus Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and that the legal and factual bases set forth in the Thirty-Ninth Omnibus Claims Objection establish just cause for the relief granted herein; and this Court having determined that the Thirty-Ninth Omnibus Claims Objection complies with the Borrower Claim Procedures set forth in the Procedures Order; and after due deliberation and sufficient cause appearing therefor; it is

ORDERED that the relief requested in the Thirty-Ninth Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, each claim listed on **Exhibit A** attached hereto (collectively, the "Wrong Debtor Borrower Claims") is hereby redesignated against the Debtor set forth on **Exhibit A** under the column heading "*Modified Debtor Name*"; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' notice and claims agent, is authorized and directed to redesignate the Wrong Debtor Borrower Claims against the Debtor set forth on **Exhibit A** under the column heading "*Modified Debtor Name*"; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any Wrong Debtor Borrower Claims that are redesignated pursuant to this Order, all rights to object on any basis are expressly reserved with respect to such redesignated claims as listed on **Exhibit A** attached to this Order, and the Debtors' and all

parties in interests' rights to object on any basis are expressly reserved with respect to any claim that is not listed on **Exhibit A** attached hereto; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Thirty-Ninth Omnibus Claims Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order shall be a final order with respect to each of the Wrong Debtor Borrower Claims identified on **Exhibit A**, attached hereto, as if each such Wrong Debtor Borrower Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated:  November 20, 2013
        New York, New York


                                          **      /s/Martin Glenn          **
                                              MARTIN GLENN
                                          United States Bankruptcy Judge

## Exhibit A

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-NINTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|
| 1 | Philip H. Noser<br>6014 Kensington Way<br>Imperial, MO 63052 | 1682 | 10/25/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$943.81 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 2 | Preston Clark and Yolanda Clark<br>15393 Boulder Creek Dr.<br>Minnetonka, MN 55345 | 4099 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 3 | Raji Huff<br>Harding Huff, P.O.A. for Raji Huff<br>448 Rimer Pond Road<br>Blythewood, SC 29016 | 2015 | 11/01/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$45,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 4 | Ralph J Adams & Patricia S Adams<br>9 North Howard Lane<br>Hendersonville, NC 28792 | 2601 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 5 | Randall Eugene Frady<br>9712 Bragg Rd<br>Fort Worth, TX 76177 | 1242 | 10/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$250.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 6 | RAOUL SMYTH<br>11 ENSUENO EAST<br>IRVINE, CA 92620 | 3727 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,500.00 General Unsecured | Residential Capital, LLC | 12-12020 | ditech, LLC | 12-12021 |
| 7 | RAYMOND E WILLIAMS<br>PO BOX 1979<br>RIVERHEAD, NY 11901-0964 | 916 | 10/01/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$168,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-NINTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 8 | Raymond JP Boisselle Jr and Doreen C Boisselle<br>PO Box 43<br>Tilton, NH 03276 | 2444 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,347.92 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 9 | Rebecca K. Stewart<br>18307 Powhatan Court<br>Gaithersburg, MD 20877 | 1577 | 10/23/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 10 | Rhonda C and Rolena N Williams<br>220 222 South Alexander St<br>New Orleans, LA 70119 | 3444 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$13,308.88 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 11 | Richard Todd and Debra Todd<br>Law Office of J. Patrick Sutton<br>1706 W 10th Street<br>Austin, TX 78703 | 4523 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$350,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 12 | Robert H and Lynda A. Ferguson<br>N85 W14931 Mac Arthur Drive<br>Menomonee Falls, WI 53051 | 6890 | 08/01/2013 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 13 | Robert Keith Fligg<br>605 Harbison Canyon Road<br>El Cajon, CA 92019-1412 | 4498 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 14 | Ron & Sharon Angle<br>Box A<br>Portland , PA 18351 | 1515 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$11,900.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-NINTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 15 | Rosario Mae Ramos<br>12 Akamai Loop<br>Hilo, HI 96720 | 3538 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$167,597.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 16 | Rozalynne Roelen Bowen<br>36 Bloomdale<br>Irvine, CA 92614 | 3526 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 17 | Ruth E. Hancock<br>c/o Boucher & Boucher Co., L.P.A.<br>12 W. Monument Ave., Suite 200<br>Dayton, OH 45402-1202 | 4481 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 18 | Scott J. Tinker<br>227 Main St<br>Moosup, CT 06354 | 4763 | 11/14/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$44,149.83 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 19 | Sharen Mumtaaj<br>8811 Glenwood Drive<br>Brooklyn, NY 11236 | 2579 | 11/06/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | ditech, LLC | 12-12021 |
| 20 | Sigmund Zygelman<br>William D. Koehler, Esq.<br>Law Offices of William D. Koehler<br>12522 Moorpark Street, Suite 103<br>Studio City, CA 91604 | 3577 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,500,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 21 | Simon Hadley<br>175 W. Falls Street<br>Seneca Falls, NY 13148 | 4399 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$35,838.35 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-NINTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 22 | STELLA H MONTOYA AND MARY MONTOYA 2271 E GLENN ST TUCSON, AZ 85719-2823 | 986 | 10/04/2012 | $0.00 $0.00 $0.00 $0.00 $52,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 23 | Stephen D. Pierce and Tamara Rae Pierce P.O. Box 2081 Redlands, CA 92373 | 1909 | 10/29/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | Homecomings Financial, LLC | 12-12042 |
| 24 | Steve G. McElyea and Lisa J. McElyea 1525 E Hermosa Dr Highlands Ranch, CO 80126 | 3710 | 11/08/2012 | $0.00 $0.00 $0.00 $0.00 $12,039.72 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 25 | Susan and Lee Tager 52 Canton Rd West Simsbury, CT 06092 | 1185 | 10/12/2012 | $0.00 $0.00 $0.00 $0.00 $9,466.81 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 26 | Suzanne Koegler and Edward Tobias 75 Princeton Oval Freehold, NJ 07728 | 1466 | 10/22/2012 | $0.00 $0.00 $0.00 $0.00 $1,000,000.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 27 | Sylvia Essie Dadzie Shaev & Fleischman, LLP 350 Fifth Avenue Suite 7210 New York, NY 10118 | 5258 | 11/15/2012 | $0.00 $0.00 $0.00 $0.00 UNLIQUIDATED | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 28 | Tamara Carlson 18505 Ballantrae Drive Arlington, WA 98223-5038 | 3887 | 11/09/2012 | $0.00 $0.00 $0.00 $0.00 BLANK | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-NINTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 29 | Terrie L. Hedrick, formerly Terrie L. Huffman<br>Rt 1 Box 210B-1<br>Belington, WV 26250-9763 | 4558 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$50,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 30 | Terry Sweet<br>c/o James J. Stout, PC<br>419 S. Oakdale Ave.<br>Medford, OR 97501 | 1728 | 10/26/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$50,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 31 | The Estate of Dominick Lanzetta<br>Lanzetta & Assoc. PC<br>472 Montauk Hwy<br>E. Quogue, NY 11942 | 4405 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,250,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 32 | The Law Offices of Daniel M. Delluomo Esquire<br>GMAC MRTG, LLC VS LARRY G GOSS, PATTY D GOSS, JOHN DOE JANE DOE, & LARRY G GOSS, PATTY D GOSS, JOHN DOE JANE DOE, VS ET AL<br>5617 North Classen Blvd.<br>Oklahoma City, OK 73118 | 4027 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$50,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 33 | THEODORE R. SCHOFNER<br>MICHELLE H. SCHOFNER<br>2117 INDIAN ROCKS RD SOUTH<br>LARGO, FL 33774 | 768 | 09/27/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$125,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 34 | Thomas H. Martin and Catherine D. Martin<br>Thomas H. Martin<br>92 Moraine St.<br>Jamaica Plain, MA 02130-4330 | 4401 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,028.49 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 35 | Thomas J Butler<br>1042 Banbury Court<br>Napa, CA 94559 | 4577 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-NINTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 36 | Thomas Manning<br>PO Box 7212<br>Portland, ME 04112 | 2421 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 37 | Thomas Mccue<br>2157 Stockman Circle<br>Folsom, CA 95630 | 4755 | 11/14/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 38 | Timothy Phelps and Carol Phelps<br>400 Aragon Court<br>El Dorado Hills, CA 95762 | 3915 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Homecomings Financial, LLC | 12-12042 |
| 39 | Timothy W. Redford<br>6905 Steelhead Lane<br>Burlington, WA 98233 | 1304 | 10/12/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 40 | VALENCIA B JOHNSON AND<br>1610 MARTIN AVE<br>BIRMINGHAM, AL 35208 | 5072 | 11/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$25,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 41 | Velma R. Mitchell<br>1233 Seward Ave.<br>Akron , OH 44320 | 3645 | 11/08/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 42 | Victoria Godkin<br>1115 Third Street<br>Douglas, AK 99824-5314 | 3858 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$19,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-NINTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 43 | W Dale Michael<br>61875 SE 27th Street<br>Bend, OR 97702 | 4594 | 11/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 44 | Wendy Rachel Olsen<br>634 Beaus Bay #1<br>Slinger, WI 53086 | 1522 | 10/22/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$45,789.24 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 45 | William & Janet Gibson<br>1619 Rio Vista Dr.<br>Dallas, TX 75208 | 2174 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,063.41 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 46 | William Barrett<br>8416 Mystic Night Avenue<br>Las Vegas, NV 89143 | 2253 | 11/05/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$89,514.89 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 47 | WILLIAM C FITHIAN III ATT AT LAW<br>111 N MAIN ST<br>MANSFIELD, OH 44902 | 1412 | 10/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$49,945.49 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 48 | William H. Harris and Carolyn E. Harris<br>3516 Riverchase Knoll<br>Decatur, GA 30034 | 1993 | 10/30/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,769.99 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 49 | William Popp<br>958 Orinoco E.<br>Venice, FL 34285 | 1140 | 10/10/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,763.25 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

THIRTY-NINTH OMNIBUS OBJECTION - MODIFY -  REDESIGNATE / WRONG DEBTOR CLAIMS (BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|
| 50 | William R Millard and Jamie M Millard<br>4492 S. Xeric Way<br>Denver, CO 80237 | 4649 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,417.67 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 51 | William Wyrough, Jr.<br>GMAC MORTGAGE LLC VS ROBERT E LEE IV TRUSTOR OF THE LEE-DAY TRUST DATED 3/15/1997 ET AL<br>30 South Shore Drive<br>Miramar Beach, FL 32550 | 2534 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$19,538.45 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 52 | WIRTH, GLORIA<br>917 WEST STRAHAN DRIVE<br>TEMPE, AZ 85283 | 4469 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$86.34 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 53 | WJ Smith and Irma Smith<br>Nick Wooten, Esq.<br>PO Box 3389<br>Auburn, AL 36831 | 4825 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$40,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 54 | ZIMMERMAN KISER AND SUTCLIFFE PA<br>PO BOX 3000<br>ORLANDO, FL 32802 | 4260 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$13,726.00 General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 55 | Zuzolo Law Offices on behalf of Ray & Lois Potter<br>Zuzolo Law Offices<br>POTTER - GMAC MORTGAGE, LLC V. RAY E. POTTER, ET. AL.<br>700 Youngstown-Warren Road<br>Niles, OH 44446 | 3763 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |