**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

---

### ORDER GRANTING DEBTORS' FORTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY – NON-DEBTOR AND <u>AMENDED AND SUPERSEDED CLAIMS</u>)

Upon the fortieth omnibus claims objection, dated September 20, 2013 [Docket No. 5142] (the "<u>Fortieth Omnibus Claims Objection</u>")[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "<u>Procedures Order</u>"), disallowing and expunging the Non-Debtor Claims on the grounds that they assert claims against entities that are not Debtors in these jointly administered chapter 11 cases, and the Amended and Superseded Claims on the basis that such claims have been amended and superseded by at least one subsequently-filed, corresponding claim, all as more fully described in the Fortieth Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Fortieth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Fortieth Omnibus Claims Objection and the relief requested therein being a core proceeding

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Fortieth Omnibus Claims Objection.

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Fortieth Omnibus Claims Objection having been provided, and it appearing that no other or further notice need be provided; and upon consideration of the Fortieth Omnibus Claims Objection and the Declaration of Deanna Horst annexed thereto as **Exhibit 1**; and upon consideration of the response to the Fortieth Omnibus Claims Objection of Ajit and Shakun Vasvani (the "Vasvani Response"), and the *Debtors' Reply in Support of Debtors' Fortieth Omnibus Objection to Claims (No Liability- Non-Debtor and Amended and Superseded Claims)* (the "Reply") [Docket No. 5724] and the Supplemental Declaration of Deanna Horst annexed thereto as **Exhibit 1**; and the Court having found and determined that the relief sought in the Fortieth Omnibus Claims Objection and the Reply is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and that the legal and factual bases set forth in the Fortieth Omnibus Claims Objection and the Reply establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; it is

ORDERED that the relief requested in the Fortieth Omnibus Claims Objection is granted to the extent provided herein; and it is further

ORDERED that the Vasvani Response is overruled; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, each Non-Debtor Claim listed on **Exhibit A** attached hereto is hereby disallowed and expunged in its entirety; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, each Amended and Superseded Claim listed on **Exhibit B** attached hereto under the heading "*Claims to be Disallowed and Expunged*" is disallowed and expunged in its entirety; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' notice and claims agent, is authorized and directed to expunge from the claims register the Non-Debtor Claims identified on the schedule attached as **Exhibit A** hereto and the Amended and Superseded Claims identified on the schedule attached as **Exhibit B** hereto pursuant to this Order; and it is further

ORDERED that the claims listed on **Exhibit B** attached hereto under the heading *"Surviving Claims"* (collectively, the "Surviving Claims") will remain on the claims register, and such claims are neither allowed nor disallowed at this time; and is further

ORDERED that the disallowance and expungement of the Amended and Superseded Claims does not constitute any admission or finding with respect to any of the Surviving Claims; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any Surviving Claim or any claim not otherwise listed on **Exhibit A** or **Exhibit B** attached to this Order, and the Debtors' and any party in interest's rights to object on any basis are expressly reserved with respect to any Surviving Claim listed on **Exhibit B** attached hereto or any other claim not listed on **Exhibit A** or **Exhibit B**; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Fortieth Omnibus Claims Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order shall be a final order with respect to each of the Non-Debtor Claims identified on **Exhibit A** attached hereto and the Amended and Superseded Claims identified on **Exhibit B** attached hereto, as if each such Non-Debtor Claim and Amended and Superseded Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: November 20, 2013
       New York, New York

                                                 **/s/Martin Glenn**
                                                 MARTIN GLENN
                                       United States Bankruptcy Judge

# Exhibit A

**Non-Debtor Claims**

ny-1105988

**Non-Debtor Claims**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTIETH OMNIBUS OBJECTION - NO LIABILITY - NON-DEBTOR (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 1 | Ajit Vasvani and Shakun Vasvani<br>P.O. Box 720941<br>San Diego, CA 92172 | 3550 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$55,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | This proof of claim relates to funds invested in The Residential Capital Mortgage Income Fund. The Debtor entities are not liable for funds invested in The Residential Capital Mortgage Income Fund. |
| 2 | Aspire Business Consulting, INC<br>220 Commerce Drive<br>Suite 200<br>Fort Washington, PA 19034 | 169 | 06/25/2012 | $0.00<br>$0.00<br>$0.00<br>$37,163.75<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Although the claim is filed in case number 12-12020, Ally Financial, Inc. is listed as the debtor on the proof of claim. Ally Financial, Inc. is not a debtor in these Chapter 11 cases. |
| 3 | JOANNE L. RANVILLE<br>1102 DEER CREEK TRAIL<br>GRAND BLANC, MI 48439 | 1149 | 10/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$14,760.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Although the claim is filed in case number 12-12020, GMAC LLC is listed as the debtor on the proof of claim and the basis for the claim is listed as GMAC LLC Senior Notes. GMAC LLC is not a debtor in these Chapter 11 cases and the Debtors are not liable for amounts owed in relation to GMAC LLC Senior Notes. |
| 4 | LAW OFFICE OF JACK LINTNER<br>28 S MONROE ST<br>COLDWATER, MI 49036 | 629 | 09/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | The basis of the proof of claim is listed as amounts owed in relation to shares of GM stock. GM is not a debtor in these Chapter 11 cases and the Debtors are not liable for amounts owed in relation to GM stock. |
| 5 | Margaret Thompson<br>Box 10626<br>Zephyr Cove, NV 89448 | 4396 | 11/09/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>BLANK | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | This proof of claim appears to relate to bonds issued by Sun Coast Health. The Debtors are not liable for bonds issued by Sun Coast Health. |
| 6 | Norfolk City Treasurer<br>Norfolk City<br>PO Box 3215<br>Norfolk, VA 23514 | 634 | 09/21/2012 | $0.00<br>$0.00<br>$0.00<br>$598.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Equity Investment I, LLC | 12-12025 | The supporting document to the proof of claim lists Equity Properties, which is not a Debtor in these Chapter 11 cases. |
| 7 | Phyllis Kaplan<br>61-26 220th St<br>Bayside, NY 11364 | 4917 | 11/15/2012 | $87,127.00<br>$0.00<br>$0.00<br>$0.00<br>$52,127.35 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | This proof of claim appears to relate to corporate bonds issued by Mastr Asset Securitization Trust MTGPC/Series 2003-9. The Debtors are not liable for bonds issued by Mastr Asset Securitization Trust MTGPC/Series 2003-9. |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTIETH OMNIBUS OBJECTION - NO LIABILITY - NON-DEBTOR (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 8 | Rosa M. Blue<br>335 Washington Street<br>Geneva, NY 14456 | 5891 | 11/21/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | This proof of claim relates to notes purchased from American Business Financial Services. American Business Financial Services is not a debtor in these Chapter 11 cases and the Debtors are not liable for notes issued by American Business Financial Services. |
| 9 | Thomas Fleishman and Harriet Fleishman Family Trust<br>5757 Ventura Canyon Avenue<br>Van Nuys, CA 91401 | 1294 | 10/15/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | This proof of claim relates to a trust account that appears to include General Motors Acceptance Corp. Smartnotes. General Motors is not a debtor in these Chapter 11 cases and the Debtors are not liable for amounts owed in relation to General Motors Acceptance Corp. Smartnotes. |
| 10 | THOMAS W VAN HON ATT AT LAW<br>PO BOX N<br>FAIRFAX, MN 55332 | 3765 | 11/08/2012 | $0.00<br>$0.00<br>$32,917.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | This proof of claim is filed in case number 12-12020 and lists as the debtor both Residential Capital LLC et al and KH Funding. The claim is based on notes issued by KH Funding. KH Funding is not a debtor in these Chapter 11 cases and the Debtors are not liable for notes issued by KH Funding. |

# Exhibit B

**Amended and Superseded Claims**

ny-1105988

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTIETH OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (NON-BORROWER CLAIMS)

| | \multicolumn{5}{c}{Claims to be Disallowed and Expunged} | \multicolumn{5}{c}{Surviving Claims} |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 1 | County of San Bernardino<br>Office of the Tax Collector<br>172 West Third Street<br>San Bernardino, CA 92415 | 3774 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$97,493.72 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | County of San Bernardino<br>Office of the Tax Collector<br>172 West Third Street<br>San Bernardino, CA 92415 | 6839 | 04/03/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$368.44 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 2 | Dallas CPT Fee Owner, L.P.<br>Attn Steven Lebowitz<br>c/o Barrow Street Capital LLC<br>300 First Stamford Place, 3rd Floor - East<br>Stamford, CT 06902 | 3878 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 | Dallas CPT Fee Owner, L.P.<br>Attn Steven Lebowitz<br>c/o Barrow Street Capital LLC<br>300 First Stamford Place, 3rd Floor - East<br>Stamford, CT 06902 | 6873 | 07/08/2013 | UNLIQUIDATED Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$4,142,136.53 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 3 | DOUGLAS COUNTY<br>ATTN STEPHANIE COOK<br>DOUGLAS COUNTY TREASURER<br>100 THIRD STREET<br>CASTLE ROCK, CO 80104 | 71 | 05/25/2012 | $16,434.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Douglas County<br>Attn Stephanie Cook<br>Douglas County Treasurer<br>100 Third Street<br>Castle Rock, CO 80104 | 269 | 07/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>W/D Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 4 | EverBank<br>Andrea S. Hartley, Esq.<br>Akerman Senterfitt<br>One SE 3rd Avenue, 25th Floor<br>Miami, FL 33131 | 3632 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 | EverBank<br>Andrea S. Hartley, Esq.<br>Akerman Senterfitt<br>One SE 3rd Avenue, 25th Floor<br>Miami, FL 33131 | 6851 | 05/16/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$847,474.59 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 5 | GE Capital Information Technology Solutions Inc.<br>GECITS, Attn Bankruptcy Administration<br>PO Box 13708<br>Macon , GA 31208 | 4817 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,900.07 General Unsecured | Residential Capital, LLC | 12-12020 | GE Capital Information Technology Solutions, Inc.<br>Attn Bankruptcy Administration<br>PO Box 13708<br>Macon, GA 31208 | 6888 | 07/26/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$6,786.79 General Unsecured | Residential Capital, LLC | 12-12020 |
| 6 | Hernando County Tax Collector<br>20 N Main St Room 112<br>Brooksville, FL 34601-2892 | 1147 | 06/18/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Hernando County Tax Collector<br>20 N Main St Room 112<br>Brooksville, FL 34601-2892 | 314 | 07/19/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | EPRE LLC | 12-12024 |
| 7 | Los Angeles County Treasurer and Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | 115 | 06/21/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$58,590.71 Secured<br>$6,729.01 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Los Angeles County Treasurer and Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | 6834 | 03/19/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$58,590.36 Secured<br>$9,188.17 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 8 | Missouri Department of Revenue<br>Box 475<br>Jefferson City, MO 65105 | 4756 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$57,619.45 Priority<br>$48,582.30 General Unsecured | Residential Funding Company, LLC | 12-12019 | Missouri Department of Revenue<br>Box 475<br>Jefferson City, MO 65105 | 6854 | 05/29/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$33,273.64 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 9 | Orange County Tax Collector<br>Attn Bankruptcy Dept<br>P.O. Box 2551<br>Orlando, FL 32802 | 5943 | 11/27/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Orange County Tax Collector<br>Attn Bankruptcy Dept.<br>P.O. Box 2551<br>Orlando, FL 32802 | 6867 | 06/26/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$7,178.57 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTIETH OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (NON-BORROWER CLAIMS)

| | Claims to be Disallowed and Expunged | | | | | | Surviving Claims | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 10 | State of New Jersey<br>Division of Taxation<br>Compliance Activity<br>PO Box 245<br>Trenton, NJ 08695 | 520 | 09/17/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$50,000.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | State of New Jersey<br>Division of Taxation<br>Compliance Activity<br>PO Box 245<br>Trenton, NJ 08695 | 6858 | 06/10/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$38,550.81 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 11 | State of New Jersey<br>Division of Taxation<br>Compliance Activity<br>PO Box 245<br>Trenton, NJ 08695 | 521 | 09/17/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$3,230.22 General Unsecured | Residential Capital, LLC | 12-12020 | State of New Jersey<br>Division of Taxation<br>Compliance Activity<br>PO Box 245<br>Trenton, NJ 08695 | 6859 | 06/10/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$18,908.05 General Unsecured | Residential Capital, LLC | 12-12020 |