**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

–––––––––––––––––––––––––––––––––––––––––––
)
In re:                                                    )    Case No. 12-12020 (MG)
                                                          )
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,    )    Chapter 11
                                                          )
                                    Debtors.        )    Jointly Administered
----------------------------------------------------------------------    )

## ORDER GRANTING DEBTORS' FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS ((A) LATE-FILED CLAIMS; (B) DUPLICATE CLAIMS; (C) REDESIGNATE AND ALLOW CLAIMS; (D) REDUCE AND ALLOW CLAIMS; (E) REDESIGNATE, REDUCE AND ALLOW CLAIMS; (F) RECLASSIFY, REDUCE AND ALLOW CLAIMS; AND (G) REDESIGNATE CLAIMS)

Upon the forty-fourth omnibus objection to claims, dated September 20, 2013 [Docket No. 5152] (the "<u>Objection</u>"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "<u>Procedures Order</u>"), (i) disallowing and expunging the Late-Filed Claims and the Duplicate Claims, (ii) modifying and allowing the Redesignate and Allow Claims, the Reduce and Allow Claims, the Redesignate, Reduce and Allow Claims, and the Reclassify, Reduce and Allow Claims, and (iii) modifying the Redesignate Claims, all as more fully described in the Objection; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

---

[1]        Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; upon consideration of the Objection and the *Declaration of Deanna Horst in Support of the Debtors' Forty-Fourth Omnibus Objection to Claims ((A) Late-Filed Claims; (B) Duplicate Claims; (C) Redesignate And Allow Claims; (D) Reduce And Allow Claims; (E) Redesignate, Reduce And Allow Claims; (F) Reclassify, Reduce And Allow Claims; And (G) Redesignate Claims)*, annexed to the Objection as <u>Exhibit 1</u>; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit A** annexed hereto (collectively, the "<u>Late-Filed Claims</u>") are disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the Late-Filed Claims identified on the schedule attached as **Exhibit A** hereto so that such claims are no longer maintained on the Debtors' claims register; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on **Exhibit B** annexed hereto under the heading "*Claims to be Disallowed and Expunged*" (collectively, the "<u>Duplicate Claims</u>") are disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the Duplicate Claims identified on the schedule attached as **Exhibit B** hereto so that such claims are no longer maintained on the Debtors' claims register; and it is further

ORDERED that the claims listed on **Exhibit B** annexed hereto under the heading "*Surviving Claims*" (collectively, the "Surviving Claims") will remain on the claims register, and such claims are neither allowed nor disallowed at this time; and is further

ORDERED that the disallowance and expungement of the Duplicate Claims does not constitute any admission or finding with respect to any of the Surviving Claims; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any Surviving Claims, and all rights to object on any basis are expressly reserved with respect to any Surviving Claim listed on **Exhibit B** annexed hereto or any other claim not listed on **Exhibit B**; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, each claim listed on **Exhibit C** annexed hereto (collectively, the "Redesignate and Allow Claims") is redesignated against the Debtor set forth on **Exhibit C** under the column heading "*Modified Debtor Name*" and allowed in the amount and priority set forth on **Exhibit C** under the column heading "*Claim Amount*"; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to allow the Redesignate and Allow Claims in the amount and priority set forth on **Exhibit C** hereto under the column heading "*Claim Amount*" against the Debtor set forth on **Exhibit C** under the column heading "*Modified Debtor Name*"; and it is further

3

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, each claim listed on **Exhibit D** annexed hereto (collectively, the "Reduce and Allow Claims") is reduced and allowed in the amount and priority set forth on **Exhibit D** under the column heading "*Modified Claim Amount*" and any asserted amounts in excess of the reduced amount are disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to allow the Reduce and Allow Claims in the amount and priority set forth on **Exhibit D** hereto under the column heading "*Modified Claim Amount*" and to disallow and expunge any asserted amounts in excess of the reduced amount; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, each claim listed on **Exhibit E** annexed hereto (collectively, the "Redesignate, Reduce and Allow Claims") is redesignated, reduced and allowed in the amount and priority set forth on **Exhibit E** under the column heading "*Modified Claim Amount*" against the Debtor set forth on **Exhibit E** under the column heading "*Modified Debtor Name*" and any asserted amounts in excess of the reduced amount are disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to allow the Redesignate, Reduce and Allow Claims in the amount and priority set forth on **Exhibit E** under the column heading "*Modified Claim Amount*" against the Debtor set forth on **Exhibit E** under the column heading "*Modified Debtor Name*" and to disallow and expunge any asserted amounts in excess of the reduced amount; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, each claim listed on **Exhibit F** annexed hereto (collectively, the "Reclassify, Reduce and Allow Claims") is reduced and allowed in the amount and priority set forth on **Exhibit F** under the column heading

"*Modified Claim Amount*" against the Debtor set forth on **Exhibit F** under the column heading

"*Asserted Debtor Name*" and any asserted amounts in excess of the reduced amount are

disallowed and expunged; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and

noticing agent, is directed to allow the Reclassify, Reduce and Allow Claims in the amount and

priority set forth on **Exhibit F** under the column heading "*Modified Claim Amount*" against the

Debtor set forth on **Exhibit F** under the column heading "*Asserted Debtor Name*" and to

disallow and expunge any asserted amounts in excess of the reduced amount; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, each claim

listed on **Exhibit G** annexed hereto (collectively, the "Redesignate Claims") is redesignated

against the Debtor set forth on **Exhibit G** under the column heading "*Modified Debtor Name*";

and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and

noticing agent, is directed to redesignate the Redesignate Claims against the Debtor set forth on

**Exhibit G** under the column heading "*Modified Debtor Name*"; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the

validity, allowance, or disallowance of any Redesignated Claims that are redesignated pursuant

to this Order, all rights to object on any basis are expressly reserved with respect to such

redesignated claims as listed on **Exhibit G** annexed to this Order, and the Debtors' and all

parties in interests' rights to object on any basis are expressly reserved with respect to any claim

that is not listed on **Exhibit G** annexed hereto; and it is further

ORDERED that the Objection solely as it relates to the following claims has been

adjourned to the hearing scheduled for December 11, 2013:  (a) the claim filed ISGN Solutions

Inc. (Claim No. 5688); (b) the claim filed by Elevenhome Limited (Claim No. 6841); and (c) the

claim filed by Redwood Recovery Services, LLC (Claim No. 6842); and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as

may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Objection as provided therein shall be deemed good

and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the

Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order,

and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order shall be a final order with respect to each of the

Claims identified on **Exhibits A**, **B**, **C**, **D**, **E**, **F** and **G** annexed hereto, as if each such Claim had

been individually objected to; and it is further

ORDERED that the Debtors' and all parties in interests' rights to object on any

basis are expressly reserved with respect to any claim that is not listed on **Exhibits A**, **B**, **C**, **D**,

**E**, **F** and **G** annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.


Dated:  November 20, 2013
        New York, New York


                                        _____/s/Martin Glenn_____
                                            MARTIN GLENN
                                        United States Bankruptcy Judge

## Exhibit A

**Late-Filed Claims**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 1 | City of San Jose, Finance Department 200 E. Santa Clara Street, 13th Floor San Jose, CA 95113 | 6892 | 08/08/2013 | $0.00 $0.00 $0.00 $0.00 $4,432.19 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 |
| 2 | Office of the State Controller of California Attn Dave Brownfield 300 Capitol Mall, Suite 1850 Sacramento, CA 95814 | 6877 | 07/22/2013 | $0.00 $0.00 $0.00 $0.00 $600,677.66 | Administrative Priority Administrative Secured Secured Priority General Unsecured | GMAC Mortgage USA Corporation | 12-12031 |

## **Exhibit B**

**Duplicate Claims**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-FOURTH OMNIBUS OBJECTION - DUPLICATE CLAIMS (NON-BORROWER CLAIMS)

| | Claims to be Disallowed and Expunged | | | | | | Surviving Claims | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 1 | DONA ANA COUNTY<br>845 N MOTEL BLVD<br>TREASURER<br>LAS CRUCES, NM 88007 | 647 | 09/24/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>UNLIQUIDATED Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | DONA ANA COUNTY CLERK<br>845 N MOTEL BLVD<br>LAS CRUCES, NM 88007 | 836 | 09/27/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$4,008.49 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 2 | DOUGLAS COUNTY<br>ATTN STEPHANIE COOK<br>DOUGLAS COUNTY TREASURER<br>100 THIRD STREET<br>CASTLE ROCK, CO 80104 | 72 | 05/25/2012 | $1,596.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | PATI Real Estate Holdings, LLC | 12-12047 | Douglas County<br>Attn Stephanie Cook<br>Douglas County Treasurer<br>100 Third Street<br>Castle Rock, CO 80104 | 268 | 07/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>W/D Secured<br>$0.00 Priority<br>$0.00 General Unsecured | PATI Real Estate Holdings, LLC | 12-12047 |
| 3 | HARMONY TOWNSHIP<br>RD 3 BOX 220A<br>TAX COLLECTOR OF HARMONY TOWNSHIP<br>SUSQUEHANNA, PA 18847 | 2518 | 11/06/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | Residential Capital, LLC | 12-12020 | HARMONY TOWNSHIP<br>RD 3 BOX 220A<br>T C OF HARMONY TOWNSHIP<br>SUSQUEHANNA, PA 18847 | 5804 | 11/20/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | Residential Capital, LLC | 12-12020 |
| 4 | HEARD COUNTY<br>PO BOX 519<br>COUNTY COURTHOUSE<br>FRANKLIN, GA 30217 | 1441 | 10/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | HEARD COUNTY<br>TAX COMMISSIONER<br>PO BOX 519<br>COUNTY COURTHOUSE<br>FRANKLIN, GA 30217 | 1444 | 10/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |
| 5 | HEARD COUNTY<br>PO BOX 519<br>TAX COMMISSIONER<br>FRANKLIN, GA 30217 | 1442 | 10/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | HEARD COUNTY<br>TAX COMMISSIONER<br>PO BOX 519<br>COUNTY COURTHOUSE<br>FRANKLIN, GA 30217 | 1444 | 10/22/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 |

## Exhibit C

### Redesignate and Allow Claims

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-FOURTH  OMNIBUS OBJECTION - MODIFY -  REDESIGNATE AND ALLOW CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Aspire Business Consulting, INC. 220 Commerce Drive Suite 200 Fort Washington, PA 19034 | 170 | 06/25/2012 | $0.00 $0.00 $0.00 $37,163.75 $0.00 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 2 | EED, a DTI Company DTI Two Ravinia Drive, Suite 850 Atlanta, GA 30346 | 362 | 08/03/2012 | $0.00 $0.00 $0.00 $0.00 $104,437.13 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 3 | Iron Mountain Information Management, Inc. Attn Joseph Corrigan, Esquire. 745 Atlantic Avenue, 10th Floor Boston , MA 02111 | 3460 | 11/07/2012 | $0.00 $0.00 $0.00 $0.00 $326.46 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 4 | LANGUAGE L 001 PO BOX 202564 DALLAS, TX 75320-2564 | 1492 | 10/22/2012 | $0.00 $0.00 $0.00 $0.00 $4,429.25 | Administrative Priority Administrative Secured Secured Priority General Unsecured | Residential Funding Company, LLC | 12-12019 | GMAC Mortgage, LLC | 12-12032 |

## **Exhibit D**

**Reduce and Allow Claims**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-FOURTH OMNIBUS OBJECTION - MODIFY - REDUCE AND ALLOW CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| 1 | LAW OFFICES OF RICARDO NARVAIZ 1300 SPRING ST STE 500 SILVER SPRING, MD 20910 | 4945 | 11/15/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $24,107.29 General Unsecured | GMAC Mortgage, LLC | 12-12032 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $23,571.04 General Unsecured | Claim reduced to reflect balance in the Debtors' books and records. |
| 2 | Level 3 Communications, LLC Attn Legal Department 1025 Eldorado Blvd Broomfield, CO 80021 | 513 | 09/17/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $70,870.94 General Unsecured | GMAC Mortgage, LLC | 12-12032 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $64,688.92 General Unsecured | Reduced claim due to post-petition amounts paid but included by claimant in the claim amount. |
| 3 | Severson & Werson, P.C. Donald H. Cram One Embarcadero Center, Suite 2600 San Francisco, CA 94111 | 2553 | 11/06/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $216,197.57 General Unsecured | GMAC Mortgage, LLC | 12-12032 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $28,025.00 General Unsecured | Claim reduced to reflect balance in the Debtors' books and records. |
| 4 | Zeichner Ellman & Krause LLP Attn Jantra Van Roy 575 Lexington Ave New York, NY 10022 | 4786 | 11/14/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $73,755.81 General Unsecured | GMAC Mortgage, LLC | 12-12032 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $40,123.19 General Unsecured | Reduced claim due to (1) invoices not found in books and records and (2) claim reduced to reflect balance in the Debtors' books and records. |

**<u>Exhibit E</u>**

**Redesignate, Reduce and Allow Claims**

ny-1106822

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-FOURTH OMNIBUS OBJECTION - MODIFY - REDESIGNATE, REDUCE AND ALLOW CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CSC - Corporation Service Company<br>Attn Joanne Smith<br>2711 Centerville Road Suite 400<br>Wilmington, DE 19808 | 221 | 06/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,858.25 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$2,792.25 General Unsecured | Residential Funding Company, LLC | 12-12019 | Reduced claim due to total invoice amounts submitted do not equal claim amount. Claim asserted against the wrong debtor entity. |
| 2 | FedEx TechConnect, Inc.<br>Attn Revenue Recovery/Bankruptcy<br>As Assignee of Federal Express Corporation/FedEx Ground Package Systems Inc<br>FedEx Freight, Inc/FedEx Office and Print Services<br>3965 Airways Blve. Module G, 3rd Floor<br>Memphis, TN 38116 | 5546 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$620,504.15 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$565,887.01 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Reduced claim due to (1) invoices not found in books and records, (2) different balances in the claim vs in books and records, and (3) invoices claimed were against non-debtor entities. |
| | | | | | | | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$6,080.31 General Unsecured | Executive Trustee Services, LLC | 12-12028 | |
| | | | | | | | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$5.18 General Unsecured | Residential Funding Company, LLC | 12-12019 | |
| 3 | Intercall<br>Attn Melody Lohr<br>7171 Mercy Rd Ste 200<br>Omaha, NE 68106 | 220 | 06/29/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$46,174.88 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$45,864.23 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Reduced claim due to (1) invoice not found in books and records and (2) different balances in the claim vs in books and records. |
| 4 | Iron Mountain Information Management, Inc.<br>Attn Joseph Corrigan, Esquire.<br>745 Atlantic Avenue, 10th Floor<br>Boston , MA 02111 | 3456 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$41,069.24 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$304.27 General Unsecured | Residential Funding Company, LLC | 12-12019 | Reduced amount of claim due to invoices paid or invoices claimed were against non-debtor entities. Claim asserted against the wrong debtor entity. |
| 5 | K&L Gates LLP fka Preston Gates & Ellis LLP<br>David C. Neu<br>925 Fourth Avenue<br>Suite 2900<br>Seatle , WA 98104-1158 | 3679 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$33,849.26 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$5,658.75 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Reduced amount of claim due to invoices paid or disallowed for late submission. Claim asserted against the wrong debtor entity. |
| 6 | LOWE FELL AND SKOGG LLC - PRIMARY<br>1099 EIGHTEENTH STREET, SUITE 2950<br>DENVER, CO 80202 | 3625 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$47,986.60 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$42,964.10 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Reduced claim due to (1) different balances in the claim vs in books and records, (2) invoices disallowed and (3) invoices paid. Claim asserted against the wrong debtor entity. |

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Modified Debtor Name | Modified Case Number | Reason for Modification |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | McKelvie DeLuca, P.C. McKelvie DeLuca, P.C. ID #10841184 280 West Maple Road, Suite 300 Birmingham, MI 48009 | 4103 | 11/09/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $11,559.55 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $10,743.50 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Reduced claim due to different balances in the claim vs in books and records. Claim asserted against the wrong debtor entity. |
| 8 | National Business Systems 2919 W SERVICE RD EAGAN, MN 55121 | 875 | 10/01/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $8,928.19 General Unsecured | Residential Funding Company, LLC | 12-12019 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $7,739.08 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Reduced claim due to post-petiton amounts paid in ordinary course of business. Claim asserted against the wrong debtor entity. |
| 9 | PARSONS N.W. 9562 PO BOX 1450 MPLS, MN 55485-9562 | 923 | 10/02/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $6,767.67 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $1,667.86 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Reduced amount of claim due to invoices paid. Claim asserted against the wrong debtor entity. |
| 10 | Severson & Werson, P.C. Donald H. Cram One Embarcadero Center, Suite 2600 San Francisco, CA 94111 | 2543 | 11/06/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $19,334.73 General Unsecured | RFC Construction Funding, LLC | 12-12069 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $10,726.32 General Unsecured | Residential Funding Company, LLC | 12-12019 | Reduced amount of claim due to invoices paid. Claim asserted against the wrong debtor entity. |
| 11 | Zeichner Ellman & Krause LLP Attn Jantra Van Roy 575 Lexington Ave New York, NY 10022 | 4780 | 11/14/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $73,755.81 General Unsecured | Residential Capital, LLC | 12-12020 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $20,158.89 General Unsecured | Residential Funding Company, LLC | 12-12019 | Reduced claim due to (1) invoices not found in books and records, (2) different invoice balances in the claim vs in books and records, (3) invoices disallowed and (4) invoices for a different debtor that are included in a separate claim.  Claim asserted against the wrong debtor entity. |

## __Exhibit F__

**Reclassify, Reduce and Allow Claims**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-FOURTH OMNIBUS OBJECTION - MODIFY -  RECLASSIFY, REDUCE AND ALLOW CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| 1 | Iron Mountain Information Management, Inc. Attn Joseph Corrigan, Esquire. 745 Atlantic Avenue, 10th Floor Boston , MA 02111 | 3463 | 11/07/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $83,254.53 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $2,188.90 General Unsecured | Reduced amount of claim due to (1) invoices paid and (2) invoices claimed were against non-debtor entities. |

**<u>Exhibit G</u>**

**Redesignate Claims**

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FORTY-FOURTH OMNIBUS OBJECTION - MODIFY - REDESIGNATE / WRONG DEBTOR CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Modified Debtor Name | Modified Case Number |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Ardyce Reisenauer<br>Law Office of Randy E. Thomas<br>P.O. Box 717<br>Woodbridge, CA 95258 | 281 | 07/13/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$150,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |
| 2 | DIMSMORE & SHOHL, DR<br>P.O. BOX 640635<br>CINCINNATI, OH 45264-0635 | 1173 | 10/12/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$57.90 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Residential Holding Company, LLC | 12-12033 | Residential Capital LLC | 12-12020 |
| 3 | Gillis & Gillis, PC on behalf of Elroy Hall<br>Elroy Hall vs Deutsche Bank AG<br>265 Church St, Ste 203<br>New Haven, CT 06510 | 2870 | 11/07/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$45,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Residential Funding Company, LLC | 12-12019 |
| 4 | Los Angeles County Treasurer and Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 | 164 | 06/21/2012 | $0.00<br>$0.00<br>$591.62<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | GMAC Model Home Finance I, LLC | 12-12030 | Executive Trustee Services, LLC | 12-12028 |
| 5 | Office Depot<br>6600 N. Military Trail - S401F<br>Boca Raton, FL 33496 | 459 | 09/04/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$2,569.03 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | GMAC Mortgage, LLC | 12-12032 |