EXHIBIT 2

# Exhibit "2"

**EXHIBIT 2 TO OPPOSITION - State Court Docket**

# RIVERSIDE SUPERIOR COURT
## PUBLIC ACCESS

## Civil Case Report

 **Camera indicates that a document may be purchased.**
**View Document Fee Schedule**

**First Page icon indicates you can view the first page of a Complaint for free.**

**Send me an email when this case is updated (click here)**

Print This Report

Close This Window

### Case RIC541193 - GMAC MORTGAGE VS TOZIER

### Case RIC541193 - Complaints/Parties

**Complaint Number:** 0001 — CMP Complaint of GMAC MORTGAGE LLC
**Original Filing Date:** 12/01/2009
**Complaint Status:** Judgment 02/01/2012

1 to 10 of 18 total records Next >

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 1 | Plaintiff | GMAC MORTGAGE LLC | LAW OFFICES OF STEPHEN E ENSBERG | Judgment 02/01/2012 |
| 2 | Plaintiff | EXECUTIVE TRUSTEE SERVICES LLC | LAW OFFICES OF STEPHEN E ENSBERG | Judgment 02/01/2012 |
| 3 | Defendant | MARK TOZIER | Unrepresented | Dismissed 05/27/2010 |
| 4 | Defendant | JASON S SCHERMERHORN | PYLE, SIMS, DUNCAN& STEVENSON | Judgment 02/01/2012 |
| 5 | Defendant | JENNIFER M SCHERMERHORN | PYLE, SIMS, DUNCAN& STEVENSON | Judgment 02/01/2012 |
| 6 | Defendant | CALIFORNIA EMPIRE FINANCIAL GROUP INC | Unrepresented | Judgment 02/01/2012 |
| 7 | Defendant | FIDELITY NATIONAL TITLE COMPANY | DEAL, CHRISTOPHER E. | Disclaimer 01/07/2010 |
|  |  |  | HILL, GREGORY C |  |
| 8 | Defendant | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS IN | WRIGHT FINLAY & ZAK | Judgment 02/01/2012 |
| 9 | Defendant | BANK OF AMERICA NA | WRIGHT FINLAY & ZAK | Judgment 02/01/2012 |

1 to 10 of 18 total records Next >

## EXHIBIT 2 TO OPPOSITION - State Court Docket

**Complaint Number:** 0002 — CC 1st Amended Cross Complaint of JASON S SCHERMERHORN 08/11/2010
**Original Filing Date:** 02/18/2010
**Complaint Status:**    Judgment 02/01/2012

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 4 | Cross-Complainant | JASON S SCHERMERHORN | PYLE, SIMS, DUNCAN & STEVENSON | Judgment 02/01/2012 |
| 5 | Cross-Complainant | JENNIFER M SCHERMERHORN | PYLE, SIMS, DUNCAN & STEVENSON | Judgment 02/01/2012 |
| 1 | Cross-Defendant | GMAC MORTGAGE LLC | LAW OFFICES OF STEPHEN E ENSBERG | Judgment 02/01/2012 |
| 2 | Cross-Defendant | EXECUTIVE TRUSTEE SERVICES LLC | LAW OFFICES OF STEPHEN E ENSBERG | Judgment 02/01/2012 |
| 8 | Cross-Defendant | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS IN | WRIGHT, FINLAY & ZAK | Judgment 02/01/2012 |
| 9 | Cross-Defendant | BANK OF AMERICA NA | WRIGHT FINLAY & ZAK | Judgment 02/01/2012 |
| 18 | Cross-Defendant | PRLAP INC | WRIGHT FINLAY & ZAK | Judgment 02/01/2012 |

**Complaint Number:** 0003 — CC Cross Complaint of WELLS FARGO BANK NA
**Original Filing Date:** 03/26/2010
**Complaint Status:**    Judgment 02/01/2012

| Party Number | Party Type | Party Name | Attorney | Party Status |
|---|---|---|---|---|
| 17 | Cross-Complainant | WELLS FARGO BANK NA | DAVIS ZFATY APC | Judgment 02/01/2012 |
| 1 | Cross-Defendant | GMAC MORTGAGE LLC | LAW OFFICES OF STEPHEN E ENSBERG | Judgment 02/01/2012 |
| 2 | Cross-Defendant | EXECUTIVE TRUSTEE SERVICES LLC | LAW OFFICES OF STEPHEN E ENSBERG | Judgment 02/01/2012 |

## Case RIC541193 - Actions/Minutes

| Viewed | Date | Action Text | Disposition | Image |
|---|---|---|---|---|
|  | 08/01/2012 | REJECTED DOCUMENT: NOTICE OF STAY SUBMITTED BY GMAC MORTGAGE LLC. | Not Applicable |  |

**Minutes**    Print Minute Order

THE COURT IS UNABLE TO PROCESS THE ENCLOSED DOCUMENT(S) FOR THE REASON(S) INDICATED BELOW:
THE NAMED PARTY ON BANKRUPTCY NOTICE DOES NOT REFLECT ANY OF THE PARTIES ON RECORD. PLEASE
CLARIFY AND RESUBMIT YOUR DOCUMENT.
REJECT NOTICE PRINTED

| | 06/18/2012 8:30 AM DEPT. 05 | HEARING RE: STATUS REPORT. | Off-Calendar | |

**Minutes**    Print Minute Order

## EXHIBIT 2 TO OPPOSITION - State Court Docket

| | | | | |
|---|---|---|---|---|
| | 06/18/2012 8:30 AM DEPT. 05 | HEARING RE: STATUS REPORT. | Off-Calendar | |
| | Minutes | Print Minute Order | | |
| N | 06/12/2012 | NOTICE OF WITHDRAWAL OF HEARING ON STATUS REPORT - BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN FILED. | Not Applicable | 📷 |
| | 05/29/2012 | REJECTED DOCUMENT: NOTICE SUBMITTED BY GMAC MORTGAGE LLC. | Not Applicable | |
| | Minutes | Print Minute Order | | |
| | THE COURT IS UNABLE TO PROCESS THE ENCLOSED DOCUMENT(S) FOR THE REASON(S) INDICATED BELOW: IF YOUR INTENTION IS TO STAY THE CASE, PLEASE USE THE MANDATORY FORM NOTICE OF STAY OF PROCEEDINGS ALONG WITH SUPPORTING DOCUMENT FROM BANKRUPTCY AND PROOF OF SERVICE. REJECT NOTICE PRINTED | | | | |
| | 05/24/2012 | REJECTED DOCUMENT: NOTICE OF HEARING SUBMITTED BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN. | Not Applicable | |
| | Minutes | Print Minute Order | | |
| | THE COURT IS UNABLE TO PROCESS THE ENCLOSED DOCUMENT(S) FOR THE REASON(S) INDICATED BELOW: THERE IS NO HEARING ON CALENDAR ON 6/18/2012 REJECT NOTICE PRINTED | | | | |
| N | 05/24/2012 | STATUS REPORT TO THE COURT BY DEFENDANTS AND CROSS COMPLAINANTS JASON AND JENNIFER SCHERMERHORN | Not Applicable | 📷 |
| N | 05/24/2012 | NOTICE OF HEARING ON STATUS REPORT TO THE COURT BY DEFENDANTS AND CROSS COMPLAINTANTS BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN FILED. | Not Applicable | 📷 |
| | Minutes | Print Minute Order | | |
| | HEARING RE STATUS REPORT SET 06/18/12 AT 08:30 DEPT 05 | | | | |
| | 03/16/2012 | REFUND CHECK MAILED TO PYLE SIMS DUNCAN AND STEVENSON DOC#1904366724 IN THE AMOUNT OF $300.00 | Not Applicable | |
| | 03/16/2012 | TRUST EXONERATION - JURY | Not Applicable | |
| | 03/15/2012 | TRUST EXONERATION - JURY | Not Applicable | |
| | 03/15/2012 8:30 AM DEPT. 06 | HEARING RESERVED FOR: MOTION TO TAX COSTS CLAIMED BY SCHERMERHORNS | Calendared (Reservation Hearings) | |
| | 03/15/2012 8:30 AM DEPT. 06 | HEARING RESERVED FOR: MOTION TO TAX COSTS CLAIMED BY BANK OF AMERICA AND PRLAP | Vacated | |
| | 03/15/2012 8:30 AM DEPT. 06 | HEARING RE: MOTION TO/FOR TAX COSTS CLAIMED BY JASON S SCHERMERHORN AND JENNIFER M SCHERMERHORN BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC | Vacated | |
| N | 03/08/2012 | NOTICE OF RULING RE: PLTFS MOTION TO STRIKE 4,5,9 FROM MEMO OF COSTS FILED | Not Applicable | 📷 |

**EXHIBIT 2 TO OPPOSITION - State Court Docket**

| | | | | |
|---|---|---|---|---|
| | 03/06/2012 | MOTION HEARING RESERVATION MOTION TO TAX COSTS SET FOR 03/15/12 AT 08:30 IS VACATED (MOVING PAPERS NOT FILED). | Not Applicable | |
| | 03/06/2012 8:30 AM DEPT. 06 | HEARING RESERVED FOR: MOTION TO TAX COSTS | Calendared (Reservation Hearings) | |
| | 03/06/2012 8:30 AM DEPT. 06 | HEARING RE: MOTION TO/FOR TAX COSTS CLAIMED BY WELLS FARGO BANK NA BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC | Reset to change Department | |
| Minutes | Print Minute Order | | | |
| | 03/06/2012 8:30 AM DEPT. 01 | HEARING RE: MOTION TO/FOR TAX COSTS CLAIMED BY WELLS FARGO BANK NA BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC | Granted | |
| Minutes | Print Minute Order | | | |
| | 02/28/2012 8:30 AM DEPT. VJ | HEARING RE: STATUS HEARING. | Vacated | |
| N | 02/27/2012 | DECLARATION AND ORDER FOR REFUND OF MONIES ON DEPOSIT BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN FILED; HONORABLE JUDGE RONALD L TAYLOR. | Not Applicable | 📷 |
| | 02/23/2012 8:00 AM DEPT. RIEXH | HEARING RE: EXHIBITS REVIEW ON 02/23/2012. | | |
| | 02/21/2012 | RECEIVED AND FORWARDED: DECLARATION AND ORDER FOR REFUND OF MONIES TO DEPT. 06. | Not Applicable | |
| | 02/21/2012 | HMOTI HEARING SET FOR 03/15/12 AT 08:30 IS VACATED -FOR THE REASON: PER PARTYS REQUEST | Not Applicable | |
| N | 02/21/2012 | NOTICE OF TAKING OFF CALENDAR MOTION TO TAX COSTS CLAIMED BY SCHERMERHORNS BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC FILED. | Not Applicable | 📷 |
| N | 02/16/2012 | AMENDED MEMO OF COSTS SUMMARY AMOUNT OF $14,463.51 FILED BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN | Not Applicable | 📷 |
| N | 02/15/2012 | MEMORANDUM OF COSTS (SUMMARY) IN THE AMOUNT OF $9,846.23 BY BANK OF AMERICA NA, PRLAP INC FILED. | Not Applicable | 📷 |
| | 02/14/2012 | FEE PAID FOR ON-LINE RESERVATION OF MOTION ($40.00). CONFIRMATION NUMBER RES7632 FOR HEARING RESERVED ON 03/15/12. | Not Applicable | |
| Minutes | Print Minute Order | | | |
| Receipt: 120214-0454  $40.00 | | | | |
| | 02/14/2012 | FEE PAID FOR ON-LINE RESERVATION OF MOTION ($40.00). CONFIRMATION NUMBER RES7631 FOR HEARING RESERVED ON 03/15/12. | Not Applicable | |
| Minutes | Print Minute Order | | | |
| Receipt: 120214-0452  $40.00 | | | | |
| | 02/14/2012 | HEARING SET 3/15/12 AT 8:30 IN DEPARTMENT 06 | | |

### EXHIBIT 2 TO OPPOSITION - State Court Docket

| | 02/14/2012 | MOTION HEARING RESERVATION RE: MT TO TAX COSTS SET FOR 03/15/12 AT 08:30 IS CONFIRMED. | Not Applicable | |
| N | 02/14/2012 | MOTION TO/FOR TAX COSTS CLAIMED BY JASON S SCHERMERHORN AND JENNIFER M SCHERMERHORN BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC FILED | | 📷 |
| | 02/13/2012 | HEARING RESERVED SET 03/15/12 AT 8:30 IN DEPT. 06 - RES7632 | | |
| | 02/13/2012 | HEARING RESERVED SET 03/15/12 AT 8:30 IN DEPT. 06 - RES7631 | | |
| N | 02/08/2012 | OPPOSITION TO MOTION TO TAX COSTS BY WELLS FARGO BANK NA FILED | Not Applicable | 📷 |
| N | 02/03/2012 | MEMORANDUM OF COSTS (SUMMARY) IN THE AMOUNT OF $15,560.87 BY WELLS FARGO BANK NA FILED. | Not Applicable | 📷 |
| | 02/02/2012 | FEE PAID FOR ON-LINE RESERVATION OF MOTION ($40.00). CONFIRMATION NUMBER RES7253 FOR HEARING RESERVED ON 03/06/12. | Not Applicable | |
| | **Minutes** | Print Minute Order | | |
| | Receipt: 120202-0546   $40.00 | | | |
| | 02/01/2012 | HEARING SET 3/06/12 AT 8:30 IN DEPARTMENT 06 | | |
| | 02/01/2012 | MOTION HEARING RESERVATION RE: MOTION TO TAX COSTS CLAIMED BY WELLS FARGO BANK SET FOR 03/06/12 AT 08:30 IS CONFIRMED. | Not Applicable | |
| N | 02/01/2012 | MOTION TO/FOR TAX COSTS CLAIMED BY WELLS FARGO BANK NA BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC FILED | | 📷 |
| | 02/01/2012 | HEARING RESERVED SET 03/06/12 AT 8:30 IN DEPT. 06 - RES7253 | | |
| N | 02/01/2012 | JUDGMENT ON THE COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC FILED . | Not Applicable | 📷 |
| N | 01/27/2012 | MEMORANDUM OF COSTS (SUMMARY) IN THE AMOUNT OF $10,224.73 BY BANK OF AMERICA NA, PRLAP INC FILED. | Not Applicable | 📷 |
| N | 01/27/2012 | MEMORANDUM OF COSTS (SUMMARY) IN THE AMOUNT OF $16,298.75 BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN FILED. | Not Applicable | 📷 |
| N | 01/25/2012 | MEMORANDUM OF COSTS (SUMMARY) IN THE AMOUNT OF $18,305.87 BY WELLS FARGO BANK NA FILED. | Not Applicable | 📷 |
| N | 01/04/2012 | PROOF OF SERVICE BY FAX OF REPLY TO OPPO AND OBJECTION TO PROPOSED JUDGMENT SERVED ON SEE ATTACHED LIST WITH SERVICE DATE OF 01/04/12 FILED (NON-COMPLAINT) | Not Applicable | 📷 |
| N | 01/04/2012 | PROOF OF SERVICE BY FAX OF REPLY TO OPPO AND OBJECTION TO PROPOSED JUDGMENT SERVED ON HONORABLE KENNETH G. ZIEBARTH WITH SERVICE DATE OF 01/04/12 FILED (NON-COMPLAINT) | Not Applicable | 📷 |
| N | 01/04/2012 | OBJECTION TO THE PROPOSED FORM OF JUDGMENT BY GMAC FILED BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN | Not Applicable | 📷 |
| N | 01/04/2012 | REPLY TO OPPOSITION OF THE FORM OF THE PROPOSED JUDGMENT BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN FILED | Not Applicable | 📷 |
| N | 01/04/2012 | REPLY TO PLAINTIFFS OBJECTION TO THE PROPOSED JUDGMENT BY WELLS FARGO BANK NA FILED | Not Applicable | 📷 |
| N | 12/28/2011 | | Not Applicable | 📷 |

## EXHIBIT 2 TO OPPOSITION - State Court Docket

| | | | | |
|---|---|---|---|---|
| | | OBJECTION TO PROPOSED JUDGMENT OF WELLS FARGO BANK FILED BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC | | |
| N | 12/28/2011 | PROOF OF SERVICE BY MAIL OF OBJECTION TO PROPOSED JUDGMENT OF WELLS FARGO BANK ON JENNIFER AND JASON SCHERMERHORN WITH A MAILING DATE OF 12/28/11 FILED. (NON-COMPLAINT) | Not Applicable | 📷 |
| | 12/05/2011 8:30 AM DEPT. 06 | ORDER TO SHOW CAUSE RE: CONTROL DATE FOR THE CLERK ONLY-OBJECTIONS AS TO GMAC MORTGAGE LLC, JASON S SCHERMERHORN, MORTGAGE ELECTRONICREGISTRATION SYSTEMS IN, WELLS FARGO BANK NA | Continued | N/A |
| | Minutes | Print Minute Order | | |
| | 12/05/2011 8:30 AM DEPT. VJ | ORDER TO SHOW CAUSE RE: CONTROL DATE FOR THE CLERK ONLY-OBJECTIONS AS TO GMAC MORTGAGE LLC, JASON S SCHERMERHORN, MORTGAGE ELECTRONICREGISTRATION SYSTEMS IN, WELLS FARGO BANK NA | Vacated | N/A |
| | 11/03/2011 | CLERK'S CERTIFICATE OF MAILING OF STATEMENT OF INTENDED DECISION. | Not Applicable | N/A |
| | Minutes | Print Minute Order | | |
| | | NOTICE SENT TO LAW OFFICES OF STEPHEN E ENSBERG ON 11/03/11 NOTICE SENT TO PYLE, SIMS, DUNCAN& STEVENSON ON 11/03/11 NOTICE SENT TO WRIGHT FINLAY & ZAK ON 11/03/11 NOTICE SENT TO WRIGHT, FINLAY & ZAK ON 11/03/11 NOTICE SENT TO DAVIS LAW A PROFESSIONAL CORPORATION ON 11/03/11 NOTICE SENT TO DAVIS ZFATY APC ON 11/03/11 | | |
| N | 11/03/2011 | STATEMENT OF INTENDED DECISION (PHASE TWO) | Not Applicable | 📷 |
| | Minutes | Print Minute Order | | |
| | | HONORABLE KENNETH G ZIEBARTH CLERK: S. PORTILLO COURT REPORTER: NONE SEE MINUTE ORDER THIS DATE FOR FINDINGS ORDER TO SHOW CAUSE RE CONTROL DATE FOR THE CLERK ONLY-OBJECTIONS AS TO GMAC MORTGAGE LLC, JASON S SCHERMERHORN, MORTGAGE ELECTRONICREGISTRATION SYSTEMS IN, WELLS FARGO BANK NA SET FOR 12/05/11 AT 08:30 DEPT 06 ORDER TO SHOW CAUSE ISSUED | | |
| | 11/03/2011 8:30 AM DEPT. 06 | HEARING RE: SUBMISSION OF BRIEFS-NON APPEARNCE. | Off-Calendar | |
| | Minutes | Print Minute Order | | |
| N | 11/02/2011 | PROOF OF SERVICE BY MAIL OF RESPONSE OF SCHERMERHOMS TO UNAUTHORIZED SURREPLY ON SEE ATTACHED LIST WITH A MAILING DATE OF 11/01/11 FILED. (NON-COMPLAINT) | Not Applicable | 📷 |
| N | 11/02/2011 | RESPONSE OF TO UNAUTHORIZED SURREPLY FROM GMAC TO TRIAL BRIEF ON PHASE 2 OF TRIAL FILED | Not Applicable | 📷 |
| | 11/02/2011 | | Not Applicable | |

**EXHIBIT 2 TO OPPOSITION - State Court Docket**

|   |   | REJECTED DOCUMENT: RESPONSE TO UNAUTHORIZED SURREPLY FROM SUBMITTED BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN. |   |   |
|---|---|---|---|---|
| **Minutes** | Print Minute Order | | | |
| | | THE COURT IS UNABLE TO PROCESS THE ENCLOSED DOCUMENT(S) FOR THE REASON(S) INDICATED BELOW:<br>SIGNING ATTORNEY MICHAEL Y MACKINNON, IS NOT REGISTERED FOR THE DIRECT FAX FILING. BE ADVISED THAT AN ANNUAL FAX FILING REGISTRATION FEE OF $100.00 IS REQUIRED BY EACH SIGNING<br>ATTORNEY NOT BY FIRM. FOR MORE INFORMATION REGARDING FAX FILING, VISIT OUR WEBSITE AT WWW.RIVERSIDE.COURTS.CA.GOV/FAXREGISTER.HTM.<br>REJECT NOTICE PRINTED | | |
| N | 10/25/2011 | REPLY TO OPENING BRIEF IN CONNECTION WITH PHASE 2 OF TRIAL BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC FILED | Not Applicable | |
| N | 10/21/2011 | REPLY TO OPENING BRIEF OF PLAINTIFFS IN CONNECTION WITH PHA BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN FILED | Not Applicable | |
| N | 10/14/2011 | PROOF OF SERVICE BY MAIL OF TRIAL BRIEF, DECL, OBJECTION ON JENNIFER AND JASON SCHERMERHORN WITH A MAILING DATE OF 10/14/11 FILED. (NON-COMPLAINT) | Not Applicable | |
| N | 10/14/2011 | DECLARATION OF STEPHEN E ENSBERG PHASE 2 RE SCHERMERHORN FIRST AMENDED CROSS COMPLAINT FILED BY GMAC MORTGAGE LL | Not Applicable | |
| N | 10/14/2011 | TRIAL BRIEF PHAE 2 RE SCHERMERHORN FIRST AMENDED CROSS COMPLAINT FILED BY GMAC MORTGAGE LLC | Not Applicable | |
| N | 10/14/2011 | OBJECTIONS TO EVIDENCE PHASE 2 RE SCHERMERHORN FIRST AMENDED CROSS COMPLAINT FILED BY GMAC MORTGAGE | Not Applicable | |
| N | 09/30/2011 | PROOF OF SERVICE BY MAIL OF SEE DOCUMENT SERVICE LIST ON SEE ATTACHED SERVICE LIST WITH A MAILING DATE OF 09/30/11 FILED. (NON-COMPLAINT) | Not Applicable | |
| N | 09/30/2011 | DECLARATION OF MISTY ADKINS IN SUPPORT OF THE SCHERMERHORNS OPENING TRIAL BRIEF FOR PHASE 2 OF THE TRIAL | Not Applicable | |
| N | 09/30/2011 | DECLARATION OF MICHAEL Y. MACKINNON IN SUPPORT OF THE BRIEF BY JASON AND JENNIFER SCHERMERHORN FILED | Not Applicable | |
| N | 09/30/2011 | DECLARATION OF JULIE NAFEY IN SUPPORT OF THE BRIEF BY JASON AND JENNIFER SCHERMERHORN FILED | Not Applicable | |
| N | 09/30/2011 | OPENING BRIEF OF JASON AND JENNIFER SCHERMERHORN IN CONNECTION WITH PHASE 2 OF THE TRIAL FILED | Not Applicable | |
| N | 09/16/2011 | DEFTS JOINT REQUEST FOR CLARIFICATION | Not Applicable | |
| N | 09/16/2011 | PLTS REQUEST FOR STATEMENT OF DECISION OR OBJECTIONS TO PROPOSED STATEMENT OF DECISION | Not Applicable | |
| | 09/16/2011<br>1:30 PM<br>DEPT. 06 | TRIAL SETTING CONFERENCE | Completed | |
| **Minutes** | Print Minute Order | | | |

**EXHIBIT 2 TO OPPOSITION - State Court Docket**

| | | | | |
|---|---|---|---|---|
| N | 08/30/2011 | NOTICE OF TRIAL SETTING CONFEREN AND STATUS CONFERENCE BY WELLS FARGO BANK NA FILED. | Not Applicable | 📷 |
| N | 08/29/2011 | STATEMENT OF DECISION (PHASE ONE) | Not Applicable | 📷 |

**Minutes**  [Print Minute Order]

HONORABLE JUDGE KENNETH ZIEBARTH, PRESIDING
CLERK: S. PORTILLO
COURT REPORTER: NONE
TRIAL SETTING CONFERENCE SET FOR 09/16/11 @ 01:30 IN DEPT. 06.
TRIAL STATUS CONFERENCE SET.
SEE MINUTE ORDER THIS DATE IN FILE

| | | | | |
|---|---|---|---|---|
| | 08/29/2011 | CLERK'S CERTIFICATE OF MAILING OF STATEMENT OF DECISION (PHASE ONE). | Not Applicable | N/A |

**Minutes**  [Print Minute Order]

NOTICE SENT TO LAW OFFICES OF STEPHEN E ENSBERG ON 8/29/11
NOTICE SENT TO PYLE, SIMS, DUNCAN& STEVENSON ON 8/29/11
NOTICE SENT TO WRIGHT FINLAY & ZAK ON 8/29/11
NOTICE SENT TO WRIGHT, FINLAY & ZAK ON 8/29/11
NOTICE SENT TO DAVIS LAW A PROFESSIONAL CORPORATION ON 8/29/11
NOTICE SENT TO DAVIS ZFATY APC ON 8/29/11

| | | | | |
|---|---|---|---|---|
| | 08/29/2011 8:30 AM DEPT. 06 | HEARING RE: ANY OBJECTIONS OR SETTING A TSC. | Off-Calendar | |

**Minutes**  [Print Minute Order]

| | | | | |
|---|---|---|---|---|
| N | 08/25/2011 | RESPONSE TO OBJECTIONS TO STATEMENT OF INTENDED DECISION BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN FILED. | Not Applicable | 📷 |
| N | 08/25/2011 | OBJECTION TO DEFTS JOINT REQ FOR CLARIFICATION FILED BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC | Not Applicable | 📷 |
| N | 08/22/2011 | NOTICE OF ERRATA IN CONNECTION WITH PLAINTIFFS REQUEST FOR STATEMENT OF DECISION OR OBJECTION BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC FILED. | Not Applicable | 📷 |
| N | 08/19/2011 | DEFENDANTS JOINT REQUEST FOR CLARIFICATION FILED | Not Applicable | 📷 |
| | 08/18/2011 | REJECTED DOCUMENT: JOINT REQUEST FOR CLARIFICATION SUBMITTED BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN. | Not Applicable | |

**Minutes**  [Print Minute Order]

THE COURT IS UNABLE TO PROCESS THE ENCLOSED DOCUMENT(S) FOR THE REASON(S) INDICATED BELOW:
PARTIAL FAX RECEIVED/ALSO SOME PAGES ARE UNREADABLE. PLEASE RESUBMIT ENTIRE FAX FOR
PROCESSING.
REJECT NOTICE PRINTED

| | | | | |
|---|---|---|---|---|
| N | 08/17/2011 | FILED RCPT FOR ADMIN RECORDS(DEPO) FR D6/DIANA MAT | Not Applicable | 📷 |
| | 08/04/2011 | CLERK'S CERTIFICATE OF MAILING OF NOTICE OF STATEMENT OF INTENDED DECISION. | Not Applicable | N/A |

## EXHIBIT 2 TO OPPOSITION - State Court Docket

| | | Minutes  Print Minute Order | | |
|---|---|---|---|---|
| | | NOTICE SENT TO LAW OFFICES OF STEPHEN E ENSBERG ON 8/04/11 NOTICE SENT TO PYLE, SIMS, DUNCAN& STEVENSON ON 8/04/11 NOTICE SENT TO WRIGHT FINLAY & ZAK ON 8/04/11 NOTICE SENT TO WRIGHT, FINLAY & ZAK ON 8/04/11 NOTICE SENT TO DAVIS LAW A PROFESSIONAL CORPORATION ON 8/04/11 NOTICE SENT TO DAVIS ZFATY APC ON 8/04/11 | | |
| N | 08/04/2011 | STATEMENT OF INTENDED DECISION | Not Applicable | 📷 |
| | 08/04/2011 8:30 AM DEPT. 06 | COURTS SUBSEQUENT RULING ON 08/01/11 @ 08:30 FOR DEPARTMENT 06 | Completed | |
| | | Minutes  Print Minute Order | | |
| N | 07/29/2011 | RESPONSE TO OBJECTION TO REFERENCE TO EXHIBIT 32 AND 61 BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC FILED. | Not Applicable | 📷 |
| N | 07/28/2011 | RECEIPT FOR EXHIBITS FILED BY EXHIBITS CLERK FROM DEPARTMENT 06. | Not Applicable | 📷 |
| | 07/28/2011 | JOINT(38)EXH RECD FR DEPT 6/SANDRA PORTILLO | Not Applicable | N/A |
| N | 07/27/2011 | OBJECTION TO PLTFS REFERENCE FILED BY BANK OF AMERICA NA | Not Applicable | 📷 |
| N | 07/26/2011 | ORDER FOR AFTER HEARING IS GRA AND FILED; HONORABLE JUDGE CRAIG G. RIEMER. | Not Applicable | 📷 |
| N | 07/25/2011 | SUPPLEMENTAL CLOSING ARGUMENT BRIEF ON ISSUES RELATED TO WELLS FARGO XCOMPLAINT FILED | Not Applicable | 📷 |
| N | 07/25/2011 | JOINT CLOSING ARGUMENT BRIEF FILED BY BANK OF AMERICA AND MORTGAGE ELECTRONIC REGISTRATION | Not Applicable | 📷 |
| N | 07/22/2011 | PROOF OF SERVICE BY MAIL OF APPENDIX OF REFERENCED MATERIALS AND POST TRIAL BR ON ALL PARTIES WITH A MAILING DATE OF 07/22/11 FILED. (NON-COMPLAINT) | Not Applicable | 📷 |
| N | 07/22/2011 | POST TRIAL BRIEF | Not Applicable | 📷 |
| N | 07/22/2011 | APPENDIX OF REFERENCED MATERIALS FILED BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC | Not Applicable | 📷 |
| | 07/22/2011 9:00 AM DEPT. 02 | HEARING RE: MOTION TO/FOR ORDER COMPELLING APPEARANCE AT DEPOSITION BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC | Continued Not Heard | |
| | | Minutes  Print Minute Order | | |
| | 07/14/2011 | COURT REPORTER FEE IN THE AMOUNT OF $1,036.00 PAID BY DEFENDANT WELLS FARGO FOR 07/14/11 | Not Applicable | |
| | | Minutes  Print Minute Order  Receipt: 110714-0605    $1,036.00 | | |
| | 07/14/2011 | COURT REPORTER FEE IN THE AMOUNT OF $1,036.00 PAID BY DEFENDANT FOR 07/14/11 | Not Applicable | |
| | | Minutes  Print Minute Order  Receipt: 110714-0602    $1,036.00 | | |

**EXHIBIT 2 TO OPPOSITION - State Court Docket**

| | | | | |
|---|---|---|---|---|
| N | 07/14/2011 | EXHIBIT LIST | Not Applicable | |
| N | 07/14/2011 | JOINDER BY DEFTS AND CROSS COMPLAINTS TO MOTIONS IN LIMINE #1 #2 AND #3 FILED BY DEFT/X-COMP WELLS F | Not Applicable | |
| | 07/14/2011 9:30 AM DEPT. 06 | COURT TRIAL - IN PROGRESS | Taken Under Submission | |
| Minutes | Print Minute Order | | | |
| N | 07/13/2011 | PLAINTIFFS NOTICE TO SEAN CHIBNIK TO APPEAR AT TRIAL PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 198 | Not Applicable | |
| | 07/13/2011 9:30 AM DEPT. 06 | COURT TRIAL - IN PROGRESS | Completed | |
| Minutes | Print Minute Order | | | |
| N | 07/12/2011 | DEFT WELLS FARGO BANKS MINI BRIEF ON THE SUBJECT OF CHAIN TITLE | Not Applicable | |
| N | 07/12/2011 | MOTION TO COMPEL APPEARANCE AT TRIAL OF PERSON MOST KNOWLEDGEABLE AND CUSTODIAN OF RECORDS ON BEHALF | Not Applicable | |
| | 07/12/2011 9:30 AM DEPT. 06 | COURT TRIAL - IN PROGRESS | Completed | |
| Minutes | Print Minute Order | | | |
| | 07/11/2011 9:30 AM DEPT. 01 | JURY TRIAL | Continued Not Heard | |
| Minutes | Print Minute Order | | | |
| | 07/11/2011 9:30 AM DEPT. 06 | JURY TRIAL - IN PROGRESS | Completed | |
| Minutes | Print Minute Order | | | |
| N | 07/08/2011 | STIPULATION RE: EVIDENCE AND REFERENCE TO INSURANCE COVERAGE | Not Applicable | |
| N | 07/08/2011 | PROOF OF SERVICE OF DOCUMENTS | Not Applicable | |
| N | 07/08/2011 | ORDER AFTER HEARING ON JULY 1, 2011 | Not Applicable | |
| N | 07/08/2011 | PLTS OPP TO WELLS FARGO BANK MOTION IN LIMINE 3 TO EXCLUDE TESTIMONY OF PLAINTIFFS DESIGNATED EXPERT | Not Applicable | |
| N | 07/08/2011 | DEFT/XCOMP WELLS FARGO BANK MTN IN LIMINE #3 TO EXCLUDE TESTIMONY OF PLTS DESIGNATED EXPERT EDWARD B | Not Applicable | |
| N | 07/08/2011 | | Not Applicable | |

**EXHIBIT 2 TO OPPOSITION - State Court Docket**

| | | | | |
|---|---|---|---|---|
| | | OPP TO WELLS FARGO MOTION IN LIMINE #1 TO EXCLUDE ALL EVIDENCE AND REFERENCE TO INSURANCE COVERAGE | | |
| N | 07/08/2011 | DEFT/X-COMP WELLS FARGO BANK MTN IN LMINE 1 TO EXCLUDE ALL EVIDENCE AND REFERENCE TO INSURANCE COVER | Not Applicable | |
| N | 07/08/2011 | DEFT/CROSS WELLS FARGO BANK MTN IN LIMINE 2 TO EXCLUDE TESTIMONY OF FIRST AMERICAN TITLE WITNESSES | Not Applicable | |
| N | 07/08/2011 | OPP TO MOTION IN LIMINE #2 TO EXLUDE TESTIMONY OF FIRST AMERICAN TITLE DARIEN MCDONALD MARIA CRUZ A | Not Applicable | |
| N | 07/08/2011 | STIPULATION REGARDING EVIDENCE AND REFERENCE TO INSURANCE COVERAGE | Not Applicable | |
| N | 07/08/2011 | PLTS OPPO TO MOTION IN LIMINE TO PRODUCE EVIDENCE THAT THEY HAVE STANDING TO ASSERT THE THREE CLAIMS | Not Applicable | |
| N | 07/08/2011 | DEFTS/X-COMP SCHERMERHORNS MTN IN LIMINE TO REQUIRE PLTS TO PRODUCE EVIDENCE THAT THEY HAVE STANDING | Not Applicable | |
| | 07/08/2011 | JOINDER BY WELLS FARGO BANK TO MTN IN LIMINE 3 FILED BY DEFTS J SCHERMERHORN AND J SCHERMERHORN | Not Applicable | N/A |
| | 07/08/2011 9:30 AM DEPT. 06 | JURY TRIAL | Completed | |
| | Minutes | Print Minute Order | | |
| N | 07/08/2011 | JOINT WITNESS LIST | Not Applicable | |
| | 07/08/2011 8:30 AM DEPT. 01 | JURY TRIAL | Continued Not Heard | |
| | Minutes | Print Minute Order | | |
| | 07/01/2011 9:00 AM DEPT. 02 | HEARING RESERVED FOR: MOTION FOR ORDER FOR PRIOR COURT TRIAL OF EQUITABLE ISSUES | Calendared (Reservation Hearings) | |
| | 07/01/2011 9:00 AM DEPT. 02 | HEARING RE: MOTION TO/FOR ORDER ESTABLISHING PRIOR COURT TRIAL OF ISSUES OF PURE LAW AND EQUITABLE ISSUES BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC | Reset to change Department | |
| | Minutes | Print Minute Order | | |
| | 07/01/2011 9:00 AM DEPT. 01 | HEARING RE: MOTION TO/FOR ORDER ESTABLISHING PRIOR COURT TRIAL OF ISSUES OF PURE LAW AND EQUITABLE ISSUES BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC | Denied | |
| | Minutes | Print Minute Order | | |
| N | 06/24/2011 | | Not Applicable | |

**EXHIBIT 2 TO OPPOSITION - State Court Docket**

| | | | | |
|---|---|---|---|---|
| | | REPLY TO OPPOSITION TO MTN ESTABLISHING PRIOR COURT TRIAL BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC FILED | | |
| N | 06/24/2011 | NOTICE OF ENTRY ORDER SHORTENIGN TIME FILING & SERVING MTN COMPEL DEPO OF BANK OF AMERICA BY GMAC MORTGAGE LLC FILED. | Not Applicable | |
| N | 06/21/2011 | OPPOSITION TO PLAINTIFFS MTN FOR ORDER ESTABLISHING TRIAL BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN FILED UNTIMELY PER 1005CCP/317(A)CRC/437C(B)CCP | Not Applicable | |
| | 06/21/2011 | REJECTED DOCUMENT: OPPOSITION TO MOTION FOR ORDER ESTABLISHING TRIAL SUBMITTED BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN. | Not Applicable | |
| Minutes | Print Minute Order | | | |
| THE COURT IS UNABLE TO PROCESS THE ENCLOSED DOCUMENT(S) FOR THE REASON(S) INDICATED BELOW:<br>KATHLEEN A CASHMAN-KRAMER IS NOT REGISTERED WITH THE COURTS FAX FILING REGISTRATION.<br>REJECT NOTICE PRINTED | | | | |
| N | 06/20/2011 | RESPONSE AND OBJECTIONS TO MOTION FOR ORDER ESTABLISHING PRIOR COURT TRIAL OF ISSUES FILED BY BANK O | Not Applicable | |
| | 06/17/2011 | REJECTED DOCUMENT: NOTICE OF ENTRY OF ORDER SHORTENING TIME SUBMITTED BY EXECUTIVE TRUSTEE SERVICES LLC. | Not Applicable | |
| Minutes | Print Minute Order | | | |
| THE COURT IS UNABLE TO PROCESS THE ENCLOSED DOCUMENT(S) FOR THE REASON(S) INDICATED BELOW:<br>DEFENDANTS LISTED ARE NOT ON COMPLAINT(LAW OFFICE OF ROBERT E. WEISS AND CRIS A KLINGERMAN).<br>REJECT NOTICE PRINTED | | | | |
| | 06/17/2011 9:00 AM DEPT. 02 | HEARING RE: MOTION TO/FOR ORDER COMPELLING APPEARANCE AT DEPOSITION BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC | Entire Case Settled | |
| Minutes | Print Minute Order | | | |
| | 06/17/2011 9:00 AM DEPT. 02 | HEARING RE: ORDER COMPELLING RESPONSES (SCHERMERHORN FILED BY). | Off-Calendar | |
| Minutes | Print Minute Order | | | |
| N | 06/17/2011 | ORDER FOR APPROVING STIPULATION REGARDING DEPOSITION IS GRA AND FILED; HONORABLE COMMISSIONER PAULETTE DURAND-BARKLEY. | Not Applicable | |
| N | 06/17/2011 | STIPULATION REGARDING DEPOSITION OF PERSON MOST KNOWLEDGEABLE FILED. | Not Applicable | |
| | 06/16/2011 | TRUST DEPOSIT - JURY | Not Applicable | |
| | 06/16/2011 | TRUST DEPOSIT - JURY | Not Applicable | |
| N | 06/15/2011 | OPPOSITION TO MTN TO COMPEL DISCOVERY BY BANK OF AMERICA NA FILED UNTIMELY PER 1005CCP/317(A) CRC/437C(B)CCP | Not Applicable | |

**EXHIBIT 2 TO OPPOSITION - State Court Docket**

| | | | | |
|---|---|---|---|---|
| N | 06/15/2011 | OPPOSITION TO MTN TO COMPEL DEPOSITION BY BANK OF AMERICA NA FILED UNTIMELY PER 1005CCP/317(A) CRC/437C(B)CCP | Not Applicable | 📷 |
| N | 06/14/2011 | PROOF OF SERVICE BY MAIL OF EX PARTE APPL AND SUPPORTING DOCUMENTS ON PARTIES OF INTEREST WITH A MAILING DATE OF 06/13/11 FILED. (NON-COMPLAINT) | Not Applicable | 📷 |
| N | 06/14/2011 | OPPOSITION TO EXPARTE APPLICATIONS RE MOTIONS TO COMPEL BY BANK OF AMERICA NA FILED | Not Applicable | 📷 |
| N | 06/14/2011 | ORDER FOR SHORTENING TIME FOR FILING AND SERVING MOTION IS GRA AND FILED; HONORABLE COMMISSIONER PAULETTE DURAND-BARKLEY. | Not Applicable | 📷 |
| N | 06/14/2011 | ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER COMPELLING RESPO. HONORABLE COMMISSIONER PAULETTE DURAND-BARKLEY. | Not Applicable | 📷 |
| | 06/14/2011 9:30 AM DEPT. 02 | EX PARTE HEARING RE ORDER SHORTENING TIME FOR FILING/SERVING MOTION. | Granted | |
| | Minutes | Print Minute Order | | |
| | 06/14/2011 9:30 AM DEPT. 02 | EX PARTE HEARING RE ORDER COMPELLING RESPONSES. | Denied | |
| | Minutes | Print Minute Order | | |
| N | 06/13/2011 | DECLARATION RE:NOTICE OF EX PARTE APPLICATION FILED | Not Applicable | 📷 |
| N | 06/13/2011 | DECLARATION OF KATHLEEN A CASHMAN-KRAMER IN SUPPORT OF EXPARTE FILED | Not Applicable | 📷 |
| | 06/13/2011 | EX PARTE HEARING SET ON 6/14/11 AT 9:30 IN DEPT 02 | | |
| N | 06/13/2011 | EX PARTE APPLICATION TO/FOR ORDER COMPELLING RESPONSES BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN FILED | Not Applicable | 📷 |
| | Minutes   Print Minute Order   Receipt: 110613-0331      $40.00 | | | |
| | 06/13/2011 | EX PARTE HEARING SET ON 6/14/11 AT 9:30 IN DEPT 02 | | |
| N | 06/13/2011 | EX PARTE APPLICATION TO/FOR ORDER SHORTENING TIME FOR FILING/SERVING MOTION BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC FILED | Not Applicable | 📷 |
| | Minutes   Print Minute Order   Receipt: 110613-0289      $40.00 | | | |
| N | 06/13/2011 | SEPARATE STATEMENT OF DISPUTED ATERIAL FACTS | Not Applicable | 📷 |
| N | 06/13/2011 | DECLARATION OF STEPHEN E ENSBERG IN SUPPORT OF MOTION FILED | Not Applicable | 📷 |
| | 06/13/2011 | HEARING SET 7/22/11 AT 9:00 IN DEPARTMENT 02 | | |
| N | 06/13/2011 | MOTION TO/FOR ORDER COMPELLING APPEARANCE AT DEPOSITION BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC FILED | | 📷 |
| | Minutes   Print Minute Order | | | |

## EXHIBIT 2 TO OPPOSITION - State Court Docket

Receipt: 110613-0288     $40.00

| | | | | |
|---|---|---|---|---|
| N | 06/06/2011 | PROOF OF SERVICE BY MAIL OF NOTICE OF MOTION FOR ORDER ESTABLISHING ON PYLE SIMS DUNCAN & STEVENSON WITH A MAILING DATE OF 06/06/11 FILED. (NON-COMPLAINT) | Not Applicable | 📷 |
| | 06/06/2011 | MOTION HEARING RESERVATION RE: MOTION FOR ORDER SET FOR 07/01/11 AT 09:00 IS CONFIRMED. | Not Applicable | |
| N | 06/06/2011 | MOTION TO/FOR ORDER ESTABLISHING PRIOR COURT TRIAL OF ISSUES OF PURE LAW AND EQUITABLE ISSUES BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC FILED | | 📷 |
| | 06/06/2011 | HEARING SET 7/01/11 AT 9:00 IN DEPARTMENT 02 | | |
| | 05/26/2011 | FEE PAID FOR ON-LINE RESERVATION OF MOTION ($40.00). CONFIRMATION NUMBER RES1470 FOR HEARING RESERVED ON 07/01/11. | Not Applicable | |

Minutes    Print Minute Order

Receipt: 110526-0180     $40.00

| | | | | |
|---|---|---|---|---|
| | 05/25/2011 | HEARING RESERVED SET 07/01/11 AT 9:00 IN DEPT. 02 | | |
| | 05/02/2011 8:30 AM DEPT. 01 | TRIAL SETTING CONFERENCE | Hearing Held | |

Minutes    Print Minute Order

| | | | | |
|---|---|---|---|---|
| N | 04/29/2011 | CASE MANAGEMENT STATEMENT BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC FILED UNTIMELY PURSUANT TO CRC 3.725 | Not Applicable | 📷 |
| | 04/27/2011 | CERTIFIED COPY(S) MADE. | Not Applicable | |
| | 04/27/2011 | OUT OF STATE DEPOSITION FILED | Not Applicable | N/A |

Minutes    Print Minute Order

Receipt: 110427-0480     $60.00

| | | | | |
|---|---|---|---|---|
| N | 02/04/2011 | NOTICE OF CONTINUANCE OF TRIAL SETTING CONFERENCE BY GMAC MORTGAGE LLC FILED. | Not Applicable | 📷 |
| | 02/01/2011 8:30 AM DEPT. 01 | TRIAL SETTING CONFERENCE | Continued | |

Minutes    Print Minute Order

| | | | | |
|---|---|---|---|---|
| N | 01/24/2011 | NOTICE OF CHANGE OF FIRM NAME FILED; CHANGE FIRM DAVIS ZFATY APC FOR PARTY(S) WELLS FARGO BANK NA TO FIRM DAVIS LAW A PROFESSIONAL CORPORATION | Not Applicable | 📷 |
| | 01/13/2011 8:30 AM DEPT. 05 | HEARING RE MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OF ISSUES ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN | Reset to change Department | |

Minutes    Print Minute Order

| | | | | |
|---|---|---|---|---|
| | | HEARING RE MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OF ISSUES | Denied | |

**EXHIBIT 2 TO OPPOSITION - State Court Docket**

http://public-access.riverside.courts.ca.gov/OpenAccess/Civil/CivilCaseReport.asp?Court...    11/18/2013

| | | | | |
|---|---|---|---|---|
| | 01/13/2011 8:30 AM DEPT. 02 | ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN | | |
| Minutes | Print Minute Order | | | |
| N | 01/06/2011 | DECLARATION OF MICHAEL Y MACKINNON IN SUPPORT OF REPLY TO OPPO TO MTN FOR SUMMARY JUDGMENT | Not Applicable | |
| N | 01/06/2011 | PROOF OF SERVICE BY MAIL OF REPLY/DECLARATION ON SEE ATTACHED WITH A MAILING DATE OF 01/06/11 FILED. (NON-COMPLAINT) | Not Applicable | |
| N | 01/06/2011 | REPLY TO OPPOSITION TO MTN FOR SUMMARY JUDGMENT BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN FILED | Not Applicable | |
| N | 01/06/2011 | EVIDENTIARY OBJECTIONS IN REPLY TO OPPOSITION TO MTN OF SCHERMERHORNS FOR SUMMARY JUDGMENT | Not Applicable | |
| N | 12/30/2010 | OPPOSITION TO MTN FOR SUMMARY ADJUDICATION BY BANK OF AMERICA NA FILED | Not Applicable | |
| N | 12/30/2010 | SEPARATE STATEMENT IN SUPPORT OF OPPOSITION TO MTN FOR SUMMARY ADJUDICATION FILED BY BANK OF AMERICA | Not Applicable | |
| N | 12/30/2010 | DECLARATION OF JONATHAN D FINK IN SUPPORT OF OPPOSITION TO MTN FOR SUMMARY ADJUDICATION FILED BY BANK OF AMERICA | Not Applicable | |
| N | 12/30/2010 | DECLARATION OF THOMAS FISHER IN SUPPORT OF OPPOSITION TO MTN FOR SUMMARY FILED BY BANK OF AMERICA, PRLAP INC, MO | Not Applicable | |
| N | 12/30/2010 | REQUEST FOR JUDICIAL NOTICE FILED | Not Applicable | |
| N | 12/30/2010 | DECLARATION OF MAGDALENA D KOZINSKA IN SUPPORT OF OPPOSITION TO MTN FOR SUMMARY ADJUDICATION FILED BY BANK OF AM | Not Applicable | |
| N | 12/30/2010 | CERTIFICATE OF SERVICE OF OPPO TO MSJ, DECLS REQUEST FOR JUDICIAL NTCS ON WELLS FARGO, GMAC MORTGAGE | Not Applicable | |
| N | 12/30/2010 | NOTICE OF SUBMISSION AND FILING OF STIPULATION RE MTN FOR SUMMARY ADJUDICATION BY GMAC MORTGAGE LLC FILED. | Not Applicable | |
| N | 12/30/2010 | NOTICE OF CHANGE IN DEPT FOR HEARING ON MOTION OF X-COMPLAINTS MOTION FOR SUMMARY JUDGMENT BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN FILED. | Not Applicable | |
| N | 12/29/2010 | NOTICE OF NON OPPOSITION TO MOTION FOR SUMMARY JUDGMENT BY WELLS FARGO BANK NA FILED. | Not Applicable | |
| N | 12/27/2010 | NOTICE OF CASE REASSIGNMENT TO DEPT FOR CASE MGMT PURPOSES-ASSIGNMENT OF LAW AND MTN DEPT BY GMAC MORTGAGE LLC FILED. | Not Applicable | |
| | 12/20/2010 | CASE IS REASSIGNED TO DEPARTMENT 05 FOR CASE MANAGEMENT PURPOSES AND IS ASSIGNED TO DEPARTMENT 02 FOR LAW AND MOTION PURPOSES. | | |
| Minutes | Print Minute Order | | | |
| | NOTICE SENT TO LAW OFFICES OF STEPHEN E ENSBERG ON 12/20/10 NOTICE SENT TO PYLE, SIMS, DUNCAN & STEVENSON ON 12/20/10 NOTICE SENT TO WRIGHT FINLAY & ZAK ON 12/20/10 NOTICE SENT TO DAVIS ZFATY APC ON 12/20/10 | | | |

# EXHIBIT 2 TO OPPOSITION - State Court Docket

| | | NOTICE SENT TO WRIGHT, FINLAY & ZAK ON 12/20/10 | | |
|---|---|---|---|---|
| N | 10/27/2010 | PROOF OF SERVICE BY MAIL OF HEARING ON CROSS COMPLAINT FOR MOTION FOR SUMMARY ON ALL PARTIES WITH A MAILING DATE OF 10/25/10 FILED. (NON-COMPLAINT) | Not Applicable | 📷 |
| N | 10/22/2010 | REQUEST FOR JUDICIAL NOTICE FILED | Not Applicable | 📷 |
| N | 10/22/2010 | PROOF OF SERVICE RE:MTN FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE,SEPARATE STATEMENT,DECLARATIONS | Not Applicable | 📷 |
| N | 10/22/2010 | SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS. | Not Applicable | 📷 |
| N | 10/22/2010 | DECLARATION OF JENNIFER M SCHERMERHORN IN SUPPORT OF MTN FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FILED | Not Applicable | 📷 |
| N | 10/22/2010 | DECLARATION OF JASON S SCHERMERHORN IN SUPPOR TO MTN FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE FILED | Not Applicable | 📷 |
| N | 10/22/2010 | MEMO OF POINTS & AUTHORITIES IN SUPPORT OF/TO MTN FOR SUMMARY JUDGMENT OR THE ALTERNATIVE BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN FILED. | Not Applicable | 📷 |
| N | 10/22/2010 | MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OF ISSUES ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN FILED | | 📷 |
| | **Minutes** | Print Minute Order | | |
| | Receipt: 101022-0137    $200.00 | | | |
| N | 09/01/2010 | GENERAL DENIAL TO 1ST AMENDED CROSS COMPLAINT OF JASON SCHERMERHORN BY MORTGAGE ELECTRONICREGISTRATION SYSTEMS IN REPRESENTED BY WRIGHT, FINLAY & ZAK FILED. | Not Applicable | 📷 |
| N | 09/01/2010 | GENERAL DENIAL TO 1ST AMENDED CROSS COMPLAINT OF JASON SCHERMERHORN BY BANK OF AMERICA NA REPRESENTED BY WRIGHT FINLAY & ZAK FILED. | Not Applicable | 📷 |
| | 08/16/2010 | REJECTED DOCUMENT: GENERAL DENIAL TO FIRST AMENDED CROSS COMPLAINT SUBMITTED BY BANK OF AMERICA NA. | Not Applicable | |
| | **Minutes** | Print Minute Order | | |
| | THE COURT IS UNABLE TO PROCESS THE ENCLOSED DOCUMENT(S) FOR THE REASON(S) INDICATED BELOW: FIRST AMENDED CROSS COMPLAINT HAS NOT BEEN FILED YET REJECT NOTICE PRINTED | | | |
| | 08/16/2010 | REJECTED DOCUMENT: GENERAL DENIAL TO FIRST AMENDED CROSS COMPLAINT SUBMITTED BY MORTGAGE ELECTRONICREGISTRATION SYSTEMS IN. | Not Applicable | |
| | **Minutes** | Print Minute Order | | |
| | THE COURT IS UNABLE TO PROCESS THE ENCLOSED DOCUMENT(S) FOR THE REASON(S) INDICATED BELOW: FIRST AMENDED CROSS COMPLAINT HAS NOT BEEN FILED AS OF YET REJECT NOTICE PRINTED | | | |

## EXHIBIT 2 TO OPPOSITION - State Court Docket

| | 08/11/2010 | --ALSO SERVED 1ST AMENDED CROSS COMPLAINT OF JASON SCHERMERHORN ON GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC, MORTGAGE ELECTRONICREGISTRATION SYSTEMS IN, BANK OF AMERICA NA, PRLAP INC WITH DATE OF MAILING 08/10/10-- | Not Applicable | |
|---|---|---|---|---|
| N | 08/11/2010 | **1ST AMENDED CROSS COMPLAINT OF JASON SCHERMERHORN FILED. (AMENDED COMPLAINT - SUPERIOR COURT)** | Not Applicable | 📷 1 |
| | 08/05/2010 8:30 AM DEPT. 01 | HEARING RE: MOTION FOR LEAVE TO FILE AMENDED CROSS COMPLAINT FILED 02/18/2010 OF JASON SCHERMERHORN BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN | Vacated | |
| | 08/04/2010 | HMLFAC HEARING SET FOR 08/05/10 AT 08:30 IS VACATED -FOR THE REASON: ORDER GRANTED 7/28/10 | Not Applicable | |
| | 07/30/2010 | REJECTED DOCUMENT: GENERAL DENIAL SUBMITTED BY MORTGAGE ELECTRONICREGISTRATION SYSTEMS IN. | Not Applicable | |

**Minutes**    Print Minute Order

THE COURT IS UNABLE TO PROCESS THE ENCLOSED DOCUMENT(S) FOR THE REASON(S) INDICATED BELOW:
THERE IS NO AMENDED CROSS-COMPLAINT ON FILE.
REJECT NOTICE PRINTED

| N | 07/28/2010 | ORDER FOR FILE 1ST AMENDED CROSS-COMPLAINT IS GRA AND FILED; HONORABLE JUDGE GLORIA CONNOR TRASK. | Not Applicable | 📷 |
|---|---|---|---|---|
| N | 07/28/2010 | STIPULATION TO FILE 1ST AMENDED CROSS-COMPLAINT FILED. | Not Applicable | 📷 |

**Minutes**    Print Minute Order

LEAVE TO AMEND CROSS COMPLAINT FILED 02/18/2010 OF JASON SCHERMERHORN GRANTED, WITH 30 DAYS LEAVE TO AMEND

| | 07/22/2010 | COPY(S) MADE | Not Applicable | |
|---|---|---|---|---|
| N | 07/22/2010 | PROOF OF SERVICE BY MAIL OF STIP/ORDER TO PERMIT THE SCHERMERHORNS TO FILE AND ON ALL PARTIES WITH A MAILING DATE OF 07/21/10 FILED. (NON-COMPLAINT) | Not Applicable | 📷 |
| | 07/22/2010 | STIPULATION AND ORDER FEE PAID BY JASON S SCHERMERHORN | Not Applicable | |

**Minutes**    Print Minute Order

Receipt: 100722-0076     $20.00

| N | 07/21/2010 | STIPULATION FOR ALTERNATIVE DISPUTE RESOLUTION (ADR) FILED BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN. | Not Applicable | 📷 |
|---|---|---|---|---|
| | 07/20/2010 | REJECTED DOCUMENT: GENERAL DENIAL SUBMITTED BY MORTGAGE ELECTRONICREGISTRATION SYSTEMS IN, BANK OF AMERICA NA, PRLAP INC. | Not Applicable | |

**Minutes**    Print Minute Order

THE COURT IS UNABLE TO PROCESS THE ENCLOSED DOCUMENT(S) FOR THE REASON(S) INDICATED BELOW:
THERE IS NO FIRST AMENDED CROSS-COMPLAINT FILED. ALL DEFENDANTS/CROSS-DEFENDANTS HAVE ANSWERED ON
ALL COMPLAINTS EXCEPT FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS.

## EXHIBIT 2 TO OPPOSITION - State Court Docket

| | | | | |
|---|---|---|---|---|
| | | REJECT NOTICE PRINTED | | |
| N | 06/29/2010 | NOTICE OF HEARING ON MTN FOR LEAVE TO FILE FIRST AMENDED CROSS COMPLAINT BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN FILED. | Not Applicable | 📷 |
| N | 06/29/2010 | DECLARATION OF KATHLEEN A CASHMAN KRAMER IN SUPPORT OF MTN FOR LEAVE TO FILE FIRST AMENDED CROSS COMPLAINT FILED | Not Applicable | 📷 |
| N | 06/29/2010 | MOTION FOR LEAVE TO AMEND CROSS COMPLAINT FILED 02/18/2010 OF JASON SCHERMERHORN BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN FILED. | | 📷 |
| **Minutes** Print Minute Order  Receipt: 100629-0100    $40.00 | | | | |
| | 06/24/2010 | REJECTED DOCUMENT: MOTION FOR LEAVE, DECLS, NTC OF HEARING SUBMITTED BY JASON S SCHERMERHORN. | Not Applicable | |
| **Minutes** Print Minute Order  THE COURT IS UNABLE TO PROCESS THE ENCLOSED DOCUMENT(S) FOR THE REASON(S) INDICATED BELOW:  OTHER: THE MOTION, NOTICE AND DECLARATION IS MISSING SIGNATURES FROM THE ATTORNEYS.  REJECT NOTICE PRINTED | | | | |
| N | 06/09/2010 | STIPULATION TO SET ASIDE DEFAULT FILED. | Not Applicable | 📷 |
| N | 06/09/2010 | ORDER FOR TO SET ASIDE DEFAULT IS GRA AND FILED; HONORABLE JUDGE GLORIA CONNOR TRASK. | Not Applicable | 📷 |
| **Minutes** Print Minute Order  SET ASIDE DEFAULT ENTERED ON THE CROSS COMPLAINT FILED 02/18/2010 OF JASON SCHERMERHORN AS TO MORTGAGE ELECTRONICREGISTRATION SYSTEMS IN 30 DAYS TO ANSWER  SET ASIDE DEFAULT REQUESTED ON THE CROSS COMPLAINT FILED 02/18/2010 OF JASON SCHERMERHORN AS TO MORTGAGE ELECTRONICREGISTRATION SYSTEMS IN WITH 30 DAYS TO ANSWER. | | | | |
| N | 06/04/2010 | NOTICE OF TRIAL SETTING CONFERENCE BY WELLS FARGO BANK NA FILED. | Not Applicable | 📷 |
| N | 06/03/2010 | NOTICE OF TRIAL SETTING CONFERENCE BY GMAC MORTGAGE LLC FILED. | Not Applicable | 📷 |
| | 06/02/2010 | STIPULATION AND ORDER FEE PAID BY MORTGAGE ELECTRONICREGISTRATION SYSTEMS IN | Not Applicable | |
| **Minutes** Print Minute Order  Receipt: 100604-0170    $20.00 | | | | |
| | 06/01/2010 8:30 AM DEPT. 01 | CASE MANAGEMENT CONFERENCE HEARING | TRIAL SETTING CONFERENCE SET | |
| **Minutes** Print Minute Order | | | | |
| | 06/01/2010 8:30 AM DEPT. 01 | ORDER TO SHOW CAUSE HEARING WHY SANCTIONS OF $150.00 ON THE CROSS COMPLAINT FILED 02/18/2010 OF JASON SCHERMERHORN AS TO MORTGAGE ELECTRONICREGISTRATION SYSTEMS IN, BANK OF AMERICA NA SHOULD NOT BE ORDERED FOR FAILURE TO FILE PROOF OF SERVICE OF SUMMONS. | Vacated | |
| **Minutes** Print Minute Order | | | | |

## EXHIBIT 2 TO OPPOSITION - State Court Docket

| | | | | |
|---|---|---|---|---|
| N | 05/27/2010 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE ON THE COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC AS TO MARK TOZIER FILED. | Not Applicable | 📷 |
| N | 05/24/2010 | REQUEST FOR ENTRY OF DEFAULT ONLY ON THE COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC AS TO NATIONAL BANK OF KANSAS CITY FILED. | Not Applicable | 📷 |
| N | 05/20/2010 | ANSWER TO COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC BY MORTGAGE ELECTRONICREGISTRATION SYSTEMS IN REPRESENTED BY WRIGHT FINLAY & ZAK FILED. (OVER $25,000.00) | Not Applicable | 📷 |
| N | 05/20/2010 | NOTICE OF TELEPHONIC APPEARANCE BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN FILED. | Not Applicable | 📷 |
| N | 05/20/2010 | PROOF OF SERVICE BY MAIL OF NOTICE OF TELEPHONIC APPEARANCE ON ALL PARTIES WITH A MAILING DATE OF 05/17/10 FILED. (NON-COMPLAINT) | Not Applicable | 📷 |
| | 05/18/2010 | FIRST APPEARANCE FEE PAID BY MORTGAGE ELECTRONICREGISTRATION SYSTEMS IN | Not Applicable | |

| Minutes | Print Minute Order |
|---|---|
| Receipt: 100518-0121 | $370.00 |

| | | | | |
|---|---|---|---|---|
| | 05/18/2010 | ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC AS TO MORTGAGE ELECTRONICREGISTRATION SYSTEMS IN ATTORNEY WRIGHT FINLAY & ZAK ADDED. | Not Applicable | |
| N | 05/18/2010 | CASE MANAGEMENT STATEMENT BY MORTGAGE ELECTRONICREGISTRATION SYSTEMS IN FILED UNTIMELY PURSUANT TO CRC 3.725 | Not Applicable | 📷 |
| N | 05/17/2010 | CASE MANAGEMENT STATEMENT FILED BY WELLS FARGO BANK NA | Not Applicable | 📷 |
| N | 05/17/2010 | CASE MANAGEMENT STATEMENT FILED BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN | Not Applicable | 📷 |
| N | 05/17/2010 | PROOF OF SERVICE OF CASE MANAGEMENT STATEMENT SERVED ON (SEE SERVICE LIST) SERVED 05/13/10 FILED (NON-COMPLAINT) | Not Applicable | 📷 |
| N | 05/14/2010 | CASE MANAGEMENT STATEMENT FILED BY GMAC MORTGAGE LLC | Not Applicable | 📷 |
| N | 05/06/2010 | REQUEST FOR ENTRY OF DEFAULT ONLY ON THE CROSS COMPLAINT FILED 02/18/2010 OF JASON SCHERMERHORN AS TO MORTGAGE ELECTRONICREGISTRATION SYSTEMS IN FILED. | Not Applicable | 📷 |
| N | 04/28/2010 | ANSWER TO CROSS COMPLAINT FILED 03/26/2010 OF WELLS FARGO BANK NA BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC REPRESENTED BY LAW OFFICES OF STEPHEN E ENSBERG FILED. (OVER $25,000.00) | Not Applicable | 📷 |
| N | 04/15/2010 | GENERAL DENIAL TO CROSS COMPLAINT FILED 02/18/2010 OF JASON SCHERMERHORN BY BANK OF AMERICA NA, PRLAP INC REPRESENTED BY WRIGHT FINLAY & ZAK FILED. | Not Applicable | 📷 |
| N | 04/15/2010 | ANSWER TO COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC BY BANK OF AMERICA NA, PRLAP INC REPRESENTED BY WRIGHT FINLAY & ZAK FILED. (OVER $25,000.00) | Not Applicable | 📷 |

| Minutes | Print Minute Order |
|---|---|
| Receipt: 100415-0584 | $740.00 |

# EXHIBIT 2 TO OPPOSITION - State Court Docket