| | | | | |
|---|---|---|---|---|
| | 04/05/2010 | REJECTED DOCUMENT: NTC RETURNED VIOLATION-UNIDENTIFIABLE PROPERTY SUBMITTED BY WELLS FARGO BANK NA. | Not Applicable | |
| Minutes | Print Minute Order | | | |
| THE COURT IS UNABLE TO PROCESS THE ENCLOSED DOCUMENT(S) FOR THE REASON(S) INDICATED BELOW: UNSURE OF WHAT THIS NOTICE IS ABOUT. THE ATTACHED DEFAULT HAS BEEN FILED ON 3/4/10. REJECT NOTICE PRINTED | | | | |
| N | 04/01/2010 | PROOF OF SERVICE ON THE CROSS COMPLAINT FILED 02/18/2010 OF JASON SCHERMERHORN SERVED ON BANK OF AMERICA NA WITH SERVICE DATE OF 03/11/10 FILED. (PERSONAL SERVICE) | Not Applicable | |
| N | 04/01/2010 | PROOF OF SERVICE (SUB-SERVED AND MAILED) ON CROSS COMPLAINT FILED 02/18/2010 OF JASON SCHERMERHORN AS TO MORTGAGE ELECTRONICREGISTRATION SYSTEMS IN; MAILING DATE OF 03/19/10 FILED. | Not Applicable | |
| | 03/26/2010 | --ALSO SERVED CROSS COMPLAINT FILED 03/26/2010 OF WELLS FARGO BANK NA ON GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC WITH DATE OF MAILING 03/26/10-- | Not Applicable | |
| N | 03/26/2010 | CROSS-COMPLAINT OF WELLS FARGO BANK NA REPRESENTED BY DAVIS ZFATY APC FILED (SUPERIOR COURT) | Not Applicable | 1 |
| N | 03/26/2010 | ANSWER TO COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC BY WELLS FARGO BANK NA REPRESENTED BY DAVIS ZFATY APC FILED. (OVER $25,000.00) | Not Applicable | |
| Minutes | Print Minute Order | | | |
| Receipt: 100326-0616         $370.00 | | | | |
| N | 03/22/2010 | ANSWER TO CROSS COMPLAINT FILED 02/18/2010 OF JASON SCHERMERHORN BY GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC REPRESENTED BY LAW OFFICES OF STEPHEN E ENSBERG FILED. (OVER $25,000.00) | Not Applicable | |
| | 03/22/2010 8:00 AM DEPT. CLERK | NON-PROOF OF SERVICE HRG X/C CROSS COMPLAINT FILED 02/18/2010 OF JASON SCHERMERHORN | OSC SET | |
| Minutes | Print Minute Order | | | |
| N | 03/04/2010 | REQUEST FOR ENTRY OF DEFAULT ONLY ON THE COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC AS TO MARK TOZIER, CALIFORNIA EMPIRE FINANCIAL GROUP INC, REGIONAL SERVICE CORPORATION, REGIONAL TRUSTEE SERVICE CORPORATION FILED. | Not Applicable | |
| | 03/01/2010 8:00 AM DEPT. CLERK | NON-PROOF OF SERVICE (NON-APPEARANCE) HEARING | Vacated | |
| N | 02/18/2010 | SUMMONS ISSUED ON CROSS COMPLAINT FILED 02/18/2010 OF JASON SCHERMERHORN AND FILED. | Not Applicable | |
| | 02/18/2010 | | | |

**EXHIBIT 2 TO OPPOSITION - State Court Docket**

RIC541193 Case Report - Riverside Civil & Small Claims     Page 21 of 24
12-12020-mg    Doc 5906-1    Filed 11/20/13    Entered 11/20/13 15:57:12    Exhibit
Exhibit 2A    Pg 2 of 5

| | | | | |
|---|---|---|---|---|
| | | NON-PROOF OF SERVICE HEARING SET ON 3/22/10 @ 8:00 IN DEPARTMENT CLERK | | |
| | 02/18/2010 | -- AND CROSS COMPLAINT FILED 02/18/2010 OF JASON SCHERMERHORN (CROSS-COMPLAINT) SERVED ON GMAC MORTGAGE LLC, EXECUTIVE TRUSTEE SERVICES LLC AND MAILED ON 02/17/10 -- | Not Applicable | |
| N | 02/18/2010 | CROSS-COMPLAINT OF JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN REPRESENTED BY PYLE, SIMS, DUNCAN& STEVENSON FILED (SUPERIOR COURT) | Not Applicable | 📷 [1] |
| N | 02/18/2010 | ANSWER TO COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC BY JASON S SCHERMERHORN, JENNIFER M SCHERMERHORN REPRESENTED BY PYLE, SIMS, DUNCAN& STEVENSON FILED. (OVER $25,000.00) | Not Applicable | 📷 |

**Minutes**    [Print Minute Order]

Receipt: 100304-0472      $740.00

| | | | | |
|---|---|---|---|---|
| | 02/16/2010 | REJECTED DOCUMENT: REQUEST FOR DEFAULT SUBMITTED BY GMAC MORTGAGE LLC. | Not Applicable | |

**Minutes**    [Print Minute Order]

THE COURT IS UNABLE TO PROCESS THE ENCLOSED DOCUMENT(S) FOR THE REASON(S) INDICATED BELOW:
LSI TITLE AGENCY INC HAS FILED A DISCLAIMER
REJECT NOTICE PRINTED

| | | | | |
|---|---|---|---|---|
| | 02/05/2010 | REJECTED DOCUMENT: REQUEST FOR ENTRY OF DEFAULT SUBMITTED BY GMAC MORTGAGE LLC. | Not Applicable | |

**Minutes**    [Print Minute Order]

THE COURT IS UNABLE TO PROCESS THE ENCLOSED DOCUMENT(S) FOR THE REASON(S) INDICATED BELOW:
ONE OR MORE DEFENDANT HAS UNTIL 02/25/10 TO ANSWER
REJECT NOTICE PRINTED

| | | | | |
|---|---|---|---|---|
| N | 02/03/2010 | PROOF OF SERVICE ON THE COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC SERVED ON REGIONAL SERVICE CORPORATION WITH SERVICE DATE OF 01/19/10 FILED.(PERSONAL SERVICE) | Not Applicable | 📷 |
| N | 02/03/2010 | PROOF OF SERVICE ON THE COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC SERVED ON REGIONAL TRUSTEE SERVICE CORPORATION WITH SERVICE DATE OF 01/19/10 FILED.(PERSONAL SERVICE) | Not Applicable | 📷 |
| N | 01/21/2010 | PROOF OF SERVICE ON THE COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC SERVED ON MARK TOZIER WITH SERVICE DATE OF 01/15/10 FILED.(PERSONAL SERVICE) | Not Applicable | 📷 |
| N | 01/21/2010 | PROOF OF SERVICE ON THE COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC SERVED ON WELLS FARGO BANK NA WITH SERVICE DATE OF 12/09/09 FILED. (PERSONAL SERVICE) | Not Applicable | 📷 |
| N | 01/21/2010 | PROOF OF SERVICE (SUB-SERVED AND MAILED) ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC AS TO CALIFORNIA EMPIRE FINANCIAL GROUP INC; MAILING DATE OF 01/16/10 FILED. | Not Applicable | 📷 |
| N | 01/21/2010 | PROOF OF SERVICE ON THE COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC SERVED ON MORTGAGE ELECTRONICREGISTRATION SYSTEMS IN WITH SERVICE DATE OF 12/09/09 FILED.(PERSONAL SERVICE) | Not Applicable | 📷 |

# EXHIBIT 2 TO OPPOSITION - State Court Docket

| | | | | |
|---|---|---|---|---|
| N | 01/21/2010 | DISCLAIMER ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC BY FIRST AMERICAN TITLE COMPANY REPRESENTED BY FIRST AMERICAN TITLE INSURANCECOMPANY FILED. | Not Applicable | |
| | 01/07/2010 | ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC AS TO FIDELITY NATIONAL TITLE COMPANY ATTORNEY CHRISTOPHER E. DEAL ADDED. | Not Applicable | |
| | 01/07/2010 | ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC AS TO FIDELITY NATIONAL TITLE COMPANY ATTORNEY GREGORY C HILL ADDED. | Not Applicable | |
| N | 01/07/2010 | DECLARATION OF NON-MONETARY STATUS ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC BY FIDELITY NATIONAL TITLE COMPANY REPRESENTED BY DOUGLAS W STERN. | Not Applicable | |
| N | 01/05/2010 | PROOF OF SERVICE BY MAIL OF DECLARATION OF NONMONETARY STATUS (2) ON STEPHEN E ENSBERG WITH A MAILING DATE OF 01/04/10 FILED. (NON-COMPLAINT) | Not Applicable | |
| N | 01/05/2010 | DECLARATION OF TODD MENDOLIA IN SUPPORT OF NONMONETARY STATUS FILED | Not Applicable | |
| N | 01/05/2010 | DECLARATION OF NON-MONETARY STATUS ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC BY LSI TITLE AGENCY INC REPRESENTED BY MCCARTHY & HOLTHIUS, LLP. | Not Applicable | |
| N | 01/04/2010 | DECLARATION OF NON-MONETARY STATUS ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC BY CAL-WESTERN RECONVEYANCE CORPORATION REPRESENTED BY WRIGHT FINLAY & ZAK. | Not Applicable | |
| N | 12/18/2009 | NOTICE OF CASE ASSIGNMENT AND MANAGEMENT CONFERENCE BY GMAC MORTGAGE LLC FILED. | Not Applicable | |
| N | 12/14/2009 | PROOF OF SERVICE ON THE COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC SERVED ON NATIONAL BANK OF KANSAS CITY WITH SERVICE DATE OF 12/09/09 FILED. (PERSONAL SERVICE) | Not Applicable | |
| N | 12/14/2009 | AMENDED PROOF OF SERVICE FILED ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC AS TO FIRST AMERICAN TITLE COMPANY WITH SERVICE DATE OF 12/03/09. | Not Applicable | |
| N | 12/14/2009 | PROOF OF SERVICE (SUB-SERVED AND MAILED) ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC AS TO JASON S SCHERMERHORN; MAILING DATE OF 12/07/09 FILED. | Not Applicable | |
| N | 12/14/2009 | PROOF OF SERVICE ON THE COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC SERVED ON JENNIFER M SCHERMERHORN WITH SERVICE DATE OF 12/07/09 FILED. (PERSONAL SERVICE) | Not Applicable | |
| N | 12/14/2009 | AMENDED PROOF OF SERVICE FILED ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC AS TO NATIONAL BANK OF KANSAS CITY WITH SERVICE DATE OF 12/09/09. | Not Applicable | |
| N | 12/14/2009 | AMENDED PROOF OF SERVICE FILED ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC AS TO CAL-WESTERN RECONVEYANCE CORPORATION WITH SERVICE DATE OF 12/03/09. | Not Applicable | |
| N | 12/14/2009 | AMENDED PROOF OF SERVICE FILED ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC AS TO LSI TITLE AGENCY INC WITH SERVICE DATE OF 12/04/09. | Not Applicable | |
| N | 12/14/2009 | | Not Applicable | |

**EXHIBIT 2 TO OPPOSITION - State Court Docket**

| | | | | |
|---|---|---|---|---|
| | | AMENDED PROOF OF SERVICE FILED ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC AS TO FIDELITY NATIONAL TITLE COMPANY WITH SERVICE DATE OF 12/04/09. | | |
| N | 12/14/2009 | AMENDED PROOF OF SERVICE FILED ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC AS TO BANK OF AMERICA NA WITH SERVICE DATE OF 12/04/09. | Not Applicable | |
| N | 12/14/2009 | AMENDED PROOF OF SERVICE FILED ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC AS TO PRLAP INC WITH SERVICE DATE OF 12/04/09. | Not Applicable | |
| N | 12/10/2009 | PROOF OF SERVICE ON THE COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC SERVED ON FIDELITY NATIONAL TITLE COMPANY WITH SERVICE DATE OF 12/04/09 FILED.(PERSONAL SERVICE) | Not Applicable | |
| N | 12/10/2009 | PROOF OF SERVICE ON THE COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC SERVED ON PRLAP INC WITH SERVICE DATE OF 12/04/09 FILED.(PERSONAL SERVICE) | Not Applicable | |
| N | 12/10/2009 | PROOF OF SERVICE ON THE COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC SERVED ON BANK OF AMERICA NA WITH SERVICE DATE OF 12/04/09 FILED.(PERSONAL SERVICE) | Not Applicable | |
| N | 12/10/2009 | PROOF OF SERVICE ON THE COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC SERVED ON FIRST AMERICAN TITLE COMPANY WITH SERVICE DATE OF 12/03/09 FILED.(PERSONAL SERVICE) | Not Applicable | |
| N | 12/10/2009 | PROOF OF SERVICE ON THE COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC SERVED ON CAL-WESTERN RECONVEYANCE CORPORATION WITH SERVICE DATE OF 12/03/09 FILED.(PERSONAL SERVICE) | Not Applicable | |
| N | 12/10/2009 | PROOF OF SERVICE ON THE COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC SERVED ON LSI TITLE AGENCY INC WITH SERVICE DATE OF 12/04/09 FILED.(PERSONAL SERVICE) | Not Applicable | |
| N | 12/01/2009 | NOTICE OF LIS PENDENS (COPY) FILED BY GMAC MORTGAGE LLC. | Not Applicable | |
| N | 12/01/2009 | SUMMONS ISSUED ON COMPLAINT FILED 12/01/2009 OF GMAC MORTGAGE LLC AND FILED. | Not Applicable | |
| N | 12/01/2009 | CERTIFICATE OF COUNSEL FILED. | Not Applicable | |
| | 12/01/2009 | NON PROOF OF SERVICE HEARING SET FOR 3/01/10 AT 8:00 IN DEPT CLERK | | |
| | 12/01/2009 | DIRECTLY ASSIGNED TO DEPARTMENT 01 FOR CASE MANAGEMENT PURPOSES. | | |
| N | 12/01/2009 | COMPLAINT FILED FAST TRACK - SUMMONS ISSUED. | Not Applicable | 1 |

**Minutes**    Print Minute Order

Receipt: 091201-0067        $370.00

## Case RIC541193 - Pending Hearings

| Date | Action Text | Disposition | Image |
|---|---|---|---|
| This Case Does Not Have Any Pending Hearings | | | |

## EXHIBIT 2 TO OPPOSITION - State Court Docket

Print This Report

Close This Window

**Riverside Public Access 5.7.23 © 2013 ISD Corporation. All Rights Reserved. www.isd-corp.com**
**Contact Us**

# EXHIBIT 2 TO OPPOSITION - State Court Docket