**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, et al., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

---

| | |
|---|---|
| RESIDENTIAL CAPITAL, LLC, et al., | |
| Plaintiffs, | |
| v. | |
| | Adv. Proc. No. 13-01343 (MG) |
| UMB BANK, N.A., IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.625% JUNIOR SECURED GUARANTEED NOTES, et al., | |
| Defendants. | |

---

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the estate of the Debtors, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 13-01277 (MG) |
| UMB BANK, N.A., AS SUCCESSOR INDENTURE TRUSTEE UNDER THAT CERTAIN INDENTURE, dated as of June 6, 2008, et al., | |
| Defendants. | |

---

**<u>NOTES TRUSTEE AND AD HOC COMMITTEE'S ORDER OF WITNESSES</u>**

In accordance with the Stipulated Scheduling Order [Dkt. No. 5638], UMB Bank, N.A., as successor Notes Trustee (in such capacity, the "Notes Trustee") under that certain Indenture dated as of June 6, 2008 for 9.625% Junior Guaranteed Notes due 2015 of Residential Capital, LLC and the Ad Hoc Committee of Junior Secured Noteholders (the "Ad Hoc Committee," and together with the Notes Trustee, the "JSNs"), by and through their undersigned counsel, submit following order of witnesses who will testify in connection with Plan Confirmation and Phase II litigation in the above-captioned cases.

1. William Marx
2. Robert S. Bingham
3. Michael Fazio

The JSNs reserve the right to have any witness listed testify out of the above order if the above captioned debtors and debtors in possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee" and, together with the Debtors, the "Plan Proponents") do not indicate an intention to cross-examine the witness on or before Thursday, November 21, 2013 at 12:00 pm.

Dated: November 20, 2013

**MILBANK, TWEED, HADLEY & MCCLOY LLP**

By: */s/* Gerard Uzzi

Gerard Uzzi
David S. Cohen
Daniel M. Perry
Atara Miller
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:  (212) 530-5000
Facsimile:   (212) 530-5219

and

**WHITE & CASE LLP**

J. Christopher Shore
Dwight Healy
Douglas Baumstein
Julia Winters
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone:  (212) 819-8200
Facsimile:   (212) 354-8113

*Attorneys for the Ad Hoc Group of Junior Secured Noteholders and UMB Bank, N.A.*

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Daniel H. Golden
David M. Zensky
Deborah J. Newman
Brian T. Carney
One Bryant Park
Bank of America Tower
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Attorneys for UMB Bank, N.A.*