5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 4.70 | $315.00 | | | $1,480.50 | 11/1/2010 | Continued review of Wells Fargo responses to GMAC discovery requests. |
| MYM | 1.20 | $315.00 | | | $378.00 | 11/1/2010 | Review First American Title policy issued to National Bank of Kansas City and impact on "constructive notice." |
| ACT | | | 1 | $47.75 | $47.75 | 11/2/2010 | Knox Attorney Service; messenger, invoice no.: 588591 Filing Proof of Service Civil completed on 10/27/10 |
| MYM | 1.80 | $315.00 | | | $567.00 | 11/2/2010 | Analyze Bank of America actual knowledge and constructive knowledge of GMAC liens from documents produced by various parties. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/3/2010 | Draft letter to Ms. Penny regarding status of stipulated judgment and appearance. |
| MYM | 0.10 | $315.00 | | | $31.50 | 11/3/2010 | Review and revise letter to counsel re proposed private mediation. |
| KACK | 0.40 | $315.00 | | | $126.00 | 11/3/2010 | Draft letter to all counsel and title company regarding mediation and related issues. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/5/2010 | Review and respond to email for Ms. Schiller regarding mediation and related issues. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/8/2010 | Telephone conference (2nd) with Mr. Ensberg regarding cross-complaint and discovery issues. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/8/2010 | Telephone conference with Mr. Davis regarding mediation and related issues. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/9/2010 | Conference with Mr. Davis regarding mediation alternative. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/10/2010 | Revise stipulation regarding judgment with Wells Fargo. |
| MYM | 1.20 | $315.00 | | | $378.00 | 11/10/2010 | Commence review of documents produced by Bank of America and draft email to Mr. and Mrs. Schermerhorn and Ms. Shiller re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.30 | $315.00 | | | $94.50 | 11/10/2010 | Review and revise proposed stipulation by Wells Fargo. |
| MYM | 1.20 | $315.00 | | | $378.00 | 11/11/2010 | Review Bank of America foreclosure title policy and related documents. |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 11/11/2010 | Telephone conference (2) with parties regarding stipulation with Wells Fargo. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/12/2010 | Review documents received from LSI Title Company. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/12/2010 | Begin review of documents received from LSI Title Company. |
| ACT | | | 3 | $0.10 | $0.30 | 11/15/2010 | Photocopy expenses |
| KACK | 0.70 | $315.00 | | | $220.50 | 11/15/2010 | Begin review of documents produced by LSI Title. |
| MYM | 0.10 | $315.00 | | | $31.50 | 11/15/2010 | Review email from Mrs. Schermerhorn [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/16/2010 | Review discovery received from GMAC and calendar dates regarding same. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/16/2010 | Review LSI documents received. |
| ACT | | | 95 | $0.10 | $9.50 | 11/17/2010 | Photocopy expenses |
| RSP | 0.80 | $125.00 | | | $100.00 | 11/17/2010 | Research re bankruptcy of defendant Mark Tozier. |
| JFC | 0.20 | $195.00 | | | $39.00 | 11/17/2010 | Review Central Bankruptcy Court Rule 4001 re service on lien holders. |
| KACK | 0.50 | $315.00 | | | $157.50 | 11/17/2010 | Review documents regarding Mr. Tozier's Chapter 7 case. |
| KACK | 3.00 | $315.00 | | | $945.00 | 11/17/2010 | Review documents produced by LSI Title Co. |
| KACK | 0.40 | $315.00 | | | $126.00 | 11/18/2010 | Revise stipulation regarding judgment with Wells Fargo and draft email to Mr. Davis regarding same. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/18/2010 | Review and revise stipulation regarding Motion for Summary Judgment with Wells Fargo. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/18/2010 | Telephone conferences (2) to counsel regarding mediation. |
| MYM | 0.30 | $315.00 | | | $94.50 | 11/18/2010 | Review and revise proposed stipulation with Wells Fargo Bank re motion for summary judgment. |
| MYM | 3.30 | | | | | 11/18/2010 | Review written discovery responses and documents from LSI (escrow on sale to [...] GMAC. |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 11/22/2010 | Review relief from stay pleadings from Tozier Chapter 7 case. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/22/2010 | Research agency issues. |
| MYM | 1.80 | $315.00 | | | $567.00 | 11/22/2010 | Review documents and pleadings re laches defense to GMAC claims. |
| KACK | 2.60 | $315.00 | | | $819.00 | 11/23/2010 | Analyze Tozier Chapter 7 case and prepare chart of operative dates and events. |
| MYM | 3.50 | $315.00 | | | $1,102.50 | 11/23/2010 | Review GMAC responses to interrogatories and requests for production of documents, review GMAC documents and review GMAC written discovery requests. |
| ACT | | | 58 | $0.10 | $5.80 | 11/24/2010 | Photocopy expenses |
| MYM | 3.70 | $315.00 | | | $1,165.50 | 11/24/2010 | Review memorandum re timing of GMAC actions and delays and related documents and evaluate laches defense to GMAC complaint. |
| KACK | 1.10 | $315.00 | | | $346.50 | 11/24/2010 | Analyze Tozier's bankruptcy documents. |
| MYM | 3.70 | $315.00 | | | $1,165.50 | 11/26/2010 | Review and analyze documents responsive to GMAC request for production. |
| MYM | 0.10 | $315.00 | | | $31.50 | 11/26/2010 | Telephone conference with Mr. and Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| ACT | | | 1 | $61.95 | $61.95 | 11/27/2010 | Outside copies |
| MYM | 4.40 | $315.00 | | | $1,386.00 | 11/27/2010 | Review and analyze Bank of America (1) special interrogatories to Mr. Schermerhorn, (2) requests for admission to Mr. Schermerhorn, (3) request for production of documents to Mr. Schermerhorn, (4) form interrogatories to Mr. Schermerhorn, (5) request for production of documents to GMAC, (6) special interrogatories to GMAC, (8) form interrogatories to GMAC, (9) form interrogatories to Mrs. Schermerhorn, and (10) requests for admission to Mrs. Schermerhorn. |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 1.40 | $315.00 | | | $441.00 | 11/27/2010 | Prepare for meet and confer with Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.70 | $315.00 | | | $220.50 | 11/29/2010 | Review discovery requests received from Bank of America and GMAC and calendar dates regarding same. |
| KACK | 0.70 | $315.00 | | | $220.50 | 11/29/2010 | Begin to prepare answers to same on behalf of clients, including assembly of responsive documents. |
| MYM | 4.70 | $315.00 | | | $1,480.50 | 11/29/2010 | Prepare response to Bank of America (1) form interrogatories, (2) special interrogatories, (3) request for production of documents and (4) requests for admissions propounded to Mr. Schermerhorn. |
| ACT | | | 38 | $0.10 | $3.80 | 11/30/2010 | Photocopy expenses |
| KACK | 0.60 | $315.00 | | | $189.00 | 11/30/2010 | Work on draft discovery responses for clients. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/30/2010 | Review and respond to emails regarding discovery responses. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/30/2010 | Telephone conference to and email to Mr. Goodman regarding title issues. |
| MYM | 3.20 | $315.00 | | | $1,008.00 | 11/30/2010 | Review summary judgment motion and related documents, pleadings, and notes in preparation for settlement conference with Mr. Ensberg (GMAC). |
| MYM | 0.30 | $315.00 | | | $94.50 | 11/30/2010 | Telephone conference with Mr. Ensberg re GMAC discovery requests and re postponement of Schermerhorn depositions. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/30/2010 | Review and respond to client emails regarding [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| ACT | | | 6 | $0.50 | $3.00 | 12/1/2010 | Facsimile charges (626) 813-3886 |
| ACT | | | 12 | $0.10 | $1.20 | 12/1/2010 | Photocopy expenses |
| ACT | | | 17 | $0.10 | $1.70 | 12/1/2010 | Photocopy expenses |
| ACT | | | 406 | $0.10 | $40.60 | 12/1/2010 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/1/2010 | Revise draft stipulation by GMAC regarding Motion for Summary Judgment. |
| KACK | 1.10 | $315.00 | | | $346.50 | 12/1/2010 | Review ESI documents produced. |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 1.00 | $315.00 | | | $315.00 | 12/1/2010 | Prepare reply to Mr. Ensberg's preliminary objections to motion for summary judgment. |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/1/2010 | Draft letter to S. Ensberg regarding Tozier bankruptcy case. |
| MYM | 3.30 | $315.00 | | | $1,039.50 | 12/1/2010 | Prepare for depositions of Mr. and Mrs. Schermerhorn. |
| KACK | 0.70 | $315.00 | | | $220.50 | 12/1/2010 | Work on draft discovery responses for clients. |
| ACT | | | 114 | $0.10 | $11.40 | 12/2/2010 | Photocopy expenses |
| ACT | | | 137 | $0.10 | $13.70 | 12/2/2010 | Photocopy expenses |
| KACK | 0.60 | $315.00 | | | $189.00 | 12/2/2010 | Work on draft of discovery responses for clients. |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/2/2010 | Review Mr. Davis's email and respond regarding same. |
| MYM | 2.30 | $315.00 | | | $724.50 | 12/2/2010 | Prepare for depositions of Mr. and Mrs. Schermerhorn. |
| ACT | | | 12 | $0.10 | $1.20 | 12/3/2010 | Photocopy expenses |
| MYM | 0.10 | $315.00 | | | $31.50 | 12/3/2010 | Prepare email to Mrs. Schermerhorn re depositions. |
| MYM | 0.10 | $315.00 | | | $31.50 | 12/3/2010 | Telephone conference with Mr. Fink's office re Bank of America written discovery requests. |
| MYM | 0.10 | $315.00 | | | $31.50 | 12/3/2010 | Review reply from Mr. Fink re Bank of America written discovery request. |
| MYM | 2.50 | $315.00 | | | $787.50 | 12/3/2010 | Prepare responses to Bank of America written discovery requests. |
| MYM | 0.10 | $315.00 | | | $31.50 | 12/3/2010 | Review letter from Mr. Ensberg re postponement of depositions of Mr. and Mrs. Schermerhorn, re balance of deposition schedule. |
| KACK | 0.10 | $315.00 | | | $31.50 | 12/3/2010 | Review and respond to emails regarding depositions scheduled for next week. |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/3/2010 | Draft discovery responses. |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/3/2010 | Telephone conference to Mr. Ensberg and review letter regarding opposition scheduled. |
| MYM | 0.30 | $315.00 | | | $94.50 | 12/3/2010 | Telephone conference with Mr. Ensberg re depositions of Mr. and Mrs. Schermerhorn. |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.40 | $315.00 | | | $126.00 | 12/4/2010 | Review Bank of America objection to deposition by GMAC. |
| MYM | 0.30 | $315.00 | | | $94.50 | 12/4/2010 | Review Bank of America second set of requests for documents propounded by GMAC. |
| MYM | 1.00 | $315.00 | | | $315.00 | 12/4/2010 | Prepare responses to Bank of America written discovery. |
| MYM | 3.70 | $315.00 | | | $1,165.50 | 12/5/2010 | Continued preparation of responses to Bank of America written discovery requests. |
| ACT | | | 6 | $0.10 | $0.60 | 12/6/2010 | Photocopy expenses |
| KACK | 1.20 | $315.00 | | | $378.00 | 12/6/2010 | Review documents and files in preparation for December 7 depositions. |
| MYM | 0.10 | $315.00 | | | $31.50 | 12/6/2010 | Review email from Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.30 | $315.00 | | | $94.50 | 12/6/2010 | Telephone conference with Mr. Ensberg re settlement prospects, re interim settlement on motion for summary judgment and re agreement on discovery schedule. |
| MYM | 0.20 | $315.00 | | | $63.00 | 12/6/2010 | Review notice of deposition to (1) First American Title, (2) Mr. McDonald, and (3) Ms. Cruz. |
| KACK | 0.10 | $315.00 | | | $31.50 | 12/6/2010 | Telephone conference with Mr. Ensberg regarding December 7 deposition of First American Title Company. |
| MYM | 0.20 | $315.00 | | | $63.00 | 12/6/2010 | Review three emails re proposed mediation. |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/6/2010 | Draft letter to Mr. Ensberg regarding LSI documents being produced. |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/6/2010 | Draft of discovery responses for clients (interrogatories and requests for production of documents). |
| MYM | 3.80 | $315.00 | | | $1,197.00 | 12/6/2010 | Prepare for December 7 and December 8 depositions. |
| MYM | 2.70 | $315.00 | | | $850.50 | 12/7/2010 | Review documents for production to Bank of America. |
| MYM | 0.50 | $315.00 | | | $157.50 | 12/7/2010 | Evaluate testimony at depositions. |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 8.30 | $315.00 | | | $2,614.50 | 12/7/2010 | Attend depositions of First National Title Company, Darien McDonald and Marie Cruz at Mr. Ensberg's office in West Covina (8.3); Travel to and from depositions (4.0) No Charge). |
| MYM | 1.20 | $315.00 | | | $378.00 | 12/7/2010 | Prepare for three depositions. |
| MYM | 3.30 | $315.00 | | | $1,039.50 | 12/8/2010 | Review GMAC responses to Wells Fargo Bank's demand for inspection of documents (set one) and review documents. |
| KACK | 2.10 | $315.00 | | | $661.50 | 12/8/2010 | Draft summary of December 7, 2010 deposition. |
| KACK | 1.00 | $315.00 | | | $315.00 | 12/9/2010 | Work on draft of discovery responses to Bank of America's discovery requests. |
| MYM | 1.80 | $315.00 | | | $567.00 | 12/9/2010 | Prepare responses to Bank of America discovery requests. |
| MYM | 0.80 | $315.00 | | | $252.00 | 12/10/2010 | Continued preparation of responses to Bank of America discovery requests. |
| MYM | 0.10 | $315.00 | | | $31.50 | 12/11/2010 | Review notice of plaintiffs' deposition of person most knowledgeable at Wells Fargo Bank. |
| ACT | | | 3 | $0.10 | $0.30 | 12/13/2010 | Photocopy expenses |
| KACK | 3.50 | $315.00 | | | $1,102.50 | 12/13/2010 | Work on draft of responses to Bank of America's discovery requests to client and documents to be produced. |
| MYM | 0.10 | $315.00 | | | $31.50 | 12/13/2010 | Review letter from Mr. Santos re Wells Fargo written discovery. |
| MYM | 2.80 | $315.00 | | | $882.00 | 12/14/2010 | Prepare, review and revise responses to Bank of America (1) requests for admissions, (2) form interrogatories, and (3) requests for production of documents. |
| MYM | 3.30 | $315.00 | | | $1,039.50 | 12/14/2010 | Review documents produced by First American Title. |
| KACK | 3.20 | $315.00 | | | $1,008.00 | 12/14/2010 | Prepare discovery responses for clients to review and sign (2.1); Prepare documents to be produced to Bank of America (1.1); |
| KACK | 1.90 | $315.00 | | | $598.50 | 12/15/2010 | Review emails and revise responses to discovery requests propounded to clients. |
| MYM | 4.70 | $315.00 | | | $1,480.50 | 12/15/2010 | Prepare, review and revise response to Bank of America special interrogatories to Mr. Schermerhorn. |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 1.70 | $315.00 | | | $535.50 | 12/16/2010 | Review correspondence and notes re proposed settlement conference and prepare settlement proposal. |
| MYM | 0.20 | $315.00 | | | $63.00 | 12/18/2010 | Draft email to Mr. and Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 1.00 | $315.00 | | | $315.00 | 12/18/2010 | Prepare revisions to draft discovery responses to Bank of America. |
| MYM | 0.20 | $315.00 | | | $63.00 | 12/20/2010 | Review email from Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.20 | $315.00 | | | $63.00 | 12/20/2010 | Review email from Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] and draft email to Mrs. Schermerhorn re same. |
| MYM | 0.10 | $315.00 | | | $31.50 | 12/20/2010 | Review Bank of America offer to engage in mediation. |
| MYM | 0.50 | $315.00 | | | $157.50 | 12/20/2010 | Review email from Mrs. Schermerhorn and five emails from Mr. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.20 | $315.00 | | | $63.00 | 12/20/2010 | Draft letter to Mr. and Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 2.50 | $315.00 | | | $787.50 | 12/20/2010 | Review documents, correspondence and notes and prepare responses for Mr. Schermerhorn and Mrs. Schermerhorn to Bank of America interrogatories. |
| MYM | 3.00 | $315.00 | | | $945.00 | 12/22/2010 | Prepare responses to Bank of America written discovery propounded to Mr. Schermerhorn and Mrs. Schermerhorn. |
| ACT | | | 157 | $0.10 | $15.70 | 12/23/2010 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/23/2010 | Prepare for meeting with clients regarding [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/23/2010 | Review documents produced by clients. |
| MYM | 2.40 | $315.00 | | | $756.00 | 12/23/2010 | Conference with Mr. and Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.10 | $315.00 | | | $31.50 | 12/23/2010 | Review emails regarding status of draft discovery responses. |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 1.50 | $315.00 | | | $472.50 | 12/23/2010 | Review documents for production per Bank of America request. |
| MYM | 1.80 | $315.00 | | | $567.00 | 12/24/2010 | Review proposed revisions to responses to discovery requests from Bank of America. |
| KACK | 1.20 | $315.00 | | | $378.00 | 12/24/2010 | Review documents to be produced to Bank of America in discovery. |
| MYM | 1.40 | $315.00 | | | $441.00 | 12/27/2010 | Review six emails from Mrs. Schermerhorn and accompanying correspondence, documents and photographs in response to Bank of America discovery requests. |
| KACK | 0.70 | $315.00 | | | $220.50 | 12/27/2010 | Review documents produced by client for Bank of America's discovery requests. |
| KACK | 0.80 | $315.00 | | | $252.00 | 12/27/2010 | Revise stipulation with Wells Fargo Bank regarding motion for summary judgment and draft email to Mr. Davis regarding same. |
| MYM | 0.60 | $315.00 | | | $189.00 | 12/28/2010 | Prepare revisions to responses to Bank of America discovery requests. |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/28/2010 | Review and respond to emails regarding discovery responses. |
| MYM | 0.10 | $315.00 | | | $31.50 | 12/28/2010 | Review notice of case reassignment from Mr. Ensberg. |
| ACT | | | 3 | $0.10 | $0.30 | 12/29/2010 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/29/2010 | Telephone conferences (2) to court regarding location of hearing on motion for summary judgment on January 13, 2011 and draft notice regarding same. |
| KACK | 2.00 | $315.00 | | | $630.00 | 12/29/2010 | Review documents produced by client for production to Bank of America. |
| KACK | 2.70 | $315.00 | | | $850.50 | 12/29/2010 | Revise written discovery responses. |
| MYM | 1.50 | $315.00 | | | $472.50 | 12/29/2010 | Draft and revise responses to Bank of America discovery requests. |
| ACT | | | 108 | $0.10 | $10.80 | 12/30/2010 | Photocopy expenses |
| ACT | | | 190 | $0.10 | $19.00 | 12/30/2010 | Photocopy expenses |
| ACT | | | 402 | $0.10 | $40.20 | 12/30/2010 | Photocopy expenses |
| MYM | 3.70 | $315.00 | | | $1,165.50 | 12/30/2010 | Review documents and finalize responses to discovery responses propounded by Bank of America. |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**

5/21/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 2.00 | $315.00 | | | $630.00 | 12/30/2010 | Finalize discovery responses to be served today. |
| ACT | | | 419 | $0.10 | $41.90 | 1/3/2011 | Photocopy expenses |
| MYM | 1.00 | $315.00 | | | $315.00 | 1/3/2011 | Review documents and prepare for production to Bank of America. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/3/2011 | Review and respond to letter regarding discovery responses (from Bank of America's counsel). |
| ACT | | | 17 | $0.10 | $1.70 | 1/4/2011 | Photocopy expenses |
| ACT | | | 31 | $0.10 | $3.10 | 1/4/2011 | Photocopy expenses |
| ACT | | | 1676 | $0.10 | $167.60 | 1/4/2011 | Photocopy expenses |
| ACT | | | 25 | $0.50 | $12.50 | 1/6/2011 | Facsimile charges (949) 376-3875. |
| ACT | | | 25 | $0.50 | $12.50 | 1/6/2011 | Facsimile charges (626) 813-3886. |
| ACT | | | 25 | $0.50 | $12.50 | 1/6/2011 | Facsimile charges (949) 477-9200. |
| MYM | 0.20 | $315.00 | | | $63.00 | 1/6/2011 | Telephone conference with Ms. Schiller and Ms. Cooley re case status. |
| KACK | 0.30 | $315.00 | | | $94.50 | 1/6/2011 | Review and respond to emails regarding reply to opposition to motion for summary judgment. |
| MYM | 0.20 | $315.00 | | | $63.00 | 1/7/2011 | Review email from Mr. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.10 | $315.00 | | | $31.50 | 1/7/2011 | Review client's email regarding [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| ACT | | | 1 | $89.75 | $89.75 | 1/8/2011 | Knox Attorney Service; messenger, invoice no.: 601205 Filing: Reply to Opposition to Motion, Declaration of Mr. MacKinnon, etc. Completed 1/6/11 |
| ACT | | | 24 | $0.10 | $2.40 | 1/11/2011 | Photocopy expenses |
| KACK | 3.30 | $315.00 | | | $1,039.50 | 1/18/2011 | Draft requests for admission, requests for production and form interrogatories to be served on Bank of America today. |
| KACK | 0.70 | $315.00 | | | $220.50 | 1/18/2011 | Begin draft of discovery requests to Bank of America. |
| MYM | 0.20 | $315.00 | | | $63.00 | 1/18/2011 | Telephone conference with Ms. Schiller re case status, mediation, discovery and trial. |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**

5/25/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.20 | $315.00 | | | $63.00 | 1/18/2011 | Telephone conference with Mr. Ensberg re deposition of Wells Fargo "person most knowledgeable." |
| MYM | 0.20 | $315.00 | | | $63.00 | 1/19/2011 | Review emails and correspondence re mediation. |
| MYM | 0.20 | $315.00 | | | $63.00 | 1/19/2011 | Telephone conference with Mr. Ensberg re mediation. |
| KACK | 1.10 | $315.00 | | | $346.50 | 1/19/2011 | Review all documents produced by all parties related to Bank of America's defenses and damages claimed. |
| MYM | 2.00 | $315.00 | | | $630.00 | 1/19/2011 | Review discovery requests propounded to Bank of America. |
| KACK | 0.30 | $315.00 | | | $94.50 | 1/19/2011 | Telephone conference with Mr. Davis regarding mediation (.1); Telephone call to mediator's office regarding same (.1); Draft emails to all regarding same (.1). |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/20/2011 | Begin preparation of privilege log. |
| MYM | 3.30 | $315.00 | | | $1,039.50 | 1/21/2011 | Prepare mediation brief. |
| KACK | 0.30 | $315.00 | | | $94.50 | 1/21/2011 | Research damage issues. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/21/2011 | Draft privilege log. |
| MYM | 0.10 | $315.00 | | | $31.50 | 1/21/2011 | Telephone conference with Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 3.50 | $315.00 | | | $1,102.50 | 1/23/2011 | Review GMAC responses to Bank of America (1) second request for production of documents, (2) first set of form interrogatories, (3) first set of special interrogatories, and (4) documents produced and responses to first request for production of documents. |
| ACT | | | 2 | $0.10 | $0.20 | 1/24/2011 | Photocopy expenses |
| ACT | | | 348 | $0.10 | $34.80 | 1/24/2011 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/24/2011 | Research tasks for next week's trial setting conference. |
| KACK | 0.10 | $315.00 | | | $31.50 | 1/24/2011 | Telephone conference with Mr. Davis regarding mediation and related issues. |
| KACK | 0.10 | $315.00 | | | $31.50 | 1/25/2011 | Follow up emails regarding mediation and February 1, 2011 trial setting conference. |
| ACT | | | 12 | $0.10 | $1.20 | 1/26/2011 | Photocopy expenses |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.10 | $315.00 | | | $31.50 | 1/26/2011 | Review email from Judicate West regarding mediation. |
| KACK | 0.40 | $315.00 | | | $126.00 | 1/27/2011 | Review and research Bank of America letter regarding alleged deficiencies in discovery responses by Schermerhorns. |
| MYM | 0.10 | $315.00 | | | $31.50 | 1/27/2011 | Review email from Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.90 | $315.00 | | | $283.50 | 1/27/2011 | Review "meet and confer" letter from Mr. Fink re dispute on responses to Bank of America discovery and prepare reply to same. |
| KACK | 0.10 | $315.00 | | | $31.50 | 1/27/2011 | Draft email to Ms. Schiller regarding review mediation. |
| MYM | 1.10 | $315.00 | | | $346.50 | 1/28/2011 | Prepare response to Bank of America "meet and confer" letter on discovery responses. |
| KACK | 0.70 | $315.00 | | | $220.50 | 1/28/2011 | Prepare for February 1, 2011 hearing, privilege log and other discovery issues. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/28/2011 | Prepare for February 1, 2011 hearing. |
| MYM | 0.10 | $315.00 | | | $31.50 | 1/29/2011 | Review email from Mr. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.80 | $315.00 | | | $252.00 | 1/29/2011 | Prepare reply to Bank of America "meet and confer" letter on discovery dispute. |
| MYM | 0.10 | $315.00 | | | $31.50 | 1/29/2011 | Review email from Mrs. Schermerhorn re mediation. |
| MYM | 0.20 | $315.00 | | | $63.00 | 1/29/2011 | Telephone conference with Mr. and Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.10 | $315.00 | | | $31.50 | 1/30/2011 | Review email from Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/31/2011 | Prepare files for tomorrow's hearing. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/31/2011 | Research discovery issues. |
| MYM | 1.20 | $315.00 | | | $378.00 | 1/31/2011 | Review files and prepare for trial setting conference. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/31/2011 | Conference with Ms. Pearsey regarding GMAC discovery issues. |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| RSP | 2.90 | $125.00 | | | $362.50 | 1/31/2011 | Review, analyze and document GMAC's discovery responses to Bank of America and compare with GMAC's previous discovery responses and production of documents to Wells Fargo Bank. |
| ACT | | | 1 | $75.00 | $75.00 | 2/1/2011 | Court Call Fees for Telephonic Hearing on February 1 |
| MYM | 0.60 | $315.00 | | | $189.00 | 2/1/2011 | Review documents and discovery responses and prepare reply to "meet and confer" letter from Bank of America. |
| KACK | 0.40 | $315.00 | | | $126.00 | 2/1/2011 | Review meet and confer letter and discovery responses. |
| KACK | 1.30 | $315.00 | | | $409.50 | 2/1/2011 | Prepare for and attend trial setting conference in Riverside Superior Court via Court Call (1.2): Calendar dates regarding same (.1) |
| KACK | 0.50 | $315.00 | | | $157.50 | 2/1/2011 | Prepare files for today's hearing, review meet and confer letter regarding discovery responses. |
| MYM | 1.00 | $315.00 | | | $315.00 | 2/1/2011 | Prepare for trial setting conference. |
| ACT | | | 4 | $0.50 | $2.00 | 2/2/2011 | Facsimile charges. |
| ACT | | | 15 | $0.10 | $1.50 | 2/2/2011 | Photocopy expenses |
| KACK | 0.30 | $315.00 | | | $94.50 | 2/2/2011 | Research regarding meet and confer letter regarding discovery. |
| MYM | 1.80 | $315.00 | | | $567.00 | 2/2/2011 | Draft reply to Bank of America demand for supplemental responses to written discovery. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/2/2011 | Revise meet and confer letter regarding discovery issues. |
| KACK | 0.90 | $315.00 | | | $283.50 | 2/2/2011 | Review responses and meet and confer letter and research regarding adequacy of discovery issues. |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/3/2011 | Review email from Mr. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/4/2011 | Continue research regarding discovery issues. |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/4/2011 | Telephone conference with Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| ACT | | | 9 | $0.10 | $0.90 | 2/7/2011 | Photocopy expenses |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/7/2011 | Draft letter to Mr. and Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.10 | $315.00 | | | $31.50 | 2/7/2011 | Review letter from Bank of America counsel regarding discovery issues. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/7/2011 | Research regarding discovery issues. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/7/2011 | Begin preparation of response to discovery letter. |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/7/2011 | Review letter from Ms. Kozinska re discovery dispute with Bank of America. |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/7/2011 | Review notice of continuance of trial setting conference. |
| MYM | 1.70 | $315.00 | | | $535.50 | 2/7/2011 | Prepare supplemental responses to discovery requests from Bank of America. |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/7/2011 | Draft proposed letter to Ms. Kozinska re interim resolution of discovery dispute with Bank of America. |
| KACK | 0.10 | $315.00 | | | $31.50 | 2/8/2011 | Review emails received regarding mediation and discovery issues. |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/8/2011 | Review email from Mr. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| ACT | | | 2 | $0.50 | $1.00 | 2/9/2011 | Facsimile charges. |
| ACT | | | 5 | $0.10 | $0.50 | 2/9/2011 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/9/2011 | Review Ms. Kozinska's letter regarding discovery issues. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/9/2011 | Review letter regarding discovery issues. |
| MYM | 1.40 | $315.00 | | | $441.00 | 2/9/2011 | Prepare mediation brief. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/9/2011 | Draft letter to all counsel regarding mediation. |
| RSP | 3.50 | $125.00 | | | $437.50 | 2/9/2011 | Review and analyze discovery produced by GMAC in response to Bank of America. |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/11/2011 | Review email from Mr. Ensberg re mediation. |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/11/2011 | Draft email to Mr. and Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.20 | $315.00 | | | $63.00 | 2/12/2011 | Review letter from Mr. Fink and proposed status report to Court re resolution of discovery dispute. |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| ACT | | | 2 | $0.10 | $0.20 | 2/16/2011 | Photocopy expenses |
| MYM | 0.40 | $315.00 | | | $126.00 | 2/16/2011 | Review email from Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] and reply to emails. |
| MYM | 0.20 | $315.00 | | | $63.00 | 2/16/2011 | Telephone conference with Ms. Kozinska re proposed stipulation on discovery issues. |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/16/2011 | Draft email to Mr. and Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/18/2011 | Telephone conference with all counsel and draft email to Ms. Kozinska regarding mediation. |
| KACK | 0.10 | $315.00 | | | $31.50 | 2/18/2011 | Review and respond to emails regarding mediation. |
| MYM | 0.80 | $315.00 | | | $252.00 | 2/21/2011 | Prepare and draft mediation brief. |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/22/2011 | Review email from Mr. Davis (Wells Fargo attorney) re mediation schedule. |
| KACK | 0.10 | $315.00 | | | $31.50 | 2/23/2011 | Telephone conference with Mr. Davis regarding mediation. |
| MYM | 0.20 | $315.00 | | | $63.00 | 2/24/2011 | Review email from Mr. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] And draft email to Mr. and Mrs. Schermerhorn re same. |
| MYM | 0.20 | $315.00 | | | $63.00 | 3/2/2011 | Telephone conference with Mrs. Schermerhorn re order to move to Korea, re mediation schedule. |
| MYM | 0.30 | $315.00 | | | $94.50 | 3/3/2011 | Review email from Mr. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.20 | $315.00 | | | $63.00 | 3/3/2011 | Exchange emails with Ms. Schiller re case status. |
| MYM | 3.20 | $315.00 | | | $1,008.00 | 3/6/2011 | Prepare supplemental responses to Bank of America discovery requests. |
| MYM | 3.70 | $315.00 | | | $1,165.50 | 3/8/2011 | Review pleadings, correspondence, notes and discovery and prepare email to Mr. and Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.20 | $315.00 | | | $63.00 | 3/8/2011 | Review three emails from Ms. Schiller re mediation and draft reply to same. |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.10 | $315.00 | | | $31.50 | 3/8/2011 | Review email from Ms. Kozinska re Bank of America availability for mediation. |
| KACK | 0.10 | $315.00 | | | $31.50 | 3/9/2011 | Second telephone call with Ms. Adams at Judicate West confirming mediation. |
| KACK | 0.10 | $315.00 | | | $31.50 | 3/9/2011 | Draft two emails and make two telephone calls regarding scheduling mediation and status. |
| MYM | 2.00 | $315.00 | | | $630.00 | 3/9/2011 | Draft supplemental responses to Bank of America discovery requests. |
| KACK | 0.20 | $315.00 | | | $63.00 | 3/9/2011 | Begin research regarding discovery issues. |
| MYM | 0.40 | $315.00 | | | $126.00 | 3/9/2011 | Review nine emails re mediation. |
| MYM | 2.20 | $315.00 | | | $693.00 | 3/10/2011 | Review Wells Fargo contentions as to Schermerhorns. |
| KACK | 0.20 | $315.00 | | | $63.00 | 3/16/2011 | Research regarding outstanding discovery issues. |
| KACK | 0.20 | $315.00 | | | $63.00 | 3/16/2011 | Telephone call from and email from Mr. Ensberg regarding information on mediation. |
| MYM | 0.30 | $315.00 | | | $94.50 | 3/17/2011 | Review seven emails re mediation. |
| KACK | 0.10 | $315.00 | | | $31.50 | 3/17/2011 | Telephone conferences (two) regarding mediation. |
| KACK | 0.20 | $315.00 | | | $63.00 | 3/18/2011 | Review and respond to Mr. Ensberg regarding mediation, and respond to client email regarding same. |
| KACK | 0.10 | $315.00 | | | $31.50 | 3/18/2011 | Follow up with clients regarding [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.10 | $315.00 | | | $31.50 | 3/18/2011 | Review email from Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.20 | $315.00 | | | $63.00 | 3/21/2011 | Review and respond to emails regarding mediation and discovery issues. |
| MYM | 0.20 | $315.00 | | | $63.00 | 3/22/2011 | Review email from Mr. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 1.00 | $315.00 | | | $315.00 | 3/23/2011 | Research for and begin draft of mediation statement. |
| KACK | 1.60 | $315.00 | | | $504.00 | 3/24/2011 | Work on draft of mediation statement. |
| KACK | 0.10 | $315.00 | | | $31.50 | 3/25/2011 | Begin draft of supplemental responses to discovery requests. |
| KACK | 0.20 | $315.00 | | | $63.00 | 3/28/2011 | Review meet and confer letters for information on discovery issues. |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.30 | $315.00 | | | $94.50 | 3/28/2011 | Draft privilege log. |
| KACK | 0.10 | $315.00 | | | $31.50 | 3/28/2011 | Attention to invoice for mediation and draft letter regarding same. |
| MYM | 0.20 | $315.00 | | | $63.00 | 3/28/2011 | Review email from Mr. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.10 | $315.00 | | | $31.50 | 3/28/2011 | Review email received regarding Korea orders and evaluate impact on litigation. |
| ACT | | | 1 | $1,275.00 | $1,275.00 | 3/29/2011 | Judicate West, mediation expense. |
| MYM | 0.10 | $315.00 | | | $31.50 | 3/29/2011 | Review email from Mr. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE]. |
| KACK | 1.10 | $315.00 | | | $346.50 | 3/29/2011 | Review discovery responses, meet and confer letters and related issues in preparation for amending answers. |
| KACK | 2.30 | $315.00 | | | $724.50 | 3/30/2011 | Analyze discovery responses and documents produced and begin supplemental responses. |
| KACK | 0.50 | $315.00 | | | $157.50 | 3/30/2011 | Research unresolved discovery issues left. |
| ACT | | | 39 | $0.10 | $3.90 | 3/31/2011 | Photocopy expenses |
| MYM | 0.10 | $315.00 | | | $31.50 | 3/31/2011 | Telephone conference with Mr. Ensberg re trial setting conference. |
| MYM | 0.20 | $315.00 | | | $63.00 | 3/31/2011 | Telephone conference with Mr. Davis re mediation and re impact of move to Korea on same. |
| KACK | 0.60 | $315.00 | | | $189.00 | 3/31/2011 | Revise draft mediation statement. |
| KACK | 3.10 | $315.00 | | | $976.50 | 3/31/2011 | Research and revise responses to discovery requests. |
| ACT | | | 52 | $0.10 | $5.20 | 4/1/2011 | Photocopy expenses |
| MYM | 0.10 | $315.00 | | | $31.50 | 4/1/2011 | Review email from Mrs. Schermerhorn [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.40 | $315.00 | | | $126.00 | 4/1/2011 | Revise proposed mediation brief. |
| MYM | 1.50 | $315.00 | | | $472.50 | 4/1/2011 | Review GMAC responses to Bank of America interrogatories and Bank of America requests for admissions. |
| KACK | 5.20 | $315.00 | | | $1,638.00 | 4/1/2011 | Draft supplemental responses by clients to Bank of America's discovery requests. |
| MYM | 1.20 | $315.00 | | | $378.00 | 4/2/2011 | Revise supplemental responses to Bank of America form interrogatories and special interrogatories. |
| ACT | | | 36 | $0.10 | $3.60 | 4/3/2011 | Photocopy expenses |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| ACT | | | 44 | $0.10 | $4.40 | 4/3/2011 | Photocopy expenses |
| MYM | 2.70 | $315.00 | | | $850.50 | 4/4/2011 | Prepare for and meet with Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.30 | $315.00 | | | $94.50 | 4/4/2011 | Revise mediation brief. |
| KACK | 0.40 | $315.00 | | | $126.00 | 4/4/2011 | Revise responses to form interrogatories and special interrogatories for clients for today's meeting. |
| ACT | | | 3 | $0.10 | $0.30 | 4/5/2011 | Photocopy expenses |
| MYM | 0.30 | $315.00 | | | $94.50 | 4/5/2011 | Telephone conference with Mr. Ensberg re trial setting conference, re discovery issues and re mediation (two calls). |
| MYM | 0.20 | $315.00 | | | $63.00 | 4/5/2011 | Review Wells Fargo notices of depositions of GMAC witnesses. |
| MYM | 0.20 | $315.00 | | | $63.00 | 4/5/2011 | Review letter from Mr. Ensberg (GMAC counsel) re proposed continuance of trial setting conference and review draft stipulation. |
| MYM | 0.20 | $315.00 | | | $63.00 | 4/5/2011 | Draft letter to Mr. Ensberg re request to expedite trial and trail setting conference. |
| KACK | 1.90 | $315.00 | | | $598.50 | 4/5/2011 | Review documents produced and to be produced to Bank of America and discovery responses regarding same. |
| MYM | 0.20 | $315.00 | | | $63.00 | 4/6/2011 | Telephone conference with Mr. Davis re trial setting conference and GMAC request to continue. |
| MYM | 0.20 | $315.00 | | | $63.00 | 4/6/2011 | Telephone conference with Ms. Schiller re preparation for mediation, re recent developments. |
| KACK | 0.60 | $315.00 | | | $189.00 | 4/6/2011 | Revise discovery responses (supplemental) |
| KACK | 1.60 | $315.00 | | | $504.00 | 4/6/2011 | Draft notice of deposition of Person Most Knowledgeable for Bank of America with request to produce documents. |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/6/2011 | Revise discovery responses to Bank of America's discovery requests. |
| MYM | 2.40 | $315.00 | | | $756.00 | 4/7/2011 | Review documents produced by GMAC and Wells Fargo. |
| KACK | 3.70 | $315.00 | | | $1,165.50 | 4/7/2011 | Prepare supplemental discovery responses for clients and review and prepare documents for |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.80 | $315.00 | | | $252.00 | 4/7/2011 | Research regarding Soldiers & Sailors Relief Act. |
| ACT | | | 296 | $0.10 | $29.60 | 4/8/2011 | Photocopy expenses |
| MYM | 0.20 | $315.00 | | | $63.00 | 4/8/2011 | Review two emails from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 2.30 | $315.00 | | | $724.50 | 4/8/2011 | Revise discovery responses from clients and documents to be produced. |
| MYM | 1.50 | $315.00 | | | $472.50 | 4/9/2011 | Prepare mediation brief. |
| KACK | 1.20 | $315.00 | | | $378.00 | 4/11/2011 | Review and prepare discovery response and documents and supplemental responses. |
| ACT | | | 28 | $0.10 | $2.80 | 4/12/2011 | Photocopy expenses |
| MYM | 0.10 | $315.00 | | | $31.50 | 4/12/2011 | Review and reply to email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.30 | $315.00 | | | $94.50 | 4/12/2011 | Review Bank of America notice of deposition of Wells Fargo Bank "person most knowledgeable" and accompanying documents. |
| MYM | 1.20 | $315.00 | | | $378.00 | 4/12/2011 | Review and analyze documents produced by Bank of America. |
| MYM | 0.70 | $315.00 | | | $220.50 | 4/12/2011 | Revise supplemental responses to Bank of America written discovery requests and prepare letter to Mr. Fink re same, re discovery requests of Bank of America. |
| KACK | 3.20 | $315.00 | | | $1,008.00 | 4/12/2011 | Revise discovery responses for clients, revise and finalize privilege log, revise and list all documents to be produced and relied upon. |
| KACK | 0.40 | $315.00 | | | $126.00 | 4/12/2011 | Review documents produced by Bank of America. |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/12/2011 | Review documents produced by Bank of America. |
| ACT | | | 32 | $0.10 | $3.20 | 4/13/2011 | Photocopy expenses |
| ACT | | | 75 | $0.10 | $7.50 | 4/13/2011 | Photocopy expenses |
| ACT | | | 351 | $0.10 | $35.10 | 4/13/2011 | Photocopy expenses |
| KACK | 0.50 | $315.00 | | | $157.50 | 4/13/2011 | Finalize deposition notice and letter to all defense counsel regarding discovery to be done. |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 1.50 | $315.00 | | | $472.50 | 4/13/2011 | Finalize discovery responses and finalize documents to be produced in connection with same. |
| ACT | | | 25 | $0.10 | $2.50 | 4/14/2011 | Photocopy expenses |
| MYM | 0.70 | $315.00 | | | $220.50 | 4/14/2011 | Finalize supplemental responses to Bank of America written discovery requests. |
| KACK | 1.30 | $315.00 | | | $409.50 | 4/14/2011 | Finalize client's responses to discovery requests (supplemental). |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/14/2011 | Review and respond to client emails re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/14/2011 | Review and respond to client emails re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| ACT | | | 360 | $0.10 | $36.00 | 4/15/2011 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/15/2011 | Review notices and discovery requests received. |
| KACK | 0.50 | $315.00 | | | $157.50 | 4/15/2011 | Review documents received from Mr. Ensberg regarding LSI deposition and instructions regarding same. |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/15/2011 | Review discovery pleadings received and calendar dates. |
| MYM | 0.80 | $315.00 | | | $252.00 | 4/15/2011 | Finalize supplemental responses to Bank of America written discovery. |
| MYM | 0.80 | $315.00 | | | $252.00 | 4/16/2011 | Review GMAC deposition subpoena to LSI Escrow "person most knowledgeable" and request for production of documents, notice of deposition, three notices to consumer and Ensberg certificate of compliance re deposition. |
| MYM | 1.30 | $315.00 | | | $409.50 | 4/16/2011 | Review GMAC notices of deposition of Jason Schermerhorn and of Jennifer Schermerhorn, two requests for production of documents, six notices to consumer and two certificates of compliance from Mr. Ensberg. |
| ACT | | | 39 | $0.10 | $3.90 | 4/18/2011 | Photocopy expenses |
| KACK | 0.30 | $315.00 | | | $94.50 | 4/18/2011 | Prepare for GMAC depositions on April 25, 2011. |

**EXHIBIT 4-1 TO OPPOSITION - Status Report to Court**