# Exhibit "4" - 2

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.10 | $315.00 | | | $31.50 | 6/22/2011 | Telephone conference with Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.30 | $315.00 | | | $94.50 | 6/22/2011 | Research LSI declaration and draft email to Ms. Cohrs regarding same. |
| MYM | 1.50 | $315.00 | | | $472.50 | 6/22/2011 | Review documents and notes in preparation for trial. |
| MYM | 1.20 | $315.00 | | | $378.00 | 6/22/2011 | Telephone conference with Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.10 | $315.00 | | | $31.50 | 6/22/2011 | Review notices of deposition of GMAC expert witnesses. |
| ACT | | | 3 | $0.10 | $0.30 | 6/23/2011 | Photocopy expenses |
| JED | 0.80 | $250.00 | | | $200.00 | 6/23/2011 | Prepare trial subpoena with documents to serve on witness Ron Murray. |
| MYM | 0.30 | $315.00 | | | $94.50 | 6/23/2011 | Revise trial subpoena to Bank of America broker. |
| MYM | 0.20 | $315.00 | | | $63.00 | 6/23/2011 | Telephone conference with Mr. Demas re deposition and trial. |
| MYM | 0.10 | $315.00 | | | $31.50 | 6/23/2011 | Review letter from Judicate West re mediation. |
| KACK | 6.50 | $315.00 | | | $2,047.50 | 6/23/2011 | Prepare for and attend/take depositions of Mr. Beierle, plaintiff's expert. |
| KACK | 2.00 | $315.00 | | | $630.00 | 6/23/2011 | Prepare for and attend/take depositions of Mr. Aube, plaintiff's expert. |
| JED | 0.90 | $250.00 | | | $225.00 | 6/23/2011 | Conduct legal research re good cause necessary for declaration in support of trial subpoena. |
| MYM | 4.20 | $315.00 | | | $1,323.00 | 6/23/2011 | Prepare motion to dismiss motion on the pleadings against GMAC. |
| MYM | 1.70 | $315.00 | | | $535.50 | 6/23/2011 | Review settlement proposals and investigate possible settlement with Wells Fargo. |
| MYM | 0.30 | $315.00 | | | $94.50 | 6/23/2011 | Telephone conference with Mr. Davis re GMAC lack of standing. |
| ACT | | | 9 | $0.10 | $0.90 | 6/24/2011 | Photocopy expenses |
| KACK | 8.00 | $315.00 | | | $2,520.00 | 6/24/2011 | Prepare for, take the deposition of Ms. Hilberg, Wells Fargo and Bank of America expert witness. |
| MYM | 0.10 | | | | | | Telephone conference with Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 1.50 | $315.00 | | | $472.50 | 6/24/2011 | Meet and confer with all counsel regarding various issues for trial. |
| MYM | 0.30 | $315.00 | | | $94.50 | 6/24/2011 | Telephone conference with Mr. Davis re GMAC standing issue. |
| MYM | 1.80 | $315.00 | | | $567.00 | 6/24/2011 | Prepare motion to join Aurora as party and to seek injunctive relief against Aurora. |
| MYM | 2.70 | $315.00 | | | $850.50 | 6/24/2011 | Prepare for deposition of Mr. Demas, Schermerhorn's expert. |
| KACK | 0.20 | $315.00 | | | $63.00 | 6/25/2011 | Review expert objection received for Bank of America and Wells Fargo. |
| MYM | 0.20 | $315.00 | | | $63.00 | 6/25/2011 | Review GMAC's reply to opposition to motion to bifurcate trial. |
| MYM | 2.00 | $315.00 | | | $630.00 | 6/25/2011 | Review 2008 and 2011 appraisals of property and current evaluation of 2008 appraisal. |
| MYM | 1.80 | $315.00 | | | $567.00 | 6/25/2011 | Review exhibits from GMAC, Bank of America, and Wells Fargo expert witness depositions. |
| KACK | 0.30 | $315.00 | | | $94.50 | 6/25/2011 | Telephone call with Ms. Cohrs regarding various expert issues. |
| KACK | 3.80 | $315.00 | | | $1,197.00 | 6/25/2011 | Review documents regarding expert testimony and preparation of documents for Mr. Demas' deposition on June 27, 2011. |
| MYM | 0.30 | $315.00 | | | $94.50 | 6/26/2011 | Telephone conference with Mr. Demas re preparation for deposition as expert (two calls). |
| KACK | 6.30 | $315.00 | | | $1,984.50 | 6/26/2011 | Review expert depositions and exhibits in support of opinions and begin preparation for deposition of Mr. Demas. |
| MYM | 2.80 | $315.00 | | | $882.00 | 6/26/2011 | Review documents and pleadings and prepare for meeting with Mr. Demas re expert testimony and factual background. |
| MYM | 2.40 | $315.00 | | | $756.00 | 6/26/2011 | Conference with Mr. Demas and Ms. Cashman-Kramer re factual background and expert testimony. |
| ACT | | | 12 | $0.10 | $1.20 | 6/27/2011 | Photocopy expenses |
| JED | 0.60 | $250.00 | | | $150.00 | 6/27/2011 | Conduct legal research re constructive notice and bona fide purchaser for inclusion in trial brief. |
| MYM | 3.70 | $315.00 | | | $1,165.50 | 6/27/2011 | Review transcripts of expert witnesses and related documents |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 3.00 | $315.00 | | | $945.00 | 6/27/2011 | Travel to and from deposition of Mr. Demas in West Covina. |
| KACK | 9.50 | $315.00 | | | $2,992.50 | 6/27/2011 | Preparation for and attend deposition of Mr. Demas. |
| ACT | | | 28 | $0.10 | $2.80 | 6/28/2011 | Photocopy expenses |
| ACT | | | 126 | $0.10 | $12.60 | 6/28/2011 | Photocopy expenses |
| ACT | | | 142 | $0.10 | $14.20 | 6/28/2011 | Photocopy expenses |
| KACK | 5.60 | $315.00 | | | $1,764.00 | 6/28/2011 | Draft responses of clients to supplemental requests for production of documents and interrogatories propounded by plaintiffs. |
| KACK | 0.90 | $315.00 | | | $283.50 | 6/28/2011 | Telephone conferences and emails regarding Thursday's deposition of Bank of America and Wells Fargo regarding same. |
| JED | 0.80 | $250.00 | | | $200.00 | 6/28/2011 | Conduct legal research re bona fide purchaser for inclusion in trial brief. |
| MYM | 0.20 | $315.00 | | | $63.00 | 6/28/2011 | Review two GMAC objections to producing evidence at trial. |
| MYM | 3.70 | $315.00 | | | $1,165.50 | 6/28/2011 | Review deposition transcripts and documents. |
| MYM | 1.80 | $315.00 | | | $567.00 | 6/28/2011 | Evaluate Bank of America actual knowledge or Aurora lien. |
| MYM | 0.30 | $315.00 | | | $94.50 | 6/28/2011 | Revise supplemental clients' responses to GMAC discovery requests. |
| MYM | 1.50 | $315.00 | | | $472.50 | 6/29/2011 | Review and analyze testimony of GMAC expert, Mr. Beierle. |
| KACK | 2.40 | $315.00 | | | $756.00 | 6/29/2011 | Research for motions in limine. |
| KACK | 0.20 | $315.00 | | | $63.00 | 6/29/2011 | Telephone call with Mr. Davis and Ms. Cohrs regarding deposition, trial, documents, stipulated fact and related issues. |
| KACK | 2.50 | $315.00 | | | $787.50 | 6/29/2011 | Prepare documents and questions for Bank of America deposition in Woodland Hills. |
| MYM | 1.00 | $315.00 | | | $315.00 | 6/29/2011 | Prepare for hearing on motion to bifurcate trial. |
| MYM | 0.20 | $315.00 | | | $63.00 | 6/29/2011 | Telephone conference with Mr. Davis re deposition of Bank of America person most knowledgeable. |
| MYM | 0.10 | $315.00 | | | $31.50 | 6/29/2011 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| JED | 2.00 | $250.00 | | | $500.00 | 6/29/2011 | Research case law re elements of bona fide purchaser in context of deed reconveyance. |
| JED | 1.00 | $250.00 | | | $250.00 | 6/29/2011 | Preparation of memorandum re elements of bona fide purchaser to aid on preparation of trial brief. |
| MYM | 0.10 | $315.00 | | | $31.50 | 6/29/2011 | Telephone conference with Mr. Ensberg re July 1, 2011 hearing on motion to bifurcate. |
| KACK | 0.70 | $315.00 | | | $220.50 | 6/29/2011 | Finalize responses to supplemental discovery requests. |
| ACT | | | 220 | $0.10 | $22.00 | 6/30/2011 | Photocopy expenses |
| KACK | 7.00 | $315.00 | | | $2,205.00 | 6/30/2011 | Prepare for and take deposition of Bank of America person most knowledgeable in Woodland Hills with all counsel. |
| JED | 0.80 | $250.00 | | | $200.00 | 6/30/2011 | Revise memorandum re bona fide purchasers and constructive notice. |
| MYM | 2.80 | $315.00 | | | $882.00 | 6/30/2011 | Review and analyze documents produced by Bank of America. |
| MYM | 2.00 | $315.00 | | | $630.00 | 6/30/2011 | Review pleadings re GMAC motion to bifurcate trial and prepare for hearing. |
| JED | 1.20 | $250.00 | | | $300.00 | 6/30/2011 | Conduct legal research re constructive notice and improperly recorded documents. |
| JED | 0.40 | $250.00 | | | $100.00 | 6/30/2011 | Meeting with Mr. MacKinnon re motions in limine. |
| ACT | | | 1 | $3,412.50 | $3,412.50 | 7/1/2011 | Fees paid to expert John C. Demas, Esq. |
| ACT | | | 6 | $0.10 | $0.60 | 7/1/2011 | Photocopy expenses |
| ACT | | | 6 | $0.10 | $0.60 | 7/1/2011 | Photocopy expenses |
| ACT | | | 30 | $0.10 | $3.00 | 7/1/2011 | Photocopy expenses |
| ACT | | | 30 | $0.10 | $3.00 | 7/1/2011 | Photocopy expenses |
| ACT | | | 50 | $0.10 | $5.00 | 7/1/2011 | Photocopy expenses |
| ACT | | | 50 | $0.10 | $5.00 | 7/1/2011 | Photocopy expenses |
| ACT | | | 50 | $0.10 | $5.00 | 7/1/2011 | Photocopy expenses |
| ACT | | | 78 | $0.10 | $7.80 | 7/1/2011 | Photocopy expenses |
| ACT | | | 78 | $0.10 | $7.80 | 7/1/2011 | Photocopy expenses |
| KACK | 1.00 | $315.00 | | | $315.00 | 7/1/2011 | Draft Motion in Limine regarding GMAC's standing to assert claims raised in complaint. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| JED | 2.70 | $250.00 | | | $675.00 | 7/1/2011 | Preparation of motions in limine re exclusion of parole evidence and witnesses who were not produced. |
| JED | 1.00 | $250.00 | | | $250.00 | 7/1/2011 | Conduct legal research re standing based on ownership of note. |
| MYM | 3.00 | $315.00 | | | $945.00 | 7/1/2011 | Travel to and from hearing on GMAC motion to bifurcate trial. |
| MYM | 0.50 | $315.00 | | | $157.50 | 7/1/2011 | Conference with Mr. Ensberg, Ms. Kozinska and Mr. Davis re trial procedures, GMAC standing and settlement. |
| MYM | 0.20 | $315.00 | | | $63.00 | 7/1/2011 | Telephone conference with Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| LH | 0.70 | $100.00 | | | $70.00 | 7/1/2011 | Revise motions in limine. |
| MYM | 0.90 | $315.00 | | | $283.50 | 7/1/2011 | Review and revise motions in limine. |
| KACK | 1.70 | $315.00 | | | $535.50 | 7/1/2011 | Revise and draft Motions in Limine to exclude parole evidence, to preclude witnesses and to require GMAC to establish standing. |
| MYM | 2.30 | $315.00 | | | $724.50 | 7/1/2011 | Prepare for and attend hearing on GMAC motion to bifurcate trial. |
| KACK | 0.60 | $315.00 | | | $189.00 | 7/1/2011 | Draft orders on Motions in Limine. |
| MYM | 0.20 | $315.00 | | | $63.00 | 7/1/2011 | Telephone conference with Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 3.00 | $315.00 | | | $945.00 | 7/1/2011 | Travel to and from hearing on GMAC motion to bifurcate trial. |
| MYM | 0.90 | $315.00 | | | $283.50 | 7/1/2011 | Review and revise motions in limine. |
| JED | 1.00 | $250.00 | | | $250.00 | 7/1/2011 | Conduct legal research re standing based on ownership of note. |
| MYM | 0.50 | $315.00 | | | $157.50 | 7/1/2011 | Conference with Mr. Ensberg, Ms. Kozinska and Mr. Davis re trial procedures, GMAC standing and settlement. |
| JED | 2.70 | $250.00 | | | $675.00 | 7/1/2011 | Preparation of motions in limine re exclusion of parole evidence and witnesses who were not produced. |
| LH | 0.70 | $100.00 | | | $70.00 | 7/1/2011 | Revise motions in limine. |
| MYM | 2.30 | $315.00 | | | $724.50 | 7/1/2011 | Prepare for and attend hearing on GMAC motion to bifurcate trial. |
| KACK | 1.00 | $315.00 | | | $315.00 | 7/1/2011 | Draft Motion in Limine regarding GMAC's standing to assert claims raised in complaint. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.60 | $315.00 | | | $189.00 | 7/1/2011 | Draft orders on Motions in Limine. |
| KACK | 1.70 | $315.00 | | | $535.50 | 7/1/2011 | Revise and draft Motions in Limine to exclude parole evidence, to preclude witnesses and to require GMAC to establish standing. |
| MYM | 2.70 | $315.00 | | | $850.50 | 7/2/2011 | Prepare cross-examination of other parties' title experts. |
| MYM | 1.10 | $315.00 | | | $346.50 | 7/2/2011 | Review Wells Fargo's three motions in limine and supporting pleadings and proposed orders. |
| KACK | 3.00 | $315.00 | | | $945.00 | 7/2/2011 | Prepare trial brief. |
| KACK | 3.00 | $315.00 | | | $945.00 | 7/2/2011 | Prepare trial brief. |
| MYM | 2.70 | $315.00 | | | $850.50 | 7/2/2011 | Prepare cross-examination of other parties' title experts. |
| MYM | 1.10 | $315.00 | | | $346.50 | 7/2/2011 | Review Wells Fargo's three motions in limine and supporting pleadings and proposed orders. |
| KACK | 3.00 | $315.00 | | | $945.00 | 7/3/2011 | Prepare trial brief and statement of pertinent facts for trial. |
| MYM | 0.30 | $315.00 | | | $94.50 | 7/3/2011 | Review two GMAC objections to produce witnesses and documents at trial. |
| MYM | 2.20 | $315.00 | | | $693.00 | 7/3/2011 | Prepare direct examination for Mr. and Mrs. Schermerhorn. |
| KACK | 3.00 | $315.00 | | | $945.00 | 7/3/2011 | Prepare trial brief and statement of pertinent facts for trial. |
| MYM | 2.20 | $315.00 | | | $693.00 | 7/3/2011 | Prepare direct examination for Mr. and Mrs. Schermerhorn. |
| MYM | 0.30 | $315.00 | | | $94.50 | 7/3/2011 | Review two GMAC objections to produce witnesses and documents at trial. |
| KACK | 7.00 | $315.00 | | | $2,205.00 | 7/4/2011 | Prepare for trial. |
| MYM | 5.20 | $315.00 | | | $1,638.00 | 7/4/2011 | Review deposition transcripts, written discovery responses and amended cross-complaint and prepare for conference with Mr. and Mrs. Schermerhorn REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 7.00 | $315.00 | | | $2,205.00 | 7/4/2011 | Prepare for trial. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 5.20 | $315.00 | | | $1,638.00 | 7/4/2011 | Review deposition transcripts, written discovery responses and amended cross-complaint and prepare for conference with Mr. and Mrs. Schermerhorn REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| ACT | | | 6 | $0.10 | $0.60 | 7/5/2011 | Photocopy expenses |
| ACT | | | 6 | $0.10 | $0.60 | 7/5/2011 | Photocopy expenses |
| KACK | 2.50 | $315.00 | | | $787.50 | 7/5/2011 | Draft Trial Brief. |
| MYM | 1.60 | $315.00 | | | $504.00 | 7/5/2011 | Travel to and from Temecula for meeting with Mr. and Mrs. Schermerhorn. |
| KACK | 1.00 | $315.00 | | | $315.00 | 7/5/2011 | Revise stipulated statement of facts and list of exhibits regarding same. |
| MYM | 0.10 | $315.00 | | | $31.50 | 7/5/2011 | Review letter from Mr. Ensberg re trial exhibits. |
| MYM | 2.70 | $315.00 | | | $850.50 | 7/5/2011 | Meeting with Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 1.60 | $315.00 | | | $504.00 | 7/5/2011 | Travel to and from Temecula for meeting with Mr. and Mrs. Schermerhorn. |
| KACK | 1.00 | $315.00 | | | $315.00 | 7/5/2011 | Revise stipulated statement of facts and list of exhibits regarding same. |
| KACK | 2.50 | $315.00 | | | $787.50 | 7/5/2011 | Draft Trial Brief. |
| MYM | 0.10 | $315.00 | | | $31.50 | 7/5/2011 | Review letter from Mr. Ensberg re trial exhibits. |
| MYM | 2.70 | $315.00 | | | $850.50 | 7/5/2011 | Meeting with Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.30 | $315.00 | | | $94.50 | 7/6/2011 | Review six emails from counsel re trial exhibits. |
| KACK | 3.20 | $315.00 | | | $1,008.00 | 7/6/2011 | Assemble exhibits for trial and witnesses. |
| MYM | 3.20 | $315.00 | | | $1,008.00 | 7/6/2011 | Review and prepare documents as trial exhibits. |
| KACK | 3.00 | $315.00 | | | $945.00 | 7/6/2011 | Research and draft trial brief. |
| KACK | 3.00 | $315.00 | | | $945.00 | 7/6/2011 | Research and draft trial brief. |
| MYM | 3.20 | $315.00 | | | $1,008.00 | 7/6/2011 | Review and prepare documents as trial exhibits. |
| MYM | 0.30 | $315.00 | | | $94.50 | 7/6/2011 | Review six emails from counsel re trial exhibits. |
| KACK | 3.20 | $315.00 | | | $1,008.00 | 7/6/2011 | Assemble exhibits for trial and witnesses. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| ACT | | | 1186 | $0.10 | $118.60 | 7/7/2011 | Photocopy expenses |
| ACT | | | 1186 | $0.10 | $118.60 | 7/7/2011 | Photocopy expenses |
| MYM | 2.70 | $315.00 | | | $850.50 | 7/7/2011 | Revise and finalize trial brief. |
| MYM | 5.20 | $315.00 | | | $1,638.00 | 7/7/2011 | Prepare pleadings, documents and exhibits for trial. |
| KACK | 2.70 | $315.00 | | | $850.50 | 7/7/2011 | Draft trial brief. |
| KACK | 1.40 | $315.00 | | | $441.00 | 7/7/2011 | Assemble exhibits for trial. |
| RSP | 5.80 | $125.00 | | | $725.00 | 7/7/2011 | Shepherdize trial brief of defendants and cross-complainants Jason Schermerhorn and Jennifer Schermerhorn. |
| RSP | 0.60 | $125.00 | | | $75.00 | 7/7/2011 | Research re obtaining certified copies of bankruptcy petition and schedules. |
| RSP | 0.70 | $125.00 | | | $87.50 | 7/7/2011 | Research re jury instructions. |
| KACK | 0.50 | $315.00 | | | $157.50 | 7/7/2011 | Revise joint witness list. |
| KACK | 3.20 | $315.00 | | | $1,008.00 | 7/7/2011 | Prepare all motions and documents for trial readiness hearing. |
| RSP | 0.60 | $125.00 | | | $75.00 | 7/7/2011 | Research re obtaining certified copies of bankruptcy petition and schedules. |
| RSP | 0.70 | $125.00 | | | $87.50 | 7/7/2011 | Research re jury instructions. |
| MYM | 2.70 | $315.00 | | | $850.50 | 7/7/2011 | Revise and finalize trial brief. |
| KACK | 2.70 | $315.00 | | | $850.50 | 7/7/2011 | Draft trial brief. |
| RSP | 5.80 | $125.00 | | | $725.00 | 7/7/2011 | Shepherdize trial brief of defendants and cross-complainants Jason Schermerhorn and Jennifer Schermerhorn. |
| KACK | 1.40 | $315.00 | | | $441.00 | 7/7/2011 | Assemble exhibits for trial. |
| MYM | 5.20 | $315.00 | | | $1,638.00 | 7/7/2011 | Prepare pleadings, documents and exhibits for trial. |
| KACK | 0.50 | $315.00 | | | $157.50 | 7/7/2011 | Revise joint witness list. |
| KACK | 3.20 | $315.00 | | | $1,008.00 | 7/7/2011 | Prepare all motions and documents for trial readiness hearing. |
| ACT | | | 1 | $75.35 | $75.35 | 7/8/2011 | Outside copies. |
| ACT | | | 1 | $460.65 | $460.65 | 7/8/2011 | Hotel Charges for Mr. MacKinnon and Ms. Cashman Kramer for stay during trial. |
| ACT | | | 1 | $409.49 | $409.49 | 7/8/2011 | Working Meals during trial. |
| ACT | | | 1 | $88.00 | $88.00 | 7/8/2011 | Parking Charges for Mr. MacKinnon and Ms. Cashman Kramer. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| ACT | | | 1 | $366.86 | $366.86 | 7/8/2011 | Mileage Charges for Mr. MacKinnon and Ms. Cashman Kramer. |
| ACT | | | 3704 | $0.10 | $370.40 | 7/8/2011 | Photocopy expenses |
| ACT | | | 4108 | $0.10 | $410.80 | 7/8/2011 | Photocopy expenses |
| MYM | 1.80 | $315.00 | | | $567.00 | 7/8/2011 | Attend pretrial conference with Judge Ziebarth and counsel. |
| RR | 0.90 | $175.00 | | | $157.50 | 7/8/2011 | Download federal cases cited in trial brief from Lexis. |
| MYM | 3.20 | $315.00 | | | $1,008.00 | 7/8/2011 | Travel to and from pre-trial hearing. |
| MYM | 1.90 | $315.00 | | | $598.50 | 7/8/2011 | Attend judicial mediation conference. |
| RR | 2.40 | $175.00 | | | $420.00 | 7/8/2011 | Review Riverside County dockets for declarations filed by Mr. Ensberg and download same. |
| RR | 1.40 | $175.00 | | | $245.00 | 7/8/2011 | Review Riverside County dockets for complaints filed by Mr. Ensberg on behalf of GMAC and download same. |
| MYM | 1.30 | $315.00 | | | $409.50 | 7/8/2011 | Prepare for hearing on pretrial motions. |
| KACK | 6.00 | $315.00 | | | $1,890.00 | 7/8/2011 | Attend to tasks for trial including stipulated facts, exhibits, rebuttal evidence and related issues, including 14 other GMAC cases. |
| KACK | 1.00 | $315.00 | | | $315.00 | 7/8/2011 | Revise trial brief in preparation for trial. |
| JED | 1.70 | $250.00 | | | $425.00 | 7/8/2011 | Conduct legal research re use of pleadings in other cases as judicial admissions. |
| RR | 1.30 | $175.00 | | | $227.50 | 7/8/2011 | Research information on Judge Ziebarth. |
| ACT | | | 18 | $0.10 | $1.80 | 7/9/2011 | Photocopy expenses |
| ACT | | | 638 | $0.10 | $63.80 | 7/9/2011 | Photocopy expenses |
| MYM | 6.50 | $315.00 | | | $2,047.50 | 7/9/2011 | Trial preparation. |
| KACK | 4.00 | $315.00 | | | $1,260.00 | 7/9/2011 | Review deposition transcripts in preparation for cross-examination at trial. |
| KACK | 4.00 | $315.00 | | | $1,260.00 | 7/9/2011 | Review deposition transcripts in preparation for cross-examination at trial. |
| MYM | 6.50 | $315.00 | | | $2,047.50 | 7/9/2011 | Trial preparation. |
| ACT | | | 1 | $18.99 | $18.99 | 7/10/2011 | Outside copies. |
| ACT | | | 1 | $19.27 | $19.27 | 7/10/2011 | Outside copies. |
| ACT | | | 1 | $22.07 | $22.07 | 7/10/2011 | Outside copies. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 1.60 | $315.00 | | | $504.00 | 7/10/2011 | Travel to Riverside for trial. |
| KACK | 5.00 | $315.00 | | | $1,575.00 | 7/10/2011 | Prepare witness outlines for trial. |
| KACK | 2.40 | $315.00 | | | $756.00 | 7/10/2011 | Final preparation of exhibits and related documents for trial. |
| MYM | 6.50 | $315.00 | | | $2,047.50 | 7/10/2011 | Trial preparation. |
| ACT | | | 1 | $139.00 | $139.00 | 7/11/2011 | Knox Attorney Service; messenger, invoice no.: 635922 Research |
| ACT | | | 1 | $52.75 | $52.75 | 7/11/2011 | Knox Attorney Service; messenger, invoice no.: 635919 Research |
| KACK | 7.50 | $315.00 | | | $2,362.50 | 7/11/2011 | Trial - Day 1. |
| KACK | 1.50 | $315.00 | | | $472.50 | 7/11/2011 | Prepare questions for Zeits cross-examination for tomorrow. |
| MYM | 2.50 | $315.00 | | | $787.50 | 7/11/2011 | Trial preparation. |
| MYM | 7.50 | $315.00 | | | $2,362.50 | 7/11/2011 | Attend trial. |
| MYM | 1.00 | $315.00 | | | $315.00 | 7/11/2011 | Conference with Mr. Fink, Ms. Kozinska and Mr. Davis re trial preparation. |
| MYM | 1.00 | $315.00 | | | $315.00 | 7/11/2011 | Conference with Mr. Fink, Ms. Kozinska and Mr. Davis re trial preparation. |
| KACK | 7.50 | $315.00 | | | $2,362.50 | 7/11/2011 | Trial - Day 1. |
| KACK | 1.50 | $315.00 | | | $472.50 | 7/11/2011 | Prepare questions for Zeits cross-examination for tomorrow. |
| ACT | | | 1 | $410.85 | $410.85 | 7/12/2011 | Outside copies. |
| JED | 2.10 | $250.00 | | | $525.00 | 7/12/2011 | Preparation of motion in limine to exclude testimony from GMAC's valuation expert. |
| MYM | 1.30 | $315.00 | | | $409.50 | 7/12/2011 | Trial preparation. |
| JED | 0.40 | $250.00 | | | $100.00 | 7/12/2011 | Revise motion in limine to exclude GMAC's expert. |
| KACK | 2.00 | $315.00 | | | $630.00 | 7/12/2011 | Prepare cross-examination and documents for Mr. Zeitz and Ms. Moore. |
| MYM | 2.80 | $315.00 | | | $882.00 | 7/12/2011 | Trial preparation. |
| KACK | 7.30 | $315.00 | | | $2,299.50 | 7/12/2011 | Attend second day of trial in Riverside. |
| MYM | 7.30 | $315.00 | | | $2,299.50 | 7/12/2011 | Attend trial. |
| KACK | 1.50 | $315.00 | | | $472.50 | 7/12/2011 | Research and draft opposition to GMAC's brief on ostensible authority in preparation for arguments for tomorrow. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.80 | $315.00 | | | $252.00 | 7/12/2011 | Settlement conference with Mr. Davis and Ms. Kerr (Wells Fargo) and Mr. and Mrs. Schermerhorn. |
| KACK | 1.50 | $315.00 | | | $472.50 | 7/13/2011 | Review Beirle file for testimony. |
| KACK | 7.20 | $315.00 | | | $2,268.00 | 7/13/2011 | Trial - Day 3. |
| MYM | 1.70 | $315.00 | | | $535.50 | 7/13/2011 | Trial preparation. |
| MYM | 7.20 | $315.00 | | | $2,268.00 | 7/13/2011 | Attend trial. |
| MYM | 1.50 | $315.00 | | | $472.50 | 7/13/2011 | Trial preparation. |
| MYM | 1.70 | $315.00 | | | $535.50 | 7/13/2011 | Trial preparation. |
| KACK | 1.50 | $315.00 | | | $472.50 | 7/14/2011 | Prepare for examination of Ms. Hilburg. |
| KACK | 1.00 | $315.00 | | | $315.00 | 7/14/2011 | Conference call with clients regarding status and deposition. |
| KACK | 3.00 | $315.00 | | | $945.00 | 7/14/2011 | Trial - Day 4 in Riverside. |
| MYM | 0.80 | $315.00 | | | $252.00 | 7/14/2011 | Trial preparation. |
| MYM | 3.00 | $315.00 | | | $945.00 | 7/14/2011 | Attend trial. |
| MYM | 3.20 | $315.00 | | | $1,008.00 | 7/14/2011 | Prepare for trial testimony of Mr. and Mrs. Schermerhorn. |
| KACK | 3.00 | $315.00 | | | $945.00 | 7/14/2011 | Administrative matters with counsel regarding exhibits, briefing and related issues. |
| KACK | 1.50 | $315.00 | | | $472.50 | 7/14/2011 | Prepare for examination of Ms. Hilburg. |
| KACK | 2.00 | $315.00 | | | $630.00 | 7/15/2011 | Begin research and summary of testimony for closing argument brief. |
| MYM | 1.30 | $315.00 | | | $409.50 | 7/15/2011 | Trial preparation. |
| MYM | 2.80 | $315.00 | | | $882.00 | 7/15/2011 | Attend trial. |
| MYM | 0.30 | $315.00 | | | $94.50 | 7/15/2011 | Conference with Mr. Davis and Mr. Fink re post-trial briefing. |
| MYM | 0.40 | $315.00 | | | $126.00 | 7/15/2011 | Conference with Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 2.70 | $315.00 | | | $850.50 | 7/16/2011 | Prepare closing brief on first phase of trial. |
| MYM | 3.00 | $315.00 | | | $945.00 | 7/17/2011 | Review documents and prospective exhibits in preparation for remaining phases of trial. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| ACT | | | 1 | $1,036.00 | $1,036.00 | 7/18/2011 | Deposition copies; reporter fees for trial. |
| KACK | 2.00 | $315.00 | | | $630.00 | 7/18/2011 | Draft closing argument brief. |
| MYM | 0.10 | $315.00 | | | $31.50 | 7/18/2011 | Review two emails from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 2.80 | $315.00 | | | $882.00 | 7/18/2011 | Prepare closing brief for first phase of trial. |
| JED | 0.90 | $250.00 | | | $225.00 | 7/19/2011 | Research persuasive value attached to federal court's interpretation of California law. |
| KACK | 2.00 | $315.00 | | | $630.00 | 7/19/2011 | Research for and draft closing trial brief. |
| MYM | 0.60 | $315.00 | | | $189.00 | 7/19/2011 | Conference with Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.20 | $315.00 | | | $63.00 | 7/19/2011 | Telephone conference with defense counsel re closing brief on first phase of trial. |
| MYM | 3.20 | $315.00 | | | $1,008.00 | 7/19/2011 | Draft and revise closing brief on first phase of trial. |
| MYM | 0.20 | $315.00 | | | $63.00 | 7/19/2011 | Telephone conference with defense counsel re closing brief on first phase of trial. |
| KACK | 2.00 | $315.00 | | | $630.00 | 7/20/2011 | Draft trial closing brief; research regarding same. |
| MYM | 2.80 | $315.00 | | | $882.00 | 7/20/2011 | Review transcripts of testimony in connection with closing brief. |
| MYM | 0.80 | $315.00 | | | $252.00 | 7/21/2011 | Review and revise Wells Fargo's draft of proposed final brief. |
| MYM | 0.20 | $315.00 | | | $63.00 | 7/21/2011 | Telephone conference with defense counsel re joint defense final brief. |
| MYM | 0.30 | $315.00 | | | $94.50 | 7/21/2011 | Revise joint defense agreement. |
| MYM | 0.30 | $315.00 | | | $94.50 | 7/21/2011 | Review Wells Fargo brief for phase two of trial. |
| KACK | 0.50 | $315.00 | | | $157.50 | 7/21/2011 | Research for Trial Brief. |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/21/2011 | Conference call regarding brief. |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/21/2011 | Draft order on fourth motion in limine (granted). |
| KACK | 0.90 | $315.00 | | | $283.50 | 7/21/2011 | Review and revise post trial brief. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 1.30 | $315.00 | | | $409.50 | 7/21/2011 | Review and revise Bank of America's proposed submissions to joint defense final brief. |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/21/2011 | Review and respond to emails with defense counsel regarding joint brief and related issues. |
| ACT | | | 6 | $0.50 | $3.00 | 7/22/2011 | Facsimile charges. |
| ACT | | | 15 | $0.10 | $1.50 | 7/22/2011 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/22/2011 | Review and respond to emails regarding changes to post trial closing argument brief. |
| MYM | 0.50 | $315.00 | | | $157.50 | 7/22/2011 | Revise joint defense brief. |
| MYM | 1.00 | $315.00 | | | $315.00 | 7/22/2011 | Revise joint defense brief. |
| MYM | 0.20 | $315.00 | | | $63.00 | 7/22/2011 | Telephone conference with defense counsel re final brief. |
| MYM | 0.80 | $315.00 | | | $252.00 | 7/22/2011 | Finalize joint defense brief. |
| MYM | 0.20 | $315.00 | | | $63.00 | 7/22/2011 | Review emails from Ms. Kozinska, Ms. Cohrs and Mr. Fink re post-trial matters. |
| KACK | 1.30 | $315.00 | | | $409.50 | 7/22/2011 | Finalize closing argument brief. |
| MYM | 0.20 | $315.00 | | | $63.00 | 7/23/2011 | Review Wells Fargo closing brief on cross-complaint. |
| MYM | 1.60 | $315.00 | | | $504.00 | 7/24/2011 | Prepare evidence for phase three of trial. |
| MYM | 1.00 | $315.00 | | | $315.00 | 7/25/2011 | Review GMAC's appendix of referenced materials (18 cases, nine statutes, five treatises and two transcripts). |
| KACK | 1.00 | $315.00 | | | $315.00 | 7/25/2011 | Review and research Plaintiffs' authority in support of their trial brief. |
| KACK | 0.60 | $315.00 | | | $189.00 | 7/25/2011 | Begin review of Plaintiff's post trial brief. |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/25/2011 | Review and respond to emails regarding Plaintiffs' brief, status of submission and related matters. |
| KACK | 0.60 | $315.00 | | | $189.00 | 7/26/2011 | Review Plaintiff's closing brief. |
| MYM | 1.50 | $315.00 | | | $472.50 | 7/26/2011 | Extrapolate GMAC contentions into support for rescission claim against Bank of America for remainder of trial. |
| KACK | 0.50 | $315.00 | | | $157.50 | 7/26/2011 | Telephone calls (two) with counsel regarding Plaintiffs' brief; issues regarding same and remaining tasks. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| JED | 1.30 | $250.00 | | | $325.00 | 7/27/2011 | Conduct legal research re ability to collect attorneys' fees on quiet title cross-complaint. |
| ACT | | | 6 | $0.50 | $3.00 | 7/28/2011 | Facsimile charges. |
| ACT | | | 79 | $0.10 | $7.90 | 7/28/2011 | Photocopy expenses |
| ACT | | | 79 | $0.10 | $7.90 | 7/28/2011 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/28/2011 | Review objection filed by Bank of America for two exhibits referenced by Plaintiff. |
| JED | 1.10 | $250.00 | | | $275.00 | 7/28/2011 | Preparation of memorandum re recovery of attorneys' fees on claim for quiet title. |
| MYM | 0.20 | $315.00 | | | $63.00 | 7/28/2011 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.10 | $315.00 | | | $31.50 | 7/28/2011 | Review Bank of America objection to GMAC references to exhibits not admitted into evidence. |
| KACK | 0.10 | $315.00 | | | $31.50 | 7/28/2011 | Review and respond to email from client regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.10 | $315.00 | | | $31.50 | 7/28/2011 | Review and respond to email from client regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.10 | $315.00 | | | $31.50 | 7/28/2011 | Review Bank of America objection to GMAC references to exhibits not admitted into evidence. |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/28/2011 | Review objection filed by Bank of America for two exhibits referenced by Plaintiff. |
| MYM | 0.20 | $315.00 | | | $63.00 | 7/28/2011 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| JED | 1.10 | $250.00 | | | $275.00 | 7/28/2011 | Preparation of memorandum re recovery of attorneys' fees on claim for quiet title. |
| ACT | | | 5 | $0.10 | $0.50 | 7/29/2011 | Photocopy expenses |
| ACT | | | 130 | $0.10 | $13.00 | 7/29/2011 | Photocopy expenses |
| JED | 0.90 | $250.00 | | | $225.00 | 7/29/2011 | Prepare memorandum re ability to collect attorneys' fees as to GMAC based on quiet title action. |
| MYM | 0.20 | $315.00 | | | $63.00 | 7/29/2011 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.30 | $315.00 | | | $94.50 | 7/29/2011 | Review GMAC response to Bank of America reference to exhibits and review accompanying documents. |
| MYM | 1.70 | $315.00 | | | $535.50 | 7/29/2011 | Prepare presentation of damage claims against GMAC. |
| MYM | 0.80 | $315.00 | | | $252.00 | 7/29/2011 | Review transcript of Mrs. Schermerhorn preserving testimony for remainder of trial. |
| MYM | 0.40 | $315.00 | | | $126.00 | 7/30/2011 | Review transcript of preserved trial testimony of Mr. Schermerhorn. |
| JED | 0.70 | $250.00 | | | $175.00 | 8/1/2011 | Revise memorandum re recovery of attorneys' fees. |
| JED | 1.50 | $250.00 | | | $375.00 | 8/1/2011 | Prepare memorandum summarizing legal research and analysis re ability to recover attorneys' fees. |
| MYM | 0.70 | $315.00 | | | $220.50 | 8/1/2011 | Review post-trial docket and pleadings. |
| MYM | 1.80 | $315.00 | | | $567.00 | 8/1/2011 | Prepare damage analysis against GMAC. |
| JED | 1.20 | $250.00 | | | $300.00 | 8/1/2011 | Continue legal research re recovering attorneys' fees on deed of trust based on claim for quiet title. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/2/2011 | Research regarding damage issues. |
| MYM | 0.10 | $315.00 | | | $31.50 | 8/2/2011 | Telephone conference with Mr. Davis re status of decision on phase one of trial. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/2/2011 | Research regarding issues on lis pendens. |
| KACK | 0.10 | $315.00 | | | $31.50 | 8/2/2011 | Telephone call with Ms. Cohrs regarding exemption issues. |
| KACK | 0.10 | $315.00 | | | $31.50 | 8/2/2011 | Research court docket and website for information on status. |
| MYM | 2.20 | $315.00 | | | $693.00 | 8/3/2011 | Research and prepare claim for attorneys' fees and costs against GMAC. |
| ACT | | | 74 | $0.10 | $7.40 | 8/4/2011 | Photocopy expenses |
| KACK | 0.40 | $315.00 | | | $126.00 | 8/4/2011 | Conference with Ms. Cohrs regarding trial issues and related issues regarding phase two. |
| MYM | 3.50 | $315.00 | | | $1,102.50 | 8/4/2011 | Prepare California Civil Code section 1717 claim against GMAC. |
| MYM | 0.10 | $315.00 | | | $31.50 | 8/4/2011 | Review minute order re judgment in favor of Schermerhorns. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.20 | $315.00 | | | $63.00 | 8/4/2011 | Draft email to Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.10 | $315.00 | | | $31.50 | 8/4/2011 | Telephone conference with Mr. Davis re preparation for phase two and three of trial. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/4/2011 | Conference with Ms. Smith regarding results of trial. |
| KACK | 1.40 | $315.00 | | | $441.00 | 8/4/2011 | Review docket and 2 minute orders regarding summary of victory; telephone (3) regarding same; draft email to all regarding same; research regarding next steps. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/4/2011 | Research regarding status. |
| MYM | 0.90 | $315.00 | | | $283.50 | 8/5/2011 | Review 11 emails re statement of decision and draft email to Ms. Schiller re same and re damage claim against GMAC. |
| MYM | 3.70 | $315.00 | | | $1,165.50 | 8/5/2011 | Prepare post-trial motions. |
| KACK | 2.30 | $315.00 | | | $724.50 | 8/6/2011 | Review statement of decision and analyze same; telephone call with Ms. Cohrs regarding same; draft emails to all regarding same. |
| MYM | 3.20 | $315.00 | | | $1,008.00 | 8/6/2011 | Review and analyze judge's decision re first phase of trial and review authorities cited therein. |
| MYM | 0.10 | $315.00 | | | $31.50 | 8/6/2011 | Review email from Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 3.00 | $315.00 | | | $945.00 | 8/7/2011 | Prepare memorandum re collection of attorneys' fees against GMAC under Cal. Civil Code section 1717 and for general damages under quiet title portion of cross-complaint. |
| JED | 1.30 | $250.00 | | | $325.00 | 8/8/2011 | Conduct legal research re damages available for lost sale and rents due to cloud on title. |
| JED | 1.50 | $250.00 | | | $375.00 | 8/8/2011 | Update memorandum to include discussion of availability of damages for lost rents and sales. |
| KACK | 1.00 | | | | | | Analyze statement of decision and research |

**EXHIBIT 4-2 TO OPPOSITION – Status Report to Court**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 1.20 | $315.00 | | | $378.00 | 8/8/2011 | Prepare post-trial motions. |
| MYM | 0.90 | $315.00 | | | $283.50 | 8/8/2011 | Review 13 emails re post-trial motions and prepare three responses to same. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/8/2011 | Review and respond to emails regarding meeting regarding statement of decision. |
| MYM | 0.30 | $315.00 | | | $94.50 | 8/8/2011 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/8/2011 | Review and analyze statement of decision. |
| JED | 0.80 | $250.00 | | | $200.00 | 8/8/2011 | Review and analysis of court's statement of decision to aid in analysis of client's damage claims. |
| MYM | 1.70 | $315.00 | | | $535.50 | 8/9/2011 | Review authorities cited in proposed statement of decision. |
| MYM | 1.20 | $315.00 | | | $378.00 | 8/9/2011 | Prepare suggested revisions to proposed statement of decision. |
| MYM | 0.80 | $315.00 | | | $252.00 | 8/9/2011 | Prepare claim for damages against GMAC. |
| JED | 0.30 | $250.00 | | | $75.00 | 8/9/2011 | Revise memorandum re possible claims for attorneys' fees and allowable damages. |
| ACT | | | 2 | $0.10 | $0.20 | 8/10/2011 | Photocopy expenses |
| KACK | 0.30 | $315.00 | | | $94.50 | 8/10/2011 | Draft letter to Mr. Ensberg regarding withdrawal of lis pendens. |
| MYM | 1.30 | $315.00 | | | $409.50 | 8/10/2011 | Prepare for conference with defense counsel re proposed revisions to statement of decision and re phases two and three of trial. |
| MYM | 0.50 | $315.00 | | | $157.50 | 8/10/2011 | Telephone conference with Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 2.10 | $315.00 | | | $661.50 | 8/10/2011 | Analyze damage and attorney fees issues for phases two and three of trial. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/10/2011 | Prepare for meeting with clients by telephone. |
| KACK | 0.50 | $315.00 | | | $157.50 | 8/10/2011 | Conference call with clients regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 1.70 | $315.00 | | | $535.50 | 8/11/2011 | Begin draft of request for classification of error in statement of decision. |
| KACK | 0.40 | $315.00 | | | $126.00 | 8/11/2011 | Conference call with all defense counsel regarding outline of response regarding statement of decision. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.30 | $315.00 | | | $94.50 | 8/11/2011 | Review eight emails re requested revisions to proposed statement of decision. |
| MYM | 0.40 | $315.00 | | | $126.00 | 8/11/2011 | Prepare for conference with defense counsel on revisions to proposed statement of decision. |
| MYM | 0.40 | $315.00 | | | $126.00 | 8/11/2011 | Telephone conference with defense counsel re requested revisions to proposed statement of decision. |
| KACK | 3.40 | $315.00 | | | $1,071.00 | 8/12/2011 | Draft request for clarification of paragraph two in conclusion of proposed statement of decision, per conference call yesterday. |
| MYM | 0.20 | $315.00 | | | $63.00 | 8/12/2011 | Review emails from Ms. Cohrs and Mr. Fink re request for clarification of proposed statement of decision. |
| MYM | 1.80 | $315.00 | | | $567.00 | 8/12/2011 | Draft defendants' joint request for clarification of proposed statement of decision. |
| MYM | 1.20 | $315.00 | | | $378.00 | 8/12/2011 | Review documents and notes re motion to expunge lis pendens. |
| MYM | 0.30 | $315.00 | | | $94.50 | 8/12/2011 | Telephone conference with Mr. Ensberg re removal of lis pendens, re post-trial motions. |
| MYM | 0.40 | $315.00 | | | $126.00 | 8/13/2011 | Review Wells Fargo changes to joint request for clarification of proposed statement of decision and draft additional revisions. |
| MYM | 0.10 | $315.00 | | | $31.50 | 8/14/2011 | Review email re revised joint request for clarification of proposed statement of decision. |
| MYM | 0.40 | $315.00 | | | $126.00 | 8/15/2011 | Review defense counsels' proposed modifications and revise request for clarification of proposed statement of decision. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/15/2011 | Draft email to all regarding revised request for clarification. |
| KACK | 0.10 | $315.00 | | | $31.50 | 8/15/2011 | Revise letter to Mr. Ensberg regarding release of lis pendens. |
| MYM | 0.30 | $315.00 | | | $94.50 | 8/15/2011 | Draft letter to Mr. Ensberg re removal of lis pendens and two notices of rescission. |
| KACK | 1.10 | $315.00 | | | $346.50 | 8/15/2011 | Revisions to request for classification of statement of decision. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.10 | $315.00 | | | $31.50 | 8/15/2011 | Review email from Mr. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.20 | $315.00 | | | $63.00 | 8/15/2011 | Telephone conference with Mr. McCann re trial results and status. |
| KACK | 0.10 | $315.00 | | | $31.50 | 8/16/2011 | Finalize letter to Mr. Ensberg regarding lis pendens and draft email regarding same. |
| MYM | 0.20 | $315.00 | | | $63.00 | 8/16/2011 | Review two emails re finalizing joint request for clarification of proposed statement of decision. |
| KACK | 1.20 | $315.00 | | | $378.00 | 8/16/2011 | Draft request by defendants for clarification of statement of decision. |
| MYM | 4.20 | $315.00 | | | $1,323.00 | 8/16/2011 | Research and analyze allegations of error in proposed statement of decision asserted by GMAC. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/16/2011 | Research regarding expungement of lis pendens. |
| KACK | 0.10 | $315.00 | | | $31.50 | 8/17/2011 | Draft email to clients regarding status. |
| MYM | 0.20 | $315.00 | | | $63.00 | 8/17/2011 | Finalize request for clarification. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/17/2011 | Telephone call with Ms. Cohrs regarding lis pendens issues and my conference with Mr. Ensberg regarding same. |
| KACK | 0.10 | $315.00 | | | $31.50 | 8/17/2011 | Draft email to all counsel regarding clarification. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/17/2011 | Draft email to Ms. Schiller regarding status. |
| KACK | 0.30 | $315.00 | | | $94.50 | 8/17/2011 | Finalize request for clarification and circulate for signature to all. |
| ACT | | | 33 | $0.10 | $3.30 | 8/18/2011 | Photocopy expenses |
| MYM | 1.40 | $315.00 | | | $441.00 | 8/18/2011 | Prepare motion to expunge lis pendens and two notices of rescission. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/18/2011 | Draft emails to all regarding request for clarification. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/18/2011 | Review and respond to emails from defense counsel regarding request for clarification and lis pendens. |
| KACK | 0.10 | $315.00 | | | $31.50 | 8/19/2011 | Draft email regarding request for clarification to Ms. Schiller. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/19/2011 | Conference with Ms. Cohrs regarding status. |
| KACK | 0.10 | $315.00 | | | $31.50 | 8/19/2011 | Review docket regarding status. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**