5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 8/19/2011 | Finalize request for clarification for service today. |
| MYM | 0.20 | $315.00 | | | $63.00 | 8/19/2011 | Telephone conference with Ms. Schiller re case status and direction. |
| MYM | 2.80 | $315.00 | | | $882.00 | 8/19/2011 | Prepare for hearing on proposed statement of decision and procedures for phases two and three of trial. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/19/2011 | Telephone conference with and draft email to Mr. Ensberg regarding request for clarification |
| MYM | 1.20 | $315.00 | | | $378.00 | 8/20/2011 | Prepare demand for damages from GMAC. |
| ACT | | | 90 | $0.10 | $9.00 | 8/22/2011 | Photocopy expenses |
| MYM | 1.80 | $315.00 | | | $567.00 | 8/22/2011 | Review GMAC opposition to proposed statement of decision and related pleadings and review GMAC cited authorities. |
| JED | 2.00 | $250.00 | | | $500.00 | 8/22/2011 | Research and analysis of doctrine of tort of another to allow for recovery of attorneys' fees. |
| MYM | 1.70 | $315.00 | | | $535.50 | 8/22/2011 | Prepare response to GMAC opposition to proposed statement of decision. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/23/2011 | Telephone call with Ms. Cohrs regarding objection to Plaintiff's opposition. |
| MYM | 0.20 | $315.00 | | | $63.00 | 8/23/2011 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.10 | $315.00 | | | $31.50 | 8/23/2011 | Revise response to GMAC opposition to proposed statement of decision. |
| KACK | 0.30 | $315.00 | | | $94.50 | 8/23/2011 | Research regarding objection to Plaintiff's opposition. |
| MYM | 1.80 | $315.00 | | | $567.00 | 8/23/2011 | Review GMAC exhibits in support of opposition to proposed statement of decision and prepare reply to same. |
| KACK | 1.60 | $315.00 | | | $504.00 | 8/23/2011 | Draft documents for August 29 hearing and phases two and three of trial. |
| MYM | 0.10 | $315.00 | | | $31.50 | 8/23/2011 | Review email from Ms. Cohrs re proposed statement of decision. |
| ACT | | | 1 | $89.75 | $89.75 | 8/24/2011 | Knox Attorney Service; messenger, invoice no.: 644292 Filing: Request for Clarification |
| ACT | | | 1 | $14.40 | $14.40 | 8/24/2011 | Conference call charges. |
| ACT | | | 22 | $0.10 | $2.20 | 8/24/2011 | Photocopy expenses |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 8/24/2011 | Telephone with Ms. Cohrs regarding tasks for August 29, 2011 hearing. |
| MYM | 2.70 | $315.00 | | | $850.50 | 8/24/2011 | Calculate Civil Code section 1717 claim against GMAC. |
| MYM | 0.20 | $315.00 | | | $63.00 | 8/24/2011 | Telephone conference with defense counsel re hearing on proposed statement of decision. |
| MYM | 0.10 | $315.00 | | | $31.50 | 8/24/2011 | Review email from Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.70 | $315.00 | | | $220.50 | 8/25/2011 | Research regarding cancellation of two notices of rescission. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/25/2011 | Review docket, application and order regarding status. |
| KACK | 0.30 | $315.00 | | | $94.50 | 8/25/2011 | Review objection filed by GMAC to Defendant's request for clarification; conference with Ms. Cohrs regarding same. |
| MYM | 0.60 | $315.00 | | | $189.00 | 8/25/2011 | Review five emails from client re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.50 | $315.00 | | | $157.50 | 8/25/2011 | Review GMAC opposition to request to expunge lis pendens and cancel notices of rescission and authorities cited therein. |
| MYM | 3.20 | $315.00 | | | $1,008.00 | 8/25/2011 | Prepare for hearing on proposed statement of decision and other post-trial matters. |
| MYM | 0.20 | $315.00 | | | $63.00 | 8/26/2011 | Review five emails re status of hearing on proposed statement of decision. |
| MYM | 2.20 | $315.00 | | | $693.00 | 8/26/2011 | Prepare for hearing on proposed statement of decision. |
| KACK | 1.20 | $315.00 | | | $378.00 | 8/26/2011 | Prepare documents and argument for Monday's hearing and issues regarding release of documents; review docket on line for information regarding same; review calendar. |
| MYM | 0.10 | $315.00 | | | $31.50 | 8/27/2011 | Draft email to Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 2.00 | $315.00 | | | $630.00 | 8/27/2011 | Prepare motion to expunge lis pendens and to cancel notices of rescission. |
| MYM | 1.30 | $315.00 | | | $409.50 | 8/29/2011 | Prepare motion to expunge lis pendens and cancel notices of rescission. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 8/29/2011 | Telephone call Ms. Cohrs regarding status. |
| KACK | 0.30 | $315.00 | | | $94.50 | 8/29/2011 | Research regarding statement of decision and draft email to all regarding same. |
| KACK | 0.10 | $315.00 | | | $31.50 | 8/29/2011 | Draft email to clients regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.20 | $315.00 | | | $63.00 | 8/29/2011 | Review six emails re proposed statement of decision and continued hearing date. |
| KACK | 0.10 | $315.00 | | | $31.50 | 8/29/2011 | Review docket for information and documents for today's hearing on statement of decision. |
| MYM | 0.20 | $315.00 | | | $63.00 | 8/29/2011 | Review Aurora response to cessation of efforts to inspect property. |
| MYM | 0.10 | $315.00 | | | $31.50 | 8/29/2011 | Review emails re status of hearing on proposed statement of decision. |
| MYM | 0.10 | $315.00 | | | $31.50 | 8/29/2011 | Review email from Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.10 | $315.00 | | | $31.50 | 8/30/2011 | Telephone call with Mr. Schermerhorn regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.30 | $315.00 | | | $94.50 | 8/30/2011 | Telephone call with Mr. Nafy, property manager, regarding status. |
| MYM | 0.20 | $315.00 | | | $63.00 | 8/30/2011 | Review four emails re September 16, 2011 hearing. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/30/2011 | Telephone call with clerk Ms. Portillo regarding September 16 date. |
| KACK | 0.10 | $315.00 | | | $31.50 | 8/30/2011 | Review emails regarding motion and September 16 date. |
| KACK | 0.10 | $315.00 | | | $31.50 | 8/30/2011 | Telephone call with Ms. Cohrs regarding motion and September 16 date. |
| MYM | 0.50 | $315.00 | | | $157.50 | 8/30/2011 | Revise notice of motion, motion, points and authorities and proposed order to expunge lis pendens and cancel notices of rescission. |
| MYM | 0.30 | $315.00 | | | $94.50 | 8/30/2011 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. Reply to same. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/30/2011 | Review emails regarding information on property management issues. |
| ACT | | | 1 | $20.20 | $20.20 | 8/31/2011 | Outside copies. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/31/2011 | Review statement of decision. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 8/31/2011 | Draft three emails to all regarding statement of decision. |
| KACK | 0.50 | $315.00 | | | $157.50 | 8/31/2011 | Begin preparation of documents for September 16 hearing. |
| MYM | 0.80 | $315.00 | | | $252.00 | 8/31/2011 | Review final statement of decision. |
| MYM | 3.30 | $315.00 | | | $1,039.50 | 8/31/2011 | Prepare for trial setting conference and phases two and three of trial. |
| KACK | 0.30 | $315.00 | | | $94.50 | 9/1/2011 | Attention to message of GMAC's counsel; telephone call with Mr. Ensberg. |
| MYM | 0.10 | $315.00 | | | $31.50 | 9/1/2011 | Telephone conference with Mr. Ensberg re remaining issues in trial. |
| MYM | 2.20 | $315.00 | | | $693.00 | 9/1/2011 | Prepare for phase two of trial. |
| KACK | 2.00 | $315.00 | | | $630.00 | 9/2/2011 | Research for phase two portion of trial. |
| MYM | 2.70 | $315.00 | | | $850.50 | 9/2/2011 | Prepare motion under Civil Code section 1717 against GMAC. |
| MYM | 3.00 | $315.00 | | | $945.00 | 9/3/2011 | Prepare documents for motion for award of attorneys' fees pursuant to Cal. Civil Code section 1717. |
| MYM | 0.20 | $315.00 | | | $63.00 | 9/3/2011 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE and reply to same. |
| MYM | 2.00 | $315.00 | | | $630.00 | 9/5/2011 | Prepare for trial readiness conference on phases two and three. |
| MYM | 5.30 | $315.00 | | | $1,669.50 | 9/6/2011 | Review evidence and prepare motion against GMAC pursuant to Cal. Civil Code 1717. |
| KACK | 0.50 | $315.00 | | | $157.50 | 9/6/2011 | Continue research regarding damages issue for phase two of trial. |
| ACT | | | 79 | $0.10 | $7.90 | 9/7/2011 | Photocopy expenses |
| MYM | 3.20 | $315.00 | | | $1,008.00 | 9/7/2011 | Trial preparation for phases two and three of trial. |
| KACK | 1.10 | $315.00 | | | $346.50 | 9/7/2011 | Continue research for phase two of trial. |
| KACK | 1.50 | $315.00 | | | $472.50 | 9/8/2011 | Research for Phase II of trial. |
| MYM | 4.00 | $315.00 | | | $1,260.00 | 9/8/2011 | Prepare presentation of evidence for phases two and three of trial. |
| KACK | 0.20 | $315.00 | | | $63.00 | 9/8/2011 | Review two emails received from client regarding [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 1.50 | $315.00 | | | $472.50 | 9/8/2011 | Research for Phase II of trial. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 9/9/2011 | Review and respond to emails regarding 9/16/11 hearing. |
| KACK | 0.80 | $315.00 | | | $252.00 | 9/9/2011 | Research for phase two of trial. |
| MYM | 2.20 | $315.00 | | | $693.00 | 9/9/2011 | Prepare exhibits for phases two and three of trial. |
| MYM | 2.70 | $315.00 | | | $850.50 | 9/10/2011 | Review files and prepare for September 16, 2011 hearing. |
| KACK | 1.60 | $315.00 | | | $504.00 | 9/12/2011 | Review depositions of clients for information for phase two of trial. |
| MYM | 4.30 | $315.00 | | | $1,354.50 | 9/12/2011 | Prepare documents and other evidence for trial on phases two and three. |
| MYM | 4.20 | $315.00 | | | $1,323.00 | 9/13/2011 | Prepare motion to tax attorneys' fees and other damages against GMAC. |
| KACK | 1.10 | $315.00 | | | $346.50 | 9/13/2011 | Begin draft of documents for phase two of trial. |
| MYM | 0.10 | $315.00 | | | $31.50 | 9/13/2011 | Telephone conference with Mr. Davis re September 16 hearing. |
| KACK | 1.10 | $315.00 | | | $346.50 | 9/13/2011 | Begin draft of documents for phase two of trial. |
| KACK | 2.10 | $315.00 | | | $661.50 | 9/14/2011 | Begin draft of damage portion of Phase 2 of trial. |
| MYM | 3.20 | $315.00 | | | $1,008.00 | 9/14/2011 | Prepare for September 16 hearing. |
| KACK | 0.50 | $315.00 | | | $157.50 | 9/14/2011 | Prepare files and documents for 9/16/11 hearing regarding Phase II of trial. |
| JED | 1.60 | $250.00 | | | $400.00 | 9/14/2011 | Preparation of motion for attorneys' fees and costs. |
| ACT | | | 12 | $0.10 | $1.20 | 9/15/2011 | Photocopy expenses |
| ACT | | | 28 | $0.10 | $2.80 | 9/15/2011 | Photocopy expenses |
| ACT | | | 42 | $0.10 | $4.20 | 9/15/2011 | Photocopy expenses |
| MYM | 2.80 | $315.00 | | | $882.00 | 9/15/2011 | Review and revise memorandum to charge GMAC with Schermerhorns' attorneys' fees and costs as prevailing party pursuant to California Civil Code section 1717. |
| JED | 1.40 | $250.00 | | | $350.00 | 9/15/2011 | Preparation of motion for attorneys' fees and costs. |
| JED | 0.50 | $250.00 | | | $125.00 | 9/15/2011 | Revise motion for attorneys' fees and costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 9/15/2011 | Review and respond to emails regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 1.10 | $315.00 | | | $346.50 | 9/15/2011 | Analyze appraisal and value discovery and draft memorandum to all regarding same (1.0); telephone call to N. Cohrs regarding 9/16/11 hearing (.1). |
| KACK | 0.20 | $315.00 | | | $63.00 | 9/15/2011 | Prepare for 9/16/11 hearing. |
| MYM | 0.10 | $315.00 | | | $31.50 | 9/16/2011 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.80 | $315.00 | | | $252.00 | 9/16/2011 | Conference with Mr. Davis re trial on remaining phases of trial. |
| MYM | 3.20 | $315.00 | | | $1,008.00 | 9/16/2011 | Prepare for hearing on trial readiness conference and issues remaining from phase one of trial. |
| KACK | 0.40 | $315.00 | | | $126.00 | 9/16/2011 | Prepare for Phase 2 of trial. |
| KACK | 1.70 | $315.00 | | | $535.50 | 9/16/2011 | Travel to Riverside Superior Court. |
| MYM | 0.70 | $315.00 | | | $220.50 | 9/16/2011 | Attend trial readiness conference and conference on issues remaining from phase one of trial. |
| MYM | 2.00 | $315.00 | | | $630.00 | 9/17/2011 | Review pleadings and notes related to September 16 hearing in preparation for phases two and three of trial. |
| MYM | 0.40 | $315.00 | | | $126.00 | 9/17/2011 | Prepare email to Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.40 | $315.00 | | | $126.00 | 9/19/2011 | Work on preparation of documents for Phase 2 of trial. |
| KACK | 0.40 | $315.00 | | | $126.00 | 9/19/2011 | Review recent case regarding constructive notice; email to M. McGuinn regarding same. |
| KACK | 0.40 | $315.00 | | | $126.00 | 9/19/2011 | Review recent case regarding constructive notice; email to M. McGuinn regarding same. |
| MYM | 0.10 | $315.00 | | | $31.50 | 9/19/2011 | Telephone conference with Mr. Davis re insurance for refinancing, re briefing schedule and re form of judgment. |
| MYM | 4.20 | $315.00 | | | $1,323.00 | 9/19/2011 | Review pleadings and notes in preparation for initial brief for phases two and three of trial. |
| MYM | 0.20 | $315.00 | | | $63.00 | 9/19/2011 | Telephone conference with Ms. Schiller re refinancing and trial issues. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.20 | $315.00 | | | $63.00 | 9/19/2011 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.20 | $315.00 | | | $63.00 | 9/19/2011 | Draft email to Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.40 | $315.00 | | | $126.00 | 9/19/2011 | Work on preparation of documents for Phase 2 of trial. |
| MYM | 0.10 | $315.00 | | | $31.50 | 9/19/2011 | Review email from Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.10 | $315.00 | | | $31.50 | 9/20/2011 | Telephone conference with Ms. Schiller re title insurance on proposed refinancing. |
| MYM | 0.50 | $315.00 | | | $157.50 | 9/20/2011 | Review email from Mrs. Schermerhorn and three emails from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.10 | $315.00 | | | $31.50 | 9/20/2011 | Draft email to Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.20 | $315.00 | | | $63.00 | 9/21/2011 | Review email from Ms. Kozinska re balance of trial and draft reply thereto. |
| KACK | 2.10 | $315.00 | | | $661.50 | 9/21/2011 | Analyze depositions of clients for Phase II of trial. |
| KACK | 0.20 | $315.00 | | | $63.00 | 9/21/2011 | Telephone conference with N. Cohrs regarding issues regarding Phase II of trial. |
| MYM | 0.20 | $315.00 | | | $63.00 | 9/21/2011 | Review emails from Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 3.80 | $315.00 | | | $1,197.00 | 9/22/2011 | Draft trial brief for phases two and three. |
| KACK | 1.80 | $315.00 | | | $567.00 | 9/22/2011 | Research for brief for Phase II of trial. |
| MYM | 0.10 | $315.00 | | | $31.50 | 9/22/2011 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 1.40 | $315.00 | | | $441.00 | 9/23/2011 | Research for and begin draft of brief for Phase II. |
| MYM | 0.20 | $315.00 | | | $63.00 | 9/23/2011 | Telephone conference with Mr. Davis re insurance on proposed refinancing. |
| MYM | 0.30 | | | | | 9/23/2011 | Draft email to Ms. Schiller re refinancing status and preparation of brief on cross-complaint |

EXHIBIT 4-2 TO OPPOSITION – Status Report to Court

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.10 | $315.00 | | | $31.50 | 9/24/2011 | Draft email to Mr. Schermerhorn REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.10 | $315.00 | | | $31.50 | 9/26/2011 | Review email from Mr. Schermerhorn to Ms. Schiller re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.40 | $315.00 | | | $126.00 | 9/26/2011 | Meeting regarding tasks for Phase II of trial. |
| MYM | 0.20 | $315.00 | | | $63.00 | 9/26/2011 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.50 | $315.00 | | | $157.50 | 9/26/2011 | Review recent 9th Circuit decision re MERS' authority and related commentary. |
| MYM | 0.10 | $315.00 | | | $31.50 | 9/26/2011 | Review email from Ms. Kozinska re phase two and three of trial and draft response. |
| JED | 1.10 | $250.00 | | | $275.00 | 9/27/2011 | Preparation of argument to exclude GMAC's expert John Aube for inclusion in trial brief. |
| KACK | 4.10 | $315.00 | | | $1,291.50 | 9/27/2011 | Continue draft of brief regarding Phase II of trial. |
| JED | 0.20 | $250.00 | | | $50.00 | 9/27/2011 | Revise argument for exclusion of expert. |
| MYM | 2.70 | $315.00 | | | $850.50 | 9/27/2011 | Draft trial brief. |
| MYM | 2.20 | $315.00 | | | $693.00 | 9/28/2011 | Revise trial brief. |
| KACK | 4.70 | $315.00 | | | $1,480.50 | 9/28/2011 | Draft opening brief for phase two of trial. |
| KACK | 0.20 | $315.00 | | | $63.00 | 9/28/2011 | Review emails regarding phase two of trial (.1) respond to emails regarding phase two of trial (.1). |
| JED | 0.30 | $250.00 | | | $75.00 | 9/28/2011 | Revise analysis re exclusion of expert. |
| MYM | 1.50 | $315.00 | | | $472.50 | 9/28/2011 | Prepare for examination of GMAC appraiser. |
| KACK | 3.90 | $315.00 | | | $1,228.50 | 9/29/2011 | Work on draft of trial brief (phase two) and declaration for Mr. McKinnon regarding same. |
| MYM | 0.40 | $315.00 | | | $126.00 | 9/29/2011 | Revise declaration of Mr. MacKinnon in support of motion to expunge lis pendens and two notices of rescission. |
| ACT | | | 79 | $0.10 | $7.90 | 9/30/2011 | Photocopy expenses |
| KACK | 2.00 | $315.00 | | | $630.00 | 9/30/2011 | Work on draft of brief for phase two of trial. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 4.30 | $315.00 | | | $1,354.50 | 9/30/2011 | Revise and finalize trial brief and associated declarations, pleadings and exhibits. |
| MYM | 1.20 | $315.00 | | | $378.00 | 10/1/2011 | Review Aube deposition transcript and prepare for cross-examination at trial. |
| MYM | 3.20 | $315.00 | | | $1,008.00 | 10/2/2011 | Prepare for phases two and three of trial. |
| MYM | 0.20 | $315.00 | | | $63.00 | 10/3/2011 | Telephone conference with Mr. Davis re trial brief, re trial preparation. |
| MYM | 1.40 | $315.00 | | | $441.00 | 10/3/2011 | Prepare request for attorneys' fees and costs pursuant to California Civil Code section 1717. |
| KACK | 1.20 | $315.00 | | | $378.00 | 10/3/2011 | research and draft memorandum regarding issues on appeal and damages/attorney fees issues. |
| ACT | | | 17 | $0.10 | $1.70 | 10/4/2011 | Photocopy expenses |
| KACK | 0.40 | $315.00 | | | $126.00 | 10/4/2011 | Review and revise memorandum regarding motion for attorney fees and costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 10/4/2011 | Review and respond to emails regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 1.70 | $315.00 | | | $535.50 | 10/4/2011 | Review 12 emails re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 2.20 | $315.00 | | | $693.00 | 10/4/2011 | Analyze impact of refinance and lease on damages on phases two and three of trial. |
| KACK | 0.30 | $315.00 | | | $94.50 | 10/5/2011 | Review and respond to emails regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| ACT | | | 1 | $255.75 | $255.75 | 10/6/2011 | Knox Attorney Service; messenger, invoice no.: 652217 Filing Opening Brief and accompanying pleadings. |
| MYM | 0.30 | $315.00 | | | $94.50 | 10/6/2011 | Telephone conference with Ms. Schiller re case status. |
| KACK | 0.20 | $315.00 | | | $63.00 | 10/6/2011 | Review and respond to emails regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.40 | $315.00 | | | $126.00 | 10/6/2011 | Research for attorney fees motion. |
| MYM | 3.50 | $315.00 | | | $1,102.50 | 10/6/2011 | Prepare for cross-examination of GMAC real estate appraiser. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.10 | $315.00 | | | $31.50 | 10/6/2011 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 2.00 | $315.00 | | | $630.00 | 10/8/2011 | Prepare for phases two and three of trial. |
| KACK | 0.20 | $315.00 | | | $63.00 | 10/11/2011 | Review and respond to emails. |
| MYM | 0.10 | $315.00 | | | $31.50 | 10/13/2011 | Review email from Mr. Ensberg re trial brief. |
| MYM | 1.30 | $315.00 | | | $409.50 | 10/13/2011 | Prepare reply brief for phases two and three of trial. |
| KACK | 0.40 | $315.00 | | | $126.00 | 10/13/2011 | Telephone call with Mr. Ensberg regarding phase two and stipulation facts and exhibits; research regarding same; draft email to him regarding same. |
| MYM | 1.30 | $315.00 | | | $409.50 | 10/14/2011 | Prepare cross-examination of GMAC's valuation expert. |
| KACK | 0.30 | $315.00 | | | $94.50 | 10/14/2011 | Review GMAC's phase two brief and draft email to all regarding same. |
| MYM | 2.20 | $315.00 | | | $693.00 | 10/15/2011 | Review GMAC trial brief for phases two and three of trial and revise citations and authorities. |
| MYM | 2.00 | $315.00 | | | $630.00 | 10/16/2011 | Draft reply brief. |
| MYM | 2.20 | $315.00 | | | $693.00 | 10/16/2011 | Review Ensberg declaration, partial transcript of September 16, 2011 session of trial, plaintiff's objections to evidence, exhibit to Ensberg declaration authenticating proposed stipulation of facts and exhibits and part one of Exhibit Three to Ensberg declaration re proposed testimony of real property expert and appraisal report of Property. |
| KACK | 0.60 | $315.00 | | | $189.00 | 10/17/2011 | Review pleadings received from GMAC's counsel regarding phase two of trial. |
| MYM | 2.70 | $315.00 | | | $850.50 | 10/17/2011 | Draft reply brief for phases two and three of trial. |
| RR | 0.80 | $175.00 | | | $140.00 | 10/18/2011 | Procure and shepardize referenced cases in plaintiff's trial brief for phase two. |
| KACK | 0.40 | $315.00 | | | $126.00 | 10/18/2011 | Review emails and documents regarding GMAC;s phase two brief. |
| KACK | 0.20 | $315.00 | | | $63.00 | 10/18/2011 | Review email regarding reply to GMAC's phase two brief. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.50 | $315.00 | | | $157.50 | 10/18/2011 | Review supplemental documents submitted by GMAC in support of trial brief. |
| MYM | 2.00 | $315.00 | | | $630.00 | 10/18/2011 | Draft reply brief. |
| RR | 0.30 | $175.00 | | | $52.50 | 10/18/2011 | Review plaintiff's trial brief for phase two. |
| ACT | | | 216 | $0.10 | $21.60 | 10/19/2011 | Photocopy expenses |
| RR | 2.20 | $175.00 | | | $385.00 | 10/19/2011 | Continued downloading and shepardizing of cases referenced in plaintiff's trial brief for phase two. |
| KACK | 1.70 | $315.00 | | | $535.50 | 10/19/2011 | Review GMAC's documents and research for reply to their opening brief in phase two. |
| MYM | 0.10 | $315.00 | | | $31.50 | 10/19/2011 | Review email from Ms. Schiller re refinancing and trial brief and reply to same. |
| MYM | 1.30 | $315.00 | | | $409.50 | 10/19/2011 | Draft trial brief. |
| KACK | 0.30 | $315.00 | | | $94.50 | 10/20/2011 | Research for reply to GMACs opposition. |
| KACK | 2.20 | $315.00 | | | $693.00 | 10/20/2011 | Begin draft of reply to Plaintiff's brief regarding phase two of the trial. |
| KACK | 0.30 | $315.00 | | | $94.50 | 10/20/2011 | Telephone call Mr. Janis regarding various phase two trial issues. |
| KACK | 0.20 | $315.00 | | | $63.00 | 10/20/2011 | Research for reply to GMAC's brief. |
| MYM | 1.80 | $315.00 | | | $567.00 | 10/20/2011 | Review documents from loan to pay Wells Fargo trust deed. |
| MYM | 2.30 | $315.00 | | | $724.50 | 10/20/2011 | Revise trial brief. |
| ACT | | | 33 | $0.10 | $3.30 | 10/21/2011 | Photocopy expenses |
| MYM | 3.80 | $315.00 | | | $1,197.00 | 10/21/2011 | Draft reply trial brief. |
| KACK | 2.70 | $315.00 | | | $850.50 | 10/21/2011 | Work on draft of reply brief to GMAC's Phase Two opening brief due to be filed and served today. |
| MYM | 3.70 | $315.00 | | | $1,165.50 | 10/22/2011 | Prepare motion to assess attorneys' fees and costs against GMAC. |
| KACK | 0.20 | $315.00 | | | $63.00 | 10/24/2011 | Follow up tasks regarding service of reply on Friday regarding Phase Two of trial. |
| MYM | 1.70 | $315.00 | | | $535.50 | 10/24/2011 | Prepare Civil Code section 1717 motion. |
| KACK | 0.20 | $315.00 | | | $63.00 | 10/25/2011 | Review sur-reply filed by GMAC. |
| MYM | 0.10 | $315.00 | | | $31.50 | 10/25/2011 | Review GMAC "surrebutal" to reply brief. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 1.60 | $315.00 | | | $504.00 | 10/26/2011 | Review files and documents for factual background for attorney fee motion. |
| MYM | 2.20 | $315.00 | | | $693.00 | 10/26/2011 | Prepare response to GMAC "surreply" on trial brief. |
| KACK | 3.00 | $315.00 | | | $945.00 | 10/27/2011 | Prepare factual background for support for attorney fee motion (phase three). |
| MYM | 2.30 | $315.00 | | | $724.50 | 10/28/2011 | Prepare motion to charge attorneys' fees and costs to GMAC. |
| KACK | 1.80 | $315.00 | | | $567.00 | 10/28/2011 | Finish draft of facts and chart regarding tasks performed for motion for attorney fees. |
| MYM | 3.70 | $315.00 | | | $1,165.50 | 10/29/2011 | Review discovery requests, responses, transcripts and pleadings and prepare motion to tax attorneys' fees and costs to GMAC. |
| MYM | 0.10 | $315.00 | | | $31.50 | 10/31/2011 | Review notice of hearing on status conference. |
| MYM | 2.80 | $315.00 | | | $882.00 | 10/31/2011 | Draft response to GMAC's unauthorized "surreply" to trial brief. |
| KACK | 0.70 | $315.00 | | | $220.50 | 10/31/2011 | Revise memorandum regarding factual background for attorney fee motion and to respond to unauthorized sur-reply by GMAC. |
| KACK | 0.70 | $315.00 | | | $220.50 | 11/1/2011 | Review cases cited by GMAC in its sur-reply, for response to same. |
| MYM | 1.20 | $315.00 | | | $378.00 | 11/1/2011 | Revise response to GMAC surreply on trial brief. |
| KACK | 0.30 | $315.00 | | | $94.50 | 11/1/2011 | Revise reply to unauthorized sur-reply. |
| KACK | 0.50 | $315.00 | | | $157.50 | 11/1/2011 | Revise response to unauthorized sur-reply. |
| KACK | 0.30 | $315.00 | | | $94.50 | 11/1/2011 | Research regarding status of litigation. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/2/2011 | Review and respond to emails regarding phase two of trial and attorney fees motion. |
| KACK | 0.30 | $315.00 | | | $94.50 | 11/2/2011 | Work on attorney fees motion. |
| KACK | 0.30 | $315.00 | | | $94.50 | 11/3/2011 | Review decision from court. |
| KACK | 0.60 | $315.00 | | | $189.00 | 11/3/2011 | Research regarding section 1717 and related issues. |
| MYM | 1.70 | $315.00 | | | $535.50 | 11/4/2011 | Review statement of intended decision and evaluate impact on motion to assess attorneys' fees and costs against GMAC. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 11/4/2011 | Review emails received regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.40 | $315.00 | | | $126.00 | 11/6/2011 | Draft letter to Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.70 | $315.00 | | | $220.50 | 11/7/2011 | Review and analyze attorney fee issues and section 1717. |
| MYM | 1.20 | $315.00 | | | $378.00 | 11/7/2011 | Evaluate impact of statement of proposed decision on motion to impose obligation for payment of attorneys' fees and costs on GMAC. |
| ACT | | | 2 | $0.10 | $0.20 | 11/8/2011 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/8/2011 | Review decision from phase two of the trial. |
| MYM | 0.10 | $315.00 | | | $31.50 | 11/8/2011 | Revise letter to Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.50 | $315.00 | | | $157.50 | 11/9/2011 | Review and analyze statement of decision in phase two of trial. |
| MYM | 0.40 | $315.00 | | | $126.00 | 11/9/2011 | Draft form of proposed judgment. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/11/2011 | Review and respond to client emails regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.20 | $315.00 | | | $63.00 | 11/14/2011 | Telephone conference with Mr. Davis re proposed judgment. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/14/2011 | Review emails regarding phase two decision and judgment. |
| MYM | 0.10 | $315.00 | | | $31.50 | 11/14/2011 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.30 | $315.00 | | | $94.50 | 11/15/2011 | Review and revise letter to clients regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.70 | $315.00 | | | $220.50 | 11/15/2011 | Review files and draft letter to Mr. and Mrs. Schermerhorn REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| ACT | | | 2 | $0.10 | $0.20 | 11/16/2011 | Photocopy expenses |
| MYM | 0.40 | $315.00 | | | $126.00 | 11/16/2011 | Revise report to Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 11/16/2011 | Review draft letter regarding client's email regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/16/2011 | Review recent case for attorney fee motion. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/17/2011 | Review email and letter regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.20 | $315.00 | | | $63.00 | 11/22/2011 | Review docket related to status of phase two of trial. |
| MYM | 1.50 | $315.00 | | | $472.50 | 11/23/2011 | Review pleadings and notes and prepare proposed form of judgment. |
| MYM | 1.70 | $315.00 | | | $535.50 | 11/29/2011 | Prepare proposed judgment. |
| KACK | 0.40 | $315.00 | | | $126.00 | 11/30/2011 | Review and revise form of judgment based upon findings made in first and second phase of the trial. |
| MYM | 0.50 | $315.00 | | | $157.50 | 11/30/2011 | Review proposed judgment drafted by Wells Fargo and proposed modifications to judgment. |
| MYM | 1.30 | $315.00 | | | $409.50 | 11/30/2011 | Draft changes to proposed judgment. |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/1/2011 | Revise form of judgment. |
| MYM | 0.40 | $315.00 | | | $126.00 | 12/1/2011 | Revise proposed judgment. |
| KACK | 0.10 | $315.00 | | | $31.50 | 12/2/2011 | Telephone call to Mr. Ensberg regarding same. |
| KACK | 0.10 | $315.00 | | | $31.50 | 12/2/2011 | Research docket regarding December 5, 2011 hearing. |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/2/2011 | Revisions to form of judgment. |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/2/2011 | Conference with Mr. Ensberg regarding judgment, lis pendens and related issues. |
| KACK | 0.40 | $315.00 | | | $126.00 | 12/6/2011 | Further revisions to judgment after trial. |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/9/2011 | Review draft judgment and email regarding same. |
| KACK | 1.40 | $315.00 | | | $441.00 | 12/12/2011 | Review findings after trial; draft changes to proposed judgment. |
| KACK | 0.40 | $315.00 | | | $126.00 | 12/13/2011 | Revisions to judgment. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.30 | $315.00 | | | $94.50 | 12/13/2011 | Review four emails re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/14/2011 | Telephone call with court regarding status of judgment. |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/14/2011 | Revise redlined judgment. |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/14/2011 | Conference with all regarding status of judgment. |
| KACK | 0.10 | $315.00 | | | $31.50 | 12/14/2011 | Draft email to all regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.80 | $315.00 | | | $252.00 | 12/14/2011 | Revise proposed judgment. |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/15/2011 | Follow up with counsel regarding changes to judgment. |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/15/2011 | Telephone call with Ms. Cohrs regarding changes to judgment. |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/16/2011 | Follow up calls and email regarding judgment. |
| MYM | 0.70 | $315.00 | | | $220.50 | 12/17/2011 | Review email from Ms. Cohrs and proposed revised and finalized proposed judgment. |
| MYM | 3.80 | $315.00 | | | $1,197.00 | 12/19/2011 | Review pleadings. |
| MYM | 0.10 | $315.00 | | | $31.50 | 12/19/2011 | Draft email to Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/19/2011 | Review and respond to client email regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 2.30 | $315.00 | | | $724.50 | 12/20/2011 | Commence preparation of motion to expunge lis pendens. |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/20/2011 | Telephone calls (two) regarding status of judgment and lis pendens. |
| KACK | 0.10 | $315.00 | | | $31.50 | 12/20/2011 | Review email from client regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.10 | $315.00 | | | $31.50 | 12/20/2011 | Telephone calls (two) and email regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| ACT | | | 1 | $0.44 | $0.44 | 12/21/2011 | Postage expenses |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| ACT | | | 3 | $0.10 | $0.30 | 12/21/2011 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 12/21/2011 | Review and revise draft letter to Mr. Ensberg regarding judgment. |
| KACK | 0.10 | $315.00 | | | $31.50 | 12/21/2011 | Telephone call with Ms. Cohrs regarding form of the judgment. |
| MYM | 0.10 | $315.00 | | | $31.50 | 12/21/2011 | Telephone conference with Mr. Ensberg re lis pendens. |
| MYM | 0.10 | $315.00 | | | $31.50 | 12/21/2011 | Draft email to Ms. Cohrs re proposed judgment. |
| MYM | 3.80 | $315.00 | | | $1,197.00 | 12/21/2011 | Prepare motion to tax attorneys' fees and costs to GMAC. |
| MYM | 0.10 | $315.00 | | | $31.50 | 12/21/2011 | Draft letter to Mr. Ensberg re lis pendens. |
| MYM | 0.10 | $315.00 | | | $31.50 | 12/21/2011 | Review email from Ms. Cohrs re proposed judgment. |
| KACK | 0.10 | $315.00 | | | $31.50 | 12/21/2011 | Review emails regarding form of judgment and related issues. |
| KACK | 0.10 | $315.00 | | | $31.50 | 12/22/2011 | Attention to email regarding judgment. |
| MYM | 0.10 | $315.00 | | | $31.50 | 12/22/2011 | Draft email to Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 1.30 | $315.00 | | | $409.50 | 12/23/2011 | Prepare motion to expunge lis pendens. |
| MYM | 1.80 | $315.00 | | | $567.00 | 12/26/2011 | Prepare motion to expunge lis pendens post-judgment. |
| KACK | 0.10 | $315.00 | | | $31.50 | 12/27/2011 | Review proposed order received. |
| KACK | 0.10 | $315.00 | | | $31.50 | 12/27/2011 | Email regarding proposed order received. |
| MYM | 1.50 | $315.00 | | | $472.50 | 12/28/2011 | Prepare motion to expunge lis pendens. |
| KACK | 0.10 | $315.00 | | | $31.50 | 12/29/2011 | Respond to emails from Ms. Cohrs regarding judgment and related issues. |
| KACK | 0.10 | $315.00 | | | $31.50 | 12/29/2011 | Review emails from Ms. Cohrs regarding judgment and related issues. |
| ACT | | | 20 | $0.10 | $2.00 | 12/30/2011 | Photocopy expenses |
| MYM | 2.70 | $315.00 | | | $850.50 | 12/30/2011 | Review GMAC opposition to proposed form of judgment, GMAC proposed form of judgment, statements of decision for Phase One and Phase Two and trial notes. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 1.30 | $315.00 | | | $409.50 | 12/31/2011 | Draft reply to GMAC objection to proposed form of judgment and draft alternative revised form of judgment based on GMAC model. |
| MYM | 2.50 | $315.00 | | | $787.50 | 1/2/2012 | Prepare motion to assess attorneys' fees and costs on GMAC. |
| KACK | 0.30 | $315.00 | | | $94.50 | 1/3/2012 | Review objection by GMAC to interest and damages for the Schermerhorns. |
| KACK | 0.30 | $315.00 | | | $94.50 | 1/3/2012 | Review responses to objection to judgment. |
| MYM | 2.70 | $315.00 | | | $850.50 | 1/3/2012 | Revise reply to GMAC opposition to defendants' proposed form of judgment and Schermerhorns' opposition to GMAC's proposed alternative form of judgment. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/3/2012 | Review two emails and objection received by Mr. Ensberg to form of judgment. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/3/2012 | Telephone calls (two) with Ms. Cohrs and Ms. Kozinska regarding responses to objection to judgment. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/3/2012 | Review opposition received from GMAC's counsel regarding judgment. |
| ACT | | | 28 | $0.10 | $2.80 | 1/4/2012 | Photocopy expenses |
| KACK | 0.30 | $315.00 | | | $94.50 | 1/4/2012 | Review and respond to emails regarding judgment, its form and changes to same. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/4/2012 | Attention to tasks regarding filing and service of judgment. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/4/2012 | Telephone call to court regarding judgment. |
| KACK | 0.40 | $315.00 | | | $126.00 | 1/4/2012 | Telephone calls (three) with Ms. Cohrs and Ms. Kozinska regarding judgment. |
| KACK | 0.60 | $315.00 | | | $189.00 | 1/4/2012 | Finalize response to GMACs opposition to judgment. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/4/2012 | Telephone call to Court regarding response to GMAC's objection and draft email regarding same. |
| MYM | 0.30 | $315.00 | | | $94.50 | 1/4/2012 | Review four emails from defense counsel re reply to GMAC opposition to proposed form of judgment. |
| MYM | 1.20 | $315.00 | | | $378.00 | 1/5/2012 | Review pleadings re alternative proposed forms of judgment. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 2.20 | $315.00 | | | $693.00 | 1/6/2012 | Prepare motion to tax attorneys' fees and costs to GMAC. |
| MYM | 0.10 | $315.00 | | | $31.50 | 1/7/2012 | Review Wells Fargo's reply to GMAC's opposition to proposed form of judgment. |
| MYM | 2.00 | $315.00 | | | $630.00 | 1/8/2012 | Prepare motion to expunge lis pendens. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/9/2012 | Review Wells Fargo's reply to GMAC's objection to form of judgment. |
| KACK | 0.30 | $315.00 | | | $94.50 | 1/9/2012 | Telephone call with Ms. Cohrs regarding status and tasks to entry of judgment. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/10/2012 | Telephone call with Ms. Cohrs regarding judgment and status. |
| KACK | 0.30 | $315.00 | | | $94.50 | 1/11/2012 | Review state court docket, calendar dates set regarding same. |
| MYM | 2.30 | $315.00 | | | $724.50 | 1/11/2012 | Review docket and pleadings and prepare motion to tax attorneys' fees against GMAC. |
| KACK | 0.10 | $315.00 | | | $31.50 | 1/12/2012 | Review judgment received. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/12/2012 | Review docket and filed documents for statement of judgment. |
| KACK | 0.10 | $315.00 | | | $31.50 | 1/12/2012 | Draft memorandum regarding judgment received. |
| MYM | 1.70 | $315.00 | | | $535.50 | 1/12/2012 | Analyze potential issues on appeal and GMAC intention to renew expunged lis pendens. |
| KACK | 0.60 | $315.00 | | | $189.00 | 1/13/2012 | Research for attorney's fee motion. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/13/2012 | Review judgment received from court. |
| MYM | 1.30 | $315.00 | | | $409.50 | 1/13/2012 | Prepare motion to tax attorneys' fees and costs to GMAC. |
| MYM | 0.20 | $315.00 | | | $63.00 | 1/16/2012 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.10 | $315.00 | | | $31.50 | 1/17/2012 | Review email regarding service of judgment. |
| MYM | 0.10 | | | | $31.50 | 1/17/2012 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE - Status Report to Court |

**EXHIBIT 4-2 TO OPPOSITION**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 1/18/2012 | Review emails and respond to Ms. Schiller regarding judgment and status. |
| MYM | 1.80 | $315.00 | | | $567.00 | 1/18/2012 | Draft motion to finalize unresolved portions of judgment. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/19/2012 | Review email regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/19/2012 | Review emails regarding judgment and lis pendens. |
| MYM | 0.20 | $315.00 | | | $63.00 | 1/19/2012 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.10 | $315.00 | | | $31.50 | 1/20/2012 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/20/2012 | Telephone calls (two) regarding memorandum of costs and related issues. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/20/2012 | Begin preparation of our memorandum of costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/23/2012 | Review and respond to email regarding judgment and tasks. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/23/2012 | Telephone call (two) to Ms. Cohrs and Ms. Kozinska regarding bill of costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/24/2012 | Telephone call and email to Wells Fargo Bank and Bank of America counsel regarding memorandum of costs and related issues. |
| KACK | 2.20 | $315.00 | | | $693.00 | 1/24/2012 | Research and prepare memorandum of costs. |
| ACT | | | 14 | $0.10 | $1.40 | 1/25/2012 | Photocopy expenses |
| KACK | 3.00 | $315.00 | | | $945.00 | 1/25/2012 | Research and review backup documents for memorandum of costs after judgment. |
| MYM | 0.50 | $315.00 | | | $157.50 | 1/25/2012 | Review docket and pleadings. |
| MYM | 0.40 | $315.00 | | | $126.00 | 1/26/2012 | Draft and revise bill of costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/26/2012 | Review and respond to Ms. Kozinska's email regarding memorandum of costs. |
| KACK | 3.10 | $315.00 | | | $976.50 | 1/26/2012 | Continue research and prepare memorandum of costs after trial. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.30 | $315.00 | | | $94.50 | 1/27/2012 | Finalize memorandum of costs. |
| KACK | 1.10 | $315.00 | | | $346.50 | 1/27/2012 | Work on finalizing memorandum of costs |
| ACT | | | 24 | $0.10 | $2.40 | 1/30/2012 | Photocopy expenses |
| KACK | 1.90 | $315.00 | | | $598.50 | 1/30/2012 | Research regarding attorney's fees motion for post-judgment matters. |
| KACK | 0.70 | $315.00 | | | $220.50 | 1/31/2012 | Work on attorney's fees motion. |
| ACT | | | 1 | $71.75 | $71.75 | 2/1/2012 | Knox Attorney Service; messenger, invoice no.: 671794 Filing |
| ACT | | | 18 | $0.10 | $1.80 | 2/2/2012 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/2/2012 | Review GMAC's motion to tax Wells Fargo Bank's costs; Calendar dates. |
| ACT | | | 14 | $0.10 | $1.40 | 2/3/2012 | Photocopy expenses |
| KACK | 1.00 | $315.00 | | | $315.00 | 2/3/2012 | Work on draft of attorney's fees motion. |
| MYM | 0.20 | $315.00 | | | $63.00 | 2/6/2012 | Review Wells Fargo amended memorandum of costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/6/2012 | Review documents received from Wells Fargo Bank regarding costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/6/2012 | Telephone call to court and Ms. Cohrs regarding status. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/7/2012 | Research regarding upcoming hearing. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/7/2012 | Telephone call with Ms. Cohrs regarding status and issues. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/7/2012 | Review and respond to email from court regarding motion to tax costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/7/2012 | Research status of upcoming hearings. |
| KACK | 0.10 | $315.00 | | | $31.50 | 2/7/2012 | Telephone call and draft email to court regarding upcoming hearing. |
| KACK | 0.30 | $315.00 | | | $94.50 | 2/8/2012 | Research regarding GMAC's objection to memorandum of costs. |
| KACK | 0.80 | $315.00 | | | $252.00 | 2/8/2012 | Begin draft of response to Mr. Ensberg regarding GMAC's objection to memorandum of costs. |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**