## V. <u>CONCLUSION</u>

The Schermerhorns were well justified in defending themselves and the title to their Property from the unsuccessful claims made by the Plaintiffs against them in their Complaint. For the reasons set forth above, and based on the evidence admitted at trial and submitted herewith, the Schermerhorns respectfully requests an order awarding attorneys' fees and costs in favor of the Schermerhorns, and against GMAC, in the amount of $566,234.74.


Dated: May 23, 2012                Respectfully submitted,

                                   PYLE SIMS DUNCAN & STEVENSON
                                   A Professional Corporation


                                   By:_____
                                       Michael Y. MacKinnon
                                       Kathleen A. Cashman-Kramer
                                   Attorneys for Defendants Jason S. Schermerhorn
                                   and Jennifer M. Schermerhorn

-13-

# Exhibit "8"

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

MEGA, JtAdm

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Bankruptcy Petition #: 12-12032-mg

*Date filed:* 05/14/2012

*Assigned to:* Judge Martin Glenn
Chapter 11
Voluntary
Asset

*Debtor*
**GMAC Mortgage, LLC**
1100 Virginia Drive
Fort Washington, PA 19034
MONTGOMERY-PA
Tax ID / EIN: 23-1694840
*aka* **GMAC Mortgage Corporation**

represented by **Larren M. Nashelsky**
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
212-468-8000
Fax : 212-468-7900
Email: lnashelsky@mofo.com

**Lorenzo Marinuzzi**
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 468-8045
Fax : (212) 468-7900
Email: lmarinuzzi@mofo.com

*U.S. Trustee*
**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 05/14/2012 | 1 | Voluntary Petition (Chapter 11). Order for Relief Entered. Chapter 11 Plan due by 9/11/2012, Disclosure Statement due by 9/11/2012, Initial Case Conference due by 6/13/2012, Filed by Larren M. Nashelsky of Morrison & Foerster LLP on behalf of GMAC Mortgage, LLC. (Nashelsky, Larren) (Entered: 05/14/2012) |
| | | Motion for Joint Administration / *Debtors' Motion For Order Under Bankruptcy Rule 1015 Authorizing Joint Administration* |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/14/2012 | 2 | *Of The Debtors' Chapter 11 Cases* filed by Lorenzo Marinuzzi on behalf of GMAC Mortgage, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | | Judge Martin Glenn added to the case. (Vaccaro, Amanda). (Entered: 05/14/2012) |
| 05/14/2012 | | Receipt of Voluntary Petition (Chapter 11)(12-12032) [misc,824] (1046.00) Filing Fee. Receipt number 8555873. Fee amount 1046.00. (U.S. Treasury) (Entered: 05/14/2012) |
| 05/14/2012 | 3 | Order signed on 5/14/2012 by Judge James M. Peck granting motion for joint administration for case numbers 12-12019 through 12-12040, 12-12042 through 12-12066, and 12-12068 through 12-12071. **All entries shall be made in lead case number 12-12020** (Related Doc # 2). (Tetzlaff, Deanna) **Docket text modified on 5/17/2012 (Bush, Brent)** (Entered: 05/14/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/22/2012 15:27:52 | | | |
| **PACER Login:** | ps0053 | **Client Code:** | Re: GMAC research |
| **Description:** | Docket Report | **Search Criteria:** | 12-12032-mg Fil or Ent: filed From: 5/22/1977 To: 5/22/2012 Doc From: 0 Doc To: 99999999 Headers: included Format: html |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

# Exhibit "9"

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

JtAdm, MEGA

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 12-12028-mg

*Date filed:* 05/14/2012

*Assigned to:* Judge Martin Glenn
Chapter 11
Voluntary
Asset

*Debtor*
**Executive Trustee Services, LLC**
2255 N. Ontario Street
Suite 400
Burbank, CA 91504
LOS ANGELES-CA
Tax ID / EIN: 23-2778943
*aka* Executive Trustee Services, Inc.

represented by **Larren M. Nashelsky**
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
212-468-8000
Fax : 212-468-7900
Email: lnashelsky@mofo.com

**Lorenzo Marinuzzi**
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 468-8045
Fax : (212) 468-7900
Email: lmarinuzzi@mofo.com

*U.S. Trustee*
**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 05/14/2012 | 1 | Voluntary Petition (Chapter 11). Order for Relief Entered. Chapter 11 Plan due by 9/11/2012, Disclosure Statement due by 9/11/2012, Initial Case Conference due by 6/13/2012, Filed by Larren M. Nashelsky of Morrison & Foerster LLP on behalf of Executive Trustee Services, LLC. (Nashelsky, Larren) (Entered: 05/14/2012) |
| | | Motion for Joint Administration / *Debtors' Motion For Order Under Bankruptcy Rule 1015 Authorizing Joint Administration* |

| | | |
|---|---|---|
| 05/14/2012 | 2 | *Of The Debtors' Chapter 11 Cases* filed by Lorenzo Marinuzzi on behalf of Executive Trustee Services, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | | Judge Martin Glenn added to the case. (Vaccaro, Amanda). (Entered: 05/14/2012) |
| 05/14/2012 | | Receipt of Voluntary Petition (Chapter 11)(12-12028) [misc,824] (1046.00) Filing Fee. Receipt number 8555873. Fee amount 1046.00. (U.S. Treasury) (Entered: 05/14/2012) |
| 05/14/2012 | 3 | Order signed on 5/14/2012 by Judge James M. Peck granting motion for joint administration for case numbers 12-12019 through 12-12040, 12-12042 through 12-12066, and 12-12068 through 12-12071. **All entries shall be made in lead case number 12-12020** (Related Doc # 2). (Tetzlaff, Deanna) **Docket text modified on 5/17/2012 (Bush, Brent)** (Entered: 05/14/2012) |
| 05/15/2012 | | Case Joint Administration; An order has been entered in this case consolidating this case withthe case of Residential Capital, LLC, Case No. 12-12020 (MG), forprocedural purposes only and providing for its joint administrationin accordance with the terms thereof. The docket in Case No. 12-12020 (MG) should be consulted for all matters affecting this case. (White, Greg) (Entered: 05/15/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/22/2012 15:29:27 | | | |
| **PACER Login:** | ps0053 | **Client Code:** | Re: GMAC research |
| **Description:** | Docket Report | **Search Criteria:** | 12-12028-mg Fil or Ent: filed From: 5/22/1977 To: 5/22/2012 Doc From: 0 Doc To: 99999999 Headers: included Format: html |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

# EXHIBIT 4-2 TO OPPOSITION - Status Report to Court

https://ecf.nysb.uscourts.gov/cgi-bin/DktRpt.pl?830210535796558-L_1_0-1	5/22/2012

# Exhibit "10"

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

CLMAGT, MEGA, Lead

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 12-12020-mg

*Date filed:* 05/14/2012

*Assigned to:* Judge Martin Glenn
Chapter 11
Voluntary
Asset

| | |
|---|---|
| *Debtor*<br>**Residential Capital, LLC**<br>1177 Avenue of the Americas<br>New York, NY 10036<br>NEW YORK-NY<br>Tax ID / EIN: 20-1770738<br>*aka* **Residential Capital Corporation** | represented by **Larren M. Nashelsky**<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>212-468-8000<br>Fax : 212-468-7900<br>Email: lnashelsky@mofo.com<br><br>**Lorenzo Marinuzzi**<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>(212) 468-8045<br>Fax : (212) 468-7900<br>Email: lmarinuzzi@mofo.com |

*U.S. Trustee*
**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

*Claims and Noticing Agent*
**Kurtzman Carson Consultants**
2335 Alaska Ave
El Segundo, CA 90245

| Filing Date | # | Docket Text |
|---|---|---|
| | | Voluntary Petition (Chapter 11). Order for Relief Entered. Chapter 11 Plan due by 9/11/2012, Disclosure Statement due by 9/11/2012, Initial Case Conference due by 6/13/2012, Filed by Larren M. Nashelsky of Morrison & Foerster LLP on behalf of |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/14/2012 | 1 | Residential Capital, LLC. (Nashelsky, Larren) (Entered: 05/14/2012) |
| 05/14/2012 | 2 | Notice of Appearance *and Request for Service of Papers* filed by Stephen Hessler on behalf of Ally Financial Inc.. (Hessler, Stephen) (Entered: 05/14/2012) |
| 05/14/2012 | 3 | Application for Pro Hac Vice Admission *of Ray C. Schrock* filed by Stephen Hessler on behalf of Ally Financial Inc.. (Hessler, Stephen) (Entered: 05/14/2012) |
| 05/14/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020) [motion,122] ( 200.00) Filing Fee. Receipt number 8555004. Fee amount 200.00. (U.S. Treasury) (Entered: 05/14/2012) |
| 05/14/2012 | | Judge Martin Glenn added to the case. (Vaccaro, Amanda). (Entered: 05/14/2012) |
| 05/14/2012 | 4 | Motion for Joint Administration / *Debtors' Motion For Order Under Bankruptcy Rule 1015 Authorizing Joint Administration Of The Debtors' Chapter 11 Cases* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 5 | Amended Notice of Appearance *and Request for Service of Papers* (related document(s)2) filed by Stephen Hessler on behalf of Ally Bank, Ally Financial Inc.. (Hessler, Stephen) (Entered: 05/14/2012) |
| 05/14/2012 | 6 | Affidavit *of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Schedules 1-12) (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 7 | Notice of Appearance *Request for Service of Papers and Reservation of Rights* filed by David Neier on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Neier, David) (Entered: 05/14/2012) |
| 05/14/2012 | 8 | Notice of Appearance *and Demand For Service of Papers* filed by Michael Robert Carney on behalf of Freddie Mac. (Carney, Michael) (Entered: 05/14/2012) |
| | | |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/14/2012 | | Receipt of Voluntary Petition (Chapter 11)(12-12020) [misc,824] (1046.00) Filing Fee. Receipt number 8555873. Fee amount 1046.00. (U.S. Treasury) (Entered: 05/14/2012) |
| 05/14/2012 | 9 | Notice of Appearance *Notice of Appearance and Request for Service of Papers* filed by D. Ross Martin on behalf of Ad Hoc RMBS Holder Group. (Martin, D.) (Entered: 05/14/2012) |
| 05/14/2012 | 10 | Application for Pro Hac Vice Admission *of Scott A. Humphries* filed by D. Ross Martin on behalf of Ad Hoc RMBS Holder Group. (Martin, D.) (Entered: 05/14/2012) |
| 05/14/2012 | 11 | Application for Pro Hac Vice Admission *of Kathy D. Patrick* filed by D. Ross Martin on behalf of Ad Hoc RMBS Holder Group. (Martin, D.) (Entered: 05/14/2012) |
| 05/14/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020-mg) [motion,122] ( 200.00) Filing Fee. Receipt number 8556000. Fee amount 200.00. (U.S. Treasury) (Entered: 05/14/2012) |
| 05/14/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020-mg) [motion,122] ( 200.00) Filing Fee. Receipt number 8556000. Fee amount 200.00. (U.S. Treasury) (Entered: 05/14/2012) |
| 05/14/2012 | 12 | Application for Pro Hac Vice Admission *For Paul D. Moak* filed by Michael Robert Carney on behalf of Freddie Mac. (Carney, Michael) (Entered: 05/14/2012) |
| 05/14/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020-mg) [motion,122] ( 200.00) Filing Fee. Receipt number 8556032. Fee amount 200.00. (U.S. Treasury) (Entered: 05/14/2012) |
| | | Motion to Approve Debtor in Possession Financing / *Debtors Motion For Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 362, 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) And 364(e) And Bankruptcy Rules 4001 And 6004 (I) Authorizing The Debtors To (A) Enter Into And Perform Under Receivables Purchase Agreements And Mortgage Loan Purchase And Contribution Agreements Relating To Initial Receivables And Mortgage Loans And Receivables Pooling Agreements Relating To Additional Receivables, And (B) Obtaining Postpetition Financing On A Secured, Superpriority Basis, (II) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) and 4001(c), And (III) Granting Related Relief* filed by Lorenzo Marinuzzi on behalf |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/14/2012 | 13 | of Residential Capital, LLC. (Attachments: # 1 Exhibit A - Interim Order# 2 Exhibit B - Credit and Guaranty Agreement# 3 Exhibit C - GMACM Mortgage Loan Purchase and Contribution Agreement) (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 14 | Application for Pro Hac Vice Admission *For Paul D. Moak* filed by Michael Robert Carney on behalf of Freddie Mac. (Carney, Michael) (Entered: 05/14/2012) |
| 05/14/2012 | 15 | Motion to Approve Use of Cash Collateral / *Debtors' Motion For Interim And Final Orders Pursuant To Bankruptcy Code Sections 105, 361, 362, 363, And 507(b) And Bankruptcy Rule 4001(b): (I) Authorizing The Use Of Cash Collateral And Related Relief, (II) Granting Adequate Protection And (III) Scheduling A Final Hearing (Citibank, N.A. Cash Collateral)* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 16 | Motion to Authorize / *Debtors Motion For Order Under Bankruptcy Code Sections 105(a), 345, 363, 364, And 503(b)(1) And Bankruptcy Rules 6003 And 6004 Authorizing (I) Continued Use Of Existing Cash Management Services And Practices, (II) Continued Use Of Existing Bank Accounts, Checks, And Business Forms, (III) Implementation Of Modified Cash Management Procedures, (IV) Interim Waiver Of The Investment And Deposit Requirements Of Bankruptcy Code Section 345, (V) Debtors To Honor Specified Outstanding Prepetition Payment Obligations, (VI) Continuation Of Intercompany Transactions, Including Intercompany Transactions With Future Debtors, And Granting Administrative Expense Status To Intercompany Claims, And (VII) Scheduling A Final Hearing On The Relief Requested* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 17 | Notice of Appearance *of Klestadt & Winters, LLP for Tracy L. Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp Pursuant to Bankruptcy Rule 9010 and Demand for Service of All Notices Pursuant to Bankruptcy Rule 2002* filed by Joseph Corneau on behalf of Tracy L. Klestadt, in his Capacity as Chapter 7 Trustee of Alliance Mortgage Investments, Inc. and Alliance Bancorp. (Corneau, Joseph) (Entered: 05/14/2012) |
| | | Application for Pro Hac Vice Admission *for Paul D. Moak* filed by Michael Robert Carney on behalf of Freddie Mac. (Attachments: # 1 Order Granting Motion for Admission to |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/14/2012 | 18 | Practice Pro Hac Vice) (Carney, Michael) (Entered: 05/14/2012) |
| 05/14/2012 | 19 | **Incorrect PDF File Attached** Motion to Approve Use of Cash Collateral / *Debtors Motion For Interim And Final Orders Pursuant To Bankruptcy Code Sections 105, 361, 362, 363, And 507(b) And Bankruptcy Rules 4001 And 6004: (I) Authorizing The Debtors To Obtain Postpetition Financing On A Secured, Superpriority Basis, (II) Authorizing The Use Of Cash Collateral And Related Relief, (III) Granting Adequate Protection And (IV) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) And 4001(c), And (V) Granting Related Relief (Debtor In Possession Financing And Ally Financial Inc. And Junior Secured Noteholders Cash Collateral)* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) Modified on 5/14/2012 (Philbert, Gemma). (Entered: 05/14/2012) |
| 05/14/2012 | 20 | Declaration *of Marc D. Puntus In Support of the Debtors' Motions for Interim and Final Orders Authorizing the Debtors to Enter Into The Barclays DIP Facility and The AFI DIP Facility* (related document(s)19, 13) filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 21 | Order Granting Application for Pro Hac Vice Admission of Scott A. Humphries (Related Doc # 10) signed on 5/14/2012. (Tetzlaff, Deanna) (Entered: 05/14/2012) |
| 05/14/2012 | 22 | Order Granting Application for Pro Hac Vice Admission of Kathy D. Patrick (Related Doc # 11) signed on 5/14/2012. (Tetzlaff, Deanna) (Entered: 05/14/2012) |
| 05/14/2012 | 23 | Motion to Seal / *Debtors' Motion For Order Under Bankruptcy Code Sections 105(a) And 107(b) And Bankruptcy Rule 9018 Authorizing The Filing Under Seal Of Certain Proposed Debtor In Possession Financing Fee Letters* (related document(s)13) filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 24 | Notice of Agenda / *Proposed Agenda for Emergency "First Day" Hearing Scheduled for May 14, 2012 and Continued "First Day" Hearing for May 15, 2012* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. with hearing to be held on 5/14/2012 at 04:00 PM at Courtroom 601 (JMP) (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| | | Notice of Appearance *and Demand for Service of Papers* filed |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/14/2012 | 25 | by Joseph Thomas Moldovan on behalf of The Independent Directors of the Residential Capital, LLC. (Moldovan, Joseph) (Entered: 05/14/2012) |
| 05/14/2012 | 26 | Application for Pro Hac Vice Admission *for Michael Connolly, Esq.* filed by Joseph Thomas Moldovan on behalf of The Independent Directors of the Residential Capital, LLC. (Moldovan, Joseph) (Entered: 05/14/2012) |
| 05/14/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020-mg) [motion,122] ( 200.00) Filing Fee. Receipt number 8556752. Fee amount 200.00. (U.S. Treasury) (Entered: 05/14/2012) |
| 05/14/2012 | 27 | Objection to Motion */LIMITED OBJECTION OF WFBNA TO DEBTORS MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 362, 363(b)(1), 363(f), 363 (m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) AND 364(e) AND BANKRUPTCY RULES 4001 AND 6004 (I) AUTHORIZING THE DEBTORS TO (A) ENTER INTO AND PERFORM UNDER RECEIVABLES PURCHASE AGREEMENTS AND MORTGAGE LOAN PURCHASE AND CONTRIBUTION AGREEMENTS RELATING TO INITIAL RECEIVABLES AND MORTGAGE LOANS AND RECEIVABLES POOLING AGREEMENTS RELATING TO ADDITIONAL RECEIVABLES, AND (B) OBTAIN POSTPETITION FINANCING ON A SECURED, SUPERPRIORITY BASIS, (II) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(b) and 4001(c), AND (III) GRANTING RELATED RELIEF* (related document(s)13) filed by Sarah Trum on behalf of WFNBA. (Trum, Sarah) (Entered: 05/14/2012) |
| | | Objection to Motion */LIMITED OBJECTION OF WFBNA TO DEBTORS MOTION FOR ORDER UNDER BANKRUPTCY CODE SECTIONS 105(a), 345, 363, 364, AND 503(b)(1) AND BANKRUPTCY RULES 6003 AND 6004 AUTHORIZING (I) CONTINUED USE OF CASH MANAGEMENT SERVICES AND PRACTICES, AS MODIFIED, (II) CONTINUED USE OF EXISTING BANK ACCOUNTS, CHECKS, AND BUSINESS FORMS, (III) INTERIM WAIVER OF THE INVESTMENT AND DEPOSIT REQUIREMENTS OF BANKRUPTCY CODE SECTION 345, (IV) DEBTORS TO HONOR SPECIFIED OUTSTANDING PREPETITION PAYMENT OBLIGATIONS, AND (V) CONTINUATION OF INTERCOMPANY TRANSACTIONS, INCLUDING INTERCOMPANY TRANSACTIONS WITH FUTURE DEBTORS, AND GRANTING ADMINISTRATIVE EXPENSE STATUS TO INTERCOMPANY CLAIMS AND WFBNAS REQUEST FOR* |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

New York Southern Live Systems 12-12020-mg Doc 5908-8    Filed 11/20/13    Entered 11/20/13 16:02:43    Exhibit Page 7 of 24
Exhibit 4-2D    Pg 15 of 20

| | | |
|---|---|---|
| 05/14/2012 | 28 | *ADDITIONAL ADEQUATE PROTECTION* filed by Sarah Trum on behalf of WFNBA. (Trum, Sarah) (Entered: 05/14/2012) |
| 05/14/2012 | 29 | Motion to Extend Deadline to File Schedules or Provide Required Information / *Debtors' Motion For Order Under Bankruptcy Code Section 521 And Bankruptcy Rule 1007(c) Extending Time For Filing Schedules And Statements* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 30 | Motion to Allow/ *Debtors' Motion For An Order Under Bankruptcy Code Section 105(a) And Bankruptcy Rule 2002(a), (f), (l) And (m) (I) Waiving The Requirement That Each Debtor File A List Of Creditors, (II) Authorizing The Debtors To File A Consolidated List Of The Fifty Largest Unsecured Creditors, (III) Approving The Form And Manner Of Notice Of The Commencement Of The Debtors Chapter 11 Cases And (IV) Approving Publication Notice To Borrowers* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 31 | Notice of Agenda / *Proposed Corrected Agenda for Emergency "First Day" Hearing Scheduled for May 14, 2012 and Continued "First Day" Hearing for May 15, 2012* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 32 | Motion to Approve / *Debtors' Motion For Entry Of An Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 And Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management And Administrative Procedures* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 33 | Notice of Appearance *and Demand for Service of Papers* filed by Andrew K. Glenn on behalf of Federal Housing Finance Agency, as Conservator of the Federal National Mortgage Association ("Fannie Mae") and the Federal Home Loan Mortgage Corporation (Freddie Mac"). (Glenn, Andrew) (Entered: 05/14/2012) |
| 05/14/2012 | 34 | Order Granting Application for Pro Hac Vice Admission of Paul D. Moak (Related Doc # 12) signed on 5/14/2012. (Tetzlaff, Deanna) (Entered: 05/14/2012) |
| | | Notice of Appearance *and Request for Service;* filed by |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/14/2012 | 35 | Gregory M. Petrick on behalf of MBIA Insurance Corporation. (Petrick, Gregory) (Entered: 05/14/2012) |
| 05/14/2012 | 36 | Order Granting Application for Pro Hac Vice Admission for Michael Connolly, Esq. (Related Doc # 26) signed on 5/14/2012. (Tetzlaff, Deanna) (Entered: 05/14/2012) |
| 05/14/2012 | 37 | Application to Pay Taxes / *Debtors' Motion For Interim And Final Orders Under Bankruptcy Code Sections 105(a), 363, 506(a), 507(a)(8), 541 And 1129 And Bankruptcy Rule 6003 Authorizing Payment Of Taxes And Regulatory Fees* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 38 | Motion to Allow/ *Debtors' Motion For Order Under Bankruptcy Code Sections 105, 507 And 541 And Bankruptcy Rule 6003 Authorizing Debtors To Honor Certain Prepetition Obligations To Customers* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 39 | Order Granting Application for Pro Hac Vice Admission of Ray C. Schrock (Related Doc # 3) signed on 5/14/2012. (Tetzlaff, Deanna) (Entered: 05/14/2012) |
| 05/14/2012 | 40 | Motion to Authorize / *Debtors' Motion Seeking Authority To Provide Notice To Borrowers That The Debtors Will Suspend Funding Draws Under Certain Home Equity Lines Of Credit* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 41 | Motion to Authorize / *Debtors' Motion For Interim And Final Orders Under Bankruptcy Code Sections 105(a) And 363(b) Authorizing Residential Capital, LLC To Enter Into A Shared Services Agreement With Ally Financial Inc. Nunc Pro Tunc To The Petition Date For The Continued Receipt And Provision Of Shared Services Necessary For The Operation Of The Debtors' Businesses* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| | | Motion to Approve Use of Cash Collateral / *Corrected Debtors' Motion For Interim And Final Orders Pursuant To Bankruptcy Code Sections 105, 361, 362, 363, And 507(b) And Bankruptcy Rules 4001 And 6004: (I) Authorizing The Debtors To Obtain Postpetition Financing On A Secured, Superpriority Basis, (II) Authorizing The Use Of Cash Collateral And Related Relief, (III) Granting Adequate Protection And (IV) Scheduling A Final Hearing Pursuant To Bankruptcy Rules 4001(b) And 4001(c),* |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/14/2012 | 42 | *And (V) Granting Related Relief (Debtor In Possession Financing And Ally Financial Inc. And Junior Secured Noteholders Cash Collateral)* (related document(s)19) filed by Larren M. Nashelsky on behalf of Residential Capital, LLC. (Nashelsky, Larren) (Entered: 05/14/2012) |
| 05/14/2012 | 43 | Motion to Authorize / *Debtors' Motion For Interim and Final Orders Under Bankruptcy Code Sections 105(a), 363(b), 507(a), 1107 And 1108 And Bankruptcy Rule 6003 (I) Authorizing But Not Directing Debtors To (A) Pay And Honor Prepetition Wages, Compensation, Employee Expense And Employee Benefit Obligations; And (B) Maintain and Continue Employee Compensation And Benefit Programs; And (II) Directing Banks To Honor Prepetition Checks And Transfer Requests For Payment Of Prepetition Employee Obligations* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 44 | Motion to Authorize / *Debtors' Motion For Interim And Final Orders Under Sections 105(a), 363, 364, 503(b), 1107(a), And 1108 Of The Bankruptcy Code Authorizing The Debtors To (I) Process And Where Applicable Fund Prepetition Mortgage Loan Commitments, (II) Continue Brokerage, Origination And Sale Activities Related To Loan Securitization, (III) Continue To Perform, And Incur Postpetition Secured Indebtedness, Under The Mortgage Loan Purchase And Sale Agreement With Ally Bank And Related Agreements, (IV) Pay Certain Prepetition Amounts Due To Critical Origination Vendors, And (V) Continue Honoring Mortgage Loan Repurchase Obligations Arising In Connection With Loan Sales And Servicing, Each In The Ordinary Course Of Business* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 45 | Application for Pro Hac Vice Admission filed by Mark C. Ellenberg on behalf of MBIA Insurance Corporation. (Ellenberg, Mark) (Entered: 05/14/2012) |
| 05/14/2012 | 46 | Motion to Authorize / *Debtors' Motion For Interim And Final Orders Under Sections 105(a), 362, 363, 1107(a) And 1108 Of The Bankruptcy Code (I) Authorizing The Debtors To Continue In The Ordinary Course Of Business (A) Servicing Non-Governmental Association Loans, And (B) Sale Activities Related To Certain Loans In Foreclosure And Real Estate Owned Property, And (II) Granting Limited Stay Relief To Enable Borrowers To Assert Related Counter-Claims In Foreclosure and Eviction Proceedings* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/14/2012 | 47 | Motion to Authorize / *Debtors' Motion For Interim And Final Orders Under Bankruptcy Code Sections 105(a) And 363 Authorizing The Debtors To Continue To Perform Under The Ally Bank Servicing Agreements In The Ordinary Course Of Business* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020-mg) [motion,122] ( 200.00) Filing Fee. Receipt number 8557267. Fee amount 200.00. (U.S. Treasury) (Entered: 05/14/2012) |
| 05/14/2012 | 48 | Application for Pro Hac Vice Admission *of Larry J. Nyhan* filed by Sophia Mullen on behalf of Nationstar Mortgage LLC. (Attachments: # 1 Proposed Order) (Mullen, Sophia) (Entered: 05/14/2012) |
| 05/14/2012 | 49 | Application to Employ Kurtzman Carson Consultants LLC as Claims and Noticing Agent for the Debtors *Pursuant to 28 U.S.C. 156(c), 11 U.S.C. 105(a), S.D.N.Y. LBR 5075-1 and General Order M-409* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 50 | Order Granting Application for Pro Hac Vice Admission of Mark C. Ellenberg (Related Doc # 45) signed on 5/14/2012. (Tetzlaff, Deanna) (Entered: 05/14/2012) |
| 05/14/2012 | 51 | Affidavit of Service In Re: First Day Motions (related document(s)4, 16, 24, 19, 13, 31, 15) filed by Kurtzman Carson Consultants.(Kass, Albert) **Docket Text Modified on 5/18/2012 (Bush, Brent)** (Entered: 05/14/2012) |
| 05/14/2012 | 52 | Notice of Appearance *and Request for Service of all Notices, Documents and Pleadings* filed by Kenneth S Ziman on behalf of Barclays Bank PLC. (Ziman, Kenneth) (Entered: 05/14/2012) |
| 05/14/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020-mg) [motion,122] ( 200.00) Filing Fee. Receipt number 8557498. Fee amount 200.00. (U.S. Treasury) (Entered: 05/14/2012) |
| 05/14/2012 | 53 | Application for Pro Hac Vice Admission *of Carl E. Black* filed by Veerle Roovers on behalf of Financial Guaranty Insurance Company. (Roovers, Veerle) (Entered: 05/14/2012) |
| | | |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/14/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020-mg) [motion,122] ( 200.00) Filing Fee. Receipt number 8557539. Fee amount 200.00. (U.S. Treasury) (Entered: 05/14/2012) |
| 05/14/2012 | 54 | Motion to Authorize / *Debtors' Motion for Order Under Bankruptcy Code Sections 105(a) and 366 (I) Prohibiting Utility Customers from Altering, Refusing, or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposits as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 55 | Order Granting Application for Pro Hac Vice Admission of Admission of Larry J. Nyhan (Related Doc # 48) signed on 5/14/2012. (Tetzlaff, Deanna) (Entered: 05/14/2012) |
| 05/14/2012 | 56 | Order Granting Application for Pro Hac Vice Admission of Carl E. Black (Related Doc # 53) signed on 5/14/2012. (Tetzlaff, Deanna) (Entered: 05/14/2012) |
| 05/14/2012 | 57 | Motion to Authorize / *Debtors' Motion For Interim And Final Orders Under Sections 105(a), 361, 362, 363, 1107(a), And 1108 Of The Bankruptcy Code (I) Authorizing The Debtors To Continue In The Ordinary Course Of Business (A) Servicing Governmental Association Loans And (B) Foreclosure Activities Related To Certain Real Estate Owned By Fannie Mae, Freddie Mac, And Ginnie Mae; (II) Authorizing The Debtors To Pay Certain Prepetition Amounts Due To Critical Servicing Vendors And Foreclosure Professionals; (III) Granting Limited Stay Relief To Enable Borrowers To Assert Related Counter-Claims In Foreclosure And Eviction Proceedings; (IV) Authorizing The Debtors To Use Cash Collateral Under The Fannie Mae EAF Facility; And (V) Granting Related Relief* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 58 | Motion to Seal / *Debtors' Motion For Order Under Bankruptcy Code Sections 105(a) And 107(b) And Bankruptcy Rule 9018 (I) Authorizing The Debtors To File Under Seal Confidential Exhibit To The Governmental Association Servicing Motion And (II) Limiting Notice Thereof* (related document(s)57) filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| | | |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/14/2012 | 59 | Order signed on 5/14/2012 by Judge James M. Peck granting motion for joint administration for case numbers 12-12019 through 12-12040, 12-12042 through 12-12066, and 12-12068 through 12-12071. **All entries shall be made in lead case number 12-12020**(Related Doc # 4) . (Tetzlaff, Deanna) **Docket text modified on 5/17/2012 (Bush, Brent)** (Entered: 05/14/2012) |
| 05/14/2012 | 60 | Notice of Appearance / *Request For All Notices And Demand For Service Of Papers* filed by David W. Dykhouse on behalf of Ambac Assurance Corporation. (Attachments: # 1 Affidavit of Service)(Dykhouse, David) (Entered: 05/14/2012) |
| 05/14/2012 | 61 | Motion to Sell Free and Clear of Liens / *Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 For Order: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief* filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F) (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 62 | Memorandum of Law *in Support of Debtors Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 For Order: (A) (I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief* (related document(s)61) filed by Lorenzo Marinuzzi on behalf of Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| | | Declaration *of Samuel M. Green In Support of the Proposed Sale of Debtors' Assets* filed by Lorenzo Marinuzzi on behalf of |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**