| | | |
|---|---|---|
| 05/14/2012 | 63 | Residential Capital, LLC. (Marinuzzi, Lorenzo) (Entered: 05/14/2012) |
| 05/14/2012 | 64 | Application for Pro Hac Vice Admission *for Jessica C.K. Boelter* filed by Sophia Mullen on behalf of Nationstar Mortgage LLC. (Attachments: # 1 Proposed Order) (Mullen, Sophia) (Entered: 05/14/2012) |
| 05/14/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020-mg) [motion,122] ( 200.00) Filing Fee. Receipt number 8558554. Fee amount 200.00. (U.S. Treasury) (Entered: 05/14/2012) |
| 05/14/2012 | 65 | Affidavit of Service In Re: First Day Motions & Bid Procedures (related document(s)30, 20, 4, 58, 41, 47, 16, 43, 49, 54, 23, 46, 61, 57, 44, 42, 29, 38, 37, 13, 31, 32, 40, 63, 15, 62) filed by Kurtzman Carson Consultants.(Kass, Albert) **Docket Text Modified on 5/18/2012 (Bush, Brent)** (Entered: 05/14/2012) |
| 05/14/2012 | 66 | Notice of Sale */Notice of Filing of Additional Exhibit to Debtors Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 For Order: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief* (related document(s)61) filed by Larren M. Nashelsky on behalf of Residential Capital, LLC. (Nashelsky, Larren) (Entered: 05/14/2012) |
| 05/15/2012 | 67 | Order Granting Application for Pro Hac Vice Admission of Jessica C.K. Boelter (Related Doc # 64) signed on 5/15/2012. (Tetzlaff, Deanna) (Entered: 05/15/2012) |
| 05/15/2012 | 68 | Statement / *Amended Consolidated List of Top 50 Creditors* filed by Larren M. Nashelsky on behalf of Residential Capital, LLC. (Nashelsky, Larren) (Entered: 05/15/2012) |
| | | Interim Order, Signed on 5/15/2012 by Judge James M. Peck, Under Bankruptcy Code Sections 105(a), 345, 363, 364, And 503(b)(1) And Bankruptcy Rules 6003 And 6004 Authorizing (I) Continued Use Of Existing Cash Management Services And |

| | | |
|---|---|---|
| 05/15/2012 | 69 | Practices, (II) Continued Use Of Existing Bank Accounts, Checks, And Business Forms, (III) Implementation Of Modified Cash Management Procedures, (IV) Interim Waiver Of The Investment And Deposit Requirements Of Bankruptcy Code Section 345, (V) Debtors To Honor Specified Outstanding Prepetition Payment Obligations, (VI) Continuation Of Intercompany Transactions, Including Intercompany Transactions With Future Debtors, And Granting Administrative Expense Status To Intercompany Claims, And (VII) Scheduling A Final Hearing On The Relief Requested. Hearing to be Held on June 12, 2012 at 10:00 AM in Courtroom 501. (related document(s)16) (Tetzlaff, Deanna) (Entered: 05/15/2012) |
| 05/15/2012 | 70 | Notice of Agenda / *Proposed Second Corrected Agenda for Emergency "First Day' Hearing Scheduled for May 14, 2012 and Continued "First Day" Hearing for May 15, 2012* filed by Larren M. Nashelsky on behalf of Residential Capital, LLC. with hearing to be held on 5/15/2012 at 11:00 AM at Courtroom 601 (JMP) (Nashelsky, Larren) (Entered: 05/15/2012) |
| 05/15/2012 | 71 | Notice of Appearance *and Demand for Service of Papers* filed by Fredric Sosnick on behalf of CITIBANK, N.A.. (Sosnick, Fredric) (Entered: 05/15/2012) |
| 05/15/2012 | 72 | Notice of Appearance *and Demand for Service of Papers and Request to Be Added to Master Service List* filed by James S. Carr on behalf of U.S. Bank National Association, as Indenture Trustee. (Carr, James) (Entered: 05/15/2012) |
| 05/15/2012 | 73 | Notice of Appearance filed by John Mark Stern on behalf of Texas Comptroller of Public Accounts. (Stern, John) (Entered: 05/15/2012) |
| 05/15/2012 | 74 | Notice of Appearance *Combined with Demand for Service of Papers* filed by Benjamin P. Deutsch on behalf of Liberty Property Limited Partnership. (Deutsch, Benjamin) (Entered: 05/15/2012) |
| 05/15/2012 | 75 | Notice of Appearance *for TCF National Bank* filed by James J. Lotz on behalf of TCF National Bank. (Lotz, James) (Entered: 05/15/2012) |
| 05/15/2012 | 76 | Notice of Appearance *for TCF National Bank* filed by James J. Lotz on behalf of TCF National Bank. (Lotz, James) (Entered: 05/15/2012) |
| | | Affidavit of Service *of TCF's Notices of Appearance* (related |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/15/2012 | 77 | document(s)76, 75) filed by James J. Lotz on behalf of TCF National Bank, TCF National Bank. (Lotz, James) (Entered: 05/15/2012) |
| 05/15/2012 | 78 | Notice of Appearance filed by Elizabeth Banda Calvo on behalf of Johnson County et al, Richardson ISD. (Banda Calvo, Elizabeth) (Entered: 05/15/2012) |
| 05/15/2012 | 79 | INTERIM Order Signed on 5/15/2012 (I)Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Modifying The Automatic Stay, and (IV) Scheduling Final Hearing (related document(s)15) - with hearing to be held on 6/12/2012 at 10:00 AM at Courtroom 501 (MG) (Suarez, Aurea) (Entered: 05/15/2012) |
| 05/15/2012 | 80 | Interim Order signed on 5/15/2012 by Judge James M. Peck (I) Authorizing Debtors (A) to Enter Into and Perform Under Receivables Purchase Agreements and Mortgage Loan Purchase and Contribution Agreements Relating to Initial Receivables and Mortgage Loans and Receivables Pooling Agreements Relating to Additional Receivables, and (B) to Obtain Postpetition Financing on a Secured Superpriority Basis, (II) Scheduling Final Hearing. **Final Hearing is Scheduled for June 12, 2012 at 10 a.m. at Courtroom 501 (MG)** (related document(s)13) (Rouzeau, Anatin) Modified on 5/15/2012 (Rouzeau, Anatin). Modified on 5/15/2012 (Rouzeau, Anatin). (Entered: 05/15/2012) |
| 05/15/2012 | 81 | INTERIM Order Signed on 5/15/2012 Under Sections 105(a), 363, 364, 503(b), 1107(a), And 1108 Of The Bankruptcy Code Authorizing The Debtors To (I) Process And Where Applicable Fund Prepetition Mortgage Loan Commitments, (II) Continue Brokerage, Origination And Sale Activities Related To Loan Securitization, (III) Continue To Perform, And Incur Postpetition Secured Indebtedness, Under The Mortgage Loan Purchase And Sale Agreement With Ally Bank And Related Agreements, (IV) Pay Certain Prepetition Amounts Due To Critical Origination Vendors, And (V) Continue Honoring Mortgage Loan Repurchase Obligations Arising In Connection With Loan Sales And Servicing, Each In The Ordinary Course Of Business, and Scheduling Final Hearing (related document(s)44) with hearing to be held on 6/12/2012 at 10:00 AM at Courtroom 501 (MG) (Suarez, Aurea) (Entered: 05/15/2012) |
| | | **AMENDED** Interim Order signed on 5/15/2012 by Judge James M. Peck Authorizing (1) Continued Use of Cash Management Services and Practices, (II) Continued use of Existing Bank Accounts, Checks, and Business Forms, (IV) |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/15/2012 | 82 | Interim Waiver of The Investment and Deposit Requirements of Bankruptcy Code Section 345, (V) Debtors to honor Specified Outstanding Prepetition Payment Obligations, and (VI) Continuation of Intercompany Transactions, Including Intercompany Transactions with Future Debtors. Granting Administrative Expense Status to Intercompany Claims, and Scheduling a Final Hearing. (related document(s)69) **Hearing to be held on June 12, 2012 at 10:00 a.m., prevailing Eastern Time at Courtroom 501 (MG) Objections shall be filed on or before June 5, 2012 at 4:00 p.m. EST, and served so as to be received no later than 4:00 p.m.,, prevailing Eastern time on May 18, 2012.** (Philbert, Gemma) Modified on 5/15/2012 (Rouzeau, Anatin). (Entered: 05/15/2012) |
| 05/15/2012 | 83 | **(The wrong PDF file was entered, see document no. 89)** Interim Order signed on 5/15/2012 by Judge James M. Peck (I) Authorizing the Debtors to Obtain Postpetition Financing on a Secured Superpriority Basis, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Adequate Protection to Adequate Protection Parties and (IV) Prescribing the Form and Manner of Notice and Setting Time for the Final Hearing. (related document(s)42) (Rouzeau, Anatin) Modified on 5/15/2012 (Rouzeau, Anatin). **Modified on 5/16/2012 (Bush, Brent)** (Entered: 05/15/2012) |
| 05/15/2012 | 84 | Order signed on 5/15/2012 by Judge James M. Peck (I) Waiving the Requirement That Each Debtor File a List of Creditors, (II) Authorizing the Debtors to File a Consolidated List of the Fifty Largest Unsecured Creditors, (III) Approving the Form and Manner of Notice of the Commencement of the Debtor's Chapter 11 Cases and (IV) Approving Publication Notice to Borrowers (Related Doc # 30) . (Rouzeau, Anatin) (Entered: 05/15/2012) |
| 05/15/2012 | 85 | Application for Pro Hac Vice Admission *of Barry E. Bressler* filed by Benjamin P. Deutsch on behalf of Liberty Property Limited Partnership. (Deutsch, Benjamin) (Entered: 05/15/2012) |
| 05/15/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020-mg) [motion,122] ( 200.00) Filing Fee. Receipt number 8561865. Fee amount 200.00. (U.S. Treasury) (Entered: 05/15/2012) |
| 05/15/2012 | 86 | Application for Pro Hac Vice Admission *of Richard A. Barkasy* filed by Benjamin P. Deutsch on behalf of Liberty Property Limited Partnership. (Deutsch, Benjamin) (Entered: 05/15/2012) |

| | | |
|---|---|---|
| 05/15/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020-mg) [motion,122] ( 200.00) Filing Fee. Receipt number 8561883. Fee amount 200.00. (U.S. Treasury) (Entered: 05/15/2012) |
| 05/15/2012 | 87 | Interim Order signed on 5/15/2012 by Judge James M. Peck (I) Authorizing the Debtors to Continue in the Ordinary Course of Business (A) Servicing Governmental Association Loans and (B) Foreclosure Activities Related to Certain Real Estate Owned by Fannie Mae, Freddie Mac and Ginnie Mae; (II) Authorizing the Debtors to Pay Certain Prepetition Amounts Due to Critical Servicing Vendors and Foreclosure Professionals; (III) Granting Limited Stay Relief to Enable Borrowers to Assert Related Counter-Claims in Foreclosure and Eviction Proceedings; (IV) Authorizing the Debtors to Use Cash Collateral Under the Fannie Mae EAF Facility; and (V) Granting Related Relief. (related document(s)57) (Rouzeau, Anatin) (Entered: 05/15/2012) |
| 05/15/2012 | 88 | Notice of Appearance *and Request for Service of Papers* filed by Sophia Mullen on behalf of Nationstar Mortgage LLC. (Mullen, Sophia) (Entered: 05/15/2012) |
| 05/16/2012 | 89 | Interim Order **Signed on 5/15/2012 by the Honorable James M. Peck** (I) Authorizing the Debtors to Obtain Postpetition Financing on a Secured Superpriority Basis, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Adequate Protection to Adequate Protection Parties and (IV) Prescribing the Form and Manner of Notice and Setting Time for the Final Hearing. (related document(s)19, 27, 80, 42) Hearing to be held on 6/12/2012 at 10:00 AM at Courtroom 501 (MG. (Tetzlaff, Deanna) Modified on 5/17/2012 (Richards, Beverly). (Entered: 05/16/2012) |
| 05/16/2012 | 90 | Interim Order **Signed on 5/15/2012 by the Honorable James M. Peck** Authorizing The Debtors To Continue To Perform Under The Ally Bank Servicing Agreements In The Ordinary Course Of Business. (related document(s)47) Hearing to be held on 6/12/2012 at 10:00 AM at Courtroom 501 (MG). (Tetzlaff, Deanna) Modified on 5/17/2012 (Richards, Beverly). (Entered: 05/16/2012) |
| | | Interim Order **Signed on 5/15/2012 by the Honorable James M. Peck** (I) Authorizing the Debtors to Continue in the Ordinary course of Business (A) Servicing Non-Governmental Association Loans, and (B) Sale Activities Related to Certain Loans in Foreclosure and Real Estate Owned Property, and (III) Granting Limited Stay Relief to Enable Borrowers to Assert |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/16/2012 | 91 | Related Counter-claims in Foreclosure and Eviction proceedings. (related document(s)46) Hearing to be held on 6/12/2012 at 10:00 AM at Courtroom 501 (MG). (Tetzlaff, Deanna) Modified on 5/17/2012 (Richards, Beverly). (Entered: 05/16/2012) |
| 05/16/2012 | 92 | Interim Order **Signed on 5/15/2012 by the Honorable James M. Peck** Authorizing Residential Capital, LLC To Enter Into A Shared Services Agreement With Ally Financial Inc. Nunc Pro Tunc To The Petition Date For The Continued Receipt And Provision Of Shared Services Necessary For The Operation Of The Debtors' Businesses. (related document(s)41) Hearing to be held on 6/12/2012 at 10:00 AM at Courtroom 501 (MG). (Tetzlaff, Deanna) Modified on 5/17/2012 (Richards, Beverly). (Entered: 05/16/2012) |
| 05/16/2012 | 93 | Interim Order **Signed on 5/15/2012 by the Honorable James M. Peck** (I) Authorizing But Not Directing Debtors To (A) Pay And Honor Prepetition Wages, Compensation, Employee Expense And Employee Benefit Obligations; And (B) Maintain and Continue Employee Compensation And Benefit Programs; And (II) Directing Banks To Honor Prepetition Checks And Transfer Requests For Payment Of Prepetition Employee Obligations. (related document(s)43) Hearing to be held on 6/12/2012 at 10:00 AM at Courtroom 501 (MG). (Tetzlaff, Deanna) Modified on 5/17/2012 (Richards, Beverly). (Entered: 05/16/2012) |
| 05/16/2012 | 94 | Interim Order **Signed on 5/15/2012 by the Honorable James M. Peck** Authorizing the Debtors to File Under Seal confidential Exhibit to the Governmental Association Servicing Motion and (II) Limiting Notice Thereof. (related document(s) 58) Hearing to be held on 6/12/2012 at 10:00 AM at Courtroom 501 (MG). (Tetzlaff, Deanna) Modified on 5/17/2012 (Richards, Beverly). (Entered: 05/16/2012) |
| 05/16/2012 | 95 | Order **Signed on 5/15/2012 by the Honorable James M. Peck** Authorizing Debtors To Honor Certain Prepetition Obligations To Customers (Related Doc # 38). (Tetzlaff, Deanna) Modified on 5/17/2012 (Richards, Beverly). (Entered: 05/16/2012) |
| 05/16/2012 | 96 | Order, signed on 5/15/2012 by the Honorable James M. Peck, to Employ Kurtzman Carson Consultants LLC as Claims and Noticing Agent (Related Doc # 49) . (Tetzlaff, Deanna) (Entered: 05/16/2012) |
| | | Order, signed on 5/15/2012 by the Honorable James M. Peck, Extending Time For Filing Schedules And Statements (Related |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/16/2012 | 97 | Doc # 29) . (Tetzlaff, Deanna) (Entered: 05/16/2012) |
| 05/16/2012 | 98 | Notice of Appearance *and Request for Service of Notices and Pleadings* filed by Glenn E. Siegel on behalf of The Bank of New York Mellon Trust Company, N.A.. (Siegel, Glenn) (Entered: 05/16/2012) |
| 05/16/2012 | 99 | Notice of Proposed Order / *Notice of Filing of Amended Proposed Order Under Bankruptcy Code Sections 105(a) and 366 (I) Prohibiting Utility Providers from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposits as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment* (related document(s)54) filed by Larren M. Nashelsky on behalf of Residential Capital, LLC. (Nashelsky, Larren) (Entered: 05/16/2012) |
| 05/16/2012 | 100 | Notice of Appearance *and Request for Service of Papers* filed by Michael D. Warner on behalf of HP Enterprise Services, LLC. (Warner, Michael) (Entered: 05/16/2012) |
| 05/16/2012 | 101 | Application for Pro Hac Vice Admission *(with Certificate of Good Standing attached)* filed by Michael D. Warner on behalf of HP Enterprise Services, LLC. (Attachments: # 1 Proposed Order) (Warner, Michael) (Entered: 05/16/2012) |
| 05/16/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020-mg) [motion,122] ( 200.00) Filing Fee. Receipt number 8565330. Fee amount 200.00. (U.S. Treasury) (Entered: 05/16/2012) |
| 05/16/2012 | 102 | Appointment of Official Creditors' Committee filed by Brian Shoichi Masumoto on behalf of United States Trustee. (Masumoto, Brian) (Entered: 05/16/2012) |
| 05/17/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020-mg) [motion,122] ( 200.00) Filing Fee. Receipt number 61418. Fee amount 200.00. (Gomez) (Entered: 05/17/2012) |
| 05/17/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020-mg) [motion,122] ( 200.00) Filing Fee. Receipt number 61418. Fee amount 200.00. (Gomez) (Entered: 05/17/2012) |
| | | Application for Pro Hac Vice Admission *for United States Government Attorney Vicente Matias Murrell* filed by Vicente Matias Murrell on behalf of Pension Benefit Guaranty |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/17/2012 | 103 | Corporation. (Attachments: # 1 Proposed Order# 2 Certificate of Service) (Murrell, Vicente) (Entered: 05/17/2012) |
| 05/17/2012 | 104 | Notice of Appearance *and Request for Service of Papers* filed by Corinne Ball on behalf of Financial Guaranty Insurance Company. (Ball, Corinne) (Entered: 05/17/2012) |
| 05/17/2012 | 105 | Notice of Appearance *and Request for Service of Papers* filed by Scott C. Shelley on behalf of AIG Asset Management (US), LLC. (Shelley, Scott) (Entered: 05/17/2012) |
| 05/17/2012 | 106 | Notice of Sale */ Notice of Filing of Corrected Exhibit C to Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 For Order: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief* (related document(s)61) filed by Larren M. Nashelsky on behalf of Residential Capital, LLC. (Nashelsky, Larren) (Entered: 05/17/2012) |
| 05/17/2012 | 107 | Notice of Sale */ Notice of Filing of Corrected Exhibit C-1 to Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363(b), (f), and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006, and 9014 For Order: (A)(I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B)(I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief* (related document(s)61) filed by Larren M. Nashelsky on behalf of Residential Capital, LLC. (Nashelsky, Larren) (Entered: 05/17/2012) |
| | | INTERIM Order Authorizing Payment of Taxes and Regulatory Fees Under Bankruptcy Code Sections 105(a), 363, 506(a), 507 (a)(8), 541 and 1129 and Bankruptcy Rule 6003 signed on |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/18/2012 | 108 | 5/18/2012. (related document(s)37) Final Hearing to be held on 6/12/2012 at 10:00 AM at Courtroom 501 (MG) Objections due by 6/5/2012 at 4:00 p.m. Eastern Time. (Chien, Jason) (Entered: 05/18/2012) |
| 05/18/2012 | 109 | Notice of Appearance filed by Michael A. Rollin on behalf of Lehman Brothers Holdings Inc.. (Rollin, Michael) (Entered: 05/18/2012) |
| 05/18/2012 | 110 | Notice of Appearance *and Demand for Notice and Papers* filed by Martin G. Bunin on behalf of Wells Fargo Bank, N.A.. (Bunin, Martin) (Entered: 05/18/2012) |
| 05/18/2012 | 111 | Notice of Appearance filed by Robert N. Michaelson on behalf of Wendy Alison Nora. (Michaelson, Robert) (Entered: 05/18/2012) |
| 05/18/2012 | 112 | Affidavit of Service (related document(s)110) filed by Martin G. Bunin on behalf of Wells Fargo Bank, N.A.. (Bunin, Martin) (Entered: 05/18/2012) |
| 05/18/2012 | 113 | Notice of Proposed Order / *Notice of Filing of Amended Proposed Orders for Debtors' Motion Pursuant to 11 U.S.C. 105, 363(b), (f) and (m), 365 and 1123, and Fed. R. Bankr. P. 2002, 6004, 6006 and 9014 for Orders: (A) (I) Authorizing and Approving Sale Procedures, Including Break-Up Fee and Expense Reimbursement; (II) Scheduling Bid Deadline and Sale Hearing; (III) Approving Form and Manner of Notice Thereof; and (IV) Granting Related Relief and (B) (I) Authorizing the Sale of Certain Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (II) Authorizing and Approving Asset Purchase Agreements Thereto; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Related Thereto; and (IV) Granting Related Relief* (related document(s)61) filed by Larren M. Nashelsky on behalf of Residential Capital, LLC. (Attachments: # 1 Exhibit A - Proposed Amended Sale Procedures Order# 2 Exhibit B - Proposed Nationstar Sale Approval Order# 3 Exhibit C - Proposed AFI Sale Approval Order)(Nashelsky, Larren) (Entered: 05/18/2012) |
| 05/18/2012 | 114 | Order signed on 5/18/2012 Authorizing the Filing Under Seal of Certain Unredated Debtor in Possession Financing Fee Letters (Related Doc # 23) . (Rouzeau, Anatin) (Entered: 05/18/2012) |
| 05/18/2012 | 115 | Application for Pro Hac Vice Admission filed by Seth Goldman on behalf of Berkshire Hathaway Inc.. (Goldman, Seth) (Entered: 05/18/2012) |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/18/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020-mg) [motion,122] ( 200.00) Filing Fee. Receipt number 8572699. Fee amount 200.00. (U.S. Treasury) (Entered: 05/18/2012) |
| 05/18/2012 | 116 | Application for Pro Hac Vice Admission *for THOMAS B. WALPER* filed by Seth Goldman on behalf of Berkshire Hathaway Inc.. (Goldman, Seth) (Entered: 05/18/2012) |
| 05/18/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020-mg) [motion,122] ( 200.00) Filing Fee. Receipt number 8572710. Fee amount 200.00. (U.S. Treasury) (Entered: 05/18/2012) |
| 05/18/2012 | 117 | Notice of Appearance *and Request for Service of Papers* filed by Seth Goldman on behalf of Berkshire Hathaway Inc.. (Goldman, Seth) (Entered: 05/18/2012) |
| 05/18/2012 | 118 | Objection *to Interim Orders* filed by Robert N. Michaelson on behalf of Wendy Alison Nora. (Michaelson, Robert) (Entered: 05/18/2012) |
| 05/21/2012 | 119 | Notice of Appearance filed by Andrea Sheehan on behalf of Lewisville Independent School District, Carrollton Farmers Branch ISD, et. al.. (Sheehan, Andrea) (Entered: 05/21/2012) |
| 05/21/2012 | 120 | Notice of Appearance , *Request for Service of Papers, and Request for Matrix Entry* filed by Ira M. Levee on behalf of Lead Plaintiff and the Putative Class. (Levee, Ira) (Entered: 05/21/2012) |
| 05/21/2012 | 121 | Objection *TO INTERIM ORDERS OF THE HONORABLE JAMES M. PECK AS BEING IN EXCESS OF THE COURTS JURISDICTION AS ENTERED WITHOUT NOTICE TO INTERESTED PARTIES OR TIME TO RESPOND IN VIOLATION OF THE FIFTH AND FOURTEENTH AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATES AND HAVING THE EFFECT OF DEPRIVING THE CLAIMANT OF HER PROCEDURAL AND SUBSTANTIVE DUE PROCESS OF LAW TO THE CONSTITUTION OF THE UNITED STATES AND FURTHER BEING IN EXCESS OF ANY REASONABLE EXERCISE OF THE COURTS EQUITABLE POWERS UNDER 11 U.S.C. § 105* filed by Robert N. Michaelson on behalf of Wendy Alison Nora. with hearing to be held on 6/12/2012 at 10:00 AM at Courtroom 501 (MG) (Michaelson, Robert) (Entered: 05/21/2012) |
| | | Notice of Appearance *and Demand for Notice and Papers of* |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/21/2012 | 122 | *Proskauer Rose LLP on behalf of Dallas CPT Fee Owner, L.P.* filed by Scott K. Rutsky on behalf of Dallas CPT Fee Owner, L.P.. (Rutsky, Scott) (Entered: 05/21/2012) |
| 05/21/2012 | 123 | Notice of Appearance filed by Patrick D. Fleming on behalf of Deutsche Bank Trust Company Americas, as trustee. (Fleming, Patrick) (Entered: 05/21/2012) |
| 05/22/2012 | 124 | Notice of Appearance filed by Mark K. Broyles on behalf of Bank of America, N.A.. (Broyles, Mark) (Entered: 05/22/2012) |
| 05/22/2012 | 125 | Notice of Appearance *and Request For Service Of Papers* filed by Ronald L. Cohen on behalf of U.S. Bank National Association, as Securitization Trustee. (Cohen, Ronald) (Entered: 05/22/2012) |
| 05/22/2012 | 126 | Application for Pro Hac Vice Admission *of William B. Macurda* filed by Martin G. Bunin on behalf of Wells Fargo Bank, N.A.. (Attachments: # 1 Proposed Order) (Bunin, Martin) (Entered: 05/22/2012) |
| 05/22/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020-mg) [motion,122] ( 200.00) Filing Fee. Receipt number 8577184. Fee amount 200.00. (U.S. Treasury) (Entered: 05/22/2012) |
| 05/22/2012 | 127 | Application for Pro Hac Vice Admission *of John C. Weitnauer* filed by Martin G. Bunin on behalf of Wells Fargo Bank, N.A.. (Attachments: # 1 Proposed Order) (Bunin, Martin) (Entered: 05/22/2012) |
| 05/22/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020-mg) [motion,122] ( 200.00) Filing Fee. Receipt number 8577245. Fee amount 200.00. (U.S. Treasury) (Entered: 05/22/2012) |
| 05/22/2012 | 128 | Application for Pro Hac Vice Admission filed by Douglas C. Wigley on behalf of Gregory Balensiefer. Filing fee collected, receipt #189612. (Vaccaro, Amanda) (Entered: 05/22/2012) |
| 05/22/2012 | 129 | Order Granting Application for Pro Hac Vice Admission of United States Government Attorney Vicente Matias Murrell (Related Doc # 103) signed on 5/22/2012. (Tetzlaff, Deanna) (Entered: 05/22/2012) |
| | | Application for Pro Hac Vice Admission filed by Robert D. Wolford on behalf of RMBS Settling Investors represented by |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

| | | |
|---|---|---|
| 05/22/2012 | 130 | Talcott Franklin, PC. (Attachments: # 1 Pleading Proposed Order) (Wolford, Robert) (Entered: 05/22/2012) |
| 05/22/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020-mg) [motion,122] ( 200.00) Filing Fee. Receipt number 8578261. Fee amount 200.00. (U.S. Treasury) (Entered: 05/22/2012) |
| 05/22/2012 | 131 | Order Granting Application for Pro Hac Vice Admission of Seth Goldman (Related Doc # 115) signed on 5/22/2012. (Tetzlaff, Deanna) (Entered: 05/22/2012) |
| 05/22/2012 | 132 | Application for Pro Hac Vice Admission filed by Thomas P. Sarb on behalf of RMBS Settling Investors represented by Talcott Franklin, PC. (Attachments: # 1 Pleading proposed Order) (Sarb, Thomas) (Entered: 05/22/2012) |
| 05/22/2012 | | Receipt of Application for Pro Hac Vice Admission(12-12020-mg) [motion,122] ( 200.00) Filing Fee. Receipt number 8578279. Fee amount 200.00. (U.S. Treasury) (Entered: 05/22/2012) |
| 05/22/2012 | 133 | Order Granting Application for Pro Hac Vice Admission of Thomas B. Walper (Related Doc # 116) signed on 5/22/2012. (Tetzlaff, Deanna) (Entered: 05/22/2012) |
| 05/22/2012 | 134 | Order Granting Application for Pro Hac Vice Admission of Douglas C. Wigley (Related Doc # 128) signed on 5/22/2012. (Tetzlaff, Deanna) (Entered: 05/22/2012) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/22/2012 15:27:03 | | | |
| **PACER Login:** | ps0053 | **Client Code:** | Re: GMAC research |
| **Description:** | Docket Report | **Search Criteria:** | 12-12020-mg Fil or Ent: filed From: 5/22/1977 To: 5/22/2012 Doc From: 0 Doc To: 99999999 Headers: included Format: html |
| **Billable Pages:** | 15 | **Cost:** | 1.50 |

**EXHIBIT 4-2 TO OPPOSITION - Status Report to Court**

## PROOF OF SERVICE BY MAIL

I am a resident and am employed in the County of San Diego; I am over the age of 18 and not a party to the within action; my business address is 401 "B" Street, Suite 1500, San Diego, California 92101.

On May 22, 2012 I served the following document[s]:

**STATUS REPORT TO THE COURT BY DEFENDANTS AND CROSS-COMPLAINANTS JASON AND JENNIFER SCHERMERHORN**

on the party(ies) in this action on the attached list by placing a true copy thereof enclosed in a sealed envelope addressed to:

Stephen E. Ensberg, Esq.  
Law Offices of Stephen E. Ensberg  
1609 West Garvey Avenue North  
West Covina, CA 91790  

Thomas Davis, Esq.  
Nicole Cohrs, Esq.  
Davis Law  
580 Broadway, Suite 301  
Laguna Beach, CA 92651  

Jonathan D. Fink, Esq.  
Magdalena Kozinska, Esq.  
Wright Finlay & Zak LLP  
4665 MacArthur Court, Suite 280  
Newport Beach, CA 92660  

I caused such envelopes to be deposited in the mail at San Diego, California. The envelopes were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 23, 2012 at San Diego, California.

_____  
Theresa Moser

-8-

**EXHIBIT 4-2 TO OPPOSITION** - Status Report to Court
JASON AND JENNIFER SCHERMERHORN