**EXHIBIT 5**

# Exhibit "5"

**EXHIBIT 5 - BILLING STATEMENTS**

| | 5/22/12 5:32 PM | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
| --- | --- | --- | --- | --- | --- | --- | --- |
| KACK | 0.80 | $315.00 | | | $252.00 | 1/12/2010 | Research re equitable subrogation claims. |
| KACK | 0.90 | $315.00 | | | $283.50 | 1/13/2010 | Review documents received in preparation for drafting cross-complaint for equitable subrogation and declaratory relief. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/14/2010 | Review client files for equitable subrogation complaint. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/20/2010 | Review emails and conference with Mr. Sims re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| GNS | 0.30 | $315.00 | | | $94.50 | 1/26/2010 | Attention to conflicts and telephone conference with Mr. Duer. |
| ACT | | | 2 | $0.50 | $1.00 | 1/27/2010 | Facsimile charges. |
| MYM | 0.30 | $315.00 | | | $94.50 | 1/27/2010 | Telephone conference with Mr. Ensberg, plaintiff's counsel, re case history and status and re extension of time to answer complaint; draft letter to Mr. Ensberg re same. |
| MYM | 0.30 | $315.00 | | | $94.50 | 1/29/2010 | Review email from Mr. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 2.40 | $315.00 | | | $756.00 | 1/29/2010 | Prepare, review and revise answer to verified complaint and accompanying affirmative defenses. |
| MYM | 0.10 | $315.00 | | | $31.50 | 1/31/2010 | Review email from Mr. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 3.70 | $315.00 | | | $1,165.50 | 2/1/2010 | Review documents and analyze transactions from and after GMAC reconveyance of senior lien. |
| KACK | 1.50 | $315.00 | | | $472.50 | 2/1/2010 | Review documents received from Client and emails re same; research for and work on draft of cross-complaint. |
| MYM | 2.80 | $315.00 | | | $882.00 | 2/3/2010 | Analyze defenses to GMAC complaint and limitations on value and evaluate extent of Bank of America "unjust enrichment" and constructive knowledge of GMAC deed of trust on equitable subrogation claim. |

## EXHIBIT 5 - BILLING STATEMENTS

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.10 | $315.00 | | | $31.50 | 2/3/2010 | Telephone conference with Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 1.30 | $315.00 | | | $409.50 | 2/4/2010 | Research for cross-complaint. |
| KACK | 0.90 | $315.00 | | | $283.50 | 2/4/2010 | Further revisions to cross-complaint re quiet title and research re same. |
| ACT | | | 158 | $0.10 | $15.80 | 2/5/2010 | Photocopy expenses |
| KACK | 0.40 | $315.00 | | | $126.00 | 2/5/2010 | Work on draft of cross-complaint. |
| MYM | 0.80 | $315.00 | | | $252.00 | 2/5/2010 | Commence review and analysis of documents provided by clients. |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/6/2010 | Review email from Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 5.90 | $315.00 | | | $1,858.50 | 2/8/2010 | Work on draft of cross-complaint. |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/8/2010 | Review plaintiff's request for default as to seven parties. |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/8/2010 | Prepare email to Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 3.20 | $315.00 | | | $1,008.00 | 2/9/2010 | Review documents and pleadings re cross-complaint against GMAC. |
| KACK | 0.70 | $315.00 | | | $220.50 | 2/11/2010 | Revise and finalize cross-complaint and gather exhibits re same. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/16/2010 | Review Client emails re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| ACT | | | 1 | $740.00 | $740.00 | 2/17/2010 | Answer filing fee. |
| ACT | | | 84 | $0.10 | $8.40 | 2/17/2010 | Photocopy expenses |
| ACT | | | 331 | $0.10 | $33.10 | 2/17/2010 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/17/2010 | Follow up with Ms. Goldsmith and issues re service of answer. |
| ACT | | | 104 | $0.10 | $10.40 | 2/26/2010 | Photocopy expenses |
| ACT | | | 304 | $0.10 | $30.40 | 2/26/2010 | Photocopy expenses |

## EXHIBIT 5 - BILLING STATEMENTS

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 2.00 | $315.00 | | | $630.00 | 2/26/2010 | Review pleadings and documents and prepare for initial "meet and confer" session. |
| KACK | 0.30 | $315.00 | | | $94.50 | 2/26/2010 | Attend to service issues on cross-complaint. |
| MYM | 1.40 | $315.00 | | | $441.00 | 2/28/2010 | Review pleadings re initial conferences. |
| KACK | 0.20 | $315.00 | | | $63.00 | 3/1/2010 | Follow up with Ms. Goldsmith re status of service and related issues. |
| KACK | 0.30 | $315.00 | | | $94.50 | 3/1/2010 | Attention to message from Mr. Early re briefs. |
| MYM | 2.20 | $315.00 | | | $693.00 | 3/2/2010 | Research re defenses to GMAC complaint, and GMAC and Bank of America defenses to Schermerhorn cross-complaint; analyze problems with court delays in issuing summons. |
| MYM | 0.10 | $315.00 | | | $31.50 | 3/3/2010 | Review file re status and delays by Superior Court. |
| ACT | | | 2 | $0.10 | $0.20 | 3/6/2010 | Photocopy expenses |
| MYM | 0.10 | $315.00 | | | $31.50 | 3/6/2010 | Review plaintiff's request to enter default against Mr. Tozier. |
| MYM | 1.80 | $315.00 | | | $567.00 | 3/10/2010 | Analyze prospects of staying litigation due to Mr. Schermerhorn's active military duty. |
| MYM | 0.20 | $315.00 | | | $63.00 | 3/11/2010 | Review status of issuance of summons and service of cross-complaint. |
| MYM | 1.40 | $315.00 | | | $441.00 | 3/16/2010 | Research and analyze possible stay of litigation. |
| ACT | | | 1 | $87.75 | $87.75 | 3/17/2010 | Knox invoice no. 539191 Service |
| ACT | | | 40 | $0.10 | $4.00 | 3/19/2010 | Photocopy expenses |
| ACT | | | 76 | $0.10 | $7.60 | 3/19/2010 | Photocopy expenses |
| KACK | 0.30 | $315.00 | | | $94.50 | 3/19/2010 | Research and gather documents for service on parties. |
| KACK | 0.40 | $315.00 | | | $126.00 | 3/19/2010 | Conference with attorney service re service issues re cross-complaint; research re same. |
| ACT | | | 1 | $105.65 | $105.65 | 3/22/2010 | Knox Attorney Service; messenger, invoice no.: 540106 Service |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| ACT | | | 24 | $0.10 | $2.40 | 3/23/2010 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 3/23/2010 | Review answer by plaintiff to cross-complaint. |
| MYM | 2.30 | $315.00 | | | $724.50 | 3/23/2010 | Review GMAC answer to cross-complaint and affirmative defenses and compare to GMAC complaint and documents compiled to date. |
| ACT | | | 1 | $87.75 | $87.75 | 3/25/2010 | Knox Attorney Service; messenger, invoice no.: 541145 Report |
| ACT | | | 22 | $0.10 | $2.20 | 3/29/2010 | Photocopy expenses |
| ACT | | | 96 | $0.10 | $9.60 | 3/29/2010 | Photocopy expenses |
| MYM | 0.50 | $315.00 | | | $157.50 | 3/29/2010 | Review email from Mr. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 2.20 | $315.00 | | | $693.00 | 3/29/2010 | Research re possible stay of proceedings pursuant to Soldiers and Sailors Relief Act. |
| KACK | 0.20 | $315.00 | | | $63.00 | 3/29/2010 | Review answer by Wells Fargo and cross-complaint. |
| KACK | 0.20 | $315.00 | | | $63.00 | 3/29/2010 | Review emails from Client re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| ACT | | | 11 | $0.10 | $1.10 | 3/30/2010 | Photocopy expenses |
| MYM | 0.20 | $315.00 | | | $63.00 | 3/30/2010 | Review Wells Fargo Bank answer to GMAC complaint. |
| MYM | 1.30 | $315.00 | | | $409.50 | 3/30/2010 | Review and analyze Wells Fargo Bank cross-complaint. |
| MYM | 0.20 | $315.00 | | | $63.00 | 3/30/2010 | Telephone conference with Mr. Wechsler re Bank of America position. |
| KACK | 0.20 | $315.00 | | | $63.00 | 3/30/2010 | Follow up with Mr. MacKinnon and review emails re status. |
| MYM | 2.00 | $315.00 | | | $630.00 | 3/31/2010 | Review Wells Fargo Bank documents submitted in support of its cross-complaint. |
| MYM | 3.70 | $315.00 | | | $1,165.50 | 4/1/2010 | Research re issues raised in Wells Fargo Bank cross-complaint. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.10 | $315.00 | | | $31.50 | 4/2/2010 | Review letter from Mr. Savlov re mediation with Bank of America. |
| KACK | 0.60 | $315.00 | | | $189.00 | 4/2/2010 | Research re mediation issues. |
| MYM | 0.80 | $315.00 | | | $252.00 | 4/5/2010 | Prepare for meeting with Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.30 | $315.00 | | | $94.50 | 4/5/2010 | Review series of emails re status and tasks. |
| KACK | 0.30 | $315.00 | | | $94.50 | 4/5/2010 | Finalize Savlov letter re mediation of claims. |
| MYM | 0.30 | $315.00 | | | $94.50 | 4/5/2010 | Revise response to letter from Mr. Savlov re claim against GMAC. |
| MYM | 0.10 | $315.00 | | | $31.50 | 4/5/2010 | Draft email to Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| ACT | | | 136 | $0.10 | $13.60 | 4/9/2010 | Photocopy expenses |
| MYM | 0.30 | $315.00 | | | $94.50 | 4/9/2010 | Conference with Mr. Kirk re possible representation of Bank of America re case status and related issues. |
| MYM | 1.50 | $315.00 | | | $472.50 | 4/9/2010 | Review and analyze special and form interrogatories and requests for admissions from Wells Fargo Bank to Executive Trustee Services and special and form interrogatories and requests for admissions from Wells Fargo Bank to GMAC. |
| MYM | 2.50 | $315.00 | | | $787.50 | 4/10/2010 | Review documents and pleadings and evaluate prospect of motion for summary judgment. |
| ACT | | | 82 | $0.10 | $8.20 | 4/12/2010 | Photocopy expenses |
| KACK | 1.90 | $315.00 | | | $598.50 | 4/12/2010 | Prepare for and meeting with Client re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.50 | $315.00 | | | $157.50 | 4/12/2010 | Prepare documents and files for this morning's meeting with Mrs. Schermerhorn. |

## EXHIBIT 5 - BILLING STATEMENTS

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | 5/22/12 5:32 PM | |
| | | | | | | | |
| MYM | 0.10 | $315.00 | | | $31.50 | 4/12/2010 | Review two emails from Mrs. Schermerhorn re [REDACTED FPR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 4.30 | $315.00 | | | $1,354.50 | 4/12/2010 | Review documents, pleadings, correspondence and notes and prepare for and meet with Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| RSP | 1.00 | $125.00 | | | $125.00 | 4/12/2010 | Copy new client documents. |
| ACT | | | 10 | $0.10 | $1.00 | 4/13/2010 | Photocopy expenses |
| MYM | 2.20 | $315.00 | | | $693.00 | 4/13/2010 | Evaluate possible motions for summary judgment against GMAC. |
| MYM | 0.10 | $315.00 | | | $31.50 | 4/13/2010 | Review court's acceptance of summons and proof of service and striking of June 1 hearing date. |
| MYM | 0.80 | $315.00 | | | $252.00 | 4/13/2010 | Review information re current fair market value of subject real property. |
| MYM | 1.70 | $315.00 | | | $535.50 | 4/14/2010 | Research re possible summary judgment motions against GMAC. |
| MYM | 0.20 | $315.00 | | | $63.00 | 4/15/2010 | Review Bank of America answer to GMAC verified complaint and Bank of America answer to Schermerhorn cross-complaint. |
| ACT | | | 6 | $0.10 | $0.60 | 4/16/2010 | Photocopy expenses |
| ACT | | | 75 | $0.10 | $7.50 | 4/16/2010 | Photocopy expenses |
| MYM | 3.70 | $315.00 | | | $1,165.50 | 4/17/2010 | Review and analyze factual allegations and evaluate defenses to GMAC complaint and prosecution of cross-complaint. |
| MYM | 0.10 | $315.00 | | | $31.50 | 4/17/2010 | Draft email to Mr. and Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/19/2010 | Review Bank of America's two answers (to complaint and x-complaint). |
| MYM | 0.90 | $315.00 | | | $283.50 | 4/19/2010 | Review documents and pleadings and prepare motions for summary judgment against GMAC. |
| MYM | 0.10 | $315.00 | | | $31.50 | 4/20/2010 | Review two emails from Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 3.30 | $315.00 | | | $1,039.50 | 4/20/2010 | Analyze documents re damages and equitable claims against and defenses to GMAC. |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/20/2010 | Review and respond to Client emails re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 3.80 | $315.00 | | | $1,197.00 | 4/22/2010 | Research of "voidable" as to "void" reconveyance of deed of trust and review documents re GMAC claims. |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/23/2010 | Follow up tasks re outstanding documents and pleadings. |
| MYM | 0.10 | $315.00 | | | $31.50 | 4/24/2010 | Draft email to Mr. and Mrs. Schermerhorn [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| ACT | | | 45 | $0.10 | $4.50 | 4/26/2010 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/26/2010 | Follow up re production of documents by Clients. |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/26/2010 | Draft letter to Clients re [REDACTED FOR ATTORNEY CLIENT PRIVILEGE] |
| MYM | 3.20 | $315.00 | | | $1,008.00 | 4/28/2010 | Conduct research re "void" vs. "voidable" of purportedly erroneous reconveyance of GMAC loan and re Bank of America actual knowledge. |
| MYM | 0.10 | $315.00 | | | $31.50 | 4/28/2010 | Review email from Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/28/2010 | Review Mr. Schermerhorn's email re expenses. |
| MYM | 0.80 | $315.00 | | | $252.00 | 4/29/2010 | Analyze components of potential damages. |
| ACT | | | 8 | $0.10 | $0.80 | 4/30/2010 | Photocopy expenses |
| MYM | 0.20 | $315.00 | | | $63.00 | 5/1/2010 | Review GMAC Mortgage and Executive Trustee Services answer to Wells Fargo cross-complaint. |
| ACT | | | 9 | $0.10 | $0.90 | 5/5/2010 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/5/2010 | Review request for default on cross-complaint. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.20 | $315.00 | | | $63.00 | 5/7/2010 | Draft email to Mr. and Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE]. |
| MYM | 0.10 | $315.00 | | | $31.50 | 5/10/2010 | Review email from Mr. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/11/2010 | Begin draft of case management conference statement. |
| KACK | 1.10 | $315.00 | | | $346.50 | 5/11/2010 | Telephone conference with Mr. Patry at MERS; revise draft of case management conference statement re same. |
| KACK | 0.40 | $315.00 | | | $126.00 | 5/11/2010 | Draft email and gather documents for MERS' counsel. |
| MYM | 0.80 | $315.00 | | | $252.00 | 5/11/2010 | Commence preparation of case management statement. |
| MYM | 0.20 | $315.00 | | | $63.00 | 5/11/2010 | Review correspondence with Mr. Patry, in-house counsel for MERS, re failure to respond to complaint and cross-complaint. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/11/2010 | Revise case management conference statement. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/12/2010 | Review and revise Case Management Conference Statement. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/12/2010 | Follow-up with Mr. Patry re service issues on cross-complaint. |
| ACT | | | 1 | $14.94 | $14.94 | 5/13/2010 | Federal Express, delivery to Clerk of the Court, Riverside Superior Court |
| ACT | | | 67 | $0.10 | $6.70 | 5/13/2010 | Photocopy expenses |
| MYM | 1.30 | $315.00 | | | $409.50 | 5/13/2010 | Review letter and accompanying authorities re MERS' ability to defend complaint and cross-complaint without qualifying to do business in California and re injunctive relief against usurper of MERS' trademark as relief from default. |
| MYM | 2.00 | $315.00 | | | $630.00 | 5/13/2010 | Review pleadings and documents and review and revise case management statement. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/13/2010 | Receive and review email communications from client re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 5/13/2010 | Review and finalize case management statement. |
| KACK | 0.60 | $315.00 | | | $189.00 | 5/13/2010 | Conduct research re issues re service of cross-complaint. |
| KACK | 0.40 | $315.00 | | | $126.00 | 5/13/2010 | Conference with Mr. Patry re issues re service of cross-complaint. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/13/2010 | Draft email to Mr. Patry re MERS appearance; respond to Mr. Patry's request for information. |
| MYM | 0.10 | $315.00 | | | $31.50 | 5/13/2010 | Review email from Mr. Patry re MERS' response and review reply to same. |
| ACT | | | 14 | $0.10 | $1.40 | 5/14/2010 | Photocopy expenses |
| KACK | 0.80 | $315.00 | | | $252.00 | 5/14/2010 | Research issues re MERS; draft letter to Mr. Patry re service of documents. |
| MYM | 0.70 | $315.00 | | | $220.50 | 5/14/2010 | Review pleadings re propriety of service of complaint and cross-complaints and evaluate status of case as "at issue" for case management conference. |
| MYM | 0.10 | $315.00 | | | $31.50 | 5/15/2010 | Review reply from Mrs. Schermerhorn. |
| MYM | 0.10 | $315.00 | | | $31.50 | 5/15/2010 | Review email from Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.40 | $315.00 | | | $126.00 | 5/15/2010 | Draft status report to Mr. and Mrs. Schermerhorn. |
| MYM | 0.20 | $315.00 | | | $63.00 | 5/16/2010 | Review GMAC case management statement. |
| ACT | | | 1 | $55.00 | $55.00 | 5/17/2010 | Fees for Telephonic Hearing; Appearance date June 1, 2010 |
| ACT | | | 6 | $0.10 | $0.60 | 5/17/2010 | Photocopy expenses |
| ACT | | | 12 | $0.10 | $1.20 | 5/17/2010 | Photocopy expenses |
| ACT | | | 30 | $0.10 | $3.00 | 5/17/2010 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/17/2010 | Draft email to Mr. Ensberg re service of complaint on MERS. |

## EXHIBIT 5 - BILLING STATEMENTS

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 5/17/2010 | Telephone conference with Mr. Ensberg re MERS service issues and upcoming case management conference. |
| MYM | 0.20 | $315.00 | | | $63.00 | 5/18/2010 | Review Wells Fargo Bank case management statement. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/18/2010 | Review MERS case management statement for June 1 hearing. |
| KACK | 0.10 | $315.00 | | | $31.50 | 5/18/2010 | Telephone conference with T. Davis re his representation of Wells Fargo. |
| MYM | 0.30 | $315.00 | | | $94.50 | 5/18/2010 | Telephone conference with Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE]. |
| MYM | 0.20 | $315.00 | | | $63.00 | 5/18/2010 | Review MERS case management statement. |
| ACT | | | 18 | $0.10 | $1.80 | 5/19/2010 | Photocopy expenses |
| KACK | 0.50 | $315.00 | | | $157.50 | 5/19/2010 | Review and respond to letter from MERS' counsel re issues involving MERS. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/19/2010 | Review and respond to client email re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.10 | $315.00 | | | $31.50 | 5/19/2010 | Review email from Mr. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.20 | $315.00 | | | $63.00 | 5/20/2010 | Review MERS answer to complaint. |
| ACT | | | 1 | $47.75 | $47.75 | 5/21/2010 | Knox Attorney Service; messenger, invoice no.: 554017 Filing:  Notice of Telephonic Appearance; Proof of Service-Civil. Filing completed on 05/20/10 at 10:20 AM |
| MYM | 1.70 | $315.00 | | | $535.50 | 5/21/2010 | Review pleadings and documents and draft reply to Mr. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/21/2010 | Review email re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE]. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/21/2010 | Prepare for case management conference on 6/1/10. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/25/2010 | Attention to tasks for setting aside MERS default. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.10 | $315.00 | | | $31.50 | 5/25/2010 | Review GMAC requests for default as to National Bank of Kansas City. |
| MYM | 0.50 | $315.00 | | | $157.50 | 5/26/2010 | Review GMAC special interrogatories to MERS and GMAC demand for inspection of MERS documents. |
| KACK | 0.40 | $315.00 | | | $126.00 | 5/26/2010 | Draft motion to set aside default. |
| KACK | 0.80 | $315.00 | | | $252.00 | 5/27/2010 | Prepare documents to set aside MERS default. |
| ACT | | | 10 | $0.10 | $1.00 | 5/28/2010 | Photocopy expenses |
| MYM | 0.10 | $315.00 | | | $31.50 | 5/28/2010 | Review GMAC request for dismissal of Mr. Tozier without prejudice. |
| MYM | 0.10 | $315.00 | | | $31.50 | 5/29/2010 | Draft email to Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 1.80 | $315.00 | | | $567.00 | 5/29/2010 | Review files and prepare for case management conference. |
| MYM | 0.40 | $315.00 | | | $126.00 | 5/31/2010 | Review email from Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE]; reply to her RE SAME |
| MYM | 0.80 | $315.00 | | | $252.00 | 5/31/2010 | Prepare for case management conference. |
| KACK | 0.20 | $315.00 | | | $63.00 | 6/1/2010 | Address issues for today's Case Management Conference and related issues. |
| MYM | 0.10 | $315.00 | | | $31.50 | 6/1/2010 | Review three emails from Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLLIENT PRIVILEGE]. |
| MYM | 0.50 | $315.00 | | | $157.50 | 6/1/2010 | Prepare for case management conference. |
| KACK | 0.30 | $315.00 | | | $94.50 | 6/1/2010 | Telephone conference with Ms. Kozinska regarding changes to stipulation and order regarding default. |
| KACK | 0.30 | $315.00 | | | $94.50 | 6/1/2010 | Review and finalize stipulation and order and draft email regarding amended cross-complaint. |
| KACK | 0.30 | $315.00 | | | $94.50 | 6/1/2010 | Draft stipulation and order regarding setting aside default. |

### EXHIBIT 5 - BILLING STATEMENTS

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 1.00 | $315.00 | | | $315.00 | 6/1/2010 | Attend telephonic appearance of Case Management Conference in Riverside court |
| MYM | 0.10 | $315.00 | | | $31.50 | 6/1/2010 | Telephone conference with Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 1.20 | $315.00 | | | $378.00 | 6/2/2010 | Prepare proposed amended cross-complaint. |
| ACT | | | 1 | $20.00 | $20.00 | 6/3/2010 | Filing fee; Stipulation to Set Aside Default Against Cross-Defendant (8 pages), and Order Approving Stipulation to Set Aside Default Against Cross-Defendant (2 pages). |
| ACT | | | 26 | $0.10 | $2.60 | 6/3/2010 | Copies |
| KACK | 1.10 | $315.00 | | | $346.50 | 6/3/2010 | Finalize draft cross-complaint, stipulation, order and letter to all parties regarding filing and service of same. |
| KACK | 0.60 | $315.00 | | | $189.00 | 6/3/2010 | Draft letter to all regarding filing amended cross-complaint. Draft stipulation and order regarding same. |
| MYM | 0.20 | $315.00 | | | $63.00 | 6/3/2010 | Revise letter to opposing counsel re cross-complaint. |
| KACK | 0.10 | $315.00 | | | $31.50 | 6/4/2010 | Follow up regarding letter and documents sent regarding amended cross-complaint. |
| ACT | | | 324 | $0.10 | $32.40 | 6/8/2010 | Photocopy expenses |
| KACK | 0.30 | $315.00 | | | $94.50 | 6/8/2010 | Begin review of Bank of America's discovery responses. |
| KACK | 0.20 | $315.00 | | | $63.00 | 6/9/2010 | Review discovery responses for Bank of America. |
| MYM | 2.70 | $315.00 | | | $850.50 | 6/9/2010 | Review plaintiff GMAC responses to Wells Fargo requests for admissions, special interrogatories and form interrogatories and plaintiff's Executive Trustee Services responses to Wells Fargo requests for admissions, special interrogatories and form interrogatories (158 pages). |
| ACT | | | 24 | $0.10 | $2.40 | 6/10/2010 | Photocopy expenses |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 6/11/2010 | Review and respond to M. Koziniska's email regarding motion to amend complaint. |
| MYM | 0.20 | $315.00 | | | $63.00 | 6/11/2010 | Review letter from Ms. Kozinska regarding proposed amended cross-complaint and letter from Mr. Fink regarding proposed cross-complaint. |
| KACK | 0.20 | $315.00 | | | $63.00 | 6/15/2010 | Draft email to S. Ensberg regarding proposed amended cross-complaint and stipulation. |
| ACT | | | 12 | $0.10 | $1.20 | 6/21/2010 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 6/21/2010 | Draft email to all counsel regarding motion for leave to amend complaint. |
| MYM | 1.00 | $315.00 | | | $315.00 | 6/21/2010 | Review and revise motion for leave to file amended cross-complaint and related pleadings. |
| KACK | 0.20 | $315.00 | | | $63.00 | 6/22/2010 | Revise two declarations in support of motion to amend. |
| KACK | 0.50 | $315.00 | | | $157.50 | 6/22/2010 | Finalize motion for leave to amend cross-complaint in preparation for filing with the court. |
| KACK | 0.40 | $315.00 | | | $126.00 | 6/22/2010 | Review motion for leave to amend in preparation for filing. |
| MYM | 0.40 | $315.00 | | | $126.00 | 6/22/2010 | Prepare motion for leave to file amended cross-complaint. |
| KACK | 0.30 | $315.00 | | | $94.50 | 6/23/2010 | Telephone calls and emails with client regarding [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.30 | $315.00 | | | $94.50 | 6/23/2010 | Draft response to client regarding [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.10 | $315.00 | | | $31.50 | 6/23/2010 | Review stipulation to allow filing of first amended cross-complaint. |
| ACT | | | 20 | $0.10 | $2.00 | 6/24/2010 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 6/24/2010 | Finalize stipulation for judicial settlement conference and letter to all parties regarding same. |

## EXHIBIT 5 - BILLING STATEMENTS

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.10 | $315.00 | | | $31.50 | 6/24/2010 | Review email from Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.10 | $315.00 | | | $31.50 | 6/24/2010 | Revise letter to counsel re proposed judicial settlement conference. |
| ACT | | | 4 | $0.10 | $0.40 | 6/25/2010 | Photocopy expenses |
| ACT | | | 1 | $47.75 | $47.75 | 6/28/2010 | Knox Attorney Service; messenger, invoice no.: 562523 Filing: Notice of Hearing on Motion by Defendant/Cross-Complainants |
| KACK | 0.30 | $315.00 | | | $94.50 | 6/28/2010 | Review and respond to emails regarding judicial settlement conference |
| ACT | | | 1 | $87.75 | $87.75 | 7/2/2010 | Knox Attorney Service; messenger, invoice no.: 563435 Filing Notice of Hearing on Motion by Defendant/Cross-Complainants. Filing completed on 6/29/10. |
| ACT | | | 492 | $0.10 | $49.20 | 7/6/2010 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/6/2010 | Follow up calls regarding August 5, 2010 hearing and related issues. |
| KACK | 0.40 | $315.00 | | | $126.00 | 7/7/2010 | Review documents for plaintiff's counsel; draft email to all regarding judicial settlement conference. |
| ACT | | | 16 | $0.10 | $1.60 | 7/8/2010 | Photocopy expenses |
| KACK | 0.60 | $315.00 | | | $189.00 | 7/8/2010 | Telephone conference with Mr. Ensberg regarding status of action and amended cross-complaint; Draft revised stipulation and email to all regarding same. |
| MYM | 0.20 | $315.00 | | | $63.00 | 7/9/2010 | Prepare status report to Mr. Everhart. |
| MYM | 1.20 | $315.00 | | | $378.00 | 7/9/2010 | Review written discovery requests and responses. |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/9/2010 | Follow up with client regarding [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/9/2010 | Review and response regarding stipulation regarding amended complaint. |
| ACT | | | 28 | $0.10 | $2.80 | 7/12/2010 | Photocopy expenses |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 7/12/2010 | Review documents received regarding judicial settlement conference. |
| MYM | 0.20 | $315.00 | | | $63.00 | 7/13/2010 | Review email from Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/13/2010 | Review and respond to email from client regarding [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/14/2010 | Attention to issues regarding August 5, 2010 hearing and judicial settlement conference. |
| MYM | 2.00 | $315.00 | | | $630.00 | 7/14/2010 | Review and analyze discovery responses of MERS to GMAC for (1) form interrogatories (22 pages), special interrogatories (24 pages) and request for production of documents with accompanying documents (34 pages). |
| ACT | | | 4 | $0.10 | $0.40 | 7/15/2010 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/19/2010 | Review and respond to emails regarding status. |
| ACT | | | 1 | $14.87 | $14.87 | 7/20/2010 | Federal Express, delivery to Civil Division/ADR, Riverside Superior Court |
| ACT | | | 16 | $0.10 | $1.60 | 7/20/2010 | Photocopy expenses |
| ACT | | | 60 | $0.10 | $6.00 | 7/20/2010 | Photocopy expenses |
| ACT | | | 130 | $0.10 | $13.00 | 7/20/2010 | Photocopy expenses |
| ACT | | | 184 | $0.10 | $18.40 | 7/20/2010 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/20/2010 | Follow up emails to all regarding amended cross-complaint and settlement conference. |
| KACK | 0.40 | $315.00 | | | $126.00 | 7/20/2010 | Review fax received from Mr. Davis regarding stipulation; Draft letter to Court regarding amended cross-complaint. |

## EXHIBIT 5 - BILLING STATEMENTS

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 1.10 | $315.00 | | | $346.50 | 7/20/2010 | Draft letter to court regarding judicial settlement conference; Telephone conferences with court regarding same; Draft memorandum to all parties regarding same and regarding amended cross-complaint. |
| MYM | 2.70 | $315.00 | | | $850.50 | 7/20/2010 | Commence preparation of mediation/settlement brief. |
| MYM | 0.30 | $315.00 | | | $94.50 | 7/21/2010 | Prepare report to Tamar Schiller re case history and status. |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/23/2010 | Attention to stipulation for ADR and tasks regarding same. |
| ACT | | | 1 | $89.25 | $89.25 | 7/26/2010 | Knox Attorney Service; messenger, invoice no.: 567952 Filing: Stipulation to permit the Schermerhorns to File |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/26/2010 | Draft email to all regarding stipulation for ADR. |
| MYM | 0.30 | $315.00 | | | $94.50 | 7/26/2010 | Review answers and affirmative defenses of Bank of America and PRLAP and of MERS to Schermerhorn amended cross-complaint. |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/27/2010 | Review and respond to Mr. Ensberg's email regarding amended complaint. |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/27/2010 | Follow up regarding status of amended cross-complaint and settlement conference issues. |
| MYM | 0.10 | $315.00 | | | $31.50 | 7/29/2010 | Draft email to Mr. and Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.30 | $315.00 | | | $94.50 | 7/29/2010 | Telephone conference with Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE]. |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/29/2010 | Review and respond to email regarding status of judicial settlement conference order. |
| KACK | 0.20 | $315.00 | | | $63.00 | 7/29/2010 | Telephone conferences (2) regarding timing of answers to cross-complaint. |
| MYM | 0.10 | $315.00 | | | $31.50 | 7/29/2010 | Review two emails from Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |

## EXHIBIT 5 - BILLING STATEMENTS

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 7/30/2010 | Review and respond to email regarding amended cross-complaint. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/3/2010 | Review docket and emails and follow up regarding August 5, 2010 hearing on motion for leave to file amended cross-complaint. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/4/2010 | Telephone conferences (2) with counsel regarding judicial settlement conference. |
| MYM | 1.70 | $315.00 | | | $535.50 | 8/4/2010 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/4/2010 | Review and respond to email regarding stipulation and order regarding amended cross-complaint. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/5/2010 | Follow up emails regarding today's hearing on amended cross-complaint. |
| ACT | | | 27 | $0.10 | $2.70 | 8/9/2010 | Photocopy expenses |
| ACT | | | 34 | $0.10 | $3.40 | 8/9/2010 | Photocopy expenses |
| ACT | | | 69 | $0.10 | $6.90 | 8/9/2010 | Photocopy expenses |
| MYM | 0.10 | $315.00 | | | $31.50 | 8/9/2010 | Review email from Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| ACT | | | 224 | $0.10 | $22.40 | 8/10/2010 | Photocopy expenses |
| ACT | | | 328 | $0.10 | $32.80 | 8/10/2010 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/11/2010 | Review emails regarding status of all matters. |
| MYM | 2.20 | $315.00 | | | $693.00 | 8/11/2010 | Prepare outline of brief for judicial settlement. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/12/2010 | Review and respond to emails (3) regarding meeting with clients. |
| MYM | 0.10 | $315.00 | | | $31.50 | 8/12/2010 | Draft email to Mr. and Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.10 | $315.00 | | | $31.50 | 8/12/2010 | Review email from Mr. Schermerhorn re [redacted for attorney-client privilege]; email from Mrs. Schermerhorn re same and reply. |
| MYM | 0.10 | $315.00 | | | | 8/12/2010 | Review two emails from Mr. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] and reply to same. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| RSP | 1.00 | $125.00 | | | $125.00 | 8/12/2010 | Review and organize documents from client re [REDACTED FOR ATTORNEY CLIENT PRIVILEGE] |
| AM | 2.80 | $225.00 | | | $630.00 | 8/13/2010 | Review tax parcel number requirements, and evaluate effect of missing numbers, research. |
| MYM | 3.80 | $315.00 | | | $1,197.00 | 8/13/2010 | Analyze documents re defenses to GMAC claims. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/13/2010 | Prepare for meeting with Mr. Schermerhorn and Mrs. Schermerhorn. |
| AM | 0.20 | $225.00 | | | $45.00 | 8/13/2010 | Communicate with Mr. MacKinnon regarding [REDACTED FOR ATTORNEY WORK PRODUCT] |
| MYM | 3.50 | $315.00 | | | $1,102.50 | 8/14/2010 | Evaluate defenses to GMAC complaint. |
| ACT | | | 1 | $47.75 | $47.75 | 8/15/2010 | Knox Attorney Service; messenger, invoice no.: 572313 Filing: First Amended Cross-Complaint; filing completed 8/11/10 |
| KACK | 1.30 | $315.00 | | | $409.50 | 8/16/2010 | Prepare for and attend meeting with clients regarding [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.30 | $315.00 | | | $94.50 | 8/17/2010 | Review court docket re status of litigation and judicial settlement conference. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/18/2010 | Follow up to meeting with clients regarding [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/19/2010 | Review and respond to email regarding status of answer to amended cross-complaint and mediation. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/20/2010 | Follow up regarding judicial settlement conference and related issues regarding same. |
| MYM | 1.50 | $315.00 | | | $472.50 | 8/20/2010 | Prepare for settlement discussions with Bank of America. |
| MYM | 3.00 | $315.00 | | | $945.00 | 8/22/2010 | Analyze pleadings and documents and prepare for settlement discussions with Bank of America. |
| KACK | 0.10 | $315.00 | | | $31.50 | 8/24/2010 | Review docket for updates. |
| KACK | 0.30 | $315.00 | | | $94.50 | 8/25/2010 | Evaluate efficacy of mediation, Bank of America claims and related issues. |
| MYM | 1.20 | $315.00 | | | $378.00 | 8/25/2010 | Review pleadings, documents, correspondence and notes in preparation for informal settlement conference with Mr. Fink, counsel for Bank of America. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.20 | $315.00 | | | $63.00 | 8/25/2010 | Telephone conference with Mr. Fink re settlement prospects (two calls). |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/26/2010 | Review and respond to client email regarding [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.20 | $315.00 | | | $63.00 | 8/26/2010 | Draft letter to Mr. and Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.10 | $315.00 | | | $31.50 | 8/26/2010 | Review email from Mr. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| MYM | 0.30 | $315.00 | | | $94.50 | 8/26/2010 | Review two emails from Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] and reply to same. |
| MYM | 0.30 | $315.00 | | | $94.50 | 8/26/2010 | Review email from Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] and respond to same. |
| MYM | 0.20 | $315.00 | | | $63.00 | 8/27/2010 | Draft email to Mr. and Mrs. Schermerhorn re [REDACTED FOR ATTORNEY-CLIENT PRIVILEGE] |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/27/2010 | Review and respond to email regarding various issues. |
| KACK | 0.20 | $315.00 | | | $63.00 | 8/30/2010 | Follow up calls to court regarding mediation. |
| ACT | | | 364 | $0.10 | $36.40 | 8/31/2010 | Photocopy expenses |
| MYM | 2.00 | $315.00 | | | $630.00 | 8/31/2010 | Review GMAC supplemental responses to Wells Fargo Bank's first set of special interrogatories (39 pages), GMAC supplemental responses to Wells Fargo Bank's first set of form interrogatories (40 pages), Executive Trustee's supplemental responses to Wells Fargo Bank's first set of special interrogatories (49 pages), and Executive Trustee's supplemental responses to Wells Fargo Bank's first set of form interrogatories (50 pages). |
| ACT | | | 4 | $0.10 | $0.40 | 9/1/2010 | Photocopy expenses |

## EXHIBIT 5 - BILLING STATEMENTS