5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| ACT | | | 44 | $0.10 | $4.40 | 4/3/2011 | Photocopy expenses |
| MYM | 2.70 | $315.00 | | | $850.50 | 4/4/2011 | Prepare for and meet with Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.30 | $315.00 | | | $94.50 | 4/4/2011 | Revise mediation brief. |
| KACK | 0.40 | $315.00 | | | $126.00 | 4/4/2011 | Revise responses to form interrogatories and special interrogatories for clients for today's meeting. |
| ACT | | | 3 | $0.10 | $0.30 | 4/5/2011 | Photocopy expenses |
| MYM | 0.30 | $315.00 | | | $94.50 | 4/5/2011 | Telephone conference with Mr. Ensberg re trial setting conference, re discovery issues and re mediation (two calls). |
| MYM | 0.20 | $315.00 | | | $63.00 | 4/5/2011 | Review Wells Fargo notices of depositions of GMAC witnesses. |
| MYM | 0.20 | $315.00 | | | $63.00 | 4/5/2011 | Review letter from Mr. Ensberg (GMAC counsel) re proposed continuance of trial setting conference and review draft stipulation. |
| MYM | 0.20 | $315.00 | | | $63.00 | 4/5/2011 | Draft letter to Mr. Ensberg re request to expedite trial and trail setting conference. |
| KACK | 1.90 | $315.00 | | | $598.50 | 4/5/2011 | Review documents produced and to be produced to Bank of America and discovery responses regarding same. |
| MYM | 0.20 | $315.00 | | | $63.00 | 4/6/2011 | Telephone conference with Mr. Davis re trial setting conference and GMAC request to continue. |
| MYM | 0.20 | $315.00 | | | $63.00 | 4/6/2011 | Telephone conference with Ms. Schiller re preparation for mediation, re recent developments. |
| KACK | 0.60 | $315.00 | | | $189.00 | 4/6/2011 | Revise discovery responses (supplemental) |
| KACK | 1.60 | $315.00 | | | $504.00 | 4/6/2011 | Draft notice of deposition of Person Most Knowledgeable for Bank of America with request to produce documents. |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/6/2011 | Revise discovery responses to Bank of America's discovery requests. |
| MYM | 2.40 | $315.00 | | | $756.00 | 4/7/2011 | Review documents produced by GMAC and Wells Fargo. |
| KACK | 3.70 | $315.00 | | | $1,165.50 | 4/7/2011 | Prepare supplemental discovery responses for clients and review and prepare documents for production and depositions. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.80 | $315.00 | | | $252.00 | 4/7/2011 | Research regarding Soldiers & Sailors Relief Act. |
| ACT | | | 296 | $0.10 | $29.60 | 4/8/2011 | Photocopy expenses |
| MYM | 0.20 | $315.00 | | | $63.00 | 4/8/2011 | Review two emails from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 2.30 | $315.00 | | | $724.50 | 4/8/2011 | Revise discovery responses from clients and documents to be produced. |
| MYM | 1.50 | $315.00 | | | $472.50 | 4/9/2011 | Prepare mediation brief. |
| KACK | 1.20 | $315.00 | | | $378.00 | 4/11/2011 | Review and prepare discovery response and documents and supplemental responses. |
| ACT | | | 28 | $0.10 | $2.80 | 4/12/2011 | Photocopy expenses |
| MYM | 0.10 | $315.00 | | | $31.50 | 4/12/2011 | Review and reply to email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.30 | $315.00 | | | $94.50 | 4/12/2011 | Review Bank of America notice of deposition of Wells Fargo Bank "person most knowledgeable" and accompanying documents. |
| MYM | 1.20 | $315.00 | | | $378.00 | 4/12/2011 | Review and analyze documents produced by Bank of America. |
| MYM | 0.70 | $315.00 | | | $220.50 | 4/12/2011 | Revise supplemental responses to Bank of America written discovery requests and prepare letter to Mr. Fink re same, re discovery requests of Bank of America. |
| KACK | 3.20 | $315.00 | | | $1,008.00 | 4/12/2011 | Revise discovery responses for clients, revise and finalize privilege log, revise and list all documents to be produced and relied upon. |
| KACK | 0.40 | $315.00 | | | $126.00 | 4/12/2011 | Review documents produced by Bank of America. |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/12/2011 | Review documents produced by Bank of America. |
| ACT | | | 32 | $0.10 | $3.20 | 4/13/2011 | Photocopy expenses |
| ACT | | | 75 | $0.10 | $7.50 | 4/13/2011 | Photocopy expenses |
| ACT | | | 351 | $0.10 | $35.10 | 4/13/2011 | Photocopy expenses |
| KACK | 0.50 | $315.00 | | | $157.50 | 4/13/2011 | Finalize deposition notice and letter to all counsel regarding discovery to be done. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 1.50 | $315.00 | | | $472.50 | 4/13/2011 | Finalize discovery responses and finalize documents to be produced in connection with same. |
| ACT | | | 25 | $0.10 | $2.50 | 4/14/2011 | Photocopy expenses |
| MYM | 0.70 | $315.00 | | | $220.50 | 4/14/2011 | Finalize supplemental responses to Bank of America written discovery requests. |
| KACK | 1.30 | $315.00 | | | $409.50 | 4/14/2011 | Finalize client's responses to discovery requests (supplemental). |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/14/2011 | Review and respond to client emails re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/14/2011 | Review and respond to client emails re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| ACT | | | 360 | $0.10 | $36.00 | 4/15/2011 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/15/2011 | Review notices and discovery requests received. |
| KACK | 0.50 | $315.00 | | | $157.50 | 4/15/2011 | Review documents received from Mr. Ensberg regarding LSI deposition and instructions regarding same. |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/15/2011 | Review discovery pleadings received and calendar dates. |
| MYM | 0.80 | $315.00 | | | $252.00 | 4/15/2011 | Finalize supplemental responses to Bank of America written discovery. |
| MYM | 0.80 | $315.00 | | | $252.00 | 4/16/2011 | Review GMAC deposition subpoena to LSI Escrow "person most knowledgeable" and request for production of documents, notice of deposition, three notices to consumer and Ensberg certificate of compliance re deposition. |
| MYM | 1.30 | $315.00 | | | $409.50 | 4/16/2011 | Review GMAC notices of deposition of Jason Schermerhorn and of Jennifer Schermerhorn, two requests for production of documents, six notices to consumer and two certificates of compliance from Mr. Ensberg. |
| ACT | | | 39 | $0.10 | $3.90 | 4/18/2011 | Photocopy expenses |
| KACK | 0.30 | $315.00 | | | $94.50 | 4/18/2011 | Prepare for GMAC depositions on April 25, 2011. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 3.00 | $315.00 | | | $945.00 | 4/18/2011 | Prepare for depositions of Mr. and Mrs. Schermerhorn. |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/18/2011 | Telephone conference with Ms. Cohrs regarding Wells Fargo deposition and related issues. |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/18/2011 | Review emails regarding scheduling discovery. |
| KACK | 0.30 | $315.00 | | | $94.50 | 4/18/2011 | Prepare for upcoming depositions. |
| MYM | 0.20 | $315.00 | | | $63.00 | 4/18/2011 | Draft letter to Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| ACT | | | 15 | $0.10 | $1.50 | 4/19/2011 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/19/2011 | Review and respond to emails regarding depositions and related issues. |
| MYM | 0.50 | $315.00 | | | $157.50 | 4/19/2011 | Review GMAC notice of Bank of America "person most knowledgeable," request for production of documents, three notices to consumer and certificate of compliance. |
| MYM | 0.10 | $315.00 | | | $31.50 | 4/19/2011 | Review Wells Fargo initial case theories. |
| KACK | 0.30 | $315.00 | | | $94.50 | 4/19/2011 | Prepare for mediation. |
| KACK | 1.90 | $315.00 | | | $598.50 | 4/19/2011 | Review and analyze all discovery responses and prepare for April 22 and April 25, 2011 depositions of Wells Fargo Bank and GMAC. |
| MYM | 1.20 | $315.00 | | | $378.00 | 4/20/2011 | Prepare for depositions of GMAC, Wells Fargo and Bank of America "persons most knowledgeable." |
| MYM | 0.30 | $315.00 | | | $94.50 | 4/20/2011 | Telephone conference with Mr. Davis re trial preparation. |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/20/2011 | Draft letter to Mr. Ensberg regarding depositions. |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/20/2011 | Conference with Mr. MacKinnon. |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/20/2011 | Telephone conference with Mr. Ensberg regarding Schermerhorn depositions. |
| KACK | 1.60 | $315.00 | | | $504.00 | 4/20/2011 | Review all documents in preparation for upcoming depositions of Wells Fargo Bank and GMAC. |
| KACK | 0.10 | $315.00 | | | $31.50 | 4/20/2011 | Attention to messages from Mr. Heller regarding LSI deposition. |
| ACT | | | 5 | $0.10 | $0.50 | 4/21/2011 | Photocopy expenses |
| ACT | | | 38 | $0.10 | $3.80 | 4/21/2011 | Photocopy expenses |

**EXHIBIT 5 - BILLING STATEMENTS**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| 5/22/12 5:32 PM | | | | | | | |
| Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010 | | | | | | | |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/21/2011 | Telephone conference with Mr. Ensberg regarding deposition schedules and related issues. |
| MYM | 0.20 | $315.00 | | | $63.00 | 4/21/2011 | Draft letter to Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 2.80 | $315.00 | | | $882.00 | 4/21/2011 | Formulate proposed interim settlement. |
| MYM | 0.10 | $315.00 | | | $31.50 | 4/21/2011 | Review letter from Mr. Ensberg re deposition schedule. |
| KACK | 1.50 | $315.00 | | | $472.50 | 4/21/2011 | Work on Wells Fargo documents and discovery responses in preparation for tomorrow's deposition. |
| KACK | 5.40 | $315.00 | | | $1,701.00 | 4/22/2011 | Attend deposition of Wells Fargo Bank at Mr. Davis' office in Laguna Beach. |
| MYM | 2.80 | $315.00 | | | $882.00 | 4/22/2011 | Prepare for production of documents in conjunction with depositions of Mr. and Mrs. Schermerhorn. |
| MYM | 0.10 | $315.00 | | | $31.50 | 4/22/2011 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 3.50 | $315.00 | | | $1,102.50 | 4/23/2011 | Review documents produced by the Schermerhorns, LSI, Wells Fargo, Bank of America and GMAC. |
| MYM | 0.10 | $315.00 | | | $31.50 | 4/23/2011 | Draft email to Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| ACT | | | 741 | $0.10 | $74.10 | 4/25/2011 | Photocopy expenses |
| KACK | 0.30 | $315.00 | | | $94.50 | 4/25/2011 | Telephone conference with Mr. Heller regarding LSI subpoena. |
| KACK | 0.30 | $315.00 | | | $94.50 | 4/25/2011 | Review documents from Bank of America depositions. |
| KACK | 0.10 | $315.00 | | | $31.50 | 4/25/2011 | Draft email regarding LSI subpoena. |
| MYM | 0.10 | $315.00 | | | $31.50 | 4/25/2011 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 3.50 | $315.00 | | | $1,102.50 | 4/25/2011 | Review clients' documents produced to other parties in preparation for depositions. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.60 | $315.00 | | | $189.00 | 4/25/2011 | Telephone conference with Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.30 | $315.00 | | | $94.50 | 4/25/2011 | Review draft supplement to Bank of America interrogatories from Mr. and Mrs. Schermerhorn re damages. |
| MYM | 0.10 | $315.00 | | | $31.50 | 4/26/2011 | Review email from Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.80 | $315.00 | | | $252.00 | 4/26/2011 | Prepare documents for upcoming depositions. |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/27/2011 | Review and respond to emails regarding LSI and Bank of America deposition and related issues. |
| KACK | 0.30 | $315.00 | | | $94.50 | 4/27/2011 | Telephone conference with Ms. Schiller regarding LSI deposition, documents, GMAC's position and related issues, prepare documents to go to her regarding same. |
| KACK | 0.10 | $315.00 | | | $31.50 | 4/27/2011 | Telephone call to Ms. Schiller regarding LSI deposition. |
| MYM | 1.20 | $315.00 | | | $378.00 | 4/28/2011 | Prepare for mediation. |
| MYM | 0.70 | $315.00 | | | $220.50 | 4/28/2011 | Review Wells Fargo discovery requests to GMAC. |
| KACK | 0.40 | $315.00 | | | $126.00 | 4/28/2011 | Prepare for upcoming depositions of parties and witnesses. |
| ACT | | | 2 | $0.10 | $0.20 | 4/29/2011 | Photocopy expenses |
| ACT | | | 92 | $0.10 | $9.20 | 4/29/2011 | Photocopy expenses |
| KACK | 0.10 | $315.00 | | | $31.50 | 4/29/2011 | Telephone conference with Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.40 | $315.00 | | | $126.00 | 4/29/2011 | Research regarding Farakesh action and draft response to Ms. Schiller regarding same. |
| KACK | 0.20 | $315.00 | | | $63.00 | 4/29/2011 | Research issues regarding Wells Fargo's responses to interrogatories and document production. |
| KACK | 0.30 | $315.00 | | | $94.50 | 4/29/2011 | Begin review of Bank of America discovery responses to our discovery requests. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 4/29/2011 | Telephone conference with Ms. Cohrs regarding Bank of America discovery responses. |
| KACK | 0.50 | $315.00 | | | $157.50 | 4/29/2011 | Prepare documents and files and draft responses to clients regarding Monday's Trial Setting Conference. |
| KACK | 0.10 | $315.00 | | | $31.50 | 4/29/2011 | Prepare files and pleadings for Monday's Trial Setting Conference. |
| MYM | 0.30 | $315.00 | | | $94.50 | 4/29/2011 | Draft letter to Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.30 | $315.00 | | | $94.50 | 4/30/2011 | Review Bank of America responses to written discovery requests. |
| MYM | 0.40 | $315.00 | | | $126.00 | 5/1/2011 | Review correspondence and notes with Bank of America re written discovery issues. |
| MYM | 0.20 | $315.00 | | | $63.00 | 5/1/2011 | Review GMAC case management statement. |
| MYM | 2.20 | $315.00 | | | $693.00 | 5/1/2011 | Prepare mediation brief and prepare for mediation. |
| ACT | | | 19 | $0.10 | $1.90 | 5/2/2011 | Photocopy expenses |
| KACK | 0.30 | $315.00 | | | $94.50 | 5/2/2011 | Meeting with client regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 1.20 | $315.00 | | | $378.00 | 5/2/2011 | Prepare for trial setting conference. |
| KACK | 2.00 | $315.00 | | | $630.00 | 5/2/2011 | Prepare for and attend Trial Setting Conference and confer with opposing counsel. |
| KACK | 2.00 | $315.00 | | | $630.00 | 5/2/2011 | Meeting with Ms. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 2.00 | $315.00 | | | $630.00 | 5/2/2011 | Travel to Trial Setting Conference in Riverside Superior Court. |
| MYM | 1.30 | $315.00 | | | $409.50 | 5/2/2011 | Prepare for depositions of Mr. and Mrs. Schermerhorn. |
| MYM | 0.30 | $315.00 | | | $94.50 | 5/3/2011 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 1.80 | $315.00 | | | $567.00 | 5/3/2011 | Prepare for mediation. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 5/3/2011 | Email to clients and Ms. Schiller regarding depositions. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/3/2011 | Telephone conference with Mr. Ensberg regarding depositions and issues. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/3/2011 | Follow up calls with counsel to confirm deposition schedules. |
| KACK | 0.50 | $315.00 | | | $157.50 | 5/3/2011 | Prepare for upcoming depositions. |
| ACT | | | 20 | $0.10 | $2.00 | 5/4/2011 | Photocopy expenses |
| MYM | 2.00 | $315.00 | | | $630.00 | 5/4/2011 | Review documents and responses to interrogatories and prepare for depositions of Mr. and Mrs. Schermerhorn. |
| MYM | 0.60 | $315.00 | | | $189.00 | 5/4/2011 | Telephone conference with Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/4/2011 | Review notices and emails regarding depositions. |
| ACT | | | 606 | $0.10 | $60.60 | 5/5/2011 | Photocopy expenses |
| MYM | 3.30 | $315.00 | | | $1,039.50 | 5/5/2011 | Review documents and files and prepare for depositions of Mr. and Mrs. Schermerhorn. |
| KACK | 3.20 | $315.00 | | | $1,008.00 | 5/5/2011 | Prepare for depositions of Schermerhorn, Bank of America and GMAC. |
| MYM | 0.20 | $315.00 | | | $63.00 | 5/5/2011 | Review GMAC notice of continuance of LSI "person most knowledgeable" deposition and request for production of documents and list of matters on which examination is requested. |
| ACT | | | 11 | $0.10 | $1.10 | 5/6/2011 | Photocopy expenses |
| ACT | | | 72 | $0.10 | $7.20 | 5/6/2011 | Photocopy expenses |
| ACT | | | 76 | $0.10 | $7.60 | 5/6/2011 | Photocopy expenses |
| ACT | | | 111 | $0.10 | $11.10 | 5/6/2011 | Photocopy expenses |
| MYM | 9.00 | $315.00 | | | $2,835.00 | 5/6/2011 | Prepare for and defend depositions of Mr. and Mrs. Schermerhorn. |
| KACK | 1.20 | $315.00 | | | $378.00 | 5/6/2011 | Revise and finalize mediation brief. |
| KACK | 0.60 | $315.00 | | | $189.00 | 5/6/2011 | Meeting with clients and Mr. MacKinnon regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 2.50 | $315.00 | | | $787.50 | 5/7/2011 | Review documents and pleadings in preparation for GMAC "person most knowledgeable" deposition. |
| MYM | 0.40 | $315.00 | | | $126.00 | 5/8/2011 | Review Bank of America objections to Schermerhorns' deposition of "person most knowledgeable" with accompanying request for production of documents and GMAC's deposition of "person most knowledgeable" and request for production of documents. |
| MYM | 1.80 | $315.00 | | | $567.00 | 5/8/2011 | Review and revise mediation brief. |
| KACK | 0.60 | $315.00 | | | $189.00 | 5/9/2011 | Review and revise draft letter to Mr. Ensberg regarding merits of action and defenses in preparation for mediation. |
| MYM | 1.20 | $315.00 | | | $378.00 | 5/9/2011 | Revise and finalize mediation brief. |
| KACK | 1.90 | $315.00 | | | $598.50 | 5/9/2011 | Finalize mediation statement in preparation for filing today. |
| KACK | 1.00 | $315.00 | | | $315.00 | 5/9/2011 | Research regarding responses to Bank of America's objection to deposition. |
| MYM | 3.80 | $315.00 | | | $1,197.00 | 5/9/2011 | Review GMAC documents, pleadings and correspondence and evaluate possible negligent misrepresentation in Tozier bankruptcy case and impact on mediation. |
| ACT | | | 7 | $0.10 | $0.70 | 5/10/2011 | Photocopy expenses |
| KACK | 0.10 | $315.00 | | | $31.50 | 5/10/2011 | Telephone call to Mr. Ensberg regarding Bank of America deposition. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/10/2011 | Letter to Mr. Ensberg re deposition. |
| MYM | 1.80 | $315.00 | | | $567.00 | 5/10/2011 | Draft, review and revise letter to Mr. Ensberg re mediation and settlement. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/10/2011 | Telephone conference regarding tasks for meeting with Ms. Schiller for mediation. |
| KACK | 0.30 | $315.00 | | | $94.50 | 5/10/2011 | Research regarding discovery issues (Bank of America motion to compel). |
| KACK | 0.70 | $315.00 | | | $220.50 | 5/10/2011 | Telephone conference with Ms. Adams at Judicate West regarding mediation. |
| KACK | 0.30 | $315.00 | | | $94.50 | 5/10/2011 | Draft emails to client regarding mediation. |
| ACT | | | 2 | $0.10 | $0.20 | 5/11/2011 | Photocopy expenses |
| MYM | 2.40 | $315.00 | | | $756.00 | 5/11/2011 | Review Wells Fargo mediation brief and case, statutory and academic authorities. |
| MYM | 1.50 | $315.00 | | | $472.50 | 5/11/2011 | Prepare for mediation. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 5/11/2011 | Review and respond to Ms. Schiller's email regarding mediation. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/11/2011 | Telephone conference with clients regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.30 | $315.00 | | | $94.50 | 5/11/2011 | Review emails received regarding outstanding discovery and draft responses regarding same. |
| MYM | 1.00 | $315.00 | | | $315.00 | 5/12/2011 | Prepare demand on Bank of America to meet and confer re reply to written discovery and attendance at depositions and prepare motion to compel same. |
| MYM | 1.00 | $315.00 | | | $315.00 | 5/13/2011 | Prepare for mediation. |
| KACK | 0.30 | $315.00 | | | $94.50 | 5/13/2011 | Telephone conference with Mr. Ensberg regarding Monday's mediation and issues. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/13/2011 | Telephone call with Mr. Ensberg regarding Bank of America and Seattle depositions. |
| MYM | 2.50 | $315.00 | | | $787.50 | 5/14/2011 | Prepare for mediation. |
| ACT | | | 23 | $0.10 | $2.30 | 5/15/2011 | Photocopy expenses |
| ACT | | | 37 | $0.10 | $3.70 | 5/15/2011 | Photocopy expenses |
| MYM | 2.80 | $315.00 | | | $882.00 | 5/15/2011 | Prepare for and meet with Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.50 | $315.00 | | | $157.50 | 5/16/2011 | Prepare for this weeks' depositions. |
| KACK | 0.70 | $315.00 | | | $220.50 | 5/16/2011 | Prepare for May 17, 2011 deposition of LSI. |
| KACK | 0.40 | $315.00 | | | $126.00 | 5/16/2011 | Prepare documents for Mr. MacKinnon for mediation. |
| MYM | 9.00 | $315.00 | | | $2,835.00 | 5/16/2011 | Prepare for and attend mediation. |
| MYM | 3.40 | $315.00 | | | $1,071.00 | 5/16/2011 | Travel to and from mediation. |
| KACK | 3.50 | $315.00 | | | $1,102.50 | 5/17/2011 | Travel to deposition of PMK of LSI Title at Mr. Ensberg's office in West Covina. |
| MYM | 4.50 | $315.00 | | | $1,417.50 | 5/17/2011 | Review documents for trial. |
| JED | 0.50 | $250.00 | | | $125.00 | 5/17/2011 | Conduct legal research re last clear chance doctrine. |
| KACK | 6.50 | $315.00 | | | $2,047.50 | 5/17/2011 | Prepare for and attend deposition of PMK of LSI Title at Mr. Ensberg's office in West Covina. |
| KACK | 1.00 | $315.00 | | | $315.00 | 5/17/2011 | Meeting with all counsel to go over discovery, deposition and scheduling issues. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| ACT | | | 92 | $0.10 | $9.20 | 5/18/2011 | Photocopy expenses |
| MYM | 0.20 | $315.00 | | | $63.00 | 5/18/2011 | Telephone conference with Mrs. Schermerhorn REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.70 | $315.00 | | | $220.50 | 5/18/2011 | Review documents re Bank of America foreclosure. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/18/2011 | Telephone conference with Mr. Ensberg regarding upcoming depositions and related issues. |
| MYM | 0.30 | $315.00 | | | $94.50 | 5/18/2011 | Telephone conference with Mr. Ensberg re settlement, re means of structuring same. |
| MYM | 0.20 | $315.00 | | | $63.00 | 5/18/2011 | Telephone conference with Ms. Schiller re mediation and settlement strategy and prospects. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/18/2011 | Review Bank of America documents received from Ms. Cohrs regarding documents and discovery. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/18/2011 | Conference with Ms. Cohrs regarding depositions and related issues. |
| KACK | 0.50 | $315.00 | | | $157.50 | 5/18/2011 | Telephone conferences (two) with counsel regarding upcoming depositions and related issues. |
| MYM | 1.50 | $315.00 | | | $472.50 | 5/18/2011 | Analyze impact of GMAC settlement proposal with continuing litigation on Mr. Schermerhorn's protections under Soldiers and Sailors Relief Act. |
| ACT | | | 58 | $0.10 | $5.80 | 5/19/2011 | Photocopy expenses |
| JED | 1.90 | $250.00 | | | $475.00 | 5/19/2011 | Conduct legal research re application of contract waivers to fraud claim. |
| MYM | 2.30 | $315.00 | | | $724.50 | 5/19/2011 | Evaluate GMAC assertion re lack of authority for Aurora and impact on standing and trial. |
| KACK | 5.00 | $315.00 | | | $1,575.00 | 5/19/2011 | Prepare for deposition of Regional Trustee Services Corp. in Seattle, Washington. |
| KACK | 5.00 | $315.00 | | | $1,575.00 | 5/19/2011 | Attend deposition of Regional Trustee Services Corp. in Seattle, Washington. |
| KACK | 1.50 | $315.00 | | | $472.50 | 5/19/2011 | Meeting with counsel regarding discovery and related issues. |
| MYM | 0.10 | $315.00 | | | $31.50 | 5/19/2011 | Telephone conference with Ms. Schiller re GMAC response to interim settlement offer for rental of property |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.10 | $315.00 | | | $31.50 | 5/19/2011 | Review email from Ms. Cohrs (Wells Fargo) re deposition of GMAC "person most knowledgeable." |
| MYM | 1.80 | $315.00 | | | $567.00 | 5/19/2011 | Review transcript of Mr. Schermerhorn's deposition. |
| KACK | 0.60 | $315.00 | | | $189.00 | 5/20/2011 | Telephone conference with Mr. Dullea regarding expert witness testimony. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/20/2011 | Telephone conference with Ms. Cohrs regarding deposition of Regional Trustee Services. |
| JED | 0.40 | $250.00 | | | $100.00 | 5/20/2011 | Conduct legal research re tort of another and its possible application to instant case as a method to impose liability for the misconduct of Bank of America. |
| KACK | 0.30 | $315.00 | | | $94.50 | 5/20/2011 | Review Ms. Cohrs email and documents regarding Bank of America documents. |
| KACK | 1.30 | $315.00 | | | $409.50 | 5/20/2011 | Prepare for Bank of America deposition of GMAC PMK. |
| MYM | 3.20 | $315.00 | | | $1,008.00 | 5/20/2011 | Review documents produced by GMAC. |
| MYM | 0.20 | $315.00 | | | $63.00 | 5/20/2011 | Telephone conference with Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.10 | $315.00 | | | $31.50 | 5/21/2011 | Review email from Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.30 | $315.00 | | | $94.50 | 5/21/2011 | Review two GMAC notices of depositions of Bank of America "person most knowledgeable" with request for production of documents. |
| MYM | 1.20 | $315.00 | | | $378.00 | 5/22/2011 | Prepare for deposition of GMAC "person most knowledgeable." |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/23/2011 | Draft summary of expert witness issues which expert will testify to. |
| KACK | 0.80 | $315.00 | | | $252.00 | 5/23/2011 | Research regarding discovery and meet and confer issues regarding Bank of America in preparation for motion to compel. |
| JED | 0.70 | $250.00 | | | $175.00 | 5/23/2011 | Continue legal research and analysis re the application of a contract waiver to a claim of fraud. |
| JED | 0.50 | $250.00 | | | $125.00 | 5/23/2011 | Preparation of memorandum discussing application of contract waiver to a claim of fraud. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 1.40 | $315.00 | | | $441.00 | 5/23/2011 | Review materials and issues to prepare expert witness for trial. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/23/2011 | Review list of expert topics. |
| ACT | | | 10 | $0.10 | $1.00 | 5/24/2011 | Photocopy expenses |
| KACK | 0.30 | $315.00 | | | $94.50 | 5/24/2011 | Follow up emails regarding depositions and related issues. |
| MYM | 0.30 | $315.00 | | | $94.50 | 5/24/2011 | Draft letter to Mr. Ensberg re Aurora status and standing at trial. |
| MYM | 0.30 | $315.00 | | | $94.50 | 5/24/2011 | Review email from Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| JED | 1.70 | $250.00 | | | $425.00 | 5/24/2011 | Preparation of memorandum re use of contract disclaimer as a defense to fraud claim. |
| MYM | 1.70 | $315.00 | | | $535.50 | 5/24/2011 | Review documents in preparation for deposition of GMAC person most knowledgeable. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/24/2011 | Draft email to Ms. Schiller regarding PA deposition. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/24/2011 | Review and respond to client email REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.10 | $315.00 | | | $31.50 | 5/24/2011 | Letter to client regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| ACT | | | 2 | $0.10 | $0.20 | 5/25/2011 | Photocopy expenses |
| KACK | 1.90 | $315.00 | | | $598.50 | 5/25/2011 | Research discovery issues for motion to compel. |
| KACK | 0.30 | $315.00 | | | $94.50 | 5/25/2011 | Letter to clients regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/25/2011 | Review and respond to emails regarding scheduled depositions and related issues. |
| MYM | 0.10 | $315.00 | | | $31.50 | 5/25/2011 | Telephone conference with Ms. Schiller re GMAC deposition. |
| ACT | | | 1 | $465.00 | $465.00 | 5/26/2011 | Deposition Transcript of Jason Schermerhorn |
| ACT | | | 1 | $241.80 | $241.80 | 5/26/2011 | Deposition Transcript of Jennifer Schermerhorn |
| MYM | 1.70 | $315.00 | | | $535.50 | 5/26/2011 | Prepare and evaluate motion for judgment based on GMAC's lack of standing. |
| MYM | 0.10 | $315.00 | | | $31.50 | 5/26/2011 | Review correspondence with Mr. Ensberg re GMAC person most knowledgeable deposition. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 2.70 | $315.00 | | | $850.50 | 5/26/2011 | Review documents and discovery responses in preparation for Bank of America and GMAC's upcoming depositions. |
| KACK | 0.10 | $315.00 | | | $31.50 | 5/26/2011 | Telephone call with Mr. Ensberg regarding GMAC deposition. |
| MYM | 2.80 | $315.00 | | | $882.00 | 5/26/2011 | Review documents for trial. |
| ACT | | | 20 | $0.10 | $2.00 | 5/27/2011 | Photocopy expenses |
| ACT | | | 444 | $0.10 | $44.40 | 5/27/2011 | Photocopy expenses |
| ACT | | | 816 | $0.10 | $81.60 | 5/27/2011 | Photocopy expenses |
| KACK | 1.80 | $315.00 | | | $567.00 | 5/27/2011 | Review documents for GMAC's depositions next week. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/27/2011 | Review and respond to emails regarding next week's GMAC depositions. |
| KACK | 0.20 | $315.00 | | | $63.00 | 5/27/2011 | Follow up with Mr. Dullea regarding acting as expert witness. |
| MYM | 0.10 | $315.00 | | | $31.50 | 5/27/2011 | Review letter from Ms. Cohrs re deposition of GMAC person most knowledgeable. |
| MYM | 3.70 | $315.00 | | | $1,165.50 | 5/27/2011 | Prepare for examination of percipient witnesses. |
| KACK | 0.80 | $315.00 | | | $252.00 | 5/27/2011 | Conference with Mr. Dullea regarding expert witness testimony and research DRE documents regarding same. |
| MYM | 1.80 | $315.00 | | | $567.00 | 5/28/2011 | Prepare case responses for prospective expert witness. |
| MYM | 0.10 | $315.00 | | | $31.50 | 5/28/2011 | Review correspondence from Hutchings re depositions of Mr. and Mrs. Schermerhorn. |
| KACK | 2.00 | $315.00 | | | $630.00 | 5/29/2011 | Research for trial brief. |
| KACK | 2.50 | $315.00 | | | $787.50 | 5/29/2011 | Review documents for GMAC depositions. |
| MYM | 4.20 | $315.00 | | | $1,323.00 | 5/30/2011 | Review documents and pleadings re Aurora Loan post-reconveyance knowledge and activity and possible laches bar to future action. |
| ACT | | | 16 | $0.10 | $1.60 | 5/31/2011 | Photocopy expenses |
| ACT | | | 18 | $0.10 | $1.80 | 5/31/2011 | Photocopy expenses |
| ACT | | | 34 | $0.10 | $3.40 | 5/31/2011 | Photocopy expenses |
| ACT | | | 293 | $0.10 | $29.30 | 5/31/2011 | Photocopy expenses |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 2.50 | $315.00 | | | $787.50 | 5/31/2011 | Review notices, requests for production of documents and list of matters subject to deposition for deposition of GMAC's person most knowledgeable. |
| MYM | 0.80 | $315.00 | | | $252.00 | 5/31/2011 | Prepare for GMAC person most knowledgeable deposition. |
| MYM | 0.20 | $315.00 | | | $63.00 | 5/31/2011 | Review GMAC responses to Wells Fargo's third set of interrogatories. |
| KACK | 6.60 | $315.00 | | | $2,079.00 | 5/31/2011 | Prepare documents for deposition of GMAC and Mr. Zeitz in Pennsylvania. |
| KACK | 0.50 | $315.00 | | | $157.50 | 5/31/2011 | Letter to opposing counsel regarding documents for deposition. |
| MYM | 0.10 | $315.00 | | | $31.50 | 5/31/2011 | Review GMAC response to Wells Fargo second set of request for production of documents. |
| MYM | 3.80 | $315.00 | | | $1,197.00 | 5/31/2011 | Prepare motion for judgment based on standing. |
| ACT | | | 1 | $595.00 | $595.00 | 6/1/2011 | Fees paid to expert; John Demas |
| ACT | | | 10 | $0.10 | $1.00 | 6/1/2011 | Photocopy expenses |
| ACT | | | 38 | $0.10 | $3.80 | 6/1/2011 | Photocopy expenses |
| MYM | 2.50 | $315.00 | | | $787.50 | 6/1/2011 | Review pleadings and documents for preparation of expert witness. |
| MYM | 1.30 | $315.00 | | | $409.50 | 6/1/2011 | Review documents for GMAC person most knowledgeable deposition. |
| MYM | 0.30 | $315.00 | | | $94.50 | 6/1/2011 | Review seven demands for production of documents and supplemental interrogatories from GMAC to parties. |
| MYM | 2.00 | $315.00 | | | $630.00 | 6/1/2011 | Prepare motion for judgment based on standing. |
| KACK | 4.00 | $315.00 | | | $1,260.00 | 6/1/2011 | Travel to and from deposition of GMAC at Santa Ana. |
| KACK | 7.80 | $315.00 | | | $2,457.00 | 6/1/2011 | Attend depositions of GMAC, Mr. Scott Zeitz and others at Santa Ana. |
| KACK | 1.00 | $315.00 | | | $315.00 | 6/1/2011 | Prepare for depositions of GMAC and Mr. Zeitz. |
| JED | 1.20 | $250.00 | | | $300.00 | 6/1/2011 | Preparation of first expert designation and supporting declaration. |
| KACK | 3.30 | $315.00 | | | $1,039.50 | 6/2/2011 | Prepare trial brief. |
| KACK | 0.20 | $315.00 | | | $63.00 | 6/2/2011 | Conference with Ms. Cohrs regarding GMAC and Zeitz depositions. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.30 | $315.00 | | | $94.50 | 6/2/2011 | Review GMAC notice of designation of expert witnesses and supporting documents. |
| MYM | 0.50 | $315.00 | | | $157.50 | 6/2/2011 | Review report of GMAC witnesses' testimony. |
| KACK | 0.30 | $315.00 | | | $94.50 | 6/3/2011 | Draft Bank of America meet and confer letter. |
| KACK | 1.50 | $315.00 | | | $472.50 | 6/3/2011 | Research for discovery issues and motion to compel. |
| KACK | 0.50 | $315.00 | | | $157.50 | 6/3/2011 | Draft meet and confer letter to Bank of America counsel regarding discovery responses and due dates. |
| MYM | 0.20 | $315.00 | | | $63.00 | 6/3/2011 | Review Wells Fargo designation of expert witness and related pleadings and documents. |
| KACK | 0.20 | $315.00 | | | $63.00 | 6/3/2011 | Draft letter to Mr. Demas regarding expert documents. |
| MYM | 2.50 | $315.00 | | | $787.50 | 6/3/2011 | Prepare for depositions of expert witnesses. |
| KACK | 0.60 | $315.00 | | | $189.00 | 6/3/2011 | Draft three letters to all counsel regarding discovery disputes and expert issues. |
| MYM | 0.20 | $315.00 | | | $63.00 | 6/4/2011 | Review emails from Mr. Ensberg, Ms. Kozinska and Mr. Davis re designation of experts and review responses to same. |
| MYM | 2.30 | $315.00 | | | $724.50 | 6/5/2011 | Prepare trial brief on rescission claim against Bank of America. |
| KACK | 0.40 | $315.00 | | | $126.00 | 6/6/2011 | Review motion for bench trial and draft email to all regarding same. |
| MYM | 3.30 | $315.00 | | | $1,039.50 | 6/6/2011 | Review documents produced by GMAC. |
| KACK | 3.50 | $315.00 | | | $1,102.50 | 6/6/2011 | Outline and research for trial brief and motions in limine. |
| KACK | 4.80 | $315.00 | | | $1,512.00 | 6/7/2011 | Research for opposition to motion establishing bench trial priority. |
| MYM | 2.00 | $315.00 | | | $630.00 | 6/7/2011 | Review GMAC motion to bifurcate trial and address non-jury issues separately and related pleadings and documents and commence preparation of opposition to same. |
| KACK | 0.40 | $315.00 | | | $126.00 | 6/7/2011 | Research for trial brief. |
| KACK | 0.30 | $315.00 | | | $94.50 | 6/8/2011 | Conference with Mr. Demas regarding meeting on June 15, 2011 to prepare. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 6/8/2011 | Review and respond to Ms. Cohrs' email regarding Bank of America depositions and documents. |
| KACK | 0.20 | $315.00 | | | $63.00 | 6/8/2011 | Draft letter to Mr. Ensberg regarding motion to bifurcate. |
| KACK | 0.20 | $315.00 | | | $63.00 | 6/8/2011 | Finalize letter to Mr. Ensberg regarding motion to bifurcate. |
| MYM | 2.20 | $315.00 | | | $693.00 | 6/8/2011 | Prepare opposition to GMAC motion to bifurcate trial. |
| KACK | 1.70 | $315.00 | | | $535.50 | 6/8/2011 | Research regarding Plaintiff's motion to bifurcate/try equitable issues first and begin draft of summary regarding same. |
| MYM | 0.10 | $315.00 | | | $31.50 | 6/8/2011 | Revise letter to Mr. Ensberg re motion to bifurcate trial. |
| MYM | 0.10 | $315.00 | | | $31.50 | 6/8/2011 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| ACT | | | 4 | $0.10 | $0.40 | 6/9/2011 | Photocopy expenses |
| ACT | | | 16 | $0.10 | $1.60 | 6/9/2011 | Photocopy expenses |
| MYM | 0.10 | $315.00 | | | $31.50 | 6/9/2011 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.20 | $315.00 | | | $63.00 | 6/9/2011 | Draft letter to Mr. and Mrs. Schermerhorn and Ms. Schiller re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.40 | $315.00 | | | $126.00 | 6/9/2011 | Review and analyze GMAC settlement offer. |
| MYM | 0.30 | $315.00 | | | $94.50 | 6/9/2011 | Review letter from Mr. Ensberg to Ms. Cohrs re dispute on deposition and review transcript of McDonald deposition re same. |
| MYM | 0.20 | $315.00 | | | $63.00 | 6/9/2011 | Telephone conference with Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.20 | $315.00 | | | $63.00 | 6/9/2011 | Review letter from Mr. Ensberg refusing to dismiss motion to bifurcate trial. |
| ACT | | | 7 | $0.10 | $0.70 | 6/10/2011 | Photocopy expenses |
| ACT | | | 16 | $0.10 | $1.60 | 6/10/2011 | Photocopy expenses |
| ACT | | | 70 | $0.10 | $7.00 | 6/10/2011 | Photocopy expenses |
| MYM | 0.20 | $315.00 | | | $63.00 | 6/10/2011 | Review Bank of America opposition to deposition of "person most knowledgeable." |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.60 | $315.00 | | | $189.00 | 6/10/2011 | Review and respond to two emails re Bank of America and FATCO depositions. |
| KACK | 0.40 | $315.00 | | | $126.00 | 6/10/2011 | Conference call with Mr. Ensberg regarding Bank of America's lack of cooperation. |
| MYM | 0.30 | $315.00 | | | $94.50 | 6/10/2011 | Telephone conference with Mr. Ensberg re trial, re motion to bifurcate, re discovery disputes and settlement offer. |
| MYM | 1.00 | $315.00 | | | $315.00 | 6/10/2011 | Prepare motion for judgment based on standing. |
| KACK | 0.30 | $315.00 | | | $94.50 | 6/10/2011 | Draft letter to Bank of America re meet and confer. |
| KACK | 1.80 | $315.00 | | | $567.00 | 6/10/2011 | Preparation of emergency ex parte application to compel Bank of America and supporting documents. |
| KACK | 1.00 | $315.00 | | | $315.00 | 6/10/2011 | Prepare notices of depositions to Bank of America witnesses for service. |
| KACK | 0.90 | $315.00 | | | $283.50 | 6/10/2011 | Prepare for FATCO depositions. |
| KACK | 0.40 | $315.00 | | | $126.00 | 6/10/2011 | Conference with Ms. Cohrs re Bank of America discovery. |
| KACK | 0.80 | $315.00 | | | $252.00 | 6/10/2011 | Prepare for next week's depositions. |
| MYM | 0.30 | $315.00 | | | $94.50 | 6/10/2011 | Telephone conference with Ms. Schiller re GMAC offer, re settlement prospects and trial preparation. |
| MYM | 2.20 | $315.00 | | | $693.00 | 6/10/2011 | Review and reply to 35 emails re discovery disputes. |
| MYM | 0.30 | $315.00 | | | $94.50 | 6/10/2011 | Review email from Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.20 | $315.00 | | | $63.00 | 6/10/2011 | Telephone conference with Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 2.70 | $315.00 | | | $850.50 | 6/10/2011 | Prepare for Bank of America "person most knowledgeable" deposition. |
| MYM | 0.10 | $315.00 | | | $31.50 | 6/11/2011 | Review letter from Ms. Kozinska re deposition of Bank of America witness. |
| MYM | 0.80 | $315.00 | | | $252.00 | 6/11/2011 | Telephone conference with Mr. and Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 2.70 | $315.00 | | | $850.50 | 6/11/2011 | Review documents produced by Bank of America. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.20 | $315.00 | | | $63.00 | 6/11/2011 | Review GMAC notice of deposition and request to produce documents to Mr. Demas (Schermerhorn's expert witness). |
| MYM | 0.10 | $315.00 | | | $31.50 | 6/11/2011 | Review letter from Mr. Ensberg to Ms. Cohrs re dispute over deposition of Wells Fargo employee. |
| KACK | 5.50 | $315.00 | | | $1,732.50 | 6/12/2011 | Research and check motion to compel and ex parte papers regarding the same. |
| MYM | 1.50 | $315.00 | | | $472.50 | 6/12/2011 | Prepare motion for judgment based on standing. |
| MYM | 0.10 | $315.00 | | | $31.50 | 6/12/2011 | Review letter from Mr. Ensberg re GMAC settlement offer. |
| ACT | | | 1 | $357.15 | $357.15 | 6/13/2011 | Deposition copies. |
| ACT | | | 13 | $0.10 | $1.30 | 6/13/2011 | Photocopy expenses |
| KACK | 0.50 | $315.00 | | | $157.50 | 6/13/2011 | Conference with Ms. Cohrs regarding hearing and deposition and related issues. |
| KACK | 0.40 | $315.00 | | | $126.00 | 6/13/2011 | Draft letter to Mr. Ensberg regarding settlement offer and additional terms. |
| KACK | 7.90 | $315.00 | | | $2,488.50 | 6/13/2011 | Draft ex parte application, declaration and order regarding compelling depositions and discovery responses for tomorrow's hearing and gather documents for exhibits regarding the same, in preparation for filing today. |
| MYM | 3.30 | $315.00 | | | $1,039.50 | 6/13/2011 | Prepare ex parte motion to compel compliance by Bank of America with discovery requests. |
| MYM | 0.10 | $315.00 | | | $31.50 | 6/13/2011 | Revise letter to Mr. Ensberg re GMAC settlement offer. |
| MYM | 1.00 | $315.00 | | | $315.00 | 6/14/2011 | Review deposition transcripts of Mr. and Mrs. Schermerhorn. |
| MYM | 0.20 | $315.00 | | | $63.00 | 6/14/2011 | Telephone conference with Ms. Schiller re trial preparation and case status. |
| MYM | 0.20 | $315.00 | | | $63.00 | 6/14/2011 | Telephone conference with Mrs. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 1.40 | $315.00 | | | $441.00 | 6/14/2011 | Prepare for hearing on motion to compel discovery compliance by Bank of America. |
| MYM | 1.50 | $315.00 | | | $472.50 | 6/14/2011 | Prepare opposition to GMAC motion to bifurcate trial. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 2.00 | $315.00 | | | $630.00 | 6/14/2011 | Travel to and attend hearing and depositions in Riverside and Orange County. |
| KACK | 3.50 | $315.00 | | | $1,102.50 | 6/14/2011 | Attend hearing at Riverside regarding ex parte application to compel Bank of America to respond to discovery and attend deposition and meet and confer regarding same. |
| KACK | 6.00 | $315.00 | | | $1,890.00 | 6/14/2011 | Prepare for and attend deposition of First American Title and production of documents regarding same. |
| MYM | 1.00 | $315.00 | | | $315.00 | 6/14/2011 | Review GMAC ex parte application to compel Bank of America to comply with discovery requests and supporting declaration, documents and pleadings. |
| ACT | | | 7 | $0.10 | $0.70 | 6/15/2011 | Photocopy expenses |
| ACT | | | 88 | $0.10 | $8.80 | 6/15/2011 | Photocopy expenses |
| MYM | 0.10 | $315.00 | | | $31.50 | 6/15/2011 | Draft letter to Ms. Kozinska re suggested resolution of discovery dispute. |
| MYM | 3.70 | $315.00 | | | $1,165.50 | 6/15/2011 | Review files and prepare presentation of expert witness. |
| KACK | 4.70 | $315.00 | | | $1,480.50 | 6/15/2011 | Meeting with Mr. Demas, expert witness, to prepare for the deposition and for trial. |
| KACK | 0.40 | $315.00 | | | $126.00 | 6/15/2011 | Telephone call with Mr. Ensberg regarding various pending issues. |
| MYM | 0.10 | $315.00 | | | $31.50 | 6/15/2011 | Telephone conference with Ms. Kozinska re possible resolution of discovery dispute. |
| MYM | 0.20 | $315.00 | | | $63.00 | 6/15/2011 | Review four emails from clients re deposition. |
| ACT | | | 38 | $0.10 | $3.80 | 6/16/2011 | Photocopy expenses |
| MYM | 0.50 | $315.00 | | | $157.50 | 6/16/2011 | Review letter from Mr. Ensberg re GMAC dispute with Bank of America on discovery issues and excerpts from deposition transcript of Mr. McDonald. |
| KACK | 1.70 | $315.00 | | | $535.50 | 6/16/2011 | Prepare for hearing on motion to compel Bank of America responses. |
| KACK | 0.40 | $315.00 | | | $126.00 | 6/16/2011 | Telephone call (several) with counsel regarding proposed stipulation with Bank of America to produce documents and witness. |

**EXHIBIT 5 - BILLING STATEMENTS**