5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 1/18/2012 | Review emails and respond to Ms. Schiller regarding judgment and status. |
| MYM | 1.80 | $315.00 | | | $567.00 | 1/18/2012 | Draft motion to finalize unresolved portions of judgment. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/19/2012 | Review email regarding REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/19/2012 | Review emails regarding judgment and lis pendens. |
| MYM | 0.20 | $315.00 | | | $63.00 | 1/19/2012 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| MYM | 0.10 | $315.00 | | | $31.50 | 1/20/2012 | Review email from Mr. Schermerhorn re REDACTED FOR ATTORNEY-CLIENT PRIVILEGE. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/20/2012 | Telephone calls (two) regarding memorandum of costs and related issues. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/20/2012 | Begin preparation of our memorandum of costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/23/2012 | Review and respond to email regarding judgment and tasks. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/23/2012 | Telephone call (two) to Ms. Cohrs and Ms. Kozinska regarding bill of costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/24/2012 | Telephone call and email to Wells Fargo Bank and Bank of America counsel regarding memorandum of costs and related issues. |
| KACK | 2.20 | $315.00 | | | $693.00 | 1/24/2012 | Research and prepare memorandum of costs. |
| ACT | | | 14 | $0.10 | $1.40 | 1/25/2012 | Photocopy expenses |
| KACK | 3.00 | $315.00 | | | $945.00 | 1/25/2012 | Research and review backup documents for memorandum of costs after judgment. |
| MYM | 0.50 | $315.00 | | | $157.50 | 1/25/2012 | Review docket and pleadings. |
| MYM | 0.40 | $315.00 | | | $126.00 | 1/26/2012 | Draft and revise bill of costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 1/26/2012 | Review and respond to Ms. Kozinska's email regarding memorandum of costs. |
| KACK | 3.10 | $315.00 | | | $976.50 | 1/26/2012 | Continue research and prepare memorandum of costs after trial. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.30 | $315.00 | | | $94.50 | 1/27/2012 | Finalize memorandum of costs. |
| KACK | 1.10 | $315.00 | | | $346.50 | 1/27/2012 | Work on finalizing memorandum of costs |
| ACT | | | 24 | $0.10 | $2.40 | 1/30/2012 | Photocopy expenses |
| KACK | 1.90 | $315.00 | | | $598.50 | 1/30/2012 | Research regarding attorney's fees motion for post-judgment matters. |
| KACK | 0.70 | $315.00 | | | $220.50 | 1/31/2012 | Work on attorney's fees motion. |
| ACT | | | 1 | $71.75 | $71.75 | 2/1/2012 | Knox Attorney Service; messenger, invoice no.: 671794 Filing |
| ACT | | | 18 | $0.10 | $1.80 | 2/2/2012 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/2/2012 | Review GMAC's motion to tax Wells Fargo Bank's costs; Calendar dates. |
| ACT | | | 14 | $0.10 | $1.40 | 2/3/2012 | Photocopy expenses |
| KACK | 1.00 | $315.00 | | | $315.00 | 2/3/2012 | Work on draft of attorney's fees motion. |
| MYM | 0.20 | $315.00 | | | $63.00 | 2/6/2012 | Review Wells Fargo amended memorandum of costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/6/2012 | Review documents received from Wells Fargo Bank regarding costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/6/2012 | Telephone call to court and Ms. Cohrs regarding status. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/7/2012 | Research regarding upcoming hearing. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/7/2012 | Telephone call with Ms. Cohrs regarding status and issues. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/7/2012 | Review and respond to email from court regarding motion to tax costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/7/2012 | Research status of upcoming hearings. |
| KACK | 0.10 | $315.00 | | | $31.50 | 2/7/2012 | Telephone call and draft email to court regarding upcoming hearing. |
| KACK | 0.30 | $315.00 | | | $94.50 | 2/8/2012 | Research regarding GMAC's objection to memorandum of costs. |
| KACK | 0.80 | $315.00 | | | $252.00 | 2/8/2012 | Begin draft of response to Mr. Ensberg regarding GMAC's objection to memorandum of costs. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

## Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.50 | $315.00 | | | $157.50 | 2/8/2012 | Work on draft of attorney's fees motion. |
| MYM | 0.50 | $315.00 | | | $157.50 | 2/8/2012 | Review documents re dispute to memorandum of costs. |
| MYM | 0.20 | $315.00 | | | $63.00 | 2/8/2012 | Review letter from Mr. Ensberg re objection to memorandum of costs. |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/9/2012 | Revise letter to Mr. Ensberg re memorandum of costs. |
| MYM | 0.20 | $315.00 | | | $63.00 | 2/9/2012 | Revise memorandum of costs. |
| MYM | 1.30 | $315.00 | | | $409.50 | 2/9/2012 | Review files re reimbursement claims against GMAC. |
| KACK | 0.70 | $315.00 | | | $220.50 | 2/9/2012 | Draft letter to Mr. Ensberg regarding justification for memorandum of costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/9/2012 | Continue research for response to GMAC's objection to memorandum of costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/10/2012 | Research for attorney's fees motion. |
| KACK | 0.30 | $315.00 | | | $94.50 | 2/10/2012 | Finalize letter and memorandum of costs. |
| KACK | 0.70 | $315.00 | | | $220.50 | 2/10/2012 | Finalize draft letter to Mr. Ensberg regarding GMAC's objection to memorandum of costs; Finish revising same. |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/10/2012 | Finalize letter to Mr. Ensberg re memorandum of costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/13/2012 | Follow up with all parties regarding motion to tax costs. |
| MYM | 1.20 | $315.00 | | | $378.00 | 2/14/2012 | Review and analyze documents and accounting re costs taxable to GMAC. |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/14/2012 | Review letter from Mr. Ensberg re memorandum of costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/14/2012 | Review emails received regarding memorandum of costs. |
| KACK | 1.20 | $315.00 | | | $378.00 | 2/14/2012 | Continue analysis of memorandum of costs and adjustments to same. |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/15/2012 | Telephone conference with Mr. Ensberg's office re settlement on cost issue. |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/15/2012 | Revise letter to Mr. Ensberg re proposed |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 0.50 | $315.00 | | | $157.50 | 2/15/2012 | Analyze documents re costs per GMAC challenge. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/15/2012 | Review and respond to letters regarding settling objection to memorandum of costs. |
| ACT | | | 60 | $0.10 | $6.00 | 2/16/2012 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/16/2012 | Revise memorandum of costs. |
| KACK | 0.30 | $315.00 | | | $94.50 | 2/16/2012 | Research issues regarding attorney's fees motion. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/16/2012 | Finalize amended memorandum of costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/16/2012 | Telephone call with Mr. Ensberg regarding memorandum of costs. |
| MYM | 0.20 | $315.00 | | | $63.00 | 2/17/2012 | Review Bank of America memorandum of costs. |
| MYM | 0.70 | $315.00 | | | $220.50 | 2/17/2012 | Review GMAC motion to tax costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/17/2012 | Draft email to Mr,. Ensberg regarding motion to tax costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/17/2012 | Research for attorney's fees motion. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/17/2012 | Telephone call with Mr. Ensberg regarding motion and status. |
| KACK | 0.10 | $315.00 | | | $31.50 | 2/17/2012 | Review motion to tax costs. |
| MYM | 0.10 | $315.00 | | | $31.50 | 2/18/2012 | Review GMAC notice of taking off calendar motion to tax costs. |
| ACT | | | 6 | $0.10 | $0.60 | 2/21/2012 | Photocopy expenses |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/22/2012 | Review email and pleadings received regarding motion to tax costs. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/23/2012 | Review documents received from GMAC regarding pending hearing. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/29/2012 | Research docket regarding status of scheduled hearing. |
| KACK | 0.20 | $315.00 | | | $63.00 | 2/29/2012 | Research for attorney's fee motion. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

### Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| KACK | 0.20 | $315.00 | | | $63.00 | 3/5/2012 | Follow up regarding today's hearing on motion to tax costs. |
| KACK | 0.10 | $315.00 | | | $31.50 | 3/6/2012 | Review emails regarding today's hearing. |
| MYM | 0.10 | $315.00 | | | $31.50 | 3/7/2012 | Review ruling re GMAC motion to tax costs. |
| ACT | | | 6 | $0.10 | $0.60 | 3/8/2012 | Photocopy expenses |
| KACK | 0.10 | $315.00 | | | $31.50 | 3/8/2012 | Telephone call Ms. Cohrs regarding status. |
| KACK | 0.10 | $315.00 | | | $31.50 | 3/8/2012 | Review docket. |
| MYM | 0.10 | $315.00 | | | $31.50 | 3/9/2012 | Review GMAC order re Wells Fargo cost bill. |
| KACK | 0.30 | $315.00 | | | $94.50 | 3/15/2012 | Conference with Ms. Cohrs and Ms. Kozinska regarding status. |
| KACK | 1.20 | $315.00 | | | $378.00 | 3/19/2012 | Attention to tasks and research for attorneys' fees motion to be filed and served. |
| KACK | 1.40 | $315.00 | | | $441.00 | 3/20/2012 | Research attorneys' fees motion and information. |
| KACK | 0.20 | $315.00 | | | $63.00 | 3/21/2012 | Telephone conference with Ms. Kozinska re status. |
| MYM | 1.40 | $315.00 | | | $441.00 | 3/22/2012 | Analyze application of California Civil Code section 1717 in context of lender/plaintiff's asserted claim against owner/defendant's real property. |
| KACK | 0.20 | $315.00 | | | $63.00 | 3/22/2012 | Review docket for information on status. |
| MYM | 1.20 | $315.00 | | | $378.00 | 3/26/2012 | Review documents re extent of claim for attorneys' fees and costs against GMAC. |
| KACK | 0.20 | $315.00 | | | $63.00 | 3/26/2012 | Review docket for information on status. |
| KACK | 0.20 | $315.00 | | | $63.00 | 3/30/2012 | Research docket for status. |
| MYM | 1.70 | $315.00 | | | $535.50 | 4/6/2012 | Revise motion to charge GMAC with attorneys' fees. |
| MYM | 0.80 | $315.00 | | | $252.00 | 4/10/2012 | Revise motion for attorneys' fees. |
| MYM | 0.80 | $315.00 | | | $252.00 | 4/12/2012 | Revise memorandum re attorneys' fees claim against GMAC. |

**EXHIBIT 5 - BILLING STATEMENTS**

5/22/12 5:32 PM

**Pyle Sims Duncan & Stevenson APC re: Schermerhorn adv. GMAC, Our File Number 8966-010**

| Professional | Time Spent | Rate Value | Quantity | Price (of item of cost) | Slip Value | Date | Description |
|---|---|---|---|---|---|---|---|
| MYM | 2.50 | $315.00 | | | $787.50 | 4/13/2012 | Revise brief re claim for attorneys' fees against GMAC. |
| | | | | | | | |
| Totals | 1743.60 | | | $11,999.87 | $554,234.87 | | |

**EXHIBIT 5 - BILLING STATEMENTS**