# Exhibit "6"

**EXHIBIT 6 - COPIES OF CHECKS**



**EXHIBIT 6 - COPIES OF CHECKS**

70-001853