UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                                              **AFFIDAVIT OF SERVICE**

RESIDENTIAL CAPITAL, LLC, et al.                            Chapter 11

                                                Debtors.          Case No. 12-12020 (MG)

-----------------------------------------------------------------X

STATE OF NEW YORK    )
                                         ) ss:
COUNTY OF NEW YORK )

       JOEL JEAN, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at Nine East 45th Street, Ninth Floor, New York, New York 10017. That on the 20th day of November, 2013, deponent served the within

**OPPOSITION OF JASON AND JENNIFER SCHERMERHORN AND DECLARATION WITH EXHIBITS** upon:

IBM CORPORATION
Attn: Shawn Konig
1360 Rene Levesque W., Suite 400
Montreal, QC H3G 2W6
Canada

OFFICE OF THE UNITED STATES
TRUSTEE FOR THE SOUTHERN
DISTRICT OF NEW YORK
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
Attn: Tracy Hope Davis, Esq.
       Brian Masumoto, Esq.
       Linda Riffkin, Esq.

KURTZMAN CARSON CONSULTANTS
LLC
Claims and Noticing Agent
2335 Alaska Avenue
El Segundo, CA 90245

U.S. DEPARTMENT OF JUSTICE
Attn: US Attorney General,
       Eric H. Holder, Jr.
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Office of the New York State Attorney
General
Attn: Nancy Lord, Esq. / Neal Mann, Esq.
The Capitol
Albany, New York 12224-0341

FEDELINA ROYBAL-DeAGUERO 2008
TRUST
42265 Little Lake Road
Medocino, California 94560

MORRISON & FOERSTER LLP
Attn: Stefan W. Engelhardt, Esq.
1290 Avenue of the Americas
New York, New York 10104

by depositing a true copy of same enclosed in a post-paid wrapper by first class mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

_____
JOEL JEAN

Sworn to before me this

20th day of November, 2013

_____
Notary Public

RAYMOND QUENTIN SPERLING
Notary Public, State of New York
No. 01SP6259734
Qualified in New York County
Commission Expires April 16, 2016