MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
Jennifer L. Marines

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF STIPULATED FACTS IN CONNECTION
WITH THE LIMITED OBJECTION OF WFBNA TO CONFIRMATION OF
THE JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC
AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE** that on November 20, 2013, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), the official committee of unsecured creditors (the "Creditors' Committee"), Ally Financial Bank Inc. and Ally Bank (collectively, "Ally") and Wells Fargo Bank, N. A., as successor to Wachovia Bank and Wachovia Bank of Delaware (collectively, "WFBNA", and together with the Debtors, the Creditors' Committee and Ally, the "Parties") entered into the *Stipulated Facts in Connection with the Limited Objection of WFBNA to Confirmation of the Joint Chapter 11 Plan Proposed by Residential Capital, LLC and the Official Committee of Unsecured Creditors* (the "Stipulation"). A copy of the Stipulation is attached hereto as Exhibit 1.

ny-1118842                                                      1

Dated: November 20, 2013  
       New York, New York

Respectfully submitted,

/s/ Todd M. Goren
Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
Jennifer L. Marines
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*