**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------x
: 
In re                                                       :          Chapter 11
                                                            :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1]  :          Case No. 12-12020 (MG)
                                                            :
                                                            :
                                                            :          (Jointly Administered)
            Debtors.                                :
-----------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Clarissa D. Cu, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On November 18, 2013, at my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the Monthly Service List attached hereto as **Exhibit A**, and via Overnight Mail upon the service list attached hereto as **Exhibit B**:

- **Summary of Interim Application of Bryan Cave LLP as Ordinary Course Counsel for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2013 through June 30, 2013** [Docket No. 5826]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

- **Cover Sheet and Fourth Interim Application of Centerview Partners LLC as Investment Banker for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2013 through August 31, 2013** [Docket No. 5830]

- **Fourth Interim Fee Application of Deloitte & Touche LLP for Compensation for Services Rendered and Reimbursement of Expenses as Independent Auditor and Attest Service Provider to the Debtors for the Period from May 1, 2013 through August 31, 2013** [Docket No. 5831]

- **Summary of Third Interim Application of Fortace LLC as Consultant for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2013 through August 31, 2013** [Docket No. 5833]

- **Cover Sheet and Fourth Fee Application of KPMG LLP, as Tax Compliance Professionals and Information Technology Advisors to the Debtors and Debtors in Possession, for Interim Allowance and Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through August 31, 2013** [Docket No. 5835]

- **Summary of the Second Interim Application of Perkins Coie LLP as Special Insurance Coverage Counsel to the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2013 through August 31, 2013** [Docket No. 5836]

- **Cover Sheet and Fourth Interim Application of Bradley Arant Boult Cummings LLP as Special Litigation and Compliance Counsel for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2013 through August 31, 2013** [Docket No. 5838]

- **Coversheet and Fourth Interim Application of Morrison & Foerster LLP as Bankruptcy Counsel for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2013 through August 31, 2013** [Docket No. 5839]

- **Cover Sheet and Second Interim Application of Ernst & Young LLP for Allowance and Payment of Compensation for Professional Services and Reimbursement of Actual and Necessary Expenses** [Docket No. 5840]

- **Cover Sheet and Fourth Interim Application of Morrison Cohen LLP for Allowance of Interim Compensation for Professional Services Rendered and Expenses Incurred During the Period May 1, 2013 through August 31, 2013** [Docket No. 5841]

- Cover Sheet and Summary Sheet for Fourth Interim Application of FTI Consulting, Inc., as Financial Advisor for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2013 Through August 31, 2013 [Docket No. 5853]

Dated: November 20, 2013

_____
Clarissa D. Cu

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 20th of November, 2013, by Clarissa D. Cu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# EXHIBIT A

Exhibit A
Fee Application Parties
Served via Electronic Mail

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Kirkland & Ellis | Richard M. Cieri & Ray C. Schrock | ray.schrock@kirkland.com; richard.cieri@kirkland.com |
| Kramer Levin Naftalis & Frankel LLP | Kenneth H. Eckstein & Douglas H. Mannal | keckstein@kramerlevin.com; dmannal@kramerlevin.com |
| Morrison & Foerester | Laura Guido | lguido@mofo.com |
| Office of the United States Trustee | Eric J Small | eric.j.small@usdoj.gov |
| Office of the United States Trustee for the Southern District of New York | Brian S. Masumoto | Brian.Masumoto@Usdoj.Gov |
| Office of the United States Trustee for the Southern District of New York | Michael Driscoll | Michael.Driscoll@Usdoj.Gov |

# EXHIBIT B

Exhibit B

Served via Overnight Mail

| NAME | NOTICE NAME | ADDRESS1 | CITY | ST | ZIP |
|---|---|---|---|---|---|
| Kirkland & Ellis | Richard M. Cieri & Ray C. Schrock | 601 Lexington Avenue | New York | NY | 10022 |
| Kramer Levin Naftalis & Frankel LLP | Kenneth H. Eckstein & Douglas H. Mannal | 1177 Avenue of the Americas | New York | NY | 10036 |
| Morrison & Foerster LLP | Laura Guido | 1290 Avenue of the Americas | New York | NY | 10104-0050 |
| Office of the United States Trustee | Eric J Small | 355 Main Street, 1st Floor | Poughkeepsie | NY | 12601 |
| Office of the United States Trustee for the Southern District of New York | Brian S. Masumoto | 201 Varick Street, Suite 1006 | New York | NY | 10014 |
| Office of the United States Trustee for the Southern District of New York | Michael Driscoll | 201 Varick Street, Suite 1006 | New York | NY | 10014 |