MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Charles L. Kerr
Darryl P. Rains
J. Alexander Lawrence

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

------------------------------------------------------------------

**PLAN CONFIRMATION EXHIBITS OFFERED IN EVIDENCE
IN CONNECTION WITH THE DIRECT TESTIMONY OF MARTIN BLUMENTRITT**

The Debtors intend to offer in evidence the following exhibits in connection with

the direct testimony of Martin Blumentritt.

***Insurance Documents.***  The Debtors will offer in evidence exhibits **PX 517 through**

**544, 547 through 571, 930, and 931**, which are insurance policy documents related to the

Debtors' and Ally's directors and officers and errors and omissions insurance coverage and

correspondence with insurers regarding those policies.  These exhibits are offered for the limited

purposes of establishing the existence and contents of the policy documents and correspondence,

and are not offered as proof of the matters asserted in the documents.


Dated:  November 20, 2013

/s/ Gary S. Lee

Gary S. Lee
Charles L. Kerr
Darryl P. Rains
J. Alexander Lawrence
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*