**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| RESIDENTIAL CAPITAL, LLC; et al., | |
| Plaintiffs, | |
| v. | Adv. Case No. 13-01343 (MG) |
| UMB BANK, N.A., IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.625% JUNIOR SECURED GUARANTEED NOTES, et al., | |
| Defendants. | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the estate of the Debtors, | |
| Plaintiffs, | Adv. Case No. 13-01277 (MG) |
| v. | |
| UMB BANK, N.A., AS SUCCESSOR INDENTURE TRUSTEE UNDER THAT CERTAIN INDENTURE, dated as of June 6, 2008, et al., | |
| Defendants. | |

1

ny-1118910

## PLAINTIFFS AND PLAN PROPONENTS' RESERVATION OF CROSS TIMES

In accordance with the Stipulated Scheduling Order [Dkt. No. 5638], the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee" and, together with the Debtors, the "Plan Proponents"), on behalf of the Debtors' estates, submit the following reserved time for cross-examination of the witnesses set forth on the Defendants' order of witnesses.

1. William Marx – 45 minutes.
2. Robert S. Bingham – 90 minutes.
3. Michael Fazio – 90 minutes.
4. Michael Pinzon – 15 minutes.

Dated: November 21, 2013

| | |
|---|---|
| **MORRISON & FOERSTER LLP** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| /s/ *Gary S. Lee* | /s/ *Kenneth H. Eckstein* |
| Gary S. Lee | Kenneth H. Eckstein |
| Charles L. Kerr | Gregory A. Horowitz |
| Darryl P. Rains | Douglas H. Mannal |
| J. Alexander Lawrence | 1177 Avenue of the Americas |
| 1290 Avenue of the Americas | New York, New York 10036 |
| New York, New York 10104 | Telephone:  (212) 715-9100 |
| Telephone:  (212) 468-8000 | Facsimile:  (212) 715-8000 |
| Facsimile:  (212) 468-7900 | |
| -and- | -and- |
| **CURTIS, MALLET-PREVOST, COLT & MOSLE LLP** | **PACHULSKI STANG ZIEHL & JONES LLP** |
| /s/ *Steven J. Reisman* | /s/ *Robert J. Feinstein* |
| Steven J. Reisman | Robert J. Feinstein |
| Theresa A. Foudy | John A. Morris |
| Michael Moscato | 780 Third Avenue, 36th Floor |
| 101 Park Avenue | New York, New York 10017 |
| New York, New York 10178 | Telephone:  (212) 561-7700 |
| Telephone:  (212) 696-8860 | Facsimile:  (212) 561-7777 |
| Facsimile:  (212) 697-1559 | |
| | *Counsel to the Official Committee of Unsecured Creditors* |
| *Counsel to the Debtors and Debtors in Possession* | |

ny-1118910