UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x
In re:                                                                   :   Chapter 11
                                                                         :
RESIDENTIAL CAPITAL, LLC, et al.,                                        :   Case No. 12-12020 (MG)
                                                                         :
                                  Debtors.                               :   (Jointly Administered)
                                                                         :
------------------------------------------------------------------------ x   Ref. Docket Nos. 5852, 5856-5859, 5862,
                                                                             5866 & 5867

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a) "Third Interim Application of Coherent Economics, LLC as Consultant to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2013 through August 31, 2013," dated November 18, 2013 [Docket No. 5852], (the "Coherent Economics Fee Application"),

   b) "Fourth Interim Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Investment Banker to the Official Committee of Unsecured Creditors for the Period from May 1, 2013 through August 31, 2013," dated November 18, 2013 [Docket No. 5856], (the "Moelis Fee Application"),

   c) "Third Interim Application of Epiq Bankruptcy Solutions, LLC, as Information Agent for the Official Committee of Unsecured Creditors, for Allowance and Payment of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through August 31, 2013," dated November 18, 2013 [Docket No. 5857], (the "Epiq Fee Application"),

   d) "Fourth Interim Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period May 1, 2013 through August 31, 2013," dated November 18, 2013 [Docket No. 5858], (the "AlixPartners Fee Application"),

e) "Second Interim Fee Application of Wilmer Cutler Pickering Hale and Dorr LLP, as Special Counsel for Certain Regulatory Matters to the Official Committee of Unsecured Creditors of Residential Capital, LLC, et al. for Interim Allowance of Compensation and for the Reimbursement of Expenses for Services Rendered During the Period from May 1, 2013 through August 31, 2013," dated November 18, 2013 [Docket No. 5859], (the "Wilmer Cutler Fee Application"),

f) "Third Interim Application of San Marino Business Partners LLC as Consultant to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2013 through August 31, 2013," dated November 18, 2013 [Docket No. 5862], (the "San Marino Fee Application"),

g) "Third Interim Application of J F. Morrow, Consultant to the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through August 31, 2013," dated November 18, 2013 [Docket No. 5866], (the "J F. Morrow Fee Application"), and

h) "Fourth Application of Kramer Levin Naftalis & Frankel LLP, Counsel for the Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through August 31, 2013," dated November 18, 2013 [Docket No. 5867], (the "Kramer Levin Naftalis & Frankel Fee Application"),

by causing true and correct copies of the:

i. Coherent Economics Fee Application, Moelis Fee Application, Epiq Fee Application, AlixPartners Fee Application, and Wilmer Cutler Fee Application, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, on November 18, 2013, and

ii. San Marino Fee Application, J F. Morrow Fee Application, and Kramer Levin Naftalis & Frankel Fee Application, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, on November 19, 2013.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
20 day of November, 2013

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

_____
Notary Public

-2-

**EXHIBIT A**

| RES FEE APP | RES FEE APP |
|---|---|
| Morrison & Foerster LLP<br>Attn: Larren M. Nashelsky, Gary S. Lee and Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY 10104 | Kramer Levin Naftalis & Frankel LLP<br>Attn: Kenneth H. Eckstein & Douglas H. Mannal<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| RES FEE APP | RES FEE APP |
| Office of the United States Trustee<br>Attn: Tracy Hope Davis, Linda Rifkin & Brian S. Masumoto<br>Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014 | Kirkland & Ellis<br>Attn: Richard M. Cieri and Ray C. Schrock<br>601 Lexington Avenue<br>New York, NY 10022 |
| RES FEE APP | RES FEE APP |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Ken Ziman and Jonathan H. Hofer<br>4 Times Square<br>New York, NY 10036 | Office of the United States Trustee<br>Attn: Eric J. Small, Esq.<br>355 Main Street – First Floor<br>Poughkeepsie, NY 12601 |