UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

In re:                                                   )    Case No. 12-12020 (MG)
                                                         )
RESIDENTIAL CAPITAL, LLC, *et al.*,                      )    Chapter 11
                                                         )
                                         Debtors.        )    Jointly Administered
                                                         )
-----------------------------------------------------------

### NOTICE OF WITHDRAWAL OF CLAIM NUMBER 4421 FILED BY MARGARET ANN HOWARD

Margaret Ann Howard, having filed Claim Number 4421 against Residential Capital, LLC (the "Claim"), hereby give notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

Margaret Ann Howard hereby withdraws the Claim, authorizes SilvermanAcampora LLP, special counsel to the Official Committee of Unsecured Creditors in the above-captioned cases, to file this Notice with the Bankruptcy Court in order to effectuate the withdrawal of the Claim, and also authorizes the duly appointed Claims Agent to reflect this withdrawal on the official claims register.

A facsimile signature or a signature in portable document format (.pdf) shall be deemed original for purposes of this Notice of Withdrawal. *See notes below!*

Dated: November 15, 2013                    _____Margaret Ann Howard_____

*Sent Federal Express*                       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                                             (Sign Name)

*My house is paid in full, and I received letter to that effect. I put down GMAC creditor because you owed me balance in my escrow account which GMAC did return to me and congratulated me that my house is paid in full.*

NKHAN/1427380.1/062429