ORDER   407901

DOCKET NO: FSTCV095011591S    SUPERIOR COURT

RESIDENTIAL FUNDING    JUDICIAL DISTRICT OF STAMFORD
 V.    AT STAMFORD
LACASSE,THOMAS
    11/14/2013

## ORDER

ORDER REGARDING:
11/14/2013 170.86 ORDER

The foregoing, having been considered by the Court, is hereby:

ORDER:

Order 170.86 is corrected as to the date as follows:
A hearing on the following motions 133,139,145, 147 and 152 is scheduled on 2/4/14 at 10:00 AM before the Hon. Kevin Tierney.

Judicial Notice (JDNO) was sent regarding this order.

407901

Judge: DOUGLAS C MINTZ
Processed by: Megan Mccaffrey