JOE R. VARGAS, SR. TELE: 661-326-8896

213 U, ST. BAKERSFIELD, CA. 93304

NO, FAX, NO COMPUTER, No. E, MAIL

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  )  Case No. 12-12020 (MG)
 )
RESIDENTIAL CAPITAL, LLC, et al.,  )  Chapter 11
 )
 Debtors.  )
 )



RECEIVED NOV 20 2013 U.S. BANKRUPTCY COURT, SDNY

PAGE, 14 - OBJECTING PARTY

HONORABLE, MARTIN GLEN, YOUR HONOR, I NEVE[R]

TOLD MR. SILVERMAN I WAS DROPING MY OBJECTI[ON]

FOR THE BANKRUPTCY CASE TO MOVE FORWARD.
ONE OF TWO

TWO

I don't even know Mr. Silverman, I spoke to a Mr. Brian Powers, He told me my claim didn't make no sense, Mr. Power's told me He would send me the forms to withdrawn the objection I never signed them. The forms will be "Exhibit A" your Honor, Exhibit-B, will be the Tax Bill, see para: 14 NET VALUE $33,614, I owe $86.000, my Home is up side down I owe more then it's worth.

Exhibit-C, the inflated appraisal The appraisal form is a excerpt, I have complete the appraisal. Thank you

CC: Silverman Acampora LLP
100 Jericho Quadrangle, STE. 300
Jericho NY. 11753-9477.

Rescap claim's Processing Center
c/o KCC, P.O. Box-5004, Hawthorne, CA. 90250

Kramer Levin Naftalis, Frankel LLP
1177 Ave. of the America's
New York, New York, 10036