**SILVERMAN ACAMPORA LLP**
*Character is Everything*

Brian Powers
516.479.6357
BPowers@SilvermanAcampora.com

100 Jericho Quadrangle
Suite 300
Jericho, New York 11753

November 5, 2013

**BY FEDERAL EXPRESS**
Joe R. Vargas
213 U Street
Bakersfield, CA 93304-3238

    Re:    **Residential Capital, LLC,** *et al.*
           **Chapter 11**
           **Case No. 12-12020 (MG)**
           **Our File No. 062429**

Dear Mr. Vargas:

    This firm is special counsel to the Official Committee of Unsecured Creditors (the "Committee") in the bankruptcy cases of Residential Capital, LLC, *et al.* (the "Debtors"), which cases are pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

    During our telephone conversation on November 5, 2013, you advised us that you believe that you have a valid claim against one or more of the Debtors and wished to file a proof of claim. Accordingly, I have enclosed a blank proof of claim form for your convenience. If you would like to file a proof of claim, please fill out the enclosed form and return it to[1]:

    ResCap Claims Processing Center
    c/o KCC
    PO Box 5004
    Hawthorne, CA 90250

    Additionally, you have informed us that, although the letter you filed with the Bankruptcy Court (the "Objection") purports to object to the Debtors' and Committee's Joint Plan of Reorganization (the "Plan"), it was solely intended as a demand for payment. Accordingly, we request that you review and sign the enclosed Notice of Withdrawal withdrawing the Objection, and return it to me by e-mail, fax, or first class mail. Upon receipt of the signed Notice of Withdrawal, we will file the Notice of Withdrawal with the Bankruptcy Court.

    As we also discussed, we are not your attorneys and do not represent you personally. Accordingly, nothing in this letter is or can be considered as legal advice. Should you have any legal questions pertaining to the proof of claim form and/or the Notice of Withdrawal, we encourage you speak with an attorney.

---

[1] Please be advised that nothing contained herein shall be deemed as an admission of liability or the allowance of a proof of claim.

BPOWERS/1431792.1/062429

November 5, 2013
Page 2

If you have any further questions, please do not hesitate to contact me at (516) 479-6357 or BPowers@SilvermanAcampora.com

Thank you for your prompt attention to this matter.

Very truly yours,

Brian Powers

BP:cagr
Encs.

cc:   Ronald J. Friedman, Esq. (via e-mail, w/o encs.)
      Robert D. Nosek, Esq. (via e-mail, w/o encs.)
      Elise S. Frejka, Esq. (via e-mail, w/o encs.)



BPOWERS/1431792.1/062429

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

------------------------------------------------------------

### NOTICE OF WITHDRAWAL OF OBJECTION TO DEBTORS' AND COMMITTEE'S JOINT PLAN OF REORGANIZATION FILED BY JOE R. VARGAS [DOCKET NO. 5357]

Joe R. Vargas, having filed an objection (the "Objection") [Docket No. 5357] to the Debtors' and Committee's Joint Plan of Reorganization (the "Plan"), hereby gives notice of the withdrawal of the Objection.

After discussion with SilvermanAcampora LLP, special counsel to the Official Committee of Unsecured Creditors in the above-captioned cases ("Committee Special Counsel"), I acknowledge that the purpose of the Objection was not to object to the Plan, but rather to demand payment from the Debtors.

Committee Special Counsel has further advised me of my ability to file a proof of claim in the Debtors' cases to assert the demand for payment that I made in the Objection. Additionally, I understand that the Debtors retain the right to object to any claim that I may file against the Debtors on any basis, and I retain the right to respond to or contest the Debtors' objection, if any, to such a claim.

I hereby authorize Committee Special Counsel to file this Notice with the Bankruptcy Court in order to effectuate the withdrawal of the Response.

A

A facsimile signature or a signature in portable document format (.pdf) shall be deemed original for purposes of this Notice of Withdrawal.

Dated: November __, 2013                    _____Joe R. Vargas_____

                                            _____ (Sign Name)

