
**Kern County Treasurer - Tax Collector**
1115 Truxtun Avenue, 2nd Floor, Bakersfield, CA 93301



## 2013-2014 SECURED PROPERTY TAX BILL

**FOR FISCAL YEAR BEGINNING JULY 1, 2013 AND ENDING JUNE 30, 2014**

① **BILL TYPE:** 2013-2014 SECURED

② **PROPERTY ADDRESS - DESCRIPTION**
213 U ST BAKERSFIELD
1396    49

**PAY ONLINE:** www.kcttc.co.kern.ca.us

**RETAIN THIS PORTION FOR YOUR RECORDS**

**CURRENT OWNER**
VARGAS JOE R
213 U ST
BAKERSFIELD CA 93304-3238

1834

③ **OWNER OF RECORD AS OF** 01/01/13
VARGAS JOE R

④ **EVENT DATE** 01/01/13
⑤ **BILL DATE** 09/11/13

**HOMEOWNERS COPY - ORIGINAL SENT TO LENDER**

| ⑥ BILL NO. | ⑦ ASSESSOR TAX NO. | ⑧ TRA | ⑨ 1st INSTALLMENT | + | ⑩ 2nd INSTALLMENT | = | ⑪ TOTAL DUE |
|---|---|---|---|---|---|---|---|
| 2013-1007146-00-9 | 010-053-11-00-1 | 001-505 | 428.19 | + | 428.18 | = | 856.37 |

⑫ **YOUR TAX DISTRIBUTION**

| TAXING AGENCY | RATE/PHONE # | TAX AMOUNT |
|---|---|---|
| GEN LOCAL GOVT | 1.000000 | 336.22 |
| KCWA ZN 7 DEBT | .029851 | 10.03 |
| KCWA ZN 17 DEBT | .010705 | 3.59 |
| KCWA ZN 19 DEBT | .016358 | 5.49 |
| BKFLD SCH 13 REF | .007810 | 2.62 |
| BKFLD SCH 2006 A | .026071 | 8.76 |
| BKFLD SCH 2006 B | .002067 | .69 |
| KERN HIGH 2004B | .001555 | .52 |
| KERN HIGH 2004C | .006116 | 2.05 |
| KERN HIGH RF 2011 | .017217 | 5.78 |
| KERN HIGH 2004 D | .001684 | .56 |
| KERN HIGH RF 2012 | .001409 | .47 |
| KERN HIGH RF 2013 | .011179 | 3.75 |

⑬ **YOUR TAX DISTRIBUTION**

| TAXING AGENCY | RATE/PHONE # | TAX AMOUNT |
|---|---|---|
| KCCD SRID 2002A | .002633 | .88 |
| KCCD SRID 02A RFD | .008439 | 2.83 |
| KCCD SRID 2002C | .001572 | .52 |
| BKFLD GARBAGE CHG | 661-326-3114 | 181.52 |
| BKFLD SEWER PLT 2 | 661-326-3249 | 205.20 |
| *KCSWMP LAND USE | 661-862-8823 | 82.89 |
| KMVCD VECTOR ASMT | 661-589-2744 | 2.00 |
| TOTAL | 1.144661 | 856.37 |

| ⑭ VALUES | MINERAL | LAND | IMPROVEMENTS | OTHER IMPROVEMENTS | PERSONAL PROPERTY | EXEMPTIONS | | ⑮ NET TOTAL VALUE |
|---|---|---|---|---|---|---|---|---|
| 01/01/13 | 0 | 14,678 | 25,936 | 0 | 0 | H | 7,000 | 33,614 |

TO PAY SECOND INSTALLMENT, SEND THIS STUB WITH YOUR PAYMENT
PLEASE DO NOT STAPLE, TAPE, OR WRITE ON STUBS.

MAIL CORRESPONDENCE TO: KCTTC TAXPAYER SERVICES CENTER
P.O. BOX 580 BAKERSFIELD, CA 93302-0580

YOUR CANCELLED CHECK IS YOUR PROOF OF PAYMENT

| ⑯ BILL NO. | ⑰ ASSESSOR TAX NO. | ⑱ DUE DATE | ⑲ DELINQUENT AFTER |
|---|---|---|---|
| 2013-1007146-00-9 | 010-053-11-00-1 | 02/01/14 | 04/10/14 |

☐ CHECK HERE IF CHANGE OF ADDRESS AND ENTER INFORMATION ON BACK

⑳ **LATE PAYMENT WITH PENALTIES:**
AFTER 04/10/14 PAY 480.99

**2013-2014 SECURED**
**Second Installment** 2

VARGAS JOE R
HOMEOWNERS COPY

KCTTC
Payment Center
P.O. Box 541004
Los Angeles, CA 90054-1004


MAKE CHECKS PAYABLE TO:
Jackie Denney - KCTTC
or
Pay Online
www.kcttc.co.kern.ca.us


**PAY THIS AMOUNT** 428.18
PARTIAL PAYMENTS NOT ACCEPTED

21310071460090000004281900000042812013121010000000004281800000042812014041 04

Premier Appraisal Services
2900 Bristol Street , Suite E208
Costa Mesa, CA 92626

02/17/2005

ditech.com
3200 Park Cntr Dr., Suite 150
COSTA MESA, CA  92626

RE:   Vargas
      213 U Street
      Bakersfield, CA 93304
File No.   655389567
Case No.   12970

Dear   ditech.com:

In accordance with your request, I have personally inspected and prepared an appraisal report of the real property located at:

213 U Street, Bakersfield, CA 93304

The purpose of this appraisal is to estimate the market value of the property described in the body of this appraisal report.

Enclosed, please find the appraisal report which describes certain data gathered during our investigation of the property. The methods of approach and reasoning in the valuation of the various physical and economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of neighborhood data, led the appraiser to the conclusion that the market value, as of  02/17/2005 is:

$     185,000

The opinion of value expressed in this report is contingent upon the limiting conditions attached to this report.

It has been a pleasure to assist you.  If I may be of further service to you in the future, please let me know.

Respectfully submitted,

Signature: *[signed]*

Scott Sigmund
AL030884

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number:
RESIDENTIAL CAPITAL, LLC, ETAL, COURT CASE No. 12-12020 (M(

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
JOE R. VARGAS, SR.

Name and address where notices should be sent:
RESIDENTIAL CAPITAL, LLC, ETAL
100 JERICHO QUADRANGEL, STE 300
JERICHO, N.Y. 11753-9477

Telephone number: 516-479-6357    email:

Name and address where payment should be sent (if different from above):
213 U. ST. BAKERSFIELD, CA. 93304

Telephone number: 661-326-8896    email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: 12-12020 M
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $ 50,000
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.    EXHIBIT-B, NET TOTAL VALUE   $93,614

2. Basis for Claim: THE INFLATED EXCERPT APPRAISAL
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor:
UNKNOWN

3a. Debtor may have scheduled account as:
UNKNOWN
(See instruction #3a)

3b. Uniform Claim Identifier (optional):
UNKNOWN
(See instruction #3b)

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐Real Estate  ☐Motor Vehicle  ☐Other
Describe:
Value of Property: $_____ Annual Interest Rate _____% ☐Fixed ☐Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $_____    Basis for perfection: _____
Amount of Secured Claim: $_____    Amount Unsecured: $_____

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$_____ (See instruction #6)

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "*redacted*".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

9. Signature: (See instruction #9) Check the appropriate box.
☒ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent.    ☐ I am a guarantor, surety, indorser, or other codebtor.
(Attach copy of power of attorney, if any.)    (See Bankruptcy Rule 3004.)    (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: JOE R. VARGAS, SR.
Title: CREDITOR           Joe R. Vargas   11-15-13
Company: HOME OWNER    (Signature)              (Date)
Address and telephone number (if different from notice address above):
_____    EXHIBIT-C

Telephone number: 661-326-8896  Email: NONE

COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.