United States Bankruptcy Court
Southern District of New York

In re:

Residential Capital, LLC, et al.,
          Debtors,

Case No. 12-12020 (MG)

Chapter 11

Jointly Administered

RECEIVED NOV 18 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Rejection to:
Amended Order Granting Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with insufficient Documentation)

Judge Glen: I am homeless and I have no knowledge of the legal actions regarding my request to be awarded the amount of the total value of my house, $147,290.00. I filed the claim (#4556) on 11/13/2012. Because of the economic down fall and a divorce I was desparate to save my house and with all the resources in place to assist me, I was forced out of my house and was not given a chance to go through the remodification process. GMAC did nothing to help me. I Lost my house and fought hard to stay in my house. My mother moved in to help me. I submitted all of her financial information with satisfaction that a remodification would allow me to stay in my home. Enclosed are the remodification papers that should have saved my house but due to Residential Capital, LLC (GMAC) filing bankruptcy I was unfairly forced out of my house. Please reconsider my claim Judge Glen I'm going from house to house but I want my own house. Please Please help me. I'm homeless.

## NOTICE OF SALE UNDER POWER

GEORGIA, HENRY COUNTY

Because of default in the payment of the indebtedness, secured by a Security Deed executed by Diane M. Walker and Ronnie E. Walker to Georgia Power Federal Credit Union dated August 2, 2007 in the amount of $163,000.00, and recorded in Deed Book 10398, Page 56, Henry County, Georgia Records; as last transferred to GMAC Mortgage, LLC by assignment; the undersigned, GMAC Mortgage, LLC pursuant to said deed and the note thereby secured, has declared the entire amount of said indebtedness due and payable and pursuant to the power of sale contained in said deed, will on the first Tuesday in January, 2011 , during the legal hours of sale, at the Courthouse door in Henry County, sell at public outcry to the highest bidder for cash, the property described in said deed to-wit:

All that tract or parcel of land lying and being in Land Lot 52, 6th District, Henry County, Georgia, being Lot 130, Walden Subdivision, Phase 3, as per plat recorded in Plat Book 20, Pages 103-104, Henry County records, which plat is incorporated herein and made a part hereof by reference.

which has the property address of 240 Fairbrook Lane, Stockbridge, Georgia., together with all fixtures and other personal property conveyed by said deed.

The sale will be held subject to any unpaid taxes, assessments, rights-of-way, easements, protective covenants or restrictions, liens, and other superior matters of record which may affect said property.

The sale will be conducted subject (1) to confirmation that the sale is not prohibited under the U.S. Bankruptcy Code and (2) to final confirmation and audit of the status of the loan with the holder of the security deed.

Notice has been given of intention to collect attorneys' fees in accordance with the terms of the note secured by said deed.

Said property will be sold as the property of Diane M. Walker and Ronnie E. Walker and the proceeds of said sale will be applied to the payment of said indebtedness, the expense of said sale, all as provided in said deed, and the undersigned will execute a deed to the purchaser as provided in the aforementioned Security Deed.

GMAC Mortgage, LLC

Attorney in Fact for
Diane M. Walker and Ronnie E. Walker

Anthony DeMarlo, Attorney/krider
McCurdy & Candler, L.L.C.
(404) 373-1612
www.mccurdycandler.com
File No. 10-22507 /FNMA
THIS LAW FIRM IS ACTING AS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.



12-12020 mg

November 13, 2013

RECEIVED NOV 18 2013

Dear Judge Glenn,

I have no legal knowledge to properly respond to the "Borrower's Claim with insufficient Documentation". I was wrongfully foreclosed and evicted. When GMAC planned to go bankrupt my situation was expedited without time to seek counseling from one of many "save your home" programs. I'm including the papers I faxed to GMAC making them aware that my mother was distributing all of her income to help me save my house but it was overlooked and foreclosure preceedings began. I also included the Quit Claim Deed verifying my ex husband leaving me with the house and taking his name off. Judge Glenn please include me in this process as you distribute monies in hope that I can find a comfortable place to live. I am homeless going from house to house all because I wasn't allowed the time and resources to modify my loan using my mother's income.