MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Charles L. Kerr
Darryl P. Rains
J. Alexander Lawrence

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**PLAN CONFIRMATION EXHIBITS OFFERED IN EVIDENCE
IN CONNECTION WITH THE DIRECT TESTIMONY OF BARBARA WESTMAN**

Without objection, the Plan Proponents offer in evidence the following exhibits in connection with the direct testimony of Barbara Westman: **PX 575 through 578, 585, 586, 588, 589, 601, 602, 604, 605, 621, 627 through 629, 631, 632, 634, 635, 638, 683, 685 through 690, 692 through 695, 815, and 869**.

Dated: November 22, 2013

/s/ Gary S. Lee
Gary S. Lee
Charles L. Kerr
Darryl P. Rains
J. Alexander Lawrence
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*