NICK WOOTEN, LLC
*Of Counsel to Brock & Stout, LLC*
P.O. Box 3389
Auburn, AL 36831
Telephone: (334) 887-3000
Facsimile: (334) 821-7720
Nick Wooten

*Attorneys for Movants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF (I) WITHDRAWAL WITH PREJUDICE OF MOTION
OF WINLAND AND IRMA ELIZABETH SMITH FOR RELIEF FROM STAY
AND (II) DISALLOWANCE AND EXPUNGEMENT OF PROOF OF CLAIM NO. 4825**

**PLEASE TAKE NOTICE** that on August 12, 2013, W.J. Smith aka Winland Smith and Irma Elizabeth Smith (the "**Movants**"), by and through their undersigned counsel, filed the *Motion for Relief from Stay* [Docket No. 4615] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that the Movants hereby withdraw the Motion, with prejudice.

**PLEASE TAKE FURTHER NOTICE** that on November 15, 2012, the Movants filed Proof of Claim No. 4825 (the "**Proof of Claim**") with Kurtzman Carson Consultants, LLC.

**PLEASE TAKE FURTHER NOTICE** that the Movants hereby withdraw with prejudice any and all proofs of claim filed in the Debtors' chapter 11 cases, including the Proof of Claim, and request that all such proofs of claim be disallowed and expunged in their entirety.

ny-1115483

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion, which was scheduled to take place before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on December 17, 2013, at 10:00 a.m. (ET), has been canceled.

Dated: November 22, 2013

Respectfully submitted,

*/s/ Nick Wooten*_____ _____
Nick Wooten
NICK WOOTEN, LLC
*Of Counsel to Brock & Stout, LLC*
P.O. Box 3389
Auburn, AL 36831
Telephone: (334) 887-3000
Facsimile: (334) 821-7720
Email: nick@nickwooten.com

*Attorneys for Movants*