Thomas R. Fawkes
Devon J. Eggert
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone:  312.360.6000
Facsimile:   312.360.6520
tfawkes@freebornpeters.com
deggert@freebornpeters.com

*Counsel for Mercer (US) Inc.*


**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------
                                                    )
In re:                                              )    Case No. 12-12020 (MG)
                                                    )
RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>.,    )    Chapter 11
                                                    )
            Debtors.                                )    Jointly Administered
---------------------------------------------------------


**FOURTH SUPPLEMENTAL DECLARATION OF JOHN DEMPSEY IN SUPPORT
OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
<u>AUTHORIZING EMPLOYMENT AND RETENTION OF MERCER (US) INC.</u>**

I, John Dempsey, being duly sworn, hereby deposes and says:

1. I am a partner of Mercer (US) Inc. ("*Mercer*"), with offices located at 155 North Wacker Drive, Suite 1500, Chicago, Illinois 60606. I am authorized to execute this declaration (the "*Declaration*") on behalf of Mercer. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth within.

2. This Declaration is being submitted as a supplement to the Application (the "*Application*") to Employ and Retain Mercer (US) Inc. as Compensation Consultant to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 511].

3. Pursuant to paragraph 5 of the Order Authorizing the Employment and Retention of Mercer as Compensation Consultant to the Debtors [Docket No. 778] (the "*Retention Order*"), Mercer is required to file a supplemental affidavit with the Court and serve notice on certain parties prior to any increases in Mercer's rates.

4. As part of its business practices, Mercer reviews the billing rates of its professionals on a regular basis. In accordance with this practice, Mercer has recently adjusted its rates upwards. Accordingly, below are the adjusted rates of Mercer professionals that have provided services to the Debtors:

   a. John Dempsey (Partner) – $853.00 / hour.

   b. Andre Rooks (Principal) – $650.00 / hour.

   c. Bryan Dluhy (Associate) – $377.00 / hour.

   d. Elyse Knopf (Analyst) – $302.00 / hour.

   e. Ann Corrin (Analyst) – $302.00 / hour.

   f. Alex Nestorov (Analyst) – $302.00 / hour.

   g. Julie Mayer (Researcher) – $80.04 / hour.

5. The Debtors have consented to the rate increase set forth herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 22, 2013                             /s/ John Dempsey
                                                     John Dempsey

2