**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| RESIDENTIAL CAPITAL, LLC; et al., | |
| Plaintiffs, | |
| v. | Adv. Case No. 13-01343 (MG) |
| UMB BANK, N.A., IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.625% JUNIOR SECURED GUARANTEED NOTES, et al., | |
| Defendants. | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the estate of the Debtors, | |
| Plaintiffs, | Adversary Proceeding |
| v. | No. 13-01277 (MG) |
| UMB BANK, N.A., AS SUCCESSOR INDENTURE TRUSTEE UNDER THAT CERTAIN INDENTURE, dated as of June 6, 2008, et al., | |
| Defendants. | |

**CORRECTED EXHIBITS OFFERED IN EVIDENCE IN CONNECTION WITH THE CORRECTED DIRECT TESTIMONY OF ROBERT S. BINGHAM**

1

The Ad Hoc Group of Junior Secured Noteholders intend to offer in evidence the following exhibits in connection with the direct testimony of Robert S. Bingham: DX AUH, DX ATL, DX AYE, DX AUI, DX AYH, DX ATQ, DX AME, DX ASH, DX ASI, DX ANE, DX ASJ, DX ANQ, DX ATF, and DX AOK.

Dated: November 24, 2013

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore
Harrison L. Denman

-and-

By: /s/ Gerard Uzzi

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Gerard Uzzi
David S. Cohen
Daniel M. Perry
Atara Miller

*Attorneys for the Notes Trustee and Ad Hoc Committee*