REED SMITH LLP
Eric A. Schaffer
David M. Schlecker
Mark D. Silverschotz
Sarah K. Kam
599 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-561-5450

*Counsel for Wells Fargo Bank, N.A., in its capacities as First Priority Collateral Agent, Third Priority Collateral Agent, and Collateral Control Agent*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>                Debtors. | Case No. 12-12020 (MG)<br>Chapter 11<br>Jointly Administered |
| RESIDENTIAL CAPITAL, LLC; et al.,<br><br>                Plaintiffs,<br><br>             v.<br><br>UMB BANK, N.A., IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.625% JUNIOR SECURED GUARANTEED NOTES, et al.,<br><br>                Defendants. | Adv. Pro. No. 13-01343 (MG) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the estate of the Debtors,<br><br>                Plaintiffs,<br><br>             v. | Adv. Pro. No. 13-01277 (MG) |

|  |  |
|---|---|
| UMB BANK, N.A., AS SUCCESSOR INDENTURE TRUSTEE UNDER THAT CERTAIN INDENTURE, dated as of June 6, 2008, et al., | ) ) ) ) ) ) |
| Defendants. | ) ) |

## PLAN CONFIRMATION EXHIBITS ADMITTED IN EVIDENCE IN CONNECTION WITH DIRECT TESTIMONY OF MICHAEL PINZON

On November 22, 2013, Wells Fargo Bank, N.A., (the "Collateral Agent") in its capacities as First Priority Collateral Agent, Third Priority Collateral Agent, and Collateral Control Agent, by and through its undersigned counsel, offered the below exhibits for a limited purpose, which were admitted into evidence by the Court without objection, in connection with the Direct Testimony of Michael Pinzon:

| | |
|---|---|
| DX CAA | DX CAN |
| DX CAB | DX CAO |
| DX CAC | DX CAP |
| DX CAD | DX CAQ |
| DX CAE | DX CAR |
| DX CAF | DX CAS |
| DX CAG | DX CAT |
| DX CAH | DX CAU |
| DX CAI | DX CAV |
| DX CAJ | DX CAW |
| DX CAK | DX CAX |
| DX CAL | DX CAY |
| DX CAM | DX CAZ |

These exhibits consist of the Collateral Agent's twenty five proofs of claim and the Collateral Agent's objection to confirmation of the Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors (Docket No. 5410).

- 2 -

Dated: November 25, 2013
      New York, New York

REED SMITH LLP

*/s/ Eric A. Schaffer*
Eric A. Schaffer
David M. Schlecker
Mark D. Silverschotz
Sarah K. Kam
599 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-561-5450

*Counsel for Wells Fargo Bank, N.A., in its capacities as First Priority Collateral Agent, Third Priority Collateral Agent, and Collateral Control Agent*