Hearing Date and Time:  December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING SCHEDULED FOR DECEMBER 11, 2013 TO DECEMBER 17, 2013 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing originally scheduled for December 11, 2013 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned to **December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the following matters, previously scheduled to be heard on December 11, 2013 at 10:00 a.m. (Prevailing Eastern Time), have at the direction of the Bankruptcy Court been rescheduled to be heard on **December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time)**:

- Debtors' Motion, Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, for Approval of Stipulation Resolving Dispute [Docket No. 5526];

ny-1119278

- Debtors' Objection to Proofs of Claim Filed by Shane M. Haffey Against Residential Capital, LLC (Claim Nos. 2582 and 4402) Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 4838];

- Debtors' Objection to Proofs of Claim Filed Against Residential Capital, LLC by (I) Ruth Assorgi (Claim No. 2580); (II) John R. Foster and Elizabeth Foster (Claim No 2581) and (III) Mark Moody and Sherrill Moody (Claim No. 2583) Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 [Docket No. 5163];

- Debtors' Twenty-First Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4158], *solely as it relates to the claim filed by Sonya Anthony Curry (Claim No. 5288)*;

- Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4734), *solely as it relates to the claim filed by Karen Mitchell-Smith for the Estate of Felecia V. Mitchell (Claim No. 5662);*

- Debtors' Forty-Third Omnibus Objection to Claims (Insufficient Documentation) [Docket No. 5151], *solely as it relates to the claim filed by CitiMortgage, Inc. (Claim No. 5360)*;

- Debtors' Forty-Fourth Omnibus Objection to Claims ((A) Late-Filed Claims; (B) Duplicate Claims; (C) Redesignate and Allow Claims; (D) Reduce and Allow Claims; (E) Redesignate, Reduce and Allow Claims; (F) Reclassify, Reduce and Allow Claims; and (G) Redesignate Claims) [Docket No. 5152], *solely as it relates to the claims filed by ISGN Solutions, Inc. (Claim No. 5688), Elevenhome Limited (Claim No. 6841) and Redwood Recovery Services, LLC (Claim No. 6842)*;

- Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5161], *solely as it relates to the claims filed by Virginia Mattson (Claim No. 3453), Deborah L. Wetzel (Claim No. 2198), William J. Futrell (Claim No. 725), Irene Schmidt (Claim No. 2024), Mary R. Biancavilla (Claim No. 4937) George M. Geeslin (Claim No. 2884), Ramona M. Roberts (Claim No. 1948), Randall Branson (Claim No. 2063), Roger J. and Karen Evans (Claim No. 3528), Bonnie Bonita Rose (Claim No. 2884), and James and Anne M. Ladd (Claim No. 4722)*; and

- Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5162], *solely as it relates to the claims filed by Stewart Title Guaranty Company (Claim No. 1400), Allison L. Randle (Claim No. 4199), Guerrino Degli Esposti (Claim No. 2104), Gerald Gandrup (Claim No. 4167) and Phillip G. Wright (Claim No. 4600).*

Dated: November 25, 2013
      New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*