UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:  
    RESIDENTIAL CAPITAL, LLC, et al.

                  Debtor

------------------------------------------------------------x

                  Plaintiff

            v.

                  Defendant

------------------------------------------------------------x

Case No.: 12-12020(MG)  
Chapter 11

Adversary Proceeding No.: N/A

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, William Derek May, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent Marlow Hooper & Monique Hooper, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California.

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 11/19/2013  
Claremont, CA ~~, New York~~

/s/ W.D. May  
*Mailing Address:*  
350 W. Fourth Street  
Claremont, CA 91711

E-mail address: derek@srwadelaw.com  
Telephone number: (909) 985-6500

RECEIVED NOV 21 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                        Case No.: 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, et al.                              Chapter 11

Debtor

---------------------------------------------------------------x

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of William Derek May, to be admitted, *pro hac vice*, to represent Marlow Hooper and Monique Hooper, (the "Client") a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California, it is hereby

**ORDERED**, that William Derek May, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York        /s/ _____

UNITED STATES BANKRUPTCY JUDGE