**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:                                                                                    Case No.: 12-12020 (MG)

RESIDENTIAL CAPITAL, LLC, et al.                                  Chapter 11

Debtor

---------------------------------------------------------------x

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of William Derek May, to be admitted, *pro hac vice*, to represent Marlow Hooper and Monique Hooper, (the "Client") a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California, it is hereby

**ORDERED,** that William Derek May, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **November 26, 2013**

New York, New York                           **/s/ Martin Glenn**

                                                              UNITED STATES BANKRUPTCY JUDGE