| | |
|---|---|
| **DECHERT LLP**<br>Mauricio A. España<br>James O. Moore<br>1095 Avenue of the Americas<br>New York, New York 10036-6797<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br><br>*Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as RMBS Trustee, Escrow Agent, Custodian and Securities Intermediary* | **MORGAN, LEWIS & BOCKIUS LLP**<br>Glenn E. Siegel<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>*Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as RMBS Trustee, Escrow Agent, Custodian and Securities Intermediary* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 12-12020 (MG) |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | ) |
| | ) **Chapter 11** |
| Debtors. | ) |
| | ) **Jointly Administered** |

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF THE BANK OF NEW YORK MELLON AND THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., AS RMBS TRUSTEE, ESCROW AGENT, CUSTODIAN, OR SECURITIES INTERMEDIARY WITH RESPECT TO NOTICE OF FILING OF THE ASSUMPTION SCHEDULE CONSTITUTING EXHIBIT I OF THE PLAN SUPPLEMENT

**PLEASE TAKE NOTICE THAT** The Bank of New York Mellon and the Bank of New York Mellon Trust Company, N.A. hereby withdraw the *Limited Objection and Reservation of Rights of The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as RMBS Trustee, Escrow Agent, Custodian, or Securities Intermediary with respect to Notice Filing of the Assumption Schedule Constituting Exhibit I of the Plan Supplement*, dated November 15, 2013 [Docket No. 5789].

[*The remainder of this page is intentionally left blank; the signature page follows.*]

15097234

Dated: New York, New York
November 26, 2013

/s/ Mauricio A. España
Mauricio A. España
James O. Moore
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as RMBS Trustee, Escrow Agent, Custodian and Securities Intermediary*

By: /s/ Glenn E. Siegel
Glenn E. Siegel
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178-0600
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel to The Bank of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as RMBS Trustee, Escrow Agent, Custodian and Securities Intermediary*