**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| RESIDENTIAL CAPITAL, LLC; et al., | |
| Plaintiffs, | |
| v. | Adv. Case No. 13-01343 (MG) |
| UMB BANK, N.A., IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.625% JUNIOR SECURED GUARANTEED NOTES, et al., | |
| Defendants. | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the estate of the Debtors, | |
| Plaintiffs, | |
| v. | Adversary Proceeding No. 13-01277 (MG) |
| UMB BANK, N.A., AS SUCCESSOR INDENTURE TRUSTEE UNDER THAT CERTAIN INDENTURE, dated as of June 6, 2008, et al., | |
| Defendants. | |

### EXHIBITS OFFERED IN EVIDENCE BY THE AD HOC GROUP OF JUNIOR SECURED NOTEHOLDERS

1

Without objection, the Ad Hoc Group of Junior Secured Noteholders offer the following exhibits in evidence: DX AJB, DX AJT, DX AJU, DX AJZ, DX AKB, DX AKD, DX AKK, DX AKN, DX AKS, DX AKU, DX ALE, DX ALF, DX ALM, DX ALW, DX ALX, DX ALZ, DX AMB, DX AMF, DX AMH, DX AMI, DX AMK, DX AML, DX AMM, DX AMN, DX AMO, DX AMP, DX AND, DX ANF, DX ANG, DX ANI, DX ANJ, DX AOL, DX AON, DX AOQ, DX AOX, DX AOW, DX APE, DX APQ, DX APW, DX APX, DX AQO, DX AQR, DX AQT, DX AQU, DX AQW, DX AQX, DX AQZ, DX ARA, DX ARB, DX ARF, DX ARS, DX ARV, DX ARW, DX ARX, DX ASG, DX ASL, DX ASP, DX ASY, DX ATT, DX ATX, DX AUA, DX AUD, DX AUE, DX AUK, DX AWA, DX AYC, DX AYF, DX AYQ, DX AYZ, DX AZF, DX AZJ, DX AZK, DX AZL, DX AZM, DX AZO, DX AZS, DX AZT, DX AZY, DX BAC, DX BAD, DX BAE, DX BAF, DX BAG, DX BAH, DX BAI, DX BAJ, DX BAO, DX BAR, DX BCD, DX BCG, DX BCM, DX BDD, and DX BDH.

Without objection, the Ad Hoc Group of Junior Secured Noteholders offer the following exhibits in evidence for limited purposes: DX AJC, DX AJD, DX AJE, DX AJF, DX AJG, DX AJH, DX AJI, DX AJJ, DX AJK, DX AJL, DX AJM, DX AJN, DX AJO, DX AJP, DX AJQ, DX AJR, DX AJS, DX AKE, DX AMC, DX AMD, DX AMG, DX AMJ, DX APB, DX AQJ, DX AQN, DX AQP, DX AQS, DX AQY, DX ARO, DX AUO, DX AUP, DX AUQ, DX AUR, DX AUS, DX AUT, DX AUU, DX AUV, DX AUW, DX AUX, DX AUY, DX AUZ, DX AVA, DX AVB, DX AVC, DX AVD, DX AVE, DX AVG, DX AVH, DX AVI, DX AVJ, DX AVK, DX AVL, DX AVM, DX AVN, DX AVO, DX AVP, DX AVQ, DX AVR, DX AVS, DX AVT, DX AVU, DX AVV, DX AVW, DX AVX, DX AVY, DX AVZ, DX AWB, DX AWC, DX AWD, DX AWE, DX AWF, DX AWG, DX AWH, DX AWI, DX AWJ, DX AWK,

DX AWL, DX AWM, DX AWO, DX AWS, DX AXM, DX AXN, DX AXO, DX AXP, DX AXU, DX AXW, DX AXX, DX AYV, DX BAL, DX BBZ, DX BCA, and DX BCE.

Dated: November 26, 2013

    WHITE & CASE LLP
    1155 Avenue of the Americas
    New York, New York 10036-2787
    Telephone: (212) 819-8200
    Facsimile: (212) 354-8113
    J. Christopher Shore
    Harrison L. Denman

    -and-

    By: /s/ Gerard Uzzi
    MILBANK, TWEED, HADLEY & MCCLOY LLP
    1 Chase Manhattan Plaza
    New York, New York 10005
    Telephone: (212) 530-5000
    Facsimile: (212) 530-5219
    Gerard Uzzi
    David S. Cohen
    Daniel M. Perry
    Atara Miller

    *Attorneys for the Notes Trustee and Ad Hoc Committee*