| | |
|---|---|
| MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br>Gerard Uzzi<br>David S. Cohen<br>Daniel M. Perry<br>Atara Miller | AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, New York<br>Telephone: (212) 872-1000<br>Fascimile: (212) 872-1002<br>Daniel H. Golden<br>Philip C. Dublin<br><br>*Attorneys for Notes Trustee.* |

- and -

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore
Harrison L. Denman

*Attorneys for the Notes Trustee and Ad Hoc Committee.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | :<br>: |
| RESIDENTIAL CAPITAL, LLC, et al., | : Chapter 11<br>: Case No. 12-12020 (MG)<br>: |
| Debtors. | : Jointly Administered<br>: |

| | |
|---|---|
| RESIDENTIAL CAPITAL, LLC, et al., :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>UMB BANK, N.A., IN ITS CAPACITY AS :<br>INDENTURE TRUSTEE FOR THE 9.625% :<br>JUNIOR SECURED GUARANTEED :<br>NOTES, et al., :<br>:<br>Defendants. : | Adv. Proc. No. 13-01343 (MG) |
| OFFICIAL COMMITTEE OF UNSECURED :<br>CREDITORS, on behalf of the estate of the :<br>Debtors, :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>UMB BANK, N.A., AS SUCCESSOR :<br>INDENTURE TRUSTEE UNDER THAT :<br>CERTAIN INDENTURE, dated as of June 6, :<br>2008, et al., :<br>:<br>Defendants. : | Adv. Proc. No. 13-01277 (MG) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

   CHARMAINE THOMAS, being duly sworn, deposes and says:

   I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, Counsel for the Ad Hoc Group of Junior Secured Noteholders of Residential Capital, LLC et al., and the Notes Trustee in the above-captioned cases.

   On the 25th of November 2013, I caused a copy of each of the following documents:

Corrected Exhibits Offered in Evidence in Connection with the Corrected Direct Testimony of Robert S. Bingham  [Docket No. 5938], and

Ad Hoc Group of Junior Secured Noteholders and UMB Bank, N.A., as successor Notes Trustee, Letter Brief in support of their motion made on the record to strike paragraphs 5, 6, and 28 through 32 of the Direct Testimony of Mark A. Renzi [Dkt. No. 5702], [Docket No. 5943]

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, and to be served upon the parties identified on Exhibit B attached hereto by hand delivery.

/s/ Charmaine Thomas
CHARMAINE THOMAS

SWORN TO AND SUBSCRIBED before
me this 26th day of November 2013

/s/ Jacqueline Brewster
Jacqueline Brewster
Notary Public, State of New York
No. 03BR6093249
Qualified in Bronx County
Certificate filed in New York County
Commission Expires June 2, 2015

**Exhibit A**

'lnashelsky@mofo.com'; 'glee@mofo.com'; 'lmarinuzzi@mofo.com'; 'Ksadeghi@mofo.com'; 'andrea.hartley@akerman.com'; 'susan.balaschak@akerman.com'; 'dgolden@akingump.com'; 'dzensky@akingump.com'; 'aqureshi@akingump.com'; 'pdublin@akingump.com'; 'ralbanese@akingump.com'; 'rajohnson@akingump.com'; 'ccarty@akingump.com'; 'djnewman@akingump.com'; 'bnkatty@aldine.k12.tx.us'; 'ecfmail@aclawllp.com'; 'ken.coleman@allenovery.com'; 'john.kibler@allenovery.com'; 'jeff.brown@gmacfs.com'; 'william.b.solomon@ally.com'; 'kit.weitnauer@alston.com'; 'marty.bunin@alston.com'; 'william.hao@alston.com'; 'bill.macurda@alston.com'; 'john.stern@texasattorneygeneral.gov'; 'petriea@ballardspahr.com'; 'wallaces@ballardspahr.com'; 'Schindlerwilliamss@ballardspahr.com'; 'marriott@ballardspahr.com'; 'Sarah.Stout@BNYMellon.com'; 'Jennifer.Provenzano@BNYMellon.com'; 'Mageshwaran.Ramasamy@BNYMellon.com'; 'xrausloanops5@barclays.com'; 'david.powlen@btlaw.com'; 'bbeskanos@aol.com'; 'davids@blbglaw.com'; 'jonathanu@blbglaw.com'; 'jai@blbglaw.com'; 'schaedle@blankrome.com'; 'tarr@blankrome.com'; 'root@blankrome.com'; 'courtney.lowman@ally.com'; 'ryan.philp@bgllp.com'; 'stan.chelney@bgllp.com'; 'jhaake@wbsvlaw.com'; 'swissnergross@brownrudnick.com'; 'dfiveson@bffmlaw.com'; 'jmhall@bffmlaw.com'; 'gregory.petrick@cwt.com'; 'ingrid.bagby@cwt.com'; 'mark.ellenberg@cwt.com'; 'dcaley@wongfleming.com'; 'bankruptcy@clm.com'; 'jlaitman@cohenmilstein.com'; 'clometti@cohenmilstein.com'; 'meisenkraft@cohenmilstein.com'; 'drehns@cohenmilstein.com'; 'krehns@cohenmilstein.com'; 'srosen@cbshealaw.com'; 'mwarner@coleschotz.com'; 'ra-li-ucts-bankrupt@state.pa.us'; 'will.hoch@crowedunlevy.com'; 'mgallagher@curtis.com'; 'macohen@curtis.com'; 'sreisman@curtis.com'; 'hryder@daypitney.com'; 'jjtancredi@daypitney.com'; 'jwcohen@daypitney.com'; 'glenn.siegel@dechert.com'; 'hector.gonzalez@dechert.com'; 'brian.greer@dechert.com'; 'mauricio.espana@dechert.com'; 'craig.druehl@dechert.com'; 'rosa.mendez@db.com'; 'Brendan.meyer@db.com'; 'diem.home@gmail.com'; 'gcatalanello@duanemorris.com'; 'jvincequerra@duanemorris.com'; 'broylesmk@rgcattys.com'; 'tterrell@feinsuch.com'; 'tterrell@feinsuch.com'; 'ppascuzzi@ffwplaw.com'; 'dearly@fdic.gov'; 'floressaucedopllc@gmail.com'; 'tlallier@foleymansfield.com'; 'kenton_hambrick@freddiemac.com'; 'deggert@freebornpeters.com'; 'tfawkes@freebornpeters.com'; 'israel.david@friedfrank.com'; 'gary.kaplan@friedfrank.com'; 'kgiannelli@gibbonslaw.com'; 'jberkowitz@gibbonslaw.com'; 'calbanese@gibbonslaw.com'; 'kpatrick@gibbsbruns.com'; 'shumphries@gibbsbruns.com'; 'kpatrick@gibbsbruns.com'; 'DFeldman@gibsondunn.com'; 'JWeisser@gibsondunn.com'; 'theodore.w.tozer@hud.gov'; 'gjarvis@gelaw.com'; 'mpmorris@gelaw.com'; 'delman@gelaw.com'; 'brian@gmcnjlaw.com'; 'bnoren@hinshawlaw.com'; 'skraus@hinshawlaw.com'; 'bnoren@hinshawlaw.com'; 'ayala.hassell@hp.com'; 'rnorton@hunton.com'; 'rrich2@hunton.com'; 'floraoropeza@co.imperial.ca.us'; 'bankruptcy2@ironmountain.com'; 'pgallagher@nassaucountyny.gov'; 'ceblack@jonesday.com'; 'cball@jonesday.com'; 'rlwynne@jonesday.com'; 'lemiller@jonesday.com'; 'ceblack@jonesday.com'; 'reriksen1@gmail.com'; 'aglenn@kasowitz.com'; 'mstein@kasowitz.com'; 'dfliman@kasowitz.com'; 'namamoo@kasowitz.com'; 'kgcully@kgcully.com'; 'eciolko@ktmc.com'; 'dmoffa@ktmc.com'; 'ecf@kaalaw.com';

4

'thadwilson@kslaw.com'; 'ajowers@kslaw.com'; 'pferdinands@kslaw.com'; 'mstrauss@kmllp.com'; 'bwalker@kmllp.com'; 'judson.brown@kirkland.com'; 'tklestadt@klestadt.com'; 'jcorneau@klestadt.com'; 'sdny@kmk-law.net'; 'jleibowitz@kandfllp.com'; 'dlibra@lapplibra.com'; 'james.heaney@lawdeb.com'; 'sheehan@txschoollaw.com'; 'Dcaponnetto@leopoldassociates.com'; 'pmahony@leopoldassociates.com'; 'austin.bankruptcy@publicans.com'; 'dallas.bankruptcy@publicans.com'; 'houston_bankruptcy@lgbs.com'; 'choward@lockelord.com'; 'abehlmann@lowenstein.com'; 'abehlmann@lowenstein.com'; 'metkin@lowenstein.com'; 'ilevee@lowenstein.com'; 'metkin@lowenstein.com'; 'ilevee@lowenstein.com'; 'adoshi@magnozzikye.com'; 'susanp@taxcollector.com'; 'kmarino@khmarino.com'; 'jboyle@khmarino.com'; 'lgordon@mvbalaw.com'; 'pmoak@McKoolSmith.com'; 'mcarney@mckoolsmith.com'; 'pmoak@McKoolSmith.com'; 'knewman@menterlaw.com'; 'mfriedman@meyner.com'; 'sdnyecf@dor.mo.gov'; 'jgarrity@morganlewis.com'; 'mkraut@morganlewis.com'; 'pfleming@morganlewis.com'; 'mmorganroth@morganrothlaw.com'; 'jmorganroth@morganrothlaw.com'; 'lberkoff@moritthock.com'; 'jmoldovan@morrisoncohen.com'; 'bankruptcy@morrisoncohen.com'; 'rdakis@morrisoncohen.com'; 'gelfarb@mosskalish.com'; 'seth.goldman@mto.com'; 'Thomas.walper@mto.com'; 'cmomjian@attorneygeneral.gov'; 'almeyers@sjgov.org'; 'dwdykhouse@pbwt.com'; 'bguiney@pbwt.com'; 'Paul_Papas@mylegalhelpusa.com'; 'ebcalvo@pbfcm.com'; 'brandon.johnson@pillsburylaw.com'; 'jmcmurtr@placer.ca.gov'; 'dflanigan@polsinelli.com'; 'jnagi@polsinelli.com'; 'igoldstein@proskauer.com'; 'srutsky@proskauer.com'; 'jzajac@proskauer.com'; 'danbrockett@quinnemanuel.com'; 'daveburnett@quinnemanuel.com'; 'jeremyandersen@quinnemanuel.com'; 'jeremyandersen@quinnemanuel.com'; 'ericwinston@quinnemanuel.com'; 'susheelkirpalani@quinnemanuel.com'; 'scottshelley@quinnemanuel.com'; 'mrollin@rplaw.com'; 'cwood@rgrdlaw.com'; 'stevep@rgrdlaw.com'; 'rbrown@robertbrownlaw.com'; 'romero@mromerolawfirm.com'; 'reriksen1@gmail.com'; 'Ross.martin@ropesgray.com'; 'keith.wofford@ropesgray.com'; 'Ross.martin@ropesgray.com'; 'prubin@rubinlawllc.com'; 'dsasser@siwpc.com'; 'dhall@siwpc.com'; 'aisenberg@saul.com'; 'gschwab@saul.com'; 'abrockway@saul.com'; 'jglucksman@scarincihollenbeck.com'; 'bdk@schlamstone.com'; 'bbressler@schnader.com'; 'rbarkasy@schnader.com'; 'eboden@schnader.com'; 'DBlumenthal@SchneiderMitola.com'; 'adam.harris@srz.com'; 'howard.godnick@srz.com'; 'marguerite.gardiner@srz.com'; 'michael.cutini@srz.com'; 'bateman@sewkis.com'; 'christensen@sewkis.com'; 'patel@sewkis.com'; 'hooper@sewkis.com'; 'josselson@sewkis.com'; 'cohen@sewkis.com'; 'das@sewkis.com'; 'binder@sewkis.com'; 'kotwick@sewkis.com'; 'alves@sewkis.com'; 'joel@shafeldlaw.com'; 'taconrad@sbwlawfirm.com'; 'fsosnick@shearman.com'; 'sfennessey@shearman.com'; 'pdatta@hhstein.com'; 'amuller@stinson.com'; 'whazeltine@sha-llc.com'; 'msweeney@msgrb.com'; 'tal@talcottfranklin.com'; 'derek@talcottfranklin.com'; 'jmiller@tcfbank.com'; 'jteitelbaum@tblawllp.com'; 'AGBankNewYork@ag.tn.gov'; 'robert.major@bnymellon.com'; 'Adam.Parkin@tdsecurities.com'; 'Christopher.stevens@tdsecurities.com'; 'rblmnf@aol.com'; 'tmm@mullaw.org'; 'themeyerslawfirm@gmail.com'; 'kay.brock@co.travis.tx.us'; 'mamta.scott@usbank.com'; 'michelle.moeller@usbank.com'; 'tanveer.ashraf@usbank.com'; 'Glenn.Gillett@usdoj.gov'; 'Mark.Flannagan@umb.com'; 'james.byrnes@usbank.com'; 'laura.moran@usbank.com'; 'SBOYD@walterinvestment.com'; 'mvaughan@wbsvlaw.com'; 'dskeens@wbsvlaw.com';

'gary.holtzer@weil.com'; 'kelly.j.rentz@wellsfargo.com'; 'Sharon.Squillario@wellsfargo.com'; 'mary.l.sohlberg@wellsfargo.com'; 'kristi.garcia@wellsfargo.com'; 'accesslegalservices@gmail.com'; 'accesslegalservices@gmail.com'; 'cshore@whitecase.com'; 'isilverbrand@whitecase.com'; 'dthatch@whitecase.com'; 'hdenman@whitecase.com'; 'mabrams@willkie.com'; 'rchoi1@willkie.com'; 'jhardy2@willkie.com'; 'rmaney@wilmingtontrust.com'; 'david.tillem@wilsonelser.com'; 'dneier@winston.com'; 'dneier@winston.com'; 'cschreiber@winston.com'; 'jlawlor@wmd-law.com'; 'pdefilippo@wmd-law.com'; 'sfitzgerald@wmd-law.com'; 'gbush@zuckerman.com'; 'ncohen@zuckerman.com'; 'lneish@zuckerman.com'; 'gbush@zuckerman.com'; 'ncohen@zuckerman.com'; 'lneish@zuckerman.com'; 'lneish@zuckerman.com'; 'lneish@zuckerman.com'; 'Nancy.Lord@OAG.State.NY.US'; 'Neal.Mann@OAG.State.NY.US'; 'john_s_forlines@fanniemae.com'; 'kevin.vargas@db.com'; 'george.rayzis@usbank.com'; 'irinia.palchuk@usbank.com'; 'jhofer@skadden.com'; 'kziman@skadden.com'; 'lnyhan@sidley.com'; 'jboelter@sidley.com'; 'bmyrick@sidley.com'

**Exhibit B**

Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
Attn: Tracy Hope Davis, Esq.
　　　Brian Masumoto, Esq.
　　　Linda Riffkin, Esq.

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York  10004

●