UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>　　　　　　　Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**SCHEDULING ORDER FOR OBJECTION
TO CALIFORNIA LITIGATION CLAIMS**

　　　　**WHEREAS**, on July 10, 2013 the Debtors filed the *Debtors' Objection to Proofs of Claim Filed by Certain Plaintiffs in California Litigation* [Docket No. 4200] (the "Objection") to 549 proofs of claim (the "Original Claims") filed by 61 plaintiffs in an action previously pending in the United States District Court, Central District of California – Western Division (the "Claimants");

　　　　**WHERAS**, on August 9, 2013, counsel to the Claimants filed 59 amended claims (the "Amended Claims") purportedly amending the Original Claims;

　　　　**WHEREAS**, on August 20, 2013, counsel to the Claimants filed the *Hairston, et al. Creditors' Opposition to Debtors' Objection to Proofs of Claim Filed by Certain Plaintiffs in California Litigation* [Docket No. 4578] (the "Response");

　　　　**WHEREAS**, on August 28, 2013, the Court held a hearing on the Objection and the Response and directed the parties to agree to a scheduling order setting forth a briefing schedule with respect to the Debtors' anticipated objection to the Amended Claims (the "Anticipated Objection");

　　　　**WHEREAS**, the parties have agreed to the following briefing schedule ahead of the hearing on the Anticipated Objection, and it is hereby:

ny-1111538

-1-

**ORDERED**, that, on or before **December 17, 2013**, the Debtors shall file the Anticipated Objection; and it is further

**ORDERED**, that, on or before **January 23, 2014**, the Claimants shall file their response to the Anticipated Objection; and it is further

**ORDERED**, that on or before **February 6, 2014**, the Debtors shall file their reply to the Claimants' response; and it is further

**ORDERED**, that the Court shall hold a hearing on the Anticipated Objection on **February 20, 2014 at 10:00 a.m. (Eastern Time)**.

Dated:  **November 27, 2013**             **/s/Martin Glenn**
       New York, New York                  UNITED STATES BANKRUPTCY JUDGE