**DECHERT LLP**
Mauricio A. España
James O. Moore
1095 Avenue of the Americas
New York, NY 10036-6797
212.698.3500 (Main)
212.698.3599 (Fax)

*Counsel to The Bank of New York Mellon and*
*The Bank of New York Mellon Trust*
*Company, N.A., as RMBS Trustee, Escrow*
*Agent, Custodian and Securities Intermediary*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, *et al.,* | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------- X

## <u>CERTIFICATE OF SERVICE</u>

I, Negisa Balluku, an attorney duly admitted, hereby certify that on November 26, 2013, I caused a copy of the *Notice of Withdrawal of Limited Objection and Reservation of Rights of The Bank Of New York Mellon and The Bank of New York Mellon Trust Company, N.A., as RMBS Trustee, Escrow Agent, Custodian, or Securities Intermediary With Respect to Notice of Filing of the Assumption Schedule Constituting Exhibit I of the Plan Supplement* to be served upon the parties on the annexed service list by first class mail and electronic mail.

<u>/s/ Negisa Balluku</u>
*Negisa Balluku*

SERVICE LIST

Chambers of the Honorable Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, NY 10004

The Clerk of the Bankruptcy Court
One Bowling Green
New York, NY 10004

Morrison & Foerster LLP
Gary Lee
Lorenzo Marinuzzi
Meryl L. Rothchild
1290 Avenue of the Americas
New York, NY 10104

Office of the United States Trustee
for the Southern District of New York
Brian S. Masumoto, Esq.
Michael Driscoll
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Residential Capital LLC
Lewis Kruger, CRO
c/o Morrison & Foster LLP
1290 Avenue of the Americas
New York, NY 10104

Kirkland & Ellis LLP
Richard M. Cieri, Esq.
Ray Schrock, Esq.
153 East 53rd Street
New York, NY 10022

Kramer Levin Naftalis & Frankel LLP
Kenneth H. Eckstein
Douglas H. Mannal
Stephen D. Zide
1177 Avenue of the Americas
New York, New York 10036

EMAILS:

lmarinuzzi@mofo.com
glee@mofo.com
mrothchild@mofo.com
lewis.kruger@gmacrescap.com
brian.masumoto@usdoj.gov
michael.driscoll@usdoj.gov
richard.cieri@kirkland.com
ray.schrock@kirkland.com
keckstein@kramerlevin.com
dmannal@kramerlevin.com
szide@kramerlevin.com