UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>RESIDENTIAL CAPITAL, LLC, ET AL.,<br><br>DEBTORS | ) CASE NO 12-12020<br>)<br>) CHAPTER 11<br>)<br>) |

IN THE DISTRICT COURT OF APPEAL OF THE STATE
OF FLORIDA – SECOND DISTRICT
P O BOX 327, LAKELAND, FL 33802-0327

CASE NO.: 2D13-4181
L.T. 08-252-CA

| RONALD P GILLIS, et al, AMERICAS | V | DEUTSCHE BANK TRUST COMPANY<br><br>AS TRUSTEE FOR GMAC-RFC |
|---|---|---|
| Appellant / Petitioner<br>Purported Defendant | | Appellee / Respondent<br>Purported Plaintiff |

## ORDER FOR STAY / INJUNCTION ON MOVANT'S EMERGENCY EXPEDITED MOTION FOR INJUNCTION TO ESTOPPLE THE FLORIDA LOWER COURT PROCEEDINGS (FLORIDA CIVIL)

THIS CAUSE, comes before the NY Southern District Bankruptcy Court from the Movant, Ronald P Gillis's Emergency Expedited Motion for Injunction to Estopple the Florida Lower Court Proceedings (Florida Civil),

Accordingly, it is:

ORDERED ANDADJUDGED that the Charlotte County Civil Court abide by the Order of a Stay of proceeding in accordance with 11 U.S.C §362(a) and thereby estopple all further proceedings while the stay is still in effect.

**DONE AND ORDERED** at United States Bankruptcy Court, Souther District of New York,

on this _____ day of November, 2013

_____
TITLE:

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that by signing this below, a true and correct copy of the foregoing **EMERGENCY MOTION FOR INJUNCTION TO NEW YORK BANKRUPTCY COURT TO ESTOPPLE LOWER COURT** was furnished by USPS 1st Class Mail to:

Erin Mae Rose Quinn
P O Box 23028
Tampa, FL 33623

The Second District Court of Appeals (Florida)
P O Box 327
Lakeland, FL 33802-0327

Charlotte County Justice Center, Clerk of the Court, Barbara T. Scott
350 E. Marion Ave
Punta Gorda, FL 33950

Ronald Gillis      phone & Fax # 413-622-2282
P O Box 380842
Murdock, FL 33938-0842

on this _____ day of November 2013.

_____
By: