Home Comings Fiancial
Judge Martin Glenn
Case # 12-12020
Claim # 1292

November 25, 2013

Clerk,

This letter is to inform the court that i MARCUS HARRIS "Authorized Representative" has recently relocated to Demoines IA. The "new" address for correspondence & payment should be mailed to 2010 Evergreen Ave. Apt #10 DesMoines IA 50320. Please change your records to indicate the "new" mailing address for the creditor MARCUS HARRIS. Sorry if there's any inconvenience to this matter.

Notary

11/23/13

Sincerly,

Authorized Rep 11/23/13


AMY J BLACK
Commission Number 775159
My Commission Expires
October 5, 2015


RECEIVED
NOV 26 2013
U.S. BANKRUPTCY COURT, SDNY