MILBANK, TWEED, HADLEY
& M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219
Gerard Uzzi
David S. Cohen
Daniel M. Perry
Atara Miller

AKIN GUMP STRAUSS HAUER
& FELD LLP
One Bryant Park
Bank of America Tower
New York, New York
Telephone: (212) 872-1000
Fascimile: (212) 872-1002
Daniel H. Golden
Philip C. Dublin

*Attorneys for Notes Trustee.*

- and -

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
J. Christopher Shore
Harrison L. Denman

*Attorneys for the Notes Trustee and Ad Hoc Committee.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | : |
| | : Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., | : Case No. 12-12020 (MG) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

| | |
|---|---|
| RESIDENTIAL CAPITAL, LLC, et al., | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : |
| | : Adv. Proc. No. 13-01343 (MG) |
| UMB BANK, N.A., IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.625% JUNIOR SECURED GUARANTEED NOTES, et al., | : |
| | : |
| Defendants. | : |

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the estate of the Debtors, | : |
| | : |
| Plaintiffs, | : |
| | : Adv. Proc. No. 13-01277 (MG) |
| v. | : |
| | : |
| UMB BANK, N.A., AS SUCCESSOR INDENTURE TRUSTEE UNDER THAT CERTAIN INDENTURE, dated as of June 6, 2008, et al., | : |
| | : |
| Defendants. | : |

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                       ) SS.:
COUNTY OF NEW YORK  )

CHARMAINE THOMAS, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, Counsel for the Ad Hoc Group of Junior Secured Noteholders of Residential Capital, LLC et al., and the Notes Trustee in the above-captioned cases.

On the 26th of November 2013, I caused a copy of each of the following documents:

 Exhibits Offered in Evidence by the Ad Hoc Group of Junior Secured Noteholder [Docket No. 5956], and

Direct Testimony of Michael Fazio [Revised Pursuant to Court Order of 11/25/2013]  [Docket No. 5961]

to be served upon the parties identified on Exhibit <u>A</u> attached hereto by electronic mail, and to be served upon the parties identified on Exhibit <u>B</u> attached hereto by hand delivery.

/s/ Charmaine Thomas
CHARMAINE THOMAS

SWORN TO AND SUBSCRIBED before
me this 27th day of November 2013

 /s/ Jacqueline Brewster
Jacqueline Brewster
Notary Public, State of New York
No. 03BR6093249
Qualified in Bronx County
Certificate filed in New York County
Commission Expires June 2, 2015

## Exhibit A

'lnashelsky@mofo.com'; 'glee@mofo.com'; 'lmarinuzzi@mofo.com'; 'Ksadeghi@mofo.com';
'andrea.hartley@akerman.com'; 'susan.balaschak@akerman.com'; 'dgolden@akingump.com';
'dzensky@akingump.com'; 'aqureshi@akingump.com'; 'pdublin@akingump.com';
'ralbanese@akingump.com'; 'rajohnson@akingump.com'; 'ccarty@akingump.com';
'djnewman@akingump.com'; 'bnkatty@aldine.k12.tx.us'; 'ecfmail@aclawllp.com';
'ken.coleman@allenovery.com'; 'john.kibler@allenovery.com'; 'jeff.brown@gmacfs.com';
'william.b.solomon@ally.com'; 'kit.weitnauer@alston.com'; 'marty.bunin@alston.com';
'william.hao@alston.com'; 'bill.macurda@alston.com'; 'john.stern@texasattorneygeneral.gov';
'petriea@ballardspahr.com'; 'wallaces@ballardspahr.com';
'Schindlerwilliamss@ballardspahr.com'; 'marriott@ballardspahr.com';
'Sarah.Stout@BNYMellon.com'; 'Jennifer.Provenzano@BNYMellon.com';
'Mageshwaran.Ramasamy@BNYMellon.com'; 'xrausloanops5@barclays.com';
'david.powlen@btlaw.com'; 'bbeskanos@aol.com'; 'davids@blbglaw.com';
'jonathanu@blbglaw.com'; 'jai@blbglaw.com'; 'schaedle@blankrome.com';
'tarr@blankrome.com'; 'root@blankrome.com'; 'courtney.lowman@ally.com';
'ryan.philp@bgllp.com'; 'stan.chelney@bgllp.com'; 'jhaake@wbsvlaw.com';
'swissnergross@brownrudnick.com'; 'dfiveson@bffmlaw.com'; 'jmhall@bffmlaw.com';
'gregory.petrick@cwt.com'; 'ingrid.bagby@cwt.com'; 'mark.ellenberg@cwt.com';
'dcaley@wongfleming.com'; 'bankruptcy@clm.com'; 'jlaitman@cohenmilstein.com';
'clometti@cohenmilstein.com'; 'meisenkraft@cohenmilstein.com'; 'drehns@cohenmilstein.com';
'krehns@cohenmilstein.com'; 'srosen@cbshealaw.com'; 'mwarner@coleschotz.com'; 'ra-li-ucts-
bankrupt@state.pa.us'; 'will.hoch@crowedunlevy.com'; 'mgallagher@curtis.com';
'macohen@curtis.com'; 'sreisman@curtis.com'; 'hryder@daypitney.com';
'jjtancredi@daypitney.com'; 'jwcohen@daypitney.com'; 'glenn.siegel@dechert.com';
'hector.gonzalez@dechert.com'; 'brian.greer@dechert.com'; 'mauricio.espana@dechert.com';
'craig.druehl@dechert.com'; 'rosa.mendez@db.com'; 'Brendan.meyer@db.com';
'diem.home@gmail.com'; 'gcatalanello@duanemorris.com'; 'jvincequerra@duanemorris.com';
'broylesmk@rgcattys.com'; 'tterrell@feinsuch.com'; 'tterrell@feinsuch.com';
'ppascuzzi@ffwplaw.com'; 'dearly@fdic.gov'; 'floressaucedopllc@gmail.com';
'tlallier@foleymansfield.com'; 'kenton_hambrick@freddiemac.com';
'deggert@freebornpeters.com'; 'tfawkes@freebornpeters.com'; 'israel.david@friedfrank.com';
'gary.kaplan@friedfrank.com'; 'kgiannelli@gibbonslaw.com'; 'jberkowitz@gibbonslaw.com';
'calbanese@gibbonslaw.com'; 'kpatrick@gibbsbruns.com'; 'shumphries@gibbsbruns.com';
'kpatrick@gibbsbruns.com'; 'DFeldman@gibsondunn.com'; 'JWeisser@gibsondunn.com';
'theodore.w.tozer@hud.gov'; 'gjarvis@gelaw.com'; 'mpmorris@gelaw.com';
'delman@gelaw.com'; 'brian@gmcnjlaw.com'; 'bnoren@hinshawlaw.com';
'skraus@hinshawlaw.com'; 'bnoren@hinshawlaw.com'; 'ayala.hassell@hp.com';
'rnorton@hunton.com'; 'rrich2@hunton.com'; 'floraoropeza@co.imperial.ca.us';
'bankruptcy2@ironmountain.com'; 'pgallagher@nassaucountyny.gov'; 'ceblack@jonesday.com';
'cball@jonesday.com'; 'rlwynne@jonesday.com'; 'lemiller@jonesday.com';
'ceblack@jonesday.com'; 'reriksen1@gmail.com'; 'aglenn@kasowitz.com';
'mstein@kasowitz.com'; 'dfliman@kasowitz.com'; 'namamoo@kasowitz.com';
'kgcully@kgcully.com'; 'eciolko@ktmc.com'; 'dmoffa@ktmc.com'; 'ecf@kaalaw.com';
'thadwilson@kslaw.com'; 'ajowers@kslaw.com'; 'pferdinands@kslaw.com';

'mstrauss@kmllp.com'; 'bwalker@kmllp.com'; 'judson.brown@kirkland.com';
'tklestadt@klestadt.com'; 'jcorneau@klestadt.com'; 'sdny@kmk-law.net';
'jleibowitz@kandfllp.com'; 'dlibra@lapplibra.com'; 'james.heaney@lawdeb.com';
'sheehan@txschoollaw.com'; 'Dcaponnetto@leopoldassociates.com';
'pmahony@leopoldassociates.com'; 'austin.bankruptcy@publicans.com';
'dallas.bankruptcy@publicans.com'; 'houston_bankruptcy@lgbs.com';
'choward@lockelord.com'; 'abehlmann@lowenstein.com'; 'abehlmann@lowenstein.com';
'metkin@lowenstein.com'; 'ilevee@lowenstein.com'; 'metkin@lowenstein.com';
'ilevee@lowenstein.com'; 'adoshi@magnozzikye.com'; 'susanp@taxcollector.com';
'kmarino@khmarino.com'; 'jboyle@khmarino.com'; 'lgordon@mvbalaw.com';
'pmoak@McKoolSmith.com'; 'mcarney@mckoolsmith.com'; 'pmoak@McKoolSmith.com';
'knewman@menterlaw.com'; 'mfriedman@meyner.com'; 'sdnyecf@dor.mo.gov';
'jgarrity@morganlewis.com'; 'mkraut@morganlewis.com'; 'pfleming@morganlewis.com';
'mmorganroth@morganrothlaw.com'; 'jmorganroth@morganrothlaw.com';
'lberkoff@moritthock.com'; 'jmoldovan@morrisoncohen.com';
'bankruptcy@morrisoncohen.com'; 'rdakis@morrisoncohen.com'; 'gelfarb@mosskalish.com';
'seth.goldman@mto.com'; 'Thomas.walper@mto.com'; 'cmomjian@attorneygeneral.gov';
'almeyers@sjgov.org'; 'dwdykhouse@pbwt.com'; 'bguiney@pbwt.com';
'Paul_Papas@mylegalhelpusa.com'; 'ebcalvo@pbfcm.com';
'brandon.johnson@pillsburylaw.com'; 'jmcmurtr@placer.ca.gov'; 'dflanigan@polsinelli.com';
'jnagi@polsinelli.com'; 'igoldstein@proskauer.com'; 'srutsky@proskauer.com';
'jzajac@proskauer.com'; 'danbrockett@quinnemanuel.com'; 'daveburnett@quinnemanuel.com';
'jeremyandersen@quinnemanuel.com'; 'jeremyandersen@quinnemanuel.com';
'ericwinston@quinnemanuel.com'; 'susheelkirpalani@quinnemanuel.com';
'scottshelley@quinnemanuel.com'; 'mrollin@rplaw.com'; 'cwood@rgrdlaw.com';
'stevep@rgrdlaw.com'; 'rbrown@robertbrownlaw.com'; 'romero@mromerolawfirm.com';
'reriksen1@gmail.com'; 'Ross.martin@ropesgray.com'; 'keith.wofford@ropesgray.com';
'Ross.martin@ropesgray.com'; 'prubin@rubinlawllc.com'; 'dsasser@siwpc.com';
'dhall@siwpc.com'; 'aisenberg@saul.com'; 'gschwab@saul.com'; 'abrockway@saul.com';
'jglucksman@scarincihollenbeck.com'; 'bdk@schlamstone.com'; 'bbressler@schnader.com';
'rbarkasy@schnader.com'; 'eboden@schnader.com'; 'DBlumenthal@SchneiderMitola.com';
'adam.harris@srz.com'; 'howard.godnick@srz.com'; 'marguerite.gardiner@srz.com';
'michael.cutini@srz.com'; 'bateman@sewkis.com'; 'christensen@sewkis.com';
'patel@sewkis.com'; 'hooper@sewkis.com'; 'josselson@sewkis.com'; 'cohen@sewkis.com';
'das@sewkis.com'; 'binder@sewkis.com'; 'kotwick@sewkis.com'; 'alves@sewkis.com';
'joel@shafeldlaw.com'; 'taconrad@sbwlawfirm.com'; 'fsosnick@shearman.com';
'sfennessey@shearman.com'; 'pdatta@hhstein.com'; 'amuller@stinson.com'; 'whazeltine@sha-
llc.com'; 'msweeney@msgrb.com'; 'tal@talcottfranklin.com'; 'derek@talcottfranklin.com';
'jmiller@tcfbank.com'; 'jteitelbaum@tblawllp.com'; 'AGBankNewYork@ag.tn.gov';
'robert.major@bnymellon.com'; 'Adam.Parkin@tdsecurities.com';
'Christopher.stevens@tdsecurities.com'; 'rblmnf@aol.com'; 'tmm@mullaw.org';
'themeyerslawfirm@gmail.com'; 'kay.brock@co.travis.tx.us'; 'mamta.scott@usbank.com';
'michelle.moeller@usbank.com'; 'tanveer.ashraf@usbank.com'; 'Glenn.Gillett@usdoj.gov';
'Mark.Flannagan@umb.com'; 'james.byrnes@usbank.com'; 'laura.moran@usbank.com';
'SBOYD@walterinvestment.com'; 'mvaughan@wbsvlaw.com'; 'dskeens@wbsvlaw.com';
'gary.holtzer@weil.com'; 'kelly.j.rentz@wellsfargo.com'; 'Sharon.Squillario@wellsfargo.com';

'mary.l.sohlberg@wellsfargo.com'; 'kristi.garcia@wellsfargo.com';
'accesslegalservices@gmail.com'; 'accesslegalservices@gmail.com'; 'cshore@whitecase.com';
'isilverbrand@whitecase.com'; 'dthatch@whitecase.com'; 'hdenman@whitecase.com';
'mabrams@willkie.com'; 'rchoi1@willkie.com'; 'jhardy2@willkie.com';
'rmaney@wilmingtontrust.com'; 'david.tillem@wilsonelser.com'; 'dneier@winston.com';
'dneier@winston.com'; 'cschreiber@winston.com'; 'jlawlor@wmd-law.com'; 'pdefilippo@wmd-law.com'; 'sfitzgerald@wmd-law.com'; 'gbush@zuckerman.com'; 'ncohen@zuckerman.com';
'lneish@zuckerman.com'; 'gbush@zuckerman.com'; 'ncohen@zuckerman.com';
'lneish@zuckerman.com'; 'lneish@zuckerman.com'; 'lneish@zuckerman.com';
'Nancy.Lord@OAG.State.NY.US'; 'Neal.Mann@OAG.State.NY.US';
'john_s_forlines@fanniemae.com'; 'kevin.vargas@db.com'; 'george.rayzis@usbank.com';
'irinia.palchuk@usbank.com'; 'jhofer@skadden.com'; 'kziman@skadden.com';
'lnyhan@sidley.com'; 'jboelter@sidley.com'; 'bmyrick@sidley.com'

## **Exhibit B**

Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
Attn: Tracy Hope Davis, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York  10004

-