**Basic Life Resources**
Post Office Box 665
Coupeville, WA 98239
BasiclifeR@aol.com
425-314-1919

November 23, 2013

Deanna Anderson, Courtroom Deputy
Chambers of Judge Martin Glenn
United States Bankruptcy Court, Southern District of New York
One Bowling Green, Room 504
New York, NY 10004-1408

    Re:  Residential Capital, LLC, SFNY Bankruptcy #12-12020
      Claim of Basic Life Resources, #2429

Dear Ms. Anderson:

A hearing was re-scheduled and apparently held on November 15, 2013, regarding an issue of the claim of Basic Life Resources in the referenced.

Our review of the Proposed Calendar when it was published required an email to Norman Rosenbaum of Morrison & Foerster, counsel representing the Debtors. This first email resulted in the then following "finding" of apparently "lost" submissions which(1) were not  and (2) not properly filed by the Clerk of the Court. Some corrections resulted. The validity of a portion of BLR's submissions I deemed incorrect and so I once again advised Mr. Rosenbaum by email noting our objection.

I understand from Mr. Rosenbaum that the matter remained on the Calendar to proceed. Since we are in far-off rural Washington State and the matter was essentially footed in its proposed presentation, I could neither attend nor afford the time to listen and/or participate by telephone.

KCC did not notify me of the results. Email inquiry to Mr. Rosenbaum resulted in his return email advice that Judge Glenn has taken the matter under submission for consideration. Mr. Rosenbaum further advised that Judge Glenn "is currently presiding over the ResCap confirmation hearing which started on Tuesday and will extend into next week. So we can assume he and his staff are quite busy"...." A week delay and indeed quite longer, in rendering his decision, is not unusual."

If Mr. Rosenbaum would like to share the full texts of our recent emails from the past several weeks to insure you have the full dialogue, we have no objection as long as we are provided email copies to validate.

We are of course quite willing to wait and there is no urgency, except as the daily damages BLR suffers which have been described now many times over will continue to run. Judge Glenn in January decided that was not sufficient reason for priority decision and/or action.

......................2

RECEIVED
DEC -2
U.S. BANKRUPTCY COURT, SDNY

The reason for this letter is to ask you, without bothering Judge Glenn, to please keep in mind that there is a pending matter needing resolution in due course by the Court. As Judge Glenn and the staff are fully aware, there have been problems of BLR (and incidentally Hill #2429) submissions becoming lost and originals never filed with last minute copies being substituted. This just now has happened once again. This time the copy was clearly supplied from one of the courtesy copies earlier timely provided to your Chambers.

Please insure that, as I am certain, Mr. Rosenbaum timely made the Court fully aware of the matters of our email correspondence relating to this last hearing. And also please help to be certain now that the pending issues are settled and a decision by the Court made and duly and eventually timely entered.

If you or the staff require further information, details or direct copies of my correspondence with Mr. Rosenbaum, please advise either by return mail or using the email address above.

Thank you very much for your attention to this matter and your cooperation.

Sincerely,

Michael M. Moore, Managing Director
Basic Life Resources

Cc:  Norman S. Rosenbaum, Morrison & Foerster
     Pamela Z. Hill