**ALSTON & BIRD LLP**
John C. Weitnauer (*pro hac vice*)
William Hao
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) |
| | ) Case No. 12-12020 (MG) |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | ) |
| | ) Chapter 11 |
| **Debtors.** | ) |
| | ) Jointly Administered |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF WELLS FARGO BANK, N.A., REGARDING DEBTORS' NOTICE OF FILING OF REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

The corporate trust division of Wells Fargo Bank, N.A., as master servicer, trustee, securities administrator, custodian, or other capacity (in any such capacity, referred to herein as "**Wells Fargo**"), hereby files its Limited Objection and Reservation of Rights (the "**Limited Objection**") to the rejection of certain contracts proposed by the *Notice of Rejection of Executory Contracts and Unexpired Leases* (Docket No. 5845; the "**Notice**"). Wells Fargo respectfully states as follows:

**LIMITED OBJECTION**

1.    The Notice lists several contracts that specify Wells Fargo as the contract counterparty. However, the Notice fails to include sufficient information to allow Wells Fargo to definitively identify the agreements that the Debtors intend to reject (the "**Unidentified Contracts**"). Wells Fargo is thus unable to assess claims it may have as a result of the proposed rejection of the Unidentified Contracts and will be unable to file a proof of claim for

1

rejection damages within the time frame set forth in the Notice unless it is provided with further information relating to the Unidentified Contracts.  Therefore, Wells Fargo objects to the Notice on the ground that it fails to provide adequate information regarding the contracts to be rejected.  Additional information, such as a copy of the Unidentified Contracts, should be provided to Wells Fargo to allow it to assess any claims it may have and any other objections Wells Fargo may have to the Notice.

2. Wells Fargo reserves the right to file additional objections, amend objections, or otherwise assert objections to the proposed rejection of the Unidentified Contracts.  Wells Fargo also reserves its rights to file or otherwise assert any and all claims arising under the Unidentified Contracts.

Dated: December 2, 2013
New York, New York

Respectfully submitted,

**ALSTON & BIRD LLP**

By: /s/ John C. Weitnauer
John C. Weitnauer (*pro hac vice*)
William Hao
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A.*