**ALSTON & BIRD LLP**
John C. Weitnauer (*pro hac vice*)
William Hao
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Counsel to Wells Fargo Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) |
| | ) Case No. 12-12020 (MG) |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| | ) Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2. On December 2, 2013, I caused a true and correct copy of the Limited Objection and Reservation of Rights of Wells Fargo Bank, N.A., Regarding Debtors' Notice of Filing of Rejection of Executory Contracts and Unexpired Leases, to be served

LEGAL02/34541609v1

upon the parties listed on the attached Service List in Exhibit A and in the manner indicated.

/s/ Leslie Salcedo<br>Leslie Salcedo

Sworn to before me this
2<u>nd </u>day of December, 2013.

<u>/s/ Louis P. Costanzo</u>
Louis P. Costanzo
Notary Public, State of New York
No. 01CO5013639
Qualified in New York County
Commission Expires July 15, 2015

- 2 -

# Exhibit A

**Via First Class Mail**

| | |
|---|---|
| MORRISON & FOERSTER LLP<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10104<br>ATTN: LORENZO MARINUZZI,<br>     SAMANTHA MARTIN | OFFICE OF THE UNITED STATES TRUSTEE<br>FOR THE SOUTHERN DISTRICT OF NEW YORK<br>U.S. FEDERAL OFFICE BUILDING<br>201 VARICK STREET, SUITE 1006<br>NEW YORK, NY  10014<br>ATTN: BRIAN S. MASUMOTO |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036<br>ATTN: KENNETH H. ECKSTEIN<br>     DOUGLAS H. MANNAL | KIRKLAND & ELLIS<br>601 LEXINGTON AVENUE<br>NEW YORK, NEW YORK 10022<br>ATTN: RAY C. SCHROCK<br>     STEPHEN E. HESSLER,<br>     CRAIG A. BRUENS |