**Hearing Date:  December 17, 2013 at 10:00 a.m. (ET)**
**Objection Deadline:  December 9, 2013 at 4:00 p.m. (ET)**

HUDSON COOK, LLP
6 Hutton Centre Drive
Suite 840
Santa Ana, CA  92707
Telephone:  714.263.0420
Facsimile:  714.263.0428
Dana Frederick Clarke

*Special Counsel to the Debtors*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

------------------------------------------------------------------

**COVERSHEET FOR THIRD INTERIM AND FINAL APPLICATION OF
HUDSON COOK, LLP AS SPECIAL COUNSEL TO THE DEBTORS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
<u>FOR THE PERIOD MAY 15, 2012 THROUGH JUNE 30, 2013</u>**

This is a(n):  ___ monthly  ___ interim  <u>X</u>  final application.

| | |
|---|---|
| Name of Applicant: | Hudson Cook, LLP ("**Applicant**") |
| Authorized to Provide Professional Services to: | Residential Capital, LLC, *et al.* (collectively, the "**Debtors**") |
| Date of Retention: | Order entered on October 11, 2012 retaining Applicant *nunc pro tunc* to May 14, 2012 |
| Period for which Interim Compensation and Reimbursement is sought: | May 1, 2013 through June 30, 2013 (the "**3rd Interim Application Period**") |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $219,318.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |
| Period for which Final Compensation and Reimbursement is sought: | May 15, 2012 through June 30, 2013 (the "**Final Application Period**") |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $2,284,737.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $30,550.67 |

**Summary of Monthly Applications for 3rd Interim Application Period:**

| Date Served | Compensation Period | Requested Fees | Requested Expenses | Fees Paid | Expenses Paid | 20% Holdback |
|---|---|---|---|---|---|---|
| 7/2/13 | 5/1/13 through 5/31/13 | $91,379.00 | $0.00 | $73,103.20 | $0.00 | $18,275.80 |
| 7/22/13 | 6/1/13 through 6/30/13 | $127,939.00 | $0.00 | $102,351.20 | $0.00 | $25,587.80 |
| **TOTAL** | 5/1/13 through 6/30/13 | **$219,318.00** | **$0.00** | **$175,454.40** | **$0.00** | **$43,863.60** |

**Summary of Previous Interim Monthly Applications:**

| Interim Application | Application Period | Interim Fees Requested in Application | Fees Allowed | Fees Paid | Interim Expenses Requested in Application | Expenses Allowed | Expenses Paid | Amounts Remaining Unpaid |
|---|---|---|---|---|---|---|---|---|
| First | 5/15/12 to 12/31/12 | $1,206,481.50 | $1,203,715.50 | $1,203,715.50 | $15,463.07 | $15,142.10 | $15,142.10 | $0.00 |
| Second | 1/1/13 to 4/30/13 | $873,570.50 | $861,704.00 | $699,221.90 | $15,408.57 | $15,408.57 | $15,758.93 | $162,131.74 |

**Hearing Date:  December 17, 2013 at 10:00 a.m. (ET)**
**Objection Deadline:  December 9, 2013 at 4:00 p.m. (ET)**

HUDSON COOK, LLP
6 Hutton Centre Drive
Suite 840
Santa Ana, CA  92707
Telephone:  714.263.0420
Facsimile:  714.263.0428
Dana Frederick Clarke

*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- )
                                                                )
In re:                                                          )     Case No. 12-12020 (MG)
                                                                )
RESIDENTIAL CAPITAL, LLC, et al.,    )     Chapter 11
                                                                )
                                          Debtors.         )     Jointly Administered
                                                                )
--------------------------------------------------------------- )

**THIRD INTERIM AND FINAL APPLICATION OF HUDSON COOK, LLP AS
SPECIAL COUNSEL TO THE DEBTORS FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD MAY 1, 2013 THROUGH JUNE 30, 2013**

For its third interim application for compensation and reimbursement of expenses

(the "**Application**") for the period May 1, 2013 through June 30, 2013 (the "**3rd Interim

Application Period**"), and its final application for the period May 15, 2012 through June 30,

2013 (the "**Final Application Period**"), as well as the fees and expenses incurred by Applicant

in preparing, filing, and serving the Application in the estimated amount of $2,300.00, Hudson

Cook, LLP ("**Applicant**"), Special Counsel to Residential Capital, LLC., *et al.*, as debtors and

debtors in possession (collectively, the "**Debtors**"), respectfully represents as follows:

## JURISDICTION, VENUE AND STATUTORY PREDICATES

1.        This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of this proceeding and this Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.        The statutory bases for the relief requested herein are sections 330, 331, and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**").  This Application has been prepared in accordance with General Order M-389, *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases*, entered December 21, 2010 (the "**Local Guidelines**"), and the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* effective January 30, 1996  (the "**UST Guidelines**" and, together with the Local Guidelines, the "**Guidelines**").  Pursuant to the Local Guidelines, a certification regarding compliance with the Local Guidelines is attached hereto as Exhibit A.

## BACKGROUND

A.        **The Chapter 11 Cases**

3.        On May 14, 2012 (the "**Petition Date**"), each of the Debtors filed a voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors are managing and operating their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107(a) and 1108.  These cases are being jointly administered pursuant to Bankruptcy Rule 1015(b).  No trustee has been appointed in these Chapter 11 cases.

2

4.      On May 16, 2012, the United States Trustee for the Southern District of New York (the "**U.S. Trustee**") appointed a nine member official committee of unsecured creditors (the "**Creditors' Committee**").

5.      On June 20, 2012, the Court directed that an examiner be appointed, and on July 3, 2012, the Court approved Arthur J. Gonzalez as the examiner [Docket Nos. 454, 674].

**B.      Applicant's Retention and Interim Compensation**

6.      On October 11, 2012, the Court entered the Interim Order Authorizing the Retention and Employment of Hudson Cook, LLP as Special Counsel to the Debtors Nunc Pro Tunc to the Petition Date [Docket No.1798], approving Applicant's retention.

7.      On July 17, 2012, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "**Interim Compensation Order**") [Docket No. 797].  Pursuant to the terms of the Interim Compensation Order, Applicant, among others, is authorized to file and submit monthly fee applications to the Debtors and their counsel, counsel for the Creditors' Committee, counsel for Ally Financial Inc., counsel for Barclays Bank PLC, and the United States Trustee (collectively, the "**Notice Parties**").

8.      On March 14, 2013, Applicant filed its First Interim Application Of Hudson Cook LLP As Special Counsel For The Debtors For Compensation And Reimbursement Of Expenses Incurred For The Period May 15, 2012 Through December 31, 2012 (the "**First Interim Application**").  [Docket No. 3187]  In the First Interim Application, Applicant had requested $1,206,481.50 in fees and $15,463.07 in expenses.

9.      On March 25, 2013, the U.S. Trustee filed its Omnibus Objection of the United States Trustee Regarding Fee Applications for Second Interim Awards of Compensation and

3

Reimbursement of Out-Of-Pocket Expenses (the "**Objection**"), which included an objection to

the First Interim Fee Application. [Docket No. 3310]. In response to the Objection, Applicant

voluntarily reduced its fees by $2,766.00 and its expenses by $320.97, and the U.S. Trustee

withdrew the Objection as to the First Interim Application.

10.     The First Interim Application was heard at the hearing on April 30, 2013. At the

hearing, the Court approved all of the fees and expenses requested by Applicant in the First

Interim Application, subject to the voluntary reduction of $3,086.97. On May 17, 2013, the

Court entered the Order Granting Hudson Cook LLP's Application For Allowance Of Interim

Compensation And Reimbursement Of Expenses in the amount of $1,203,715.50 in fees and

$15,142.10 in expenses. [Docket No. 3774] To date, Applicant has received $1,218,857.60 in

payment of all allowed fees and expenses from its First Interim Application and no amount

remains unpaid.

11.     On August 6, 2013, Applicant filed its Second Interim Application of Hudson

Cook LLP as Special Counsel for the Debtors for Compensation and Reimbursement of

Expenses Incurred for the Period January 1, 2013 through April 30, 2013 (the "**Second Interim

Application**"). [Docket No. 4520] In the Second Interim Application, Applicant had requested

$873,570.50 in fees and $15,408.57 in expenses.

12.     The deadline to object to the Second Interim Application was August 21, 2013 for

all interested parties other than the U.S. Trustee. The U.S. Trustee was granted an extension of

time, until August 28, 2013, to file an Objection to Applicant's Application. On August 28,

2013, the U.S. Trustee filed its Omnibus Objection of the United States Trustee Regarding Fee

Applications for Third Interim Awards of Compensation and Reimbursement of Out-Of-Pocket

Expenses (the "**2nd Objection**"), which contained an objection to the Second Interim

Application. [Docket No. 4869].  In response to the 2nd Objection, Applicant voluntarily

reduced its fees by $2,866.50, and the U.S. Trustee withdrew its 2nd Objection as to $2,305.00

in fees.  Applicant and the U.S. Trustee did not resolve the U.S. Trustee's 2nd Objection to

$99,011.50 in fees.

13.    The Second Interim Application was heard at the hearing on November 15, 2013.

At the hearing, the Court approved all of the fees and expenses requested by Applicant in the

Second Interim Application, subject to Applicant's voluntary reduction in its request of

$2,866.50 in fees and the Court's decision to reduce the fees by $9,000.00 to resolve the U.S.

Trustee's Objection to $99,011.50 in fees.  On December 2, 2013, the Court entered the Order

Granting Applications for Allowance of Interim Compensation and Reimbursement of Expenses

(the "**Fee Application Order**").  The Fee Application Order granted Applicant $861,704.00 in

fees and $15,408.57 in expenses.  [Docket No. 5974]  To date, Applicant has received

$714,630.47 in payment of all allowed fees and expenses from its Second Interim Application

and $162,131.74 remains unpaid.

14.    On July 2, 2013, Applicant served its eighth monthly invoice covering the period

from May 1, 2013 through May 31, 2013 (the "**May Statement**") on the Notice Parties.  On July

22, 2013, Applicant served its ninth monthly invoice covering the period from June 1, 2013,

through June 30, 2013 (the "**June Statement**") and together with the May Statement, (the "**3rd**

**Interim Monthly Statements**") on the Notice Parties. As of the date hereof, Applicant has not

received any objection to the 3rd Interim Monthly Statements.

15.    The total payments received by Applicant as of the date hereof for fees and

expenses incurred during the 3rd Interim Application Period are equal to 80% of requested

compensation for the May Statement and the June Statement.  Specifically, to date, the Applicant

5

has received payments for fees and expenses incurred during the Interim Application Period

totaling $175,630.40.

16.     For the convenience of this Court and all parties in interest, attached hereto as

Exhibit B is a schedule of the total amount of fees incurred under each of Applicant's internal

task codes during the 3rd Interim Application Period.

17.     Applicant maintains computerized records of the time expended in the rendering

of the professional services required by the Debtors.  These records are maintained in the

ordinary course of Applicant's practice.  For the convenience of this Court and all parties in

interest, attached hereto as Exhibit C is a billing summary for the 3rd Interim Application Period,

setting forth the name of each attorney and paraprofessional who rendered services during the 3rd

Interim Application Period, each attorney's year of bar admission and area of practice

concentration, the aggregate time expended by each attorney and each paraprofessional, the

hourly billing rate for each attorney and each paraprofessional at Applicant's current billing rates,

and the individual amounts requested for each professional.  The compensation requested by

Applicant is based on the customary compensation charged by comparably skilled practitioners

in other similar cases.

18.     Copies of Applicant's computerized records of fees and expenses in the format

specified by the Guidelines have been served on the Notice Parties with each of the 3rd Interim

Monthly Fee Statements and are attached hereto as Exhibit D.[1]

19.     There is no agreement or understanding between Applicant and any other person,

other than partners of the firm, for the sharing of compensation to be received for services

rendered in the Chapter 11 Cases.

---

[1]  Please note the May and June Statements have been revised in accordance with the UST Guidelines.

6

20.    The 3rd Interim Monthly Fee Statements submitted by Applicant are subject to a 20% holdback (as is customary in this District) imposed by the Court on the allowance of fees. The aggregate amount of Applicant's holdback during the 3rd Interim Application Period is $43,863.60.  Applicant respectfully requests, in connection with the relief requested herein, that the Court allow this holdback amount on an interim basis pursuant to sections 330 and 331 of the Bankruptcy Code and authorize the Debtors to satisfy such amounts.

### DESCRIPTION OF SERVICES AND EXPENSES AND RELIEF REQUESTED

21.    In accordance with the terms of its employment, as more fully described in the Debtors' Application Under Section 327(e) of the Bankruptcy Code and Local Rule 2014-1 for Authorization to Employ and Retain Hudson Cook, LLP as Special Counsel to the Debtors, Nunc Pro Tunc to May 14, 2012 [Docket No. 1427], Applicant has performed legal services in connection with the Foreclosure Review pursuant to Section 3 of the Consent Order of the Board of Governors of the Federal Reserve System and the Federal Deposit Insurance Corporation, dated April 13, 2011.  The Foreclosure Review requires PwC to review designated loan files under six operational "workstreams."  Hudson Cook has provided legal assistance primarily with respect to the following workstreams:

(a)    State Law Workstream – The state law workstream requires the Foreclosure Review professionals to determine whether any state laws were violated in the foreclosure or sale associated with each file;

(b)    Standing Workstream – The standing workstream involves an analysis of whether the Debtors had standing to conduct the relevant foreclosure;

(c)    Fees Workstream – the fees workstream involves analyzing whether the Debtors charged borrowers impermissible fees in connection with a foreclosure proceeding;

(d)    Servicemembers Civil Relief Act ("SCRA") Workstream – the SCRA workstream entails an analysis of whether the Debtors violated the SCRA

7

in conducting a foreclosure by, for instance, foreclosing while a servicemember was on active duty.

22.     To provide an orderly and meaningful summary of the services rendered by Applicant on behalf of the Debtors during the 3rd Interim Application Period, Applicant established, in accordance with the Guidelines and its internal billing procedures, separate task codes in connection with the Chapter 11 Cases.  The following is a summary of the most significant professional services rendered by Applicant during the 3rd Interim Application Period organized in accordance with Applicant's internal system of task codes:

23.     <u>Task Code AD – Administrative</u>

Fees:  $455.00; Total Hours:  1.0

24.     <u>Task Code C200 – Researching Law</u>

Fees:  $59,405.00;   Total Hours:  165.20

25.     <u>C300 – Analysis and Advice</u>

Fees:  $149,582.00;   Total Hours:  452.10

26.     <u>C400 – Third Party Communication</u>

Fees:  $9,876.00;   Total Hours:  22.00

27.     The time records attached hereto as <u>Exhibit D</u> present more completely the work performed by Applicant in each billing category during the 3rd Interim Application Period.

**CONCLUSION**

28.     Applicant believes that the services rendered during the 3rd Interim Application Period on behalf of the Debtors were reasonable and necessary within the meaning of Bankruptcy Code section 330.

Applicant therefore respectfully requests that the Court enter an order allowing:

1.      Compensation for services rendered by Applicant during the 3rd Interim
Interim Application Period in the amount of $219,318.00;

2.      Directing payment of all compensation held back in connection with the
3rd Interim Monthly Fee Statements;

3.      Compensation for services rendered by Hudson Cook LLP during the
Final Application Period in the amount of $2,284,737.50;

4.      Reimbursement of actual and necessary expenses incurred by Hudson
Cook LLP during the Final Application Period in the amount of $30,550.67;

5.      Authorizing payment by the Debtors to Hudson Cook LLP in the total
amount of $2,315,288.17 for the Final Application Period, to the extent not already paid by the
Debtors;

6.      Authorizing the payment in the amount of $2,300.00 for the fees and
expenses incurred by Applicant in the preparing, filing and serving of the Application; and

7.      Such other and further relief as this Court may deem just and proper.

Dated: December 2, 2013

                                    s/ Dana Frederick Clarke
                                    Dana Frederick Clarke
                                    HUDSON COOK, LLP
                                    6 Hutton Centre Drive
                                    Suite 840
                                    Santa Ana, CA  92707
                                    Telephone:  714.263.0420
                                    Facsimile:  714.263.0428

                                    *Special Counsel to the Debtors*

#22672083 v1

**EXHIBIT A**

**Hearing Date:  December 17, 2013 at 10:00 a.m. (ET)**
**Objection Deadline:  December 9, 2013 at 4:00 p.m. (ET)**

HUDSON COOK, LLP
6 Hutton Centre Drive
Suite 840
Santa Ana, CA  92707
Telephone:  714.263.0420
Facsimile:  714.263.0428
Dana Frederick Clarke

*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------
)
In re:                                                                )     Case No. 12-12020 (MG)
)
RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,          )     Chapter 11
)
Debtors.          )     Jointly Administered
-------------------------------------------------------------
)

**CERTIFICATION UNDER GUIDELINES FOR FEES AND**
**DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF**
**SECOND INTERIM APPLICATION OF HUDSON COOK, LLP AS SPECIAL**
**COUNSEL TO THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES**
<u>**INCURRED FOR THE PERIOD JANUARY 1, 2013 THROUGH APRIL 30, 2013**</u>

I, Dana Frederick Clarke, hereby certify that:

1.      I am a partner with the applicant firm, Hudson Cook, LLP (the "**Firm**"), which

serves as Special Counsel to Residential Capital, LLC., *et al.*, as debtors and debtors in

possession (collectively, the "**Debtors**").

2.      This certification is made in respect of the Firm's compliance with the *Amended*

*Guidelines for Fees and Disbursements for Professionals in Southern District of New York*

A-1

*Bankruptcy Cases*, Administrative Order M-447, adopted by the Court on January 29, 2013 (the

"**Local Guidelines**"), the *United States Trustee Guidelines for Reviewing Applications for*

*Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on*

*January 30, 1996* (the "**UST Guidelines**") and the *Order to Establish Procedures for Interim*

*Monthly Compensation and Reimbursement of Expenses of Professionals* (the "**Interim**

**Compensation Order**") [Docket No. 172], and collectively with the Local Guidelines and UST

Guidelines, the "**Guidelines**"), in connection with the Firm's application, dated August 6, 2013

(the "**Application**"), for interim compensation and reimbursement of expenses for the period

commencing January 1, 2013 through and including April 30, 2013, in accordance with the

Guidelines.

3.    In respect of Section B.1 of the Local Guidelines, I certify that:

(a)    I have read the Application;

(b)    to the best of my knowledge, information, and belief
formed after reasonable inquiry, the fees and expenses
sought fall within the Guidelines;

(c)    the fees and disbursements sought are billed at rates and in
accordance with practices customarily employed by the
Firm and generally accepted by the Firm's clients; and

(d)    in providing the reimbursable services reflected in the
Application, the Firm did not make a profit on those
services, whether performed by the Firm in-house or
through a third party.

4.    I certify that all airfare for which reimbursement is sought was coach class.

5.    In respect of Section B.2 of the Local Guidelines and as required by the Interim

Compensation Order, I certify that the Firm provided the United States Trustee for the Southern

District of New York and the Debtors and their attorneys with a statement of the Firm's fees and

expenses accrued during the previous month.

6.      In respect of Section B.3 of the Local Guidelines, I certify that each of the

Debtors, their attorneys, and the United States Trustee for the Southern District of New York is

being provided with a copy of the Application.


Dated:  December 2, 2013

s/ Dana Frederick Clarke
Dana Frederick Clarke
HUDSON COOK, LLP
6 Hutton Centre Drive
Suite 840
Santa Ana, CA  92707
Telephone:  714.263.0420
Facsimile:  714.263.0428

*Special Counsel to the Debtors*

## EXHIBIT B

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY
BY HUDSON COOK, LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD
MAY 1, 2013 THROUGH JUNE 30, 2013**

### Compensation by Matter

| Task Code | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Ad | Administration | 1.0 | $    455.00 |
| C-200 | Researching Law | 165.20 | 59,405.00 |
| C-300 | Analysis and Advice | 452.10 | 149,582.00 |
| C-400 | Third Party Communication | 22.00 | 9,876.00 |
| **Total Fees Incurred** | | **640.30** | **$219,318.00** |

## EXHIBIT C

**SUMMARY OF PROFESSIONAL SERVICES RENDERED
BY PROFESSIONAL FOR APPLICATION PERIOD
(May 1, 2013 through June 30, 2013)**

| Name of Professional | Department and Licensure | Hourly Billing Rate | May - June Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andricos, Catharine S | Consumer Finance Law, 2005 | $300.00 | 45.30 | $13,590.00 |
| Bangert, Sharon J | Consumer Finance Law, 1991 | $475.00 | 55.50 | $26,362.50 |
| Clarke, Dana Frederick | Consumer Finance Law, 1997 | $455.00 | 49.40 | $22,477.00 |
| DeLessio, Lisa C | Consumer Finance Law, 2000 | $435.00 | 49.60 | $21,576.00 |
| Fisher, Katherine C | Consumer Finance Law, 2005 | $300.00 | 2.20 | $660.00 |
| MacKenzie, Matthew | Consumer Finance Law, 2011 | $275.00 | 110.70 | $30,442.50 |
| Maynard, Angela | Consumer Finance Law, 1989 | $430.00 | 25.50 | $10,965.00 |
| McArthur, J. Webb | Consumer Finance Law, 2010 | $275.00 | 205.10 | $56,402.50 |
| Musselman, Meghan S | Consumer Finance Law, 2005 | $400.00 | 5.40 | $2,160.00 |
| Ryan, Aline | Consumer Finance Law, 1981 | $470.00 | 3.50 | $1,645.00 |
| Thomas, Lauren M | Consumer Finance Law, 2004 | $375.00 | 88.10 | $33,037.50 |
| **Total** | | | **640.30** | **$219,318.00** |

**EXHIBIT D**

# HC Hudson Cook, LLP

6 Hutton Centre Drive, Suite 840, Santa Ana, California 92707
(714) 263-0420 • (800) 390-8288 • Fax: (714) 263-0428
www.hudco.com

*Offices in: California, Connecticut, Maine, Maryland, Massachusetts, Michigan, New York,
Ohio, Oklahoma, Pennsylvania, Tennessee, Virginia and Washington, DC*

Catherine S. Andrieos
Sharen J. Bargert
Michael A. Benoit
Catherine M. Brennan
Thomas J. Buiteweg
A. James Chareq
Dana F. Clarke
Robert A. Cook
Patricia E.M. Covington
David S. Darland
Lisa C. DeLessio
Lori A. Desjardins
Charles F. Dodge
Anne P. Fortney
Michael A. Goodman
Ronald D. Gorsline
Justin B. Hosie
Thomas B. Hudson
Eric L. Johnson

Jeffrey L. King
Daniel J. Laudicina
Wingrove S. Lynton
Joseph E. Mayk
Timothy P. Meredith
Nicole F. Munro
Meghan S. Musselman
L. Jean Noonan
Thomas P. Quinn, Jr.
Geoffrey C. Rogers
Aline C. Ryan
Angela Maynard Shovein
H. Blake Sims
Ryan S. Stinneford
Clayton C. Swears
Alicia H. Tortarolo
Daniel O'C. Tracy, Jr.
Joel C. Winston
Elizabeth C. Yen

Admitted in:
California    Hawaii    Massachusetts    Ohio
Connecticut    Illinois    Michigan    Pennsylvania
District of Columbia    Indiana    New York    Tennessee
Florida    Maine    New Jersey    Virginia
Georgia    Maryland    Oklahoma    Partner Emeritus

July 1, 2013

**VIA FEDERAL EXPRESS**

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

Residential Capital, LLC
1100 Virginia Dr.
Ft. Washington, Pennsylvania, 19034
Attn: Tammy Hamzehpour

Re:    *In re Residential Capital, LLC, et al.*
       Case No. 12-12020

Dear Counsel:

Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (as amended and extended the "Order"),

July 1, 2013
Page 2

enclosed please find Hudson Cook, LLP's monthly fee statement for the period May 1, 2013 through May 31, 2013 (the "Statement"), which was served on the parties listed in paragraph (a) of the Order, on July 2, 2013.

In the absence of a timely objection, the Debtors shall pay $73,103.20, consisting of an amount equal to 80% of the fees ($73,103.20 = $91,379.00 x 0.80) being requested in the Statement.

Objections to the Statements are due by July 22, 2013.

Sincerely,

Dana Frederick Clarke, Esq.

Encl.

# Hudson Cook, LLP

7250 Parkway Drive, 5th Floor
Hanover, MD 21076-1343
Telephone: (410) 684-3200    Fax: (410) 684-2001
FEIN    52-2001482
Billing Inquiries (410) 865-5414

June 14, 2013

| | |
|---|---|
| Ally Bank | Invoice No.          46267.1 |
| Tammy P. Hamzehpour | Reference No.    2952-003  LCD |
| General Counsel, Mortgage Operations | |
| Legal Staff | |
| 1100 Virginia Drive | |
| Fort Washington, PA  19034 | ForeclosureReview Legal Advice |

### Professional Services

For services rendered for period through 05/31/2013 in connection with:

All States Foreclosure Review Legal Advice at Due Diligence Rates with a minimum
fee of $50,000.00 per month.
Matter No.  713000

**ForeclosureReview  Legal Advice**                                                                                    **003**

### Fees

| Date | | | Description | | | |
|---|---|---|---|---|---|---|
| 05/01/2013 | LCD | C300 | Review SCRA issues raised by PwC and review previous responses and advice re same. | 0.60 | 435.00 | 261.00 |
| 05/01/2013 | MSM | C300 | Conduct standing review for Georgia, California, Illinois. | 0.40 | 400.00 | 160.00 |
| 05/01/2013 | JWM | C300 | Reviewed, summarized, and responded to SCRA observations for various states for PwC. | 5.40 | 275.00 | 1,485.00 |
| 05/01/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 1.10 | 275.00 | 302.50 |
| 05/01/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 3.90 | 275.00 | 1,072.50 |
| 05/01/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations. | 0.80 | 475.00 | 380.00 |
| 05/02/2013 | LCD | C300 | Discussions with D. Clarke and S. Bangert re: standing language to address custodial possession Issues (.80); revise draft language to provide to PwC. (1.00) | 1.80 | 435.00 | 783.00 |
| 05/02/2013 | MHM | C300 | Participated in a conference call to review PWC requested changes to the analysis of payment history. | 0.90 | 275.00 | 247.50 |
| 05/02/2013 | MHM | C300 | Conducted case law research and drafted the remediation chart for Delaware. | 4.10 | 275.00 | 1,127.50 |
| 05/02/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 0.90 | 275.00 | 247.50 |
| 05/02/2013 | MSM | C300 | Ownership review - review draft language concerning possession analysis, provide feedback to Lisa DeLessio and Dana Clarke. | 0.70 | 400.00 | 280.00 |

**(Please return green copy with your remittance) and make payable to:**
**Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD  21076-1343**

**2952-003**

**Ally Bank**

Invoice No: 46267

Invoice Date: 06/14/2013

| Date | Initials | Code | Description | Hours | Rate | Amount |
|------|----------|------|-------------|-------|------|--------|
| 05/02/2013 | JWM | C300 | Reviewed, summarized, and responded to SCRA observations for various states for PwC. | 6.00 | 275.00 | 1,650.00 |
| 05/02/2013 | DFC | C300 | Per S. Goldman (GMAC) request, analyze constructive possession issues and prepare email to PWC and Mr. Goldman discussing possession issues and required facts for standing Determinations (3.40); telephone conference with L. Delessio and S, Bangert regarding same (1.00). | 4.40 | 455.00 | 2,002.00 |
| 05/02/2013 | SJB | C300 | Confer with D. Clarke and L. DeLessio regarding possession issues related to ownership review (.80); review, analyze, and revise responses to ownership observations. (2.40) | 3.20 | 475.00 | 1,520.00 |
| 05/03/2013 | LCD | C300 | Prepare for and participate in call with PwC regarding proposed standing language and custodial possession issues (2.00).  Review from attorneys regarding standing findings and issues respond to same (1.40). | 3.40 | 435.00 | 1,479.00 |
| 05/03/2013 | MSM | C300 | Conduct standing review of ownership files in Georgia, Illinois and California. | 0.80 | 400.00 | 320.00 |
| 05/03/2013 | JWM | C300 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 3.30 | 275.00 | 907.50 |
| 05/03/2013 | MHM | C300 | Conducted case law research and drafted the remediation chart for Delaware. | 1.50 | 275.00 | 412.50 |
| 05/03/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 1.40 | 275.00 | 385.00 |
| 05/03/2013 | DFC | C400 | Telephone conference with PWC regarding PWC's constructive possession follow-up questions (.90); telephone conference with L. Delessio regarding draft responses to PWC questions (.70); and email with required factual questions and template responses after confirmation of same (1.70). | 3.30 | 455.00 | 1,501.50 |
| 05/03/2013 | SJB | C300 | Review possession issues with D. Clarke and L. DeLessio and conference call with PwC regarding Same (.90); review, analyze, and revise responses to ownership observations (3.70). | 4.60 | 475.00 | 2,185.00 |
| 05/06/2013 | JWM | C200 | Performed research in connection with the review of standing files for PwC. | 0.60 | 275.00 | 165.00 |
| 05/07/2013 | JWM | C300 | Corresponded with PwC re SCRA file review. | 0.20 | 275.00 | 55.00 |
| 05/07/2013 | SJB | C300 | Review and analyze issues related to ownership review. | 0.70 | 475.00 | 332.50 |
| 05/08/2013 | LCD | C400 | Participate in call with FRB, FDIC and PwC (.80); information from K. Winacott related to standing investigation and custodial issues (.90). | 1.70 | 435.00 | 739.50 |
| 05/08/2013 | JWM | C300 | Reviewed, summarized, and responded to SCRA observations for various states for PwC and updated ownership file review tracking information. | 5.20 | 275.00 | 1,430.00 |
| 05/08/2013 | DFC | C300 | Review proposed additional facts email from K. Winnacott and proposed scenarios with L. Delessio (.80) and jointly prepare response to same (1.90). | 2.70 | 455.00 | 1,228.50 |
| 05/09/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 0.80 | 275.00 | 220.00 |
| 05/09/2013 | SJB | C300 | Review, analyze and revise responses to | 2.60 | 475.00 | 1,235.00 |

2952-003                                                           Invoice No:        46267
Ally Bank                                                          Invoice Date:      06/14/2013

|  |  |  | ownership observations. |  |  |  |
| 05/09/2013 | JWM | C300 | Reviewed, summarized, and responded to SCRA observations for various states for PwC. | 5.70 | 275.00 | 1,567.50 |
| 05/09/2013 | MHM | C300 | Responded to question from Sharon Bangert regarding response to PWC's ownership observations for Florida. | 0.30 | 275.00 | 82.50 |
| 05/10/2013 | LCD | C300 | Review standing analysis and proposed revised facts from PwC and discuss same with D. Clakre (.50); call with PwC on sufficiency of facts (1.00); review and provide comments to PwC re: loan level facts (.70). | 2.20 | 435.00 | 957.00 |
| 05/10/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 2.60 | 275.00 | 715.00 |
| 05/10/2013 | JWM | C300 | Updated tracking of ownership file reviews. | 0.40 | 275.00 | 110.00 |
| 05/10/2013 | DFC | C300 | Telephone conference with PWC regarding foreclosure workstreams (3.10); follow-up analysis and communication with Scott and Keith regarding proposed additional facts for constructive possession scenarios (1.0); and telephone discussions with L. Delessio regarding same (.50). | 4.60 | 455.00 | 2,093.00 |
| 05/10/2013 | SJB | C300 | Review and analyze issues related to ownership observations. | 0.60 | 475.00 | 285.00 |
| 05/13/2013 | LCD | C300 | Provide comments to PwC on factual description provided for standing (.80). Discuss with D. Clarke (.20). Call with PwC to discuss same. Review emails from GMAC re: position on standing issues (.50). Call to J. Hitchings at FRB re same (.30). Meeting with attorneys re: state law streamlining and borrower harm analysis and statuts (.60). | 2.40 | 435.00 | 1,044.00 |
| 05/13/2013 | LMT | C300 | Call with Catharine Andricos to discuss timeline for state remediation memos and streamlined procedures (.60); draft proposed timeline (1.50). | 2.10 | 375.00 | 787.50 |
| 05/13/2013 | CSA | C300 | Meet with Lisa Delessio to discuss output schedule for remediation surveys and streamlined procedures (.20). Phone call with Lauren Thomas and attention to same (.60). | 0.80 | 300.00 | 240.00 |
| 05/13/2013 | JWM | C300 | Tracked and organized weekly ownership reviews for PwC. | 1.80 | 275.00 | 495.00 |
| 05/13/2013 | DFC | C300 | Telephone discussion with L. Delessio regarding resolution of fact requests for constructive possession and email to S. Goldman (GMAC) regarding same (1.10); review and prepare response to follow-up email from S. Goldman and telephone discussion with L. Delessio regarding same (.70). | 1.80 | 455.00 | 819.00 |
| 05/13/2013 | SJB | C300 | Review and analyze issues related to ownership observations. | 0.70 | 475.00 | 332.50 |
| 05/14/2013 | LCD | C400 | Prepare for and participate in call with FRB regarding impact of standing/ownership factual findings on legal conclusions. | 1.10 | 435.00 | 478.50 |

2952-003

**Ally Bank**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | **Invoice No:** | | 46267 |
| | | | | **Invoice Date:** | | 06/14/2013 |
| 05/14/2013 | LMT | C300 | Discuss timeline for remediation and streamlined procedures with Catharine Andricos (.30); review Texas procedures (1.50) and remediation memo (2.10). | 3.90 | 375.00 | 1,462.50 |
| 05/14/2013 | CSA | C300 | Review and revise output schedule for remediation surveys and streamlined procedures (.50). Phone call with Lauren Thomas and draft email to Lisa Delessio and Dana Clarke re: same (.30). | 0.80 | 300.00 | 240.00 |
| 05/14/2013 | JWM | C300 | Reviewed borrower harm remediation memo for PwC. | 2.00 | 275.00 | 550.00 |
| 05/14/2013 | DFC | C400 | Prepare for and attend telephone conference call with J. Hitchings at the FRB regarding standing workstream fact gathering issues (1.10); follow-up telephone discussion with S. Moyer regarding Same (.10). | 1.20 | 455.00 | 546.00 |
| 05/15/2013 | LCD | C300 | Discussion with attorneys regarding standing findings and analysis. | 0.40 | 435.00 | 174.00 |
| 05/15/2013 | JWM | C300 | Tracked weekly ownership reviews and corresponded with PwC (.40). Reviewed borrower remediation memo for PwC (5.50). | 5.90 | 275.00 | 1,622.50 |
| 05/16/2013 | LMT | C200 | Call with Catharine Andricos and Webb McArthur (.60) regarding borrower harm remediation and streamlined procedures; review and revise Arizona (1.60) and South Carolina remediation memos (2.30). | 4.50 | 375.00 | 1,687.50 |
| 05/16/2013 | CSA | C300 | Phone call with Lauren Thomas and Webb McArthur re: review and development of remediation surveys and streamlined procedures (.60). Draft follow-up comments re: CA remediation. Attention to same (2.20). | 2.80 | 300.00 | 840.00 |
| 05/16/2013 | LCD | C300 | Review email from A. Boland (.10); call with A. standing issues and PwC file delivery schedule (.40). | 0.50 | 435.00 | 217.50 |
| 05/16/2013 | MHM | C300 | Reviewed and revised the remediation chart for Delaware. | 0.50 | 275.00 | 137.50 |
| 05/16/2013 | JWM | C300 | Reviewed and streamlined state law procedures for PwC. Discussed review with C. Andricos and L. Thomas. | 6.80 | 275.00 | 1,870.00 |
| 05/17/2013 | LCD | C300 | Discussion with reviewers regarding categorization of standing findings (.60); prepare categorization for standing findings (1.20). | 1.80 | 435.00 | 783.00 |
| 05/17/2013 | MHM | C300 | Participated in a conference call to discuss the ownership file review process. | 0.50 | 275.00 | 137.50 |
| 05/17/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 1.60 | 275.00 | 440.00 |
| 05/17/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 0.70 | 275.00 | 192.50 |
| 05/17/2013 | JWM | C300 | Reviewed and streamlined state law procedures for PwC. Discussed ownership review with L. DeLessio. | 6.70 | 275.00 | 1,842.50 |
| 05/17/2013 | SJB | C300 | Confer with L. DeLessio and D. Clarke regarding possession issues; review and analyze responses to ownership observations. | 1.60 | 475.00 | 760.00 |
| 05/20/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for second reviews. | 4.00 | 275.00 | 1,100.00 |
| 05/20/2013 | LCD | C300 | Review questions from PwC on proposed | 1.60 | 435.00 | 696.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | submission of data (.40); discuss same with D. Clarke (.20); respond to PwC's questions re same (.70). Review status of pending files for standing and address issues from attorneys re same (.30). | | | |
| 05/20/2013 | JWM | C300 | Reviewed and streamlined state law procedures for PwC. | 7.60 | 275.00 | 2,090.00 |
| 05/20/2013 | DFC | C300 | Review email from K. Winnacott (PWC) regarding proposed additional standing data points (1.20) and telephone conference with L. Delessio regarding Same (.30). | 1.50 | 455.00 | 682.50 |
| 05/21/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations. | 0.70 | 475.00 | 332.50 |
| 05/21/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for second reviews. | 0.80 | 275.00 | 220.00 |
| 05/21/2013 | JWM | C300 | Reviewed and streamlined state law procedures for PwC (5.70). Reviewed, summarized, and responded ownership observations for various states for PwC (1.0). | 6.70 | 275.00 | 1,842.50 |
| 05/21/2013 | LCD | C300 | Review and address questions regarding standing determinations. | 0.50 | 435.00 | 217.50 |
| 05/22/2013 | SJB | C300 | Review and analyze issues related to ownership review; confer with L. DeLessio and M. MacKenzie regarding possession issues. | 0.90 | 475.00 | 427.50 |
| 05/22/2013 | CSA | C300 | Review and edit streamlined procedures for AZ and MA (1.10).  Review remediation surveys for NC SC (1.30). | 2.40 | 300.00 | 720.00 |
| 05/22/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for second review files. | 1.10 | 275.00 | 302.50 |
| 05/22/2013 | JWM | C300 | Discussed ownership review strategy with L. DeLessio (.30). Updated tracking information for ownership review (.50). | 0.80 | 275.00 | 220.00 |
| 05/22/2013 | LCD | C400 | Participate in call with FRB, FDIC and PwC (.90); follow-up discussion with D. Clarke re same (.20); respond to questions from attorneys regarding standing findings and categorization (1.40). | 2.50 | 435.00 | 1,087.50 |
| 05/23/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations. | 1.70 | 475.00 | 807.50 |
| 05/23/2013 | CSA | C300 | Review and edit streamlined procedures for AZ. Review and edit remediation survey for SC.  Meet with Webb McArthur and phone call with Lauren Thomas re: same. | 3.80 | 300.00 | 1,140.00 |
| 05/23/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for second review files. | 2.30 | 275.00 | 632.50 |
| 05/23/2013 | JWM | C300 | Reviewed and streamlined state law procedures for PwC. | 6.10 | 275.00 | 1,677.50 |
| 05/23/2013 | DFC | C400 | Prepare for and attend weekly telephone conference with PWC regarding workstreams and discussion of miscellaneous RUST complaints. | 1.20 | 455.00 | 546.00 |
| 05/23/2013 | LCD | C300 | Call with PwC regarding standing issues (.60); review issues related to streamlined procedures Andricos (.80); review and respond to questions regarding standing findings (1.0). | 2.40 | 435.00 | 1,044.00 |
| 05/23/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for South Carolina (2.0) and Arizona | 4.70 | 375.00 | 1,762.50 |

2952-003                                                               Invoice No:        46267

Ally Bank                                                             Invoice Date:      06/14/2013

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | (1.90); with Catharine Andricos regarding same (.80). | | | |
| 05/24/2013 | MSM | C300 | Conduct ownership review for Florida and California files. | 0.80 | 400.00 | 320.00 |
| 05/24/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations (.90); confer with L. regarding same (.20). | 1.10 | 475.00 | 522.50 |
| 05/24/2013 | LMT | C200 | Revise Arizona remediation memo. | 0.90 | 375.00 | 337.50 |
| 05/24/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 1.80 | 275.00 | 495.00 |
| 05/24/2013 | LCD | C300 | Review and address questions regarding standing categorizations. | 0.80 | 435.00 | 348.00 |
| 05/25/2013 | DFC | C200 | Per request of Ashley Bowland (PWC), research and prepare response to subordinate lien survival after foreclosure in Georgia and Minnesota. | 3.20 | 455.00 | 1,456.00 |
| 05/27/2013 | KCF | C200 | Hawaii - Drafting of borrower harm memorandum. | 0.70 | 300.00 | 210.00 |
| 05/27/2013 | DFC | C200 | Per request of Ashley Boland (PWC), research and prepare response to questions regarding effect of divorce orders on mortgage obligation (1.40); email Delessio regarding same (.30). | 1.70 | 455.00 | 773.50 |
| 05/28/2013 | CSA | C300 | Review and edit AZ remediation survey and streamlined procedures (.90). Review and edit SC streamlined procedures (.80). Phone call with Thomas re: same (.50). | 2.20 | 300.00 | 660.00 |
| 05/28/2013 | LCD | C300 | Review and analyze standing files; review and update status of standing file review. | 1.20 | 435.00 | 522.00 |
| 05/28/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Arizona (1.50) and South Carolina (1.50); revise remediation memos; call with Andricos to discuss same (.50). | 3.50 | 375.00 | 1,312.50 |
| 05/29/2013 | SJB | C300 | Review status of ownership files; review, analyze, and revise responses to ownership observations. | 3.40 | 475.00 | 1,615.00 |
| 05/29/2013 | JWM | C300 | Tracked ownership review process (.30). Reviewed streamlined state law procedures for PwC (3.70). | 4.00 | 275.00 | 1,100.00 |
| 05/29/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for AZ and MA. | 1.50 | 300.00 | 450.00 |
| 05/29/2013 | DFC | Ad | Review and prepare April 2013 monthly statement pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and send same for service. | 1.00 | 455.00 | 455.00 |
| 05/29/2013 | LCD | C400 | Call with PwC, FRB and FDIC re status and outstanding issues (.80); review status of standing reviews and respond to questions re same (.20). Discuss remediation memos with L. Thomas (.60). | 1.60 | 435.00 | 696.00 |
| 05/29/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Texas. | 3.60 | 375.00 | 1,350.00 |
| 05/30/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for second review files. | 1.20 | 275.00 | 330.00 |
| 05/30/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations. | 1.30 | 475.00 | 617.50 |
| 05/30/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for MA. | 3.00 | 300.00 | 900.00 |

**(Please return green copy with your remittance) and make payable to:**
**Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD  21076-1343**

**2952-003**                                                          **Invoice No:**        **46267**
**Ally Bank**                                                          **Invoice Date:**      **06/14/2013**

| Date | | | Description | | | |
|---|---|---|---|---|---|---|
| 05/30/2013 | KCF | C200 | Hawaii - Drafting of borrower harm memorandum. | 1.50 | 300.00 | 450.00 |
| 05/30/2013 | JWM | C300 | Reviewed and streamlined state law procedures for PwC. | 6.80 | 275.00 | 1,870.00 |
| 05/30/2013 | LCD | C300 | Review and analyze IL standing files (1.10); review analyze CA files (.30); meet with and respond to questions from attorneys on standing file analysis (.60). Review and update status of standing files (.50). Review Complaint questions from PwC and FRB and draft and revise responses to same (.70); discuss customer claim issues with D. Clarke (.20). | 3.40 | 435.00 | 1,479.00 |
| 05/31/2013 | AMS | C200 | Michigan - Foreclosure review borrower remediation. | 3.20 | 430.00 | 1,376.00 |
| 05/31/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for MA.  Phone calls with Lauren Thomas and Webb McArthur re: same. | 1.40 | 300.00 | 420.00 |
| 05/31/2013 | JWM | C300 | Reviewed and streamlined state law procedures for PwC (5.40). Reviewed SCRA observations for PwC (1.10). Tracked ownership review process (.60). | 7.10 | 275.00 | 1,952.50 |
| 05/31/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for second review files. | 2.80 | 275.00 | 770.00 |
| 05/31/2013 | LCD | C300 | Review and analyze California standing files (1.10); meeting re: Ally documentation for standing files (.60); Review and analyze SCRA files (.90). | 2.60 | 435.00 | 1,131.00 |
| 05/31/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Massachusetts (3.50) and North Carolina (2.0); revise remediation memos; phone call with Catharine Andricos to discuss Massachusetts (.60). | 6.10 | 375.00 | 2,287.50 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | **Total Fees for this Matter** | | 263.00 | | $91,379.00 |

| | | **Total Amount Due on this Invoice** | | | | $91,379.00 |

**2952-003**                                            **Invoice No:**        46267
**Ally Bank**                                            **Invoice Date:**      06/14/2013

## Timekeeper Summary

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Katherine  C Fisher | 2.20 | 300.00 | $660.00 |
| Lauren M Thomas | 29.30 | 375.00 | $10,987.50 |
| Matthew  MacKenzie | 34.80 | 275.00 | $9,570.00 |
| Webb  McArthur | 89.10 | 275.00 | $24,502.50 |
| Angela  Maynard Shovein | 3.20 | 430.00 | $1,376.00 |
| Catharine S Andricos | 18.70 | 300.00 | $5,610.00 |
| Dana F Clarke | 26.60 | 455.00 | $12,103.00 |
| Lisa C DeLessio | 32.50 | 435.00 | $14,137.50 |
| Meghan S Musselman | 2.70 | 400.00 | $1,080.00 |
| Sharon J Bangert | 23.90 | 475.00 | $11,352.50 |
| **Totals** | 263.00 | | $91,379.00 |

# HC Hudson Cook, LLP

6 Hutton Centre Drive, Suite 840, Santa Ana, California 92707
(714) 263-0420  •  (800) 390-8288  •  Fax: (714) 263-0428
www.hudco.com

*Offices in: California, Connecticut, Maine, Maryland, Massachusetts, Michigan, New York, Ohio, Oklahoma, Pennsylvania, Tennessee, Virginia and Washington, DC*

| | | |
|---|---|---|
| Catharine S. Andricos | ↑∗ | Jeffrey L. King |
| Sharon J. Bangert | ∗∆ | Daniel J. Laudicina |
| Michael A. Benoit | ∗∆ | Wingrove S. Lynton |
| Catherine M. Brennan | ↑◊∆ | Joseph E. Mayk |
| Thomas J. Buiteweg | ◻ | Timothy P. Meredith |
| A. James Chareq | ◊ | Nicole F. Munro |
| Dana F. Clarke | ↑>∗ | Meghan S. Musselman |
| Robert A. Cook | ∗ | L. Jean Noonan |
| Patricia E.M. Covington | ∗∆ | Thomas P. Quinn, Jr. |
| David S. Darland | ∗ | Geoffrey C. Rogers |
| Lisa C. DeLessio | ∗∗ | Aline C. Ryan |
| Lori A. Desjardins | ∗ | Angela Maynard Shovein |
| Charles F. Dodge | ∗ | H. Blake Sims |
| Anne P. Fortney | ∗∆ | Ryan S. Stinneford |
| Michael A. Goodman | ∗∆ | Clayton C. Swears |
| Ronald D. Gorsline | ⊙∆ | Alicia H. Tortarolo |
| Justin B. Hosie | ⊙∆ | Daniel O'C. Tracy, Jr. |
| Thomas B. Hudson | | Joel C. Winston |
| Eric L. Johnson | ∗∗ | Elizabeth C. Yen |
| | ⌐ | |

| | | | | | |
|---|---|---|---|---|---|
| California | † | Hawaii | ∆ | Massachusetts | ∗ | Ohio | + |
| Connecticut | > | Illinois | ◻ | Michigan | ◻ | Pennsylvania | ∆ |
| District of Columbia | ∆ | Indiana | < | New York | ∗ | Tennessee | ∆ |
| Florida | ● | Maine | ◊ | New Jersey | ∆ | Virginia | ∆ |
| Georgia | ⊙ | Maryland | ∗ | Oklahoma | ⌐ | Partner Emeritus | ★ |

July 19, 2013

## VIA FEDERAL EXPRESS

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
Lorenzo Marinuzzi

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Linda A. Riffkin,
and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
Jonathan H. Hofer

Residential Capital, LLC
1100 Virginia Dr.
Ft. Washington, Pennsylvania, 19034
Attn: Tammy Hamzehpour

Re:  ***In re Residential Capital, LLC, et al.***
      Case No. 12-12020

Dear Counsel:

Pursuant to the Court's July 17, 2012 *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (as amended and extended the "Order"),

July 19, 2013
Page 2

enclosed please find Hudson Cook, LLP's monthly fee statement for the period June 1, 2013 through June 30, 2013 (the "Statement"), which was served on the parties listed in paragraph (a) of the Order, on July 22, 2013.

In the absence of a timely objection, the Debtors shall pay $102,351.20, consisting of an amount equal to 80% of the fees ($102,351.20 = $127,937 x 0.80) being requested in the Statement.

Objections to the Statements are due by August 12, 2013.

Sincerely,

Dana Frederick Clarke, Esq.

Encl.

# Hudson Cook, LLP

7250 Parkway Drive, 5th Floor
Hanover, MD 21076-1343
Telephone:  (410) 684-3200    Fax:    (410) 684-2001
FEIN    52-2001482
Billing Inquiries (410) 865-5414

July 12, 2013

| | |
|---|---|
| Ally Bank | Invoice No.        46822 |
| Tammy P. Hamzehpour | Reference No.    2952-003  LCD |
| General Counsel, Mortgage Operations | |
| Legal Staff | |
| 1100 Virginia Drive | |
| Fort Washington, PA  19034 | ForeclosureReview Legal Advice |

### Professional Services

For services rendered for period through 06/30/2013 in connection with:
All States Foreclosure Review Legal Advice at Due Diligence Rates with a minimum
fee of $50,000.00 per month.
Matter No.  713000

**ForeclosureReview  Legal Advice**            **003**

#### Fees

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/2013 | AMS | C200 | Michigan - Foreclosure review borrower remediation matrix. | 2.00 | 430.00 | 860.00 |
| 06/02/2013 | AMS | C200 | Michigan - Foreclosure review borrower remediation matrix. | 6.40 | 430.00 | 2,752.00 |
| 06/03/2013 | CSA | C300 | Finalize streamlined procedures and remediation survey for MA and TX. | 1.50 | 300.00 | 450.00 |
| 06/03/2013 | LMT | C200 | Review North Carolina state law procedures and remediation memo; revise remediation memo. | 4.80 | 375.00 | 1,800.00 |
| 06/03/2013 | JWM | C200 | Reviewed and streamlined state law foreclosure procedures for PwC. | 6.40 | 275.00 | 1,760.00 |
| 06/04/2013 | AMS | C200 | Michigan - Foreclosure review borrower remediation. | 1.80 | 430.00 | 774.00 |
| 06/04/2013 | DFC | C300 | Review email from PWC (L. Simicich) regarding complaint follow-up questions; (.40) telephone discussion with L. Delessio regarding same. (.70) | 1.10 | 455.00 | 500.50 |
| 06/04/2013 | LCD | C300 | Review email from PwC regarding customer complaints and inclusion in IFR review; (.20) discuss testing issues with D. Clarke related to customer complaints involving divorce orders; (.70) discuss same with M. MacKenzie; (.20) review factual information related to court orders; (.40) review questions from attorneys on Tennessee standing analysis.(.60) | 2.10 | 435.00 | 913.50 |
| 06/04/2013 | MHM | C300 | Reviewed GMAC's files to determine the basis for consumer complaints. | 1.60 | 275.00 | 440.00 |
| 06/04/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 1.90 | 275.00 | 522.50 |

**(Please return green copy with your remittance) and make payable to:**
**Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD  21076-1343**

| 2952-003 | | | | Invoice No: | | 46822 |
| Ally Bank | | | | Invoice Date: | | 07/12/2013 |

| Date | Init | Code | Description | | | |
|---|---|---|---|---|---|---|
| 06/04/2013 | ACR | C300 | North Carolina - Met with Webb McArthur to go over NC procedures and foreclosure surveys to determine if consistent and whether procedesrs are flowing correctly. | 1.10 | 470.00 | 517.00 |
| 06/04/2013 | JWM | C200 | Reviewed and streamlined state law foreclosure procedures for PwC. | 7.10 | 275.00 | 1,952.50 |
| 06/04/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations. | 2.80 | 475.00 | 1,330.00 |
| 06/04/2013 | LMT | C200 | Research additional state law foreclosure milestones for North Carolina; revise remediation memo accordingly. | 3.10 | 375.00 | 1,162.50 |
| 06/05/2013 | LMT | C200 | Review Michigan streamlined procedures; research additional remediation issues for Texas. | 3.10 | 375.00 | 1,162.50 |
| 06/05/2013 | AMS | C200 | Michigan - Foreclosure review borrower remediation. | 9.30 | 430.00 | 3,999.00 |
| 06/05/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for TX. | 2.60 | 300.00 | 780.00 |
| 06/05/2013 | DFC | C400 | Telephone conference with PWC and FRB. | 0.90 | 455.00 | 409.50 |
| 06/05/2013 | LCD | C300 | Participate in status call with FRB, FDIC and PwC; (.90) review email from PwC on customer complaints; (.30) email from A. Boland re status of standing file deliveries. (.40) | 1.60 | 435.00 | 696.00 |
| 06/05/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for second review | 0.70 | 275.00 | 192.50 |
| 06/05/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 0.70 | 275.00 | 192.50 |
| 06/05/2013 | SJB | C300 | Review and analyze issues related to ownership review. | 0.70 | 475.00 | 332.50 |
| 06/05/2013 | JWM | C200 | Reviewed and streamlined state law foreclosure procedures for PwC. (3.60) Tracked ownership reviews. (.50) | 4.10 | 275.00 | 1,127.50 |
| 06/06/2013 | LMT | C200 | Review streamlined Michigan procedures and revise Michigan remediation memo. | 7.20 | 375.00 | 2,700.00 |
| 06/06/2013 | AMS | C200 | Michigan - Foreclosure review borrower remediation. | 2.80 | 430.00 | 1,204.00 |
| 06/06/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for | 0.60 | 275.00 | 165.00 |
| 06/06/2013 | MHM | C300 | Performed statutory and case law research on the rights of a secured creditor to collect on a joint debt where a court determines that one party in a divorce proceeding is responsible for paying the creditor. | 3.00 | 275.00 | 825.00 |
| 06/06/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for TX and NC. | 1.80 | 300.00 | 540.00 |
| 06/06/2013 | DFC | C300 | Review further email from Lenin Simicich (PWC) regarding complaint follow-ups from FRB (.30) and telephone discussion with L. Delessio regarding same. (.80) | 1.10 | 455.00 | 500.50 |
| 06/06/2013 | LCD | C200 | Review research for Texas and Michigan and court's authority to divide property and consider applicability of same to customer | 1.30 | 435.00 | 565.50 |
| 06/06/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 1.70 | 475.00 | 807.50 |
| 06/06/2013 | JWM | C200 | Reviewed and streamlined state law foreclosure | 5.30 | 275.00 | 1,457.50 |

(Please return green copy with your remittance) and make payable to:
Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD  21076-1343

| 2952-003 | | | | **Invoice No:** | | **46822** |
|----------|---|---|---|---------------|---|-----------|
| Ally Bank | | | | **Invoice Date:** | | **07/12/2013** |

| | | | procedures for PwC. (4.80) | | | |
|---|---|---|---|---|---|---|
| 06/07/2013 | LMT | C200 | Tracked ownership reviews.(.50) Revise Michigan with C. Andricos regarding same. | 6.30 | 375.00 | 2,362.50 |
| 06/07/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for MI and TX. | 2.80 | 300.00 | 840.00 |
| 06/07/2013 | LCD | C300 | Discussion with A. Boland (PwC) re: new file deliveries, subsequent iterations and assumptions and schedule for same. (.80)  Email exchanges re same.(.20) | 1.00 | 435.00 | 435.00 |
| 06/07/2013 | JWM | C200 | Reviewed and streamlined state law foreclosure procedures for PwC. | 7.30 | 275.00 | 2,007.50 |
| 06/10/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 6.10 | 275.00 | 1,677.50 |
| 06/10/2013 | LMT | C200 | Review UT, IN and LA remediation memos; discuss streamlined state law procedures with W. McArthur. | 2.30 | 375.00 | 862.50 |
| 06/10/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for MI and TX (1.20).  Email to Lisa Delessio re: same (.20). | 1.40 | 300.00 | 420.00 |
| 06/10/2013 | LCD | C300 | Discuss streamlined procedure issues with C. Andricos;(.50) review Oregon case and consider implications on Oregon standing analysis.(.90) | 1.40 | 435.00 | 609.00 |
| 06/11/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 5.10 | 275.00 | 1,402.50 |
| 06/11/2013 | ACR | C300 | North Carolina - Met with Webb McArtur regarding foreclosure survey comparison to procedures. | 1.10 | 470.00 | 517.00 |
| 06/11/2013 | ACR | C200 | North Carolina - Researched law to determine updates to procedures based on foreclosure survey. | 1.30 | 470.00 | 611.00 |
| 06/11/2013 | LMT | C200 | Revise NC remediation memo; review Delaware remediation memo. | 2.70 | 375.00 | 1,012.50 |
| 06/11/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for NC. | 0.70 | 300.00 | 210.00 |
| 06/11/2013 | DFC | C200 | Review Oregon Supreme Court MERS case for determination of update to standing review. | 1.00 | 455.00 | 455.00 |
| 06/11/2013 | JWM | C200 | Reviewed and streamlined state law foreclosure procedures for PwC.(6.30)  Tracked ownership reviews for PwC. (.50) | 6.80 | 275.00 | 1,870.00 |
| 06/12/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for NC. | 2.50 | 300.00 | 750.00 |
| 06/12/2013 | LCD | C400 | Email exchange with S. Moyer re: regulator review and status of onsite review issues. | 0.30 | 435.00 | 130.50 |
| 06/12/2013 | LMT | C200 | Phone call with C. Andricos to discuss revisions to North Carolina procedures and remediation memo; research demand notice requirement for remediation memo. | 1.80 | 375.00 | 675.00 |
| 06/12/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 0.70 | 275.00 | 192.50 |
| 06/12/2013 | JWM | C200 | Reviewed and streamlined state law foreclosure procedures for PwC. (1.50) Tracked ownership reviews for PwC. (.50) | 2.00 | 275.00 | 550.00 |
| 06/13/2013 | LMT | C200 | Revise NC remedition memo; review IA streamlined procedures, revise IA remediation memo. | 5.40 | 375.00 | 2,025.00 |

**2952-003**                                                                                      Invoice No:        **46822**

**Ally Bank**                                                                                    Invoice Date:      07/12/2013

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/13/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for NC, IN, LA and UT. | 4.20 | 300.00 | 1,260.00 |
| 06/13/2013 | JWM | C300 | Reviewed and streamlined state law foreclosure procedures for PwC (1.40). Reviewed, analyzed, and responded to ownership observations for PwC (5.40). | 6.80 | 275.00 | 1,870.00 |
| 06/14/2013 | LMT | C200 | Revise Delaware remediation memo. | 6.80 | 375.00 | 2,550.00 |
| 06/14/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for DE. | 2.50 | 300.00 | 750.00 |
| 06/14/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for PA and CA. | 4.90 | 275.00 | 1,347.50 |
| 06/14/2013 | JWM | C200 | Reviewed and streamlined state law foreclosure procedures for PwC. | 6.00 | 275.00 | 1,650.00 |
| 06/14/2013 | LCD | C300 | Call with C. Andricos to discuss remediation issues. | 0.50 | 435.00 | 217.50 |
| 06/17/2013 | LCD | C300 | Review status of SCRA files;(.50) meet with W. McArthur re open issues; (.30) review and analyze SCRA files; (2.50) address questions regarding standing files and new case law. (1.00) | 4.30 | 435.00 | 1,870.50 |
| 06/17/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for PA and CA. | 1.90 | 275.00 | 522.50 |
| 06/17/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for IA (.80). Finalize phase 3 documents for delivery to Lisa Delessio (1.20). | 2.00 | 300.00 | 600.00 |
| 06/17/2013 | SJB | C300 | Review and analyze issues related to ownership review. | 0.60 | 475.00 | 285.00 |
| 06/17/2013 | JWM | C300 | Reviewed, analyzed, and responded to SCRA and ownership observations for PwC. | 7.80 | 275.00 | 2,145.00 |
| 06/17/2013 | DFC | C300 | Review email from S. Moyer (PWC) regarding SCRA file status review (.20) and telephone discussion with L. DeLessio regarding same; (.40) review email from K. Fischer regarding Georgia Supreme Court standing case and foreclosure review application; (1.00) and, review California standing file review question from M. MacKenzie. (.70) | 2.30 | 455.00 | 1,046.50 |
| 06/18/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for PA and CA. | 4.10 | 275.00 | 1,127.50 |
| 06/18/2013 | LCD | C300 | Meet with W. McArthur to discuss GMAC rebuttal to SCRA findings; (.60) review FRB guidance for application to rebuttals; (.50) discuss same with D. Clarke; (.30) review and analyze SCRA files; (2.5) email to PwC re SCRA files;(.20) Review email from A. Boland (PwC) re standing files and new uploads; (.20) email to HC reviewers re same; (.10) review status of outstanding files.(.20) | 4.60 | 435.00 | 2,001.00 |
| 06/18/2013 | JWM | C300 | Reviewed, analyzed, and responded to SCRA and ownership observations for PwC. | 7.60 | 275.00 | 2,090.00 |
| 06/18/2013 | SJB | C300 | Review and analyze issues related to ownership review. | 0.80 | 475.00 | 380.00 |
| 06/19/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for PA. | 0.50 | 275.00 | 137.50 |
| 06/19/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 4.00 | 275.00 | 1,100.00 |

**(Please return green copy with your remittance) and make payable to:**
**Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD  21076-1343**

| 2952-003 | | | | | Invoice No: | 46822 |
|---|---|---|---|---|---|---|
| Ally Bank | | | | | Invoice Date: | 07/12/2013 |

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/19/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 6.20 | 275.00 | 1,705.00 |
| 06/20/2013 | LMT | C200 | Discuss Hawaii borrower remediation memo with K. Fisher. | 0.40 | 375.00 | 150.00 |
| 06/20/2013 | LMT | C200 | Phone call with W. McArthur regarding standing memo for Idaho and California ownership files; review Ownership files for California. | 2.30 | 375.00 | 862.50 |
| 06/20/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 5.00 | 275.00 | 1,375.00 |
| 06/20/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 5.90 | 275.00 | 1,622.50 |
| 06/20/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 3.40 | 475.00 | 1,615.00 |
| 06/21/2013 | LMT | C200 | Review and revise Alabama remediation memo. | 2.40 | 375.00 | 900.00 |
| 06/21/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for AL. | 0.80 | 300.00 | 240.00 |
| 06/21/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 3.00 | 275.00 | 825.00 |
| 06/21/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 6.60 | 275.00 | 1,815.00 |
| 06/21/2013 | SJB | C300 | Review and analyze issues related to ownership review. | 3.70 | 475.00 | 1,757.50 |
| 06/21/2013 | DFC | C400 | Prepare for and attend weekly legal topics meeting with PWC; (.80) and prepare follow-up status report regarding standing file reviews. (1.50) | 2.30 | 455.00 | 1,046.50 |
| 06/22/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 1.20 | 275.00 | 330.00 |
| 06/23/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 1.80 | 275.00 | 495.00 |
| 06/24/2013 | MHM | C300 | Participated in a conference call re: legal review errors and change in process. | 0.90 | 275.00 | 247.50 |
| 06/24/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 2.50 | 275.00 | 687.50 |
| 06/24/2013 | MHM | C300 | Reviewed updates to the foreclosure surveys and compared them against the standing memos to determine if the standing memos needed to be updated. | 1.60 | 275.00 | 440.00 |
| 06/24/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for second review files. | 2.60 | 275.00 | 715.00 |
| 06/24/2013 | MSM | C300 | Review of Pennsylvania ownership files. | 1.50 | 400.00 | 600.00 |
| 06/24/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 2.60 | 475.00 | 1,235.00 |
| 06/24/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 6.80 | 275.00 | 1,870.00 |
| 06/25/2013 | MSM | C300 | Review of Pennsylvania ownership files. | 1.20 | 400.00 | 480.00 |
| 06/25/2013 | LMT | C200 | Revise Alabama remediation memo; review streamlined state law procedures. | 1.60 | 375.00 | 600.00 |
| 06/25/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 4.50 | 275.00 | 1,237.50 |
| 06/25/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for second review files and Colorado first review files. | 2.40 | 275.00 | 660.00 |

2952-003

Ally Bank

| | | | | | Invoice No: | 46822 |
| | | | | | Invoice Date: | 07/12/2013 |

| Date | Atty | Code | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 06/25/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 7.40 | 275.00 | 2,035.00 |
| 06/25/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 3.30 | 475.00 | 1,567.50 |
| 06/25/2013 | DFC | C200 | Review PWC SCRA clarification questions and prepare response. | 1.30 | 455.00 | 591.50 |
| 06/26/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 3.20 | 475.00 | 1,520.00 |
| 06/26/2013 | LMT | C200 | Review Arkansas and South Dakota remediation memos. | 4.50 | 375.00 | 1,687.50 |
| 06/26/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for NJ, KY, KS, FL, and CO. | 6.00 | 275.00 | 1,650.00 |
| 06/26/2013 | CSA | C300 | Phone calls with Lauren Thomas and Webb McArthur re: review of remediation procedures and streamlined procedures (.60). Attention to AL, AR and SD (1.60). | 2.20 | 300.00 | 660.00 |
| 06/26/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 5.90 | 275.00 | 1,622.50 |
| 06/26/2013 | DFC | C400 | Telephone conference with PWC (Brandi) regarding SCRA clarification responses; (1.10) prepare for and attend weekly FRB status conference call; (1.50) and attention to FRB settlement term sheet (.50) | 3.10 | 455.00 | 1,410.50 |
| 06/26/2013 | DFC | C300 | Review MI standing memo revisions (1.8) and meeting with W. McArthur regarding same. (.30) | 2.10 | 455.00 | 955.50 |
| 06/27/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 5.60 | 475.00 | 2,660.00 |
| 06/27/2013 | LMT | C200 | Review South Dakota memo; review Arizona and California standing batches. | 4.10 | 375.00 | 1,537.50 |
| 06/27/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for OH, OK, and NJ. | 4.10 | 275.00 | 1,127.50 |
| 06/27/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 2.40 | 275.00 | 660.00 |
| 06/27/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for AR and SD. | 1.60 | 300.00 | 480.00 |
| 06/27/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 6.80 | 275.00 | 1,870.00 |
| 06/27/2013 | DFC | C300 | Work on BK standing file reviews. | 5.30 | 455.00 | 2,411.50 |
| 06/28/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 2.70 | 475.00 | 1,282.50 |
| 06/28/2013 | SJB | C400 | Conference call with FRB and others regarding GMAC Mortgage IFR and pending settlement agreement; email to HC attorneys regarding same. | 0.50 | 475.00 | 237.50 |
| 06/28/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for NC and OK. | 2.10 | 275.00 | 577.50 |
| 06/28/2013 | DFC | C400 | Review and communicate work stop directions from FRB; (.70) attention to and coordination of cataloguing in process file reviews and final review file list. (1.60) | 2.30 | 455.00 | 1,046.50 |
| 06/28/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 3.20 | 275.00 | 880.00 |
| | | | **Total Fees for this Matter** | 377.30 | | $127,939.00 |

**(Please return green copy with your remittance) and make payable to:**
**Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD 21076-1343**

**2952-003**                                                          **Invoice No:**        **46822**

**Ally Bank**                                                         **Invoice Date:**      **07/12/2013**

### Total Amount Due on this Invoice                                  | $127,939.00 |

### Timekeeper Summary

| Timekeeper Name | Hours | Rate | Amount |
|-----------------|-------|------|--------|
| Lauren M Thomas | 58.80 | 375.00 | $22,050.00 |
| Matthew  MacKenzie | 75.90 | 275.00 | $20,872.50 |
| Webb  McArthur | 116.00 | 275.00 | $31,900.00 |
| Aline C Ryan | 3.50 | 470.00 | $1,645.00 |
| Angela  Maynard Shovein | 22.30 | 430.00 | $9,589.00 |
| Catharine S Andricos | 26.60 | 300.00 | $7,980.00 |
| Dana F Clarke | 22.80 | 455.00 | $10,374.00 |
| Lisa C DeLessio | 17.10 | 435.00 | $7,438.50 |
| Meghan S Musselman | 2.70 | 400.00 | $1,080.00 |
| Sharon J Bangert | 31.60 | 475.00 | $15,010.00 |
| **Totals** | 377.30 | | $127,939.00 |