PEPPER HAMILTON LLP
Deborah Kovsky-Apap
4000 Town Center, Suite 1800
Southfield, MI  48075
Telephone 248.359.7331
Facsimile 248.359.7700
E-mail: kovskyd@pepperlaw.com
 and
Gary Apfel
Two California Plaza
350 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-1521
Telephone:  213.928.9860
Facsimile:   213.928.9850
E-mail: apfelg@pepperlaw.com

*Special Foreclosure Review Counsel For*
*Bankruptcy Issues to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 2, 2013, I electronically filed the Third Interim And Final Application Of Hudson Cook, LLP As Special Counsel To The Debtors For Compensation And Reimbursement Of Expenses Incurred For The Period May 15, 2012 Through June 30, 2013 [Docket No. 5980] with the Clerk of the Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

I further certify that I caused copies of the foregoing to be served on the parties listed on attached Exhibit A, via overnight delivery, at the addresses stated.

Dated:  December 2, 2013    PEPPER HAMILTON LLP

/s/ Deborah Kovsky-Apap
Deborah Kovsky-Apap
4000 Town Center, Suite 1800
Southfield, MI  48075
Telephone 248.359.7331
Facsimile 248.359.7700
E-mail: kovskyd@pepperlaw.com
 and

Gary Apfel
Two California Plaza
350 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-1521
Telephone:  213.928.9860
Facsimile:   213.928.9850
E-mail: apfelg@pepperlaw.com

*Special Foreclosure Review Counsel for Bankruptcy Issues to the Debtors and Debtors in Possession*

## EXHIBIT A

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
Lorenzo Marinuzzi

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
Douglas H. Mannal

Office of the United States Trustee
Attn: Eric J. Small, Esq.
355 Main Street – First Floor
Poughkeepsie, NY 12601

Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Brian Masumoto and Michael Driscoll

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Residential Capital, LLC
1100 Virginia Dr.
Ft. Washington, Pennsylvania, 19034
Attn: Tammy Hamzehpour