Katherine S. Parker-Lowe
Attorney at Law
35 Miss Elecia Lane, Suite 101
Post Office Box 730
Ocracoke, North Carolina 27960
252-928-1000
Attorney for Rex T. Gilbert, Jr. and Daniela L. Gilbert

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| _____ | ) | |
| In re: **Residential Capital, LLC,** *et.als*. | ) | **Case No.: 1:12-BK-12020(MG)** |
| | ) | Chapter 11 |
| Debtors. | ) | |
| _____ | ) | Jointly Administered |

CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2013, I caused the Motion for Reconsideration of Memorandum Opinion and Order [Dkt. No. 5660] Sustaining in Part and Overruling in Part the Debtors' Objection to Proofs of Claim [Dkt. No. 1991 and 1984] to be electronically filed with the Clerk of Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

I further certify that copies of the Gilbert Response also have been sent via electronic mail and/or first class mail to the following parties:

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104

BRADLEY ARANT BOULT
CUMMINGS LLP
Bank of America Corporate Center
100 N. Tryon Street, Suite 2690
Charlotte, NC 28202

Dated: December 2, 2013          /s/ Katherine S. Parker-Lowe
                                  Katherine S. Parker-Lowe

Attorney for Gilberts
NC State Bar #13318
35 Miss Elecia Lane, Suite 101
Post Office Box 730
Ocracoke, North Carolina 27960
252-928-1000
katherine@ocracokelaw.com