# KRAMER LEVIN NAFTALIS & FRANKEL LLP

KENNETH H. ECKSTEIN
PARTNER
PHONE 212-715-9229
KEckstein@kramerlevin.com

December 3, 2013

**VIA E-MAIL AND ECF**

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

        Re:    *In re* Residential Capital, LLC, *et al.* 12-12020 (MG)

Dear Judge Glenn:

        On behalf of the Official Committee of Unsecured Creditors (the "Committee"), we write to respectfully request an adjournment of the hearing on the final fee applications filed by the professionals for the Court-appointed Examiner (collectively, the "Examiner Professionals") to the date on which the final fee applications for all other estate professionals are to be heard.[1]

        As Your Honor is aware, the requests for reimbursement of fees and expenses in these cases by estate professionals have been substantial, totaling over $340 million through August 31, 2013, and projected to total over $400 million through the anticipated effective date, if the proposed chapter 11 plan is confirmed. The Examiner Professionals' final fee requests of approximately $89.9 million comprise a substantial portion of all estate professionals' fees in these chapter 11 cases—approximately 25% of the total fees requested to date. The Committee believes that reviewing the final fee requests of all estate professionals for reasonableness and accuracy is an important part of its fiduciary duties to unsecured creditors.

        Adjourning the Examiner Professionals' final fee applications to be considered with all other professionals' final fee applications will allow the Committee, the U.S. Trustee, and the Court the opportunity to analyze the requested fees and expenses at the conclusion of the case and in the context of the case as a whole. Neither the Court, the U.S. Trustee, nor the Committee (or any other party-in-interest) should be burdened with addressing these substantial final fee

---

[1] Currently, the hearing for the Examiners' Professionals' fee applications is December 17, 2013, with an objection deadline of December 9, 2013. *See* Docket Nos. 5849, 5848, 5846, 5844. The Committee does not oppose the final fee application of the Honorable Arthur J. Gonzalez, as Examiner (Docket No. 5850) being heard on December 17, 2013.

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
December 3, 2013
Page 2

applications prior to confirmation and consummation of the proposed chapter 11 plan. Indeed, the Committee, its professionals and the Court have been consumed with the confirmation hearing and the JSN litigation, making it very difficult to dedicate resources to review fully the Examiner Professionals' final fee applications. We presented this request to the Examiner and his counsel prior to submitting this request to the Court.

Importantly, the Examiner Professionals will suffer little or no prejudice as a result of an adjournment of the final fee hearing by approximately 90 days, having received approximately $81.7 million to date, which represents over 90% of their total requested fees. In addition, adjourning the Examiner Professionals' final fee applications will not preclude interim approval of their remaining fees and expenses at the upcoming fee hearing scheduled for December 17, 2013.

The Committee intends to use the adjournment of the hearing on the Examiner Professionals' final fee applications to pursue a consensual final fee hearing for the Examiner Professionals and all other estate professionals. Toward this end, members of the Committee have already initiated conversations regarding fees and expenses with counsel to the Debtors, counsel to the Examiner, and counsel to the Committee. The Committee expects that these conversations will continue post-Effective Date prior to the final fee hearing. Adjourning the Examiner Professionals' final fee applications will therefore (x) avoid the distraction of addressing the reasonableness of the Examiner Professionals' fees while all parties-in-interest are simultaneously working towards consummating the chapter 11 plan, (y) allow the parties sufficient time to obtain additional information and resolve any concerns regarding final fee requests, and (z) ensure that the reasonableness and appropriateness of all estate professional fees are determined promptly following the conclusion of these chapter 11 cases.

For the foregoing reasons, the Committee respectfully requests that the Court adjourn the hearing on the Examiner Professionals' final fee applications to the final fee hearing for all other estate professionals. We are available to attend a telephonic or in-person conference if the Court wishes to discuss this request further.

Respectfully submitted,

Kenneth H. Eckstein

cc:  Gary S. Lee, Esq.
     Lorenzo Marinuzzi, Esq.
     Brian S. Masumoto, Esq.
     Howard Seife, Esq.
     Ralph Tuliano
     Honorable Arthur J. Gonzalez