Arlette Cornelius
26 Branford St
Hartford ct.
06112
Nov. 23/2013

RECEIVED
NOV 26
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

United States Bankruptcy
Court, Southern Dist.
Of New York

Dear Sir/Madam

My Name is Arlette Cornelius my is the above.
I am a clamant of the unsecured credetors my case number is 10202 (ALG).
A few days ago I got a call from one of the Lawyers who is representing the Debtors, he called to offered me an offer of $12,000. for my case. I told him that that I think is is a very small amount, however, if there is no way that he could improve the offer I would take the offer.
The reason why I am writing the Court, is because, I am seeking security. I am agreeing to take something that I think is not a good amount offer.
I am therefore, asking the court to weigh

my options of settleing or hash it out into the court. I tried to get the lawyers to explaine procedures options, but they refuse to do so, telling me that they are not allowed to. Please consider my options.

Yours Truly

Ailette Cornelius