# GMAC Mortgage

3451 Hammond Avenue
Waterloo, IA 50702
1-800-766-4622/Follow the Prompts

**Important Note**: In accordance with RESPA requirements, this notice is being sent as a result of the review completed on your escrow account.

*These are Gmac Mortage paper*

30906-0007356-003
AILETTE CORNELIUS
26 BRANFORD ST
HARTFORD CT  06112-1517

## ESCROW ANALYSIS STATEMENT

ACCOUNT NUMBER: 0126011303

PROPERTY ADDRESS:
26 BRANFORD STREET
HARTFORD CT 06112

ANALYSIS DATE: SEPTEMBER 10, 2009

**PLEASE KEEP THIS ESCROW ANALYSIS FOR COMPARISON TO NEXT YEAR'S STATEMENT.**

## Section 1:

| DESCRIPTION | NEXT DUE DATE | ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT | AMOUNT(S) USED IN PRIOR ANALYSIS |
|---|---|---|---|
| REGULAR PMI | NOVEMBER 2009 | 36.10 | 36.10 |
| REGULAR PMI | DECEMBER 2009 | 36.10 | 36.10 |
| REGULAR PMI | JANUARY 2010 | 36.10 | 36.10 |
| REGULAR PMI | FEBRUARY 2010 | 36.10 | 36.10 |
| CITY/TOWNSHIP | FEBRUARY 2010 | 1,198.34 | 1,096.17 |
| REGULAR PMI | MARCH 2010 | 36.10 | 36.10 |
| REGULAR PMI | APRIL 2010 | 36.10 | 36.10 |
| REGULAR PMI | MAY 2010 | 36.10 | 36.10 |
| REGULAR PMI | JUNE 2010 | 36.10 | 36.10 |
| REGULAR PMI | JULY 2010 | 36.10 | 36.10 |
| REGULAR PMI | AUGUST 2010 | 36.10 | 36.10 |
| CITY/TOWNSHIP | AUGUST 2010 | 1,255.04 | 1,198.34 |
| FIRE | SEPTEMBER 2010 | 1,098.00 | 911.00 |
| REGULAR PMI | SEPTEMBER 2010 | 36.10 | 36.10 |
| REGULAR PMI | OCTOBER 2010 | 36.10 | 36.10 |
| | TOTAL ANNUAL DISBURSEMENTS: | 3,984.58 | 3,638.71 |
| | TOTAL ESCROW PAYMENT: | 332.04 | 303.22 |

The amounts above are based on either an estimate previously provided or the amount last disbursed.

**NOTE**: If you pay the escrow shortage amount of $609.04, your new total payment will automatically be adjusted to $896.05 effective with your NOVEMBER 01, 2009 payment. If you do not pay the shortage, your total payment effective NOVEMBER 01, 2009 will be $946.80.

| Payment change: | New | Prior Analysis |
|---|---|---|
| Escrow | 332.04 | 303.22 |
| Surplus/Shortage | 50.75 | 24.83 |
| Escrow Shortage Spread 12 Months | | |
| Optional Ins | 12.95 | 12.95 |
| | | |
| Total | 395.74 | 341.00 |
| Principal/Interest | 551.06 | 551.06 |
| Total Payment | 946.80 | 892.06 ← |

Depending on the timing of when your next billing notice is released, you may not see the payment change until the following billing notice.

For details about the difference between the old and new payment amounts, please reference the ESTIMATED AMOUNT(S) OF NEXT DISBURSEMENT and AMOUNT(S) USED IN PRIOR ANALYSIS columns listed above.

**Any questions regarding changes in the "Estimated Amount of Next Disbursement"**
**should be directed to your Tax Authority and/or Insurance Company.**
**To reach our insurance department call:  1-800-256-9962.**

By sending your check, please be aware that you are authorizing us to use information on your check to make a one-time electronic debit to your account at the financial institution indicated on the check. This electronic debit will be for the amount of your check.

If you are utilizing a military allotment, or third-party company to make payments on your behalf, please notify your service of any payment changes.

NOTE — you must use the below address when remitting your escrow shortage payment

THIS COUPON MUST ACCOMPANY YOUR ESCROW SHORTAGE PAYMENT

680-0680-1200F

ANALYSIS TYPE: 1/6 AGGREGATE                    ACCOUNT NUMBER: O126O11303
PROJECTED ESCROW BALANCE AS OF: OCTOBER 31, 2009      278.88  *

* Projected balance reflects all receipts and disbursements made prior to the date of analysis and all mortgagor payments and disbursements anticipated to be made prior to the effective date of analysis.

| DATE | RECEIPTS | PROJECTED DISBURSEMENTS | CUR. BAL. PROJECTIONS | REQ. BAL. PROJECTIONS |
|---|---|---|---|---|
| PROJECTED BALANCE | | | 278.88 | 887.92 |
| 11/01/09 | 332.04 | 36.10- | 574.82 | 1,183.86 |
| 12/01/09 | 332.04 | 36.10- | 870.76 | 1,479.80 |
| 01/01/10 | 332.04 | 36.10- | 1,166.70 | 1,775.74 |
| 02/01/10 | 332.04 | 36.10- | 1,462.64 | 2,071.68 |
| 02/01/10 | .00 | 1,198.34- | 264.30 | 873.34 |
| 03/01/10 | 332.04 | 36.10- | 560.24 | 1,169.28 |
| 04/01/10 | 332.04 | 36.10- | 856.18 | 1,465.22 |
| 05/01/10 | 332.04 | 36.10- | 1,152.12 | 1,761.16 |
| 06/01/10 | 332.04 | 36.10- | 1,448.06 | 2,057.10 |
| 07/01/10 | 332.04 | 36.10- | 1,744.00 | 2,353.04 |
| 08/01/10 | 332.04 | 36.10- | 2,039.94 | 2,648.98 |
| 08/01/10 | .00 | 1,255.04- | 784.90 | 1,393.94 |
| 09/01/10 | 332.04 | 1,098.00- | 18.94 | 627.98 |
| 09/01/10 | .00 | 36.10- | 17.16- | 591.88 L |
| 10/01/10 | 332.04 | 36.10- | 278.78 | 887.82 |

Current Escrow Balance:   792.98

| Esc Rcpts to Eff Dt | | Esc Disb Prior to Eff Dt | |
|---|---|---|---|
| Due Dt | Due Amt | Disb Date | Disb Amt |
| 09/09 | 328.05 | 09/30/09 | 1,098.00 |
| 10/09 | 328.05 | 09/01/09 | 36.10 |
| | | 10/01/09 | 36.10 |

*Indicates Sum of Remaining Escrow Payments
&/or Escrow Disbursements to Effective Date.

L  ANTICIPATED LOW POINT FOR ANALYSIS PERIOD:
-17.16

MAXIMUM PERMITTED LOW-POINT: (EXCLUDING MIP)
591.88

---

Section 3: ➡  | SHORTAGE | 609.04 |

ESCROW ACCOUNT ACTIVITY (NOVEMBER O1, 2008 – OCTOBER 31, 2009)

| DATE | TXN | PREV PROJ AMOUNT | PREV PROJ BALANCE | TXN | ACTUAL AMOUNT | ACTUAL BALANCE |
|---|---|---|---|---|---|---|
| O8/01/08 | PAYMENT | 289.00 | 1,070.90 | PAYMENT | 306.67 | 873.26 |
| 08/01/08 | | .00 | 1,070.90 | REGULAR PMI | 36.10- | 873.26 |
| 09/01/08 | PAYMENT | 289.00 | 505.80 | PAYMENT | 306.67 | 45.83 |
| 09/01/08 | | .00 | 505.80 | FIRE | 1,098.00- | 45.83 |
| 09/01/08 | | .00 | 505.80 | REGULAR PMI | 36.10- | 45.83 |
| 10/01/08 | PAYMENT | 289.00 | 758.70 | PAYMENT | 306.67 | 316.40 |
| 10/01/08 | | .00 | 758.70 | REGULAR PMI | 36.10- | 316.40 |
| BEGINNING BALANCE | | | 801.43 | | | 316.40 |
| 11/01/08 | PAYMENT | 303.22 | 1,068.55 | | .00 | 280.30 |
| 11/01/08 | REGULAR PMI | 36.10- | 1,068.55 | REGULAR PMI | 36.10- | 280.30 |
| 12/01/08 | PAYMENT | 303.22 | 1,335.67 | PAYMENT | 666.56 | 910.76 |
| 12/01/08 | REGULAR PMI | 36.10- | 1,335.67 | REGULAR PMI | 36.10- | 910.76 |
| 01/01/09 | PAYMENT | 303.22 | 1,602.79 | PAYMENT | 328.05 | 40.47 |
| 01/01/09 | REGULAR PMI | 36.10- | 1,602.79 | CITY/TOWNSHIP | 1,198.34- | 40.47 |
| 01/01/09 | | .00 | 1,602.79 | REGULAR PMI | 36.10- | 4.37 |
| 02/01/09 | PAYMENT | 303.22 | 1,869.91 | PAYMENT | 328.05 | 296.32 |
| 02/01/09 | REGULAR PMI | 36.10- | 1,869.91 | REGULAR PMI | 36.10- | 296.32 |
| 02/01/09 | CITY/TOWNSHIP | 1,096.17- | 773.74 | | .00 | 296.32 |
| 03/01/09 | PAYMENT | 303.22 | 1,040.86 | PAYMENT | 328.05 | 588.27 |
| 03/01/09 | REGULAR PMI | 36.10- | 1,040.86 | REGULAR PMI | 36.10- | 588.27 |
| 04/01/09 | PAYMENT | 303.22 | 1,307.98 | PAYMENT | 328.05 | 880.22 |
| 04/01/09 | REGULAR PMI | 36.10- | 1,307.98 | REGULAR PMI | 36.10- | 880.22 |
| 05/01/09 | PAYMENT | 303.22 | 1,575.10 | PAYMENT | 328.05 | 1,172.17 |
| 05/01/09 | REGULAR PMI | 36.10- | 1,575.10 | REGULAR PMI | 36.10- | 1,172.17 |
| 06/01/09 | PAYMENT | 303.22 | 1,842.22 | PAYMENT | 328.05 | 1,464.12 |
| 06/01/09 | REGULAR PMI | 36.10- | 1,842.22 | REGULAR PMI | 36.10- | 1,464.12 |

B (Restricted From Public Access to Comply With Court Guidelines)</B>    Pg 3 of 6

## GMAC Mortgage Account Statement

**GMAC Mortgage**

CUSTOMER INFORMATION          PROPERTY ADDRESS:

Name:              Ailette Cornelius        26 BRANFORD STREET
                                            HARTFORD    CT 06112

Account Number:      0126011303
Home Phone #:         ( ) - 0

Visit us at www.gmacmortgage.com for
account information or to apply on-line.



AILETTE CORNELIUS
26 BRANFORD STREET
HARTFORD CT  06112-1517

For information about your existing account,
please call: 1-800-766-4622.

For information about refinancing or obtaining
a new loan, please call: 1-866-690-8322

Please verify your mailing address, borrower and co-borrower information.  Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

### Account Information

| | |
|---|---|
| Account Number | 0126011303 |
| Statement Date | June 18, 2012 |
| Maturity Date | November 01, 2037 |
| Interest Rate | 2.00000 |
| Interest Paid Year-to-Date | $1,722.90 |
| Taxes Paid Year-to-Date | $1,332.20 |
| Escrow Balance | $1,203.98 |
| Principal Balance(PB)* | $62,286.64 |

### Detail of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $260.66 |
| Subsidy/Buydown | $0.00 |
| Escrow | $361.67 |
| Amount Past Due | $0.00 |
| Outstanding Late Charges | $0.00 |
| Other | $0.00 |
| Total Amount Due | $622.33 |
| Account Due Date | July 01, 2012 |

**For Customer Care inquiries call: 1-800-766-4622**
**For Insurance inquiries call:    1-800-256-9962**
**For Payment Arrangements call:  1-800-850-4622**

### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| PD SPEEDPAY FEE | 06/01/12 | 06/16/12 | $7.50 | | | | | | $7.50 |
| SPEEDPAY FEE | 06/01/12 | 06/16/12 | $7.50 | | | | | | $7.50 |
| Payment | 06/01/12 | 06/16/12 | $622.33 | $156.59 | $104.07 | $361.67 | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the
Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

### Important News

Now is a great time to buy a home! If you're in the market for your next home, our trained loan
agents will help you review all of the financing options available to you – call 877-528-3817 today!

**See Reverse Side For Important Information And State Specific Disclosures**

### Mail This Portion With Your Payment

### Mortgage Payment Coupon

| Account Number | Due Date | Mortgage Payment | Total Amount Due | Amount Due With Late Fee If Received 15 Days AFTER Due Date | GMAC Mortgage |
|---|---|---|---|---|---|
| 0126011303 AILETTE CORNELIUS | 07/01/12 | $622.33 | $622.33 | $635.36 | |

| Please assist GMAC Mortgage in applying your payment | |
|---|---|
| Full Payment(s) | $ |
| ADDITIONAL Principal | $ |
| ADDITIONAL Escrow | $ |
| Late Charge | $ |
| Other Fees (please specify) | $ |
| Total Amount Enclosed | $ |

Extra Funds

Sign here to enroll in monthly ACH.
(See back for details.)

GMAC MORTGAGE
PO BOX 9001719
LOUISVILLE KY 40290-1719

02   0712   0126011303   00062233   01303   22222   2

If you are considering refinancing or purchasing a new home, simply call 1-866-690-8322 or visit www.gmacmortgage.com for fast, convenient service. **<B>(Restricted From Public View to Comply with Privacy Guidelines)</B>**

| **To Apply Online** | **To Apply by Phone** |
|---|---|
| www.gmacmortgage.com | 1-866-690-8322 |

## Convenient Payment Options

**Automatic Payment Plan**

*By signing the box on the front of the statement, GMAC Mortgage is authorized to withdraw your scheduled payment on your due date from your bank account. Please understand that you must continue to remit monthly payments by check until written confirmation is received.*

**Online Payment Services** — Pay your mortgage bills and view your mortgage account statement online! To get started simply register for Account Access at www.gmacmortgage.com, log-in, and follow the enrollment instructions.

**Mail or Express Mail** — When making your mortgage payment, please detach the coupon portion and mail with your check or money order. Do not send cash. Do not send post dated checks. If paying more than the amount due, be sure to indicate on the coupon how to apply the excess money. Please write your account number on your check or money order.

| **If you use a third party bill payer service or if you** <br> **do not have your mortgage payment coupon** send to: | GMAC Mortgage, Attn: Payment Processing <br> PO Box 79135, Phoenix, AZ 85062-9135 |
|---|---|
| **For Express Mail Only** send to: | GMAC Mortgage, 6716 Grade Lane, <br> Building 9, Suite 910, Louisville, KY 40213-1407 |

**Pay by Phone** — For information and the fee to use this quick and convenient service call 1-800-766-4622. Please have your bank routing number and bank account number available when you call.

## Account Information or Questions — 1-800-766-4622 or www.gmacmortgage.com

Our automated telephone service will help you get fast and confidential answers to questions. Be sure to have your account number and social security number available for identification. You can call 24 hours a day, 7 days a week. Representatives are available from 6:00 a.m.-10:00 p.m. CT Monday-Friday, and 8:00 a.m.-2:00 p.m. CT Saturday.

Special Number for the Hearing Impaired: 1-866-684-8439

**Inquiries** — General inquiries/correspondence may be mailed separately from your account payments.

**Supplemental Tax Bills** — If you receive a supplemental or interim bill from the tax collector and would like the bill paid from escrow, promptly forward the bill to the address listed below prior to the delinquency date.

| **General Inquiries** | **Insurance Policies/Bills** | **Tax Bills** | **Tax Bills in PA or MA** |
|---|---|---|---|
| GMAC Mortgage | GMAC Mortgage | GMAC Mortgage | GMAC Mortgage |
| Attn: Customer Care | P.O. Box 4025 | Attn: Tax Dept. | Attn: Tax Dept. |
| P.O. Box 780 | Coraopolis, PA 15108-6942 | P.O. Box 961219 | P.O. Box 961241 |
| Waterloo, IA 50704-0780 | 1-800-256-9962 | FT. Worth, TX 76161-0219 | Ft. Worth, TX 76161-0241 |

**Qualified Written Request** — Under the Real Estate Settlement Procedures Act, a qualified written request is a written correspondence, other than notice on your payment coupon or other payment medium supplied by us, regarding the servicing of your loan which includes your name, account number, and your reasons for the request. Any qualified written request you wish to submit must be sent to: GMAC Mortgage, Attn: Customer Care, PO Box 1330, Waterloo, IA 50704-1330.

## Important Information

**Electronic Debit** — When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day your payment is received, and you will not receive your check back from your financial institution.

**Important Notice** — GMAC Mortgage may assess a return check fee consistent with the laws of your state and your mortgage contract on all checks returned unpaid by your financial institution. Additionally, GMAC Mortgage may be attempting to collect a debt and any information obtained will be used for that purpose. GMAC Mortgage may charge a fee for processing payoff requests.

**Important Credit Reporting Notification** — We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Partial Payments** — Partial payment funds, if not specified, will be posted to outstanding fees, escrow shortages or as a principal reduction in accordance with the terms of your Note.

**Optional Product Information** — Failure to pay a monthly charge for an Optional Product billed under "Add'l Products" will not cause your mortgage account to be in default. Please call 1-800-766-4622 if you have any questions or to cancel your Optional Product enrollment.

**FDIC -** Contact the FDIC at 1-877.ASK.FDIC (1.877.275.3342) or http://www.fdic.gov/consumers/loans/prevention/index.html for information about options that may help you avoid foreclosure, brochures to educate you about foreclosure rescue scams, and telephone and internet referrals to legitimate mortgage counselors.

**New York Property Owners** — As your mortgage servicer, we are registered with the New York Banking Superintendent. You may file complaints about us with the New York State Banking Department. You may also obtain additional information from the New York State Banking Department by calling the Department's Consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us.



**STATE LICENSING DISCLOSURES**

NMLS Unique Identifier # 1045; Alaska Mortgage Broker/Lender Licensee #AK1045; Arizona Mortgage Banker License # BK-0908590; Licensed by the Department of Corporations under the California Residential Mortgage Lending Act; Colorado Responsible Party: Tom West. To check the license status of your mortgage broker, visit http://www.dora.state.co.us/real-estate/index.htm; Georgia Residential Mortgage Licensee # 5845; Illinois Residential Mortgage Licensee # MB.6760182 by the Illinois Department of Financial and Professional Regulation—Division of Banking, 122 South Michigan Avenue, Suite 1900, Chicago, Illinois 60603, (312) 793-3000; Massachusetts Mortgage Lender and Broker License # MC1045; Minnesota: This is not an offer to enter into an agreement. Any such offer may only be made in accordance with the requirements of Minn. Stat. Section 47.206 (3) and (4); Mississippi Licensed Mortgage Company; Montana Mortgage Lender License # 1045; Licensed by the Nevada Division of Mortgage Lending to make loans secured by liens on real property, License # 610; GMAC Mortgage, LLC, 10775 Double R Blvd, Suite 123, Reno, NV 89521, (775) 853-4622; Licensed by the New Hampshire Banking Department; Licensed by the N.J. Department of Banking and Insurance; Licensed Mortgage Banker—NYS Banking Department; Ohio Mortgage Loan Act Certificate of Registration # SM.501453.000; Ohio Mortgage Broker Act Mortgage Banker Exemption # MBMB.850031.000; Oregon Mortgage Lending License # ML-160; Licensed by the Pennsylvania Department of Banking; Rhode Island Licensed Lender and Licensed Loan Broker; Licensed by the Virginia State Corporation Commission License # MC-4473; Washington Consumer Loan Company License # CL-1045. GMAC Mortgage, LLC (licensed in some states as GMAC Mortgage, LLC d/b/a ditech). 1100 Virginia Drive, Fort Washington, PA 19034 (215-734-5000). Equal Housing Lender.

| ACCOUNT NUMBER | DUE DATE | TOTAL PAYMENT |
|---|---|---|
| 0126011303 | 12/01/08 | $892.06 |

| Amount Due With Late Fee If Rec'd 16 Days AFTER Due Date |
|---|
| $919.61 |

**ADDITIONAL AMOUNTS REMITTED:**

| Principal | Escrow | Late Charge | Other |
|---|---|---|---|
|  |  |  |  |

| Amount Enclosed |
|---|
|  |

**Electronic Debit - When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day your payment is received, and you will not receive your check back from your financial institution.**

AILETTE CORNELIUS
26 BRANFORD STREET
For home financing and home equity
opportunities, call 1-800-888-4622.

**GMAC Mortgage**
**PO Box 79048**
**Phoenix AZ  85062-9048**

02    1208    0126011303    00089206    02755    22222    6

| ACCOUNT NUMBER | DUE DATE | TOTAL PAYMENT | Amount Due With La... Rec'd 15 Days AFTER |
|---|---|---|---|
| 0126011303 | 10/01/09 | $892.06 | $919.61 |

**ADDITIONAL AMOUNTS REMITTED:**

| Principal | Escrow | Late Charge | Other | Amount Enclos... |
|---|---|---|---|---|
| | | | | |

**Electronic Debit - When you provide a check as payment, you authorize us either to use information** your check to make a one-time electronic funds transfer from your account or to process the paymen a check transaction. When we use information from your check to make an electronic funds transfer funds may be withdrawn from your account as soon as the same day your payment is received, and will not receive your check back from your financial institution.

AILETTE CORNELIUS
26 BRANFORD STREET
For home financing and home equity
opportunities, call 1-800-888-4622.

GMAC Mortgage
PO Box 79048
Phoenix AZ  85062-9048

02   1009   0126011303   00089206   02755   22222