**Hearing Date and Time: TBD**
**Response Date and Time: December 27, 2013 at 4:00 p.m. (Eastern Standard Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------ ) | | |
| In re: ) | | Case No. 12-12020 (MG) |
| ) | | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, ) | | Chapter 11 |
| ) | | |
| Debtors. ) | | Jointly Administered |
| ------------------------------------------------ ) | | |

<u>**NOTICE OF SATISFACTION OF CLAIMS**</u>

Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11

cases, as debtors and debtors in possession (collectively, the "<u>Debtors</u>") hereby file this notice

(the "<u>Notice</u>") identifying scheduled claims that have been satisfied in full subsequent to the

Petition Date (as defined below) by the Debtors.  In further support of this Notice, the Debtors

respectfully state as follows:

<u>**Background**</u>

1.       On May 14, 2012 (the "<u>Petition Date</u>"), the Debtors filed voluntary petitions

under Chapter 11, title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in this Court (the

"<u>Chapter 11 Cases</u>").  The Debtors are managing and operating their businesses as debtors-in-

possession under Bankruptcy Code Sections 1107(a) and 1108.  These Chapter 11 Cases are being jointly administered under Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

2.　　　　On May 16, 2012, the United States Trustee for the Southern District of New York appointed a nine member official committee of unsecured creditors [Docket No. 102] (the "Creditors' Committee").

3.　　　　The Court appointed Kurtzman Carson Consultants LLC as notice and claims agent, authorizing it to (a) receive, maintain, record, and otherwise administer the proofs of claim filed in these Chapter 11 Cases, and (b) maintain the Debtors' official claims register [Docket No. 96].

4.　　　　The Debtors filed substantially all of their Statements of Financial Affairs and Schedules of Assets, Liabilities, and Executory Contracts (collectively, the "Schedules") with the Court on June 30, 2012 and completed the filing of the Schedules on July 19, 2012.

5.　　　　On August 29, 2012, this Court entered an order approving the Debtors' motion to establish procedures for filing proofs of claim in the Chapter 11 Cases [Docket No. 1309] (the "Bar Date Order").  The Bar Date Order established, among other things, (i) November 9, 2012 at 5:00 p.m. (Prevailing Eastern Time) as the deadline to file proofs of claim by virtually all creditors against the Debtors (the "General Bar Date") and prescribing the form and manner for filing proofs of claim; and (ii) November 30, 2012 at 5:00 p.m. (Prevailing Eastern Time) as the deadline for governmental units to file proofs of claim (the "Governmental Bar Date").  Bar Date Order at ¶¶ 2, 3.  On November 7, 2012, the Court entered an order extending the General Bar Date to November 16, 2012 at 5:00 p.m. (Prevailing Eastern Time) [Docket No. 2093].  The Governmental Bar Date was not extended.

2

6.          To date, as reflected in the Debtors' claims register, approximately 8,233 proofs of claim have been filed in these Chapter 11 Cases, including claims scheduled by the Debtors in their Schedules of Assets and Liabilities and not superseded by a timely filed proof of claim.

7.          In the ordinary course of business, the Debtors maintain books and records that reflect, among other things, the Debtors' liabilities.   The Debtors and their advisors are reviewing, and continuing to reconcile, all prepetition claims, including both claims identified on the Debtors' Schedules and proofs of claim filed by claimants in the Chapter 11 Cases.

## Claims Satisfied After The Petition Date

8.          In connection with their review of the Schedules and the Debtors' books and records, the Debtors identified certain claims, set forth on Exhibit A hereto (the "Satisfied Claims"), which are not identified as contingent, unliquidated, or disputed on the Schedules, and that have been satisfied in full subsequent to the Petition Date either by a third party or by the Debtors in accordance with the authority granted to the Debtors pursuant to one of the following orders approved by the Court:

(1) *Final Order Under Sections 105(a), 361, 362, 363, 1107(a), and 1108 of the Bankruptcy Code (I) Authorizing the Debtors to Continue in the Ordinary Course of Business (A) Servicing Governmental Association Loans and (B) Foreclosure Activities Related to Certain Real Estate Owned by Fannie Mae, Freddie Mac, and Ginnie Mae; (II) Authorizing the Debtors to Pay Certain Prepetition Amounts Due to Critical Services Vendors and Foreclosures of Professionals; (III) Granting Limited Stay Relief to Enable Borrowers to Assert Direct Claims and Related Counter-Claims in Foreclosure and Eviction Proceedings; (IV) Authorizing the Debtors to Use Cash Collateral Under the Fannie Mae EAF Facility; and (V) Granting Related Relief* [Docket No. 401] entered on June 15, 2012; and

(2) *Final Order Under Sections 105(a), 363, 364, 503(b), 1107(a), and 1108 of the Bankruptcy Code Authorizing the Debtors to (I) Process and Where Applicable Fund Prepetition Mortgage Loan Commitments, (II) Continue Brokerage, Origination and Sale Activities Related to Loan Securitization, (III) Continue to Perform and Incur Postpetition Secured Indebtedness, Under the Mortgage Loan Purchase and Sale Agreement with Ally Bank and Related Agreements, (IV) Pay Certain Prepetition Amounts Due to Critical Origination Vendors, and (V) Continue Honoring Mortgage Loan Repurchase Obligations*

*Arising in Connection with Loan Sales and Servicing. Each in the Ordinary Course of Business.*

(3) *Order Under 11 U.S.C. §§ 105, 363, and 365 and Fed. Bankr. P. 2002, 6004, 6006, and 9014 (I) Approving (A) Sale of Debtors' Assets and Pursuant to Asset Purchase Agreements with Ocwen Loan Servicing, LLC; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Thereto; (D) Related Agreements; and (II) Granted Related Relief* [Docket No. 2246] entered on November 21, 2012.

In addition to those court orders, certain claims were satisfied by payment pursuant to separate legal settlements or court orders applying to each claim specifically.

9.         Accordingly, the Debtors intend to designate the Satisfied Claims on their official claims register as having been satisfied in full in the amounts set forth under the heading "Total Claim Amount" on Exhibit A.

10.        The Debtors are serving this Notice on all claimants holding Satisfied Claims ("Claimants") to provide them with an opportunity to object to the Debtors' determination that such claims have been satisfied.

### Responses

11.        By this Notice, the Debtors request that any claimant disputing the Debtors' determination that such Claimant's Satisfied Claim has been paid in full file a written response with the Clerk of the Bankruptcy Court, One Bowling Green, New York, NY 10004, and serve such response on (i) the undersigned counsel to the Debtors and  (ii) counsel to the Creditors' Committee, Kramer Levin Naftalis and Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attn: Douglas H. Mannal and Stephen D. Zide), on or before **December 27, 2013 at 4:00 p.m. (Eastern Standard Time)**.  The Debtors will then make a good faith effort to review the Satisfied Claim with the Claimant to determine what indebtedness, if any, remains outstanding under such Satisfied Claim.  In the event that the parties are unable to reach a

resolution, the Debtors will schedule a hearing to consider whether any additional amounts are due to such claimant with respect to the Satisfied Claim.

### **Reservation of Rights**

12.      The Debtors expressly reserve the right to amend, modify or supplement this Notice and to file objections to any claims (filed or not) that have been or may be asserted against the Debtors' estates.  Notwithstanding anything contained in this Notice or the attached exhibit, nothing herein shall be construed as a waiver of any rights that the Debtors may have: (i) to bring avoidance actions under the applicable provisions of the Bankruptcy Code against the holder of any disputed claim; or (ii) to exercise their rights of setoff against the holders of such claims relating to such avoidance actions.

Dated:  December 3, 2013
New York, New York

/s/ Norman Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

**Exhibit A - Fully Satisfied Scheduled Claims**

| | Schedule Number | Claimant Name and Address | Debtor | Case No. | Total claim Amount |
|---|---|---|---|---|---|
| 1 | 1700390 | ACCENTURE<br>161 N CLARK ST<br>CHICAGO, IL 60601 | GMAC Mortgage, LLC | 12-12032 | $5,692.95 |
| 2 | 1700397 | AEGIS USA INC TREASURY<br>8201 RIDGEPOINT DR<br>IRVING, TX 75063 | GMAC Mortgage, LLC | 12-12032 | $72,116.56 |
| 3 | 1700398 | AFFILIATED COMPUTER SERVICES INC<br>PO BOX 201322<br>DALLAS, TX 75320 | GMAC Mortgage, LLC | 12-12032 | $374,622.73 |
| 4 | 1700432 | ALLISON PAYMENT SYSTEMS LLC<br>PO BOX 631498<br>CINCINNATI, OH 45263-1498 | GMAC Mortgage, LLC | 12-12032 | $8,421.91 |
| 5 | 1703404 | BROKER PRICE<br>8700 TUMPIKE DR STE 300<br>WESTMINSTER, CO 80031 | Residential Funding<br>Company, LLC | 12-12019 | $45,730.00 |
| 6 | 1700713 | CLAYTON SERVICES<br>100 BEARD SAWMILL RD<br>STE 200<br>SHELTON, CT 06484 | GMAC Mortgage, LLC | 12-12032 | $56,972.13 |
| 7 | 1703436 | CLAYTON SERVICES<br>100 BEARD SAWMILL RD<br>STE 200<br>SHELTON, CT 06484 | Residential Funding<br>Company, LLC | 12-12019 | $23,839.93 |

| | Schedule Number | Claimant Name and Address | Debtor | Case No. | Total claim Amount |
|---|---|---|---|---|---|
| 8 | 1700714 | CLEARCAPITALCOM INC<br>10875 PIONEER TRAIL<br>2ND FL<br>TRUCKEE, CA 96161 | GMAC Mortgage, LLC | 12-12032 | $33,884.00 |
| 9 | 1703437 | CLEARCAPITALCOM INC<br>10875 PIONEER TRAIL<br>2ND FL<br>TRUCKEE, CA 96161 | Residential Funding Company, LLC | 12-12019 | $412.00 |
| 10 | 1700739 | CLEVELAND MUNICIPAL COURT HOUSING DIVI<br>JUSTICE CTR 13TH FL<br>1200 ONTARIO ST<br>CLEVELAND, OH 44113 | GMAC Mortgage, LLC | 12-12032 | $35,700.00 |
| 11 | 1700785 | CORELOGIC TAX SERVICES LLC<br>67 MILLBROOK ST<br>STE 508<br>WORCESTER, MA 01060 | GMAC Mortgage, LLC | 12-12032 | $6,295.51 |
| 12 | 1700815 | CYPREXX SERVICES LLC<br>POBOX 874<br>BRANDON, FL 33509 | GMAC Mortgage, LLC | 12-12032 | $47,740.00 |
| 13 | 1701064 | eLynx Ltd<br>PO BOX 643292<br>CINCINNATI, OH 45264-3292 | GMAC Mortgage, LLC | 12-12032 | $346,057.80 |
| 14 | 1701070 | eMortgage Logic LLC<br>9151 BLVD 26 STE 400<br>NRICHLAND HILLS, TX 76180-5605 | GMAC Mortgage, LLC | 12-12032 | $90,533.00 |

| | Schedule Number | Claimant Name and Address | Debtor | Case No. | Total claim Amount |
|---|---|---|---|---|---|
| 15 | 1703482 | eMortgage Logic LLC<br>9151 BLVD 26 STE 400<br>NRICHLAND HILLS, TX 76180-5605 | Residential Funding Company, LLC | 12-12019 | $206.00 |
| 16 | 1703485 | EQUATOR LLC<br>6060 CTR DR<br>STE 500<br>LOS ANGELES, CA 90045 | Residential Funding Company, LLC | 12-12019 | $72,162.50 |
| 17 | 1701109 | EVANS DOVE and NELSON P LC<br>2650 E SOUTHERN AVE<br>MESA, AZ 85204 | GMAC Mortgage, LLC | 12-12032 | $53,600.00 |
| 18 | 1701145 | FIDELITY LAND RECORDS DIVISION<br>1525 WALNUT HILL LN<br>STE 300<br>IRVING, TX 75038 | GMAC Mortgage, LLC | 12-12032 | $72,715.90 |
| 19 | 1701523 | HOMEOWNERSHIP PRESERVATION FOUNDATION<br>7645 LYNDALE AVE S STE 250<br>MINNEAPOLIS, MN 55423-6008 | GMAC Mortgage, LLC | 12-12032 | $60,000.00 |
| 20 | 1701552 | IEX CORPORATION<br>PO BOX 7247 7311<br>PHILADELPHIA, PA 19170-7311 | GMAC Mortgage, LLC | 12-12032 | $50,643.17 |
| 21 | 1701589 | INDECOMM GLOBAL SERVICES<br>2925 COUNTRY DR STE 201<br>LITTLE CANADA, MN 55117 | GMAC Mortgage, LLC | 12-12032 | $178,648.59 |

| | Schedule Number | Claimant Name and Address | Debtor | Case No. | Total claim Amount |
|---|---|---|---|---|---|
| 22 | 1703544 | INTEX SOLUTIONS<br>110 A ST<br>NEEDHAM, MA 02494-2807 | Residential Funding Company, LLC | 12-12019 | $46,500.00 |
| 23 | 1701817 | KENWOOD RECORDS MANAGEMENT<br>423 SOUTHGATE CT SW<br>CEDAR RAPIDS, IA 52404 | GMAC Mortgage, LLC | 12-12032 | $135,352.55 |
| 24 | 1703564 | KENWOOD RECORDS MANAGEMENT<br>423 SOUTHGATE CT SW<br>CEDAR RAPIDS, IA 52404 | Residential Funding Company, LLC | 12-12019 | $19,083.53 |
| 25 | 1701824 | KHIRALLAH PLLC<br>3333 LEE PKWY STE 600<br>DALLAS, TX 75219 | GMAC Mortgage, LLC | 12-12032 | $10,000.00 |
| 26 | 1703570 | Kubra Data Transfer Ltd<br>39577 TREASURY CTR<br>CHICAGO, IL 60694-9500 | Residential Funding Company, LLC | 12-12019 | $19,407.44 |
| 27 | 1703575 | LEXISNEXIS<br>PO BOX 7247 7090<br>PHILADELPHIA, PA 19170-7090 | Residential Funding Company, LLC | 12-12019 | $18,402.90 |
| 28 | 1701898 | LILLIAN JENNINGS<br>3217 LAPWING DR<br>NORTH LAS VEGAS, NV 89084-2420 | GMAC Mortgage, LLC | 12-12032 | $17,750.00 |

| | Schedule Number | Claimant Name and Address | Debtor | Case No. | Total claim Amount |
|---|---|---|---|---|---|
| 29 | 1701916 | LOAN VALUE GROUP LLC<br>47 W RIVER RD<br>RUMSON, NJ 07760 | GMAC Mortgage, LLC | 12-12032 | $339,148.54 |
| 30 | 1701932 | LPS AGENCY SALES AND POSTING<br>3220 EL CAMINO REAL<br>STE 200<br>IRVINE, CA 92602 | GMAC Mortgage, LLC | 12-12032 | $170,755.88 |
| 31 | 1701933 | LPS DEFAULT<br>3220 EL CAMINO REAL<br>IRVINE, CA 92602 | GMAC Mortgage, LLC | 12-12032 | $144,774.11 |
| 32 | 1701936 | LPS REAL ESTATE<br>FILE 74543 8122<br>PO BOX 60000<br>SAN FRANCISCO, CA 94160 | GMAC Mortgage, LLC | 12-12032 | $5,661.40 |
| 33 | 1701954 | MADSKILLS INC<br>7777 FAY AVE STE 100<br>LA JOLLA, CA 92037 | GMAC Mortgage, LLC | 12-12032 | $15,474.00 |
| 34 | 1703582 | MADSKILLS INC<br>7777 FAY AVE STE 100<br>LA JOLLA, CA 92037 | Residential Funding<br>Company, LLC | 12-12019 | $7,425.00 |
| 35 | 1702041 | MCDERMOTT INC<br>1735 MARKET ST STE A 404<br>PHILADELPHIA, PA 19103 | GMAC Mortgage, LLC | 12-12032 | $14,056.25 |

| | Schedule Number | Claimant Name and Address | Debtor | Case No. | Total claim Amount |
|---|---|---|---|---|---|
| 36 | 1703594 | MGIC MORTGAGE<br>PO BOX 566<br>MILWAUKEE, WI 53201-0566 | Residential Funding Company, LLC | 12-12019 | $15,290.00 |
| 37 | 1702131 | NACA<br>C O STELLA MURRAY<br>3607 WASHINGTON ST<br>JAMAICA, MA 02130 | GMAC Mortgage, LLC | 12-12032 | $23,500.00 |
| 38 | 1702157 | NEWCOURSE COMMUNICATIONS INC<br>ATTN ACCOUNTS RECEIVABLE DEPT<br>5010 LINBAR DR<br>NASHVILLE, TN 37211 | GMAC Mortgage, LLC | 12-12032 | $156,954.58 |
| 39 | 1702194 | OLD REPUBLIC NATIONAL TITLE INSURANCE CO<br>8840 STANFORD BLVD STE 4500<br>COLUMBIA, MD 21045 | GMAC Mortgage, LLC | 12-12032 | $15,088.38 |
| 40 | 1702198 | ONLINE RESOURCES CORP<br>PO BOX 418410<br>BOSTON, MA 02241-8410 | GMAC Mortgage, LLC | 12-12032 | $27,263.49 |
| 41 | 1702250 | PENNCRO ASSOCIATES INC<br>95 JAMES WAY<br>STE 113<br>SOUTHAMPTON, PA 18966 | GMAC Mortgage, LLC | 12-12032 | $85,260.00 |
| 42 | 1703640 | PITNEY BOWES MGMT SERVICES<br>PO BOX 845801<br>DALLAS, TX 75284-5801 | Residential Funding Company, LLC | 12-12019 | $25,871.69 |

| | Schedule Number | Claimant Name and Address | Debtor | Case No. | Total claim Amount |
|---|---|---|---|---|---|
| 43 | 1702301 | QUANDIS<br>27442 PORTOLA PKWY STE 350<br>FOOTHILL RANCH, CA 92610 | GMAC Mortgage, LLC | 12-12032 | $86,202.14 |
| 44 | 1702335 | REGULUS Integrated Solutions LLC<br>860 LATOUR CT<br>NAPA, CA 94558-6260 | GMAC Mortgage, LLC | 12-12032 | $42,272.78 |
| 45 | 1702592 | SUPERINTENDENT OF FINANCIAL SERVICES<br>80 S SWAN ST STE 1157<br>ALBANY, NY 12210-8003 | GMAC Mortgage, LLC | 12-12032 | $34,373.00 |
| 46 | 1703572 | LANGUAGE SERVICES ASSOCIATES<br>455 BUSINESS DR<br>HORSHAM, PA 19044 | Residential Funding Company, LLC | 12-12019 | $26,328.90 |