**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*

Debtors.

Case No. 12-12020 (MG)

Jointly Administered

## ORDER DENYING REQUEST TO ADJOURN FEE APPLICATIONS OF THE EXAMINER AND HIS PROFESSIONALS

The Court has received a letter dated December 3, 2013 from counsel to the Creditors' Committee requesting that the hearing on the final fee applications of the Examiner's professionals be adjourned from December 17, 2013, until a hearing on final fee applications of all professionals in the case. (ECF Doc. # 5994.) The Examiner's counsel responded in a letter dated December 4, 2013, opposing the request to adjourn the December 17, 2013 hearing. (ECF Doc. # 6002.)

After considering the arguments in support of and in opposition to the requested adjournment, the Court denies the request. The hearing will go forward as scheduled.

**IT IS SO ORDERED.**

Dated:   December 4, 2013
         New York, New York

_____*Martin Glenn*_____
MARTIN GLENN
United States Bankruptcy Judge