MOTION NOTICE OF ADRESS.

TO WHOM IT MAY CONCER:

Account: 12-12020   Anaissa B Gerwald

Please be noticed of my new Mailing Address since Nov, 1, 2013

c/o Anaissa B Gerwald
12 Bluegras ln, Savannah, GA 31405
(NO FEDEX OR UPS ACCEPTED) USPC EXPRESS ONLY


RECEIVED DEC -2 [2013] U.S. BANKRUPTCY COURT SO DIST OF NEW YORK