**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE: | CASE No 12-12020 |
| RESIDENTIAL CAPITAL, LLC, ET AL., | CHAPTER 11 |
| DEBTORS |  |

RECEIVED DEC -2 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

IN THE DISTRICT COURT OF APPEAL OF THE STATE
OF FLORIDA – SECOND DISTRICT
P O Box 327, LAKELAND, FL 33802-0327

CASE NO.: 2D13-4181
L.T. 08-252-CA

| RONALD P GILLIS, et al, | V | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR GMAC-RFC |
|---|---|---|
| Appellant / Petitioner<br>Purported Defendant |  | Appellee / Respondent<br>Purported Plaintiff |

## MOTION FOR EXTENSION TIME

**COMES NOW,** Purported Defendant / Appellant Ronald P Gillis in Charlotte County Civil Case #08-252-CA, Appellant / Movant in the Second District Court of Appeals for Florida case # 2D13-4181, and Purported Debtor / Creditor #444 / in the NY Southern District Bankruptcy Court case #12-12020, who is a Native North American and appears by special appearance only for the limited purpose of motioning the Second District Court of Appeals or the Charlotte County Civil Court for an extension of time to pay the Charlotte County Clerk of the Court bill for $1,219.06 while the movant has requested an Emergency Expedited Injunction from the New York Bankruptcy Court as well as has asked the same Courts for a Motion for Leave to proceed *in forma pauperis.* Should either the Injunction or proceeding *in forma pauperis* be granted, said extension of time shall become moot, otherwise Purported Defendant needs

additional time to pay the bill received from the Clerk to move the files up to the Second District Court of Appeals and movant shall not have his Civil and Constitutionally guaranteed rights to Due Process and Equal Protection infringed upon for monetary purposes only. Further, it would be a violation of the movant's Florida Constitutionally Guaranteed Rights by denying this request as it would violate Florida Constitution Article I Section 2 Basic Rights, as well as Article I Section 9 Due Process and Article I Section 21 Access to Courts.

**WHEREFORE**, Purported Defendant / Appellant / Movant is requesting additional time to pay the Clerk of the Court's bill unless movant's Emergency Expedited Injunction or Leave of Court to proceed *in forma pauperis* is granted..

Respectfully Submitted,

By _____
Ronald Gillis *In Propia Persona*
*All Rights Reserved without prejudice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that by signing this below, a true and correct copy of the foregoing **MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*** was furnished by hand or USPS 1st Class Mail to: United States Bankruptcy Court, Southern District of New York One Bowling Green New York, NY 10004, The Second District Court of Appeals (Florida), P O Box 327, Lakeland, FL 33802-0327, and the Charlotte County Justice Center, Clerk of the Court, Barbara T. Scott, 350 E. Marion Ave, Punta Gorda, FL 33950 on this 26th day of November 2013.

Ronald Gillis    (413) 622-2282
P O Box 380842
Murdock, FL 33938-0842

By: Ronald Gillis
*All Rights Reserved without prejudice*