UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:                                                   ) CASE NO 12-12020
                                                         )
RESIDENTIAL CAPITAL, LLC, ET AL.,                        ) CHAPTER 11
                                                         )
              DEBTORS                                    )

RECEIVED DEC - 2 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

IN THE DISTRICT COURT OF APPEAL OF THE STATE
OF FLORIDA – SECOND DISTRICT
P O BOX 327, LAKELAND, FL 33802-0327

CASE NO.: 2D13-4181
L.T. 08-252-CA

RONALD P GILLIS, et al,        V        DEUTSCHE BANK TRUST COMPANY AMERICAS
                                                 AS TRUSTEE FOR GMAC-RFC

Appellant / Petitioner                           Appellee / Respondent
Purported Defendant                              Purported Plaintiff

## Motion for Leave to Proceed *In Forma Pauperis*

**COMES NOW,** Purported Defendant / Appellant Ronald P Gillis in Charlotte County Civil Case #08-252-CA, Appellant / Movant in the Second District Court of Appeals for Florida case # 2D13-4181, and Purported Debtor / Creditor #444 / in the NY Southern District Bankruptcy Court case #12-12020, who is a Native North American and appears by special appearance only for the limited purpose of motioning the Second District Court of Appeals or the Charlotte County Civil Court pursuant to Florida Rules of Appellant Procedure 9.430(a) or FRAP 9.430(b) for an order permitting the Movant to proceed *in forma pauperis*. In support of this request, the following application is attached:

Full name and Address:        Ronald Gillis

P O Box 380842

Murdock, FL 33938-0842

Telephone number (413) 622-2282

| | |
|---|---|
| Marital Status: | Married |
| Number of Dependents: | None |
| Employer: | Self-Employed |
| Monthly Income: | Gross (combined) $1,489 |

    Bonus, Commissions, etc   $0

    Disability / Workers Comp   $0

    /Unemployment Comp   $0

    /Pensions / Annuity   $0

    /Social Security   $0

    /Spousal support   $0

    /Interest / dividends   $0

    /Rental Income   $0

    /Royalties, Trusts, etc   $0

Total Monthly Income     $1,489

Less deduction

    /Federal, State & local Tax   $0

    /FICA & Self Tax   $0

    /Union Dues   $0

    /Health Insurance   $0

    /Court Ordered Child Support   $0

    /Business Travel Expenses   $555

(Est 4,000 miles/month)

| | |
|---|---|
| Total Monthly Income | $1,489 |
| Total Deductions | $555 |
| Total Net Monthly Income | $934 |

Household Average Monthly Expenses:

| | |
|---|---|
| /Mortgage / Rent | In Dispute |
| /Property Taxes & Insurance | $75 |
| /Electricity | $100 |
| /Water | $40 |
| /Telephone | $125 |
| /Cable – Internet | $65 |
| /Food | $300 |
| /Hospital Bills | What can be afforded and paid |
| /Car Repair, Tags, Ins, etc | $160 |
| Total Monthly Net income: | $0 |

Assets:

| | |
|---|---|
| /Cash / Savings / Checking | $500 |
| /Home: | $50,000 - $70,000 |
| /Automobile: | $474 |
| 2002 Hyundai Sonata (320,000 miles) | |
| /Electronics & Furnishings | $500 |

| | |
|---|---|
| Total Assets: | $51,000-$72,000 |
| Creditors /Liabilities | |
| /Judgement | Disputed about $50,000 |
| /Credit Cards | Disputed |
| /Open Card | $340 |
| Total Liabilities | about $50,000 but disputed |

**WHEREFORE**, Purported Defendant / Appellant / Movant is requesting Leave of Court to proceed in forma pauperis, and requests the Charlotte County Clerk of the Court's bill for $1,219.06 as well as future demands for payment to utilize Court services be waived.

Respectfully and under penalties of perjury submitted,

By _____
Ronald Gillis *In Propia Persona*
*All Rights Reserved without prejudice*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that by signing this below, a true and correct copy of the foregoing **MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS** was furnished by hand or USPS 1st Class Mail to: United States Bankruptcy Court, Southern District of New York One Bowling Green New York, NY 10004, The Second District Court of Appeals (Florida), P O Box 327, Lakeland, FL 33802-0327, and the Charlotte County Justice Center, Clerk of the Court, Barbara T. Scott, 350 E. Marion Ave, Punta Gorda, FL 33950 on this 26th day of November 2013.

Ronald Gillis    (413) 622-2282
P O Box 380842
Murdock, FL 33938-0842

_____
By: Ronald Gillis
*All Rights Reserved without prejudice*