
Christine Zuniga
1745 Drexel Rd apt 421
West Palm Beach Fl. 33417
November 12, 2013
Telephone: (561) 822-3107

12-12020

Office of the Clerk
United State Bankruptcy Court
Southern District of New York
One Bowling Green
New York, N.Y. 10004



RECEIVED
NOV 15 2013
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Officer of the Court.
Dear Sir/madam.

Enclose are document, I have been trying to get help. Where my Investment with Evergreen Global. When Wells Fargo took over from Wachovia Securities, I have call @ call, and no word on my acc. Mr. Lopez Juan Carlos Wells Fargo Personal Banker

he got ahold of some one who told him the account # was change. As you can see the acc.# on this Document is account # 6610-7367. The new one I did not know of. But when I check all my paper I saw the # that they are surprise the Acc# was change. But that's a Acc# that I did had on the old account.

All those with shares Redeemed etc. I know nothing of.. What did I need all those Shares Redeemed for? I was always working. So the IRS can back me up on this.

Thank for your kind Attention to this matter.

Truely,
Christin Zuniga

P.S. Please forgive me I don't have E.Mail etc.