| | |
|---|---|
| MORRISON & FOERSTER LLP<br>Gary S. Lee<br>Charles L. Kerr<br>Darryl P. Rains<br>J. Alexander Lawrence<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900 | KRAMER LEVIN NAFTALIS& FRANKEL LLP<br>Kenneth H. Eckstein<br>Douglas H. Mannal<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000 |
| -and- | -and- |
| CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>Steven J. Reisman<br>Theresa A. Foudy<br>Michael Moscato<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 696-8860<br>Facsimile: (212) 697-1559 | PACHULSKI STANG ZIEHL & JONES LLP<br>Robert J. Feinstein<br>John A. Morris<br>780 Third Avenue, 36th Floor<br>New York, New York 10017<br>Telephone: (212) 561-7700<br>Facsimile: (212) 561-7777<br>*Counsel to the Official Committee of Unsecured Creditors* |
| *Counsel to the Debtors and Debtors in Possession* | |

```
-------------------------------------------------------------- )
                                                               )
In re:                                                         )  Case No. 12-12020 (MG)
                                                               )
RESIDENTIAL CAPITAL, LLC, et al.,                              )  Chapter 11
                                                               )
                                         Debtors.              )  Jointly Administered
                                                               )
-------------------------------------------------------------- )
```

**NOTICE OF FILING OF PLAN PROPONENTS'
PROPOSED FINDINGS OF FACT**

**PLEASE TAKE NOTICE** that on December 5, 2013, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") and the official committee of unsecured creditors (the "Creditors' Committee" and together with the Debtors, the "Plan Proponents") hereby submit the *Plan Proponents' Proposed Findings of Fact* (the "Proposed Findings of Fact") annexed as Exhibit 1 hereto.

- 1 -

ny-1120809

**PLEASE TAKE FURTHER NOTICE** that objections to the Proposed Findings of Fact must be filed and served so as to be received no later than **Monday, December 9, 2013 at 5:00 (ET)**.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Proposed Findings of Fact may be obtained via PACER at http://www.nysb.uscourts.gov or from the Debtors' restructuring website at www.kccllc.net/rescap.

| | |
|---|---|
| Dated: December 5, 2013 | Respectfully submitted, |
| | /s/ Gary S. Lee |
| | Gary S. Lee |
| | Charles L. Kerr |
| | Darryl P. Rains |
| | J. Alexander Lawrence |
| | MORRISON & FOERSTER LLP |
| | 1290 Avenue of the Americas |
| | New York, New York 10104 |
| | Telephone: (212) 468-8000 |
| | Facsimile: (212) 468-7900 |
| | |
| | -and- |
| | |
| | Kenneth H. Eckstein |
| | Douglas H. Mannal |
| | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| | 1177 Avenue of the Americas |
| | New York, New York 10036 |
| | Telephone: (212) 715-3280 |
| | Facsimile: (212) 715-8000 |
| | |
| | *Counsel for the Official Committee of Unsecured Creditors* |

# Exhibit 1

- 3 -