**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | CASE No 12-12020 |
| RESIDENTIAL CAPITAL, LLC, ET AL., | CHAPTER 11 |
| DEBTORS | |

RECEIVED DEC -5
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

IN THE DISTRICT COURT OF APPEAL OF THE STATE
OF FLORIDA – SECOND DISTRICT
P O Box 327, LAKELAND, FL 33802-0327

CASE NO.: 2D13-4181
L.T. 08-252-CA

| RONALD P GILLIS, et al, | V | DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE FOR GMAC-RFC |
|---|---|---|
| Appellant / Petitioner<br>Purported Defendant | | Appellee / Respondent<br>Purported Plaintiff |

### Notice of Suggestion of Bankruptcy and Bankruptcy Case Number

COMES NOW, Purported Defendant / Appellant Ronald P Gillis in Charlotte County Civil Case #08-252-CA, Appellant in the Second District Court of Appeals for Florida case # 2D13-4181, and Purported Debtor / Creditor #444 / in the NY Southern District Bankruptcy Court case #12-12020, who is a Native North American and appears by special appearance only for the limited purpose of noticing all courts that the undersigned does hereby swear and affirm, and give notice for the record, the Purported Defendant /Appellant / Debtor / Creditor #444 has filed Bankruptcy in the Florida Middle District Federal Bankruptcy Court on December 02nd, 2013, case number: **13-15823-9D3**

Respectfully Submitted,

_[signature]_

Ronald Gillis  All Rights Reserved without prejudice

1 of 2                                                       NY Bankruptcy 12-12020    2D13-4181    L.T. 08-252-CA

**Certificate of Service**

I HEREBY CERTIFY that by signing this below, a true and correct copy of the foregoing Notice to Court be furnished was furnished by hand or USPS 1st Class Mail to, to the list below, this __02nd__ day of December, 2013.

    Abertelli Law – Erin Mae Rose Quinn
    P O Box 23028
    Tampa, FL 33609

    United States Bankruptcy Court
    Southern District of New York
    One Bowling Green
    New York, NY 10004

    The Second District Court of Appeals (Florida)
    P O Box 327
    Lakeland, FL 33802-0327

    Charlotte County Justice Center, Clerk of the Court, Barbara T. Scott
    350 E. Marion Ave
    Punta Gorda, FL 33950

    Ronald Gillis    (413) 622-2282
    P O Box 380842
    Murdock, FL 33938-0842

_____

By: Ronald Gillis
*All Rights Reserved without prejudice*

```
          UNITED STATES
         BANKRUPTCY COURT
        MIDDLE DISTRICT OF FLORIDA
            TAMPA DIVISION

         # 109279 - WC

        December 02, 2013
            08:47:54


         CH 13 FEE NOV.11
          13-15823-9D3
Name...: GILLIS, RONALD
Amount.:                  $281.00 CA



    Total->   $281.00



FROM: RONALD GILLIS



**** Creditor Meeting *****

Case....13-15823

Trustee.WAAGE,JON
When....January 09, 2014
AT......10:30 a.m.

Where.[892] Fort Myers United States Cou
rthouse Federal Bldg.
      2110 First Street  2-101

      Fort Myers, FL 33901
Visit us online: www.flmb.uscourts.gov

Attorneys!
Ask about our AE-Receipts option.
Get receipts emailed directly to you!
```