# Exhibit 1

ny-1120542

# ResCap

December 5, 2013

Re: Mr. Kruger (Monthly Fee Report)

In accordance with the *Order Granting Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for an Order Authorizing the Debtors to Appoint Lewis Kruger as Chief Restructuring Officer* [Docket No. 3103], annexed herewith is the billing report of Lewis Kruger covering the period from November 1, 2013 to November 30, 2013 (the "Monthly Fee Report"). As reflected in the Monthly Fee Report, Mr. Kruger seeks payment of $143,647.50 for professional services rendered, and $186.50 for expense reimbursements for this period.

The professional services rendered by Mr. Kruger and so covered by this Monthly Fee Report include:

- Analyze and advise the Debtors on a range of plan and plan confirmation-related issues, as well as participate in numerous meetings and negotiation sessions in connection therewith, including analyses of filed expert reports and rebuttals to the same, and declarations in support of plan confirmation, prepare for and provide testimony through a deposition and declaration in support of confirmation, comment on various drafts of the brief in support of confirmation, the proposed confirmation order, and findings of fact with respect to Phases I and II of the JSN litigation and confirmation issues;

- Assist the Debtors with strategy in connection plan confirmation, including advise on the JSN litigation and impact on plan confirmation issues, negotiations of settlements of certain plan objections, including proposed settlements with certain parties in interest, such as Syncora, Impac, FHFA, NCUAB and the Department of Justice, and discussions with the Debtors, their professionals, and other parties in interest to address certain plan provisions relating to the same;

- Prepare for and attend hearings relating to the closing arguments for Phase I of the JSN litigation, status conferences on Phase II of the JSN litigation, confirmation issues, and certain settlements and outstanding confirmation objections, and cross examination at the confirmation hearing; and

- Analyze issues relating to the impact of certain plan-related settlements and certain management, severance, and KEIP/KERP matters on the estates, the potential disposition of FHA loans and sales of de minimis assets, discuss issues concerning professionals' fees, and participate in discussions with the Debtors' professionals and respective management teams, and the Creditors' Committee to discuss the same in an effort to manage the Debtors' resources effectively and efficiently throughout the chapter 11 process.

Attached please find: (i) a summary of hours devoted and amounts billed to certain project categories of professional services rendered, annexed hereto as Exhibit A; (ii) a description of professional services and/or tasks comprising each project category to which Mr. Kruger expended time and for which he seeks compensation, annexed hereto as Exhibit B; and (iii) a detailed list of expenses incurred in connection with these chapter 11 cases for which Mr. Kruger seeks reimbursement, annexed hereto as Exhibit C. Detailed time entries are available for review upon request.

Very truly yours,

Tammy Hamzehpour
Chief Business Officer

**Residential Capital, LLC**

1100 Virginia Drive           Fort Washington, PA 19034
Telephone: 215-682-1307       E-mail: tammy.hamzepour@gmacrescap.com

**EXHIBIT A**

**Monthly Fee Report**
**November 1, 2013 – November 30, 2013**

| Project Category | Hours | Rate | Value |
|---|---|---|---|
| 1 - Plan Mediation | 0.0 | $ 895.00 | $ — |
| 2 - Plan – General | 89.5 | $ 895.00 | $ 80,102.50 |
| 3 - RMBS Settlement | 0.0 | $ 895.00 | $ — |
| 4 - Claims Management | 0.0 | $ 895.00 | $ — |
| 5 – Hearings | 54.5 | $ 895.00 | $ 48,777.50 |
| 6 - Estate Management | 16.5 | $ 895.00 | $ 14,767.50 |
| **TOTAL** | **160.5** | | **$ 143,647.50** |

ny-1120541

## EXHIBIT B

### Project Category Descriptions

| Project Category | Services Provided / Task Description |
|---|---|
| 1 - Plan Mediation | N/A |
| 2 - Plan - General | Analyzing, discussing, and advising the Debtors on numerous plan and plan confirmation-related issues, including analyses of filed expert reports and rebuttals to the same, and declarations in support of plan confirmation, preparing for and providing testimony through a deposition and declaration in support of confirmation, drafts of the brief in support of confirmation, the proposed confirmation order, and findings of fact with respect to Phase I and Phase II of the JSN litigation and confirmation issues, strategy in connection with the JSN litigation and impact on plan confirmation issues, review and negotiations of settlements of certain plan objections, including proposed settlements with certain parties in interest, such as Syncora, Impac, FHFA, NCUAB and the Department of Justice, and discussions with the Debtors, their professionals, and other parties in interest to address certain plan provisions relating to the same, as well as assisting the Debtors in their preparation for confirmation of the plan, such as communicating and meeting with the Debtors' professionals, Debtors' management teams, and the Creditors' Committee and its professionals to discuss, among other things, the aforementioned activities, as well as participating in numerous meetings and negotiation sessions in connection therewith. |
| 3 - RMBS Settlement | N/A |
| 4 - Claims Management | N/A |
| 5 - Hearings | Preparing for and attending hearings relating to the closing arguments for Phase I of the JSN litigation, status conferences on Phase II of the JSN litigation, confirmation issues, and certain settlements and outstanding confirmation objections, and cross examination at the confirmation hearing. |
| 6 - Estate Management | Analyzing issues relating to the impact of certain plan-related settlements and certain management, severance, and KEIP/KERP matters on the estates, the potential disposition of FHA loans and sales of de minimis assets, issues concerning professionals' fees, and participating in discussions with the Debtors' professionals and respective management teams, and the Creditors' Committee to discuss the same in an effort to manage the Debtors' resources effectively and efficiently throughout the chapter 11 process. |

ny-1120541

**EXHIBIT C**

**Expense Detail**

| TRANSPORTATION | | |
|---|---|---|
| **Date** | **Amount** | **Business Purpose** |
| 11/13/2013 | $ 8.50 | Cab to lunch with Judge Peck. |
| 11/18/2013 | $ 16.00 | Cab from home to MoFo with documents. |
| 11/18/2013 | $ 8.50 | Cab from MoFo to home. |
| 11/19/2013 | $ 8.50 | Cab from MoFo to home. |
| 11/21/2013 | $ 35.00 | Cab from home to Court. |
| 11/22/2013 | $ 35.00 | Cab from home to Court. |
| **TOTAL:** | **$ 111.50** | |

| MEALS | | |
|---|---|---|
| **Date** | **Amount** | **Business Purpose** |
| N/A | N/A | N/A |

| COPIES; TELEPHONE CHARGES | | |
|---|---|---|
| **Date** | **Amount** | **Business Purpose** |
| N/A | N/A | N/A |

| MISCELLANEOUS | | |
|---|---|---|
| **Date** | **Amount** | **Business Purpose** |
| 11/13/2013 | $ 30.00 | Parking – car to/from home – Transport of documents. |
| 11/13/2013 | $ 30.00 | Parking – car to/from home – Transport of documents. |
| 11/13/2013 | $ 30.00 | Parking – car to office – Transport of documents. |
| **TOTAL:** | **$ 75.00** | |
| **NOVEMBER EXPENSE TOTAL:** | **$ 186.50** | |

ny-1120541