**WINSTON & STRAWN LLP**
James Donnell (jdonnell@winston.com)
Nathan P. Lebioda (nlebioda@winston.com)
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700

*Attorneys for WFNBA*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020-MG |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Chapter 11 |
| Debtors. | Joint Administration Pending |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 5, 2013, I caused a copy of the following

document:

1.  POST CONFIRMATION HEARING BRIEF IN FURTHER SUPPORT OF
    LIMITED OBJECTION OF WFBNA TO CONFIRMATION OF JOINT
    CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC AND
    THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS  [Docket No.
    6017],

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served

upon the parties identified on Exhibit B attached hereto by Fed Ex for next business day delivery, to

be served upon the party identified on Exhibit C attached hereto by United States Postal Service for

first class delivery to be delivered to the party on Exhibit D attached hereto by hand delivery.

/s/ Nathan P. Lebioda
Nathan P. Lebioda

NY:1598932.1

## Exhibit A

'lnashelsky@mofo.com'; 'glee@mofo.com'; 'lmarinuzzi@mofo.com'; 'Ksadeghi@mofo.com';
'andrea.hartley@akerman.com'; 'susan.balaschak@akerman.com'; 'dgolden@akingump.com';
'dzensky@akingump.com'; 'aqureshi@akingump.com'; 'pdublin@akingump.com';
'ralbanese@akingump.com'; 'rajohnson@akingump.com'; 'ccarty@akingump.com';
'djnewman@akingump.com'; 'bnkatty@aldine.k12.tx.us'; 'ecfmail@aclawllp.com';
'ken.coleman@allenovery.com'; 'john.kibler@allenovery.com'; 'jeff.brown@gmacfs.com';
'william.b.solomon@ally.com'; 'kit.weitnauer@alston.com'; 'marty.bunin@alston.com';
'william.hao@alston.com'; 'bill.macurda@alston.com'; 'john.stern@texasattorneygeneral.gov';
'petriea@ballardspahr.com'; 'wallaces@ballardspahr.com';
'Schindlerwilliamss@ballardspahr.com'; 'marriott@ballardspahr.com';
'Sarah.Stout@BNYMellon.com'; 'Jennifer.Provenzano@BNYMellon.com';
'Mageshwaran.Ramasamy@BNYMellon.com'; 'xrausloanops5@barclays.com';
'david.powlen@btlaw.com'; 'bbeskanos@aol.com'; 'davids@blbglaw.com';
'jonathanu@blbglaw.com'; 'jai@blbglaw.com'; 'schaedle@blankrome.com';
'tarr@blankrome.com'; 'root@blankrome.com'; 'courtney.lowman@ally.com';
'ryan.philp@bgllp.com'; 'stan.chelney@bgllp.com'; 'jhaake@wbsvlaw.com';
'swissnergross@brownrudnick.com'; 'dfiveson@bffmlaw.com'; 'jmhall@bffmlaw.com';
'gregory.petrick@cwt.com'; 'ingrid.bagby@cwt.com'; 'mark.ellenberg@cwt.com';
'dcaley@wongfleming.com'; 'bankruptcy@clm.com'; 'jlaitman@cohenmilstein.com';
'clometti@cohenmilstein.com'; 'meisenkraft@cohenmilstein.com'; 'drehns@cohenmilstein.com';
'krehns@cohenmilstein.com'; 'srosen@cbshealaw.com'; 'mwarner@coleschotz.com'; 'ra-li-ucts-
bankrupt@state.pa.us'; 'will.hoch@crowedunlevy.com'; 'mgallagher@curtis.com';
'macohen@curtis.com'; 'sreisman@curtis.com'; 'hryder@daypitney.com';
'jjtancredi@daypitney.com'; 'jwcohen@daypitney.com'; 'glenn.siegel@dechert.com';
'hector.gonzalez@dechert.com'; 'brian.greer@dechert.com'; 'mauricio.espana@dechert.com';
'craig.druehl@dechert.com'; 'rosa.mendez@db.com'; 'Brendan.meyer@db.com';
'diem.home@gmail.com'; 'gcatalanello@duanemorris.com'; 'jvincequerra@duanemorris.com';
'broylesmk@rgcattys.com'; 'tterrell@feinsuch.com'; 'tterrell@feinsuch.com';
'ppascuzzi@ffwplaw.com'; 'dearly@fdic.gov'; 'floressaucedopllc@gmail.com';
'tlallier@foleymansfield.com'; 'kenton_hambrick@freddiemac.com';
'deggert@freebornpeters.com'; 'tfawkes@freebornpeters.com'; 'israel.david@friedfrank.com';
'gary.kaplan@friedfrank.com'; 'kgiannelli@gibbonslaw.com'; 'jberkowitz@gibbonslaw.com';
'calbanese@gibbonslaw.com'; 'kpatrick@gibbsbruns.com'; 'shumphries@gibbsbruns.com';
'kpatrick@gibbsbruns.com'; 'DFeldman@gibsondunn.com'; 'JWeisser@gibsondunn.com';
'theodore.w.tozer@hud.gov'; 'gjarvis@gelaw.com'; 'mpmorris@gelaw.com';
'delman@gelaw.com'; 'brian@gmcnjlaw.com'; 'bnoren@hinshawlaw.com';
'skraus@hinshawlaw.com'; 'bnoren@hinshawlaw.com'; 'ayala.hassell@hp.com';
'morton@hunton.com'; 'rrich2@hunton.com'; 'floraoropeza@co.imperial.ca.us';
'bankruptcy2@ironmountain.com'; 'pgallagher@nassaucountyny.gov'; 'ceblack@jonesday.com';
'cball@jonesday.com'; 'rlwynne@jonesday.com'; 'lemiller@jonesday.com';
'ceblack@jonesday.com'; 'reriksen1@gmail.com'; 'aglenn@kasowitz.com';
'mstein@kasowitz.com'; 'dfliman@kasowitz.com'; 'namamoo@kasowitz.com';
'kgcully@kgcully.com'; 'eciolko@ktmc.com'; 'dmoffa@ktmc.com'; 'ecf@kaalaw.com';
'thadwilson@kslaw.com'; 'ajowers@kslaw.com'; 'pferdinands@kslaw.com';

'mstrauss@kmllp.com'; 'bwalker@kmllp.com'; 'judson.brown@kirkland.com';
'tklestadt@klestadt.com'; 'jcorneau@klestadt.com'; 'sdny@kmk-law.net';
'jleibowitz@kandfllp.com'; 'dlibra@lapplibra.com'; 'james.heaney@lawdeb.com';
'sheehan@txschoollaw.com'; 'Dcaponnetto@leopoldassociates.com';
'pmahony@leopoldassociates.com'; 'austin.bankruptcy@publicans.com';
'dallas.bankruptcy@publicans.com'; 'houston_bankruptcy@lgbs.com';
'choward@lockelord.com'; 'abehlmann@lowenstein.com'; 'abehlmann@lowenstein.com';
'metkin@lowenstein.com'; 'ilevee@lowenstein.com'; 'metkin@lowenstein.com';
'ilevee@lowenstein.com'; 'adoshi@magnozzikye.com'; 'susanp@taxcollector.com';
'kmarino@khmarino.com'; 'jboyle@khmarino.com'; 'lgordon@mvbalaw.com';
'pmoak@McKoolSmith.com'; 'mcarney@mckoolsmith.com'; 'pmoak@McKoolSmith.com';
'knewman@menterlaw.com'; 'mfriedman@meyner.com'; 'sdnyecf@dor.mo.gov';
'jgarrity@morganlewis.com'; 'mkraut@morganlewis.com'; 'pfleming@morganlewis.com';
'mmorganroth@morganrothlaw.com'; 'jmorganroth@morganrothlaw.com';
'lberkoff@moritthock.com'; 'jmoldovan@morrisoncohen.com';
'bankruptcy@morrisoncohen.com'; 'rdakis@morrisoncohen.com'; 'gelfarb@mosskalish.com';
'seth.goldman@mto.com'; 'Thomas.walper@mto.com'; 'cmomjian@attorneygeneral.gov';
'almeyers@sjgov.org'; 'dwdykhouse@pbwt.com'; 'bguiney@pbwt.com';
'Paul_Papas@mylegalhelpusa.com'; 'ebcalvo@pbfcm.com';
'brandon.johnson@pillsburylaw.com'; 'jmcmurtr@placer.ca.gov'; 'dflanigan@polsinelli.com';
'jnagi@polsinelli.com'; 'igoldstein@proskauer.com'; 'srutsky@proskauer.com';
'jzajac@proskauer.com'; 'danbrockett@quinnemanuel.com'; 'daveburnett@quinnemanuel.com';
'jeremyandersen@quinnemanuel.com'; 'jeremyandersen@quinnemanuel.com';
'ericwinston@quinnemanuel.com'; 'susheelkirpalani@quinnemanuel.com';
'scottshelley@quinnemanuel.com'; 'mrollin@rplaw.com'; 'cwood@rgrdlaw.com';
'stevep@rgrdlaw.com'; 'rbrown@robertbrownlaw.com'; 'romero@mromerolawfirm.com';
'reriksen1@gmail.com'; 'Ross.martin@ropesgray.com'; 'keith.wofford@ropesgray.com';
'Ross.martin@ropesgray.com'; 'prubin@rubinlawllc.com'; 'dsasser@siwpc.com';
'dhall@siwpc.com'; 'aisenberg@saul.com'; 'gschwab@saul.com'; 'abrockway@saul.com';
'jglucksman@scarincihollenbeck.com'; 'bdk@schlamstone.com'; 'bbressler@schnader.com';
'rbarkasy@schnader.com'; 'eboden@schnader.com'; 'DBlumenthal@SchneiderMitola.com';
'adam.harris@srz.com'; 'howard.godnick@srz.com'; 'marguerite.gardiner@srz.com';
'michael.cutini@srz.com'; 'bateman@sewkis.com'; 'christensen@sewkis.com';
'patel@sewkis.com'; 'hooper@sewkis.com'; 'josselson@sewkis.com'; 'cohen@sewkis.com';
'das@sewkis.com'; 'binder@sewkis.com'; 'kotwick@sewkis.com'; 'alves@sewkis.com';
'joel@shafeldlaw.com'; 'taconrad@sbwlawfirm.com'; 'fsosnick@shearman.com';
'sfennessey@shearman.com'; 'pdatta@hhstein.com'; 'amuller@stinson.com'; 'whazeltine@sha-
llc.com'; 'msweeney@msgrb.com'; 'tal@talcottfranklin.com'; 'derek@talcottfranklin.com';
'jmiller@tcfbank.com'; 'jteitelbaum@tblawllp.com'; 'AGBankNewYork@ag.tn.gov';
'robert.major@bnymellon.com'; 'Adam.Parkin@tdsecurities.com';
'Christopher.stevens@tdsecurities.com'; 'rblmnf@aol.com'; 'tmm@mullaw.org';
'themeyerslawfirm@gmail.com'; 'kay.brock@co.travis.tx.us'; 'mamta.scott@usbank.com';
'michelle.moeller@usbank.com'; 'tanveer.ashraf@usbank.com'; 'Glenn.Gillett@usdoj.gov';
'Mark.Flannagan@umb.com'; 'james.byrnes@usbank.com'; 'laura.moran@usbank.com';
'SBOYD@walterinvestment.com'; 'mvaughan@wbsvlaw.com'; 'dskeens@wbsvlaw.com';
'gary.holtzer@weil.com'; 'kelly.j.rentz@wellsfargo.com'; 'Sharon.Squillario@wellsfargo.com';

'mary.l.sohlberg@wellsfargo.com'; 'kristi.garcia@wellsfargo.com';
'accesslegalservices@gmail.com'; 'accesslegalservices@gmail.com'; 'cshore@whitecase.com';
'isilverbrand@whitecase.com'; 'dthatch@whitecase.com'; 'hdenman@whitecase.com';
'mabrams@willkie.com'; 'rchoi1@willkie.com'; 'jhardy2@willkie.com';
'rmaney@wilmingtontrust.com'; 'david.tillem@wilsonelser.com'; 'dneier@winston.com';
'dneier@winston.com'; 'cschreiber@winston.com'; 'jlawlor@wmd-law.com'; 'pdefilippo@wmd-law.com'; 'sfitzgerald@wmd-law.com'; 'gbush@zuckerman.com'; 'ncohen@zuckerman.com';
'lneish@zuckerman.com'; 'gbush@zuckerman.com'; 'ncohen@zuckerman.com';
'lneish@zuckerman.com'; 'lneish@zuckerman.com'; 'lneish@zuckerman.com';
'Nancy.Lord@OAG.State.NY.US'; 'Neal.Mann@OAG.State.NY.US';
'john_s_forlines@fanniemae.com'; 'kevin.vargas@db.com'; 'george.rayzis@usbank.com';
'irinia.palchuk@usbank.com'; 'jhofer@skadden.com'; 'kziman@skadden.com';
'lnyhan@sidley.com'; 'jboelter@sidley.com'; 'bmyrick@sidley.com'

Exhibit B

Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
Attn: Tracy Hope Davis, Esq.
      Brian Masumoto, Esq.
      Linda Riffkin, Esq.

U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
Attn: US Attorney General, Eric H. Holder, Jr.

Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Attn: Nancy Lord, Esq.
      Neal Mann, Esq.

Office of U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Attn: Joseph N. Cordaro, Esq.

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren Nashelskly, Esq.
      Gary S. Lee, Esq.
      Lorenzo Marinuzzi, Esq.

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Ken Eckstein
      Doug Mannal

Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn: Bobbie Theivakurnaran

Fannie Mae
3900 Wisconsin Avenue NW

Mail Stop 8H-504
Washington DC 20016
Attn: Vice President, Credit Management, John S. Forlines

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Ray C. Schrock
        Richard M. Cieri

The Bank of New York Mellon
Asset Backed Securities Group
101 Barclay Street 4W
New York, NY 10286

U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis

U.S. Bank National Association
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
Attn: Irina Palchuk

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: James S. Carr
        Eric R. Wilson

Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: Jonathan H. Hofer
        Ken Ziman

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
Attn: General Counsel

Sidley Austin LLP
One Dearborn
Chicago, IL 60603
Attn: Larry J. Nyhan
        Jessica CK Boelt

Internal Revenue Service

2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104

Securities and Exchange Commission, New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
Attn: George S. Canellos, Regional

Exhibit C

Wells Fargo Bank, N.A.
P.O. Box 98
Columbia, MD 21046
Attn: Corporate Trust Services, GMACM Home Equity Notes 2004 Viable Funding

Exhibit D

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York  10004