**Objection Deadline: December 26, 2013 at 4:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Naomi Moss

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF RUST CONSULTING, INC.'S THIRD MONTHLY FEE REPORT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 1, 2013 THROUGH OCTOBER 31, 2013**

**PLEASE TAKE NOTICE** that pursuant to the *Order Authorizing the Payment of Fees to Rust Consulting, Inc. as Paying Agent Under the Amendment to the Consent Order* [Docket No. 4977] entered by the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Rust Consulting, Inc. ("Rust Consulting") is required to file with the Bankruptcy Court reports, on at least a quarterly basis, of compensation earned and expenses incurred in Rust Consulting's capacity as paying agent under the amendment to the Consent Order in the above-captioned chapter 11 cases of Residential Capital, LLC and its affiliated debtors (collectively, the "Debtors").

ny-1120897

Attached hereto as <u>Exhibit 1</u> is Rust Consulting's third monthly fee report for the period from October 1, 2013 through October 31, 2013 (the "Monthly Fee Report").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Monthly Fee Report must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **December 26, 2013 at 4:00 p.m. (Prevailing Eastern Time)**, upon: (a) counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attention: Gary S. Lee, Lorenzo Marinuzzi and Naomi Moss); (b) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attention: US Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attention: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attention: Richard M. Cieri); (g) counsel to Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036 (Attention:

ny-1120897

Ken Ziman & Jonathan H. Hofer); (h) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein & Douglas Mannal); (i) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attention: Jennifer C. DeMarco and Adam Lesman); (j) counsel for Berkshire Hathaway Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071 (Attention: Thomas Walper and Seth Goldman); (k) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); and (l) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attention: George S. Canellos, Regional Director).

**PLEASE TAKE FURTHER NOTICE** that if a timely objection is filed and served, the Debtors will schedule a hearing with the Bankruptcy Court with respect to the objection to such fees and/or expenses stated in the Monthly Fee Report.

Dated: December 6, 2013
       New York, New York

Respectfully submitted,

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
Naomi Moss
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

ny-1120897

**Exhibit 1**

ny-1120897

# ResCap

December 6, 2013

      Re: <u>Rust Consulting (Monthly Fee Report)</u>

In accordance with the *Order Authorizing the Payment of Fees to Rust Consulting, Inc. as Paying Agent Under the Amendment to the Consent Order* [Docket No. 4977], annexed herewith is the billing report of Rust Consulting, Inc. ("<u>Rust</u>") covering the period from October 1, 2013 through October 31, 2013 (the "<u>Monthly Fee Report</u>"). As reflected in the Monthly Fee Report, Rust seeks payment of $1,213,063.04 for professional services rendered, and $9,922.82 for expense reimbursements for this period.

The professional services rendered by Rust and so covered by this Monthly Fee Report include:

- Finalize the content of the postcard for notification to borrowers regarding the timing of payments.

- Trace borrower addresses using the CLEAR database as requested by the Federal Reserve Board.

- Telephonic conferences with the Federal Reserve Board ("FRB") and the Debtors to reconcile the borrower population impacted by the FRB Settlement, discuss steps to exchange files related to upcoming events including; the borrower waterfall, borrower notice of the FRB Settlement, and planning for the distribution to borrowers.

- Various data tasks related to the reconciliation process and the calculation of borrower payment amounts.

- Quality assurance of the various data tasks performed.

- Receipt and processing of incoming forms related to the independent foreclosure review ("<u>IFR</u>"), borrower correspondence and general inquiries regarding the IFR program and the Settlement announcement.

- Manage call center for borrower inquiries regarding the IFR program and the FRB Settlement.

Attached please find: (i) a summary of amounts billed to certain project categories of professional services rendered, annexed hereto as <u>Exhibit 1</u>; (ii) a description of professional services and/or tasks comprising each project category for which Rust seeks compensation, annexed hereto as <u>Exhibit 2</u>; and (iii) the monthly invoice with supporting detail, including a

detailed list of expenses incurred in connection with these Chapter 11 cases for which Rust seeks reimbursement, annexed hereto as Exhibit 3.

Very truly yours,

David Cunningham
Director

### Exhibit 1
### Monthly Invoice Breakdown
### October 1, 2013 – October 31, 2013

| Invoice Category | Hours | Value |
|---|---|---|
| Class Data Management | n/a | $5,525.95 |
| Pre-Award Notification Postcards | n/a | $1,160,070.00 |
| Call Center & Website | n/a | $27,034.19 |
| Project Management | 88.71 | $18,671.20 |
| Technical Consulting | 32.01 | $1,236.70 |
| Expenses | n/a | $9,922.82 |

**Exhibit 2**
**Invoice Category Descriptions**

| Invoice Category | Service Description |
|---|---|
| Class Data Management | Data exchange and loading of address information provided by GMACM.<br><br>Loading of address information obtained from CLEAR trace process. |
| Pre Award Notification Postcards | As required by the FRB, running each borrower record through the CLEAR trace database to verify or locate current address information for mailng.<br><br>Updating database with new addresses. |
| Call Center & Website | Operation of the call center which fields calls into the toll free number provided to borrowers and the public to get information on the IFR program.  This includes time from individual agents based upon the volume of calls received and management of that staff.<br><br>Long distance charges associated with the incoming calls to the call center.<br><br>Hosting the portal for GMACM to access information related to borrower files submitted to Rust for processing. |
| Project Management | Time associated with calls and meetings between IFR Project team/Rust IFR Program Management Team/GMACM/Federal Reserve Board.<br><br>Internal planning for FRB Settlement execution, data exchange on waterfall, postcard |

|  |  |
|---|---|
|  | notification planning, payment scheduling and coordination.<br><br>Processing correspondence and updating the borrower records with any information provided as necessary under the IFR program.<br><br>Fielding borrower inquiries received from other avenues than the Rust IFR program call center; letters, emails, etc. |
| Technical Consulting | Time associated with planning and executing technical tasks required under the IFR program from Business Analysts.<br><br>Data tasks related to the upfront CLEAR trace and data exchange with GMAC relevant to reconciliation of the borrower population under the FRB Settlement and assignments into IFR waterfall categories for payment amount deturmination.<br><br>Quality assurance time associated with the data tasks. |
| Expenses | As detailed on the invoice. |

**Exhibit 3**



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM

| | |
|---|---:|
| DATE: | 11/26/13 |
| INVOICE #: | 13-5872 |
| MATTER #: | 401100 |

**TO:** Dave Cunningham
Residential Capital, LLC
1100 Virginia Drive, Suite 250
Fort Washington, PA  19034
dave.cunningham@gmacm.com

| **PROJECT** |
|:---:|
| *GMACM - Alternate Resolution Project* |
| *October 2013 Claims Administration Services* |

| | | |
|---|---:|---:|
| Class Data Management | $ | 5,525.95 |
| Pre Award Notification Postcards | | 1,160,070.00 |
| Call Center & Website | | 27,034.19 |
| Distribution Expenses and Tax Reporting | | 525.00 |
| Project Management | | 18,671.20 |
| Technical Consulting | | 1,236.70 |
| Expenses: Other Charges and Out-of-pocket Costs | | 9,922.82 |
| **Total Due** | **$** | **1,222,985.86** |

**WIRE INFORMATION**                                                **PAYMENT TERMS: NET DUE UPON RECEIPT**
ACCOUNT
ABA/ROUTING
BANK:
BANK CONTACT:
REFERENCE: INVOICE NUMBER

**PAYMENT MAILING ADDRESS**
PO BOX 142589
DRAWER #9051
IRVING, TX  75014-2589

MINNEAPOLIS, MN    FARIBAULT, MN    MELVILLE, NY    PALM BEACH GARDENS, FL    PHILADELPHIA, PA    SAN FRANCISCO, CA    SEATTLE, WA    WASHINGTON, DC



|  |  | DATE: | 11/26/13 |
|---|---|---|---|
|  |  | INVOICE #: | 13-5872 |
|  |  | MATTER #: | 401100 |
| **TRANSACTION DETAIL** | **VOLUME** | **RATE ($)** | **TOTAL ($)** |

### Class Data Management

| | | | |
|---|---|---|---|
| Data Work for Borrowers | | | 5,525.95 |
| | | **SUBTOTAL** | **5,525.95** |

### Pre Award Notification Postcards
**SETUP & DATA SCREENING/UPDATING**

| | | | |
|---|---|---|---|
| Up Front CLEAR Manual Traces | 232,014 | 5.00 | 1,160,070.00 |
| | | **SUBTOTAL** | **1,160,070.00** |

### Call Center & Website
**CALL CENTER**

| | | | |
|---|---|---|---|
| Call Center Management - blended rates | | | 1,968.50 |
| Telephone Support | | | 19,685.00 |
| Interactive Voice Response (Q&A only) | 10,005.63 | 0.39 | 3,902.20 |
| 800# Charges | 10,940.9 | 0.11 | 1,203.50 |

**WEBSITE**

| | | | |
|---|---|---|---|
| Monthly Maintenance/Hosting | 1 | 275 | 275.00 |
| | | **SUBTOTAL** | **27,034.19** |

### Distribution Expenses and Tax Reporting
**DISTRIBUTION EXPENSES**

| | | | |
|---|---|---|---|
| Monthly Bank Account Fee | 1 | 175 | 175.00 |
| Monthly Bank Account Fee - Sweep Account | 1 | 350 | 350.00 |
| | | **SUBTOTAL** | **525.00** |

```
                                              Inv#      135872
                                              Date      Nov 26, 2013
                                              Client Number  4011


Dave Cunningham
Residential Capital, LLC
1100 Virginia Drive
190-FTW-K50
Fort Washington, PA  19034
dave.cunningham@gmacm.com


Re:    GMACM - ARP - Project Database                       401102

For Professional Services Rendered:


  TIMEKEEPER                       RATE       HOURS           FEES
  Bernadette Lex          BL     175.00        1.90         332.50
  Brent Honeycutt         BH     188.00        2.10         394.80
  Christy Gilman          CG     188.00        0.10          18.80
  Daniel Hanson           DH     163.00        3.25         529.75
  Garret Hovey            GH     175.00       13.05       2,283.75
  Joel Cooper             JC     175.00        1.00         175.00
  Kalyani Subramanya      KS     163.00        1.25         203.75
  Kari Mason              KM     175.00        4.10         717.50
  Mike Cole               MC     206.00        1.40         288.40
  Ron Swinehart           RS     188.00        1.40         263.20
  Thomas Cooper           TC     175.00        1.50         262.50
  Tracey Rolle            TR      80.00        0.70          56.00

Total Fees:                                              5,525.95


  10/01/13   JC    Data Analysis & Formatting      1.00      175.00
  10/01/13   GH    Data Analysis & Formatting      0.25       43.75
  10/01/13   DH    Data Analysis & Formatting -    1.50      244.50
                   Quality Assurance
  10/04/13   CG    Data Loading                    0.10       18.80
  10/08/13   GH    Data Analysis & Formatting      2.72      476.00
  10/08/13   KS    Data Analysis & Formatting -    0.50       81.50
                   Quality Assurance
  10/09/13   RS    Data Loading                    1.40      263.20
  10/09/13   KM    Data Analysis & Formatting      0.60      105.00
  10/14/13   KM    Data Analysis & Formatting      0.50       87.50
  10/14/13   DH    Data Analysis & Formatting -    0.75      122.25
                   Quality Assurance
  10/15/13   MC    Data Loading                    0.60      123.60
  10/16/13   GH    Data Analysis & Formatting      1.26      220.50
  10/17/13   GH    Data Analysis & Formatting      0.64      112.00
  10/21/13   TC    Data Loading                    1.30      227.50
  10/22/13   GH    Data Analysis & Formatting      3.18      556.50
```

```
                                          Inv#      135872
                                          Date      Nov 26, 2013
                                          Client Number  4011

  10/22/13  DH   Data Analysis & Formatting -      1.00          163.00
                 Quality Assurance
  10/22/13  TC   Data Loading                      0.20           35.00
  10/22/13  TR   Data Receipting                   0.70           56.00
  10/23/13  GH   Data Analysis & Formatting        1.16          203.00
  10/24/13  GH   Data Analysis & Formatting        1.34          234.50
  10/25/13  GH   Data Analysis & Formatting        0.18           31.50
  10/28/13  MC   Data Loading                      0.40           82.40
  10/29/13  KM   Data Analysis & Formatting        1.40          245.00
  10/29/13  GH   Data Analysis & Formatting        2.32          406.00
  10/29/13  KS   Data Analysis & Formatting -      0.50           81.50
                 Quality Assurance
  10/29/13  BH   Data Analysis & Formatting        1.30          244.40
  10/30/13  MC   Data Loading                      0.40           82.40
  10/30/13  KM   Data Analysis & Formatting        1.60          280.00
  10/30/13  KS   Data Analysis & Formatting -      0.25           40.75
                 Quality Assurance
  10/30/13  BH   Data Analysis & Formatting        0.80          150.40
  10/30/13  BL   Data Analysis & Formatting        1.90          332.50



  Total Services                                              5,525.95



  Total Expenses                                                    .00
                                                          --------------

  Total This Matter                                          5,525.95
                                                          --------------
```

```
                                            Inv#     135872
                                            Date     Nov 26, 2013
                                            Client Number  4011




Re:    GMACM - ARP - Project Management & Reporting          401106

For Professional Services Rendered:


   TIMEKEEPER                      RATE         HOURS           FEES
     CSR           140      140    52.00        13.10         681.20
     Ann Haan               AH    164.00       101.50      16,646.00
     Theresa Collins        TAC  192.00          7.00       1,344.00

Total Fees:                                               18,671.20


 10/01/13  TAC  Conference Calls/Project Meetings   0.25       48.00
 10/01/13  AH   Project Planning                    4.00      656.00
 10/02/13  TAC  Conference Calls/Project Meetings   0.50       96.00
 10/02/13  AH   Project Planning                    4.75      779.00
 10/03/13  TAC  Conference Calls/Project Meetings   0.50       96.00
 10/03/13  140  Escalated Call Support              4.55      236.60
 10/04/13  TAC  Conference Calls/Project Meetings   0.25       48.00
 10/04/13  AH   Project Planning                    5.00      820.00
 10/07/13  TAC  Conference Calls/Project Meetings   0.25       48.00
 10/07/13  AH   Project Planning                    4.50      738.00
 10/08/13  TAC  Conference Calls/Project Meetings   0.25       48.00
 10/08/13  140  Escalated Call Support              0.18        9.36
 10/08/13  AH   Project Planning                    5.75      943.00
 10/09/13  TAC  Conference Calls/Project Meetings   0.25       48.00
 10/09/13  AH   Conference Calls/Project Meetings   6.50    1,066.00
 10/10/13  TAC  Conference Calls/Project Meetings   0.25       48.00
 10/10/13  AH   Project Planning                    3.75      615.00
 10/11/13  TAC  Conference Calls/Project Meetings   0.25       48.00
 10/11/13  140  Escalated Call Support              0.26       13.52
 10/11/13  AH   Project Planning                    5.50      902.00
 10/14/13  TAC  Conference Calls/Project Meetings   0.25       48.00
 10/14/13  140  Escalated Call Support              0.75       39.00
 10/14/13  AH   Project Planning                    5.25      861.00
 10/15/13  TAC  Conference Calls/Project Meetings   0.25       48.00
 10/15/13  AH   Project Planning                    8.25    1,353.00
 10/16/13  140  Escalated Call Support              1.22       63.44
 10/16/13  AH   Conference Calls/Project Meetings   2.75      451.00
 10/17/13  140  Escalated Call Support              1.39       72.28
 10/17/13  AH   Project Planning                    2.25      369.00
 10/18/13  AH   Client Inquiries & Reporting        0.50       82.00
 10/21/13  TAC  Conference Calls/Project Meetings   0.25       48.00
 10/22/13  TAC  Conference Calls/Project Meetings   0.25       48.00
 10/22/13  140  Escalated Call Support              0.28       14.56
 10/22/13  AH   Client Inquiries & Reporting        6.50    1,066.00
```

```
                                              Inv#     135872
                                              Date     Nov 26, 2013
                                              Client Number  4011

10/23/13  TAC  Conference Calls/Project Meetings   1.00       192.00
10/23/13  140  Escalated Call Support              0.44        22.88
10/23/13  AH   Conference Calls/Project Meetings   7.50     1,230.00
10/24/13  TAC  Conference Calls/Project Meetings   0.50        96.00
10/24/13  140  Escalated Call Support              0.14         7.28
10/24/13  AH   Client Inquiries & Reporting        5.25       861.00
10/25/13  TAC  Conference Calls/Project Meetings   0.50        96.00
10/25/13  140  Escalated Call Support              1.90        98.80
10/25/13  AH   Client Inquiries & Reporting        2.50       410.00
10/28/13  TAC  Conference Calls/Project Meetings   0.25        48.00
10/28/13  140  Escalated Call Support              0.99        51.48
10/28/13  AH   Client Inquiries & Reporting        5.50       902.00
10/29/13  TAC  Conference Calls/Project Meetings   0.25        48.00
10/29/13  140  Escalated Call Support              1.00        52.00
10/29/13  AH   Client Inquiries & Reporting        4.75       779.00
10/30/13  TAC  Conference Calls/Project Meetings   0.50        96.00
10/30/13  AH   Project Planning                    5.00       820.00
10/30/13  AH   Conference Calls/Project Meetings   0.75       123.00
10/31/13  TAC  Conference Calls/Project Meetings   0.25        48.00
10/31/13  AH   Client Inquiries & Reporting        5.00       820.00


Total Services                                            18,671.20



Total Expenses                                                  .00
                                                      --------------

Total This Matter                                         18,671.20
                                                      --------------
```

```
                                          Inv#      135872
                                          Date      Nov 26, 2013
                                          Client Number  4011




   Re:    GMACM - ARP - Technical Consulting              401107

   For Professional Services Rendered:


    TIMEKEEPER                      RATE      HOURS          FEES
    Greg Brown             GSB    141.00      0.10          14.10
    Hai Bui                HB     141.00      0.60          84.60
    Kalene Jones           KLJ    180.00      0.75         135.00
    Kari Mason             KM     175.00      1.90         332.50
    Kevin Hartman          KH     185.00      0.40          74.00
    Lee Anderson           LA     141.00      0.40          56.40
    Mahin Alam             MA     185.00      0.10          18.50
    Mark Kitoski           MK     163.00      1.40         228.20
    Rebecca Howe           RH     163.00      1.80         293.40

Total Fees:                                             1,236.70


  10/01/13  KLJ  Conference Calls/Project Meetings   0.75       135.00
  10/01/13  MA   Application                         0.10        18.50
                 Modification/Development
  10/02/13  RH   Distribution File - Quality         0.40        65.20
                 Assurance
  10/08/13  LA   Application                         0.40        56.40
                 Modification/Development
  10/21/13  RH   Distribution File - Quality         0.10        16.30
                 Assurance
  10/22/13  HB   Application                         0.10        14.10
                 Modification/Development
  10/22/13  RH   Distribution File - Quality         0.20        32.60
                 Assurance
  10/23/13  RH   Distribution File - Quality         0.40        65.20
                 Assurance
  10/24/13  MK   Distribution File - Quality         0.60        97.80
                 Assurance
  10/24/13  HB   Application                         0.20        28.20
                 Modification/Development
  10/25/13  KH   Application Setup & Configuration   0.40        74.00
  10/25/13  MK   Distribution File - Quality         0.80       130.40
                 Assurance
  10/28/13  KM   Generate Supplemental Notice Files  1.90       332.50
  10/29/13  HB   Application                         0.30        42.30
                 Modification/Development
  10/30/13  GSB  Application                         0.10        14.10
                 Modification/Development
```

```
                                              Inv#      135872
                                              Date      Nov 26, 2013
                                              Client Number  4011

    10/30/13  RH   Distribution File - Quality        0.70         114.10
                   Assurance



Total Services                                                   1,236.70



Total Expenses                                                        .00
                                                                 --------------
Total This Matter                                                1,236.70
                                                                 --------------
```

```
                                              Inv#      135872
                                              Date      Nov 26, 2013
                                              Client Number  4011




Re:    GMACM - ARP - Expenses                                401190

For Professional Services Rendered:




Expense Detail:


Reference    Date    Description                             Amount
---------    ----    -----------                             ------

       Postage/Federal Express
           10/31/13  Postage; 2 pieces                         1.10
                                         Subtotal             1.10

       Shredding/Storage
           10/30/13  Storage and/or Shredding 255 Boxes      510.00
           10/31/13  Data Storage October 2013             7,178.12
           10/31/13  Storage and/or Shredding 6 Boxes         12.00
                                         Subtotal         7,700.12

       Photocopies/Faxing/Printing
           10/31/13  Photocopies/Faxing/Printing; 1056       211.20
           10/31/13  Photocopies/Faxing/Printing              10.40
                                         Subtotal           221.60

       Website Hosting
           10/31/13  Portal Access Charge; 25 Users        2,000.00
                                         Subtotal         2,000.00


Total Expenses                                            9,922.82
                                                       --------------

Total This Matter                                         9,922.82
                                                       --------------
```