| | |
|---|---|
| MORRISON & FOERSTER LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| Gary S. Lee | Kenneth H. Eckstein |
| Lorenzo Marinuzzi | Douglas H. Mannal |
| Todd M. Goren | Stephen D. Zide |
| Jennifer L. Marines | Rachael L. Ringer |
| 1290 Avenue of the Americas | 1177 Avenue of the Americas |
| New York, New York 10104 | New York, New York 10036 |
| Telephone: (212) 468-8000 | Telephone: (212) 715-9100 |
| Facsimile: (212) 468-7900 | Facsimile: (212) 715-8000 |
| *Counsel for Debtors and Debtors-in-Possession* | *Counsel for the Official Committee of Unsecured Creditors* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF (I) REVISED SECOND AMENDED JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC, ET AL. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND (II) BLACKLINE OF CHANGED PAGES IN REVISED SECOND AMENDED JOINT CHAPTER 11 PLAN**

**PLEASE TAKE NOTICE** that on December 3, 2013, the Plan Proponents filed the *Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 5993] (the "Second Amended Plan").

**PLEASE TAKE FURTHER NOTICE** that Plan Proponents hereby submit the revised *Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* (the "Revised Second Amended Plan"), annexed hereto as Exhibit 1, including all schedules thereto. The Revised Second Amended Plan includes amended Schedules 5, 6, and 7 of the Plan, comprising the Excluded Assets (as such term is defined in the Revised Second Amended Plan).

- 1 -

ny-1120839

**PLEASE TAKE FURTHER NOTICE** that a comparison of the Second Amended Plan and the Revised Second Amended Plan, including only the changed pages as between the two versions, is attached hereto as Exhibit 2.

**PLEASE TAKE FURTHER NOTICE** that objections to the Revised Second Amended Plan, solely with respect to the treatment of the Junior Secured Notes Claims proposed in the Revised Second Amended Plan, must be filed and served so as to be received no later than **Monday, December 9, 2013 at 5:00 (ET)**.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Revised Second Amended Plan may be obtained via PACER at http://www.nysb.uscourts.gov or from the Debtors' restructuring website at www.kccllc.net/rescap.

*[Remainder of Page Intentionally Left Blank]*

Dated: December 6, 2013

Respectfully submitted,

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
Jennifer L. Marines
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

-and-

Kenneth H. Eckstein
Douglas H. Mannal
Stephen D. Zide
Rachael L. Ringer
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-3280
Facsimile:  (212) 715-8000

*Counsel for the Official Committee of Unsecured Creditors*