MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Todd M. Goren
Samantha Martin

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------
                                                                )
   In re:                                                       )    Case No. 12-12020 (MG)
                                                                )
   RESIDENTIAL CAPITAL, LLC, et al.,     )    Chapter 11
                                                                )
                                     Debtors.        )    Jointly Administered
                                                                )
---------------------------------------------------------------------

**LIMITED NOTICE OF DE MINIMIS SALE**

**PLEASE TAKE NOTICE** that, on August 29, 2012, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered the *Order Pursuant to 11 U.S.C. §§ 105, 363, and 365 to (A) Establish Procedures for the Sale or Disposal of De Minimis Assets; and (B) Authorize the Debtors to (I) Pay Related Fees and Expenses and (II) Assume, Assign, or Reject Related Executory Contracts and Unexpired Leases* [Dkt. No. 1311] (the "Sale Order") authorizing the above-captioned debtors and debtors in possession (collectively, the "Debtors"), to sell certain *de minimis* assets (collectively, the "*De Minimis* Assets").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Sale Order, the Debtors propose to sell or transfer (the "Proposed Sale") the *De Minimis* Assets set forth and described on Exhibit A attached hereto (the "Sale Assets"). Exhibit A identifies, for each Sale Asset: (i) the purchaser, (ii) the Sale Assets, (iii) the major economic terms and conditions of the Proposed Sale, including the net proceeds, (iv) the proposed assumption, assignment, or rejection of related contracts, if any, (v) the identities of any parties holding or asserting liens against the Sale Assets, and (vi) the financing facility to which the Sale Assets are pledged, if any, and (vii) the identity of the broker, if any, and related commissions.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Proposed Sale shall be made in writing, shall state with particularity the grounds therefore, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern

1

ny-1120949

District of New York, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (General Order M-399 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest, on a 3.5 inch disk or CD-ROM, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-399 or otherwise so as to be actually received by the following parties (the "Notice Parties") **no later than December 13, 2013 at 4:00 p.m. (prevailing Eastern Time)**: (i) counsel for the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attention: Gary S. Lee, Todd M. Goren and Samantha Martin); (ii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004 (Attn: Brian S. Masumoto, Esq.); (iii) counsel to the Creditors' Committee, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas New York, NY 10036, (Attn: Kenneth H. Eckstein and Douglas H. Mannal); (iv) the Office of the United States Attorney for the Southern District of New York, 86 Chambers Street, Third Floor, New York, New York 10007; (v) counsel to Ally Financial, Inc., Kirkland & Ellis, 601 Lexington Avenue, New York, New York 10022 (Attn: Ray C. Schrock, Stephen E. Hessler, and Craig A. Bruens); (vi) counsel to Barclays Bank, PLC, as Administrative Agent for the DIP Lenders, Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036 (Attn: Ken Ziman and Jonathan H. Hofer); (vii) co-counsel to the Ad Hoc Group of Junior Secured Noteholders, White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036 (Attn: David Thatch); (viii) co-counsel to the Ad Hoc Group of Junior Secured Noteholders, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Gerard Uzzi); and (ix) counsel to U.S. Bank, N.A., as Trustee for the Junior Secured Notes, Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 10178 (Attn: Eric R. Wilson).

If no written objections are filed with the Bankruptcy Court and timely served on the Notice Parties, the Debtors are authorized to immediately consummate the Proposed Sale.

| | |
|---|---|
| Dated: December 6, 2013<br>New York, New York | Respectfully submitted,<br><br>/s/ *Todd M. Goren*<br>Gary S. Lee<br>Todd M. Goren<br>Samantha Martin<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:    (212) 468-8000<br>Facsimile:      (212) 468-7900<br><br>*Attorneys for the Debtors and Debtors in Possession* |

## Exhibit A

| Seller | Purchaser[1] | Sale Assets | Gross Proceeds | Assumption/ Assignment/ Rejection | Parties Holding Liens | Identity of Broker and Related Commissions | Net Proceeds |
|---|---|---|---|---|---|---|---|
| RFC Asset Holdings II, LLC | The Chotin Group Corporation | 9 securities structured as Owner's Trusts, as detailed in the list below | $850,000 | N/A | Wells Fargo Bank, N.A. as Collateral Agent for each of the Ally Revolver and Junior Secured Notes | N/A | $850,000 |

---

[1] The purchaser is not an "insider" of the Debtors, as defined in Bankruptcy Code Section 101(31).

| Issuer | Depositor | Trustee | Date of Operative Agreements | Certificate |
|---|---|---|---|---|
| RFMSII 2003-HI3 | Residential Funding Mortgage Securities II, Inc. | The Bank of New York Trust Company, N.A., as indenture trustee<br><br>Wilmington Trust Company, as owner trustee | Indenture, Trust Agreement, Servicing Agreement<br><br>September 25, 2003 | Trust Certificate |
| RFMSII 2003-HS2 | Residential Funding Mortgage Securities II, Inc. | The Bank of New York Trust Company, N.A., as indenture trustee<br><br>Wilmington Trust Company, as owner trustee | Indenture, Trust Agreement, Servicing Agreement<br><br>June 26, 2003 | Class SB-II Certificate |
| RFMSII 2003-HS3 | Residential Funding Mortgage Securities II, Inc. | The Bank of New York Trust Company, N.A., as indenture trustee<br><br>Wilmington Trust Company, as owner trustee | Indenture, Trust Agreement, Servicing Agreement<br><br>September 29, 2003 | Class SB-II Certificate |
| RFMSII 2003-HS4 | Residential Funding Mortgage Securities II, Inc. | The Bank of New York Trust Company, N.A., as indenture trustee<br><br>Wilmington Trust Company, as owner trustee | Indenture, Trust Agreement, Servicing Agreement<br><br>December 30, 2003 | Class SB Certificate |
| RFMSII 2004-HI3 | Residential Funding Mortgage Securities II, Inc. | The Bank of New York Trust Company, N.A., as indenture trustee<br><br>Wilmington Trust Company, as owner trustee | Indenture, Trust Agreement, Servicing Agreement<br><br>September 29, 2004 | Trust Certificate |

| RFMSII 2004-HS1 | Residential Funding Mortgage Securities II, Inc. | The Bank of New York Trust Company, N.A., as indenture trustee<br><br>Wilmington Trust Company, as owner trustee | Indenture,<br>Trust Agreement,<br>Servicing Agreement<br><br>March 29, 2004 | Class SB-II Certificate |
|---|---|---|---|---|
| RFMSII 2004-HS2 | Residential Funding Mortgage Securities II, Inc. | The Bank of New York Trust Company, N.A., as indenture trustee<br><br>Wilmington Trust Company, as owner trustee | Indenture,<br>Trust Agreement,<br>Servicing Agreement<br><br>June 29, 2004 | Class SB-II Certificate |
| RFMSII 2004-HS3 | Residential Funding Mortgage Securities II, Inc. | The Bank of New York Trust Company, N.A., as indenture trustee<br><br>Wilmington Trust Company, as owner trustee | Indenture,<br>Trust Agreement,<br>Servicing Agreement<br><br>September 29, 2004 | Class SB Certificate |
| RFMSII 2005-HI2 | Residential Funding Mortgage Securities II, Inc. | The Bank of New York Trust Company, N.A., as indenture trustee<br><br>Wilmington Trust Company, as owner trustee | Indenture,<br>Trust Agreement,<br>Servicing Agreement<br><br>June 29, 2005 | Trust Certificate |