# Exhibit 1

## The Assumption Schedule

ny-1117856

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Ally Bank | Custodial Agreement dated July 1, 2009, as amended | 7/1/2009 | Ally Bank | 1100 Virginia Drive, Fort Washington PA 19034 attn: Director Document Custody Michael Hebling | $0.00 |
| Residential Capital, LLC | ATC Capital Markets | International tax advisory, Netherlands | 8/5/2010 | Fernando Oscar Account Manager | ATC Capital Markets \| Olympic Plaza \| Fred. Roeskestraat 123 \| 1076 EE Amsterdam \| The Netherlands | $0.00 |
| GMAC Mortgage, LLC | AvePoint | Master Service Agreement - AvePoint is a search based tool for SharePoint site. | 1/1/2008 | Claire Ma | Harborside Financial Center, Plaza 10, Suite 202, 3 Second Street Jersey City, NJ 07311 | $0.00 |
| Residential Funding Corporation, K.N.A Residential Funding Company, LLC | Beazer Homes Corp., a Tennessee corporation | Belmont, LLC Operating Agreement | 6/2/2005 | Belmont, LLC<br><br>Beazer Homes USA, Inc.<br><br>Beazer Homes Corp.<br><br>James Mancuso, Esquire<br><br>LandAmerica Lawyers Title | 2630 S. Falkenburg Road, Riverview, FL 33569 Attention: Ed Suchora<br>1000 Abernathy Road, Ste 200, Atlanta, GA, Attn: Cory J. Boydston<br>2630 S. Falkenburg Rd., Riverview, FL 33569, Attn: Ed Suchora<br>1025 Greenwood Blvd., Ste 222, Lake Mary, FL 32746<br>14802 N. Dale Mabry Hwy., Ste 100, Tampa, FL 33618 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Funding Corporation, K.N.A Residential Funding Company, LLC | Beazer Homes Corp., a Tennessee corporation | Belmont, LLC | 2/1/2006  Most of the deal docs are dated 6/28/05; however, the deal didn't close until February 2006 | Jeff Hoza, River Marsh Development, LLC  Don Knutson, Beazer Homes USA, Inc. | 1000 Abernathy Rd., Ste 1200, Atlanta, GA 30328  14901 Bogle Drive, Chantilly, VA 20151 | $0.00 |
| Residential Capital LLC | Centerview Partners LLC | Investment Banking Advisor Agreement and any amendments thereto | 10/18/2011 | Centerview Partners | 31 West 52nd Street, 22nd Floor New York, NY 10019 | $0.00 |
| RFC, as successor-in-interest to Residential Funding Corporation | Community Bank of Northern Virginia (CBNV) and PNC Bank NA (PNC), as successor-in-interest to CBNV | Indemnification agreement requiring the loan originator (CBNV/PNC) to indemnify RFC in certain circumstances. The contract incorporates the terms of RFC's July 1, 1997 AlterNet Seller Guide | 5/15/1998 | PNC Bank, N.A.  Attn: William H. Callihan | 249 Fifth Avenue, One PNC Plaza, Pittsburgh, PA 15222 | $0.00 |
| Residential Capital, LLC | Corporation Service Company ("CSC") | Serves as Registered Agent for all ResCap entities | | Credit Rep: J. Latham | 2711 Centerville Road, Suite 400 Wilmington, DE 19808 | $0.00 |
| GMAC Mortgage LLC; | Federal Housing Administration | Application, as approved | 9/1/2006 (received 9/6/2006) | Ms. Volky A. Garcia | U.S. Department of Housing and Urban Development, 490 L'Enfant Plaza East, SW, Suite 3214, Washington, DC 20024 | $0.00 |
| GMAC Mortgage, LLC | GMAC Mortgage Ginnie Mae Escrow - The Bank of New York Mellon | Escrow Agreement between The Bank of New York Mellon, GMAC Mortgage LLC, and the Government National Mortgage Association (Ginnie Mae), and any amendments thereto | 12/21/2009 | F. Phil Triolo | Escrow Agent Corporate Trust Administration 101 Barclay Street - Floor 8W New York, New York, 10286 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement.  Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Funding Corporation | Gregory B. Lucas | Guaranty and related documents | 6/1/2006 | Gregory B. Lucas | 805 North Pennsylvania, Glendora, CA 9 | $0.00 |
| RFC, as successor-in-interest to Residential Funding Corporation | Guaranty National Bank of Tallahassee (GNBT) and Federal Deposit Insurance Corporation (FDIC), as successor-in-interest to GNBT | Indemnification agreement requiring the loan originator (GNBT/FDIC) to indemnify RFC in certain circumstances. The contract incorporates the terms of RFC's Consumer Finance Acquisitions Guide | 2/10/2000 | Federal Deposit Insurance Corporation Receiver: Guaranty National Bank of Tallahassee Attention: Claims Department, DRR | 1601 Bryan Street, Dallas, TX 75201 | $0.00 |
| GMAC Residential Funding Corporation | Hearthstone MS II Professionals, LLC | Amended and Restated Operating Agreement of Hearthstone-MSII Homebuilding Investors, LLC and all amendments thereto | 9/1/1999 | Hearthstone Advisors, Inc Attn: James Pugash | c/o Hearthstone Advisors, Inc 55 Francisco Street, Suite 700 San Francisco, CA 94133 | $0.00 |
| Residential Funding Corporation | Hearthstone Professionals - RFC, LLC | Operating Agreement of Hearthstone-RFC Homebuilding Investors, LLC - along with all amendments thereto | 10/1/1997 | Hearthstone Advisors, Inc Attn: James Pugash | c/o Hearthstone Advisors, Inc 55 Francisco Street, Suite 700 San Francisco, CA 94133 | $0.00 |
| Residential Funding Corporation | Hearthstone Professionals II, LP | Limited Partnership Agreement of Hearthstone Multi-State Homebuilding Partners, LP - along with all amendments thereto | 9/15/1994 | Hearthstone Advisors, Inc Attn: Richard Werner | Hearthstone Professional V, LP c/o Hearthstone Advisors, Inc 16830 Ventura Blvd, Suite 352 Encino, CA 91436 | $0.00 |
| GMAC Mortgage, LLC | Hewlett-Packard Corporation | Master Service Agreement - Printing and maintaince contract for all HP printers | 3/17/2005 | Tad Taggart | 20000 Victor Parkway, Suite 200 Livonia, MI 48152 United States | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Hewlett-Packard Corporation | Statement of Work for HP (Master Service Agreement for HP (HP Pay Per Use for Imaging and Printing Services Agreement (together with all Exhibits, Attachments and Statements of Work related to the Equipment | 10/3/2005 | Tad Taggart | 20000 Victor Parkway, Suite 200 Livonia, MI 48152 United States | $0.00 |
| Residential Capital, LLC | Jeffrey Johnson | Serves as NM (in-state) collection agency manager for RFC's License | | Jeffrey Johnson | 5612 Cometa Court Albuquerque, NM 87111-1410 | $0.00 |
| GMAC Mortgage, LLC | JP Morgan Chase | Securities custodian agreement and any amendments thereto | 3/31/2011 | JP Morgan Chase | 713 Main St Floor 6 Houston, TX 77002-3201 | $24,750.65 |
| Residential Funding Company, LLC | MERS | MERSCORP, Inc. Class B Common Stock | 11/21/2011 | MERSCORP, attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | $0.00 |
| GMAC Mortgage LLC | MERS | Membership Agreement & related SSAs | 5/13/1999 | MERSCORP, attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | $0.00 |
| Residential Funding Company, LLC | MERS | Membership Agreement & related SSAs | 10/22/1999 | MERSCORP, attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | $0.00 |
| GMAC Mortgage LLC | MERS | MERS Parent/Child Relationship Agreement | | Bill Hazeltine | Sullivan Hazeltine Allinson LLC, 901 N. Market St., Suite 1300, Wilmington, DE 19801 | $0.00 |
| GMAC Mortgage, LLC | The Bank of New York Mellon; Morgan Stanley & Co., Incorporated | Collateral Account Control Agreement among GMAC Mortgage, Morgan Stanley Co. Incorporated, and the Bank of New York Mellon | 8/18/2010 | Rick Arendas (BONY Mellon); Attention: Notices (Morgan Stanley) | One Wall Street New York, New York 10286; 1585 Broadway, New York, NY 10036-8293 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC | ResCap Employees | Residential Capital, LLC Severance Plan | 3/8/2012 | Residential Capital, LLC | 1000 Virginia Drive, Ft. Washington, PA 19034 | $0.00 |
| GMAC Mortgage LLC | Rexford Road Lease Assignment | Lease Assignment for the Rexford Road location in Charlotte, NC. | 3/1/2012 | David W. Barnes- Senior Property Manager | 2101 Rexford Road, Suite 325 W, charlotte NC 28211 | $0.00 |
| Residential Funding Company, LLC | State Street | Securities custodian agreement and any amendments thereto | 6/1/2009 | Susan Horn | Two World Financial Center, 225 Liberty Street, New York. New York, 10281 | $3,910.97 |
| GMAC Mortgage, LLC | The Bank of New York Mellon Trust Company, LLC | Custodial Agreement, and any amendments thereto | 6/1/2010 | The Bank of New York Mellon Trust Company | 2220 Chemsearch Blvd, Suite 150 Irving, Texas  75062 | $0.00 |
| Residential Funding Company, LLC | United Water Idaho, Inc | Water Infrastructure Extension and Construction Cost Refund Agreement  - Hidden Springs Community, LLC | 4/30/1998 | William Linam | United Water Idaho 8248 W. Victory Road Boise, ID 83709 | $0.00 |
| GMAC Mortgage, LLC | VA | All agreements or  contracts  with respect to FHA/VA loans, related claims and servicing (to the extent owned) arising out of ResCap's or its affiliates' status as approved issuer by Ginnie Mae and under the Ginnie Mae guides." | | Ms. Kathie Shanklin | Department of Veteran Affairs | $0.00 |
| GMAC Mortgage LLC | Vision Global Solutions, LLC | Statement of Work - database maintenance | 12/18/2006 | | Denver Regional Loan Center | $0.00 |
| HomeConnectsLending Service LLC | Vision Global Solutions, LLC | Master Service Agreement - database maintenance | 7/24/2007 | | 155 Van Gordon St | $0.00 |
| Home Connects / GMAC Mortgage LLC | Vision Global Solutions, LLC | Statement of Work - database maintenance | 4/23/2009 | | Lakewood, CO 80228 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement.  Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Vital Media Security, Inc. | Master Service Agreement for offsite data storage in the Fulcrum data center. | 4/1/2003 | Sharon Sehon | 1421 LeMay Drive Carrollton, TX  75007 | $0.00 |
| GMAC Mortgage, LLC | Vital Media Security, Inc. | Statement of Work for Offsite data/tape storage in the Fulcrum data center | 4/1/2003 | Sharon Sehon | 1421 LeMay Drive Carrollton, TX  75007 | $0.00 |
| GMAC Mortgage, LLC | Vital Media Security, Inc. | Confidentiality non-disclosure and security agreement | 5/10/2004 | Sharon Sehon | 1421 LeMay Drive Carrollton, TX  75007 | $4,756.07 |
| Residential Funding Company LLC | Wells Fargo Bank, N.A. | Subservicer Contract | 2/1/2007 | Wells Fargo Bank, N.A. | Wells Fargo Bank, N.A., 1 Home Campus, Des Moines, Iowa 50328-0001, Attention: John. B Brown, MAC X2302-033 and General Counsel, MAC X2401-06T | $0.00 |
| Residential Funding Company, LLC; GMAC Mortgage, LLC | Wells Fargo Bank, NA | Custodial Agreement and any predecessor agreements, amendments, and supplements thereto | 5/19/2009 | Attention: Mortgage Document Custody | Wells Fargo Bank, National Association, 1015 10th Avenue, SE, Minneapolis, MN 55414 | $1,439.05 |
| Residential Funding Corporation GMACM Mortgage LLC | Wells Fargo Bank, NA | Custodial Agreement, as amended, and related agreements | 6/4/2008 | Wells Fargo Bank, N.A. | 751 Kasota Avenue  Minneapolis, MN 55414  Attn: Document Custody | $5,400.15 |
| Residential Capital, LLC | Wells Fargo Bank, NA | "Generica" Custodial Agreement and any amendments thereto | | Wells Fargo Bank, N.A. | 1015 10th Avenue SE Minneapolis, MN 55414 attn: Document Custody | $5,441.94 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement.  Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Postpetition Agreements Vesting in the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC-RFC Auritec S.A. | A&A Aesores Internacionales, S.C. | Accounting in Mexico- accounting & tax return preparation, review & filing for Auritec | 9/11/2012 | C.P.C. Roberto Aiza Socio Director / Managing Partner | Paseo de la Palmas 405-301 Torre Optima I Lomas de Chapultepec 11000 | N/A |
| Residential Capital, LLC | All Covered | On-site Desktop Support services provider that will be utilized as needed on a T&E basis should any associate require on-site desktop support. | 7/6/2013 | Chris Geiser | 1051 E Hillsdale Blvd #510, Foster City, CA 94404 | N/A |
| Residential Capital LLC | Ally Financial, Inc.; Ocwen Loan Servicing, LLC; Walter Investment Management Corp. | AFI/ResCap/Ocwen/Walter Cooperation Agreement | 1/31/2013 | General Counsel, AFI; Paul Koches (Ocwen); Stuart Boyd (General Counsel, Walter) | Ally Financial Inc., 1100 Virginia Drive, Fort Washington, PA 19034; Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100 West Palm Beach, FL 33409; Walter Investment Management Corp., 3000 Bayport Drive, Suite 1100, Tampa, FL 33607 | N/A |
| Residential Capital, LLC | Ally- SSA and all SOW's issued thereunder | SSA_20120513_Shared Services Agreement by and between Ally Financial Inc. and Residential Capital, LLC | 2/15/2013 | | | N/A |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule. For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

ny-1115358                                                                1

Assumption Schedule: Postpetition Agreements Vesting in the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC and other companies | Berkshire Hathaway, Inc | Asset Purchase Agreement and related documents | APA dated 11/2/2012 | Marc D. Hamburg; Thomas Walper | Berkshire Hathaway Inc. 1440 Kiewit Plaza Omaha, NE 68131 Attention: Marc D. Hamburg<br><br>Munger, Tolles & Olson LLP 355 South Grand Avenue Los Angeles, CA 90071 Attention: Thomas Walper | N/A |
| Residential Capital, LLC | Clayton Services | Tri Partite agreement between Walter/Green Tree, ResCap and Clayton for Clayton to perform IRG monitoring and testing of Walter/Green Tree on behalf of ResCap | 9/1/2013 | Stuart Boyd, General Counsel | Walter Investment Management Corp., 3000 Bayport Drive, Suite 1100, Tampa, FL 33607 | N/A |
| Residential Capital | Clear Capital | Master Services Agreement for Clear Capital to provide BPO valuations work related to whole loans | 9/6/2013 | Kevin Demm | 10875 Pioneer Trail, Truckee CA 96161 | N/A |
| Residential Capital, LLC | Cushman Wakefield- MN Lease | Amended Lease for 1st floor occupancy at Normandle, MN | 2/27/2013 | Lance Brockmueller RPA | 8400 Normandale Lake Blvd, Suite 320, Bloomington, MN 55437 | N/A |
| Residential Capital, LLC | Emerson/Liebert Corporation | Master Service Agreement - UPS Batteries/Power backup for IT servers in Normandale in the MDF room. | 10/22/2013 | Anthony Williams | 610 Executive Campus Dr, Westerville, OH 43082 | N/A |
| Residential Capital, LLC | Ernst and Young | Statement of Work - Bankruptcy tax advisory services | 2/4/2013 | Nancy Flagg/Howard Tucker | 5 Times Square, NY, NY 10036 | N/A |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule. For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

Assumption Schedule: Postpetition Agreements Vesting in the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC | Experis | Master Service Agreement - Tax services - Assistance | 9/30/2013 | Dan Walrath | 1600 John F Kennedy Blvd, #610, Philadelphia PA 19103 | N/A |
| GMAC Mortgage LLC | HUD | HUD- 11702 - Annual Resolution of Board | 2/11/2013 | Ms. Volky A. Garcia | U.S. Department of Housing and Urban Development, 490 L'Enfant Plaza East, SW, Suite 3214, Washington, DC 20024 | N/A |
| Residential Capital, LLC | Intacct | Master Servicing Agreement - Intacct provides hosting and support services for Core Financial Systems. | 8/2/2013 | Mike DiFrancesco | 150 Almaden Boulevard, Suite 1500, San Jose, CA 95113 | N/A |
| Residential Capital, LLC | JP Morgan Chase | ResCap Subsidiary Election stipulates all subs covered by account acceptance | 6/11/2013 | Helen Reece | 712 Main St Floor 6 Houston, TX 77002-3201 | N/A |
| Residential Capital, LLC | JP Morgan Chase | Restricted cash Ocwen Escrow | 2/15/2013 | Helen Reece | 713 Main St Floor 6 Houston, TX 77002-3201 | N/A |
| Residential Capital, LLC | JP Morgan Chase | Restricted cash Walter Escrow | 1/31/2013 | Helen Reece | 713 Main St Floor 6 Houston, TX 77002-3201 | N/A |
| Residential Capital, LLC | JP Morgan Chase | Master Service Agreement - ResCap Account Acceptance | 6/11/2013 | Helen Reece | 713 Main St Floor 6 Houston, TX 77002-3201 | N/A |
| Residential Capital, LLC | Lexis Nexis | Master Service Agreement - Master Service agreement between Lexis Nexis and Residential Capital, LLC | 7/31/2013 | Michael Spurlin | 1000 Alderman Drive, Alpharetta, GA 30005 | N/A |
| Residential Capital, LLC | Lexis Nexis (legal search) | Statement of Work -  Legal portion of Lexis Nexis MSA | 7/31/2013 | Michael Spurlin | 1000 Alderman Drive, Alpharetta, GA 30005 | N/A |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

ny-1115358                                                                                                      3

Assumption Schedule: Postpetition Agreements Vesting in the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC | Lexis Nexis (risk) | Statement of Work - Risk Management portion of Lexis Nexis MSA | 8/29/2013 | Maureen Josenhans | 1000 Alderman Drive, Alpharetta, GA 30005 | N/A |
| Residential Capital, LLC | Lincoln Benefits Group | Master Service Agreement - broker for 401K and Health benefits | 1/1/2013 | Chuck Yocum | 1300 Virginia Drive, Suite 310, Fort Washington, PA 19034 | N/A |
| GMAC Mortgage LLC | Loan Value Group, LLC | Master Services Agreement for Loan Value Group. | 10/8/2012 | Billy Garavente | 47 W RIVER ROAD RUMSON, NJ 07760 United States | N/A |
| Residential Funding Company, LLC | MERS | Tripartite signing authority agreement with MERS, RFC, and Ocwen relating to Membership Application/Rules of Membership | 9/9/2013 | MERSCORP, Attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | N/A |
| GMAC Mortgage, LLC | MERS | Tripartite signing authority agreement with MERS, GMACM, and Ocwen relating to Membership Application/Rules of Membership | 4/11/2013 | MERSCORP, Attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | N/A |
| Residential Funding Company, LLC | MERS | Tripartite signing authority agreement with MERS, RFC, and Indecomm Holdings relating to Membership Application/Rules of Membership | 5/21/2013 | MERSCORP, Attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | N/A |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule. For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

ny-1115358                                                                      4

Assumption Schedule: Postpetition Agreements Vesting in the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | MERS | Tripartite signing authority agreement with MERS, GMACM, and Indecomm Holdings relating to Membership Application/Rules of Membership | 11/27/2012 | MERSCORP, Attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | N/A |
| Residential Capital, LLC | Microsoft Licenses | Licensing Agreement showing transferred Microsoft licenses from Ally to Estates | 8/29/2013 | Microsoft Licensing, GP | Dept. 551 J Volume Licensing, 6100 Neil Road, Suite 210, Reno, Nevada 89511-1137 | N/A |
| Residential Capital, LLC | Mozy Pro | Transfer Letter for Licenses - DLP (Data Loss Prevention) Services for Estate associates desktops | 9/4/2013 | John O'Brien | EMC Corporation, 55 Constitution Blvd, Franklin, MA 02038 | N/A |
| Residential Capital, LLC | Night Owl | Master Service Agreement - eDiscovery Service provider company | 5/2/2013 | Adam Rubinger | 724 North 1st street, Mineeapolis, MN 55401 | N/A |
| Residential Capital, LLC | Nitel | Master Service Agreement for MPLS (dedicated) network services | 6/24/2013 | Anna August | 1101 W Lake Street, 6th Floor, Chicago, 60607 | N/A |
| Ocwen Loan Servicing, LLC; Residential Capital, LLC; Residential Funding Company, LLC; GMAC Mortgage, LLC; Executive Trustee Services, LLC; ETS of Washington, Inc.; EPRE LLC, GMACM Borrower LLC | Ocwen Loan Servicing, LLC | Asset Purchase Agreement, as amended | 11/2/2012 | Paul Koches (Ocwen); Jon D. Van Gorp and William R. Kucera (Mayer Brown) | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409; Mayer Brown LLP, 71 S. Wacker Drive, Chicago, Illinois 60603 | N/A |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule. For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

ny-1115358                                                                 5

Assumption Schedule: Postpetition Agreements Vesting in the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC Mortgage LLC; Residential Funding, LLC;  Executive Trustee Services, LLC; ETS of Washington, Inc. | Ocwen Loan Servicing, LLC | Servicing Agreement | 2/15/2013 | Ocwen | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, Attention: Paul Koches | N/A |
| GMAC Mortgage LLC; Residential Funding, LLC;  Executive Trustee Services, LLC; ETS of Washington, Inc. | Ocwen Loan Servicing, LLC | SubServicing Agreement | 2/15/2013 | Ocwen | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, Attention: Paul Koches | N/A |
| Residential Capital, LLC and Ocwen Loan Servicing, LLC | Ocwen Loan Servicing, LLC | Transition Services Agreement and Statements of Work executed thereunder | 2/15/2013 | Ocwen | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, Attention: Secretary | N/A |
| GMAC Mortgage, LLC | Oracle | Oracle Master Agreement between GMAC Mortgage, LLC and Oracle America, Inc., dated May 15, 2013, Number US-OMA-5365 | 5/15/2013 | Ian Trowle | Oracle America, Inc. 500 Oracle Parkway Redwood Shores, CA 94065 | N/A |
| GMAC Mortgage, LLC | Oracle | Oracle Assignment Agreement between Ally Financial, Inc., GMAC Mortgage, LLC and Oracle America, Inc., dated May 15, 2013 (PeopleSoft licenses referenced therein) | 5/15/2013 | Ian Trowle | Oracle America, Inc., 500 Oracle Parkway, Redwood Shores, CA 94065 | N/A |
| Residential Capital, LLC | Paradigm Staffing | Master Service Agreement - for the Estate legal team | 10/1/2013 | Hari Raju | 163 West 14th Street, Union Station. Erie PA 16508 | N/A |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

Assumption Schedule: Postpetition Agreements Vesting in the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC | Paylocity | Master Service Agreement - Estate / Liquidating Trust payroll provider | 10/1/2013 | Jim Andrews | 3850 N Wilke Road, Arlington Heights, IL 60004 | N/A |
| Residential Capital, LLC | PWC - PricewaterhouseCoopers LLP | Engagement Letter - Ongoing engagement with PwC for DOJ (United States Department of Justice) and the SCRA (Servicemembers Civil Relief Act) Review | 3/8/2013 | Kate Laski | 1800 Tysons Boulevard, McLean, VA 22102 | N/A |
| Residential Capital, LLC | PWC - PricewaterhouseCoopers LLP | Engagement Letter - Ongoing engagement with PwC to conduct internal audit support services as it relates to the IFR (Independent Foreclosure Review) | 7/30/2013 | Scott Moyer | 1800 Tysons Boulevard, McLean, VA 22102 | N/A |
| Residential Capital, LLC | Randy Arneson - Independent Consultant | Master Service Agreement - Independent Contractor to perform tax services | 9/26/2013 | Randy Arneson | 625 Deborah Drive, Maple Plain MN 55359 | N/A |
| Residential Capital, LLC | Robert Half Professional Staffing Services | Master Service Agreement with Robert Half, a professional staffing services agency. | 10/7/2013 | Jennifer L Carlson | 8500 Normandale Lake Boulevard, Suite 1010, Bloomington, MN 55437 | N/A |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule. For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

Assumption Schedule: Postpetition Agreements Vesting in the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Rust Consulting | Master Service Agreement for Rust to act as payment agent (as required by the Federal Reserve Bank) to administer payments to 232,014 borrowers who were part of the FC lookback settlement that took place in June 2013 between ResCap and the FRB. | 7/25/2013 | Jim Parks | 625 Marquette Avenue, Suite 880, Minneapolis, MN | N/A |
| Residential Capital, LLC | Secure 24 | Master Servicing Agreement to provide Data Center Operations, Help Desk, and IT Services for ResCap. | 3/17/2013 | Pete Bartusek | 26955 Northwestern Hwy., Ste 200, Southfield, MI 48033 | N/A |
| GMAC Rescap Estate | Snowbound | Software License Agreement in support of FileNEt platform. | 10/2/2013 | Lisa Savage | 309 Waverly Oaks Road, #401, Waltham, MA 02452 | N/A |
| Residential Capital | States Recovery System | Master Service Agreement - Nationwide collection services. | 7/22/2013 | Cindy Marler | 2951 Sunrise Blvd, Suite 100, Rancho Cordova, CA 95742 | N/A |
| Residential Capital, LLC | Structured Finance Management Limited | SFM Europe Agreement: brought in SFM UK to take over director duties of entities named in agreement | 2/1/2013 | Debtra Parsall | 35 Great St. Helen's, London, EC3A 6AP | N/A |
| Residential Capital, LLC | Tata Consultancy Services | Master Service Agreement for Tata Consultancy Services, an IT services, consulting and business solutions firm. | 7/1/2013 | Siva Kondamadugula | 101 Park Ave, 26th Floor, New York, NY 10178 | N/A |
| Residential Capital, LLC | Tata Consultancy Services | Statement of Work for application development and support | 7/1/2013 | Siva Kondamadugula | 101 Park Ave, 26th Floor, New York, NY 10178 | N/A |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule. For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

Assumption Schedule: Postpetition Agreements Vesting in the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC | Tata Consultancy Services | Statement of Work to engage TCS off-shore resources | 9/10/2013 | Siva Kondamadugula | 101 Park Ave, 26th Floor, New York, NY 10178 | N/A |
| Residential Capital, LLC | Tax Solutions Group | Project Services Agreement for the Finance/Treasury Team for independent contractor | | Richard Gross | 2634 Clearview Avenue, Mounds View, MN 55112 | N/A |
| Residential Capital, LLC | The Fountain Group | Staffing Agency providing the Estates with multiple contractors | 10/15/2013 | Chuck Yocum | 1300 Virginia Drive, Suite 310, Fort Washington, PA 19034 | N/A |
| Residential Capital, LLC | Thinking Phones | Master Service Agreement for landline telephone and internet services | 4/30/2013 | Joe Lollo | 54 Washburn Ave, Cambridge, 01240 | N/A |
| GMAC Mortgage, LLC Ally Financial Inc. | US Bank | Restricted cash for DSU payments | 1/3/2013 | | 633 W. Fifth Street, 24th Floor Attn: Georgina Thomas | N/A |
| GMAC Mortgage, LLC | Vital Media Security, Inc. | Statement of Work that assigns the Vital Media agreements back to ResCap from Walter Investment Management Corp. | 7/9/2013 | Sharon Sehon | 1422 LeMay Drive Carrollton, TX 75007 | N/A |
| Residential Capital, LLC and other companies | Walter | Asset Purchase Agreement and related documents | APA dated 11/2/2012 | Stuart Boyd, General Counsel (Walter); Jeffrey L. Jonas, Esq. and Samuel P. Williams, Esq. (Brown Rudnick) | Walter Investment Management Corp., 3000 Bayport Drive, Suite 1100, Tampa, FL 33607<br><br>Brown Rudnick LLP One Financial Center, Boston, MA 02111 | N/A |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule. For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

Assumption Schedule: Postpetition Agreements Vesting in the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Walter | Walter | TSA and all SOW's issued thereunder: TSA_20130131 Transition Services Agreement by and between Residential Capital, LLC and Walter Investment Management Corp. | 1/31/2013 | | Walter Investment Management Corp. 3000 Bayport Drive Suite 1100 Tampa, Fl 33607 | N/A |
| Residential Funding, LLC | Walter | Sub-contracted lease with Walter Investment Management Corp.for Estate Legal Suite Occupancy in Fort Washington, PA Location | 10/29/2013 | Patrick D. Lerch | 1100 Virginia Drive, Suite 100, MC: 190-FTW-M98, Fort Washington, PA 19034 | N/A |
| Residential Capital, LLC | Wells Fargo | Loan Collateral Custodian Agreement and any amendments thereto | 1/31/2013 | Attention: Document Custody | 1015 10th Avenue SE, Minneapolis MN 55414 | N/A |
| Residential Capital, LLC | Widerman | Master Service Agreement - broker for corporate insurance | 4/1/2013 | Shawn R. Knechtel | 70 Tanner Street, Haddonfield NJ 08033 | N/A |
| GMAC Mortgage, LLC | Xerox Corporation | Equipment lease for copier (UA0000510) | 10/15/2012 | Carole Laskey, Collections Specialist | 100 Clinton Avenue South, Rochester, NY 14644 | N/A |
| GMAC Mortgage, LLC | Xerox Corporation | Equipment lease for copier (UA0000515) | 10/16/2012 | Carole Laskey, Collections Specialist | 101 Clinton Avenue South, Rochester, NY 14644 | N/A |
| GMAC Mortgage, LLC | Xsell Resources | Master Service Agreement - Xsell Resources is the Estate's primary contract supplier | 6/13/2013 | Christine Price | 660 American Avenue, Suite 103, King of Prussia, PA 19406 | N/A |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule. For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."