# <u>Exhibit 2</u>

## The Assumption Schedule - Blackline

ny-1117856

**Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust**
**Blackline**

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC Model Home Finance 1, LLC | 1) CMH Holdings, LLC 2) Cerberus Capital Management | Amended and Restated Limited Liability Company Agreement of CMH Holdings LLC | 6/6/2008 | 1) Cerberus ResCap Asset Investors LLC<br><br>2) Schulte Roth & Zabel LLP | Cerberus ResCap Assets Investors LLC c/o Cerberus Capital Mgmt LP Attention: Mark Neporent 299 Park Avenue New York, NY 10171<br><br>Schulte Roth & Zabel LLP 919 Third Avenue New York, NY 10022 Attention: John Pollack | $0.00 |
| GMAC Mortgage, LLC | Ally Bank | Custodial Agreement dated July 1, 2009, as amended | 7/1/2009 | Ally Bank | 1100 Virginia Drive, Fort Washington PA 19034 attn: Director Document Custody Michael Hebling | $0.00 |
| Residential Capital, LLC | ATC Capital Markets | International tax advisory, Netherlands | 8/5/2010 | Fernando Oscar Account Manager | ATC Capital Markets | Olympic Plaza | Fred. Roeskestraat 123 | 1076 EE Amsterdam | The Netherlands | $0.00 |
| GMAC Mortgage, LLC | AvePoint | Master Service Agreement - AvePoint is a search based tool for SharePoint site. | 1/1/2008 | Claire Ma | Harborside Financial Center, Plaza 10, Suite 202, 3 Second Street Jersey City, NJ 07311 | $0.00 |
| Residential Funding Corporation, K.N.A Residential Funding Company, LLC | Beazer Homes Corp., a Tennessee corporation | Belmont, LLC Operating Agreement | 6/2/2005 | Belmont, LLC<br><br>Beazer Homes USA, Inc.<br><br>Beazer Homes Corp.<br><br>James Mancuso, Esquire<br><br>LandAmerica Lawyers Title | 2630 S. Falkenburg Road, Riverview, FL 33569 Attention: Ed Suchora 1000 Abernathy Road, Ste 200, Atlanta, GA, Attn: Cory J. Boydston 2630 S. Falkenburg Rd., Riverview, FL 33569, Attn: Ed Suchora 1025 Greenwood Blvd., Ste 222, Lake Mary, FL 32746 14802 N. Dale Mabry Hwy., Ste 100, Tampa, FL 33618 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement.  Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

**Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust**
**Blackline**

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Funding Corporation, K.N.A Residential Funding Company, LLC | Beazer Homes Corp., a Tennessee corporation | Rivermarsh Development, LLC | 2/1/2006<br><br>Most of the deal docs are dated 6/28/05; however, the deal didn't close until February 2006 | **Jeff Hoza, River Marsh Development, LLC**<br><br>**Don Knutson, Beazer Homes USA, Inc.** | **1000 Abernathy Rd., Ste 1200, Atlanta, GA 30328**<br><br>**14901 Bogle Drive, Chantilly, VA 20151** | $0.00 |
| Residential Capital LLC | Centerview Partners LLC | Investment Banking Advisor Agreement and any amendments thereto | 10/18/2011 | Centerview Partners | 31 West 52nd Street, 22nd Floor New York, NY 10019 | $0.00 |
| ~~Residential Capital, LLC (The entities are all international non-debtors that roll up to ResCap. This agreement brought in SFM UK to take over the director duties of the entities, when Jim Whit and David Marquardt stepped down as directors. This agreement was put in place this past Feb/March.)~~ | ~~Citi~~ | ~~Restricted cash for NY licensing– in legal dispute with Citi over return of funds~~ | ~~8/19/2011~~ | ~~Emil Cornejo~~ | ~~730 Veterans Highway Hauppauge, NY, 11788~~ | ~~$0.00~~ |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC | CMH Holdings LLC | Servicing Agreement | 7/24/2008 | 1) Cerberus ResCap Asset Investors LLC<br><br>2) Schulte Roth & Zabel LLP | Cerberus ResCap Assets Investors LLC c/o Cerberus Capital Mgmt LP Attention: Mark Neporent 299 Park Avenue New York, NY 10171<br><br>Schulte Roth & Zabel LLP 919 Third Avenue New York, NY 10022 Attention: John Pollack | $0.00 |
| RFC, as successor-in-interest to Residential Funding Corporation | Community Bank of Northern Virginia (CBNV) and PNC Bank NA (PNC), as successor-in-interest to CBNV | Indemnification agreement requiring the loan originator (CBNV/PNC) to indemnify RFC in certain circumstances. The contract incorporates the terms of RFC's July 1, 1997 AlterNet Seller Guide | 5/15/1998 | PNC Bank, N.A. Attn: William H. Callihan | 249 Fifth Avenue, One PNC Plaza, Pittsburgh, PA 15222 | $0.00 |
| Residential Capital, LLC | Corporation Service Company ("CSC") | Serves as Registered Agent for all ResCap entities | | Credit Rep: J. Latham | 2711 Centerville Road, Suite 400 Wilmington, DE 19808 | $0.00 |
| GMAC Mortgage LLC; | Federal Housing Administration | Application, as approved | Dated 9/1/2006, Received 9/6/2006 | Ms. Volky A. Garcia | U.S. Department of Housing and Urban Development, 490 L'Enfant Plaza East, SW, Suite 3214, Washington, DC 20024 | $0.00 |
| Residential Funding Company, LLC, as successor to Residential Funding Corporation. | Foreign Obligation Exchange, Inc. 2002-HI4, as issuer; JPMorgan Chase Bank, as Class B Trustee; | Management Agreement | 9/26/2002 | Class B Issuer; JPMorgan Chase Bank | Foreign Obligation Exchange, Inc. 2002-HI4, c/o QSPV Limited, Queensgate House, P.O. Box 1093GT, South Church Street, Grand Cayman, Cayman Islands, B.W.I, Attention: Foreign Obligation Exchange 2002-HI4; JPMorgan Chase Bank, 4 New York Plaza 6th Floor, New York, New York 10004, Attention: FOXI, Home Loan Trust, Series 2002-HI4 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust
Blackline

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Funding Company, LLC, as successor to Residential Funding Corporation. | Foreign Obligation Exchange, Inc. 2002-HI5, as issuer; JPMorgan Chase Bank, as Class B Trustee; | Management Agreement | 1/3/2003 | Class B Issuer; JPMorgan Chase Bank | Foreign Obligation Exchange, Inc. 2002-HI5, c/o QSPV Limited, Queensgate House, P.O. Box 1093GT, South Church Street, Grand Cayman, Cayman Islands, B.W.I, Attention: Foreign Obligation Exchange 2002-HI5; JPMorgan Chase Bank, 4 New York Plaza 6th Floor, New York, New York 10004, Attention: FOXI, Home Loan Trust, Series 2002-HI5 | $0.00 |
| Residential Funding Company, LLC, as successor to Residential Funding Corporation. | Foreign Obligation Exchange, Inc. 2003-HI1, as issuer; JPMorgan Chase Bank, as Class B Trustee; | Management Agreement | 3/28/2003 | Class B Issuer; JPMorgan Chase Bank | Foreign Obligation Exchange, Inc. 2003-HI1, c/o QSPV Limited, Queensgate House, P.O. Box 1093GT, South Church Street, Grand Cayman, Cayman Islands, B.W.I, Attention: Foreign Obligation Exchange 2003-HI1; JPMorgan Chase Bank, 4 New York Plaza 6th Floor, New York, New York 10004, Attention: FOXI, Home Loan Trust, Series 2003-HI1 | $0.00 |
| Residential Funding Company, LLC, as successor to Residential Funding Corporation. | Foreign Obligation Exchange, Inc. 2003-HI2, as issuer; JPMorgan Chase Bank, as Class B Trustee; | Management Agreement | 6/27/2003 | Class B Issuer; JPMorgan Chase Bank | Foreign Obligation Exchange, Inc. 2003-HI2, c/o QSPV Limited, Queensgate House, P.O. Box 1093GT, South Church Street, Grand Cayman, Cayman Islands, B.W.I, Attention: Foreign Obligation Exchange 2003-HI2; JPMorgan Chase Bank, 4 New York Plaza 6th Floor, New York, New York 10004, Attention: FOXI, Home Loan Trust, Series 2003-HI2 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Funding Company, LLC, as successor to Residential Funding Corporation. | Foreign Obligation Exchange, Inc. 2003-HI4, as issuer; JPMorgan Chase Bank, as Class B Trustee; | Management Agreement | 12/23/2003 | Class B Issuer; JPMorgan Chase Bank | Foreign Obligation Exchange, Inc. 2003-HI4, c/o QSPV Limited, Queensgate House, P.O. Box 1093GT, South Church Street, Grand Cayman, Cayman Islands, B.W.I, Attention: Foreign Obligation Exchange 2003-HI4; JPMorgan Chase Bank, 4 New York Plaza 6th Floor, New York, New York 10004, Attention: FOXI, Home Loan Trust, Series 2003-HI4 | $0.00 |
| Residential Funding Company, LLC, as successor to Residential Funding Corporation. | Foreign Obligation Exchange, Inc. 2004-HI1, as issuer; JPMorgan Chase Bank, as Class B Trustee; | Management Agreement | 3/29/2004 | Class B Issuer; JPMorgan Chase Bank | Foreign Obligation Exchange, Inc. 2004-HI1, c/o QSPV Limited, Queensgate House, P.O. Box 1093GT, South Church Street, Grand Cayman, Cayman Islands, B.W.I, Attention: Foreign Obligation Exchange 2004-HI1; JPMorgan Chase Bank, 4 New York Plaza 6th Floor, New York, New York 10004, Attention: FOXI, Home Loan Trust, Series 2004-HI1 | $0.00 |
| GMAC Mortgage, LLC | GMAC Mortgage Ginnie Mae Escrow - The Bank of New York Mellon | Escrow Agreement between The Bank of New York Mellon, GMAC Mortgage LLC, and the Government National Mortgage Association (Ginnie Mae), and any amendments thereto | 12/21/2009 | F. Phil Triolo | Escrow Agent Corporate Trust Administration 101 Barclay Street - Floor 8W New York, New York, 10286 | $0.00 |
| GMAC Mortgage LLC | Government National Mortgage Association | Special Account Agreement and related amendments thereto | 12/16/2008 | Joe Cordaro | Assistant United States Attorney, Southern District of New York, 86 Chambers Street, 3rd Floor, New York, NY 10007 | $0.00 |
| Residential Funding Corporation | Gregory B. Lucas | Guaranty and related documents | 6/1/2006 | Gregory B. Lucas | 805 North Pennsylvania,  Glendora, CA 9 | $0.00 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement.  Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust
Blackline

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| RFC, as successor-in-interest to Residential Funding Corporation | Guaranty National Bank of Tallahassee (GNBT) and Federal Deposit Insurance Corporation (FDIC), as successor-in-interest to GNBT | Indemnification agreement requiring the loan originator (GNBT/FDIC) to indemnify RFC in certain circumstances. The contract incorporates the terms of RFC's Consumer Finance Acquisitions Guide | 2/10/2000 | Federal Deposit Insurance Corporation Receiver: Guaranty National Bank of Tallahassee Attention: Claims Department, DRR | 1601 Bryan Street, Dallas, TX  75201 | $0.00 |
| GMAC Residential Funding Corporation | Hearthstone MS II Professionals, LLC | Amended and Restated Operating Agreement of Hearthstone-MSII Homebuilding Investors, LLC and all amendments thereto | 9/1/1999 | Hearthstone Advisors, Inc Attn: James Pugash | c/o Hearthstone Advisors, Inc 55 Francisco Street, Suite 700 San Francisco, CA  94133 | $0.00 |
| Residential Funding Corporation | Hearthstone Professionals - RFC, LLC | Operating Agreement of Hearthstone-RFC Homebuilding Investors, LLC - along with all amendments thereto | 10/1/1997 | Hearthstone Advisors, Inc Attn: James Pugash | c/o Hearthstone Advisors, Inc 55 Francisco Street, Suite 700 San Francisco, CA  94133 | $0.00 |
| Residential Funding Corporation | Hearthstone Professionals II, LP | Limited Partnership Agreement of Hearthstone Multi-State Homebuilding Partners, LP - along with all amendments thereto | 9/15/1994 | Hearthstone Advisors, Inc Attn: Richard Werner | Hearthstone Professional V, LP c/o Hearthstone Advisors, Inc 16830 Ventura Blvd, Suite 352 Encino, CA  91436 | $0.00 |
| **GMAC Mortgage, LLC** | Hewlett-Packard Corporation | Master Service Agreement - Printing and maintaince contract for all HP printers | **3/17/2005** | Tad Taggart | 20000 Victor Parkway, Suite 200 Livonia, MI  48152 United States | $0.00 |
| **GMAC Mortgage, LLC** | **Hewlett-Packard Corporation** | **Statement of Work for HP (Master Service Agreement for HP (HP Pay Per Use for Imaging and Printing Services Agreement (together with all Exhibits, Attachments and Statements of Work related to the Equipment** | **10/3/2005** | **Tad Taggart** | **20000 Victor Parkway, Suite 200 Livonia, MI  48152 United States** | **$0.00** |
| **Residential Capital, LLC** | **Jeffrey Johnson** | **Serves as NM (in-state) collection agency manager for RFC's License** | | **Jeffrey Johnson** | **5612 Cometa Court Albuquerque, NM  87111-1410** | **$0.00** |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement.  Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|--------|-------------|---------------------|----------------|----------------------------|---------|-------------|
| GMAC Mortgage, LLC | JP Morgan Chase | Securities custodian agreement and any amendments thereto | 3/31/2011 | JP Morgan Chase | 713 Main St Floor 6 Houston, TX 77002-3201 | $24,750.65 |
| Residential Funding Company, LLC | MERS | MERSCORP, Inc. Class B Common Stock | 11/21/2011 | MERSCORP, attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | $0.00 |
| GMAC Mortgage LLC | MERS | Membership Agreement & related SSAs | 5/13/1999 | MERSCORP, attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | $0.00 |
| Residential Funding Company, LLC | MERS | Membership Agreement & related SSAs | 10/22/1999 | MERSCORP, attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | $0.00 |
| GMAC Mortgage LLC | MERS | MERS Parent/Child Relationship Agreement | | Bill Hazeltine | Sullivan Hazeltine Allinson LLC, 901 N. Market St., Suite 1300, Wilmington, DE 19801 | $0.00 |
| GMAC Mortgage, LLC | **Bank of New York Mellon; Morgan Stanley & Co., Incorporated** | Collateral Account Control Agreement among GMAC Mortgage, Morgan Stanley Co. Incorporated, and the Bank of New York Mellon | 8/18/2010 | **Rick Arendas (BONY Mellon); Attention: Notices (Morgan Stanley)** | **One Wall Street New York, New York 10286; 1585 Broadway, New York, NY 10036-8293** | $0.00 |
| **Residential Capital, LLC** | **ResCap Employees** | **Residential Capital, LLC Severance Plan** | **3/8/2012** | **Residential Capital, LLC** | **1000 Virginia Drive, Ft. Washington, PA 19034** | **$0.00** |
| GMAC Mortgage LLC | Rexford Road Lease Assignment | Lease Assignment for the Rexford Road location in Charlotte, NC. | 3/1/2012 | David W. Barnes-Senior Property Manager | 2101 Rexford Road, Suite 325 W, charlotte NC 28211 | $0.00 |
| Residential Funding Company, LLC | State Street | Securities custodian agreement and any amendments thereto | 6/1/2009 | Susan Horn | Two World Financial Center, 225 Liberty Street, New York. New York, 10281 | $3,910.97 |
| ~~GMAC Mortgage, LLC~~ | ~~The Bank of New York Mellon Trust Company~~ | ~~Custodial Agreement and any amendments thereto~~ | ~~6/1/2010~~ | ~~The Bank of New York Mellon Trust Company~~ | ~~The Bank of New York Mellon Trust Company 2220 Chemsearch Blvd, Suite 150 Irving, Texas 75062~~ | ~~$0.00~~ |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement. Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust
Blackline

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Funding Company, LLC | United Water Idaho, Inc | Water Infrastructure Extension and Construction Cost Refund Agreement  - Hidden Springs Community, LLC | 4/30/1998 | William Linam | United Water Idaho 8248 W. Victory Road Boise, ID 83709 | $0.00 |
| ~~GMAC Mortgage LLC~~ | ~~US Bank~~ | ~~Custodial Agreement~~ | | | ~~633 W. Fifth Street, 24th Floor Attn: Georgina Thomas~~ | ~~$0.00~~ |
| ~~GMAC Mortgage, LLC~~ | ~~US Bank, N.A.~~ | ~~Custodial Agreement~~ | | ~~Arlene Alves~~ | ~~Seward & Kissel LLP, One Battery Park Plaza, New York, NY 10004~~ | ~~$0.00~~ |
| GMAC Mortgage LLC | VA | All agreements or  contracts  with respect to FHA/VA loans, related claims and servicing (to the extent owned) arising out of ResCap's or its affiliates' status as approved issuer by Ginnie Mae and under the Ginnie Mae guides." | | Ms. Kathie Shanklin | Department of Veteran Affairs | $0.00 |
| GMAC Mortgage LLC | Vision Global Solutions, LLC | Statement of Work - database maintenance | 12/18/2006 | | 345 Rouser Road Coraopolis, PA  15108 United States | $0.00 |
| HomeConnectsLending Service LLC | Vision Global Solutions, LLC | Master Service Agreement - database maintenance | 7/24/2007 | | 345 Rouser Road Coraopolis, PA  15108 United States | $3,082.26 |
| Home Connects / GMAC Mortgage LLC | Vision Global Solutions, LLC | Statement of Work - database maintenance | 4/23/2009 | | 345 Rouser Road Coraopolis, PA  15108 United States | $0.00 |
| GMAC Mortgage, LLC | Vital Media Security, Inc. | Master Service Agreement for offsite data storage in the Fulcrum data center. | 4/1/2003 | Sharon Sehon | 1421 LeMay Drive Carrollton, TX  75007 | $0.00 |
| GMAC Mortgage, LLC | Vital Media Security, Inc. | Statement of Work for Offsite data/tape storage in the Fulcrum data center | 4/1/2003 | Sharon Sehon | 1421 LeMay Drive Carrollton, TX  75007 | $0.00 |
| GMAC Mortgage, LLC | Vital Media Security, Inc. | Confidentiality non-disclosure and security agreement | 5/10/2004 | Sharon Sehon | 1421 LeMay Drive Carrollton, TX  75007 | $4,756.07 |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement.  Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

Assumption Schedule: Executory Contracts and Unexpired Leases to be Assumed and Assigned to the Liquidating Trust
**Blackline**

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Funding Company LLC | Residential Funding Company, LLC and Wells Fargo Bank, N.A. | Subservicer Contract | 2/1/2007 | Wells Fargo Bank, N.A. | Wells Fargo Bank, N.A., 1 Home Campus, Des Moines, Iowa 50328-0001, Attention: John. B Brown, MAC X2302-033 and General Counsel, MAC X2401-06T | $0.00 |
| **Residential Funding Company, LLC; GMAC Mortgage, LLC** | **Wells Fargo Bank, NA** | **Custodial Agreement and any predecessor agreements, amendments, and supplements thereto** | **5/19/2009** | **Attention: Mortgage Document Custody** | **Wells Fargo Bank, National Association, 1015 10th Avenue, SE, Minneapolis, MN 55414** | **$1,439.05** |
| Residential Funding Corporation GMACM Mortgage LLC | Wells Fargo Bank, NA | Custodial Agreement, as amended, and related agreements | 6/4/2008 | Wells Fargo Bank, N.A. | 751 Kasota Avenue Minneapolis, MN 55414 Attn: Document Custody | **$5,400.15** |
| ~~Passive Asset Transactions, LLC, RFC Asset Holdings II, LLC, Residential Funding Corporation, GMACMortgage~~ | ~~Wells Fargo Bank, NA~~ | ~~Custodial Agreement, as amended~~ | ~~11/20/2008~~ | ~~Wells Fargo Bank, N.A~~ | ~~751 Kasota Avenue Minneapolis, MN 55414 Attn: Document Custody~~ | $0.00 |
| Residential Capital. LLC | Wells Fargo Bank, NA | "Generica" Custodial Agreement and any amendments thereto | | Wells Fargo Bank, N.A. | 1015 10th Avenue SE Minneapolis, MN 55414 attn: Document Custody | **$5,441.94** |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Neither the exclusion nor inclusion of any contract or lease on the Assumption Schedule, nor anything contained in the Plan or each Debtor's Schedules, shall constitute an admission by the Debtors that any such contract or lease is or is not in fact an executory contract or unexpired lease capable of assumption, that any Debtor has any liability thereunder, or that such executory contract or unexpired lease is necessarily a binding and enforceable agreement.  Further, the Plan Proponents expressly may (a) remove any contract or lease from the Assumption Schedule and reject an executory contract or unexpired lease pursuant to the terms of the Plan, up until the Effective Date, and (b) contest any Claim (including cure claims) asserted in connection with assumption of any contract or lease.

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC-RFC Auritec S.A. | A&A Aesores Internacionales, S.C. | Accounting in Mexico- accounting & tax return preparation, review & filing for Auritec | 9/11/2012 | C.P.C.  Roberto Aiza Socio Director / Managing Partner | Paseo de la Palmas 405-301 Torre Optima I Lomas de Chapultepec 11000 | **N/A** |
| Residential Capital, LLC | All Covered | On-site Desktop Support services provider that will be utilized as needed on a T&E basis should any associate require on-site desktop support. | 7/6/2013 | Chris Geiser | 1051 E Hillsdale Blvd #510, Foster City, CA 94404 | **N/A** |
| Residential Capital LLC | Ally Financial, Inc., Ocwen Loan Servicing, LLC, Walter Investment Management Corp., | AFI/ResCap/Ocwen/Walter Cooperation Agreement | 1/31/2013 | **General Counsel, AFI; Paul Koches (Ocwen); Stuart Boyd (General Counsel, Walter)** | **Ally Financial Inc., 1100 Virginia Drive, Fort Washington, PA 19034; Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100 West Palm Beach, FL 33409; Walter Investment Management Corp., 3000 Bayport Drive, Suite 1100, Tampa, FL 33607** | **N/A** |
| Residential Capital, LLC | Ally- SSA and all SOW's issued thereunder | SSA_20120513_Shared Services Agreement by and between Ally Financial Inc. and Residential Capital, LLC | 2/15/2013 | | Ally Financial, Inc 200 Renaissance Center, Detroit Michigan 48243. | **N/A** |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

Assumption Schedule: Postpetition Agreements Vesting in the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| **Residential Capital, LLC and other companies** | **Berkshire Hathaway, Inc** | **Asset Purchase Agreement and related documents** | **APA dated 11/2/2012** | **Marc D. Hamburg ; Thomas Walper** | **Berkshire Hathaway Inc. 1440 Kiewit Plaza Omaha, NE 68131 Attention: Marc D. Hamburg**<br><br>**Munger, Tolles & Olson LLP 355 South Grand Avenue Los Angeles, CA 90071 Attention: Thomas Walper** | **N/A** |
| Residential Capital, LLC | Clayton Services | Tri Partite agreement between Walter/Green Tree, ResCap and Clayton for Clayton to perform IRG monitoring and testing of Walter/Green Tree on behalf of ResCap | 9/1/2013 | Ann Gibbons | 100 Beard Sawmill Road, Suite 200, Shelton, CT 06484 | **N/A** |
| Residential Capital | Clear Capital | Master Services Agreement for Clear Capital to provide BPO valuations work related to whole loans | 9/6/2013 | Kevin Demm | 10875 Pioneer Trail, Truckee CA 96161 | **N/A** |
| **Residential Capital, LLC** | Cushman Wakefield- MN Lease | Amended Lease for 1st floor occupancy at Normandle, MN | 2/27/2013 | Lance Brockmueller RPA | 8400 Normandale Lake Blvd, Suite 320, Bloomington MN 55437 | **N/A** |
| **Residential Capital, LLC** | Emerson/Liebert Corporation | Master Service Agreement - UPS Batteries/Power backup for IT servers in Normandale in the MDF room. | 9/9/2013 | Anthony Williams | 610 Executive Campus Dr, Westerville, OH 43082 | **N/A** |
| Residential Capital, LLC | Ernst and Young | Statement of Work - Bankruptcy tax advisory services | 2/4/2013 | Nancy Flagg/Howard Tucker | 5 Times Square, NY, NY 10036 | **N/A** |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC | Experis | Master Service Agreement - Tax services - Assistance | Contract is still being negotiated. Will be a 12 month agreement with option to renew and no fee for early termination. | Dan Walrath | 1600 John F Kennedy Blvd, #610, Philadelphia PA 19103 | N/A |
| ~~GMAC Mortgage LLC~~ | ~~GinnieMae~~ | ~~GMACM PIIT Letter~~ | ~~2/21/2013~~ | ~~Ted Tozer~~ | ~~U.S. Department of Housing and Urban Development, 451 7th Street SW, Washington, DC 20410~~ | $0.00 |
| GMAC Mortgage LLC | HUD | **HUD- 11702 - Annual Resolution of Board** | 2/11/2013 | **Ms. Volky A. Garcia** | **U.S. Department of Housing and Urban Development, 490 L'Enfant Plaza East, SW, Suite 3214, Washington, DC 20024** | N/A |
| Residential Capital, LLC | Intacct | Master Servicing Agreement - Intacct provides hosting and support services for Core Financial Systems. | 8/2/2013 | Mike DiFrancesco | 150 Almaden Boulevard, Suite 1500, San Jose, CA 95113 | N/A |
| ~~Residential Capital, LLC~~ | ~~JP Morgan Chase~~ | ~~Restricted cash Utilities Escrow~~ | ~~5/14/2013~~ | ~~Helen Reece~~ | ~~713 Main St Floor 6 Houston, TX 77002-3201~~ | N/A |
| **Residential Capital, LLC** | JP Morgan Chase | ResCap Subsidiary Election stipulates all subs covered by account acceptance | 6/11/2013 | Helen Reece | 712 Main St Floor 6 Houston, TX 77002-3201 | N/A |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| **Residential Capital, LLC** | JP Morgan Chase | Restricted cash Ocwen Escrow | **2/15/2013** | Helen Reece | 713 Main St Floor 6 Houston, TX 77002-3201 | **N/A** |
| ~~Residential Capital, LLC~~ | ~~JP Morgan Chase~~ | ~~Restricted cash Lewisville Escrow~~ | ~~Ocwen Sale date: 2/15/13~~ | ~~Helen Reece~~ | ~~713 main St Floor 6 Houston, TX 77002-3201~~ | ~~N/A~~ |
| **Residential Capital, LLC** | JP Morgan Chase | Restricted cash Walter Escrow | **1/31/2013** | Helen Reece | 713 main St Floor 6 Houston, TX 77002-3201 | **N/A** |
| **Residential Capital, LLC** | JP Morgan Chase | Master Service Agreement - ResCap Account Acceptance | 6/11/2013 | Helen Reece | 713 Main St Floor 6 Houston, TX 77002-3201 | **N/A** |
| Residential Capital, LLC | Lexis Nexis | Master Service Agreement - Master Service agreement between Lexis Nexis and Residential Capital, LLC | 7/31/2013 | Michael Spurlin | 1000 Alderman Drive, Alpharetta, GA 30005 | **N/A** |
| Residential Capital, LLC | Lexis Nexis (legal search) | Statement of Work - Legal portion of Lexis Nexis MSA | 7/31/2013 | Michael Spurlin | 1000 Alderman Drive, Alpharetta, GA 30005 | **N/A** |
| Residential Capital, LLC | Lexis Nexis (risk) | Statement of Work - Risk Management portion of Lexis Nexis MSA | 8/29/2013 | Maureen Josenhans | 1000 Alderman Drive, Alpharetta, GA 30005 | **N/A** |
| Residential Capital, LLC | Lincoln Benefits Group | Master Service Agreement - broker for 401K and Health benefits | 1/1/2013 | Chuck Yocum | 1300 Virginia Drive, Suite 310, Fort Washington, PA 19034 | **N/A** |
| GMAC Mortgage LLC | Loan Value Group, LLC | Master Services Agreement for Loan Value Group. | 10/8/2012 | Billy Garavente | 47 W RIVER ROAD RUMSON, NJ 07760 United States | **N/A** |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule. For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Funding Company, LLC | MERS | Tripartite signing authority agreement with MERS, RFC, and Ocwen relating to Membership Application/Rules of Membership | 9/9/2013 | MERSCORP, Attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | N/A |
| GMAC Mortgage, LLC | MERS | Tripartite signing authority agreement with MERS, GMACM, and Ocwen relating to Membership Application/Rules of Membership | 4/11/2013 | MERSCORP, Attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | N/A |
| Residential Funding Company, LLC | MERS | Tripartite signing authority agreement with MERS, RFC, and Indecomm Holdings relating to Membership Application/Rules of Membership | 5/21/2013 | MERSCORP, Attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | N/A |
| GMAC Mortgage, LLC | MERS | Tripartite signing authority agreement with MERS, GMACM, and Indecomm Holdings relating to Membership Application/Rules of Membership | 11/27/2012 | MERSCORP, Attn. Avi Marcus, Assoc. Corp. Secretary | 1818 Library Street, Suite 300, Reston, VA 20190 | N/A |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

Assumption Schedule: Postpetition Agreements Vesting in the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| **Residential Capital, LLC** | **Microsoft Licenses** | **Licensing Agreement showing transferred Microsoft licenses from Ally to Estates** | **8/29/2013** | **Microsoft Licensing, GP** | **Dept. 551 J Volume Licensing, 6100 Neil Road, Suite 210, Reno, Nevada 89511-1137** | **N/A** |
| Residential Capital, LLC | Mozy Pro | Transfer Letter for Licenses - DLP (Data Loss Prevention) Services for Estate associates desktops | 9/4/2013 | John O'Brien | EMC Corporation, 55 Constitution Blvd, Franklin, MA 02038 | N/A |
| Residential Capital, LLC | Night Owl | Master Service Agreement - eDiscovery Service provider company | 5/2/2013 | Adam Rubinger | 724 North 1st street, Mineeapolis, MN 55401 | N/A |
| Residential Capital, LLC | Nitel | Master Service Agreement for MPLS (dedicated) network services | 6/24/2013 | Anna August | 1101 W Lake Street, 6th Floor, Chicago, 60607 | N/A |
| Ocwen Loan Servicing, LLC; Residential Capital, LLC; Residential Funding Company, LLC; GMAC Mortgage, LLC; Executive Trustee Services, LLC; ETS of Washington, Inc.; EPRE LLC, GMACM Borrower LLC | Ocwen Loan Servicing, LLC | Asset Purchase Agreement, as amended | 11/2/2012 | Ocwen | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, Attention: Paul Koches  With copies to:  Mayer Brown LLP, 71 S. Wacker Drive, Chicago, Illinois 60603, Attention: Jon D. Van Gorp and William R. Kucera | N/A |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

Assumption Schedule: Postpetition Agreements Vesting in the Liquidating Trust

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| ~~GMAC Mortgage LLC, Residential Funding Company, LLC, Residential Capital, LLC, ETS, LLC, & ETS of Washington, LLC, etc.~~ | ~~Ocwen Loan Servicing, LLC~~ | ~~Asset Purchase Agreement dated as of November 2, 2012~~ | ~~11/2/2012~~ | ~~Ocwen Loan Servicing, LLC~~ | ~~1661 Worthington Road, Suite 100 West Palm Beach, FL 33409 Facsimile: (202) 416-1602 Attention: Paul Koches~~ | ~~N/A~~ |
| GMAC Mortgage LLC; Residential Funding, LLC;  Executive Trustee Services, LLC; ETS of Washington, Inc. | Ocwen Loan Servicing, LLC | Servicing Agreement | 2/15/2013 | Ocwen | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, Attention: Paul Koches | N/A |
| GMAC Mortgage LLC; Residential Funding, LLC;  Executive Trustee Services, LLC; ETS of Washington, Inc. | Ocwen Loan Servicing, LLC | SubServicing Agreement | 2/15/2013 | Ocwen | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, Attention: Paul Koches | N/A |
| Residential Capital, LLC and Ocwen Loan Servicing, LLC | Ocwen Loan Servicing, LLC | Transition Services Agreement and Statements of Work executed thereunder | 2/15/2013 | Ocwen | Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409, Attention: Secretary | N/A |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| ~~ETS of Virginia, Inc.; ETS of Washington, Inc.; Executive Trustee Services, LLC; GMAC Mortgage USA Corporation; GMAC Mortgage, LLC; Homecomings Financial Real Estate Holdings, LLC; Homecomings Financial, LLC; PATI Real Estate Holdings, LLC; RAHI Real Estate Holdings, LLC; Residential Funding Company, LLC; Residential Funding Real Estate Holdings, LLC; Residential Mortgage Real Estate Holdings, LLC~~ | ~~Ocwen Loan Servicing, LLC~~ | ~~Limited Power of Attorney~~ | ~~11/1/2013~~ | ~~Ocwen~~ | ~~451 7th Street S.W., Washington, DC 20410~~ | ~~$0.00~~ |
| GMAC Mortgage, LLC | Oracle | Master Agreement - Database licenses and maintenance is support of multiple Estate applications and databases. | 5/15/2013 | Ian Trowle | Oracle America, Inc. 500 Oracle Parkway Redwood Shores, CA 94065 | N/A |
| GMAC Mortgage, LLC | Oracle | Oracle Master Agreement between GMAC Mortgage, LLC and Oracle America, Inc., dated May 15, 2013, Number US-OMA-5365 | 5/16/2013 | Ian Trowle | Oracle America, Inc. 500 Oracle Parkway Redwood Shores, CA 94065 | N/A |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule. For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC Mortgage, LLC | Oracle | Oracle Assignment Agreement between Ally Financial, Inc., GMAC Mortgage, LLC and Oracle America, Inc., dated May 15, 2013 (PeopleSoft licenses referenced therein) | 5/15/2013 | Ian Trowle | Oracle America, Inc., 500 Oracle Parkway, Redwood Shores, CA 94065 | N/A |
| Residential Capital, LLC | Paradigm Staffing | Master Service Agreement - for the Estate legal team | 10/1/2013 | Hari Raju | 163 West 14th Street, Union Station. Erie PA 16508 | N/A |
| Residential Capital, LLC | Paylocity | Master Service Agreement - Estate / Liquidating Trust payroll provider | 10/1/2013 | Jim Andrews | 3850 N Wilke Road, Arlington Heights, IL 60004 | N/A |
| Residential Capital, LLC | PWC - PricewaterhouseCoopers LLP | Engagement Letter - Ongoing engagement with PwC for DOJ (United States Department of Justice) and the SCRA (Servicemembers Civil Relief Act) Review | 3/8/2013 | Kate Laski | 1800 Tysons Boulevard, McLean, VA 22102 | N/A |
| Residential Capital, LLC | PWC - PricewaterhouseCoopers LLP | Engagement Letter - Ongoing engagement with PwC to conduct internal audit support services as it relates to the IFR (Independent Foreclosure Review) | 7/30/2013 | Scott Moyer | 1800 Tysons Boulevard, McLean, VA 22102 | N/A |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| Residential Capital, LLC | Randy Arneson - Independent Consultant | Master Service Agreement - Independent Contractor to perform tax services | Contract is still being negotiated. Will be a 12 month agreement with option to renew and no fee for early termination. | Randy Arneson | 625 Deborah Drive, Maple Plain MN 55359 | N/A |
| Residential Capital, LLC | Robert Half Professional Staffing Services | Master Service Agreement with Robert Half, a professional staffing services agency. | 10/7/2013 | Jennifer L Carlson, | 8500 Normandale Lake Boulevard, Suite 1010, Bloomington, MN 55437 | N/A |
| GMAC Mortgage,LLC | Rust Consulting | Master Service Agreement for Rust to act as payment agent (as required by the Federal Reserve Bank) to administer payments to 232,014 borrowers who were part of the FC lookback settlement that took place in June 2013 between ResCap and the FRB. | 7/25/2013 | Jim Parks | 625 Marquette Avenue, Suite 880, Minneapolis, MN | N/A |
| Residential Capital, LLC | Secure 24 | Master Servicing Agreement to provide Data Center Operations, Help Desk, and IT Services  for ResCap. | 3/17/2013 | Pete Bartusek | 26955 Northwestern Hwy., Ste 200, Southfield, MI 48033 | N/A |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| GMAC Rescap Estate | Snowbound | Software License Agreement in support of FileNEt platform. | 10/2/2013 | Lisa Savage | 309 Waverly Oaks Road, #401, Waltham, MA 02452 | N/A |
| Residential Capital | States Recovery System | Master Service Agreement - Nationwide collection services. | 7/22/2013 | Cindy Marler | 2951 Sunrise Blvd, Suite 100, Rancho Cordova, CA 95742 | N/A |
| Residential Capital, LLC | Tata Consultancy Services | Master Service Agreement for Tata Consultancy Services, an IT services, consulting and business solutions firm. | 7/1/2013 | Siva Kondamadugula | 101 Park Ave, 26th Floor, New York, NY 10178 | N/A |
| Residential Capital, LLC | Tata Consultancy Services | Statement of Work for application development and support | 7/1/2013 | Siva Kondamadugula | 101 Park Ave, 26th Floor, New York, NY 10178 | N/A |
| Residential Capital, LLC | Tata Consultancy Services | Statement of Work to engage TCS off-shore resources | 9/10/2013 | Siva Kondamadugula | 101 Park Ave, 26th Floor, New York, NY 10178 | N/A |
| Residential Capital, LLC | Thinking Phones | Master Service Agreement for landline telephone and internet services | 4/30/2013 | Joe Lollo | 54 Washburn Ave, Cambridge, 01240 | N/A |
| GMAC Mortgage, LLC Ally Financial Inc. | US Bank | Restricted cash for DSU payments | 1/3/2013 | | 633 W. Fifth Street, 24th Floor Attn: Georgina Thomas | N/A |
| GMAC Mortgage, LLC | Vital Media Security, Inc. | Statement of Work that assigns the Vital Media agreements back to ResCap from Walter Investment Management Corp. | 7/9/2013 | Sharon Sehon | 1422 LeMay Drive Carrollton, TX 75007 | N/A |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule. For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|---|---|---|---|---|---|---|
| **Residential Capital, LLC and other companies** | **Walter** | **Asset Purchase Agreement and related documents** | **APA dated 11/2/2012** | **Stuart Boyd, General Counsel (Walter); Jeffrey L. Jonas, Esq. and Samuel P. Williams, Esq. (Brown Rudnick)** | **Walter Investment Management Corp., 3000 Bayport Drive, Suite 1100, Tampa, FL 33607**<br><br>**Brown Rudnick LLP One Financial Center, Boston, MA 02111** | **N/A** |
| Walter | **Walter** | **TSA and all SOW's issued thereunder:  TSA_20130131 Transition Services Agreement by and between Residential Capital, LLC and Walter Investment Management Corp.** | 1/31/2013 | | Walter Investment Management Corp. 3000 Bayport Drive Suite 1100 Tampa, Fl 33607 | **N/A** |
| Residential Funding, LLC | **Walter** | Sub-contracted lease with Walter Investment Management Corp.for Estate Legal Suite Occupancy in Fort Washington, PA Location | 5/1/2013 | Patrick D. Lerch | 1100 Virginia Drive, Suite 100, MC: 190-FTW-M98, Fort Washington, PA 19034 | **N/A** |
| Residential Capital, LLC | Wells Fargo | Loan Collateral Custodian Agreement and any amendments thereto | 1/31/2013 | **Attention: Document Custody** | **1015 10th Avenue SE, Minneapolis MN 55414** | **N/A** |
| Residential Capital, LLC | Widerman | Master Service Agreement - broker for  corporate insurance | 4/1/2013 | Shawn R. Knechtel | 70 Tanner Street, Haddonfield NJ 08033 | **N/A** |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."

| Entity | Counterparty | Contract Description | Effective Date | Contact Name (if available) | Address | Cure Amount |
|--------|-------------|---------------------|----------------|----------------------------|---------|-------------|
| **GMAC Mortgage, LLC** | **Xerox Corporation** | **Equipment lease for copier (UA0000510)** | **10/15/2012** | **Carole Laskey, Collections Specialist** | **100 Clinton Avenue South, Rochester, NY 14644** | **N/A** |
| **GMAC Mortgage, LLC** | **Xerox Corporation** | **Equipment lease for copier (UA0000515)** | **10/16/2012** | **Carole Laskey, Collections Specialist** | **101 Clinton Avenue South, Rochester, NY 14644** | **N/A** |
| GMAC Mortgage LLC | Xsell Resources | Master Service Agreement - Xsell Resources is the Estate's primary contract supplier | 6/13/2013 | Christine Price | 660 American Avenue, Suite 103, King of Prussia, PA 19406 | **N/A** |

Each contract and lease identified on the Assumption Schedule includes any guaranty, modifications, amendments, addenda or supplements thereto or restatements thereof.

Out of an abundance of caution, the Plan Proponents are including the Postpetition Agreements on the Assumption Schedule.  For the avoidance of doubt, pursuant to Article V.C of the Plan, postpetition contracts and leases to which a Debtor is a party will vest in the Liquidating Trust. The Plan Proponents' failure to include a postpetition contract or lease on the Assumption Schedule shall in no way prevent the assignment of such an agreement to the Liquidating Trust pursuant to the Plan."