| | |
|---|---|
| MORRISON & FOERSTER LLP | KRAMER LEVIN NAFTALIS & |
| Gary S. Lee | FRANKEL LLP |
| Lorenzo Marinuzzi | Kenneth H. Eckstein |
| Todd M. Goren | Douglas H. Mannal |
| Jennifer L. Marines | Stephen D. Zide |
| 1290 Avenue of the Americas | 1177 Avenue of the Americas |
| New York, New York 10104 | New York, New York 10036 |
| Telephone:  (212) 468-8000 | Telephone:  (212) 715-3280 |
| Facsimile:  (212) 468-7900 | Facsimile:  (212) 715-8000 |
| *Counsel for the Debtors and Debtors in Possession* | *Counsel for the Official Committee of Unsecured Creditors* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

In re:  )  Case No. 12-12020 (MG)
)
RESIDENTIAL CAPITAL, LLC, et al.,  )  Chapter 11
)
Debtors.  )  Jointly Administered
)

---------------------------------------------------------------

**NOTICE OF FILING OF REVISED EXHIBIT 13 (LIQUIDATING TRUST CAUSES OF ACTION) AND EXHIBIT 15 (BORROWER-RELATED CAUSES OF ACTION) COMPRISING THE PLAN SUPPLEMENT TO THE JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC, ET AL. AND THE <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>**

**PLEASE TAKE NOTICE** that pursuant to the *Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and for Filing Objections to Confirmation of the Plan, and (VI) Granting Related Relief* entered on August 23, 2013 [Docket No. 4809] (the "<u>Disclosure Statement</u>

ny-1120353

Approval Order"), the Plan Proponents[1] hereby file certain exhibits, as amended, comprising the Plan Supplement in connection with confirmation of the *Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors*, as amended, dated August 23, 2013 [Docket No. 4819, Ex. 1] (as may be modified or amended, the "Plan"):

- **Exhibit 13:**  Liquidating Trust Causes of Action

- **Exhibit 15:** Borrower-Related Causes of Action

**PLEASE TAKE FURTHER NOTICE** that blacklines of Exhibit 13 and Exhibit 15, reflecting any and all further additions, modifications and/or supplements made to these documents as of November 12, 2013, the date of their amended filing, are appended to the clean copy of each such exhibit.

**PLEASE TAKE FURTHER NOTICE** that the undersigned continue to reserve the right to alter, amend, modify or supplement any document in the Plan Supplement as provided by the Plan; *provided that* if any document in the Plan Supplement is further altered, amended, modified or supplemented in any material respect, the Debtors will file a blackline of such document with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that on November 19 through November 22 and November 25 and 26, 2013, a hearing was held before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 to consider confirmation of the Plan, including all exhibits thereto and as amended, modified or supplemented from time to time, and for such other and further

---

[1] Capitalized terms used but not defined herein shall have the meanings set forth in the Disclosure Statement Approval Order or the Plan, as applicable.

- 2 -

ny-1120353

relief as may be just and proper (the "Confirmation Hearing").  On December 3, 2013, the Plan was modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and other applicable law as a result of the Confirmation Hearing and a subsequent settlement between the Plan Proponents and the JSNs [Docket No. 5993].

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan and the Plan Supplement can be viewed and obtained for a fee via PACER at www.pacer.gov or (without charge) on the Debtors' restructuring website at www.kccllc.net/rescap.

Dated: December 6, 2013
       New York, New York

                                                        -and-

/s/ Gary S. Lee                                         Kenneth H. Eckstein
Gary S. Lee                                             Douglas H. Mannal
Lorenzo Marinuzzi                                       Stephen D. Zide
Todd M. Goren                                           KRAMER LEVIN NAFTALIS &
Jennifer L. Marines                                     FRANKEL LLP
MORRISON & FOERSTER LLP                                 1177 Avenue of the Americas
1290 Avenue of the Americas                             New York, New York 10036
New York, New York 10104                                Telephone: (212) 715-3280
Telephone: (212) 468-8000                               Facsimile:  (212) 715-8000
Facsimile:  (212) 468-7900

                                                        *Counsel for the Official Committee of*
*Counsel for the Debtors and*                           *Unsecured Creditor*
*Debtors in Possession*

- 3 -

ny-1120353