Sepideh Cirino
27495 Hidden Trail Road
Laguna Hills, CA 92653
(949) 283-3774

**PRO SE**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No.: 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al. | Chapter 11 |
| Debtors | Jointly Administered |
| | **OPPOSITION TO DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    On or about November 8, 2013, Debtors Residential Capital, LLC, et al., (hereinafter "Debtor") served a Notice of Hearing on Debtors' Fifty-First Omnibus Objection to Claims (Borrower Books and Records Claims - Res Judicata) (hereinafter "Objection") and Wrong Debtor. I file this Opposition as to Debtor's Objection.

    On or about December 7, 2011, I filed a complaint for damages against GMAC Mortgage, LLC, a debtor in this matter (hereinafter "GMAC").

1

PLAINTIFF JOSEPH WREN'S ADMISSIONS TO DEFENDANT DIAMOND BOUTIQUE, LLC (SET ONE)

1. On or about March 19, 2012, a First Amended Complaint for damages was filed against GMAC. A true and correct copy of the First Amended Complaint is attached to this Opposition as Exhibit One.

2. On or about March 23, 2012, GMAC file a Motion to Dismiss. The Motion to Dismiss came before the Court on or about May 14, 2012. The Motion to Dismiss was granted without leave to amend.

3. On or about May 30, 2013, I timely filed a Notice of Appeal with the Court.

4. On or about November 5, 2012, I file an Informal Brief with the United States Court of Appeals, Ninth Circuit. The matter has yet to be decided by the Court of Appeals. A true and correct copy is attached to this Opposition as Exhibit Two.

As such, I have a viable claim against Debtor and I respectfully request that this Honorable Court deny Debtors' Objection.

DATED: December 6, 2013        By: _____
                                   Sephideh Cirino
                                   PRO SE

**PLAINTIFF JOSEPH WREN'S ADMISSIONS TO DEFENDANT DIAMOND BOUTIQUE, LLC (SET ONE)**