UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Hearing Date: December 17, 2013
Hearing Time: 10:00 a.m.

--------------------------------------------------------- x
                                         :

In re                                      :            Chapter 11
                                           :

RESIDENTIAL CAPITAL, LLC,           :            Case No. 12-12020 (MG)
                                           :

                     Debtors.     :            Jointly Administered
                                           :
--------------------------------------------------------- x

**OMNIBUS OBJECTION OF THE UNITED STATES TRUSTEE
REGARDING FEE APPLICATIONS FOR FOURTH
INTERIM AWARDS OF COMPENSATION AND
REIMBURSEMENT OF OUT-OF-POCKET EXPENSES**

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2

By:    Brian S. Masumoto
        Michael T. Driscoll
        Eric J. Small
        Trial Attorneys
        Office of the United States Trustee
        U.S. Federal Office Building
        201 Varick Street, Suite 1006
        New York, NY 10014

# TABLE OF CONTENTS

TABLE OF CONTENTS....................................................................................................i

TABLE OF AUTHORITIES ..........................................................................................iii

I.      JURISDICTION, VENUE, AND STATUTORY PREDICATE .......................5

II.     FACTUAL BACKGROUND ................................................................................5
        A.      General Background ..................................................................................5
        B.      Monthly Compensation and Ordinary Course Professional Orders ........6
        C.      Previous Fee and Expense Awards ..........................................................7

III.    LEGAL STANDARDS .........................................................................................7
        A.      Reasonableness .........................................................................................7
        B.      Vague Time Entries .................................................................................10
        C.      Overhead and Other Administrative Activities.......................................12
        D.      Preparation of Fee Applications..............................................................13
        E.      "Lumping" or Block Billing.....................................................................14
        F.      Actual and Necessary Expenses...............................................................15
        G.      Interim Compensation..............................................................................16
        H.      Certification .............................................................................................17

IV.     OBJECTIONS......................................................................................................17
        A.      Debtors' Professionals.............................................................................17
                1.      Bradley Arant....................................................................................17
                2.      Bryan Cave........................................................................................20
                3.      Carpenter Lipps.................................................................................21
                4.      Centerview........................................................................................22
                5.      Curtis Mallet .....................................................................................23
                6.      Deloitte..............................................................................................25
                7.      Dorsey...............................................................................................27
                8.      Ernst & Young ..................................................................................28
                9.      Fortace..............................................................................................29
                10.     FTI……..............................................................................................31
                11.     Hudson Cook.....................................................................................34
                12.     KPMG...............................................................................................35
                13.     Locke Lord........................................................................................40
                14.     Mercer...............................................................................................42
                15.     Morrison Cohen.................................................................................43
                16.     Morrison Foerster..............................................................................45
                17.     Orrick.................................................................................................48
                18.     Pepper Hamilton ...............................................................................50
                19.     Perkins Coie ......................................................................................53
                20.     Severson............................................................................................55

i

B.    Committee's Professionals ........................................................................56
     1.    AlixPartners ......................................................................................56
     2.    Epiq…..................................................................................................57
     3.    Kramer Levin ....................................................................................58
     5.    Moelis ................................................................................................60
     5.    Pachulski Stang..................................................................................61
     6.    Silverman ..........................................................................................64
     7.    Wilmer Hale ......................................................................................66

C.    Examiner's Professionals ..........................................................................69
     1.    Chadbourne ........................................................................................69
     2.    Mesirow ..............................................................................................73

V.    CONCLUSION..................................................................................................75

# TABLE OF AUTHORITIES

**Cases**

In re 50 Pine Co., LLC, 317 B.R. 276 (Bankr. S.D.N.Y. 2004) ...................................39
In re 114 Tenth Ave. Assocs., Inc., No. 05-60099, 2010 WL 3304204,
    (Bankr. S.D.N.Y. Aug. 20, 2010) ...................................39
In re ACT Mfg., Inc., 281 B.R. 468 (Bankr. D. Mass. 2002) ................................ passim
In re Am. Preferred Prescription, Inc., 218 B.R. 680 (Bankr. E.D.N.Y. 1998)................15, 51, 52
In re Almacs, Inc., 178 B.R. 598 (Bankr. D. R.I. 1995) ....................................13
In re Baker, 374 B.R. 489 (Bankr. E.D.N.Y. 2007).................................... passim
In re Bank of New England Corp., 134 B.R. 450 (Bankr. D. Mass. 1991) ....................27, 31, 45
In re Barron, 73 B.R. 812 (Bankr. S.D. Cal. 1987)...................................15, 16
In re Bennett Funding Grp., 213 B.R. 234 (Bankr. N.D.N.Y. 1997)................................. passim
In re Beverly Mfg. Corp., 841 F.2d 365 (11th Cir. 1988). ..........................................9
In re Brous, 370 B.R. 563 (Bankr. S.D.N.Y. 2007).....................................8, 15
In re Busy Beaver Bldg. Ctrs., Inc., 19 F.3d 833 (3d Cir. 1994) ....................................9
In re CCT Commc'ns, Inc., No. 07–10210 (SMB), 2010 WL 3386947
    (Bankr. S.D.N.Y. Aug. 24, 2010) ................................................... passim
In re CF & I Fabricators of Utah, Inc., 131 B.R. 474 (Bankr. D. Utah 1991) ..............................13
In re Child World, Inc., 185 B.R. 14 (Bankr. S.D.N.Y. 1995) .................................10, 16
In re Computer Learning Centers, Inc., 285 B.R. 191 (Bankr. E.D. Va. 2002).....................13, 14
In re de Weldon, 176 B.R. 665, 667 (Bankr. D.R.I. 1995) .............................27, 31, 45
In re Dimas, LLC, 357 B.R. 563 (Bankr. N.D. Cal. 2006) ...........................................12
In re Engel, 124 F.3d 567 (3d Cir. 1997)..........................................................9
In re Fibermark, Inc., 349 B.R. 385 (Bankr. D. Vt. 2006)..................................... passim
In re First Hartford Corp., 23 B.R. 729 (Bankr. S.D.N.Y. 1982) .......................................16
In re First Software Corp., 79 B.R. 108 (Bankr. D. Mass. 1987) .......................................13
In re Frazin, 413 B.R. 378 (Bankr. N.D. Tex. 2009) ...............................................39
In re Hirsch, No. 1–02–17966–DEM, 2008 WL 5234057
    (Bankr. E.D.N.Y. Dec. 11, 2009).................................................11
In re Hudson, 364 B.R. 875 (Bankr. N.D.N.Y. 2007) ...........................................10, 12
In re Jefsaba, 172 B.R. 786 (Bankr. E.D. Pa. 1994) ............................................17, 68
In re Joseph Charles & Assocs., Inc., 295 B.R. 399 (Bankr. S.D. Fla. 2003) ...............................12
In re Keene Corp., 205 B.R. 690 (Bankr. S.D.N.Y. 1997) ...........................................9
In re Korea Chosun Daily Times, Inc., 337 B.R. 758 (Bankr. E.D.N.Y. 2005) ...........................15
In re Las Vegas Monorail Co., 458 B.R. 553 (Bankr. Nev. 2011) .........................................39, 40
In re Lederman Enter., Inc., 997 F.2d 1321 (10th Cir. 1993)..................................8, 9
In re Market Resources Dev., 320 B.R. 841 (Bankr. E.D. Va. 2004)..........................................12
In re Mesa Air Grp. Inc., 449 B.R. 441 (Bankr. S.D.N.Y. 2011) ......................................... passim
In re M. Fabrikant & Sons, Inc., Case No. 06-12737 (SMB)
    (Bankr. S.D.N.Y. Jan. 13, 2009)...............................................9
In re Northwest Airlines Corp., 382 B.R. 632 (Bankr. S.D.N.Y. 2008)...........................8
In re S.T.N. Enters., Inc., 70 B.R. 823 (Bankr. D. Vt. 1987).............................15
In re St. Rita's Assocs. Private Placement, L.P., 260 B.R. 650
    (Bankr. W.D.N.Y. 2001)........................................................51, 71

In re Taxman Clothing Co., 49 F.3d 310 (7th Cir. 1995) ................................................................9
In re Temple Retirement Cmty., Inc., 97 B.R. 333 (Bankr. W.D. Tex. 1989) .............................10
In re Value City Holdings, Inc., 436 B.R. 300 (Bankr. S.D.N.Y. 2010) ....................................8, 9
Ousmane v. City of New York, No. 402648/04, 880 N.Y.S. 2d 874,
    2009 WL 722294 (N.Y. Sup. 2009)....................................................................45, 57, 70
Zeisler & Zeisler, P.C. v. Prudential Ins. Co. (In re JLM, Inc.), 210 B.R. 19
    (2d Cir. B.A.P. 1997) ........................................................................................................9
Zolfo, Cooper & Co. v. Sunbeam-Oster Co., Inc., 50 F.3d 253 (3d Cir. 1995) ............................9

## Statutes & Rules

11 U.S.C. § 330................................................................................................................ *passim*
11 U.S.C. § 331................................................................................................................................5
28 U.S.C. § 157................................................................................................................................5
28 U.S.C. § 1334..............................................................................................................................5
28 U.S.C. § 1408..............................................................................................................................5

## Other Authorities

Administrative Order M-447 .......................................................................................... *passim*
United States Trustee Guidelines for Reviewing Applications for Compensation and
Reimbursement of Expenses Filed Under 11 U.S.C. § 330.................................................. *passim*

TO:    THE HONORABLE MARTIN GLENN,
        UNITED STATES BANKRUPTCY JUDGE:

        William K. Harrington, the United States Trustee for Region 2 (the "United States

Trustee"), respectfully submits this omnibus objection (the "Objection") to the fourth interim fee

applications[1] (the "Applications") of the retained professionals (the "Retained Professionals")

seeking awards of interim compensation and reimbursement of out-of-pocket expenses for the

periods set forth below (the "Fee Period"):[2]

| Name | Retained As | Period | Fees | Expenses | UST Proposed Fee/Expense Reduction |
|------|-------------|--------|------|----------|-----------------------------------|
| Bradley Arant Boult Cummings LLP ("Bradley Arant"), ECF Doc. No. 5838. | Debtors' Special Litigation and Compliance Counsel | 5/1/2013 to 8/31/2013 | $724,297.96 | $71,408.27 | $24,215.29 |
| Bryan Cave LLP ("Bryan Cave"), ECF Doc. No. 5826. | Debtors' Ordinary Course Professional | 5/1/2013 to 6/30/2013 | $285,783.50 | $4,913.67 | $4,913.67 |
| Carpenter Lipps & Leland LLP ("Carpenter Lipps"), ECF Doc. No. 5801. | Debtors' Special Litigation Counsel | 5/1/2013 to 8/31/2013 | $832,475.50 | $402,651.28 | $13,970.97 |
| Centerview Partners LLC ("Centerview"), ECF Doc. No. | Debtors' Investment Banker | 5/1/2013 to 8/31/2013 | $1,200,000.00 | $3,878.62 | $2,647.58 |

[1] The following applicants are also seeking approval of their final fees and expenses: Chadbourne & Parke LLP, ECF Doc. No. 5849; Arthur J. Gonzalez, ECF Doc. No. 5850; Hudson Cook, LLP, ECF Doc. No. 5980; Leonard, Street and Deinard P.A., ECF Doc. No. 5844; Mesirow Financial Consulting, LLC, ECF Doc. No. 5848; Pepper Hamilton LLP, ECF Doc. No. 5819; and Wolf Halderstein Adler Freeman & Herz LLP; ECF Doc. No. 5846.

[2] The United States Trustee has no objection to the following fee applications for this Fee Period: Coherent Economics, LLC, ECF Doc. No. 5852; Arthur J. Gonzalez, ECF Doc. No. 5850; JF Morrow, ECF Doc. No. 5866; Leonard, Street and Deinard P.A., ECF Doc. No. 5844; San Marino Business Partners LLC, ECF Doc. No. 5862; and Wolf Halderstein Adler Freeman & Herz LLP; ECF Doc. No. 5846. With the exception of the professionals seeking approval at this time of their final fees and expenses noted above in Footnote 1, the United States Trustee expressly reserves all rights to raise any and all objections in connection with the hearing on approval of final fee applications.

| | | | | | |
|---|---|---|---|---|---|
| 5830. | | | | | |
| Curtis, Mallet-Prevost, Colt & Mosle LLP (Curtis Mallet"), ECF Doc. No. 5825. | Debtors' Conflicts Counsel | 5/1/2013 to 8/31/2013 | $3,456,395.50 | $15,169.08 | $18,971.00 |
| Deloitte & Touche LLP ("Deloitte"), ECF Doc. No. 5831. | Debtors' Independent Auditor | 5/1/2013 to 8/31/2013 | $134,692.15 | $0.00 | $9,229.50 |
| Dorsey & Whitney LLP ("Dorsey"), ECF Doc. No. 5793. | Debtors' Special Securitization and Investigatory Counsel | 5/1/2013 to 8/31/2013 | $122,807.70 | $1,376.97 | $8,756.00 |
| Ernst & Young, LLP ("Ernst & Young"), ECF Doc. Nos. 5818 & 5840. | Debtors' Tax Advisor | 5/1/2013 to 8/31/2013 | $849,954.25 | $35,273.37 | $3,040.00 |
| Fortace LLC ("Fortace"), ECF Doc. No. 5833. | Debtors' Consultant | 1/1/2013 to 8/31/13 | $238,597.50 | $150,000.00 | $211,340.00 |
| FTI Consulting, Inc. ("FTI"), ECF Doc. No. 5853. | Debtors' Financial Advisor | 5/1/2013 to 8/31/2013 | $4,342,805.00 | $130,547.97 | $402,323.56 |
| Hudson Cook, LLP ("Hudson Cook"), ECF Doc. No. 5980. | Debtors' Special | 5/1/2013 to 6/30/2013 | $219,318.00 | $0.00 | $108,602.00 |
| KPMG LLP ("KPMG"), ECF Doc. No. 5835. | Debtors' Tax Compliance Professionals and Information Technology Advisors | 5/1/2013 to 8/31/2013 | $91,133.00 | $0.00 | $67,276.50 |
| Locke Lord LLP ("Locke Lord"), ECF Doc. No. 5796. | Debtors' Litigation Counsel | 5/1/2013 to 8/31/2013 | $222,492.30 | $3,805.60 | $5,067.00 |
| Mercer (US) Inc. ("Mercer"), ECF Doc. No. 5832. | Debtors' Compensation Consultant | 5/1/2013 to 8/31/2013 | $449.40 | $5,647.91 | $6,067.30 |

| Morrison Cohen LLP ("Morrison Cohen"), ECF Doc. No. 5841. | Attorneys for the Independent Directors | 5/1/2013 to 8/31/2013 | $1,231,368.50 | $36,075.45 | $124,215.13 |
|---|---|---|---|---|---|
| Morrison & Foerster LLP ("Morrison Foerster"), ECF Doc. No. 5839. | Debtors' Bankruptcy Counsel | 5/1/2013 to 8/31/2013 | $21,653,139.30 | $551,388.56 | $972,902.77 |
| Orrick, Herrington & Sutcliffe LLP ("Orrick"), ECF Doc. No. 5811. | Debtors' Special Securitization Transactional and Litigation Counsel | 5/1/2013 to 8/31/2013 | $145,104.28 | $668.50 | $34,558.12 |
| Pepper Hamilton LLP ("Pepper Hamilton"), ECF Doc. No. 5819. | Debtors' Special Foreclosure Review Counsel | 5/1/2013 to 8/31/2013 | $1,164,392.25 | $14,973.79 | $329,417.08 |
| Perkins Coie LLP ("Perkins Coie"), ECF No. 5836. | Debtors' Special Insurance Coverage Counsel | 5/1/2013 to 8/31/2013 | $901,482.00 | $13,055.76 | $10,924.17 |
| Severson & Werson, P.C. ("Severson"), ECF Doc. No. 5815. | Debtors' Special California Litigation Counsel | 5/1/2013 to 8/31/2013 | $271,728.85 | $21,965.03 | $30,375.25 |
| AlixPartners, LLP ("AlixPartners"), ECF Doc. No. 5858. | Committee's Financial Advisor | 5/1/2013 to 8/31/2013 | $2,156,280.50 | $1,309.41 | $597,537.00 |
| Coherent Economics, LLC, ECF Doc. No. 5852. | Committee's Consultant | 5/1/2013 to 8/31/2013 | $52,735.00 | $0.00 | $0.00 |
| Epiq Bankruptcy Solutions, LLC ("Epiq"), ECF Doc. No. 5857. | Committee's Information Agent | 5/1/2013 to 8/31/2013 | $29,092.70 | $8,697.64 | $12,515.61 |
| JF Morrow, ECF Doc. No. 5866. | Committee's Consultant | 5/1/2013 to 8/31/2013 | $7,520.00 | $0.00 | $0.00 |
| Kramer Levin Naftalis & Frankel LLP ("Kramer Levin"), ECF Doc. No. 5867. | Committee's Bankruptcy Counsel | 5/1/2013 to 8/31/2013 | $11,386,709.50 | $412,285.71 | $530,731.50 |

| | | | | | |
|---|---|---|---|---|---|
| Moelis & Company LLC ("Moelis"), ECF Doc. No. 5856. | Committee's Investment Banker | 5/1/2013 to 8/31/2013 | $1,200,000.00 | $20,364.50 | $20,364.50 |
| Pachulski Stang Ziehl & Jones LLP ("Pachulski Stang"), ECF Doc. No. 5814. | Committee's Co-Counsel | 5/1/2013 to 8/31/2013 | $2,322,386.50 | $28,182.74 | $65,664.82 |
| San Marino Business Partners LLC, ECF Doc. No. 5862. | Committee's Consultant | 5/1/2013 to 8/31/2013 | $16,424.00 | $36.66 | $0.00 |
| Silverman Acampora LLP ("Silverman"), ECF Docket No. 5809. | Committee's Special Counsel | 5/1/2013 to 8/31/2013 | $422,933.50 | $2,821.54 | $95,359.00 |
| Wilmer Cutler Pickering Hale and Dorr LLP ("Wilmer Hale"), ECF Doc. No. 5859. | Committee's Special Regulatory Counsel | 5/1/2013 to 8/31/2013 | $246,850.00 | $831.53 | $38,294.50 |
| Arthur J. Gonzalez, ECF Doc. No. 5850. | Examiner | 5/1/2013 to 5/31/2013 | $45,750.00 | $0.00 | $0.00 |
| Chadbourne & Parke LLP ("Chadbourne"), ECF Doc. No. 5849. | Examiner's Counsel | 5/31/2013 to 10/31/2013 | $2,728,057.50 | $814,712.64 | $639,178.39 |
| Leonard, Street and Deinard P.A., ECF Doc. No. 5844. | Examiner's Special Minnesota Counsel | 5/1/2013 to 5/31/2013 | $11,897.00 | $1,865.00 | $0.00 |
| Mesirow Financial Consulting, LLC ("Mesirow"), ECF Doc. No. 5848. | Examiner's Financial Advisor | 5/1/2013 to 8/31/2013 | $2,878,304.00 | $37,246.00 | $300,431.88 |
| Wolf Halderstein Adler Freeman & Herz LLP, ECF Doc. No. 5846. | Examiner's Conflicts Counsel | 5/1/2013 to 8/31/2013 | $0.00 | $0.00 | $0.00 |
| | | **Total** | **$61,593,357.14** | **$2,791,153.20** | |

The United States Trustee submits this Objection to the Applications in the amounts sought for the reasons set forth below.[3]

## I.  JURISDICTION, VENUE, AND STATUTORY PREDICATE

1.      The Court has jurisdiction over these matters pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper pursuant to 28 U.S.C. § 1408.

2.      The statutory predicates are Sections 330 and 331 of title 11, of the United States Code (the "Bankruptcy Code").  These matters were initiated pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York, Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases (the "General Order M-447"), and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "UST Guidelines," together with General Order M-447, the "Guidelines").

## II.  FACTUAL BACKGROUND

**A.**     **General Background**

3.      On May 14, 2012, Residential Capital, LLC and certain of its direct and indirect subsidiaries (collectively, the "Debtors") each filed petitions for relief under Chapter 11 of the Bankruptcy Code.  ECF Doc. No. 1.

4.      On May 16, 2012, pursuant to Section 1102 of the Bankruptcy Code, the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases.  ECF Doc. No. 102.

---

[3] Counsel to the United States Trustee will confer with any applicant that seeks to resolve the objections prior to the December 17, 2013 hearing.

5.      On July 3, 2012, the Court entered an order approving the United States Trustee's appointment of Arthur J. Gonzalez, Esq. as the Chapter 11 Examiner in these cases. ECF Doc. No. 674.

6.      On May 13, 2013, the Examiner filed his report under seal. ECF Doc. No. 3698.

7.      On September 24, 2013, the Court entered an order discharging the Examiner of his duties. ECF Doc. No. 5187.

8.      On August 23, 2013, the Court entered an order approving the Disclosure Statement. ECF Doc. No. 4809. The confirmation hearing is scheduled for December 11, 2013.

9.      The Debtors currently are operating their businesses and managing their affairs pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

10.     As of the date hereof, the Debtors are current with the filing of their monthly operating reports and the payment of their United States Trustee Quarterly Fees.

**B.      Monthly Compensation and Ordinary Course Professional Orders**

11.     By Order entered July 17, 2012, the Court approved procedures for monthly compensation and reimbursement of out-of-pocket expenses (the "Monthly Compensation Order"). ECF Doc. No. 797. Under the Monthly Compensation Order, the Retained Professionals may be paid 80 percent of fees incurred and 100 percent of expenses on a monthly basis. Id.

12.     By Order entered on July 17, 2012, the Court approved procedures for the employment of professionals utilized in the ordinary course (the "OCP Order"). ECF Doc. No. 799. On February 7, 2013, the Court approved amended procedures under the OCP Order, which do not require an ordinary course professional to file a fee application provided that the

professional's compensation does not exceed $75,000 per month or $1 million during the

pendency of the case.  ECF Doc. No. 2858.

**C.**     <u>**Previous Fee and Expense Awards**</u>

13.     On December 28, 2012, the Court entered the order approving the first interim

fees of the Retained Professionals for the period of May 14, 2012 to August 31, 2012.  ECF Doc.

No. 2530.  After reductions requested by the United States Trustee, the Court allowed combined

fees of $53,745,185.05 and combined expenses of $2,163,072.16.  <u>Id</u>.

14.     On April 29, 2013, the Court entered the order approving the second interim fees

of the Retained Professionals for the period of September 1, 2012 to December 31, 2012.  ECF

Doc. No. 3556.  After reductions requested by the United States Trustee, the Court allowed

combined fees of $96,232,017.38 and combined expenses of $3,402,568.01.  <u>Id</u>.

15.     On September 25, 2013 and December 2, 2013, the Court entered orders

approving the third interim fees of the Retained Professionals for the period of January 31, 2013

to April 30, 2013.  ECF Doc. Nos. 5205 and 5974.  After reductions requested by the United

States Trustee, the Court allowed combined fees of $114,749,916.94 and combined expenses of

$4,402,047.30.  ECF Doc. Nos. 5205 and 5974.

16.     If the Court awards the full fees and expenses of the Retained Professionals for

the Fourth Interim Fee Period, the fees and expenses from May 14, 2012 to August 31, 2013 of

these cases total $339,079,317.18.   <u>See</u> ECF Doc. Nos. 2530, 3556, 5205, and 5974.

## III.  LEGAL STANDARDS

**A.**     <u>**Reasonableness**</u>

17.     Bankruptcy Code Section 330(a)(1) provides that:

After notice to the parties in interest and the United States trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee . . . an examiner . . . or a professional person employed under section 327 or 1103 –

    (A)    reasonable compensation for actual, necessary services rendered by the trustee, examiner, . . . professional person, or attorney and by any paraprofessional person employed by any such person; and

    (B)    reimbursement for actual, necessary expenses.

11 U.S.C. § 330(a)(1)(A) and (B).

18.    To determine reasonableness, Section 330(a)(3) instructs that:

the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

a.    the time spent on such services;

b.    the rates charged for such services;

c.    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

d.    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

e.    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

f.    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3). To determine "reasonable compensation," bankruptcy courts in this district are guided by, among other things, the Guidelines. See In re Value City Holdings, Inc., 436 B.R. 300, 305 (Bankr. S.D.N.Y. 2010) ("In addition to conforming to the requirements of the Bankruptcy Code, requests for professional compensation must also conform with the

Bankruptcy Rules, UST Fee Guidelines and the SDNY Guidelines.") (footnotes omitted); <u>In re Brous</u>, 370 B.R. 563, 569, n.8. (Bankr. S.D.N.Y. 2007) (adopting the UST Guidelines).

19.    Section 330 requires the applicant to establish both reasonableness and benefit to the estate from the professional's services.  <u>In re Lederman Enter., Inc.</u>, 997 F.2d 1321, 1323 (10th Cir. 1993).  To be compensable, the professional's services must have been necessary and beneficial to the estate or its creditors.  <u>In re Engel</u>, 124 F.3d 567, 573 (3d Cir. 1997).

20.    Each applicant bears the burden of proving the reasonableness of its fees and expenses sought.  <u>Zeisler & Zeisler, P.C. v. Prudential Ins. Co. (In re JLM, Inc.)</u>, 210 B.R. 19, 24 (2d Cir. B.A.P. 1997); <u>Value City</u>, 436 B.R. at 305; <u>In re CCT Commc'ns, Inc.</u>, No. 07–10210 (SMB), 2010 WL 3386947, at *4 (Bankr. S.D.N.Y. Aug. 24, 2010); <u>In re Northwest Airlines Corp.</u>, 382 B.R. 632, 645 (Bankr. S.D.N.Y. 2008) (citations omitted); <u>In re Keene Corp.</u>, 205 B.R. 690, 695 (Bankr. S.D.N.Y. 1997).  To satisfy its burden, an applicant must justify its charges with detailed, specific, itemized documentation.  <u>In re Baker</u>, 374 B.R. 489, 494 (Bankr. E.D.N.Y. 2007); <u>In re Bennett Funding Grp.</u>, 213 B.R. 234, 244 (Bankr. N.D.N.Y. 1997).

21.    If an applicant fails to sustain its burden on reasonableness, a court may properly deny the application for compensation.  <u>In re Beverly Mfg. Corp.</u>, 841 F.2d 365, 371 (11th Cir. 1988).  Similarly, a court may reduce a professional's fees or expenses when they are disproportionate to the benefit to the estate, even if it already has approved the professional's retention under Sections 327 and 328 of the Bankruptcy Code.  <u>In re Taxman Clothing Co.</u>, 49 F.3d 310, 316 (7th Cir. 1995); <u>Zolfo, Cooper & Co. v. Sunbeam-Oster Co., Inc.</u>, 50 F.3d 253, 262–63 (3d Cir. 1995) (affirming lower court's denial of improperly documented and inadequately detailed expenses).

22.     The Court has an independent burden to review fee applications "lest overreaching . . . professionals drain [the estate] of wealth which by right should inure to the benefit of unsecured creditors." Keene Corp., 205 B.R. at 695 (quoting In re Busy Beaver Bldg. Ctrs., Inc., 19 F.3d 833, 844 (3d Cir. 1994)); CCT, 2010 WL 3386947, at *4; Value City, 436 B.R. at 305.  Accordingly, courts serve a vitally important gate-keeping role in enforcing the Code's requirements that only reasonable fees be approved and paid as well as maintaining public confidence in the bankruptcy system itself.  In re Temple Retirement Cmty., Inc., 97 B.R. 333, 337 (Bankr. W.D. Tex. 1989).  "[T]he judiciary should retain control of fees, given the sensitivities they generate and the need to promote public confidence in the system."  In re Child World, Inc., 185 B.R. 14, 17 (Bankr. S.D.N.Y. 1995).

**B.      Vague Time Entries**

23.     In addition, time entries may not be vague.  The Retained Professionals have the burden of proving the reasonableness of their fee requests; accordingly, they must provide specific and detailed time records.  To that end, the UST Guidelines require:

> Time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference.

See UST Guidelines at (b)(4)(v).

24.     In order to enable the Court to determine whether a professional's time spent on a task is reasonable, time entries must be specific and the records must clearly identify each discrete task billed.  Baker, 374 B.R. at 495 ("The records must be detailed enough to enable a Court to determine whether the attorneys are claiming compensation for hours that are 'redundant, excessive, or otherwise unnecessary.'"); see also Bennett Funding, 213 B.R. at 244 ("In cases where the time entry is too vague or insufficient to allow for a fair evaluation of the

work done and the reasonableness and necessity for such work, the court should disallow compensation for such services."). Such vague entries "make a fair evaluation of the work done and the reasonableness and necessity for the work extremely difficult, if not impossible." In re Hudson, 364 B.R. 875, 880 (Bankr. N.D.N.Y. 2007).

25.    Instead of embarking on a treasure hunt to determine what services were performed on a specific date, the time entries submitted should allow the Court and a reviewer to determine "the legal issues involved, the difficulties of the issues, and the resolution or results obtained." Id. References to telephone calls that do not make clear who the call was with or the subject matter discussed, preparation of memoranda of law that do not indicate the legal issues involved, email communications without a description of the substance of the communications and the recipients of such communications, and the review of documents without providing a description of the document reviewed are all examples of vague time entries that make a fair evaluation of the work done and its reasonableness impossible. See id.; CCT, 2010 WL 3386947, at *7 (disallowing time entries referring to telephone calls and emails without identifying the subject matter of the call or email, referring to preparation of draft letters without identifying the subject matter, and referring to vague description such as "work on fee application" or "attention to Vlahos's request"); In re Fibermark, Inc., 349 B.R. 385, 396–97 (Bankr. D. Vt. 2006); In re Hirsch, No. 1–02–17966–DEM, 2008 WL 5234057, at *7 (Bankr. E.D.N.Y. Dec. 11, 2009) ("Entries that contain such vague characterization of the services performed as 'meeting with,' 'conversations with,' 'review materials or docket,' and 'draft correspondence to' fail to adequately describe the services provided and are routinely disallowed.").

C.    **Overhead and Other Administrative Activities**

26.    When determining whether requested fees are reasonable, courts consider, among

other things, the professional's expertise or skills.  See, e.g., Fibermark, 349 B.R. at 396–97

("The Court specifically considers where the task at hand could have been performed

competently by a less experienced professional at a lower cost to the estate.  Whether it is

reasonable for a certain professional to complete a task is to be determined by the level and skill

reasonably required for the task.").

27.    Accordingly, many courts have taken the position that tasks that are clerical in

nature and that are appropriate for office staff, which is considered part of a professional's

overhead, may not be billed to the estate.  Id. (concluding that non-compensable administrative

activities include tasks such as "mailing or delivering papers; photocopying; word processing,

including but not limited to creating templates, adding pages to various stipulations, formatting,

creating spreadsheets, scanning and saving files into the firm's computer system, creating and

revising charts, inserting case numbers into orders and printing documents; organizing files;

maintaining an internal calendar; checking for docket updates; updating a master service list;

creating, organizing, and indexing binders; pulling precedent pleadings requested by an attorney;

and making travel arrangements"); see also Hudson, 364 B.R. at 881 (holding that photocopying,

organizing documents, and assembling exhibits constituted clerical tasks included in the firm's

overhead); In re Dimas, LLC, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (disallowing services

performed by professionals which were clerical in nature, such as indexing, organizing and

copying documents, conducting PACER searches to locate an order or other pleading, uploading

pleadings to CM-ECF, and filing pleadings); In re Market Resources Dev., 320 B.R. 841, 846

(Bankr. E.D. Va. 2004) (concluding that tasks such as sending documents, delivering documents,

printing, and copying were non-compensable overhead); In re Joseph Charles & Assocs., Inc.,

295 B.R. 399, 401 (Bankr. S.D. Fla. 2003) (holding that a paraprofessional's serving and filing

of an objection fell within the purview of clerical duties which were non-compensable).

28.     Word processing is also "a clerical service regardless of who performs it."

Bennett Funding, 213 B.R. at 428; UST Guidelines at 4(b)(5)(vii).  As an overhead expense,

word processing cannot be billed to the client.   Moreover, time spent by a firm's library staff is

considered overhead.  See In re Almacs, Inc., 178 B.R. 598, 606 (Bankr. D. R.I. 1995) (noting

that debtor's counsel use of librarian was "overhead" and was not properly charged to the estate);

In re First Software Corp., 79 B.R. 108, 123 (Bankr. D. Mass. 1987) (disallowing part of the

compensation for research performed by a librarian).  A court should therefore deny fees

associated with clerical tasks.

**D.    Preparation of Fee Applications**

29.     While the United States Trustee acknowledges the allowance of a reasonable

amount of time for fee application preparation under the Bankruptcy Code, the fees related to

such task should be limited to the preparation of the actual fee application, and should not

encompass the review and correction of bills and response to the United States Trustee inquiries

or objections raised with respect to the fee applications.  Said differently, the Bankruptcy Code

does not give professionals carte blanche to charge debtors' estates for unreasonable fees to

prepare fee applications.  As a court in In re Computer Learning Centers, Inc., held:

> This does not mean that every aspect of preparing a fee application is
> compensable . . . portions of the billing process common to billing both
> bankruptcy clients and non-bankruptcy clients are not compensable under §330
> because they are part of the professional's overhead.  They are not separately
> charged to non-bankruptcy clients and no additional effort is required to complete
> them for a bankruptcy client.  For example, maintaining time records does not
> require additional effort.  Lawyers and accountants maintain the same time
> records in a non-bankruptcy matter as in bankruptcy matters.  Nor do lawyers or

13

accountants charge for preparing their bills. Bills must be prepared in non-bankruptcy matters as well as bankruptcy matters. There may be some additional effort in putting the time records into the format required by the court. For example, the court requires time records to be maintained chronologically by task. While this may sometimes differ from the format of a non-bankruptcy bill, the additional effort is not generally significant if the records are initially properly set-up. Time records are almost universally maintained on computers with software that shows multiple formats, one of which will usually satisfy the bankruptcy requirements. "A computer billing package used by a professional that does not retrieve information in a format compatible with bankruptcy requirements and requires revisions to rectify the inadequacies, is not a deficiency the estate should pay for." This is especially true for professionals who regularly practice in this court and regularly prepare fee applications. Only those aspects of preparing a bankruptcy fee application that require additional-not merely different-efforts are compensable under §330(a)(6).

285 B.R. 191, 219–20 (Bankr. E.D. Va. 2002) (citations omitted); see also In re Mesa Air Grp.

Inc., 449 B.R. 441, 445 (Bankr. S.D.N.Y. 2011) (quoting CCT, 2010 WL 3386947, at *9)

("'[T]he review and editing of time records – as opposed to fee applications – is not

compensable.'"). Accordingly, billing a debtor's estate for time spent reviewing the firm's time

entries to ensure compliance with the guidelines imposed by case law, the Court, and the United

States Trustee as well as handling administrative matters in connection with billing for the

engagement should not be compensable.

**E.    "Lumping" or Block Billing**

30.    According to the UST Guidelines, billing records must clearly identify each

discrete task billed, indicate the date the task was performed, the precise amount of time spent

(not to be billed in increments greater than one-tenth of an hour), who performed the task, the

level of experience, and that person's hourly rate. See UST Guidelines at (b)(4)(v). Moreover,

the UST Guidelines provide that "[s]ervices should be noted in detail and not combined or

'lumped' together, with each service showing a separate time entry." Id. The UST Guidelines

only permit "lumping" where the aggregate time does not exceed a half-hour.  Id.; see also

General Order M-447 at (A)(4)(c)(iii) (same).

31.     Recording multiple tasks as one billing entry, typically referred to as "block

billing" or "lumping," is routinely disallowed as it makes it exceedingly difficult to determine

the reasonableness of the time spent on each of the individual tasks performed.  See Baker, 374

B.R. at 494 (citations omitted) ("A professional is required to bill each task separately.  That

way, a Court can scrutinize the reasonableness of the time expended and counsel is not tempted

to inflate the actual time spent and group multiple tasks together hoping to camouflage the true

length of an individual task.").  As a result of "lumping" time, the "timekeeper fails to sustain

[his] burden of providing that [his] fees are reasonable." Brous, 370 B.R. at 576.  Consequently,

courts summarily will disallow time for discrete legal services merged together in a fee

application.  See, e.g., Baker, 374 B.R. at 496 (deducting 20% from the requested fees for

improper block billing); see also In re M. Fabrikant & Sons, Inc., Case No. 06-12737 (SMB)

(Bankr. S.D.N.Y. Jan. 13, 2009) (Memorandum Decision Regarding Applications for

Professional Fees and Reimbursement of Expenses) (Docket No. 926) (allowing only 30 minutes

for each "lumped" entry, irrespective of the aggregate time billed for that entry); CCT, 2010 WL

3386947 at *7 (allowing only 30 minutes of time for lumped entries).

**F.      Actual and Necessary Expenses**

32.     Under Section 330(a)(1)(B), only documented expenses that are actual and

necessary are reimbursable.  11 U.S.C. § 330(a)(1)(B).  Professionals must "furnish enough

specificity for the Court to establish whether a given expense was both actual and necessary." In

re Korea Chosun Daily Times, Inc., 337 B.R. 758, 769 (Bankr. E.D.N.Y. 2005) (quoting In re

S.T.N. Enters., Inc., 70 B.R. 823, 834 (Bankr. D. Vt. 1987)).  Expenses are "actual" if they are

15

incurred and not based on a formula or <u>pro rata</u> calculation.  <u>Bennett Funding</u>, 213 B.R. at 398.

Expenses are "necessary" if they were "reasonably needed to accomplish proper representation

of the client."  <u>In re Am. Preferred Prescription, Inc.</u>, 218 B.R. 680, 686–87 (Bankr. E.D.N.Y.

1998).

33.     With respect to photocopying charges, General Order M-447, however, provide as

follows: "Photocopying shall be reimbursable <u>at the lesser</u> of $.10 or cost."  General Order M-

447 at F(2) (emphasis added).

**G.     <u>Interim Compensation</u>**

34.     Interim compensation to professionals, as reflected in Section 331, finds its

origins in the equity powers of the bankruptcy court.  <u>In re Barron</u>, 73 B.R. 812, 814 (Bankr.

S.D. Cal. 1987).  Therefore, the Bankruptcy Court has broad discretion in the course of

examining and awarding interim fee applications.  <u>Id</u>.

35.     In particular, "whether interim allowances are awarded, and in what amounts,

[are] questions left by Congress to the sound discretion of the bankruptcy court."  <u>Id</u>.  Because

the pending Applications are interim in nature, the timing of any payments is also within the

parameters of the Court's discretion.  <u>Id</u>.  Furthermore, courts have discretion to defer ruling on

any or all of the Applications, until the time for final applications is proper.  <u>In re ACT Mfg.,</u>

<u>Inc.</u>, 281 B.R. 468, 474 (Bankr. D. Mass. 2002).

36.     Section 331 incorporates the requirements of 11 U.S.C. § 330, and the standards

are the same for interim and final awards of compensation.  <u>See</u> <u>Bennett Funding</u>, 213 B.R. at

244.  At the interim fee stage, "there is [no] legal entitlement to payment prior to the final fee

award."  <u>Child World</u>, 185 B.R. at 17.  Section 331 "is permissive, nothing in that provision

requires a court to grant an application for interim compensation."  <u>Id</u>.  Thus, the statute

16

"authorizes the award of interim compensation, but does not mandate it." <u>In re First Hartford</u>

<u>Corp.</u>, 23 B.R. 729, 732 (Bankr. S.D.N.Y. 1982); <u>see</u> <u>also</u> <u>Barron</u>, 73 B.R. at 814 (noting that

Congressional intent underlying Section 331 "was only to give officers of the estate an

<u>opportunity</u> to apply for reimbursement.") (emphasis in original).

**H.**    **Certification**

37.    Pursuant to General Order M-447, each fee application filed after February 5,

2013 must include a certification from a "Certifying Professional" that:

> (a) the Certifying Professional has read the application; (b) to the best of the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within these Amended Guidelines, except as specifically noted in the certification and described in the fee application; (c) except to the extent that fees or disbursements are prohibited by these Amended Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the applicant and generally accepted by the applicant's clients; and (d) in providing a reimbursable service, the applicant does not make a profit on the service, whether the service is performed by the applicant in-house or through a third party.

General Order M-447 at B(1).

## IV.  OBJECTIONS

**A.**    **Debtors' Professionals**

**1.**    **Bradley Arant**

Bradley Arant seeks the allowance of fees aggregating $724,297.96 and reimbursement

of expenses aggregating $71,408.27 for the Fee Period.  The United States Trustee objects to the

allowance of $19,312.79 in fees and $2,902.51 in expenses for the reasons set forth below.

**Transitory Timekeepers**

The United States Trustee has identified time entries by twenty (20) Bradley Arant

attorney timekeepers that billed fewer than five hours during this Fee Period.  <u>See</u> Bradley Arant

Fee Application, Ex. D.  The transitory nature of these services raises the question of the extent

of the value these timekeepers provided to the estate.  See In re Jefsaba, 172 B.R. 786, 801

(Bankr. E.D. Pa. 1994) ("It is inappropriate for each new addition to the team to bill for time

spent reviewing the file or otherwise familiarizing him or herself with the matter.").  Absent

further information regarding the necessity for the very brief appearances by these timekeepers,

and the concomitant learning curve attendant to their transitory duties, the Court should disallow

$9,432.89 related to services rendered by transitory timekeepers.

### Vague or Lumped Time Entries

Bradley Arant's application includes a number of impermissibly vague or lumped time

entries.  Annexed hereto as Exhibit A is a copy of Bradley Arant's time records marked with the

annotations "V" or "L" to highlight the non-compliant, vague or lumped time entries.  The vague

or lumped time entries identified in Exhibit A total $8,260.  As a result of the lumped time

entries, the United States Trustee requests that the Court reduce the fee for those services by

$8,260.

### Duplicate Entries

Bradley Arant's time records contain multiple, apparently duplicated, entries.  Attached

as Exhibit A is a copy of Bradley Arant's time records marked with the designation "D" to

highlight the duplicated entries.  The United States Trustee requests that the Court reduce the

fees by $1,619, which is the total amount attributable to the duplicate entries.[4]

### Travel Expenses to New York

Bradley Arant seeks reimbursement of $2,902.51 for expenses related to travel to New

York City for meetings.  At the September 11, 2013 hearing, the Court indicated that travel

expenses by attorneys traveling to New York City are overhead and are therefore not

---

[4] Several of the duplicated entries in Bradley Arant's time records also bear the designation "V."  These entries have not been included in the proposed reduction sought for vague or lumped time.

18

compensable.  <u>See</u> Hr'g Tr. 50:13-19 (Sept. 11, 2013).  Consistent with this presumptive rule, the

United States Trustee requests that the Court reduce the requested reimbursement in the amount

of $2,902.51.

[The remainder of this page is intentionally blank]

2.    **Bryan Cave**

Bryan Cave seeks the allowance of fees aggregating $285,783.50 and reimbursement of expenses aggregating $4,913.67 for the Fee Period. The United States Trustee objects to the allowance of $4,913.67 in expenses for the reasons set forth below.

**Travel Expenses to New York**

Bryan Cave seeks reimbursement of $4,913.67 for expenses related to travel to New York City.  Consistent with the Court's rulings with respect to charges for travel to New York City, the United States Trustee requests that the Court reduce these expenses in the amount of $4,913.67.  See Hr'g Tr. 50:13-19 (Sept. 11, 2013).

[The remainder of this page is intentionally blank]

3.    **Carpenter Lipps**

Carpenter Lipps seeks the allowance of fees aggregating $832,475.50 and reimbursement of expenses aggregating $402,651.28 for the Fee Period.  The United States Trustee objects to the allowance of $13,970.97 in expenses for the reasons set forth below.

**Travel Expenses to New York**

Carpenter Lipps seeks reimbursement of $13,970.97 for expenses related to travel to New York City for meetings, depositions, and hearings.  Consistent with the Court's rulings with respect to charges for travel to New York City, the United States Trustee requests that the Court reduce these expenses in the amount of $13,970.97.  See Hr'g Tr. 50:13-19 (Sept. 11, 2013).

[The remainder of this page is intentionally blank]

4. <u>**Centerview**</u>

Centerview seeks the allowance of fees aggregating $1,200,000 and reimbursement of

out-of-pocket expenses aggregating $3,878.62 for the Fee Period.  The United States Trustee

objects to the allowance of $2,647.58 in expenses for the reasons set forth below.

<u>**Transportation and Meal Expenses**</u>

Centerview seeks reimbursement of $2,647.58 for transportation and meal expenses

incurred in this Fee Period.  The United States Trustee has cross-referenced the expenses for

May 2013 with the corresponding time entries and found that in certain instances Centerview's

professionals did not work on this case despite charging a meal or car service on a particular

date.  One example of this occurred on May 10, 2013, when one professional with the initials

"J.M." charged $19.64 for a meal and $12 for a car service but had no corresponding time

entries.  The United States Trustee requests that Centerview eliminate all meal and transportation

expenses that fail to comply with the Court's presumptive rule that requires a professional to

work at least four hours on the case to justify a meal or car service expense for the corresponding

day.  <u>See</u> Hr'g Tr. 51:17-25 to 52:1-14 (Sept. 11, 2013).  In the absence of such action, the

United States Trustee requests that the Court reduce Centerview's expense reimbursement by

$2,647.58.

[The remainder of this page is intentionally blank]

5.      **Curtis Mallet**

Curtis Mallet seeks the allowance of fees aggregating $3,456,395.50 and reimbursement of expenses aggregating $15,169.08 for the Fee Period.  The United States Trustee objects to the allowance of $18,971 in fees for the reasons set forth below.

**Transitory Timekeepers**

The United States Trustee has identified time entries by one (1) timekeeper that billed fewer than five hours during the Fee Period.[5]  Absent a satisfactory explanation for the necessity of this transitory timekeeper, the United States Trustee requests that the Court reduce Curtis Mallet's compensation by $935.

**Vague or Lumped Time Entries**

Curtis Mallet's application includes multiple vague or lumped entries.  Annexed hereto as Exhibit B is a copy of Curtis Mallet's time records marked with the designation "V" or "L" to reflect the impermissibly vague or lumped time records.  The objectionable time entries aggregate approximately $10,700.  Accordingly, the United States Trustee requests that the Court reduce Curtis Mallet's fees for those services by $10,700.

**Review and Revision of Time Records**

Curtis Mallet requests $33,171.50 for 85.7 hours under the project category "Curtis Retention/Billing/Fee Applications."  The fees under this category represent less than one percent of the overall fee request.  A review of the time records indicates that Curtis Mallet personnel expended a significant amount of time under this project category reviewing and revising monthly fee statements.  Annexed hereto as Exhibit B is a copy of Curtis Mallet's time records marked with the designation "F" to identify those time entries that relate to the impermissible review and revision of billing invoices.  See CCT, 2010 WL 3386947, at *9

---

[5] The timekeeper at issue is J.D. Mize.

(reviewing and editing time records is not compensable).  Therefore, the United States Trustee requests that the Court reduce Curtis Mallet's compensation in this project category by $7,211.

**<u>Miscellaneous Time Entry Issue</u>**

A time entry on May 17, 2013 appears to contain a mathematical error in which .4 hours of time was inadvertently billed at .6 hours.  The fees should be reduced in the amount of $125 to address the mathematical error.

[The remainder of this page is intentionally blank]

6.    **Deloitte**

Deloitte seeks the allowance of fees aggregating $134,692.15 for the Fee Period.  The

United States Trustee objects to the allowance of $9,229.50 in fees for the reasons set forth

below.

**Transitory Timekeepers**

The United States Trustee has identified time entries by nine (9) timekeepers that billed

fewer than five hours during the Fee Period.  Specifically, nine professionals with the business

titles Partner, Director, Consultant, Senior Consultant, Senior Manager, and Manager billed

fewer than five hours during this Fee Period.[6]  Absent a satisfactory explanation for the necessity

of these timekeepers, the United States Trustee requests that the Court reduce Deloitte's

compensation by $5,334.50.

**Review and Revision of Time Records**

Deloitte requests $8,073 for 39.4 hours under the project category "Preparation of Fee

Applications."  The fees under this category represent 6.46 percent of the overall fee request for

the Fee Period, after the $1,500 voluntary reduction taken by Deloitte in connection with this

category.  A review of the time records indicates that Deloitte personnel expended a significant

amount of time under this project category on reviewing and revising monthly fee statements.

Attached hereto as Exhibit C is a copy of Deloitte's time records marked with the letter "R" to

highlight the time entries that involved the impermissible review and revision of billing invoices.

See CCT, 2010 WL 3386947, at *9 (reviewing and editing time records is not compensable).

The marked time entries aggregate $5,395 in fees.  In light of the foregoing, the United States

---

[6] The Deloitte timekeepers at issue are:  T. Kozlowski; E. Wang; M. Zayas; B. Harrison; D. Poisson; R. Soehnel; F. Dudek; J.E. Alaba; and O. Rayes.

Trustee requests that the Court reduce the fees under this project category by $5,395 less the

$1,500 voluntary reduction already taken by Deloitte, resulting in a further reduction of $3,895.

[The remainder of this page is intentionally blank]

7.    **Dorsey**

Dorsey seeks an allowance of fees aggregating $122,807.70 and reimbursement of expenses aggregating $1,376.97 for the Fee Period.[7]  The United States Trustee objects to the allowance of $8,756 in fees for the reasons set forth below.

**Transitory Timekeepers**

The United States Trustee has identified five (5) timekeepers that billed fewer than five hours during the Fee Period.[8]  Absent further explanation for the necessity of these transitory timekeepers, the United States Trustee requests that the Court reduce Dorsey's compensation by $1,188.90.

**Vague or Lumped Time Entries**

Dorsey's application includes multiple vague entries.  Annexed hereto as Exhibit D is a copy of Dorsey's time records marked with the designation "V" to reflect the impermissibly vague time records.  The objectionable time entries aggregate approximately $7,567.10.  Accordingly, the United States Trustee requests that the Court reduce Dorsey's fees for those services by $7,567.10.

[The remainder of this page is intentionally blank]

---

[7] Dorsey's fees reflect a ten percent discount.  Dorsey Fee Application at n.4.

[8] The Dorsey individuals at issue are S. Heim; S. McIvor; M. Clark; G. Salvo; and B. McGarry.

8.    **Ernst & Young**

Ernst & Young seeks an allowance of fees aggregating $849,954.25 and reimbursement of expenses aggregating $35,273.37 for the Fee Period.  The United States Trustee objects to the allowance of $3,040 in fees for the reason set forth below.

**Charges for Interns**

Under the project category, "Fee Applications," Ernst and Young seeks compensation in the amount of $42,240.  Of this amount, the United States Trustee objects to $3,040 because Ernst & Young billed 12.4 hours for the time of two interns.   See ACT Mfg., 281 B.R. at 485 (disallowing "time spent by non-paid interns, summer associates, and staff whose salaries can ordinarily be viewed as part of a firm's overhead compensated via the rates of the firm's professionals and paraprofessionals."); In re Bank of New England Corp., 134 B.R. 450, 455–56 (Bankr. D. Mass. 1991) (disallowing charges by interns and summer associates); In re de Weldon, 176 B.R. 665, 667 (Bankr. D.R.I. 1995) (same).  Accordingly, the United States Trustee requests that the Court reduce Ernst and Young's compensation under this project category by $3,040.

[The remainder of this page is intentionally blank]

9.    **Fortace**

Fortace seeks an allowance of fees aggregating $238,597.50 and reimbursement of

expenses aggregating $150,000 for the Fee Period.  The United States Trustee objects to the

allowance of $61,340 in fees and reimbursement of $150,000 in expenses for the reasons set

forth below.

**Duplicate Time Entries**

Fortace's time records include significant instances of duplicate time entries.

Specifically, between January 1 and January 31, 2013, various timekeepers charged $61,340,

representing 306.7 hours, with the following duplicate entry: "QC review of ResCap expert

report spreadsheet data for 1500 loans from the UCC sample population."  Annexed hereto as

Exhibit E is a copy of Fortace's time records marked with the annotation "D" to highlight the

duplicate time entries.

At the hearing on the second interim application held on April 11, 2013, the Court noted

the following with respect to Fortace's duplicative time entries:

> THE COURT: I'm going to approve the fees as revised, pursuant to the agreement
> of the U.S. Trustee. I would note th9at there were many vague or inadequate time
> entries, and many of which were identical for each day. For instance, for each
> workday in September, Frank Sillman charged many hours "researching and
> drafting supplemental expert declaration including the trust-level expected
> lifetime loss model process and other related topics." Other partners wrote
> essentially identical descriptions for their daily activities. In the Court's view, the
> descriptions were inadequate; more detail is required. I am going to approve the
> application as modified pursuant to the agreement with the U.S. Trustee.

Hr'g Tr. 35:1-12 (April 11, 2013).  Therefore, as a result of the duplicate time entries in

Fortace's current fee application, the United States Trustee requests that the Court reduce the

fees by $61,340.

**Illumination Asset Management Expense**

Fortace seeks reimbursement of $150,000 for expenses incurred in employing

Illumination Asset Management ("Illumination").  In support of these expenditures, Fortace has

attached an invoice from Illumination dated February 20, 2013, indicating that Fortace owes

Illumination $150,000 for providing "Modeling and Analytical Services."  The United States

Trustee objects to the above amount because Fortace has not provided adequate information that

justifies a reimbursement for Illumination's expenses.  Moreover, in its previous two fee

applications, Fortace had sought $115,400 and $13,800, respectively, for expenses associated

with the employment of WestPAT LLC ("WestPAT").  WestPAT had invoiced Fortace for

"[l]oss projection, analysis, and consultation for RESCAP Trusts," and "Estimated Lifetime Loss

Model Expenses."  Fortace has failed to adequately explain whether Illumination has replaced

WestPAT as a vendor, and if so, why Illumination appears to charge more for substantially

similar services.

[The remainder of this page is intentionally blank]

30

10.    **FTI**

FTI seeks an allowance of fees aggregating $4,342,805 and reimbursement of expenses

aggregating $130,547.97 for the Fee Period.  The United States Trustee objects to the allowance

of $298,799.61 in fees and reimbursement of $103,523.95 in expenses for the reasons set forth

below.

**Fee Application Preparation**

FTI seeks compensation of $184,222.50 under the project category "24  Fee Application

Process."  The amount sought under this project category represents 3.8 percent of the

$4,756,189.50 in fees charged by FTI during this Fee Period.  Although this percentage falls

within the range identified in this Court's previous rulings with respect to fee application costs,

that percentage has been adjusted when the total fees are either very small or very large.  See

Mesa Air, 449 B.R. at 445 (finding that 3–5% of the total fees sought for preparing fee

application is a "useful metric," and 8% in that case was "too high").

There are a substantial number of time entries under the "Fee Application Process"

project category that appear to include impermissible review and editing of time entries.  A

review of the time records indicates that FTI personnel expended a significant amount of time

under this project category on reviewing and revising monthly fee statements.  Attached hereto

as Exhibit F is a copy of FTI's time records marked with the letter "R" (totaling $79,345) to

highlight the time entries that involved the impermissible review and revision of billing invoices.

See CCT, 2010 WL 3386947, at *9 (reviewing and editing time records is not compensable).

Accordingly, taking into consideration the impermissible time entries included in the Fee

Application Process category, as well as the size of FTI's fee application for this Fee Period, the

United States Trustee suggests that the appropriate fee application percentage should be one

31

percent ($47,561.90).  Based on the foregoing one percent, the United States Trustee requests

that the Court reduce FTI's fee request under this project category by $136,660.61.

Alternatively, the United States Trustee requests that the Court reduce FTI's compensation by

$79,345, representing the time entries that involved the impermissible review and revision of

billing invoices.

### Travel Related Fees

FTI seeks compensation of $107,202.50 under the project category "25 Travel,"

representing 50 percent of the actual time incurred.  See FTI Fee Application, p. 50, ¶ 109.  The

majority of the travel related time was incurred for travel by out-of-state FTI employees traveling

to New York City.  The New York City travel and lodging related expenses should be included

as part of FTI's overhead.  Accordingly, the United States Trustee requests that the Court reduce

FTI's travel related fees by $107,202, except to the extent that FTI establishes that the travel

related time was not incurred for travel to New York City.

### Charges for Summer Associates

FTI seeks compensation in the amount of $49,980 for the time of five (5) "Summer

Associates."  The United States Trustee objects to the full amount of such fees because such fees

are recruitment expenses that should be included in the firm's overhead.  See ACT Mfg., 281

B.R. at 485 (disallowing "time spent by non-paid interns, summer associates, and staff whose

salaries can ordinarily be viewed as part of a firm's overhead compensated via the rates of the

firm's professionals and paraprofessionals."); Bank of New England Corp., 134 B.R. at 455–56

(disallowing charges by interns and summer associates); Weldon, 176 B.R. at 667

(same).  Accordingly, the United States Trustee requests that the Court reduce FTI's

compensation under this project category by $49,980.

32

### Transitory Timekeepers

The United States Trustee has identified time entries by four (4) Directors and three (3) Senior Consultants that billed fewer than five (5) hours during this Fee Period.  See FTI Fee Application, pp. 4-5.  Absent satisfactory explanation for the necessity of these timekeepers, the United States Trustee requests that the Court reduce FTI's compensation by $4,957.

### Travel and Lodging Expenses

The United States Trustee objects to the request by FTI for reimbursement of travel, lodging and other travel related expenses in the amount of $103,523.95 incurred by FTI timekeepers residing outside the New York metropolitan area as set forth in the table below. Expenses of FTI timekeepers who reside outside of the New York metropolitan area, and who travel to New York City and stay at New York City hotels to perform services on behalf of the Debtors, are required to treat such travel and lodging expenses as part of the firm's overhead. Accordingly, the request for reimbursement of expenses in the amount of $103,523 should be disallowed as overhead expenses.  Consistent with its burdens, while certain of the travel and lodging expenses may have been to client locations, FTI must calculate the exact amount of such permissible expenses to receive any reduction in the amount of the disallowed overhead expenses.

| Timekeeper | Expense Amount |
|---|---|
| Ronald F. Greenspan | $1,679.00 |
| Kamila Kairoullina | $2,750.47 |
| William J. Nolan | $21,836.18 |
| Mark A. Renzi | $26,831.15 |
| Michael J. Talarico | $27,809.89 |
| Brett Witherell | $22,617.26 |
| Expense Total | $103,523.95 |

11.    **Hudson Cook**

Hudson Cook seeks the allowance of fees aggregating $219,318 for the Fee Period.  The

United States Trustee objects to the allowance of $108,602 in fees for the reasons set forth

below.[9]

**Vague or Duplicate Time Entries**

Certain time records of Hudson Cook are vague, lumped, or duplicative, and therefore

fail to comply with the standard provided under case law within this District, General Order M-

447, and the UST Guidelines.  With respect to vague entries, by way of examples only,

professionals charged for the following time entries: (1) on June 5, 2013, a charge of $3,999,

representing 9.3 hours, for "Michigan – Foreclosure review borrower remediation" and; (2) on

June 27, 2013, a charge of $2,411.50, representing 5.3 hours, for "Work on BK standing file

reviews."   Further, with respect to duplicate time entries, Hudson Cook personnel used certain

phrases throughout the Fee Period such as "Reviewed, analyzed, and responded to ownership

observations" (34 times, with a similar phrase) and "Reviewed bankruptcy docket to determine

the duration of the stay period and any modifications to the stay for assigned files" (19 times).  In

certain instances, the time entries were both vague and duplicative.  Annexed hereto as Exhibit G

is a copy of time records marked with the annotations "V," or "D" to highlight the vague or

duplicative time entries.  The time entries in question total $108,602.  Accordingly, the United

States Trustee requests that the Court reduce the fees for those services by $108,602.

---

[9] Hudson Cook filed its fee application on December 2, 2013, which was two weeks after the date required by the "Notice of Hearing and Deadlines Regarding Interim Applications for Allowance of Compensation and Reimbursement of Expenses for the Period Between May 1, 2013 and August 31, 2013," ECF Doc. No. 5450.  This reduced the United States Trustee's review time from three weeks to one week.

12.    **KPMG**

KPMG seeks the allowance of fees aggregating $91,133 for the Fee Period.  The United

States Trustee objects to the allowance of $67,276.50 in fees for the reasons set forth below.

**Duplicate Entries**

Under the project categories "Tax Compliance Services – REMIC" and "Tax Compliance

Services – Quarterly Projected Excess Inclusion Income," KPMG seeks a combined amount in

fees of $87,125.  Of this amount, the United States Trustee objects to $67,276.50 because the

time entries contain numerous duplicate time entries as depicted on the chart below.

| Name | Date | Description | Hours | Amount |
|---|---|---|---|---|
| Peng, Jiacheng | 2-May-13 | Continue to review and revise unsupported Premium and Discount amounts for various trusts. | 1.0 | $ 240.00 |
| Peng, Jiacheng | 7-May-13 | Continue to review and revise unsupported Premium and Discount amounts for various trusts. | 2.0 | $ 480.00 |
| Peng, Jiacheng | 8-May-13 | Continue to review and revise unsupported Premium and Discount amounts for various trusts. | 2.0 | $ 480.00 |
| Peng, Jiacheng | 9-May-13 | Continue to review and revise unsupported Premium and Discount amounts for various trusts. | 2.0 | $ 480.00 |
| Peng, Jiacheng | 16-May-13 | Continue to prepare collateral and bond information cash flow query update for system for various trusts. | 1.0 | $ 240.00 |
| Peng, Jiacheng | 17-May-13 | Continue to review and revise unsupported Premium and Discount amounts for various trusts. | 1.0 | $ 240.00 |
| Peng, Jiacheng | 20-May-13 | Continue to review and revise unsupported Premium and Discount amounts for various trusts. | 1.0 | $ 240.00 |
| Peng, Jiacheng | 21-May-13 | Continue to prepare collateral and bond information cash flow query update for system for various trusts. | 1.0 | $ 240.00 |
| Peng, Jiacheng | 22-May-13 | Continue to prepare collateral and bond information cash flow query update for system for various trusts. | 1.0 | $ 240.00 |
| Peng, Jiacheng | 23-May-13 | Continue to review and revise unsupported Premium and Discount amounts for various trusts. | 1.0 | $ 240.00 |
| Peng, Jiacheng | 28-May-13 | Continue to review and revise unsupported Premium and Discount amounts for various trusts. | 1.0 | $ 240.00 |
| Peng, Jiacheng | 29-May-13 | Continue to prepare collateral and bond information cash flow query update for system for various trusts. | 1.0 | $ 240.00 |
| Izuagie, Arno I. | 16-Jul-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 2.0 | $ 870.00 |
| Izuagie, Arno I. | 18-Jul-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 2.0 | $ 870.00 |
| Cole, Olayanju O. | 18-Jul-13 | Validation of Collateral Balance, Adjusted Issued Price, Collateral Call amount, Inducement Fee and Residual Analysis for 6 trusts. | 3.0 | $ 720.00 |
| Cole, Olayanju O. | 19-Jul-13 | Validation of Collateral Balance, Adjusted Issued Price, Collateral Call amount, Inducement Fee and Residual Analysis for 6 trusts. | 3.0 | $ 720.00 |

| Izuagie, Arno I. | 23-Jul-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 1.0 | $ 435.00 |
|---|---|---|---|---|
| Izuagie, Arno I. | 23-Jul-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 3.0 | $ 1,305.00 |
| Izuagie, Arno I. | 24-Jul-13 | Director's review of schedule Q Incomes, and Capital Statements to determine inducement fee for various trusts. | 1.0 | $ 435.00 |
| Izuagie, Arno I. | 24-Jul-13 | Director's review of schedule Q Incomes, and Capital Statements to determine inducement fee for various trusts. | 3.0 | $ 1,305.00 |
| Izuagie, Arno I. | 26-Jul-13 | Director's review of schedule Q Incomes, and Capital Statements to determine inducement fee for various trusts. | 3.0 | $ 1,305.00 |
| Izuagie, Arno I. | 26-Jul-13 | Director's review of schedule Q Incomes, and Capital Statements to determine inducement fee for various trusts. | 3.0 | $ 1,305.00 |
| Izuagie, Arno I. | 29-Jul-13 | Director's review of schedule Q Incomes, and Capital Statements to determine inducement fee for various trusts. | 2.0 | $ 870.00 |
| Izuagie, Arno I. | 29-Jul-13 | Director's review of schedule Q Incomes, and Capital Statements to determine inducement fee for various trusts. | 3.0 | $ 1,305.00 |
| Izuagie, Arno I. | 30-Jul-13 | Director's review of schedule Q Incomes, and Capital Statements to determine inducement fee for various trusts. | 1.0 | $ 435.00 |
| Izuagie, Arno I. | 30-Jul-13 | Director's review of schedule Q Incomes, and Capital Statements to determine inducement fee for various trusts. | 3.0 | $ 1,305.00 |
| Ali, Amjad | 31-Jul-13 | Validation of Capital Accounts, Collateral Balances, Adjusted Issued Price and Collateral call periods, and Inducement Fee calculations for 5 trusts. | 2.9 | $ 696.00 |
| Izuagie, Arno I. | 31-Jul-13 | Director's review of schedule Q Incomes, and Capital Statements to determine inducement fee for various trusts. | 3.0 | $ 1,305.00 |
| Ali, Amjad | 31-Jul-13 | Validation of Capital Accounts, Collateral Balances, Adjusted Issued Price and Collateral call periods, and Inducement Fee calculations for 5 trusts. | 3.3 | $ 792.00 |
| Izuagie, Arno I. | 10-May-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 1.0 | $ 435.00 |
| Izuagie, Arno I. | 13-May-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 2.0 | $ 870.00 |
| Izuagie, Arno I. | 14-May-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 2.0 | $ 870.00 |
| Izuagie, Arno I. | 15-May-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 3.0 | $ 1,305.00 |
| Izuagie, Arno I. | 11-Jun-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 1.0 | $ 435.00 |
| Cole, Olayanju O. | 11-Jun-13 | Calculation and preparation of Quarterly Projected Excess Inclusion Income, reports and residual analysis for 6 trusts. | 3.0 | $ 720.00 |
| Cole, Olayanju O. | 12-Jun-13 | Calculation and preparation of Quarterly Projected Excess Inclusion Income, reports and residual analysis for 6 trusts. | 3.0 | $ 720.00 |
| Cole, Olayanju O. | 12-Jun-13 | Calculation and preparation of Quarterly Projected Excess Inclusion Income, reports and residual analysis for 6 trusts. | 3.0 | $720.00 |
| Izuagie, Arno I. | 13-Jun-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 2.0 | $870.00 |

| | | | | |
|---|---|---|---|---|
| Izuagie, Arno I. | 14-Jun-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 2.0 | $870.00 |
| Cole, Olayanju O. | 17-Jun-13 | Calculation and preparation of Quarterly Projected Excess Inclusion Income, reports and residual analysis for 4 trusts. | 2.0 | $480.00 |
| Izuagie, Arno I. | 17-Jun-13 | Director's review schedule Q Incomes, and Capital Statements with to determine inducement fee for various trusts. | 2.0 | $ 870.00 |
| Izuagie, Arno I. | 17-Jun-13 | Director's review of schedule Q Incomes and Capital Statements to determine inducement fee for various trusts. | 2.0 | $870.00 |
| Cole, Olayanju O. | 17-Jun-13 | Calculation and preparation of Quarterly Projected Excess Inclusion Income, reports and residual analysis for 6 trusts. | 3.0 | $720.00 |
| Cole, Olayanju O. | 17-Jun-13 | Calculation and preparation of Quarterly Projected Excess Inclusion Income, reports and residual analysis for 6 trusts. | 3.0 | $720.00 |
| Izuagie, Arno I. | 18-Jun-13 | Director's review schedule Q Incomes, and Capital Statements with to determine inducement fee for various trusts. | 2.0 | $ 870.00 |
| Izuagie, Arno I. | 18-Jun-13 | Director's review schedule Q Incomes, and Capital Statements with to determine inducement fee for various trusts. | 2.0 | $870.00 |
| Izuagie, Arno I. | 19-Jun-13 | Director's review  schedule Q Incomes, and Capital Statements with to determine inducement fee for various trusts. | 2.0 | $870.00 |
| Izuagie, Arno I. | 24-Jun-13 | Director's review  schedule Q Incomes, and Capital Statements with to determine inducement fee for various trusts. | 1.5 | $652.50 |
| Izuagie, Arno I. | 28-Jun-13 | Director's review  schedule Q Incomes, and Capital Statements with to determine inducement fee for various trusts. | 1.0 | $ 435.00 |
| Cole, Olayanju O. | 1-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 5 trusts. | 2.0 | $ 480.00 |
| Ali, Amjad | 1-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 5 trusts. | 2.0 | $480.00 |
| Cole, Olayanju O. | 1-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 6 trusts. | 3.0 | $720.00 |
| Cole, Olayanju O. | 1-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 6 trusts. | 3.0 | $720.00 |
| Ali, Amjad | 1-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 6 trusts. | 3.0 | $720.00 |
| Ali, Amjad | 2-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 5 trusts. | 2.0 | $480.00 |
| Cole, Olayanju O. | 2-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 5 trusts. | 2.3 | $552.00 |
| Cole, Olayanju O. | 2-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 7 trusts. | 2.7 | $648.00 |
| Cole, Olayanju O. | 5-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 7 trusts. | 3.0 | $720.00 |
| Ali, Amjad | 5-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 7 trusts. | 3.0 | $720.00 |
| Cole, Olayanju O. | 5-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 7 trusts. | 3.2 | $768.00 |
| Cole, Olayanju O. | 6-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 6 trusts. | 2.7 | $648.00 |
| Cole, Olayanju O. | 6-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 6 trusts. | 2.8 | $672.00 |
| Izuagie, Arno I. | 7-Aug-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 2.0 | $ 870.00 |
| Cole, Olayanju O. | 7-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 6 trusts. | 3.0 | $720.00 |

| | | | | |
|---|---|---|---|---|
| Cole, Olayanju O. | 7-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 6 trusts. | 3.0 | $720.00 |
| Izuagie, Arno I. | 7-Aug-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 3.0 | $1,305.00 |
| Ali, Amjad | 8-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 6 trusts. | 2.7 | $648.00 |
| Cole, Olayanju O. | 8-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 6 trusts. | 3.0 | $720.00 |
| Ali, Amjad | 8-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 6 trusts. | 3.0 | $720.00 |
| Izuagie, Arno I. | 8-Aug-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 3.0 | $1,305.00 |
| Izuagie, Arno I. | 8-Aug-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 3.0 | $1,305.00 |
| Izuagie, Arno I. | 9-Aug-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 2.0 | $870.00 |
| Izuagie, Arno I. | 9-Aug-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 3.0 | $ 1,305.00 |
| Izuagie, Arno I. | 12-Aug-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 2.0 | $870.00 |
| Izuagie, Arno I. | 12-Aug-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 3.0 | $ 1,305.00 |
| Izuagie, Arno I. | 16-Aug-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 2.0 | $870.00 |
| Cole, Olayanju O. | 16-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 6 trusts. | 3.0 | $720.00 |
| Cole, Olayanju O. | 16-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 6 trusts. | 3.0 | $720.00 |
| Izuagie, Arno I. | 18-Aug-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 2.0 | $870.00 |
| Cole, Olayanju O. | 19-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 4 trusts. | 2.0 | $480.00 |
| Ali, Amjad | 20-Aug-13 | Calculation of Residual Quarterly Projected Excess Inclusion Income and Preparation of Reports (Residual Analysis) for 4 trusts. | 2.0 | $480.00 |
| Izuagie, Arno I. | 20-Aug-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 2.0 | $870.00 |
| Izuagie, Arno I. | 20-Aug-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 3.0 | $1,305.00 |
| Izuagie, Arno I. | 21-Aug-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 3.0 | $1,305.00 |
| Izuagie, Arno I. | 21-Aug-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 3.0 | $1,305.00 |

| Izuagie, Arno I. | 22-Aug-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 3.0 | $1,305.00 |
|---|---|---|---|---|
| Izuagie, Arno I. | 22-Aug-13 | Director's review and approval of Quarterly return work papers, schedules, discount / premium factors, schedule Q Incomes, balance sheet and Income Statements for various trusts. | 3.0 | $1,305.00 |

The above time entries make it impossible to determine whether a professional's time spent on a task was reasonable.  Baker, 374 B.R. at 495 ("The records must be detailed enough to enable a Court to determine whether the attorneys are claiming compensation for hours that are 'redundant, excessive, or otherwise unnecessary.'").  Accordingly, the United States Trustee requests that the Court reduce the fees under these project categories by $67,276.50.

[The remainder of this page is intentionally blank]

13.    **Locke Lord**

Locke Lord seeks an allowance of fees aggregating $222,492.30 and reimbursement of expenses aggregating $3,805.60 for the Fee Period. The United States Trustee objects to the allowance of $6,067.30 in specified fees and to any compensation for any services reflected in redacted time entries for the reasons set forth below.

**Transitory Timekeepers**

The United States Trustee has identified time entries by nine (9) timekeepers that billed fewer than five hours during the Fee Period.[10] Absent further explanation for the necessity of these timekeepers, the United States Trustee requests that the Court reduce Locke Lord's compensation by $6,067.30.

**Redacted Time Entries**

Locke Lord's time records consist of 301 pages, of which 136 pages contain over 500 redacted time entries. Attorneys are permitted in appropriate circumstances to extract from billing records and redact certain information, but they must provide sufficient detail to support the fees claimed. See In re 114 Tenth Ave. Assocs., Inc., No. 05-60099, 2010 WL 3304204, at *1 (Bankr. S.D.N.Y. Aug. 20, 2010); see also In re 50 Pine Co., LLC, 317 B.R. 276, 286 (Bankr. S.D.N.Y. 2004) (noting that the redaction of descriptions of services rendered in their entirety precluded a determination of reasonableness). The burden of proof is on the party seeking attorneys' fees to prove their reasonableness, and that burden is not met to the extent the time entries are redacted. In re Frazin, 413 B.R. 378, 418 (Bankr. N.D. Tex. 2009) (denying fees to the extent of redacted entries). Redacted time entries prevent the court from performing the review required by Section 330(a)(4)(a). In re Las Vegas Monorail Co., 458 B.R. 553, 559

---

[10]The Locke Lord individuals at issue are A. Anthony; J.N. Froehlich; M. Hansen; C. Howard; N. Huerta; M. Nazareth; J. Sanders; A. Watt; and T. Yoxall.

(Bankr. Nev. 2011) (denying interim fees without prejudice due to redacted time entries).  The

United States Trustee requests that Locke Lord provide non-redacted time entries so that the

Court and the United States Trustee may review the reasonableness of the time billed.  Absent

this information, and until the United States Trustee has had an opportunity to review the non-

redacted time entries, fees associated with these time records should not be allowed or paid.

[The remainder of this page is intentionally blank]

41

14.    **Mercer**

Mercer seeks an allowance of fees aggregating $449.40 and reimbursement of out-of-pocket expenses aggregating $5,647.91 during the Fee Period.  The United States Trustee objects to the allowance of $5,647.91 in expenses for the reasons set forth below.

**Outside Counsel Expenses**

Mercer seeks reimbursement of $4,170.60 in expenses incurred for its outside counsel. The United States Trustee notes that the expenses incurred by outside counsel relate solely to preparing Mercer's fee application.  In total, the amount sought vastly exceeds the presumptive rule capping fee application costs at five percent of the total fee application.  See Mesa Air, 449 B.R. at 445 (finding that 3–5% of the total fees sought for preparing fee application is a "useful metric," and 8% in that case was "too high").  Accordingly, the United States Trustee requests the Court reduce the entire expense reimbursement of $4,170.60.

**Other Expenses**

Mercer seeks reimbursement of $1,477.31 for other expenses related to transportation, meals, research charges, and Pacer charges.  The United States Trustee objects to this entire amount because the expenses were not supported by corresponding time entries.

[The remainder of this page is intentionally blank]

15.    **Morrison Cohen**

Morrison Cohen seeks the allowance of fees aggregating $1,231,368.50 and

reimbursement of out-of-pocket expenses aggregating $36,075.45 for the Fee Period.  The

United States Trustee objects to the allowance of $108,344 in fees and $15,871.13 in expenses

for the reasons set forth below.

**Multiple Attendees at Internal Meetings**

Morrison Cohen seeks the allowance of $1,168,280 under the project category "Board of

Director Matters."  In its fee application narrative, Morrison Cohen acknowledges that it staffs

more than three attorneys at meetings on behalf of the independent directors.  See Morrison

Cohen Fee Application at ¶ 47–49.  Previously, on August 28, 2013, the United States Trustee

filed an objection to Morrison Cohen's staffing at meetings during the third interim fee period.

See ECF Doc. No. 4869.  At the hearing on that fee application, the Court expressed reservations

in departing from its rule that a law firm may not charge for more than three attorneys at a

meeting.  See Hr'g Tr. 42:6-25 to 47:1-9 (Sept. 11, 2013).  According to the United States

Trustee's analysis of the time records, in May 2013, Morrison Cohen charged an estimated

$27,086 for meetings where more than three attorneys attended the meeting.   Annexed hereto as

Exhibit H is a copy of Morrison Cohen's time records marked with the annotations "M" to

highlight the meetings at issue.  The United States Trustee was unable to determine the exact

number of meeting meetings for certain meetings because not all timekeepers accurately

recorded their attendance at a meeting.  For example, inaccurate time entries for meetings

occurred on May 9, 14, and 16, 2013.  See Ex. H.

Although Morrison Cohen has provided a narrative attempting to justify the staffing of

more than three attorneys at a meeting, the circumstances do not justify departing from the

Court's presumptive rule.  Therefore, the United States Trustee requests that Morrison Cohen

remove charges where more than three attorneys attended any meeting or calls.  In the absence of

such a reduction, the United States Trustee requests that the Court reduce the fees under this

project category by $108,344.[11]

### **Merrill Communications, LLC Expenses**

Morrison Cohen seeks an aggregate reimbursement of $15,871.13 for expenses

associated with Merrill Communications, LLC.  The only description of services provided by for

these charges was the following:  "ESI Processing & Printing."  The United States Trustee

requests that Morrison Cohen provides an explanation and supporting invoices for these

expenses.   In the absence of such justification and proof by Morrison Cohen, the United States

Trustee requests that the Court reduce the expense reimbursement in the amount of $15,871.13.

[The remainder of this page is intentionally blank]

---

[11] This amount is an estimate, calculated by taking the total for May ($27,086.00) and multiplying it by the number
of months in the Fee Period (4).

16.    **Morrison Foerster**

Morrison Foerster seeks the allowance of fees aggregating $21,653,139.30 and reimbursement of expenses aggregating $551,388.56 for the Fee Period.  The United States Trustee objects to the allowance of $546,104 in fees and of $426,798.77 in expenses for the reasons set forth below.

**Vague Time Entries**

Morrison Foerster's fee application includes various impermissibly vague time entries, including, but not limited to, a significant amount of block billing where substantial amounts of time has been recorded by very general descriptions of the services rendered.  Annexed hereto as Exhibit I is a list of Morrison Foerster's time records that include the non-compliant, vague time entries highlighted in bold.  The vague time entries identified in Exhibit I total $490,353.50.  As a result of the vague time entries, the United States Trustee requests that the Court reduce the firm's fees by $490,353.50.

**Transitory Timekeepers**

The United States Trustee has identified time entries by 13 partners (fees totaling $8,290.50), 10 associates (fees totaling $9,608) and 20 para-professionals (fees totaling $12,116) (total fees of $30,014.50) for timekeepers billing fewer than 5 hours for the Fee Period.  See Morrison Foerster Fee Application, Ex. C.  Morrison Foerster has reduced its fees for "Minimal Hours Associates" by $11,998.50.  See Morrison Foerster Fee Application at 40.  Therefore, the United States Trustee requests that the Court reduce Morrison Foerster's compensation by $20,406.50.

**Charges for Associates Not Admitted to Practice and Law Clerks**

The United States Trustee objects to charges of $35,344 for the services of three

associates not admitted to practice in any jurisdiction and one summer associate (J. Kamen, M.

Castro, A.N. Muhannad, and G. Kelsy).  An applicant may not seek compensation under Section

330 for services performed by the work of a firm's "summer associates and law clerks," because

the work performed by them is part of a firm's overhead.  See Ousmane v. City of New York,

No. 402648/04, 880 N.Y.S. 2d 874, 2009 WL 722294, at *11 (N.Y. Sup. 2009) (concluding that

an attorney's hourly rate prior to admission to the bar cannot be the same as a fully admitted

counsel, even when the non-admitted attorney at issue possessed skills and experience far

exceeding that of a typical law school graduate); ACT Mfg., 281 B.R. at 485 (disallowing "time

spent by non-paid interns, summer associates, and staff whose salaries can ordinarily be viewed

as part of a firm's overhead compensated via the rates of the firm's professionals and

paraprofessionals."); Bank of New England Corp., 134 B.R. at 455–56 (disallowing charges by

interns and summer associates); Weldon, 176 B.R. at 667 (same).  Accordingly, the United

States Trustee requests that the Court reduce Morrison Foerster's compensation by $35,344

(reducing non-admitted associate billing rate to the highest senior paralegal rate of $315 per hour

and eliminating the services of the summer associates).

**Discovery Expenses**

The United States Trustee requests additional substantiation for the following discovery

related expenses totaling $409,941.40:

| DATE | TIMEKEEPER | AMOUNT | DESCRIPTION |
|------|------------|--------|-------------|
| 8/22/2013 | TANENBAUM, JAMES R. | $5,034.40 | Expert Fees CENTERVIEW PARTNERS LLC, Professional services regarding Residential Capital deal toys. |
| 7/15/2013 | TANENBAUM, JAMES R. | $6,800.00 | Expert Fees CORNERSTONE RESEARCH, INC., professional fees and expenses incurred |

46

| | | | through June - Data Acquisition - Capital IQ, Bloomberg ABSNet from May 2013. |
|---|---|---|---|
| 6/28/2013 | TANENBAUM, JAMES R. | $7,650.00 | Expert Fees KATHERINE SCHIPPER, For professional services rendered for the period ending May 15, 2013 |
| 6/30/2013 | TANENBAUM, JAMES R. | $11,244.38 | EDiscovery Fees INNOVATIVE DISCOVERY, Monthly Hosting Fees per GB |
| 5/31/2013 | TANENBAUM, JAMES R. | $12,642.30 | EDiscovery Fees INNOVATIVE DISCOVERY, Relativity repository - Monthly Hosting Fees per GB |
| 8/31/2013 | TANENBAUM, JAMES R. | $24,617.25 | EDiscovery Fees IRIS DATA SERVICES, INC., (Monthly Invoice) Database setup and consolidation project, Monthly Online Hosting in Relativity, other case related projects. |
| 6/12/2013 | TANENBAUM, JAMES R. | $51,278.07 | Expert Fees CORNERSTONE RESEARCH, INC., professional fees and expenses incurred through May 3012 re GIC v. Residential Capital LLC |
| 6/28/2013 | TANENBAUM, JAMES R. | $290,675.00 | Expert Fees NEWOAK CAPITAL ADVISORS LLC, Professional service rendered for FGIC RMBS Claim 61 Mortgage Groups Invoice No. N-2119 for the period May 29, 2013 - June 28, 2013 |
| | | $409,941.40 | |

### Meals and Travel Expenses

The United States Trustee objects to meals and travel related expenses of $16,857.37, as set forth in the attached Exhibit I. As noted in the "Comment" column in Exhibit I, the objections include: meal charges where the attendees are not identified, overtime meals or transportation charges where the timekeeper has billed less than 4 hours for the day (or where the charge is by a non-timekeeper), meals that exceed the $20 limit, charging for commuting cost from the timekeepers home, travel and/or lodging related expenses by timekeepers residing outside the New York metropolitan area, lodging expenses by timekeepers residing in the New York metropolitan area and expenses that require additional substantiation and/or explanation.

17.    **Orrick**

Orrick seeks the allowance of fees aggregating $145,204.28 and reimbursement of out-of-pocket expenses aggregating $668.50 for the Fee Period.  The United States Trustee objects to the allowance of $34,558.12 in fees for the reasons set forth below.

**Fee Application Preparation**

Orrick seeks compensation of $16,190.85 under the project category "Compensation." The amount sought under this project category represents 11.15 percent of the fees charged by Orrick during this Fee Period.  Pursuant to this Court's previous rulings with respect to fee application costs, the maximum that Orrick should be permitted to charge under this project category was $7,255.21 (5% of $145,104.28).  See Mesa Air, 449 B.R. at 445 (finding that 3–5% of the total fees sought for preparing fee application is a "useful metric," and 8% in that case was "too high").  Therefore, the United States Trustee requests the Court reduce Orrick's fee request under this project category by $8,935.64.

**Vague/Duplicate Time Entries**

A review of Orrick's time records reveals significant instances of vague and duplicate time entries.  Specifically, in May 2013, under the project category "PSA Amendments," one timekeeper, Martin B. Howard, expended $4,827.90 in fees, representing 6.6 hours, for the following vague and duplicate time entries: "Review issues related to servicing transfer to DB," (two entries); "Review issues related to stipulation on servicing transfer to DB"; and "Review issues related to timing and payment with respect to servicing transfer to DB."

Similarly, in June 2013, under the same project category, this same timekeeper billed $11,996.60, representing 16.40 hours, for the following vague and duplicative time entries: "Discussions and comments on escrow agreement and assignment and transfer agreement with

48

respect to Deutsche Bank" (three entries); "Review and discussion on disbursement agreement and other open points with Deutsche Bank" (two entries); "Discussions on disbursement agreement and servicing transfer" (two entries); "Discussions with ResCap on escrow agreement" (two entries); and "Discussion with ResCap on disbursement agreement and open issues thereon" (two entries).

Lastly, in June 2013, under project category "Securitization Questions," timekeeper Dennis M. Bent charged $8,797.98 in fees, representing 19.0 hours, for the following vague and duplicate time entries: "Review, revise, and distribute Agreement Regarding Servicing Transfer Procedures and review and provide comments on Assignment and Assumption Agreement" (two entries), "Review, revise and distribute Escrow Agreement"; "Review, revise, and distribute Escrow Agreement and review comments received from Bingham"; "Review, revise, and distribute the Escrow Agreement and review Bill of Sale and Assignment Agreement."  Without additional information describing the activities performed, it is impossible to make a determination of the reasonableness of Orrick's fee request.  Therefore, the United States Trustee requests that the Court reduce the fee request by $25,622.48, which represents the aggregate amount of the above time entries.

[The remainder of this page is intentionally blank]

18.    **Pepper Hamilton**

Pepper Hamilton seeks the allowance of fees aggregating $1,164,392.25 and reimbursement of expenses aggregating $14,973.79 for the Fee Period.  The United States Trustee objects to the allowance of $329,417.08 in fees and $7,707.19 in expenses for the reasons set forth below.

**Project Billing Format**

Pepper Hamilton has failed to comply with General Order M-447(A)(4)(i), which advises that in order to facilitate effective review of a fee application, all time and service entries should be arranged by project categories.

**Vague Time Entries**

Pepper Hamilton's application includes a large number of impermissibly vague generic time entries recorded only with the description: "Review loan files," or occasionally, "Work on loan assignments."  Pepper Hamilton's review of loan files services terminated at the end of June 2013.  During the months of May and June 2013, Pepper Hamilton billed fees of $1,147,572.75 ($594.666.75 in May 2013 and $552,906 in June 2013).  The following table illustrates what portion of the requested compensation for services were not accompanied by either of the two generic descriptions "Review loan files" and "Work on loan assignments."

|  | Totals for May and June 2013 | Non-Generic Descriptions | Percentage of Non-Generic Descriptions |
|---|---|---|---|
| Fees | $1,147,572.75 | $84,032.50 | 7.32% |
| Hours | 2,362.60 | 139.75 | 5.92% |
| # of Time Entries | 934 | 184 | 19.70% |

50

Based on the above table, the amount of the fees requested for services that are only described generically totals $1,063,540.25. Accordingly, the United States Trustee requests that unless Pepper Hamilton provide further substantiation for the generically described services, the Court should reduce the fees for those services by 30 percent or $319,062.08.

### Responding to Fee Objection

The United States Trustee objects to $10,355 in fees charged to the estate relating to Pepper Hamilton's review and response to the United States Trustee's objection to Pepper Hamilton's fee application. Attached hereto as Exhibit J is a copy of the relevant time entries marked with the annotation "OH." Professionals should not be compensated for responding to inquiries or objections from the United States Trustee regarding professional fees and should be included as part of the firm's overhead. See, e.g., In re St. Rita's Assocs. Private Placement, L.P., 260 B.R. 650, 651–52 (Bankr. W.D.N.Y. 2001) (holding that time incurred in defending fee requests is non-compensable); see also Fibermark, 349 B.R. at 398 (noting that time spent defending a fee application that does not conform to Section 330, Fed. Bankr. P. 2016, the UST Guidelines, or pertinent case law is not compensable). Accordingly, the United States Trustee requests the Court reduce the fee request by $10,355.

### Travel and Lodging Related Expenses

Pepper Hamilton seeks $14,973.79 in expense reimbursement. Of that amount, $7,707.19 represents airfare, lodging and transportation related expenses during the Fee Period. Though Pepper Hamilton is a national law firm with a New York office, during the Fee Period, Pepper Hamilton staffed the case in a manner that required travel by Pepper Hamilton staff outside the New York metropolitan area (e.g., Los Angeles and Detroit) to travel to New York and Philadelphia. The decision to staff the case in this manner has resulted in significant cost to

the estate for travel expenses.  <u>See</u> <u>Am. Preferred Prescription</u>, 218 B.R. at 686–87 (stating that

expenses are "necessary" if they were "reasonably needed to accomplish proper representation of

the client.").  Therefore, the United States Trustee seeks a reduction of all such travel and

lodging related expenses as overhead in the amount of $7,707.19.

[The remainder of this page is intentionally blank]

19.    **Perkins Coie**

Perkins Coie seeks the allowance of fees aggregating $901,482 and reimbursement of

expenses aggregating $13,055.76 for the Fee Period.  The United States Trustee objects to the

allowance of $10,050.50 fees and $874.17 in expenses for the reasons set forth below.

**Retention Application Costs**

Perkins Coie seeks approval of $52,297.50 for 129.10 hours under the project category

"Fee/Employment Applications."[12]   A review of the firm's time records for May 2013 shows

approximately 18.0 hours or $10,050.50 were devoted to the preparation of the firm's retention

application.  Specifically, these time entries show that Perkins Coie charged billable time for

issues relating to its retention under Bankruptcy Code Section 327(a) versus Section 327(e).  See

also Perkins Coie Fee Application at ¶ 18.  The United States Trustee notes that at the September

11, 2013 hearing, the Court indicated that professionals may not be compensated for performing

conflicts checks.  See Hr'g Tr. 71:11-17 ("THE COURT: All right. Some of the time, and I can't

tell you exactly how much, was spent on preparing the disclosure affidavit for purposes of the

retention. That I consider to be appropriate, okay? You've got to do the application. Case law

does permit reimbursement for doing the application. I consider doing your conflicts check --

most of the time went into that -- as overhead.").  As the time entries for May 2013 dealt with

conflicts checks, the United States Trustee requests that the Court reduce the amount under this

project category by $10,050.50.

---

[12] Due to the combined fee and employment project category, the United States Trustee has manually separated the
fee application costs from the retention application costs.  For the purpose of the Mesa Air analysis, the fee
application costs for this Fee Period represented 4.68 percent ($42,247.50) of Perkin Coie's total fee application.  As
a result, the United States Trustee has no objection with respect to fee application costs under this project category.

**Travel Expenses to New York**

Perkins Coie seeks reimbursement of $13,055.76 for expenses incurred during this Fee

Period.  According to its fee application, Perkins Coie waived $2,167.25 for airfare, $9.24 in

meals, and $169 for train fare incurred by an attorney traveling roundtrip from Washington, D.C.

to New York City in June 2013.  Perkins Coie did not waive, however, the airfare, hotel, meal,

and taxi expense aggregating $874.17 for an attorney that traveled from Washington, D.C. to

New York City in May 2013.  At the September 11, 2013 hearing, the Court indicated that travel

expenses by attorneys traveling to New York City are overhead and are therefore not

compensable.  See Hr'g Tr. 50:13-19 (Sept. 11, 2013).  Consistent with this presumptive rule, the

United States Trustee requests that the Court reduce the requested reimbursement in the amount

of $874.17.

[The remainder of this page is intentionally blank]

20.    **Severson**

Severson seeks the allowance of fees aggregating $271,728.85 and reimbursement of expenses aggregating $21,965.03 for the Fee Period.  The United States Trustee objects to the allowance of $30,375.25 in fees for the reasons set forth below.

**Transitory Timekeepers**

The United States Trustee has identified time entries by eleven (11) attorney timekeepers that billed fewer than five hours during the Fee Period.[13]  Absent further explanation for the necessity of these timekeepers, the United States Trustee requests that the Court reduce Severson's compensation by $8,071.50

**Services Rendered Prior to Fee Period**

The time records include a large number of entries for periods prior to the Fee Period, aggregating $22,303.75 in fees.  Attached hereto as Exhibit K are the Severson invoices that include time for periods prior to the Fee Period.  Absent explanation of the reason for including these time entries in the current Fee Period, and certification by Severson that none of the charges were sought or paid during prior Fee Periods, the United States Trustee objects to these fees and requests that the total amount of $22,303.75 be disallowed.

**Expenses**

The United States Trustee is unable to fully review the expenses for which Severson seeks reimbursement because the spreadsheet referenced in Footnote 1 to Exhibit D of the Severson fee application was not attached.  The United States Trustee respectfully requests that the spreadsheet be filed with the Court with a copy to the United States Trustee sufficiently prior to the hearing to enable a review.

---

[13] The timekeepers in issue are: M. Wraight; T. Abbott; J. Dykstra; K. Franich; M. Gruber; C.T. Meyer; A.L. Minegar; R. Ito; K. Paese; A. Sears; and A. Wood.

B.    **Committee's Professionals**

1.    **AlixPartners**

AlixPartners seeks an allowance of fees aggregating $2,156,280.50 and reimbursement of

out-of-pocket expenses aggregating $1,309.41 during the Fee Period.  The United States Trustee

objects to the allowance of $597,537 in fees for the reasons set forth below.

**Review and Revision of Time Records**

AlixPartners requests $4,704 for 16.8 hours under the project category "Billing and

Retention."  The fees under this category represent less than one percent of the overall fee

request for the Fee Period.  A review of the firm's time records indicates that on August 2, 2013,

timekeeper Davin Strouse incurred $196 for 0.7 hours for "Revision and finalization of ResCap

June Invoice."  See CCT, 2010 WL 3386947, at *9 (reviewing and editing time records is not

compensable).  In light of the foregoing, the United States Trustee requests that the Court reduce

the fees under this project category by $196.

**Ediscovery Processing & Hosting Fees**

Under the project category "Ediscovery Processing & Hosting," AlixPartners requests

fees in the amount of $597,341.[14]  The United States Trustee objects to this amount because

these charges are billed as fees, instead of as expenses.  Further, the application is unclear on

whether these charges are passed on at cost to the estate or whether they are surcharged with

additional costs.  Accordingly, in the absence of additional supporting documentation, the United

States Trustee objects to the fees under this project category in the amount of $597,341.

---

[14] In the time records for June 2013, the charges for this project category are erroneously listed under the project category "Forensic Investigation – Interco Ops, Shared Services."

2.    **Epiq**

Epiq seeks the allowance of fees aggregating $29,092.70 and reimbursement of out-of-pocket expenses aggregating $8,697.64 for the Fee Period.  The United States Trustee objects to the allowance of $3,815.97 in fees and of $8,697.64 in expenses for the reason set forth below.

**Fee Application Preparation**

Epiq seeks compensation of $5,275.60 under the project category "642 Fee Application Prep and Related Issues."  The amount sought under this project category represents 18.1 percent of the fees charged by Epiq during this Fee Period.  Pursuant to this Court's previous rulings with respect to fee application costs, the maximum that Epiq is permitted to charge under this project category is $1,459.63 (5% of $29,092.70).  See Mesa Air, 449 B.R. at 445 (finding that 3–5% of the total fees sought for preparing fee application is a "useful metric," and 8% in that case was "too high").  Therefore, the United States Trustee requests the Court reduce Epiq's fee request under this project category by $3,815.97.

**Expenses**

Eqiq seeks reimbursement of $8,697.64 for expenses incurred in this Fee Period.  In support of this request, Eqip has provided a chart that lists the expenses by category.  The United States Trustee requests additional information to support these expenses in order to ensure compliance with General Order M-447.  See General Order M-447 at A(5)(iii) (requiring "a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate, destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.").  In the absence of such additional documentation, the United States Trustee requests the Court to deny the entire expense reimbursement request.

### 3. <u>Kramer Levin</u>

Kramer Levin seeks the allowance of fees aggregating $11,386,709.50 and reimbursement of out-of-pocket expenses aggregating $412,285.71 during the Fee Period.  The United States Trustee objects to the allowance of $490,419.50 and $40,312 in expenses for the reason set forth below.

### <u>Charges for Non-Admitted Associate</u>

The United States Trustee objects to charges of $33,220, for the services of one non-admitted associate, S. Gribbon, at an hourly billing rate of $425 per hour.  An applicant may not seek compensation under Section 330 for services performed by the work of a firm's "summer associates and law clerks," because the work performed by them is part of a firm's overhead.  <u>See</u> <u>Ousmane</u>, 2009 WL 722294, at *11; <u>In re New Boston Coke Corp.</u>, 299 B.R. 432, 442 (Bankr. E.D. Mich. 2003) (denying compensation for all attorney and para-professional time for the work of summer associates and law clerks); <u>cf.</u> <u>Wise v. Kelly</u>, No. 05 Civ. 5442 (SAS) (THK), 2008 WL 482399, at *11 (S.D.N.Y.  Feb. 21, 2008) (holding, in a non-bankruptcy case, that the billing rate for summer associates should be reduced from $150 per hour to $125 per hour).  Accordingly, the United States Trustee requests that the Court reduce the hourly rate of the non-admitted associate to $320 per hour, the highest paralegal rate, and reduce Kramer Levin's compensation by $33,220.

### <u>Vague Time Entries</u>

Kramer Levin's application includes various impermissibly vague time entries – including, but not limited to, a significant amount of block billing where substantial amounts of time has been recorded with a very general description of the services rendered.  Annexed hereto as Exhibit L is a copy of Kramer Levin's time records marked with the annotations "V" to

highlight the non-compliant, vague time entries.  The vague time entries identified in Exhibit L

total $457,199.50.  As a result of the vague time entries, the United States Trustee requests that

the Court reduce the fee for those services by $457,199.50.

**Meal Expenses for Meeting Attendees**

Kramer Levin incurred expenses under the category "Meetings" in the amount of $40,312

for meals for the attendees.  <u>See</u> Kramer Levin Fee Application, Ex. C-2.  Although the number

of attendees are disclosed, the actual identities of the attendees are not disclosed.  Accordingly,

without further substantiation, the United States Trustee objects to the reimbursement of the meal

expenses of $40,312.

[The remainder of this page is intentionally blank]

4.    **Moelis**

Moelis seeks the allowance of fees aggregating $1,200,000 and reimbursement of out-of-pocket expenses aggregating $20,364.50 during the Fee Period.  The United States Trustee objects to the allowance of $20,364.50 in expenses for the reasons set forth below.

**Expense Records**

The United States Trustee objects to the expense records provided for the following reasons.  First, the expense records include a significant number of delivery charges, overtime meals, and outside counsel invoices for periods prior to the Fee Period.  As a result, the United States Trustee has not been able to conduct a full cross-reference between each expense entry and each corresponding time entry.  Second, the expense records for certain expense entries, such as taxi transportation and weekend meals, do not provide the date the expense was incurred, but rather provide the date processed.  As a result, and similar to the first issue, the United States Trustee has not been able to cross reference expenses with time entries.  Absent Moelis curing these defects, the United States Trustee objects to the entire expense reimbursement in the amount of $20,364.50.

[The remainder of this page is intentionally blank]

5.      **Pachulski Stang**

Pachulski Stang seeks an allowance of fees aggregating $2,322,386.50 and

reimbursement of out-of-pocket expenses aggregating $28,182.74 during the Fee Period.  The

United States Trustee objects to the allowance of $65,580.50 in fees and $1,084.32 in expenses

for the reasons set forth below.

**Review and Revision of Time Records**

Pachulski Stang requests $6,682.50 for 11 hours under the project category "PSZJ

Compensation."  The fees under this category represent less than one percent of the overall fee

request for the Fee Period.  A review of the time records indicates that Pachulski Stang personnel

expended time under this project category on reviewing and revising monthly fee statements.

Attached hereto as Exhibit M is a copy of Pachulski Stang's time records marked with the letter

"R" to highlight the time entries that involved the impermissible review and revision of billing

invoices.  See CCT, 2010 WL 3386947, at *9 (reviewing and editing time records is not

compensable).  In light of the foregoing, the United States Trustee requests that the Court reduce

the fees under this project category by $1,642.50.

**Multiple Attendees at Internal Meetings**

Pachulski Stang requests compensation of $2,255,866 under the project category

"Bankruptcy Litigation."  The United States Trustee's review of the time records under this

project category reveals significant use of multiple attendees at internal meetings.  By way of

example only, on May 7, 2013, six Pachulski Stang professionals took part in a telephone

conference regarding a motion to dismiss.  For this meeting, Pachulski Stang billed the estate

$3,170.50.  In another example, on May 15, 2013, six Pachulski Stang professionals participated

in another telephone conference regarding a motion to dismiss, resulting in fees of $1,888.  There

were three other meetings and conference calls during the month of May at which four or more Pachulski Stang professionals were in attendance (May 22, May 28, and May 30). These meetings resulted in additional fees of $7,009.50. Therefore, the total amount billed to the estate for the month of May for meetings at which there were four or more professionals to $12,068.

The above pattern continues for the remainder of the Fee Period, for the months of June, July, and August. Therefore, the United States Trustee requests that Pachulski Stang reduce its billings for the entire Fee Period where more than three professionals charged billable time at a meeting. In the absence of such a reduction, the United States Trustee requests that the Court reduce the request under the "Bankruptcy Litigation" project category by $48,272.[15]

### Non-Matched Entries

Pachulski Stang's fee application includes various time entries describing meetings and telephone calls with various timekeepers and parties in interest. A time entry by a timekeeper involving a meeting or call that included at least one other timekeeper from Pachulski Stang that was not accompanied by a matching time entry (within the same project category) by the other participant have been annotated with "NM" on the attached exhibit. Annexed hereto as Exhibit M is a copy of Pachulski Stang's time records for the month of May, marked with the annotation "NM" totaling $3,666.50. The above pattern continues for the remainder of the Fee Period, for the months of June, July, and August. Therefore, the United States Trustee requests that Pachulski Stang reduce its billings for the entire Fee Period where a timekeeper billed for a meeting or call that was not accompanied by a matching entry in the same project category. In

---

[15] This amount is an estimate, calculated by taking the total for May 2013 ($12,068) and multiplying it by the number of months in the Fee Period (4).

the absence of such a reduction, the United States Trustee requests that the Court reduce the request under the "Bankruptcy Litigation" project category by $14,666.[16]

**<u>Meal Expenses</u>**

Pachulski Stang seeks reimbursement of $1,084.32 for meal expenses incurred in this Fee Period.  The United States Trustee has cross-referenced the expenses for August 2013 with the corresponding time entries and found that in certain instances the professionals did not work on this case despite charging a meal or car service on a particular date.  One example of this occurred on August 8, 2013 when one professional, Nina L. Hong, charged $20 for a meal.[17] The United States Trustee requests that Pachulski Stang eliminate all meal expenses that fail to comply with the Court's presumptive rule that requires a professional to work at least four hours on the case to justify a meal or car service.  <u>See</u> Hr'g Tr. 51:17-25 to 52:1-14 (Sept. 11, 2013). In the absence of such action, the United States Trustee requests that the Court reduce Pachulski Stang's expense reimbursement by $1,084.32.

[The remainder of this page is intentionally blank]

---

[16] This amount is an estimate, calculated by taking the total for May 2013 ($3,666.50) and multiplying it by the number of months in the Fee Period (4).

[17] In fact, Nina L. Hong did not work one day during the month of August, but nevertheless charged a total of five meals to the estate during August totaling $100.

6.      **Silverman**

Silverman seeks the allowance of fees aggregating $422,933.50 and reimbursement of expenses aggregating $2,821.54 for the Fee Period.  The United States Trustee objects to the allowance of $95,925 in fees for the reasons set forth below.

**Multiple Attendees at Internal Meetings**

Silverman requests compensation of $95,359.50 under the project category "Case Administration."  The United States Trustee's review of the time records under this project category reveals significant use of multiple attendees at internal meetings.  By way of example only, on May 22, 2013, four Silverman attorneys and one Silverman paraprofessional attended a meeting concerning the ResCap Borrower Hotline.  For this meeting, Silverman billed the estate $1,770.50.[18]  In another example, on May 23, 2013, five Silverman attorneys and one Silverman paraprofessional attended another ResCap Borrower Hotline meeting, resulting in fees of $1,404.[19]

The above pattern continues for the remainder of the Fee Period.  Therefore, the United States Trustee requests that Silverman reduce its billings for the entire Fee Period where more than three professionals charged billable time at a meeting.  In the absence of such a reduction, the United States Trustee requests that the Court reduce the request under the "Case Administration" project category by $95,359.50.

---

[18] The United States Trustee notes that three timekeepers who attended this meeting (JSK, SP, and BWP) billed under the project category "Case Administration," while two other timekeeper attendees (CR and CM) billed under the project category "Claims Administration."

[19] As with the first ResCap Hotline Team meeting, timekeepers billed in two different project categories for the same meeting.

**Review and Revision of Time Records**

Silverman requests $4,910.50 for 25.5 hours under the project category "Fee Application."  The fees under this category represent less than two percent of the overall fee request for the Fee Period.  A review of the time records indicates that Silverman personnel charged billable time under this project category to review and revise monthly fee statements. Attached hereto as Exhibit N is a copy of Silverman's time records marked with the letter "R" to highlight the time entries that involved the impermissible review and revision of billing invoices. See CCT, 2010 WL 3386947, at *9 (reviewing and editing time records is not compensable).  In light of the foregoing, the United States Trustee requests that the Court reduce the fees under this project category by $565.50.

[The remainder of this page is intentionally blank]

7.    **Wilmer Hale**

Wilmer Hale seeks the allowance of fees aggregating $246,850 and reimbursement of expenses aggregating $831.53 for the Fee Period.  The United States Trustee objects to the allowance of $38,294.50 in fees for the reasons set forth below.

**Multiple Attendees at Internal Meetings**

Under the project category "Research and Other Legal Services," Wilmer Hale seeks compensation in the amount of $122,907.50.  The United States Trustee's review of these time records indicates that as many as four attorneys attended two internal meetings.  For example, on May 3, 2013, four Wilmer Hale attorneys attended an internal teleconference.  Further, on May 17, 2013, four attorneys attended another internal teleconference.  Attached hereto as Exhibit O is a copy of the relevant time entries marked with the annotation "M."  In total, these meetings resulted in charges to the estate of $3,930.  While the United States Trustee acknowledges the complexity of the tasks required to advise the Committee with respect to regulatory issues, the need for four attorneys to attend these meetings is not immediately evident.   Therefore, the United States Trustee requests that Wilmer Hale review its time records to remove charges where more than three attorneys attended these meetings.  In the absence of such a reduction, the United States Trustee requests that the Court reduce the fee award under this project category by $3,930.

**Staffing Inefficiencies**

Wilmer Hale's fee application provides the names, positions, and hourly rates of the seventeen professionals and paraprofessionals who charged billable time to these cases, consisting of six partners, four counsel, five associates, and two paralegals.  The firm billed a total of 269.90 hours with associated fees totaling $246,850.  The following table displays the

66

hours and fees computed by timekeeper position and the percentage of total hours and fees for

each position:

| Position | Hours | Percentage of total hours | Fees | Percentage of total fees |
|----------|-------|---------------------------|------|--------------------------|
| Partners | 179.30 | 66.40% | $190,791.50 | 77.29% |
| Counsel | 30.80 | 11.41% | $23,661.00 | 9.58% |
| Associates | 39.60 | 14.67% | $25,537.50 | 10.34% |
| Paralegals | 20.20 | 7.48% | $6,885.00 | 2.78% |
| Total | 269.90 | 100% | $246,850.00 | 100% |

The blended rate for Wilmer Hale attorneys is $961.01 and for all professionals is

$914.60.  Partners and counsel at Wilmer Hale billed a combined 77.81 percent of the total hours

worked, which represents a combined 86.87 percent of the total fees.  In contrast, the associates

billed 39.60 in total hours, which represent 10.34 percent of the total fees.

To provide additional granularity on this analysis, the United States Trustee has

reviewed the firm's project categories to determine whether the charges incurred by senior

partners were disproportionate to those of associates.  For example, under the project category

"Research and Other Legal Services," a senior partner with a billing rate of $1,115 per hour

billed 50.0 hours, representing $55,750 in charges (45% of the total charges under this project

category).  While the United States Trustee acknowledges that certain senior partners of Wilmer

Hale need to lead the interaction with the Committee and regulatory agencies, the necessity by

these senior partners of charging such significant amounts under a research project category is

unclear.

Accordingly, the engagement appears "top heavy," given that partners and counsel billed

a disproportionate amount of time.  See In re Fleming Cos., Inc., 304 B.R. 85, 93 (Bankr. D. Del.

2003); see also In re Teraforce Tech., 347 B.R. 838, 862 (Bankr. N.D. Tex. 2006) (reducing fees

because firm was "top heavy" in partner hours spent on the case; noting that "ratio of partner-to-

associate hours is not what the Court would expect to see in a reasonably staffed case of this size

and complexity."). Absent a satisfactory explanation for the reasons why Wilmer Hale did not

allocate a larger share of work to associates, the United States Trustee requests a reduction of

fees to be awarded to Wilmer Hale, and suggests a reduction of overall fees in the amount of ten

percent – or $24,685.

**Transitory Timekeepers**

The United States Trustee has identified time entries by eight (8) attorney timekeepers

that billed fewer than five (5) hours during this Fee Period. The United States Trustee objects to

the fees because a review of the corresponding time entries does not indicate the need for

services by these attorneys. For example, on May 1, 2013, one associate charged $451.50,

representing .7 of an hour, with a sole time entry during this Fee Period relating to a

teleconference. In another example, on May 20, 2013, another associate charged $165,

representing .3 of hour, with the sole time entry: "Confer with Mr. Castro regarding Bank

Holding Company Act Research Project." The transitory nature of these services raises the

question of the extent of the value these timekeepers provided to the estate. See In re Jefsaba,

172 B.R. at 801 ("It is inappropriate for each new addition to the team to bill for time spent

reviewing the file or otherwise familiarizing him or herself with the matter."). Absent

satisfactory explanation, the United States Trustee requests that the Court reduce the request by

$9,679.50 related to services rendered by the eight transitory timekeepers.

[The remainder of this page is intentionally blank]

68

C.    **Examiner's Professionals**

1.    **Chadbourne**

Chadbourne seeks the allowance of fees aggregating $2,728,057.50 and reimbursement

of out-of-pocket expenses aggregating $814,712.64 for the Fee Period.  The United States

Trustee objects to the allowance of $632,581.50 in fees and $6,596.89 in expenses for the reason

set forth below.

**Duplicate Time Entries**

Under the project category "Report Preparation and Research," the time entries reveal

that Chadbourne personnel used a duplicate time entry for large blocks of time.   Specifically,

between May 6 and May 10, 2013, Chadbourne personnel used the following entry 81 times:

"Review, revise, and finalize report at printer in preparation for filing and production."  Annexed

hereto as Exhibit P is a copy of Chadbourne's time records marked with the annotation "D" to

highlight the duplicate time entries.  These time entries aggregate to 957.4 hours.  Using

Chadbourne's blended rate of $577, these duplicate entries resulted in a charge to the estates of

$552,419.80.  Accordingly, the United States Trustee requests that the Court reduce the fees by

$552,419.80.

**Multiple Attendees at Internal Meetings**

The United States Trustee's review of the time records under Chadbourne's project

categories reveals the use of multiple attendees at internal meetings in May 2013.  By way of

example only, under the project category "Substantive Investigation Planning and Coordination."

on May 1, 2013, ten Chadbourne professionals attended a weekly update meeting with the

Examiner.  In addition, on May 2, 2013, seven Chadbourne professionals attended another

internal meeting.  Similar meetings occurred on May 7, 2013 (eight attendees) and May 8, 2013

69

(nine attendees, including one partial attendee).  Further, under the project category "Case

Administration/General Bankruptcy Matters," on June 25, 2013, six attendees, .5 hours per

attendee, attended a meeting.

| Project Category | Date | Number of Attendees | Aggregate Hourly Charges | Total Cost (using blended hourly rate) |
|---|---|---|---|---|
| Substantive Investigation Planning and Coordination | May 1, 2013 | 10 | 7.9 | $4,558.30 |
| Substantive Investigation Planning and Coordination | May 2, 2013 | 7 | 5.9 | $3,404.30 |
| Substantive Investigation Planning and Coordination | May 7, 2013 | 8 | 6 | $3,462.00 |
| Substantive Investigation Planning and Coordination | May 8, 2013 | 9 | 5.3 | $3,058.10 |
| Case Administration/ General Bankruptcy Matters | June 25, 2013 | 6 | 3.0 | $1,711.00 |
| Case Administration/ General Bankruptcy Matters | July 16, 2013 | 5 | 5.0 | $2,885.00 |
| Report Preparation And Research | May 3, 2013 | 5 | 6.0 | $3,462.00 |
| Report Preparation And Research | May 7, 2013 | 4 | 2.0 | $1,154.00 |
| Report Preparation And Research | May 8, 2013 | 5 | 6.0 | $3,462.00 |
| Report Preparation And Research | May 13, 2013 | 4 | 2.4 | $1348.00 |
|  |  |  | Total Cost | $28,504.70 |

As depicted on the chart above, the total cost for the meetings was $28,504.70 (using the

firm's blended hourly rate of $577).  The United States Trustee requests that Chadbourne reduce

its billings for the entire Fee Period where more than three professionals charged billable time at

a meeting.  In the absence of such a reduction, the United States Trustee requests that the Court

reduce the request under this project category by $28,504.70.

**Charges for Associate Not Admitted to Practice**

During May 2013, Chadbourne used the services of four law graduates that were not

admitted to practice law in any jurisdiction.  For these individuals, Chadbourne charged the same

rate, $395 per hour, as the rate charged for first year associates admitted to a bar.  In total, these individuals billed these estate $156,828.  See Ex. P.  The hourly billing rates for these individuals should be reduced to the rate of the firm's non-attorney employees.  See Ousmane, 2009 WL 722294, at *11.  The highest rate charged for a non-attorney paraprofessional at Chadbourne is $330 per hour for the Fee Period.  Therefore, the United States Trustee requests that the Court reduce Chadbourne's fees in the aggregate amount of $26,988.

### Responding to Fee Objection

Chadbourne seeks $85,814.50 under the project category "Fee/Retention Applications." Of this amount, the United States Trustee objects to $24,669 in charges relating to Chadbourne's review and response to the United States Trustee's objection to Chadbourne's third interim fee application.  See Ex. P.  Professionals should not be compensated for responding to inquiries or objections from the United States Trustee regarding professional fees.  See, e.g., St. Rita's, 260 B.R. at 651–52 (holding that time incurred in defending fee requests is non-compensable); see also Fibermark, 349 B.R. at 398 (noting that time spent defending a fee application that does not conform to Section 330, Fed. R. Bankr. P. 2016, the UST Guidelines, or pertinent case law is not compensable).  Accordingly, the United States Trustee requests the Court reduce the fee request by $24,669.

### Telephone Expenses

Chadbourne seeks reimbursement for "Telephone Charges" of $4,921.16 and "Telephone Reimbursement" of $675.73.  The United States Trustee seeks additional information the nature of these telephone charges to ensure that such charges do not violate the Guidelines.  See General Order M-447 at A(5)(vii) (defining overhead expenses as including telephone charges).

In absence of such clarification, the United States Trustee objects to the reimbursement in the

amount of $6,596.89.

[The remainder of this page is intentionally blank]

2.    **Mesirow**

Mesirow seeks the allowance of fees aggregating $2,878,304 and reimbursement of out-of-pocket expenses aggregating $37,246 for the Fee Period.  The United States Trustee objects to the allowance of $293,768.88 in fees and $6,663 in expenses for the reason set forth below.

**Charges After the May 13, 2013 Examiner's Report**

Mesirow seeks $2,127,178 for its services under the project category "Report Drafting." Of this amount, the United States Trustee objects to $116,629 due to excessive charges after the filing of the sealed Examiner's report on May 13, 2013.  For example, on May 14, 2013, a Mesirow professional charged $819, representing 3.9 hours, for the following service provided <u>after</u> the completion of the report:  "Review section relating to [redacted] of report to reconcile source documents with footnotes used as a reference for workpapers."  Under this project category, Mesirow charged the following after the completion of the report:  May 2013 ($61,889) and June 2013 ($54,740).  With respect to these services, Mesirow's fee application states, "MFC completed its workpapers documenting and supporting the analyses and information included in the Examiner's Report."  Mesirow Fee Application at 19.  This explanation is not adequate in light of the significant billing by Mesirow under this project category after the filing of the report.  Accordingly, the United States Trustee requests that the Court  reduce the charges under this project category by $116,629.

**Fee Application Preparation**

For the Fourth Interim Fee Period, Mesirow seeks compensation of $158,145 under the project category "Fee/Retention Applications."  The amount sought under this project category represents 5.45 percent of the fees charged by Mesirow during this Fee Period.  According to its fee application, Mesirow voluntarily reduced it charges under this project category by $53,000

73

(from $210,859).  <u>See</u> Mesirow Fee Applications at ¶ 43(b)(iii).   Due to the high fees charged

during this Fee Period, the United States Trustee requests that the Court limit the charges for fee

application preparation to three percent of the overall fee application, which is $86,349.12.

Accordingly, the United States Trustee requests the Court reduce Mesirow's fee request under

this project category by $71,795.88.

### Multiple Attendees at Internal Meetings

Under the project categories "Substantive Planning and Coordination" and "Case

Administration/General Bankruptcy Matters," Mesirow seeks allowance in the amount of

$87,298.  The United States Trustee's review of this project category reveals significant charges

by the firm for meetings or calls attended by more than three Mesirow professionals.

Specifically, the charges total $87,298.  Annexed hereto as Exhibit Q is a copy of Mesirow's

time records marked with the annotations "M" to highlight the meetings where more than three

Mesirow professionals attended the hearing.  The Court has previously stated that a Retained

Professionals may not charge for a meeting or call attended by more than three professionals of

that firm.  Accordingly, the United States Trustee requests that Mesirow remove charges where

more than three attorneys attended any meeting or call.  In the absence of such a reduction, the

United States Trustee requests that the Court reduce the fees under these project categories in the

amount of $87,298.

### Travel Time and Travel Expenses

Mesirow seeks fees associated with travel time billed at 50 percent in the amount of

$18,046 and non-local travel expenses in the amount of $6,663.   The travel time was charged by

Mesirow personnel for the following trips in May 2013:  Los Angeles to Chicago and New York;

New York to Atlanta, Boston, Chicago, and Miami; Atlanta to New York; and Chicago to Los

Angeles.  The purposes of this travel have not been explained by Mesirow in its fee application.

Further, Mesirow charged $2,053 for three round-trip flights from Los Angeles to Chicago on

May 3, 2013, and $4,610 in associated lodging for these personnel in Chicago.  The Mesirow

application does not contain an explanation for these expenses.  Accordingly, the United States

Trustee requests that the Court reduce Mesirow's fees by $18,046 for its travel time, and its

expenses by $6,663 for non-local travel expenses.

## V.  CONCLUSION

WHEREFORE, the United States Trustee respectfully submits that the Court enter an

order (i) reducing the fees allowed to the Retained Professionals by the amounts set forth herein,

(ii) directing the Retained Professionals to supplement the Applications as set forth herein, (iii)

reducing the reimbursement of expenses to the Retained Professionals by the amounts set forth

herein, and (iv) granting such other relief as is just.

Dated: New York, New York
      December 9, 2013                      Respectfully submitted,

                                          WILLIAM K. HARRINGTON
                                        UNITED STATES TRUSTEE, REGION 2

                      By:    */s/ Brian S. Masumoto*
                                Brian S. Masumoto
                                Michael T. Driscoll
                                Eric J. Small
                                Trial Attorneys
                                Office of the United States Trustee
                                U.S. Federal Office Building
                                201 Varick Street, Suite 1006
                                New York, NY 10014
                                Tel. No. (212) 510-0500

# EXHIBIT  A



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    26
AUGUST 22, 2013

0R0802-301151

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 06/28/13 | MPE | Research public records to assist runner service by narrowing down public records needed | L110 | .20 hrs | |
| 06/28/13 | MPE | Email correspondence with runner service to determine results of document search | L110 | .10 hrs | |
| 06/28/13 | MPE | Email correspondence with runner service to determine results of document search | L110 | .10 hrs | |
| 06/28/13 | MPE | Email correspondence with runner service to determine results of document search | L110 | .10 hrs | |
| 06/28/13 | MPE | Email correspondence with runner service to determine results of document search | L110 | .10 hrs | |
| 06/28/13 | MPE | Research online public records to assist runner service with finding documents. service unable to find any records | L110 | .40 hrs | |
| 06/28/13 | MPE | Email correspondence with runner service to find out status of requests | L110 | .20 hrs | |
| 06/28/13 | MPE | Research public records information available online to assist runner service with finding correct records in Texas | L110 | .50 hrs | |
| 06/28/13 | MPE | Email default counsel regarding request for documents to determine status | L110 | .10 hrs | |
| 06/28/13 | MPE | Research public records and obtain all documents for review since default counsel is unable to provide anything | L110 | .60 hrs | |

                    TOTAL FEES FOR THIS MATTER                    $25,162.50



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    25
AUGUST 22, 2013

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 06/28/13 | KK | E-mail correspondence with Westlaw representative regarding request for outstanding items in Baltimore and Jackson counties on behalf of client | L110 | .20 hrs |
| 06/28/13 | MPE | Review public records in Davis County, Utah to determine if any records are available online due to default counsel's non-responsiveness | L110 | .20 hrs |
| 06/28/13 | MPE | Email correspondence with runner service to determine if any additional information is needed to find the file | L110 | .20 hrs |
| 06/28/13 | MPE | Research docket to assist runner service with correct case number in order to retrieve file | L110 | .30 hrs |
| 06/28/13 | MPE | Research docket to assist runner service with correct case number in order to retrieve file | L110 | .40 hrs |
| 06/28/13 | MPE | Research public records to assist the runner service with narrowing down the possible foreclosure results for this borrower | L110 | .20 hrs |
| 06/28/13 | MPE | Review public records to determine if anything is available online due to the recorder's office back log and extra time needed for them to copy records. | L110 | .30 hrs |
| 06/28/13 | MPE | Email correspondence with runner service regarding status of request and whether any additional information is needed to find records | L110 | .20 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    12
AUGUST 22, 2013

0R0802-301151

FED ID NO. 63-0243316

| 06/06/13 | MPE | Email correspondence with L.Olsen at Routh Crabtree Olsen, P.S. for assistance getting required documentation from northwest trustee services | L110 | .30 hrs |
| 06/06/13 | MPE | Research docket in oklahoma county to determine case information and foreclosure counsel information | L110 | .30 hrs |
| 06/06/13 | MPE | Research and retrieve all available pleadings and public records relating to foreclosure | L110 | .90 hrs |
| 06/06/13 | MPE | Email correspondence with attorneys Kelley and Taylor for remaining file needed to complete review | L110 | .20 hrs |
| 06/06/13 | MPE | Review file from Dyke, Henry, and Goldscholl | L110 | .40 hrs |
| 06/06/13 | MPE | Review file from Dyke, Henry, and Goldscholl | L110 | .40 hrs |
| 06/06/13 | MPE | Review file from Dyke, Henry, and Goldscholl | L110 | .40 hrs |
| 06/06/13 | MPE | Review file from Dyke, Henry, and Goldscholl | L110 | .40 hrs |
| 06/06/13 | MPE | Review file from Dyke, Henry, and Goldscholl | L110 | .20 hrs |
| 06/06/13 | KK | E-mail exchange with Finkel Law Firm regarding pleadings for loan | L110 | .20 hrs |

D,V
D,V
D,V
D,V
D,V



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    10
AUGUST 22, 2013

0R0802-301151

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 06/05/13 | MPE | Email correspondence with M.Ravelo at ETS to determine if they were the foreclosing entity and can provide documents necessary for the file review | L110 | .10 hrs | D |
| 06/05/13 | MPE | Email correspondence with M.Ravelo at ETS to determine if they were the foreclosing entity and can provide documents necessary for the file review | L110 | .10 hrs | D |
| 06/05/13 | MCG | Correspondence with D.Cunningham regarding final version of engagement letter with independent consultant | C300 | .10 hrs | |
| 06/05/13 | KK | E-mail with foreclosure counsel regarding request for pleadings for loan | L110 | .20 hrs | |
| 06/05/13 | KK | Follow-up correspondence with firm regarding request for pleadings for loan | L110 | .20 hrs | |
| 06/05/13 | MPE | Email correspondence with D.Elkin receiving all documents needing for review. | L110 | .10 hrs | |
| 06/06/13 | MCG | Correspondence with T.Hamzepour and D.Cunningham regarding conference with Unsecured Creditor Committee related to SCRA review | C400 | .20 hrs | |
| 06/06/13 | KK | E-mail exchange with Rogers Townsend Thomas regarding thirteen loans in conjunction with Department of Justice review | L110 | .40 hrs | |
| 06/06/13 | MPE | Review entire loan file from Johnson and Freedman | L110 | .40 hrs | |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      9
AUGUST 22, 2013

0R0802-301151

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 06/05/13 | MPE | Telephone call with Northwest Trustee Services to determine if they completed the foreclosure on the Washington loans | L110 | .30 hrs |
| 06/05/13 | MPE | Research information regarding the California loans in an effort to determine the foreclosing entity | L110 | .40 hrs |
| 06/05/13 | MPE | Email correspondence with ETS to determine if they were the foreclosing entity | L110 | .20 hrs |
| 06/05/13 | MPE | Research Nevada Public record for any information about property and foreclosure to determining the foreclosing entity | L110 | .30 hrs |
| 06/05/13 | MPE | Review all loan documents from M.Ravelo with ETS | L110 | .50 hrs |
| 06/05/13 | MPE | Review all loan documents from M.Ravelo with ETS | L110 | .50 hrs |
| 06/05/13 | MPE | Email correspondence with M.Ravelo at ETS to determine if they were the foreclosing entity and can provide documents necessary for the file review | L110 | .10 hrs |
| 06/05/13 | MPE | Email correspondence with M.Ravelo at ETS to determine if they were the foreclosing entity and can provide documents necessary for the file review | L110 | .10 hrs |
| 06/05/13 | MPE | Email correspondence with M.Ravelo at ETS to determine if they were the foreclosing entity and can provide documents necessary for the file review | L110 | .20 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| 07/05/13 | LG | Analyze questions presented by Baker Tilly and begin drafting initial responses to those questions | L120 | .80 hrs | $\vee$ |
| 07/05/13 | LG | Begin drafting Baker Tilly communication protocols to assist the IRG in managing Baker Tilly questions | L120 | .40 hrs | $\vee$ |
| 07/05/13 | LG | Analyze and revise comments in preparation for call discussing contract with third party | L120 | 1.30 hrs | |
| 07/05/13 | LG | Prepare for call with Rescap Estate regarding third party statement of work | L120 | .40 hrs | |
| 07/07/13 | RRM | Review e-mail from Heather Bus at Baker Tilly on additional inquires | L650 | .20 hrs | |
| 07/08/13 | RRM | Prepare for and review of statement of work for Clayton and participate in subsequent telephone conference with Greentree and D.Cunningham and then follow up with Monitor | L190 | 2.30 hrs | L |
| 07/08/13 | RRM | Follow up work on drafting outlines of memos for Monitor per meeting in Raleigh | L190 | 1.30 hrs | |
| 07/08/13 | ACRA | Discuss issues related to upcoming testing of completeness of Consumer Relief obligations pursuant to Exhibit I of the National Mortgage Settlement with Ocwen business employees | L120 | 1.30 hrs | |
| 07/08/13 | ACRA | Analyze issues related to upcoming testing of completeness of Consumer Relief obligations pursuant to Exhibit I of National Mortgage Settlement | L120 | .50 hrs | |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     4
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| 07/02/13 | LG | Meeting with the monitor and his professionals regarding various AG settlement metric and consumer relief issues | L120 | 2.80 hrs |
|---|---|---|---|---|
| 07/02/13 | LG | Communications with various parties regarding the Estate's plan to test certain parts of its portfolio | L120 | 1.10 hrs |
| 07/03/13 | LG | Analysis of appropriate treatment of mandatory mediation under the AG settlement | L120 | .60 hrs |
| 07/03/13 | LG | Communications with Rescap Estate regarding the status of certain consumer relief loans | L120 | .30 hrs |
| 07/03/13 | LG | Analyze third party SOW in preparation for call with the Rescap Estate regarding the same | L120 | 2.30 hrs |
| 07/03/13 | LG | Call with Rescap Estate discussing proposed edits to the third party SOW | L120 | 1.00 hrs |
| 07/03/13 | RRM | Draft write up on summary from Monitor's meeting on 7/2/13 and next steps | L190 | .80 hrs |
| 07/05/13 | RRM | Review of multiple emails from Baker Tilly and business with regard to outstanding questions and review and identify a list of reoccurring issues and begin to work on proper responses to Baker Tilly | L650 | 2.20 hrs |
| 07/05/13 | LG | Call with Rescap Estate discussing third party statement of work | L120 | .50 hrs |

$L_1V$



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    OCTOBER 11, 2013
1100 Virginia Drive                                       0R0802-301151
Fort Washington, PA 19034

                                                          INVOICE #  880239
                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 08/31/13

Re:  0R0802-301151
     TC # 729275

PROFESSIONAL SERVICES

| Date | | Description | | | |
|---|---|---|---|---|---|
| 07/01/13 | MPE | Receive and finalize file from runner service for review. | L110 | .20 hrs | |
| 07/01/13 | MPE | Receive and review documents from runner service and finalize for review. email runner service to confirm that no other documents are outstanding. | L110 | .30 hrs | |
| 07/01/13 | MPE | Research case docket information based on information provided by J.Sansoni in order to request documents from runner service. | L110 | .30 hrs | D |
| 07/01/13 | MPE | Research case docket information based on information provided by J.Sansoni in order to request documents from runner service. | L110 | .30 hrs | D |
| 07/01/13 | MPE | Email correspondence with J.Sansoni regarding files received on July 1, 2013. | L110 | .30 hrs | |
| 07/01/13 | MPE | Email correspondence with default counsel and runner service to determine status of document request. | L110 | .20 hrs | |
| 07/01/13 | MPE | Research public records and obtain all documents for review since default counsel is unable to provide  anything. | L110 | .70 hrs | |
| 07/01/13 | MCG | Review correspondence from A.Standridge regarding data set submission | C400 | .10 hrs | |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    9
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| 07/10/13 | ACRA | Discuss issues related to upcoming testing of completeness Consumer Relief obligations pursuant to the National Mortgage Settlement with internal review group employees | L120 | 1.90 hrs |
| 07/10/13 | RRM | Telephone conference call with John R. and CA Business and Banking on regard for documentation on consumer relief under AG/DOJ | L190 | .50 hrs |
| 07/10/13 | RRM | Extensive preparation for upcoming conference with BDO and Monitor on testing on Metrics 18 and 20 and preparation for same | L120 | 2.10 hrs |
| 07/10/13 | RRM | Participate in call with Monitor and his professionals of disputes | L240B | 1.00 hrs |
| 07/10/13 | LG | Communications with the Monitor regarding access to complaints loaded on the Monitor's website | L120 | .30 hrs |
| 07/10/13 | LG | Draft communications regarding IRG's sample size protocols | L120 | .20 hrs |
| 07/10/13 | LG | Meeting with the Business Unit to discuss the most recent draft of the solicitation completeness testing script | L120 | 1.50 hrs |
| 07/10/13 | LG | Meetings with IRG to discuss open issues and proposed responses to Baker Tilly inquiries | L120 | 2.50 hrs |
| 07/10/13 | LG | Communications with cross servicer executive group in preparation for future call with the monitor | L120 | 1.10 hrs |



POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
OCTOBER 11, 2013

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/03/13 | KK | Review and update status progress chart to reflect newly received files and to determine what files remain outstanding | L110 | .30 hrs |
| 07/05/13 | MCG | Review and analyze primary and secondary reviewer memorandum regarding SCRA compliance on completed foreclosures | C300 | 9.70 hrs |
| 07/05/13 | KK | Receive and review requested pleadings/documents for two loans | L110 | .40 hrs |
| 07/05/13 | KK | E-mail client with update on files received | L110 | .20 hrs |
| 07/05/13 | MPE | Receive available pleadings for file from runner and finalize for review. | L110 | .30 hrs |
| 07/05/13 | MPE | Email correspondence with runner service regarding request for clerk to update file and search for missing pleadings. | L110 | .10 hrs |
| 07/05/13 | MPE | Additional research of public records in North Carolina, as runner is unable to find any records. | L110 | .50 hrs |
| 07/08/13 | MPE | Receive and finalize all documents for review. | L110 | .30 hrs |
| 07/08/13 | MPE | Receive and finalize all documents for review. | L110 | .30 hrs |
| 07/08/13 | MPE | Email correspondence with J.Sansoni regarding additional information needed to retrieve file. | L110 | .10 hrs |

D

D



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709  .
BIRMINGHAM, ALABAMA  35283-0709

PAGE      6
OCTOBER 11, 2013

ResCap

0R0802-301151

FED ID NO. 63-0243316

| 07/12/13 | MPE | Review of file to determine if the substitute trustee's deed is missing. | L110 | .20 hrs | |
|---|---|---|---|---|---|
| 07/12/13 | MPE | Email correspondence with J.Sansoni regarding substitute's trustee deed and the format in Virginia. | L110 | .20 hrs | |
| 07/12/13 | MPE | Research address to determine county of foreclosure and foreclosure docket to provide case information needed for runner service to retrieve documents from r=file. | L110 | .40 hrs | D |
| 07/12/13 | MPE | Research address to determine county of foreclosure and foreclosure docket to provide case information needed for runner service to retrieve documents from r=file. | L110 | .40 hrs | D |
| 07/12/13 | MPE | Research case number and provide information to runner service in order to retrieve the necessary documents. | L110 | .30 hrs | |
| 07/12/13 | MPE | Research court records for information on borrower in order to narrow down search for runner service. | L110 | .20 hrs | D |
| 07/12/13 | MPE | Research court records for information on borrower in order to narrow down search for runner service. | L110 | .20 hrs | D |
| 07/14/13 | KSA | Review SCRA harm files and add to review memo | L650 | 1.00 hrs | |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE        7
OCTOBER 11, 2013

0R0802-301151

FED ID NO. 63-0243316

| 07/15/13 | KK | Research and review individual state requirements, focusing on Louisiana, regarding recorded documents for file review project | L110 | .50 hrs |
| 07/15/13 | KK | Draft e-mail to Westlaw representative regarding all outstanding loans, detailing documents needed, and requesting follow-up information and updates for same | L110 | .40 hrs |
| 07/15/13 | KK | Review and update progress status chart to reflect recently received documents and determine outstanding loans | L110 | .20 hrs |
| 07/15/13 | MCG | Telephone conference with A.Standridge regarding review of data submission from Estate | C400 | .30 hrs |
| 07/15/13 | ASI | Review and analyze Louisiana loan files for purposes of establishing appropriate procedures and naming conventions for SCRA review | L650 | .70 hrs |
| 07/15/13 | MCG | Review primary and secondary review of completed foreclosures for compliance with the SCRA | C300 | 5.60 hrs |
| 07/15/13 | MCG | Review Louisiana foreclosure procedures and foreclosure file in order to build checklist and document request | C300 | .90 hrs |
| 07/15/13 | KK | Receive and review documents requested by client for Loan Number XXXX | L110 | .30 hrs |
| 07/15/13 | KK | Receive and review documents requested by client for Loan number XXXX | L110 | .30 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    8
OCTOBER 11, 2013

0R0802-301151

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours | |
|------|----------|-------------|------|-------|---|
| 07/15/13 | KK | Receive and review documents requested by client for loan number XXXX | L110 | .30 hrs | |
| 07/15/13 | KK | Receive and review documents as requested by client for loan number XXXX | L110 | .40 hrs | |
| 07/15/13 | KK | Receive and review documents requested by client for loan number XXXX | L110 | .30 hrs | |
| 07/15/13 | KK | Receive and review documents requested by client for loan number XXXX | L110 | .30 hrs | |
| 07/15/13 | MPE | Review of documents provided to GMAC for review in order to assist with details of the executory process and details of Louisiana foreclosure process. | L110 | .70 hrs | |
| 07/16/13 | MPE | Receive and review additional documents from runner serve and upload for GMAC's SCRA review. | L110 | .20 hrs | |
| 07/16/13 | MPE | Receive and review additional documents from runner serve and upload for GMAC's SCRA review. | L110 | .20 hrs | |
| 07/16/13 | MPE | Receive and review additional documents from runner serve and upload for SCRA review. | L110 | .20 hrs | |
| 07/16/13 | MPE | Draft email to J.Sansoni explaining Louisiana Executory process with relevant documents highlighted and marked to assist with SCRA review. | L110 | .60 hrs | |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    10
OCTOBER 11, 2013

0R0802-301151

FED ID NO. 63-0243316

ResCap

| 07/17/13 | KK | Review and update chart and e-mail client with daily update of files received | L110 | .30 hrs | |
|---|---|---|---|---|---|
| 07/18/13 | MPE | Review of answer filed by borrower and docket in case to assist with determination of whether this is considered an appearance or an answer to waive any harm under SCRA °521 | L110 | .60 hrs | |
| 07/18/13 | KK | E-mail exchange with client regarding status of files for loan numbers XXXX and XXXX | L110 | .40 hrs | |
| 07/18/13 | MPE | Receive and review documents from runner service and upload for review. | L110 | .30 hrs | D,V |
| 07/18/13 | MPE | Receive and review documents from runner service and upload for review. | L110 | .30 hrs | D,V |
| 07/18/13 | MPE | Email correspondence with westlaw runner service regarding potential declaration regarding non-file stamped answer received from the court. | L110 | .30 hrs | |
| 07/18/13 | PMD | Analysis regarding soft credit reports regarding deficiencies | L120 | 2.10 hrs | |
| 07/18/13 | PMD | Researched FTC staff opinions regarding permissible purpoes regarding soft hits for deficiency repair | L120 | 1.30 hrs | |
| 07/18/13 | MCG | Correspondence with D.Cunningham regarding credit report review, potential conference with A.Standridge, and deficiency judgment review | C300 | .40 hrs | |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     14
OCTOBER 11, 2013

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 07/25/13 | MPE | Email correspondence with J.Sansoni regarding waiting on runner service and Broward County to double check file for missing pleadings. | L110 | .10 hrs |
| 07/25/13 | MPE | Email correspondence with runner service to follow up regarding previous request for documents missing from court file. | L110 | .10 hrs |
| 07/25/13 | MPE | Research docket to locate case number and request required documents from runner service. | L110 | .30 hrs |
| 07/25/13 | MPE | Research docket to locate case number and request required documents from runner service. | L110 | .30 hrs |
| 07/25/13 | MPE | Research docket to locate case number and request required documents from runner service. | L110 | .30 hrs |
| 07/25/13 | MPE | Research docket to locate case number and request required documents from runner service. | L110 | .30 hrs |
| 07/25/13 | MPE | Research docket to locate case number and request required documents from runner service. | L110 | .30 hrs |
| 07/25/13 | MPE | Research docket to locate case number and request required documents from runner service. | L110 | .30 hrs |
| 07/25/13 | MPE | Email correspondence with runner service to follow up on previous request for documents. | L110 | .20 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    15
OCTOBER 11, 2013

0R0802-301151

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 07/25/13 | MPE | Email correspondence with runner service to follow up on previous request for documents. | L110 | .20 hrs |
| 07/25/13 | PMD | Drafted memorandum regarding FCRA issues implicated in pulling soft reports to determine existence of deficiencies | L120 | 1.90 hrs |
| 07/25/13 | KK | E-mail to client detailing several loans in which files were received and uploaded | L110 | .40 hrs |
| 07/25/13 | KK | Review and update progress status chart | L110 | .30 hrs |
| 07/25/13 | MCG | Correspondence with D.Cunningham regarding harmed servicemember declaration and storage of electronic data | C300 | .10 hrs |
| 07/26/13 | MCG | Review and analyze FTC opinion letters regarding requesting credit reports on closed accounts as violation of permissible use for potential remediation strategy in SCRA review | C200 | .60 hrs |
| 07/26/13 | MCG | Correspondence with D.Cunningham regarding FTC opinion letters regarding requesting credit reports on closed accounts as violation of permissible use for potential remediation strategy in SCRA review | C200 | .10 hrs |
| 07/26/13 | KK | Receive and review requested pleadings for two South Carolina cases for SCRA project | L110 | .40 hrs |
| 07/26/13 | KK | Review and analyze progress chart | L110 | .20 hrs |



BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    20
OCTOBER 11, 2013

0R0802-301151

FED ID NO. 63-0243316

| 08/05/13 | KSA | Review SCRA harm files and draft review memo for T. Kiernan | L650 | 2.60 hrs | |
| 08/05/13 | KK | Receive and review requested documents for a specific loan | L110 | .30 hrs | |
| 08/05/13 | KK | Receive and review requested documents for a specific loan | L110 | .20 hrs | |
| 08/05/13 | KK | Follow up on requests for documents for eight loan numbers | L110 | .60 hrs | |
| 08/05/13 | MPE | Email correspondence with J.Sansoni regarding SCRA files received August 5, 2013. | L110 | .20 hrs | |
| 08/06/13 | KK | Receive and review requested documents for a specific loan | L110 | .20 hrs | D |
| 08/06/13 | KK | Receive and review requested court documents for a specific loan | L110 | .20 hrs | D |
| 08/06/13 | KK | Research borrower information and available public records for borrower in effort to retrieve requested documents for a specific loan | L110 | .20 hrs | |
| 08/06/13 | KK | Receive and review requested Court documents for a specific loan | L110 | .20 hrs | D |
| 08/06/13 | KK | Compose e-mail to client regarding updates of requests and details of outstanding items | L110 | .20 hrs | |



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    48
OCTOBER 11, 2013

0R0802-301220

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 08/13/13 | RRM | Extensive work throughout the day on revisions to new revisions to Metrics and multiple telephone conferences related to same (identify parties) | L240B | 5.40 hrs |
| 08/13/13 | RRM | Extensive telephone conference with OMSO with regard to agenda and outstanding issues on consumer relief | L190 | 1.80 hrs |
| 08/13/13 | CWH | Work onsite with IRG, day included multiple meetings with E.DeSilva and others from IRG Management to discuss issues with Metric 1A documentation and testing and the testing for loan modification and short sale metrics; review and analyze loan documents for five loans for Metric 1A testing and develop legal opinions for submission to Baker Tilly on same | L120 | 8.90 hrs |
| 08/13/13 | ACRA | Teleconference with business and internal review group to discuss issues related to hold v. close/bill matrix and issues related to evidencing request to attorneys to hold or close/bill | L120 | .50 hrs |
| 08/13/13 | ACRA | Revise memo describing remaining obligations of servicer pursuant to National Mortgage Settlement | L120 | 1.20 hrs |
| 08/13/13 | ACU | Attend cross service teleconference and take notes. | L120 | 1.00 hrs |
| 08/14/13 | ACRA | Discuss memo detailing remaining obligations pursuant to the National Mortgage Settlement with bankruptcy counsel and counsel for unsecured creditors committee | L120 | .30 hrs |

# EXHIBIT B

September 06, 2013
Inv # 1588073
Our Ref # 062108-000400

Page    19

| 05/13/13 BMK | Review adversary and main case docket to verify status of consolidation of contested matter and complaint in the proceedings seeking subordination of the Investors claims in which conflict parties including AIG, Allstate and Prudential are defendants (.60); correspond with M. Gallagher re: same (.20); review relevant filings re: same with D. Bloom to prepare for pre-trial conference on subordination of Investors' securities claims by outlining pleadings, filings, and case occurrences re: same (1.10); review and revise outline incorporating descriptions of Investor parties and associated pleadings re: same (.30); coordinate production of materials for pretrial conference and circulate to T. Foudy and M. Gallagher (.50); conference with D. Bloom re: open procedural issues re: consolidation, answer dates, adjournments, and hearings re: subordination pretrial conference (.60) | 3.30 |
| 05/13/13 RMS | Compile pleadings in preparation for tomorrow's hearing, per the request of B. Kotliar (1.00) | 1.00 |
| 05/13/13 DAB | Analysis of procedural issues in connection with subordination pre-trial conference, including review of various adversary proceeding filings and internal and defendant correspondence to analyze status of consolidation of Rule 3013 Motion and subordination adversary proceeding (.80); re: same hearing transcripts to determine status of consolidation of Rule 3013 Motion and subordination adversary proceeding (.50); confer with M. Gallagher regarding need to address consolidation at hearing in light of silence on issue in filings (.50); conduct comprehensive review of all pleadings related to adversary proceeding and Rule 3013 Motion in order to prepare T. Foudy for subordination pre-trial conference (1.10); draft detailed timeline of same in connection with same (1.30); revisions to same in response to T. Foudy comments (.40); extensive further review and comment to E. Combs' draft script in connection with subordination summary judgment hearing (2.70); review of Zuckerman-related email correspondence to determine status of NCUAB's answer date and correspond with T. Foudy and B. Kotliar regarding same (.80) | 7.90 |
| 05/13/13 PJB2 | Begin preparing template for providing summary of Examiner's report in connection with various matters being handled by Curtis as conflicts counsel to the Debtors potentially implicated by Examiner report (.60); multiple correspondence with D. Bloom, B. Kotliar and M. Gallagher and Morrison & Foerster delay of Examiner's report, gaining access to same and potential release dates (.40); review order filing Examiner's report under seal (.10) | 1.10 |
| 05/13/13 GES | Review and revise memorandum regarding ability to | 3.00 |

|  |  | summary judgment on subordination of Investors' claims pursuant to section 510 of the Bankruptcy code (.60); telephone conference with S. Shelley, counsel for RMBS Investors regarding notice of adjournment (.10); telephone conference with A. Behlman regarding notice of adjournment re: same (.10); telephone conference with N. Cohen, counsel to NCUAB regarding notice of adjournment re: same (.10) |  |
| 05/22/13 | MG8 | Attend to correspondence from D. Bloom regarding supplemental plan term sheet and proposed treatment of defendants to subordination adversary proceeding (.10) | 0.10 |
| 05/22/13 | BMK | Review and revise notice of adjournment of hearing and oral argument on Debtors' adversary proceeding seeking subordination of RMBS Investors' fraud claims per edits of T. Foudy and M. Gallagher (.20); supervise filing of same (.50); correspondences with C. Cu at KCC re: service of same (.30) | 1.00 |
| 05/22/13 | DAB | Per T. Foudy request, analyze and summarize treatment of matters being handled by Curtis as conflicts counsel such as JSNs, SUNs, and securities claimants in revised and updated 5/22 draft Supplemental Plan Term Sheet and accompanying documentation (2.50); confer with T. Foudy regarding obtaining Annex IV (formerly Annex 2) prepared by Quinn, counsel to RMBS Investors in connection with analysis of treatment of securities claims (.30); analyze draft term sheet governing treatment of various tiers of private securities claimants and summarize same for T. Foudy (1.30); detailed comparison of parties listed in Exhibit A to same against list of defendants and joinder parties involved in subordination adversary proceeding, including NCUAB (.50); draft summary of analysis with respect to same for T. Foudy and M. Gallagher regarding same (.30); correspond with B Kotliar regarding NCUAB claims analysis in connection with treatment under draft supplemental plan term sheet and review of B. Kotliar analysis of same (.30); further email correspondence with T. Foudy regarding treatment of NCUAB vis-à-vis other securities claim holders and draft email memorandum summarizing likely treatment of NCUAB as general unsecured claim holders (.80); review spreadsheet of Investors represented by Lowenstein against Quinn's supplemental securities claimant term sheet(1.20) | 7.10 |
| 05/22/13 | BP | Assist B. Kotliar with filing the Notice of Adjournment of Hearing and Oral Arguments on Cross-Motions for Summary Judgment in connection with subordination adversary proceeding in which conflict parties including AIG, Allstate and Prudential are defendants (.50) | 0.50 |
| 05/23/13 | SJR | Review Debtors' PSA Motion and accompanying | 4.50 |



September 06, 2013
Inv # 1588073
Our Ref #  062108-000400

Page   24

|  |  | documentation in connection with Plan Support Agreement for impact on matters being addressed by Curtis as Conflicts Counsel including matters adjoured or potentially resolved handled by Curtis as conflicts counsel (3.20); review and analyze PSA in connection with settled matters where Curtis is Conflicts Counsel to Debtors (1.30) |  |
|---|---|---|---|
| 05/23/13 | TF1 | Conference call with A. Barrage to discuss status of matters, settlement and potential open matters in connection with PSA motion (.40); begin review of motion to approve plan support agreements and related materials circulated by D. Bloom re: same (.30) | 0.70 |
| 05/23/13 | MG8 | Review analysis prepared by D. Bloom of PSA motion and related documents, as numerous creditors whose claims are addressed by the PSA are conflicts parties, including certain of JSNs and defendants to subordination adversary proceeding (.20) | 0.20 |
| 05/23/13 | BMK | Coordinate production of Debtors' motion to approve plan support agreement and circulate to S. Reisman, T. Foudy, M. Gallagher, and D. Bloom and adjust internal case management calendar re: same (.30); review PSA and correspond with D. Bloom to circulate summary of key portions relevant to current litigation where Curtis is acting as conflicts counsel (.50) | 0.80 |
| 05/23/13 | DAB | Review and analyze Debtors' PSA motion and accompanying documents, including draft plan support agreement and accompanying term sheets, with particular attention to updated treatment of securities claimants, SUNs, RMBS Trusts, JSNs, and other parties in interest, and detailed comparison of shift in treatment from earlier drafts to filed version (2.80); draft comprehensive memorandum and analysis of PSA motion and supporting documents re: same, including plan support agreement and term sheets, for distribution to S. Reisman, T. Foudy, and M. Gallagher in connection with role as conflicts counsel (2.30); revisions to same per B. Kotliar comments and circulate same to S. Reisman, T. Foudy, and M. Gallagher (.30) | 5.40 |
| 05/23/13 | FRG | Prepare documents related to Motion to Authorize Plan Support Agreement and assemble into binder, per B. Kotliar (2.00) | 2.00 |
| 05/24/13 | TF1 | Review additional information on settlement of securities fraud claims and treatment under PSA (.30); organize materials and files on various conflict matters and now adjoured litigation so that can be re-assessed should need arise (.40) | 0.70 |
| 05/28/13 | TF1 | Emails with M. Gallagher and B. Kotliar concerning coverage of status conference for Plan Support Agreement Motion and status of securities fraud claims | 0.20 |

September 06, 2013
Inv # 1575933
Our Ref #  062108-000410

Page   2

| | | |
|---|---|---|
| 05/01/13  JZ | Confer and correspond with M. Gallagher regarding CMH payment dispute and drafting of correspondence to ResCap regarding possible resolution of same and research regarding same including fiduciary duties owed in LLC context, ability to assert claim in bankruptcy, and possible fraudulence of transfer (.30); follow up correspondence with M. Gallagher and T. Smith regarding issues related to CMH payment dispute and potential research required in connection with same (.30); perform research regarding ability to assert claim in bankruptcy case despite not having filed proof of claim, all in connection with CMH payment dispute and possible need to bring action in connection with same, additional research regarding enforceability of indemnification clauses under Delaware law as well as possible fraudulent transfer issues (1.50) | 2.10 |
| 05/02/13  SJR | Review draft of complaint against JSNs and note comments regarding same in anticipation of filing (2.70) | 2.70 |
| 05/02/13  TF1 | Review and provide comments to draft complaint against JSNs, as Wells Fargo and noteholders UBS and Loomis are potential conflict parties (1.70) | 1.70 |
| 05/02/13  MJM | Review and edit current draft of Complaint against the JSNs in connection with dispute with JSNs over lien value and purported entitlement to post-petition interest, as Wells Fargo and noteholders UBS and Loomis are potential conflict parties (2.10); correspond re: edits to same with T. Foudy (.20); meeting with D. Bloom and B. Kotliar to implement proposed edits to draft Complaint against the JSNs (.50) | 2.80 |
| 05/02/13  DAB | Review and respond to M. Moscato email regarding draft JSN lien complaint, as Wells Fargo and noteholders UBS and Loomis are potential conflict parties (.10); further review and comment to same (1.40); incorporate M. Moscato comments to same for circulation to Morrison & Foerster in anticipation of filing (.30); meetings with M. Moscato and B. Kotliar to address certain open issues in same (.50) | 2.30 |
| 05/02/13  JZ | Research regarding breaches of fiduciary duties under LLC agreements in Delaware and enforceability of indemnification clauses under Delaware law, all in connection with CMH payment dispute (1.90) | 1.90 |
| 05/03/13  SJR | Review Debtors' Complaint for Declaratory Judgment with respect to Junior Secured Notes seeking relief against JSNs (1.30) | 1.30 |
| 05/03/13  MJM | Exchange emails and phone calls with B. Kotliar and S. Martin re final draft of Complaint against the JSNs, as Wells Fargo and noteholders UBS and Loomis are potential conflict parties, to prepare same for filing (.90) | 0.90 |

.5 V

September 06, 2013
Inv # 1575933
Our Ref # 062108-000410

Page 6

| 05/17/13 MG8 | Attend to brief review of daily docket activity, including several orders relating to stay relief, an application to employ special insurance counsel, and an option denying motion for finding of contempt in connection with Curtis' role as Debtors' conflicts counsel (.40) | 0.60 *should be .4* |
|---|---|---|
| 05/17/13 BMK | Multiple teleconferences with M. Moscato re: service of Wells Fargo and UMB Bank in adversary proceeding seeking determination re: JSN liens and collateral summons and complaint (.20); supervise service of Wells Fargo and UMB Bank re: same (.50); supervise and coordinate filing of affidavit of service re: same and completing service (.50) | 1.20 |
| 05/17/13 DAB | Review and analyze JSNs' amended Rule 2019 statement and summarize same for S. Reisman, T. Foudy, M. Gallagher and M. Moscato in connection with dispute with JSNs over lien value and purported entitlement to post-petition interest, as Wells Fargo and noteholders UBS and Loomis are potential conflict parties (.40) | 0.40 |
| 05/17/13 BP | Per B. Kotliar's request, assemble and prepare filed complaints to Wells Fargo and UMB Bank for service of same in connection with dispute with JSNs over lien value and purported entitlement to post-petition interest, as Wells Fargo and noteholders UBS and Loomis are potential conflict parties(.90) | 0.90 |
| 05/20/13 DAB | Review and circulate Reed Smith notice of appearance in JSN lien adversary proceeding for M. Moscato review (.20) | 0.20 |
| 05/29/13 BMK | Prepare for status conference on the Debtors' motion to approve the plan support agreement in connection with Curtis' role as conflicts counsel (.30); attend same telephonically via listen-only line (1.50); draft email summarizing same with specific attention to open issues regarding pending adversary proceeding commenced by the Debtors against the Junior Secured Noteholders, as Wells Fargo and noteholders UBS and Loomis are potential conflict parties(.80); numerous correspondences with D. Bloom re: same and re: additional issues moving forward with pending JSN litigation in light of the PSA motion (.50) | 3.10 |
| 05/30/13 SJR | Attention to matters regarding JSN lien adversary proceeding, as Wells Fargo and noteholders UBS and Loomis are potential conflict parties, and next steps including coordination with Morrison & Foerster regarding division of labor and allocation of work going forward (1.10); correspondences with T. Foudy and M. Moscato re same and project next steps (.40) | 1.50 |
| 05/30/13 TF1 | Review B. Kotliar summary of status conference on Debtors' PSA motion in connection with Curtis' role as | 1.40 |

September 24, 2013
Inv # 1589850
Our Ref #  062108-000410

Page   17

|  |  | | |
|---|---|---|---|
|  |  | avoidance actions the JSNs assert are subject to their liens (1.40) | |
| 06/28/13 | DAB | Meet with T. Foudy, M. Moscato, J. Berman, E. Tobin and B. Kotliar re: Examiner report and other JSN-related litigation tasks in connection with JSN Adversary Proceeding where Wells Fargo and noteholders UBS and Loomis are conflict parties (.60); correspond with B. Kotliar re: documents required for same (.30); conduct further research re: scope of interrogatories for J. Berman in connection with same (.40); continue revisions to global task chart for JSN litigation per J. Berman comments re: same (.80); draft response to T. Foudy email re: scheduling conference re: same (.10); draft "issue spotter" for use with Examiner report review in connection with JSN litigation issues and send to B. Kotliar (.80) | 3.00 |
| 06/28/13 | ET | Meet with M. Moscato, T. Foudy, J. Berman, B. Kotliar, D. Bloom, and M. Gallagher re: strategic issues re: Debtors' and Committee's adversary actions against JSNs, in connection with Curtis' role as conflicts counsel, as defendants Wells Fargo, UBS and Loomis are potential conflict parties (.60); review and analyze amended complaint and relevant documents in connection with same (1.00) | 1.60 |
| 06/28/13 | JZ | Review and draft summary of Examiners report with respect to CMH Holdings issues and other Cerberus conflict parties handled by Curtis as well as treatment of other estate causes of action (7.10); correspondence throughout the day with P. Buenger, D. Bloom, B. Kotliar and J. Weber re: issues related to same (1.50) | 8.60 |
| 06/28/13 | JCB | Meet with M. Moscato, T. Foudy, M. Gallagher, E. Tobin, D. Bloom and B. Kotliar re: allocation of responsibilities, review of Examiner report and other issues in connection with JSN Adversary Proceeding where Wells Fargo and noteholders UBS and Loomis are conflict parties and related follow-up (.60); review and revise work in process document in connection with same (.50); review Curtis' work product to determine areas where additional legal research is needed re: same (1.10); review motion papers filed in adversary proceeding re: same (1.20); additional review of underlying case documents re: same (1.50) | 4.90 |
| 06/29/13 | SJR | Review answer, affirmative defenses and counterclaims of Defendants in connection with JSN litigation where defendants Wells Fargo, UBS and Loomis are conflict parties (2.20); follow-up correspondence re: matters to be addressed by Curtis as conflicts counsel in connection with same (1.10); review internal email correspondence re research in connection with counterclaims (.70); attend to matters re: counterclaims and analysis of same in connection | 9.60 |

October 09, 2013
Inv # 1591220
Our Ref # 062108-000100

Page 2

counsel (.60)

| 07/15/13 GF | Coordinate CourtCall listen line for D. Bloom for Residential Capital 7/17 telephonic hearing (.50); attend to drafting and circulation of updated court dates for case team reference (.30) | 0.80 | |
| 07/16/13 MG8 | Review briefly pleadings filed throughout the day in connection with Curtis' role as Debtors' conflicts counsel (.60) | 0.60 | |
| 07/16/13 GF | Draft and circulate adjourned omnibus hearing dates for internal case calendar (.70) | 0.70 | |
| 07/18/13 MG8 | Attend to recent docket activity in connection with Curtis' role as Debtors' conflicts counsel (.40) | 0.40 | |
| 07/19/13 MG8 | Review briefly recent docket activity in connection with Curtis' role as Debtors' conflicts counsel, including various filings by JSNs in addition to motion to disqualify, responses to claims objection, and objections to stay relief (.30) | 0.30 | |
| 07/19/13 GF | Attend to drafting and circulation of calendar updates regarding adjourned Omnibus Hearing dates and related agenda items (.80) | 0.80 | |
| 07/22/13 GF | Attend to drafting and circulation of several calendar updates re: court hearings and other important deadlines (.90) | 0.90 | |
| 07/25/13 MG8 | Review agenda for hearing on July 26, and brief review of recent docket activity for filings relevant to actual and potential conflict parties (.40) | 0.40 | |
| 07/29/13 MG8 | Attend to brief review of recent docket activity, inluding filings made in connection with proposed settlement with FGIC, such as objections by Freddie Mac, the Ad Hoc Group of JSNs, Monarch, the stipulation and order regarding payment of secure claims, responses to claims objections, certain objections to disclosure statement, and amended agenda for hearing on disqualification of Debtors' and Committee's professionals (1.60) | 1.60 | |
| 07/30/13 GF | Draft and circulate internal calendar update re: court date of hearing on interim applications (.40) | 0.40 | |
| 07/31/13 MG8 | Attend to brief review of docket activity, including numerous filings related to Debtors' contested settlement with FGIC, and claims issue, in connection with Curtis' role as Debtors' conflicts counsel (.40) | 0.40 | |

TOTAL HOURS    11.50

October 10, 2013
Inv # 1591223
Our Ref #  062108-000320

Page  3

| 07/09/13 MG8 | Review plaintiffs' joint consolidated amended class action complaint attached to PNC Bank's proof of claim for contingent indemnification and contributions claims related to Kessler litigation as background for preparation of objection to PNC Bank proof of claim (2.10); confer with M. Cohen re: objection to PNC Bank claim (.40); participate in conference call with J. Wishnew of Morrison & Foerster, L. Marshall and M. Bigger of Bryan Cave, and M. Cohen to discuss PNC Bank proof of claim, related Kessler litigation and bases for objecting to PNC Bank contingent claim for indemnity or contribution (1.10); review correspondence from counsel to PNC Bank and documents and agreements related to PNC Bank proof of claim and arrangement by which Residential Funding purchased mortgages from predecessor to PNC Bank in connection with developing objection to PNC Bank proof of claim (1.60); conduct preliminary research under section 502(e) of the Bankruptcy Code in connection with preparation of objection to PNC Bank proof of claim (.60) | 5.80 |

| 07/09/13 MAC | Confer with M. Gallagher re: claims objection strategy concerning conflict party PNC Bank claim (.40); teleconference with M. Biggers, C. Lee, J. Wishnew and M. Gallagher re: PNC claim objection being handled by Curtis (1.10); review and revise PNC claim objection prepared by Bryan Cave (1.50); conduct research in connection with issues related to same (1.50) | 4.50 |

$\checkmark$ /.5

| 07/10/13 SJR | Attend to and review of underlying documentation in connection with PNC Bank claim objection (1.30) | 1.30 |

| 07/10/13 MG8 | Confer with P. Buenger and M. Cohen regarding content of and strategy for preparation of objection to $50 million plus proof of claim for indemnification and contribution filed by PNC Bank (.60); review and sign off on 22nd Omnibus Claims objection, updated from last week, which objects to claims filed by 10 conflict party individuals, and which contain inadequate information to determine nature and amount of claim (.20); review form of stand alone proof of claim objection recently filed by Debtors in connection with litigation claims for potential use as a form in connection with objection to PNC Bank proof of claim, and follow-up with P. Buenger regarding same (.30) | 1.10 |

| 07/10/13 MAC | Conduct research and analysis in connection with the objection to PNC claim being handled by Curtis related to 502(e) and other indemnification and contribution related issues (2.00); correspond with P. Buenger re: same (.20); confer with P. Buenger and M. Gallagher re: objection to PNC claim (.60) | 2.80 |

| 07/10/13 PJB2 | Multiple correspondence with M. Gallagher and M. | 2.70 |

November 14, 2013
Inv # 1592011
Our Ref # 062108-000340

Page 40

|  |  |  |
|---|---|---|
|  | Debtors in the JSN adversary proceeding, in light of involvement of conflict parties Wells Fargo and noteholders UBS and Loomis including discussion of updated protocol and proper tagging procedures (1.50) |  |
| 08/16/13 GES | Review documents produced by Debtors in the JSN adversary proceeding, focusing on mechanics of transactions at issue, and mark the documents by issue and document-type tags so documents can be used in preparation for depositions and trial in the JSN adversary proceeding and in connection with Plan Confirmation, in light of involvement of conflict parties Wells Fargo and noteholders UBS and Loomis (2.10); participate in meeting led by J. Berman, E. Tobin, and D. Bloom regarding document review protocol in connection with same (1.50) | 3.60 |
| 08/16/13 VA | Attend meeting with T. Laurer, B. Doline, K. Behrouz, J. Ogilvie and S. Tsikata to discuss the background to the Residential Capital bankruptcy and the JSN proceedings in preparation for document review for the JSN adversary proceeding and in connection with Plan Confirmation in light of involvement of conflict parties Wells Fargo and noteholders UBS and Loomis (1.00); review all attachments to the email sent by E. Tobin on August 16th re: Residential Capital Substantive Review - New "Potential Clawback" Tag (i.e. 20 example documents for the document review meeting) in connection with same (.30); telephonically attend Residential Capital JSN Discovery weekly meeting led by D. Bloom, E. Tobin, and J. Berman re: update of procedures and status of review (1.50); review all attachments to the email sent by E. Tobin on August 16th RE: Residential Capital document review / follow-up from today's meeting / Privileged & Confidential, including the examiner's report, the meeting agenda and the substantive revised protocol in connection with same (1.80); email C. Grech with PC number to receive administrator rights in order to download Relativity software in connection with same (.10) | 4.70 |
| 08/16/13 KB | Review of materials by Curtis and Morrison & Foerster in light of involvement of conflict parties Wells Fargo and noteholders UBS and Loomis, focusing on the adversary proceedings and the background to the Chapter 11 filing (3.30); attend meeting led by E. Tobin, J. Berman, and D. Bloom focusing on document review strategy in connection with same (1.50); attend meeting with T. Laurer, B. Doline, V. Atkinson, J. Ogilvie, and S. Tsikata focusing on background to the bankruptcy and the dispute in connection with same (1.00) | 5.80 |
| 08/16/13 DG2 | Attend additional information session led by E. Tobin, J. Berman, and D. Bloom to discuss updated and specific issues related to document review in connection with | 7.30 |

November 14, 2013
Inv # 1592013
Our Ref #  062108-000400

Page   7

| 08/20/13 FRG | Prepare chambers copies of Notice of Adjournment, along with cover letter and accompanying disc, and send out upon receiving sign-off from M. Gallagher (.50); prepare materials re: Kessler class action settlement in preparation for August 21 hearing and submit to M. Gallagher for distribution (2.90) | 3.40 |
| 08/21/13 TF1 | Correspondence with J. Walsh on issue regarding Kessler Class Action settlement and objection raised by conflict party PNC Bank and resolution for same (.30) | 0.30 |
| 08/21/13 JJW | Prepare for hearing on preliminary approval of Kessler settlement, including review of motion papers, conflict party PNC objection and settlement documents (.50); correspond with M. Gallagher and counsel for Kessler plaintiffs re: same (.20); attend court hearing on preliminary approval of Kessler settlement and notice to class (2.00); conference with J. Wishnew and N. Rosenbaum of Morrison & Foerster, E. Frejka of Kramer Levin, W. Thompson and M. Biggers of Bryan Cave, and M. Gallagher regarding revisions to notice to class and settlement agreement regarding bar order and judgment credit (2.30); conference with V. Chopra of Perkins Coie, insurance counsel, M. Gallagher, N. Rosenbaum of Morrison & Foerster, as well as B. Thompson and M. Biggers of Bryan Cave regarding bar order and judgment credit (.80); review and comment on revised notice to class and amended settlement agreement (.30); review research on bar orders and judgment credits (.40) | 6.50 |
| 08/21/13 MG8 | Attend preliminary hearing on Kessler Class Settlement (.30); meet in court conference room with J. Wishnew and N. Rosenbaum of Morrison & Foerster, E. Frejka of Kramer Levin, as well as W. Thompson and M. Biggers of Bryan Cave, in an effort to address concerns raised by court with respect to notice to class members regarding judgment reduction (2.30); participate in conference call with V. Chopra of Perkins Coie, J. Walsh, N. Rosenbaum of Morrison & Foerster, as well as B. Thompson and M. Biggers of Bryan Cave regarding insurance related issues implicated by a mutual bar order and strategy for going forward on issues related to bar order (.80); review memorandum prepared by Curtis addressing bar orders and judgment reduction provisions and cases cited therein (.60); participate in numerous conference calls with the same group of attorneys for the Committee, the Debtors, and the Kessler Class Members to review proposed language to Kessler Settlement Agreement, Notice to Class Members and Proposed Final Approval Order to address concerns raised by court and related issues raised by Class Members counsel (2.50); review final agreed to drafts of the revised settlement agreement, notice and proposed final order (.40); review filed | 7.40 |

L   2.5

November 14, 2013
Inv # 1592014
Our Ref # 062108-000410

Page 21

Morrison & Foerster re: same (.40)

| | | |
|---|---|---|
| 08/10/13 JCB | Review and respond to questions raised by attorneys conducting document review in connection with JSN adversary proceedings where Wells Fargo and noteholders Loomis and UBS are conflict parties (1.40) | 1.40 |
| 08/11/13 TF1 | Review emails with comments on draft reply to motion to dismiss JSNs' counterclaims and page limit for same in connection with Consolidated JSN Adversary Proceeding where Wells Fargo and noteholders Loomis and UBS are conflict parties (.40) | 0.40 |
| 08/11/13 JTW | Correspond with P. Kadison and M. Stookey to clarify inquiries raised as to particular documents produced by the Debtors in the JSN Adversary Proceeding where Wells Fargo and noteholders Loomis and UBS are conflict parties (.60) | 0.60 |
| 08/11/13 DAB | Correspond throughout the day with J. Drew, B. Kotliar, J. Weber, P. Kadison, E. Tobin and J. Berman re: open issues relevant to document review of Debtors' production in JSN litigation in which Wells Fargo and noteholders UBS and Loomis are conflict parties (2.30) | 2.30 |
| 08/11/13 ET | Review and analyze Ocwen's public statements regarding purchase of the servicing platform assets in connection with the Ocwen Asset Purchase Agreement, related to goodwill issues in JSN Adversary Proceeding where Wells Fargo and noteholders Loomis and UBS are conflict parties (.90); email correspondence with document reviewers, including M. Stookey, B. Kotliar, P. Kadison and J. Drew re: questions in connection with the review of documents produced by the Debtors in the JSN Adversary Proceeding (.70); correspondence with J. Berman, J. Weber, D. Bloom, and R. Abdelhamid of Morrison & Foerster re: same (.30) | 1.90 |
| 08/11/13 JCB | Review and respond to numerous questions raised reviewing Debtors' document productions in JSN adversary proceedings in connection with Curtis' role as conflicts counsel, as Wells Fargo and noteholders UBS and Loomis are conflict parties (3.10); organize review process going forward to streamline responding to inquiries in connection with same (.40) | 3.50 |
| 08/12/13 SJR | Attention to matters regarding potential for deposition of members of Ad Hoc Group of JSNs and discussions regarding same both internally and externally with Committee Counsel (1.60); review Reply on Motion to Dismiss and comments to same in connection with same (2.10); confer with T. Foudy re: staffing issues in connection with JSN document review (.10) | 3.80 |
| 08/12/13 TF1 | Meet with E. Tobin and M. Moscato to discuss status and progress of document review in connection with | 5.20 |

November 14, 2013
Inv # 1592014
Our Ref # 062108-000410

Page 25

|  |  |  |
|---|---|---|
|  | adversary proceeding and in connection with Plan Confirmation, in light of involvement of conflict parties Wells Fargo and noteholders UBS and Loomis (2.10); telephone call with A. Goodman re: same and draft follow-up email to A. Goodman of Kramer Levin re: same (.20); telephone call with R. Abdelhamid re: update of issue tag list for review of documents produced by the Debtors in the JSN Adversary Proceeding (.20); meet with M. Moscato (partial), T. Foudy and J. Berman update and status of document review (1.10); work with J. Berman, R. Abdelhamid, B. Kotliar, D. Bloom (partial) and J. Weber to revise issue tag list and document review protocol, focusing on updating revising descriptions of issue tags (4.60); work with J. Berman to review and revise finished product re: same to prepare to circulate (1.70); draft emails to T. Foudy, M. Moscato, and A. Goodman, C. Siegel, and P. Farber of Kramer Levin, and J. Morris and J. Rosell of Pachulski enclosing updated list of issue tags (.20) |  |
| 08/13/13  JCB | Draft and review emails with R. Abdelhamid of Morrison & Foerster, E. Tobin, T. Lauer, V. Hing, B. Kotliar, R. Hansen, R. Hum, D. Bloom, J. Weber, G. Brandt, A. Anon, S. Morris and other reviewers about review of documents by issue and document-type tags so documents can be used in preparation for depositions and trial in the JSN adversary proceeding and in connection with Plan Confirmation, in light of involvement of conflict parties Wells Fargo and noteholders UBS and Loomis (2.20); meet with M. Moscato (partial), T. Foudy and E. Tobin re: documents produced by the Debtors in the JSN adversary proceeding (1.10); work with E. Tobin, R. Abdelhamid, B. Kotliar, D. Bloom and J. Weber to revise issue tag list and document review protocol, focusing on updating revising descriptions of issue tags (4.60); assist E. Tobin in finalizing product re: same to circulate (1.70); review of E. Tobin draft email enclosing updated list of issue tags (.80); reviewing batch assignments and determining new reviewer assignments (.50) | 10.90 |
| 08/13/13  KK | Pull requested OCWEN APA SEC reports in connection with goodwill arguments raised in the Consolidated JSN Adversary Proceeding where Wells Fargo and noteholders Loomis and UBS are conflict parties (.50); assemble materials re: same (1.00) | 1.50 |
| 08/14/13  SJR | Attend to issues regarding possible service of subpoenas on Ad Hoc Group members and feedback from various parties including Morrison & Foerster, Pachulski, and Kramer Levin in connection with Consolidated JSN Adversary Proceeding where Wells Fargo and noteholders Loomis and UBS are conflict parties (1.10); review e-mails in connection with same as well as draft of deposition notices and subpoenas to prepare same for possible service (.40) | 1.50 |

L 2.2

November 14, 2013
Inv # 1592014
Our Ref # 062108-000410

Page 28

update issue tag list for review of documents produced by
the Debtors in connection with same (2.60); work with J.
Berman to draft search terms and additional protocols for
review of documents by issue so documents can be used
in preparation for depositions and trial (3.10); correspond
with R. Abdelhamid, J. Berman, B. Kotliar, J. Weber, and
D. Bloom in order to respond to questions from document
reviewers re: appropriate issue tags (.90)

08/14/13  JCB    Draft and review email correspondence with attorneys                  9.20
                 reviewing documents, including S. Jude, T. Laurer, J.
                 Ogilvie, S. Tsikata, K. Behrouz, V. Atkinson, R. Hum, R.
                 Hansen, and A. Anon re: review of documents by issue
                 and document-type tags so documents can be used in
                 preparation for depositions and trial in the JSN adversary
                 proceeding and in connection with Plan Confirmation, in
                 light of involvement of conflict parties Wells Fargo and
                 noteholders UBS and Loomis (1.20); meet with T. Foudy,
                 M. Moscato and E. Tobin re: updated issue tags in
                 connection with same (.30); email correspondence with P.
                 Farber of Kramer Levin, J. Rosell of Pachulski, and R.
                 Abdelhamid of Morrison & Foerster, and E. Tobin re:
                 review of documents and update list of issue tags per
                 comments from P. Farber in connection with same (.80);
                 continue to review relevant documents in connection with
                 revising issue tag list for review in connection with same
                 (2.90); work with E. Tobin to draft search terms and
                 additional protocols for review of documents by issue
                 (3.10); correspond with R. Abdelhamid, E. Tobin, B.
                 Kotliar, J. Weber, and D. Bloom and respond to questions
                 from document reviewers re: appropriate issue tags (.90)

08/14/13  KK     Assembe folder of Ocwen APA SEC filings relating to                   0.50
                 goodwill issues per request of E. Tobin in connection with
                 Consolidated JSN Adversary Proceeding where Wells
                 Fargo and noteholders Loomis and UBS are conflict
                 parties (.50)

08/15/13  SJR    Attend to review of e-mails regarding discovery in                    4.30        L, V identify
                 connection with JSN litigation over purported entitlement                                  parties
                 to post-petition interests and review of underlying
                 documentation and materials in connection with same
                 (4.30)

08/15/13  TF1    Review new drafts of work-in-progress reports circulated              4.30
                 by Committee in connection with Consolidated JSN
                 Adversary Proceeding where Wells Fargo and
                 noteholders Loomis and UBS are conflict parties (.30);
                 review letter from D. Baumstein of White & Case
                 regarding Debtors' production in connection with same
                 (.20); review relevant FIGC settlement filings, including
                 objection by Monarch and transcript of Court's rulings on
                 Mediation privilege and reliance for impact of JSN
                 litigation (.40); attend weekly litigation

November 13, 2013
Inv # 1592017
Our Ref #   062108-000700

Page   2

| 08/02/13 MG8 | Review and revise draft of Curtis' Third Interim Application for Compensation to ensure compliance with U.S. Trustee Guidelines and Professional Compensation order (1.40); correspond throughout the day with D. Bloom and B. Kotliar regarding contents of narratives same (.40) | 1.80 | R |
| 08/02/13 GF | Continue to work on draft of Third Interim Fee Application including completion of summary of compensation and expense request and totals charts by attorney and narrator as required by the U.S. Trustee Guidelines and professional Compensation order (3.60); attend to calculations re: payments received and prior fee applications to ensure compliance with same (2.40) | 6.00 | |
| 08/02/13 BMK | Review Third Interim Fee Application for accuracy of facts figures, and description of work performed in order to ensure compliance with the US Trustee Guidelines and professional compensation order (2.50); review and revise same per edits/comments of M. Gallagher and D. Bloom (1.60); email correspondence with S. Reisman, M. Gallagher, and D. Bloom circulating draft of same and highlighting open issues (.30) | 4.40 | R |
| 08/05/13 MG8 | Attend to review of materials re: voluntary writeoff of certain fees and expenses in connection with the Third Interim Fee Application and related follow-up correspondence with billing to ensure compliance with U.S. Trustee Guidelines and Professional Compensation order (.30); update draft fee application to revise certain narratives and address voluntary write offs (.40); attend to correspondence with E. Richards of Morrison & Foerster regarding logistics of service and filing of Third Interim Fee Applications and discuss same with B. Kotliar (.20) | 0.90 | R |
| 08/05/13 GF | Attend to various tasks to ensure compliance with U.S. Trustee Guidelines and Professional Compensation order re: final steps and revisions in preparation of Third Interim Fee Application (1.90) | 1.90 | R |
| 08/05/13 BMK | Review and revise Third Interim Fee Application per edits/comments of J. Zimmer to ensure compliance with U.S. Trustee Guidelines and Professional Compensation order (.30); review filing and service procedures per email correspondence of E. Richards of Morrison & Foerster and discuss same with M. Gallagher (.20) | 0.50 | R |
| 08/06/13 MG8 | Review and further revise latest draft of Curtis Third Interim Fee Application and coordinate with B. Kotliar and G. Faust regarding same to ensure compliance with U.S. Trustee Guidelines and Professional Compensation order (1.20); correspondence with B. | 2.90 | R |

November 13, 2013
Inv # 1592017
Our Ref #   062108-000700

Page   3

Kotliar regarding S. Reisman review of Third Interim Fee
Application (.20); attend to correspondence with E.
Richards of Morrison & Foerster regarding direction of
Chambers to file redacted fee applications under seal,
and follow-up call with E. Richards regarding same (.30);
telephone conference with B. Masumoto of U.S. Trustee's
Office regarding possible Motion to File under seal
redacted Third Interim Fee Application (.10); commence
draft of Motion to Seal portions of Curtis' Third Interim Fee
Application, and follow-up correspondence with J. Weber
regarding same (.50); review and revise initial draft of
Motion to Seal portions of Curtis Third Interim Fee
Application prepared by J. Weber (.60)

08/06/13  GF    Coordinate with internal billing department re: write-off          2.40
                figures and related calculations for inclusion in Third
                Interim Fee Application to ensure compliance with U.S.
                Trustee Guidelines and Professional Compensation order
                (.80); incorporate related figures into draft application (.20)
                revise draft to incorporate calculations and totals relating
                to prior interim periods and related footnotes (1.00);
                correspondence on same with B. Kotliar and M. Gallagher
                (.40)

08/06/13  BMK   Review prior U.S. Trustee objections to interim                    3.60
                applications in Debtors' Chapter 11 cases and ensure                     R
                Third Interim Fee Application compliance with objections
                and other case requirements and compensation
                procedures (.80); finalize open facts and figures with M.
                Gallagher and G. Faust in order to comply with
                information required by local rules and general rule M447
                (2.10); review and revise third interim application per
                edits/comments of M. Gallagher (.70)

08/06/13  JTW   Prepare Motion to File Curtis' fee statement with the              2.60
                attorney time entries under seal as indicated as necessary
                by the U.S. Trustee's Office (1.80); research legal
                authority to support the relief request in the motion (.80)

08/07/13  SJR   Attend to issues regarding Motion to Seal Third Interim           1.90
                Fee Application and follow up regarding same (.60);
                review documentation in connection with Motion to Seal                   R .7
                (.30); sign-off on same (.30); review Third Interim Fee
                Application and provide substantive comments related to
                compliance with U.S. Trustee Guidelines and Professional
                Compensation Order and sign-off on same to prepare for
                filing (.70)

08/07/13  MG8   Revise updated draft of Motion to Seal Curtis Third Interim        2.30
                Fee Application as Chambers indicated such a motion
                was required in order to redact (.70); telephone
                conference with A. Kernan of Judge Glenn's chambers
                regarding Motion to File Fee Application under seal due

November 13, 2013
Inv # 1592017
Our Ref #   062108-000700

Page   4

to redactions (.10); attend to correspondence from E.
Richards of Morrison & Foerster regarding same (.10);
attend to correspondence with B. Masumoto of the U.S.
Trustee's Office regarding change of view regarding
Motion to Seal (.10); further revise Curtis Third Interim
Fee Application to ensure compliance with U.S. Trustee
Guidelines and Professional Compensation order and
sign off with respect to the same (.60); correspondence
with B. Kotliar and G. Faust throughout the day on
completion, filing and service of Curtis Third Interim Fee
Application (.50); review and revise cover letter for
Chambers transmitting Curtis Third Interim Fee
Application and follow-up correspondence with G. Faust
regarding same, transmission of documents and disks
and service (.20)

$\mathcal{R}$ . $\mathcal{6}$

08/07/13  GF    Correspondence with B. Kotliar on finalization and service    5.30
of Third Interim Fee Application per U.S. Trustee
Guidelines and Professional Compensation Order (.30);
prepare redacted and unredacted invoices for inclusion in
Third Interim Fee Application (1.00); prepare electronic
files for filing of same on court docket (.60); analyze and
revise certain calculations to ensure accuracy and
compliance with guidelines (.90); prepare, finalize and file
Third Interim Fee Application on court docket as per B.
Kotliar (1.50); draft chambers letter re: redaction issue
and attend to preparation and service of same (1.00)

08/07/13  BMK    Review and revise Third Interim Fee Application per    2.40
edits/comments of M. Gallagher and prepare same for
filing (.50); review filing and service procedures, including
compliance with professional compensation order, and
special instructions for service of the U.S. Trustee from
email correspondence from E. Richards of Morrison &
Foerster (.70); correspond with G. Faust re: same to
prepare for filing (.20); supervise filing and service of
same (1.00)

08/08/13  GF    Draft affidavit of service for Third Interim Fee Application    2.80
(1.00); correspond with B. Kotliar re: same (.40); revise
same, finalize and file on case docket in accordance with
case management order (1.40)

08/08/13  BMK    Review and revise G. Faust Affidavit of Service in    0.50
connection with Third Interim Fee Application as required
by case management orders and supervise and
coordinate filing of same (.50)

08/30/13  MG8    Review and comment on chart containing all time entries    1.00
subject ot the United States Trustee's Objection to Third
Interim Fee Applications as it relates to Curtis (.40);
telephone conference with M. Driscoll of the U.S.
Trustee's Office regarding Objection to Curtis Third
Interim Fee Application and Curtis' position with respect to
same (.20); confer with S. Reisman regarding same

# EXHIBIT  C

# Residential Capital, LLC

## Deloitte & Touche LLP

### Fees Sorted by Category for the Fee Period

### May 01, 2013 - May 31, 2013

### *Carve-Out Financial Statements (Ocwen) Audit*

**05/30/2013**

| | | | | |
|---|---|---|---|---|
| Florence, LaKeisha | Finalize general and administrative expense testing working papers. | $390.00 | 2.3 | $897.00 |
| Stevenson, Brad | Review the general and administrative expense allocation working papers. | $465.00 | 1.2 | $558.00 |

**05/31/2013**

| | | | | |
|---|---|---|---|---|
| Florence, LaKeisha | Finalize general and administrative expense testing working papers. | $390.00 | 3.8 | $1,482.00 |
| Stevenson, Brad | Prepare the audit working papers for archiving. | $465.00 | 2.8 | $1,302.00 |

| | | | | |
|---|---|---|---|---|
| Subtotal for Carve-Out Financial Statements (Ocwen) Audit: | | | 242.2 | $75,330.40 |

### *Non-Working Travel*

**05/02/2013**

| | | | | |
|---|---|---|---|---|
| Florence, LaKeisha | Travel time from Ft. Washington back to Detroit for the carve out audit. | $290.00 | 4.4 | $1,276.00 |
| Reade, Dave | Travel time from Ft. Washington back to Detroit for the carve out audit. | $290.00 | 4.4 | $1,276.00 |
| Robinson, Thomas | Travel time from Ft. Washington back to Detroit for the carve out audit. | $365.00 | 4.4 | $1,606.00 |

**05/09/2013**

| | | | | |
|---|---|---|---|---|
| Scudder, Jon | Travel from Philadelphia to Detroit. | $215.00 | 4.5 | $967.50 |

**05/10/2013**

| | | | | |
|---|---|---|---|---|
| Scudder, Jon | Travel from Detroit to Philadelphia. | $215.00 | 4.0 | $860.00 |

| | | | | |
|---|---|---|---|---|
| Subtotal for Non-Working Travel: | | | 21.7 | $5,985.50 |

### *Preparation of Fee Applications*

**05/03/2013**

| | | | | |
|---|---|---|---|---|
| Austin, Carisa | Finalize March fee statement. | $175.00 | 0.9 | $157.50 |

**05/09/2013**

| | | | | |
|---|---|---|---|---|
| Gutierrez, Dalia | Review April fees for ResCap monthly fee statement. | $175.00 | 2.0 | $350.00 |
| Gutierrez, Dalia | Review ResCap April data in preparation of monthly fee statement. | $175.00 | 2.5 | $437.50 |

**05/10/2013**

| | | | | |
|---|---|---|---|---|
| Gutierrez, Dalia | Review April fees for ResCap monthly fee statement. | $175.00 | 3.3 | $577.50 |
| Gutierrez, Dalia | Continue to review April fees for ResCap monthly fee statement. | $175.00 | 3.5 | $612.50 |
| Gutierrez, Dalia | Review April fees for ResCap monthly fee statement. | $175.00 | 2.5 | $437.50 |

**05/19/2013**

| | | | | |
|---|---|---|---|---|
| Robinson, Thomas | Review of the April ResCap fee statement. | $365.00 | 2.3 | $839.50 |

**05/20/2013**

| | | | | |
|---|---|---|---|---|
| Robinson, Thomas | Review of the April ResCap fee statement. | $365.00 | 2.1 | $766.50 |

## Residential Capital, LLC

### Deloitte & Touche LLP

### Fees Sorted by Category for the Fee Period

### May 01, 2013 - May 31, 2013

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|

### *Preparation of Fee Applications*

**05/21/2013**

| Robinson, Thomas | Review of the April ResCap fee statement. | $365.00 | 1.8 | $657.00 |

**05/22/2013**

| Austin, Carisa | Begin to prepare April monthly fee statement. | $175.00 | 2.5 | $437.50 |

**05/23/2013**

| Austin, Carisa | Continue to prepare April monthly fee statement. | $175.00 | 3.4 | $595.00 |
| Austin, Carisa | Prepare April monthly fee statement. | $175.00 | 4.6 | $805.00 |

**05/24/2013**

| Austin, Carisa | Revise April monthly fee statement. | $175.00 | 4.1 | $717.50 |
| Austin, Carisa | Continue to prepare April monthly fee statement. | $175.00 | 3.9 | $682.50 |

Subtotal for Preparation of Fee Applications:    39.4    $8,073.00

### *Servicing Compliance Services*

**05/01/2013**

| Stevenson, Brad | Review testing of lien release procedures supporting the issuance of the GMAC Mortgage service auditor's report. | $0.00 | 1.2 | $0.00 |
| Stevenson, Brad | Review testing of mortgage payments supporting the issuance of the GMAC Mortgage service auditor's report. | $0.00 | 0.8 | $0.00 |
| Zayas, Marilitza | Review servicing compliance audit planning memorandum. | $0.00 | 0.5 | $0.00 |

**05/02/2013**

| Stevenson, Brad | Review testing of default servicing supporting the issuance of the GMAC Mortgage service auditor's report. | $0.00 | 0.6 | $0.00 |
| Stevenson, Brad | Review testing of escrow procedures supporting the issuance of the GMAC Mortgage service auditor's report. | $0.00 | 1.8 | $0.00 |
| Zayas, Marilitza | Draft opinion for SSAE 16 report. | $0.00 | 2.6 | $0.00 |
| Zayas, Marilitza | Finalize SSAE-16 planning memorandum. | $0.00 | 2.8 | $0.00 |
| Zayas, Marilitza | Update management's assertion documentation for SSAE 16 report. | $0.00 | 2.6 | $0.00 |

**05/03/2013**

| Zayas, Marilitza | Finalize SSAE-16 investor and pool data setup memorandum. | $0.00 | 2.1 | $0.00 |
| Zayas, Marilitza | Draft SSAE-16 loan boarding memorandum. | $0.00 | 1.9 | $0.00 |
| Zayas, Marilitza | Finalize SSAE-16 mortgage payments memorandum. | $0.00 | 2.1 | $0.00 |
| Zayas, Marilitza | Review SSAE-16 adjustable rate mortgages memorandum. | $0.00 | 1.9 | $0.00 |

**05/06/2013**

| Medway, David | Finalize ResCap HUD audit files. | $0.00 | 1.3 | $0.00 |
| Zayas, Marilitza | Review investor remittances testing procedures memo. | $0.00 | 2.3 | $0.00 |

# EXHIBIT  D



DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley T. Smith, Esq.
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

September 16, 2013
Invoice No. 1897818

**Client-Matter No: 494744-00001**

**Jesse Martin re Subpoena Issue**

**For Legal Services Rendered Through August 31, 2013**

| 08/26/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with B. Neil Hoffman |
|---|---|---|---|---|---|
| | **Total Hours** | | **0.20** | | |

| | | |
|---|---|---|
| **Total for Legal Fees** | **$123.30** |
| **Total This Invoice** | **$123.30** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J Jackson | Partner | 0.20 | 616.50 | 123.30 |
| **Total all Timekeepers** | | **0.20** | | **123.30** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Capital, LLC                                                                September 16, 2013
Client-Matter No.: 479140-00008                                                                   Page 2
Invoice No.: 1897821

|            |              |        |      |   |                                                              |
|------------|--------------|--------|------|---|--------------------------------------------------------------|
|            |              |        |      |   | correspondence                          $\bigvee$           |
| 08/08/13   | J Jackson    | 123.30 | 0.20 | 4 | Correspond with J. Ruckdaschel          $\bigvee$           |
| 08/09/13   | J Jackson    | 246.60 | 0.40 | 4 | Review correspondence; telephone conference with B. Smith, J. Ruckdaschel, and B. Horn |
| 08/12/13   | J Jackson    | 123.30 | 0.20 | 4 | Correspond with B. Wendt                                     |
| 08/13/13   | J Jackson    | 123.30 | 0.20 | 4 | Correspond with B. Wendt                                     |
| 08/26/13   | J Jackson    | 123.30 | 0.20 | 4 | Correspond with B. Wendt                                     |
| 08/30/13   | J Jackson    | 123.30 | 0.20 | 4 | Telephone conference with B. Wendt                           |

**Total Hours**                                          **3.80**

**Total for Legal Fees**          **$2,342.70**

**Total This Invoice**            **$2,342.70**

**Timekeeper Summary**

| Timekeeper              | Class   | Hours | Billed Rate | Amount   |
|-------------------------|---------|-------|-------------|----------|
| J Jackson               | Partner | 3.80  | 616.50      | 2,342.70 |
| **Total all Timekeepers** |       | **3.80** |          | **2,342.70** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY**

DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
Attn: David A. Marple
One Meridian Crossings, Suite 100
Mail Station 03-02-60
Minneapolis, MN  55423

September 16, 2013
Invoice No. 1897821

**Client-Matter No: 479140-00008**

**City of Atlanta re Barb Wendt**

---

**For Legal Services Rendered Through August 31, 2013**

| Date | Timekeeper | Amount | Hours | | Description |
|---|---|---|---|---|---|
| 08/05/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with J. Ruckdaschel and B. Smith summarizing my telephone conference with B. Wendt and outlining next steps |
| 08/05/13 | J Jackson | 123.30 | 0.20 | 4 | Telephone conference with B. Wendt |
| 08/05/13 | J Jackson | 184.95 | 0.30 | 4 | Telephone conference with J. Ruckdaschel and B. Smith |
| 08/05/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with J. Ruckdaschel |
| 08/06/13 | J Jackson | 184.95 | 0.30 | 4 | Correspond with J. Ruckdaschel and correspond with B. Smith |
| 08/07/13 | J Jackson | 246.60 | 0.40 | 4 | Telephone conference with B. Smith and J. Ruckdaschel |
| 08/07/13 | J Jackson | 246.60 | 0.40 | 4 | Correspond with J. Ruckdaschel and correspond with B. Smith |
| 08/07/13 | J Jackson | 246.60 | 0.40 | 4 | Correspond with B. Wendt and review the attachments to her |

Service charges are based on rates established by Dorsey & Whitney   A schedule of those rates has been provided and is available
upon request   Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



| | | | | |
|---|---|---|---|---|
| GMAC ResCap | | | | September 19, 2013 |
| Client-Matter No.: 479140-00005 | | | | Page 7 |
| Invoice No.: 1898471 | | | | |

| Date | Timekeeper | Amount | Hours | Task | Description |
|---|---|---|---|---|---|
| 08/15/13 | R. Mallard | 173.25 | 0.50 | 17 | (Alliance) Conference with E. Schnabel regarding lift stay and summary judgment legal strategy issues |
| 08/15/13 | E. Schnabel | 152.55 | 0.30 | 17 | (Alliance) Review stipulation |
| 08/15/13 | E. Schnabel | 50.85 | 0.10 | 17 | (Alliance) Emails with J. Wishnew regarding stipulation |
| 08/15/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memoranda from and to C. MacElree regarding status |
| 08/15/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memoranda from and to J. Wishnew regarding stipulation |
| 08/16/13 | M. Buckley | 831.60 | 2.80 | 17 | (Nationwide) Analyze Hanover's preliminary objections |
| 08/18/13 | M. Buckley | 683.10 | 2.30 | 17 | (Nationwide) Analyze cases cited in Hanover preliminary objections |
| 08/20/13 | M. Buckley | 118.80 | 0.40 | 17 | (Nationwide) Correspond with J. Richardson and J. Langdon regarding appropriate response to Hanover's preliminary objections |
| 08/20/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding response to Hanover motion |
| 08/21/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Conference with M. Buckley regarding amended complaint |
| 08/22/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda from and to D. Axelrod |
| 08/22/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Memoranda from and to A. Cooper |
| 08/23/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Review Hanover motion to dismiss |
| 08/23/13 | J. Langdon | 219.60 | 0.40 | 17 | (Nationwide) Draft notes regarding amended complaint |



Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley T. Smith, Esq.
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

August 15, 2013
Invoice No. 1892373

**Client-Matter No: 494744-00001**

**Jesse Martin re Subpoena Issue**

---

**For Legal Services Rendered Through July 31, 2013**

| | | | | | |
|---|---|---|---|---|---|
| 07/24/13  J Jackson | 123.30 | 0.20 | 4 | Advise M. Stinson | |
| 07/31/13  J Jackson | 123.30 | 0.20 | 4 | Correspond with B. Smith regarding subpoenas | |
| **Total Hours** | | **0.40** | | | |

| | |
|---|---|
| **Total for Legal Fees** | **$246.60** |
| **Total This Invoice** | **$246.60** |

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J Jackson | Partner | 0.40 | 616.50 | 246.60 |
| **Total all Timekeepers** | | **0.40** | | **246.60** |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available
upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley Smith, Esq.
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN
55437

August 15, 2013
Invoice No. 1892376

**Client-Matter No: 479140-00006**

**Subpoena matter re Sanchez, Lopez**

**For Legal Services Rendered Through July 31, 2013**

| | | | | |
|---|---|---|---|---|
| 07/16/13  J  Jackson | 184.95 | 0.30 | 4 | Review correspondence |
| 07/16/13  J  Jackson | 184.95 | 0.30 | 4 | Meet with M. Stinson regarding tasks for new subpoenas |
| 07/18/13  J  Jackson | 123.30 | 0.20 | 4 | Provide guidance and strategy to M. Stinson regarding responding to subpoenas and dealing with the issuing party |
| 07/18/13  J  Jackson | 123.30 | 0.20 | 4 | Discuss updates of M. Stinson's actions with M. Stinson |
| 07/18/13  J  Jackson | 123.30 | 0.20 | 4 | Correspond with B. Smith |
| 07/30/13  J  Jackson | 123.30 | 0.20 | 4 | Advise M. Stinson on various ResCap subpoena issues |
| 07/30/13  J  Jackson | 246.60 | 0.40 | 4 | Revise correspondence and declaration responding to subpoenas |

**Total Hours**            **1.80**

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



DORSEY & WHITNEY LLP

GMAC ResCap                                                    August 14, 2013
Client-Matter No.: 479140-00005                                      Page 8
Invoice No.: 1892070

| 07/17/13 | J. Langdon | 109.80 | 0.20 | 17 | (Nationwide) Draft memoranda regarding California proceedings on writ motions |
| 07/17/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memoranda from and to J. Wishnew |
| 07/17/13 | J. Langdon | 54.90 | 0.10 | 17 | (Alliance) Memoranda to and from E. Schnabel |
| 07/18/13 | J. Langdon | 54.90 | 0.10 | 17 | (Nationwide) Review memorandum from L. McGlinn regarding California hearing |
| 07/19/13 | M. Buckley | 1,217.70 | 4.10 | 17 | (Nationwide) Analyze D. Breschi deposition and Pennsylvania law on negligence and negligent misrepresentation |
| 07/19/13 | M. Buckley | 207.90 | 0.70 | 17 | (Nationwide) Draft summary judgment motion |
| 07/22/13 | M. Buckley | 89.10 | 0.30 | 17 | (Nationwide) Draft summary judgment motion |
| 07/22/13 | M. Buckley | 1,217.70 | 4.10 | 17 | (Nationwide) Analyze D. Breschi deposition and Nationwide legal cases regarding escrow/settlement agent duties to warehouse lenders |
| 07/23/13 | M. Buckley | 207.90 | 0.70 | 17 | (Nationwide) Correspond with local counsel and J. Langdon regarding need to demand answer from Hanover counsel |
| 07/23/13 | M. Buckley | 920.70 | 3.10 | 17 | (Nationwide) Analyze D. Breschi deposition and Nationwide law regarding duty of settlement agent to entities in mortgage transactions as part of research for summary judgment brief |
| 07/23/13 | M. Buckley | 118.80 | 0.40 | 17 | (Nationwide) Draft email for J. Langdon to send to Hanover counsel regarding need to demand |

Service charges are based on rates established by Dorsey & Whitney.  A schedule of those rates has been provided and is available upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



Residential Capital, LLC
Client-Matter No.: 494744-00001
Invoice No.: 1886953

July 18, 2013
Page 3

| | | | | regarding status |
|---|---|---|---|---|
| 05/14/13  J  Jackson | 493.20 | 0.80 | 4 | Review J. Martin documents |
| 05/15/13  J  Jackson | 369.90 | 0.60 | 4 | Continued evaluation of J. Martin's documents |
| 05/16/13  J  Jackson | 246.60 | 0.40 | 4 | Finalize review of J. Martin documents |
| 05/22/13  J  Jackson | 184.95 | 0.30 | 4 | Review and consider correspondence from U.S. Attorney |
| 06/05/13  J  Jackson | 184.95 | 0.30 | 4 | Review correspondence from B. Hoffman |
| 06/14/13  J  Jackson | 123.30 | 0.20 | 4 | Review and consider correspondence from Morrison & Foerster |
| 06/17/13  J  Jackson | 246.60 | 0.40 | 4 | Further review of documents from J. Martin |
| 06/18/13  J  Jackson | 493.20 | 0.80 | 4 | Further review of documents for production to SEC |

**Total Hours**                              **19.20**

**Total for Legal Fees**          **$9,285.30**

**Total This Invoice**            **$9,285.30**

**Timekeeper Summary**

| Timekeeper | Class | Hours | Billed Rate | Amount |
|---|---|---|---|---|
| J Jackson | Partner | 12.90 | 616.50 | 7,952.85 |
| M. Stinson | Associate | 6.30 | 211.50 | 1,332.45 |
| **Total all Timekeepers** | | **19.20** | | **9,285.30** |

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available
upon request  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY


DORSEY & WHITNEY LLP

Residential Capital, LLC                                          July 18, 2013
Client-Matter No.: 494744-00001                                        Page 2
Invoice No.: 1886953

|  |  |  |  |  | regarding FIRREA |
|---|---|---|---|---|---|
| 04/28/13 | M. Stinson | 42.30 | 0.20 | 4 | Email J Jackson regarding answers to research questions |
| 04/29/13 | J Jackson | 123.30 | 0.20 | 4 | Prepare and send letter to AUSA Indira Cameron-Banks |
| 04/29/13 | J Jackson | 678.15 | 1.10 | 4 | Review background information on and legal basis for DOJ FIRREA investigation |
| 04/29/13 | J Jackson | 1,479.60 | 2.40 | 4 | Meet with J. Martin |
| 04/29/13 | J Jackson | 678.15 | 1.10 | 4 | Review materials provided by J. Martin |
| 04/29/13 | M. Stinson | 571.05 | 2.70 | 4 | Attend office conference with J Jackson and J. Martin regarding likely questions during deposition and employment history at ResCap |
| 04/30/13 | J Jackson | 184.95 | 0.30 | 4 | Consider and adopt strategy |
| 04/30/13 | J Jackson | 184.95 | 0.30 | 4 | Telephone conference with B. Hoffman |
| 04/30/13 | J Jackson | 184.95 | 0.30 | 4 | Telephone conference with B. Smith |
| 04/30/13 | M. Stinson | 253.80 | 1.20 | 4 | Review notes from meeting with J. Martin |
| 04/30/13 | M. Stinson | 84.60 | 0.40 | 4 | Email J Jackson summary of prior day's meeting |
| 05/01/13 | J Jackson | 246.60 | 0.40 | 4 | Correspond with Indira Cameron-Banks at DOJ regarding scheduling J. Martin's appearance |
| 05/01/13 | J Jackson | 184.95 | 0.30 | 4 | Correspond with J. Martin |
| 05/07/13 | J Jackson | 184.95 | 0.30 | 4 | Telephone conference with Assistant U.S. Attorney regarding document production and scheduling |
| 05/13/13 | J Jackson | 184.95 | 0.30 | 4 | Correspond with B. Hoffman |

Service charges are based on rates established by Dorsey & Whitney   A schedule of those rates has been provided and is available
upon request   Disbursements and service charges, which either have not been received or processed, will appear on a later statement

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



## DORSEY
DORSEY & WHITNEY LLP

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC                                         July 18, 2013
c/o Bradley T. Smith, Esq.                                   Invoice No. 1886953
8400 Normandale Lake Blvd, Suite 350
Minneapolis, MN 55437

**Client-Matter No: 494744-00001**

**Jesse Martin re Subpoena Issue**

**For Legal Services Rendered Through June 30, 2013**

| 04/25/13 | J Jackson | 493.20 | 0.80 | 4 | Review subpoena and underlying law |
|---|---|---|---|---|---|
| 04/25/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with J. Martin regarding subpoena |
| 04/25/13 | J Jackson | 123.30 | 0.20 | 4 | Correspond with B. Hoffman |
| 04/25/13 | J Jackson | 123.30 | 0.20 | 4 | Telephone conference with J. Martin regarding next steps |
| 04/26/13 | J Jackson | 431.55 | 0.70 | 4 | Provide direction to M. Stinson regarding various tasks in preparation for meeting with J. Martin |
| 04/26/13 | M. Stinson | 63.45 | 0.30 | 4 | Review and analyze subpoena and accompanying materials from Department of Justice and conference with J Jackson regarding research questions |
| 04/28/13 | M. Stinson | 317.25 | 1.50 | 4 | Analyze articles and caselaw |

$\bigvee$

Service charges are based on rates established by Dorsey & Whitney  A schedule of those rates has been provided and is available
upon request.  Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY



**DORSEY & WHITNEY LLP**

MINNEAPOLIS OFFICE
612-340-2600

(Tax Identification No. 41-0223337)

STATEMENT OF ACCOUNT FOR PROFESSIONAL SERVICES

Residential Capital, LLC
c/o Bradley T. Smith, Esq.
8400 Normandale Lake Blvd
Suite 350
Minneapolis, MN  55437

July 16, 2013
Invoice No. 1886169

**Client-Matter No: 479140-00007**

**FDIC Subpoena**

_____

**For Legal Services Rendered Through June 30, 2013**

| | | | | |
|---|---|---|---|---|
| 06/11/13  J  Jackson | 739.80 | 1.20 | 18 | Review materials provided by B. Smith and P. Spencer |
| 06/19/13  J  Jackson | 184.95 | 0.30 | 18 | Review new subpoena issues |
| 06/19/13  J  Jackson | 246.60 | 0.40 | 18 | Conference with and advise M. Stinson on steps to take to protect Residential Capital's interests |
| 06/20/13  J  Jackson | 61.65 | 0.10 | 18 | Conference with M. Stinson regarding response |
| 06/20/13  J  Jackson | 61.65 | 0.10 | 18 | Review M. Stinson email |
| 06/20/13  J  Jackson | 61.65 | 0.10 | 18 | Correspond with B. Smith |
| 06/21/13  J  Jackson | 123.30 | 0.20 | 18 | Telephone conference with B. Smith regarding process and bankruptcy stay |
| 06/24/13  J  Jackson | 184.95 | 0.30 | 18 | Telephone conference with B. Smith regarding new Georgia criminal subpoena and regarding Washington State criminal |

Service charges are based on rates established by Dorsey & Whitney. A schedule of those rates has been provided and is available upon request. Disbursements and service charges, which either have not been received or processed, will appear on a later statement.

ALL INVOICES ARE DUE 30 DAYS FROM DATE OF INVOICE UNLESS OTHERWISE EXPRESSLY AGREED BY DORSEY & WHITNEY

# EXHIBIT  E

# FORTACE

**Retained Professional:**
**Mailing Address:**
Fortace LLC
1601 N. Sepulveda Blvd, Suite 146
Manhattan Beach, CA 90266
**Phone:** 310-545-4548
**Email:** ar@fortace.com

## INVOICE DETAIL

DATE: 02/16/13
INVOICE #: 9
PERIOD: 1/1/13 - 1/31/13

| Date | Client | Project | Project Code | Task | Personnel | Title | Note | Hours | Billing Rate | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 1-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Frank Sillman | Managing Partner | I reviewed findings for 21 loans from the UCC sample of 1500 loans. | 6.40 | 395.00 | $ 2,528.00 |
| 1-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Shaunique Martin | Underwriters | 13601596 Xiquin | 0.30 | 200.00 | $ 60.00 |
| 1-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Shaunique Martin | Underwriters | 14523203 Rodriguez | 0.50 | 200.00 | $ 100.00 |
| 1-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Shaunique Martin | Underwriters | 15001860 Crump | 0.50 | 200.00 | $ 100.00 |
| 1-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Shaunique Martin | Underwriters | 1927193083 Abreu | 0.50 | 200.00 | $ 100.00 |
| 1-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Shaunique Martin | Underwriters | 22773980 Padilla Jr | 0.30 | 200.00 | $ 60.00 |
| 1-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Shaunique Martin | Underwriters | 690853387 Medina | 0.50 | 200.00 | $ 100.00 |
| 1-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Shaunique Martin | Underwriters | 690865399 Lowe | 0.40 | 200.00 | $ 80.00 |
| 1-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Shaunique Martin | Underwriters | 728818153 De La Torre | 0.50 | 200.00 | $ 100.00 |
| 1-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Shaunique Martin | Underwriters | 728897215 Passero | 0.30 | 200.00 | $ 60.00 |
| 1-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Shaunique Martin | Underwriters | 729901991 Lombardo | 0.50 | 200.00 | $ 100.00 |
| 1-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Brian Reed | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 5.00 | 200.00 | $ 1,000.00 |
| 2-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Frank Sillman | Managing Partner | I reviewed findings for 24 loans from the UCC sample of 1500 loans. | 6.50 | 395.00 | $ 2,567.50 |
| 2-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Patrick Cleary | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 1.00 | 200.00 | $ 200.00 |
| 3-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Frank Sillman | Managing Partner | I reviewed findings for 31 loans from the UCC sample of 1500 loans. | 8.70 | 395.00 | $ 3,436.50 |
| 4-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Frank Sillman | Managing Partner | I reviewed findings for 23 loans from the UCC sample of 1500 loans. | 6.30 | 395.00 | $ 2,488.50 |

1 of 16

12-12020-mg   Doc 5833   Filed 11/18/13   Entered 11/18/13 17:13:26   Main Document
Pg 22 of 39

# FORTACE
LLC SOLUTIONS

Retained Professional: Fortace LLC
Mailing Address:      1601 N. Sepulveda Blvd, Suite 146
                      Manhattan Beach, CA 90266
Phone:                310-545-4548
Email:                ar@fortace.com

DATE: 02/16/13
INVOICE #: 9
PERIOD: 1/1/13 - 1/31/13

| Date | Client | Project | Project Code | Task | Personnel | Title | Note | Hours | Billing Rate | Total Fees |
|------|--------|---------|--------------|------|-----------|-------|------|-------|--------------|------------|
| 4-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Manager / QA Review | Sue Stankus | Senior Manager | Manager QC review of 4 of the UCC 1500 loan reunderwriting reports from the UCC sample. | 1.00 | 250.00 | $ 250.00 |
| 5-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Frank Sillman | Managing Partner | I reviewed findings for 44 loans from the UCC sample of 1500 loans. | 14.40 | 395.00 | $ 5,688.00 |
| 6-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Frank Sillman | Managing Partner | I reviewed findings for 42 loans from the UCC sample of 1500 loans. | 13.10 | 395.00 | $ 5,174.50 |
| 7-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Charles Carr | Subject Matter Expert | Export ResCap audit worksheets to Client Files for Qual review. | 1.00 | 200.00 | $ 200.00 |
| 7-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Charles Carr | Subject Matter Expert | ResCap DataQual report, build queries and run, send to Michelle | 1.80 | 200.00 | $ 360.00 |
| 7-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Frank Sillman | Managing Partner | I reviewed findings for 49 loans from the UCC sample of 1500 loans. | 11.50 | 395.00 | $ 4,542.50 |
| 7-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Michelle Minier | Managing Partner | Review, reconcile and update Expert report materials. | 5.90 | 395.00 | $ 2,330.50 |
| 7-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Manager / QA Review | Linda Denlocia | Project Manager | Manager QC review of 4 of the UCC 1500 loan reunderwriting reports from the UCC sample. | 2.90 | 325.00 | $ 942.50 |
| 7-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Manager / QA Review | Linda Denlocia | Project Manager | Meeting with my Underwriting manager to review my reunderwriting reports QC review of ResCap export report | 3.00 | 325.00 | $ 975.00 |
| 7-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Meetings & Conference Calls | Brian Reed | Underwriters | QC review of ResCap export report | 1.00 | 200.00 | $ 200.00 |
| 7-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Patrick Cleary | Underwriters | spreadsheet data for 1500 loans from the UCC sample population | 5.00 | 200.00 | $ 1,000.00 |
| 7-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Anna Waterman | Underwriters | QC review of ResCap export report spreadsheet data for 1500 loans from the UCC sample population. | 2.20 | 200.00 | $ 440.00 |
| 7-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Brian Reed | Underwriters | QC review of ResCap export report spreadsheet data for 1500 loans from the UCC sample population | 3.00 | 200.00 | $ 600.00 |
| 8-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Charles Carr | Subject Matter Expert | Refresh ResCap 98/133 Report, update spreadsheet for matching, build and update queries | 3.00 | 200.00 | $ 600.00 |

2 of 16

# FORTACE

Retained Professional: Fortace LLC
Mailing Address: 1601 N. Sepulveda Blvd, Suite 146
Manhattan Beach, CA 90266
Phone: 310-545-4548
Email: ar@fortace.com

## INVOICE DETAIL

DATE: 02/16/13
INVOICE #: 9
PERIOD: 1/1/13 - 1/31/13

| Date | Client | Project | Project Code | Task | Personnel | Title | Note | Hours | Billing Rate | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 8-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Frank Silliman | Managing Partner | I reviewed findings for 48 loans from the UCC sample of 1500 loans | 11.30 | 395.00 | $ 4,463.50 |
| 8-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Michelle Minier | Managing Partner | Review, reconcile and update Expert report materials. | 8.90 | 395.00 | $ 3,515.50 |
| 8-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Meetings & Conference Calls | Linda Denicola | Project Manager | Meeting with the Underwriting managers to review their reunderwriting reports | 1.20 | 325.00 | $ 390.00 |
| 8-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Manager / QA Review | Linda Denicola | Project Manager | Review files for errors, corrections | 7.40 | 325.00 | $ 2,405.00 |
| 8-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Linda Denicola | Project Manager | Reviewed spreadsheet and assign loans to Underwriting on spreadsheet and in FAS | 1.30 | 325.00 | $ 422.50 |
| 8-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Patrick Cleary | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 2.00 | 200.00 | $ 400.00 |
| 8-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Lori Elicker | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 7.00 | 200.00 | $ 1,400.00 |
| 8-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Anne Waterman | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 11.40 | 200.00 | $ 2,280.00 |
| 8-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Brian Reed | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 5.00 | 200.00 | $ 1,000.00 |
| 8-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Barbara Rogers | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 2.80 | 200.00 | $ 560.00 |
| 8-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Tracey Shackelford | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 10.10 | 200.00 | $ 2,020.00 |
| 8-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Meetings & Conference Calls | Anne Waterman | Underwriters | ResCap | 0.70 | 200.00 | $ 140.00 |
| 8-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Manager / QA Review | Sue Stankus | Senior Manager | Manager QC review of 4 of the UCC 1500 loan reunderwriting reports from the UCC sample. | 0.30 | 250.00 | $ 75.00 |
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Charles Carr | Subject Matter Expert | ResCap: Batch-reassign Underwriting for Quality review | 0.60 | 200.00 | $ 120.00 |

3 of 16

**FORTACE** CASE DISSECTION

**INVOICE**

Retained Professional: Fortace LLC
Mailing Address: 1601 N. Sepulveda Blvd, Suite 146
Manhattan Beach, CA 90266
Phone: 310-545-4548
Email: art@fortace.com

DATE: 02/16/13
INVOICE #: 9
PERIOD: 1/1/13 - 1/31/13

| Date | Client | Project | Project Code | Task | Personnel | Title | Note | Hours | Billing Rate | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 7472460617-Gilbert | 0.30 | 200.00 | $ 60.00 |
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8601190306-Mahoney | 0.30 | 200.00 | $ 60.00 |
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8601567185-Hughes | 0.30 | 200.00 | $ 60.00 |
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8601310287-Pierce | 0.30 | 200.00 | $ 60.00 |
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8655262745-Patrick | 0.30 | 200.00 | $ 60.00 |
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8656360736-Woodward | 0.30 | 200.00 | $ 60.00 |
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8656677062-Roos | 0.30 | 200.00 | $ 60.00 |
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8656563466-Schetlinger | 0.30 | 200.00 | $ 60.00 |
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8656870942-Singer | 0.30 | 200.00 | $ 60.00 |
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8990015929-Rivera | 0.30 | 200.00 | $ 60.00 |
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 9843545-Deutah | 0.30 | 200.00 | $ 60.00 |
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Patrick Cleary | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 5.30 | 200.00 | $ 1,060.00 |
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jacki Van Wagner | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 7.30 | 200.00 | $ 1,460.00 |
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Anne Waterman | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 8.70 | 200.00 | $ 1,740.00 |
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Mia Milatz | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 5.00 | 200.00 | $ 1,000.00 |

6 of 16

12-12020-mg    Doc 5833    Filed 11/18/13    Entered 11/18/13 17:13:26    Main Document
Pg 27 of 39

# FORTACE

**Retained Professional:** Fortace LLC
**Mailing Address:** 1601 N. Sepulveda Blvd, Suite 146
Manhattan Beach, CA 90266
**Phone:** 310-545-4548
**Email:** ar@fortace.com

INVOICE DETAIL

DATE: 02/16/13
INVOICE #: 9
PERIOD: 1/1/13 - 1/31/13

| Date | Client | Project | Project Code | Task | Personnel | Title | Note | Hours | Billing Rate | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Tracey Shackelford | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 11.40 | 200.00 | $ 2,280.00 |
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Lori Elicker | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 5.50 | 200.00 | $ 1,100.00 |
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Lori Elicker | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 2.50 | 200.00 | $ 500.00 |
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Barbara Rogers | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 7.50 | 200.00 | $ 1,500.00 |
| 9-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Manager / QA Review | Sue Stankus | Senior Manager | Manager QC review of 4 of the UCC 1500 loan reunderwriting reports from the UCC sample | 2.00 | 250.00 | $ 500.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Charles Carr | Subject Matter Expert | Export claims/questionnaires data for expert review | 0.60 | 200.00 | $ 120.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Frank Sillman | Managing Partner | I reviewed findings for 47 loans from the UCC sample of 1500 loans. | 10.90 | 395.00 | $ 4,305.50 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Michelle Minier | Managing Partner | Review and reconcile Re-scoring data and develop reports. | 12.50 | 395.00 | $ 4,937.50 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Linda Denicola | Project Manager | Assigned files to Underwriting, reassigned files / QA changes FAS status and follow up with Underwriting on status, provided feedback to Underwriting of missing data in screens in FAS | 2.50 | 325.00 | $ 812.50 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Manager / QA Review | Linda Denicola | Project Manager | Reviewed/corrected audits in FAS | 8.00 | 325.00 | $ 2,600.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Anne Waterman | Underwriters | #8126622602 - Case | 0.50 | 200.00 | $ 100.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Anne Waterman | Underwriters | #8170006262 - Budzyn | 0.70 | 200.00 | $ 140.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Anne Waterman | Underwriters | #817/123025 - Barrett | 1.10 | 200.00 | $ 220.00 |

7 of 16

# FORTACE

Retained Professional:
Mailing Address:   Fortace LLC
1601 N. Sepulveda Blvd, Suite 146
Manhattan Beach, CA 90266
Phone:   310-545-4548
Email:   ar@fortace.com

## INVOICE DETAIL

DATE: 02/16/13
INVOICE #: 9
PERIOD: 1/1/13 - 1/31/13

| Date | Client | Project | Project Code | Task | Personnel | Title | Note | Hours | Billing Rate | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8656104560-Ruelas | 0.30 | 200.00 | $ 60.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8656230601-Kevin | 0.30 | 200.00 | $ 60.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8656256950-Prutch | 0.40 | 200.00 | $ 80.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8656235631-Paul | 0.30 | 200.00 | $ 60.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8685422986-Novelli | 0.40 | 200.00 | $ 80.00 |
| 10-Jan-13 | ResCap | Loan Level Ra-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8685449915-Losciuto | 0.30 | 200.00 | $ 60.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8685453540-James | 0.50 | 200.00 | $ 100.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8685460539-Perretta | 0.40 | 200.00 | $ 80.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8685804791-Beast | 0.40 | 200.00 | $ 80.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8685814611-Thom | 0.50 | 200.00 | $ 100.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8685866591-Berton | 0.40 | 200.00 | $ 80.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8685923844-Lonney | 0.50 | 200.00 | $ 100.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Brian Reed | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 4.00 | 200.00 | $ 800.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Mia Milatz | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 8.00 | 200.00 | $ 1,600.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Barbara Rogers | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 10.50 | 200.00 | $ 2,100.00 |

**FORTACE LLC**

Retained Professional: Fortace LLC
Mailing Address: 1601 N. Sepulveda Blvd, Suite 146
Manhattan Beach, CA 90266
Phone: 310-545-4548
Email: ar@fortace.com

## INVOICE DETAIL

DATE: 02/16/13
INVOICE #: 9
PERIOD: 1/1/13 - 1/31/13

| Date | Client | Project | Project Code | Task | Personnel | Title | Note | Hours | Billing Rate | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Tracey Shackleford | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 11.10 | 200.00 | $ 2,220.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Patrick Cleary | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 8.50 | 200.00 | $ 1,700.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jacki Van Wagner | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 8.80 | 200.00 | $ 1,760.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Lori Elicker | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 14.50 | 200.00 | $ 2,900.00 |
| 10-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Manager / QA Review | Sue Stankus | Senior Manager | Manager QC review of 4 of the UCC 1500 loan reunderwriting reports from the UCC sample. | 0.30 | 250.00 | 75.00 |
| 11-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Charles Carr | Subject Matter Expert | Build queries for ResCap quality control; Get Last/Latest/By Auditor before first InMgrReview status | 1.20 | 200.00 | $ 240.00 |
| 11-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Charles Carr | Subject Matter Expert | Export claims/questionnaires data for expert review (88 selected loan numbers) | 1.00 | 200.00 | $ 200.00 |
| 11-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Charles Carr | Subject Matter Expert | Update ResCap audits with ClientIDs | 0.40 | 200.00 | $ 80.00 |
| 11-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Frank Sillman | Managing Partner | I reviewed findings for 49 loans from the UCC sample of 1500 loans. | 10.20 | 395.00 | $ 4,029.00 |
| 11-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Michelle Minier | Managing Partner | Review and reconcile Re-scoring data and develop population | 10.70 | 395.00 | $ 4,226.50 |
| 11-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Linda Denicola | Project Manager | Reassigned files, updated logs with completed files, follow up with Underwriting on status of audits. | 4.30 | 325.00 | $ 1,397.50 |
| 11-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Meetings & Conference Calls | Linda Denicola | Project Manager | Review/revise files. | 4.60 | 325.00 | $ 1,495.00 |
| 11-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Lori Elicker | Underwriters | 3917,3918,2751smbtrns,4383008921Hand,4380671050Washington,7020412280Morganstein,1115005862Murray,7439187689Parks | 9.50 | 200.00 | $ 1,900.00 |

10 of 16

FORTACE
RISK INITIATIVES

Retained Professional:    Fortace LLC
Mailing Address:          1601 N. Sepulveda Blvd, Suite 146
                          Manhattan Beach, CA 90266
Phone:                    310-545-4548
Email:                    ar@fortace.com

INVOICE DE JON

DATE: 02/16/13
INVOICE #: 9
PERIOD: 1/1/13 - 1/31/13

| Date | Client | Project | Project Code | Task | Personnel | Title | Note | Hours | Billing Rate | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | 8685445915-Lossdto | 0.40 | 200.00 | $ 80.00 |
| 11-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Patrick Cleary | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 2.40 | 200.00 | $ 480.00 |
| 11-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Patrick Cleary | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 5.20 | 200.00 | $ 1,040.00 |
| 11-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Tracey Shackelford | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 10.50 | 200.00 | $ 2,100.00 |
| 11-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Mia Mistz | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 2.00 | 200.00 | $ 400.00 |
| 11-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Manager / QA Review | Sue Stankus | Senior Manager | Manager QC review of 4 of the UCC 1500 loan reunderwriting reports from the UCC sample. | 0.30 | 250.00 | $ 75.00 |
| 12-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Charles Carr | Subject Matter Expert | Run expert review summary reports | 0.70 | 200.00 | $ 140.00 |
| 12-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Frank Sillman | Managing Partner | I reviewed findings for 41 loans from the UCC sample of 1500 loans. | 12.40 | 395.00 | $ 4,898.00 |
| 12-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Michelle Minier | Managing Partner | Review and reconcile Re-scoring data and develop reports. | 3.00 | 395.00 | $ 1,185.00 |
| 12-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Manager / QA Review | Linda Denicola | Project Manager | Review rescoring reports in FAS | 6.70 | 325.00 | $ 2,177.50 |
| 12-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Patrick Cleary | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 1.50 | 200.00 | $ 300.00 |
| 12-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Tracey Shackelford | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 12.50 | 200.00 | $ 2,500.00 |
| 12-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Anna Waterman | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 1.20 | 200.00 | $ 240.00 |
| 13-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Charles Carr | Subject Matter Expert | Run expert review summary reports | 0.90 | 200.00 | $ 180.00 |
| 13-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Charles Carr | Subject Matter Expert | Update ResCap data from review spreadsheet | 2.80 | 200.00 | $ 560.00 |

# FORTACE

**Retained Professional:** Fortace LLC
**Mailing Address:** 1601 N. Sepulveda Blvd, Suite 146
Manhattan Beach, CA 90266
**Phone:** 310-545-4548
**Email:** ar@fortace.com

## INVOICE DETAIL

DATE: 02/16/13
INVOICE #: 9
PERIOD: 1/1/13 - 1/31/13

| Date | Client | Project | Project Code | Task | Personnel | Title | Note | Hours | Billing Rate | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 13-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Frank Sillman | Managing Partner | I reviewed findings for 37 loans from the UpCa sample of 1500 loans. | 11.30 | 395.00 | $ 4,463.50 |
| 13-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Michelle Minier | Managing Partner | Review and reconcile Re-scoring data and develop reports. | 2.50 | 395.00 | $ 987.50 |
| 13-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Manager / QA Review | Linda Denicola | Project Manager | Review files for potential examples (MERS, TWN, Accurint) | 1.30 | 325.00 | $ 422.50 |
| 13-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Manager / QA Review | Linda Denicola | Project Manager | Reviewed/revised files | 4.50 | 325.00 | $ 1,462.50 |
| 13-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Lori Elicker | Underwriters | Jansen,Caporal/Bruno Harrigan,Stano ska Foltena,Mcalister,Mills,Clanton,Pietra sko,Stifnall | 9.00 | 200.00 | $ 1,800.00 |
| 13-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Anne Waterman | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 3.00 | 200.00 | $ 600.00 |
| 14-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Charles Carr | Subject Matter Expert | Build and run ResCap Summary report and send to Frank | 2.50 | 200.00 | $ 500.00 |
| 14-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Charles Carr | Subject Matter Expert | Update Loan/Program/Credit/Grade/Property/Type/ NbrUnits from review spreadsheet | 0.70 | 200.00 | $ 140.00 |
| 14-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Frank Sillman | Managing Partner | I reviewed findings for 46 loans from the UCC sample of 1500 loans. | 14.10 | 395.00 | $ 5,569.50 |
| 14-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Michelle Minier | Managing Partner | Prepare final expert report detail reports. | 12.30 | 395.00 | $ 4,858.50 |
| 14-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Manager / QA Review | Linda Denicola | Project Manager | Review and update files | 0.30 | 325.00 | $ 97.50 |
| 14-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Manager / QA Review | Linda Denicola | Project Manager | Check data integrity | 4.00 | 325.00 | $ 1,300.00 |
| 14-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Manager / QA Review | Linda Denicola | Project Manager | Review files for missing docs | 0.90 | 325.00 | $ 292.50 |
| 14-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Lori Elicker | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 8.00 | 200.00 | $ 1,600.00 |
| 14-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Anne Waterman | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 7.50 | 200.00 | $ 1,500.00 |
| 14-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Brian Reed | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 2.00 | 200.00 | $ 400.00 |

13 of 16

FORTACE

Retained Professional: Fortace LLC
Mailing Address: 1601 N. Sepulveda Blvd, Suite 146
Manhattan Beach, CA 90266
Phone: 310-545-4548
Email: ar@fortace.com

# INVOICE DETAIL

DATE: 02/16/13
INVOICE #: 9
PERIOD: 1/1/13 - 1/31/13

| Date | Client | Project | Project Code | Task | Personnel | Title | Note | Hours | Billing Rate | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Tracey Shackelford | Underwriters | QC review of ResCap export report spreadsheet data for 1500 loans from the UCC sample population | 10.00 | 200.00 | $ 2,000.00 |
| 14-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Tracey Shackelford | Underwriters | QC review of ResCap export report spreadsheet data for 1500 loans from the UCC sample population | 3.00 | 200.00 | $ 600.00 |
| 15-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Charles Carr | Subject Matter Expert | Reset all ResCap Audit back to IN AUDIT - CORRECTION per Linda | .20 | 200.00 | 40.00 |
| 15-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Charles Carr | Subject Matter Expert | Update ResCap audit from spreadsheet | 1.60 | 200.00 | 320.00 |
| 15-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Charles Carr | Subject Matter Expert | Update ResCap audit from spreadsheet | 2.40 | 200.00 | 480.00 |
| 15-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Frank Sillman | Managing Partner | I reviewed findings for 49 loans from the UCC sample of 1500 loans. | 12.50 | 395.00 | 4,937.50 |
| 15-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Expert Report Review | Michelle Minier | Managing Partner | Prepare final expert report detail reports. Calls with Underwriting to discuss clean up requirements of audited files. Data Integrity clean up. | 11.40 | 395.00 | 4,503.00 |
| 15-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Meetings & Conference Calls | Linda Deniosla | Project Manager | management the qc of files for Underwriting and reassigned files in FAS Review files in FAS - revised/corrected data integrity errors | 1.00 | 325.00 | 325.00 |
| 15-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Linda Deniosla | Project Manager | QC review of ResCap export report. spreadsheet data for 1500 loans from the UCC sample population | 2.20 | 325.00 | 715.00 |
| 15-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Manager / QA Review | Linda Deniosla | Project Manager | QC review of ResCap export report. spreadsheet data for 1500 loans from the UCC sample population | 5.40 | 325.00 | 1,755.00 |
| 15-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Anne Waterman | Underwriters | QC review of ResCap export report spreadsheet data for 1500 loans from the UCC sample population | 6.70 | 200.00 | 1,340.00 |
| 15-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Anne Waterman | Underwriters | QC review of ResCap export report spreadsheet data for 1500 loans from the UCC sample population | 4.60 | 200.00 | 920.00 |
| 15-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Mia Milatz | Underwriters | QC review of ResCap export report spreadsheet data for 1500 loans from the UCC sample population | 5.00 | 200.00 | 1,000.00 |
| 15-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Jermaine Richards | Underwriters | QC review of ResCap export report spreadsheet data for 1500 loans from the UCC sample population | 5.00 | 200.00 | 1,000.00 |
| 15-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Patrick Cleary | Underwriters | QC review of ResCap export report spreadsheet data for 1500 loans from the UCC sample population | 2.00 | 200.00 | 400.00 |

# FORTACE

**Retained Professional:**
**Mailing Address:** Fortace LLC
1601 N. Sepulveda Blvd, Suite 146
Manhattan Beach, CA 90266
**Phone:** 310-545-4548
**Email:** mr@fortace.com

## INVOICE DETAIL

DATE: 02/16/13
INVOICE #: 9
PERIOD: 1/1/13 - 1/31/13

| Date | Client | Project | Project Code | Task | Personnel | Title | Note | Hours | Billing Rate | Total Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 15-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Brian Reed | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 5.00 | 200.00 | $ 1,000.00 |
| 15-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Lori Elicker | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 2.50 | 200.00 | $ 500.00 |
| 15-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Tracey Shackelford | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 2.00 | 200.00 | $ 400.00 |
| 15-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Gary Annable | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 2.00 | 200.00 | $ 400.00 |
| 15-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Lori Elicker | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 8.50 | 200.00 | $ 1,700.00 |
| 16-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Brian Reed | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 4.00 | 200.00 | $ 800.00 |
| 16-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Shaunique Martin | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 10.00 | 200.00 | $ 2,000.00 |
| 17-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Brian Reed | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 4.00 | 200.00 | $ 800.00 |
| 17-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Ops Re-Underwriting - Loan Level Re-Scoring | Shaunique Martin | Underwriters | QC review of ResCap expert report spreadsheet data for 1500 loans from the UCC sample population | 3.50 | 200.00 | $ 700.00 |
| 22-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Meetings & Conference Calls | Brian Reed | Underwriters | Meeting with my Underwriting manager to review my reunderwriting reports | 0.50 | 200.00 | $ 100.00 |
| 24-Jan-13 | ResCap | Loan Level Re-Scoring | 014-100 | Data and Image Management | Charles Carr | Subject Matter Expert | Download Additional Wave2-related files from MoFo site into client files staging; extract zip files and catalog | 1.50 | 200.00 | $ 300.00 |
| 28-Jan-13 | ResCap | Direct Examination Preparation | 014-100 | Meetings & Conference Calls | Frank Sillman | Managing Partner | Calls with Darryl Raines to discuss my Direct Examination filing | 0.30 | 395.00 | $ 118.50 |

# EXHIBIT  F

12-12020-mg  Doc 6347  Filed 12/09/13  Entered 12/09/13 15:07:16  Main Document
Pg 145 of 422

**EXHIBIT F**

**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**

**DETAIL OF TIME ENTRIES**

*FOR THE PERIOD MAY 1, 2013 THROUGH MAY 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 22 | 5/10/2013 | Renzi, Mark A | 1.5 | Review materials to be used as part of the Renzi testimony regarding the RMBS settlement. |
| 22 | 5/10/2013 | Szymik, Filip | 0.6 | Review materials to be used as part of the Renzi testimony regarding the RMBS settlement. |
| 22 | 5/11/2013 | Renzi, Mark A | 0.4 | Correspond with J Lewis (HL) regarding Nolan Declaration. |
| 22 | 5/24/2013 | Renzi, Mark A | 1.9 | Review historical files regarding Renzi testimony. |
| 22 | 5/31/2013 | Khairoullina, Kamila | 1.0 | Prepare comparison of costs included in 4/21 presentation and Nolan Declaration. |
| **22 Total** | | | **78.5** | |
| 23 | 5/1/2013 | Khairoullina, Kamila | 0.8 | Review Walter true up open items, focusing on employee liabilities. |
| 23 | 5/8/2013 | Gutzeit, Gina | 0.4 | Prepare update on our workstreams to assist CV on marketing a pool of FHA/VA loans to Wells and others. |
| 23 | 5/8/2013 | Khairoullina, Kamila | 2.3 | Prepare analysis of sale related disbursements by facility and legal entity. |
| 23 | 5/15/2013 | Tracy, Alexander | 0.3 | Review true-up model in preparation for status meeting. |
| 23 | 5/15/2013 | Khairoullina, Kamila | 0.8 | Prepare status update for Walter/Ocwen true ups. |
| 23 | 5/15/2013 | Meerovich, Tatyana | 0.3 | Address questions from B. Westman (Debtors) regarding status of sale true-up calculations and related information requests. |
| 23 | 5/15/2013 | Meerovich, Tatyana | 0.8 | Review and revise status update for Walter/Ocwen true ups. |
| 23 | 5/17/2013 | Khairoullina, Kamila | 1.2 | Prepare template for Ocwen true up model. |
| 23 | 5/20/2013 | Khairoullina, Kamila | 0.4 | Review latest version of Ocwen true up model. |
| 23 | 5/20/2013 | Meerovich, Tatyana | 1.1 | Review draft of the sale closing true-up model. |
| 23 | 5/21/2013 | Khairoullina, Kamila | 1.5 | Prepare summary of sale proceeds per request of J. Horner (Debtors). |
| 23 | 5/21/2013 | Meerovich, Tatyana | 1.1 | Prepare a summary of asset sale proceeds at the request of J. Horner (Debtors). |
| 23 | 5/22/2013 | Tracy, Alexander | 1.8 | Conduct initial review of Walter true-up model in preparation of building Ocwen true-up model. |
| 23 | 5/22/2013 | Khairoullina, Kamila | 2.0 | Prepare Ocwen true up template. |
| 23 | 5/22/2013 | Khairoullina, Kamila | 0.8 | Review allocation of costs in sale closing model. |
| 23 | 5/23/2013 | Talarico, Michael J | 0.2 | Research question from B. Westman (Debtors) regarding cure costs paid in response to request from Walter. |
| 23 | 5/28/2013 | Gutzeit, Gina | 0.5 | Read update on post-closing sale adjustments including follow-up required and issues related to documentation for adjustments. |
| 23 | 5/28/2013 | Khairoullina, Kamila | 0.5 | Review status update provided by CV regarding true up for asset sales. |
| 23 | 5/28/2013 | Khairoullina, Kamila | 1.3 | Perform quality control checks for updated Ocwen sale true up model. |
| 23 | 5/29/2013 | Tracy, Alexander | 1.2 | Conduct self-review of true-up model in preparation of meeting. |
| 23 | 5/29/2013 | Tracy, Alexander | 0.8 | Verify true-up model. |
| 23 | 5/29/2013 | Tracy, Alexander | 2.1 | Construct map of links from original true-up model. |
| 23 | 5/29/2013 | Tracy, Alexander | 1.1 | Map links from original true-up model to Walter true up model. |
| 23 | 5/29/2013 | Khairoullina, Kamila | 0.7 | Analyze updated Ocwen sale true up model. |
| 23 | 5/29/2013 | Khairoullina, Kamila | 0.5 | Review information included in sale closing model per request of B. Westman (Debtors). |
| 23 | 5/30/2013 | Meerovich, Tatyana | 1.3 | Review and address questions related to true-up expense wire activity. |
| 23 | 5/30/2013 | Tracy, Alexander | 0.8 | Record notes within Walter true-up model to define terminology and track links. |
| 23 | 5/30/2013 | Khairoullina, Kamila | 0.8 | Participate in discussion with R. Kielty (CV), C. Gordy (Debtors), and T. Farley (Debtors) regarding excluded deals. |
| 23 | 5/30/2013 | Khairoullina, Kamila | 1.6 | Analyze true up model and ensure updates are properly incorporated. |
| 23 | 5/30/2013 | Meerovich, Tatyana | 0.3 | Participate in discussion with R. Kielty (CV) re: status of sale true-up analysis. |
| 23 | 5/30/2013 | Meerovich, Tatyana | 0.6 | Discuss status of sale true-up analysis with J. Horner (Debtors). |
| 23 | 5/31/2013 | Tracy, Alexander | 0.3 | Review assigned tasks for Ocwen true-up model. |
| 23 | 5/31/2013 | Tracy, Alexander | 1.4 | Aggregate prior week notes for Ocwen true-up model. |
| **23 Total** | | | **31.6** | |
| 24 | 5/1/2013 | Chiu, Harry | 0.8 | Verify time exhibits for the January fee application for compliance with US Trustee guidelines. |
| 24 | 5/1/2013 | Hellmund-Mora, Marili | 1.9 | Compile fee detail by person for the March monthly fee statement for compliance with US Trustee guidelines. |
| 24 | 5/1/2013 | Hellmund-Mora, Marili | 1.1 | Continue to compile fee detail for the March monthly fee statement exhibit. |
| 24 | 5/1/2013 | Hellmund-Mora, Marili | 1.3 | Incorporate updates to the March monthly fee statement. |
| 24 | 5/1/2013 | McDonagh, Timothy | 0.6 | Review and comment on draft of charts for January fee statement. |

EXHIBIT F

**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD MAY 1, 2013 THROUGH MAY 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 5/1/2013 | McDonagh, Timothy | 1.5 | Review and comment on draft of detailed expense exhibits for January fee statement. |
| 24 | 5/2/2013 | Gutzeit, Gina | 0.6 | Perform detailed review of expense exhibit for fee application. |
| 24 | 5/2/2013 | Gutzeit, Gina | 0.4 | Review updated exhibits for fee application and ensure completeness. |
| 24 | 5/2/2013 | Hellmund-Mora, Marili | 1.8 | Consolidate fee detail by person for the March monthly fee statement exhibit for compliance with US Trustee guidelines. |
| 24 | 5/2/2013 | Hellmund-Mora, Marili | 0.9 | Incorporate time detail into the March monthly fee statement exhibits to comply with the US Trustee guidelines. |
| 24 | 5/2/2013 | Hellmund-Mora, Marili | 1.0 | Prepare fee detail extracts for the April monthly fee statement. |
| 24 | 5/3/2013 | Gutzeit, Gina | 0.4 | Review and sign-off on final January fee statement and related exhibits. |
| 24 | 5/3/2013 | McDonagh, Timothy | 0.8 | Provide additional comments on draft of expenses for January fee statement. |
| 24 | 5/3/2013 | McDonagh, Timothy | 0.8 | Prepare draft of January fee statement for distribution. |
| 24 | 5/3/2013 | Talarico, Michael J | 0.9 | Review time detail exhibits for the February monthly fee statement for compliance with UST guidelines. |
| 24 | 5/4/2013 | Talarico, Michael J | 0.7 | Review time detail exhibit for the February monthly fee statement for compliance with UST guidelines. |
| 24 | 5/5/2013 | Talarico, Michael J | 1.2 | Review time detail exhibit for the February monthly fee statement for compliance with UST guidelines. |
| 24 | 5/6/2013 | Hellmund-Mora, Marili | 1.9 | Prepare fee detail exhibits by day for the March monthly fee statement for compliance with US Trustee guidelines. |
| 24 | 5/6/2013 | Hellmund-Mora, Marili | 1.9 | Prepare summary exhibits for fees for the March monthly fee statement. |
| 24 | 5/6/2013 | Hellmund-Mora, Marili | 0.4 | Prepare correspondence to professionals regarding clarification of specific time entries for the January monthly fee statement. |
| 24 | 5/6/2013 | Moore, Teresa | 1.6 | Analyze February 2013 expenses for fee application. |
| 24 | 5/6/2013 | Moore, Teresa | 1.0 | Continue to analyze expenses for the period of February 2013. |
| 24 | 5/6/2013 | Talarico, Michael J | 0.1 | Amend cover letter for the January monthly fee statement. |
| 24 | 5/7/2013 | Moore, Teresa | 2.3 | Incorporate updates to the expense exhibits. |
| 24 | 5/7/2013 | Moore, Teresa | 0.6 | Continue to review expenses for the period of February 2013. |
| 24 | 5/8/2013 | Talarico, Michael J | 1.3 | Review time detail exhibits for the February monthly fee statement to ensure compliance and completeness. |
| 24 | 5/8/2013 | Hellmund-Mora, Marili | 2.1 | Update summary exhibits for the March monthly fee statement for compliance with US Trustee guidelines. |
| 24 | 5/8/2013 | Hellmund-Mora, Marili | 1.8 | Verify completeness of fee detail exhibit for the March monthly fee statement. |
| 24 | 5/8/2013 | Hellmund-Mora, Marili | 1.0 | Review April time detail to ensure completeness. |
| 24 | 5/8/2013 | Moore, Teresa | 2.0 | Verify the expenses for the period of February 2013 to ensure compliance with Court rulings. |
| 24 | 5/8/2013 | Moore, Teresa | 1.8 | Continue to verify the expenses for the period of February 2013. |
| 24 | 5/9/2013 | Hellmund-Mora, Marili | 0.5 | Review exhibits for the March monthly fee statement for compliance with US Trustee guidelines. |
| 24 | 5/9/2013 | Hellmund-Mora, Marili | 1.2 | Incorporate time detail into the January fee statement exhibit format. |
| 24 | 5/9/2013 | Hellmund-Mora, Marili | 1.7 | Continue to consolidate fee detail for the March monthly fee statement exhibit. |
| 24 | 5/9/2013 | Moore, Teresa | 1.5 | Prepare updates to the expense exhibits for the February fee statement. |
| 24 | 5/9/2013 | Moore, Teresa | 0.9 | Continue to prepare expense exhibits for February 2013. |
| 24 | 5/9/2013 | Moore, Teresa | 0.7 | Identify and communicate with professionals re: expense entries requiring further clarification. |
| 24 | 5/9/2013 | Moore, Teresa | 0.2 | Run report to reconcile fees with expenses. |
| 24 | 5/9/2013 | Moore, Teresa | 0.6 | Review cap of hotels for the February 2013 period. |
| 24 | 5/9/2013 | Moore, Teresa | 0.4 | Review cap of meals for the February 2013 period. |
| 24 | 5/9/2013 | Moore, Teresa | 0.3 | Insert new formula and calculate expense cap to comply with UST guidelines. |
| 24 | 5/9/2013 | Moore, Teresa | 0.4 | Incorporate edits provided by professionals for the February 2013 period to ensure compliance with guideline limitations. |
| 24 | 5/9/2013 | Moore, Teresa | 0.9 | Identify expense entries to be excluded from February fee application due to timing of date incurred and other issues. |
| 24 | 5/10/2013 | Hellmund-Mora, Marili | 1.8 | Consolidate fee detail for the March monthly fee statement for compliance with US Trustee guidelines. |
| 24 | 5/10/2013 | Hellmund-Mora, Marili | 1.9 | Ensure completeness and compile fee detail for the March monthly fee statement. |
| 24 | 5/10/2013 | Hellmund-Mora, Marili | 1.9 | Accumulate all professionals' April time detail to consolidate for fee statement. |

12-12020-mg    Doc 5859    Filed 11/18/13    Entered 11/18/13 16:58:57    Main Document
Pg 147 of 422

**EXHIBIT F**

RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020
DETAIL OF TIME ENTRIES
*FOR THE PERIOD MAY 1, 2013 THROUGH MAY 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| R 24 | 5/11/2013 | Talarico, Michael J | 1.8 | Review expense exhibit entries for the February monthly fee statement. |
| R 24 | 5/12/2013 | Talarico, Michael J | 1.6 | Review expense exhibit summary for the February monthly fee statement to ensure compliance with guidelines. |
| 24 | 5/13/2013 | Hellmund-Mora, Marili | 1.8 | Continue to compile fee detail for the April monthly fee statement. |
| 24 | 5/13/2013 | Hellmund-Mora, Marili | 1.9 | Consolidate fee detail for the April monthly fee statement for compliance with US Trustee guidelines for exhibits. |
| R 24 | 5/14/2013 | Hellmund-Mora, Marili | 0.8 | Review expense entries to determine compliance with bankruptcy guidelines. |
| 24 | 5/14/2013 | Hellmund-Mora, Marili | 1.9 | Continue to consolidate fee detail for the April monthly fee statement. |
| 24 | 5/14/2013 | Hellmund-Mora, Marili | 0.8 | Prepare fee exhibits for the April monthly fee statement in compliance with US Trustee guidelines. |
| R 24 | 5/15/2013 | Gutzeit, Gina | 1.4 | Review exhibits to fee application including summary and detail to ensure completeness and compliance. |
| 24 | 5/15/2013 | Hellmund-Mora, Marili | 1.5 | Verify fee exhibits by professional and by task code for the April monthly fee statement for compliance with US Trustee guidelines. |
| 24 | 5/15/2013 | Hellmund-Mora, Marili | 1.4 | Continue to prepare fee exhibits for the April monthly fee statement to ensure completeness. |
| 24 | 5/15/2013 | Hellmund-Mora, Marili | 0.5 | Prepare fee summary for January through April to asses FLC fees. |
| R 24 | 5/15/2013 | Moore, Teresa | 2.9 | Incorporate edits to the expenses for the period of February 2013. |
| R 24 | 5/15/2013 | Moore, Teresa | 0.2 | Prepare correspondence regarding expense clarification. |
| 24 | 5/15/2013 | Moore, Teresa | 0.4 | Incorporate updates to the expense exhibits. |
| 24 | 5/15/2013 | Moore, Teresa | 0.3 | Incorporate further updates to the expense exhibits. |
| 24 | 5/16/2013 | Hellmund-Mora, Marili | 1.7 | Prepare updates to the fee detail exhibits for the April monthly fee statement. |
| 24 | 5/16/2013 | Hellmund-Mora, Marili | 1.5 | Verify fee detail for the April monthly fee statement for compliance with US Trustee guidelines and completeness. |
| 24 | 5/16/2013 | McDonagh, Timothy | 4.0 | Review and comment on the February fee statement for SMD approval. |
| 24 | 5/16/2013 | McDonagh, Timothy | 1.1 | Continue to review and comment on February fee statement exhibits. |
| R 24 | 5/16/2013 | Talarico, Michael J | 0.4 | Review expense exhibit entries for the February monthly fee statement. |
| 24 | 5/17/2013 | Gutzeit, Gina | 1.0 | Review summary and detailed exhibits for fee application to ensure completeness and compliance. |
| 24 | 5/17/2013 | Hellmund-Mora, Marili | 0.7 | Incorporate updates to the April monthly fee statement. |
| 24 | 5/17/2013 | Hellmund-Mora, Marili | 1.0 | Compile fee detail for the April monthly fee statement for compliance with US Trustee guidelines. |
| 24 | 5/17/2013 | Hellmund-Mora, Marili | 1.1 | Continue to compile fee detail for the April monthly fee statement. |
| 24 | 5/17/2013 | McDonagh, Timothy | 2.8 | Continue to review and comment on February fee statement exhibits. |
| 24 | 5/17/2013 | Moore, Teresa | 0.9 | Receive updated expenses detail, incorporate into exhibits. |
| 24 | 5/20/2013 | Hellmund-Mora, Marili | 1.9 | Incorporate updates to the April monthly fee statement to ensure format complies with the Bankruptcy Court. |
| 24 | 5/20/2013 | Hellmund-Mora, Marili | 1.8 | Continue to review the April monthly fee statement exhibits. |
| 24 | 5/20/2013 | McDonagh, Timothy | 2.0 | Review and comment on expenses for the February fee statement. |
| R 24 | 5/20/2013 | Moore, Teresa | 1.3 | Incorporate edits to the February expenses. |
| 24 | 5/21/2013 | Talarico, Michael J | 0.7 | Review final exhibits of expenses for the February monthly fee statement. |
| 24 | 5/21/2013 | Gutzeit, Gina | 0.5 | Review expense exhibits for fee application. |
| 24 | 5/21/2013 | Gutzeit, Gina | 1.5 | Review summary and detailed exhibits for fee application to ensure completeness and provide sign-off. |
| 24 | 5/21/2013 | Gutzeit, Gina | 1.0 | Read and provide comments on summary and detailed expense exhibits for fee application. |
| 24 | 5/21/2013 | Hellmund-Mora, Marili | 1.7 | Compile fee detail for the April monthly fee statement for compliance with US Trustee guidelines, and prepare exhibits by task. |
| 24 | 5/21/2013 | Hellmund-Mora, Marili | 1.4 | Continue to prepare exhibits by professional and task for the April monthly fee statement. |
| 24 | 5/21/2013 | McDonagh, Timothy | 1.3 | Incorporate comments into February fee statement exhibits. |
| 24 | 5/21/2013 | McDonagh, Timothy | 0.4 | Follow-up with professionals on questions related to fees in the February fee statement exhibits. |
| R 24 | 5/21/2013 | Moore, Teresa | 0.4 | Prepare correspondence with professionals regarding clarification of expense detail. |
| 24 | 5/22/2013 | Hellmund-Mora, Marili | 0.9 | Prepare summary fee exhibits by task code. |
| 24 | 5/22/2013 | Hellmund-Mora, Marili | 1.3 | Incorporate updates to the April fee statement fee detail. |

EXHIBIT F

**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD MAY 1, 2013 THROUGH MAY 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 5/22/2013 | McDonagh, Timothy | 1.4 | Review and comment on final draft of the February fee statement exhibits. |
| 24 | 5/23/2013 | Hellmund-Mora, Marili | 1.4 | Verify April fee statement detailed exhibits for compliance with US Trustee guidelines. |
| 24 | 5/23/2013 | Hellmund-Mora, Marili | 0.9 | Continue to prepare exhibits by date for the April monthly fee statement. |
| 24 | 5/23/2013 | McDonagh, Timothy | 1.8 | Review time for March fee statement exhibits for completeness. |
| 24 | 5/23/2013 | Moore, Teresa | 0.2 | Incorporate revisions to the February expense exhibit. |
| 24 | 5/24/2013 | Hellmund-Mora, Marili | 0.5 | Generate proforma for updates to the April monthly fee application. |
| 24 | 5/24/2013 | McDonagh, Timothy | 1.1 | Continue to review time for March fee statement exhibits. |
| 24 | 5/25/2013 | Talarico, Michael J | 0.2 | Prepare correspondence regarding the edits to the February expenses for the fee exhibit. |
| 24 | 5/25/2013 | Talarico, Michael J | 0.7 | Review time detail exhibits for the March monthly fee statement. |
| 24 | 5/25/2013 | Talarico, Michael J | 1.2 | Review expense exhibits for the February monthly fee statement. |
| 24 | 5/25/2013 | Talarico, Michael J | 0.2 | Prepare correspondence regarding edits to the expense exhibits for the February monthly fee statement. |
| 24 | 5/26/2013 | Talarico, Michael J | 2.0 | Review time exhibits for the March monthly fee statement to ensure completeness and compliance. |
| 24 | 5/28/2013 | Talarico, Michael J | 0.1 | Prepare correspondence regarding edits to the expense exhibits for the monthly fee statement. |
| 24 | 5/28/2013 | Hellmund-Mora, Marili | 2.0 | Incorporate additional fee detail for the April monthly fee statement exhibits. |
| 24 | 5/28/2013 | McDonagh, Timothy | 0.4 | Continue to review time for March fee statement exhibits. |
| 24 | 5/28/2013 | Moore, Teresa | 1.9 | Incorporate edits to the February expenses and forward new Exhibit E and F for Final review. |
| 24 | 5/28/2013 | Moore, Teresa | 0.3 | Prepare correspondence with professionals regarding clarification of expense entries for compliance with caps. |
| 24 | 5/28/2013 | Moore, Teresa | 0.2 | Incorporate revisions to the February expense exhibit. |
| 24 | 5/28/2013 | Talarico, Michael J | 0.7 | Analyze unbilled expenses to incorporate into the next monthly fee statement. |
| 24 | 5/29/2013 | Hellmund-Mora, Marili | 0.6 | Incorporate updates to the fee summary exhibits. |
| 24 | 5/29/2013 | Hellmund-Mora, Marili | 0.6 | Verify time detail for the April monthly fee statement is in compliance with US Trustee guidelines. |
| 24 | 5/29/2013 | Hellmund-Mora, Marili | 0.7 | Reconcile time detail to the summary exhibits in the April monthly fee statement. |
| 24 | 5/29/2013 | Hellmund-Mora, Marili | 0.4 | Follow up with professionals regarding time detail for April monthly fee statement. |
| 24 | 5/29/2013 | McDonagh, Timothy | 0.6 | Review final February exhibits and prepare February fee statement for distribution. |
| 24 | 5/29/2013 | McDonagh, Timothy | 0.8 | Continue to review time for March fee statement exhibits. |
| 24 | 5/30/2013 | Hellmund-Mora, Marili | 1.6 | Prepare updated exhibits for the April monthly fee statement for compliance with US Trustee guidelines and incorporating additional professional time detail. |
| 24 | 5/30/2013 | Hellmund-Mora, Marili | 1.7 | Incorporate updates to summary exhibits by task and by date to the April fee statement. |
| 24 | 5/30/2013 | McDonagh, Timothy | 2.0 | Continue to review time for March fee statement exhibits. |
| 24 | 5/31/2013 | Hellmund-Mora, Marili | 1.8 | Prepare summary exhibits by professional and task code for the April monthly fee statement for compliance with US Trustee guidelines. |
| 24 | 5/31/2013 | Hellmund-Mora, Marili | 1.9 | Incorporate updates to the April fee statement. |
| 24 | 5/31/2013 | McDonagh, Timothy | 0.8 | Continue to review time for March fee statement exhibits. |
| **24 Total** | | | **135.6** | |
| 25 | 5/2/2013 | Talarico, Michael J | 2.0 | Travel from Ft. Washington, PA to Pittsburgh, PA. |
| 25 | 5/3/2013 | Mathur, Yash | 1.0 | Travel from Ft. Washington, PA to NY. |
| 25 | 5/6/2013 | Nolan, William J. | 1.5 | Travel from Charlotte, NC to NY. |
| 25 | 5/6/2013 | Witherell, Brett | 3.5 | Travel from Boston, MA to Minneapolis, MN. |
| 25 | 5/7/2013 | Talarico, Michael J | 2.5 | Travel from Pittsburgh, PA to NY. |
| 25 | 5/8/2013 | Witherell, Brett | 3.5 | Travel from Minneapolis, MN to Boston, MA. |
| 25 | 5/9/2013 | Talarico, Michael J | 2.5 | Travel from NY to Pittsburgh, PA. |
| 25 | 5/10/2013 | Nolan, William J. | 1.5 | Travel from NY to Charlotte, NC. |
| 25 | 5/13/2013 | Witherell, Brett | 1.5 | Travel from Boston, MA to NY. |
| 25 | 5/14/2013 | Nolan, William J. | 1.5 | Travel from Raleigh Durham, NC to NY. |
| 25 | 5/15/2013 | Talarico, Michael J | 2.5 | Travel from Pittsburgh, PA to NY. |
| 25 | 5/15/2013 | Witherell, Brett | 1.5 | Travel from NY to Boston, MA. |
| 25 | 5/17/2013 | Talarico, Michael J | 2.5 | Travel from NY to Pittsburgh, PA. |
| 25 | 5/17/2013 | Nolan, William J. | 1.5 | Travel to Charlotte, NC from NY. |
| 25 | 5/19/2013 | Talarico, Michael J | 2.5 | Travel from Pittsburgh, PA to NY. |

EXHIBIT F

RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020
DETAIL OF TIME ENTRIES
*FOR THE PERIOD JUNE 1, 2013 THROUGH JUNE 30, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 23 | 6/28/2013 | Tracy, Alexander | 1.1 | Update Ocwen true-up model to pull Advances data from the summary schedule into the model. |
| 23 | 6/28/2013 | Tracy, Alexander | 0.8 | Perform quality check review of the MSRs within Ocwen-true up model. |
| 23 | 6/28/2013 | Tracy, Alexander | 1.0 | Perform quality check review of advances within Ocwen-true up model. |
| 23 | 6/28/2013 | Tracy, Alexander | 0.3 | Update advances within the Ocwen true-up model. |
| 23 | 6/28/2013 | Tracy, Alexander | 0.1 | Compare final Ocwen true-up amount to Centerview true-up amount. |
| 23 | 6/28/2013 | Tracy, Alexander | 0.6 | Confirm Ocwen true-up files. |
| **23 Total** | | | **109.6** | |
| 24 | 6/3/2013 | Hellmund-Mora, Marili | 1.8 | Compile fee detail by professional for the April monthly fee statement for compliance with US Trustee guidelines. |
| 24 | 6/3/2013 | Hellmund-Mora, Marili | 0.9 | Incorporate additional professionals fee detail for the April monthly fee statement exhibits. |
| 24 | 6/3/2013 | Hellmund-Mora, Marili | 0.5 | Communicate with professionals regarding clarification of fee detail for the April monthly fee statement for compliance with US Trustee guidelines. |
| 24 | 6/3/2013 | McDonagh, Timothy | 3.3 | Review March time detail to ensure compliance and completeness. |
| 24 | 6/4/2013 | Gutzeit, Gina | 1.0 | Read detailed time for fee application to ensure compliance. |
| 24 | 6/4/2013 | Hellmund-Mora, Marili | 0.8 | Upload May fee detail into the monthly fee statement master. |
| 24 | 6/4/2013 | Hellmund-Mora, Marili | 1.2 | Incorporate and review time detail entries for the May monthly fee statement. |
| 24 | 6/4/2013 | McDonagh, Timothy | 1.6 | Review March time detail to ensure compliance and completeness. |
| 24 | 6/4/2013 | Moore, Teresa | 0.6 | Review expense entries from December to determined which ones have not been billed. |
| 24 | 6/4/2013 | Moore, Teresa | 0.4 | Incorporate March 2013 time and cost detail into proforma analysis. |
| 24 | 6/5/2013 | Gutzeit, Gina | 1.0 | Read detailed time and summary schedules for fee application to ensure compliance. |
| 24 | 6/5/2013 | Gutzeit, Gina | 0.5 | Read expense detail and summary schedules for fee application to ensure compliance. |
| 24 | 6/5/2013 | Hellmund-Mora, Marili | 1.3 | Compile time detail entries for the May monthly fee statement. |
| 24 | 6/5/2013 | Hellmund-Mora, Marili | 0.6 | Prepare summary fee update in connection with the May fee statement. |
| 24 | 6/5/2013 | Hellmund-Mora, Marili | 0.5 | Communicate with professionals regarding clarification of fee detail for the April monthly fee statement for compliance with US Trustee guidelines. |
| 24 | 6/5/2013 | McDonagh, Timothy | 0.4 | Review March time detail to ensure compliance and completeness. |
| 24 | 6/5/2013 | McDonagh, Timothy | 0.5 | Follow-up with professionals regarding March time detail. |
| 24 | 6/5/2013 | Talarico, Michael J | 0.5 | Review the expense exhibits for the monthly fee statement to ensure compliance with court guidelines. |
| 24 | 6/6/2013 | McDonagh, Timothy | 0.9 | Review expenses for prior periods for March fee application. |
| 24 | 6/6/2013 | Nolan, William J. | 0.2 | Review update re: progress of the May Fee statement. |
| 24 | 6/7/2013 | Hellmund-Mora, Marili | 1.1 | Review fee detail for the April monthly fee statement for compliance with US Trustee guidelines. |
| 24 | 6/7/2013 | Hellmund-Mora, Marili | 0.8 | Continue to compile fee detail for the April monthly fee statement exhibits. |
| 24 | 6/7/2013 | Hellmund-Mora, Marili | 0.6 | Prepare fee detail extracts for the May monthly fee statement exhibits. |
| 24 | 6/7/2013 | McDonagh, Timothy | 1.2 | Continue to review expenses for prior periods for March fee application. |
| 24 | 6/9/2013 | Moore, Teresa | 1.9 | Prepare exhibits of expenses for the period of March 2013. |
| 24 | 6/10/2013 | Hellmund-Mora, Marili | 1.2 | Incorporate newly received fee detail for the April monthly fee statement exhibits. |
| 24 | 6/10/2013 | McDonagh, Timothy | 0.2 | Follow-up with professionals regarding prior period expenses for March fee statement. |
| 24 | 6/10/2013 | Moore, Teresa | 3.5 | Analyze and consolidate the expense detail for March 2013. |
| 24 | 6/11/2013 | Hellmund-Mora, Marili | 0.9 | Review fee detail for the April fee statement to ensure compliance with UST guidelines. |
| 24 | 6/11/2013 | McDonald, Brian | 0.3 | Review May time detail to ensure compliance with UST bankruptcy guidelines. |
| 24 | 6/11/2013 | Moore, Teresa | 0.6 | Continue to prepare exhibits of expenses for March. |
| 24 | 6/11/2013 | Moore, Teresa | 0.7 | Correspond with professionals regarding expense entries. |
| 24 | 6/11/2013 | Moore, Teresa | 2.6 | Review expenses to ensure they are accurately listed in order to populate correctly within the Exhibits. |
| 24 | 6/12/2013 | Hellmund-Mora, Marili | 0.6 | Prepare fee detail extracts for the May monthly fee statement. |
| 24 | 6/12/2013 | McDonagh, Timothy | 0.4 | Review edits for the March fee statement summary. |
| 24 | 6/12/2013 | McDonald, Brian | 0.9 | Review time detail to identify entries related to Examiner diligence work streams. |
| 24 | 6/12/2013 | Moore, Teresa | 1.3 | Incorporate edits to the April expense to ensure compliance. |
| 24 | 6/13/2013 | Hellmund-Mora, Marili | 1.3 | Compile time detail for the May monthly fee statement for compliance with US Trustee guidelines. |
| 24 | 6/13/2013 | Hellmund-Mora, Marili | 0.6 | Incorporate updates to the March fee monthly statement exhibits. |
| 24 | 6/13/2013 | Hellmund-Mora, Marili | 0.7 | Incorporate updates to the April fee exhibits. |

EXHIBIT F
RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020
DETAIL OF TIME ENTRIES
*FOR THE PERIOD JUNE 1, 2013 THROUGH JUNE 30, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 6/13/2013 | McDonagh, Timothy | 0.5 | Review and edit bill rate and title changes related to promotions for the fee statement. |
| 24 | 6/13/2013 | McDonagh, Timothy | 0.6 | Review airfare reductions and comparable prices to ensure compliance with U.S. Court guidelines. |
| 24 | 6/14/2013 | McDonagh, Timothy | 2.2 | Review expenses for March fee application and ensure compliance with UST guidelines. |
| 24 | 6/17/2013 | McDonagh, Timothy | 1.7 | Continue to review expenses for March fee application and ensure compliance with UST guidelines. |
| 24 | 6/18/2013 | Hellmund-Mora, Marili | 1.4 | Compile fee detail updates by person to the May monthly fee statement to comply with the US Trustee guidelines. |
| 24 | 6/18/2013 | Hellmund-Mora, Marili | 0.8 | Compile summary exhibits for the May monthly fee statement for compliance with US Trustee guidelines. |
| 24 | 6/18/2013 | McDonagh, Timothy | 0.7 | Incorporate edits to March fee statement. |
| 24 | 6/18/2013 | Moore, Teresa | 3.3 | Consolidate and verify exhibits to the March 2013 Expenses. |
| 24 | 6/19/2013 | Hellmund-Mora, Marili | 0.8 | Prepare summary fees by professional for the monthly fee statement. |
| 24 | 6/19/2013 | Hellmund-Mora, Marili | 1.8 | Prepare updates to the fee exhibits of the May monthly fee statement to comply with the US Trustee guidelines. |
| 24 | 6/19/2013 | Hellmund-Mora, Marili | 0.9 | Incorporate time detail into the May monthly fee statement to comply with the US Trustee guidelines. |
| 24 | 6/19/2013 | Hellmund-Mora, Marili | 0.7 | Analyze fee detail for the May monthly statement to ensure compliance with US Trustee guidelines. |
| 24 | 6/19/2013 | McDonagh, Timothy | 1.1 | Prepare final comments on expenses for March statement. |
| 24 | 6/19/2013 | Moore, Teresa | 4.9 | Prepare March 2013 expense exhibits by professional and summary. |
| 24 | 6/20/2013 | Hellmund-Mora, Marili | 1.9 | Compile fee detail exhibits by professional and summary to the May monthly fee statement to comply with the US Trustee guidelines. |
| 24 | 6/20/2013 | Hellmund-Mora, Marili | 1.0 | Incorporate time detail into the May monthly fee statement exhibits to comply with the US Trustee guidelines. |
| 24 | 6/20/2013 | Hellmund-Mora, Marili | 1.8 | Consolidate fee detail for the May monthly fee statement exhibits to ensure compliance with US Trustee guidelines. |
| 24 | 6/20/2013 | McDonagh, Timothy | 1.3 | Incorporate updates to March fee statement exhibits. |
| 24 | 6/20/2013 | Moore, Teresa | 0.2 | Incorporate additional edits to the March 2013 expense exhibits. |
| 24 | 6/21/2013 | Hellmund-Mora, Marili | 2.0 | Consolidate fee detail for the May monthly fee statement exhibits to ensure compliance with US Trustee guidelines. |
| 24 | 6/21/2013 | Hellmund-Mora, Marili | 0.8 | Incorporate additional time detail into the January monthly fee statement. |
| 24 | 6/24/2013 | Hellmund-Mora, Marili | 0.7 | Communicate with professionals regarding clarification of fee detail for the May fee statement to ensure compliance with US Trustee guidelines. |
| 24 | 6/24/2013 | McDonagh, Timothy | 0.3 | Incorporate updates to March fee statement. |
| 24 | 6/25/2013 | Hellmund-Mora, Marili | 2.0 | Combine fee detail by day by professional for the May monthly fee statement to comply with the US Trustee guidelines. |
| 24 | 6/25/2013 | Hellmund-Mora, Marili | 0.8 | Compile time detail for the May monthly fee statement task exhibits. |
| 24 | 6/26/2013 | Hellmund-Mora, Marili | 0.6 | Prepare fee summary for June fee statement. |
| 24 | 6/26/2013 | Hellmund-Mora, Marili | 1.3 | Prepare fee detail exhibits by task code for the May monthly fee statement to comply with the US Trustee guidelines. |
| 24 | 6/26/2013 | McDonagh, Timothy | 0.8 | Incorporate comments on March expenses into the fee statement. |
| 24 | 6/26/2013 | Moore, Teresa | 1.0 | Incorporate edits to the March 2013 Expenses. |
| 24 | 6/26/2013 | Nolan, William J. | 0.8 | Review expenses for March fee statement. |
| 24 | 6/27/2013 | Hellmund-Mora, Marili | 1.6 | Prepare summary fee exhibit for the May monthly fee statement to comply with the US Trustee guidelines. |
| 24 | 6/27/2013 | Hellmund-Mora, Marili | 0.8 | Communicate with professionals regarding clarification of fee detail for the May fee statement to ensure compliance with US Trustee guidelines. |
| 24 | 6/27/2013 | Hellmund-Mora, Marili | 1.1 | Prepare exhibits by date for fee detail for the May monthly fee statement to comply with the US Trustee guidelines. |
| 24 | 6/27/2013 | McDonagh, Timothy | 0.6 | Provide final comments on expenses for March fee statement. |
| 24 | 6/27/2013 | Moore, Teresa | 0.6 | Incorporate updates to the expense exhibits. |
| 24 | 6/28/2013 | Hellmund-Mora, Marili | 1.8 | Prepare detail exhibits for the May monthly fee statement. |
| 24 | 6/28/2013 | Hellmund-Mora, Marili | 0.5 | Communicate with professionals regarding clarification of fee detail for the May fee statement to ensure compliance with US Trustee guidelines. |

EXHIBIT F

**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD JUNE 1, 2013 THROUGH JUNE 30, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 6/28/2013 | McDonagh, Timothy | 0.5 | Prepare and distribute final version of March fee statement. |
| 24 | 6/28/2013 | McDonagh, Timothy | 0.5 | Update litigation section of fee statement for changes to disclosures per request of MoFo. |
| 24 | 6/28/2013 | Moore, Teresa | 0.3 | Incorporate final edits to the March Expenses, pull into the database and generate Exhibits E & F. |
| 24 | 6/28/2013 | Moore, Teresa | 0.1 | Finalize expense exhibits for April fee statement. |
| **24 Total** | | | **87.0** | |
| 25 | 6/2/2013 | Talarico, Michael J | 2.0 | Travel from Pittsburgh to Ft. Washington, PA. |
| 25 | 6/3/2013 | Khairoullina, Kamila | 2.0 | Travel from New York, NY to Minneapolis, MN. |
| 25 | 6/3/2013 | Meerovich, Tatyana | 1.5 | Travel from New York, NY to Minneapolis, MN. |
| 25 | 6/3/2013 | Witherell, Brett | 3.5 | Travel from Boston, MA to Minneapolis, MN. |
| 25 | 6/4/2013 | Mathur, Yash | 1.0 | Travel from New York, NY to Ft. Washington, PA. |
| 25 | 6/4/2013 | Nolan, William J. | 1.5 | Travel from Charlotte to Minneapolis, MN. |
| 25 | 6/6/2013 | Khairoullina, Kamila | 2.0 | Travel from Minneapolis, MN to New York, NY. |
| 25 | 6/6/2013 | Meerovich, Tatyana | 1.5 | Travel from Minneapolis, MN to New York, NY. |
| 25 | 6/6/2013 | Nolan, William J. | 1.5 | Travel from Minneapolis, MN to Charlotte, NC. |
| 25 | 6/6/2013 | Witherell, Brett | 3.5 | Travel from Minneapolis, MN to Boston, MA. |
| 25 | 6/7/2013 | Mathur, Yash | 1.0 | Travel from Ft. Washington, PA to NY. |
| 25 | 6/10/2013 | Mathur, Yash | 1.0 | Travel from NY to Ft. Washington, PA. |
| 25 | 6/10/2013 | Witherell, Brett | 1.5 | Travel from Boston, MA to New York, NY. |
| 25 | 6/12/2013 | Mathur, Yash | 1.0 | Travel from Ft. Washington, PA to New York, NY. |
| 25 | 6/12/2013 | Nolan, William J. | 1.5 | Travel from Charlotte, NC to New York, NY. |
| 25 | 6/12/2013 | Talarico, Michael J | 1.0 | Travel from FT Washington, PA to New York, NY. |
| 25 | 6/13/2013 | Nolan, William J. | 1.5 | Travel from New York, NY to Charlotte, NC. |
| 25 | 6/13/2013 | Talarico, Michael J | 2.5 | Travel from New York, NY to Pittsburgh, PA. |
| 25 | 6/13/2013 | Witherell, Brett | 1.5 | Travel from New York, NY to Boston, MA. |
| 25 | 6/16/2013 | Mathur, Yash | 1.0 | Travel from New York, NY to Ft. Washington, PA. |
| 25 | 6/17/2013 | Witherell, Brett | 1.5 | Travel from Boston, MA to New York, NY. |
| 25 | 6/18/2013 | Nolan, William J. | 1.5 | Travel from Charlotte, NC to New York, NY. |
| 25 | 6/19/2013 | Talarico, Michael J | 2.5 | Travel from Pittsburgh, PA to New York, NY. |
| 25 | 6/19/2013 | Witherell, Brett | 1.5 | Travel from New York, NY to Boston, MA. |
| 25 | 6/20/2013 | Mathur, Yash | 1.0 | Travel from Ft. Washington, PA to New York, NY. |
| 25 | 6/20/2013 | Nolan, William J. | 1.5 | Travel from New York, NY to Charlotte, NC. |
| 25 | 6/24/2013 | Nolan, William J. | 1.5 | Travel from Charlotte, NC to New York, NY. |
| 25 | 6/24/2013 | Witherell, Brett | 1.5 | Travel from Boston, MA to New York, NY. |
| 25 | 6/27/2013 | Witherell, Brett | 1.5 | Travel from New York, NY to Boston, MA. |
| 25 | 6/28/2013 | Nolan, William J. | 1.5 | Travel from Philadelphia, PA to Charlotte, NC. |
| **25 Total** | | | **49.0** | |
| **Grand Total** | | | **2,496.5** | |

EXHIBIT F

**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**

DETAIL OF TIME ENTRIES

*FOR THE PERIOD JULY 1, 2013 THROUGH JULY 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 23 | 7/23/2013 | Khairoullina, Kamila | 0.6 | Prepare status update for Ocwen true-up. |
| 23 | 7/23/2013 | Khairoullina, Kamila | 1.3 | Review reconciliation of advances for true-up. |
| 23 | 7/23/2013 | Tracy, Alexander | 0.6 | Draft email to be sent to Centerview regarding FNMA primary advances. |
| 23 | 7/23/2013 | Tracy, Alexander | 1.2 | Run lookups across multiple Walter data files to determine correct loan population. |
| 23 | 7/23/2013 | Tracy, Alexander | 0.4 | Integrate 2/15 Ocwen data into Walter 1/31 advances analysis. |
| 23 | 7/23/2013 | Tracy, Alexander | 0.6 | Update 2/15 Ocwen data file vs. 1/31 Walter data file analysis for consistency. |
| 23 | 7/23/2013 | Tracy, Alexander | 1.4 | Reconcile 2/15 Ocwen data vs. 1/31 Walter data to determine overlapping data set. |
| 23 | 7/23/2013 | Tracy, Alexander | 0.3 | Quality control 2/15 Ocwen vs. 1/31 Walter analysis to determine totals and correctness. |
| 23 | 7/23/2013 | Tracy, Alexander | 0.1 | Participate in discussion with B. Westman (Debtors) regarding the Ocwen MSR missing loan IDs. |
| 23 | 7/23/2013 | Tracy, Alexander | 0.5 | Perform quality check review of the FNMA primary servicing analysis before distribution. |
| 23 | 7/23/2013 | Tracy, Alexander | 0.3 | Prepare correspondence re: negative balance primary FNMA loans. |
| 23 | 7/24/2013 | Meerovich, Tatyana | 0.5 | Review open items for Ocwen true-up analysis. |
| 23 | 7/24/2013 | Khairoullina, Kamila | 0.5 | Prepare correspondence regarding status of Ocwen true-up. |
| 23 | 7/24/2013 | Tracy, Alexander | 1.4 | Create abbreviated schedule breaking down Private & Other MSRs into groups. |
| 23 | 7/24/2013 | Tracy, Alexander | 0.2 | Prepare update re: open items on Ocwen and Walter true-up. |
| 23 | 7/24/2013 | Tracy, Alexander | 0.8 | Built initial shell of open items true-up tracker for Ocwen and Walter. |
| 23 | 7/24/2013 | Tracy, Alexander | 0.9 | Populate open items true-up tracker for Ocwen / Walter based on existing notes. |
| 23 | 7/24/2013 | Tracy, Alexander | 0.4 | Perform review on open items true-up tracker against various sources to ensure all information was captured. |
| 23 | 7/24/2013 | Tracy, Alexander | 0.3 | Update open items true-up tracker based on internal comments. |
| 23 | 7/24/2013 | Tracy, Alexander | 0.2 | Update open items true-up tracker based new information. |
| 23 | 7/25/2013 | Meerovich, Tatyana | 0.5 | Participate in call with R. Kielty (CV) to discuss status of Walter true-up. |
| 23 | 7/25/2013 | Khairoullina, Kamila | 1.1 | Participate in discussion with Centerview regarding Walter true-up. |
| 23 | 7/25/2013 | Khairoullina, Kamila | 0.3 | Prepare overview of Walter true-up status. |
| 23 | 7/25/2013 | Khairoullina, Kamila | 2.2 | Prepare comprehensive list of all open items for Walter/Ocwen true-ups. |
| 23 | 7/25/2013 | Tracy, Alexander | 0.6 | Update open items true-up tracker based on Centerview comments. |
| 23 | 7/25/2013 | Tracy, Alexander | 0.3 | Incorporate comments from B. Westman (Debtors) into open items true-up tracker. |
| 23 | 7/26/2013 | Meerovich, Tatyana | 1.1 | Prepare comprehensive list of open items for Walter and Ocwen true-up for review with J. Horner (Debtors) and B. Westman (Debtors). |
| 23 | 7/26/2013 | Khairoullina, Kamila | 0.5 | Prepare update summary re: sale true-up. |
| 23 | 7/26/2013 | Khairoullina, Kamila | 1.3 | Prepare updated comprehensive list of all open items for Walter/Ocwen true-ups. |
| 23 | 7/26/2013 | Tracy, Alexander | 0.2 | Incorporate additional comments from Debtors and CV into open items true-up tracker. |
| 23 | 7/26/2013 | Tracy, Alexander | 0.3 | Ensure open items true-up tracker is comprehensive and incorporates all comments before distribution. |
| 23 | 7/29/2013 | Meerovich, Tatyana | 0.4 | Review updated tracker for Ocwen and Walter sale true-up. |
| 23 | 7/29/2013 | Tracy, Alexander | 0.6 | Update true-up tracker based on new information received from B. Westman (Debtors). |
| 23 | 7/29/2013 | Tracy, Alexander | 0.2 | Perform quality check true-up tracker against sources based on recent updates. |
| 23 | 7/29/2013 | Tracy, Alexander | 0.2 | Update true-up tracker based on additional information received from B. Westman (Debtors). |
| 23 | 7/31/2013 | Meerovich, Tatyana | 0.6 | Gather support for Ocwen assumed liabilities at the request of B. Westman (Debtors). |
| **23 Total** | | | **123.5** | |
| 24 | 7/1/2013 | Hellmund-Mora, Marili | 2.3 | Combine detail time by person for the May monthly fee statement. |
| 24 | 7/3/2013 | Hellmund-Mora, Marili | 0.3 | Prepare correspondence re: updates to the May fee statement. |
| 24 | 7/3/2013 | Hellmund-Mora, Marili | 0.6 | Prepare fee summary exhibits for June fee statement. |
| 24 | 7/3/2013 | Hellmund-Mora, Marili | 2.1 | Consolidate fee detail by person to the May monthly fee statement exhibits. |
| 24 | 7/5/2013 | Hellmund-Mora, Marili | 1.0 | Prepare fee detail extracts for the May monthly fee statement. |
| 24 | 7/7/2013 | Talarico, Michael J | 1.6 | Review time detail for the claims analysis task code to prepare summary. |
| 24 | 7/8/2013 | McDonagh, Timothy | 1.4 | Review April fee statement to be provided to UCC, UST and various parties in interest. |
| 24 | 7/8/2013 | Hellmund-Mora, Marili | 1.9 | Incorporate updates to the May monthly fee statement exhibits. |
| 24 | 7/8/2013 | Hellmund-Mora, Marili | 0.8 | Consolidate time detail by professional for the May monthly fee statement exhibits. |
| 24 | 7/9/2013 | McDonagh, Timothy | 2.6 | Review time exhibits for April fee statement to ensure completeness and compliance with bankruptcy guidelines. |
| 24 | 7/9/2013 | McDonald, Brian | 0.4 | Review and update task codes for the May fee statement. |

EXHIBIT F

RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020
DETAIL OF TIME ENTRIES
*FOR THE PERIOD JULY 1, 2013 THROUGH JULY 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 7/9/2013 | Hellmund-Mora, Marili | 1.2 | Incorporate updates to the May monthly fee statement exhibits. |
| 24 | 7/9/2013 | Hellmund-Mora, Marili | 1.1 | Verify completeness of fee detail for May monthly fee statement exhibits. |
| 24 | 7/10/2013 | Hellmund-Mora, Marili | 0.7 | Incorporate updates to the May monthly fee statement exhibits. |
| 24 | 7/10/2013 | Hellmund-Mora, Marili | 0.6 | Communicate with professionals regarding clarification of fee detail for the monthly fee statement for compliance with US Trustee guidelines. |
| 24 | 7/10/2013 | Hellmund-Mora, Marili | 0.9 | Review fee detail exhibits to the May monthly fee statement to comply with the US Trustee guidelines. |
| 24 | 7/11/2013 | Hellmund-Mora, Marili | 1.9 | Incorporate fee detail for the May monthly fee statement into exhibit format. |
| 24 | 7/12/2013 | McDonagh, Timothy | 1.4 | Continue to review and quality control check April fee statement exhibits. |
| 24 | 7/12/2013 | Hellmund-Mora, Marili | 2.3 | Compile time detail by professional for the May monthly fee statement for compliance with the US Trustee guidelines for exhibits. |
| 24 | 7/15/2013 | Gutzeit, Gina | 1.1 | Read exhibits to April fee statement. |
| 24 | 7/15/2013 | McDonagh, Timothy | 2.4 | Review and verify April fee statement exhibits. |
| 24 | 7/15/2013 | Hellmund-Mora, Marili | 0.9 | Follow up with professionals regarding May monthly fee statement time entry for completeness. |
| 24 | 7/15/2013 | Hellmund-Mora, Marili | 1.1 | Prepare summary exhibits by task for the May monthly fee statement to comply with the US Trustee guidelines. |
| 24 | 7/16/2013 | Hellmund-Mora, Marili | 1.5 | Prepare summary exhibits by professional for the May monthly fee statement to comply with the US Trustee guidelines. |
| 24 | 7/16/2013 | Moore, Teresa | 0.2 | Upload expenses into proforma analysis for the period of April 2013. |
| 24 | 7/16/2013 | Moore, Teresa | 2.4 | Review meal expenses for the period of April 2013 to ensure compliance with UST guidelines. |
| 24 | 7/16/2013 | Moore, Teresa | 1.2 | Investigate overtime meals to hours worked which includes the dates of 12/12, 1/13, 2/13, 3/13 and 4/13. |
| 24 | 7/16/2013 | Moore, Teresa | 0.2 | Correspond with team members regarding clarification of expense statement details. |
| 24 | 7/17/2013 | McDonagh, Timothy | 1.0 | Continue to review April fee statement exhibits. |
| 24 | 7/17/2013 | Hellmund-Mora, Marili | 0.6 | Prepare summary exhibit for July fees incurred to date. |
| 24 | 7/17/2013 | Hellmund-Mora, Marili | 1.3 | Incorporate exhibits by professional to the May monthly fee statement. |
| 24 | 7/17/2013 | Hellmund-Mora, Marili | 0.6 | Incorporate updates to the May monthly fee statement exhibits by task code. |
| 24 | 7/17/2013 | Moore, Teresa | 0.3 | Incorporate edits to the perdiem meals rate per person to ensure compliance with UST guidelines. |
| 24 | 7/17/2013 | Moore, Teresa | 2.1 | Perform review of the airfare expenses to ensure compliance with UST guidelines. |
| 24 | 7/17/2013 | Moore, Teresa | 2.0 | Perform review of the other category within the April Expenses to ensure compliance with UST guidelines. |
| 24 | 7/18/2013 | Hellmund-Mora, Marili | 1.5 | Verify completeness of the May monthly fee statement exhibits to comply with the UST guidelines. |
| 24 | 7/18/2013 | Hellmund-Mora, Marili | 0.8 | Prepare fee detail extracts for the May monthly fee statement exhibits. |
| 24 | 7/18/2013 | Hellmund-Mora, Marili | 0.6 | Generate proforma for the June fee statement. |
| 24 | 7/18/2013 | Hellmund-Mora, Marili | 1.0 | Compile fee detail for the June fee statement to ensure compliance with UST guidelines. |
| 24 | 7/18/2013 | Moore, Teresa | 0.6 | Review of the Lodging category within the April expenses to ensure compliance with UST guidelines. |
| 24 | 7/18/2013 | Moore, Teresa | 0.1 | Correspond with professionals to clarify dates on Lodging to ensure compliance with UST guidelines. |
| 24 | 7/18/2013 | Moore, Teresa | 1.3 | Review Ground Transportation expenses for the period of April 2013 to ensure compliance with UST guidelines. |
| 24 | 7/18/2013 | Moore, Teresa | 0.9 | Continue to review Ground Transportation expenses for the period of April 2013 to ensure compliance with UST guidelines. |
| 24 | 7/18/2013 | Moore, Teresa | 1.2 | Incorporate edits to expenses provided by professionals for the April 2013 period. |
| 24 | 7/18/2013 | Moore, Teresa | 0.9 | Prepare April 2013 expense exhibits. |
| 24 | 7/18/2013 | Moore, Teresa | 1.1 | Reconcile Lodging dates for accuracy. |
| 24 | 7/19/2013 | McDonagh, Timothy | 1.7 | Prepare 3rd interim fee application. |
| 24 | 7/19/2013 | Hellmund-Mora, Marili | 0.7 | Verify time detail for the May monthly fee statement to ensure completeness. |
| 24 | 7/22/2013 | McDonagh, Timothy | 1.0 | Review prior narratives from previous fee application and determine updates needed for the 3rd interim fee application. |
| 24 | 7/22/2013 | Witherell, Brett | 2.6 | Update narratives for Q2 fee application. |
| 24 | 7/22/2013 | Hellmund-Mora, Marili | 1.1 | Incorporate updates to the May monthly fee statement exhibits. |

EXHIBIT F

RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020
DETAIL OF TIME ENTRIES
*FOR THE PERIOD JULY 1, 2013 THROUGH JULY 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 7/23/2013 | Meerovich, Tatyana | 0.7 | Draft descriptions of task codes 2 and 23 for the interim fee application. |
| R 24 | 7/23/2013 | Hellmund-Mora, Marili | 1.0 | Combine time detail for the June fee statement. |
| R 24 | 7/24/2013 | McDonagh, Timothy | 1.0 | Review expense exhibits for April fee statement. |
| R 24 | 7/24/2013 | Hellmund-Mora, Marili | 0.9 | Reconcile time detail in connection with the May monthly fee statement. |
| 24 | 7/24/2013 | Hellmund-Mora, Marili | 0.6 | Prepare summary of fees by professional to date. |
| 24 | 7/25/2013 | Tracy, Alexander | 2.4 | Incorporate updates to the April fee statement exhibits. |
| R 24 | 7/25/2013 | Hellmund-Mora, Marili | 0.7 | Research certain time detail entries for the May monthly fee statement to ensure compliance with US Trustee guidelines. |
| 24 | 7/25/2013 | Hellmund-Mora, Marili | 1.5 | Prepare billing summary to date for fee/budget forecast. |
| 24 | 7/25/2013 | Hellmund-Mora, Marili | 0.6 | Prepare report with summary of fees for the months of May, June and July. |
| R 24 | 7/26/2013 | McDonagh, Timothy | 2.1 | Review expenses for April fee statement. |
| 24 | 7/26/2013 | Meerovich, Tatyana | 1.3 | Revise descriptions of task codes 2 and 23 for the interim fee application. |
| 24 | 7/26/2013 | Khairoullina, Kamila | 1.7 | Prepare task code write-ups for the interim fee application re: Cash Forecasting/Reporting. |
| 24 | 7/26/2013 | Tracy, Alexander | 0.9 | Update the April fee statement exhibits. |
| 24 | 7/26/2013 | Tracy, Alexander | 0.8 | Perform quality check review of the April fee statement exhibits. |
| 24 | 7/26/2013 | Tracy, Alexander | 1.2 | Incorporate revisions to the April fee statement exhibits. |
| R 24 | 7/26/2013 | Hellmund-Mora, Marili | 1.1 | Incorporate updated exhibits to the May monthly fee statement. |
| R 24 | 7/26/2013 | Hellmund-Mora, Marili | 1.9 | Compile detail for the June fee statement to ensure compliance with Trustee guidelines. |
| 24 | 7/28/2013 | Meerovich, Tatyana | 0.7 | Review revised description of task codes 2 and 23 for interim fee application. |
| 24 | 7/28/2013 | Khairoullina, Kamila | 1.5 | Prepare task code write-ups for the interim fee application re: 363 Sale Support. |
| 24 | 7/29/2013 | McDonagh, Timothy | 1.2 | Continue to develop narratives for the 3rd interim fee application. |
| 24 | 7/29/2013 | Tracy, Alexander | 2.1 | Incorporate updates to the exhibits for the interim fee application. |
| R 24 | 7/29/2013 | Hellmund-Mora, Marili | 0.9 | Compile and verify time detail for the May monthly fee statement. |
| 24 | 7/29/2013 | Hellmund-Mora, Marili | 0.5 | Incorporate updates to the summary of fees by professional for interim fee application. |
| 24 | 7/29/2013 | Hellmund-Mora, Marili | 0.9 | Incorporate updates to the June fee statement exhibits. |
| 24 | 7/30/2013 | Talarico, Michael J | 0.6 | Prepare narratives for task codes for the third interim fee application. |
| 24 | 7/30/2013 | McDonald, Brian | 0.7 | Update narrative section of Task Code 12 based for the interim fee application. |
| 24 | 7/30/2013 | McDonald, Brian | 0.4 | Update narrative section of Task Codes 17 and 18 for the interim fee application. |
| 24 | 7/30/2013 | Tracy, Alexander | 1.2 | Incorporate revisions into fee statement detailed time by task code. |
| R 24 | 7/30/2013 | Hellmund-Mora, Marili | 1.9 | Compile fee detail for the June fee statement by person and task code to ensure compliance with Trustee guidelines. |
| 24 | 7/30/2013 | Hellmund-Mora, Marili | 1.2 | Incorporate detail time into June fee statement exhibits. |
| R 24 | 7/30/2013 | Moore, Teresa | 1.3 | Incorporate edits to the April expense exhibits. |
| 24 | 7/31/2013 | McDonagh, Timothy | 0.5 | Review expense exhibits for the April fee statement. |
| 24 | 7/31/2013 | Talarico, Michael J | 0.2 | Prepare narratives for task codes for the third interim fee application. |
| 24 | 7/31/2013 | Tracy, Alexander | 2.5 | Quality control check April fee statement exhibits. |
| 24 | 7/31/2013 | Hellmund-Mora, Marili | 0.6 | Prepare summary of fees by professional to date. |
| R 24 | 7/31/2013 | Hellmund-Mora, Marili | 0.9 | Ensure completeness of time detail in connection with the May monthly fee statement. |
| **24 Total** | | | **101.3** | |
| 25 | 7/1/2013 | Witherell, Brett | 1.5 | Travel from Boston, MA to NY. |
| 25 | 7/2/2013 | Nolan, William J. | 1.5 | Travel from Charlotte, NC to NY for meetings with the Debtor and MoFo re: Disclosure Statement. |
| 25 | 7/4/2013 | Nolan, William J. | 1.5 | Travel from NY to Charlotte, NC returning from meetings with the Debtor and MoFo re: Disclosure Statement. |
| 25 | 7/4/2013 | Witherell, Brett | 1.5 | Travel from NY to Boston, MA. |
| 25 | 7/7/2013 | Mathur, Yash | 1.0 | Travel from NY to Ft. Washington, PA. |
| 25 | 7/8/2013 | Nolan, William J. | 1.5 | Travel from Charlotte, NC to NY for meetings with Debtors and Counsel. |
| 25 | 7/8/2013 | Witherell, Brett | 1.5 | Travel from Boston, MA to NY. |
| 25 | 7/10/2013 | Nolan, William J. | 1.5 | Travel from NY to Charlotte, NC return from meetings with Debtors and Counsel. |
| 25 | 7/10/2013 | Witherell, Brett | 1.5 | Travel from NY to Boston, MA. |
| 25 | 7/12/2013 | Mathur, Yash | 1.0 | Travel from Ft. Washington, PA to NY. |
| 25 | 7/14/2013 | Talarico, Michael J | 2.0 | Travel from Pittsburgh to Ft. Washington, PA. |
| 25 | 7/14/2013 | Mathur, Yash | 1.0 | Travel from NY to Ft. Washington, PA. |
| 25 | 7/18/2013 | Talarico, Michael J | 2.0 | Travel from Ft. Washington, PA to Pittsburgh, PA. |
| 25 | 7/19/2013 | Mathur, Yash | 1.0 | Travel from Ft. Washington, PA to Washington, DC. |
| 25 | 7/21/2013 | Talarico, Michael J | 2.0 | Travel from Pittsburgh, PA to Ft. Washington, PA. |

EXHIBIT F

**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD AUGUST 1, 2013 THROUGH AUGUST 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 23 | 8/14/2013 | Nolan, William J. | 0.9 | Participate in call with J. Horner (Debtors), P. Grande (Debtors), and B. Westman (Debtors) to review draft flow of funds schedules and summary of the Ocwen sale true-up. |
| 23 | 8/14/2013 | Meerovich, Tatyana | 2.1 | Review and comment on the format and content of draft summary schedules for the Ocwen sale true-up. |
| 23 | 8/14/2013 | Meerovich, Tatyana | 0.7 | Participate in call with J. Horner (Debtors), P. Grande (Debtors), and B. Westman (Debtors) to review draft flow of funds schedules and summary of the Ocwen sale true-up. |
| 23 | 8/14/2013 | Meerovich, Tatyana | 1.2 | Research escrow requirements and follow up on documentation for Ocwen sale true-up. |
| 23 | 8/14/2013 | Meerovich, Tatyana | 1.3 | Review revised Ocwen true-up schedules. |
| 23 | 8/14/2013 | Meerovich, Tatyana | 1.2 | Research and follow up on outstanding information for Ocwen true-up flow of funds. |
| 23 | 8/14/2013 | McDonald, Brian | 1.2 | Continue to verify and comment re: Advances portion of true-up model. |
| 23 | 8/14/2013 | McDonald, Brian | 3.5 | Continue to review and perform quality control checks re: Ocwen true-up model. |
| 23 | 8/14/2013 | Szymik, Filip | 1.8 | Perform quality check on the Ocwen true up model. |
| 23 | 8/14/2013 | Szymik, Filip | 1.2 | Continue to perform quality check on the Ocwen true up model. |
| 23 | 8/14/2013 | Khairoullina, Kamila | 0.6 | Update revised legal entity information for sale closing model. |
| 23 | 8/14/2013 | Khairoullina, Kamila | 2.3 | Update Ocwen purchase price summary. |
| 23 | 8/14/2013 | Khairoullina, Kamila | 2.7 | Perform quality check on the Ocwen true-up model. |
| 23 | 8/14/2013 | Khairoullina, Kamila | 0.7 | Participate in discussion with J. Horner (Debtors) and B. Westman (Debtors) regarding final Ocwen model. |
| 23 | 8/14/2013 | Tracy, Alexander | 2.1 | Compile supporting documentation for Ocwen True-Up to be included in work papers. |
| 23 | 8/14/2013 | Tracy, Alexander | 0.6 | Continue to compile supporting documentation for Ocwen True-Up to be included in work papers. |
| 23 | 8/14/2013 | Tracy, Alexander | 0.9 | Address questions regarding Advances true-up of the Ocwen True-up model. |
| 23 | 8/14/2013 | Tracy, Alexander | 0.2 | Integrate flow of funds into Ocwen True-up. |
| 23 | 8/14/2013 | Tracy, Alexander | 1.9 | Perform quality check overview of Ocwen True-up model for internal distribution. |
| 23 | 8/14/2013 | Tracy, Alexander | 0.4 | Review summary schedules. |
| 23 | 8/14/2013 | Tracy, Alexander | 1.3 | Revise CV check within Ocwen True-up based on updated analysis. |
| 23 | 8/14/2013 | Tracy, Alexander | 0.3 | Prepare distribution versions of Ocwen true-up model. |
| 23 | 8/14/2013 | Tracy, Alexander | 0.5 | Participate in meeting with J. Horner (Debtors), B. Westman (Debtors), and P. Grande (Debtors) to discuss the Ocwen True-up source data. |
| 23 | 8/15/2013 | Gutzeit, Gina | 0.4 | Review completed Ocwen true-up analysis and allocation by facility and island, and flow of funds. |
| 23 | 8/15/2013 | Gutzeit, Gina | 0.4 | Review progress of open items related to Walter true-up. |
| 23 | 8/15/2013 | Meerovich, Tatyana | 2.1 | Finalize flow of funds for the Ocwen true-up. |
| 23 | 8/15/2013 | Meerovich, Tatyana | 1.6 | Address escrow issues for Ocwen true-up wires. |
| 23 | 8/15/2013 | Meerovich, Tatyana | 1.3 | Correspond with multiple parties regarding execution of Ocwen true-up wires. |
| 23 | 8/15/2013 | Khairoullina, Kamila | 2.4 | Prepare final flow of funds for Ocwen transaction. |
| 23 | 8/15/2013 | Tracy, Alexander | 0.5 | Update Ocwen True-up to latest analysis circulated by Ocwen. |
| 23 | 8/15/2013 | Tracy, Alexander | 0.4 | Finalize Ocwen True-up model for final external distribution. |
| 23 | 8/15/2013 | Tracy, Alexander | 0.3 | Prepare supporting documentation for the Ocwen True-up. |
| 23 | 8/16/2013 | Gutzeit, Gina | 0.2 | Read update email on Ocwen sale true-up. |
| 23 | 8/19/2013 | Meerovich, Tatyana | 0.4 | Review open items related to Walter sale true-up. |
| 23 | 8/19/2013 | Khairoullina, Kamila | 1.3 | Prepare Walter status update. |
| 23 | 8/19/2013 | Tracy, Alexander | 0.9 | Review Walter True-up model to identify issues to speak about during 8/20 meeting. |
| 23 | 8/20/2013 | Meerovich, Tatyana | 0.4 | Follow up on status of Walter sale true-up and review draft update for J. Horner (Debtors) |
| 23 | 8/20/2013 | Khairoullina, Kamila | 0.4 | Prepare Walter status update for the Debtors. |
| 23 | 8/22/2013 | Tracy, Alexander | 3.7 | Revise Walter True-up model to be consistent with Ocwen schedules. |
| 23 | 8/22/2013 | Tracy, Alexander | 1.9 | Perform quality check of updated Walter true-up summary schedules. |
| 23 | 8/23/2013 | Tracy, Alexander | 0.8 | Revise updated Walter True-up summary schedules based on comments. |
| **23 Total** | | | **142.3** | |
| 24 | 8/1/2013 | Gutzeit, Gina | 1.0 | Review consolidated and by professional April expenses and ensure compliance with UST and Court guidelines. |

EXHIBIT F

**RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD AUGUST 1, 2013 THROUGH AUGUST 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 8/1/2013 | Talarico, Michael J | 0.5 | Prepare exhibit of prior fee statements for inclusion in the Third Interim Fee Application. |
| 24 | 8/1/2013 | Talarico, Michael J | 0.6 | Prepare narratives for task codes to include in the Third Interim Fee Application. |
| 24 | 8/1/2013 | McDonald, Brian | 0.6 | Update time detail for 3rd fee statement to isolate entries related to Examiner work streams. |
| 24 | 8/1/2013 | Tracy, Alexander | 0.2 | Incorporate updates to the Third Interim Fee Application. |
| 24 | 8/1/2013 | Tracy, Alexander | 1.2 | Develop draft of Exhibit C of the Third Interim Fee Application based on January - March fee statements and draft of April fee application. |
| 24 | 8/1/2013 | Tracy, Alexander | 1.4 | Develop draft of Exhibit D of the Third Interim Fee Application based on January - March fee statements and draft of April fee statement. |
| 24 | 8/1/2013 | Tracy, Alexander | 0.4 | Perform quality check on Exhibit C and D of the Third Interim Fee Application. |
| 24 | 8/1/2013 | Tracy, Alexander | 1.9 | Prepare Third Interim Fee Application narratives. |
| 24 | 8/1/2013 | Tracy, Alexander | 1.6 | Incorporate updates to the Third Interim Fee Application narratives. |
| 24 | 8/1/2013 | Hellmund-Mora, Marili | 0.8 | Incorporate updates to the May fee statement. |
| 24 | 8/2/2013 | McDonagh, Timothy | 0.7 | Prepare final exhibits for April fee statement. |
| 24 | 8/2/2013 | McDonagh, Timothy | 1.9 | Review and update summary charts in body of fee application narrative for the 3rd Interim Fee Application. |
| 24 | 8/2/2013 | McDonagh, Timothy | 2.1 | Update narratives for the Third Interim Fee Application. |
| 24 | 8/2/2013 | McDonagh, Timothy | 2.4 | Draft main body of Third Interim Fee Application. |
| 24 | 8/2/2013 | Talarico, Michael J | 0.2 | Prepare narratives for technical accounting assistance task code for the Third Interim Fee Application. |
| 24 | 8/2/2013 | Hellmund-Mora, Marili | 1.9 | Review time detail for the June fee statement. |
| 24 | 8/3/2013 | Nolan, William J. | 0.1 | Prepare correspondence regarding the Third Interim Fee Application preparation and timing. |
| 24 | 8/3/2013 | Talarico, Michael J | 0.5 | Prepare narratives for technical accounting assistance task code for the Third Interim Fee Application. |
| 24 | 8/3/2013 | Talarico, Michael J | 0.8 | Prepare narratives for monthly operating report task code for the Third Interim Fee Application. |
| 24 | 8/4/2013 | McDonagh, Timothy | 1.3 | Incorporate additional narratives into the Third Interim Fee Application. |
| 24 | 8/4/2013 | Talarico, Michael J | 0.9 | Prepare narrative for the claims reconciliation task code for the Third Interim Fee Application. |
| 24 | 8/5/2013 | Gutzeit, Gina | 1.2 | Read and provide comments on Third Interim Fee Application. |
| 24 | 8/5/2013 | Nolan, William J. | 1.1 | Read and edit the Third Interim Fee Application and related detailed exhibits. |
| 24 | 8/5/2013 | McDonagh, Timothy | 0.4 | Correspond with MoFo regarding requirements for the Third Interim Fee Application. |
| 24 | 8/5/2013 | McDonagh, Timothy | 0.3 | Update the certification for the Third Interim Fee Application. |
| 24 | 8/5/2013 | McDonagh, Timothy | 1.8 | Incorporate narrative regarding Walter and litigation support services into the Third Interim Fee Application. |
| 24 | 8/5/2013 | McDonagh, Timothy | 0.4 | Reconcile chart of prior fee applications for the Third Interim Fee Application. |
| 24 | 8/5/2013 | McDonagh, Timothy | 0.3 | Correspond with J. Busch (Debtors) regarding fees for Walter transition. |
| 24 | 8/5/2013 | Tracy, Alexander | 0.4 | Finalize the April fee statement. |
| 24 | 8/5/2013 | Hellmund-Mora, Marili | 0.8 | Incorporate updates to the June fee statement. |
| 24 | 8/5/2013 | Hellmund-Mora, Marili | 1.9 | Review fee detail for the June fee statement to ensure compliance with Trustee guidelines. |
| 24 | 8/6/2013 | Gutzeit, Gina | 1.0 | Read and provide comments on Third Interim Fee Application and related summary exhibits by professional and by task code. |
| 24 | 8/6/2013 | Nolan, William J. | 0.5 | Participate in a call with J. Drucker (Cole Schotz) to discuss the Third Interim Fee Application. |
| 24 | 8/6/2013 | Nolan, William J. | 0.2 | Prepare correspondence re: follow up on the payment of the Walter Fee and the impact on FTI fee application. |
| 24 | 8/6/2013 | Nolan, William J. | 2.5 | Read and edit the Fee Application and related detailed exhibits. |
| 24 | 8/6/2013 | Nolan, William J. | 0.6 | Draft language for the Third Interim Fee Application addressing the litigation support work performed by FTI. |
| 24 | 8/6/2013 | McDonagh, Timothy | 0.5 | Participate in call with J. Drucker (Cole Schotz) regarding the Third Interim Fee Application. |
| 24 | 8/6/2013 | McDonagh, Timothy | 0.3 | Prepare final April fee statement for distribution. |
| 24 | 8/6/2013 | McDonagh, Timothy | 2.0 | Review and reconcile all charts for the Third Interim Fee Application. |

EXHIBIT F

RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020
DETAIL OF TIME ENTRIES
*FOR THE PERIOD AUGUST 1, 2013 THROUGH AUGUST 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 8/6/2013 | McDonagh, Timothy | 0.2 | Correspond with MoFo regarding requirements for the Third Interim Fee Application. |
| 24 | 8/6/2013 | Tracy, Alexander | 0.3 | Incorporate updates to the Third Interim Fee Application. |
| 24 | 8/6/2013 | Hellmund-Mora, Marili | 1.7 | Incorporate updates to the June fee statement. |
| R 24 | 8/6/2013 | Hellmund-Mora, Marili | 1.8 | Review fee detail for the June fee statement to ensure compliance with Trustee guidelines. |
| 24 | 8/6/2013 | Hellmund-Mora, Marili | 1.1 | Incorporate time detail to the June fee statement. |
| 24 | 8/7/2013 | Gutzeit, Gina | 3.6 | Review and provide comments to fee application including: description of services rendered by task code; professional fees by task code; summary of historical fees requested, approved and paid; summary exhibits fees and expenses by professional. |
| 24 | 8/7/2013 | Gutzeit, Gina | 0.4 | Participate in discussion with J. Drucker (Cole Schotz) regarding Third Interim Fee Application. |
| 24 | 8/7/2013 | Nolan, William J. | 0.4 | Correspond with J. Drucker (Cole Schotz) regarding wording for the fee application as it relates to litigation support work. |
| 24 | 8/7/2013 | Nolan, William J. | 2.1 | Review and finalize Third Interim Fee Application. |
| 24 | 8/7/2013 | Nolan, William J. | 0.3 | Review updates to the Third Interim Fee Application before sending to MoFo for sign off. |
| 24 | 8/7/2013 | Nolan, William J. | 0.2 | Provide final comments to the Third Interim Fee Application. |
| 24 | 8/7/2013 | McDonagh, Timothy | 2.1 | Update the Third Interim Fee Application with comments received from other professionals. |
| 24 | 8/7/2013 | McDonagh, Timothy | 0.4 | Correspond with MoFo regarding disclosures on Third Interim Fee Application. |
| 24 | 8/7/2013 | McDonagh, Timothy | 0.4 | Prepare final draft of Third Interim Fee Application for filing. |
| 24 | 8/7/2013 | Tracy, Alexander | 2.4 | Incorporate further updates into the Third Interim Fee Application. |
| R 24 | 8/7/2013 | Hellmund-Mora, Marili | 1.3 | Verify time detail for the June monthly fee statement is in compliance with US Trustee guidelines. |
| R 24 | 8/7/2013 | Hellmund-Mora, Marili | 0.6 | Follow up with professionals on June monthly fee statement time detail. |
| R 24 | 8/7/2013 | Hellmund-Mora, Marili | 1.9 | Review fee detail for the June fee statement to ensure compliance with Trustee guidelines. |
| R 24 | 8/8/2013 | Talarico, Michael J | 0.5 | Analyze the time detail exhibits for the May Monthly Fee Statement. |
| R 24 | 8/8/2013 | McDonald, Brian | 0.5 | Review and make edits to May time detail exhibits. |
| R 24 | 8/8/2013 | McDonald, Brian | 0.5 | Prepare correspondence re: process for updating time detail for fee statements. |
| 24 | 8/8/2013 | Hellmund-Mora, Marili | 0.9 | Incorporate updates to the June fee statement. |
| R 24 | 8/8/2013 | Hellmund-Mora, Marili | 1.3 | Review fee detail for the June fee statement to ensure compliance with Trustee guidelines. |
| R 24 | 8/8/2013 | Moore, Teresa | 0.3 | Update file with the revised data provided by staff regarding clarification of time detail entries. |
| R 24 | 8/9/2013 | Hellmund-Mora, Marili | 1.2 | Incorporate updates to the June fee statement. |
| R 24 | 8/9/2013 | Hellmund-Mora, Marili | 1.4 | Review time detail for the June monthly fee statement is in compliance with US Trustee guidelines. |
| R 24 | 8/10/2013 | Moore, Teresa | 0.7 | Update detailed expense exhibits with revised information from professionals. |
| R 24 | 8/10/2013 | Moore, Teresa | 0.9 | Review expenses for the period of May 2013. |
| R 24 | 8/11/2013 | Moore, Teresa | 2.6 | Review and format May 2013 expense detail. |
| R 24 | 8/11/2013 | Moore, Teresa | 0.4 | Follow up with individual professionals for clarification regarding May 2013 expenses. |
| R 24 | 8/11/2013 | Moore, Teresa | 1.1 | Update May 2013 expense exhibits per revised information from professionals. |
| R 24 | 8/12/2013 | Hellmund-Mora, Marili | 1.6 | Incorporate updates to the July fee statement. |
| R 24 | 8/12/2013 | Hellmund-Mora, Marili | 2.6 | Continue to review fee detail for the June fee statement to ensure compliance with Trustee guidelines. |
| R 24 | 8/12/2013 | Moore, Teresa | 1.2 | Incorporate revisions to the expense master file. |
| R 24 | 8/12/2013 | Moore, Teresa | 2.4 | Analyze May 2013 expenses detail for completeness and compliance. |
| R 24 | 8/12/2013 | Moore, Teresa | 0.8 | Review and adjust expenses caps for the May 2013 monthly fee statement. |
| R 24 | 8/12/2013 | Moore, Teresa | 0.8 | Follow-up on open items from professionals regarding expenses for May 2013. |
| R 24 | 8/12/2013 | Moore, Teresa | 1.1 | Reconcile travel expenses to ensure proper dates are included in exhibits. |
| R 24 | 8/12/2013 | Moore, Teresa | 1.1 | Follow-up with professionals regarding expenses for the May 2013 monthly fee statement to ensure completeness and compliance. |
| 24 | 8/13/2013 | Hellmund-Mora, Marili | 2.0 | Incorporate updates to the June fee statement. |
| R 24 | 8/13/2013 | Hellmund-Mora, Marili | 2.2 | Review fee detail for the June fee statement to ensure compliance with Trustee guidelines. |

EXHIBIT F

RESIDENTIAL CAPITAL LLC, CASE NO. 12-12020
DETAIL OF TIME ENTRIES
*FOR THE PERIOD AUGUST 1, 2013 THROUGH AUGUST 31, 2013*

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 8/14/2013 | Hellmund-Mora, Marili | 2.8 | Review fee detail for the June statement to ensure compliance with Trustee guidelines. |
| 24 | 8/14/2013 | Hellmund-Mora, Marili | 1.4 | Incorporate updates to the billing fee summary for July. |
| 24 | 8/14/2013 | Hellmund-Mora, Marili | 0.9 | Incorporate updates to the June fee statement. |
| 24 | 8/15/2013 | Hellmund-Mora, Marili | 0.6 | Review fee detail for the June fee statement to ensure compliance with Trustee guidelines. |
| 24 | 8/15/2013 | Hellmund-Mora, Marili | 1.6 | Incorporate updates to the fee detail for the June fee statement to ensure compliance with Trustee guidelines. |
| 24 | 8/15/2013 | Hellmund-Mora, Marili | 0.8 | Communicate with professionals regarding clarification of fee detail for the Third Interim Fee Application for compliance with US Trustee guidelines. |
| 24 | 8/16/2013 | Hellmund-Mora, Marili | 0.9 | Prepare fee detail extracts for the July monthly fee statement. |
| 24 | 8/16/2013 | Hellmund-Mora, Marili | 0.8 | Incorporate updates to the June fee statement. |
| 24 | 8/16/2013 | Hellmund-Mora, Marili | 1.8 | Review fee detail for the June fee statement to ensure compliance with Trustee guidelines. |
| 24 | 8/19/2013 | Hellmund-Mora, Marili | 2.2 | Review fee detail for the June fee statement to ensure compliance with Trustee guidelines. |
| 24 | 8/21/2013 | Hellmund-Mora, Marili | 1.0 | Incorporate updates to July fee statement. |
| 24 | 8/21/2013 | Hellmund-Mora, Marili | 1.7 | Review fee detail for the June fee statement to ensure compliance with Trustee guidelines. |
| 24 | 8/22/2013 | Hellmund-Mora, Marili | 0.8 | Follow up with professionals on June monthly fee statement time detail. |
| 24 | 8/22/2013 | Hellmund-Mora, Marili | 1.1 | Review fee detail for the June fee statement to ensure compliance with Trustee guidelines. |
| 24 | 8/22/2013 | Hellmund-Mora, Marili | 2.1 | Update fee detail for the June fee statement to ensure compliance with Trustee guidelines. |
| 24 | 8/23/2013 | Hellmund-Mora, Marili | 1.8 | Incorporate updates the July fee statement. |
| 24 | 8/23/2013 | Hellmund-Mora, Marili | 0.7 | Review fee detail for the June fee statement to ensure compliance with Trustee guidelines. |
| 24 | 8/23/2013 | Hellmund-Mora, Marili | 1.4 | Compile time detail for the June monthly fee statement for compliance with US Trustee guidelines. |
| 24 | 8/24/2013 | McDonald, Brian | 2.7 | Review and make updates to time detail exhibits. |
| 24 | 8/26/2013 | Nolan, William J. | 0.1 | Correspond with J. Drucker (Cole Schotz) regarding the Third Interim Fee Application. |
| 24 | 8/26/2013 | McDonald, Brian | 2.5 | Continue to review and make edits to Fee Statement exhibits. |
| 24 | 8/26/2013 | Hellmund-Mora, Marili | 1.1 | Prepare exhibits for the June fee statement. |
| 24 | 8/26/2013 | Hellmund-Mora, Marili | 0.8 | Communicate with professionals regarding clarification of fee detail for the July fee statement to ensure compliance with US Trustee guidelines. |
| 24 | 8/26/2013 | Hellmund-Mora, Marili | 1.8 | Review fee detail for the June fee statement to ensure compliance with Trustee guidelines. |
| 24 | 8/27/2013 | McDonald, Brian | 0.8 | Continue to review and make edits to Fee Statement exhibits. |
| **24 Total** | | | **122.7** | |
| 25 | 8/1/2013 | Nolan, William J. | 1.5 | Travel from Charlotte, NC to NY. |
| 25 | 8/1/2013 | Nolan, William J. | 1.5 | Travel from NY to Charlotte, NC. |
| 25 | 8/1/2013 | Talarico, Michael J | 2.5 | Travel from NY to Pittsburgh, PA. |
| 25 | 8/1/2013 | Witherell, Brett | 1.5 | Travel from NY to Boston, MA. |
| 25 | 8/9/2013 | Mathur, Yash | 1.0 | Travel from Ft. Washington, PA to Washington, DC (in lieu of travel to New York). |
| 25 | 8/11/2013 | Talarico, Michael J | 2.0 | Travel from Pittsburgh, PA to Ft. Washington, PA. |
| 25 | 8/11/2013 | Mathur, Yash | 1.0 | Travel from Washington, DC to Ft. Washington, PA (in lieu of travel from New York). |
| 25 | 8/15/2013 | Talarico, Michael J | 2.0 | Travel from Ft. Washington, PA to Pittsburgh, PA. |
| 25 | 8/20/2013 | Nolan, William J. | 1.5 | Travel from Charlotte, NC to NY. |
| 25 | 8/21/2013 | Nolan, William J. | 1.5 | Travel from NY to Charlotte, NC. |
| 25 | 8/21/2013 | Talarico, Michael J | 2.5 | Travel from Pittsburgh, PA to NY. |
| 25 | 8/21/2013 | Talarico, Michael J | 2.5 | Travel from NY to Pittsburgh, PA. |
| 25 | 8/26/2013 | Talarico, Michael J | 2.0 | Travel from Pittsburgh, PA to Ft. Washington, PA. |
| 25 | 8/26/2013 | Mathur, Yash | 1.0 | Travel from New York, NY to Ft. Washington, PA. |
| 25 | 8/28/2013 | Nolan, William J. | 1.5 | Travel to NY from Charlotte, NC. |
| 25 | 8/30/2013 | Talarico, Michael J | 2.0 | Travel from Ft. Washington, PA to Pittsburgh, PA. |
| 25 | 8/30/2013 | Mathur, Yash | 1.0 | Travel from Ft. Washington, PA to Washington, DC. |

# EXHIBIT  G

**2952-003**
**Ally Bank**

Invoice No: **46822**
Invoice Date: **07/12/2013**

| Date | Init | Code | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 06/25/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 7.40 | 275.00 | 2,035.00 |
| 06/25/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 3.30 | 475.00 | 1,567.50 |
| 06/25/2013 | DFC | C200 | Review PWC SCRA clarification questions and prepare response. | 1.30 | 455.00 | 591.50 |
| 06/26/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 3.20 | 475.00 | 1,520.00 |
| 06/26/2013 | LMT | C200 | Review Arkansas and South Dakota remediation memos. | 4.50 | 375.00 | 1,687.50 |
| 06/26/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for NJ, KY, KS, FL, and CO. | 6.00 | 275.00 | 1,650.00 |
| 06/26/2013 | CSA | C300 | Phone calls with Lauren Thomas and Webb McArthur re: review of remediation procedures and streamlined procedures (.60). Attention to AL, AR and SD (1.60). | 2.20 | 300.00 | 660.00 |
| 06/26/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 5.90 | 275.00 | 1,622.50 |
| 06/26/2013 | DFC | C400 | Telephone conference with PWC (Brandi) regarding SCRA clarification responses; (1.10) prepare for and attend weekly FRB status conference call; (1.50) and attention to FRB settlement term sheet (.50) | 3.10 | 455.00 | 1,410.50 |
| 06/26/2013 | DFC | C300 | Review MI standing memo revisions (1.8) and meeting with W. McArthur regarding same. (.30) | 2.10 | 455.00 | 955.50 |
| 06/27/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 5.60 | 475.00 | 2,660.00 |
| 06/27/2013 | LMT | C200 | Review South Dakota memo; review Arizona and California standing batches. | 4.10 | 375.00 | 1,537.50 |
| 06/27/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for OH, OK, and NJ. | 4.10 | 275.00 | 1,127.50 |
| 06/27/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 2.40 | 275.00 | 660.00 |
| 06/27/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for AR and SD. | 1.60 | 300.00 | 480.00 |
| 06/27/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 6.80 | 275.00 | 1,870.00 |
| 06/27/2013 | DFC | C300 | Work on BK standing file reviews. | 5.30 | 455.00 | 2,411.50 |
| 06/28/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 2.70 | 475.00 | 1,282.50 |
| 06/28/2013 | SJB | C400 | Conference call with FRB and others regarding GMAC Mortgage IFR and pending settlement agreement; email to HC attorneys regarding same. | 0.50 | 475.00 | 237.50 |
| 06/28/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for NC and OK. | 2.10 | 275.00 | 577.50 |
| 06/28/2013 | DFC | C400 | Review and communicate work stop directions from FRB; (.70) attention to and coordination of cataloguing in process file reviews and final review file list. (1.60) | 2.30 | 455.00 | 1,046.50 |
| 06/28/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 3.20 | 275.00 | 880.00 |
| | | | **Total Fees for this Matter** | 377.30 | | $127,939.00 |

**(Please return green copy with your remittance) and make payable to:**
**Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD 21076-1343**

**2952-003**                                                        Invoice No:        **46822**
**Ally Bank**                                                       Invoice Date:      07/12/2013

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/19/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 6.20 | 275.00 | 1,705.00 |
| 06/20/2013 | LMT | C200 | Discuss Hawaii borrower remediation memo with K. Fisher. | 0.40 | 375.00 | 150.00 |
| 06/20/2013 | LMT | C200 | Phone call with W. McArthur regarding standing memo for Idaho and California ownership files; review Ownership files for California. | 2.30 | 375.00 | 862.50 |
| 06/20/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 5.00 | 275.00 | 1,375.00 |
| 06/20/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 5.90 | 275.00 | 1,622.50 |
| 06/20/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 3.40 | 475.00 | 1,615.00 |
| 06/21/2013 | LMT | C200 | Review and analyze Alabama remediation memo. | 2.40 | 375.00 | 900.00 |
| 06/21/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for AL. | 0.80 | 300.00 | 240.00 |
| 06/21/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 3.00 | 275.00 | 825.00 |
| 06/21/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 6.60 | 275.00 | 1,815.00 |
| 06/21/2013 | SJB | C300 | Review and analyze issues related to ownership review. | 3.70 | 475.00 | 1,757.50 |
| 06/21/2013 | DFC | C400 | Prepare for and attend weekly legal topics meeting with PWC; (.80) and prepare follow-up status report regarding standing file reviews. (1.50) | 2.30 | 455.00 | 1,046.50 |
| 06/22/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 1.20 | 275.00 | 330.00 |
| 06/23/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 1.80 | 275.00 | 495.00 |
| 06/24/2013 | MHM | C300 | Participated in a conference call re: legal review errors and change in process. | 0.90 | 275.00 | 247.50 |
| 06/24/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 2.50 | 275.00 | 687.50 |
| 06/24/2013 | MHM | C300 | Reviewed updates to the foreclosure surveys and compared them against the standing memos to determine if the standing memos needed to be updated. | 1.60 | 275.00 | 440.00 |
| 06/24/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for second review files. | 2.60 | 275.00 | 715.00 |
| 06/24/2013 | MSM | C300 | Review of Pennsylvania ownership files. | 1.50 | 400.00 | 600.00 |
| 06/24/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 2.60 | 475.00 | 1,235.00 |
| 06/24/2013 | JWM | C300 | Reviewed, analyzed, and responded to ownership observations for PwC. | 6.80 | 275.00 | 1,870.00 |
| 06/25/2013 | MSM | C300 | Review of Pennsylvania ownership files. | 1.20 | 400.00 | 480.00 |
| 06/25/2013 | LMT | C200 | Revise Alabama remediation memo; review streamlined state law procedures. | 1.60 | 375.00 | 600.00 |
| 06/25/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 4.50 | 275.00 | 1,237.50 |
| 06/25/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for second review files and Colorado first review files. | 2.40 | 275.00 | 660.00 |

**(Please return green copy with your remittance) and make payable to:**
**Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD  21076-1343**

$17,815

| | | | | | Invoice No: | 46822 |
|---|---|---|---|---|---|---|
| 2952-003 | | | | | Invoice Date: | 07/12/2013 |
| Ally Bank | | | | | | |

| | Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| ✓ | 06/13/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for NC, IN, LA and UT. | 4.20 | 300.00 | 1,260.00 |
| D | 06/13/2013 | JWM | C300 | Reviewed and streamlined state law foreclosure procedures for PwC (1.40). Reviewed, analyzed, and responded to ownership observations for PwC (5.40). | 6.80 | 275.00 | 1,870.00 |
| | | | | | 5.4 x 275 | | $1485 |
| ✓ | 06/14/2013 | LMT | C200 | Revise Delaware remediation memo. | 6.80 | 375.00 | 2,550.00 |
| | 06/14/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for DE. | 2.50 | 300.00 | 750.00 |
| D | 06/14/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for PA and CA. | 4.90 | 275.00 | 1,347.50 |
| ✓ | 06/14/2013 | JWM | C200 | Reviewed and streamlined state law foreclosure procedures for PwC. | 6.00 | 275.00 | 1,650.00 |
| | 06/14/2013 | LCD | C300 | Call with C. Andricos to discuss remediation isssues. | 0.50 | 435.00 | 217.50 |
| | 06/17/2013 | LCD | C300 | Review status of SCRA files;(.50) meet with W. McArthur re open issues; (.30) review and analyze SCRA files; (2.50) address questions regarding standing files and new case law. (1.00) | 4.30 | 435.00 | 1,870.50 |
| D | 06/17/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for PA and CA. | 1.90 | 275.00 | 522.50 |
| | 06/17/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for IA (.80). Finalize phase 3 documents for delivery to Lisa Delessio (1.20). | 2.00 | 300.00 | 600.00 |
| D | 06/17/2013 | SJB | C300 | Review and analyze issues related to ownership review. | 0.60 | 475.00 | 285.00 |
| ✓ | 06/17/2013 | JWM | C300 | Reviewed, analyzed, and responded to SCRA and ownership observations for PwC. | 7.80 | 275.00 | 2,145.00 |
| | 06/17/2013 | DFC | C300 | Review email from S. Moyer (PWC) regarding SCRA file status review (.20) and telephone discussion with L. DeLessio regarding same; (.40) review email from K. Fischer regarding Georgia Supreme Court standing case and foreclosure review application; (1.00) and, review California standing file review question from M. MacKenzie. (.70) | 2.30 | 455.00 | 1,046.50 |
| D/✓ | 06/18/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for PA and CA. | 4.10 | 275.00 | 1,127.50 |
| | 06/18/2013 | LCD | C300 | Meet with W. McArthur to discuss GMAC rebuttal to SCRA findings; (.60) review FRB guidance for application to rebuttals; (.50) discuss same with D. Clarke; (.30) review and analyze SCRA files; (2.5) email to PwC re SCRA files;(.20) Review email from A. Boland (PwC) re standing files and new uploads; (.20) email to HC reviewers re same; (.10) review status of outstanding files.(.20) | 4.60 | 435.00 | 2,001.00 |
| ✓ | 06/18/2013 | JWM | C300 | Reviewed, analyzed, and responded to SCRA and ownership observations for PwC. | 7.60 | 275.00 | 2,090.00 |
| | 06/18/2013 | SJB | C300 | Review and analyze issues related to ownership review. | 0.80 | 475.00 | 380.00 |
| B | 06/19/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for PA. | 0.50 | 275.00 | 137.50 |
| D | 06/19/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 4.00 | 275.00 | 1,100.00 |

**(Please return green copy with your remittance) and make payable to:**
**Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD  21076-1343**

$15,795

| | | | | | Invoice No: | 46822 |
|---|---|---|---|---|---|---|
| 2952-003 Ally Bank | | | | | Invoice Date: | 07/12/2013 |
| 06/04/2013 | ACR | C300 | North Carolina - Met with Webb McArthur to go over NC procedures and foreclosure surveys to determine if consistent and whether proceduesrs are flowing correctly. | 1.10 | 470.00 | 517.00 |
| 06/04/2013 | JWM | C200 | Reviewed and streamlined state law foreclosure procedures for PwC. | 7.10 | 275.00 | 1,952.50 |
| 06/04/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations. | 2.80 | 475.00 | 1,330.00 |
| 06/04/2013 | LMT | C200 | Research additional state law foreclosure milestones for North Carolina; revise remediation memo accordingly. | 3.10 | 375.00 | 1,162.50 |
| 06/05/2013 | LMT | C200 | Review Michigan streamlined procedures; research additional remediation issues for Texas. | 3.10 | 375.00 | 1,162.50 |
| 06/05/2013 | AMS | C200 | Michigan - Foreclosure review borrower remediation. | 9.30 | 430.00 | 3,999.00 |
| 06/05/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for TX. | 2.60 | 300.00 | 780.00 |
| 06/05/2013 | DFC | C400 | Telephone conference with PWC and FRB. | 0.90 | 455.00 | 409.50 |
| 06/05/2013 | LCD | C300 | Participate in status call with FRB, FDIC and PwC; (.90) review email from PwC on customer complaints; (.30) email from A. Boland re status of standing file deliveries. (.40) | 1.60 | 435.00 | 696.00 |
| 06/05/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for second review | 0.70 | 275.00 | 192.50 |
| 06/05/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 0.70 | 275.00 | 192.50 |
| 06/05/2013 | SJB | C300 | Review and analyze issues related to ownership review. | 0.70 | 475.00 | 332.50 |
| 06/05/2013 | JWM | C200 | Reviewed and streamlined state law foreclosure procedures for PwC. (3.60) Tracked ownership reviews. (.50) | 4.10 | 275.00 | 1,127.50 |
| 06/06/2013 | LMT | C200 | Review streamlined Michigan procedures and revise Michigan remediation memo. | 7.20 | 375.00 | 2,700.00 |
| 06/06/2013 | AMS | C200 | Michigan - Foreclosure review borrower remediation. | 2.80 | 430.00 | 1,204.00 |
| 06/06/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for | 0.60 | 275.00 | 165.00 |
| 06/06/2013 | MHM | C300 | Performed statutory and case law research on the rights of a secured creditor to collect on a joint debt where a court determines that one party in a divorce proceeding is responsible for paying the creditor. | 3.00 | 275.00 | 825.00 |
| 06/06/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for TX and NC. | 1.80 | 300.00 | 540.00 |
| 06/06/2013 | DFC | C300 | Review further email from Lenin Simicich (PWC) regarding complaint follow-ups from FRB (.30) and telephone discussion with L. Delessio regarding same. (.80) | 1.10 | 455.00 | 500.50 |
| 06/06/2013 | LCD | C200 | Review research for Texas and Michigan and court's authority to divide property and consider applicability of same to customer | 1.30 | 435.00 | 565.50 |
| 06/06/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations. | 1.70 | 475.00 | 807.50 |
| 06/06/2013 | JWM | C200 | Reviewed and streamlined state law foreclosure | 5.30 | 275.00 | 1,457.50 |

(Please return green copy with your remittance) and make payable to:
Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD  21076-1343

| 2952-003 |  |  |  | Invoice No: |  | 46822 |
| Ally Bank |  |  |  | Invoice Date: |  | 07/12/2013 |
|  |  |  | procedures for PwC. (4.80) |  |  |  |
| 06/07/2013 | LMT | C200 | Tracked ownership reviews.(.50) Revise Michigan with C. Andricos regarding same. | 6.30 | 375.00 | 2,362.50 |
| 06/07/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for MI and TX. | 2.80 | 300.00 | 840.00 |
| 06/07/2013 | LCD | C300 | Discussion with A. Boland (PwC) re: new file deliveries, subsequent iterations and assumptions and schedule for same. (.80)  Email exchanges re same ( 20) | 1.00 | 435.00 | 435.00 |
| 06/07/2013 | JWM | C200 | Reviewed and streamlined state law foreclosure procedures for PwC | 7.30 | 275.00 | 2,007.50 |
| 06/10/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 6.10 | 275.00 | 1,677.50 |
| 06/10/2013 | LMT | C200 | Review UT, IN and LA remediation memos; discuss streamlined state law procedures with W. McArthur. | 2.30 | 375.00 | 862.50 |
| 06/10/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for MI and TX (1.20).  Email to Lisa Delessio re: same (.20). | 1.40 | 300.00 | 420.00 |
| 06/10/2013 | LCD | C300 | Discuss streamlined procedure issues with C. Andricos;(.50) review Oregon case and consider implications on Oregon standing analysis ( 90) | 1.40 | 435.00 | 609.00 |
| 06/11/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 5.10 | 275.00 | 1,402.50 |
| 06/11/2013 | ACR | C300 | North Carolina - Met with Webb McArtur regarding foreclosure survey comparison to procedures. | 1.10 | 470.00 | 517.00 |
| 06/11/2013 | ACR | C200 | North Carolina - Researched law to determine updates to procedures based on foreclosure survey. | 1.30 | 470.00 | 611.00 |
| 06/11/2013 | LMT | C200 | Revise NC remediation memo; review Delaware remediation memo. | 2.70 | 375.00 | 1,012.50 |
| 06/11/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for NC. | 0.70 | 300.00 | 210.00 |
| 06/11/2013 | DFC | C200 | Review Oregon Supreme Court MERS case for determination of update to standing review. | 1.00 | 455.00 | 455.00 |
| 06/11/2013 | JWM | C200 | Reviewed and streamlined state law foreclosure procedures for PwC.(6.30)  Tracked ownership reviews for PwC. (.50) | 6.80 | 275.00 | 1,870.00 |
| 06/12/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for NC. | 2.50 | 300.00 | 750.00 |
| 06/12/2013 | LCD | C400 | Email exchange with S. Moyer re: regulator review and status of onsite review issues. | 0.30 | 435.00 | 130.50 |
| 06/12/2013 | LMT | C200 | Phone call with C. Andricos to discuss revisions to North Carolina procedures and remediation memo; research demand notice requirement for remediation memo. | 1.80 | 375.00 | 675.00 |
| 06/12/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 0.70 | 275.00 | 192.50 |
| 06/12/2013 | JWM | C200 | Reviewed and streamlined state law foreclosure procedures for PwC. (1.50) Tracked ownership reviews for PwC. (.50) | 2.00 | 275.00 | 550.00 |
| 06/13/2013 | LMT | C200 | Revise NC remedition memo; review IA streamlined procedures, revise IA remediation memo. | 5.40 | 375.00 | 2,025.00 |

**(Please return green copy with your remittance) and make payable to:**
**Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD  21076-1343**

# Hudson Cook, LLP

7250 Parkway Drive, 5th Floor
Hanover, MD 21076-1343
Telephone:  (410) 684-3200      Fax    (410) 684-2001
FEIN     52-2001482
Billing Inquiries (410) 865-5414

July 12, 2013

Ally Bank                                                          Invoice No.              46822
Tammy P. Hamzehpour                                   Reference No.        2952-003  LCD
General Counsel, Mortgage Operations
Legal Staff
1100 Virginia Drive
Fort Washington, PA  19034                                              ForeclosureReview Legal Advice

### Professional Services

For services rendered for period through 06/30/2013 in connection with:
All States Foreclosure Review Legal Advice at Due Diligence Rates with a minimum
fee of $50,000.00 per month.
Matter No.  713000

ForeclosureReview  Legal Advice                                                                          003

#### Fees

| Date | Init. | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06/01/2013 | AMS | C200 | Michigan - Foreclosure review borrower remediation matrix. | 2.00 | 430.00 | 860.00 |
| 06/02/2013 | AMS | C200 | Michigan - Foreclosure review borrower remediation matrix. | 6.40 | 430.00 | 2,752.00 |
| 06/03/2013 | CSA | C300 | Finalize streamlined procedures and remediation survey for MA and TX. | 1.50 | 300.00 | 450.00 |
| 06/03/2013 | LMT | C200 | Review North Carolina state law procedures and remediation memo; revise remediation memo. | 4.80 | 375.00 | 1,800.00 |
| 06/03/2013 | JWM | C200 | Reviewed and streamlined state law foreclosure procedures for PwC. | 6.40 | 275.00 | 1,760.00 |
| 06/04/2013 | AMS | C200 | Michigan - Foreclosure review borrower remediation. | 1.80 | 430.00 | 774.00 |
| 06/04/2013 | DFC | C300 | Review email from PWC (L. Simicich) regarding complaint follow-up questions; (.40) telephone discussion with L. Delessio regarding same. (.70) | 1.10 | 455.00 | 500.50 |
| 06/04/2013 | LCD | C300 | Review email from PwC regarding customer complaints and inclusion in IFR review; (.20) discuss testing issues with D. Clarke related to customer complaints involving divorce orders; (.70) discuss same with M. MacKenzie; (.20) review factual information related to court orders; (.40) review questions from attorneys on Tennessee standing analysis.(.60) | 2.10 | 435.00 | 913.50 |
| 06/04/2013 | MHM | C300 | Reviewed GMAC's files to determine the basis for consumer complaints. | 1.60 | 275.00 | 440.00 |
| 06/04/2013 | MHM | C300 | Reviewed bankruptcy dockets to determine the stay period for assigned cases. | 1.90 | 275.00 | 522.50 |

(Please return green copy with your remittance) and make payable to:
**Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD  21076-1343**

$7692.5

2952-003                                                            **Invoice No:**        **46267**
Ally Bank                                                           **Invoice Date:**      06/14/2013

| Date | Init. | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | (1.90); with Catharine Andricos regarding same (.80). | | | |
| 05/24/2013 | MSM | C300 | Conduct ownership review for Florida and California files. | 0.80 | 400.00 | 320.00 |
| 05/24/2013 | SJB | C300 | Review, analyze and revise responses to ownership observations (.90); confer with L. regarding same (.20). | 1.10 | 475.00 | 522.50 |
| 05/24/2013 | LMT | C200 | Revise Arizona remediation memo. | 0.90 | 375.00 | 337.50 |
| 05/24/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 1.80 | 275.00 | 495.00 |
| 05/24/2013 | LCD | C300 | Review and address questions regarding standing categorizations. | 0.80 | 435.00 | 348.00 |
| 05/25/2013 | DFC | C200 | Per request of Ashley Bowland (PWC), research and prepare response to subordinate lien survival after foreclosure in Georgia and Minnesota. | 3.20 | 455.00 | 1,456.00 |
| 05/27/2013 | KCF | C200 | Hawaii - Drafting of borrower harm memorandum. | 0.70 | 300.00 | 210.00 |
| 05/27/2013 | DFC | C200 | Per request of Ashley Boland (PWC), research and prepare response to questions regarding effect of divorce orders on mortgage obligation (1.40); email Delessio regarding same (.30). | 1.70 | 455.00 | 773.50 |
| 05/28/2013 | CSA | C300 | Review and edit AZ remediation survey and streamlined procedures (.90).  Review and edit SC streamlined procedures (.80).  Phone call with Thomas re: same (.50). | 2.20 | 300.00 | 660.00 |
| 05/28/2013 | LCD | C300 | Review and analyze standing files; review and update status of standing file review. | 1.20 | 435.00 | 522.00 |
| 05/28/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Arizona (1.50) and South Carolina (1.50); revise remediation memos; call with Andricos to discuss same (.50). | 3.50 | 375.00 | 1,312.50 |
| 05/29/2013 | SJB | C300 | Review status of ownership files; review, analyze, and revise responses to ownership observations. | 3.40 | 475.00 | 1,615.00 |
| 05/29/2013 | JWM | C300 | Tracked ownership review process (.30). Reviewed streamlined state law procedures for PwC (3.70). | 4.00 | 275.00 | 1,100.00 |
| 05/29/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for AZ and MA. | 1.50 | 300.00 | 450.00 |
| 05/29/2013 | DFC | Ad | Review and prepare April 2013 monthly statement pursuant to the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and send same for service. | 1.00 | 455.00 | 455.00 |
| 05/29/2013 | LCD | C400 | Call with PwC, FRB and FDIC re status and outstanding issues (.80); review status of standing reviews and respond to questions re same (.20). Discuss remediation memos with L. Thomas (.60). | 1.60 | 435.00 | 696.00 |
| 05/29/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Texas. | 3.60 | 375.00 | 1,350.00 |
| 05/30/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for second review files. | 1.20 | 275.00 | 330.00 |
| 05/30/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations. | 1.30 | 475.00 | 617.50 |
| 05/30/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for MA. | 3.00 | 300.00 | 900.00 |

D

√

Fee ok

V/D
V/D
√

$3412.5

2952-003

Ally Bank

| | | | | | | Invoice No: | 46267 |
|---|---|---|---|---|---|---|---|
| | | | | | | Invoice Date: | 06/14/2013 |
| 05/30/2013 | KCF | C200 | Hawaii - Drafting of borrower harm memorandum. | 1.50 | 300.00 | | 450.00 |
| 05/30/2013 | JWM | C300 | Reviewed and streamlined state law procedures for PwC. | 6.80 | 275.00 | | 1,870.00 |
| 05/30/2013 | LCD | C300 | Review and analyze IL standing files (1.10); review analyze CA files (.30); meet with and respond to questions from attorneys on standing file analysis (.60). Review and update status of standing files (.50). Review Complaint questions from PwC and FRB and draft and revise responses to same (.70); discuss customer claim issues with D. Clarke (.20). | 3.40 | 435.00 | | 1,479.00 |
| 05/31/2013 | AMS | C200 | Michigan - Foreclosure review borrower remediation. | 3.20 | 430.00 | | 1,376.00 |
| 05/31/2013 | CSA | C300 | Review and edit streamlined procedures and remediation survey for MA. Phone calls with Lauren Thomas and Webb McArthur re: same. | 1.40 | 300.00 | | 420.00 |
| 05/31/2013 | JWM | C300 | Reviewed and streamlined state law procedures for PwC (5.40). Reviewed SCRA observations for PwC (1.10). Tracked ownership review process (.60). | 7.10 | 275.00 | | 1,952.50 |
| 05/31/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for second review files. | 2.80 | 275.00 | | 770.00 |
| 05/31/2013 | LCD | C300 | Review and analyze California standing files (1.10); meeting re: Ally documentation for standing files (.60); Review and analyze SCRA files (.90). | 2.60 | 435.00 | | 1,131.00 |
| 05/31/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for Massachusetts (3.50) and North Carolina (2.0); revise remediation memos; phone call with Catharine Andricos to discuss Massachusetts (.60). | 6.10 | 375.00 | | 2,287.50 |

Total Fees for this Matter          263.00          $91,379.00

Total Amount Due on this Invoice          $91,379.00

| 2952-003 | | | | Invoice No: | **46267** |
| Ally Bank | | | | Invoice Date: | 06/14/2013 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | submission of data (.40); discuss same with D. Clarke (.20); respond to PwC's questions re same (.70). Review status of pending files for standing and address issues from attorneys re same (.30). | | | |
| | 05/20/2013 | JWM | C300 | Reviewed and streamlined state law procedures for PwC. | 7.60 | 275.00 | 2,090.00 |
| | 05/20/2013 | DFC | C300 | Review email from K. Winnacott (PWC) regarding proposed additional standing data points (1.20) and telephone conference with L. Delessio regarding Same (.30). | 1.50 | 455.00 | 682.50 |
| | 05/21/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations. | 0.70 | 475.00 | 332.50 |
| | 05/21/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for second reviews. | 0.80 | 275.00 | 220.00 |
| | 05/21/2013 | JWM | C300 | Reviewed and streamlined state law procedures for PwC (5.70). Reviewed, summarized, and responded ownership observations for various states for PwC (1.0). | 6.70 | 275.00 | 1,842.50 |
| | 05/21/2013 | LCD | C300 | Review and address questions regarding standing determinations. | 0.50 | 435.00 | 217.50 |
| | 05/22/2013 | SJB | C300 | Review and analyze issues related to ownership review; confer with L. DeLessio and M. MacKenzie regarding possession issues. | 0.90 | 475.00 | 427.50 |
| | 05/22/2013 | CSA | C300 | Review and edit streamlined procedures for AZ and MA (1.10). Review remediation surveys for NC SC (1.30). | 2.40 | 300.00 | 720.00 |
| | 05/22/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for second review files. | 1.10 | 275.00 | 302.50 |
| | 05/22/2013 | JWM | C300 | Discussed ownership review strategy with L. DeLessio (.30). Updated tracking information for ownership review (.50). | 0.80 | 275.00 | 220.00 |
| | 05/22/2013 | LCD | C400 | Participate in call with FRB, FDIC and PwC (.90); follow-up discussion with D. Clarke re same (.20); respond to questions from attorneys regarding standing findings and categorization (1.40). | 2.50 | 435.00 | 1,087.50 |
| | 05/23/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations. | 1.70 | 475.00 | 807.50 |
| | 05/23/2013 | CSA | C300 | Review and edit streamlined procedures for AZ. Review and edit remediation survey for SC. Meet with Webb McArthur and phone call with Lauren Thomas re: same. | 3.80 | 300.00 | 1,140.00 |
| | 05/23/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for second review files. | 2.30 | 275.00 | 632.50 |
| | 05/23/2013 | JWM | C300 | Reviewed and streamlined state law procedures for PwC. | 6.10 | 275.00 | 1,677.50 |
| | 05/23/2013 | DFC | C400 | Prepare for and attend weekly telephone conference with PWC regarding workstreams and discussion of miscellaneous RUST complaints. | 1.20 | 455.00 | 546.00 |
| | 05/23/2013 | LCD | C300 | Call with PwC regarding standing issues (.60); review issues related to streamlined procedures Andricos (.80); review and respond to questions regarding standing findings (1.0). | 2.40 | 435.00 | 1,044.00 |
| | 05/23/2013 | LMT | C200 | Research and analyze state law borrower harm categorizations for South Carolina (2.0) and Arizona | 4.70 | 375.00 | 1,762.50 |

**(Please return green copy with your remittance) and make payable to:**
**Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD  21076-1343**

$ 4,522.5

| 2952-003 | | | | | **Invoice No:** | **46267** |
|---|---|---|---|---|---|---|
| **Ally Bank** | | | | | **Invoice Date:** | **06/14/2013** |
| 05/14/2013 | LMT | C300 | Discuss timeline for remediation and streamlined procedures with Catharine Andricos (.30); review Texas procedures (1.50) and remediation memo (2.10). | 3.90 | 375.00 | 1,462.50 |
| 05/14/2013 | CSA | C300 | Review and revise output schedule for remediation surveys and streamlined procedures (.50). Phone call with Lauren Thomas and draft email to Lisa Delessio and Dana Clarke re: same (.30). | 0.80 | 300.00 | 240.00 |
| 05/14/2013 | JWM | C300 | Reviewed borrower harm remediation memo for PwC. | 2.00 | 275.00 | 550.00 |
| 05/14/2013 | DFC | C400 | Prepare for and attend telephone conference call with J. Hitchings at the FRB regarding standing workstream fact gathering issues (1.10); follow-up telephone discussion with S. Moyer regarding Same (.10). | 1.20 | 455.00 | 546.00 |
| 05/15/2013 | LCD | C300 | Discussion with attorneys regarding standing findings and analysis. | 0.40 | 435.00 | 174.00 |
| 05/15/2013 | JWM | C300 | Tracked weekly ownership reviews and corresponded with PwC (.40). Reviewed borrower remediation memo for PwC (5.50). | 5.90 | 275.00 | 1,622.50 |
| 05/16/2013 | LMT | C200 | Call with Catharine Andricos and Webb McArthur (.60) regarding borrower harm remediation and streamlined procedures; review and revise Arizona (1.60) and South Carolina remediation memos (2.30). | 4.50 | 375.00 | 1,687.50 |
| 05/16/2013 | CSA | C300 | Phone call with Lauren Thomas and Webb McArthur re: review and development of remediation surveys and streamlined procedures (.60). Draft follow-up comments re: CA remediation. Attention to same (2.20). | 2.80 | 300.00 | 840.00 |
| 05/16/2013 | LCD | C300 | Review email from A. Boland (.10); call with A. standing issues and PwC file delivery schedule (.40). | 0.50 | 435.00 | 217.50 |
| 05/16/2013 | MHM | C300 | Reviewed and revised the remediation chart for Delaware. | 0.50 | 275.00 | 137.50 |
| 05/16/2013 | JWM | C300 | Reviewed and streamlined state law procedures for PwC. Discussed review with C. Andricos and L. Thomas. | 6.80 | 275.00 | 1,870.00 |
| 05/17/2013 | LCD | C300 | Discussion with reviewers regarding categorization of standing findings (.60); prepare categorization for standing findings (1.20). | 1.80 | 435.00 | 783.00 |
| 05/17/2013 | MHM | C300 | Participated in a conference call to discuss the ownership file review process. | 0.50 | 275.00 | 137.50 |
| 05/17/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 1.60 | 275.00 | 440.00 |
| 05/17/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 0.70 | 275.00 | 192.50 |
| 05/17/2013 | JWM | C300 | Reviewed and streamlined state law procedures for PwC. Discussed ownership review with L. DeLessio. | 6.70 | 275.00 | 1,842.50 |
| 05/17/2013 | SJB | C300 | Confer with L. DeLessio and D. Clarke regarding possession issues; review and analyze responses to ownership observations. | 1.60 | 475.00 | 760.00 |
| 05/20/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for second reviews. | 4.00 | 275.00 | 1,100.00 |
| 05/20/2013 | LCD | C300 | Review questions from PwC on proposed | 1.60 | 435.00 | 696.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **2952-003** | | | | **Invoice No:** | | **46267** |
| **Ally Bank** | | | | **Invoice Date:** | | **06/14/2013** |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | ownership observations. | | | |
| 05/09/2013 | JWM | C300 | Reviewed, summarized, and responded to SCRA observations for various states for PwC. | 5.70 | 275.00 | 1,567.50 |
| 05/09/2013 | MHM | C300 | Responded to question from Sharon Bangert regarding response to PWC's ownership observations for Florida. | 0.30 | 275.00 | 82.50 |
| 05/10/2013 | LCD | C300 | Review standing analysis and proposed revised facts from PwC and discuss same with D. Clakre (.50); call with PwC on sufficiency of facts (1.00); review and provide comments to PwC re: loan level facts (.70). | 2.20 | 435.00 | 957.00 |
| 05/10/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 2.60 | 275.00 | 715.00 |
| 05/10/2013 | JWM | C300 | Updated tracking of ownership file reviews. | 0.40 | 275.00 | 110.00 |
| 05/10/2013 | DFC | C300 | Telephone conference with PWC regarding foreclosure workstreams (3.10); follow-up analysis and communication with Scott and Keith regarding proposed additional facts for constructive possession scenarios (1.0); and telephone discussions with L. Delessio regarding same (.50). | 4.60 | 455.00 | 2,093.00 |
| 05/10/2013 | SJB | C300 | Review and analyze issues related to ownership observations. | 0.60 | 475.00 | 285.00 |
| 05/13/2013 | LCD | C300 | Provide comments to PwC on factual description provided for standing (.80).  Discuss with D. Clarke (.20).  Call with PwC to discuss same.  Review emails from GMAC re: position on standing issues (.50).  Call to J. Hitchings at FRB re same (.30).  Meeting with attorneys re: state law streamlining and borrower harm analysis and statuts (.60). | 2.40 | 435.00 | 1,044.00 |
| 05/13/2013 | LMT | C300 | Call with Catharine Andricos to discuss timeline for state remediation memos and streamlined procedures (.60); draft proposed timeline (1.50). | 2.10 | 375.00 | 787.50 |
| 05/13/2013 | CSA | C300 | Meet with Lisa Delessio to discuss output schedule for remediation surveys and streamlined procedures (.20).  Phone call with Lauren Thomas and attention to same (.60). | 0.80 | 300.00 | 240.00 |
| 05/13/2013 | JWM | C300 | Tracked and organized weekly ownership reviews for PwC. | 1.80 | 275.00 | 495.00 |
| 05/13/2013 | DFC | C300 | Telephone discussion with L. Delessio regarding resolution of fact requests for constructive possession and email to S. Goldman (GMAC) regarding same (1.10); review and prepare response to follow-up email from S. Goldman and telephone discussion with L. Delessio regarding same (.70). | 1.80 | 455.00 | 819.00 |
| 05/13/2013 | SJB | C300 | Review and analyze issues related to ownership observations. | 0.70 | 475.00 | 332.50 |
| 05/14/2013 | LCD | C400 | Prepare for and participate in call with FRB regarding impact of standing/ownership factual findings on legal conclusions. | 1.10 | 435.00 | 478.50 |

**(Please return green copy with your remittance) and make payable to:**
**Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD  21076-1343**

$2,282.5

**2952-003**                                                              Invoice No:         **46267**
**Ally Bank**                                                             Invoice Date:      06/14/2013

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 05/02/2013 | JWM | C300 | Reviewed, summarized, and responded to SCRA observations for various states for PwC. | 6.00 | 275.00 | 1,650.00 |
| 05/02/2013 | DFC | C300 | Per S. Goldman (GMAC) request, analyze constructive possession issues and prepare email to PWC and Mr. Goldman discussing possession issues and required facts for standing Determinations (3.40); telephone conference with L. Delessio and S, Bangert regarding same (1.00). | 4.40 | 455.00 | 2,002.00 |
| 05/02/2013 | SJB | C300 | Confer with D. Clarke and L. DeLessio regarding possession issues related to ownership review (.80); review, analyze, and revise responses to ownership observations. (2.40) | 3.20 | 475.00 | 1,520.00 |
| 05/03/2013 | LCD | C300 | Prepare for and participate in call with PwC regarding proposed standing language and custodial possession issues (2.00).  Review from attorneys regarding standing findings and issues respond to same (1.40). | 3.40 | 435.00 | 1,479.00 |
| 05/03/2013 | MSM | C300 | Conduct standing review of ownership files in Georgia, Illinois and California. | 0.80 | 400.00 | 320.00 |
| 05/03/2013 | JWM | C300 | Reviewed, summarized, and responded to ownership observations for various states for PwC. | 3.30 | 275.00 | 907.50 |
| 05/03/2013 | MHM | C300 | Conducted case law research and drafted the remediation chart for Delaware. | 1.50 | 275.00 | 412.50 |
| 05/03/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 1.40 | 275.00 | 385.00 |
| 05/03/2013 | DFC | C400 | Telephone conference with PWC regarding PWC's constructive possession follow-up questions (.90); telephone conference with L. Delessio regarding draft responses to PWC questions (.70); and email with required factual questions and template responses after confirmation of same (1.70). | 3.30 | 455.00 | 1,501.50 |
| 05/03/2013 | SJB | C300 | Review possession issues with D. Clarke and L. DeLessio and conference call with PwC regarding Same (.90); review, analyze, and revise responses to ownership observations (3.70). | 4.60 | 475.00 | 2,185.00  1,757.5 |
| 05/06/2013 | JWM | C200 | Performed research in connection with the review of standing files for PwC. | 0.60 | 275.00 | 165.00 |
| 05/07/2013 | JWM | C300 | Corresponded with PwC re SCRA file review. | 0.20 | 275.00 | 55.00 |
| 05/07/2013 | SJB | C300 | Review and analyze issues related to ownership review. | 0.70 | 475.00 | 332.50 |
| 05/08/2013 | LCD | C400 | Participate in call with FRB, FDIC and PwC (.80); information from K. Winacott related to standing investigation and custodial issues (.90). | 1.70 | 435.00 | 739.50 |
| 05/08/2013 | JWM | C300 | Reviewed, summarized, and responded to SCRA observations for various states for PwC and updated ownership file review tracking information. | 5.20 | 275.00 | 1,430.00 |
| 05/08/2013 | DFC | C300 | Review proposed additional facts email from K. Winnacott and proposed scenarios with L. Delessio (.80) and jointly prepare response to same (1.90). | 2.70 | 455.00 | 1,228.50 |
| 05/09/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 0.80 | 275.00 | 220.00 |
| 05/09/2013 | SJB | C300 | Review, analyze and revise responses to | 2.60 | 475.00 | 1,235.00 |

$5 24 7.5

# Hudson Cook, LLP

7250 Parkway Drive, 5th Floor
Hanover, MD 21076-1343
Telephone: (410) 684-3200    Fax: (410) 684-2001
FEIN    52-2001482
Billing Inquiries (410) 865-5414

June 14, 2013

| | |
|---|---|
| Ally Bank | Invoice No.    46267.1 |
| Tammy P. Hamzehpour | Reference No.    2952-003  LCD |
| General Counsel, Mortgage Operations | |
| Legal Staff | |
| 1100 Virginia Drive | |
| Fort Washington, PA  19034 | ForeclosureReview Legal Advice |

**Professional Services**

For services rendered for period through 05/31/2013 in connection with:
All States Foreclosure Review Legal Advice at Due Diligence Rates with a minimum
fee of $50,000.00 per month.
Matter No.  713000

| ForeclosureReview  Legal Advice | | | | | | 003 |
|---|---|---|---|---|---|---|

**Fees**

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/01/2013 | LCD | C300 | Review SCRA issues raised by PwC and review previous responses and advice re same. | 0.60 | 435.00 | 261.00 |
| 05/01/2013 | MSM | C300 | Conduct standing review for Georgia, California, Illinois. | 0.40 | 400.00 | 160.00 |
| 05/01/2013 | JWM | C300 | Reviewed, summarized, and responded to SCRA observations for various states for PwC. | 5.40 | 275.00 | 1,485.00 |
| 05/01/2013 | MHM | C300 | Reviewed bankruptcy docket to determine the duration of the stay period and any modifications to the stay for assigned files. | 1.10 | 275.00 | 302.50 |
| 05/01/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 3.90 | 275.00 | 1,072.50 |
| 05/01/2013 | SJB | C300 | Review, analyze, and revise responses to ownership observations. | 0.80 | 475.00 | 380.00 |
| 05/02/2013 | LCD | C300 | Discussions with D. Clarke and S. Bangert re: standing language to address custodial possession issues (.80); revise draft language to provide to PwC. (1.00) | 1.80 | 435.00 | 783.00 |
| 05/02/2013 | MHM | C300 | Participated in a conference call to review PWC requested changes to the analysis of payment history. | 0.90 | 275.00 | 247.50 |
| 05/02/2013 | MHM | C300 | Conducted case law research and drafted the remediation chart for Delaware. | 4.10 | 275.00 | 1,127.50 |
| 05/02/2013 | MHM | C300 | Reviewed, analyzed, and responded to PWC's ownership observations for Florida. | 0.90 | 275.00 | 247.50 |
| 05/02/2013 | MSM | C300 | Ownership review - review draft language concerning possession analysis, provide feedback to Lisa DeLessio and Dana Clarke. | 0.70 | 400.00 | 280.00 |

**(Please return green copy with your remittance) and make payable to:**
**Hudson Cook, LLP 7250 Parkway Drive, 5th Floor Hanover, MD  21076-1343**

$6,302.5

# EXHIBIT  H

# MorrisonCohen LLP

020530      RESCAP, LLC
020530-0002   CHAPTER 11

DATE:      07/18/13
INVOICE # : 237404

TAMMY HAMZEHPOUR, GENERAL COUNSEL
GMAC RESCAP
ONE MERIDIAN CROSSINGS, SUITE 100
MINNEAPOLIS, MN 55423

TAXPAYER IDENTIFICATION
NUMBER 13-3205994

---

FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2013

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| TASK CODE   B110 | | Case Administration | | |
| 05/01/13 | MW | REVIEW COURT FILINGS FOR 5/1/13. | 0.50 | 107.50 |
| TOTAL TASK CODE | B110 | Case Administration | 0.50 | 107.50 |
| TASK CODE   B160 | | Fee/Employment Applications | | |
| 05/01/13 | MW | REVIEW MARCH INVOICE FOR PRIVILEGE AND CONFIDENTIAL INFORMATION (.8); REVISE SAME (.6). | 1.40 | 301.00 |
| 05/02/13 | MW | COMPLETE REVIEWING MARCH INVOICE FOR PRIVILEGE AND CONFIDENTIAL INFORMATION (1.4); REVISE SAME (.8). | 2.20 | 473.00 |
| 05/31/13 | NS | REVIEW TIME ENTRIES RE: PRIVILEGED INFORMATION AND REDACT SAME. | 1.40 | 665.00 |
| TOTAL TASK CODE | B160 | Fee/Employment Applications | 5.00 | 1439.00 |
| TASK CODE   B260 | | Board of Directors Matters | | |
| 05/01/13 | DL | PARTICIPATE IN CONF. CALL WITH CLIENTS RE: MEDIATION UPDATE. | 1.40 | 819.00 |
| 05/01/13 | DAP | RESEARCH AND REVIEW DELAWARE CASE LAW CONCERNING BREACH OF FIDUCIARY DUTY AND DRAFT RESPONSE TO WILMINGTON TRUST MOTION FOR STANDING (7.0); EMAIL CORRESPONDENCE WITH ROBERT DAKIS RE: RESPONSE TO THE WILMINGTON STN MOTION (.3); BOARD OF DIRECTORS UPDATE TELEPHONE CALL RE MEDIATION UPDATE (1.4). | 8.70 | ~~5,002.50~~ |
| 05/01/13 | JL | CALL WITH INDEPENDENT DIRECTORS RE: MEDIATION UPDATE (1.4). | 1.40 | 847.00 |
| 05/01/13 | JTM | CALL WITH INDEPENDENT DIRECTORS RE MEDIATION UPDATE AND INSTRUCTIONS (1.4); SECOND INDIE CALL RE SAME (.7); REVIEW CASELAW IN CONNECTION WITH WILMINGTON STN MOTION (4.4); REVIEW MATERIALS IN CONNECTION WITH CONTINUED MEDIATION (2.1). | 8.60 | 5,891.00 |

# **Morrison**Cohen LLP

| | | | | |
|---|---|---|---|---|
| 020530 | RESCAP, LLC | | DATE: | 07/18/13 |
| 020530-0002 | CHAPTER 11 | | INVOICE # : 237404 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2013

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 05/01/13 | MC | CALLS WITH INDEPENDENT DIRECTORS RE: MEDIATION UPDATE (2.1); OC'S WITH JTM, DAP RE SAME (.9); REVIEW ATTORNEY OBJECTIONS TO RMBS SALE (1.6). | 4.60 | 2,622.00 |
| 05/01/13 | RKD | TELEPHONE CONFERENCE WITH INDEPENDENT DIRECTORS TO DISCUSS AFI RESPONSE TO STANDING MOTIONS (.7); EMAILS WITH JTM ET AL., REGARDING SAME (.2); REVISE DRAFT RESPONSE TO WILMINGTON STN MOTION (1.9); ADDITIONAL LEGAL RESEARCH IN CONNECTION WITH SAME (.7); EMAILS WITH DAP REGARDING SAME (.2); CONTINUED REVIEW OF DEPOSITION EXHIBITS AND TRANSCRIPTS IN PREPARATION FOR TRIAL ON RMBS ACTION (2.6). | 6.30 | 3,307.50 |
| 05/01/13 | WMF | RESEARCH AND REVIEW CASELAW REGARDING FIDUCIARY DUTIES OWED BY DIRECTORS IN CONNECTION WITH EXAMINER'S REPORT. | 6.50 | 2,502.50 |
| 05/02/13 | DL | REVIEW AND REVISE MARANO TERMINATION PRESS RELEASE. | 1.00 | 585.00 |
| 05/02/13 | DAP | RESEARCH CONCERNING INDEPENDENT DIRECTOR FIDUCIARY DUTY ISSUES IN CONNECTION WITH RESPONSE TO WILMINGTON STN MOTION (3.0); REVIEW DRAFT OF DEBTOR'S RESPONSE TO WILMINGTON STN MOTION (.6); EMAIL CORRESPONDENCE JAMIE LEVITT AT MOFO REGARDING STN (.4); CONTINUE TO DRAFT, EDIT AND REVISE WILMINGTON STN RESPONSE ON BEHALF OF INDEPENDENT DIRECTORS (6.5). | 10.50 | 6,037.50 |
| 05/02/13 | JL | REVIEW PRESS RELEASE RE CEO TERMINATION. | 0.30 | 181.50 |
| 05/02/13 | JTM | CONTINUED MEDIATION SESSION WITH JUDGE PECK AT KRAMER LEVIN (8.1). | 8.10 | 5,548.50 |
| 05/02/13 | MC | PREPARATION AND PARTICIPATION IN BOARD MEETING (1.6); REVIEW PRESS RELEASE RE: CEO TERMINATION (.9); CORRESPONDENCE RE: SAME (.4). | 2.90 | 1,653.00 |
| 05/02/13 | NS | REVIEW AND ANALYSIS OF LEGAL RESEARCH RE SUBORDINATION. | 2.10 | 997.50 |
| 05/02/13 | RKD | CONTINUE REVIEWING DEPOSITION TRANSCRIPTS AND EXHIBITS IN PREPARATION FOR RMBS TRIAL (4.9); LEGAL RESEARCH REGARDING EXCLUDING PRIMA FACE EVIDENCE (.9); LEGAL RESEARCH REGARDING AMENDMENTS TO DEPOSITION TRANSCRIPTS (.1); EMAILS WITH W. FIEL REGARDING RESPONSE TO WILMINGTON STN MOTION (.1); REVIEW CASES REGARDING DERIVATIVE STANDING IN BANKRUPTCY CONTEXT (.8). | 6.80 | 3,570.00 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: | 07/18/13 |
|---|---|---|---|
| 020530-0002 | CHAPTER 11 | INVOICE # : 237404 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2013·

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 05/02/13 | WMF | CONTINUED RESEARCH AND REVIEW RE CASELAW REGARDING FIDUCIARY DUTIES OWED BY DIRECTORS IN CONNECTION WITH EXAMINER'S REPORT. | 7.80 | 3,003.00 |
| 05/03/13 | DAP | BOARD MEETING CONFERENCE CALL RE: MEDIATION AND DEVELOPMENTS (1.3); DRAFT STN RESPONSE (5.4); EMAIL CORRESPONDENCE JAMIE LEVITT (.4); TELEPHONE CALL WITH TED SMITH (.5); O/C WITH JTM AND RKD RE: WILMINGTON STN RESPONSE (.6). | 8.20 | 4,715.00 |
| 05/03/13 | JL | BOARD CALL RE MEDIATION AND DEVELOPMENTS. | 1.30 | 786.50 |
| 05/03/13 | JTM | BOARD CALL RE MEDIATION AND DEVELOPMENTS (1.3); O/CS RD AND DP RE WILMINGTON STN RESPONSE (.6); REVIEW AND COMMENT ON LATEST DRAFT STN RESPONSE (5.2). | 7.10 | 4,863.50 |
| 05/03/13 | MC | REVIEW PRESS RELEASES RE: CEO TERMINATION, OTHER ISSUES (1.7); REVIEW DRAFT RESPONSE TO WILMINGTON TRUST MOTION (2.4). | 4.10 | 2,337.00 |
| 05/03/13 | RKD | PARTICIPATE IN BOARD OF DIRECTORS CALL (1.3); EMAILS WITH D. PIEDRA REGARDING RESPONSE TO WILMINGTON STN MOTION (.2); REVISE SAME (1.1); ADDITIONAL LEGAL RESEARCH IN CONNECTION WITH SAME (.3); O/C W. JTM AND DAP RE SAME (.6). | 3.50 | 1,837.50 |
| 05/04/13 | DAP | EMAIL CORRESPONDENCE WITH JAMIE LEVITT AND GARY LEE REGARDING STN (.4); REVISIONS TO WILMINGTON STN MOTION RESPONSE ON BEHALF OF INDEPENDENT DIRECTORS (1.8). | 2.20 | 1,265.00 |
| 05/04/13 | JTM | REVIEW MATERIALS IN CONNECTION WITH RESPONSE TO WILMINGTON STN MOTION. | 4.20 | 2,877.00 |
| 05/05/13 | DAP | TELEPHONE CALL JENNIFER MARINES FROM MOFO (.2); REVIEW SUBSIDIARY DEBT FORGIVENESS MATERIALS (.3); REVISE STN BRIEF PER MOFO COMMENTS (1.0). | 1.50 | 862.50 |
| 05/05/13 | JTM | CONTINUED STN REVIEW AND REVISION TO RESPONSE TO WILMINGTON MOTION AND ANALYSIS OF VARIOUS UNDERLYING MATERIALS (3.2); EMAILS AND CALLS WITH INDIES RE SAME (.6). | 3.80 | 2,603.00 |

*Handwritten annotations: "747.5" next to DAP 05/03/13; "575" within DAP description; "890.5", "695" next to JTM 05/03/13; "525", "682.5", "Tdd - 3,107" next to RKD 05/03/13.*

# MorrisonCohen LLP

| | | | | |
|---|---|---|---|---|
| 020530 | RESCAP, LLC | | DATE: | 07/18/13 |
| 020530-0002 | CHAPTER 11 | | INVOICE # : 237404 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2013

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 05/06/13 | DAP | CONFERENCE CALL WITH INDEPENDENT DIRECTORS REGARDING STN RESPONSE (1.0); FINALIZE STN RESPONSE AND PREPARE SAME FOR FILING (3.7); REV. MOTION FOR SEALING ORDER (.5); O/C WITH JTM, RKD RE: SEALING MOTION (.4); REV DEBTOR RESPONSE TO WILMINGTON STN (.5); EMAIL CORRESPONDENCE JAMIE LEVITT RE SAME (.3); TELEPHONE CONFERENCE CALL WITH PERKINS COIE, ET AL. CONCERNING D&O AND E&O INSURANCE (.8); TELEPHONE CONFERENCE CALL WITH COMMITTEE AND PERKINS COIE REGARDING D&O AND E&O INSURANCE (.5); RMBS TRIAL PREPARATION JOHN MACK (1.0); O/C WITH JTM RE: RESPONSE TO WILMINGTON STN MOTION (.4). | 9.10 | 5,232.50 |
| 05/06/13 | JPR | MEETING WITH J. MOLDOVAN AND D. PIEDRA TO DISCUSS TRIAL DOCUMENT AND DEPOSITION TRANSCRIPT DATABASE SETUP (.1); CREATE NEW TRANSCRIPT REPOSITORY IN TEXTMAP. LOAD DEPOSITION TRANSCRIPTS AND EXHIBITS TO TEXT TEXTMAP (2.4). | 2.50 | 925.00 |
| 05/06/13 | JTM | REVIEW FINAL DRAFTS OF INDEPENDENT DIRECTOR RESPONSES TO WILMINGTON STN MOTION (3.5); OCS DP RE SAME (.4); CALL WITH INSURANCE TEAM RE COVERAGE ISSUES PRIOR TO ALL HANDS CALL RE SAME WITH UCC (.8); CALL WITH UCC AND INSURANCE TEAM RE INSURANCE COVERAGE (.5); REVIEW POLICY MATERIAL IN CONNECTION WITH SAME (2.9); TWO OCS RKD AND DAP RE SEALING MOTION AND REVIEW OF SAME (.8); EMAIL FROM UCC RE SAME (.3); REVIEW DEBTORS' DAUBERT MOTIONS AND SUPPORTING MATERIALS RE MBIA AND FGIC, DEBTORS' MOTIONS IN LIMINE TO EXCLUDE EVIDENCE; UCC'S MOTION IN LIMINE AND FGIC JOINDER (1.6). | 10.80 | 7,398.00 |
| 05/06/13 | KCH | CITE-CHECK LIMITED OBJECTION AND RESPONSE OF THE INDEPENDENT DIRECTORS OF RESIDENTIAL CAPITAL, LLC TO THE MOTION OF WILMINGTON TRUST, NATIONAL ASSOCIATION, FOR AN ORDER AUTHORIZING IT TO PROSECUTE CLAIMS AND OTHER CAUSES OF ACTION ON BEHALF OF THE RESIDENTIAL CAPITAL, LLC ESTATE PER D. PIEDRA. | 3.20 | 1,072.00 |
| 05/06/13 | MC | REVIEW AND COMMENT ON STN REPLY BRIEF (2.1); CONFERENCE CALL WITH BOARD RE: RESPONSE TO WILMINGTON STN MOTION (1.0); CONFERENCE CALL WITH BOARD RE: D&O AND E&O INSURANCE (.8); EMAIL CORRESPONDENCE RE: SAME (.4). | 4.30 | 2,451.00 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: | 07/18/13 |
|--------|-------------|-------|----------|
| 020530-0002 | CHAPTER 11 | INVOICE # : 237404 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2013

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 05/06/13 | RKD | FURTHER REVISIONS TO RESPONSE TO STN MOTION (2.1); DRAFT MOTION TO SEAL STN RESPONSE (1.1); DRAFT ORDER REGARDING SAME (.6); EMAILS WITH DAP REGARDING SAME (.3); O/C WITH JTM, DAP RE: SEALING MOTION (.4); PREPARE AND FILE RESPONSE AND SEALING MOTION (1.1). | 5.60 | 2,940.00 |
| 05/06/13 | WMF | REVIEW CITE CHECK REPORT FOR STN RESPONSE (.8); PERFORM ADDITIONAL RESEARCH IN CONNECTION WITH SAME (1.5). | 2.30 | 885.50 |
| 05/07/13 | DAP | COURT APPEARANCE REGARDING ORAL ARGUMENT OF COMMITTEE MOTION FOR STN STANDING AND EXCLUSIVITY MOTION (2.5); CONFERENCE WITH JAMIE LEVITT REGARDING RMBS TRIAL (.8); CONFERENCE WITH JTM REGARDING INSURANCE ISSUES AND REVIEW POLICIES RE: INDEPENDENT DIRECTORS (1.5); REVIEW BRIEFING AND DEPOSITION MATERIALS IN PREPARATION FOR JOHN MACK TESTIMONY IN CONNECTION WITH RMBS TRIAL (3.0); CONFERENCE CALL WITH T. PRINCI, JTM AND RKD RE: RMBS TRIAL PREPARATION (.8). | 8.60 | 4,945.00 |
| 05/07/13 | JL | CONFERENCE WITH JTM, INCLUDING TELEPHONE CALL WITH MOFO AND WITH PIEDRA RE RMB ACTION AND PREPARATION OF INDEPENDENT DIRECTORS, GENERAL STATUS. | 0.80 | 484.00 |
| 05/07/13 | JPR | LOAD DEPOSITION TRANSCRIPTS AND EXHIBITS TO TEXTMAP. SET UP DOCUMENT REPOSITORY FOR TRIAL DOCUMENTS. | 4.00 | 1,480.00 |
| 05/07/13 | JTM | APPEAR AT HEARING ON UCC STN MOTION (.5); REVIEW SUBMISSIONS OF EXPERT TESTIMONY BY UCC, MBIA RE RMBS TRIAL (1.4); O/C WITH DAP, MC RE: INSURANCE ISSUES FOR INDEPENDENT DIRECTORS (.7); REVIEW MACK, WEST MATERIAL IN CONNECTION WITH RMBS TRIAL (3.4); CONFERENCE CALL WITH T. PRINCI, DAP AND RKD RE: RMBS TRIAL PREPARATION (.8). | 6.80 | 4,658.00 |
| 05/07/13 | MW | START REVIEWING DOCUMENTS RELATING TO WILMINGTON TRUST MOTION FOR ORDER AUTHORIZING IT TO PROSECUTE CLAIMS ON BEHALF OF DEBTORS AND RMBS SETTLEMENTS. | 5.30 | 1,139.50 |
| 05/07/13 | MC | PARTICIPATION IN TELEPHONE COURT HEARING ON STN MOTION (1.9); OFFICE CONFERENCES WITH DAP, JTM RE: INSURANCE ISSUES (.7); REVIEW EMAIL CORRESPONDENCE (.3). | 2.90 | 1,653.00 |

# **Morrison**Cohen LLP

| 020530 | RESCAP, LLC | DATE: | 07/18/13 |
|---|---|---|---|
| 020530-0002 | CHAPTER 11 | INVOICE # : 237404 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2013

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 05/07/13 | RKD | CONFERENCE CALL WITH T. PRINCI, JTM, AND DAP REGARDING RMBS TRIAL PREPARATION AND J. MACK DIRECT (.8); CONTINUE REVIEW OF DEPOSITION AND DEPOSITION EXHIBITS, AND PLEADINGS IN RESPECT OF SAME (3.4); REVIEW LEGAL RESEARCH ON FIDUCIARY DUTY ISSUES IN CONNECTION WITH DRAFT MEMO RE SAME (1.9). | 6.10 | 3,202.50 |
| 05/08/13 | DAP | REVIEW OF CASE LAW AND BRIEFS, AND PREPARE OUTLINE FOR ORAL ARGUMENT OF STN MOTION ON TUESDAY 5/14 (6.0); EMAIL CORRESPONDENCE J. LEVITT (.3); MEETING WITH JTM AND RKD REGARDING PREPARATION OF RESPONSE TO EXAMINER REPORT, STN MOTION AND RMBS TRIAL (1.0); TELEPHONE CALL TONY PRINCI REGARDING RMBS PREPARATION AND JOHN MACK (.7); TELEPHONE CALL WITH JOHN MACK (.5). | 8.50 | 4,887.50 |
| 05/08/13 | JPR | COORDINATE WITH CO-COUNSEL REGARDING DEPOSITION TRANSCRIPTS. LOAD DEPOSITION TRANSCRIPTS TO TEXTMAP. | 1.50 | 555.00 |
| 05/08/13 | JTM | REVIEW AND ANALYSIS OF MATERIALS FILED IN CONNECTION WITH RMBS TRIAL BY UCC, MBIA (1.6); MEETING WITH DAP AND RKD RE STN MOTION (1.0) REVIEW OF FILINGS AND CASES RE SAME (5.2); EMAILS MOFO, LEVITT RE MALONEY DESIGNATIONS FOR TRIAL AND OCS DAP RE SAME (.4); REVIEW OBJECTION OF UCC TO WILMINGTON STN MOTION (.4); REVIEW AFI PROPOSAL TO UCC (.5); EMAIL TO INDIES RE WILMINGTON MOTION AND UCC RESPONSE, STATUS OF SAME, GENERAL BOARD MATTERS (1.1). | 10.20 | 6,987.00 |
| 05/08/13 | MW | REVIEWING DOCUMENTS RELATING TO WILMINGTON TRUST MOTION FOR ORDER AUTHORIZING IT TO PROSECUTE CLAIMS ON BEHALF OF DEBTORS. | 6.00 | 1,290.00 |
| 05/08/13 | MC | REVIEW COMMITTEE FILINGS (2.2); REVIEW CREDITORS COMMITTEE FILINGS (1.9). | 4.10 | 2,337.00 |
| 05/08/13 | RKD | EMAILS WITH W. FIEL REGARDING DRAFT MEMO RE FIDUCIARY DUTIES (.2); REVIEW CASE LAW AND ARTICLES REGARDING SAME (5.3); EMAILS WITH DAP AND JTM REGARDING TRIAL PREPARATION (.3); MEETING WITH JTM, DAP RE: PREPARING FOR STN HEARING AND RMBS TRIAL (1.0). | 6.80 | 3,570.00 |
| 05/09/13 | DL | TELEPHONE CONFERENCE WITH MOFO RE: INSURANCE CONTRIBUTION AND SETTLEMENT DISCUSSIONS. | 1.30 | 760.50 |

# **Morrison**Cohen LLP

| 020530 | RESCAP, LLC | DATE: | 07/18/13 |
|---|---|---|---|
| 020530-0002 | CHAPTER 11 | INVOICE # : 237404 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2013

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 05/09/13 | DAP | TELEPHONE CALL WITH JOE MOLODVAN AND MICHAEL CONNOLLY REGARDING D&O INSURANCE ISSUES AND CONSIDERATION IN CONNECTION WITH THE SETTLEMENT NEGOTIATIONS (1.3); TELEPHONE CONFERENCE CALL WITH GARY LEE AND LEWIS KRUGER CONCERNING SETTLEMENT AND DIRECTOR CONTRIBUTION TO SETTLEMENT AND INSURANCE ISSUES (.7); REVIEW OF INSURANCE CLAIMS DOCUMENTATION REGARDING POTENTIAL INDIE EXPOSURE (.4); RMBS TRIAL PREPARATION (4.5); RECEIVE AND REVIEW DRAFT OF JOHN MACK DIRECT TESTIMONY (1.5); COMMENTS RE: SAME (.4). | 8.80 | 5,060.00 |
| 05/09/13 | JTM | PREP FOR RMBS TRIAL INCLUDING REVIEW OF ALL RESEARCH MATERIALS AND TESTIMONY OF DIRECTORS AND EXPERTS AND JOHN MACK MATERIAL IN CONNECTION WITH DIRECT TESTIMONY (8.9); OC WITH MC AND RKD RE EXAMINER'S REPORT (1.2); CONFERENCE CALL WITH DAP, MC RE: D&O INSURANCE ISSUES IN SETTLEMENT NEGOTIATION (1.3). | 11.40 | 7,809.00 |
| 05/09/13 | MW | REVIEWING DOCUMENTS RELATING TO WILMINGTON TRUST MOTION FOR ORDER AUTHORIZING IT TO PROSECUTE CLAIMS ON BEHALF OF DEBTORS AND RMBS SETTLEMENTS. | 7.20 | 1,548.00 |
| 05/09/13 | MC | CONFERENCE CALL W/ JTM, DP, OTHERS RE D&O INSURANCE ISSUES (1.3); CONFERENCE CALL W/ MORRISON FOERSTER RE SAME (.7); OFFICE CONFERENCE WITH JTM AND RKD RE: EXAMINER'S EXPECTED REPORT (1.2);  REVIEW COURT PAPERS (2.2); CORRESPONDENCE W/ INDEPENDENT DIRECTORS (.5). | 5.90 | 3,363.00 |
| 05/09/13 | NS | CONFERENCE WITH R DAKIS, M WIATRAK, I REID RE: EXAMINER'S REPORT ASSIGNMENTS. | 0.40 | 190.00 |
| 05/09/13 | RKD | EMAILS WITH W. FIEL REGARDING FIDUCIARY DUTY MEMO (.4); OFFICE CONFERENCE WITH W. FIEL REGARDING SAME (.2); REVISE FIDUCIARY DUTY MEMO (6.7); FOLLOW UP LEGAL RESEARCH REGARDING SAME (2.3); EMAILS WITH JTM AND DAP REGARDING SAME (.3); REVIEW J. MACK DEPOSITION TRANSCRIPT IN PREPARATION FOR REVIEW OF DRAFT DIRECT TESTIMONY (.8); REVIEW DEPOSITION EXHIBITS IN CONNECTION WITH SAME (1.7); OC WITH MC AND JTM RE EXAMINER'S REPORT (1.2). | 12.60 | 6,615.00 |
| 05/09/13 | WMF | RESEARCH CASELAW RE FIDUCIARY DUTIES. | 3.50 | 1,347.50 |
| 05/09/13 | WMF | DRAFT MODULES REGARDING FIDUCIARY DUTIES IN ANTICIPATION OF EXAMINER'S REPORT. | 7.00 | 2,695.00 |

*Handwritten annotations: "Does not reference "others"", "All attendees not indicated", "4 attendees", "M", "M"*

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: | 07/18/13 |
|---|---|---|---|
| 020530-0002 | CHAPTER 11 | INVOICE # : 237404 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2013

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 05/09/13 | WMF | CONFERENCE WITH R. DAKIS REGARDING FIDUCIARY DUTY RESEARCH AND INSOLVENCY ANALYSIS. | 0.50 | 192.50 |
| 05/10/13 | DL | CONF. JTM, RD, JL, MC RE: STRUCTURING RESPONSES TO EXAMINER'S LIKELY REPORT (1.3). REVIEW DRAFTS OF MEMO SECTIONS (.4). | 1.70 | 994.50 M 760.5 |
| 05/10/13 | DL | CALL WITH INDEPENDENT DIRECTORS   585 | 0.70 | 409.50 M |
| 05/10/13 | DL | RESEARCH ISSUE OF MANAGERS' FIDUCIARY DUTY UNDER DEL. LAW. | 1.00 | 585.00 |
| 05/10/13 | DAP | TELEPHONE CALL WITH JOHN MACK RE: TESTIMONY (.5); REVIEW JOHN MACK DIRECT (.4); TELEPHONE CONFERENCE CALL WITH TONY PRINCI AND RMBS TEAM REGARDING RMBS TRIAL PREPARATION (1.1); REVIEW AND REVISE DRAFT OF RESPONSE TO EXPECTED EXAMINER REPORT CONCERNING BREACH OF FIDUCIARY DUTY ISSUES (1.2); EMAIL CORRESPONDENCE JAMIE LEVITT RE: SAME (.4). | 3.60 | 2,070.00 |
| 05/10/13 | JL | REVIEW AND COMMENT ON DRAFT OF FIDUCIARY DUTY MEMO SECTIONS (1.9); INTERNAL CONFERENCES RE STATUS, EXAMINERS REPORT, NEGOTIATIONS, INVESTIGATIONS, LEGAL DUTIES, ETC. (1.3). | 3.20 | 1,936.00 |
| 05/10/13 | JPR | UPLOADING RESCAP DATA TO NETWORK SHARE FOR CASE TEAM. | 0.50 | 185.00 |
| 05/10/13 | JTM | CALLS WITH TONY PRINCI AND DAP RE MACK DIRECT TESTIMONY (1.1); REVIEW MATERIALS IN CONNECTION WITH SAME AND PREP OF DIRECT (6.0); EMAILS AND CALLS WITH DIRECTORS THROUGHOUT DAY RE ALLY OFFER, SETTLEMENT, AND STATUS (1.5); REVIEW DRAFT FIDUCIARY DUTY MEMO (2.7) OCS RKD, JL, DL, MC RE SAME (1.4) COMMENT TO SAME (1.2). | 13.90 | 9,521.50 M 959 |
| 05/10/13 | MC | REVIEW AND COMMENT ON PROPOSED RESPONSE TO EXAMINERS REPORT (1.6); CONFERENCE CALL W/ INDEPENDENT DIRECTORS (1.3); O/C'S RE: CASE STATUS (MULTIPLE ISSUES) (.4); RE: FIDUCIARY DUTY MEMO (.4); CONFERENCE CALL W/ JOHN MACK AND MORRISON FOERSTER (.8); OC WITH MC, JTM, JL AND RKD RE EXAMINER'S REPORT (1.3).    570 | 5.80 | 3,306.00 M N82 |

909 Third Avenue, New York, NY  10022-4731 * p:212.735.8600 * f:212.735.8708 * www.morrisoncohen.com

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: | 07/18/13 |
|---|---|---|---|
| 020530-0002 | CHAPTER 11 | INVOICE # : 237404 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2013

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 05/10/13 | RKD | TELEPHONE CONFERENCE WITH JTM REGARDING DRAFT FIDUCIARY DUTY MEMO (.2); TELEPHONE CONFERENCE WITH JTM AND J LEVITT REGARDING SAME (.2); OFFICE CONFERENCE WITH J. LEVY REGARDING SAME (.2); REVISE DRAFT FIDUCIARY DUTY MEMO TO INCORPORATE COMMENTS FROM JTM AND J LEVY (2.9); TELEPHONE CONFERENCE WITH INDEPENDENT DIRECTORS, JTM, J LEVY M CONNOLLY, AND W. FIEL REGARDING CASE STATUS (1.3); FOLLOW UP CALL WITH JTM, W.FIEL, J LEVY AND M CONNOLLY REGARDING FIDUCIARY DUTY MEMO (.4); FURTHER REVISIONS TO FIDUCIARY DUTY MEMO (2.4); EMAILS WITH DAP REGARDING SAME (.3); EMAILS WITH J. LEVITT REGARDING SAME (.2); OC WITH JTM, JL AND MC RE SAME (1.3). | 9.40 | 4,935.00 |
| 05/11/13 | JTM | REVIEW AND ANALYSIS OF MATERIAL FOR EXAMINER RESPONSE IN CONNECTION WITH DIRECTORS AND TRANSACTIONS (4.4). | 4.40 | 3,014.00 |
| 05/11/13 | RKD | FURTHER REVISIONS TO J. MACK DIRECT TESTIMONY (1.3); REVIEW DRAFT TERM SHEET (1.7); EMAILS WITH JTM, MC, DAP, JL, AND DL REGARDING TERM SHEET (1.9). | 4.90 | 2,572.50 |
| 05/12/13 | DL | CONFS. AND EMAILS WITH JTM, MC, JL, RKD, DAP RE: INDEMNITY AND INSURANCE ISSUES, DUTIES OF INDEPENDENT DIRECTORS (1.1). REVIEW AND REVISE PROPOSED TERM SHEET AND PSA LANGUAGE (.7). | 1.80 | 1,053.00 |
| 05/12/13 | DAP | REVIEW DRAFTS OF TERM SHEET AND PLAN SUPPORT AGREEMENT REGARDING INDEPENDENT DIRECTORS (1.5); TELEPHONE CALL WITH JTM REGARDING SAME (.5); EXTENSIVE EMAIL CORRESPONDENCE REGARDING TERM SHEET AND PLAN SUPPORT AGREEMENT REGARDING ISSUES AFFECTING THE INDEPENDENT DIRECTORS (1.5); TELEPHONE CONFERENCE CALL WITH PERKINS COIE SELENA LINDA AND JOEL HAIMS OF MOFO (.5); REVIEW DRAFT REVISED LANGUAGE FOR TERM SHEET AND PLAN SUPPORT AGREEMENT (.4); PROPOSE ADDITIONAL LANGUAGE FOR TERM SHEET AND PLAN SUPPORT AGREEMENT AND EMAIL CORRESPONDENCE RE: SAME (.6); TELEPHONE CALL WITH JTM AND M. SHARKEY AT PERKINS COIE (.4); REV EMAIL CORRESPONDENCE M. SHARKEY (.4); REVIEW INSURANCE MATERIALS (1.0). | 6.30 | 3,622.50 |
| 05/12/13 | JL | REVIEW MULTIPLE DRAFTS OF DRAFT TERM SHEET AND PLAN SUPPORT AGREEMENT (2.6); INTERNAL CONFERENCES AND EMAILS WITH MOCO TEAM RE VARIOUS PROVISIONS, ISSUES RE D&O INSURANCE AND COVERAGE, INDEMNIFICATION (1.1). | 3.70 | 2,238.50 |

# **Morrison**Cohen<sub>LLP</sub>

| | | | | |
|---|---|---|---|---|
| 020530 | RESCAP, LLC | | DATE: | 07/18/13 |
| 020530-0002 | CHAPTER 11 | | INVOICE # : 237404 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2013

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 05/12/13 | JTM | CONTINUED PREP FOR RMBS TRIAL INCLUDING TESTIMONY AND EXPERT WITNESS MATERIAL REVIEW (2.8); REVIEW DRAFTS OF TERM SHEET AND PLAN SUPPORT AGREEMENT FOCUS ON INDIES (1.7); TC DAP REGARDING SAME (.5); NUMEROUS EMAILS TEAM, MOFO RE TERM SHEET AND PLAN SUPPORT AGREEMENT REGARDING ISSUES AFFECTING THE INDEPENDENT DIRECTORS (1.4); CALL WITH DAP AND DEBTOR INSURANCE COUNSEL PERKINS COIE SELENA LINDA AND JOEL HAIMS OF MOFO CONCERNING IMPACT ON INDIE INSURANCE (.5); SEVERAL CALLS SHARKEY RE IMPACT OF PSA ON INSURANCE TOWER AND DIRECTOR CONTRIBUTION (.8); REVIEW MULTIPLE TURNS OF REVISED LANGUAGE FOR TERM SHEET AND PLAN SUPPORT AGREEMENT RE SAME (.3); OC DAP RE ADDITIONAL PROVISIONS FOR TERM SHEET AND PSA EMAILS RE SAME (.7); TC DAP AND M. SHARKEY AT PERKINS COIE (.4); REV EMAILS W SHARKEY (.3); REVIEW INSURANCE MATERIALS IN CONNECTION WITH SAME (.4); EMAILS THROUGHOUT DAY WITH MOFO TEAM AND MOCO TEAM RE MACK TESTIMONY AND DUTIES OF INDEPENDENT DIRECTORS (1.1). | 10.90 | 7,466.50 |
| 05/12/13 | MC | CONFERENCE CALLS AND EMAIL EXCHANGES THROUGHOUT THE DAY RE: INDEMNITY, INSURANCE ISSUES, PLAN TERM SHEET, AND DUTIES OF INDEPENDENT DIRECTORS (2.6); REVIEW AND COMMENT ON BOARD MATERIALS (1.0). | 3.60 | 2,052.00 |
| 05/12/13 | RKD | REVIEW DEPOSITION TRANSCRIPTS AND PLEADINGS IN CONNECTION WITH TRIAL PREPARATION (1.3); REVIEW REVISED SETTLEMENT TERM SHEET (1.6); EMAILS WITH JTM, ET AL., REGARDING SAME (.9); REVIEW DRAFT PRESENTATION TO BOARD REGARDING SAME (.8); EMAILS WITH JTM ET AL REGARDING PRESENTATION (.9). | 5.50 | 2,887.50 |
| 05/13/13 | DL | ANALYZE PSA AND TERM SHEET RE: INDEMNITY AND INSURANCE ISSUES (3.5); CONFS JTM, RD, JL, DAP RE: TERM SHEET (1.1); TELEPHONE CONFERENCES MOFO ET.AL RE: TERM SHEET (.4); SPECIAL TELEPHONE MEETING OF COMMITTEE OF INDEPENDENT DIRECTORS (1.0). | 6.00 | 3,510.00 |

# MorrisonCohen LLP

| | | |
|---|---|---|
| 020530 | RESCAP, LLC | DATE:    07/18/13 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 237404 |

FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2013

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 05/13/13 | DAP | REVIEW AND COMMENT ON NUMEROUS DRAFTS OF PLAN SUPPORT AGREEMENT AND TERM SHEET REGARDING RIGHTS OF INDEPENDENT DIRECTORS, PROPOSE ALTERNATIVE LANGUAGE AND NUMEROUS OFFICE CONFERENCES RE: SAME (3.5); REVIEW OPERATING AGREEMENT AND AFI CHARTER REGARDING AFI INDEMNITY OBLIGATIONS FOR INDEPENDENT DIRECTORS (1.5); TELEPHONE CALLS WITH MOFO REGARDING SAME (1.0); TELEPHONE CONFERENCE CALL WITH ALL INDEPENDENT DIRECTORS (1.0). | 7.00 | 4,025.00 |
| 05/13/13 | JL | BOARD CALL AND FOLLOW UP (1.2); REVIEW PLAN SUPPORT AGREEMENT DRAFTS (1.8); TELEPHONE CALLS WITH MOFO TEAM, TELEPHONE CALLS WITH COUNSEL (1.0); REVIEW REVISED SUPPORT AGREEMENT DRAFTS (2.4); MEETING OF INDEPENDENT DIRECTORS (1.0); REVIEW RESPONSES RE PROPOSED CHANGES AND INTERNAL CONFERENCES (.8). | 8.20 | 4,961.00 |
| 05/13/13 | JTM | REVIEW DRAFTS OF PLAN SUPPORT AGREEMENT AND TERM SHEETS THROUGHOUT DAY INCLUDING NUMEROUS BACK AND FORTH EMAILS AND CALLS RE LANGUAGE AND VARIOUS PROVISIONS INCLUDING THOSE AFFECTING INSURANCE PROCEEDS (8.4); CHAMBERS CONFERENCE RE PLAN STATUS AND EXAMINER REPORT (1.4); CALLS AND EMAILS THROUGHOUT DAY AND EVENING NEGOTIATING REVISIONS AND MODIFICATIONS TO PLAN SUPPORT AGREEMENT AND TERM SHEETS WITH MOFO - LEE, TANENBAUM, MARINUZZI, K&E - SCHROCK, CRO, LEW KRUGER (3.7); MEETING OF INDEPENDENT DIRECTORS RE PSA AND TERM SHEETS (1.0); CALLS WITH INDEPENDENT DIRECTORS ILANY AND WEST (.4). | 14.90 | 10,206.50 |
| 05/13/13 | KCH | LOG OF MEETINGS OF INDEPENDENT DIRECTORS, BOARD MEETINGS WITH MOCO ATTORNEYS (.5); BEGIN REVIEW OF TIME RE: EXAMINER'S REPORT (1.0). | 1.50 | 502.50 |
| 05/13/13 | MW | PREPARATION FOR TRIAL. | 5.00 | 1,075.00 |
| 05/13/13 | MC | REVIEW EMAILS, CORRESPONDENCE REGARDING INDEMNIFICATION AND RELATED ISSUES IN RELATION TO PLAN SUPPORT AGREEMENT. | 2.10 | 1,197.00 |

909 Third Avenue, New York, NY  10022-4731 * p:212.735.8600 * f:212.735.8708 * www.morrisoncohen.com

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: | 07/18/13 |
|---|---|---|---|
| 020530-0002 | CHAPTER 11 | INVOICE # : 237404 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2013

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|---|---|---|---|---|
| 05/13/13 | RKD | REVIEW REVISED FORM OF TERM SHEET (1.7); EMAILS WITH JTM REGARDING SAME (.3); OFFICE CONFERENCE WITH JTM, DL, JL REGARDING SAME (1.1); TELEPHONE CONFERENCE WITH JTM, DL, JL, J. TANNENBAUM AND G. LEE REGARDING SAME (.4); TELEPHONE CONFERENCE WITH DAP AND C BRUENS REGARDING SAME (.3); EMAILS REGARDING REVISED FORM OF STIPULATION (.4); REVIEW REVISED FORM OF PSA AND FURTHER REVISED STIPULATION (1.3). | 5.70 | 2,992.50 |
| 05/13/13 | WMF | REVIEW AND ANALYZE ATTORNEY TIME SHEETS FOR MEETINGS WITH INDEPENDENT DIRECTORS (2.1); DRAFT CHART SUMMARIZING SAME (2.4). | 4.50 | 1,732.50 |
| 05/14/13 | DL | CONF. DAP, MC, JTM, JL, RE: DISCLOSURES TO INDEPENDENTS. | 0.60 | 351.00 |
| 05/14/13 | DAP | REC/REV DEBTORS' PRE-TRIAL MOTIONS TO EXCLUDE IN CONNECTION WITH 9019 TRIAL (.8); REVIEW COMMITTEE RESPONSE AND OTHER PARTY JOINDERS IN SAME (.8); REVIEW COMMITTEE MOTION TO EXCLUDE IN CONNECTION WITH 9019 TRIAL (.8); CONF JTM RE: REVISED PLAN TERM SHEET AND REV SAME (.4); REVIEW EXHIBITS AND DEPOSITION TESTIMONY REGARDING MOTIONS IN LIMINE FOR 9019 TRIAL (1.4); EMAIL CORRESP. JAMIE LEVITT (.2); PREPARATION FOR 9019 TRIAL AND DECLARATION OF DIRECT TESTIMONY FOR JOHN MACK (1.5); EMAIL WITH TONY PRINCI RE: SAME (.2); OC WITH DL, MC, JTM AND JL RE DISCLOSURES (.6). | 6.70 | 3,852.50 |
| 05/14/13 | JL | OC WITH DL, DAP, MC AND JTM RE DISCLOSURES. | 0.50 | 302.50 |
| 05/14/13 | JTM | COURT APPEARANCE RE OMNIBUS HEARING ON CASH COLLATERAL, RMBS TRIAL STATUS, OTHER MATTERS (1.0); CALLS WITH DIRECTORS RE STATUS OF PSA AND RMBS TRIAL (.6); TC ILANY RE STATUS OF ALL MATTERS, PSA, INSURANCE ISSUES (.4); REVIEW MACK PROPOSED DIRECT, OCS DAP RE SAME (1.3); OC WITH DL, DAP, JL AND MC RE DISCLOSURE ISSUES (.6); REVIEW DEBTORS' OPPOSITION TO TESTIMONY PRECLUSION, COMMITTEE RESPONSE (1.6); EMAIL EXCHANGES WITH RKD RE: REVISED PLAN TERM SHEET (.6). | 6.10 | 4,178.50 |
| 05/14/13 | KCH | CONTINUE REVIEW TIME ENTRIES FOR SPREADSHEETS REFLECTING SAME. | 3.20 | 1,072.00 |
| 05/14/13 | MW | REVIEW DOCUMENTS AT DIRECTION OF RKD IN CONNECTION WITH RMBS TRIAL STRATEGY. | 5.00 | 1,075.00 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | | DATE: | 07/18/13 |
| 020530-0002 | CHAPTER 11 | | INVOICE # : 237404 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2013

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 05/14/13 | RKD | REVIEW DEBTOR'S MOTION TO EXCLUDE COMMITTEE TRIAL TESTIMONY (.8); REVIEW COMMITTEE RESPONSE TO SAME AND JOINDERS (1.9); REVIEW CASES CITED IN PLEADINGS (1.4); REVIEW COMMITTEE MOTION TO EXCLUDE DEBTOR'S EVIDENCE AND JOINDERS TO SAME (1.3); REVIEW MOTION TO EXCLUDE ROSSI TESTIMONY (.8); REVIEW CASES CITED IN SAME (.6); REVIEW MOTION TO EXCLUDE BROWN (.9); REVIEW RESPONSE TO SAME (.6); REVIEW EXHIBITS AND DEPOSITION TESTIMONY IN CONNECTION WITH REVIEW OF MOTIONS IN LIMINE (2.6); REVIEW REVISED FORM OF PLAN TERM SHEET (1.1); EMAILS WITH JTM REGARDING SAME (.6). | 12.60 | 6,615.00 |
| 05/15/13 | DAP | TELEPHONE CALL WITH TONY PRINCI AND JTM REGARDING RMBS TRIAL (.3); CONF. JTM RE: PREP FOR RMBS TRIAL (.3); BEGIN REVIEW OF PRE-TRIAL SUBMISSIONS IN CONNECTION WITH THE PREPARATION OF JOHN MACK FOR TESTIMONY AT TRIAL (3.5); EMAIL CORRESPONDENCE WITH JOHN MACK RE: RMBS TRIAL (.2); TELEPHONE CALL WITH PAM WEST (.2); REVIEW DOCUMENTS AND PLEADINGS FOR RMBS 9019 TRIAL PREPARATION (2.2). | 6.70 | 3,852.50 |
| 05/15/13 | JPR | TRIAL PREPARATION. DATABASE SETUP. | 0.60 | 222.00 |
| 05/15/13 | JTM | REVIEW MOTIONS TO EXCLUDE EVIDENCE AND RESPONSES TO SAME IN CONNECTION WITH TRIAL PREP (2.4); CALL DIRECTOR WEST RE STATUS (.3); CALL TONY PRINCI RE PREP ISSUES IN CONNECTION WITH MACK (.3); REVIEW PRE TRIAL SUBMISSIONS AND EXHIBIT LISTS (3.6); REVIEW REVISED MACK DIRECT (1.2); TCS PRINCI, MOFO, DAP, DAKIS RE UCC DESIGNATION OF WEST AS ADVERSE WITNESS (.6); CONTINUED PREP FOR RMBS TRIAL (3.7). | 12.10 | 8,288.50 |
| 05/15/13 | KCH | REVIEW OF TIME ENTRIES AND RECORD CONFERENCES WITH INDEPENDENT DIRECTORS. | 3.20 | 1,072.00 |
| 05/15/13 | LM | REVIEW MORRISON COHEN TIME SHEETS AND COMPILE CHART, RE: MEETING AND TELEPHONE CONFERENCES IN CONNECTION WITH EXAMINER'S REPORT. | 6.00 | 1,650.00 |
| 05/15/13 | MW | REVIEW 175 DOCUMENTS ON TRIAL EXHIBIT DATABASE. | 5.00 | 1,075.00 |

*No meeting indicated?* (handwritten)

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: | 07/18/13 |
|--------|-------------|-------|----------|
| 020530-0002 | CHAPTER 11 | INVOICE # : 237404 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2013

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 05/15/13 | RKD | REVIEW COMMITTEE PRETRIAL SUBMISSIONS (.9); REVIEW MBIA PRETRIAL SUBMISSIONS (.3); BEGIN REVIEW DESIGNATED DEPOSITION TESTIMONY (5.3); EMAILS WITH JTM REGARDING PRETRIAL SUBMISSIONS (.3); EMAILS WITH NS AND MW REGARDING SAME (.1); T/C W/JTM RE: COMMITTEE DESIGNATION OF WEST AS ADVERSE WITNESS (.6). | 7.50 | 3,937.50 |
| 05/16/13 | DAP | REVIEW EXTENSIVE SUBMISSIONS IN CONNECTION WITH RMBS TRIAL IN CONNECTION WITH THE PREPARATION OF JOHN MACK AND POTENTIALLY PAM WEST FOR TESTIMONY AT RMBS TRIAL (6.2); CONF WF RE: RESEARCH CONCERNING CORRECTION OF DEPO TESTIMONY (.5); O/C WITH JTM, RKD RE: DEPO ERRATA ISSUES AND ANALYSIS (.7); O/C JTM, RKD RE: WEST TESTIMONY (.6). | 8.00 | 4,600.00 |
| 05/16/13 | JPR | MEETING WITH CASE TEAM REGARDING TRIAL PREP ISSUES (.4). CALL WITH ALEXANDER LAWRENCE FROM MORRISON FOERSTER RE: EXPORT OF RMBS EXHIBITS (.7). | 1.10 | 407.00 |
| 05/16/13 | JTM | REVIEW WILMINGTON PRETRIAL SUBMISSION AND DESIGNATIONS OF TESTIMONY (1.3); REVIEW MACK DEPO TRANSCRIPT (3.9); OC DAP AND RD RE ERRATA ISSUES AND ANALYSIS (.7); OC TEAM RE STRATEGY AND TRIAL EXHIBITS (.4); REVIEW MEMO RE TESTIMONY ISSUES (.3); OCS DAP AND RD RE WEST TESTIMONY (.6); CONTINUED PREP FOR RMBS TRIAL (3.9). | 11.10 | 7,603.50 |
| 05/16/13 | KCH | REVISE CHARTS RE EXAMINER REPORTS (.4); OC WITH WF RE SAME (.4). | 0.80 | 268.00 |
| 05/16/13 | LM | CONTINUED REVIEW OF MORRISON COHEN TIME SHEETS FOR EXAMINER ISSUES. | 6.00 | 1,650.00 |
| 05/16/13 | MW | REVIEW 115 DOCUMENTS IN RMBS EXHIBIT DATABASE. | 5.00 | 1,075.00 |
| 05/16/13 | NS | CONFERENCE WITH R DAKIS, J REID, M WIATRAK RE: RMBS TRIAL PREPARATION ASSIGNMENTS (.4); MULTIPLE E-MAIL AND TELEPHONE COMMUNICATIONS WITH MORRISON FOERSTER RMBS TRIAL TEAM RE: DATABASE, AND OTHER TRIAL PREPARATION ISSUES (1.3). | 1.70 | 807.50 |

*Meeting not indicated* (handwritten annotation)

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | DATE: | 07/18/13 |
|--------|-------------|-------|----------|
| 020530-0002 | CHAPTER 11 | INVOICE # : 237404 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2013

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 05/16/13 | RKD | OFFICE CONFERENCE WITH J RIED, N SIEGEL AND MW REGARDING EXHIBITS AND GENERAL TRIAL PREPARATION (.4); CONTINUED REVIEW OF DESIGNATED DEPOSITION TRANSCRIPTS AND DEPOSITION EXHIBITS REFERENCED THEREIN (4.8); LEGAL RESEARCH REGARDING ADVERSE WITNESSES (.9); REVIEW PLAN TERM SHEET AND PLAN SUPPORT AGREEMENT (.7); EMAILS WITH JTM REGARDING TRIAL PREPARATION (.4); BEGIN REVIEWING DIRECTOR EXHIBITS IN ADVANCE OF J MACK TRIAL PREPARATION (1.3); O/C WITH JTM, DAP RE: DEPO ERRATA ISSUES, ANALYSIS (.7); O/C WITH JTM, DAP RE: WEST TESTIMONY (.6). | 10.10 | 5,302.50 |
| 05/16/13 | WMF | LEGAL RESEARCH CASELAW DEPOSITION TESTIMONY AT TRIAL THAT WAS CHANGED BY DEPONENT. | 4.80 | 1,848.00 |
| 05/17/13 | DAP | EMAIL CORRESPONDENCE JOHN MACK (.2); CONTINUE PREPARATION FOR RMBS TRIAL AND REVIEW EVIDENTIARY SUBMISSIONS IN PREP FOR JOHN MACK DIRECT (5.6). | 5.80 | 3,335.00 |
| 05/17/13 | JL | REVIEW DRAFT MINUTES (.2); EMAIL MC RE SAME (.1). | 0.30 | 181.50 |
| 05/17/13 | JPR | COORDINATE UPLOAD OF RMBS EXHIBITS TO RELATIVITY (.7); OC WITH RKD RE TRIAL PREP (.3). | 1.00 | 370.00 |
| 05/17/13 | JTM | CONTINUED PREP THROUGHOUT DAY FOR RMBS TRIAL INCLUDING REVIEWING DEPOSITION AND OTHER TRANSCRIPTS (3.7); REVIEW OF DISCOVERY MATERIAL DESIGNATED FOR BY ADVERSE PARTIES (4.2); REVIEW MEMORANDA AND LEGAL RESEARCH (2.5). | 9.40 | 6,439.00 |
| 05/17/13 | LM | REVIEW MORRISON COHEN TIME SHEETS AND COMPILE CHART, RE: MEETING AND TELEPHONE CONFERENCES WITH INDEPENDENT DIRECTORS. | 4.50 | 1,237.50 |
| 05/17/13 | MW | REVIEW ADDITIONAL 110 TRIAL EXHIBITS. | 5.00 | 1,075.00 |
| 05/17/13 | MC | PREPARATION FOR AND PARTICIPATION IN BOARD MEETING (1.4); REVIEW BOARD RESOLUTIONS (.7). | 2.10 | 1,197.00 |
| 05/17/13 | RKD | OFFICE CONFERENCES WITH J REID REGARDING TRIAL PREPARATION AND EXHIBITS (.3); OFFICE CONFERENCES WITH NS REGARDING SAME AND EXAMINER'S REPORT (.3); BEGIN REVIEW OF TRIAL EXHIBITS (7.6). | 8.20 | 4,305.00 |
| 05/17/13 | WMF | CONTINUE RESEARCH REGARDING USING DEPOSITION TESTIMONY AT TRIAL THAT WAS CHANGED BY DEPONENT. | 2.50 | 962.50 |

# **Morrison**Cohen LLP

| 020530 | RESCAP, LLC | DATE: 07/18/13 |
|--------|-------------|----------------|
| 020530-0002 | CHAPTER 11 | INVOICE # : 237404 |

FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2013

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 05/18/13 | JPR | COORDINATE LOADING OF RMBS EXHIBITS TO RELATIVITY (.3); COMMUNICATION WITH CASE TEAM AND VENDOR REGARDING DATA LOADS (.2). | 0.50 | 185.00 |
| 05/18/13 | JTM | CONTINUED REVIEW OF DEPOSITION TRANSCRIPTS FOR RMBS TRIAL AND PREP OF WEST AND MACK RE SAME. | 6.20 | 4,247.00 |
| 05/18/13 | RKD | EMAILS WITH J. REID REGARDING TRIAL EXHIBITS (.3); CONTINUE REVIEW OF TRIAL EXHIBITS (6.9). | 7.20 | 3,780.00 |
| 05/19/13 | JPR | EXECUTE RELATIVITY DATABASE SEARCHES AND EXPORT TO PDF FOR R. DAKIS. | 2.00 | 740.00 |
| 05/19/13 | JTM | PREP FOR RMBS TRIAL INCLUDING REVIEWING DEBTORS' MOTIONS AND OPPOSITION MATERIALS, EXPERT REPORTS, DEPO TRANSCRIPTS, REVIEW OF ALL EXHIBITS IDENTIFYING OR REFERENCING MOLDOVAN AND EMAILS WITH DAP AND RKD RE: TRIAL PREPARATION. | 11.20 | 7,672.00 |
| 05/19/13 | RKD | CONTINUE REVIEW OF TRIAL EXHIBITS (8.2); EMAILS WITH JTM AND DAP REGARDING TRIAL PREPARATION (.4); REVIEW ADDITIONAL J. MACK DOCUMENTS IN PREPARATION FOR J MACK TRIAL MEETINGS (1.7). | 10.30 | 5,407.50 |
| 05/20/13 | DAP | EMAIL CORRESPONDENCE WITH JTM AND RD REGARDING RMBS TRIAL PREPARATION ISSUES (.4); EMAIL FROM MOFO REGARDING SUBPOENA TO PAM WEST (.3); TELEPHONE CALL WITH PAM WEST (.2); REVIEW PRETRIAL SUBMISSIONS OF MBIA (.8); REVIEW PRIOR JOHN MACK TESTIMONY AND ALL EXHIBITS AND PREPARE OUTLINE FOR DIRECT TESTIMONY PREPARATION SESSION WITH JOHN MACK ON MAY 21 IN CONNECTION WITH UPCOMING RMBS 9019 TRIAL (8.5). | 10.20 | 5,865.00 |
| 05/20/13 | JL | TELEPHONE CALL WITH TAMMY W/MC RE MINUTES (.4); MEET WITH MC RE SAME (.7). | 1.10 | 665.50 |
| 05/20/13 | JPR | EXECUTE RELATIVITY DATABASE SEARCHES AND EXPORT TO PDF FOR R. DAKIS. | 0.80 | 296.00 |
| 05/20/13 | JTM | PREP FOR MEETING WITH JOHN MACK AND HIS PREP FOR TRIAL INCLUYDING REVIEW OF ALL MACK EXHIBITS AND DESIGNATIONS, NOTES, PRODUCED MATERIAL (6.5); REVIEW PRINCI SUPP DECLARATION RE MOTIONS TO STRIKE (.9); REVIEW AND COMMENT ON SUPPLEMENTAL TERM SHEET (3.2). | 10.60 | 7,261.00 |
| 05/20/13 | LM | REVIEW MORRISON COHEN TIME SHEETS AND COMPILE CHART, RE: MEETING AND TELEPHONE CONFERENCES WITH INDEPENDENT DIRECTORS. | 4.50 | 1,237.50 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | | DATE: | 07/18/13 |
|--------|-------------|---|-------|----------|
| 020530-0002 | CHAPTER 11 | | INVOICE # : 237404 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2013

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 05/20/13 | MC | REVIEW AND COMMENT ON BOARD MINUTES (.2); OC AND PHONE CALL WITH JL TO TAMMY HAMZEHPOUR RE: SAME (.4); OC WITH JL RE SAME (.7). | 1.30 | 741.00 |
| 05/20/13 | NS | REVIEW OF MACK DOCUMENTS IDENTIFIED AS EXHIBITS FOR RMBS TRIAL (1.7); DRAFT CROSS-INDEXED CHART OF SAME (3.9). | 5.60 | 2,660.00 |
| 05/20/13 | RKD | REVIEW REVISED J. MACK DEPOSITION TESTIMONY IN PREPARATION FOR J. MACK PREP SESSIONS (2.9); REVIEW EXHIBITS CITED IN SAME (1.4); REVIEW REVISED J. MACK DIRECT TESTIMONY IN PREPARATION FOR SAME (1.7); REVIEW EXHIBITS CITED IN SAME (1.1); CONTINUE REVIEW OF EXHIBITS AND PLEADINGS IN PREPARATION FOR RMBS TRIAL (7.3). | 14.30 | 7,507.50 |
| 05/20/13 | WMF | COMPLETE RESEARCH MEMORANDUM DESCRIBING LAW RELEVANT TO FRCP 30(E). | 3.70 | 1,424.50 |
| 05/21/13 | DAP | PREPARE FOR MEETING WITH JOHN MACK (3.5); MEETING WITH JOHN MACK (5.0). | 8.50 | 4,887.50 |
| 05/21/13 | JTM | REVIEW OF PAM WEST MATERIAL INCLUDING TRANCRIPTS, DOCUMENTS PRODUCED, DESIGNATIONS, NOTES BASED UPON HER DESIGNATION AS ADVERSE WITNESS BY UCC IN CONNECTION WITH RMBS TRIAL (8.1); MEETING WITH DAP AND JOHN MACK IN PREP FOR TRIAL (3.2); REVIEW ALLY COMMENTS TO SUPP TERM SHEET (1.3). | 12.60 | 8,631.00 |
| 05/21/13 | LM | DRAFTING CHART, RE: MEETING AND TELEPHONE CONFERENCES WITH INDEPENDENT DIRECTORS. | 3.70 | 1,017.50 |
| 05/21/13 | MC | REVIEW NOTES AND EMAIL CHAINS RE: BOARD MEETINGS AND MINUTES (1.4); REVIEW COURT FILINGS (1.8). | 3.20 | 1,824.00 |
| 05/21/13 | NS | CONFERENCE WITH M WIATRAK RE: MACK RMBS TRIAL EXHIBITS (0.1); TRIAL PREPARATIONS RE: WEST RMBS TRIAL EXHIBITS (1.2). | 1.30 | 617.50 |
| 05/21/13 | RKD | CONTINUED REVIEW OF DOCUMENTS AND DEPOSITION TRANSCRIPTS IN PREPARATION FOR J. MACK TRIAL PREP (6.1); ATTEND PORTIONS OF J MACK TRIAL PREP (3.3). | 9.40 | 4,935.00 |

# **Morrison**Cohen LLP

| 020530 | RESCAP, LLC | DATE: | 07/18/13 |
| 020530-0002 | CHAPTER 11 | INVOICE # : 237404 |

FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2013

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 05/22/13 | DAP | EMAIL CORRESPONDENCE WITH JOHN MACK (.3); REVIEW DEPOSITION MATERIALS AND PREPARE OUTLINE FOR MEETING WITH JOHN MACK (3.1); EMAIL TO TONY PRINCI RE: JOHN MACK DIRECT TESTIMONY DECLARATION (.6); O/C WITH JTM AND MC RE: COORDINATING MACK TRIAL PREPARATION (.4); TELEPHONE CALL WITH TONY PRINCI (.5); MEETING WITH JOHN MACK AND PREPARE FOR RMBS TRIAL (3.0). | 7.90 | 4,542.50 |
| 05/22/13 | JTM | REVIEW LATEST TURN OF PLAN SUPPLEMENT (1.7); CONTINUED REVIEW OF EXPERT MATERIAL AND WEST DOCUMENTS IN CONNECTION WITH RMBS TRIAL (4.2); OCS DAP, MC RE MACK TRIAL PREP AND COORDINATION OF SAME (.4); REVIEW BERKSHIRE MOTION TO UNSEAL (1.1); EMAIL BOARD RE SAME (.4). | 7.80 | 5,343.00 |
| 05/22/13 | MC | REVIEW COURT DOCUMENTS (2.4); O/C WITH JTM, DAP (.4). | 2.80 | 1,596.00 |
| 05/22/13 | NS | TRIAL PREPARATIONS RE: WEST RMBS TRIAL EXHIBITS. | 4.70 | 2,232.50 |
| 05/22/13 | RKD | CONTINUED REVIEW OF DOCUMENTS AND DEPOSITION TRANSCRIPTS IN PREPARATION FOR J. MACK TRIAL PREP (2.1); ATTEND J MACK TRIAL PREP (3.0); REVIEW RESPONSES TO MOTIONS IN LIMINE IN ADVANCE OF HEARING ON SAME (1.3); CONTINUE REVIEW AND ANALYSIS OF TRIAL EXHIBITS IN PREPARATION FOR TRIAL (4.9). | 11.30 | 5,932.50 |
| 05/23/13 | DAP | EMAIL CORRESPONDENCE WITH JAMIE LEVITT (.3); EMAIL CORRESPONDENCE TONY PRINCI (.3); TELEPHONE UPDATE CALL WITH INDEPENDENT DIRECTORS (.6). | 1.20 | ~~690.00~~ 345 |
| 05/23/13 | JL | INDEPENDENT DIRECTOR CALL (.6); BOARD CALL (1.1). | 1.70 | 1,028.50 |
| 05/23/13 | JTM | CALLS WITH TANENBAUM RE GOVERNANCE ISSUES (.3); COMMUNICATIONS RE: TELEPHONIC INDEPENDENT BOARD DIRECTOR CALL (.2); T/C INDEPENDENT DIRECTOR RE GOVERNANCE ISSUES (.6); TELEPHONE CONFERENCE WITH RKD RE: PSA APPROVAL MOTION, RELATED DOCS (.9); BOARD CALL RE PSA AND STRATEGY GOING FORWARD (1.1); CONF. WITH DAP RE: PSA MOTION (.2). | 3.30 | 2,260.50 $1164.5 |
| 05/23/13 | MC | REVIEW PLAN SUPPORT AND RELATED COURT DOCUMENTS (2.7); PREPARATION FOR AND PARTICIPATION IN BOARD MEETING (1.3) AND CALL WITH INDEPENDENT DIRECTORS (.6). | 4.60 | 2,622.00 1083 |

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | | DATE: | 07/18/13 |
|--------|-------------|--|-------|----------|
| 020530-0002 | CHAPTER 11 | | INVOICE # : 237404 | |

FOR PROFESSIONAL SERVICES RENDERED AS OF MAY 31, 2013

| DATE | ATTY | DESCRIPTION | HOURS | VALUE |
|------|------|-------------|-------|-------|
| 05/23/13 | NS | PREPARE INSTRUCTIONS FOR E MILLER RE: CALENDARING TERM SHEET "MILESTONES" FOR RESCAP TEAM. | 0.20 | 95.00 |
| 05/23/13 | RKD | REVIEW MOTION TO APPROVE PLAN SUPPORT AGREEMENT AND RELATED DOCUMENTS (2.3); TELEPHONE CONFERENCE WITH JTM REGARDING SAME (.9); EMAILS WITH JTM AND INDEPENDENT DIRECTORS REGARDING TELEPHONIC MEETING OF INDEPENDENT DIRECTORS (.2); PARTICIPATE IN TELEPHONIC MEETING OF INDEPENDENT DIRECTORS (.6); PARTICIPATE ON BOARD CALL (1.1). | 5.10 | 2,677.50 |
| 05/24/13 | DAP | READ AND REV MOTION TO APPROVE PLAN SUPPORT AGREEMENT (1.0); CONF JTM RE: SAME (.2). | 1.20 | 690.00 |
| 05/24/13 | MC | O/C'S, T/C'S RE" STATUS OF CASE; CRO, INDEPENDENT DIRECTORS (.7); REVIEW COURT FILINGS (2.2). | 2.90 | 1,653.00 |
| 05/28/13 | EM | RECEIVE REVIEW AND DOCKET OF THE SCHEDULING ORDER ON THE RESCAP MATTER FOR THE TEAM. NOTICE TO ATTORNEY. | 0.30 | 63.00 |
| 05/28/13 | MC | REVIEW DRAFT MOTION TO APPROVE PSA AND FORM OF PSA. | 2.00 | 1,140.00 |
| 05/29/13 | JTM | OCS RD RE DOC PRESERVATION IN CONNECTION WITH MATERIALS NEEDED FOR CONFIRMATION AND HEARING ON PSA (.3); TELEPHONIC APPEARANCE AT COURT CONFERENCE RE PSA (1.7). | 2.00 | 1,370.00 |
| 05/29/13 | MC | PARTICIPATE IN TELEPHONIC STATUS CONFERENCE (1.9); O/C'S (.4). | 2.30 | 1,311.00 |
| 05/29/13 | RKD | PREPARE FOR (.3) AND REPRESENT INDEPENDENT DIRECTORS AT STATUS CONFERENCE DISCUSSING SETTLEMENT AND PLAN SUPPORT AGREEMENT (1.7). | 2.00 | 1,050.00 |
| 05/31/13 | JL | PARTICIPATE IN BOARD CALL. | 0.60 | 363.00 |
| 05/31/13 | MC | PARTICIPATION IN BOARD MEETING (.6); FOLLOW UP (.3). | 0.90 | 513.00 |

| TOTAL TASK CODE | B260 | Board of Directors Matters | 772.90 | 420421.50 |
|-----------------|------|----------------------------|--------|-----------|

| GRAND TOTAL FEES | | | 778.40 | 421,968.00 |
|------------------|--|--|--------|-----------|

| | TOTAL FEES SERVICES | _____ $ | | 421,968.00 |
|--|---------------------|------------------|--|-----------|

*[handwritten notations: "892.50", "Total - 4513.5"]*

# MorrisonCohen LLP

| 020530 | RESCAP, LLC | | DATE: | 07/18/13 |
|--------|-------------|--|-------|----------|
| 020530-0002 | CHAPTER 11 | | INVOICE # : 237404 | |

TASK SUMMARY BY TIMEKEEPER:

| INIT | TIMEKEEPER NAME | HOURS | VALUE |
|------|-----------------|-------|-------|
| B110 | Case Administration | | |
| MW | MARIOLA WIATRAK | 0.50 | 107.50 |
| SUBTOTAL | B110      Case Administration | 0.50 | 107.50 |
| | | | |
| B160 | Fee/Employment Applications | | |
| NS | NEIL SIEGEL | 1.40 | 665.00 |
| MW | MARIOLA WIATRAK | 3.60 | 774.00 |
| SUBTOTAL | B160      Fee/Employment Applications | 5.00 | 1,439.00 |
| | | | |
| B260 | Board of Directors Matters | | |
| DL | DAVID LERNER | 15.50 | 9,067.50 |
| DAP | DAVID PIEDRA | 139.20 | 80,040.00 |
| JL | JACK LEVY | 23.10 | 13,975.50 |
| JTM | JOSEPH T. MOLDOVAN | 207.50 | 142,137.50 |
| MC | MICHAEL CONNOLLY | 62.40 | 35,568.00 |
| RKD | ROBERT K. DAKIS | 171.20 | 89,880.00 |
| NS | NEIL SIEGEL | 16.00 | 7,600.00 |
| WMF | WENDY M. FIEL | 43.10 | 16,593.50 |
| EM | EDWARD D. MILLER | 0.30 | 63.00 |
| JPR | JASON P. REID | 14.50 | 5,365.00 |
| KCH | KRISTINA CONCEPCION HORN | 11.90 | 3,986.50 |
| LM | LUCY MAHECHA | 24.70 | 6,792.50 |
| MW | MARIOLA WIATRAK | 43.50 | 9,352.50 |
| SUBTOTAL | B260      Board of Directors Matters | 772.90 | 420,421.50 |
| | | | |
| TOTAL FEES | | 778.40 | 421,968.00 |

TASK SUMMARY FOR FEES::

| TASK | TASK DESCRIPTION | HOURS | AMOUNT |
|------|------------------|-------|--------|
| B110 | Case Administration | 0.50 | 107.50 |
| B160 | Fee/Employment Applications | 5.00 | 1,439.00 |
| B260 | Board of Directors Matters | 772.90 | 420,421.50 |
| TOTAL FEES | | 778.40 | 421,968.00 |

# EXHIBIT  I

VAGUE / BLOCK BILLING

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE |
|---|---|---|---|---|---|---|---|---|
| 5/2/2013 | 17 | RUIZ,ARIEL FRANCISCO | 11.0 | 575 | $6,325.00 | Meeting with L. DeArcy regarding forthcoming roles and strategy in filing Directs in connection with RMBS 9019 trial (1.8); **revise Mack Direct (5.0); revise Whitlinger Direct (6.0)**; meet with C. Kerr and L. DeArcy regarding Marano Direct in RMBS 9019 trial (1.0). | AS | F |
| 5/3/2013 | 17 | CASTRO,MONICA K. | 7.4 | 395 | $2,923.00 | Edit exhibit list in connection with RMBS 9019 hearing (1.7); **draft (3.5) and edit direct testimony of J. Whitlinger in connection with RMBS 9019 hearing (3.9)**; draft (1.5) and edit (2.2) direct testimony of T. Marano in connection with RMBS 9019 hearing (1.5); meeting with C. Kerr regarding scheduling order (.3); meet with L. DeArcy and A. Ruiz regarding Whitlinger direct examination (.4); meet with A. Lawrence regarding Lipps exhibits (.3). | AS | F |
| 5/4/2013 | 17 | DEARCY,LASHANN M. | 10.4 | 725 | $7,540.00 | Strategize with Team regarding RMBS 9019 trial preparation (1.7); meet with A. Ruiz regarding Mack Direct (1.6); **revise Mack Direct (5.4); revise Whitlinger Direct (5.0)**. | OC | F |
| 5/6/2013 | 17 | DEARCY,LASHANN M. | 9.3 | 725 | $6,742.50 | Revise Mack direct examination in connection with RMBS 9019 hearing (5.0); **revise Marano examination (4.8); revise Whitlinger examination (4.5)**; call with S. Engelhardt regarding trial preparation (.5); discuss with J. Roy regarding filing of motions in limine (.2); meet with D. Ziegler to discuss upcoming presentation in connection with RMBS settlement (.2); discuss with A. Lawrence regarding RMBS 9019 motion (.2). | OC | F |
| 5/6/2013 | 10 | MARINUZZI,LORENZO | 6.0 | 945 | $5,670.00 | Review (.5) and revise draft plan of reorganization (4.0); meet with L. Kruger (ResCap), T. Goren, S. Engelhardt, D. Harris, R. Reigersman, J. Marines and E. Richards to discuss conceptual changes to plan (.8); review (.5) **and revise draft disclosure statement (6.0)**. | PT | F |
| 5/7/2013 | 9 | HARRIS,DANIEL J. | 5.2 | 625 | $3,250.00 | Review motions and objections regarding nonconsensual use of cash collateral (2.4); meetings with S. Martin regarding research issues (.4) and background (.9); **perform legal research regarding points made by objecting parties (5.2)**; attention to summary emails regarding research findings (2.9); various discussions with S. Martin regarding same (1.2). | AS | F |
| 5/8/2013 | 17 | DEARCY,LASHANN M. | 12.3 | 725 | $8,917.50 | **Prepare fro RMBS 9019 trial including, revise Marano direct examination (6.8); revise Mack direct examination (5.5)**; review D. Ziegler research regarding witness availability (1.0); meet with A. Lawrence regarding witnesses (.1); meet with D. Rains regarding trial strategy issues (.1). | OC | F |
| 5/8/2013 | 17 | RUIZ,ARIEL FRANCISCO | 11.8 | 575 | $6,785.00 | **Revise Marano RMBS 9019 trial direct testimony (6.0); revise Mack direct (5.8)**; discuss wtih A. Lawrence regarding same (.2). | AS | F |
| 5/8/2013 | 17 | ZIEGLER,DAVID A. | 8.2 | 530 | $4,346.00 | Prepare for RMBS 9019 trial, including research witness unavailability (3.5); assist with exhibit inclusion (2.0); research FRE authentication requirements (1.5); **meet with team to review global changes to the directs (8.2)**; discuss with A. Lawrence regarding witnesses (.3). | AS | F |
| 5/9/2013 | 17 | DAY,PETER H. | 7.5 | 480 | $3,600.00 | **Extensive revisions to CLL draft of opposition to Committee's motion to strike Lipps expert testimony (7.5)**; legal research regarding admissibility of expert opinions on mixed factual and legal questions (3.2); emails with E. Illovsky regarding Debtors' opposition brief to motion to strike Lipps (.7); revise opposition brief per E. Illovsky comments (1.0); meeting with K. Lowenberg and A. Lawrence regarding response to T. Devine motion (.2); meeting with E. Illovsky and K. Lowenberg regarding Debtors' opposition to Committee's motion to strike Devine (1.2); review revised opposition to motion to strike Whitlinger (.5); email with K. Lowenberg regarding motion to strike Lipps (.1); review (.2) and revise T. Devine's direct testimony (.3). | AS | F |
| 5/9/2013 | 17 | DEARCY,LASHANN M. | 8.0 | 725 | $5,800.00 | Discussion with T. Marano (ResCap) regarding comments to direct examination (1.0); follow-up with C. Kerr regarding the same (.2); **revise ` T. Marano examination (8.0)** ; review documents culled from T. Marano review (.9); discussion with A. Lawrence regarding witness testimony (.1); comments to draft exhibit list (2.0); review proposed exhibits with accompanying declaration (4.0). | OC | F |

VAGUE / BLOCK BILLING

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE |
|---|---|---|---|---|---|---|---|---|
| 5/9/2013 | 17 | ENGELHARDT,STEFAN W | 7.0 | 875 | $6,125.00 | Preparation for witness interview of J. Ruckdaschel (ResCap) regarding trial testimony (1.8); call with J. Ruckdaschel regarding written witness testimony (.8); meet with A. Ruiz regarding revisions to Ruckdaschel testimony (.2); **draft further revisions to Cancelliere witness statement (7.0)**; review M. Renzi (FTI) comments to witness statement (.4); review Renzi (FTI) deposition for further augmentation of witness statement (1.5); call with M. Renzi (FTI) regarding witness statement (.1); review D. Rains' comments to Renzi witness statement (.8); review proposed exhibits to be offered in Renzi testimony (2.0). | PT | F |
| 5/9/2013 | 25 | RUIZ,ARIEL FRANCISCO | 6.0 | 575 | $3,450.00 | Meet with T. Marano (ResCap) regarding draft direct; revise Marano direct (2.0). **revise Mack direct (6.0)**; meet with J. Ruckdaschel (ResCap) regarding draft direct (1.1); revise Ruckdaschel direct (3.0). | AS | F |
| 5/9/2013 | 17 | ZIEGLER,DAVID A. | 7.7 | 530 | $4,081.00 | Prepare for meeting with T. Hamzehpour (ResCap) to discuss her direct testimony (.7); meet with A. Lawrence and T. Hamzehpour (ResCap) to discuss her testimony (3.6); **edit (5.4) and update directs of Marano (2.3)** and Cancillere (3.4). | AS | F |
| 5/13/2013 | 17 | ZIEGLER,DAVID A. | 14.0 | 530 | $7,420.00 | **Revise direct testimonies of witnesses in RMBS 9019 trial (14.0)**; discuss with A. Lawrence and K. Lowenberg regarding same (.4); call with Mofo team to discuss RMBS settlement updates (.7). | AS | F |
| 5/14/2013 | 17 | ZIEGLER,DAVID A. | 10.8 | 530 | $5,724.00 | Assist with the direct witness testimonies for RMBS 9019 hearing (2.5); **assist with preparation and organization of trial exhibits for same (10.8); work with MoFo team regarding preparation of witnesses and related statements (10.8)**; follow up emails with S. Engelhardt regarding preparation of witness statement (.3). **[Original time entry recorded 13.6 hours]** | AS | F |
| 5/15/2013 | 17 | SERRANO,JAVIER | 8.6 | 545 | $5,232.00 | Prepare for (.3) and attend meeting with E. Illovsky regarding reply briefs in support of Debtors' Daubert motions (.7); **work on reply briefs in support of Debtors' Daubert motions (8.6)**. | AS | F |
| 5/15/2013 | 17 | ZIEGLER,DAVID A. | 7.0 | 530 | $4,664.00 | **Edit RMBS 9019 trial exhibits (7.0)**; assist MoFo team with editing direct testimonies (1.8). | AS | F |
| 5/16/2013 | 17 | ZIEGLER,DAVID A. | 7.3 | 530 | $3,869.00 | Meet with L. DeArcy and M, Castro to discuss objections to RMBS 9019 trial exhibits and counter-deposition designations (.8); draft cross book (5.2); **assist with deposition counter-designations and objections (7.3).** | AS | F |
| 5/17/2013 | 17 | RUIZ,ARIEL FRANCISCO | 13.0 | 575 | $7,475.00 | **Prepare initial drafts of deposition designations in connection with RMBS 9019 trial (6.0); continue drafting Whitlinger cross book (7.0)**; discuss with A. Lawrence regarding exhibits to be used in 9019 RMBS trial (.2). | AS | F |
| 5/17/2013 | 17 | SERRANO,JAVIER | 10.9 | 545 | $5,940.50 | Prepare (.2) for and attend call with D. Rains and E. Illovsky regarding reply briefs to Debtors' Daubert motions (.4); **work on reply briefs to Debtors' Daubert motions (6.2); work on reply briefs in support of Debtors' Daubert motions (4.7).** | AS | F |
| 5/18/2013 | 17 | ZIEGLER,DAVID A. | 13.2 | 530 | $6,996.00 | **Assist with counter-designations and objections of deposition testimony for RMBS 9019 hearing.** | AS | F |
| 5/19/2013 | 17 | ZIEGLER,DAVID A. | 14.3 | 530 | $7,579.00 | **Assist with counter-designations and objections of deposition testimony in connection with RMBS 9019 hearing (8.4); assist with objections to exhibits (5.9)**; meet with A. Lawrence regarding same (.2). | AS | F |
| 5/20/2013 | 17 | DEARCY,LASHANN M. | 8.0 | 725 | $5,800.00 | **Review counter designations and objections (8.0)**; draft Whitlinger cross and prep materials (4.0); meet with A. Lawrence, M. Castro and D. Rains regarding: Objectors exhibits (1.2); meet with A. Ruiz regarding Marano cross-examination preparation (.4). | OC | F |
| 5/20/2013 | 17 | ZIEGLER,DAVID A. | 14.3 | 530 | $7,579.00 | **Assist with counter-designations and objections of deposition testimony in connection with RMBS 9019 hearing (6.6); assist with objections to exhibits (7.7)**; meet with M. Castro regarding objectors' exhibits in connection with RMBS 9019 motion (.3). | AS | F |

**VAGUE / BLOCK BILLING**

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE |
|---|---|---|---|---|---|---|---|---|
| 6/13/2013 | 25 | ZIEGLER,DAVID A. | 8.0 | 530 | $4,240.00 | Meet with L. Marinuzzi, C. Kerr, A. Lawrence, L. Kruger, J. Marines, J. Newton and D. Rains to discuss Monarch's document requests and deposition notices (1.5); meet with A. Lawrence to discuss Debtors' response to Monarch's document requests (.5); **assist with the response to Monarch's document requests and deposition notices (8.0)**; draft letters to Monarch's counsel regarding their notices of deposition and document requests (2.0); and meet with A. Lawrence and J. Newton to discuss Monarch's document requests in connection with the Plan confirmation (1.6). | AS | F |
| 6/16/2013 | 10 | ZIEGLER,DAVID A. | 11.8 | 530 | $6,254.00 | Assist with Debtors' response to Monarch's discovery requests in connection with the PSA Motion. | AS | F |
| 6/18/2013 | 5 | WISHNEW,JORDAN A. | 8.7 | 720 | $6,264.00 | Further edit draft "paid and satisfied" omnibus claims objection (.3); review (.3) and provide M. Talarico with comments on claims reconciliation and strategy (.7); call with defense counsel for Cronk/Throm class actions about possible settlement (.4); **participate in settlement negotiation session and break-out client meetings with Kessler (8.7)**; prepare claims reconciliation summary analyses ahead of meeting with UCC (3.8); meet with N. Rosenbaum regarding preparation of UCC presentation on claims reconciliation (.4). | OC | F |
| 6/19/2013 | 5 | BEHA,JAMES J. | 14.4 | 685 | $9,864.00 | Meet with M. Keats (Kirkland and Ellis) and J. Lipps (CLL) regarding CAFA notice in NJ Carpenters case (1.1); **claim legal and factual research for NCUAB objection (7.1)**; **draft objection to NCUAB securities claim (7.3)**; discuss same with J. Rothberg (.7). | AS | F |
| 6/20/2013 | 5 | BEHA,JAMES J. | 9.5 | 685 | $6,781.50 | **Finalizing NCUA claim objection (9.5)**; discussion with N. Moss and J. Rothberg regarding objection to the NCUA claims (.4). | AS | F |
| 6/21/2013 | 10 | NEWTON,JAMES A. | 10.2 | 530 | $5,406.00 | Call with UCC counsel, G. Siegel (counsel for RMBS Trustee), and T. Goren regarding replies to objections related to Trustees (.7); **begin reviewing draft inserts for plan support agreement reply brief (3.5) and drafting reply brief using same (6.7)**; review (.9) and revise chart regarding plan support agreement motions to convert to an exhibit to the reply (1.5); call with C. Kerr, K, Sadeghi, and L. Kruger (ResCap) regarding specific questions raised by Judge Glenn in connection with plan support agreement motion (.7); call with MoFo plan support agreement team ( G. Lee, T. Goren, J. Marines, and L. Marinuzzi) and Kirkland regarding replies in support of plan support agreement motion (.6); discussion with J. Rothberg regarding PSA Motion reply brief related to securities claims (.2). | AS | F |
| 6/25/2013 | 10 | BAEHR,ROBERT J. | 9.9 | 530 | $5,353.00 | **Prepare witness and exhibits for hearing on Debtors' PSA motion (9.9)**; discussion with A. Lawrence regarding same (.2). | AS | F |
| 6/25/2013 | 5 | RICHARDS,ERICA J. | 7.2 | 660 | $5,280.00 | **Draft objection to Moody and McKeever proofs of claim (7.2)**; call with B. Smith and P. Spencer (ResCap) regarding discovery and repurchase settlements. (.3). | AS | F |
| 6/27/2013 | 25 | CRESPO,MELISSA M. | 11.4 | 455 | $5,187.00 | **Review documents in connection with JSN discovery.** | AS | F |
| 6/27/2013 | 25 | ZIEGLER,DAVID A. | 9.2 | 530 | $4,876.00 | **Assist with debtors' response to the JSN's document requests in connection with the FGIC 9019 Motion by reviewing and analyzing documents (9.2)**; discussion with Wilkie supplemental demands (.3); meet with C. Kerr, A. Lawrence, K. Sadeghi, and R. Baehr to discuss further discovery for the FGIC 9019 Motion (1.8) and participate in a meet with Monarch (1.3); meet with K. Sadeghi regarding JSN's depositions (.2); discussion with A. Lawrence regarding search terms (.1). | AS | F |
| 6/28/2013 | 25 | BAEHR,ROBERT J. | 12.4 | 530 | $6,572.00 | **Analyze documents in connection with discovery relating to FGIC 9019 motion (12.4)**; coordinate with discovery vendors to produce documents to objectors to FGIC 9019 (1.4); draft (.3) and revise responses and objections to Junior Secured Noteholders' discovery requests in connection with FGIC 9019 (1.1); discussion with A. Lawrence regarding document production (.2); meet with K. Sadeghi and D. Ziegler regarding FGIC 9019 discovery (.2). | AS | F |
| 6/28/2013 | 10 | RICHARDS,ERICA J. | 10.0 | 660 | $6,732.00 | Call with Kramer Levin regarding comments to revised draft plan (.2); **prepare written comments to same (10.0).** | AS | F |

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE |
|---|---|---|---|---|---|---|---|---|
| 7/2/2013 | 10 | MARTIN,SAMANTHA | 14.9 | 660 | $9,834.00 | Discuss disclosure statement with T. Goren, J. Haims, L. Marinuzzi, J. Kline, N. Moss, J. Marines, A. Barrage and M. Rothchild (2.6); review comments received from Kramer, Kirkland, ResCap, Curtis Mallet (2.0); discuss same with M. Rothchild (1.2); **revise entire disclosure statement (14.9).** | AS | F |
| 7/2/2013 | 10 | ROTHCHILD,MERYL L. | 7.3 | 575 | $4,197.50 | **Review (3.6) and revise certain sections of the Disclosure Statement (3.7)**; meet with T. Goren, A. Barrage, J. Marines, and S. Martin to discuss comments to same (2.6); incorporate K&E and Kramer comments to disclosure statement (3.4); emails with A. Barrage and S. Martin regarding same (.6); numerous discussions with S. Martin regarding same (1.2). | AS | F |
| 7/3/2013 | 25 | BAEHR,ROBERT J. | 9.0 | 530 | $5,194.00 | **Analyze documents in connection with discovery requests from objectors to the FGIC 9019 motion (9.0)**; discussion with A. Lawrence regarding discovery (.4); meet with D. Ziegler to discuss strategy to responding to JSN and Monarch document requests in connection with FGIC 9019 settlement (.4). | AS | F |
| 7/3/2013 | 10 | GOREN,TODD M. | 7.4 | 795 | $5,883.00 | Review comments to disclosure statement from UCC and Ally and incorporate into disclosure statement (1.7); review (.5) and revise various Plan provisions regarding various internal comments (2.1); finalize motion to approve disclosure statement, ballots, notices and order (.9); discuss same with D. Harris (.3); review unit sharing mechanism and language for plan (1.4); meeting with Kramer, Moelis, Centerview, FTI and Moco to draft, review (1.4) and **finalize plan, disclosure statement and exhibits (7.4).** | PT | F |
| 7/3/2013 | 10 | HARRIS,DANIEL J. | 7.7 | 625 | $4,812.50 | **Attention to various drafts of Disclosure Statement Motion, notices and ballots to prepare for filing same (7.7)**; meetings with N. Rosenbaum regarding motion to approve disclosure statement (.7); distribute drafts of same to UCC and Kirkland for final review prior to filing (.4); various calls with J. Shifer (Kramer Levin) regarding same (.9); various calls with J. Morrow (KCC) regarding same (1.8); various discussions with L. Marinuzzi, J. Kline, S. Martin, T. Goren and J. Marines regarding same (.9); call with P. Tsao regarding same (.4); review (.7) and prepare final documents for filing (1.2). | AS | F |
| 7/3/2013 | 10 | MARTIN,SAMANTHA | 10.1 | 660 | $6,666.00 | Review comments received from ResCap, Kramer, Kirkland, J. Kline (2.0); discuss same with T. Goren and G. Lee (1.0); various discussions with Kramer and Kirkland regarding same (.6); **revise entire disclosure statement (10.1)**; correspond with MoFo team regarding same (.6); discuss same with M. Rothchild (.4); calls (3x) with J. Kline regarding filing of disclosure statement (.2); call with A. Barrage regarding pre-filing issues (.4). | AS | F |
| 7/3/2013 | 10 | RICHARDS,ERICA J. | 16.2 | 660 | $10,692.00 | **Attend all-hands meeting with advisors for the Debtors, the UCC, the Board, and others, to finalize plan and disclosure statement for filing and assist with review of and revisions to same.** | AS | F |
| 7/8/2013 | 25 | BAEHR,ROBERT J. | 6.4 | 530 | $3,392.00 | **Analyze documents in response to discovery requests by objectors to FGIC 9019 motion (6.4)**; analyze privileged documents (2.1); draft privilege logs (3.4). | AS | F |
| 7/8/2013 | 18 | MCPHERSON,MARK DAV | 9.5 | 825 | $7,837.50 | **Draft JSN motion to dismiss (7.2); revise the same (2.3).** | PT | F |
| 7/8/2013 | 18 | PETTS,JONATHAN M. | 7.3 | 455 | $3,321.50 | Call with client (L. Delehey), N. Rosenbaum, and H. Cannon (BABC) regarding response to ARE's supplemental brief (1.2); **draft response to ARE's supplemental brief (7.3)**; call H. Cannon (BABC) regarding the same (.3); emails and meetings with N. Rosenbaum regarding the same (.5); research permissive abstention (1.3), mandatory abstention (1.3), transfer of venue (1.4), and supplemental jurisdiction (1.3) in connection with the same. | AS | F |
| 7/11/2013 | 25 | ZIEGLER,DAVID A. | 8.5 | 530 | $5,300.00 | **Assist with debtors' response to the JSN's request for additional documents by reviewing and analyzing documents (8.5)** and draft L. Kruger's direct testimony (1.5) in connection with the FGIC 9019 Motion. | AS | F |
| 7/15/2013 | 5 | ZIEGLER,DAVID A. | 4.7 | 530 | $2,491.00 | Attend deposition of Adam Sklar, a Monarch employee (4.8); **review and analyze documents for logging purposes (4.7)**; coordinate additional production relating to FGIC 9019 matter (4.3); research applicability of work product doctrine to draft board minutes (1.5); draft additional redaction and supplemental privilege logs in connection with the FGIC 9019 Motion (1.2). | AS | F |
| 7/19/2013 | 5 | BAEHR,ROBERT J. | 7.1 | 530 | $4,293.00 | Research (.7) and **draft objection to Syncora proofs of claim (7.1)**; discuss same with K. Sadeghi (.3). | AS | F |

**VAGUE/BLOCK BILLING**

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE |
|---|---|---|---|---|---|---|---|---|
| 7/19/2013 | 18 | CRESPO,MELISSA M. | 8.1 | 455 | $4,004.00 | **Further research related to argument in support of debtors' opposition to JSNs' motion to dismiss counterclaims (8.1)**; draft email summarizing same to S. Martin (.7). | AS | F |
| 7/22/2013 | 5 | BAEHR,ROBERT J. | 6.2 | 530 | $3,286.00 | Prepare for deposition of J. Lipps, special litigation counsel to Debtors in connection with testimony for FGIC 9019 settlement (4.1); **analyze FGIC 9019 motion documents and produce same to objectors (6.2)**; research claims by Syncora Guaranty arising from debtor-serviced RMBS transactions (1.1). | AS | F |
| 7/23/2013 | 5 | BEHA,JAMES J. | 7.0 | 685 | $5,206.00 | **Drafting and revising reply to NCUA securities objection (7.0)**; call with A. Dove (Kramer Levin) regarding NCUA objection (.2); call with N. Cohen (Zuckerman Spaeder) regarding NCUA objection (.2); meet with J. Haims and J. Rothberg regarding UBS FHFA settlement (.2). | AS | F |
| 7/23/2013 | 18 | MCPHERSON,MARK DAV | 7.4 | 825 | $8,085.00 | Analyze research regarding JSNs' motion to dismiss (2.1); **draft brief in opposition to JSNs' motion to dismiss (7.4)**; attend to email regarding brief (.3). | PT | F |
| 7/31/2013 | 5 | BAEHR,ROBERT J. | 6.0 | 530 | $3,180.00 | Discuss Lipps testimony for FGIC 9019 with K. Sadeghi (.2); prepare and finalize witness lists (.9), exhibit list (2.4), and direct testimony submissions in support of Debtors' FGIC 9019 motion (3.6); discuss same with J. Roy (.1); analyze objectors' submissions in opposition to FGIC 9019 motion (2.9); **research and draft omnibus reply in support of Debtors' FGIC 9019 motion (6.0)**. | AS | F |
| 8/4/2013 | 25 | HENNEKE,KEITH M. | 12.0 | 635 | $7,620.00 | **Perform second-level review of several batches of documents for responsiveness, privilege and coding in connection with the UCC Complaint.** | AS | F |
| 8/4/2013 | 25 | SMITH,JACK R. | 10.5 | 430 | $4,515.00 | **Review quality control batch in connection with the JSN Discovery and Plan Confirmation Discovery workstreams.** | AS | F |
| 8/7/2013 | 5 | BAEHR,ROBERT J. | 5.7 | 530 | $3,021.00 | Prepare exhibits (1.7) and witness binders (4.4) in connection with FGIC 9019; attend meeting with FGIC 9019 motion proponents regarding responses to motions in limine and preparation of consolidated exhibits (1.0); finalize FGIC 9019 deposition errata (.8); **draft responses to motions in limine (5.7)**. | AS | F |
| 8/7/2013 | 18 | CRESPO,MELISSA M. | 7.4 | 455 | $3,594.50 | **Further draft insert for opposition to JSN counterclaims (7.4)**; meet with A. Ruiz regarding oral argument materials (.5). | AS | F |
| 8/7/2013 | 18 | MCPHERSON,MARK DAV | 7.7 | 825 | $7,837.50 | **Draft reply brief in support of motion to dismiss JSNs' counterclaims (7.7)**; attend meeting with Kramer Levin regarding strategy, status, and next steps in adversary proceedings (1.8). | PT | F |
| 8/8/2013 | 25 | SMITH,JACK R. | 10.5 | 430 | $4,515.00 | **Reviewing document batches using quality control protocol in connection with JSN discovery and plan confirmation discovery issues.** | AS | F |
| 8/8/2013 | 28 | ZIEGLER,DAVID A. | 8.2 | 530 | $4,558.00 | Meet with A. Lawrence and R. Baehr to discuss the motions in limine in connection with the FGIC 9019 hearing (.4) and **assist with Debtors' omnibus response (8.2)** in connection with the FGIC 9019 Motion. | AS | F |
| 8/9/2013 | 5 | BAEHR,ROBERT J. | 9.1 | 530 | $5,512.00 | **Research and draft objections to motions in limine for FGIC 9019 matter (9.1)**; meeting with C. Kerr and D. Ziegler regarding same (.3); meeting with C. Kerr and A. Lawrence regarding same (1.0). | AS | F |
| 8/9/2013 | 10 | ROTHCHILD,MERYL L. | 12.4 | 575 | $7,130.00 | **Revise certain sections of the disclosure statement (12.4)**; emails (1.1) and calls with S. Martin and MoFo team regarding same (1.9). | AS | F |
| 8/10/2013 | 5 | BAEHR,ROBERT J. | 11.9 | 530 | $6,307.00 | **Research (5.5) and draft response to objectors' motions in limine in connection with FGIC 9019 evidentiary hearing (6.4)**. | AS | F |
| 8/11/2013 | 25 | HENNEKE,KEITH M. | 10.8 | 635 | $6,858.00 | **Complete second-level document review in connection with the UCC complaint and related requests in the JSN adversary proceedings.** | AS | F |
| 8/11/2013 | 25 | YANG,KELLY K. | 11.2 | 370 | $4,144.00 | **Review JSN documents in connection with the JSN litigation.** | AS | F |
| 8/12/2013 | 5 | BAEHR,ROBERT J. | 8.9 | 530 | $4,717.00 | **Research (3.2) and revise (5.7) omnibus response to motions in limine on Debtors' FGIC 9019 motion**; edit objection to Syncora's proof of claim (1.8); discuss the same with A. Lawrence (.2); analyze exhibits (.8) and prepare objections for meet and confer with Objecting Parties (1.8). | AS | F |

VAGUE / BLOCK BILLING

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE |
|---|---|---|---|---|---|---|---|---|
| 8/12/2013 | 10 | ROTHCHILD,MERYL L. | 8.6 | 575 | $4,945.00 | **Work on inputing edits (3.0) and editing revised disclosure statement (5.6)**; numerous internal meetings (2.7) and emails regarding same (.8); review revised plan (2.2) and emails between MoFo and Kramer regarding same (.4); meet with J. Marines and S. Martin regarding fees described in disclosure statement (.2). | AS | F |
| 8/13/2013 | 25 | SMITH,JACK R. | 10.5 | 430 | $4,515.00 | **Review documents according to quality control protocol in connection with JSN discovery and Plan Confirmation Discovery issues.** | AS | F |
| 8/14/2013 | 25 | BARATH,BARBARA | 7.2 | 545 | $4,196.50 | Review updated review protocol in connection with JSN adversary litigation (.5); **conduct substantive document review in connection with same (7.2).** | AS | F |
| 8/14/2013 | 10 | HARRIS,DANIEL J. | 5.4 | 625 | $3,375.00 | **Continue drafting Disclosure Statement reply (5.4)**, ballots (2.2), revised form of order (.8) and disclosure statement objections chart (1.6); call with Chambers regarding status of objections (.2); discuss same with S. Martin (.2); revise reply brief with comments from Curtis Mallet, J. Marines and L. Marinuzzi (.4); call with S. Zide (UCC) regarding reply (1.2); review recent changes to Disclosure Statement (.5) and Plan (1.1). | AS | F |
| 8/14/2013 | 10 | ROTHCHILD,MERYL L. | 8.4 | 575 | $4,830.00 | Various calls with Kramer regarding status of disclosure statement objections and negotiations (1.1); update professional fees chart to disclosure statement (.4) and emails to MoFo team regarding same (2); emails with Kramer regarding same (.2); call with Kramer and MoFo disclosure statement teams regarding disclosure statement reply (2.0); discuss disclosure statement revisions with S. Martin (.3); **input edits from MoFo team and numerous parties in interest in preparation for filing revised disclosure statement (8.4).** | AS | F |
| 8/15/2013 | 13 | TICE,SUSAN A.T. | 10.7 | 310 | $3,317.00 | **Prepare sets of settlement parties' exhibits for FGIC settlement motion hearing (1.4); prepare materials in connection with FGIC settlement motion hearing (9.3)**; prepare deposition testimony designated by JSN for FGIC 9019 hearing for attorney review (.3); prepare supplemental hearing materials to be provided to Chambers (1.3). | LA | F |
| 8/19/2013 | 12 | PETTS,JONATHAN M. | 11.5 | 455 | $5,232.50 | **Draft (6.8) and revise (4.7) opposition to Quiroz lift stay motion**; meet with N. Rosenbaun regarding same (.3); draft supporting declaration to the same (.8); revise exhibits to the same (.5); call with K. Priore (client) regarding P. Scott lift stay motion (.5). | AS | F |
| 8/20/2013 | 10 | GOREN,TODD M. | 4.1 | 795 | $3,259.50 | Review and revise updated version of objection chart (1.7); meet with D. Harris and S. Martin regarding same (.6); discuss chart revisions with S. Zide (Kramer) and R. Ringer (counsel to the committee) (.4); review unit allocation schedule (.4); call with K. Chopra (Centerview) regarding same (.5); revise disclosure statement regarding intercompany balances in connection with JSN request for adequate protection (.4); meet with D. Harris regarding voting issues and claim amounts (.3); **review and revise various drafts of Plan (.1.7) and DS (2.4)**; revise Plan and DS regarding Ambac and Assured claims (.8); call with chambers regarding status of objections (.3); review and revise DS order and exhibits (.8); calls (x2) with UCC and FTI regarding liquidation analysis (1.6); follow-up calls with FTI (.5) and S. Zide (.3) regarding same; meet with L. Kruger (ResCap), L. Marinuzzi, J. Marines and N. Rosenbaum to discuss liquidation analysis (.3); review confirmation discovery protocol and motion to app | PT | F |
| 8/21/2013 | 5 | BAEHR,ROBERT J. | 3.5 | 530 | $1,855.00 | Draft lists of admitted exhibits and direct testimony (6.1); discussion with Settlement Parties and Objectors regarding admitted exhibits (.6); **research (3.5)** outline (4.0) and draft proposed findings of fact and conclusions of law in support of FGIC 9019 motion (1.6). | AS | F |
| 8/21/2013 | 25 | LIU,RICK C. | 10.5 | 480 | $5,040.00 | **Perform privilege log review for JSN litigation (7.0); edit privilege log (3.5).** | AS | F |
| 8/21/2013 | 25 | YANG,KELLY K. | 9.3 | 370 | $3,441.00 | **Work on privilege log in connection with the JSN litigation (9.3)**; review correspondence from A. Whitfield (.1). | AS | F |
| 8/22/2013 | 5 | BAEHR,ROBERT J. | 13.7 | 530 | $7,261.00 | **Continue drafting Settlement Parties' proposed findings of fact and conclusions of law in support of FGIC 9019 Motion (13.7)**; discuss same with C. Kerr (.5). | AS | F |

**VAGUE / BLOCK BILLING**

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE |
|------|----------|------------|-------|------|--------|-----------------------|---------|---------|
| 8/22/2013 | 25 | COLES,KEVIN M. | 11.5 | 480 | $5,520.00 | **Edit privilege logs in connection with JSN litigation.** | AS | F |
| 8/22/2013 | 25 | LIU,RICK C. | 10.5 | 480 | $5,040.00 | **Perform privilege log review (6.3); edit privilege log in connection with the JSN discovery and plan confirmation discovery (4.2).** | AS | F |
| 8/23/2013 | 5 | BAEHR,ROBERT J. | 13.3 | 530 | $7,049.00 | **Draft (3.7) and revise proposed findings of fact and conclusions of law in support of the Debtors' FGIC 9019 motion (9.6).** | AS | F |
| 8/23/2013 | 25 | TICE,SUSAN A.T. | 8.4 | 310 | $3,069.00 | Review Board materials provided to counsel for Ally for privilege clawbacks (1.5); **prepare privilege logs for production in Junior Secured Noteholders adversary proceeding (8.4)**.` | LA | F |
| 8/23/2013 | 5 | ZIEGLER,DAVID A. | 13.4 | 530 | $7,102.00 | **Assist with the drafting of the Settlement Parties' Findings of Fact and Conclusions of Law in connection with the FGIC 9019 Motion.** | AS | F |
| 8/24/2013 | 5 | BAEHR,ROBERT J. | 15.2 | 530 | $8,056.00 | **Draft (6.6) and revise proposed findings of fact and conclusions of law in support of the Debtors' FGIC 9019 Motion (8.6).** | AS | F |
| 8/24/2013 | 5 | ZIEGLER,DAVID A. | 7.4 | 530 | $3,922.00 | **Assist with the drafting of the Settlement Parties' findings of fact and conclusions of law by collection and inputting edits from the Settlement Parties (7.4)**, correspond with the Settlement Parties about their edits (1.0), and draft sections on settlement negotiation and Iridium factors (5.0) in connection with the FGIC 9019 motion. | AS | F |
| 8/25/2013 | 5 | BAEHR,ROBERT J. | 15.4 | 530 | $8,162.00 | **Draft (4.5) and revise Settlement Parties' proposed findings of fact and conclusions of law in support of FGIC 9019 motion (10.9).** | AS | F |
| 8/25/2013 | 5 | ZIEGLER,DAVID A. | 12.3 | 530 | $6,519.00 | **Draft proposed Findings of Fact and Conclusions of Law in connection with the FGIC 9019 Motion.** | AS | F |

Total        $490,353.50

EXHIBIT

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | EXP AMOUNT | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2013 | 5 | BAEHR,ROBERT J. | 3.6 | 530 | | $1,908.00 | Research subordination of monoline claims and grounds for potential claims by FDIC. | AS | F | |
| 5/1/2013 | | BAEHR,ROBERT J. | 1 | 20 | $20.00 | | Business Meals Order ID:359761050 Order Date:5/1/2013  7:17:00PM Vendor Name: Dig Inn Seasonal Market - 55th Street - R. Baehr work late | | Exp | Less than 4 hours of service |
| 5/1/2013 | 4 | GUIDO,LAURA ANTONIA | 0.7 | 295 | | $206.50 | Circulate notice of ECF filings to attorneys (.1); update invoice tracking chart (.2) and internal database regarding same (.2); prepare and file monthly service list (.2). | LA | F | |
| 5/1/2013 | 5 | GUIDO,LAURA ANTONIA | 1.3 | 295 | | $383.50 | Prepare first (.3), second (.3) and third omnibus claims objections for filing (.3); file (.1) and coordinate service of same (.3). | LA | F | |
| 5/1/2013 | 13 | GUIDO,LAURA ANTONIA | 1.6 | 295 | | $472.00 | Prepare internal upcoming hearing materials (1.3); update hearing agenda for same (.3). | LA | F | |
| 5/1/2013 | 10 | GUIDO,LAURA ANTONIA | 1.6 | 295 | | $472.00 | Review filings by Junior Secured Noteholders for members of group (.5); retrieval of disclosure statements, plans and plan-related documents from recent chapter 11 casesas precedent for MoFo DS team (.9); discussion with N. Moss regarding SNST 2019 (.2). | LA | F | |
| 5/1/2013 | 18 | GUIDO,LAURA ANTONIA | 0.5 | 295 | | $147.50 | Review Universal Restoration Services adversary proceeding stipulation extending time per J. Rosenberg (.2); submission of same to Chambers (.2); email with J. Rosenberg regarding same (.1). | LA | F | |
| 5/1/2013 | | GUIDO,LAURA ANTONIA | 1 | 19.85 | $19.85 | | Business Meals Order ID:359756478 Order Date:5/1/2013  7:00:00PM Vendor Name: Akdeniz - L. Guido, 1 attendee | | Exp | Multiple Meals |
| 5/1/2013 | | GUIDO,LAURA ANTONIA | 1 | 19.28 | $19.28 | | Business Meals Order ID:359820546 Order Date:5/1/2013  8:24:00PM Vendor Name: Route 66 Cafe - L. Guido work late | | Exp | Multiple Meals |
| 5/1/2013 | 3 | TANENBAUM,JAMES R. | 3.4 | 1025 | | $3,485.00 | Review of AFI Objection (.3) and incorporate parts into press briefing bullet points for ResCap (.6) and into alternative press releases (.9); call with L. Kruger (ResCap) regarding AFI (.2); call with J. Ilany (ResCap) regarding AFI's position on two issues (.4); call with T. Marano (ResCap) regarding position as a director (.3); call with J. Mack (ResCap) regarding indemnification by AFI (.3); catch up call with T. Brenner (ResCap) on status of certain directors (.4). | PT | F | |
| 5/1/2013 | | TANENBAUM,JAMES R. | 1.0 | 5 | $5.00 | | Travel NewYork Transportation ACS1 | | Exp | Substantiation |
| 5/1/2013 | | TANENBAUM,JAMES R. | 1.0 | 5 | $5.00 | | Travel NewYork Transportation LAG6 | | Exp | Substantiation |
| 5/3/2013 | | ONUMA,A | 1.0 | 20 | $20.00 | | Business Meals Order ID:360391953 Order Date:5/3/2013  7:24:00PM Vendor Name: Shinbashi - A. Onuma work late | | Exp | Substantiation |
| 5/4/2013 | | DEARCY,LASHANN M. | 1.0 | 27.42 | $27.42 | | Business Meals Order ID:360585741 Order Date:5/4/2013  4:48:00PM Vendor Name: Chin Chin - L. DeArcy weekend | | Exp | $20 Limit |

EXPENSES

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | EXP AMOUNT | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/4/2013 | 17 | LAWRENCE,J. ALEXANDER | 3.2 | 850 | | $2,720.00 | Calls with D. Rains, C. Kerr, A. Princi and others regarding RMBS 9019 hearing (1.6); review (.3) and revise Whitlinger, Marano and Hamzehpour testimony drafts (.4); exchange emails with A. Ruiz regarding same (.3); exchange emails with C. Kerr and S. Englehardt regarding Cancelliere and Renzi direct testimony drafts (.3); conversation with B. Nolan (FTI) regarding testimony (.2); draft email to MoFo team regarding same (.1). | PT | F | |
| 5/4/2013 | 5 | LAWRENCE,J. ALEXANDER | 0.1 | 850 | | $85.00 | Exchange emails with K. Sadeghi regarding MBIA research on asserted claims. | PT | F | |
| 5/4/2013 | | LAWRENCE,J. ALEXANDER | 1.0 | 14.88 | $14.88 | | Business Meals Order ID:360544488 Order Date:5/4/2013 12:48:00PM Vendor Name: Lucky's Famous Burgers - A. Lawrence weekend | | Exp | Less that 4 hours of service |
| 5/4/2013 | 18 | ROSENBAUM,NORMAN S. | 0.1 | 850 | | $85.00 | Emails with P. Galante regarding status of DeMustchine Adversary case. | PT | F | |
| 5/4/2013 | 28 | ROSENBAUM,NORMAN S. | 0.5 | 850 | | $425.00 | Review (.2) and comment on draft motion to abandon DOA properties and email to E. Richards with comments (.3). | PT | F | |
| 5/4/2013 | 37 | ROSENBAUM,NORMAN S. | 1.1 | 850 | | $935.00 | Review data regarding AFI litigation related to GMACM for mediation discussion purposes. | PT | F | |
| 5/4/2013 | 12 | ROSENBAUM,NORMAN S. | 0.8 | 850 | | $680.00 | Review U.S. Bank third-party Subpoena (.3); call with M. Rothchild and C. Boland (Nixon Peabody) regarding U.S. Bank motion seeking limited discovery (.3); call with M. Rothchild regarding responding to U.S. Bank motion (.2). | PT | F | |
| 5/4/2013 | | ROSENBAUM,NORMAN S. | 1.0 | 17.34 | $17.34 | | Business Meals Order ID:360538431 Order Date:5/4/2013 12:24:00PM Vendor Name: Blossom Du Jour (Midtown West) - N. Rosenbaum work late | | Exp | Less than 4 hours of service |
| 5/4/2013 | 33 | VASILIU,ANDREEA R. | 2.3 | 395 | | $908.50 | Revise (.9) and cite check submission to the Examiner on Minnesota law (1.4). | AS | F | |
| 5/4/2013 | | VASILIU,ANDREEA R. | 1.0 | 20 | $20.00 | | Business Meals Order ID:360586200 Order Date:5/4/2013  4:59:00PM Vendor Name: Akdeniz - A. Vasiliu weekend | | Exp | Less than 4 hours of service |
| 5/5/2013 | 37 | TANENBAUM,JAMES R. | 0.2 | 1025 | $205.00 | | Meeting with G. Lee regarding mediation and global plan settlement. | PT | F | |
| 5/5/2013 | 33 | TANENBAUM,JAMES R. | 3.7 | 1025 | | $3,792.50 | Prepare two separate press releases for company based on the timing of the release of the Examiner's report (2.7); call with A. Stockholm (Rubenstein) regarding modifying approaches to media if Examiner's report is released early May (.7); attempt to contact ABA to assess interest in background on the Examiner's report (.3). | PT | F | |
| 5/5/2013 | | TANENBAUM,JAMES R. | 1.0 | 19.29 | $19.29 | | Business Meals Order ID:360947061 Order Date:5/5/2013  8:23:00PM Vendor Name: Domenico's Comment: 1 | | Exp | Less than 4 hours of service |
| 5/7/2013 | | LEE,GARY S. | 1.0 | 119.21 | $119.21 | | Travel Invoice #: 13203543 Voucher #: 938280 Travel Date: 05/07/13 8:00 AM From: WE 39 BEACH AVE LARCHM To: M 1 BOWLING GREE B - car for G. Lee | | Exp | Commuting from home |

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | EXP AMOUNT | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/7/2013 | | ONUMA,A | 1.0 | 20 | $20.00 | | Business Meals Order ID:361588968 Order Date:5/7/2013  8:10:00PM Vendor Name: Shinbashi  - A. Onuma work late. | | Exp | Substantiation |
| 5/10/2013 | | DIMORA,S. | 1.0 | 20 | $20.00 | | Business Meals Order ID:362603088 Order Date:5/10/2013 8:19:00PM Vendor Name: Fuji Sushi Japanese Restaurant - S. DiMora work late. | | Exp | Substantiation |
| 5/11/2013 | | DEARCY,LASHANN M. | 1.0 | 60 | $60.00 | | Business Meals Order ID:362883711 Order Date:5/11/2013 8:46:00PM Vendor Name: !Eatery - L. DeArcy (3 attendees) weekend work. | | Exp | Failure to identify attendee(s) |
| 5/13/2013 | 17 | DEARCY,LASHANN M. | 0.5 | 725 | | $362.50 | Discussion with A. Lawrence regarding Cancelliere direct testimony (.3); meeting with L. Moloff regarding RMBS direct testimony (.2). | OC | F | |
| 5/13/2013 | | DEARCY,LASHANN M. | 1.0 | 40 | $40.00 | | Business Meals Order ID:363451560 Order Date:5/13/2013 8:26:00PM Vendor Name: Fig & Olive III - L. DeArcy (2) attendees work late. | | Exp | Failure to identify attendee(s) |
| 5/15/2013 | | ROSENBAUM,NORMAN S. | 1.0 | 136.5 | $136.50 | | Travel Lodging, Norman Rosenbaum, ResCap Hotel Stay - ResCap Kessler negotiation session - Taxes Intercontinental Hotel New York Times Square 5/15/13 - 5/16/13 | | Exp | Verify compliance with 4/11/13 Hearing on lodging |
| 5/17/2013 | | ONUMA,A | 1.0 | 20 | $20.00 | | Business Meals Order ID:364706619 Order Date:5/17/2013 8:36:00PM Vendor Name: Shinbashi - A. Onuma work late. | | Exp | Substantiation |
| 5/17/2013 | | ROSENBAUM,NORMAN S. | 1.0 | 27.22 | $27.22 | | Business Meals Hotel - Dinner, Norman Rosenbaum, ResCap Hotel Stay - ResCap Kessler negotiation session, dinner | | Exp | $20 Limit |
| 5/17/2013 | | ROSENBAUM,NORMAN S. | 1.0 | 27.22 | $27.22 | | Business Meals Hotel - Dinner, Norman Rosenbaum, ResCap Hotel Stay - ResCap Kessler negotiation session, dinner | | Exp | $20 Limit |
| 5/17/2013 | | ROSENBAUM,NORMAN S. | 1.0 | 878 | $878.00 | | Travel Lodging, Norman Rosenbaum, ResCap Hotel Stay - ResCap Kessler negotiation session - Hotel Room Rate | | Exp | Verify compliance with 4/11/13 Hearing on lodging |
| 5/17/2013 | | TALARICO,M. | 1.0 | 78.24 | $78.24 | | Travel Invoice #: 13213540 Voucher #: 208483 Travel Date: 05/17/13 5:15 PM From: M 1290 6 AVE ASK P/U P To: LAG B - car for M. Talarico (FTI) | | Exp | Substantiation |
| 5/18/2013 | 17 | PETTS,JONATHAN M. | 2.5 | 455 | | $1,137.50 | Draft fact section of reply to motion in limine to strike committee's objection. | AS | F | |
| 5/18/2013 | | PETTS,JONATHAN M. | 1.0 | 20 | $20.00 | | Business Meals Order ID:364795323 Order Date:5/18/2013 11:55:00AM Vendor Name: Dig Inn Seasonal Market - 55th Street - J. Petts weekend work. | | Exp | Less that 4 hours of service |
| 5/21/2013 | 33 | VASILIU,ANDREEA R. | 2.2 | 395 | | $869.00 | Continue to draft J. Young Examiner interview memorandum. | AS | F | |

EXPENSES

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | EXP AMOUNT | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE | COMMENT |
|------|----------|------------|-------|------|------------|--------|------------------------|---------|---------|---------|
| 5/21/2013 | | VASILIU,ANDREEA R. | 1.0 | 20 | $20.00 | | Business Meals Order ID:365920194 Order Date:5/21/2013 7:20:00PM Vendor Name: Toloache - A. Vasiliu work late. | | Exp | Less than four hours of service |
| 5/23/2013 | 17 | GROSSMAN,RUBY R. | 1.1 | 265 | | $291.50 | Meet (.3) and coordinate with team regarding completion of 9019 RMBS trial evidentiary hearing work (.8). | LA | F | |
| 5/23/2013 | 12 | GROSSMAN,RUBY R. | 0.4 | 265 | | $106.00 | Respond to movant's status request regarding junior lien relief from stay (Wilson property). | LA | F | |
| 5/23/2013 | | GROSSMAN,RUBY R. | 1.0 | 23.62 | $23.62 | | Travel Invoice #: 181099 Voucher #: 2572681 Travel Date: 05/23/13 2:06 AM From: M 1290 6 AVE 10018 To: M 334 W 37 ST 10018 - work late car for R. Grossman | | Exp | Less than 4 hours of service |
| 5/23/2013 | 33 | TICE,SUSAN A.T. | 0.2 | 310 | | $62.00 | Prepare Berkshire Hathaway motion to unseal Examiner report for J. Levitt review. | LA | F | |
| 5/23/2013 | 17 | TICE,SUSAN A.T. | 2.4 | 310 | | $744.00 | Review correspondence for list of Talcott Franklin consenting claimants and deal names (1.3); meeting with team regarding tasks following settlement (1.1). | LA | F | |
| #REF! | | TICE,SUSAN A.T. | 1.0 | 86.42 | $86.42 | | Travel Invoice #: 181099 Voucher #: 2572700 Travel Date: 05/23/13 8:15 PM From: M 1290 6 AVE 10018 To: BK 674 NEW JERSEY AVE 11207 NS, S. Tice. | | Exp | Less than 4 hours of service |
| 5/26/2013 | | MATZA-BROWN,DANIEL | 1.0 | 16 | $16.00 | | Travel Taxi/Car Service, Daniel Matza-Brown, Taxicab for weekend work 5/26/13 | | Exp | Less than 4 hours of service |
| 6/3/2013 | | TANENBAUM,JAMES R. | 1.0 | 11.37 | $11.37 | | Barbara Westman, Residential Capital, LLC, 8400 Normandale Lake Blvd., Suite 150, BLOOMINGTON, 55437, Invoice #:000000E12397233 Tracking #:1ZE123970197673736 | | Exp | Substantiation |
| 6/5/2013 | | TANENBAUM,JAMES R. | 1.0 | 581.69 | $581.69 | | Business Meals BERKELEY CATERERS, INC., Catering, 06/05/13, 30 attendees, Lunch Meeting - G. Lee client meeting. | | Exp | Failure to identify attendees |
| 6/5/2013 | | TANENBAUM,JAMES R. | 1.0 | 439.17 | $439.17 | | Business Meals BERKELEY CATERERS, INC., Catering, 06/05/13, 30 attendees, Snack - G. Lee client meeting. | | Exp | Failure to identify attendees |
| 6/3/2013 | | TANENBAUM,JAMES R. | 1.0 | 11.37 | $11.37 | | Barbara Westman, Residential Capital, LLC, 8400 Normandale Lake Blvd., Suite 150, BLOOMINGTON, 55437, Invoice #:000000E12397233 Tracking #:1ZE123970197673736 | | Exp | Substantiation |
| 6/7/2013 | | TANENBAUM,JAMES R. | 1.0 | 80 | $80.00 | | Business Meals BERKELEY CATERERS, INC., Catering, 6/7/13, 4 attendees, Lunch Meeting | | Exp | Failure to identify attendees |
| 6/5/2013 | | TANENBAUM,JAMES R. | 1.0 | 18.03 | $18.03 | | Business Meals Order ID:370083108 Order Date:6/5/2013 11:22:00AM Vendor Name: Kosher Deluxe Comment: 3 attendees - G. Lee. | | Exp | Failure to identify attendees |
| 6/11/2013 | | HEARRON,MARC A. | 1.0 | 669.91 | $669.91 | | Travel Lodging, Marc Hearron, Hotel expense (Omni Hotel DC 6/11/13). | | Exp | Overhead Travel |

EXPENSES

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | EXP AMOUNT | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE | COMMENT |
|------|----------|------------|-------|------|-----------|--------|----------------------|---------|---------|---------|
| 6/11/2013 | | HEARRON,MARC A. | 1.0 | 20 | $20.00 | | Travel Meals Lunch, Marc Hearron, Lunch (working). | | Exp | Overhead Travel |
| 6/11/2013 | | HEARRON,MARC A. | 1.0 | 20.5 | $20.50 | | Travel Taxi/Car Service, Marc Hearron, Transportation (6/11/13). | | Exp | Overhead Travel |
| 6/11/2013 | | HEARRON,MARC A. | 1.0 | 398 | $398.00 | | Travel Train, Marc Hearron, Amtrak (DC to NY 6/11/13). | | Exp | Overhead Travel |
| 6/11/2013 | | HEARRON,MARC A. | 1.0 | 40 | $40.00 | | Travel Meals Dinner, Marc Hearron, Dinner - 2 attendees. | | Exp | Overhead Travel |
| 6/12/2013 | | HEARRON,MARC A. | 1.0 | 12 | $12.00 | | Travel Taxi/Car Service, Marc Hearron, Transportation (Union Station to Home 6/12/13). | | Exp | Overhead Travel |
| | | | | | | | | | | |
| 6/11/2013 | | MAYNARD,DEANNE E. | 1.0 | 7 | $7.00 | | Travel Agent Fee, Deanne Maynard, Amtrak (agent fee) (6/11/13) | | Exp | Overhead Travel |
| 6/11/2013 | | MAYNARD,DEANNE E. | 1.0 | 4.95 | $4.95 | | Travel Hotel - Internet, Deanne Maynard, Hotel - WiFi (Omni Hotel 6/11/13 to 6/12/13) | | Exp | Overhead Travel |
| 6/11/2013 | | MAYNARD,DEANNE E. | 1.0 | 633.47 | $633.47 | | Travel Lodging, Deanne Maynard, Hotel (Omni) (DC 6/11/13 to 6/12/13). | | Exp | Overhead Travel |
| 6/11/2013 | | MAYNARD,DEANNE E. | 1.0 | 30.3 | $30.30 | | Travel Taxi/Car Service, Deanne Maynard, Taxi service (Home to Union Station) | | Exp | Overhead Travel |
| 6/11/2013 | | MAYNARD,DEANNE E. | 1.0 | 15.6 | $15.60 | | Travel Taxi/Car Service, Deanne Maynard, Taxi service (Penn Station to Omni) (6/11/13) | | Exp | Overhead Travel |
| 6/11/2013 | | MAYNARD,DEANNE E. | 1.0 | 199 | $199.00 | | Travel Train, Deanne Maynard, Amtrak (from DC to NY 6/11/13) | | Exp | Overhead Travel |
| 6/12/2013 | | MAYNARD,DEANNE E. | 1.0 | 87.71 | $87.71 | | Travel Invoice #: 13253536 Voucher #: 208421 Travel Date: 06/12/13 4:15 PM From: M 1290 6 AVE To: LAG B - Car for D. Maynard. | | Exp | Overhead Travel |
| | | | | | | | | | | |
| 6/12/2013 | | TANENBAUM,JAMES R. | 1.0 | 80 | $80.00 | | Business Meals Order ID:372375966 Order Date:6/12/2013 4:11:00PM Vendor Name: Yum Yum Too Comment: 4 attendees. | | Exp | Failure to identify attendees |
| | | | | | | | | | | |
| 6/13/2013 | | LAWRENCE,J. ALEXANDER | 1.0 | 119.62 | $119.62 | | Business Meals Order ID:372729774 Order Date:6/13/2013 2:16:00PM Vendor Name: Bocca Catering Comment: ALEXANDER LAWRENCE, 6 attendees. | | Exp | Failure to identify attendees |
| | | | | | | | | | | |
| 6/16/2013 | | CRESPO,MELISSA M. | 1.0 | 12 | $12.00 | | Travel Taxi/Car Service, Melissa Crespo, Worked on weekend. | | Exp | Less than 4 hours of service |
| | | | | | | | | | | |
| 6/17/2013 | | KERR,CHARLES L. | 1.0 | 120 | $120.00 | | Business Meals BERKELEY CATERERS, INC., Catering Services 06/17/2013,  6 attendees, Lunch Meeting - C. Kerr. | | Exp | Failure to identify attendees |
| 6/17/2013 | | ROSENBAUM,NORMAN S. | 1.0 | 63.62 | $63.62 | | Business Meals Order ID:373866879 Order Date:6/17/2013 7:35:00PM Vendor Name: Global Kitchen Catering Comment: NORMAN ROSENBAUM 21981/83 CONFERENCE RO, 4 attendees. | | Exp | Failure to identify attendees |
| 6/17/2013 | | ROSENBAUM,NORMAN S. | 1.0 | 50.29 | $50.29 | | Business Meals Order ID:373871454 Order Date:6/17/2013 7:38:00PM Vendor Name: Global Kitchen Catering Comment: NORMAN ROSENBAUM 21981/83 CONFERENCE RO | | Exp | Failure to identify attendees |
| 6/18/2013 | | LEE,GARY S. | 1.0 | 237.39 | $237.39 | | Business Meals Order ID:374045268 Order Date:6/18/2013 12:20:00PM Vendor Name: Global Kitchen Catering Comment: Gary Lee - client meeting (25 attendees). | | Exp | Failure to identify attendees |
| 6/19/2013 | | WISHNEW,JORDAN A. | 1.0 | 286.62 | $286.62 | | Business Meals Order ID:374387295 Order Date:6/19/2013 12:13:00PM Vendor Name: Global Kitchen Catering Comment: Jordan Wishnew - client meeting (11 attendees) | | Exp | Failure to identify attendees |

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | EXP AMOUNT | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/20/2013 | | MARINES,JENNIFER L. | 1.0 | 200 | $200.00 | | Business Meals BERKELEY CATERERS, INC., Catering, 6/20/13, ResCap PSA Meeting 10 attendees - J. Marines. | | Exp | Failure to identify attendees |
| 6/25/2013 | | GOREN,TODD M. | 1.0 | 97.73 | $97.73 | | Business Meals Order ID:376078260 Order Date:6/25/2013 12:20:00PM Vendor Name: Bocca Catering Comment:  T. Goren - 6 attendees. | | Exp | Failure to identify attendees |
| 6/25/2013 | | LAWRENCE,J. ALEXANDER | 1.0 | 119.62 | $119.62 | | Business Meals Order ID:376090179 Order Date:6/25/2013 12:45:00PM Vendor Name: Bocca Catering Comment: ALEXANDER LAWRENCE, 6 attendees. | | Exp | Failure to identify attendees |
| 6/18/2013 | | ROSENBAUM,NORMAN S. | 1.0 | 60 | $60.00 | | Business Meals BERKELEY CATERERS, INC., Catering Services 06/18/2013,  3 attendees Client meeting - N. Rosenbaum (D. Mannal, E. Frejka (Kramer) and Gary Lynch. | | Exp | Double-counting of Rosenbaum? |
| 6/18/2013 | | ROSENBAUM,NORMAN S. | 1.0 | 60 | $60.00 | | Business Meals BERKELEY CATERERS, INC., Catering Services 06/18/2013, 3 attendees, Client Meeting - N. Rosenbaum (Dan Flanigan (Polsinelli - attorney for R. Drenan), Fred Walters (Bryan Cave). | | Exp | Double-counting of Rosenbaum? |
| 6/18/2013 | | ROSENBAUM,NORMAN S. | 1.0 | 76.97 | $76.97 | | Business Meals Order ID:373997181 Order Date:6/18/2013 10:07:00AM Vendor Name: Global Kitchen Catering Comment: NORMAN ROSENBAUM  - client meeting - 6 attendees. | | Exp | Double-counting of Rosenbaum? |
| 6/18/2013 | | ROSENBAUM,NORMAN S. | 1.0 | 120 | $120.00 | | Business Meals BERKELEY CATERERS, INC., Catering, 6/18/13, Lunch meeting client meeting N. Rosenbaum (6 attendees). | | Exp | Double-counting of Rosenbaum?/Failure to identify attendees |
| 6/20/2013 | | MARINES,JENNIFER L. | 1.0 | 200 | $200.00 | | Business Meals BERKELEY CATERERS, INC., Catering, 6/20/13, ResCap PSA Meeting 10 attendees - J. Marines. | | Exp | Failure to identify attendees |
| 6/23/2013 | | TANENBAUM,JAMES R. | 1.0 | 80 | $80.00 | | Business Meals Order ID:372375966 Order Date:6/12/2013 4:11:00PM Vendor Name: Yum Yum Too Comment: 4 attendees. | | Exp | Failure to identify attendees |
| 6/25/2013 | | MARTIN,SAMANTHA | 1.0 | 260 | $260.00 | | Business Meals BERKELEY CATERERS, INC., Catering, 06/25/13, 13 attendees, Lunch meeting - Client Meeting (S. Martin). | | Exp | Failure to identify attendees |
| 6/25/2013 | | ZIEGLER,DAVID A. | 1.0 | 140 | $140.00 | | Business Meals BERKELEY CATERERS, INC., Catering, 06/25/13, 7 attendees,  Lunch meeting - client meeting - D. Ziegler. | | Exp | Failure to identify attendees |
| 6/18/2013 | | QUINONES,EVELYN | 1.0 | 85.81 | $85.81 | | Travel Invoice #: 182453 Voucher #: 2572396 Travel Date: 06/18/13 11:05 PM From: M 1290 6 AVE 10018 To: SI 1358 BAY ST 10305 B - car for Evelyn Quinones. | | Exp | Not a Timekeeper - further substantiatrion required |
| 6/26/2013 | | MARTIN,SAMANTHA | 1.0 | 39.12 | $39.12 | | Business Meals Order ID:376481838 Order Date:6/26/2013 3:00:00PM Vendor Name: Global Kitchen Client meeting, S. Martin, 6 attendees | | EXP | Failure to identify attendees |
| 6/26/2013 | | PRINCI,ANTHONY | 1.0 | 40 | $40.00 | | Business Meals Order ID:376476711 Order Date:6/26/2013 2:43:00PM Vendor Name: Global Kitchen A. Princi` Client meeting, 2 attendees | | EXP | Failure to Identify attendee(s) |

EXPENSES

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | EXP AMOUNT | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE | COMMENT |
|------|----------|------------|-------|------|-----------|--------|----------------------|---------|---------|---------|
| 6/27/2013 | | TANENBAUM,JAMES R. | 1.0 | 200 | $200.00 | | Business Meals BERKELEY CATERERS, INC., Catering, 06/27/13, 10 attendees,  Lunch meeting - N. Rosenbaum client meeting. | | Exp | Duplicate Entry?/Failure to Identify attendee(s) |
| 6/27/2013 | | TANENBAUM,JAMES R. | 1.0 | 200 | $200.00 | | Business Meals BERKELEY CATERERS, INC., Catering, 06/27/13, 10 attendees,  Lunch/client meeting - N. Rosenbaum. | | Exp | Duplicate Entry?/Failure to Identify attendee(s) |
| 6/27/2013 | | ROSENBAUM,NORMAN S. | 1.0 | 196.83 | $196.83 | | Business Meals BERKELEY CATERERS, INC., Catering, 06/27/13, Snack N. Rosenbaum client meeting | | Exp | Failure to Identify attendee(s) |
| 6/27/2013 | | ROSENBAUM,NORMAN S. | 1.0 | 150 | $150.00 | | Travel Lodging, Norman Rosenbaum, Hotel Stay for ResCap meetings - Hotel Le Parker Meridien new York (6/27/13). | | Exp | Overhead Lodging |
| 6/27/2013 | | TANENBAUM,JAMES R. | 1.0 | 195.24 | $195.24 | | Business Meals Order ID:376792068 Order Date:6/27/2013 12:49:00PM Vendor Name: Bocca Catering Comment: 12,` Client meeting, 12 attendees | | EXP | Failure to Identify attendee(s) |
| 6/28/2013 | | TANENBAUM,JAMES R. | 1.0 | 60 | $60.00 | | Business Meals BERKELEY CATERERS, INC., Catering, 06/28/13, 3 attendees,  Lunch meeting/client meeting - Gary Lee | | Exp | Failure to Identify attendee(s) |
| 6/30/2013 | | Onuma,A. | 1.0 | 83.28 | $83.28 | | Travel Invoice #: 13273533 Voucher #: 208472 Travel Date: 06/30/13 10:00 PM From: NJ 7002 KENNEDY BLVD E To: M 1290 6 AVE B, Car for A. Onuma weekend work. | | EXP | Substantiation |
| 7/2/2013 | | TANENBAUM,JAMES R. | 1.0 | 160 | $160.00 | | Business Meals Order ID:378343080 Order Date:7/2/2013  7:01:00PM Vendor Name: Six Happiness,` Client meeting, 12 attendees | | EXP | Failure to identify attendees |
| 7/3/2013 | | LEE,GARY S. | 1.0 | 117.01 | $117.01 | | Travel Invoice #: 13283532 Voucher #: 955469 Travel Date: 07/03/13 8:00 AM From: WE 39 BEACH AVE LARCHM To: M 1 BOWLING GREE B, Car for G. Lee | | EXP | Commuting from Home |
| 7/3/2013 | | MARINES,JENNIFER L. | 1.0 | 700 | $700.00 | | Business Meals BERKELEY CATERERS, INC., Catering, 7/3/13, Lunch meeting, J. Marines ResCap plan an DS review meetings 35 attendees. | | EXP | Failure to Identify attendee(s) |
| 7/3/2013 | | MARINES,JENNIFER L. | 1.0 | 137.18 | $137.18 | | Business Meals Order ID:378633051 Order Date:7/3/2013  5:38:00PM Vendor Name: Go Sushi (51st/9th) Comment: 3,` J. Marines | | EXP | Failure to Identify attendee(s) |
| 7/3/2013 | | MARINES,JENNIFER L. | 1.0 | 179.43 | $179.43 | | Business Meals Order ID:378636201 Order Date:7/3/2013  5:41:00PM Vendor Name: Amadeus Pizza  (Formerly Ray's Piz Comment: 10, J. Marines | | EXP | Failure to Identify attendee(s) |
| 7/4/2013 | | MARINES,JENNIFER L. | 1.0 | 286.86 | $286.86 | | Travel Invoice #: 183039 Voucher #: 2530697 Travel Date: 07/04/13 12:18 AM From: M 1290 6 AVE 10018 To: LI  QUOGUE B, Car for J. Marines, work late after plan/ds filing. | | EXP | Less than 4 hours of service |
| 7/4/2013 | | MARINUZZI,LORENZO | 1.0 | 73 | $73.00 | | Travel Parking, Lorenzo Marinuzzi, Parking for meeting to complete plan. (63 + 10 tip) | | EXP | Less than 4 hours of service |

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | EXP AMOUNT | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/8/2013 | | HARRIS,DANIEL J. | 1.0 | 100.73 | $100.73 | | Business Meals Order ID:379654650 Order Date:7/8/2013  2:59:00PM Vendor Name: Global Kitchen D. Harris Client meeting, 10 attendees | | EXP | Failure to identify attendees |
| 7/10/2013 | | CRESPO,MELISSA M. | 1.0 | 18.6 | $18.60 | | Travel Taxi/Car Service, Melissa Crespo, Taxi Home, work late. | | EXP | Less than 4 hours of service |
| 7/10/2013 | 18 | CRESPO,MELISSA M. | 3.7 | 455 | | $1,683.50 | Emails with N. Evans and N. Kumar regarding APA schedules (.4); call with T. Foudy (Curtis-Mallet) regarding JSNs argument for lien on intangibles(.6) and review sale order and APA for relevant language (.9); follow up call with E. Tobin regarding open research issues for argument regarding lien on intangibles (.5) and research related to same (1.2); call with S. Martin regarding research issues for JSN briefs (.1). | AS | F | |
| 7/10/2013 | | NEWTON,JAMES A. | 1.0 | 25.2 | $25.20 | | Travel Taxi/Car Service, James Newton, Home to Court | | EXP | Commuting from home |
| 7/18/2013 | | MARINUZZI,LORENZO | 1.0 | 102.62 | $102.62 | | Business Meals CREATIVE CATERING, catering service 07.18.2013, Dessert Platter` L. Marinuzzi, Client meeting, 12 attendees | | EXP | Failure to identify attendees |
| 7/18/2013 | | ROSENBAUM,NORMAN S. | 1.0 | 135 | $135.00 | | Travel Lodging, Norman Rosenbaum, Hotel for work on ResCap. Hilton NY 7/18/13 | | EXP | Verify compliance with 4/11/13 Hearing on lodging |
| 7/18/2013 | | ROSENBAUM,NORMAN S. | 1.0 | 40.23 | $40.23 | | Travel Lodging, Norman Rosenbaum, Hotel Taxes for work on ResCap. Hilton NY 7/18/13 | | EXP | Verify compliance with 4/11/13 Hearing on lodging |
| 7/20/2013 | | CRESPO,MELISSA M. | 1.0 | 11.9 | $11.90 | | Travel Taxi/Car Service, Melissa Crespo, Taxi Home, worked on weekend. | | EXP | |
| 7/20/2013 | | CRESPO,MELISSA M. | 1.0 | 10.1 | $10.10 | | Travel Taxi/Car Service, Melissa Crespo, taxi to offices, worked on weekend. | | EXP | |
| 7/20/2013 | 18 | CRESPO,MELISSA M. | 2.2 | 455 | | $1,001.00 | Draft summary of argument on contract interpretation for debtors' opposition to JSN motion to dismiss. | AS | F | Less than 4 hours of service |
| 7/22/2013 | | LAWRENCE,J. ALEXANDER | 1.0 | 120 | $120.00 | | Business Meals BERKELEY CATERERS, INC., Catering, 7/22/2013, Lunch Meeting` A. Lawrence ResCap meet wth Jeff Lipps, 6 attendees | | EXP | Failure to identify attendees |
| 7/23/2013 | | LAWRENCE,J. ALEXANDER | 1.0 | 100 | $100.00 | | Business Meals CREATIVE CATERING, Catering, 07/23/2013, Lunch Meeting` A. Lawrence client meeting, 5 attendees | | EXP | Failure to identify attendees |
| 7/24/2013 | | GALANTE,PAUL A. | 1.0 | 25 | $25.00 | | Travel taxi/car service, Paul Galante, office to home, work late. | | EXP | Less then 4 hours of service |

EXPENSES

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | EXP AMOUNT | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/24/2013 | 18 | GALANTE,PAUL A. | 2.3 | 685 | | $1,575.50 | Email with J. Rosenberg regarding A. Pruitt status meeting (.6); review draft settlement agreement relating to Universal Restoration adversary proceeding (.3); email with Universal Restoration counsel regarding settlement proposal (.3); discuss Nora settlement with J. Rosenberg and S. Martin (.2); email with J. Rosenberg regarding Hawthorne issues (.3); call with A. Pruitt regarding status meeting (.3); meet with N. Rosenbaum regarding Universal Restoration adversary proceeding (.3). | AS | F | |
| 7/24/2013 | | LAWRENCE,J. ALEXANDER | 1.0 | 100 | $100.00 | | Business Meals BERKELEY CATERERS, INC., Catering, 7/24/2013, Lunch Meeting` A. Lawrence client meeting, 5 attendees | | EXP | Double-counting of Lawrence?/Failure to identify attendees |
| 7/24/2013 | | LAWRENCE,J. ALEXANDER | 1.0 | 79.02 | $79.02 | | Business Meals Order ID:384638415 Order Date:7/24/2013 1:54:00PM Vendor Name: Global Kitchen Catering, A. Lawrence, client meeting, 5 attendees. | | EXP | Double-counting of Lawrence?/Failure to identify attendees |
| 7/29/2013 | | CRESPO,MELISSA M. | 1.0 | 15 | $15.00 | | Travel Taxi/Car Service, Melissa Crespo, Worked Late. | | EXP | Less than 4 hours of service |
| 7/30/2013 | | LEE,GARY S. | 1.0 | 162.62 | $162.62 | | Travel Invoice #: 13333529 Voucher #: 954171 Travel Date: 07/30/13 8:15 AM From: WE 39 BEACH AVE LARCHM To: M 1 BOWLING GREEN, car for G. Lee with voluminous hearing materials. | | EXP | Commuting from home |
| 7/31/2013 | | TANENBAUM,JAMES R. | 1.0 | 67.49 | $67.49 | | Business Meals BERKELEY CATERERS, INC., Catering, 7/31/2013, 14 people, Client Meeting - Lunch | | EXP | Failure to identify attendees |
| 7/31/2013 | | WISHNEW,JORDAN A. | 1.0 | 280 | $280.00 | | Business Meals BERKELEY CATERERS, INC., Catering, 7/31/2013, Client Meeting - `J. Wishnew, client meeting, 14 attendees, dinner | | EXP | Failure to identify attendees |
| 7/31/2013 | | WISHNEW,JORDAN A. | 1.0 | 245.54 | $245.54 | | Business Meals BERKELEY CATERERS, INC., Catering, 7/31/2013, Client Meeting - `J. Wishnew client meeting, 14 attendees, Lunch | | EXP | Failure to identify attendees |
| 7/31/2013 | | WISHNEW,JORDAN A. | 1.0 | 147.32 | $147.32 | | Business Meals CREATIVE CATERING, Catering, 07/31/2013, 14people, J. Wishnew, Client Meeting, | | EXP | Failure to identify attendees |
| 8/4/2013 | | CRESPO,MELISSA M. | 1.0 | 11.5 | $11.50 | | Business Meals Dinner, M. Crespo, worked late. | | EXP | Less than 4 hours |
| 8/4/2013 | | CRESPO,MELISSA M. | 1.0 | 10.7 | $10.70 | | Travel Taxi/Car Service, M. Crespo, Taxi home worked late. | | EXP | Verify date of expense |
| 8/4/2013 | | CRESPO,MELISSA M. | 1.0 | 9 | $9.00 | | Travel Taxi/Car Service, M. Crespo, Taxi home worked late. | | EXP | Verify date of expense |
| 8/4/2013 | | CRESPO,MELISSA M. | 1.0 | 13 | $13.00 | | Travel Taxi/Car Service, M. Crespo, Taxi home worked late. | | EXP | Verify date of expense |
| 8/4/2013 | 18 | CRESPO,MELISSA M. | 3.6 | 455 | | $1,638.00 | Prepare lien release and equitable lien creation riders for brief in support of debtors' motion to dismiss JSN claims. | AS | F | |
| 8/6/2013 | | ZIEGLER,DAVID A. | 1.0 | 31.19 | $31.19 | | Travel Invoice #: 1167488 Voucher #: A3875777 Travel Date: 08/06/13 9:38 PM From: 1290 6 AV M To: 71/BROADWAY D. Ziegler Taxi home worked late. | | EXP | Less than 4 hours of service |

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | EXP AMOUNT | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/6/2013 | 5 | ZIEGLER,DAVID A. | 3.9 | 530 | | $2,067.00 | Prepare pre-trial materials, such as deposition counter-designations and exhibits likely to be used by the objectors during cross, in connection with the FGIC 9019 Motion. | AS | F | |
| 8/7/2013 | | LEVITT,JAMIE A. | 1.0 | 149.27 | $149.27 | | Business Meals Order ID:388834512 Order Date:8/7/2013  1:46:00PM Vendor Name: Go Sushi (51st/9th), J. Levitt, client meeting, 15 attendees, JSN. | | EXP | Failure to identify attendees |
| 8/7/2013 | | LEVITT,JAMIE A. | 1.0 | 150.63 | $150.63 | | Business Meals Order ID:388853895 Order Date:8/7/2013  1:25:00PM Vendor Name: Global Kitchen Catering, J. Levitt, client meeting, 15 attendees, JSN. | | EXP | Failure to identify attendees |
| 8/7/2013 | | LEVITT,JAMIE A. | 1.0 | 192.99 | $192.99 | | Business Meals Order ID:388882161 Order Date:8/7/2013  3:44:00PM Vendor Name: Global Kitchen Catering, J. Levitt, client meeting, 15 attendees, JSN. | | EXP | Failure to identify attendees |
| 8/8/2013 | | JOSEPH,N (MERRILL) | 1.0 | 74.72 | $74.72 | | Travel Invoice #: 184566 Voucher #: 2476979 Travel Date: 08/08/13 11:45 PM From: M 1290 6 AVE 10018 To: BK 674 NEW JERSEY AVE 11207 N. Joseph (Merrill) Taxi home worked late. | | EXP | Substantiation |
| 8/9/2013 | | JOSEPH,N (MERRILL) | 1.0 | 74.72 | $74.72 | | Travel Invoice #: 184566 Voucher #: 2603710 Travel Date: 08/09/13 8:08 PM From: M 1290 6 AVE 10018 To: BK 674 NEW JERSEY AVE 11207 N. Joseph (Merrill) Taxi home worked late. | | EXP | Substantiation |
| 8/9/2013 | | LEE,GARY S. | 1.0 | 104.55 | $104.55 | | Travel Invoice #: 13333529 Voucher #: 205781 Travel Date: 08/09/13 10:05 AM From: M 52 W 52 ST To: WE 39 BEACH AVE, car for G. Lee. | | EXP | Verify date of expense |
| 8/9/2013 | | LEE,GARY S. | 1.0 | 155.29 | $155.29 | | Travel Invoice #: 13333529 Voucher #: 205782 Travel Date: 08/09/13 10:08 AM From: M 52 W 52 ST To: WE 244 MILLERTOW, car for G. Lee. | | EXP | Verify date of expense |
| 8/11/2013 | | CRESPO,MELISSA M. | 1.0 | 7.91 | $7.91 | | Business Meals Meals Other, M. Crespo, worked weekend. | | EXP | Less than 4 hours of services |
| 8/11/2013 | | CRESPO,MELISSA M. | 1.0 | 11.3 | $11.30 | | Travel Taxi/Car Service, M. Crespo, Taxi home worked late. | | EXP | Less than 4 hours of services |
| 8/11/2013 | | CRESPO,MELISSA M. | 1.0 | 7 | $7.00 | | Travel Taxi/Car Service, Melissa Crespo, Taxi home worked late. | | EXP | Less than 4 hours of services |
| 8/13/2013 | | DAY,PETER H. | 1.0 | 40 | $40.00 | | Business Meals, Lunch, P. Day, Examiner interviews in Minneapolis, MN, 2 attendees. | | EXP | Failure to Identify attendee(s)/Less than 4 hours of services |
| 8/14/2013 | | LEE,GARY S. | 1.0 | 92.35 | $92.35 | | Business Meals Order ID:390941580 Order Date:8/14/2013 1:38:00PM Vendor Name: Global Kitchen Catering, G. Lee, client meeting, 6 attendees. | | EXP | Failure to identify attendees |
| 8/15/2013 | | BAEHR,ROBERT J. | 1.0 | 80 | $80.00 | | Business Meals BERKELEY CATERERS, INC., Catering, 8/15/2013, R. Baehr, Client Meeting, 4 attendees. | | EXP | Failure to identify attendees |
| 8/15/2013 | | CRESPO,MELISSA M. | 1.0 | 10.2 | $10.20 | | Travel Taxi/Car Service, M. Crespo, Taxi home worked late. | | EXP | Less than 4 hours of service |

EXPENSES

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | EXP AMOUNT | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE | COMMENT |
|------|----------|------------|-------|------|------------|--------|-----------------------|---------|---------|---------|
| 8/15/2013 | | GOREN,TODD M. | 1.0 | 84.51 | $84.51 | | Business Meals TERESA'S - Purchase-8-15-13, Client Meeting - T. Goren (4 attendees). | | EXP | Failure to identify attendees |
| 8/15/2013 | | KERR,CHARLES L. | 1.0 | 80 | $80.00 | | Business Meals BERKELEY CATERERS, INC., Catering, 8/15/2013, C. Kerr, Client Meeting, 4 attendees. | | EXP | Failure to identify attendees |
| 8/15/2013 | | LAWRENCE,J. ALEXANDER | 1.0 | 80 | $80.00 | | Business Meals BERKELEY CATERERS, INC., Catering, 8/15/2013, A. Lawrence, Client Meeting, 4 attendees. | | EXP | Failure to identify attendees |
| 8/15/2013 | | MERRIL STAFF | 1.0 | 29.25 | $29.25 | | Travel Invoice #: 185130 Voucher #: 2471934 Travel Date: 08/15/13 4:45 PM From: M 1 BOWLING GREEN 10001 To: M 1290 6 AVE 10018, car for Merrill staff. | | EXP | Substantiation |
| 8/16/2013 | | BARRAGE,ALEXANDRA S. | 1.0 | 132.75 | $132.75 | | Travel Mileage, Alexandra Barrage, ResCap Hearing. | | EXP | Add'l substantiation required |
| 8/16/2013 | | LAWRENCE,J. ALEXANDER | 1.0 | 76.97 | $76.97 | | Business Meals Order ID:391575132 Order Date:8/16/2013 2:45:00PM Vendor Name: Global Kitchen Catering, A. Lawrence, client meeting, 5 attendees. | | EXP | Failure to identify attendees |
| 8/16/2013 | | MARINES,JENNIFER L. | 1.0 | 300 | $300.00 | | Business Meals Order ID:391514229 Order Date:8/16/2013 11:34:00AM Vendor Name: Global Kitchen Catering, J. Marines, client meeting, 15 attendees. | | EXP | Failure to identify attendees |
| 8/16/2013 | | NEWTON,JAMES A. | 1.0 | 123.01 | $123.01 | | Business Meals Lunch, J. Newton, Lunch while attending Court (8 people) | | EXP | Failure to identify attendees |
| 8/16/2013 | | SADEGHI,KAYVAN B. | 1.0 | 100 | $100.00 | | Business Meals Lunch, K. Sadeghi, Lunch after attendance at FGIC 9019 hearing, 5 attendees. | | EXP | Failure to identify attendees |
| 8/18/2013 | | CRESPO,MELISSA M. | 1.0 | 21.6 | $21.60 | | Travel Taxi/Car Service, M. Crespo, Taxi home worked late. | | EXP | Less than 4 hours of seervice |
| 8/18/2013 | | TANENBAUM,JAMES R. | 1.0 | 35.64 | $35.64 | | Travel Invoice #: 13353528 Voucher #: 451489 Travel Date: 08/18/13 8:15 PM From: M 1290 6 AVE To: M  E 89 ST B | | EXP | Less than 4 hours of service |
| 8/18/2013 | 3 | TANENBAUM,JAMES R. | 1.2 | 1025 | | $1,230.00 | Prepare draft letter to UCC at request of J. Mack (ResCap) to be sent by J. Ilany (ResCap) and J. Mack to J. Dubel (UCC) and M. Sonkin (UCC) (.6); receive J. Mack's comments on same and redraft (.3); call with J. Mack regarding same (.3). | PT | F | |
| 8/19/2013 | | ZIEGLER,DAVID A. | 1.0 | 80 | $80.00 | | Business Meals Lunch, D. Ziegler, Lunch for team while at court. | | EXP | Failure to identify attendees |
| 8/20/2013 | | GUIDO,LAURA ANTONIA | 1.0 | 49.97 | $49.97 | | Travel Lodging, Laura Guido, Hotel Stay for work pertaining to ResCap - Taxes on hotel room Warwick Hotel 8/20/13. | | EXP | Verify compliance with 4/11/13 Hearing on lodging |
| 8/20/2013 | | GUIDO,LAURA ANTONIA | 1.0 | 100 | $100.00 | | Travel Lodging, Laura Guido, Hotel Stay for work pertaining to ResCap - Warwick Hotel 8/20/13. | | EXP | Verify compliance with 4/11/13 Hearing on lodging |

EXPENSES

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | EXP AMOUNT | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/20/2013 | | JOSEPH,N (MERRILL) | 1.0 | 74.72 | $74.72 | | Travel Invoice #: 185130 Voucher #: 2471939 Travel Date: 08/20/13 10:24 PM From: M 1290 6 AVE 10018 To: BK 674 NEW JERSEY AVE 11207, car N. Joseph from (Merrill). | | EXP | Substantiation |
| 8/20/2013 | | MARINES,JENNIFER L. | 1.0 | 200 | $200.00 | | Business Meals BERKELEY CATERERS, INC., Catering, 08/20/13, J. Marines, Client meeting, 10 attendees. | | EXP | Failure to identify attendees |
| 8/20/2013 | | MERRIL STAFF | 1.0 | 51.1 | $51.10 | | Travel Invoice #: 185130 Voucher #: 2471935 Travel Date: 08/20/13 10:21 PM From: M 1290 6 AVE 10018 To: QU 3021 85 ST 11370, car for Merrill staff. | | EXP | Substantiation |
| 8/21/2013 | | JERRICK,A | 1.0 | 66.85 | $66.85 | | Travel Invoice #: 185130 Voucher #: 2572371 Travel Date: 08/21/13 4:11 AM From: BK 4424 CLARENDON RD 1120 To: M 1290 6 AVE 10018, A. Jerrick, Taxi home worked late. | | EXP | Less than 4 hours of service |
| 8/21/2013 | | MARINUZZI,LORENZO | 1.0 | 178.5 | $178.50 | | Travel Meals Lunch, Lorenzo Marinuzzi, Lunch meeting after hearing (8 attendees). | | EXP | Failure to identify attendees |
| 8/21/2013 | | MERRIL STAFF | 1.0 | 60.74 | $60.74 | | Travel Invoice #: 185130 Voucher #: 2471936 Travel Date: 08/21/13 12:23 AM From: M 1290 6 AVE 10018 To: BX 1221 E 224 ST 10466, car for Merrill staff. | | EXP | Substantiation |
| 8/21/2013 | | MERRIL STAFF | 1.0 | 42.75 | $42.75 | | Travel Invoice #: 185130 Voucher #: 2471937 Travel Date: 08/21/13 2:04 AM From: M 1290 6 AVE 10018 To: QU 6412 35 AVE 11377, car for Merrill staff. | | EXP | Substantiation |
| 8/21/2013 | | MERRIL STAFF | 1.0 | 58.49 | $58.49 | | Travel Invoice #: 185130 Voucher #: 2471938 Travel Date: 08/21/13 2:18 AM From: M 1290 6 AVE 10018 To: BK 170 PARKSIDE AVE 11226, car for Merrill staff. | | EXP | Substantiation |
| 8/21/2013 | | MERRIL STAFF | 1.0 | 25.87 | $25.87 | | Travel Invoice #: 185130 Voucher #: 2472002 Travel Date: 08/21/13 2:31 AM From: M 1290 6 AVE 10018 To: M W 26 ST 10011, car for Merrill staff. | | EXP | Substantiation |
| 8/21/2013 | | ROSENBAUM,NORMAN S. | 1.0 | 60 | $60.00 | | Business Meals BERKELEY CATERERS, INC., Catering, 8/21/13, N. Rosenbaum, Client Meeting, 3 attendees. | | EXP | Failure to identify attendees |
| 8/22/2013 | | CRESPO,MELISSA M. | 1.0 | 12 | $12.00 | | Travel Taxi/Car Service, M. Crespo, Taxi home worked late. | | EXP | Less than 4 hours of service |
| 8/22/2013 | 13 | CRESPO,MELISSA M. | 1.0 | 455 | | $455.00 | Discuss hearing preparation and materials and task list with A. Ruiz.` | AS | F | |
| 8/22/2013 | 18 | CRESPO,MELISSA M. | 1.3 | 455 | | $591.50 | Prepare preliminary reference chart of aggregation cases (.4); meet with T. Goren and S. Martin regarding oral argument regarding JSN litigation (1.3). | AS | F | |
| 8/22/2013 | | LEVITT,JAMIE A. | 1.0 | 133.41 | $133.41 | | Business Meals CREATIVE CATERING, Catering, 08/22/2013, J. Levitt, Client Meeting, 15 attendees. | | EXP | Failure to identify attendees |

| DATE | PROJ CAT | TIMEKEEPER | HOURS | RATE | EXP AMOUNT | AMOUNT | LINE_ITEM_DESCRIPTION | CLASSIF | EXP/FEE | COMMENT |
|------|----------|------------|-------|------|------------|--------|------------------------|---------|---------|---------|
| 8/23/2013 | | MARTIN,SAMANTHA | 1.0 | 120 | $120.00 | | Business Meals BERKELEY CATERERS, INC., Catering, 08/23/2013, S. Martin, Lunch, Client Meeting, 6 attendees. | | EXP | Failure to identify attendees |
| 8/25/2013 | | KLINE,JOHN T. | 1.0 | 105.25 | $105.25 | | Travel Invoice #: 13353528 Voucher #: 958212 Travel Date: 08/25/13 3:45 PM From: JFK  24 AMERICAN To: M 151 W 54 ST, car for J. Kline. | | EXP | Overhead travel |
| 8/25/2013 | | KLINE,JOHN T. | 1.0 | 19.56 | $19.56 | | Travel Meals Dinner, John Kline, New York Assignment | | EXP | Overhead travel |
| 8/26/2013 | | KLINE,JOHN T. | 1.0 | 13.6 | $13.60 | | Travel Meals Breakfast, John Kline, New York Assignment | | EXP | Overhead travel |
| 8/26/2013 | | KLINE,JOHN T. | 1.0 | 10 | $10.00 | | Travel Meals Dinner, John Kline, New York Assignment | | EXP | Overhead travel |
| 8/28/2013 | | KLINE,JOHN T. | 1.0 | 5.97 | $5.97 | | Travel Meals Breakfast, John Kline, New York Assignment | | EXP | Overhead travel |
| 8/28/2013 | | KLINE,JOHN T. | 1.0 | 11 | $11.00 | | Travel Meals Dinner, John Kline, New York Assignment | | EXP | Overhead travel |
| 8/28/2013 | | KLINE,JOHN T. | 1.0 | 5.99 | $5.99 | | Travel Meals Lunch, John Kline, New York Assignment | | EXP | Overhead travel |
| 8/29/2013 | | KLINE,JOHN T. | 1.0 | 10.41 | $10.41 | | Travel Meals Breakfast, John Kline, New York Assignment | | EXP | Overhead travel |
| 8/29/2013 | | KLINE,JOHN T. | 1.0 | 8.5 | $8.50 | | Travel Meals Dinner, John Kline, New York Assignment | | EXP | Overhead travel |
| 8/29/2013 | | KLINE,JOHN T. | 1.0 | 5.99 | $5.99 | | Travel Meals Lunch, John Kline, New York Assignment | | EXP | Overhead travel |
| 8/29/2013 | | KLINE,JOHN T. | 1.0 | 11.88 | $11.88 | | Travel Meals Meals Other, John Kline, New York Assignment | | EXP | Overhead travel |
| 8/30/2013 | | KLINE,JOHN T. | 1.0 | 12.68 | $12.68 | | Travel Meals Breakfast, John Kline, New York Assignment | | EXP | Overhead travel |
| 8/30/2013 | | KLINE,JOHN T. | 1.0 | 2.98 | $2.98 | | Travel Meals Dinner, John Kline, New York Assignment | | EXP | Overhead travel |
| 8/30/2013 | | KLINE,JOHN T. | 1.0 | 6.53 | $6.53 | | Travel Meals Lunch, John Kline, New York Assignment | | EXP | Overhead travel |
| 8/31/2013 | | KLINE,JOHN T. | 1.0 | 9.23 | $9.23 | | Travel Meals Breakfast, John Kline, New York Assignment | | EXP | Overhead travel |
| 9/1/2013 | | KLINE,JOHN T. | 1.0 | 7 | $7.00 | | Travel Agent Fee, J. Kline, New York, 9/1/13. | | EXP | Overhead travel |
| 9/1/2013 | | KLINE,JOHN T. | 1.0 | 666.8 | $666.80 | | Travel Airfare, J. Kline, 9/1/13, New York to San Francisco. | | EXP | Overhead travel |

Total    $   16,857.37

# EXHIBIT  J

Ally Financial, Inc.
Client/Matter Number: 139697.00002
June 25, 2013

Invoice: 10814577
Page 2

| Date | Name | Services | Time |
|------|------|----------|------|
| 5/2/13 | G. Apfel | Work on legal review process - analysis of payment history. | 0.60 |
| 5/2/13 | G. Apfel | Review of PwC requested changes to analysis of payment history. | 0.90 |
| 5/2/13 | D.J. Detweiler | Review loan files. | 2.00 |
| 5/2/13 | J.M. Friedman | Review loan files. | 4.50 |
| 5/2/13 | R. Hertzberg | Review and revise response to objection to fees. | 0.90 |
| 5/2/13 | D. Kovsky-Apap | Work on proposed order re HudCo fees and expenses. | 0.30 |
| 5/2/13 | D. Kovsky-Apap | Review of PwC's requested changes to analysis of payment history. | 0.90 |
| 5/2/13 | D. Kovsky-Apap | Correspondence with reviewers and with PwC re document discrepancy in Citrix. | 0.20 |
| 5/2/13 | D. Kovsky-Apap | Review loan files. | 3.30 |
| 5/2/13 | K. Kress | Review of PwC requested changes to analysis of payment history. | 0.80 |
| 5/2/13 | D. Murphy | Review loan files. | 2.90 |
| 5/2/13 | D. Murray | Review loan files. | 0.80 |
| 5/2/13 | D. Murray | Review loan files. | 2.00 |
| 5/2/13 | W.R. Wagner | Review loan files. | 4.00 |
| 5/2/13 | A. Wisotsky | Review of PwC Requested Changes to Analysis of Payment History. | 0.75 |
| 5/2/13 | A. Wisotsky | Review loan files. | 2.00 |
| 5/2/13 | K.B. Braun | Review loan files. | 0.80 |
| 5/2/13 | C. Kimmel | Review loan files. | 0.80 |
| 5/2/13 | R.L. Vanderpool, IV | Review loan files. | 0.75 |
| 5/2/13 | J. VandeWyngearde | Review loan files. | 0.80 |
| 5/2/13 | L.J. Casey | Review loan files. | 2.80 |
| 5/2/13 | E.L. Coccia | Review loan files. | 4.90 |
| 5/2/13 | C.A. DiValentino | Review loan files. | 0.90 |
| 5/2/13 | A.L. Harris | Review loan file. | 2.70 |
| 5/2/13 | C.B. Holtzman | Review loan files. | 3.40 |
| 5/2/13 | A. Mavraganis | Review loan files. | 4.40 |
| 5/2/13 | N.R. Smarr | Review loan files. | 3.80 |
| 5/2/13 | R.R. Tooley | Review loan files. | 3.40 |
| 5/2/13 | L.S. Welwarth | Review loan files. | 3.30 |
| 5/2/13 | S. Henry | Work on loan assignments | 0.90 |
| 5/2/13 | S. Henry | Revise Hudson Cook proposed order for first interim fee application. | 0.80 |
| 5/3/13 | G. Apfel | Review loan files. | 6.30 |

OH    800    720

Ally Financial, Inc.
Client/Matter Number: 139697.00002                                    Invoice: 10814577
June 25, 2013                                                                          Page 3

|     | Date | Name | Services | | Time | |
| --- | --- | --- | --- | --- | --- | --- |
| 0 H | 5/3/13 | G. Apfel | Work on response to UST objections. | 850 | 1.10 | 935 |
|     | 5/3/13 | D.J. Detweiler | Review loan files. | | 5.90 | |
|     | 5/3/13 | J.M. Friedman | Review loan files. | | 2.00 | |
| 0 H | 5/3/13 | R. Hertzberg | Review Hudson Cook response letter. | 800 | .0.20 | 160 |
| 0 H | 5/3/13 | R. Hertzberg | Conference call with D. Kovsky and G. Apfel re revision of response to UST objection. | 800 | 0.50 | 400 |
|     | 5/3/13 | D. Kovsky-Apap | Review loan files. | | 4.20 | |
| 0 H | 5/3/13 | D. Kovsky-Apap | Work on response to UST objection to fee application. | 500 | 0.90 | 450 |
|     | 5/3/13 | K. Kress | Review loan files. | | 4.40 | |
|     | 5/3/13 | W.R. Wagner | Review loan files. | | 5.00 | |
|     | 5/3/13 | A. Wisotsky | Review loan files. | | 1.40 | |
|     | 5/3/13 | K.B. Braun | Review loan files. | | 0.70 | |
|     | 5/3/13 | C. Kimmel | Review loan files. | | 2.80 | |
|     | 5/3/13 | R.L. Vanderpool, IV | Review loan files. | | 1.50 | |
|     | 5/3/13 | L.J. Casey | Review loan files. | | 1.50 | |
|     | 5/3/13 | E.L. Coccia | Review loan files. | | 4.80 | |
|     | 5/3/13 | A.L. Harris | Review loan files. | | 1.90 | |
|     | 5/3/13 | C.B. Holtzman | Review loan files. | | 3.10 | |
|     | 5/3/13 | A. Mavraganis | Review loan files. | | 1.20 | |
|     | 5/3/13 | R.R. Tooley | Review loan files. | | 5.50 | |
|     | 5/3/13 | L.S. Welwarth | Review loan files. | | 0.80 | |
|     | 5/3/13 | S. Henry | Work on loan assignments | | 1.40 | |
|     | 5/5/13 | D. Kovsky-Apap | Review loan files. | | 3.80 | |
|     | 5/5/13 | W.R. Wagner | Review loan files. | | 4.00 | |
|     | 5/5/13 | L.J. Casey | Review loan files. | | 2.60 | |
|     | 5/5/13 | E.L. Coccia | Review loan files. | | 2.00 | |
|     | 5/5/13 | L.S. Welwarth | Review loan files. | | 3.80 | |
|     | 5/6/13 | G. Apfel | Review loan files. | | 7.30 | |
|     | 5/6/13 | J.M. Friedman | Review loan files. | | 3.75 | |
|     | 5/6/13 | D. Kovsky-Apap | Review loan files. | | 3.90 | |
|     | 5/6/13 | K. Kress | Review loan files. | | 3.20 | |
|     | 5/6/13 | D. Murphy | Review loan files. | | 0.80 | |
|     | 5/6/13 | D. Murray | Review loan files. | | 5.50 | |
|     | 5/6/13 | W.R. Wagner | Review loan files. | | 4.00 | |
|     | 5/6/13 | A. Wisotsky | Review loan files. | | 0.90 | |
|     | 5/6/13 | K.B. Braun | Review loan files. | | 2.10 | |
|     | 5/6/13 | B.F. Scotti | Review loan files. | | 3.50 | |
|     | 5/6/13 | E.L. Coccia | Review loan files. | | 6.50 | |

Ally Financial, Inc.
Client/Matter Number: 139697.00002                                    Invoice: 10814577
June 25, 2013                                                                          Page 4

| Date | Name | Services | Time |
|------|------|----------|------|
| 5/6/13 | C.A. DiValentino | Review loan files. | 6.00 |
| 5/6/13 | A.L. Harris | Review loan files. | 2.40 |
| 5/6/13 | C.B. Holtzman | Review loan files. | 2.10 |
| 5/6/13 | A. Mavraganis | Review loan files. | 2.40 |
| 5/6/13 | N.R. Smarr | Review loan files. | 7.00 |
| 5/6/13 | R.R. Tooley | Review loan files. | 6.00 |
| 5/6/13 | L.S. Welwarth | Review loan files. | 6.80 |
| 5/6/13 | S. Henry | Work on loan assignments | 1.70 |
| 5/7/13 | G. Apfel | Review loan files. | 5.10 |
| 5/7/13 | G. Apfel | Work on legal review process - FAQ's. | 1.40 |
| 5/7/13 | J.M. Friedman | Review loan files. | 2.00 |
| 5/7/13 | D. Kovsky-Apap | Work on response to UST objection to fee application. | 3.80 |
| 5/7/13 | D. Kovsky-Apap | Review loan files. | 3.50 |
| 5/7/13 | K. Kress | Review loan files. | 3.90 |
| 5/7/13 | D. Murphy | Review loan files. | 3.00 |
| 5/7/13 | D. Murray | Review loan files. | 2.50 |
| 5/7/13 | W.R. Wagner | Review loan files. | 4.00 |
| 5/7/13 | K.B. Braun | Review loan files. | 1.90 |
| 5/7/13 | B.F. Scotti | Review loan files. | 3.00 |
| 5/7/13 | E.L. Coccia | Review loan files. | 6.30 |
| 5/7/13 | C.A. DiValentino | Review loan files. | 3.25 |
| 5/7/13 | C.B. Holtzman | Review loan files. | 5.20 |
| 5/7/13 | A. Mavraganis | Review loan files. | 2.20 |
| 5/7/13 | N.R. Smarr | Review loan files. | 3.50 |
| 5/7/13 | R.R. Tooley | Review loan files. | 7.75 |
| 5/7/13 | L.S. Welwarth | Review loan files. | 0.30 |
| 5/7/13 | S. Henry | Work on loan assignments | 1.00 |
| 5/8/13 | G. Apfel | Work on loan review process - bankruptcy standing review; observation reporting to GMAC. | 2.60 |
| 5/8/13 | G. Apfel | Conference call with FRB, FDIC, PwC and Hudco. | 0.80 |
| 5/8/13 | G. Apfel | Review loan files. | 4.40 |
| 5/8/13 | J.M. Friedman | Review loan files. | 4.75 |
| 5/8/13 | D. Kovsky-Apap | Participate in status conference call with FRB. | 0.80 |
| 5/8/13 | D. Kovsky-Apap | Review loan files. | 2.90 |
| 5/8/13 | D. Kovsky-Apap | Work on loan review process - escalation report to be provided to GMACM. | 0.40 |
| 5/8/13 | D. Kovsky-Apap | Work on loan review process - standing review; stay period. | 0.40 |
| 5/8/13 | K. Kress | Review loan files. | 4.70 |

Handwritten annotations: "θ H" (left margin, 5/7/13 D. Kovsky-Apap row); "500" and "1,900" (right of 3.80 entry)

Ally Financial, Inc.
Client/Matter Number: 139697.00002                          Invoice: 10814577
June 25, 2013                                               Page 5

| | Date | Name | Services | | Time | |
|---|---|---|---|---|---|---|
| | 5/8/13 | D. Murphy | Review loan files. | | 3.40 | |
| | 5/8/13 | D. Murray | Review loan files. | | 1.75 | |
| | 5/8/13 | W.R. Wagner | Review loan files. | | 3.50 | |
| | 5/8/13 | A. Wisotsky | Review loan files. | | 0.60 | |
| | 5/8/13 | K.B. Braun | Review loan files. | | 2.50 | |
| | 5/8/13 | C. Kimmel | Review loan files. | | 0.80 | |
| | 5/8/13 | B.F. Scotti | Review loan files. | | 3.20 | |
| | 5/8/13 | L.J. Casey | Review loan files. | | 3.10 | |
| | 5/8/13 | E.L. Coccia | Review loan files. | | 5.00 | |
| | 5/8/13 | C.A. DiValentino | Review loan files. | | 1.00 | |
| | 5/8/13 | A.L. Harris | Review loan files. | | 2.40 | |
| | 5/8/13 | C.B. Holtzman | Review loan files. | | 4.30 | |
| | 5/8/13 | A. Mavraganis | Review loan files. | | 3.20 | |
| | 5/8/13 | N.R. Smarr | Review loan files. | | 7.20 | |
| | 5/8/13 | S. Henry | Work on loan assignments | | 2.40 | |
| | 5/8/13 | G. Apfel | Review loan files. | | 6.10 | |
| | 5/8/13 | D.J. Detweiler | Review loan files. | | 2.00 | |
| | 5/9/13 | J.M. Friedman | Review loan files. | | 2.75 | |
| OH | 5/9/13 | R. Hertzberg | Review revised response to UST objection to Pepper. | 800 | 0.40 | 320 |
| | 5/9/13 | D. Kovsky-Apap | Review loan files. | | 2.80 | |
| | 5/9/13 | D. Kovsky-Apap | Work on loan review process - escalation report; stay period; standing review. | | 0.50 | |
| | 5/9/13 | K. Kress | Review loan files. | | 2.80 | |
| | 5/9/13 | D. Murphy | Review loan files. | | 2.00 | |
| | 5/9/13 | D. Murray | Review loan files. | | 3.50 | |
| | 5/9/13 | W.R. Wagner | Review loan files. | | 3.00 | |
| | 5/9/13 | B.F. Scotti | Review loan files. | | 7.50 | |
| | 5/9/13 | J. VandeWyngearde | Review loan files. | | 0.50 | |
| | 5/9/13 | E.L. Coccia | Review loan files. | | 6.00 | |
| | 5/9/13 | A.L. Harris | Review loan files. | | 3.80 | |
| | 5/9/13 | N.R. Smarr | Review loan files. | | 3.50 | |
| | 5/9/13 | R.R. Tooley | Review loan files. | | 2.25 | |
| | 5/9/13 | L.S. Welwarth | Review loan files. | | 4.10 | |
| | 5/9/13 | S. Henry | Work on loan assignments | | 3.00 | |
| | 5/10/13 | G. Apfel | Review loan files. | | 6.60 | |
| OH | 5/10/13 | G. Apfel | Work on response to UST objections. | 850 | 0.60 | 510 |
| | 5/10/13 | J.M. Friedman | Review loan files. | | 3.50 | |
| OH | 5/10/13 | R. Hertzberg | Work on response to UST objections. | 800 | 0.20 | 160 |
| | 5/10/13 | D. Kovsky-Apap | Review loan files. | | 3.10 | |

Ally Financial, Inc.
Client/Matter Number: 139697.00002
June 25, 2013

Invoice: 10814577
Page 7

| Date | Name | Services | Time |
|------|------|----------|------|
| 5/13/13 | C.B. Holtzman | Review loan files. | 4.40 |
| 5/13/13 | A. Mavraganis | Review loan files. | 5.80 |
| 5/13/13 | N.R. Smarr | Review loan files. | 6.50 |
| 5/13/13 | R.R. Tooley | Review loan files. | 4.50 |
| 5/13/13 | L.S. Welwarth | Research for response to Trustee's fee application. | 0.20 |
| 5/13/13 | L.S. Welwarth | Review loan files. | 3.60 |
| 5/13/13 | S. Henry | Work on loan assignments | 1.10 |
| 5/14/13 | G. Apfel | Review loan files. | 4.60 |
| 5/14/13 | G. Apfel | Work on request to FRB to submit details of IFR. | 1.10 |
| 5/14/13 | G. Apfel | Work on legal review process - payment history analysis. | 0.70 |
| 5/14/13 | J.M. Friedman | Review loan files. | 4.75 |
| 5/14/13 | D. Kovsky-Apap | Work on legal review process - scope of review period. | 0.30 |
| 5/14/13 | D. Kovsky-Apap | Work on request to FRB to disclose CSI. | 0.20 |
| 5/14/13 | K. Kress | Review loan files. | 3.10 |
| 5/14/13 | D. Murphy | Review loan files. | 2.20 |
| 5/14/13 | D. Murray | Review loan files. | 0.50 |
| 5/14/13 | W.R. Wagner | Review loan files. | 2.00 |
| 5/14/13 | B.F. Scotti | Review loan files. | 1.60 |
| 5/14/13 | J. VandeWyngearde | Review loan files. | 0.50 |
| 5/14/13 | L.J. Casey | Work on legal review process - PwC- requested changes to analysis of payment history. | 0.80 |
| 5/14/13 | L.J. Casey | Review loan files. | 4.20 |
| 5/14/13 | C.B. Holtzman | Review loan files. | 4.10 |
| 5/14/13 | N.R. Smarr | Review loan files. | 6.50 |
| 5/14/13 | L.S. Welwarth | Review loan files. | 3.40 |
| 5/14/13 | S. Henry | Work on loan assignments | 0.80 |
| 5/15/13 | D.J. Detweiler | Review loan files. | 1.30 |
| 5/15/13 | J.M. Friedman | Review loan files. | 4.75 |
| 5/15/13 | K. Kress | Review loan files. | 4.90 |
| 5/15/13 | D. Murphy | Review loan files. | 1.20 |
| 5/15/13 | W.R. Wagner | Review loan files. | 3.00 |
| 5/15/13 | A. Wisotsky | Review loan files. | 0.80 |
| 5/15/13 | K.B. Braun | Review loan files. | 1.40 |
| 5/15/13 | C. Kimmel | Review loan files. | 1.30 |
| 5/15/13 | L.A. Poltrock | Review loan files. | 4.10 |
| 5/15/13 | C.A. DiValentino | Review loan files. | 2.00 |
| 5/15/13 | R.R. Tooley | Review loan files. | 1.00 |
| 5/15/13 | S. Henry | Work on loan assignments | 0.60 |

Ally Financial, Inc.
Client/Matter Number: 139697.00002                                    Invoice: 10814577
June 25, 2013                                                          Page 9

| Date | Name | Services | Time |
|------|------|----------|------|
| 5/19/13 | N.R. Smarr | Review loan files. | 3.80 |
| 5/19/13 | L.S. Welwarth | Review loan files. | 2.40 |
| 5/20/13 | G. Apfel | Work on loan review process - foreclosure communications, escrow payments. | 1.60 |
| 5/20/13 | G. Apfel | Review loan files. | 5.60 |
| 5/20/13 | D.J. Detweiler | Review loan files. | 3.20 |
| 5/20/13 | J.M. Friedman | Review loan files. | 2.25 |
| 5/20/13 | D. Kovsky-Apap | Review loan files. | 5.30 |
| 5/20/13 | D. Kovsky-Apap | Work on motion to file under seal Confidential Supervisory Information. | 0.50 |
| 5/20/13 | K. Kress | Review loan files. | 2.50 |
| 5/20/13 | D. Murphy | Review loan files. | 2.70 |
| 5/20/13 | D. Murray | Review loan files. | 1.50 |
| 5/20/13 | W.R. Wagner | Review loan files. | 4.00 |
| 5/20/13 | A. Wisotsky | Review loan files. | 0.10 |
| 5/20/13 | A. Wisotsky | Review loan files. | 1.90 |
| 5/20/13 | K.B. Braun | Review loan files. | 1.30 |
| 5/20/13 | B.F. Scotti | Review loan files. | 3.60 |
| 5/20/13 | R.L. Vanderpool, IV | Review loan files. | 1.75 |
| 5/20/13 | L.J. Casey | Review loan files. | 3.10 |
| 5/20/13 | E.L. Coccia | Review loan files. | 5.60 |
| 5/20/13 | C.A. DiValentino | Review loan files. | 1.00 |
| 5/20/13 | C.B. Holtzman | Review loan files. | 3.10 |
| 5/20/13 | A. Mavraganis | Review loan files. | 2.90 |
| 5/20/13 | N.R. Smarr | Review loan files. | 4.70 |
| 5/20/13 | R.R. Tooley | Review loan files. | 5.00 |
| 5/20/13 | L.S. Welwarth | Review loan files. | 2.90 |
| 5/20/13 | S. Henry | Work on loan assignments | 1.10 |
| 5/20/13 | S. Henry | Work on second interim fee application. | 0.90 |
| 5/21/13 | G. Apfel | Work on motion to file under seal. | 0.60 |
| 5/21/13 | G. Apfel | Work on response to UST. | 1.10 |
| 5/21/13 | G. Apfel | Review loan files. | 5.40 |
| 5/21/13 | D.J. Detweiler | Review loan files. | 2.00 |
| 5/21/13 | J.M. Friedman | Review loan files. | 3.75 |
| 5/21/13 | D. Kovsky-Apap | Work on legal review process - additional review period requested by PwC. | 0.10 |
| 5/21/13 | D. Kovsky-Apap | Work on loan review process - loan throughput and forecasting. | 0.20 |
| 5/21/13 | D. Kovsky-Apap | Prepare for meeting with FRB. | 0.20 |

*OH* (handwritten left margin, at 5/21/13 G. Apfel row)    *850    935* (handwritten right margin)

Ally Financial, Inc.
Client/Matter Number: 139697.00002                                   Invoice: 10814577
June 25, 2013                                                                      Page 10

| | Date | Name | Services | | Time | |
|---|---|---|---|---|---|---|
| O H | 5/21/13 | D. Kovsky-Apap | Work on response to UST's objection to fee application. | 500 | 0.50 | 250 |
| | 5/21/13 | D. Kovsky-Apap | Review loan files. | | 2.60 | |
| | 5/21/13 | D. Kovsky-Apap | Work on motion to file under seal and proposed order re same. | | 1.00 | |
| | 5/21/13 | K. Kress | Review loan files. | | 3.90 | |
| | 5/21/13 | D. Murphy | Review loan files. | | 1.40 | |
| | 5/21/13 | D. Murray | Review loan files. | | 1.50 | |
| | 5/21/13 | W.R. Wagner | Review loan files. | | 4.00 | |
| | 5/21/13 | K.B. Braun | Review loan file. | | 1.20 | |
| | 5/21/13 | C. Kimmel | Review loan files. | | 3.00 | |
| | 5/21/13 | E.L. Coccia | Review loan files. | | 2.00 | |
| | 5/21/13 | C.A. DiValentino | Review loan files. | | 6.75 | |
| | 5/21/13 | C.B. Holtzman | Review loan files. | | 2.20 | |
| | 5/21/13 | N.R. Smarr | Review loan files. | | 1.70 | |
| | 5/21/13 | R.R. Tooley | Review loan files. | | 3.50 | |
| | 5/21/13 | L.S. Welwarth | Review loan files. | | 4.70 | |
| | 5/21/13 | S. Henry | Work on loan assignments | | 1.40 | |
| | 5/21/13 | S. Henry | Work on Pepper fee application. | | 1.30 | |
| | 5/22/13 | G. Apfel | Review loan files. | | 5.70 | |
| | 5/22/13 | J.M. Friedman | Review loan files. | | 3.50 | |
| | 5/22/13 | R. Hertzberg | Work on motion to file under seal. | | 0.40 | |
| | 5/22/13 | D. Kovsky-Apap | Participate in weekly status update call with FRB. | | 0.70 | |
| | 5/22/13 | D. Kovsky-Apap | Review loan files. | | 2.30 | |
| | 5/22/13 | D. Kovsky-Apap | Work on ex parte motion, proposed order, exhibits, draft response and cover letter to court. | | 1.30 | |
| | 5/22/13 | K. Kress | Review loan files. | | 2.00 | |
| | 5/22/13 | D. Murphy | Review loan files. | | 0.10 | |
| | 5/22/13 | D. Murray | Review loan files. | | 6.00 | |
| | 5/22/13 | W.R. Wagner | Review loan files. | | 4.00 | |
| | 5/22/13 | K.B. Braun | Review loan files. | | 1.40 | |
| | 5/22/13 | C. Kimmel | Review loan files. | | 0.80 | |
| | 5/22/13 | L.A. Poltrock | Review loan files. | | 2.60 | |
| | 5/22/13 | E.L. Coccia | Review loan files. | | 2.50 | |
| | 5/22/13 | C.A. DiValentino | Review loan files. | | 5.00 | |
| | 5/22/13 | C.B. Holtzman | Review loan files. | | 2.80 | |
| | 5/22/13 | N.R. Smarr | Review loan files. | | 2.80 | |
| | 5/22/13 | R.R. Tooley | Review loan files. | | 3.00 | |
| | 5/22/13 | L.S. Welwarth | Review loan files. | | 1.10 | |
| | 5/22/13 | S. Henry | Work on loan assignments. | | 1.00 | |

GMAC Mortgage, LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002
July 19, 2013

Invoice: 10821123
Page 4

| | Date | Name | Services | | Time | |
|---|---|---|---|---|---|---|
| | 6/6/13 | D. Murphy | Review loan files. | | 2.60 | |
| | 6/6/13 | D. Murray | Review loan files. | | 0.50 | |
| | 6/6/13 | D. Stratton | Review loan files. | | 2.70 | |
| | 6/6/13 | W.R. Wagner | Review loan files. | | 3.60 | |
| | 6/6/13 | A. Wisotsky | Review loan files. | | 1.40 | |
| | 6/6/13 | K.B. Braun | Review loan files. | | 4.20 | |
| | 6/6/13 | C. Kimmel | Review loan files. | | 0.30 | |
| | 6/6/13 | B.F. Scotti | Review loan files. | | 6.00 | |
| | 6/6/13 | E.L. Coccia | Review loan files. | | 2.30 | |
| | 6/6/13 | M.J. Custer | Review loan titles. | | 4.40 | |
| | 6/6/13 | C.A. DiValentino | Review loan files. | | 1.80 | |
| | 6/6/13 | A.L. Harris | Review loan files. | | 2.00 | |
| | 6/6/13 | A. Mavraganis | Review loan files. | | 6.00 | |
| | 6/6/13 | J.H. Schanne, II | Review loan files. | | 2.50 | |
| | 6/6/13 | N.R. Smarr | Review loan files. | | 6.60 | |
| | 6/6/13 | L.S. Weiwarth | Review loan files. | | 1.00 | |
| | 6/6/13 | S. Henry | Work on loan assignments. | | 2.30 | |
| | 6/7/13 | G. Apfel | Review loan files. | | 6.50 | |
| 0 H | 6/7/13 | G. Apfel | Conference call with UST. | 850 | 0.70 | 595 |
| 0 H | 6/7/13 | R. Hertzberg | Work on status of talks with UST on fee objection. | 800 | 0.40 | 320 |
| | 6/7/13 | D. Kovsky-Apap | Review loan files. | | 1.60 | |
| 0 H | 6/7/13 | D. Kovsky-Apap | Work on conference call with UST re supplement to fee application. | 500 | 1.70 | 850 |
| | 6/7/13 | K. Kress | Review loan files. | | 0.50 | |
| | 6/7/13 | D. Murray | Review loan files. | | 5.00 | |
| | 6/7/13 | W.R. Wagner | Review loan files. | | 0.50 | |
| | 6/7/13 | A. Wisotsky | Review loan files. | | 1.30 | |
| | 6/7/13 | C. Kimmel | Review loan files. | | 3.30 | |
| | 6/7/13 | L.A. Poltrock | Review loan files. | | 1.00 | |
| | 6/7/13 | B.F. Scotti | Review loan files. | | 2.30 | |
| | 6/7/13 | E.L. Coccia | Review loan files. | | 5.20 | |
| | 6/7/13 | C.A. DiValentino | Review loan files. | | 2.00 | |
| | 6/7/13 | C.B. Holtzman | Review loan files. | | 4.10 | |
| | 6/7/13 | J.H. Schanne, II | Review loan files. | | 0.20 | |
| | 6/7/13 | L.S. Weiwarth | Review loan files. | | 0.80 | |
| | 6/7/13 | S. Henry | Prepare e-mail to G. Apfel re Pepper's response filed under seal. | | 0.10 | |
| | 6/7/13 | S. Henry | Telephone call with US Bankruptcy Court re Pepper's response filed under seal. | | 0.10 | |

GMAC Mortgage, LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002                    Invoice: 10821123
July 19, 2013                                                        Page 5

| Date | Name | Services | Time |
|------|------|----------|------|
| 6/7/13 | S. Henry | Work on loan assignments | 0.80 |
| 6/8/13 | A. Wisotsky | Review loan files. | 1.00 |
| 6/8/13 | B.F. Scotti | Review loan files. | 4.50 |
| 6/9/13 | R. Hertzberg | Begin preparation for hearing objection to fees. | 1.60 |
| 6/9/13 | D. Kovsky-Apap | Review loan files. | 5.50 |
| 6/9/13 | D. Kovsky-Apap | Work on loan review process - call notes. | 0.10 |
| 6/9/13 | B.F. Scotti | Review loan files. | 5.80 |
| 6/9/13 | E.L. Coccia | Review loan files. | 0.60 |
| 6/10/13 | G. Apfel | Review loan files. | 6.40 |
| 6/10/13 | D.J. Detweiler | Review loan files. | 1.10 |
| 6/10/13 | D. Fournier | Review loan files. | 1.00 |
| 6/10/13 | R. Hertzberg | Work on issues for presentation to court on objections. | 0.30 |
| 6/10/13 | D. Kovsky-Apap | Review loan files. | 0.70 |
| 6/10/13 | D. Kovsky-Apap | Work on hearing on fee application and affidavit in support of response to UST's objection. | 2.50 |
| 6/10/13 | D. Murphy | Review loan files. | 0.60 |
| 6/10/13 | D. Murray | Review loan files. | 1.50 |
| 6/10/13 | W.R. Wagner | Review loan files. | 4.00 |
| 6/10/13 | A. Wisotsky | Review loan files. | 0.20 |
| 6/10/13 | C. Kimmel | Review loan files. | 1.40 |
| 6/10/13 | L.A. Poltrock | Review loan files. | 4.00 |
| 6/10/13 | B.F. Scotti | Review loan files. | 3.00 |
| 6/10/13 | E.L. Coccia | Review loan files. | 3.00 |
| 6/10/13 | A.L. Harris | Review loan files. | 4.30 |
| 6/10/13 | C.B. Holtzman | Review loan files. | 3.20 |
| 6/10/13 | A. Mavraganis | Review loan files. | 2.30 |
| 6/10/13 | J.H. Schanne, II | Review loan files. | 0.70 |
| 6/10/13 | N.R. Smarr | Review loan files. | 2.00 |
| 6/10/13 | L.S. Welwarth | Review loan files. | 8.20 |
| 6/10/13 | S. Henry | Work on loan assignments | 1.40 |
| 6/10/13 | S. Henry | Telephone calls from US Bankruptcy Court re response filed under seal | 0.20 |
| 6/10/13 | S. Henry | Communications with D. Kovsky-Apap re response filed under seal | 0.30 |
| 6/11/13 | G. Apfel | Review loan files. | 5.30 |
| 6/11/13 | G. Apfel | Prepare for meeting with Federal Reserve. | 2.10 |
| 6/11/13 | D. Fournier | Review loan files. | 0.30 |
| 6/11/13 | J.M. Friedman | Review loan files. | 4.50 |

*OH* (handwritten note next to 6/10/13 D. Kovsky-Apap entry: *500* ... *1,100*)

GMAC Mortgage, LLC
Ally Financial, Inc.
Client/Matter Number: 139697.00002                    Invoice: 10821123
July 19, 2013                                          Page 6

| | Date | Name | Services | | Time | |
|---|---|---|---|---|---|---|
| 0 H | 6/11/13 | R. Hertzberg | Work on declaration in support of fees and fee hearing. | 800 | 0.50 | 400 |
| | 6/11/13 | D. Kovsky-Apap | Review loan files. | | 0.40 | |
| a H | 6/11/13 | D. Kovsky-Apap | Telephone conference with UST re withdrawal of objection to fee application. | 500 | 0.30 | 150 |
| | 6/11/13 | D. Kovsky-Apap | Telephone conference with chambers and UST re hearing. | | 0.10 | |
| | 6/11/13 | D. Kovsky-Apap | Prepare for hearing. | | 0.70 | |
| | 6/11/13 | K. Kress | Review loan files. | | 4.00 | |
| | 6/11/13 | D. Murphy | Review loan files. | | 1.70 | |
| | 6/11/13 | D. Murray | Review loan files. | | 0.75 | |
| | 6/11/13 | D. Stratton | Review loan files. | | 0.30 | |
| | 6/11/13 | W.R. Wagner | Review loan files. | | 3.75 | |
| | 6/11/13 | A. Wisotsky | Review loan files. | | 0.10 | |
| | 6/11/13 | B.F. Scotti | Review loan files. | | 3.00 | |
| | 6/11/13 | L.J. Casey | Review loan files. | | 5.40 | |
| | 6/11/13 | E.L. Coccia | Review loan files. | | 4.50 | |
| | 6/11/13 | A.L. Harris | Review loan files. | | 2.20 | |
| | 6/11/13 | C.B. Holtzman | Review loan files. | | 2.60 | |
| | 6/11/13 | A. Mavraganis | Review loan files. | | 1.60 | |
| | 6/11/13 | N.R. Smarr | Review loan files. | | 7.70 | |
| | 6/11/13 | L.S. Welwarth | Review loan files. | | 4.70 | |
| | 6/11/13 | S. Henry | Work on loan assignments | | 1.40 | |
| | 6/11/13 | S. Henry | Work on and file Declaration of D. Kovsky-Apap in support of the response filed under seal. | | 1.20 | |
| | 6/12/13 | G. Apfel | Review loan files. | | 5.80 | |
| | 6/12/13 | G. Apfel | Work on loan review process with PWC. | | 0.90 | |
| | 6/12/13 | G. Apfel | Prepare for meeting with FRB. | | 1.20 | |
| | 6/12/13 | G. Apfel | Meeting with FRB. | | 0.80 | |
| | 6/12/13 | J.M. Friedman | Review loan files. | | 5.50 | |
| | 6/12/13 | D. Kovsky-Apap | Attend hearing telephonically on fee application. | | 1.80 | |
| | 6/12/13 | D. Kovsky-Apap | Review loan files. | | 1.50 | |
| | 6/12/13 | D. Kovsky-Apap | Confer with PwC re proposed revisions to BK Non-Default Review process. | | 0.30 | |
| | 6/12/13 | D. Kovsky-Apap | Prepare for and participate in meeting with FRB. | | 1.00 | |
| | 6/12/13 | D. Kovsky-Apap | Work on loan review process - data missing from loan files, revisions to SharePoint based on request. | | 0.50 | |
| | 6/12/13 | K. Kress | Review loan files. | | 4.80 | |
| | 6/12/13 | D. Murphy | Review loan files. | | 2.00 | |
| | 6/12/13 | D. Murray | Review loan files. | | 4.50 | |

# EXHIBIT  K

## Severson & Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350836    JBS                                          June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0412    Faison, George T. v. GMAC Mortgage
GMAC Matter No.: 697631

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 03/18/13 | Prepare summary for insertion into audit response letter. | L120 | A104 | 0.30 | 270.00 | 81.00 |
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| MEG | 05/01/13 | Review case status and provide update to client. | L120 | A104 | 0.40 | 261.00 | 104.40 |
| | | TOTAL | | | 0.90 | | $241.20 |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | | Hours | Amount | | | |
|---|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | | 0.90 | $241.20 | | | |
| | TOTAL | | 0.90 | $241.20 | | | |

| Timekeeper | | Position | | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | | 0.20 | 279.00 | $55.80 |
| Gruber, Megan | MEG | Associate | | 0.40 | 261.00 | $104.40 |
| Sullivan, Mary Kate | MKS | Member | | 0.30 | 270.00 | $81.00 |
| | Total | | | 0.90 | | $241.20 |

FEES    $241.20
TOTAL THIS INVOICE    $241.20

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350838    JBS                                        June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0452    Washington, Manya
GMAC Matter No.: 699353

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| MEH | 03/24/13 | Review case file for upcoming deadlines and status. | L120 | A103 | 0.30 | 261.00 | 78.30 |
| ERB | 04/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| ERB | 05/07/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| MEH | 05/09/13 | Draft bankruptcy status update letter to court. | L510 | A103 | 0.60 | 261.00 | 156.60 |
| MEH | 05/09/13 | Draft email to client C. DiCicco enclosing draft status update letter with comments. | L510 | A106 | 0.20 | 261.00 | 52.20 |
| | | TOTAL | | | 1.50 | | $398.70 |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.70 | $189.90 |
| L510 | Appellate Motions & Submission | 0.80 | $208.80 |
| | TOTAL | 1.50 | $398.70 |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.40 | 279.00 | $111.60 |
| Andrews, Elizabeth H. | MEH | Associate | 1.10 | 261.00 | $287.10 |
| | Total | | 1.50 | | $398.70 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350844    JBS                                              June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064  1232    Copeland, Robert (Borrego)
                          GMAC Matter No.: 726516

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.40 | 279.00 | 111.60 |
| ERB | 04/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| ERB | 05/07/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| ERB | 05/07/13 | Communications with client re status of foreclosure sale and impact on matter. | L160 | A106 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | | **0.80** | | **$223.20** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.60 | $167.40 |
| L160 | Settlement/Non-Binding ADR | 0.20 | $55.80 |
| | **TOTAL** | **0.80** | **$223.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.80 | 279.00 | $223.20 |
| | **Total** | | **0.80** | | **$223.20** |

PRIOR FEES                            $362.70

FEES                          $223.20
**TOTAL THIS INVOICE**        **$223.20**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| | | | |
|---|---|---|---|
| Invoice No. | 350845 | JBS | June 25, 2013 |

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

| Matter | 24064 1272 | Solorzano, Armando and Iliano |
|---|---|---|
| | | GMAC Matter No.: 728479 |

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| MKS | 03/15/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | A104 | 0.20 | 270.00 | 54.00 |
| MKS | 03/19/13 | Prepare summary for insertion into audit response letter. | L120 | A104 | 0.30 | 270.00 | 81.00 |
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| TNA | 05/01/13 | Review court docket to determine procedural status and send inquiry to counsel for co-defendant PNC Bank. | L120 | A104 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | | **1.00** | | **$271.80** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120     Analysis/Strategy | | 1.00 | $271.80 | | | |
| TOTAL | | 1.00 | $271.80 | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Sullivan, Mary Kate | MKS | Member | 0.50 | 270.00 | $135.00 |
| Abbott, Thomas | TNA | Associate | 0.30 | 270.00 | $81.00 |
| Total | | | 1.00 | | $271.80 |

|  | FEES | $271.80 |
|---|---|---|
|  | **TOTAL THIS INVOICE** | **$271.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350847    JBS                                                June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1301    Torres, Jose Gabriel
                        GMAC Matter No.: 729520

FOR PROFESSIONAL SERVICES RENDERED       01/01/1994       05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 03/15/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | A104 | 0.20 | 270.00 | 54.00 |
| MKS | 03/19/13 | Prepare summary for insertion into audit response letter. | L120 | A104 | 0.30 | 270.00 | 81.00 |
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| MKS | 05/03/13 | Attention to dismissal of stayed claims. | L210 | A104 | 0.30 | 270.00 | 81.00 |
| | | **TOTAL** | | | **1.00** | | **$271.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|---|-------|--------|---|---|---|
| L120 | Analysis/Strategy | 0.70 | $190.80 | | | |
| L210 | Pleadings | 0.30 | $81.00 | | | |
| | **TOTAL** | **1.00** | **$271.80** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Sullivan, Mary Kate | MKS | Member | 0.80 | 270.00 | $216.00 |
| | **Total** | | **1.00** | | **$271.80** |

|  | FEES | $271.80 |
|--|------|---------|
| **TOTAL THIS INVOICE** | | **$271.80** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    350848    JBS                                             June 25, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1380    Hart, Alan and Barbara
GMAC Matter No.: 732121

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 04/09/13 | Attend case management conference. | L230 | A104 | 1.60 | 279.00 | 446.40 |
| ERB | 05/07/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | | **1.70** | | **$474.30** |

### COSTS & EXPENSES

04/02/13  CourtCall, LLC; CourtCall - Conference                          78.00
Service; 04/09/13

### TOTAL COSTS & EXPENSES                                         **$78.00**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|----------|---------------------------|-------|----------|---|---|---|
| L120 | Analysis/Strategy | 0.10 | $27.90 | | | |
| L230 | Court Mandated Conferences | 1.60 | $446.40 | | | |
| | **TOTAL** | **1.70** | **$474.30** | | | |

| Timekeeper | | Position | Hours | Rate | Value | |
|------------|---|----------|-------|------|-------|---|
| Buell, Edward | ERB | Associate | 1.70 | 279.00 | $474.30 | |
| | **Total** | | **1.70** | | **$474.30** | |

PRIOR FEES                              $251.10

|                              |          |
|------------------------------|----------|
| FEES                         | $474.30  |
| COSTS & EXPENSES             | $78.00   |
| **TOTAL THIS INVOICE**       | **$552.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   351068   JBS                                    June 26, 2013

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 0433   Haroutunian, Hedeya
C/M# 697640

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994        05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MEH | 04/03/13 | Exchange emails with client C. Bonello re: status update. | L520 | A101 | 0.30 | 261.00 | 78.30 |
| KPL | 04/06/13 | Review and analysis of appellate case docket to update case status. | L120 | A104 | 0.30 | 76.50 | 22.95 |
| MEH | 04/07/13 | Continue drafting respondent's brief. | L520 | A101 | 7.30 | 261.00 | 1,905.30 |
| MEH | 04/10/13 | Continue drafting respondent's brief. | L520 | A101 | 4.50 | 261.00 | 1,174.50 |
| KPL | 04/14/13 | Update appellate case matrix for attorney review and reference. | L120 | A101 | 0.30 | 76.50 | 22.95 |
| MEH | 04/15/13 | Continue drafting respondent's brief. | L520 | A104 | 7.80 | 261.00 | 2,035.80 |
| MEH | 04/16/13 | Exchange multiple emails with client K. Priore re: draft respondent's brief. | L520 | A104 | 0.40 | 261.00 | 104.40 |
| MEH | 04/17/13 | Revise/finalize respondent's brief. | L520 | A104 | 4.80 | 261.00 | 1,252.80 |
| MEH | 04/18/13 | Revise respondent's brief to include extra service requirements re: unfair competition claim. | L520 | A104 | 0.30 | 261.00 | 78.30 |
| KPL | 04/22/13 | Maintain appellate case matrix for attorney review and reference. | L120 | A101 | 0.30 | 76.50 | 22.95 |
| MEH | 04/23/13 | Strategize re: briefing schedule for appellant's optional reply brief. | L520 | A101 | 0.20 | 261.00 | 52.20 |
| KPL | 04/23/13 | Update master appellate case matrix for Appellate Senior Partner review and reference. | L120 | A104 | 0.30 | 76.50 | 22.95 |
| KPL | 05/11/13 | Update appellate case matrix for attorney analysis. | L120 | A104 | 0.40 | 76.50 | 30.60 |
| KPL | 05/20/13 | Maintain appellate case matrix for attorney review and reference. | L120 | A104 | 0.20 | 76.50 | 15.30 |
| | | **TOTAL** | | | **27.40** | | **$6,819.30** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      351069      JBS                                                June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      24064 0683      Burnett (Daniels)
GMAC Matter No.: 706245

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| YS | 04/02/13 | Draft correspondence to client regarding status of the case, and settlement status | L190 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 04/12/13 | Review and analysis of deposition subpoena of Dr. David Chang for deceased medical records from respondent CitiMortgage | L120 | A104 | 0.20 | 238.50 | 47.70 |
| YS | 04/24/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 05/06/13 | Draft correspondence to client regarding status of the case and efforts to resolve it | L190 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 05/06/13 | Draft correspondence to conservator's counsel regarding attempts to resolve title dispute to the subject property | L190 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 05/21/13 | Receipt, review and analysis of demand for exchange of expert witnesses | L420 | A104 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **1.50** | | **$365.85** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.40 | $103.50 |
| L190 | Other Case Assessment | 1.00 | $238.50 |
| L420 | Expert Witnesses | 0.10 | $23.85 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   351070   JBS                                      June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 0692   AMNA LLC
GMAC Matter No.: 706489

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994       05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.40 | 279.00 | 111.60 |
| ACS | 04/01/13 | Research status of notice of appeal, update to client re: finality of order dissolving preliminary injunction | L220 | A108 | 0.20 | 288.00 | 57.60 |
| ERB | 04/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| ERB | 05/07/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | | **0.80** | | **$225.00** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L120 | Analysis/Strategy | 0.60 | $167.40 |
| L220 | Preliminary Injunctions/Provis | 0.20 | $57.60 |
| | **TOTAL** | **0.80** | **$225.00** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Sears, Alex | ACS | Associate | 0.20 | 288.00 | $57.60 |
| Buell, Edward | ERB | Associate | 0.60 | 279.00 | $167.40 |
| | **Total** | | **0.80** | | **$225.00** |

|  |  |
|--|--|
| FEES | $225.00 |
| **TOTAL THIS INVOICE** | **$225.00** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351073    JBS                                             June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1014    Villapando, Christine L.
GMAC Matter No.: 716898

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994        05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| SMH | 04/24/13 | Appear at Status Conference re GMAC bankruptcy. | L230 | A104 | 0.90 | 333.00 | 299.70 |
| SMH | 05/29/13 | Attention to OSC re dismissal for plaintiff's failure to appear, correspondence of co-defendant re cross-claims outstanding. | L230 | A104 | 0.30 | 333.00 | 99.90 |
| SMH | 05/30/13 | Review court docket re upcoming hearings on cross-complaints. | L120 | A104 | 0.20 | 333.00 | 66.60 |
| | | **TOTAL** | | | **1.40** | | **$466.20** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 04/16/13 | CourtCall, LLC; CourtCall - Conference Service; 04/24/13 | 78.00 |

**TOTAL COSTS & EXPENSES**                                   **$78.00**

### BILLING SUMMARY

**Task Code and Description**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| L120 | Analysis/Strategy | 0.20 | $66.60 |
| L230 | Court Mandated Conferences | 1.20 | $399.60 |
| | **TOTAL** | **1.40** | **$466.20** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Hankins, Suzanne | SMH | Member | 1.40 | 333.00 | $466.20 |
| | **Total** | | **1.40** | | **$466.20** |

FEES                      $466.20
COSTS & EXPENSES          $78.00

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351074    JBS

June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1074    Smith, Tia
GMAC Matter No.: 719188

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| SMH | 04/22/13 | Attention to court ordered dates set at status conference. | L120 | A101 | 0.20 | 333.00 | 66.60 |
| DL | 04/22/13 | Attend status conference and advise client of results of same. | L230 | A104 | 0.80 | 288.00 | 230.40 |
| DL | 05/16/13 | Analyze plaintiff's opposition to Aurora's demurrer and review reply. | L430 | A101 | 0.40 | 288.00 | 115.20 |
| DL | 05/24/13 | Exchange correspondence with Aurora re results of Aurora's demurrer. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| SMH | 05/29/13 | Attention to court's ruling on demurrer. | L240 | A104 | 0.10 | 333.00 | 33.30 |
| | | **TOTAL** | | | **1.70** | | **$503.10** |

### COSTS & EXPENSES

| | | |
|--|--|--|
| 04/11/13 | CourtCall, LLC; CourtCall - Conference Service; 04/22/13 | 78.00 |
| 04/29/13 | One Legal, Inc.; Transmittal of filing to court; CMS 04/10/13 | 49.95 |

**TOTAL COSTS & EXPENSES**    **$127.95**

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $57.60 |
| L120 | Analysis/Strategy | 0.20 | $66.60 |
| L230 | Court Mandated Conferences | 0.80 | $230.40 |
| L240 | Dispositive Motions | 0.10 | $33.30 |
| L430 | Written Motions/Submissions | 0.40 | $115.20 |
| | **TOTAL** | **1.70** | **$503.10** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351075    JBS                                June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1270    Lawrence, Marilyn
GMAC Matter No.: 725451

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| YS | 04/01/13 | Draft correspondence to client regarding status of the case, plaintiff's efforts to move her case along, and defense strategy | L190 | A103 | 0.40 | 238.50 | 95.40 |
| YS | 04/24/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 05/28/13 | Draft declaration of Yaron Shaham regarding plaintiff's failure to file any opposition to the clients' respective declarations of non-monetary status | L210 | A103 | 0.50 | 238.50 | 119.25 |
| YS | 05/28/13 | Receipt, review and analysis of the Court's order to show cause regarding dismissal of the case in light of plaintiff's failure to prosecute it | L120 | A104 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **1.30** | | **$318.15** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| L120 | Analysis/Strategy | 0.30 | $79.65 |
| L190 | Other Case Assessment | 0.50 | $119.25 |
| L210 | Pleadings | 0.50 | $119.25 |
| | **TOTAL** | **1.30** | **$318.15** |

| Timekeeper | Position | Hours | Rate | Value |
|------------|----------|-------|------|-------|

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351076    JBS                                    June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1271    Anyanwu, Charity
                        GMAC Matter No.: 728855

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 04/16/13 | Attend status conference and advise client of continuance of same. | L230 | A101 | 1.60 | 288.00 | 460.80 |
| DL | 04/16/13 | Exchange correspondence with REO insurance re defense of action. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 04/23/13 | Analyze letter from REO insurer re providing defense counsel and exchange correspondence with plaintiff re same. | L110 | A104 | 0.30 | 288.00 | 86.40 |
| DL | 04/24/13 | Exchange correspondence with co-defendant re court erroneously setting trial date in matter. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 04/25/13 | Prepare correspondence to client re REO insurer assigning outside counsel for GMAC's defense and trial setting. | L110 | A104 | 0.30 | 288.00 | 86.40 |
| DL | 05/01/13 | Analyze plaintiff's case management statement. | L110 | A104 | 0.10 | 288.00 | 28.80 |
| DL | 05/01/13 | Exchange correspondence with court re setting of trial date and status conference. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 05/06/13 | Discuss transfer of case to new attorney with plaintiff's counsel. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 05/07/13 | Analyze correspondence from client re signing substitution of attorney and monitoring file. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 05/08/13 | Exchange correspondence with new counsel re substitution of attorney and work on copying file for new counsel. | L110 | A101 | 0.30 | 288.00 | 86.40 |
| DL | 05/09/13 | Prepare letter to new counsel with litigation file and exchange correspondence re same. | L110 | A104 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson & Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   351078   JBS

June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 1386   Wesbrook, Frank and Tabitha
GMAC Matter No.: 732923

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RMI | 04/01/13 | Correspondence with D.Liu re court mandated status conference. | L230 | A101 | 0.20 | 247.50 | 49.50 |
| DL | 04/01/13 | Prepare case update on chart for client. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| RMI | 04/04/13 | Review and analyze case file and client documents re court mandated status conference. Prepare outline of case history and bankruptcy update re court mandated status conference. | L230 | A101 | 0.60 | 247.50 | 148.50 |
| RMI | 04/04/13 | Conference with defense counsel re case history and strategy. | L120 | A101 | 0.30 | 247.50 | 74.25 |
| RMI | 04/05/13 | Prepare Notice of Ruling re Status Conference. | L210 | A101 | 0.30 | 247.50 | 74.25 |
| RMI | 04/05/13 | Prepare email re status conference update and case strategy. | L230 | A101 | 0.20 | 247.50 | 49.50 |
| RMI | 04/05/13 | Appear for court mandated status conference. | L230 | A101 | 1.60 | 247.50 | 396.00 |
| | | **TOTAL** | | | **3.30** | | **$820.80** |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 04/02/13 | CourtCall, LLC; CourtCall - Conference Service; 04/05/13 | 78.00 |
| 04/04/13 | One Legal, Inc.; Transmittal of filing to court; CMS 03/22/13 | 49.95 |
| | **TOTAL COSTS & EXPENSES** | **$127.95** |

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     351079     JBS                                    June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 1391     Winick, Daniel S. & Claire
C/M# 733788

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| DL | 04/03/13 | Exchange correspondence with plaintiff re settlement. | L160 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 04/04/13 | Prepare status update for MERS. | L110 | A104 | 0.20 | 288.00 | 57.60 |
| DL | 04/04/13 | Exchange further correspondence with plaintiff re discussing terms for possible settlement. | L160 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 04/22/13 | Prepare correspondence to plaintiff re settlement and preparing for depositions. | L110 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 04/23/13 | Exchange correspondence with client and plaintiff re possible settlement terms. | L160 | A104 | 0.30 | 288.00 | 86.40 |
| DL | 04/24/13 | Prepare correspondence to plaintiff re rejecting his settlement offer and making counter-offer. | L160 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 04/29/13 | Analyze plaintiff's notices of deposition and interrogatories. | L310 | A104 | 0.40 | 288.00 | 115.20 |
| DL | 04/30/13 | Prepare analysis of plaintiff's discovery for client. | L310 | A104 | 0.40 | 288.00 | 115.20 |
| DL | 05/09/13 | Exchange correspondence with client re informal resolution of case and exchange correspondence with plaintiff re same. | L110 | A101 | 0.40 | 288.00 | 115.20 |
| DL | 05/10/13 | Prepare correspondence to client re settlement discussions with plaintiff. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| DL | 05/15/13 | Draft letter to plaintiff re settlement and bankruptcy issues and exchange correspondence with client re same. | L110 | A101 | 0.50 | 288.00 | 144.00 |
| DL | 05/16/13 | Draft amended notice of bankruptcy and prepare correspondence to client re | L430 | A101 | 0.70 | 288.00 | 201.60 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    351083    JBS                                    June 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1497    Cabrera, Everett
C/M# 737629

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    05/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| SMH | 04/04/13 | Review new assignment, draft of NOB and motion to dismiss. | L110 | A104 | 0.20 | 333.00 | 66.60 |
| CHR | 04/04/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| SMH | 04/17/13 | Attention to D. Booth email re NOB. | L120 | A104 | 0.10 | 333.00 | 33.30 |
| SMH | 05/06/13 | Review D. Booth email re NOB requirements. | L120 | A104 | 0.20 | 333.00 | 66.60 |
| SMH | 05/29/13 | Attention to dismissal of GMAC. | L210 | A104 | 0.10 | 333.00 | 33.30 |
| | | **TOTAL** | | | **0.90** | | **$238.95** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|--|-------|--------|
| L110 | Fact Investigation/Development | 0.20 | $66.60 |
| L120 | Analysis/Strategy | 0.30 | $99.90 |
| L140 | Document/File Management | 0.30 | $39.15 |
| L210 | Pleadings | 0.10 | $33.30 |
| | **TOTAL** | **0.90** | **$238.95** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

## Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352445    JBS                                            July 12, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1115    Nguyen, Luan
GMAC Matter No.: 707072

FOR PROFESSIONAL SERVICES RENDERED      01/01/1994      06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.40 | 279.00 | 111.60 |
| ERB | 04/02/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| ERB | 05/07/13 | Communications with client re status. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| YS | 06/03/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| ERB | 06/07/13 | Communications with client re status of matter. | L120 | A106 | 0.10 | 279.00 | 27.90 |
| | | **TOTAL** | | | **0.80** | | **$219.15** |

### COSTS & EXPENSES

### BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|--|-------|--------|--|--|--|
| L120 | Analysis/Strategy | 0.70 | $195.30 | | | |
| L190 | Other Case Assessment | 0.10 | $23.85 | | | |
| | **TOTAL** | **0.80** | **$219.15** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.70 | 279.00 | $195.30 |
| Shaham, Yaron | YS | Special Counsel | 0.10 | 238.50 | $23.85 |
| | **Total** | | **0.80** | | **$219.15** |

|  |  |  |  |  | FEES | $219.15 |
|--|--|--|--|--|------|---------|
|  |  |  |  | **TOTAL THIS INVOICE** | | **$219.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    352796    JBS                                         July 22, 2013

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 0684    Brennan, Heidi
GMAC Matter No.: 706204

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 03/15/13 | Attention to updating client re: recent developments, upcoming events and deadlines and litigation strategy. | L120 | A101 | 0.20 | 270.00 | 54.00 |
| MKS | 03/18/13 | Prepare summary for insertion into audit response letter. | | A101 | 0.30 | 270.00 | 81.00 |
| ERB | 03/22/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| MKS | 06/28/13 | Provide status update to client including litigation developments, upcoming events, upcoming deadlines and strategy decisions. | L120 | A106 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | | **0.90** | | **$244.80** |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount |
|---------------------------|---|-------|--------|
| | | 0.30 | $81.00 |
| L120 | Analysis/Strategy | 0.60 | $163.80 |
| | **TOTAL** | **0.90** | **$244.80** |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|---|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Sullivan, Mary Kate | MKS | Member | 0.70 | 270.00 | $189.00 |
| | Total | | 0.90 | | $244.80 |

FEES                    $244.80

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353219    JBS                                    July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1172    Boyd, Raymond
E-Mail Invoices to Kari Krull

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| KWF | 06/26/13 | Prepare email to J. Specken re: trial date and request for postponement. | L120 | A104 | 0.20 | 270.00 | 54.00 |
| KWF | 06/26/13 | Review file status and court docket. | L120 | A104 | 0.20 | 270.00 | 54.00 |
| | | **TOTAL** | | | **0.60** | | **$163.80** |

## COSTS & EXPENSES

| | | |
|--|--|--|
| 04/11/13 | Douglas Stastny; Transportation; Mileage and parking to Chatsworth Courthouse to represent client at hearing, Los Angeles, CA. 3/19/13 | 76.50 |
| 04/19/13 | Pacer Service Center; Data Search; Account no. SW0817 01/01/13 - 03/31/13 | 3.20 |

**TOTAL COSTS & EXPENSES**                          **$79.70**

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---------------------------|--|-------|--------|--|--|--|
| L120    Analysis/Strategy | | 0.60 | $163.80 | | | |
| **TOTAL** | | **0.60** | **$163.80** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|------------|--|----------|-------|------|-------|
| Buell, Edward | ERB | Associate | 0.20 | 279.00 | $55.80 |
| Franich, Kerry | KWF | Associate | 0.40 | 270.00 | $108.00 |
| | **Total** | | **0.60** | | **$163.80** |

PRIOR FEES                          $1,662.30

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.     353224     JBS                                        July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter     24064 1511     Constable, Brian and Christina
GMAC Matter No.: 2013-05-EP4273

FOR PROFESSIONAL SERVICES RENDERED     01/01/1994     06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 06/27/13 | Attention to request from client to retrieve pertinent pleadings and documents from list of active and inactive cases to assist bankruptcy counsel in the evaluation of proofs of claim filed to plaintiffs. | L120 | A104 | 3.00 | 270.00 | 810.00 |
| MKS | 06/27/13 | Retrieve federal and state court documents and review case file to gather information and documents needed to assess proof of claim. | L120 | A104 | 0.60 | 270.00 | 162.00 |
| MKS | 06/28/13 | Study and review documents to be retrieved and provided to bankruptcy counsel for assessment of proofs of claim. | L120 | A104 | 2.80 | 270.00 | 756.00 |
| RJG | 04/29/13 | Correspondence with our client regarding preliminary case investigation issues. | L120 | A106 | 0.30 | 274.50 | 82.35 |
| RJG | 04/29/13 | Analysis of Plaintiffs' complaint allegations and pending case issues and attention to preliminary case investigation. | L120 | A104 | 0.30 | 274.50 | 82.35 |
| KSM | 05/01/13 | Prepared notice of bankruptcy and letter to opposing counsel. | L250 | A103 | 1.00 | 256.50 | 256.50 |
| | | **TOTAL** | | | **8.00** | | **$2,149.20** |

### COSTS & EXPENSES

05/16/13  First Legal Network, LLC; Court Services;  Job                                    6.25
no. 9595914 Orange County Court, Santa Ana,

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.   353225   JBS                                      July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter   24064 1053   Crnic, Carol Ann and Terry
                      GMAC Matter No.: 718068

FOR PROFESSIONAL SERVICES RENDERED   01/01/1994   06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| ERB | 03/21/13 | Attention to case status and summary for audit response letter. | L120 | A104 | 0.20 | 279.00 | 55.80 |
| YS | 04/04/13 | Receipt, review and analysis of the Court's order setting the case management conference hearing | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 04/24/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 05/23/13 | Review and analysis of bankruptcy court docket to determine status of terry Crnic's bankruptcy filing and whether state court action is ongoing | L120 | A104 | 0.30 | 238.50 | 71.55 |
| YS | 05/28/13 | Receipt, review and analysis of the court's continued status hearing regarding filing of request to enter default against non-responding parties | L120 | A104 | 0.10 | 238.50 | 23.85 |
| YS | 06/03/13 | Draft case status update | L190 | A103 | 0.10 | 238.50 | 23.85 |
| YS | 06/17/13 | Draft and prepare ETS' case management statement in light of pending case management conference hearing | L210 | A103 | 0.30 | 238.50 | 71.55 |
| YS | 06/24/13 | Receipt, review and analysis of the Court's minute order continuing the case management conference hearing | L120 | A104 | 0.10 | 238.50 | 23.85 |
| | | **TOTAL** | | | **1.30** | | **$318.15** |

## COSTS & EXPENSES

06/19/13  Clerk, Ventura County Superior Court; Court                          4.50
          and Filing Fees; Copy of Second Amended
          Complaint. 5/24/13. Draft#30453

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.      353226      JBS                                                     July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha l. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter      24064 1500      Darby, Leanetha
                            GMAC Matter No.: 2013-05-EJ4940

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| SMH | 04/02/13 | Review and evaluate complaint and attachments, draft email re requested documents to A. Hartshorn. | L210 | A106 | 0.50 | 333.00 | 166.50 |
| DL | 04/02/13 | Analyze complaint and analyze background of plaintiff's counsel and attorneys. | L110 | A106 | 0.50 | 288.00 | 144.00 |
| SMH | 04/03/13 | Attention to new assignment, need for bankruptcy notice, draft email to D. Booth. | L110 | A104 | 0.20 | 333.00 | 66.60 |
| CHR | 04/03/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A106 | 0.30 | 130.50 | 39.15 |
| JBS | 04/04/13 | Analysis and evaluation of defense strategy | L120 | A104 | 0.30 | 427.50 | 128.25 |
| LJT | 04/10/13 | Research title records to prepare chronology and Pacer research to ascertain bankruptcy filings by plaintiff and review docket re same. | L110 | A106 | 0.90 | 130.50 | 117.45 |
| LJT | 04/11/13 | Review title records and prepare chronology. | L110 | A106 | 1.10 | 130.50 | 143.55 |
| DL | 04/15/13 | Analyze servicing notes re allegations that plaintiff submitted reinstatement to client. | L110 | | 0.80 | 288.00 | 230.40 |
| SMH | 04/17/13 | Attention to D. Booth email re NOB. | L120 | A104 | 0.10 | 333.00 | 33.30 |
| DL | 04/18/13 | Draft notice of bankruptcy and letter re same, and prepare correspondence to | L430 | A104 | 0.80 | 288.00 | 230.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA  94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 353226 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Darby, Leanetha | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | client re same. | | | | | | |
| SMH | 04/19/13 | Review complaint allegations re bankruptcy stay, review foreclosure documents re entity identified versus named defendants. | L120 | A104 | 0.20 | 333.00 | | 66.60 |
| DL | 04/19/13 | Exchange correspondence with client re staying all claims and issues with notice of trustee's sale. | L110 | A104 | 0.40 | 288.00 | | 115.20 |
| DL | 04/24/13 | Exchange correspondence with client re approval of notice of bankruptcy and letter to plaintiff. | L110 | A104 | 0.20 | 288.00 | | 57.60 |
| DL | 04/25/13 | Finalize notice of bankruptcy stay and letter to plaintiff re same. | L430 | A104 | 0.20 | 288.00 | | 57.60 |
| DL | 06/13/13 | Analyze docket for new action in litigation. | L110 | A104 | 0.10 | 288.00 | | 28.80 |
| | | **TOTAL** | | | **6.60** | | **$1,625.40** | |

## COSTS & EXPENSES

| | | |
|---|---|---|
| 05/07/13 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy 04/29/13 | 49.95 |
| 05/14/13 | Cardmember Service /Chase (Acct 7297); Data Search; 7700 Oso Ave, Winnetka, CA, 91306, Los Angeles 04/10/13 | 39.98 |
| | **TOTAL COSTS & EXPENSES** | **$89.93** |

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | |
|---|---|---|---|---|---|
| L110 | Fact Investigation/Development | 4.20 | $903.60 | | |
| L120 | Analysis/Strategy | 0.60 | $228.15 | | |
| L140 | Document/File Management | 0.30 | $39.15 | | |
| L210 | Pleadings | 0.50 | $166.50 | | |
| L430 | Written Motions/Submissions | 1.00 | $288.00 | | |
| | **TOTAL** | **6.60** | **$1,625.40** | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Liu, David | DL | Associate | 3.00 | 288.00 | $864.00 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Tarwater, Linda | LJT | Paralegal | 2.00 | 130.50 | $261.00 |
| Hankins, Suzanne | SMH | Member | 1.00 | 333.00 | $333.00 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353229    JBS                                        July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1502    Gracian, Cecilia
GMAC Matter No.: 2013-05-EM3571

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|--|--|-------|------|--------|
| SMH | 04/03/13 | Review new complaint and request for NOB filing. | L110 | A104 | 0.20 | 333.00 | 66.60 |
| CHR | 04/03/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| SMH | 04/04/13 | Draft email to D. Booth re assignment of matter, non-appearance for Ally Bank. | L120 | A103 | 0.30 | 333.00 | 99.90 |
| SMH | 04/04/13 | Review D. Booth responsive email re Ally. | L120 | A104 | 0.10 | 333.00 | 33.30 |
| MJE | 04/04/13 | Receipt of new matter from client, review of same and exchange of emails with client. | L110 | A104 | 0.50 | 279.00 | 139.50 |
| MJE | 04/10/13 | Review of Complaint and analyze claims for damages against Debtor entities | L250 | A104 | 0.60 | 279.00 | 167.40 |
| MJE | 04/10/13 | Draft and revision of Notice of Bankruptcy/Stay and letter to Plaintiff's counsel for review by D. Booth and draft of email to D. Booth highlighting changes. | L250 | A103 | 1.20 | 279.00 | 334.80 |
| MJE | 04/11/13 | Receipt of email from D. Booth and made small changes to filings | L250 | A104 | 0.30 | 279.00 | 83.70 |
| MJE | 04/17/13 | Provided conformed copy of Notice of BK and Stay to D. Booth | L140 | A106 | 0.20 | 279.00 | 55.80 |
| | | **TOTAL** | | | **3.70** | | **$1,020.15** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353231    JBS                                      July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha l. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1501    Kikunaga, Kazumasa and Cora
GMAC Matter No.: 2013-05-EM2012

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RJG | 04/02/13 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | A106 | 0.30 | 274.50 | 82.35 |
| RJG | 04/02/13 | Analysis of Plaintiff's complaint and pending case issues and attention to preliminary case investigation. | L120 | A104 | 0.50 | 274.50 | 137.25 |
| KSM | 04/02/13 | Reviewed complaint. | L250 | A104 | 0.40 | 256.50 | 102.60 |
| CHR | 04/03/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| KSM | 04/03/13 | Prepared letter to opposing counsel regarding notice of bankruptcy and suggestion of the automatic stay. | L250 | A103 | 0.60 | 256.50 | 153.90 |
| KSM | 04/04/13 | Prepared notice of bankruptcy and suggestion of the automatic stay. | L250 | A103 | 0.80 | 256.50 | 205.20 |
| | | **TOTAL** | | | **2.90** | | **$720.45** |

### COSTS & EXPENSES

| | | |
|---|---|---|
| 05/13/13 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy and Suggestion of Automatic Stay 04/09/13 | 49.95 |

**TOTAL COSTS & EXPENSES**                              **$49.95**

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    353234    JBS                                    July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1505    Monreal, Juana
GMAC Matter No.: 013-05-EN8942

FOR PROFESSIONAL SERVICES RENDERED        01/01/1994        06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| RJG | 04/05/13 | Correspondence with our client to advise regarding preliminary case investigation issues. | L120 | A106 | 0.30 | 274.50 | 82.35 |
| RJG | 04/05/13 | Analysis of complaint and pending case issues and attention to preliminary case investigation. | L120 | A104 | 0.50 | 274.50 | 137.25 |
| KSM | 04/05/13 | Reviewed complaint. | L210 | A104 | 0.70 | 256.50 | 179.55 |
| CHR | 04/08/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings,  Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| KSM | 04/09/13 | Prepared notice of bankruptcy and suggestion of the automatic stay and letter to opposing counsel regarding notice of bankruptcy. | L250 | A103 | 0.90 | 256.50 | 230.85 |
| KSM | 04/12/13 | Revised notice of bankruptcy and suggestion of the automatic stay. | L250 | A103 | 0.10 | 256.50 | 25.65 |
| KSM | 04/18/13 | Emailed Mr. Booth conformed copy of the notice of bankruptcy. | L101 | A106 | 0.10 | 256.50 | 25.65 |
| | | **TOTAL** | | | **2.90** | | **$720.45** |

## COSTS & EXPENSES

## BILLING SUMMARY

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

**A Professional Corporation**
**One Embarcadero Center**
**San Francisco, CA 94111**
**(415) 398-3344**

TAX ID 94-2774518

Invoice No.    353255    JBS                                     July 26, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1507    Patterson, Trina
GMAC Matter No.: 2013-05-EM7877

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    06/30/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|-|-|-------|------|--------|
| SMH | 04/15/13 | Review and evaluate new complaint, draft email to D. Booth re assignment. | L110 | A104 | 0.50 | 333.00 | 166.50 |
| MJE | 04/15/13 | Receipt and review of new action and evaluate handling | L210 | A104 | 0.40 | 279.00 | 111.60 |
| KKB | 04/29/13 | Research court dockets for 3 previous cases | L110 | A103 | 2.00 | 148.50 | 297.00 |
| MJE | 04/29/13 | Research into issues involving who we will represent, companion case, check docket and discuss situation with S. Hankins | L110 | A102 | 0.80 | 279.00 | 223.20 |
| MJE | 04/29/13 | Exchange of emails with Plaintiff's counsel re response and Complaint | L190 | A108 | 0.30 | 279.00 | 83.70 |
| KKB | 04/30/13 | Further research for UD and additional title docs | L110 | A103 | 1.50 | 148.50 | 222.75 |
| MJE | 04/30/13 | Review of extensive docket of several cases filed by this Plaintiff including two other mortgage cases, review of dismissals, complaints and responses | L110 | A104 | 2.00 | 279.00 | 558.00 |
| MJE | 05/01/13 | Investigation into Plaintiff, her previous filings and Plaintiff's counsel | L110 | A104 | 0.60 | 279.00 | 167.40 |
| MJE | 05/02/13 | Discussion with Jennifer Best regarding whether accompanying case existed for Ocwen | L110 | A108 | 0.30 | 279.00 | 83.70 |
| MJE | 05/03/13 | Further investigation into who is handling defense of other parties and what entities are involved | L110 | A104 | 0.30 | 279.00 | 83.70 |
| MJE | 05/03/13 | Review Complaint and all causes of action alleged against Homecomings in preparation for drafting BK/Stay documents | L190 | A104 | 0.50 | 279.00 | 139.50 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    354879    JBS                                    August 13, 2013

GMAC Mortgage, LLC

Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1504    Dover Investments (Armstead Smith)
                        GMAC Matter No.: 2013-05-EN1953

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994        07/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| MKS | 04/05/13 | Study and review new complaint and assess for handling and defense strategy including filing of Notice of Bankruptcy. | L210 | A104 | 0.80 | 270.00 | 216.00 |
| JBS | 04/06/13 | Analysis and evaluation of impact of bankruptcy on life estate | L120 | A104 | 0.30 | 427.50 | 128.25 |
| CHR | 04/08/13 | Open New Matter including Prepare Confirmation of Receipt to Client, Review Initial Correspondence and Pleadings, Review Court Docket and Download additional pleadings, Prepare Conflicts Request and Calendaring Memo. | L140 | A110 | 0.30 | 130.50 | 39.15 |
| MCK | 04/11/13 | Review correspondence re: strategy. | L120 | A104 | 0.20 | 234.00 | 46.80 |
| MCK | 04/12/13 | Review complaint and prepare notice of bankruptcy stay. | L120 | A104 | 1.00 | 234.00 | 234.00 |
| MKS | 04/17/13 | Review and revise draft Notice of Bankruptcy and Effect of Stay. | L210 | A103 | 0.30 | 270.00 | 81.00 |
| MCK | 04/17/13 | Continued drafting of notices of stay and correspondence to client re: initial file review. | L210 | A103 | 1.50 | 234.00 | 351.00 |
| MCK | 04/18/13 | Correspondence with client re: strategy. | L120 | A106 | 0.10 | 234.00 | 23.40 |
| MCK | 04/19/13 | Correspondence to client re: transmittal correspondence. | L120 | A106 | 0.10 | 234.00 | 23.40 |
| MCK | 04/22/13 | Correspondence from opposing counsel regarding notice of bankruptcy proceedings and suggestion of stay. | L120 | A108 | 0.20 | 234.00 | 46.80 |
| MCK | 04/23/13 | Correspondence with client and opposing counsel regarding confirmation of debtor status. | L120 | A108 | 0.70 | 234.00 | 163.80 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
# &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

| Invoice No. | 354879 | CLIENT | RESCAP/GMAC | | | | | Page | 2 |
|---|---|---|---|---|---|---|---|---|---|
| | | MATTER | Dover Investments (Armstead | | | | | | |
| MCK | 04/24/13 | Correspondence with client re: conformed copy of notice. | L120 | A106 | 0.10 | 234.00 | | 23.40 | |
| MCK | 05/01/13 | Correspondence with client re: dismissal. | L120 | A106 | 0.30 | 234.00 | | 70.20 | |
| MKS | 05/05/13 | Provide status update to client including litigation developments, upcoming events, upcoming deadlines and strategy decisions. | L120 | A106 | 0.20 | 270.00 | | 54.00 | |
| MCK | 06/21/13 | Correspondence regarding file closure. | L120 | A108 | 0.10 | 234.00 | | 23.40 | |
| | | **TOTAL** | | | 6.20 | | | **$1,524.60** | |

## COSTS & EXPENSES

## BILLING SUMMARY

| Task Code and Description | | Hours | Amount | | | |
|---|---|---|---|---|---|---|
| L120 | Analysis/Strategy | 3.30 | $837.45 | | | |
| L140 | Document/File Management | 0.30 | $39.15 | | | |
| L210 | Pleadings | 2.60 | $648.00 | | | |
| | **TOTAL** | **6.20** | **$1,524.60** | | | |

| Timekeeper | | Position | Hours | Rate | Value |
|---|---|---|---|---|---|
| Rommell, Clair | CHR | Paralegal | 0.30 | 130.50 | $39.15 |
| Sullivan, John | JBS | Member | 0.30 | 427.50 | $128.25 |
| Kelly, Megan | MCK | Special Counsel | 4.30 | 234.00 | $1,006.20 |
| Sullivan, Mary Kate | MKS | Member | 1.30 | 270.00 | $351.00 |
| | **Total** | | **6.20** | | **$1,524.60** |

| | | | |
|---|---|---|---|
| | | FEES | $1,524.60 |
| | **TOTAL THIS INVOICE** | | **$1,524.60** |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# Severson
## &Werson

A Professional Corporation
One Embarcadero Center
San Francisco, CA 94111
(415) 398-3344

TAX ID 94-2774518

Invoice No.    357896    JBS                                    September 27, 2013

GMAC Mortgage, LLC
Attn: Natasha I. Campbell
1100 Virginia Drive
Fort Washington, PA 19006

Matter    24064 1391    Winick, Daniel S. & Claire
C/M# 733788

FOR PROFESSIONAL SERVICES RENDERED    01/01/1994    08/31/2013

| Atty | Date | Description | | | Hours | Rate | Amount |
|------|------|-------------|---|---|-------|------|--------|
| YS | 02/22/13 | Attend the Court's case management conference and determine how to proceed with clients' defense in light of the outcome from said hearing | L230 | A101 | 1.60 | 238.50 | 381.60 |
| DL | 02/22/13 | Analyze results of status conference and advise client of continuance of status conference. | L230 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 03/06/13 | Analyze opposition to motion to enforce settlement. | L430 | A101 | 0.30 | 288.00 | 86.40 |
| DL | 03/11/13 | Analyze file and prepare case update on chart for client. | L110 | A101 | 0.10 | 288.00 | 28.80 |
| DL | 03/12/13 | Analyze cases cited in plaintiff's opposition to motion to enforce settlement. | L110 | A101 | 0.50 | 288.00 | 144.00 |
| DL | 03/13/13 | Draft and revise reply for motion to enforce settlement agreement. | L430 | A101 | 1.10 | 288.00 | 316.80 |
| DL | 03/14/13 | Finalize reply in support of motion to enforce settlement agreement. | L430 | A101 | 0.30 | 288.00 | 86.40 |
| DL | 03/21/13 | Prepare order on motion to enforce settlement agreement. | L430 | A101 | 0.20 | 288.00 | 57.60 |
| DL | 03/22/13 | Attend hearing on motion to enforce settlement, discuss possible further settlement after hearing and advise client of result of hearing. | L430 | A101 | 6.20 | 288.00 | 1,785.60 |
| DL | 03/30/13 | Exchange correspondence with client re possible counter-offer and prepare correspondence to plaintiff re same. | L160 | A101 | 0.30 | 288.00 | 86.40 |
| DL | 06/10/13 | Prepare settlement counter-offer to plaintiff. | L160 | A101 | 0.10 | 288.00 | 28.80 |
| DL | 06/12/13 | Exchange correspondence with plaintiff | L160 | A101 | 0.30 | 288.00 | 86.40 |

Payment is due 30 days of receipt
Disbursements made for your account, for which bills have not yet been received
will appear on a later statement

# EXHIBIT  L

12-12020-mg  Doc 5867  Filed 11/18/13 ...

Kramer Levin Naftalis & Frankel LLP                                        Page No. 6

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED    September 30, 2013
066069-00002 (DIP FINANCING/CASH COLLATERAL)                    Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/03/13 | DANIELS, ELAN | Email correspondence with J. Shifer cash collateral issues (.5). | 0.50 | 362.50 |
| 06/03/13 | HOROWITZ, GREGORY A. | TC w/ S. Zide re cash collateral motion (.3). | 0.30 | 268.50 |
| 06/03/13 | ZIDE, STEPHEN | Call with MoFo and Kirkland re paydown motion (1); follow up calls and emails with MoFo and J. Shifer re same (.5); follow up calls with MoFo and Kirkland re same (.7). Emails w/ D. Mannal, G. Horowitz and J. Shifer re JSN cash collateral issues (.4). Call w/ G. Horowitz re cash collateral motion (.3). | 2.90 | 2,160.50 |
| 06/03/13 | CHASS, MARK | Review revised paydown order (.2) | 0.20 | 155.00 |
| 06/03/13 | SHIFER, JOSEPH A | Review emails from counsel to AFI, JSNs re paydown order (.4), follow up emails with S. Zide re same (.3). | 0.70 | 486.50 |
| 06/03/13 | MANNAL, DOUGLAS | Call w/ counsel for JSBs re: cash collateral and confi (.3) | 0.30 | 247.50 |
| 06/03/13 | MANNAL, DOUGLAS | Emails w/ J. Shifer and S. Zide re: cash collateral order (.7). | 0.70 | 577.50 |
| 06/05/13 | ZIDE, STEPHEN | Meeting with MoFo, Centerview, FTI, Moelis, Alix and KL re open cash collateral issues with JSNs (2.5); prepare for same with J Shifer (.3); follow up meeting with counsel to JSNs re same (1.8); follow up correspondence with G. Horowitz re same (.2). Emails and calls with MoFo re cash collateral schedule (.2). | 5.00 | 3,725.00 |
| 06/05/13 | HOROWITZ, GREGORY A. | Meeting at MoFo w/ Debtors, M. Puntus, K. Eckstein, D. Mannal, S. Zide re: JSN issues (2.5); meeting at MoFo w/ same plus JSN counsel (C. Shore, G. Uzzi) re: JSN issues (1.8); correspondence with JSN subcommittee steering committee(1.0); post-call correspondence w/ K. Eckstein, D. Mannal, S. Zide (.4). | 6.10 | 5,459.50 |
| 06/05/13 | SIEGEL, CRAIG L | Prepare for (.3) and participate in (2.5) meeting with Debtors' counsel re: cash collateral; confer w/ J. Shifer re JSN collateral issues (.3). | 3.10 | 2,402.50 |

Kramer Levin Naftalis & Frankel LLP                                              Page No. 7

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00002 (DIP FINANCING/CASH COLLATERAL)                         Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/05/13 | SHIFER, JOSEPH A | Confs with C. Siegel re JSN collateral issues (.3), prepare for (.8) and attend meeting with Debtor professionals re JSN issues (2.5), attend meet and confer with JSN counsel, Debtor counsel telephonically (1.8), review Berkshire objection to paydown order (.6), follow up emails with S. Zide and D. Mannal re same (.2); confer with S. Zide re cash collateral meetings (.3). | 6.50 | 4,517.50 |
| 06/06/13 | HOROWITZ, GREGORY A. | Comment on proposed cash collateral stip (.7). | 0.70 | 626.50 |
| 06/06/13 | CHASS, MARK | Review Berkshire objection to paydown motion (.3), review amended paydown motion (9.2). | 9.50 | 7,362.50 |
| 06/07/13 | HOROWITZ, GREGORY A. | Comment on draft cash collateral stipulation (.4). | 0.40 | 358.00 |
| 06/07/13 | ZIDE, STEPHEN | Review stip terminating cash collateral (.4); revise same (.3). Confer with J. Shifer re reply to Berkshire objection to paydown (.4). | 1.10 | 819.50 |
| 06/07/13 | SHIFER, JOSEPH A | Review JSN cash collateral termination stipulation (.8), emails with S. Zide and G. Horowitz re same (.4), revise same (.7), follow up emails with S. Martin re same (.8), confs with T. Goren re same (.4), emails with R Ringer re intercompany claim issues (.2), draft statement in support of paydown motion (2.2), confs with S. Zide re same (.4). | 5.90 | 4,100.50 |
| 06/08/13 | TRACHTMAN, JEFFREY S. | Emails with J. Shifer, S. Zide, D. Mannal re: pay down motion (.4); review pay down motion response (.8). | 1.20 | 1,110.00 |
| 06/09/13 | ZIDE, STEPHEN | Emails with J. Trachtman and J. Shifer re paydown motion (.1). | 0.10 | 74.50 |
| 06/09/13 | SHIFER, JOSEPH A | Emails with S. Zide and J. Trachtman re statement in support of paydown motion (.3), revise statement in support of paydown motion (.4). | 0.70 | 486.50 |
| 06/10/13 | SHAIN, ALIYA | Review Committee's statement re: paydown issues (.4); confer with J. Shifer re filing of same (.4); file (.3) and serve (.3) same. | 1.40 | 413.00 |

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 15

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)           Invoice No. 630461

| TIMEKEEPER | TITLE | HOURS | Amount |
|---|---|---|---|
| BESSNER, DEBORAH | PARALEGAL | 12.30 | 3,628.50 |
| TOTAL | | 1,644.30 | $1,182,623.50 |

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/13 | BRODY, DANIEL J | Draft liquidating trust agreement. | 4.50 | 2,520.00 |
| 06/02/13 | ALLARD, NATHANIEL | Emails w/ R. Ringer re: plan documents (.2); research re: objections to PSA motions (2.5). | 2.70 | 1,147.50 |
| 06/02/13 | ZHAO, LUCY R | Draft summary email memo of Liquidation Trust Agreement terms. | 2.50 | 1,637.50 |
| 06/02/13 | BRODY, DANIEL J | Edit draft of liquidating trust agreement (1), and conform same to Plan (2). | 3.00 | 1,680.00 |
| 06/02/13 | DOVE, ANDREW | Draft summary of issues re creditor treatment under the Plan for D. Mannal (2.3). | 2.30 | 1,506.50 |
| 06/02/13 | ZIDE, STEPHEN | Revise draft plan (5.2); meet with R. Ringer re mechanics for adjustments to distributions (1.8); follow up emails with Moelis re same (.2). | 7.20 | 5,364.00 |
| 06/02/13 | RINGER, RACHAEL L | E-mails with S. Zide re: plan provisions (.4), draft chapter 11 plan (1.3), e-mails with S. Zide re: precedent for same (.2), discussion with S. Zide re: plan mechanics (1.8), revise summary chart re: plan mechanics (.6), further revise plan (.3), review revised plan mechanics chart (.3). | 4.90 | 2,744.00 |
| 06/03/13 | ALLARD, NATHANIEL | Research re: possible objections to PSA motion (3.5), draft email to D. Blabey re: same (.5). | 4.00 | 1,700.00 |
| 06/03/13 | ALLARD, NATHANIEL | Research Debtors' schedules re: intercompany claims, emails w/ J. Shifer, S. Zide re: same (.4). | 0.40 | 170.00 |
| 06/03/13 | ZHAO, LUCY R | Draft comments to Plan re: Liquidation Trust Agreement | 3.00 | 1,965.00 |
| 06/03/13 | ZHAO, LUCY R | Revise Liquidation Trust Agreement Summary | 0.50 | 327.50 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED           September 30, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)            Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/03/13 | ALLARD, NATHANIEL | Research re: settlement standards for plan (1.0), emails w/ S. Zide, J. Shifer re: same (.2). | 1.20 | 510.00 |
| 06/03/13 | BALLIETT, THOMAS D. | Correspond w/ D. Brody re: revisions to POR to make consistent with LTA. | 0.60 | 597.00 |
| 06/03/13 | BLABEY, DAVID E | Review plan support agreement and accompanying term sheets (1); draft reply brief in support of plan support agreement (3.4). | 4.40 | 3,278.00 |
| 06/03/13 | BRODY, DANIEL J | Comment on portions of draft Ch. 11 plan (4.4); correspondence with T. Balliett re: revisions to same (1.0), further revise same (.6). | 6.00 | 3,360.00 |
| 06/03/13 | BRODY, DANIEL J | Revise draft of plan of reorganization (2.5) and LTA (1.5). | 4.00 | 2,240.00 |
| 06/03/13 | BESSONETTE, JOHN | Emails to follow-up REMIC and other plan/trust issues with B. Herzog, T. Balliett, A. Dienstag (1.1) | 1.10 | 907.50 |
| 06/03/13 | DOVE, ANDREW | Correspond w/ D. Mannal re securities claim treatment in plan (.4) and attend call w/ MoFo re same (.8). Review proposed settlement agreement re class action claims (1.2) and revise plan per same (.5). Attend teleconference w/ J. Baer re same (.6) and draft follow up summary (.3); comment on draft plan (5.7). | 9.50 | 6,222.50 |
| 06/03/13 | KAUFMAN, PHILIP | Review plan and liquidation trust agreement (1.0); comments to same (3.6). | 4.60 | 4,324.00 |
| 06/03/13 | SHAIN, ALIYA | Organize precedent in preparation for drafting of ResCap plan. | 1.90 | 560.50 |
| 06/03/13 | SHAIN, ALIYA | Revise Ch. 11 ResCap Plan per R. Ringer comments. | 3.80 | 1,121.00 |
| 06/03/13 | ZIDE, STEPHEN | Calls with R. Ringer and Moelis re plan and waterfall (.7); emails with R. Ringer re same (.3). Draft and revise plan (2.8). | 3.80 | 2,831.00 |
| 06/03/13 | RINGER, RACHAEL L | Revise summary chart re: plan mechanics (.3), e-mails with S. Zide re: same (.2), call with Moelis and S. Zide re: same (.7), e-mails with MoFo re: exclusivity motion (.2), e-mails with D. Mannal re: same (.1), further revise plan and send to KL corporate team (.2), research plan precedents (1.2), revise plan per same (2.1), further revise plan (1.5), discussion with Moelis re: plan mechanics (.3), begin drafting summary of same (.5) | 7.30 | 4,088.00 |

Kramer Levin Naftalis & Frankel LLP

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)           Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/04/13 | ZHAO, LUCY R | Revise markup to ResCap Plan. | 1.00 | 655.00 |
| 06/04/13 | ZHAO, LUCY R | Discussion w/ A. Dienstag re: plan (.2); revise markup to Plan (2.1). | 2.30 | 1,506.50 |
| 06/04/13 | ALLARD, NATHANIEL | Legal research re: PSA motions (2.7), research re: plans precedent (1.3), correspond w/ S. Zide, R. Ringer, A. Dove re: same (.4); review defined terms in PSA, correspond w/ A. Shain re: same (.5); review PSA documents re: consent rights (2.0). | 6.90 | 2,932.50 |
| 06/04/13 | ZIDE, STEPHEN | Revise plan (1.2). Meet with R. Ringer and A. Dove to draft and revise plan (9.2); call with A. Gibler re same (.4); emails with D. Mannal re same (.5); calls (.4) and emails (.2) with J. Bessonette re same; call with D. Mannal and B. Herzog re plan issues (.5). | 12.40 | 9,238.00 |
| 06/04/13 | DIENSTAG, ABBE L. | Review classification and treatment of general unsecured claims (0.5); review provisions of the plan covering the LTA (0.3); c/w L. Zhao re same (0.2); draft provisions on translating claims to unit distributions and internally circulate (.5); review provisions regarding private securities claims and comment on necessary changes (0.5); conference w/ J. Bessonette re plan revisions (.5). | 2.50 | 2,187.50 |
| 06/04/13 | BALLIETT, THOMAS D. | Correspondence w/ J. Bessonette, D. Brody re: pending comments of revised draft plan, LTA. | 0.70 | 696.50 |
| 06/04/13 | BRODY, DANIEL J | Revise draft of plan of reorganization (5.5); correspondence w/ A. Dienstag and T. Balliett re: same (.5). | 6.00 | 3,360.00 |
| 06/04/13 | TRACHTMAN, JEFFREY S. | Review draft of section of PSA response (1.1); emails with D. Blabey re: PSA issues (.3). | 1.40 | 1,295.00 |
| 06/04/13 | BESSONETTE, JOHN | Review and revise Plan (2.5); conference (.4) and emails (.2) w/ S, Zide; confer w/ A. Dienstag re: revisions to plan (.5), correspond w/ T. Balliett re: same (.7) | 4.30 | 3,547.50 |
| 06/04/13 | DOVE, ANDREW | Correspond w/ D. Mannal and B. Herzog re plan issues (.5).  Meet w/ R. Ringer and S. Zide to draft and revise Plan (9.2). Attend call w/ A. Gibler re same (.4).  Review draft plan and draft additional sections (1.8). | 11.90 | 7,794.50 |

Kramer Levin Naftalis & Frankel LLP

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)

September 30, 2013
Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/04/13 | KAUFMAN, PHILIP | Continue analysis of plan revisions and liquidating trust agreement (3.3); review comments to strategy memorandum and annex (1.7). | 5.00 | 4,700.00 |
| 06/04/13 | SHAIN, ALIYA | Further revisions to draft plan. | 1.30 | 383.50 |
| 06/04/13 | SHAIN, ALIYA | Pull precedent for plan research. | 1.30 | 383.50 |
| 06/04/13 | SHARRET, JENNIFER | Review PSA (.3), review PSA motion (.5) review plan term sheets (1). | 1.80 | 1,251.00 |
| 06/04/13 | BLABEY, DAVID E | Draft plan support agreement reply brief. | 3.20 | 2,384.00 |
| 06/04/13 | MANNAL, DOUGLAS | Correspond w/ S. Zide (.5), R. Ringer (.3) and A. Dove (.1) re: POR; TCF w/ Blackstone re: "other monoline" claims (.3); research same (.3); review PSC trust proposal (.4); call w/ Allstate re: same (.2); correspondence w/ K. Eckstein re: plan issues and current status of draft of same (.4); correspond w/ B. Herzog re: POR tax issues (.4); emails w/ S. Zide re: same (.2); o/c w/ A. Dove re: securities claim treatment under the POR (.5). | 3.60 | 2,970.00 |
| 06/04/13 | RINGER, RACHAEL L | Draft/revise chapter 11 plan (.3), draft and revise chapter 11 plan with A. Dove and S. Zide (9.2), correspond with B. Herzog and D. Mannal re: same (.3), call with A. Gibler re: plan distribution mechanics (.4), further revise RMBS section of chapter 11 plan (.2), revise monoline claim settlement section of plan and e-mails with A. Dove and S. Zide re: same (.4), further review and revise same and circulate to KL team (.2), review and revise draft exclusivity motion (.4). | 11.40 | 6,384.00 |
| 06/05/13 | ALLARD, NATHANIEL | Research re: plan support agreements (2.4), draft email to D. Blabey re: same (.9), correspond w/ D. Blabey, R. Ringer re: same (.2). Research re: non-debtor subsidiaries, correspond w/ R. Ringer re: same (.4). Research re: plans and disclosure statements (.3), emails w/ R. Ringer re: same (.2). | 4.40 | 1,870.00 |
| 06/05/13 | ALLARD, NATHANIEL | Revise draft exclusivity motion per R. Ringer and D. Mannal comments, correspond w/ R. Ringer re: same. | 0.50 | 212.50 |
| 06/05/13 | ZHAO, LUCY R | Review revised Plan (1.5); draft notes on Liquidation Trust provisions (.5). | 2.00 | 1,310.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED                September 30, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)                  Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/05/13 | ZHAO, LUCY R | Review of current draft Liquidation Trust Agreement (.3); revisions to potential changes (.7). | 1.00 | 655.00 |
| 06/05/13 | ZHAO, LUCY R | Review of plan precedents and precedent Liquidation Trust checklist (1.4); correspondence w/ corp. attorneys re: same (.6). | 2.00 | 1,310.00 |
| 06/05/13 | SHARRET, JENNIFER | Review term sheet and supplemental term sheet (2); correspond with R. Ringer re: plan structure (.6) | 2.60 | 1,807.00 |
| 06/05/13 | ZIDE, STEPHEN | Emails with T. Goren re plan issues (.3). Emails (.2) and calls (.6) with Ringer re plan issues; emails with T. Balliett and J. Bessonette re plan issues (.5); call with B. Herzog and D. Mannal re REMIC issues (.5). | 2.10 | 1,564.50 |
| 06/05/13 | BALLIETT, THOMAS D. | Provide comments on revised draft plan (3.9); correspondence w/ A. Dienstag and D. Brody re POR and LTA terms (0.7) | 4.60 | 4,577.00 |
| 06/05/13 | BRODY, DANIEL J | Revise draft of plan of reorganization | 6.00 | 3,360.00 |
| 06/05/13 | TRACHTMAN, JEFFREY S. | Review PSA response draft (.6); consult with D. Blabey re: PSA issues (.5). | 1.10 | 1,017.50 |
| 06/05/13 | BESSONETTE, JOHN | Review (.7) and revise Plan (2.3); correspond with T. Balliett, A. Dienstag, D. Brody and L. Zhao re: revisions to plan and liquidation trust agreement (.8); review precedent plans (2.0) and term sheet documents (1.6) | 7.40 | 6,105.00 |
| 06/05/13 | DOVE, ANDREW | Attend call w/ Q. Emanuel re securities claim issues in s office (1.0). Research issues (4.5), develop facts (3.9), and draft memo to D. Mannal and A. Aufses re securities claims and class action issues (4.2). | 13.60 | 8,908.00 |
| 06/05/13 | HERZOG, BARRY | Discs w/ S. Saab re: REMIC issues (0.5); call w/ R. Cima re: same (0.9); revise draft plan (2.1); correspond w/ S. Zide and D. Mannal re: REMIC issues (0.4). | 3.90 | 3,490.50 |
| 06/05/13 | AUFSES III, ARTHUR H. | Correspond w/ A. Dove re: securities claims; exchange e-mails w/ A. Dove re: same. | 1.00 | 975.00 |
| 06/05/13 | ECKSTEIN, KENNETH H. | Correspond w/ D. Mannal and S. Zide re securities and plan issues (.8) | 0.80 | 792.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)            Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/06/13 | HERZOG, BARRY | Discs w/ S. Saab re: REMIC and other issues (0.6); call w/ R. Cima and others re: same (0.8); revise and mark draft plan (2.3); disc same w/A Dienstag (0.5); disc w/ IRS re: REMIC issues (0.7). | 4.90 | 4,385.50 |
| 06/06/13 | TRACHTMAN, JEFFREY S. | Review exclusivity filing. | 0.70 | 647.50 |
| 06/06/13 | BRODY, DANIEL J | Revise markup of chapter 11 plan (5); call w/ J. Bessonette and A. Dienstag re: unit distributions (1). | 6.00 | 3,360.00 |
| 06/06/13 | BRODY, DANIEL J | Conference w/ R. Ringer, A. Dienstag, J. Bessonette, D. Mannal and S. Zide re: plan mechanics and issues. | 3.00 | 1,680.00 |
| 06/06/13 | SHAIN, ALIYA | Research and organize Plan and Disclosure statements from other Ch. 11 cases in preparation for drafting of ResCap Plan. | 0.70 | 206.50 |
| 06/06/13 | SHARRET, JENNIFER | Review plan (1.9); t/c with R. Ringer re: comments to Plan (.3) | 2.20 | 1,529.00 |
| 06/06/13 | RINGER, RACHAEL L | Call with MoFo and S. Zide re: plan issues (.5), draft and revise plan with S. Zide (4.0), discuss plan issues with A. Dienstag, S. Zide, J. Bessonette, D. Brody, and D. Mannal (3.0), review pleadings from prior cases re: research of plan issues (1.6), additional research re: plan issues and precedent (.8), call with J. Sharret re: plan comments (.3), further revise plan (.7) | 10.90 | 6,104.00 |
| 06/06/13 | MANNAL, DOUGLAS | Office conference with K. Eckstein, Kirkland, MoFo and A. Dove re: securities claims (.9); conference call w/ A. Dove and Quinn Emmanuel re private securities claims (1); revise supplemental disclosure re: JSN treatment and securities treatment (1.2); office conference with S. Zide, J. Bessonette, A. Dienstag, D. Brody and R. Ringer re: precedent in RMBS plans (3); revise plan structure (1.0); research precedent (.9); discuss Kessler issues w/ E. Frejka (.2). | 8.20 | 6,765.00 |
| 06/06/13 | FREJKA, ELISE S | Discuss Kessler PSA issues with D. Mannal (.2); follow up emails with D. Flanigan regarding same (.1); analyze class claims for borrower class (4.6). | 4.90 | 3,846.50 |
| 06/06/13 | SHIFER, JOSEPH A | Emails with S. Zide, R. Ringer, and D. Blabey re plan issues (.3), research re same (.8), review draft plan (1.3). | 2.40 | 1,668.00 |

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 23

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)            Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/06/13 | ECKSTEIN, KENNETH H. | Attend portion of conference call w/ D. Mannal, A. Dove, Kirkland and MoFo re securities, JSN, plan issues (.4); call with J. Dubel re CRO and other issues (.6). | 1.00 | 990.00 |
| 06/07/13 | DOVE, ANDREW | Meet w. D. Mannal to discuss class action issues and plan structure re same (.4). Attend call w/ J. Haims of MoFo re same (.3) draft follow up correspondence to MoFo (.3). Confer w/ N. Allard re legal research re class action issues (.1) perform independent research (3.5). Draft confidentiality agreement for creditor re plan treatment (1.2). | 5.80 | 3,799.00 |
| 06/07/13 | ZHAO, LUCY R | Review comments to plan. | 1.00 | 655.00 |
| 06/07/13 | ALLARD, NATHANIEL | Research plan of reorganization precedents (1.1), correspond w/ R. Ringer re: same (.2); confer w/ A. Dove re class action issues (.1). | 1.40 | 595.00 |
| 06/07/13 | HERZOG, BARRY | Review revised draft plan. | 0.20 | 179.00 |
| 06/07/13 | TRACHTMAN, JEFFREY S. | Review exclusivity papers and draft response (3.5); emails with R. Ringer, D. Mannal, K. Eckstein re: exclusivity motion (.8). | 4.30 | 3,977.50 |
| 06/07/13 | DIENSTAG, ABBE L. | Partial mark-up of the Plan (4.0); e/ms R. Ringer, S. Zide re classification section (0.7). | 4.70 | 4,112.50 |
| 06/07/13 | BESSONETTE, JOHN | Numerous conferences w/ D. Brody re: open issues to finalize draft for sending to Debtors (2.1). | 2.10 | 1,732.50 |
| 06/07/13 | BRODY, DANIEL J | Revise markup of plan of reorganization (3.9); numerous confs w/ J. Bessonette re: same (2.1). | 6.00 | 3,360.00 |
| 06/07/13 | BRODY, DANIEL J | Further revise Ch. 11 plan. | 1.00 | 560.00 |
| 06/07/13 | ZIDE, STEPHEN | Emails with A. Dove re securities claims (.3). Revise plan (1.7); emails with A. Dienstag re mechanics on same (1.3). Emails with Moelis re lien challenge (.4); discuss revisions to plan w/ R. Ringer (.4). | 4.10 | 3,054.50 |
| 06/07/13 | SHARRET, JENNIFER | Review plan (.6); correspondence with R. Ringer re: same (.4) | 1.00 | 695.00 |

Kramer Levin Naftalis & Frankel LLP                                                         Page No. 27

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)           Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/11/13 | DIENSTAG, ABBE L. | Review of draft plan focusing on distribution selections and related provisions (3.5); call D. Brody re distribution scheme (0.3); c/w D. Brody, R. Ringer on further mark-up of the Plan (0.5); call w/ D. Mannal, S. Zide on distribution mechanics (0.2); correspond w/ S. Zide, R. Ringer re priority of distribution from the liquidating trust and comment on provision regarding same (0.4). | 4.90 | 4,287.50 |
| 06/11/13 | BESSONETTE, JOHN | Emails with A. Dienstag regarding open items in plan (.8). | 0.80 | 660.00 |
| 06/11/13 | BALLIETT, THOMAS D. | Review draft plan (1.5); comment on same (1.6). | 3.10 | 3,084.50 |
| 06/11/13 | HERZOG, BARRY | Review revised draft plan. | 0.50 | 447.50 |
| 06/11/13 | BRODY, DANIEL J | Review markup of plan of reorganization for A. Dienstag (5.2); call w/ R. Ringer and A. Dienstag re same (.5); call w/ A. Dienstag re concepts underlying distribution scheme (.3). | 6.00 | 3,360.00 |
| 06/11/13 | ECKSTEIN, KENNETH H. | Review plan, prepare comments (2.0) | 2.00 | 1,980.00 |
| 06/11/13 | KAUFMAN, PHILIP | Continue analysis of trustees' joinder in PSA motion and related pleadings (.8). | 0.80 | 752.00 |
| 06/11/13 | TRACHTMAN, JEFFREY S. | Review draft plan and disclosure statement (.8); emails with K. Eckstein, R. Ringer re: plan (.2). | 1.00 | 925.00 |
| 06/11/13 | DOVE, ANDREW | Prepare and circulate confidentiality agreement for execution (.4).  Correspond w/ NJ Carpenters counsel re status w/ Judge Baer (.3).  Review and comment on draft plan (6.5). | 7.20 | 4,716.00 |
| 06/11/13 | FREJKA, ELISE S | Comment on borrower sections of plan (2.8); review SilvermanAcampora comments regarding same (.3). | 3.10 | 2,433.50 |

Kramer Levin Naftalis & Frankel LLP                                                                 Page No. 35

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)           Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/18/13 | DIENSTAG, ABBE L. | Extensive review of revised Moelis spread sheet on Disputed Claims Reserve Unit Calculation (3.5); correspond w/S. Zide, R. Ringer re same (0.5); review Moelis presentation re same (0.3); prepare Power Point presentation on Plan Distribution Mechanics (3.0). | 7.30 | 6,387.50 |
| 06/18/13 | TRACHTMAN, JEFFREY S. | Edit portions of Disclosure Statement (1.9); emails with D. Blabey, R. Ringer re: DS (.4). | 2.30 | 2,127.50 |
| 06/18/13 | DOVE, ANDREW | Review and comment on memo for Committee re open plan issues (3.6) and correspond w/ S. Zide and R. Ringer re same (.4).  Correspond w/ Alix and S. Zide re treatment of securities claims (.3). | 4.30 | 2,816.50 |
| 06/18/13 | KAUFMAN, PHILIP | Numerous e-mails and conferences with R. Ringer, D. Mannal and K. Eckstein re: PSA issues (1.6). | 1.60 | 1,504.00 |
| 06/18/13 | HERZOG, BARRY | Review mark of LT agreement. | 0.40 | 358.00 |
| 06/18/13 | BRODY, DANIEL J | Revise draft of disclosure statement (5.5); emails to A. Dienstag, R. Ringer, S. Zide re: same (.5). | 6.00 | 3,360.00 |
| 06/18/13 | FREJKA, ELISE S | Settlement meeting with N. Rosenbaum, J. Wishnew, D. Mannal, B. Thompson (company), L. Marshall, E. Dill, Kessler counsel, coverage counsel regarding settlement of Kessler class claim. | 14.80 | 11,618.00 √ |
| 06/18/13 | RINGER, RACHAEL L | Call with Kirkland re: comments on plan (.4), draft memo to Committee members re: open issues with the Plan (2.1), further update same (1.8), review numerous comments to draft chapter 11 plan, comment on same (.8), revise plan issues memo (.9), further revise same and circulate to K. Eckstein, D. Mannal, A. Dove and S. Zide (.5); discuss plan issues memo w/ S. Zide (.5); discuss DS edits w/ D. Blabey (.3). | 7.30 | 4,088.00 |

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 38

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)           Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/19/13 | MANNAL, DOUGLAS | Review PSA objections (1.8); outline Committee response to PSA objections (.8); call w/ A. Dienstag, R. Ringer, and Moelis re revisions to presentation (.5). | 3.10 | 2,557.50 |
| 06/19/13 | SHIFER, JOSEPH A | Revise memo re plan issues (1.4), numerous emails with S. Zide and R. Ringer re same (.6) | 2.00 | 1,390.00 |
| 06/19/13 | ZIDE, STEPHEN | Review and revise Plan issues memo for Committee (2); correspondence with R. Ringer, D. Mannal and A. Dienstag re same (1). Revise presentation to Committee on plan distribution mechanics (1.5); discussions with Moelis, A. Dienstag re same (.5). Participate at Committee meeting with Debtors on reviewed wind down presentation and claims estimate presentation (2); follow up Committee meeting on Plan issues and distribution mechanics (3). Review objections to PSA (1.7). Revise DS (1.4). | 13.10 | 9,759.50 |
| 06/19/13 | SHIFER, JOSEPH A | Numerous emails with A. Barrage, N. Rosenbaum, and S. Tandberg re FGIC settlement (.7), confs with S. Zide re same (.3), draft extensive committee update re same (.8). | 1.80 | 1,251.00 |
| 06/20/13 | BESSNER, DEBORAH | Update binders re objections to PSA (1.8); edit index re same (.2). | 2.00 | 590.00 |
| 06/20/13 | BLABEY, DAVID E | Review objections to PSA Motion (1.4); meet with K. Eckstein, A. Dove, D. Mannal and J. Trachtman re responses to PSA objections (1.5); call with Debtors counsel re same (1) and continue correspondence with A. Dove, J. Trachtman re responses to PSA objection (.6); draft response to PSA Objection (6.7) and further discussions with J. Trachtman re same (.3). | 11.50 | 8,567.50 |
| 06/20/13 | ALLARD, NATHANIEL | Update chart re: PSA objections re: newly filed pleadings (.5); emails to A. Dove re: same (.1); correspond w/ D. Bessner, R. Ringer re: PSA objections (.5); revise draft plan per comments from R. Ringer, S. Zide, Consenting Claimants (4.7); discussions w/ R. Ringer re: revisions to plan (.3). | 6.10 | 2,592.50 |

12-12020-mg    Doc 5867    Filed 11/18/13    Entered 11/18/13 23:54:30    Main Document

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 41

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)           Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/21/13 | DOVE, ANDREW | Attend part of call w/ D. Mannal, Quinn, AIG, and Allstate re securities claim issues (.8).Correspond w/ D. Mannal and K. Eckstein re same (.4).  Correspond w/ MoFo re Ally Securities (.3).  Attend portion of call w/ Dechert, MoFo, K. Eckstein, and D. Mannal re RMBS Trustees and relevant objections to PSA (.7). Confer with J. Trachtman and D. Blabey re response to PSA objections (1.1). Draft response to PSA objections (8.7) and review objections re same (1.4). | 13.40 | 8,777.00 |
| 06/21/13 | BLABEY, DAVID E | Draft response to PSA objections (6.5); multiple discussions with J. Trachtman and A. Dove re same (1.1); discussion w/ K. Eckstein re: same (.5). | 8.10 | 6,034.50 |
| 06/21/13 | HERZOG, BARRY | Review and mark revised draft plan. | 1.30 | 1,163.50 |
| 06/21/13 | BRODY, DANIEL J | Revising provisions of disclosure statement relating to treatment of claims (2) and liquidating trust (2.7); emails and calls w/ R. Ringer re: same (.3). | 5.00 | 2,800.00 |
| 06/21/13 | BALLIETT, THOMAS D. | Review chapter 11 plan markup (1.6), provide comments to working group (.5). | 2.10 | 2,089.50 |
| 06/21/13 | TRACHTMAN, JEFFREY S. | Draft (2.2) and edit (2.7) PSA reply; correspond with D. Blabey, K. Eckstein, N. Allard, D. Mannal re: reply (1.5); review cases re: same (2.1); confer w/ D. Blabey and A. Dove re: same (1.1). | 9.60 | 8,880.00 |
| 06/21/13 | DIENSTAG, ABBE L. | Discussion w/S. Zide, D. Mannal, R. Ringer re treatment of (0.8); some review of supplemental term sheet and Moelis spreadsheets re same (0.2). | 1.00 | 875.00 |
| 06/21/13 | BENTLEY, PHILIP | Edit draft disclosure statement section on RMBS settlement. | 1.60 | 1,432.00 |
| 06/21/13 | BESSNER, DEBORAH | Compile binder re objections to PSA motion (.5). | 0.50 | 147.50 |
| 06/21/13 | HOROWITZ, GREGORY A. | Redraft DS section on intercompany claims (2.5); review and revise DS section on JSN litigation (1.7); e-mails R. Ringer re same (.3). | 4.50 | 4,027.50 |
| 06/21/13 | SIEGEL, CRAIG L | Edit Disclosure Statement section. | 0.80 | 620.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)           Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/22/13 | DOVE, ANDREW | Draft response to PSA objections and circulate to D. Blabey (6.3); discuss same w/ D. Blabey (.2). Edit and revise response per comments from D. Blabey and D. Mannal and circulate to J. Trachtman (3.4) and review objections per same (1.9). Review comments from J. Trachtman and K. Eckstein (.6). Review draft response circulated by MoFo (.8). | 13.20 | 8,646.00 |
| 06/22/13 | BLABEY, DAVID E | Review A. Dove draft sections of PSA response (.4) and edit same (5.3); call with A. Dove to discuss (.2); review Debtors' draft PSA response (.2) and exchange emails re edits (.2). | 6.30 | 4,693.50 |
| 06/22/13 | KAUFMAN, PHILIP | E-mails with Debtors' counsel, Trustees' counsel, Investors' counsel and FGIC counsel re: discovery issues, proposed 9019 schedule. | 1.20 | 1,128.00 |
| 06/22/13 | ECKSTEIN, KENNETH H. | Revise reply to PSA objection. | 2.00 | 1,980.00 |
| 06/22/13 | TRACHTMAN, JEFFREY S. | Edit PSA reply (2.8); correspond with D. Blabey, D. Mannal, A. Dove re: reply (1.5); review debtor's draft (1.5); review cases cited in same (1.3). | 7.10 | 6,567.50 |
| 06/22/13 | ZIDE, STEPHEN | Review revised DS (1.5); and rider re same (.4); emails with R. Ringer re same (.4). Review reply in support of PSA (.5); email R. Ringer and D. Blabey re same (.4). | 3.20 | 2,384.00 |
| 06/22/13 | MANNAL, DOUGLAS | Revise Committee response in support of PSA meeting (1.3); email same to D. Blabey, S. Zide, R. Ringer (1.1); review Debtors' pleading (.3); email with RMBS trustees re: form of order (.6); email with D. Blabey re: Amherst objection to PSA (.2); email with Kirkland and A. Dove re: PBGC (.4). | 3.90 | 3,217.50 |
| 06/23/13 | ALLARD, NATHANIEL | Review PSA objections (1.0), correspond re: same w/ D. Mannal, A. Dove, R. Ringer (.2); review (2.0) and cite check (3.8) Committee response re: PSA Motion, correspond w/ D. Blabey, A. Dove re: same (.5). Further revise PSA reply (2.4), correspond w/ J. Trachtman, D. Blabey, A. Dove re: same (.4). | 10.30 | 4,377.50 |

Kramer Levin Naftalis & Frankel LLP

Page No. 44

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)

September 30, 2013
Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/23/13 | BLABEY, DAVID E | Review K. Eckstein edits to PSA response (.2) and exchange emails w/ K. Eckstein re same (.2); edit PSA response (1); discuss cite checking of same with N. Allard (.2); review draft responses of Ally and RMBS Trustees (.3). | 1.90 | 1,415.50 |
| 06/23/13 | ZIDE, STEPHEN | Review Debtors' DS approval motion (.4); email with J. Shifer and E. Frejka re same (.2). Emails with D. Mannal re PSA order (.1). Correspondence with R. Ringer re plan and DS (.7); correspond with R. Ringer and D. Mannal re same (.5). Emails with R. Ringer re revisions to DS (.6). | 2.50 | 1,862.50 |
| 06/23/13 | SHIFER, JOSEPH A | Revise disclosure statement re DIP/cash collateral issues (3.4), begin review of disclosure statement approval motion (1.4), emails with S. Zide re same (.3). | 5.10 | 3,544.50 |
| 06/23/13 | ECKSTEIN, KENNETH H. | Revise reply to PSA objections(2.4); correspondence w/ Committee members re comments to pleading (.7); review Debtor draft pleading, comments (.8); call with G. Siegel, J. Garrity re PSA order (.4); follow up call with MoFo, D. Mannal re same (.3). | 4.60 | 4,554.00 |
| 06/23/13 | TRACHTMAN, JEFFREY S. | Edit PSA response (4.7); correspond with A. Dove, D. Mannal, K. Eckstein, D. Blabey re: PSA reply (1.8); review other comments and debtor's draft (.9). | 7.40 | 6,845.00 |
| 06/23/13 | DIENSTAG, ABBE L. | Draft disclosure statement description of Liquidating Trust. | 0.50 | 437.50 |
| 06/23/13 | FREJKA, ELISE S | Call with D. Mannal regarding draft settlement agreement of Kessler Claim (.5); review Debtors' comments to draft settlement agreement (.8); call with J. Wishnew, D. Mannal, N. Rosenbaum regarding settlement agreement (1.2); revise Kessler settlement agreement (3.1). | 5.60 | 4,396.00 |
| 06/23/13 | DOVE, ANDREW | Correspond w/ N. Ornstein of Kirkland re comments to PSA response (.6). Review other submissions in support of PSA (2.3). Attend conf. call w/ D. Mannal w/ S. Shelley of Quinn re private securities claims (.4). Edit and revise response to PSA objections (6.6). | 9.90 | 6,484.50 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED        September 30, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)         Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/23/13 | MANNAL, DOUGLAS | Review revised PSA response (.4); comment on same (.2); review Jones Day comments (.2); and email with KL team re: same (.3); TCF with Quinn and A. Dove re: PSC trust treatment and hold-outs (.4); email with K. Eckstein re: same (.2); call w/ K. Eckstein and MoFo re PSA order (.3); correspond with R. Ringer and S. Zide re: plan and disclosure statement (.5); research judgment reduction and settlement Bar orders (.5); email with Kirkland re: PSA response (.2); comment on revised PSA order (.3); call w/ E. Frejka re draft settlement agreement of Kessler claim (.5). | 4.00 | 3,300.00 |
| 06/24/13 | ALLARD, NATHANIEL | Review PSA reply motion (1.8), research re: same (.5); proofread and prepare for filing (1.2), correspond w/ D. Blabey, A. Dove, H. Vanaria re: same (.6). | 4.10 | 1,742.50 |
| 06/24/13 | ALLARD, NATHANIEL | Prepare for meeting w/ Consenting Claimants re: plan drafting (.5), assist during same (.3); research re: disclosure statements (.5), emails w/ S. Zide, J. Shifer, R. Ringer re: same (.1); emails w/ R. Ringer, S. Zide re: plan issues (.3), correspond w/ S. Zide, R. Ringer re: disclosure statement and related documents (.5). | 2.20 | 935.00 |
| 06/24/13 | BLABEY, DAVID E | Review and incorporate comments to PSA response from Committee members (1.5); discuss edits with D. Mannal (.2) and J. Trachtman (.1) and exchange multiple emails with D. Mannal and J. Trachtman re same (.5); further proofing and edits to pleading (1.5); TCF with R. Wynne and D. Mannal re Committee's PSA response (.2). | 4.00 | 2,980.00 |
| 06/24/13 | SHIFER, JOSEPH A | Revise disclosure statement approval motion (6.3), confs with D. Harris re DS solicitation procedures (.5), revise plan confirmation timeline (1.7), confs with S. Zide re same (.3). | 8.80 | 6,116.00 |

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 53

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)           Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/27/13 | BLABEY, DAVID E | Review PSA opinion and summarize highlights (.5); call with Debtors re disclosure statement (1); call with Trustees re disclosure statement (.4); edits to disclosure statement (6.5); emails w/ J. Trachtman, S. Zide, D. Mannal, K. Eckstein, R. Ringer re revisions to DS (1.2). | 9.60 | 7,152.00 |
| 06/27/13 | ZIDE, STEPHEN | Call with Kirkland re plan issues (.6); emails with M. Chass and E. Daniels re AFI contracts (.4). Meetings with A. Dienstag, R. Ringer and D. Mannal re plan mechanics (2.7); calls with Moelis re same (1.1); draft and revise plan (3.2); calls w/ Moelis re revisions to same (3). Call with MoFo & JSNs re open plan issues (.9). Review examiner report (1.5). Discussions with J. Shifer re DS motion (.5). | 13.90 | 10,355.50 |
| 06/27/13 | SHIFER, JOSEPH A | Review Debtors' revised disclosure statement motion (.4), emails with MoFo team re same (.3), conf with D. Harris re same (.8), conf with N. Allard re DS motion (.4), revisions to same (.2), confs with S. Zide re same (.5) email to MoFo team re same (.4). | 3.00 | 2,085.00 |
| 06/27/13 | BENTLEY, PHILIP | Conf call with Trustees re plan and disclosure statement RMBS trust issues (0.8) and review emails from RMBS Trustees re same (1.8). | 2.60 | 2,327.00 |
| 06/27/13 | BESSNER, DEBORAH | Organize ballots and notices re Disclosure Statement Approval Motion for J. Shifer. | 0.90 | 265.50 |
| 06/27/13 | DANIELS, ELAN | Correspondence with M. Chass regarding Ally contract issues (.4); T/C with R. Ringer regarding Ally/Intercreditor agreements (.2); Correspondence with S. Zide regarding same (.3). | 0.90 | 652.50 |
| 06/27/13 | HERZOG, BARRY | Rev. revised description of RMBS allocation protocol. | 0.50 | 447.50 |

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 63

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00006 (AFI INVESTIGATION)                                     Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/26/13 | CIFONE, DAWN | Coordinate with vendor to have Examiner Report mini-books prepared (0.8); Prepare multiple binders containing Examiner Report (3); Continue to prepare multiple binders of Examiner Report (1.1); Upload sections of Examiner Report to electronic files (1.2). | 6.10 | 1,860.50 |
| 06/26/13 | FORD, SAMANTHA | Coordinate production of Examiner report copies (.7), review introduction to report (1.1). | 1.80 | 1,179.00 |
| 06/26/13 | RINGER, RACHAEL L | Review portions of examiner's report, circulate same to Committee members (.5). | 0.50 | 280.00 |
| 06/26/13 | SIEGEL, CRAIG L | Analyze examiner report (1.2). | 1.20 | 930.00 |
| 06/26/13 | HAMERMAN, NATAN | Coordinate release of examiner report (1.5); review and report on same (4.0); organize files re: same (1.0). | 6.50 | 5,037.50 |
| 06/26/13 | TRACHTMAN, JEFFREY S. | Review examiner report excerpts (2.3); correspond with S. Zide, N. Allard, N. Simon, R. Ringer re: examiner report (.5). | 2.80 | 2,590.00 |
| 06/26/13 | DUFFIELD, CARL D | Analysis of portions of Examiner's Report (4.0). | 4.00 | 2,620.00 |
| 06/26/13 | ECKSTEIN, KENNETH H. | Review portions of examiner report (2.0). | 2.00 | 1,980.00 |
| 06/26/13 | LEVINE, ADINA C | E-mails with A. Katz, P. Kaufman, S. Zide, K. Eckstein re: examiner report and review of examiner report (.9). | 0.90 | 639.00 |
| 06/26/13 | SHIFER, JOSEPH A | Review examiner report re JSN issues (2.4), call/email to S. Tandberg re mediation (.3). | 2.70 | 1,876.50 |
| 06/26/13 | ZIDE, STEPHEN | Review intro to Examiner report (1.6); emails with R. Ringer, E. Frejka, D. Mannal and K. Eckstein re same (.5). | 2.10 | 1,564.50 |
| 06/27/13 | ROCHON, JENNIFER | Analysis of portions of Examiner Report (3.3); meeting with N. Simon regarding Examiner Report (.3); analysis of Court decision affirming PSA (1); t/c with N. Simon re: same (.2); meeting with N. Simon regarding Examiner Report analysis (.5). | 5.30 | 4,372.50 |
| 06/27/13 | ETTARI, SAMANTHA | Review portions of the Examiner Report to assist N. Simon in preparation of talking points for Committee meeting (1.7); Confer with S. Ford re Committee Examiner Report discussion (.2); Email with AlixPartners re: same (.2). | 2.10 | 1,522.50 |

Kramer Levin Naftalis & Frankel LLP                                              Page No. 64

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00006 (AFI INVESTIGATION)                                      Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/27/13 | HAMERMAN, NATAN | Prep for UCC call re: Examiner Report (2.0). Confer with N. Simon re plan for analysis of Examiner Report (.2).  Review portions of examiner report (2.5). | 4.70 | 3,642.50 |
| 06/27/13 | SIMON, NORMAN | Meeting with J. Rochon re: Examiner's Report (.3); additional meeting with J. Rochon re: same (.5); call w/ J. Rochon re: PSA (.2); preparation of initial analysis of Examiner's Report Vol. I to Committee (3); correspondence with K. Eckstein re: Examiner's Report (.6); analysis of Examiner's Report (3); call with N. Hamerman re: same (.2). | 7.80 | 6,435.00 |
| 06/27/13 | CIFONE, DAWN | Perform QC of Examiner Report mini-book copy sets and distribute to team (3); Continue to perform QC of Examiner Report mini-book copy sets and distribute to team (1.2); Prepare binders and mini-books of Examiner Report. (3). | 7.20 | 2,196.00 |
| 06/27/13 | TRACHTMAN, JEFFREY S. | Review portions of examiner report (1.5); emails with N. Simon, D. Blabey, K. Eckstein re: response (.6). | 2.10 | 1,942.50 |
| 06/27/13 | DUFFIELD, CARL D | Analysis of portions of Examiner's Report. | 4.40 | 2,882.00 √ |
| 06/27/13 | SHIFER, JOSEPH A | Review examiner report re JSN issues (1.3). | 1.30 | 903.50 |
| 06/27/13 | BLABEY, DAVID E | Review examiner report and draft notes re third party release section (1). | 1.00 | 745.00 |
| 06/28/13 | ROCHON, JENNIFER | T/c with N. Simon regarding Examiner Report (.2); analysis of Examiner Report (5.4); confer w/ N. Hamerman re: Examiner Report (.4). | 6.00 | 4,950.00 |
| 06/28/13 | SIMON, NORMAN | Review and analysis of Examiner's Report (3.2); call w/ J. Rochon re: same (.2); correspondence w/ J. Rochon and N. Hamerman re: same (.3). | 3.70 | 3,052.50 |
| 06/28/13 | HAMERMAN, NATAN | Review examiner report and comment re same (.9); confer with J. Rochon re same (.4); correspondence with S. Ettari, S. Ford re review of same (.6); correspondence with N. Simon and J. Rochon re report (.3); call w/ S. Ettari re: same (.4). | 2.60 | 2,015.00 |
| 06/28/13 | FORD, SAMANTHA | Review and analysis of specific parts of Examiner report (3.1); draft memo re same (2.4). | 5.50 | 3,602.50 |

Kramer Levin Naftalis & Frankel LLP                                          Page No. 65

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00006 (AFI INVESTIGATION)                                     Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/28/13 | KAUFMAN, PHILIP | Continue analysis of portions of Examiner's report. | 2.20 | 2,068.00 |
| 06/28/13 | TRACHTMAN, JEFFREY S. | Review examiner report and related memos. | 1.60 | 1,480.00 |
| 06/28/13 | ETTARI, SAMANTHA | Telephone call with N. Hamerman to discuss digesting sections of Examiner Report. | 0.40 | 290.00 |
| 06/29/13 | ROCHON, JENNIFER | Analysis of portions of Examiner Report. | 4.10 | 3,382.50 √ |
| 06/30/13 | HAMERMAN, NATAN | Review examiner report (5.0). | 5.00 | 3,875.00 √ |

**TOTAL**                                                            **124.30**  **$91,057.50**

Kramer Levin Naftalis & Frankel LLP                                                Page No. 78

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                             Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/11/13 | SHIFER, JOSEPH A | Emails with R. Ringer re committee adversary (.3), confs and emails with M. Checo re JSN document production (.3); TC with C. Siegel re section 506(b) (.1). | 0.70 | 486.50 |
| 06/11/13 | SHIFER, JOSEPH A | Review JSN letter to J. Glenn re scheduling issues (.5). | 0.50 | 347.50 |
| 06/11/13 | SHIFER, JOSEPH A | Conf with S. Tandberg re JSN issues (.3), research re JSN issues (.8) and follow up email to K. Eckstein, G. Horowitz, and S. Zide (.4). | 1.50 | 1,042.50 |
| 06/11/13 | HOROWITZ, GREGORY A. | Final edits to letter and scheduling order (1.2); e-mails S. Engelhardt, J. Morris re same (.3); review JSN letter to Court (.4); meet w/ S. Zide, K. Eckstein re: JSN issues (.8). | 2.70 | 2,416.50 |
| 06/11/13 | MANNAL, DOUGLAS | Analyze JSN litigation issues (2); prepare for status conference on JSN litigation (1.6). | 3.60 | 2,970.00 |
| 06/11/13 | MANNAL, DOUGLAS | Review JSN mediation vitro order (.4). | 0.40 | 330.00 |
| 06/12/13 | SIEGEL, CRAIG L | Legal research on case law for JSN issues (4.4); correspondence with S. Zide re: same and revised scheduling order (.1). | 4.50 | 3,487.50 |
| 06/12/13 | HOROWITZ, GREGORY A. | E-mails w/ K. Eckstein, C. Siegel, J. Shifer re response to Golden, drafts of same (.7); e-mails with C. Siegel, S. Engelhardt re scheduling order, review drafts of same (.4) | 1.10 | 984.50 |
| 06/12/13 | HAMERMAN, NATAN | Analyze discovery issues re: JSN litigation (.5); calls w/AlixPartners re: same (.5); emails w/ C. Siegel re: liens (.3); emails w/ G. Horowitz re: schedule (.3). | 1.60 | 1,240.00 |
| 06/12/13 | MANNAL, DOUGLAS | Office conference with K. Eckstein, S. Zide and J. Shifer re: JSN presentation (1.2). | 1.20 | 990.00 |
| 06/12/13 | SHIFER, JOSEPH A | Confs with K. Eckstein, D. Mannal and S. Zide re mediation presentation (1.2), correspond with S. Zide re same (.4), correspondence with E. Daniels re same (.3), research re JSN collateral documents (2.1), revise JSN mediation presentation (5.4), emails with S. Tandberg re intercompany claim analysis (.4), discussion with M. Chass re: research for JSN litigation issues (.6), review revised scheduling order (.5) and emails with C. Siegel and G. Horowitz re same (.4), emails with D. Mannal, S. Zide, and J. Rossell re JSN status conference (.4) | 11.70 | 8,131.50 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                             Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 06/13/13 | SHIFER, JOSEPH A | Confs with S. Tandberg and M. Eisenberg re JSN mediation presentation (.8), revisions to same (3.2), review Debtors' amended complaint (1.9), emails with C. Siegel and G. Horowitz re same (.4), emails with S. Zide re JSN presentation (.2), confs with S. Zide and G. Horowitz re same (.6). | 7.10 | 4,934.50 |
| 06/13/13 | SHIFER, JOSEPH A | Emails with S. Zide, G. Horowitz, and M. Rothchild re JSN issues (.7); call w/ E. Daniels and M. Chass re lien challenge issues (.4). | 1.10 | 764.50 |
| 06/13/13 | MANNAL, DOUGLAS | Review Vitro order (.5); email KL team re: same (.2). | 0.70 | 577.50 |
| 06/14/13 | CHASS, MARK | Review and revise analysis research re: JSN legal issues (1.8), email correspondence w/ J. Shifer re same (.2), further correspondence w/ J. Shifer re same (.5), call w/ C. Siegel re same (.4), additional legal research re: JSN issues (.4). | 3.30 | 2,557.50 |
| 06/14/13 | BLABEY, DAVID E | Meet with G. Horowitz, N. Hamerman, C. Siegel, J. Shifer re JSN issues (1.1); review case law re: legal theories in JSN litigation (.7). | 1.80 | 1,341.00 |
| 06/14/13 | DANIELS, ELAN | Review mediator presentation regarding JSN issues (.7); email correspondence with Pachulski regarding MTD adversary proceeding (.3). | 1.00 | 725.00 |
| 06/14/13 | COLEMAN, KRISTEN A | Research for C. Siegel related to JSN claims (6.5); correspondence with C. Siegel and follow-up emails re: same (1) | 7.50 | 4,912.50 |
| 06/14/13 | SIEGEL, CRAIG L | TC with M. Chass re: JSN research (.4); prepare for (.4) and participate in meetings with G. Horowitz, J. Shifer, S. Zide re: JSN litigation and mediation presentation (1.1); participate in meeting with all counsel in UCC and Debtors' adversaries re: litigation schedule (.4); analyze draft mediation presentation to J. Peck (.9); edit Debtors' amended complaint (.4) and email G. Horowitz re same (.2); correspondence w/ G. Horowitz, N. Hamerman, J. Shifer and D. Blabey re JSN issues (.3) | 4.10 | 3,177.50 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED         September 30, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                            Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/17/13 | CHASS, MARK | Review revised deck re JSNs for Judge Peck (.8), email correspondence w/ N. Hamerman, J. Shifer and S. Zide re same (.2), review revised draft of same (.4) | 1.40 | 1,085.00 |
| 06/17/13 | SHIFER, JOSEPH A | Call with Debtors professionals re JSN issues (1.0), emails with Pachulski team re adversary proceeding update (.2), revise same (.5), emails with T. Goren re JSN presentation draft (.2), emails with N. Allard re legal research (.4), numerous correspondence with S. Zide, S. Tandberg, M. Eisenberg, G. Horowitz, and D. Mannal re mediation presentation (1.2), numerous revisions to presentation (6.8) numerous emails with K. Chopra and T. Goren re JSN presentation (.7). | 11.00 | 7,645.00 |
| 06/17/13 | ZIDE, STEPHEN | Review and comment on JSN scheduling order (1). | 1.00 | 745.00 |
| 06/18/13 | BESSNER, DEBORAH | Compile binder and documents for J. Shifer re JSN indenture and related documents (2.2); correspond w/ N. Allard and J. Shifer re same (.3). | 2.50 | 737.50 |
| 06/18/13 | ALLARD, NATHANIEL | Research re: JSN documents, correspond w/ J. Shifer, D. Bessner re: same (.5). | 0.50 | 212.50 |
| 06/18/13 | DOVE, ANDREW | Call w/ E. Daniels re JSN litigation presentation (.3). | 0.30 | 196.50 |
| 06/18/13 | DOVE, ANDREW | Review and comment on presentation for Mediator re JSNs (2.6) and correspond w/ G. Horowitz re same (.5). | 3.10 | 2,030.50 |
| 06/18/13 | DANIELS, ELAN | Review presentation for mediator on JSN issues (.1) and T/C (x2) with A. Dove regarding JSN presentation, securitization issues (.3); correspondence with J. Shifer regarding same (.1) | 0.50 | 362.50 |
| 06/18/13 | SIEGEL, CRAIG L | TC with N. Hamerman re: JSN document review (.3); legal research on JSN legal issue (.9); analyze drafts of scheduling order and email comments (.2); analyze Debtors' draft amended complaint (1.0); analyze JSN lien legal and factual issues (1.4); participate in JSN discovery call with Pachulski (.7). | 4.50 | 3,487.50 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                              Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/26/13 | HOROWITZ, GREGORY A. | Revise doc requests, interrogatory (.8). TC w/ T. Foudy, S. Engelhardt re discovery requests (.4); TC T. Goren re JSNs (1.4); TC Houlihan, JSNs, G. Uzzi, T. Goren, J. Shifer re mediation issues, MNPI issues (.7); TC steering committee, K. Eckstein, J. Shifer (.9). TC Judge Peck, G. Lee, K. Eckstein, J. Shifer re mediation, "Vitro" (.5); meet w/ K. Eckstein, J. Shifer re same (.8); preliminary review of Examiner's Report (2.5) | 8.00 | 7,160.00 |
| 06/26/13 | DANESHRAD, MEGAN H | Phone call with Craig Siegel concerning adequate protection research question. | 0.40 | 244.00 |
| 06/26/13 | HAMERMAN, NATAN | Review discovery issues (.3); review examiner report re JSN issues (.5), call w/ A. Goodman re legal research (.2). | 1.00 | 775.00 |
| 06/26/13 | GOODMAN, ALISSA R. | Call w/ C. Siegel regarding legal research (.1); call w/ N. Hamerman regarding legal research (.2); legal research regarding allocation (4.0); review email and attachments re same (.5). | 4.80 | 3,408.00 |
| 06/26/13 | SHIFER, JOSEPH A | Research re JSN issues (1.3), emails with T. Goren, K. Chopra, and M. Renzi re JSN mediation (.3), follow up emails with S. Tandberg and J. Dermont (.2), call with G. Horowitz, T. Goren, M. Renzi, and K. Chopra re JSN mediation (.7), emails with T. Goren and S. Zide re JSN mediation materials (.2), call with K. Eckstein, G. Horowitz, and consenting claimants re JSN issues (.9), call with K. Eckstein, G. Horowitz, JSNs, Debtors, and J. Peck (.5), follow up meeting with K, Eckstein and G. Horowitz re: same (.8). | 4.90 | 3,405.50 |
| 06/26/13 | SIEGEL, CRAIG L | Research and write interrogatories (1.4); TC with A. Goodman to coordinate legal research (.1); TC with M. Daneshrad to coordinate legal research (.4). | 1.90 | 1,472.50 |
| 06/27/13 | MILLER, ASHLEY S | Research re: JSN arguments (3.9); compile document re research findings (2.6); correspond with A. Goodman about same (0.5). | 7.00 | 4,270.00 |
| 06/27/13 | BLABEY, DAVID E | Attend partial meeting w/G. Horowitz, C. Siegel, N. Hamerman, A. Goodman re JSN discovery. | 0.50 | 372.50 |

Kramer Levin Naftalis & Frankel LLP                                          Page No. 91

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                             Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/27/13 | MELLIN, MICHAEL | Review and analysis of JSN pleadings (4.2); draft email re: same (.1). | 4.30 | 2,816.50 |
| 06/27/13 | SIEGEL, CRAIG L | Analyze Ad Hoc and Wells Fargo discovery requests (.8) and meet with G. Horowitz, D. Blabey, N. Hamerman, and A. Goodman re: same (2.6); analyze portions of Examiner Report (1.5); analyze discovery requests and correspondence (1.4); TC with E. Daniels re: document production (.3). | 6.60 | 5,115.00 |
| 06/27/13 | HOROWITZ, GREGORY A. | Meet w/ D. Blabey, N. Hamerman, C. Siegel, A. Goodman re discovery, JSN issues (2.6); TC w/ MoFo to discuss JSN letter (.3); TC w/ J. Morris re discovery (.4); meet w/ K. Eckstein, S. Zide, J. Shifer re mediation (1.0); review and analyze public SEC filings (1.7); review JSN materials from FTI (.7); TC w/ T. Goren re JSN mediation presentation (.8); review C. Shore letter to G. Lee (.7); review to C. Shore e-mails re discovery (.8); TC J. Morris re same (.3); revise mediation presentation (2.5); correspond w/ K. Eckstein re negotiation obstacles (1.5) | 13.30 | 11,903.50 |
| 06/27/13 | GOODMAN, ALISSA R. | Conduct legal research on JSN legal issues (8.8); meet with G. Horowitz, D. Blabey, N. Hamerman and C. Siegel re discovery, JSN issues (2.6). | 11.40 | 8,094.00 |
| 06/27/13 | SHIFER, JOSEPH A | Emails with S. Tandberg re JSN issues (.5), correspondence with S. Krouner aud A. Webber re same (.2), update email to K. Eckstein and G. Horowitz re same (.4), review JSN letter re intercompany claims (.3), research re same (.6), review revised presentation re JSN issues (.6), conf with M. Renzi re JSN materials (.2), review Debtors JSN financial information (.8). | 3.60 | 2,502.00 |
| 06/27/13 | SHIFER, JOSEPH A | Conf with K. Eckstein, S. Zide and G. Horowitz re JSN issues (1.0), correspond with C. Siegel re JSN litigation status (.2). | 1.20 | 834.00 |
| 06/27/13 | SHIFER, JOSEPH A | Review purchase price allocation analysis (.3). | 0.30 | 208.50 |
| 06/28/13 | ZIDE, STEPHEN | Call with mediator re JSN status (.8); meet with G. Horowitz, J Shifer and D. Mannal re same (.3). Emails w/ same re cash collateral stip (.5). | 1.60 | 1,192.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00014 (TAX MATTERS)                                           Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 06/20/13 | HERZOG, BARRY | Disc w/ R. Cima re: REMIC issues (0.5); disc. w/ J. Rogers at IRS re: REMIC issues (0.5); correspond re same w/ A. Dienstag (0.4); related analysis (0.5); mark draft PLR request (2.6). | 4.50 | 4,027.50 |
| 06/21/13 | SAAB, SALLY K | Revise PLR request per B. Herzog comments (5.2), discussion w/ B. Herzog re: same (.7). | 5.90 | 2,507.50 |
| 06/21/13 | HERZOG, BARRY | Disc draft PLR request w/S Saab. | 0.70 | 626.50 |
| 06/23/13 | SAAB, SALLY K | Prepare portion of PLR request. | 5.80 | 2,465.00 |
| 06/24/13 | SAAB, SALLY K | Preparing and revising PLR request. | 2.90 | 1,232.50 |
| 06/24/13 | HERZOG, BARRY | Conf call w/ R. Cima re: REMIC issues (1.1); email to R. Cima re: same (0.5); analyze REMIC issues for trust (0.6). | 2.20 | 1,969.00 |
| 06/25/13 | SAAB, SALLY K | Prepare and revise PLR request. | 6.70 | 2,847.50 |
| 06/25/13 | HERZOG, BARRY | Call with R. Cima re: REMIC issues and plan structure (0.7); email to S. Zide re: same (0.3); review plan (0.7); revise same (0.6). | 2.30 | 2,058.50 |
| 06/26/13 | SAAB, SALLY K | Revise PLR request. | 1.20 | 510.00 |
| 06/26/13 | HERZOG, BARRY | Review and mark draft liq. trust. PLR request (2.3); review Examiner's Report (0.5); related correspondence w/ D. Mannal and S. Ettari (0.3). | 3.10 | 2,774.50 |
| 06/27/13 | SAAB, SALLY K | Revise draft of PLR request (6.0), emails w/ B. Herzog re same (.8), discussion with B. Herzog re: same (2.0). | 8.80 | 3,740.00 |
| 06/27/13 | HERZOG, BARRY | Mark draft PLR request (2.6) disc same w/S Saab (2.0); related correspondence w/ S. Zide (0.2); rev. tax section of examiner's report and disc w/ D Mannal (1.2); related analysis (0.6). | 6.60 | 5,907.00 |
| 06/27/13 | MANNAL, DOUGLAS | Review PLR re: tax treatment of liquidation trust (.5). | 0.50 | 412.50 |
| 06/28/13 | SAAB, SALLY K | Revise and prepare PLR request (1.5); correspondence with B. Herzog re: same (1.1). | 2.60 | 1,105.00 |
| 06/28/13 | HERZOG, BARRY | Disc w/ R. Cima re: REMIC issues (0.8); related emails w/ R. Cima and T. Hnmphreys (2.4); discussion w/ D. Mannal re: same (.2). | 3.40 | 3,043.00 |
| 06/28/13 | MANNAL, DOUGLAS | TC with B. Herzog re: PLR (.2); revise summary re: same (.4). | 0.60 | 495.00 |
| 06/30/13 | SAAB, SALLY K | Revising PLR request, correspondence with B. Herzog re: PLR request. | 0.40 | 170.00 |

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 124

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          September 30, 2013
066069-00016 (CLAIMS ANALYSIS AND ADMINISTRATION)                    Invoice No. 630461

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/17/13 | FREJKA, ELISE S | Review and comment on claim redaction order (.2); emails to R. Ringer regarding comments to same (.1). | 0.30 | 235.50 |
| 06/17/13 | MANNAL, DOUGLAS | Review Kessler pleadings in preparation for Kessler claim settlement discussions (1.8) | 1.80 | 1,485.00 |
| 06/17/13 | SHIFER, JOSEPH A | Confs with Poway counsel re withdrawal of claims (.3), follow up emails with J. Wishnew (.2), correspondence with R. Ringer re FGIC settlement (.3). | 0.80 | 556.00 |
| 06/17/13 | ZIDE, STEPHEN | Emails with E. Frejka re claims objections (.2). | 0.20 | 149.00 |
| 06/18/13 | KAUP, ANASTASIA N | Research re: claims-related issues (.2); correspond w/ J. Shifer re: status of claims, settlement re: same (.1). | 0.30 | 148.50 |
| 06/18/13 | DOVE, ANDREW | Review draft claims objection prepared by MoFo (.6). Correspond w/ MoFo re comments to same (.5). Correspond w/ Alix Partners re treatment of such claims (.2). | 1.30 | 851.50 |
| 06/18/13 | MANNAL, DOUGLAS | Attend all day claims settlement negotiation w/ Kessler claimants. | 15.00 | 12,375.00 |
| 06/18/13 | ZIDE, STEPHEN | Emails with Alix re claims objections (.4). | 0.40 | 298.00 |
| 06/19/13 | KAUP, ANASTASIA N | Review FTI reports re: claims and POCs (2.8); revise numerous draft letters to borrowers re: POCs (2.3); emails w/ E. Frejka, B. Powers re: same (.4). | 5.50 | 2,722.50 |
| 06/19/13 | FREJKA, ELISE S | Attend weekly company and professional call regarding borrower claims (1.2); emails w/ A. Kaup re borrower POCs (.4). | 1.60 | 1,256.00 |
| 06/19/13 | SHIFER, JOSEPH A | Draft Poway withdrawal form (.6), emails with J. Wishnew re same (.2) | 0.80 | 556.00 |
| 06/19/13 | ZIDE, STEPHEN | Emails with T. Goren re convenience class analysis (.2); review same (.3). | 0.50 | 372.50 |
| 06/20/13 | ZIDE, STEPHEN | Review convenience class analysis from MoFo (.4); call with MoFo, FTI and Alix re same (1); follow up with Alix re same (.5). | 1.90 | 1,415.50 |
| 06/20/13 | DOVE, ANDREW | Review and comment on draft objection to NCAUB claims prepared by MoFo (2.8). Perform legal research re: same (1.7) and correspondence w/ A. Aufses re same (.3). Correspond (.6) and confer (.3) w/ J. Beha re comments. | 5.70 | 3,733.50 |

Kramer Levin Naftalis & Frankel LLP

Page No. 18

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED    November 17, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)      Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/02/13 | DOVE, ANDREW | Edit and revise plan (6.5) and disclosure statement (7.5); discuss plan and DS edits w/ D. Blabey (.5); call w/ S. Zide, K. Chopra, T. Goren and Moelis re revisions to the plan (2.0). | 16.50 | 10,807.50 |
| 07/02/13 | ECKSTEIN, KENNETH H. | Call with D. Kamensky, Cleary re plan and DS issues, disputed claim issues (.8). | 0.80 | 792.00 |
| 07/02/13 | ZIDE, STEPHEN | Emails with R. Ringer and D. Blabey re revisions to DS (1). Emails with J. Shifer re Committee letters for the Plan (.2). Emails with K. Eckstein and D. Mannal re timing of DS motion (.2). Review DS motion (.6); emails with J. Shifer and N. Allard re same (.6). Review steering committee plan comments (.4). Review Kirkland comments to DS (.1). Emails with P. Bentley re RMBS Trustee plan comments (.3); follow up with RMBS Trustees re same (.1). Draft plan issues list (.4). Revise draft chapter 11 plan (.8). Emails with FGIC counsel re plan issues (.2). | 4.90 | 3,650.50 |
| 07/02/13 | RINGER, RACHAEL L | E-mails with S. Zide and D. Blabey re: disclosure statement edits (1.0), review disclosure statement re: same (.7), draft open issues list for plan (.7), revise same (.3), discussion with MoFo re: timing for filing plan/ds, draft e-mail to S. Zide re: same (.3), continue revising chapter 11 plan per additional comments from Committee members (2.1),emails with S. Zide re: Kirkland comments to chapter 11 plan (.5). | 5.60 | 3,136.00 |
| 07/02/13 | FREJKA, ELISE S | Revise disclosure statement (3.1); call with D. Flanigan regarding borrower sections of disclosure statement and plan (.6); further revise chapter 11 plan (4.1); call with R. Ringer regarding same (.2); correspond with K. Eckstein, D. Mannal, A. Dove, D. Blabey, R. Ringer, S. Zide regarding open plan issues (.4); call with N. Rosenbaum regarding plan and disclosure statement issues (.6); comment on revised plan (2.8); emails with D. Flanigan regarding revisions to borrower trust sections of plan and disclosure statement (.6). | 12.40 | 9,734.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)            Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/03/13 | TRACHTMAN, JEFFREY S. | Edit DS sections (1.4); emails re: DS with D. Mannal, D. Blabey, R. Ringer (.7). | 2.10 | 1,942.50 |
| 07/03/13 | HERZOG, BARRY | Comment on revised drafts of plan and DS (3.0); related emails w/ S. Zide and R. Ringer (.6). | 3.60 | 3,222.00 |
| 07/03/13 | BLABEY, DAVID E | Edit debtors' revised draft of disclosure statement (4.5); call with Committee members re plan edits (1) and follow up correspondence with S. Zide and D. Mannal (.3); further DS edits (4.8); review and edit revised draft of examiner section for DS (1) and emails with D. Mannal and N. Hamerman re same (.5) and with debtors (.2) re same; review final version of disclosure statement for filing (.5). | 12.80 | 9,536.00 |
| 07/03/13 | DIENSTAG, ABBE L. | Review revised language on Unit allocation suggested to T. Goren (0.5); c/w S. Zide re: same (0.5); participate in Committee call to discuss plan issues and authorize filing of the Plan (1.0); t/c (with S. Zide) with K. Chopra, J. Opolsky to discuss allocation description (0.5); redraft same (1.0); numerous emails w/ S. Zide re: same (1.0); revise disclosure statement descriptions of Liquidating Trust mechanics (1.3); t/cs with K. Chopra, A. Gibler re: adjustment mechanism (0.5); spreadsheet analysis of same (0.5); revise language for adjustment mechanism (1.0); review illustrative exhibit (0.2); numerous emails among KL, Moelis, Centerview, MoFo re same (1.0); c/w A. Dove re: 1145 treatment of PSCT interest (0.2); t/c with D. Holtzman re: same (0.1); draft and circulate language for disclosure statement re: same (0.5); review and provide comment on revised drafts of Plan (.5); review DS for disclosure regarding the liquidating trust and the Units (.5). | 10.80 | 9,450.00 |
| 07/03/13 | CHOUPROUTA, ANDREA | Assist with plan revisions (1.5); preparation for filing (1.5). | 3.00 | 960.00 |
| 07/03/13 | DANIELS, ELAN | Email correspondence with D. Blabey regarding disclosure statement (.4). | 0.40 | 290.00 |

Kramer Levin Naftalis & Frankel LLP                                    Page No. 22

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)            Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/03/13 | MANNAL, DOUGLAS | Revise POR and DS (5.9); attend final disclosure statement and plan drafting session at MoFo (4.2) Emails and calls with S. Zide re negotiations with Kirkland re plan provisions (.5); numerous follow up emails with R. Schrock, S. Zide, K. Eckstein, R. Ringer, T. Goren, and N. Orenstein re revisions to plan (2.1) and negotiations with Kirkland re same (2.9). | 15.60 | 12,870.00 |
| 07/03/13 | BESSNER, DEBORAH | Revise portions of the plan (2.5) and disclosure statement (2.5), assist with compiling and finalizing same for filing (3.7). | 8.70 | 2,566.50 |
| 07/03/13 | DOVE, ANDREW | Numerous revisions to PSC section of plan (3.3) and DS (2.3), review DS to finalize for filing (3.9), numerous emails with S. Zide, R. Ringer, D. Blabey, D. Mannal re same (3.0), further revise Disclosure Statement (4.3); call w/. A. Dienstag re: 1145 treatment of PSCT interest (.2). | 17.00 | 11,135.00 |
| 07/03/13 | BENTLEY, PHILIP | Review (.5) and comment (1.5)on RMBS provisions in latest drafts of Plan and disclosure statement, and trade e-mails with D. Blabey and S. Zide re same (.7). | 2.70 | 2,416.50 |
| 07/03/13 | ZIDE, STEPHEN | Emails and calls with D. Mannal re negotiations with Kirkland re plan provisions (.5); numerous follow up calls and emails with R. Schrock, D. Mannal, K. Eckstein, R. Ringer, T. Goren, and N. Orenstein re revisions to plan (1.7) and negotiations with Kirkland re same (2.9), Discussions with RMBS Trustees, P. Bentley and the Debtors re modifications to Plan and DS and revisions to same (2.5). Revise DS (1.8) and emails with J. Shifer and R. Ringer re same (.4). Discussions with Moelis, Centerview, A. Dove and T. Goren, Cleary re revisions to plan mechanics (1.8); revise plan on same (1); revise and review DS demonstrative re same (.8). Calls with FGIC and G. Lee re plan revisions on FGIC issues (.7). | 14.10 | 10,504.50 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)            Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/11/13 | ALLARD, NATHANIEL | Research re: precedent for plans and liquidation trust agreements (1.3), correspond w/ R. Ringer, E. Frejka re: same (.3), monitor FGIC rehabilitation proceeding, correspond w/ A. Chouprouta re: same (.4). | 2.00 | 850.00 |
| 07/11/13 | MANNAL, DOUGLAS | TCF w/K. Handley re: plan treatment. | 0.20 | 165.00 |
| 07/11/13 | DIENSTAG, ABBE L. | Correspondence with S. Zide, B. Herzog re: original liquidating trust draft (0.2); revise and internally distribute same (0.5); correspondence with D. Mannal re: registration requirements (0.2); review narrative of private letter ruling (.4) and prepare revisions to same (1.6). | 2.90 | 2,537.50 |
| 07/11/13 | BESSNER, DEBORAH | Organize binder for S. Zide re: Plan and DS | 2.50 | 737.50 |
| 07/11/13 | RINGER, RACHAEL L | Revise plan/DS WIP (.8), draft open items list, e-mail to S. Zide re: same (.3), further revise same (.3). | 1.40 | 784.00 |
| 07/11/13 | RINGER, RACHAEL L | Prepare for (.2) and attend call with creditor re: questions on draft chapter 11 plan/DS (.5), follow up correspondence with D. Mannal re: same (.4). | 1.10 | 616.00 |
| 07/12/13 | ALLARD, NATHANIEL | Correspond w/ S. Zide, D. Eggermann re: plan documents, documents related to FGIC settlement. | 0.50 | 212.50 |
| 07/12/13 | DIENSTAG, ABBE L. | C/w B. Herzog re: PLR requests (0.1); revision to initial trust agreement (0.4). | 0.50 | 437.50 |
| 07/12/13 | BESSNER, DEBORAH | Maintain ResCap Hotline re Plan and DS. | 0.20 | 59.00 |
| 07/12/13 | SHIFER, JOSEPH A | Confs/emails with D. Harris and S .Zide re borrower notice (.8), follow up email to J. Krell re same (.2). | 1.00 | 695.00 |
| 07/14/13 | DIENSTAG, ABBE L. | Revise liquidating trust agreement to conform to plan. | 4.50 | 3,937.50 |
| 07/15/13 | DIENSTAG, ABBE L. | Continue revising liquidating trust agreement (5.0). | 5.00 | 4,375.00 |
| 07/15/13 | MANNAL, DOUGLAS | Comment on draft PSC trust agreement (.7); prepare for PSC meeting re: impact of claims dilution and treatment of PSC claims (1.1). | 1.80 | 1,485.00 |
| 07/15/13 | ECKSTEIN, KENNETH H. | Review issues with private securities trust issues, c/w A Dove re prep for meeting with Quinn (1.7) | 1.70 | 1,683.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED            November 17, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)              Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/26/13 | FRIEDMAN, ALAN R. | Correspond w/ D. Mannal, A. Dove, M. Mellin re: plan issues (.7); research re judgment reduction issues (1.0). | 1.70 | 1,657.50 |
| 07/26/13 | BESSNER, DEBORAH | Compile exhibits for filing (.6), file (.3) and serve (.3) re Objection to the JSN motion. | 1.20 | 354.00 |
| 07/26/13 | SIKES, ALISON | Retrieve orders and documents from files relating to judgment reduction issues. | 4.40 | 1,342.00 |
| 07/26/13 | MELLIN, MICHAEL | Research of plan provision issues (.5); correspond w/ A. Friedman, D. Mannal and A. Dove re: same. (.2). | 0.70 | 458.50 |
| 07/26/13 | SHIFER, JOSEPH A | Emails with S. Zide and T. Goren re plan timeline (.3). | 0.30 | 208.50 |
| 07/26/13 | RINGER, RACHAEL L | Attend portion of call with securities claimants re: plan provisions (.4), e-mails with D. Bessner and N. Allard re: disclosure statement objections (.7). | 1.10 | 616.00 |
| 07/26/13 | DOVE, ANDREW | Call w/ Quinn, D. Mannal and A. Friedman re judgment reduction issues (.4).  Pre-call w/ D. Mannal (.2) and preparation re same (.5). | 1.10 | 720.50 |
| 07/27/13 | MELLIN, MICHAEL | Research (3.0) and analysis (.2) of plan provision issues; draft summary re: same. (1.0). | 4.20 | 2,751.00 |
| 07/28/13 | FRIEDMAN, ALAN R. | Research (1.0) and review memo and cases re plan issues (.3); emails w. M. Mellin re further research (.2). | 1.50 | 1,462.50 |
| 07/28/13 | MELLIN, MICHAEL | Research and analysis of plan provision issues (2.0); draft summary re: same. (3.3). | 5.30 | 3,471.50 |
| 07/29/13 | ALLARD, NATHANIEL | Prepare for mediation sessions with JSNs (2.0), correspond w/ R. Ringer, D. Bessner re: same (.5); research re: precedents (.5), correspond w/ S. Zide, A. Dove, J. Shifer re: same (.3). | 3.30 | 1,402.50 |
| 07/29/13 | ZIDE, STEPHEN | Call with claimant and R. Ringer re plan and DS issues (.5); follow up with E. Frejka re same (.2). | 0.70 | 521.50 |
| 07/29/13 | FRIEDMAN, ALAN R. | Research re plan issues (2.5); correspond w/ M. Mellin and  D. Mannal re same (.3). | 2.80 | 2,730.00 |
| 07/29/13 | DIENSTAG, ABBE L. | C/w P. Kaufman re: insurance for LT Board and c/w D. Mannal re: same (0.2); emails with S. Zide re: interim LT (0.1); t/c with J. Dubel re: insurance and interim LT (0.2); internal emails w/ D. Mannal re: same (0.1). | 0.60 | 525.00 |

Kramer Levin Naftalis & Frankel LLP                                                          Page No. 36

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00006 (AFI INVESTIGATION)                                      Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/07/13 | ETTARI, SAMANTHA | Review discussion of bank transactions in Examiner Report (2.9). | 2.90 | 2,102.50 |
| 07/07/13 | SIMON, NORMAN | Review/analysis of Examiner report. | 3.00 | 2,475.00 |
| 07/08/13 | ETTARI, SAMANTHA | Continue review of Examiner Submission for certain transactions (.8); draft summary of same (.6). | 1.40 | 1,015.00 |
| 07/08/13 | SIMON, NORMAN | Call with N. Hamerman re: examiner report (.3); Review/analysis of report (1.1). | 1.40 | 1,155.00 |
| 07/08/13 | HAMERMAN, NATAN | Draft portion of examiner report summary memo (2.8); confer w/ N. Simon re: same (.3); emails to Moelis re same (.3). | 3.40 | 2,635.00 |
| 07/09/13 | HAMERMAN, NATAN | Draft portion of examiner report summary memo. | 0.90 | 697.50 |
| 07/10/13 | SIMON, NORMAN | Review Examiner's Report. | 0.50 | 412.50 |
| 07/11/13 | ROCHON, JENNIFER | Analysis of portions of examiner report. | 2.90 | 2,392.50 |
| 07/11/13 | LEVINE, ADINA C | Review of examiner summary of RMBS issues. | 1.30 | 923.00 |
| 07/12/13 | ROCHON, JENNIFER | Analysis of portions of Examiner Report. | 5.30 | 4,372.50 |
| 07/12/13 | LEVINE, ADINA C | Review of Examiner report re RMBS issues. | 0.30 | 213.00 |
| 07/13/13 | SIMON, NORMAN | Review and analysis of Examiner's Report. | 3.00 | 2,475.00 |
| 07/13/13 | ROCHON, JENNIFER | Analysis of portions of Examiner Report. | 0.80 | 660.00 |
| 07/14/13 | SIMON, NORMAN | Review and analysis of portions of Examiner's Report. | 2.80 | 2,310.00 |
| 07/15/13 | SIMON, NORMAN | Continue review and analysis of portions of Examiner's report. | 2.00 | 1,650.00 |
| 07/15/13 | LEVINE, ADINA C | Edits to summary of RMBS portions of Examiner Report. | 1.50 | 1,065.00 |
| 07/16/13 | SIMON, NORMAN | Review analysis of Examiner Report. | 3.00 | 2,475.00 |
| 07/16/13 | LEVINE, ADINA C | Further edits to summary of RMBS issues in examiner report | 1.80 | 1,278.00 |
| 07/18/13 | ECKSTEIN, KENNETH H. | Call with H. Seife and N. Hamerman re wind down of examiner (.7); correspondence w/ N. Simon re examiner report (.6). | 1.30 | 1,287.00 |
| 07/19/13 | ROCHON, JENNIFER | Analysis of portions of Examiner Report. | 2.00 | 1,650.00 |
| 07/19/13 | SIMON, NORMAN | Review and analysis of portions of Examiner's Report. | 1.00 | 825.00 |
| 07/21/13 | SIMON, NORMAN | Continue analyzing portions of Examiner's Report. | 1.00 | 825.00 |
| 07/22/13 | ROCHON, JENNIFER | Continue analysis of Examiner Report. | 3.30 | 2,722.50 |
| 07/23/13 | ECKSTEIN, KENNETH H. | Review excerpts of examiner report (1.2). | 1.20 | 1,188.00 |
| TOTAL | | | 65.20 | $52,889.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                              Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/09/13 | DANIELS, ELAN | Review JSN security agreement granting clause relating to intercompany claims (.5) and email correspondence to S. Zide, M. Chass regarding same (.7); T/C with J. Shifer regarding same (.3); T/C with M. Chass regarding same (.5) | 2.00 | 1,450.00 |
| 07/09/13 | HOROWITZ, GREGORY A. | Review final edits to letter (.3); e-mails with J. Levitt re same (.5); review JSN claims issue (.3), research same (.5); meet with S. Zide re same (.5); correspondence J. Shifer, Alix, S. Zide re collateral value issues (.5); review materials re same (1.1); e-mail re discovery communications (.5); meet with N. Hamerman, S. Zide re MTD (1.0); outline MTD issues (1.5); tc with Alix re same (.5); pre-conference meeting with J. Levitt (.5); post-conference meeting with S. Zide (.5); call w/ J. Shifer, S. Zide, A. Holtz, M. Eisenberg re mediation process (1.2). | 9.40 | 8,413.00 |
| 07/09/13 | BESSNER, DEBORAH | Prepare binder for J. Shifer re: JSN adversary proceedings motion to dismiss. | 1.00 | 295.00 |
| 07/09/13 | SCHULMAN, BRENDAN M. | Correspond with A. Miller re litigation preservation (.1) and discussion with C. Siegel and A. Miller re litigation hold (.1). | 0.20 | 157.00 |
| 07/09/13 | GOODMAN, ALISSA R. | Draft objections to document requests (7.1); strategize regarding initial disclosures (.3); participate in conference call with M. Mellin, P. Farber, and S. Engelhardt regarding discovery (.3); correspond with P. Farber and M. Mellin regarding initial disclosures (.3); review e-mail (.1). | 8.10 | 5,751.00 |
| 07/09/13 | FARBER, PEGGY | TC w/ A. Goodman, M. Mellin, S. Engelhardt re discovery issues (.3). Review Debtor/Committee complaints and related documents in prep for JSN document review (.9). | 1.20 | 894.00 |
| 07/09/13 | MELLIN, MICHAEL | Preparation for (.3) and t/c meeting with A. Goodman, P. Farber and S. Engelhardt re: JSN discovery issues (.3); analysis of JSN litigation materials (1.5). | 2.10 | 1,375.50 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED     November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                         Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/10/13 | HOROWITZ, GREGORY A. | Emails with G. Uzzi, S. Zide re settlement (.4); correspondence with S. Zide re adequate protection (.7); e-mail re G. Uzzi theory (.5); review order re FGIC discovery (.3); correspondence with B. O'Neill, S. Gibbon re committee privilege (.4); call with E. Daniels re JSN legal theory (.7); research same (.9); tc T. Foudy re discovery (.4); revise statement of issues (3.0); e-mail J. Levitt re same (.3); further e-mails J. Levitt et al. re statement of issues (.8); discussion with J. Shifer re AP (.2); TC S. Tandberg, J. Shifer re collateral value (2.3). | 10.90 | 9,755.50 |
| 07/10/13 | SIKES, ALISON | Create "JSN Adversary Proceeding" and "Briefs - Motions to Dismiss the UCC's JSN Adversary Proceeding" binders for P. Farber. | 0.60 | 183.00 |
| 07/10/13 | SCHULMAN, BRENDAN M. | Discussion C. Siegel re discovery issues (0.3); discussion J. Palmeri re preservation of data (0.2). | 0.50 | 392.50 |
| 07/10/13 | GOODMAN, ALISSA R. | Edit responses and objections to document requests (2.5); review production e-mails and attachments re same (3.9); edit summary of issues document for JSN document review (2.1); spoke to C. Siegel regarding responses to document requests (.1). | 8.60 | 6,106.00 |
| 07/10/13 | FARBER, PEGGY | Continue review of Committee/Debtor complaint and related documents (1.6); revise search terms with KL e-discovery team per negotiation with adversary (.3); tc w/ C. Siegel re issue in document pull (.1); discussion with N. Hamerman re research for motion to dismiss (.2); conduct legal research on issue for motion to dismiss (4.6); TC w/ E. Daniels re issue in motion to dismiss (.4). | 7.20 | 5,364.00 |
| 07/10/13 | HAMERMAN, NATAN | Draft outline for MTD (4.7); confer with M. Ryan re default interest (.9); emails with E. Daniels re potential arguments (.9); confer w/E. Daniels re statement of issues (.3); confer with Alix re same (.3); confer with P. Farber re research (.2); review new JSN theory (.4); discuss interest rate issues with D. Blabey (.1). | 7.80 | 6,045.00 |
| 07/10/13 | MELLIN, MICHAEL | Legal analysis of document disclosure issues for JSN litigation. | 4.00 | 2,620.00 |

Kramer Levin Naftalis & Frankel LLP                                    Page No. 56

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED        November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                           Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/12/13 | FARBER, PEGGY | Prepare instructional materials for document review in JSN litigation(2); conduct research on legal issue for motion to dismiss (4.2); confer with N. Hamerman re research (.3). | 6.50 | 4,842.50 |
| 07/12/13 | HOROWITZ, GREGORY A. | E-mail analysis of settlement issues (.6); E-mails with K. Eckstein, S. Zide re same (.4); edit Rule 26 disclosures (.8); meet with J. Shifer, S. Zide, D. Mannal, re JSN strategy (1.3); review collateral docs, JSN indenture (1.2); review SEC filings for ResCap (.7); meet with E. Daniels re security agreement (1.1); review N. Hamerman draft of MTD (2.1), revise on same (2.4); TC C. Shore re scheduling (.3); meet with N. Hamerman re MTD sections (.5); research OID issue (1.5) | 12.90 | 11,545.50 |
| 07/12/13 | DANIELS, ELAN | Conference with G. Horowitz regarding JSN lien/release issues (1.1) | 1.10 | 797.50 |
| 07/12/13 | HAMERMAN, NATAN | Edit of sections of motion to dismiss brief (.8); meet with G. Horowitz re motion to dismiss (.5); draft same (1.0); research and review case re same (.5); draft committee npdate re: same (.3); review of initial disclosure review and edits (.5); draft section on asset purchase (3.9); confer with P. Farber re research (.3). | 7.80 | 6,045.00 |
| 07/12/13 | SHIFER, JOSEPH A | Correspondence with S. Zide re status of counterclaim MTD (.2), research re same (.8), numerous emails with G. Horowitz and S. Zide re same (1.3), meet with G. Horowitz, D. Mannal, S. Zide re JSN motion to dismiss (1.3), emails with Debtors, J. Peck re mediation attendance (.3). | 3.90 | 2,710.50 |
| 07/12/13 | ZIDE, STEPHEN | Call with G. Horowitz, J. Shifer, D. Mannal and N. Hamerman re JSN motion to dismiss and open scheduling issues (1.3). Emails with K. Eckstein, D. Mannal and G. Horowitz re mediation and JSN strategy (.5). Review rider for motion to dismiss JSN counterclaims (.4); emails with G. Horowitz and J. Shifer re same (.3). Revise draft update on JSN discovery issues and MTD for the Committee (.4); emails with N. Allard and C. Siegel re same (.2). | 3.10 | 2,309.50 |
| 07/13/13 | HOROWITZ, GREGORY A. | Revise deck for JSN mediation (1.0), e-mails with K. Eckstein, S. Zide, D. Blabey (.7) | 1.70 | 1,521.50 |

Kramer Levin Naftalis & Frankel LLP                                                                Page No. 63

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                              Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/16/13 | FARBER, PEGGY | Establish tagging protocol with e-discovery team in LTS dep't (.8); Goodman, C. Morris and J. Rosell, and A. Goodman, C. Siegel re discovery issues (.5) and follow up call with C. Siegel and A. Goodman re same (.4); review relevant pleadings filed in JSN adversary re case issues (3.1). | 4.80 | 3,576.00 |
| 07/16/13 | TRACHTMAN, JEFFREY S. | Emails with S. Zide, D. Mannal, G. Horowitz re JSN brief (.3); review JSN brief draft (1.5). | 1.80 | 1,665.00 |
| 07/16/13 | HOROWITZ, GREGORY A. | Meet and confer call re statement of issues, scheduling order (1.3); revise same (.3); e-mails C. Shore, J. Levitt et al re same (.3); correspond with D. Mannal re JSN status, counterclaims (.3); review MTD brief, final edits (.8); review revised statement of issues, scheduling order, finalize same (.4); review J. Shifer brief revisions (.2), discussion with J. Shifer re same (.6); T/C with S. Zide re adequate protection (.6); correspond J. Shifer, C. Siegel re mediation issues (.8); finalize and sign discovery responses (.5); revise WIP plan (1.0). | 7.10 | 6,354.50 |
| 07/16/13 | DANIELS, ELAN | Review motion to dismiss and email correspondence with D. Blabey regarding same (.2). | 0.20 | 145.00 |
| 07/16/13 | GOODMAN, ALISSA R. | Review e-mail re: JSN issues (.8); call to C. Siegel and P. Farber regarding discovery (.4); call with C. Siegel and P. Farber and co-counsel regarding discovery (.5); edit objections to ad hoc group's document requests (5.1); confer with co-counsel regarding discovery (.1): correspond with P. Farber regarding discovery (.1); correspond with C. Siegel regarding discovery (.4). | 7.40 | 5,254.00 |
| 07/16/13 | DANESHRAD, MEGAN H | Review of Kramer Levin documents for responsiveness to JSN document requests in JSN Adversary Proceeding. | 4.50 | 2,745.00 |
| 07/16/13 | BLABEY, DAVID E | Review K. Eckstein edits to JSN MTD (.2); final review and edit of JSN MTD (.9) and discuss same with J. Shifer (.2); call with C. Siegel and N. Hamerman re MTD draft (.3); discussion with S. Zide re: motion to dismiss counterclaims (.4). | 2.00 | 1,490.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                              Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/16/13 | SIEGEL, CRAIG L | Phone meeting and confer with all counsel on JSN discovery (1.1); telephone call with J. Morris, P. Farber, A. Goodman and J. Rosell to coordinate document review (.5); telephone call with P. Farber and A. Goodman re: same (.4); correspondence with N. Hamerman re: same (.1); analyze motion to dismiss JSN counterclaims (.9); analyze document responses/objections (.3); call with debtors' counsel re: discovery coordination (.2); confer with N. Hamerman and D. Blabey re MTD draft (.3). | 3.80 | 2,945.00 |
| 07/16/13 | CHASS, MARK | Review JSN correspondence to Judge Glenn (.3), review Debtor and UCC response to same (.2), review revised draft of motion to dismiss JSN counterclaims (.9), review JSN statement of issues to be adjudicated and review UCC comments on same (.5) | 1.90 | 1,472.50 |
| 07/16/13 | SHIFER, JOSEPH A | Revise counterclaim MTD (3.3), confs with D. Blabey re same (.2), draft email update re same (.3), emails with N. Allard re research materials (.4); discussion with G. Horowitz re brief revisions (.6). | 4.80 | 3,336.00 |
| 07/17/13 | ZIEGLER, MATTHEW C | Review KL documents for potential production in JSN adversary proceeding (5.8); emails w/ A. Goodman, P. Farber re: privilege (0.3). | 6.10 | 3,416.00 |
| 07/17/13 | BESSNER, DEBORAH | Organize cases cited in motion to dismiss (2); Prepare binder for J. Shifer and G. Horowitz re: same (1.2). | 3.20 | 944.00 |
| 07/17/13 | DANESHRAD, MEGAN H | Review documents for responsiveness to plaintiffs' document requests in JSN Adversary Proceeding. | 5.20 | 3,172.00 |
| 07/17/13 | BATTERTON, JENNIFER E | TC with P. Farber and C. Siegel re privilege question (.5), review documents produced in JSN adversary proceeding for relevance (4.4) and call with G. Horowitz, N. Hamerman re same (.6); correspond with C. Siegel re same (.2). | 5.70 | 2,821.50 |

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 69

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                             Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/18/13 | MELLIN, MICHAEL | Review and analysis of JSN document production for relevance in JSN Adversary Proceeding (6.2). | 6.20 | 4,061.00 |
| 07/18/13 | SIEGEL, CRAIG L | Telephone call with D. Brown re: privilege (.1); attend all counsel call re: court conference (.2); correspond with N. Foley to coordinate research on intercompany balances (.7); analyze documents re: intercompany balances (.4); meeting with G. Horowitz and N. Foley to coordinate research and strategy on intercompany claims (1.0); meet with P. Farber and A. Goodman to discuss discovery issues (.3); correspond with N. Hamerman re: 506(b) (.2). | 2.90 | 2,247.50 |
| 07/18/13 | SHIFER, JOSEPH A | Attend portion of meeting with S. Zide, G. Horowitz, K. Eckstein, and D. Mannal re JSN Mediation (1); Review doc production search terms and requests (.4), correspondence with A. Goodman re same (.3), correspondence with A. Dove re Ambac (.4), research re MTD opposition (1.2), review JSN mediation materials (1.0), emails with S. Zide re same (.4), emails with G. Horowitz, D. Blabey, S. Zide re interest issues (.2). | 4.90 | 3,405.50 |
| 07/18/13 | ECKSTEIN, KENNETH H. | Attend part of meeting re JSN presentation with G. Horowitz, S. Zide, D. Mannal, J. Shifer (1.5) | 1.50 | 1,485.00 |
| 07/19/13 | FARBER, PEGGY | TCs and emails with K. Sundt of Alix Partners and Kramer Levin e-discovery team about production of Alix documents (.5); review newly filed adversary motion for relevance to issues in document review (.8); call with J. Batterton re JSN document review (.3), answer questions from reviewers re: JSN document review issues (.3). | 1.90 | 1,415.50 |
| 07/19/13 | BLABEY, DAVID E | Call with G. Horowitz and J. Shifer re response to MTD (.5). | 0.50 | 372.50 |
| 07/19/13 | BESSNER, DEBORAH | Compile relevant cases re: JSN legal issues for S. Zide. | 2.00 | 590.00 |
| 07/19/13 | BATTERTON, JENNIFER E | Review produced documents to determine relevance in connection with JSN Adversary Proceeding (2.5), correspondence with P. Farber and review team re same (2.2); TCs with P. Farber re same (.3) | 5.00 | 2,475.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                              Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/19/13 | DANESHRAD, MEGAN H | Review documents from Kramer Levin custodians for responsiveness to JSN document requests. | 4.50 | 2,745.00 |
| 07/19/13 | ZIEGLER, MATTHEW C | Review internal documents for potential production in JSN adversary proceeding (7.0). | 7.00 | 3,920.00 |
| 07/19/13 | GIL, ALEXANDRA | Review internal documents for potential production in JSN Adversary Proceeding. | 1.40 | 917.00 |
| 07/19/13 | HOROWITZ, GREGORY A. | Review legal issues re: interest(1.6); e-mails with JSN lit team re same (.5);TC with D. Blabey, J. Shifer re MTD brief (.5); e-mails with T. Foudy re ad hoc discovery (.4); revise JSN reply (2.7). | 5.70 | 5,101.50 |
| 07/19/13 | DANESHRAD, MEGAN H | Further review of Kramer Levin documents for responsiveness to JSN document requests. | 3.00 | 1,830.00 |
| 07/19/13 | SHIFER, JOSEPH A | Conf with D. Blabey and G. Horowitz re JSN MTD reply (.5), review MTD pleadings (2.7). | 3.20 | 2,224.00 |
| 07/20/13 | ZIDE, STEPHEN | Emails with J. Peck re: JSN mediation (.1). | 0.10 | 74.50 |
| 07/20/13 | TRACHTMAN, JEFFREY S. | Review case materials re JSN motion (1.4); emails with D. Blabey, A. Dove, S. Zide re JSN motion. (1.2) | 2.60 | 2,405.00 |
| 07/20/13 | BLABEY, DAVID E | Research case law in connection with response (6.8). | 6.80 | 5,066.00 |
| 07/20/13 | GOODMAN, ALISSA R. | Conduct second level review of internal documents for privilege and responsiveness in preparation for production in JSN adversary proceeding. | 3.30 | 2,343.00 |
| 07/21/13 | FARBER, PEGGY | Analyze progress of review of produced documents from JSNs (1.2); summarize results for C. Siegel and A. Goodman in email (.4); emails with C. Siegel and A. Goodman about next steps. (.2). | 1.80 | 1,341.00 |
| 07/21/13 | TRACHTMAN, JEFFREY S. | Emails with A. Dove and D. Blabey re response to JSN motion to dismiss (1.9). | 1.90 | 1,757.50 |
| 07/21/13 | ZIDE, STEPHEN | Emails with D. Blabey and A. Dove re treatment of JSNs (.4). | 0.40 | 298.00 |
| 07/21/13 | BATTERTON, JENNIFER E | Review produced documents to determine relevance in connection with JSN Adversary Proceeding. | 3.50 | 1,732.50 |
| 07/21/13 | SHIFER, JOSEPH A | Emails with D. Blabey re JSN issues (.3) | 0.30 | 208.50 |
| 07/22/13 | DANESHRAD, MEGAN H | Review Kramer Levin documents for responsiveness to JSN document requests in JSN Adversary Proceeding. | 1.90 | 1,159.00 |

12-12020-mg    Doc 6047    Filed 12/09/13    Entered 12/09/13 16:07:16    Main Document
Pg 298 of 422

Kramer Levin Naftalis & Frankel LLP                                                          Page No. 73

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED        November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                           Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/23/13 | ZIDE, STEPHEN | Meet with G. Horowitz re JSN mediation deck (1); review same (.5); follow up call re same (.2). Speak with K. Eckstein and G. Horowitz re preparation for JSN mediation (.3); follow up call with G. Horowitz, K. Eckstein, Moelis, Alix, T. Goren Centerview and FTI re same (.5). Emails with J. Shifer re response to JSN MTD (.4). Correspond with G. Horowitz re JSN NDA (.2). email with D. Mannal re OID (.1). | 3.20 | 2,384.00 |
| 07/23/13 | HAMERMAN, NATAN | Meeting with G. Horowitz, P. Farber, A. Goodman, C. Siegel re strategy (2.0). Revise order of proof for two phases (3.0). | 5.00 | 3,875.00 |
| 07/23/13 | TRACHTMAN, JEFFREY S. | Emails with D. Blabey, A. Dove, K. Eckstein re: JSN response (2.6); edit draft response (6.5). | 9.10 | 8,417.50 |
| 07/23/13 | BATTERTON, JENNIFER E | Review documents for potential production in JSN adversary proceeding (4) and correspond with P. Farber re same (.1); correspondence with M. Nikac re same (.3). | 4.40 | 2,178.00 |
| 07/23/13 | DANESHRAD, MEGAN H | Review documents from Kramer Levin custodians for responsiveness to JSN document requests in JSN Adversary Proceeding. | 6.30 | 3,843.00 |
| 07/23/13 | SIEGEL, CRAIG L | TC w/ A. Goodman re: privileged document decision (.1); participate in portion of meeting with A. Goodman, N. Hamerman, P. Farber, G. Horowitz to discuss and prepare order of proof (1.9). | 2.00 | 1,550.00 |
| 07/23/13 | BESSNER, DEBORAH | Research re JSN opposition for J. Shifer. | 3.00 | 885.00 |
| 07/23/13 | HOROWITZ, GREGORY A. | Edit revised deck for mediation (1.8), meet with S. Zide re same (1); TC S. Tandberg, A. Holtz, M. Eisenberg re OID slides (.8); confer K. Eckstein and S. Zide re preparation for JSN mediation (.3); tc T. Foudy re discovery (.4); tc T. Goren re same (.2); review and comment on work plan (.8); meeting with P. Farber, N. Hamerman, A. Goodman, C. Siegel re litigation strategy (2); tc CVP, Alix, Debtors, K. Eckstein, S. Zide re valuation (.5); review allocation research (.7); meeting with K. Eckstein re OID argument (.8) | 9.30 | 8,323.50 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED    November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                        Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/23/13 | GOODMAN, ALISSA R. | Review JSN confidentiality agreement (.2); conduct second level review of potential documents for production for privilege, questions, and responsiveness (3.2); correspondence with R. Ringer regarding JSN document review (.1); meeting with G. Horowitz, N. Hamerman, P. Farber, C. Siegel re case strategy (2.0); review notes for order or proof (.6); strategize for completion of JSN document review (.2); review e-mail (.2). | 6.50 | 4,615.00 |
| 07/23/13 | DANESHRAD, MEGAN H | Further review of Kramer Levin documents for responsiveness to JSN document requests. | 1.40 | 854.00 |
| 07/23/13 | FARBER, PEGGY | Emails, TCs with M. Nikac of KL e-discovery team regarding production of documents (.5); emails w/ J. Rosell of Pachulski re discovery issues (.3); research to address discovery issues raised by J. Rosell (1.7); meeting with G. Horowitz, N. Hamerman, A. Goodman to discuss litigation strategies (2); emails with A. Goodman, C. Siegel, M. Nikac re production issues (.5); answer question posed by reviewer re: document review issues (.2) | 5.20 | 3,874.00 |
| 07/23/13 | SHIFER, JOSEPH A | Research (2) and draft re JSN opposition (5.4). | 7.40 | 5,143.00 |
| 07/23/13 | ECKSTEIN, KENNETH H. | Call with Centerview, MoFo, G. Horowitz, S. Zide re JSN presentation (.5); o/c G. Horowitz, S. Zide re materials (.3); call with JSNs re case issues (.7); meet with G. Horowitz re OID argument (.8). | 2.30 | 2,277.00 |
| 07/24/13 | DANESHRAD, MEGAN H | Review documents from Kramer Levin custodians for responsiveness to JSN document requests in JSN Adversary Proceeding. | 5.00 | 3,050.00 |
| 07/24/13 | DANESHRAD, MEGAN H | Follow-up legal research concerning interest issues. | 0.90 | 549.00 |
| 07/24/13 | DANIELS, ELAN | T/C with G. Horowitz regarding OID issues (.3) | 0.30 | 217.50 |
| 07/24/13 | BATTERTON, JENNIFER E | Review produced documents to determine relevance in connection with JSN Adversary Proceeding (4) correspondence with P. Farber, C. Siegel, M. Ziegler, N. Hamerman (.5). | 4.50 | 2,227.50 |
| 07/24/13 | ECKSTEIN, KENNETH H. | Review OID case law (.6), c/w G. Horowitz re oral argument/presentation (.4); revise mediation materials (1.0) correspond G. Horowitz, S, Zide re comments (.4) | 2.40 | 2,376.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED     November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                        Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/24/13 | TRACHTMAN, JEFFREY S. | Edit JSN response (4.2); emails with K. Eckstein, D. Blabey, D. Mannal, S. Zide re: JSN response (3.2). | 7.40 | 6,845.00 |
| 07/24/13 | HAMERMAN, NATAN | Edit draft orders of proof (1.3); correspond with P. Farber and C. Siegel re meeting (.3). Attend meeting with G. Horowitz, P. Farber, A. Goodman, C. Siegel, Pachulski, Curtis, MoFo re litigation strategy (3.0). Review proposed supplemental counterclaim (.5) and prepare summary chart re same (.5). Post meeting edits to order of proof (1.0). | 6.60 | 5,115.00 |
| 07/24/13 | SIEGEL, CRAIG L | Prepare for (.1) and participate in meeting with counsel from Pachulski, MoFo, Curtis, G. Horowitz, A. Goodman, N. Hamerman, P. Farber to coordinate pre-trial discovery (3.0); discuss privilege issues with J. Batterton (.1). | 3.20 | 2,480.00 |
| 07/24/13 | BESSNER, DEBORAH | Research for J. Shifer re JSN opposition. | 1.50 | 442.50 |
| 07/24/13 | HOROWITZ, GREGORY A. | Review agenda, orders of proof (1.5); revise mediation deck for JSN mediation (2.1); revise OID slides (.7); litigation strategy meeting at MoFo with N. Hamerman, A. Goodman, P. Farber, C. Siegel, Pachulski and Curtis (3.0); discussion with S. Zide re slides (.3); TC E. Daniels, T. Toaso (.3); call with K. Eckstein re presentation (.4). | 8.30 | 7,428.50 |
| 07/24/13 | GOODMAN, ALISSA R. | Prepare for (.4) Attend (3.0) meeting with Debtors' counsel re: litigation strategy; review Ad Hoc Group's proposed amendments to counterclaims (.7). | 4.10 | 2,911.00 |
| 07/24/13 | SIKES, ALISON | Redline counterclaims for N. Hamerman. | 2.20 | 671.00 |
| 07/24/13 | SIKES, ALISON | Flagged documents for redaction and review for P. Farber and C. Siegel (.3); meet with P. Farber re same (.2) | 0.50 | 152.50 |

Kramer Levin Naftalis & Frankel LLP                                                Page No. 76

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                              Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/24/13 | FARBER, PEGGY | Analysis of status of JSN document review (.5); emails to A. Goodman, C. Siegel, Alix Partners, LTS team re same(.4); analyze Committee complaint to prepare for meeting on trial prep strategy (1.3); emails with N. Hamerman re findings regarding trial prep strategy (.1); meet with A. Sikes re redactions (.2); TCs with A. Goodman, Alix Partners, A. Sikes, email to Mario Nikac re progress of review (.3); litigation strategy meeting with MoFo, Pachulski, Curtis, C. Siegel, N. Hamerman, A. Goodman, G. Horowitz (3.0); follow-up correspondence re same C. Siegel, A. Goodman, N. Hamerman (.3); respond to substantive question from reviewer re: JSN document request (.3). | 6.40 | 4,768.00 |
| 07/24/13 | ZIDE, STEPHEN | Research on default interest for oversecured creditors (.8); follow up emails with M. Ellenberg re same (.5). Emails with T. Goren re disclosure of documents for JSNS (.2). Emails (.1) and calls (.2) with Alix re Centerview adequate protection analysis; emails comments to S. Tandberg re same (.2); call with K. Chopra re same (.4). Revise JSN mediation materials (.4); confer with G. Horowitz re same (.3). Review MTD rider on aggregation of collateral issue (.4). | 3.50 | 2,607.50 |
| 07/24/13 | CHASS, MARK | Review email correspondence re settlement of intercompany claims from precedent case (.3), review draft order of proof re JSN litigation (.8). | 1.10 | 852.50 |
| 07/24/13 | SHIFER, JOSEPH A | Revise MTD opposition (6.3), emails with S. Zide re same (.5). | 6.80 | 4,726.00 |
| 07/24/13 | ECKSTEIN, KENNETH H. | Meeting with G. Uzzi re JSN issues (1.6). | 1.60 | 1,584.00 |
| 07/25/13 | DANESHRAD, MEGAN H | Review documents from Kramer Levin custodians for responsiveness to JSN document requests in JSN Adversary Proceeding. | 1.30 | 793.00 |
| 07/25/13 | BATTERTON, JENNIFER E | Review KL internal documents to determine relevance for production in connection with JSN Adversary Proceeding. | 2.00 | 990.00 |

Kramer Levin Naftalis & Frankel LLP                                          Page No. 77

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                             Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/25/13 | ZIDE, STEPHEN | Call with MoFo, FTI, Centerview, Alix, K. Eckstein, G. Horowitz and J. Shifer, D. Mannal re JSN mediation deck (2.2); Correspond with D. Mannal re same (.2). Meet with K. Eckstein and G. Horowitz re status of JSN negotiations (.5). Revise draft of MTD re aggregation of collateral (1.2). | 4.10 | 3,054.50 |
| 07/25/13 | ZIEGLER, MATTHEW C | Review produced documents to determine relevance in connection with JSN adversary proceeding (5.5); research re: presentation of affirmative defenses (4.7); draft e-mail memo re: affirmative defense research (0.5). | 10.70 | 5,992.00 |
| 07/25/13 | DANIELS, ELAN | T/C with J. Morris, C. Siegel regarding preparation for oral arguments (1.4); correspond with K. Eckstein, S. Zide regarding OID issues (.4); review opposition to motion to dismiss and comment on same (.7); correspond with J. Shifer, Morrison Foerster regarding same (.4). | 2.90 | 2,102.50 |
| 07/25/13 | SIEGEL, CRAIG L | Review MTD Committee complaint (.2); phone call with J. Morris and E. Daniels to prepare for oral argument (1.4); review draft portions of opposition to MTD (.5). | 2.10 | 1,627.50 |
| 07/25/13 | TRACHTMAN, JEFFREY S. | Edit JSN response (4.6); numerous emails with K. Eckstein, G. Horowitz, A. Dove, D. Blabey, D. Mannal re: revisions to JSN response (3.2); review cases and related materials re JSN response. (1.3). | 9.10 | 8,417.50 |
| 07/25/13 | BESSNER, DEBORAH | Pull (.6) and compile (.2) binder for G. Horowitz re OID; discuss same with J. Shifer and S. Schmidt (.5). | 1.30 | 383.50 |
| 07/25/13 | HOROWITZ, GREGORY A. | Review DQ brief for further comments (1.0); TC S. Tandberg re OID (.7); TC J. Levitt re amended counterclaims issue, e-mails re same (.7); meeting with K. Eckstein, S. Zide re JSN issues (.5); e-mails re revision of statement of issues, review same (.5); draft OID argument (2.3); call with MoFo, FTI, Centerview, Alix, S. Zide, K. Eckstein, J. Shifer, D. Mannal re JSN mediation deck (2.2). | 7.90 | 7,070.50 |
| 07/25/13 | DANESHRAD, MEGAN H | Review documents from Kramer Levin custodians for responsiveness to JSN documents requests in JSN Adversary Proceeding. | 2.60 | 1,586.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                               Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/25/13 | GOODMAN, ALISSA R. | Conduct second level review of documents for production for privilege, questions, and responsiveness (5.1); call with P. Farber regarding document review (.3); call with J. Shifer regarding document review (.2); review Ad Hoc Group's proposed amended counterclaims and the proposed objection (.7). | 6.30 | 4,473.00 |
| 07/25/13 | DANESHRAD, MEGAN H | Further review of Kramer Levin documents for responsiveness to JSN document requests. | 4.20 | 2,562.00 |
| 07/25/13 | SCHULMAN, BRENDAN M. | Email with P. Farber re email review strategy (0.2). | 0.20 | 157.00 |
| 07/25/13 | SIKES, ALISON | Flag documents for redaction and review for P. Farber and C. Siegel. | 1.50 | 457.50 |
| 07/25/13 | MELLIN, MICHAEL | Review produced documents to determine relevance in connection with JSN Adversary Proceeding (3.0). | 3.00 | 1,965.00 |
| 07/25/13 | FARBER, PEGGY | Analyze status of review process for JSN adversary (.6); analyze key litigation documents (5.3); call with A. Goodman re document review (.3). | 6.20 | 4,619.00 |
| 07/25/13 | HAMERMAN, NATAN | Emails with C. Siegel re hearing (.3); emails with G. Horowitz re discovery (.3); emails with C. Siegel re team meeting (.3). | 0.90 | 697.50 |
| 07/25/13 | ECKSTEIN, KENNETH H. | Call with MoFo, FTI, Centerview, Alix, S. Zide, G. Horowitz, J. Shifer and D. Mannal re: JSN mediation deck (2.2); call w/ mediator (.2); review JSN motion to dismiss argument (2); meet with S. Zide and G. Horowitz re: status of JSN negotiations (.5), Discuss revision to JSN mediation deck with S. Zide (1.5), review case law (.5); revise mediation materials (1.4); review motion (.2) and prep for hearing (.2), review JSN NDA (.3). | 9.00 | 8,910.00 |
| 07/25/13 | ZIDE, STEPHEN | Revise deck for JSN mediation based on discussions with K. Eckstein (1.5). | 1.50 | 1,117.50 |
| 07/25/13 | MANNAL, DOUGLAS | Call with MoFo, FTI, Centerview, Alix, K. Eckstein, G. Horowitz and J. Shifer, S. Zide re JSN mediation deck (2.2); revise JSN pleading (.6); call w/MoFo re same (.2). | 3.00 | 2,475.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                             Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/25/13 | SHIFER, JOSEPH A | Confs with G. Horowitz and S. Zide re OID issues (.8), research re same (.9), revise MTD opposition (5.6) additional research re same (4.5), attend part of call with K. Eckstein, G. Horowitz, S. Zide, D. Mannal and MoFo team re mediation presentation (.7), review mediation materials (.4), numerous correspondence with D. Blabey and M. Ziegler re same (.6); discuss OID and relevant cases with S. Schmidt and D. Bessner (.5); call with A. Goodman re document review (.2). | 14.20 | 9,869.00 |
| 07/25/13 | CHASS, MARK | Review insert for opposition to JSN motion to dismiss re collateral (.7). | 0.70 | 542.50 |
| 07/26/13 | ZIEGLER, MATTHEW C | T/c M. Nikac re: document review (0.5). | 0.50 | 280.00 |
| 07/26/13 | BLABEY, DAVID E | Review J. Shifer draft of response to JSN MTD (.3) and discuss with J. Shifer (.2); further discussions with J. Shifer and G. Horowitz (.2) and research in connection with same (1.3). | 2.00 | 1,490.00 |
| 07/26/13 | ZIDE, STEPHEN | Revise section of reply to JSN motion to dismiss (1.3); email J. Shifer re same (.1). Emails with S. Tandberg and D. Mannal re disclosure of info for mediation (.3). Speak with D. Mannal and G. Horowitz re presentation for mediation (.4); discussion with K. Eckstein re same (.5); revise same (.4) | 3.00 | 2,235.00 |
| 07/26/13 | MILLER, ASHLEY S | Review internal documents for potential production in JSN adversary (3.9); continue to review internal documents for same (3.1) | 7.00 | 4,270.00 |
| 07/26/13 | TRACHTMAN, JEFFREY S. | Edit and finalize JSN response (3.2); emails with D. Blabey, K. Eckstein, D. Mannal re response (.7). | 3.90 | 3,607.50 |
| 07/26/13 | DANIELS, ELAN | Discussion with J. Shifer and M. McPherson re MTD opposition (.4). | 0.40 | 290.00 |
| 07/26/13 | FOLEY, NICOLE | T/c with P. Farber re: JSN document review (0.2); review spreadsheet from P. Farber (0.1); review viewpoint review folder and status (0.2); review JSN Counter Claims (1.6); Review Debtors' First Amended Complaint (3.4) | 5.50 | 3,602.50 |

Kramer Levin Naftalis & Frankel LLP                                                          Page No. 81

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                             Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/26/13 | SIEGEL, CRAIG L | Prepare for (1.4) and participate in meeting with P. Farber, A. Goodman, N. Hamerman to coordinate discovery and trial prep (1.0); draft WIP report (.8); analyze JSNs' counterclaims (.9); TC P. Farber re JSN document review (.2). | 4.30 | 3,332.50 |
| 07/26/13 | MANNAL, DOUGLAS | Review JSN public disclosure information (.4); email K. Eckstein and S. Zide re same (.2); call w/T. Goren re JSN PPI mediation (.2). | 0.80 | 660.00 |
| 07/26/13 | SHIFER, JOSEPH A | Revisions to JSN opposition (2.2), discuss draft response to JSN MTD with D. Blabey (.3); further confs with S. G. Horowitz and D. Blabey re same (.2), confs with E. Daniels and M. McPherson re MTD Opposition (.4). | 3.10 | 2,154.50 |
| 07/27/13 | BLABEY, DAVID E | Research for response to JSN MTD (4); draft response to MTD (8). | 12.00 | 8,940.00 |
| 07/27/13 | ZIDE, STEPHEN | Review rider to MTD reply re aggregation of collateral (.3); emails with D. Blabey and J. Shifer on same (.1). Revise deck for JSN mediation. (4). | 4.40 | 3,278.00 |
| 07/27/13 | TRACHTMAN, JEFFREY S. | Review draft of JSN MTD response (.8); emails with D. Blabey, J. Shifer re brief (.3). | 1.10 | 1,017.50 |
| 07/27/13 | SHIFER, JOSEPH A | Review mediation materials (.4), emails with S. Zide re same (.3), emails with M. McPherson re MTD opposition and D. Blabey (.6), review Debtors draft MTD opposition (.7). | 2.00 | 1,390.00 |
| 07/28/13 | YERRAMALLI, ANUPAMA | Research for JSN motion to dismiss response (1.2). | 1.20 | 834.00 |
| 07/28/13 | TRACHTMAN, JEFFREY S. | Edit JSN MTD response (3.2); emails with J. Shifer, D. Blabey, G. Horowitz, S. Zide re brief (1.4). | 4.60 | 4,255.00 |
| 07/28/13 | BATTERTON, JENNIFER E | Review produced documents to determine relevance in connection with JSN Adversary Proceeding. | 4.00 | 1,980.00 |
| 07/28/13 | ZIDE, STEPHEN | Emails with J. Trachtman, J. Shifer, D. Blabey and G. Horowitz re reply to JSN motion to dismiss (.5). Review Debtors brief on equitable lien issue (.4); emails with G. Horowitz re same (.2). | 1.10 | 819.50 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                             Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/28/13 | BLABEY, DAVID E | Review case law in connection with response to JSN MTD (.5); review J. Trachtman edits to brief (.5) and emails with J. Trachtman re same (.1); review Debtors' section of brief (.2). | 1.30 | 968.50 |
| 07/28/13 | GOODMAN, ALISSA R. | Conduct second level document review of documents for production for privilege, questions, and responsiveness (1.7); review and sent e-mail (.5). | 2.20 | 1,562.00 |
| 07/28/13 | MANNAL, DOUGLAS | Revise JSN Mediation Slide presentation (.9). | 0.90 | 742.50 |
| 07/28/13 | HOROWITZ, GREGORY A. | Edit MTD reply brief (1.0); edit revised slide deck (1.0); call with K. Eckstein re same (.5). | 2.50 | 2,237.50 |
| 07/28/13 | HAMERMAN, NATAN | Correspond w/C. Siegel re WIP | 0.50 | 387.50 |
| 07/28/13 | SHIFER, JOSEPH A | Review (.2) and revise (1.2) mediation slide deck, emails with S. Zide re same (.4), review and revise MTD opposition (.8) and emails re same with S. Zide, D. Blabey and MoFo team (.6). | 3.20 | 2,224.00 |
| 07/28/13 | ECKSTEIN, KENNETH H. | Review JSN mediation deck, revise (2.0); call with G. Horowitz re same (.5). | 2.50 | 2,475.00 |
| 07/29/13 | YERRAMALLI, ANUPAMA | Research re: motion to dismiss responsive pleading (.5). | 0.50 | 347.50 |
| 07/29/13 | DANESHRAD, MEGAN H | Review Alix Partners documents for responsiveness to JSN document requests in JSN Adversary Proceeding. | 3.10 | 1,891.00 |
| 07/29/13 | BATTERTON, JENNIFER E | Review documents for production to determine relevance in connection with JSN Adversary Proceeding and privilege. | 2.70 | 1,336.50 |
| 07/29/13 | ZIEGLER, MATTHEW C | Review FA document production for potential production in response to JSN doc requests (6.3); Call with A. Goodman re document review (.2). | 6.50 | 3,640.00 |
| 07/29/13 | MILLER, ASHLEY S | Call with C. Siegel regarding interest rate research (0.1); correspond with N. Hamerman regarding next steps (0.2); review July 25 and July 26 hearing transcripts (2.5); review WIP report (0.3); review documents for production (3.5). | 6.60 | 4,026.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED            November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                                Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/29/13 | ZIDE, STEPHEN | Revise JSN mediation deck (1.5); discussions with K. Eckstein and G. Horowitz re same (.7); numerous emails with Alix and G. Horowitz re OID numbers (2); call with Alix and J. Shifer re same (.3); call with MoFo, Centerview, Alix, K. Eckstein, G. Horowitz, J. Shifer, D. Mannal re mediation deck (1); emails with N. Allard, A. Dove and J. Shifer re same (.5); discussions with K. Eckstein and G. Horowitz re preparation for mediation (.7); discuss same with G. Horowitz (.2), Emails (.2) and discussion (.3) with G. Horowitz, J. Shifer, and D. Blabey re MTD response; review changes to same (.4). Emails with T. Goren and Alix re disclosures for mediation and review same (.2). Review JSN disqualification pleading (.8). | 8.80 | 6,556.00 |
| 07/29/13 | BLABEY, DAVID E | Draft preliminary statement for response to JSN MTD (1.3) and discuss same with G. Horowitz (.4); research for response (.3); review JSNs reply in support of disqualification and cases therein (2) and email to team re same (.3); outline hearing notes (3.3); discuss JSN MTD response edits with J. Shifer, S. Zide and G. Horowitz (.3) and edit response (4.1). | 12.00 | 8,940.00 |
| 07/29/13 | CHERNYAK, YEKATERINA | Research re: evidentiary issues for response to JSNs' motion to dismiss(4.3); correspondence w/D. Blabey re: same (.6). | 4.90 | 3,479.00 |
| 07/29/13 | FOLEY, NICOLE | Review documents for production to determine relevance in connection with JSN Adversary proceeding (2.1); update spreadsheet re: same (0.2); e-mail A. Goodman re: same (0.1) | 2.40 | 1,572.00 |
| 07/29/13 | GOODMAN, ALISSA R. | Call with C. Siegel regarding discovery and case management (.3); call with C. Siegel and T. Toaso regarding discovery (.5); call with M. Ziegler regarding document review (.2); review objection to the Ad Hoc Group's amended counterclaims (.2); conduct second level review of docs for production for privilege, questions, and responsiveness (7.2). | 8.40 | 5,964.00 |

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 84

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                              Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/29/13 | ECKSTEIN, KENNETH H. | Revise materials for JSN mediation deck (1.1); call with G. Horowitz, S. Zide re same (.7); conf call with Centerview, MoFo, J. Shifer, S. Zide and G. Horowitz re presentation (1.0); correspond w/ G. Uzzi re same (.3), correspond with Judge Peck re mediation (.3); call with J. Dubel (.3), T. Coleman (.3) re Wynne (.4); attend part of discussion with S. Zide and G. Horowitz re mediation (.2). | 4.60 | 4,554.00 |
| 07/29/13 | MELLIN, MICHAEL | Research (3.0) and analysis (3.2) of plan provision issues; draft email re: same. (.3) | 6.50 | 4,257.50 |
| 07/29/13 | DANIELS, ELAN | Emails with D. Blabey regarding motion to dismiss (.3); review BMMZ facility and T/C with J. Amster regarding same (.3) | 0.60 | 435.00 |
| 07/29/13 | SIKES, ALISON | Create a Work In Progress Chart (1.1); meet with C. Siegel re same (.4).. | 1.50 | 457.50 |
| 07/29/13 | TRACHTMAN, JEFFREY S. | Emails re JSN response with G. Horowitz, D. Blabey, J. Shifer (.5); review draft response (.3). | 0.80 | 740.00 |
| 07/29/13 | MANNAL, DOUGLAS | Attend mediation prep meeting with MoFo, G. Horowitz, J. Shifer, K. Eckstein and S. Zide re: JSNs (1.0); email with K. Eckstein and R. Feinstein re: same (.2). | 1.20 | 990.00 |
| 07/29/13 | HOROWITZ, GREGORY A. | Revise deck (.7); discussion with S. Zide, K. Eckstein re same (.7); revise preliminary statement to MTD reply (.7); discussion w/ K. Eckstein, S. Zide re mediation (.7); discussion with S. Zide re same (.2); review JSN DQ motion reply (.7); review JSN examiner report issues, sections (3.0); discussion with D. Blabey re MTD response (.4); TC Debtors, CVP, Alix, K. Eckstein, S. Zide, J. Shifer, D. Mannal re mediation (1); meet with K. Eckstein, S. Zide, J. Shifer re same (.7); discussion with S. Zide, J. Shifer, D. Blabey re MTD response (.3); emails with S. Zide re same (.5); edit MTD reply brief (2.0) | 11.60 | 10,382.00 |
| 07/29/13 | HAMERMAN, NATAN | Correspond with A. Miller re answer (.2); confer w/ C. Siegel re WIP (.3). | 0.50 | 387.50 |

Kramer Levin Naftalis & Frankel LLP

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                             Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 07/30/13 | HAMERMAN, NATAN | Review of discovery/examiner database (.5); opposition to JSN MTD (.5); confer w/A. Miller re allocation issues (.3); revise committee update on additional counterclaim (1.0); emails with G. Horowitz re discovery issues re OID (.2). | 2.50 | 1,937.50 |
| 07/30/13 | SIEGEL, CRAIG L | Review July 26 court hearing transcript and updated orders of proof (1.1); TC A. Goodman to coordinate document review (.2); TC G. Horowitz and A. Miller re: review of Examiner documents (.2); final review of documents for production (5.0); meet w/ A. Goodman and N. Foley to coordinate document production (.5); Call with A. Miller re order of proof (.3). | 7.30 | 5,657.50 |
| 07/30/13 | BATTERTON, JENNIFER E | Review internal documents for potential production in JSN Adversary Proceeding. | 3.00 | 1,485.00 |
| 07/30/13 | SHIFER, JOSEPH A | Participate in mediation with JSNs re: lien and plan issues. | 4.50 | 3,127.50 |
| 07/30/13 | SHIFER, JOSEPH A | Numerous correspondence with K. Eckstein, G. Horowitz, and S. Zide re mediation materials (1.5), revisions to same (.8), confs with G. Horowitz, S. Zide, E. Daniels re mediation follow up (1), review and revise MTD opposition (.7), emails with D. Blabey and M. McPherson re same (.4), draft committee update re same (.7). | 5.10 | 3,544.50 |
| 07/31/13 | ZIEGLER, MATTHEW C | Review Alix Partners document production for potential production in response to JSN discovery requests (5.5). | 5.50 | 3,080.00 |
| 07/31/13 | DANESHRAD, MEGAN H | Reviewed Alix Partners documents for responsiveness to JSN document requests in JSN Adversary Proceeding. | 4.80 | 2,928.00 |
| 07/31/13 | MILLER, ASHLEY S | Review internal documents for potential production in JSN Adversary Proceeding (3.9); continue to review internal documents for potential production in JSN Adversary Proceeding (2.6) | 6.50 | 3,965.00 |

Kramer Levin Naftalis & Frankel LLP                                          Page No. 88

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED        November 17, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                           Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 07/31/13 | GOODMAN, ALISSA R. | Supervise document review and conducted second level review of internal/committee professionals documents for privilege, questions, and responsiveness (6.1); prepare for(.8) and attend discovery meeting with C. Siegel, G. Horowitz, and S. Zide (1.5); participated in conference call with Alix Partners (.2); spoke to C. Siegel about document review (.1); prepare for and attend meeting with debtors' counsel (2.7); review document requests (.4); circulate draft responses to document requests (.1); review JSNs' mediation presentation (.2); review draft Answer to amended counterclaims (.1); review Ad Hoc Group's opposition to the motion to dismiss their counterclaims (.5). | 12.70 | 9,017.00 |
| 07/31/13 | ZIDE, STEPHEN | Meet with G. Horowitz, C. Siegel and A. Goodman re JSN discovery and document production (1.5); follow up review of documents (.4); correspond with C. Siegel and A. Goodman re same (.3). Review JSN objection to motion to dismiss (.3). correspond with K. Eckstein re status of JSN issues and next steps after mediation (.5). Review research on settlement allocation (.3); TC with C. Siegel re document review (.1). | 3.40 | 2,533.00 |
| 07/31/13 | BESSNER, DEBORAH | Pull cases (2.4) and compile (2.6) binders re cases found in the JSN Response to counterclaims. | 5.00 | 1,475.00 |
| 07/31/13 | BLABEY, DAVID E | Review JSN response to MTD (.2) and discuss with E. Daniels (.1); review cases (.3); confer with G. Horowitz re MTD reply brief (.3). | 0.90 | 670.50 |
| 07/31/13 | MELLIN, MICHAEL | Review and analysis of JSN document production re: JSN in JSN adversary (7.0); draft email re: same (.3). | 7.30 | 4,781.50 |
| 07/31/13 | DANIELS, ELAN | Review motion to dismiss response and prepare comments to same (1.0); T/C with J. Shifer regarding release, motion to dismiss response (.5); discuss JSN response to motion to dismiss with D. Blabey (.1). | 1.60 | 1,160.00 |
| 07/31/13 | SIKES, ALISON | Update pleadings databases with new, relevant documents for JSN adversary. | 0.30 | 91.50 |
| 07/31/13 | TRACHTMAN, JEFFREY S. | Review filing and transcripts re JSN issues. | 0.60 | 555.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00011 (MOTIONS)                                               Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/19/13 | BLABEY, DAVID E | Review JSN motion to disqualify (.8); call with debtors and committees advisors re JSN motion to disqualify (.6); calls with K. Eckstein, G. Horowitz, S. Zide, D. Mannal and J. Trachtman re same (1); calls with A. Dove re drafting response to same (.5). | 2.90 | 2,160.50 |
| 07/19/13 | HOROWITZ, GREGORY A. | Review JSN DQ motion (1.0); Correspondence with D. Blabey, J. Shifer re MTD brief (.5); TC G. Lee, T. Goren, K. Eckstein, D. Mannal, S. Zide, re DQ motion (.6);TC K. Eckstein, S. Zide, D. Mannal, D. Blabey J. Trachtman re same (1). | 3.10 | 2,774.50 |
| 07/20/13 | KAUFMAN, PHILIP | E-mails with Debtors counsel re: discovery disputes in FGIC trial (.8); review confidentiality designations for same (1.1). | 1.90 | 1,786.00 |
| 07/20/13 | DOVE, ANDREW | Perform research re JSNs' disqualification motion (3.5) and review cases (5.6). Confer w/ J. Trachtman re response outline (.8). Review materials from case docket to support response (2.3). | 12.20 | 7,991.00 |
| 07/20/13 | ZIDE, STEPHEN | Emails with D. Blabey, A. Dove, and J. Trachtman re preparation of objection to JSN disqualification motion (.7). | 0.70 | 521.50 |
| 07/20/13 | BLABEY, DAVID E | Review J. Trachtman outline and notes in connection with response to disqualification motion (1). | 1.00 | 745.00 |
| 07/21/13 | KAUFMAN, PHILIP | E-mails with objecting parties in FGIC trial re: discovery issues (.9); review new designations of confidential material (1.3). | 2.20 | 2,068.00 |
| 07/21/13 | ECKSTEIN, KENNETH H. | Review disqualification motion (1.6) review outline of response to same (1.8); review mediation presentation re JSN (1.4). | 4.80 | 4,752.00 |
| 07/21/13 | BLABEY, DAVID E | Draft response to JSN disqualification motion. | 9.70 | 7,226.50 |
| 07/21/13 | HOROWITZ, GREGORY A. | Comment on J. Trachtman DQ motion response outline (.7); review legal research re: same (1.2) | 1.90 | 1,700.50 |
| 07/21/13 | DOVE, ANDREW | Draft sections of response to the JSNs' disqualification motion (6.0); revise portions of same (4.5). | 10.50 | 6,877.50 |
| 07/22/13 | ALLARD, NATHANIEL | Research re: response to JSN disqualification motion, related documents (.5). | 0.50 | 212.50 |

Kramer Levin Naftalis & Frankel LLP                                              Page No. 109

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED     November 17, 2013
066069-00011 (MOTIONS)                                           Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/22/13 | BLABEY, DAVID E | Draft response to JSNs motion to dismiss (9.4); legal research re: same (4.0), emails re same with J. Trachtman (.2) and A. Dove (.7) and emails with same (.2); meeting with K. Eckstein, D. Mannal, G. Horowitz re same (.9); further discussions with A. Dove (.3). | 15.70 | 11,696.50 |
| 07/22/13 | MANNAL, DOUGLAS | Revise FRB statement by UCC (.3); correspond w/ A. Dove re same (.2) | 0.50 | 412.50 |
| 07/22/13 | LEVINE, ADINA C | Conversations with P. Kaufman re: expert depositions for FGIC trial. | 0.50 | 355.00 |
| 07/22/13 | KAUFMAN, PHILIP | Review relevant exhibits in preparation for Lipps deposition (3.2); numerous emails with other parties' counsel re: discovery disputes in FGIC trial(1.8); review confidentiality designations (2.7); conferences with A. Levine re: same (.5) emails with S. Zide and N. Allard re: depositions, strategy, new developments (.9). | 9.10 | 8,554.00 |
| 07/22/13 | DOVE, ANDREW | Draft sections of response to JSNs' motion to disqualify counsel (9.7), conferring w/ D. Blabey (.7), review caselaw for same (2.5), and reviewing materials from docket (.8), further discussions with D. Blabey (.3). | 14.00 | 9,170.00 |
| 07/22/13 | ECKSTEIN, KENNETH H. | Review outline of response to JSN disqualification motion (.7); o/c with D. Blabey, D. Mannal, G. Horowitz re same (.9) | 1.60 | 1,584.00 |
| 07/22/13 | HOROWITZ, GREGORY A. | Meet with S. Zide re DQ motion(.6); meet with K. Eckstein, D. Blabey, D. Mannal re neutrality issues (.9);TC C. Shore re same (.7); e-mail K. Eckstein re same (.3); e-mail G. Lee, J. Levitt re same (.5); emails K. Eckstein re same (.2). | 3.20 | 2,864.00 |
| 07/22/13 | ZIDE, STEPHEN | Discussion with G. Horowitz re potential settlement of disqualification motion (.6); follow up email with G. Horowitz re same (.3). | 0.90 | 670.50 |
| 07/23/13 | BLABEY, DAVID E | Research for response to disqualification motion (4.2), discussions re same with J. Trachtman and A. Dove (.4); correspond with G. Horowitz and debtors counsel re response (.1). | 4.70 | 3,501.50 |
| 07/23/13 | LEVINE, ADINA C | E-mails with P. Kaufman re: expert depositions for FGIC trial. | 0.40 | 284.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00011 (MOTIONS)                                                Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/30/13 | KAUFMAN, PHILIP | Analysis of objections to FGIC 9019 motion (2.8); conferences with D. Eggermann re: reply to objections (1.1); draft revision to reply brief (2.9). | 6.80 | 6,392.00 |
| 07/30/13 | RINGER, RACHAEL L | E-mails with D. Eggermann and S. Zide re: FGIC confidentiality order (.4) | 0.40 | 224.00 |
| 07/31/13 | ZIDE, STEPHEN | Calls with K. Eckstein, J. Dubel and R. Wynne re FGIC litigation (.4); speak with D. Eggermann re same (.5); comment on draft pleadings re same (1.4). emails with D. Mannal re status of FGIC settlement (.2). | 2.50 | 1,862.50 |
| 07/31/13 | EGGERMANN, DANIEL M | Call w/creditor re FGIC settlement (1.0); review expert reports filed in connection with FGIC settlement (2.0); legal research in connection with UCC reply to objections to FGIC settlement (1.5); review and revise UCC reply (2.5), discussion with S. Zide re same (.5). | 7.50 | 5,812.50 |
| 07/31/13 | KAUFMAN, PHILIP | Draft, revision of response to 9019 objections (8.8); numerous e-mails with D. Eggermann and R. Ringer re: same (1.9); emails with supporting parties' counsel re: pretrial issues (.8) and review draft pretrial submissions (1.4). | 12.90 | 12,126.00 |
| 07/31/13 | RINGER, RACHAEL L | Discussion with M. Lightner re: FGIC confidentiality issues, e-mails with S. Zide and D. Eggermann re: same (.3), revise FGIC 9019 reply per P. Kaufman edits (2.0), e-mails with D. Eggermann, P. Kaufman and S. Zide re: same (.4) | 2.70 | 1,512.00 |
| 07/31/13 | ECKSTEIN, KENNETH H. | Review draft memo of law re FGIC settlement, comment re same (1.3); correspond with P. Kaufman re issues (.4); confer with D. Eggermanu re same (.4). | 2.10 | 2,079.00 |

TOTAL                                                                   549.40   $428,343.00

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 123

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 17, 2013
066069-00014 (TAX MATTERS)                                           Invoice No. 635898

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 07/08/13 | STOOPACK, HELAYNE O. | Disc. B. Herzog re: pre-submission issues for QSF (0.5), research and consideration re: same (2.3), review Plan (0.8), begin drafting pre-submission letter (0.7). | 4.30 | 3,461.50 |
| 07/08/13 | PETTIT, LAURENCE | Respond to B. Herzog questions re Assignment Agreement structure and related issues (0.6). | 0.60 | 525.00 |
| 07/08/13 | SAAB, SALLY K | Draft related to preparation of IRS Ruling Request (7.7), discussion with B. Herzog re same (.4). | 8.10 | 3,442.50 |
| 07/09/13 | STOOPACK, HELAYNE O. | Review of Plan and related documents re: tax issues (1.1), draft pre-submission for ruling request (2.1). | 3.20 | 2,576.00 |
| 07/09/13 | PETTIT, LAURENCE | Follow up emails re questions from B. Herzog regarding Assignment Agreement structure and scope of PSAs and related issues (0.7). | 0.70 | 612.50 |
| 07/09/13 | SAAB, SALLY K | Preparation of private Ruling Request Letter (5.8); correspondence re: same with M. Eisenberg, B. Herzog, J. Shifer (1.0). | 6.80 | 2,890.00 |
| 07/09/13 | HERZOG, BARRY | Review (1.0) and comment (1.2) on draft IRS LT ruling request. | 2.20 | 1,969.00 |
| 07/10/13 | ZIDE, STEPHEN | Discussions with B. Herzog and D. Mannal re PLR request and trustee (.7); follow up call with J. Dubel, B. Herzog and D. Mannal re same (.5); review and comment on PLR request (2); emails with B. Herzog re same (.3). Review (.3) and comment (.2) on draft liquidating trust agreement; emails with A. Dienstag and B. Herzog re same (.2). | 4.20 | 3,129.00 |
| 07/10/13 | MANNAL, DOUGLAS | Review interim liquidating trust agreement (.4); TCF w/ S. Zide and B. Herzog re: same (.7); prep for (.2); attend conference call with J. Dubel, S. Zide and B. Herzog re: PLR and interim trust (.5); email with R. Wynne re: same (.4) | 2.20 | 1,815.00 |
| 07/10/13 | STOOPACK, HELAYNE O. | Draft presubmission letter to IRS re: QSF status, REMIC tax issues (5.2); discussion with B. Herzog re QSF status (.4). | 5.60 | 4,508.00 |
| 07/10/13 | SAAB, SALLY K | Preparation of Ruling Request Letter (3.8); correspondence with B. Herzog re: same (.5). | 4.30 | 1,827.50 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/10/13 | HERZOG, BARRY | Review and comment on drafts of PLR request (1.8); discs re: same w/ S. Zide and D. Mannal (0.7); disc re QSF pre-sub conf submission w/ H. Stoopack (0.4); disc w. S. Zide, J. Dubel and D. Mannal re: PLR request (0.5); related emails w/S Zide (0.2); disc. w/ T. Humphreys re: PLR request (0.3); review of same (0.6). | 4.50 | 4,027.50 |
| 07/11/13 | MANNAL, DOUGLAS | Attend partial conference call w/ B. Herzog, S. Zide and Jones Day re: interim trust agreement and PLR (.6) | 0.60 | 495.00 |
| 07/11/13 | SAAB, SALLY K | Preparation private Ruling Request Letter. | 8.50 | 3,612.50 ✓ |
| 07/11/13 | HERZOG, BARRY | Revise PLR request (.9); conference call w/ S. Zide, D. Mannal, and Jones Day re: same and re: formation of Del trust (.6); call with S. Zide re PLR request open issues (1.5). | 3.00 | 2,685.00 |
| 07/11/13 | ZIDE, STEPHEN | Emails with A. Dienstag re PLR request (.2). Call with B. Herzog, J. Dubel, R. Wynne and D. Mannal re PLR for Liquidation Trust (.6); revise trust agreement (.7); calls with B. Herzog re PLR request open issues (1.5); email K. Eckstein issues re same (.3). | 3.30 | 2,458.50 |
| 07/12/13 | SAAB, SALLY K | Prepare of Ruling Request Letter. | 6.90 | 2,932.50 ✓ |
| 07/12/13 | HERZOG, BARRY | Review A. Dienstag's revisions to PLR request (.6) and comment (.5) on same. | 1.10 | 984.50 |
| 07/15/13 | SAAB, SALLY K | Revise Ruling Request Letter (3.4); discussion with B. Herzog re: same (0.6). | 4.00 | 1,700.00 |
| 07/15/13 | ZIDE, STEPHEN | Emails with B. Herzog re PLR request (.2); revise summary for UCC on same (.3); review draft trust agreement on same (.1). | 0.60 | 447.00 |
| 07/15/13 | HERZOG, BARRY | Draft summary of status of trust formation and PLR request (.4); review changes to PLR request (.2); discussion with S. Saab re same (.6). | 1.20 | 1,074.00 |
| 07/16/13 | ZIDE, STEPHEN | Emails with B. Herzog re comments to PLR (.5). | 0.50 | 372.50 |
| 07/16/13 | SAAB, SALLY K | Review Debtor comments to PLR Request (2.0); insert same changes (1.5); brief discussion with B. Herzog re PLR request (.1). | 3.60 | 1,530.00 |
| 07/17/13 | SAAB, SALLY K | Review Liquidating Trust Agreement (3.7); update PLR Request (.8), discussion with B. Herzog re: same (.3). | 4.80 | 2,040.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 18, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)   Invoice No. 0000635899

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/14/13 | CHERNYAK, YEKATERINA | Research for reply to DS objection. | 4.90 | 3,479.00 |
| 08/14/13 | ECKSTEIN, KENNETH H. | Revise brief re DS objections and chart (3.6); call with MoFo, S. Zide, R. Ringer re open issues re objections to DS (1.0). | 4.60 | 4,554.00 |
| 08/14/13 | FREJKA, ELISE S | Emails with D. Mannal, R. Ringer regarding RESPA Plaintiff's objection to Disclosure Statement (.2). | 0.20 | 157.00 |
| 08/14/13 | BESSNER, DEBORAH | Organize the DS and DS objections for Y. Chernyak. | 0.30 | 88.50 |
| 08/14/13 | RINGER, RACHAEL L | Review draft reply chart re: DS objections (.3), e-mails with S. Zide re: DS riders (.3), further revise DS (3.0), revise securities portions of DS riders (2.7), call with Mofo and S. Zide, K. Eckstein, D. Mannal, and D. Blabey re status of objections and resolutions re same (1), revise comments from Quinn to DS (1.8), significant revisions to reply summary chart re: DS objections (3.6), prepare UST DS riders (.2), further revise plan and e-mails with S. Zide re: same (.4). | 13.30 | 7,448.00 |
| 08/14/13 | HERZOG, BARRY | Review and mark revised plan and DS (3.0); related emails w/S Zide (0.3); review revised Alix spreadsheet of AFI tax benefits (0.3); analysis re: timing of effective date (0.3). | 3.90 | 3,490.50 |
| 08/14/13 | BECKER, BRYON | Search docket for Amendments 2-4 of APA in ResCap. | 0.70 | 206.50 |
| 08/14/13 | SHIFER, JOSEPH A | Confs with S. Martin and S. Zide re DS objection (.4), confs with D. Harris re solicitation issues (.6), draft extensive email to S. Zide re same (.7), revisions to creditor letters and notice re same (1.2), review Nassau County DS objection (.7), follow up conf with M. Rothchild (.4), research re same (.8) | 4.80 | 3,336.00 |
| 08/14/13 | MANNAL, DOUGLAS | Comments to sections of response to DS objection, including preliminary statement (2.1); email with counsel for co-defendants re: judgment reduction (.2); revise judgment reduction language in Plan (.5); tel w/ Mofo re: DS objections and response (1.3); tel w/Kirkland re: open plan/DS issues (.4); review revised DS chart and strategy to resolve objections (1.4). | 5.90 | 4,867.50 |
| 08/14/13 | BESSNER, DEBORAH | Email P. Bentley Syncora claims (.2) | 0.20 | 59.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED      November 18, 2013
066069-00004 (PLAN OF REORGANIZATION/DISCLOSURE STATEMENT)  Invoice No. 0000635899

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/15/13 | CHOUPROUTA, ANDREA | Prepare table of authorities for plan proponents' reply to DS objections. | 1.20 | 384.00 |
| 08/15/13 | ZHAO, LUCY R | Discuss Plan and Disclosure Statement comments w/ S. Zide and A. Dienstag (1.0); revise comments for distribution (1.5). | 2.50 | 1,637.50 |
| 08/15/13 | ZHAO, LUCY R | Review Plan changes to markup LTA | 0.70 | 458.50 |
| 08/15/13 | GRIBBON, SARA B | Cite check reply to Disclosure Statement Objections (7.5), review cases and statutes cited to in same (2.6) confer with D. Blabey and Y. Chernyak re same (.2), revise same (1.1), | 11.40 | 4,845.00 |
| 08/15/13 | ZHAO, LUCY R | Comment on revised plan. | 1.00 | 655.00 |
| 08/15/13 | DIENSTAG, ABBE L. | Review L. Zhao proposal revisions to Plan and DS (0.3); c/w S. Zide, L. Zhao re: comments on Plan (1.0); review omnibus reply to objections (1.0); e/m D. Blabey with thoughts on same (0.2); review of further plan revisions (0.3); e/ms L. Zhao re: same (0.1). | 2.90 | 2,537.50 |
| 08/15/13 | BESSONETTE, JOHN | Emails with D. Mannal, J. Sharret and C. Archer regarding FGIC and amendments to documents to extend approval dates, (.6) brief review of relevant agreements, (.7) revisions to amendments (1.1); emails with J. Sharret and C. Archer and R. Ringer regarding signatures, process, required parties (.4) | 2.80 | 2,310.00 |
| 08/15/13 | BLABEY, DAVID E | Discuss disclosure statement reply with S. Zide and D. Mannal (.5); discuss JSN inserts with S. Zide (.2) and edit same (.5); discuss Amherst reply with P. Bentley (.1); call with Debtors re reply and follow up discussion with D. Mannal and S. Zide (.4); numerous revisions to reply brief (9.3); discuss JSN issues with K. Eckstein (.2) and S. Zide (.1); discuss NCUA reply with A. Dove (.1); further discuss JSN reply with K. Eckstein, D. Mannal and S. Zide (.6); review AFI draft reply (.2); review and edit reply chart (2.1). | 14.30 | 10,653.50 |
| 08/15/13 | BENTLEY, PHILIP | Revise disclosure statement response to Amherst's disclosure statement objection (1.8), review DS response to objections (1.0). | 2.80 | 2,506.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED         November 18, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                            Invoice No. 0000635899

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 08/01/13 | GOODMAN, ALISSA R. | Review JSNs' opposition to motion to dismiss counterclaims (.3); review WIP (.1); call with Debtors' counsel re discovery (.4); conduct secondary review of internal and Committee professionals documents for responsiveness and privilege in preparation for production (9.6); discuss responses to interrogatories with A. Miller (.2); team meeting with C. Siegel, A. Miller, N. Hamerman, G. Horowitz, A. Sikes and M. Daneshrad re order of proof(1.0); meet with C. Siegel and S. Zide regarding document production (.8); meet with C. Siegel and G. Horowitz regarding document production and discovery issues (.2). | 12.60 | 8,946.00 |
| 08/01/13 | HAMERMAN, NATAN | Review mediation presentation (2.5); emails with J. Shifer re mediation materials (.5); emails re orders of proof (.3); meet with C. Siegel, A. Goodman, A. Miller, G. Horowitz, A. Sikes and M. Daneshrad re order of proof (1.0); research re: MTD (3.5). | 7.80 | 6,045.00 |
| 08/01/13 | SHIFER, JOSEPH A | Draft summary of JSN developments/issues (.8), emails with S. Zide re same (.4), confer with D. Bessner re JSN pleadings (.4), review JSN MTD pleadings and cases (2.2), emails with N. Hamerman re JSN mediation materials (.3), review JSN discovery materials (.6), and follow up emails with A. Goodman and S. Zide re same (.3). | 5.00 | 3,475.00 |
| 08/01/13 | CHASS, MARK | Review JSN response to MTD JSN counterclaims (.8), review debtors' draft answer to JSNs and first amended counterclaims (.7), review mediation slide decks (1.4), review Aurelius mediation presentation (.9). | 3.80 | 2,945.00 |
| 08/01/13 | DANESHRAD, MEGAN H | Review draft order of proof in preparation for JSN litigation team substantive issues meeting. | 2.10 | 1,281.00 |
| 08/01/13 | DANESHRAD, MEGAN H | Review draft agenda and sample order of proof in preparation for JSN litigation team substantive issues meeting. | 1.50 | 915.00 |
| 08/01/13 | DANESHRAD, MEGAN H | Prepare for (.7) and attend (1) meeting with C. Siegel, A. Goodman, N. Hamerman, G. Horowitz, A. Sikes and A. Miller re order of proof. | 1.70 | 1,037.00 |

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 60

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 18, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                              Invoice No. 0000635899

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 08/02/13 | ECKSTEIN, KENNETH H. | Call with G. Horowitz (.4),correspond with S. Zide (.4) both re: JSN litigation issues. | 0.80 | 792.00 |
| 08/04/13 | HAMERMAN, NATAN | Research (3) and prepare strategy (3) re: MTD. | 6.00 | 4,650.00 |
| 08/04/13 | SHARRET, JENNIFER | Review pleadings and underlying case-law re: Debtors' motion to dismiss JSN's counterclaim (1.5); correspondence with A. Byowitz re: same (.3) | 1.80 | 1,251.00 |
| 08/04/13 | BLABEY, DAVID E | Research on default interest and adequate protection for reply brief re: motion to dismiss. | 3.00 | 2,235.00 |
| 08/04/13 | GOODMAN, ALISSA R. | Edit responses and objections to document requests (.7); conduct second level review of internal documents for responsiveness, privilege for potential production (2) and redact in preparation for production (.4). | 3.10 | 2,201.00 |
| 08/04/13 | SHIFER, JOSEPH A | Emails with D. Blabey re JSN amended counterclaims (.4). | 0.40 | 278.00 |
| 08/05/13 | MILLER, ASHLEY S | Meet with N. Hamerman, J. Sharret, P. Farber, A. Byowitz and J. Shifer about motion to dismiss reply (1.3); review relevant pleadings re same (0.7). | 2.00 | 1,220.00 |
| 08/05/13 | SHARRET, JENNIFER | Attend part of meeting with N. Hamerman, A. Miller, J. Shifer, A. Byowitz and P. Farber re: response to JSN's reply to motion to dismiss. | 0.80 | 556.00 |
| 08/05/13 | SIEGEL, CRAIG L | TC with A. Goodman re: document production (.2); edit production letter (.3); review intercompany documents (.6); legal research re: Rule 9019 (2.6); final reviews of documents for production (.6); TC with N. Hamerman and M. Moses re: JSN-related issues (.5); TC with M. Daneshrad re: privilege log (.3); revise interrogatory responses (.2). | 5.30 | 4,107.50 |
| 08/05/13 | BLABEY, DAVID E | Draft reply in support of MTD JSN counterclaims (6.3); emails with G. Horowitz (.1) and N. Hamerman re same (.1). | 6.50 | 4,842.50 |
| 08/05/13 | FARBER, PEGGY | Meet w/N. Hamerman, A. Miller, A. Byowitz, J. Sharret, J. Shifer re MTD issues (1.3); revise letter to court re discovery issue (1.7); draft responses to discovery request (3.6); emails with A. Goodman and C. Siegel re: draft and revision of responses to discovery request (.5); revise responses according to C. Siegel's comments (.8); research (.5) and draft (.4) MTD section. | 8.70 | 6,481.50 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/07/13 | HOROWITZ, GREGORY A. | Confer D. Mannal re JSN priority issues (.3); meet with B. O'Neill re allocation (.5); review DS changes (.7); research public belief issue (2.2); call with S. Zide and J. Shifer, and JSN working group re JSN litigation and status of mediation (.6); meet with K. Eckstein re settlement issues (.8); meet with C. Siegel re agenda for upcoming meeting (.5); check Finnerty references (.6); litigation strategy meeting at MoFo (2.5); confer N. Hamerman re pre-existing duty rule (.5), research re same (1.0); correspond D. Blabey re reply brief (.7); comment on draft letter to Judge Glenn (.7) | 11.60 | 10,382.00 |
| 08/07/13 | HAMERMAN, NATAN | Correspond with J. Sharret, S. Gribbon re research (1.5); revise brief re: motion to dismiss (6.7); ; confer with A. Miller re JSN-related documents (1.0); confer with G. Horowitz re same (.5); confer with M. Arrango re tax (.4); discuss reply brief w/ D. Blabey (.1). | 10.20 | 7,905.00 |
| 08/07/13 | SHIFER, JOSEPH A | Research re JSN security agreements/indenture (.5), emails with C. Siegel re 9019 standards (.4), emails with S. Zide and D. Mannal re OID (.3); research re same (.8), emails with P. Farber, S. Zide, and R. Ringer re JSN discovery issues (.7), emails with K. Eckstein, G. Horowitz and S. Zide re JSN mediation issues (.3), confs with JSN working group, S. Zide and G. Horowitz re JSN issues (.6), research re cash collateral issues (2.4), follow up email to N. Hamerman re same (.4), | 6.40 | 4,448.00 |
| 08/07/13 | O'NEILL, P. BRADLEY | Meet G. Horowitz re: allocation (.5); review briefs re: motions to dismiss (1.7). | 2.20 | 1,815.00 |
| 08/07/13 | FOLEY, NICOLE | Conduct legal research re: JSN legal issues (1.3); review and analysis of case law re: same (3.7); conduct additional research of legal articles and journals re: JSN legal issues (2.4); analysis of same (1.5) | 8.90 | 5,829.50 |
| 08/07/13 | CHASS, MARK | Review multiple indentures, Trust Indenture Act re priority of claims (2.6), emails with J. Bessonette re same (.4), draft analysis re same (.4) | 3.40 | 2,635.00 |

Kramer Levin Naftalis & Frankel LLP                                                        Page No. 67

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 18, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                             Invoice No. 0000635899

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/07/13 | ECKSTEIN, KENNETH H. | Call Judge Peck re JSN mediation (.8); call with M. Sonkin (.3), T. Coleman (.3), corresp w/ G. Uzzi, J. Peck re mediation issues (.7); prepare mediation presentations (1.3), review all mediation materials for JSNs (1),emails with S. Zide re Intercompany claims (.5), meet with G. Horowitz re settlement issues (.8). | 5.70 | 5,643.00 |
| 08/07/13 | ZIDE, STEPHEN | Call with creditor re OID dispute (.5). | 0.50 | 372.50 |
| 08/08/13 | DANIELS, ELAN | Review response to motion to dismiss (.6) | 0.60 | 435.00 |
| 08/08/13 | SHARRET, JENNIFER | Correspondence with N. Hamerman re: JSN research issues (.3); review portion of reply to motion to dismiss (.5); correspondence with G. Horowitz and N. Hamerman re: same (.3); research re reply re: motion to dismiss (.3). | 1.40 | 973.00 |
| 08/08/13 | MILLER, ASHLEY S | Research tax allocation agreements (2); review draft of motion to dismiss reply (0.7) | 2.70 | 1,647.00 |
| 08/08/13 | FARBER, PEGGY | Conduct new research for letter application re: discovery disputes(1.1); draft section of MTD reply (2.8); answer inquiry from technical team re uploading of production (.2); TC with C. Siegel re JSN liens (.4); confer with N. Hamerman re reply brief (.5). | 5.00 | 3,725.00 |
| 08/08/13 | GOODMAN, ALISSA R. | Review portion of court transcript regarding motion to dismiss (.3); conduct second level review of privilege log (5.3); reviewed letter to Judge Glenn re: discovery disputes (.5) | 6.10 | 4,331.00 |
| 08/08/13 | DANESHRAD, MEGAN H | Continue draft in privilege log of documents with held after JSN production on privilege grounds. | 7.80 | 4,758.00 |
| 08/08/13 | ZIDE, STEPHEN | Emails with A. Goodman re JSN discovery issues (.4). Meet with K. Eckstein, D. Mannal re status of JSN mediation and next steps (1.6). Review and comment on JSN discovery letter to court (.2). | 2.20 | 1,639.00 |
| 08/08/13 | HOROWITZ, GREGORY A. | Edit letter to Judge Glenn re: discovery issues (1.9); revise reply brief re: motion to dismiss (5.2); review DS, comment on same (1.5); review JSN DS objections and proposed inserts (1.3); confer D. Blabey, S. Zide, D. Mannal re same (.7); confer with N. Hamerman re reply brief (.3). | 10.90 | 9,755.50 |

Kramer Levin Naftalis & Frankel LLP                                                Page No. 68

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 18, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                             Invoice No. 0000635899

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 08/08/13 | HAMERMAN, NATAN | Revise brief re: motion to dismiss (5.0); confer with P. Farber re same (1.5); confer with D. Blabey re same (.3); confer with G. Horowitz re same (.3). | 7.10 | 5,502.50 |
| 08/08/13 | SHIFER, JOSEPH A | Emails with litigation team re JSN document productions (.3), emails with A. Goodman and S. Zide re discovery privilege issues (.4) | 0.70 | 486.50 |
| 08/08/13 | O'NEILL, P. BRADLEY | Review briefs on MTD. | 2.20 | 1,815.00 |
| 08/08/13 | FOLEY, NICOLE | Conduct legal research re: JSN legal issues (0.4); analysis of case law re: same (2.7); review first day disclosures (2.2); meet w/ C. Siegel re: intercompanies (0.1); review intercompanies issue (1.9). | 7.30 | 4,781.50 |
| 08/08/13 | SIEGEL, CRAIG L | Meet w/ N. Foley to coordinate intercompany claim legal research (.1); revise discovery letter to court (.2); TC P. Farber re analysis of JSN- related issues claims (.4); analyze draft disclosure statement (.9); draft litigation update to committee (.4). | 2.00 | 1,550.00 |
| 08/08/13 | MANNAL, DOUGLAS | Office conference with K. Eckstein, S. Zide re: JSN mediation (1.6) | 1.60 | 1,320.00 |
| 08/08/13 | ECKSTEIN, KENNETH H. | Prep outline for JSN mediation(2.0), correspond with S. Zide re same (1.0); attend full afternoon and evening mediation w/JSN and Judge Peck (6.7); follow up meeting D. Mannal, S. Zide re mediation and follow up issues (1.6). | 11.30 | 11,187.00 |
| 08/09/13 | BLABEY, DAVID E | Review N. Hamerman draft of section of reply brief. | 0.20 | 149.00 |
| 08/09/13 | DANIELS, ELAN | Review response to MTD on adversary proceeding (.7) and correspondence with M. McPherson, G. Horowitz regarding same (.3). | 1.00 | 725.00 |
| 08/09/13 | FARBER, PEGGY | Emails w/ G. Horowitz re letter application to court (.2); TC to outside firm re filing and follow-up(.5); proofread reply brief (3.5). | 4.20 | 3,129.00 |
| 08/09/13 | SIKES, ALISON | Organize and maintain relevant documents regarding JSN Litigation. | 0.50 | 152.50 |
| 08/09/13 | SIKES, ALISON | Deliver production discs to S. Kam at Reed Smith for A. Goodman | 0.60 | 183.00 |
| 08/09/13 | GOODMAN, ALISSA R. | Emails with J. Shifer regarding discovery issues. | 0.30 | 213.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED    November 18, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)    Invoice No. 0000635899

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/09/13 | SIEGEL, CRAIG L | TC T. Toaso re Alix email production (.2); analyze draft confirmation scheduling order (.9); meet w/ N. Foley to discuss intercompany claims legal research (.2) | 1.30 | 1,007.50 |
| 08/09/13 | ECKSTEIN, KENNETH H. | Meet with D. Mannal, S. Zide, G. Horowitz, B. O'Neill re JSN litigation (2.2); call with S. Zide re JSN Claim to AFI settlement (.4). | 2.60 | 2,574.00 |
| 08/10/13 | HOROWITZ, GREGORY A. | Continue revisions of reply brief re: motion to dismiss (4.5). | 4.50 | 4,027.50 |
| 08/10/13 | SHIFER, JOSEPH A | Emails with G. Horowitz and J. Finnerty re JSN materials (.5), further research re JSN PPI issues (4.7), draft research email to K. Eckstein, S. Zide, and D. Blabey re same (.6) | 5.80 | 4,031.00 |
| 08/11/13 | ZIDE, STEPHEN | Emails with G. Horowitz re draft reply to JSN MTD (.4); review same (.3). Emails with G. Horowitz re expert retention (.1). | 0.80 | 596.00 |
| 08/11/13 | HOROWITZ, GREGORY A. | Revise reply brief re: motion to dismiss (8.5); e-mail group re Finnerty (.3). | 8.80 | 7,876.00 |
| 08/11/13 | SHIFER, JOSEPH A | Research re JSN intercreditor (1.3), emails with S. Zide re same (.5) | 1.80 | 1,251.00 |
| 08/11/13 | SIEGEL, CRAIG L | Emails with G. Horowitz re: finalizing reply brief. | 0.10 | 77.50 |
| 08/12/13 | KAUP, ANASTASIA N | Emails w/ C. Siegel, B. Wolf re: meeting to discuss prep. for trial and future proceedings (.2). | 0.20 | 99.00 |
| 08/12/13 | MILLER, ASHLEY S | Edit motion to dismiss reply brief (2.3); cite check motion to dismiss reply (2.4) | 4.70 | 2,867.00 |
| 08/12/13 | DANIELS, ELAN | Correspond with J. Shifer regarding intercreditor issues (.5). | 0.50 | 362.50 |
| 08/12/13 | FARBER, PEGGY | Revise line edits of brief re: motion to dismiss (2.9); analyze articles and case law re: expert witness (4.2); TC w/C. Siegel re reply brief (.1). | 7.20 | 5,364.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED        November 18, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                           Invoice No. 0000635899

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 08/12/13 | HAMERMAN, NATAN | Emails with G. Horowitz, S. Zide, P. Farber, C. Siegel re draft brief for motion to dismiss (1.5); review same (.5). | 2.00 | 1,550.00 |
| 08/12/13 | SHIFER, JOSEPH A | Confs with S. Zide re JSN risk analysis (.3), review analysis (.5), call with G. Horowitz, S. Zide, and T. Toaso re same (.7), emails with S. Zide re JSN mediation materials (.4), review order re OID discovery (.2) and emails with JSN litigation team re same (.2), research re PPI issues (1.8), emails with J. Sharret re same (.2), confs with S. Zide re same (.3), review JSN mediation data (.3), emails with S. Zide re same (.2). | 5.10 | 3,544.50 |
| 08/12/13 | FOLEY, NICOLE | Analysis of intercompany agreements and balances (4.1); analysis of intercompany transactions (2.2). | 6.30 | 4,126.50 |
| 08/12/13 | SIEGEL, CRAIG L | Finalize reply brief (5.5); TC P. Farber re edits to reply brief (.1); review privilege log and TC A. Goodman re same (.6). | 6.20 | 4,805.00 |
| 08/12/13 | MANNAL, DOUGLAS | Comments to JSN motion to dismiss pleading (1.4) | 1.40 | 1,155.00 |
| 08/13/13 | LINTZ, EDWARD M | Meeting with C. Siegel, A. Goodman, A. Kaup, B. Wolf, P. Farber and N. Foley re document review and trial prep (.5); coordinate training sessions and document review with vendor (3.6). | 4.10 | 2,029.50 |
| 08/13/13 | KAUP, ANASTASIA N | Meet w/ C. Siegel, A. Goodman, E. Lintz, B. Wolf re: document review and trial prep (.5); emails w/ TSGE. Lintz re: training for same (.2). | 0.70 | 346.50 |
| 08/13/13 | FOLEY, NICOLE | Meet w/ C. Siegel, P. Farber, A. Goodman, and E. Lintz, A. Kaup, B. Wolf re: deposition preparation (.5); review outstanding research issues (0.9); edits to JSN Litigation WIP Report (0.5); review MTD order (0.3); review intercompany issues (4.1); create chart analyzing intercompany claims (2.3). | 8.60 | 5,633.00 |
| 08/13/13 | WOLF, BENJAMIN | Meet with C. Siegel, A. Goodman, E. Lintz, A. Kaup, P. Farber re document review and deposition prep (.5); review produced documents in JSN litigation re: same and JSN amended answer (4.2). | 4.70 | 2,632.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 18, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                              Invoice No. 0000635899

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/13/13 | MILLER, ASHLEY S | Edit motion to dismiss reply (3.9); cite check motion to dismiss reply (3.9); further cite check motion to dismiss reply (0.6); emails with C. Siegel, P. Farber, and A. Sikes re motion to dismiss reply brief (0.6). | 9.00 | 5,490.00 |
| 08/13/13 | GUCCION, MARY K | Conf. w/ J. Shifer re confirmation research (.7); research JSN-related confirmation issues (3.3); further research re confirmation issue (2.7) and conf. w/ J. Shifer re results (.2). | 6.90 | 3,864.00 |
| 08/13/13 | DANIELS, ELAN | Revise reply brief in support of motion to dismiss (.6), email correspondence with C. Siegel regarding same (.5); review memorandum opinion and T/C with J. Shifer (.4); T/C with D. Blabey, M. McPherson regarding reply to motion to dismiss (.3) | 1.80 | 1,305.00 |
| 08/13/13 | BESSNER, DEBORAH | Correspond w/ A. Sikes re Committee filing of motion to dismiss (2); emails with C. Siegel re same (.2). Proofread reply brief re: motion to dismiss (.8); Prepare and assist with filing (4.7), file (.3) and serve (.5). | 8.50 | 2,507.50 |
| 08/13/13 | FARBER, PEGGY | Line edit reply brief re: motion to dismiss (4.6); shephardize authorities for reply brief (1.8); correspond re draft with C. Siegel, A. Miller, G. Horowitz, J. Shifer, D. Bessner, & D. Blabey and incorporate results in reply brief (2.4); meet with C. Siegel, N Foley, A. Goodman, & E. Lintz re doc review (.5); edit reply brief (1.9); research re citations from docket sheet (.5); arrange meeting with common interest lawyers (.5). | 12.20 | 9,089.00 |
| 08/13/13 | ZIDE, STEPHEN | Emails with G. Horowitz and C. Siegel re finalizing JSN reply (.3); review changes to same (.3). Draft JSN litigation risk analysis (2); discussions with AlixPartners, G. Horowitz and K. Eckstein re same (1.0); correspond with R. Ringer re update to UCC on same (.2). Review JSN decision on MTD (2.2). | 6.00 | 4,470.00 |
| 08/13/13 | BLABEY, DAVID E | Edits to reply brief re MTD counterclaims (2.7); emails re: cite checks with P. Farber (.1); review JSN reply brief (.2) and emails with S. Zide and J. Shifer re same (.3); TC with E. Daniels and M. McPherson re reply to MTD (.3). | 3.60 | 2,682.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 18, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                             Invoice No. 0000635899

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 08/13/13 | GOODMAN, ALISSA R. | Review court's order regarding motion to dismiss (2); conduct second level review of privilege log for edits (5.5); correspondence with J. Shifer re discovery issues (.2), spoke to C. Siegel regarding discovery issues (.2); meet with E. Lintz, N. Foley, A. Kaup, B. Wolf, P. Farber, C. Siegel re review of produced documents (.5); correspond with E. Tobin regarding discovery (.3); email s with C. Siegel and E. Lintz regarding discovery issues (.2). | 8.90 | 6,319.00 |
| 08/13/13 | O'NEILL, P. BRADLEY | Revise Reply Brief re: JSN's counterclaims (6.5); CF with G. Horowitz re: same (.5); conferences C. Siegel re: same (.2). | 7.20 | 5,940.00 |
| 08/13/13 | SIKES, ALISON | Assist C. Siegel and P. Farber with the filing of "Reply Brief in Supp. of MTD certain of Defs' Counterclaims." | 7.90 | 2,409.50 |
| 08/13/13 | SIKES, ALISON | Cite check "Reply Brief in Supp. of MTD certain of Defs' Counterclaims." | 4.80 | 1,464.00 |
| 08/13/13 | HOROWITZ, GREGORY A. | Revise reply brief re: motion to dismiss (6.5); discussions with D. Mannal re same (.7); discussions with C. Siegel re same (.4), correspond with E Daniels re same (.4); review JSN lit risk analysis (2.5); confer S. Zide, K. Eckstein re same (1.0); review MTD decision (.4); TC T. Toaso, S. Zide re same (.3); confer B. O'Neill re brief, allocation (.5); emails with C. Siegel re same (.2). | 12.90 | 11,545.50 |
| 08/13/13 | HAMERMAN, NATAN | Emails with S. Zide, G. Horowitz, J. Shifer re decision on MTD (.4); emails with C. Siegel re document review (.1); emails with B. Herzog re tax issue (.1); emails with C. Siegel re brief (.3). | 0.90 | 697.50 |
| 08/13/13 | SHIFER, JOSEPH A | Review JSN MTD reply (1.2), emails with S. Zide and D. Blabey re same (.3), revise committee MTD reply (2.4), research re PPI issues (.8), confs with M. Guccion re same (.7), review Committee MTD order (.8), draft update re same (.7), emails with A. Goodman re discovery issues (.6), research re JSN collateral (.5), emails with D. Bessner and D. Mannal re same (.6). | 8.60 | 5,977.00 |

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED                November 18, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                                    Invoice No. 0000635899

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 08/13/13 | MANNAL, DOUGLAS | O/C with K. Eckstein re: JSN ad pro and strategy (.9); research default interest issues provision (.8) revise JSN pleading re: motion to dismiss(1.4); discussions with G. Horowitz re: same (.7). | 3.80 | 3,135.00 |
| 08/13/13 | SIEGEL, CRAIG L | Edit motion to dismiss reply preliminary statement (.7); research legal and factual issues for same (6.1); extensively edit reply brief on motion to dismiss for filing (8/6); edit exhibit to disclosure statement (.1); prepare for (1.4) and lead document review meeting with E. Lintz, B. Wolf, A. Kaup, N. Foley, A. Goodman, and P. Farber (.5); TC A. Goodman re privilege log (.2) TC G. Horowitz re edits to reply brief (.4). | 18.00 | 13,950.00 |
| 08/14/13 | KAUP, ANASTASIA N | Review filings re: JSN adversary proceedings (2.3); T/C w/ A. Miller re: review of certain set of documents re: tax issues (.5);  emails w/ KL Team, Alix team re: reviewing documents to prepare fact witnesses for trial (.4). | 3.20 | 1,584.00 |
| 08/14/13 | LINTZ, EDWARD M | Call with E. Daniels, M. Chass, C. Siegel, and A. Goodman re documents needed for depositions (1.1); call with representatives from AlixPartners to discuss document review (0.3); call with A. Goodman, J. Morris and J. Rosell re discovery (0.3); meeting with A. Goodman re discovery (0.5); additional meeting with A. Goodman re discovery(0.3); review of Examiner's Report re preparation for depositions (6.9). | 9.40 | 4,653.00 |
| 08/14/13 | WOLF, BENJAMIN | Emails with conference center re same (.2); review research re: witness prep for JSN litigation (3.9). | 4.10 | 2,296.00 |
| 08/14/13 | MILLER, ASHLEY S | Discussion with A. Kaup re: tax issues for JSN litigation (0.5); review relevant documents re: same (2.6). | 3.10 | 1,891.00 |
| 08/14/13 | DANIELS, ELAN | T/C with C. Siegel, M. Chass, E. Lintz, A. Goodman regarding CFDR database (1.1); follow-up with M. Chass regarding same (.1) | 1.20 | 870.00 |
| 08/14/13 | GUCCION, MARY K | Correspondence w/ J. Shifer re JSN issues (.4); research re: same (4.5); review articles re same (1.0). | 5.90 | 3,304.00 |

Kramer Levin Naftalis & Frankel LLP                                     Page No. 79

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED        November 18, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                           Invoice No. 0000635899

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/15/13 | O'NEILL, P. BRADLEY | Meet with G. Horowitz, C. Siegel re: JSN claims (1.0); correspond with G. Horowitz re: preference defense (.6); meet with E. Lintz, G. Horowitz, C. Siegel, P. Farber, A. Goodman, and co-counsel re: trial preparation (2.0); review letter to the Court re: discovery (.5); review emails from B. Schulman re: consultant (.2); emails with B. Schulman re: same (.3). | 4.60 | 3,795.00 |
| 08/15/13 | HAMERMAN, NATAN | Emails with G. Horowitz re discovery (.2). | 0.20 | 155.00 |
| 08/15/13 | GOODMAN, ALISSA R. | Review Committee's reply to motion to dismiss (.6); preliminary review the Committee's STN motion (.2); conduct second level review of documents for privilege log to edit same (6.1); speak to C. Siegel regarding discovery (.6); meeting with debtors' counsel, B. O'Neill, G. Horowitz, P. Farber, E. Lintz, C. Siegel (2); meet with P. Farber regarding privilege log and discovery (.5); call with C. Siegel, E. Lintz, P. Farber re status of review (.2). | 10.20 | 7,242.00 |
| 08/15/13 | SHIFER, JOSEPH A | Emails with A. Goodman re JSN discovery issues (.6), correspond with K. Eckstein, D. Mannal and G. Horowitz re JSN issues (.5). | 1.10 | 764.50 |
| 08/15/13 | MANNAL, DOUGLAS | Revise Debtor disclosure for JSN issues (.5), emails with MoFo re: same (.6). | 1.10 | 907.50 |
| 08/15/13 | BESSNER, DEBORAH | Insert edits into JSN Disclosure Statement riders for S. Zide. | 0.60 | 177.00 |
| 08/15/13 | BESSNER, DEBORAH | Compile binder of cases cited in the JSN motion to dismiss reply (2.0) and create index re same (.5). | 2.50 | 737.50 |
| 08/15/13 | SIEGEL, CRAIG L | TC A. Goodman re privilege log (.6); meet w/ B. O'Neill and G. Horowitz re trial (1); updated work in progress chart (.2); review 30b6 subpoenas (.3); TC E. Lintz, A. Goodman, and P. Farber to coordinate document review (.2); analyze JSN discovery letter (.3); analyze UMB motion to dismiss decision and lien background documents (1.9); participate in JSN litigation strategy meeting with Debtors' counsel, B. O'Neill, G. Horowitz, P. Farber, E. Lintz, and A. Goodman (2). | 6.50 | 5,037.50 |

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 88

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 18, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                             Invoice No. 0000635899

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/21/13 | FARBER, PEGGY | Edit privilege log (8.3); meet with technical advisor, H5, and G. Horowitz, Pachulski reps, C. Siegel, E. Lintz, B. Schulman re discovery issues (3.0). | 11.30 | 8,418.50 |
| 08/21/13 | SCHULMAN, BRENDAN M. | Emails to LTS re email alias for JSN counsel list (0.4); Prepare for H5 meeting (0.7); Attend H5 meeting with common interest counsel and G. Horowitz, , C. Siegel, E. Lintz, N. Foley, P. Farber (3.0); emails TSG and counsel re email list (0.3); confer C. Siegel re discovery (0.4). | 4.80 | 3,768.00 |
| 08/21/13 | CHOUPROUTA, ANDREA | Assist with filing and proper protocol for letter to Judge re: JSN discovery (.5) and emails with D. Bessner re: same (.2). | 0.70 | 224.00 |
| 08/21/13 | SIEGEL, CRAIG L | Revise discovery letter (1.4); meet with H5, and G. Horowitz, P. Farber, E. Lintz, B. Schulman and co-counsel to analyze issues and prepare for document review (3.0); TC R. Ringer re 341 transcript (.1); review discovery letter (1); participate in portion of discovery conference call with G. Horowitz, MoFo, Curtis, Pachulski (.9) | 6.40 | 4,960.00 |
| 08/21/13 | CHASS, MARK | Review draft JSN expert report of Centerview (1.4), review stipulation re 547(c)(5) defense (.3), review email correspondence re JSN litigation update (.2) | 1.90 | 1,472.50 |
| 08/21/13 | BESSNER, DEBORAH | Correspond with C. Siegel and A. Sikes re letter to Judge Glenn. | 2.00 | 590.00 |
| 08/22/13 | LINTZ, EDWARD M | Coordinate with Pachulski and document review vendor re: pulling selected documents from the Debtor's production for review (0.6); review documents received from Debtor's production re: relevance to JSN litigation strategy (1.7); arrange phone conference with H5 document review team and law firms to discuss review protocols (0.2) | 2.50 | 1,237.50 |
| 08/22/13 | KAUP, ANASTASIA N | Review pleadings (.5), and correspondence (.7) filed in JSN adversary proceeding re: discovery issues; review emails with G. Horowitz, C. Siegel, E. Lintz re: same (.2). | 1.40 | 693.00 |
| 08/22/13 | FOLEY, NICOLE | Analyze of agreements related to JSNs (2.4); review e-mails re: discovery conference (0.1) | 2.50 | 1,637.50 |
| 08/22/13 | MILLER, ASHLEY S | Review Examiner Report for discussion of claims against AFI | 2.10 | 1,281.00 |

Kramer Levin Naftalis & Frankel LLP                                                           Page No. 107

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 18, 2013
066069-00008 (JSN ADVERSARY PROCEEDINGS)                             Invoice No. 0000635899

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/30/13 | HOROWITZ, GREGORY A. | Correspondence C. Kerr, S. Zide re protocol and JSN discovery issues (.8); e-mails S. Zide, K. Eckstein re: same (.3); review JSN redline to protocol (.4). | 1.50 | 1,342.50 |
| 08/30/13 | CHASS, MARK | Review security agreement re JSN lien on intercompany claims (.3), review DIP order, complaint re same (1.1), review UCC filings re JSN lien issues (.6), analyze defenses to JSN liens on same (3.2), emails with K. Eckstein, S. Zide re same (.6) | 5.80 | 4,495.00 |
| 08/30/13 | HAMERMAN, NATAN | Review relevant produced documents in JSN litigation re: JSN liens (1.8); correspondence with G. Horowitz and J. Morris re depo prep (.7); call with G. Horowitz and adversary re contention questions (.7); research re AFI LOC(.4); review additional collateral pledges (.5); review new H5 documents (1.0); prepare outline for deposition (1.5); organize documents and exhibits for same (1.0). | 7.60 | 5,890.00 |
| 08/30/13 | SIKES, ALISON | Compile Pachulski UCC documents and deposition files. | 1.20 | 366.00 |
| 08/30/13 | SIKES, ALISON | Pull lien documents re: JSN liens from document database. | 3.00 | 915.00 |
| 08/30/13 | SIKES, ALISON | Compile Pachulski Deposition materials for N. Hamerman for Wells Fargo deposition. | 3.00 | 915.00 |
| 08/31/13 | KAUP, ANASTASIA N | Research re: JSN plan treatment issues (6.2); emails w/ M. Chass re: same (.1). | 6.30 | 3,118.50 |
| 08/31/13 | GOODMAN, ALISSA R. | Review e-mails from C. Siegel, N. Hamerman regarding discovery. | 0.10 | 71.00 |
| 08/31/13 | O'NEILL, P. BRADLEY | Review examiner report re: identified claims. | 2.50 | 2,062.50 |
| 08/31/13 | HOROWITZ, GREGORY A. | Review JSN comments on scheduling order (.3); e-mail with D. Zensky re same (.3) | 0.60 | 537.00 |

**TOTAL**                                                                        1,715.40   $1,205,925.00

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 18, 2013
066069-00011 (MOTIONS)                                               Invoice No. 0000635899

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 08/01/13 | EGGERMANN, DANIEL M | Review (3.0) and revise (2.1) brief on FGIC settlement; legal research re same (1.7), speak with S. Zide re: same (.2). | 7.00 | 5,425.00 |
| 08/01/13 | RINGER, RACHAEL L | Draft Committee update e-mail re: FGIC reply (.5), revise same, e-mails with S. Zide re: same (.4). | 1.30 | 728.00 |
| 08/02/13 | GRIBBON, SARA B | Finalize edits/cite checks to brief (.4) and correspondence with D. Eggermann re same (.2) | 0.60 | 255.00 |
| 08/02/13 | KAUFMAN, PHILIP | Final revisions to reply to FGIC 9019 objections (3.4); conferences with D. Eggermann re: same (1.7); review revised drafts of replies of other supporting parties (2.8); numerous emails with other supporting parties re: pre-trial matters for FGIC litigation (1.7). | 9.60 | 9,024.00 |
| 08/02/13 | ECKSTEIN, KENNETH H. | Review pleadings filed re FGIC (1.0) comment re same (.4) | 1.40 | 1,386.00 |
| 08/02/13 | BESSNER, DEBORAH | Prepare for (1) and file (.5) the Committee's statement in support of the Debtors' motion re FGIC Settlement Agreement. | 1.50 | 442.50 |
| 08/02/13 | EGGERMANN, DANIEL M | Review (2.5) and revise (2.0) brief on FGIC settlement; conference with P. Kaufman re: same (1.7). | 6.20 | 4,805.00 |
| 08/02/13 | FREJKA, ELISE S | Draft letter to Court regarding status of Rothstein matter as per Court instruction (.6); correspondence re: same with D. Mannal (.2); calls with J. Bernbrock regarding same (.2); review Kirkland comments to draft Rothstein status letter (.2); revise same per conversation with J. Bernbrock (.1); email to S. Engelhardt, N. Rosenbaum, M. Strauss, D. Maunal, A. Dove J. Bernbrock regarding intention to file status letter on August 5, 2013 (.1). | 1.40 | 1,099.00 |
| 08/02/13 | RINGER, RACHAEL L | Proof FGIC reply (.7), prepare same for filing (.5). | 1.20 | 672.00 |
| 08/05/13 | BESSNER, DEBORAH | Prepare index (.7) and compile binder (1.3) re FGIC Settlement Agreement. | 2.00 | 590.00 |
| 08/05/13 | KAUFMAN, PHILIP | Emails with D. Eggermann re: FGIC pre-trial issues (.7); numerons emails with supporting parties' counsel re: 8/9 filings and other pre-trial matters (1.7) | 2.40 | 2,256.00 |

Kramer Levin Naftalis & Frankel LLP                                                Page No. 119

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 18, 2013
066069-00011 (MOTIONS)                                               Invoice No. 0000635899

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/09/13 | GRIBBON, SARA B | Confer with D. Eggermann re privilege issues and legal research for FGIC settlement (.3), legal research re privilege issues (5.1) | 5.40 | 2,295.00 |
| 08/09/13 | KAUFMAN, PHILIP | Conference call with Debtors' counsel re: motions in limine and strategy for FGIC trial (.8); numerous emails with supporting parties' counsel (Debtors, FGIC, Trustees) re: pretrial matters (2.3); conferences with D. Eggermann re: trial strategy and motions in limine (1.1); continued analysis of deposition transcripts and declarations (3.7); review exhibit lists (2.5) | 10.40 | 9,776.00 |
| 08/09/13 | EGGERMANN, DANIEL M | Research re motions in limine in connection with FGIC settlement (2.4); calls w/ P. Kaufman re same (1.1); draft UCC statement re same (1.5) | 5.00 | 3,875.00 |
| 08/10/13 | EGGERMANN, DANIEL M | Draft UCC response to motions in limine | 4.50 | 3,487.50 |
| 08/11/13 | GRIBBON, SARA B | Legal research re FGIC settlement (.8) and correspondence with D. Eggermann re same (.1) | 0.90 | 382.50 |
| 08/12/13 | KAUFMAN, PHILIP | Revise response to motions in limine (6.3); conference with D. Eggermann re: same (.5) | 6.80 | 6,392.00 |
| 08/12/13 | GRIBBON, SARA B | Legal research re FGIC reply (5.2) and confer with D. Eggermann re same (.2), cite check MIL response (2.7) | 8.10 | 3,442.50 |
| 08/12/13 | EGGERMANN, DANIEL M | Revise UCC response to motions in limine in connection with FGIC settlement (1.9); conference with P. Kaufman re: same (.5), call w/ Settlement Parties re same (.7); review Settlement Parties' replies to motions in limine (.5), confer with S. Gribbon re: same (.2). | 3.80 | 2,945.00 |
| 08/13/13 | GRIBBON, SARA B | Cite checking/proofreading response to Motion in Limine for FGIC litigation (1.8) and correspondence with D. Eggermann re same (.2) | 2.00 | 850.00 |
| 08/13/13 | KAUFMAN, PHILIP | Final revisions to response to in limine motions (1.2); prepare for trial, including analysis of declarations (2.7) and draft cross-exam outlines (4.0); calls with settling parties' counsel re: pretrial issues (2.2); conferences with D. Eggermann re: pretrial matters and strategy (.8). | 10.90 | 10,246.00 |

Kramer Levin Naftalis & Frankel LLP                                                          Page No. 148

RESIDENTIAL CAPITAL, LLC, ET AL - OFFICIAL CMTE OF UNSECURED          November 18, 2013
066069-00019 (FEE STATEMENTS/APPLICATIONS)                          Invoice No. 0000635899

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 08/02/13 | RINGER, RACHAEL L | E-mails with Analytic Focus re: fee app (.5), e-mails with D. Bessner and N. Allard re: fee app (.2), revise fee application (2.1), call with S. Zide re: same (.4). | 3.20 | 1,792.00 |
| 08/05/13 | RINGER, RACHAEL L | Review billing for confidentiality and privilege issues in preparation for next interim fee application (.9), e-mails with D. Bessner, A. Chouprouta re: same (.5) | 1.40 | 784.00 |
| 08/06/13 | CHOUPROUTA, ANDREA | Prepare chart of professionals (2.7); matters (1.3); and expenses (1.4) each for inclusion in fee application. | 5.40 | 1,728.00 |
| 08/06/13 | BESSNER, DEBORAH | Edit Third Interim Fee Application (9.3), update Committee Fee Application chart (1.0), conference with R. Ringer and B. Becker re: same (.5). | 10.80 | 3,186.00 |
| 08/06/13 | BECKER, BRYON | Review interim fee application (.6); assist in editing application (1.1); conf. w/ D. Bessner and R. Ringer re same (.5); emails with R. Goot, F. Arias re same (.5) | 2.70 | 796.50 |
| 08/06/13 | ZIDE, STEPHEN | Mark up draft third interim fee application (2); follow up with R. Ringer re same (.3). | 2.30 | 1,713.50 |
| 08/06/13 | CHOUPROUTA, ANDREA | Revisions to interim fee application (1.2). | 1.20 | 384.00 |
| 08/06/13 | SHIFER, JOSEPH A | Draft section of fee app re JSNs and sale issues (3.2), emails with R. Ringer re same (.3) | 3.50 | 2,432.50 |
| 08/06/13 | RINGER, RACHAEL L | Revise portions of fee application (4.2), revise JF Morrow fee application (.4), revise SMBP fee application, e-mail to E. Bergstrom re: same (.5), review summary chart re: Committee fee applications (.7), revise Coherent fee application (.2), continue revising KL fee application (2.8), conference with B. Becker and D. Bessner re: same. | 8.80 | 4,928.00 |
| 08/07/13 | CHOUPROUTA, ANDREA | Proof and electronically file committee professionals' interim fee applications. | 2.00 | 640.00 |
| 08/07/13 | ECKSTEIN, KENNETH H. | Comment on draft fee application (1.3), c/w R. Ringer re same (.4) | 1.70 | 1,683.00 |
| 08/07/13 | BESSNER, DEBORAH | Insert edits into Third Interim Fee Application (5), proofread fee application (2), redact time entries (2), assist in filing (.3). | 9.30 | 2,743.50 |
| 08/07/13 | BECKER, BRYON | Revise interim fee application (1.3); file other professionals' applications (.5); finalize interim fee application (1.3). | 3.10 | 914.50 |

# EXHIBIT  M

**Invoice number  103105**      73839  00001                                    **Page  2**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/13 | JAM | Review motion to dismiss (3.7); telephone conference with R. Feinstein, H. Kevane, Kramer Levin re motion to dismiss (partial participation) (.4); telephone conference with R. Feinstein, H. Kevane re motion to dismiss (.1). | 4.20 | 835.00 | $3,507.00 |
| 05/01/13 | JHR | Review defendants' partial answers to JSN complaint | 1.60 | 450.00 | $720.00 |
| 05/01/13 | JHR | Review motion to dismiss JSN complaint | 2.20 | 450.00 | $990.00 |
| 05/01/13 | JHR | Review Kramer Levin revisions to Debtors' JSN complaint | 0.60 | 450.00 | $270.00 |
| 05/01/13 | JHR | Review H. Kevane summary of responses to JSN complaint for Committee | 0.30 | 450.00 | $135.00 |
| 05/02/13 | HCK | Memos to/from R. Feinstein re MTD response. | 0.10 | 850.00 | $85.00 |
| 05/02/13 | HCK | Memos to/from M. Landy, et al. re further factual support re MTD. | 0.40 | 850.00 | $340.00 |
| 05/02/13 | HCK | Telephone call with R. Feinstein re reply to MTD and memos to/from J. Morris re allocation/response deadlines. | 0.40 | 850.00 | $340.00 |
| 05/02/13 | RJF | Internal emails regarding MTD briefing schedule. | 0.30 | 975.00 | $292.50 |
| 05/02/13 | JAM | E-mails with R. Feinstein, H. Kevane re mtd briefing schedule (.2); e-mails with R. Feinstein, H. Kevane, J. Rosell re outline of motion to dismiss (.2). | 0.40 | 835.00 | $334.00 |
| 05/03/13 | DAZ | Review UMB and Wells Fargo initial disclosures. | 0.20 | 975.00 | $195.00 |
| 05/03/13 | DAZ | Review pleadings and correspondence re Plan and impact of JSN's. | 0.50 | 975.00 | $487.50 |
| 05/03/13 | HCK | Review Debtors motion for JSN partial paydown motion (.7); and memos to/from R. Feinstein re same (.2). | 0.90 | 850.00 | $765.00 |
| 05/03/13 | HCK | Memos to/from J. Morris re MTD schedule. | 0.20 | 850.00 | $170.00 |
| 05/03/13 | HCK | Memos to/from R. Feinstein, et al. re JSN paydown motion, Dehtor complaint vs. JSN and settlement proposals. | 1.10 | 850.00 | $935.00 |
| 05/03/13 | RJF | Review plan term sheet. | 0.30 | 975.00 | $292.50 |
| 05/03/13 | RJF | Review draft motion for JSN paydown. | 0.30 | 975.00 | $292.50 |
| 05/03/13 | JAM | Review draft motion to pay down JSN secured debt (.7); review motion to dismiss JSN complaint (2.8). | 3.50 | 835.00 | $2,922.50 |
| 05/03/13 | JHR | Prepare document production of Rule 26(a) initial disclosures | 2.70 | 450.00 | $1,215.00 |
| 05/05/13 | JHR | Briefly review Debtors' complaint against UMB Bank | 0.80 | 450.00 | $360.00 |
| 05/05/13 | JHR | Review current plan term sheet and Ally settlement | 0.70 | 450.00 | $315.00 |
| 05/06/13 | HCK | Research re draft (1.0); Draft MTD response re Excluded Assets (2.60). | 3.60 | 850.00 | $3,060.00 |
| 05/06/13 | HCK | Telephone call with J. Shifer re JSN paydown order. | 0.20 | 850.00 | $170.00 |
| 05/06/13 | HCK | Memos to/from J. Morris, et al. re JSN paydown motion and order, MTD scheduling stipulation and Akin comments to confidentiality agreement. | 1.10 | 850.00 | $935.00 |
| 05/06/13 | HCK | Telephone call with J. Rosell re confidentiality agreement and other issues. | 0.30 | 850.00 | $255.00 |
| 05/06/13 | HCK | Memos to/from Shifer/Goren re JSN paydown motion. | 0.20 | 850.00 | $170.00 |
| 05/06/13 | HCK | Review J. Rosell draft of MTD response outline. | 0.20 | 850.00 | $170.00 |

**Invoice number  103105**        73839    00001                                          **Page  3**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/06/13 | HCK | Memos to/from J. Rosell re Committee initial disclosures. | 0.10 | 850.00 | $85.00 |
| 05/06/13 | RJF | Review draft letter regarding plan settlement. | 0.30 | 975.00 | $292.50 |
| 05/06/13 | RJF | Internal emails regarding JSN paydown motion and order. | 0.30 | 975.00 | $292.50 |
| 05/06/13 | JAM | Review proposed order re pay down of secured debt (.4); review revised motion to pay down secured debt (.3); review draft settlement documents (1.2); draft stipulation re motion to dismiss (.6); Committee call re settlement (.8); review Puntus deposition (cash collateral) (3.0); review of settlement documents (.5). | 6.80 | 835.00 | $5,678.00 |
| 05/06/13 | JHR | Revise JSN confidentiality agreement per Akin Gump comments | 1.20 | 450.00 | $540.00 |
| 05/06/13 | JHR | Draft outline re: response to motion to dismiss | 3.10 | 450.00 | $1,395.00 |
| 05/06/13 | JHR | Revise outline of response to motion to dismiss | 1.50 | 450.00 | $675.00 |
| 05/06/13 | JHR | Review initial disclosure documents in anticipation of production | 0.60 | 450.00 | $270.00 |
| 05/07/13 | DAZ | Review draft outline re MTD. | 0.30 | 975.00 | $292.50 |
| 05/07/13 | DAZ | Research disallowance issue. | 1.00 | 975.00 | $975.00 |
| 05/07/13 | DAZ | Preparation for (.2); and participation on team call with R. Feinstein, R. Orgel, J. Morris, H. Kevane, J. Rosell  re JSN litigation issues and MTD (.8). | 1.00 | 975.00 | $975.00 |
| 05/07/13 | HCK | All-hands call D. Ziehl,  R. Feinstein, R. Orgel, J. Morris, H. Kevane, J. Rosell re MTD response outline and follow-up memos re further research. | 0.80 | 850.00 | $680.00 |
| 05/07/13 | HCK | Memos to/from J. Morris, et al. re MTD stipulation, tasks. | 0.20 | 850.00 | $170.00 |
| 05/07/13 | HCK | Further draft/research response to UMB MTD. | 0.40 | 850.00 | $340.00 |
| 05/07/13 | HDH | Research repo "true sale" issue | 0.60 | 695.00 | $417.00 |
| 05/07/13 | HDH | Conference with Robert B. Orgel regarding motion to dismiss | 0.30 | 695.00 | $208.50 |
| 05/07/13 | HDH | Telephone conference with Jason H. Rosell regarding motion to dismiss | 0.10 | 695.00 | $69.50 |
| 05/07/13 | HDH | Review and analysis of motion to dismiss | 1.10 | 695.00 | $764.50 |
| 05/07/13 | HDH | Research disallowance / avoidance issue for MTD response. | 0.30 | 695.00 | $208.50 |
| 05/07/13 | RBO | Telephone call to Jason H. Rosell, Henry C. Kevane regarding motion to dismiss (.2); telephone conference with John A. Morris regarding game (.2); telephone conference with Harry D. Hochman, M. Kulick for Repo research (.2); office conference with Harry D. Hochman regarding Repo research (.1); preparation of message to Harry D. Hochman with documents (.2) | 0.90 | 915.00 | $823.50 |
| 05/07/13 | RBO | W/ R. Feinstein, H. Kevane, D. Ziehl. R. Orgel, J. Morris and J. Rosell, review MTD response outline (.2); and join call re MTD response (.8); and office conference with Harry D. Hochman re same (.3). | 1.30 | 915.00 | $1,189.50 |
| 05/07/13 | RJF | Call with H. Kevane, D. Ziehl , R. Orgel, J. Morris and J. Rosell regarding drafting MTD repsonse brief, substantive arguments. | 0.50 | 975.00 | $487.50 |

**Invoice number  103105**        73839   00001                                          **Page  4**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/07/13 | RJF | Review outline of arguments for opposition to JSN's motion to dismiss. | 0.50 | 975.00 | $487.50 |
| 05/07/13 | JAM | Revise scheduling stipulation (.1); communications with M. Bove, J. Rosell re scheduling stipulation (.1); work on opposition to motion to dismiss (4.8); telephone conference with R. Feinstein, D. Ziehl, J. Rosell, R. Orgel re status, settlement (.3); telephone conference with R. Feinstein, D. Ziehl, H. Kevane, R. Orgel, J. Rosell re opposition to motion to dismiss (.8). | 6.10 | 835.00 | $5,093.50 |
| 05/07/13 | JHR | Conference call with D. Ziehl, R. Feinstein and R. Orgel re: status of settlement negotiations. | 0.40 | 450.00 | $180.00 |
| 05/07/13 | JHR | Revise outline of response to motion to dismiss | 1.00 | 450.00 | $450.00 |
| 05/07/13 | JHR | Prepare for conference call re: response to motion to dismiss | 0.20 | 450.00 | $90.00 |
| 05/07/13 | JHR | Conference call with D. Ziehl, H. Kevane, J. Rosell, J. Morris and R. Orgel re: response to motion to dismiss | 0.80 | 450.00 | $360.00 |
| 05/08/13 | DAZ | Review Puntus deposition re JSN collateral. | 1.00 | 975.00 | $975.00 |
| 05/08/13 | DAZ | Review Horner deposition re JSNS. | 1.00 | 975.00 | $975.00 |
| 05/08/13 | HCK | Memos to/from J. Morris re initial disclosures. | 0.20 | 850.00 | $170.00 |
| 05/08/13 | HCK | Memos to/from J. Morris re confidentiality agreement. | 0.10 | 850.00 | $85.00 |
| 05/08/13 | HCK | Further draft, research Committee opposition to Motion to Dismiss. | 0.50 | 850.00 | $425.00 |
| 05/08/13 | HDH | Research recharacterization for MTD response. | 1.00 | 695.00 | $695.00 |
| 05/08/13 | HDH | Research 502 issues  for MTD response. | 0.70 | 695.00 | $486.50 |
| 05/08/13 | RJF | Emails J. Morris regarding debtor AP against JSN's. | 0.10 | 975.00 | $97.50 |
| 05/08/13 | MB | Review motion to dismiss and outline of response (.4); office conference with J. Rosell re same (.5). | 0.90 | 675.00 | $607.50 |
| 05/08/13 | MB | Research re 502(d) for response to motion to dismiss JSN complaint. | 1.20 | 675.00 | $810.00 |
| 05/08/13 | TJB | Letter to Judge Glenn re stipulation setting forth  MTD briefing schedule | 0.40 | 245.00 | $98.00 |
| 05/08/13 | TJB | Draft of letters to Akin Gump (.2) and Reed Smith (.2) re committee initial production of documents | 0.40 | 245.00 | $98.00 |
| 05/08/13 | TJB | Draft letter to Judge Glenn re MTD scheduling stipulation | 0.80 | 245.00 | $196.00 |
| 05/08/13 | JAM | Review Horner deposition (cash collateral) (4.8); e-mails with J. Rosell re document production, confidentiality agreement (.1); meet with J. Rosell re document production, confidentiality agreement (.2); revise letter to Judge Glenn re MTD scheduling stipulation (.1). | 5.20 | 835.00 | $4,342.00 |
| 05/08/13 | JHR | Meet with D. Rivera re: initial document production | 0.20 | 450.00 | $90.00 |
| 05/08/13 | JHR | Conference with T. Brown re: initial production of documents | 0.10 | 450.00 | $45.00 |
| 05/08/13 | JHR | Conference with J. Morris re: Akin revisions to confidentiality agreement | 0.20 | 450.00 | $90.00 |
| 05/08/13 | JHR | Conference with M. Bove re: response to motion to dismiss | 0.50 | 450.00 | $225.00 |

**Invoice number  103105**        73839   00001                                  **Page  5**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/08/13 | JHR | Revise confidentiality agreement per Akin and J. Morris comments | 0.50 | 450.00 | $225.00 |
| 05/08/13 | JHR | Draft letters to defense counsel re: initial production of documents | 0.20 | 450.00 | $90.00 |
| 05/08/13 | JHR | Research original issue discount re: response to motion to dismiss | 1.30 | 450.00 | $585.00 |
| 05/09/13 | DAZ | Review outline re response to MTD. | 0.40 | 975.00 | $390.00 |
| 05/09/13 | HCK | Further draft (.9); research (.5) response to MTD re Excluded Assets. | 1.40 | 850.00 | $1,190.00 |
| 05/09/13 | HCK | Memos to/from R. Feinstein, J. Morris, et al. re MTD response, scheduling order, draft outline, other. | 0.50 | 850.00 | $425.00 |
| 05/09/13 | HCK | Review UMB/WFB discovery requests to Committee. | 0.20 | 850.00 | $170.00 |
| 05/09/13 | HCK | Review E. Daniels memo re MTD response outline and telephone call with J. Rosell re same. | 0.40 | 850.00 | $340.00 |
| 05/09/13 | HDH | Review pleadings and research regarding opposition to motion to dismiss JSN complaint. | 1.80 | 695.00 | $1,251.00 |
| 05/09/13 | RJF | Telephone conference with Schaeffer regarding JSN litigation issues. | 0.30 | 975.00 | $292.50 |
| 05/09/13 | RJF | Telephone conference with J. Morris regarding intervention in debtor action againts JSNS. | 0.30 | 975.00 | $292.50 |
| 05/09/13 | RJF | Review outline of MTD and email to Kramer Levin regarding same. | 0.50 | 975.00 | $487.50 |
| 05/09/13 | RJF | Review UMB's document requests and internal emails regarding same. | 0.40 | 975.00 | $390.00 |
| 05/09/13 | RJF | Review declaration in support of paydown motion. | 0.30 | 975.00 | $292.50 |
| 05/09/13 | JAM | Committee call re settlement (.9); telephone conference with R. Feinstein re intervention in Debtors' suit (.2); revise opposition to motion to dismiss (2.6). | 3.70 | 835.00 | $3,089.50 |
| 05/09/13 | JHR | Draft response to motion to dismiss re: OID | 2.90 | 450.00 | $1,305.00 |
| 05/09/13 | JHR | Research Chateaugay progeny re: response to motion to dismiss | 2.30 | 450.00 | $1,035.00 |
| 05/09/13 | JHR | Research re: count III and non-obligors re: reply to motion to dismiss | 0.60 | 450.00 | $270.00 |
| 05/09/13 | JHR | Phone call with H. Kevane re: Kramer Levin responses to outline to response to motion to dismiss | 0.10 | 450.00 | $45.00 |
| 05/09/13 | JHR | Research re: standard for motion to dismiss | 0.60 | 450.00 | $270.00 |
| 05/09/13 | JHR | Phone call with AlixPartners re: defendants' document requests | 0.20 | 450.00 | $90.00 |
| 05/10/13 | HCK | Further draft (.4); research (.9) Committee response to UMB/WELLs MTD re EA, other. | 1.30 | 850.00 | $1,105.00 |
| 05/10/13 | HCK | Memos to/from J. Morris re MTD developments, research. | 0.20 | 850.00 | $170.00 |
| 05/10/13 | HCK | Telephone call with E. Daniels re ResCap MTD. | 0.10 | 850.00 | $85.00 |
| 05/10/13 | RJF | Review latest plan term sheet and related emails. | 0.40 | 975.00 | $390.00 |
| 05/10/13 | JAM | Review settlement documents (.6); draft opposition to motion to dismiss (4.3). | 4.90 | 835.00 | $4,091.50 |

**Invoice number 103105**     73839   00001     **Page  6**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|------:|-----:|-------:|
| 05/10/13 | JHR | Review defendants' first set of document requests | 0.50 | 450.00 | $225.00 |
| 05/10/13 | JHR | Research re: original issue discount re: response to motion to dismiss | 1.30 | 450.00 | $585.00 |
| 05/13/13 | HCK | Revise inserts to MTD response. | 0.30 | 850.00 | $255.00 |
| 05/13/13 | HCK | Memos to/from J. Morris re confidentiality agreement. | 0.10 | 850.00 | $85.00 |
| 05/13/13 | HCK | Memos to/from R. Feinstein re JSN litigation. | 0.10 | 850.00 | $85.00 |
| 05/13/13 | HCK | Further draft, research and revise Committee opposition to MTD. | 1.70 | 850.00 | $1,445.00 |
| 05/13/13 | HDH | Research (4.30); and drafting (5.0) opposition to UMB motion to dismiss | 9.30 | 695.00 | $6,463.50 |
| 05/13/13 | RBO | Begin review of documents re JSN action. | 0.70 | 915.00 | $640.50 |
| 05/13/13 | RJF | Review emails regarding global deal status. | 0.30 | 975.00 | $292.50 |
| 05/13/13 | RJF | Office conference with J. Morris and emails regarding settlement and JSN issues. | 0.30 | 975.00 | $292.50 |
| 05/13/13 | RJF | Office conference with J. Morris regarding confidentiality issues with document production. | 0.10 | 975.00 | $97.50 |
| 05/13/13 | JAM | Committee call re distributable value (partial) (.4); Committee call re settlement (.8); telephone conference with B. Carney re confidentiality agreement (.2); revise confidentiality agreement (.1); telephone conference with R. Salerno re confidentiality agreement (.2); revisions to confidentiality agreement (.3); e-mail to R. Salerno re Rule 26 disclosures (.1); revise opposition to motion to dismiss (5.4); communications with B. Carney re confidentiality agreement (.2). | 7.70 | 835.00 | $6,429.50 |
| 05/13/13 | JHR | Review revisions to JSN confidentiality agreement | 0.20 | 450.00 | $90.00 |
| 05/13/13 | JHR | Research 502(d) issues re: reply to motion to dismiss | 0.80 | 450.00 | $360.00 |
| 05/13/13 | JHR | Research section 502(d) issues re: response to motion to dismiss | 1.40 | 450.00 | $630.00 |
| 05/13/13 | JHR | Research 502(d) issues re: response to motion to dismiss | 2.40 | 450.00 | $1,080.00 |
| 05/13/13 | JHR | Draft response to motion to dismiss re: 502(d) | 1.80 | 450.00 | $810.00 |
| 05/14/13 | HCK | Further draft, insert to MTD and circulate to J. Rosell (.8); memos to/from R. Orgel/H. Hochman re BMMZ collateral releases (.2); memos to/from J. Rosell re OID (.2); memos to/from T. Toaso re BMMZ releases (.2). | 1.40 | 850.00 | $1,190.00 |
| 05/14/13 | HCK | Conference call with H. Hochman and R. Orgel re BMMZ collateral. | 0.40 | 850.00 | $340.00 |
| 05/14/13 | HCK | Review/revise J. Rosell drafts re OID and 502(d) (.5); review R. Orgel edits re Excluded Assets discussion (.2). | 0.70 | 850.00 | $595.00 |
| 05/14/13 | HDH | Research regarding motion to dismiss | 1.80 | 695.00 | $1,251.00 |
| 05/14/13 | HDH | Telephone conference with Robert B. Orgel regarding opposition to UMB motion to dismiss | 0.70 | 695.00 | $486.50 |
| 05/14/13 | HDH | Revisions to opposition to motion to dismiss | 3.50 | 695.00 | $2,432.50 |
| 05/14/13 | HDH | Telephone conference with Robert B. Orgel and Henry C. Kevane regarding opposition to MTD | 0.30 | 695.00 | $208.50 |
| 05/14/13 | RBO | Review messages and draft of BMMZ insert for | 6.80 | 915.00 | $6,222.00 |

12-12020-mg    Doc 6047    Filed 12/09/13    Entered 12/09/13 16:07:16    Main Document
Pg 340 of 422

12-12020-mg    Doc 5814-5    Filed 11/18/13    Entered 11/18/13 13:39:09    Exhibit E -
Detail of Time Record and Expenses    Pg 8 of 135

Invoice number  103105         73839  00001                                           Page  7

|  | | | | | |
|---|---|---|---|---|---|
| | | Opposition to Dismissal Motion (1.7); exchanges of messages regarding same with Harry D. Hochman (.2); preparation of message, question to Jason H. Rosell and Harry D. Hochman (.1); review Standing Motion and excerpt portions (1.5); preparation of message to Harry D. Hochman and Henry C. Kevane regarding BMMZ insert (.8); review of Bilateral Facility section of Motion to dismiss (.6); analyze, comment on same and send to Henry C. Kevane (.6); telephone conferences with Harry D. Hochman (x5) regarding MTD respons issues (1.3). | | | |
| 05/14/13 | LAF | Legal research re: OID  & a fair market value exchange; first impression. | 0.80 | 295.00 | $236.00 |
| 05/14/13 | TJB | Perform case research per John A. Morris' request | 0.20 | 245.00 | $49.00 |
| 05/14/13 | JAM | Revise opposition to motion to dismiss (6.0); telephone conference with M. Landy, T. Toaso re preference facts (.4); telephone conference with T. Toaso, J. Rosell re preference facts (.1). | 6.50 | 835.00 | $5,427.50 |
| 05/14/13 | JHR | Research re: 502(d) re: reponse to motion to dismiss | 1.90 | 450.00 | $855.00 |
| 05/14/13 | JHR | Draft response to motion to dismiss re: application of 502(d) in Second Circuit | 5.20 | 450.00 | $2,340.00 |
| 05/15/13 | DAZ | Review revisions to opposition to MTD. | 2.00 | 975.00 | $1,950.00 |
| 05/15/13 | HCK | Revise MTD response re OID count. | 1.90 | 850.00 | $1,615.00 |
| 05/15/13 | HCK | Conference call with R. Feinstein, J. Morris, R. Orgel, J. Rosell and H. Hochman. re draft MTD objection. | 0.40 | 850.00 | $340.00 |
| 05/15/13 | HCK | Further research, revise inserts to MTD opposition (.5); memos to/from R. Orgel re MTD comments (.1). | 0.60 | 850.00 | $510.00 |
| 05/15/13 | HDH | Draft opposition to UMB motion to dismiss | 1.60 | 695.00 | $1,112.00 |
| 05/15/13 | HDH | Review and analysis of draft of opposition to UMB motion to dismiss | 0.80 | 695.00 | $556.00 |
| 05/15/13 | HDH | Telephone conference with Robert B. Orgel regarding opposition to UMB motion to dismiss | 0.10 | 695.00 | $69.50 |
| 05/15/13 | HDH | Conference call with  R. Feinstein, J. Morris, R. Orgel, R. Feinstein, J. Rosell and H. Kevane regarding opposition to UMB motion to dismiss | 0.40 | 695.00 | $278.00 |
| 05/15/13 | RBO | Telephone conference with Harry D. Hochman re MTD response (.1); begin review of Harry D. Hochman insert revision for dismissal motion (.8); review messages re opposition (.2) and telephone conference with Henry C. Kevane, Harry D. Hochman, John A. Morris, Robert J. Feinstein and Jason H. Rosell regarding Opposition (.4); review MTD insert regarding BMMZ (4.9) | 6.40 | 915.00 | $5,856.00 |
| 05/15/13 | RJF | Review draft opposition to MTD. | 0.70 | 975.00 | $682.50 |
| 05/15/13 | RJF | Office conferences with J. Morris regarding status of brief in opposition to MTD. | 0.20 | 975.00 | $195.00 |
| 05/15/13 | RJF | Internal call with  H. Kevane, J.Rosell, H. Hochman, J. Morris , R. Orgel regarding draft opposition to MTD. | 0.40 | 975.00 | $390.00 |
| 05/15/13 | RJF | Office conference with J. Morris regarding preference argument. | 0.20 | 975.00 | $195.00 |
| 05/15/13 | JAM | Draft preference section for opposition to motion to | 6.60 | 835.00 | $5,511.00 |

**Invoice number  103105**      73839   00001                                   **Page  8**

| | | | | | |
|---|---|---|---|---|---|
| | | dismiss (3.8); review/revise opposition to motion to dismiss (2.4); telephone conference with R. Feinstein, R. Orgel, J. Rosell and H. Kevane and H. Hochman re motion to dismiss (.4). | | | |
| 05/15/13 | JHR | Conference call with R. Feinstein, H. Kevane, J. Morris, H. Hochman and R. Orgel team re: draft reply to motion to dismiss | 0.40 | 450.00 | $180.00 |
| 05/15/13 | JHR | Correspondence with AlixPartners re: first set of document requests | 0.10 | 450.00 | $45.00 |
| 05/15/13 | JHR | Revise response to motion to dismiss | 1.30 | 450.00 | $585.00 |
| 05/15/13 | JHR | Revise response to motion to dismiss per H. Kevane and J. Morris comments | 1.30 | 450.00 | $585.00 |
| 05/15/13 | JHR | Revise response to motion to dismiss re: various inserts received | 1.20 | 450.00 | $540.00 |
| 05/16/13 | DAZ | Review revised drafts MTD. | 1.50 | 975.00 | $1,462.50 |
| 05/16/13 | HCK | Further draft, revise objection to MTD response re OID count (2.3); research re OID issues (1.0). | 3.30 | 850.00 | $2,805.00 |
| 05/16/13 | HCK | Telephone call with J. Rosell re opposition to MTD. | 0.10 | 850.00 | $85.00 |
| 05/16/13 | HCK | Further revise/edit Excluded Assets insert to MTD opposition. | 0.80 | 850.00 | $680.00 |
| 05/16/13 | HCK | Review additional sections to draft opposition to MTD. | 0.60 | 850.00 | $510.00 |
| 05/16/13 | JAM | Revise opposition to motion to dismiss. | 5.80 | 835.00 | $4,843.00 |
| 05/16/13 | JHR | Revise opposition to motion to dismiss per R. Orgel comments | 0.60 | 450.00 | $270.00 |
| 05/16/13 | JHR | Revise opposition to motion to dismiss | 1.60 | 450.00 | $720.00 |
| 05/16/13 | JHR | Research re: application of section 502(d) in Second Circuit | 1.90 | 450.00 | $855.00 |
| 05/16/13 | JHR | Revise opposition to motion to dismiss per H. Kevane comments | 0.60 | 450.00 | $270.00 |
| 05/17/13 | HCK | Further revise Committee opposition to UMB/WELLS MTD. | 1.10 | 850.00 | $935.00 |
| 05/17/13 | HCK | Provide comments to draft opposition to MTD. | 0.50 | 850.00 | $425.00 |
| 05/17/13 | HCK | Memos to/from J. Morris, J. Rosell re comments and revisions to Committee opposition to MTD. | 0.60 | 850.00 | $510.00 |
| 05/17/13 | HCK | Review/revise draft opposition to UMB/WELLS MTD. | 1.30 | 850.00 | $1,105.00 |
| 05/17/13 | HCK | Conference call with E. Daniels and J. Morris re opposition to MTD. | 0.40 | 850.00 | $340.00 |
| 05/17/13 | HCK | Telephone call with J. Rosell re OID discussion in MTD opposition. | 0.30 | 850.00 | $255.00 |
| 05/17/13 | HCK | Telephone call with J. Rosell re standing argument in MTD re lien priority and review files. | 0.30 | 850.00 | $255.00 |
| 05/17/13 | HCK | Memos to/from T. Toaso re BMMZ matters and release documents. | 0.40 | 850.00 | $340.00 |
| 05/17/13 | HCK | Telephone call with J. Morris re draft opposition to MTD and memos to KL team re same. | 0.30 | 850.00 | $255.00 |
| 05/17/13 | HDH | Review and analysis of revisions to opposition to MTD. | 0.40 | 695.00 | $278.00 |

12-12020-mg    Doc 6047    Filed 12/09/13    Entered 12/09/13 16:07:16    Main Document
Pg 342 of 422

12-12020-mg    Doc 5814-5    Filed 11/18/13    Entered 11/18/13 13:39:09    Exhibit E -
Detail of Time Record and Expenses    Pg 10 of 135

**Invoice number  103105**      73839   00001                              **Page  9**

| | | | | | |
|---|---|---|---|---|---|
| 05/17/13 | RBO | Review and revise BMMZ insert MTD to Opposition (6.5); Preparation of message to Leslie Forrester and Patricia Jeffries for research assistance, review responses and reply (.3); Preparation of messages to, and Review messages from J. Morris re MTD opposition (.3) | 7.10 | 915.00 | $6,496.50 |
| 05/17/13 | RJF | Office conference with J.Rosell regarding standing argument for MTD opposition. | 0.30 | 975.00 | $292.50 |
| 05/17/13 | RJF | Research regarding standing argument. | 0.10 | 975.00 | $97.50 |
| 05/17/13 | LAF | Legal research re: Recharacterization. | 0.30 | 295.00 | $88.50 |
| 05/17/13 | JAM | Telephone conference with J. Rosell, M. Landy, T. Toaso re document production (.5); e-mail to B. Carney re confidentiality agreement, meet and confer (.1); e-mail to E. Daniels re document production (.1); e-mail to PSZJ re document requests (.1); review/revise opposition to motion to dismiss (7.6); telephone conference with E. Daniels re document production (.3); telephone conference with H. Kevane re opposition papers (.2). | 8.90 | 835.00 | $7,431.50 |
| 05/17/13 | JHR | Revise opposition to motion to dismiss | 1.70 | 450.00 | $765.00 |
| 05/17/13 | JHR | Conference call with AlixPartners re: document requests | 0.50 | 450.00 | $225.00 |
| 05/17/13 | JHR | Review emails produced by AlixPartners | 0.20 | 450.00 | $90.00 |
| 05/17/13 | JHR | Phone call with H. Kevane re: revisions to opposition to motion to dismiss | 0.20 | 450.00 | $90.00 |
| 05/17/13 | JHR | Revise opposition to motion to dismiss per R. Feinstein and H. Kevane comments | 3.20 | 450.00 | $1,440.00 |
| 05/18/13 | RBO | Review MTD and revise BMMZ, bilateral facility and OID sections of Opposition and review common portions of brief (6.6); Exchange internal messages re same (.2); Telephone conference with generally John Morris (2x) (.3); Telephone conference with Henry C. Kevane re bilateral facility and OID and BMMZ facts (.3) | 7.40 | 915.00 | $6,771.00 |
| 05/18/13 | JAM | Review/revise opposition to motion to dismiss (5.2); telephone conference with R. Orgel re opposition to motion to dismiss (.2). | 5.40 | 835.00 | $4,509.00 |
| 05/18/13 | JHR | Revise opposition to motion to dismiss re: Kramer Levin comments | 2.70 | 450.00 | $1,215.00 |
| 05/20/13 | HCK | Telephone calls with R. Orgel re changes to MTD opposition and factual background; review E. Daniels comments and R. Orgel revisions (.4). | 0.70 | 850.00 | $595.00 |
| 05/20/13 | HCK | Further revise inserts to MTD opposition re EA, preference and OID issues. | 2.40 | 850.00 | $2,040.00 |
| 05/20/13 | HCK | Memos to/from J. Rosell, et al. re various matters re JSN litigation. | 0.30 | 850.00 | $255.00 |
| 05/20/13 | HCK | Further revise J. Morris revision of Committee opposition to MTD. | 0.50 | 850.00 | $425.00 |
| 05/20/13 | HCK | Telephone call with R. Feinstein re revisions to MTD opposition and review R. Feinstein memos re JSN settlement. | 0.50 | 850.00 | $425.00 |
| 05/20/13 | HCK | Further memos to/from J. Morris, et al. re changes to draft of Committee opposition. | 1.20 | 850.00 | $1,020.00 |

**Invoice number 103105**     73839  00001     **Page  10**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/20/13 | HCK | Memos to/from J. Morris, S. Zide, et al. re cover note to draft opposition to MTD and follow-up analysis. | 0.70 | 850.00 | $595.00 |
| 05/20/13 | RBO | Review Morris message re Harry D. Hochman comments to MTD opposition (.1); Revise counts IV & V inserts (2.6); Review Harry D. Hochman's edits and send changes (.1); Review Harry D. Hochman message and respond (.2) | 3.00 | 915.00 | $2,745.00 |
| 05/20/13 | RBO | Review Henry C. Kevane message, Toaso message and Roselle message re MTD opposition , consider, comment and respond (.4); Review Henry C. Kevane question re same and respond (.2) | 0.60 | 915.00 | $549.00 |
| 05/20/13 | RJF | Review and revise opposition to MTD. | 1.30 | 975.00 | $1,267.50 |
| 05/20/13 | RJF | Further revisions to opposition to MTD. | 1.80 | 975.00 | $1,755.00 |
| 05/20/13 | RJF | Office conference with J. Morris regarding opposition to MTD. | 0.30 | 975.00 | $292.50 |
| 05/20/13 | RJF | Conference with J. Morris, H. Kevane regarding opposition to MTD. | 0.50 | 975.00 | $487.50 |
| 05/20/13 | RJF | Review memo to committee regarding opposition to MTD. | 0.20 | 975.00 | $195.00 |
| 05/20/13 | MB | Revise response to motion to dismiss. | 0.50 | 675.00 | $337.50 |
| 05/20/13 | JAM | Review/revise opposition to motion to dismiss (10.1); e-mails with B. Carney re confidentiality agreement and meet and confer (.1); telephone conference with E. Daniels re opposition to motion to dismiss (.1); telephone conference with R. Feinstein, H. Kevane re opposition to motion to dismiss (.1); draft summary of opposition to motion to dismiss for Committee (.4); e-mails with H. Kevane, S. Zide, E. Daniels re summary for Committee (.2). | 11.00 | 835.00 | $9,185.00 |
| 05/20/13 | JHR | Revise exhibit of non-obligor debtors | 0.60 | 450.00 | $270.00 |
| 05/20/13 | JHR | Review R. Orgel revisions to opposition to motion to dismiss (counts IV and V) | 0.30 | 450.00 | $135.00 |
| 05/20/13 | JHR | Review revisions to OID re: opposition to motion to dismiss | 0.30 | 450.00 | $135.00 |
| 05/20/13 | JHR | Phone call with AlixPartners re: opposition to motion to dismiss re: OID | 0.10 | 450.00 | $45.00 |
| 05/20/13 | JHR | Research re: Twombly / Iqbal pleading standard per J. Morris for MTD opposition . | 0.90 | 450.00 | $405.00 |
| 05/21/13 | DAZ | Review defendant discovery demands in  JSN litigation. | 0.30 | 975.00 | $292.50 |
| 05/21/13 | HCK | Review/circulate additional corrections to 5/20 draft opposition to MTD. | 0.40 | 850.00 | $340.00 |
| 05/21/13 | HCK | Further review draft opposition to UMB MTD. | 0.40 | 850.00 | $340.00 |
| 05/21/13 | HCK | Memos to/from T. Toaso, et al. re BMMZ released loans. | 0.20 | 850.00 | $170.00 |
| 05/21/13 | HCK | Memos to/from J. Morris, et al. re discovery and further document requests. | 0.60 | 850.00 | $510.00 |
| 05/21/13 | RBO | Review revised MTD opposition  from Morris (.3); and respond with comments (.5); and respond with further comments (.1); Review Morris reply and respond (.1) | 1.00 | 915.00 | $915.00 |
| 05/21/13 | JAM | Review/revise opposition to motion to dismiss (5.6); draft | 7.30 | 835.00 | $6,095.50 |

12-12020-mg    Doc 6047    Filed 12/09/13    Entered 12/09/13 16:07:16    Main Document
Pg 344 of 422

12-12020-mg    Doc 5814-5    Filed 11/18/13    Entered 11/18/13 13:39:09    Exhibit E -
Detail of Time Record and Expenses    Pg 12 of 135

**Invoice number  103105**        73839    00001                                                **Page  11**

|          |     |                                                                                                                                                                                                                                                                                                                                                                                                                                              |      |        |            |
|----------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|------------|
|          |     | J. Morris Declaration (.3); telephone conference with B. Carney, D. Schleker, J. Rosell re meet and confer (.5); meet with J. Rosell re report on meet and confer (.3); e-mail to E. Daniels, M. Landy, T. Toaso re document production (.1); revisions to confidentiality agreement (.2); e-mails with R. Orgel re MTD opposition brief (.1); e-mails with H. Kevane re status (.1); e-mail to Kramer, Alix re document production (.1). |      |        |            |
| 05/21/13 | JHR | Review revisions to opposition to motion to dismiss circulated to Committee                                                                                                                                                                                                                                                                                                                                                                  | 1.10 | 450.00 | $495.00    |
| 05/21/13 | JHR | Review J. Morris revisions to opposition to motion to dismiss                                                                                                                                                                                                                                                                                                                                                                                | 0.40 | 450.00 | $180.00    |
| 05/21/13 | JHR | Meet with J. Morris in preparation of meet and confer with Reed Smith and Akin Gump re: document requests                                                                                                                                                                                                                                                                                                                                    | 0.20 | 450.00 | $90.00     |
| 05/21/13 | JHR | Attend meet and confer with Reed Smith and Akin Gump re: document requests                                                                                                                                                                                                                                                                                                                                                                   | 0.50 | 450.00 | $225.00    |
| 05/21/13 | JHR | Meet with J. Morris after meet and confer with Reed Smith and Akin Gump re: document requests                                                                                                                                                                                                                                                                                                                                                | 0.30 | 450.00 | $135.00    |
| 05/21/13 | JHR | Research Rule 45 requirements re: production of documents per subpoena                                                                                                                                                                                                                                                                                                                                                                       | 0.20 | 450.00 | $90.00     |
| 05/21/13 | JHR | Draft first set of documents requests to UMB and Wells Fargo                                                                                                                                                                                                                                                                                                                                                                                 | 1.60 | 450.00 | $720.00    |
| 05/22/13 | HCK | Memos to/from J. Morris, et al. re revisions to MTD opposition (.3); revise insert re Section 506(b) challenge and circulate comments (.6).                                                                                                                                                                                                                                                                                                  | 0.90 | 850.00 | $765.00    |
| 05/22/13 | HCK | All-hands conference call with R. Feinstein, J. Rosell, J. Morris E. Daniels and J. Shifer re further comments to MTD opposition.                                                                                                                                                                                                                                                                                                            | 0.80 | 850.00 | $680.00    |
| 05/22/13 | HCK | Memos to/from R. Orgel/J. Morris re additional inserts/revisions to MTD opposition.                                                                                                                                                                                                                                                                                                                                                          | 0.40 | 850.00 | $340.00    |
| 05/22/13 | HCK | Telephone call with Landy/Toaso re various matters (OID, document production, preferences) and follow up with J. Morris.                                                                                                                                                                                                                                                                                                                     | 0.40 | 850.00 | $340.00    |
| 05/22/13 | HCK | Memos to/from J. Morris/J. Rosell re JSN discovery/confidentiality.                                                                                                                                                                                                                                                                                                                                                                          | 0.40 | 850.00 | $340.00    |
| 05/22/13 | HCK | Review/revise J. Shifer edits to Committee opposition to MTD.                                                                                                                                                                                                                                                                                                                                                                                | 0.50 | 850.00 | $425.00    |
| 05/22/13 | RBO | Review revised MTD opposition brief and Preparation of messages re further changes to same (1.8); Review Henry C. Kevane message, consider and respond re OID section of brief (.7)                                                                                                                                                                                                                                                           | 2.50 | 915.00 | $2,287.50  |
| 05/22/13 | RJF | Call with H. Kevane, J. Rosell, J. Morris, Kramer team regarding opposition to MTD.                                                                                                                                                                                                                                                                                                                                                          | 0.80 | 975.00 | $780.00    |
| 05/22/13 | RJF | Review and revise MOL in opposition to MTD and supporting declaration.                                                                                                                                                                                                                                                                                                                                                                       | 1.50 | 975.00 | $1,462.50  |
| 05/22/13 | RJF | Review JSN discovery requests.                                                                                                                                                                                                                                                                                                                                                                                                               | 0.50 | 975.00 | $487.50    |
| 05/22/13 | LAF | Revise opposition to motion to dismiss JSN complaint.                                                                                                                                                                                                                                                                                                                                                                                        | 2.60 | 295.00 | $767.00    |
| 05/22/13 | JAM | Review/production letters to B. Carney, D. Schleker re documents (.1); review/revise confidentiality agreement                                                                                                                                                                                                                                                                                                                               | 7.80 | 835.00 | $6,513.00  |

12-12020-mg   Doc 6047   Filed 12/09/13   Entered 12/09/13 16:07:16   Main Document
Pg 345 of 422

12-12020-mg   Doc 5814-5   Filed 11/18/13   Entered 11/18/13 13:39:09   Exhibit E -
Detail of Time Record and Expenses   Pg 13 of 135

**Invoice number  103105**          73839   00001                                    **Page  12**

(.2); e-mail to D. Carney, R. Salerno, D. Schleker re
confidentiality agreement (.1); review/revise Committee's
First Request for Documents (.4); e-mail to PSZJ team re
opposition to motion to dismiss (.1); e-mail to Kramer
team re opposition to motion to dismiss (.1); revise JAM
Declaration (.2); review/revise opposition to motion to
dismiss (5.2); review agenda for 5/23 hearing (.2); e-mail
to Akin/Reed Smith/MoFo re confidentiality agreement
(.1); telephone conference with M. Landy, T. Toaso re
document production (.1); telephone conference with M.
Landy, T. Toaso, Alix Asst. General Counsel re document
production (.1); e-mails with R. Orgel, H. Kevane re
opposition to motion to dismiss (.1); telephone conference
with R. Feinstein, H. Kevane, J. Rosell, E. Daniels, J.
Schifer re opposition to motion to dismiss (.8).

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 05/22/13 | JHR | Revise UMB and Wells Fargo document requests per J. Morris comments | 1.20 | 450.00 | $540.00 |
| 05/22/13 | JHR | Revise J. Morris declaration in support of opposition to motion to dismiss | 0.50 | 450.00 | $225.00 |
| 05/22/13 | JHR | Review J. Morris and H. Kevane revisions to opposition to motion to dismiss | 0.30 | 450.00 | $135.00 |
| 05/22/13 | JHR | Draft objections to UMB and Wells Fargo first set of document requests | 2.40 | 450.00 | $1,080.00 |
| 05/22/13 | JHR | Review UMB initial production of documents | 0.90 | 450.00 | $405.00 |
| 05/22/13 | JHR | Conference call with PSZJ and Kramer Levin re: opposition to motion to dismiss | 0.90 | 450.00 | $405.00 |
| 05/22/13 | JHR | Draft cover letters to counsel re: initial disclosures | 0.30 | 450.00 | $135.00 |
| 05/22/13 | JHR | Revise cover letters to Wells Fargo and UMB re: initial production of documents | 0.30 | 450.00 | $135.00 |
| 05/23/13 | DAZ | Review documents in support of motion to dismiss. | 0.50 | 975.00 | $487.50 |
| 05/23/13 | DAZ | Review revisions to motion to dismiss opposition. | 1.00 | 975.00 | $975.00 |
| 05/23/13 | HCK | Further confer with J. Rosell re final revisions to opposition to MTD/edits (.5); and review follow up memos re distribution (.6). | 1.10 | 850.00 | $935.00 |
| 05/23/13 | HCK | Memos to/from R. Orgel re edits to OID section of MTD opposition (.4); and memos to/from J. Morris re further corrections (.2). | 0.60 | 850.00 | $510.00 |
| 05/23/13 | HCK | Further draft/revise MTD opposition. | 1.30 | 850.00 | $1,105.00 |
| 05/23/13 | HCK | Conference call with Alix P and J. Morris/J. Rosell re Released Mortgage Loans. | 0.50 | 850.00 | $425.00 |
| 05/23/13 | HCK | Further  revise MTD opposition. | 0.90 | 850.00 | $765.00 |
| 05/23/13 | HCK | Memos to/from J. Rosell/J. Morris re Morris declaration (.3); and telephone call with J. Rosell re further changes to MTD papers (.3). | 0.60 | 850.00 | $510.00 |
| 05/23/13 | HCK | Review Morris declaration (.5); and telephone calls with J. Rosell re further corrections and review final MTD opposition (.2). | 0.70 | 850.00 | $595.00 |
| 05/23/13 | HCK | Telephone call with J. Morris/J. Rosell re further edits and corrections to MTD opposition. | 0.50 | 850.00 | $425.00 |

12-12020-mg    Doc 6047    Filed 12/09/13    Entered 12/09/13 16:07:16    Main Document
Pg 346 of 422

12-12020-mg    Doc 5814-5    Filed 11/18/13    Entered 11/18/13 13:39:09    Exhibit E -
Detail of Time Record and Expenses    Pg 14 of 135

**Invoice number  103105**       73839   00001                                **Page  13**

| | | | | | |
|---|---|---|---|---|---|
| 05/23/13 | HCK | Telephone call with R. Orgel re further comments, corrections to MTD opposition. | 0.30 | 850.00 | $255.00 |
| 05/23/13 | HCK | Review additional comments and corrections to MTD opposition from J. Shifer. | 0.40 | 850.00 | $340.00 |
| 05/23/13 | RBO | Review revised MTD opposition (.4); Telephone conference with Henry C. Kevane re Article C. of Brief (.3); Preparation of message re further change (.3) | 1.00 | 915.00 | $915.00 |
| 05/23/13 | RJF | Final review and revision of opposition to MTD. | 1.30 | 975.00 | $1,267.50 |
| 05/23/13 | JAM | Telephone conference with H. Kevane, J. Rosell, M. Landy, T. Toaso re repo release mechanics (partial call) (.2); review/revise opposition to motion to dismiss (7.1); communications with H. Kevane re opposition to motion to dismiss (.3); communications with R. Orgel re motion to dismiss (.2). *NM* | 7.80 | 835.00 | $6,513.00 |
| 05/23/13 | JHR | Review hearing agenda in preparation of 5/23 hearing | 0.20 | 450.00 | $90.00 |
| 05/23/13 | JHR | Research case law re: 547(b) pleading requirement re: 90 day transfers | 1.10 | 450.00 | $495.00 |
| 05/23/13 | JHR | Review relevant bilateral facilities re: opposition to motion to dismiss | 0.70 | 450.00 | $315.00 |
| 05/23/13 | JHR | Phone call with AlixPartners re: opposition to motion to dismiss re: preference assets | 0.20 | 450.00 | $90.00 |
| 05/23/13 | JHR | Revise opposition to motion to dismiss re: section 502(d) | 0.80 | 450.00 | $360.00 |
| 05/23/13 | JHR | Conference call with J. Morris and H. Kevane and AlixPartners re: mortgage releases re: BMMZ | 0.50 | 450.00 | $225.00 |
| 05/23/13 | JHR | Review motion authorizing plan support agreement | 0.50 | 450.00 | $225.00 |
| 05/23/13 | JHR | Review Berkshire motion to unseal examiner report | 0.60 | 450.00 | $270.00 |
| 05/23/13 | JHR | Revise opposition to motion to dismiss in preparation of filing | 2.80 | 450.00 | $1,260.00 |
| 05/23/13 | JHR | File and serve opposition to motion to dismiss and declaration in support thereof | 0.50 | 450.00 | $225.00 |
| 05/23/13 | JHR | Revise J. Morris declaration in support of opposition to MTD. | 0.40 | 450.00 | $180.00 |
| 05/24/13 | HCK | Memos to/from T. Toaso re BMMZ released collateral . | 0.10 | 850.00 | $85.00 |
| 05/24/13 | HCK | Review files re discovery requests. | 0.60 | 850.00 | $510.00 |
| 05/24/13 | HCK | Review various memos re discovery and motion to repay JSNs. | 0.40 | 850.00 | $340.00 |
| 05/24/13 | JHR | Correspondence with PSZJ re: logistics of discovery | 0.20 | 450.00 | $90.00 |
| 05/24/13 | JHR | Review case management order re: service requirements re MTD opposition. | 0.20 | 450.00 | $90.00 |
| 05/25/13 | JHR | Review Bank of America bilateral facilities | 1.70 | 450.00 | $765.00 |
| 05/25/13 | JHR | Review Credit Suisse bilateral facility | 0.70 | 450.00 | $315.00 |
| 05/25/13 | JHR | Review Greenwich Capital bilateral facility | 0.60 | 450.00 | $270.00 |
| 05/25/13 | JHR | Review Lehman bilateral facility | 0.70 | 450.00 | $315.00 |
| 05/25/13 | JHR | Review Bear Stearns bilateral facility | 0.40 | 450.00 | $180.00 |
| 05/28/13 | HCK | Conference call with J. Morris, R. Orgel, R. Feisntein, J. | 0.90 | 850.00 | $765.00 |

**Invoice number  103105**        73839   00001                                      **Page  14**

|            |     | Rosell,  Kramer Levin  re discovery planning. |      |        |            |
|------------|-----|-----------------------------------------------|------|--------|------------|
| 05/28/13 | HCK | Follow-up memos to/from R. Feinstein, J. Morris and J. Rosell re discovery and WELLS answer, UMB MTD. | 0.50 | 850.00 | $425.00 |
| 05/28/13 | HCK | Review and revise demonstrative chart re MTD claims/defenses and memos to/from R. Feinstein, S. Zide re same. | 0.50 | 850.00 | $425.00 |
| 05/28/13 | HCK | Memos to/from J. Morris re discovery and review draft requests. | 0.40 | 850.00 | $340.00 |
| 05/28/13 | HCK | Brief research re OID issues following plan confirmation. | 0.30 | 850.00 | $255.00 |
| 05/28/13 | HCK | Draft outline of JSN discovery requests and circulate to J. Morris, et al. | 0.70 | 850.00 | $595.00 |
| 05/28/13 | HCK | Telephone call with R. Feinstein re MTD hearing. | 0.20 | 850.00 | $170.00 |
| 05/28/13 | HCK | Conference call with S. Zide, R. Feinstein, et al. re UCC meeting re JSNs. | 0.40 | 850.00 | $340.00 |
| 05/28/13 | RBO | Bankruptcy Litigation:  Joint discovery call and send comments | 0.80 | 915.00 | $732.00 |
| 05/28/13 | RJF | Review Morris email and attachments re discovery. | 0.30 | 975.00 | $292.50 |
| 05/28/13 | RJF | Discovery call with  H. Kevane, J. Morris , J. Rosell, R. Orgel,  Kramer Levin attorneys. | 0.50 | 975.00 | $487.50 |
| 05/28/13 | RJF | Telephone conference with  H. Kevane regarding oral argument on MTD. | 0.30 | 975.00 | $292.50 |
| 05/28/13 | RJF | Call with Zide, Daniels, J. Morris, H. Kevane regarding MTD issues. | 0.40 | 975.00 | $390.00 |
| 05/28/13 | JAM | Draft Wells 30(b)(6) deposition notice (1.3); draft UMB 30(b)(6) deposition notice (.5); review UMB answer (.8); review UMB answer (.6); draft fact stipulation (2.0); draft e-mail to D. Schleker, E. Schafer re Wells answer (.8); telephone conference with Kramer Levin, R. Feinstein, H. Kevane, R. Orgel, J. Rosell, M. Landy, T. Toaso re discovery (.9); review/revise summary of complaint and motion to dismiss for Committee (.4); e-mail to Kramer Levin, R. Feinstein, H. Kevane, R. Orgel, J. Rosell re discovery (.4); draft e-mail to Carney re counterclaims (.3); telephone conference with S. Zide, E. Daniels, R. Feinstein, H. Kevane, R. Ringer re presentation to Committee (.4). | 8.40 | 835.00 | $7,014.00 |
| 05/28/13 | JHR | Meet with J. Morris re: analysis of partial answers by WELLS and UMB. | 0.20 | 450.00 | $90.00 |
| 05/28/13 | JHR | Review amended motion to pay AFI and JSN secured claims | 0.60 | 450.00 | $270.00 |
| 05/28/13 | JHR | Review complaint re: affect of paying AFI re: intercreditor agreement | 0.30 | 450.00 | $135.00 |
| 05/28/13 | JHR | Review J. Morris correspondence re: proposed stipulations and 30(b)(6) issues | 0.30 | 450.00 | $135.00 |
| 05/28/13 | JHR | Meet with J. Morris re: summary of complaint and motion to dismiss for Committee presentation | 0.30 | 450.00 | $135.00 |
| 05/28/13 | JHR | Review JSN complaint re: relevant document requests | 1.10 | 450.00 | $495.00 |
| 05/28/13 | JHR | Prepare summary of JSN complaint, motion to dismiss, | 2.30 | 450.00 | $1,035.00 |

12-12020-mg    Doc 6047    Filed 12/09/13    Entered 12/09/13 16:07:16    Main Document
Pg 348 of 422

12-12020-mg    Doc 5814-5    Filed 11/18/13    Entered 11/18/13 13:39:09    Exhibit E -
Detail of Time Record and Expenses    Pg 16 of 135

**Invoice number 103105**        73839   00001                                                    **Page   15**

|          |      |                                                                                                                                                                                                                                                                                                                                                                                       |      |        |           |
|----------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|-----------|
|          |      | and opposition by count for presentation to Committee                                                                                                                                                                                                                                                                                                                                 |      |        |           |
| 05/28/13 | JHR  | Meeting with R. Feisntein, H. Kevane, J. Morris, R. Orgel Kramer Levin, and AlixPartners re: discovery issues                                                                                                                                                                                                                                                                          | 0.90 | 450.00 | $405.00   |
| 05/28/13 | JHR  | Revise summary of JSN complaint and motion to dismiss for Committee presentation per J. Morris comments                                                                                                                                                                                                                                                                                | 0.20 | 450.00 | $90.00    |
| 05/29/13 | HCK  | Memos to/from R. Feinstein, J. Morris re JSN Defendants and Committee call and WELLS amended answer.                                                                                                                                                                                                                                                                                    | 0.40 | 850.00 | $340.00   |
| 05/29/13 | HCK  | Memos to/from J. Morris, J. Rosell re discovery stipulation, other discovery items (2);  revise facts stipulation (.5).                                                                                                                                                                                                                                                                | 0.70 | 850.00 | $595.00   |
| 05/29/13 | HCK  | Memos to/from R. Feinstein/S. Zide, et al. re today's hearing and JSN litigation.                                                                                                                                                                                                                                                                                                      | 0.30 | 850.00 | $255.00   |
| 05/29/13 | RJF  | Emails J. Morris regarding counterclaims, oral argument.                                                                                                                                                                                                                                                                                                                               | 0.30 | 975.00 | $292.50   |
| 05/29/13 | RJF  | Review MTD draft analysis.                                                                                                                                                                                                                                                                                                                                                             | 0.30 | 975.00 | $292.50   |
| 05/29/13 | JAM  | E-mails with B. Carney re UMB potential counterclaims (.2); meet with T. Brown re motion to dismiss (.1); meet with J. Rosell re stipulation of facts and documents (.5); telephone conference with C. Siegel re intervention in Debtors' case against JSN (.1); telephone conference with A. Kornfeld re stipulation of facts (.3); revise stipulation of facts (.8);revise on discovery demands (1.6). | 3.60 | 835.00 | $3,006.00 |
| 05/29/13 | JHR  | Research FRCP 13 re: compulsory counterclaims                                                                                                                                                                                                                                                                                                                                          | 0.30 | 450.00 | $135.00   |
| 05/29/13 | JHR  | Initial review of AlixPartners first document production                                                                                                                                                                                                                                                                                                                               | 1.30 | 450.00 | $585.00   |
| 05/29/13 | JHR  | Phone call with M. McKane re: document requests to AFI                                                                                                                                                                                                                                                                                                                                 | 0.10 | 450.00 | $45.00    |
| 05/29/13 | JHR  | Correspondence with Kramer Levin and PSZJ re: discovery on AFI                                                                                                                                                                                                                                                                                                                         | 0.20 | 450.00 | $90.00    |
| 05/29/13 | JHR  | Revise PSZJ presentation to Committee re JSN litigation per H. Kevane comments                                                                                                                                                                                                                                                                                                         | 0.40 | 450.00 | $180.00   |
| 05/29/13 | JHR  | Meet with J. Morris re: exhibit list for facts stipulation.                                                                                                                                                                                                                                                                                                                            | 0.90 | 450.00 | $405.00   |
| 05/29/13 | JHR  | Prepare chart of exhibits / evidence for purposes of factsstipulation                                                                                                                                                                                                                                                                                                                  | 1.20 | 450.00 | $540.00   |
| 05/29/13 | JHR  | Revise exhibit list for facts stipulation per J. Morris comments                                                                                                                                                                                                                                                                                                                       | 0.30 | 450.00 | $135.00   |
| 05/30/13 | HCK  | Review numerous accumulated memos re discovery, other matters.                                                                                                                                                                                                                                                                                                                         | 0.70 | 850.00 | $595.00   |
| 05/30/13 | RJF  | Review proposed stipulation of facts.                                                                                                                                                                                                                                                                                                                                                  | 0.30 | 975.00 | $292.50   |
| 05/30/13 | RJF  | Oral argument preparation, including review of briefs and cases.                                                                                                                                                                                                                                                                                                                       | 2.00 | 975.00 | $1,950.00 |
| 05/30/13 | RJF  | Call with Mannal and Zide regarding AFI discovery.                                                                                                                                                                                                                                                                                                                                     | 0.20 | 975.00 | $195.00   |
| 05/30/13 | RJF  | Call with John Morris regarding AFI discovery.                                                                                                                                                                                                                                                                                                                                         | 0.20 | 975.00 | $195.00   |
| 05/30/13 | JAM  | E-mail to S. Zide, R. Feinstein, H. Kevane, J. Rosell re scheduling (.3); revise proposed stipulation of facts (.3); e-mail to defense counsel re stipulation of facts (.3); telephone conference with S. Zide, J. Rosell, D. Mannal re status, discovery (.4); draft discovery demands for defendants (5.9).                                                                            | 7.20 | 835.00 | $6,012.00 |
| 05/30/13 | JHR  | Correspondence with R. Feinstein re: AFI discovery;                                                                                                                                                                                                                                                                                                                                    | 0.20 | 450.00 | $90.00    |

**Invoice number  103126**      73839   00001                                                    **Page  17**

| 06/27/13 | RJF | WIP call with PSZJ team regarding discovery, research issues and strategy. | 1.50 | 975.00 | $1,462.50 |
|---|---|---|---|---|---|
| 06/27/13 | JHR | Revise WIP list re: document requests and related issues | 0.40 | 450.00 | $180.00 |
| 06/28/13 | TJB | Identify matters to be heard on all upcoming Residential Capital hearing dates for both the main case and pertinent adversary proceedings | 0.10 | 245.00 | $24.50 |
| 06/28/13 | JHR | Revise WIP re: deadlines for various document requests and interrogatories received | 0.70 | 450.00 | $315.00 |
| | | **Task Code Total** | **8.60** | | **$4,323.00** |

**Hearing**

| 06/11/13 | JHR | Correspondence with R. Feinstein and J. Morris re: 6/12 hearing agenda | 0.20 | 450.00 | $90.00 |
|---|---|---|---|---|---|
| 06/26/13 | RJF | Attend hearing on motion to approve PSA. | 2.30 | 975.00 | $2,242.50 |
| 06/26/13 | JHR | Attend 6/26 hearing re: PSA motion | 3.20 | 450.00 | $1,440.00 |
| 06/26/13 | JHR | Review agenda for 6/26 hearing | 0.20 | 450.00 | $90.00 |
| | | **Task Code Total** | **5.90** | | **$3,862.50** |

**Meeting of Creditors [B150]**

| 06/06/13 | RJF | Review update email and attachments. | 0.80 | 975.00 | $780.00 |
|---|---|---|---|---|---|
| 06/06/13 | RJF | Attend telephonic committee meeting. | 1.80 | 975.00 | $1,755.00 |
| 06/13/13 | RJF | Attend telephonic committee meeting. | 1.50 | 975.00 | $1,462.50 |
| 06/19/13 | RJF | Participate telephonically in meeting with OCC, consenting creditors and debtors. | 3.80 | 975.00 | $3,705.00 |
| 06/27/13 | RJF | Attend telephonic committee meeting. | 2.00 | 975.00 | $1,950.00 |
| | | **Task Code Total** | **9.90** | | **$9,652.50** |

**PSZ&J Compensation**

| 06/14/13 | MB | Review May 2013 bill. | 1.10 | 675.00 | $742.50 |
|---|---|---|---|---|---|
| 06/24/13 | RJF | Review May 2013 monthly statement. | 0.30 | 975.00 | $292.50 |
| 06/24/13 | MB | Revise May 2013 bill. | 0.50 | 675.00 | $337.50 |
| 06/25/13 | MB | Prepare monthly fee statement for May 203 bill. | 0.30 | 675.00 | $202.50 |
| 06/25/13 | MB | Review Jan-March fee statements and email to J. Rosell re third interim fee application preparation. | 0.10 | 675.00 | $67.50 |
| | | **Task Code Total** | **2.30** | | **$1,642.50** |

# EXHIBIT  N

| 062429 | Committee Unsecured Creditors | action claims | Invoice # 94372 | Page | 27 |
|---|---|---|---|---|---|

| 05/31/13 | BWP | Review motion of AFI to enforce automatic stay to prevent prosecution of alter ego claims by Rothstein class (.6); review response of class counsel to same (.4); review reply of AFI (.3) | 1.30 | 260.00 |
|---|---|---|---|---|
| 05/31/13 | CM | Confer with Brian Powers re: template letter to accompany notice of withdrawal forms in connection with borrower withdrawals of claims | 0.20 | 40.00 |

| | **Subtotal** | **Claims Admin/Ob** | 393.53 | $125,856.00 |
|---|---|---|---|---|

### Fee Application

| 05/01/13 | LMM | Revise SilvermanAcampora LLP April 2013 legal bill to comply with United States Trustee guidelines | 1.00 | 195.00 |
|---|---|---|---|---|
| 05/14/13 | LMM | Telephone conference with Ronald J. Friedman regarding April 2013 billing; confer with Christine M. Tiso and Nancy A. McNichol regarding same | 0.20 | No Charge |
| 05/14/13 | LMM | Finalize legal bill for April 2013 (.3); draft correspondence to all necessary parties and prepare for service of same upon each via FedEx and email (.4); update Excel spreadsheet (.1) | 0.80 | 156.00 |

| | **Subtotal** | **Fee Application** | 2.00 | $351.00 |
|---|---|---|---|---|

### General

| 05/09/13 | RJF | Conference with Gerard R. Luckman regarding review of class action claim | 0.10 | 55.00 |
|---|---|---|---|---|
| 05/14/13 | RJF | Prepare correspondence to Gerard R. Luckman regarding borrower claims action memo | 0.10 | 55.00 |
| 05/14/13 | GRL | Review and revised memo regarding Rosenthal claim | 0.90 | 495.00 |
| 05/14/13 | GRL | Telephone call from Henry Swergold regarding intercreditor agreement | 0.20 | 110.00 |
| 05/14/13 | GRL | Continue drafting memo regarding class action claim | 3.90 | 2,145.00 |
| 05/14/13 | GRL | Review correspondence from Ronald J. Friedman regarding borrower claims action memo | 0.10 | 55.00 |
| 05/15/13 | RJF | Confer with Robert D. Nosek (.25) and revise memo on borrower claim issue | 1.50 | 825.00 |
| 05/20/13 | GRL | Review supplemental term sheet | 0.50 | 275.00 |
| 05/20/13 | GRL | Draft correspondence to Robert D. Nosek regarding comments to term sheet | 0.10 | 55.00 |
| 05/20/13 | GRL | Review correspondence from Robert D. Nosek regarding comments to the term sheet | 0.10 | 55.00 |
| 05/20/13 | GRL | Review correspondence from Robert D. Nosek to Elise Freijka regarding revised memo to the committee | 0.10 | 55.00 |

| 062429 | Committee Unsecured Creditors | | Invoice # 94793 | Page | 34 |
|---|---|---|---|---|---|
| | | call for Angie | | | |
| 06/28/13 | RDN | Detailed revisions to form declaration confirming compliance with claims procedures order related to Debtors' objections to certain borrower claims | 1.00 | | 425.00 |
| 06/28/13 | SP | Telephone call to Thomas D. Silverman, Esq. regarding his Claim (Claim No. 522) and to obtain information relating to same at the request of the Debtors (left voicemail); update Call Log; draft e-mail to Brian Powers advising of the call | 0.20 | | 39.00 |
| 06/28/13 | SP | Telephone call with Pam from Thomas D. Silverman's office regarding his Claim (Claim No. 522); update Call Log | 0.10 | | 19.50 |
| 06/28/13 | SP | Review e-mail from Elise S. Frejka regarding letter dated 6/19/13 filed by James R. Moyer and requesting that we contact him regarding the letter; draft e-mail to Brian Powers regarding same | 0.20 | | 39.00 |
| 06/28/13 | SP | Draft letter to James Moyer requesting that he contact our office to discuss his e-filed letter dated 6/19/13; draft memo to Brian Powers attaching the letter for his review | 0.30 | | 58.50 |
| 06/28/13 | BWP | Revise affidavit of Robert D. Nosek in connection with certifying compliance with borrower claims objection procedures | 0.70 | | 140.00 |
| 06/28/13 | CJM | Review voicemail from Jacqueline Smith regarding ResCap hotline; Return phone call to Jacqueline Smith and update chart | 0.20 | | 40.00 |
| | **Subtotal** | **Claims Admin/Ob** | 158.05 | | $40,575.00 |

**Fee Application**

| 06/03/13 | LMM | Revise SilvermanAcampora LLP May 2013 legal bill to comply with United States Trustee guidelines | 1.00 | | 195.00 |
| 06/10/13 | LMM | Draft memo to Ronald J. Friedman regarding May invoice | 0.10 | | 19.50 |
| | **Subtotal** | **Fee Application** | 1.10 | | $214.50 |

**Litigation**

| 06/03/13 | KPS | Conference with Ronald J. Friedman regarding case status | 0.20 | | 130.00 |
| 06/03/13 | JSK | Review correspondence from Samantha Martin regarding the Jennifer Wilson adversary proceeding and the joint progress report [.1]; review joint progress report [.2]; Draft correspondence to Samantha regarding same [.2] | 0.50 | | 170.00 |
| 06/03/13 | JSK | Confer with Brian Powers re: communications with Francine Modderno in connection with attempts to | 0.20 | | 68.00 |

# EXHIBIT  O

| Date | Timekeeper | Hours | Value | Description |
|------|-----------|-------|-------|-------------|
| | | | | ALIX RE FRB CLAIMS (.7); EMAILS WITH MR. MANNAL, MR. HOLTZ RE FRB CLAIMS (.3); REVIEW POST CONFIRMATION STRUCTURE MATERIALS RE FEDERAL LAW ISSUES (.4); RECOVERY WATERFALL MEMO FROM KRAMER (.4); SEVERAL FOLLOW-UP EMAILS TO KRAMER, ALIX RE IFR CLAIM (.5) |
| 05/03/13 | Blayney, Michael | 0.30 | 220.50 | REVIEW IFR REMEDIATION FRAMEWORK DOCUMENTS RECEIVED FROM MS. HARRIS GUTIERREZ |
| 05/03/13 | Blayney, Michael | 0.40 | 294.00 | REVIEW SETTLEMENT DOCUMENTS RECEIVED FROM MR. PERLSTEIN |
| 05/03/13 | Blayney, Michael | 0.50 | 367.50 | CONFER WITH MS. HARRIS GUTIERREZ, MS. EWART, MR. PERLSTEIN RE: STATUS OF SETTLEMENT DISCUSSIONS, OPEN ISSUES |
| 05/03/13 | Ewart, Lisa | 3.20 | 2,576.00 | CONFER WITH MR. PERLSTEIN RE MEETING WITH KRAMER LEVIN AND RESEARCH QUESTIONS (.4); PARTICIPATE IN CALL WITH TEAM MEMBERS RE STATUS OF CASE AND RESEARCH ISSUES (.5); RESEARCH SCRA AND TREATMENT OF SCRA CLAIMS IN BANKRUPTCY (1.9); CONFER WITH MS. JACK TO OBTAIN BACKGROUND INFORMATION ON SCRA (.4) |
| 05/03/13 | Harris Gutierrez, Franca | 0.50 | 437.50 | TELECONFERENCE WITH MR. PERLSTEIN, MS. EWART AND MR. BLAYNEY RE RESCAP DEVELOPMENTS |
| 05/03/13 | Jack, Lisa | 1.00 | 720.00 | TELEPHONE CONFERENCE WITH MS. EWART REGARDING SCRA AND DEPARTMENT OF JUSTICE SETTLEMENT AGREEMENT PROVISIONS RELATING TO SCRA (.4); FOLLOW-UP EMAILS TO MS. EWART REGARDING SAME (.6) |
| 05/03/13 | Mogilnicki, Eric | 0.10 | 80.00 | CONFER WITH MS. EWART RE CFPB JURISDICTION |
| 05/03/13 | Perlstein, William | 0.90 | 1,003.50 | CONFER WITH MS. EWART RE RESEARCH ISSUES FOR PLAN (.4); TELECONFERENCE WITH MR. NEWELL, MS. HARRIS GUTIERREZ, MS. EWART RE GOVERNMENT ISSUES IN PLAN (.5) |
| 05/06/13 | Ewart, Lisa | 2.40 | 1,932.00 | RESEARCH RE SCRA AND STATUS OF CLAIMS IN BANKRUPTCY |
| 05/06/13 | Harris Gutierrez, Franca | 0.30 | 262.50 | CONFER WITH MR. NEWELL RE CLAIMS ANALYSIS FOR NATIONWIDE MORTGAGE |

3

| Date | Timekeeper | Hours | Value | Description |
|------|-----------|-------|-------|-------------|
| | | | | (.3) |
| 05/15/13 | Zepralka, Jennifer | 1.10 | 825.00 | REVIEW SEC STAFF GUIDANCE RE LIQUIDATING TRUSTS (.4); CONFERENCE CALL RE SECURITIES AND REGULATORY MATTERS RELATED TO LIQUIDATION (.7) |
| 05/16/13 | Blayney, Michael | 0.60 | 441.00 | CONFER WITH MR. MCKERNAN RE: REVIEW OF MORTGAGE LICENSING REQUIREMENTS APPLICABLE TO LIQUIDATING TRUST (.3); RESEARCH RE: SAME (.3) |
| 05/16/13 | Blayney, Michael | 0.10 | 73.50 | CONFER WITH MR. CASTO RE: RESULTS OF RESEARCH RE: CONTROL ISSUES FOR LIQUIDATING TRUST |
| 05/16/13 | Casto, Daniel | 2.00 | 1,210.00 | RESEARCH RE LIMITATIONS ON ACQUISITION OF ASSETS BY BANKING ENTITIES |
| 05/16/13 | Harris Gutierrez, Franca | 0.30 | 262.50 | CONFER WITH MR. CASTO RE CONTROL RESEARCH |
| 05/16/13 | McKernan, Jonathan | 4.10 | 2,808.50 | RESEARCH APPLICABILITY OF STATE LAW MORTGAGE LICENSING REQUIREMENTS TO LIQUIDATING TRUST |
| 05/16/13 | McKernan, Jonathan | 0.30 | 205.50 | CONFER WITH MR. BLAYNEY RE SCOPE OF 50-STATE SURVEY OF MORTGAGE LICENSING REQUIREMENTS IN CONNECTION WITH CONTEMPLATED LIQUIDATING TRUST |
| 05/16/13 | Zepralka, Jennifer | 1.50 | 1,125.00 | REVIEW RESCAP AND ALLY FINANCIAL SEC FILINGS AND NO ACTION LETTERS (.7); REVIEW SEC GUIDANCE RE LIQUIDATING TRUSTS (.8) |
| 05/17/13 | Cross, Meredith | 1.80 | 2,160.00 | DISCUSS REPORTING REQUIREMENTS WITH MS. ZEPRALKA (.8); TELECON WITH MS. ZEPRALKA AND MS. EWART RE REPORTING REQUIREMENTS (.5); PROVIDE COMMENTS ON DRAFT SUMMARY PREPARED BY MS. EWART (.5) |
| 05/17/13 | Ewart, Lisa | 1.10 | 885.50 | CALL WITH MS. CROSS, MS. ZEPRALKA RE POTENTIAL SECURITIES ISSUES (.5); DRAFT AND SEND EMAIL TO MR. PERLSTEIN RE HIGHLIGHTS OF CONVERSATION AND POTENTIAL ISSUES (.6) |
| 05/17/13 | Harris Gutierrez, Franca | 0.90 | 787.50 | PARTIAL TELEPHONIC ATTENDANCE OF PROFESSIONALS MEETING |
| 05/17/13 | Harris Gutierrez, Franca | 0.10 | 87.50 | CONFER WITH MR. CASTO RE: CONTROL ANALYSIS |

| Date | Timekeeper | Hours | Value | Description |
|------|-----------|-------|-------|-------------|
| 05/17/13 | McKernan, Jonathan | 1.30 | 890.50 | RESEARCH APPLICABILITY OF MORTGAGE LICENSING REQUIREMENTS TO TRUST |
| 05/17/13 | Perlstein, William | 3.30 | 3,679.50 | ATTEND PROFESSIONALS MEETING RE TERM SHEET, DISTRIBUTION ISSUES |
| 05/17/13 | Zepralka, Jennifer | 1.30 | 975.00 | CONFER WITH MS. CROSS RE SECURITIES LAW MATTERS RELATING TO LIQUIDATING TRUSTS (.8); CONFERENCE CALL WITH MS. CROSS AND MS. EWART RE SAME (.5) |
| 05/18/13 | Casto, Daniel | 1.50 | 907.50 | RESEARCH RE REGULATION Y BANK HOLDING COMPANY ACT RESTRICTIONS |
| 05/20/13 | Blayney, Michael | 0.50 | 367.50 | CONFER WITH MS. EWART, MR. MCKERNAN, MR. CASTO RE: CURRENT STATUS OF MATTER, RESEARCH ON CONTROL ISSUES, MORTGAGE LICENSING ISSUES |
| 05/20/13 | Casto, Daniel | 4.10 | 2,480.50 | PREPARE ANALYSIS OF BANK HOLDING COMPANY ACT EXEMPTIONS FOR ACQUISITION OF NON-BANK COMPANIES (1.5); CONTINUE TO PREPARE ANALYSIS OF BANK HOLDING COMPANY ACT EXEMPTIONS FOR ACQUISITION OF NON-BANK COMPANIES (2.6) |
| 05/20/13 | Casto, Daniel | 5.60 | 3,388.00 | RESEARCH RE BANK HOLDING COMPANY ACT LIMITATIONS ON ACQUISITION OF NON-BANKING ASSETS (2.2); CONTINUE TO RESEARCH RE BANK HOLDING COMPANY ACT LIMITATIONS ON ACQUISITION OF NON-BANKING ASSETS (3.4) |
| 05/20/13 | Harris Gutierrez, Franca | 0.30 | 262.50 | CONFER WITH MR. MCKERNAN RE LICENSING RESEARCH |
| 05/20/13 | Jennings, Casey | 0.30 | 165.00 | CONFER WITH MR. CASTO REGARDING BANK HOLDING COMPANY ACT RESEARCH PROJECT |
| 05/20/13 | McKernan, Jonathan | 5.40 | 3,699.00 | RESEARCH STATE LAW LICENSES REQUIREMENTS FOR LIQUIDATING TRUST HOLDING AND SERVICING MORTGAGE LOANS |
| 05/20/13 | McKernan, Jonathan | 0.30 | 205.50 | CONFER WITH MS. HARRIS GUTIERREZ RE STRUCTURE OF LIQUIDATING TRUST |
| 05/21/13 | Casto, Daniel | 4.70 | 2,843.50 | PREPARE ANALYSIS OF BANK HOLDING COMPANY ACT EXEMPTIONS FOR ACQUISITION OF NON-BANK COMPANIES (4.5); CONFER WITH MS. HARRIS GUTIERREZ RE SAME (.2) |

# EXHIBIT  P

# EXHIBIT B

## RESIDENTIAL CAPITAL, LLC, et al.

### SUMMARY OF HOURS

#### May 1, 2013 through May 31, 2013

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| **Partner*** | | | | | |
| Howard Seife (1997) | Bankruptcy and Financial Restructuring | 1979 (NY) | $995 | 61.50 | $  61,192.50 |
| Richard M. Leder (1988) | Tax | 1962 (NY) | 995 | 5.70 | 5,671.50 |
| David M. LeMay (2001) | Bankruptcy and Financial Restructuring | 1982 (NY) | 925 | 129.00 | 119,325.00 |
| Thomas J. McCormack (1992) | Litigation | 1983 (NY) | 875 | 78.70 | 68,862.50 |
| N. Theodore Zink (1997) | Bankruptcy and Financial Restructuring | 1984 (MO) 1991 (IL) 1996 (NY) | 855 | 23.50 | 20,092.50 |
| William A. Greason (1996) | Corporate | 1988 (NY) | 845 | 40.70 | 34,391.50 |
| Vincent Dunn (1998) | Corporate | 1989 (NY) | 825 | 22.00 | 18,150.00 |
| Marjorie Glover (1999) | Employee Benefits | 1988(MA) 1989 (NY) | 825 | 79.40 | 65,505.00 |
| Robert A. Schwinger (1994) | Litigation | 1985 (NY) | 825 | 23.00 | 18,975.00 |
| Marian Baldwin Fuerst (2000) | Corporate | 1992 (NY) | 795 | 3.30 | 2,623.50 |
| John F. Finnegan (2008) | Litigation/ Insurance | 1983 (NY) | 755 | 6.20 | 4,681.00 |
| Scott Berson (2004) | Corporate | 1996 (NY) | 745 | 2.70 | 2,011.50 |
| Seven Rivera (2009) | Bankruptcy and Financial Restructuring | 2001 (NY) | 745 | 44.40 | 33,078.00 |
| Douglas E. Deutsch (2009) | Bankruptcy and Financial Restructuring | 1997 (NY) | 745 | 6.10 | 4,544.50 |

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|------|------------|-------------------|------------------|-------------|-------|
| Andrew Rosenblatt (2009) | Bankruptcy and Financial Restructuring | 1998 (NY) | 745 | 71.90 | 53,565.50 |
| Robin Ball (2005) | Litigation | 1986 (AR) 1992 (CA) | 725 | 95.20 | 69,020.00 |
| | | | | | |
| **Counsel:** | | | | | |
| Marc D. Ashley | Litigation | 1995 (NY) | 695 | 72.50 | 50,387.50 |
| Philip J. Goodman | Litigation | 1992 (PA) 1994 (DC) | 695 | 80.90 | 56,225.50 |
| Christy L. Rivera | Bankruptcy and Financial Restructuring | 2002 (NY) | 665 | 97.20 | 64,638.00 |
| Francisco Vazquez | Bankruptcy and Financial Restructuring | 1995 (NJ) 1996 (NY) | 665 | 90.30 | 60,049.50 |
| James Stenger | Corporate | 1978 (DC) | 645 | 13.20 | 8,514.00 |
| | | | | | |
| **Associate:** | | | | | |
| Seth Kruglak | Litigation | 2004 (NY) | 675 | 19.30 | 13,027.50 |
| Robert J. Gayda | Bankruptcy and Financial Restructuring | 2005 (NY) | 655 | 87.10 | 57,050.50 |
| Adam Price | Corporate | 2000 (NY) | 655 | 20.70 | 13,558.50 |
| Jean Migdal | Corporate | 1999 (NY/NJ) | 655 | 35.60 | 23,318.00 |
| Elizabeth M. Miller | Corporate | 1989 (CA) 1996 (DC) 1997 (NY) | 655 | 98.00 | 64,190.00 |
| Monika Szymanski | Corporate | 2004 (NJ) 2005 (NY) | 655 | 58.10 | 38,055.50 |
| Aaron M. Bartell | Corporate | 2007 (NY) 2008 (DC) | 625 | 75.50 | 47,187.50 |
| Christopher Bugel | Corporate | 2004 (MD) 2006 (DC) | 625 | 97.20 | 60,750.00 |
| Robert M. Kirby | Litigation | 2008 (NY) | 595 | 120.10 | 71,459.50 |
| Meghan Towers | Bankruptcy and Financial Restructuring | 2008 (NY) | 595 | 133.70 | 79,551.50 |
| Blake Betheil | Tax | 2009 (NY) | 565 | 64.90 | 36,668.50 |

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| Bonnie Dye | Bankruptcy and Financial Restructuring | 2009 (NY) | 565 | 106.30 | 60,059.50 |
| Kate McSweeny | Litigation/ Insurance | 2004 (VA) 2006 (DC) | 565 | 38.30 | 21,639.50 |
| Michael Pusateri | Litigation | 2009 (NY) 2012 (DC) | 565 | 5.50 | 3,107.50 |
| Rachel Santangelo | Employee Benefits | 2009 (NY) | 565 | 119.70 | 67,630.50 |
| Nicolas Ferre | Corporate | 2010 (NY) | 505 | 20.30 | 10,251.50 |
| Lata Nott | Litigation | 2011 (NY) | 505 | 67.40 | 34,037.00 |
| Eric Daucher | Bankruptcy and Financial Restructuring | 2010 (NY) | 495 | 99.80 | 49,401.00 |
| S. Jean Kim | Litigation | 1999 (NY) 2006 (CA) | 495 | 7.00 | 3,465.00 |
| Marc Roitman | Bankruptcy and Financial Restructuring | 2010 (NY) | 495 | 126.60 | 62,667.00 |
| Andrea Voelker | Litigation | 2010 (NY) | 495 | 49.00 | 24,255.00 |
| David John Frenkil | Corporate | 2011 (DC) | 465 | 18.10 | 8,416.50 |
| Pooja Asnani | Litigation | 2011 (NY) | 435 | 98.30 | 42,760.50 |
| Michael Distefano | Bankruptcy and Financial Restructuring | 2011 (NY) | 435 | 129.70 | 56,419.50 |
| Nicolas Stebinger | Litigation | 2011 (NY) | 435 | 14.80 | 6,438.00 |
| Philip Kaminski | Corporate | 2012 (NY) | 395 | 75.40 | 29,783.00 |
| Jordan Manekin | Corporate | 2011 (NY) | 395 | 56.80 | 22,436.00 |
| Marc Reston | Corporate | 1979 (NY) | 395 | 31.70 | 12,521.50 |
| Joshua Apfel | Bankruptcy and Financial Restructuring | 2013 (NY) | 395 | 125.90 | 49,730.50 |
| Noah Brick | Corporate | 2012-JD | 395 | 114.60 | 45,267.00 |
| Claudia Cohen | Litigation | 2012-JD | 395 | 93.70 | 37,011.50 |
| Michaela Cohen | Bankruptcy and Financial Restructuring | 2013 (NY) | 395 | 122.80 | 48,506.00 |
| Gabrielle DiBernardi | Corporate | 2012-JD | 395 | 96.50 | 38,117.50 |
| Patrick Dorime | Corporate | 2013 (NY) | 395 | 14.20 | 5,609.00 |

| NAME | DEPARTMENT | YEAR OF ADMISSION | 2012 HOURLY RATE | TOTAL HOURS | TOTAL |
|---|---|---|---|---|---|
| Margaret Grazzini | Tax | 2013 (NY) | 395 | 112.00 | 44,240.00 |
| Zachary Levin | Corporate | 2013 (NY) | 395 | 104.80 | 41,396.00 |
| Jiadai Lin | Litigation | 2013 (NY) | 395 | 100.70 | 39,776.50 |
| Stephanie Palmer | Corporate | 2013 (NY) | 395 | 88.10 | 34,799.50 |
| John Pappas | Corporate | 2013 (NY) | 395 | 75.30 | 29,743.50 |
| Diana Sanders | Litigation | 2012-JD | 395 | 110.40 | 43,608.00 36,432 ⟵ 7176 |
| | | | | | |
| **Paraprofessional:** | | | | | |
| Lori Moloney | Litigation | n/a | 330 | 26.10 | 8,613.00 |
| David Bava | Bankruptcy and Financial Restructuring | n/a | 295 | 50.70 | 14,956.50 |
| Helen M. Lamb | Bankruptcy and Financial Restructuring | n/a | 295 | 12.40 | 3,658.00 |
| Tom Scott | Corporate | n/a | 285 | 23.70 | 6,754.50 |
| Sarah Chan | Corporate | n/a | 280 | 94.90 | 26,572.00 |
| Jay Aubrey | Corporate | n/a | 280 | 5.80 | 1,624.00 |
| Diane Larmon-Dixon | Corporate | n/a | 280 | 13.80 | 3,864.00 |
| Matilde Pena | Corporate | n/a | 250 | 39.00 | 9,750.00 |
| Gregory Goodwin | Litigation | n/a | 260 | 51.40 | 13,364.00 |
| Jason Lopez | Litigation | n/a | 235 | 61.00 | 14,335.00 |
| Isida Tushe | Corporate | n/a | 180 | 57.80 | 10,404.00 |
| | | | | | |
| **TOTAL:** | | | | 4,517.90 | $2,413,309.50 |

BLENDED RATE:    $534.17

---

* Includes year elected Partner at firm or joined firm as Partner.

Total $26,988

preference analysis (1.3).

05/06/13   M. COHEN        Review, revise and finalize report       16.30 hrs.
                          at printer in preparation for
                          filing and production.

05/06/13   B. DYE         Review, revise and finalize report       14.30 hrs.
                          at printer in preparation for
                          filing and production.

05/06/13   M. S. TOWERS   Revised avoidance action Report          16.70 hrs.
                          section (7.3); researched
                          fraudulent transfer law (9.4)

05/06/13   R. M. KIRBY    Conducting research concerning             9.40 hrs.
                          recent decisions as to
                          veil-piercing claims under
                          Delaware law to further revise
                          related sections of the Examiners'
                          Report (1.1); Revising sections of
                          the Examiner's Report re:
                          potential estate veil-piercing
                          claim against AFI, as per R. Ball
                          (6.7); revising sections of the
                          executive summary of the
                          Examiner's Report re: third-party
                          claims asserted against AFI, as
                          per S. Rivera (1.6).

05/06/13   M. ROITMAN     Revise Executive Summary (9.9);           14.30 hrs.
                          Email to ResCap team re: same
                          (0.2); Confer with H. Seife re:
                          same (0.6); Revise glossary of
                          defined terms (0.7); Conferences
                          with T. Zink, F. Vazquez, and C.
                          Rivera re: same (0.6); Emails with
                          N. Brick re: source materials
                          underlying executive summary
                          (0.2); Follow-up confer with N.
                          Brick re: same (0.2); Emails with
                          S. Rivera re: third-party claims
                          section of executive summary
                          (0.3); Confer with A. Rosenblatt
                          re: tax section of executive
                          summary (0.4); Call with S.
                          Seabury re: financial condition
                          section of executive summary
                          (0.2); Revise narrative for
                          Examiner Report re: Postpetition
                          Transactions (0.8); Emails with Z.
                          Levin re: same (0.2).

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page  51

| 05/06/13 | A. M. BARTELL | Review and analysis of cases cited in Section VII.A.1 of the Report. | 7.10 hrs. |
| 05/06/13 | J. A. STENGER | Review MBIA submission to Examiner regarding third party claims (0.8); research regarding same (0.7); correspondence with S. Rivera and T. Martin regarding MBIA claims and third party claims section of report (0.7). | 2.20 hrs. |
| 05/06/13 | L. NOTT | Meeting with E.Miller to discuss cite checking (.3); cite check sections VII.E and VII.G of Report (5.3). | 5.60 hrs. |
| 05/06/13 | J. M. MIGDAL | Emails (.3) and conference (.5) with C. Tan (Mesirow) re certain citations in Recharacterization memo; research re Project Gopher analysis (3.3); conference with V.Dunn re Project Gopher analysis (.4); prepare table of contents for Financing Narrative and Appendices (.9). | 5.40 hrs. |
| 05/06/13 | I. TUSHE | Prepare table of contents for report sections (1.7); review and compare typeset versions of report sections (2.8); prepare index of footnotes with bates numbers (2.3). | 6.80 hrs. |
| 05/06/13 | D. SANDERS | Review, revise and finalize report at printer in preparation for filing and production. | 14.60 hrs. |
| 05/06/13 | S. PALMER | Review, revise and finalize report at printer in preparation for filing and production. | 13.80 hrs. |
| 05/06/13 | Z. LEVIN | Review, revise and finlize report at printer in preparation for filing and production. | 13.60 hrs. |
| 05/06/13 | J. LIN | Cite-check section VII.F of ResCap Report (6.1); review, revise and finalize report at printer in preparation for filing and production (9.3). | 15.40 hrs. |

9.3

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   52


| Date | Name | Description | Hours |
|---|---|---|---|
| 05/06/13 | G. DiBERNARDI | Review, revise and finalize report at printer in preparation for filing and production. | 14.80 hrs. |
| 05/06/13 | C. COHEN | Review, revise and finalize report at printer in preparation for filing and production. | 14.40 hrs. |
| 05/06/13 | J. APFEL | Review, revise and finalize report at printer in preparation for filing and production. | 14.80 hrs. |
| 05/06/13 | N. BRICK | Revise and finalize Sections IV and IX (11.2); final edits to Appendices with Mesirow (4.1). | 15.30 hrs. |
| 05/06/13 | R. SANTANGELO | Review and revised Appendices (3.6); checked Report sections against related sections of Appendices (3.4); meeting w/ M. Glover re: commnets to Appendices (0.7); follow-up revisions re: Appendices (1.7); call w/ A. Bartell re: PEO/HC issues in Appendices (0.2); meeting w/ M. Glover re: comments to Glossary (0.4); further meeting w/ M. Glover re: comments to Appendices (0.5); call w/ N. Brick re: comments to Appendices (0.3); follow-up revisions re: Appendices (2.1); reviewed and revised Glossary (1.1); call w/ B. Betheil re: tax definitions in Glossary (0.3). | 14.30 hrs. |
| 05/06/13 | B. BETHEIL | Emails (0.3) and calls (0.4) w/E.Sartori re edits to charts in narrative summary of tax issues; Review and edit narrative summary of tax issues, legal analysis of tax issues (2.6); review and edit tax section of Executive Summary (1.1); Tel call with R.Leder re comments to tax section of Executive Summary (0.4); Meet w/ A. Rosenblatt re: new value affirmative defense to insider preference claim (1.3); Review government settlement and preference claims sections of report (1.4); Draft analysis of | 12.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   53

|  |  |  |  |
|---|---|---|---|
|  |  | new value available to AFI to offset insider preference claims (2.8); Meet w/ D. LeMay, E. Daucher, A. Rosenblatt, R. Gayda and M. Distefano re: insider preference claims analysis (1.3); Emails w/ Mesirow re: exhibits for new value affirmative defense section (0.5); Tel call w/R.Santangelo re comments to tax section of glossary (0.3). |  |
| 05/06/13 | M. GRAZZINI | Review, revise and finalize report at printer in preparation for filing and production. | 14.70 hrs. |
| 05/06/13 | P. KAMINSKI | Review, revise and finalize report at printer in preparation for filing and production. | 12.60 hrs. |
| 05/06/13 | A. PRICE *Vague* | Continue review, edit and format Master Examiner's Report. | 3.40 hrs. |
| 05/06/13 | J. PAPPAS | Review and analysis of cases cited in the Report for Section VII.B., E., G. | 10.80 hrs. |
| 05/06/13 | J. MANEKIN | Review, revise and finalize report at printer in preparation for filing and production. | 14.10 hrs. |
| 05/06/13 | P. ASNANI | Review, revise and finalize report at printer in preparation for filing and production. | 12.40 hrs. |
| 05/06/13 | M. DISTEFANO | Meeting with D.LeMay, A.Rosenblatt, R.Gayda and B.Betheil re Minnesota UFTA analysis (1.3); drafted and revised Minnesota UFTA analysis of 2008 and 2009 Bank Transactions (2.1); research on section 547 new value issues (1.7); Review, revise and finalize report at printer in preparation for filing and production (9.6). | 14.70 hrs.  *9.6* |
| 05/06/13 | M. D. ASHLEY | Calls with N. Brick regarding revisions to Board protocol section of Report (.3) call with E. Miller regarding document confidentiality issues in Report | 9.90 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                    May 31, 2013
                                                                 Page   55


|  |  |  |  |
|---|---|---|---|
|  |  | of appendices in report (0.3) Phone call with N Brick regarding revision of officers and directors charts in appendix in report (0.3) Follow-up emails with N Brick regarding same (0.2) Review and revise investigation section of executive summary in draft report (0.6) Draft and send email to M Roitman regarding same (0.2) |  |
| 05/06/13 | D. M. LeMAY | Revise Section VII. F (Fraudulent Transfers) (4.8).  Revise Section VII. F (Minnesota Insider Preference) (5.2).  Revise Executive Summary (.7).  Review Submissions from Wilmington Trust (1.1),  Committee (1.1) and MoFo (.7) re: Minnesota Insider Preference. Meeting of C&P team re: revisions to Minnesota Insider Preference section (1.2).  Revise footnote re: U.S. Government preference liability to respond to Examiner comments (.4).  Telephone conference w/A. Gonzalez re: same (.2). | 15.40 hrs. |
| 05/06/13 | C. L. RIVERA | Review, revise and finalize report at printer in preparation for filing and production. | 14.90 hrs. |
| 05/06/13 | F. VAZQUEZ | Conference with Miller and Rivera re clawbacks (.4); review report re insolvency dates (.3); conference with Migdal re recharacterization and affect of clawback on analysis (.3); review and revise executive summary (1.1); review and revise Section VII re solvency (.8) conference with Roitman re executive summary (.3); review and revise Section VII.I (.3); conference with Zink re factual narrative (.5); conference with Towers and Roitman re glossary (.3); conference with C. Rivera re proof and next steps (.4); review and revise factual narrative (2.7); review and revise equitable subordination (1.2); conference with Pappas re | 10.20 hrs. |

|  |  |  | (.3); drafted language for same (.3); reviewed, revised proposed language re scope of fiduciary duty claim review (.3); emails with M.Ashley re same (.1); telephone conference with M Towers re documentation of payment of $51.4 million (.3); emails with K. Mathieu, J. Weinberg re same (.2); reviewed documents provided by Mesirow re same (.1); telephone conference (.2) and emails (.2) with F. Vazquez re misc issues re section proofs; Reviewed MFC edits to Section VII.L.2 (.3) and emails with T.Martin re same (.1); emails with M. Knoll re R. Tuliano review re MSR Swap conclusions (.1); telephone conference with C. Rivera re review of proofs (.2); reviewed, revised Section VII.L proof (1.9); emails with T. Martin re same (.1); emails with M. Knoll re revisions to summary of conclusions (.2); reviewed same (.2) |  |
| 05/07/13 | N. T. ZINK | Review, revise and finalize report at printer in preparation for filing and production (10.1). | 10.10 hrs. |
| 05/07/13 | S. R. RIVERA | Prepared for (.3) and participated in conference call w/R.Ball, M.Ashley and Mesirow re: Fiduciary Duty Claims (.4); reviewed and revised Executive Summary (1.4); emails with M.Roitman re comments to same (.4); reviewed and made comments to typeset version of third party claim section (1.8); confers (.4) and emails (.4) with third party working group re same. | 5.10 hrs. |
| 05/07/13 | T. J. MCCORMACK | Review current version of executive summary (1.2); review and comment on corporate governance sections (0.6); confer with R.Schwinger re summary of conclusions (0.5); review status of ongoing efforts to substitute ResCap later production series for previous production cites (0.8); | 3.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER

May 31, 2013
Page   62

confer B. Miller re: same (0.3).

| | | | |
|---|---|---|---|
| 05/07/13 | W. A. GREASON | Revise asset sale section in executive summary (1.7); revise and finalize asset sale section of report (1.6). | 3.30 hrs. |
| 05/07/13 | V. DUNN | Reviewing documents in connection with avoidance section of Report (3.7) and sent e-mail to M. Roitman and D. LeMay re comments to same (.5); call w/E. Daucher re collateral matters relating to Minnesota law section of Report (.2); reviewed portion of Report relating to Minnesota law and select financing transactions (.8) and email comments to R. Gayda (.4). | 5.60 hrs. |
| 05/07/13 | M.M. GLOVER | Review and revise Report Appendices (3.2); meeting with R.Santangelo re comments to Appendices (.5); conference with R.Santangelo and S.Chan re proofreading Mesirow comments to Appendices (.2); review and revise Glossary (2.4); meeting with R.Santangelo re comments to Glossary (.5); review and revise finance charts (1.4); review and revise D&O charts (1.8); review and revise timeline (1.4); conference with R.Santangelo and Mesirow re comments to Appendices and finalization (.5); review PEO/HC issues and subsitute source materials (.8). | 12.70 hrs. |
| 05/07/13 | F. VAZQUEZ | Review and revise section III.E and Cerberus PSA discussion (.5); review and revise executive summary (.8); review, revise and finalize Examiner's report at printer in preparation for filing and production (9.6). | 10.90 hrs. |
| 05/07/13 | C. L. RIVERA | Review, revise and finalize report at printer in preparation for filing and production. | 15.70 hrs. |

9.6

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER

May 31, 2013
Page   64

| | | | |
|---|---|---|---|
| | | protocol, fiduciary duty, and aiding and abetting sections of Report (3.2); emails with A. Voelker regarding revisions to fiduciary duty and aiding and abetting sections (.3); emails with R. Ball, S. Rivera regarding potential fiduciary duty claims (.3); emails with C. Rivera regarding revisions to fiduciary duty section of Report (.2); emails with M. Roitman, N. Brick regarding revisions to Executive Summary (.4); reviewed factual materials relating to Executive Summary (.7). | |
| 05/07/13 | M. DISTEFANO | Revised section on settlement payment defense (1.8); meeting with D.LeMay, E.Daucher and R.Gayda re revisions to Minnesota UFTA analysis (.5); research on section 547 new value issues (1.7); revised Minnesota UFTA analysis of 2008 and 2009 Bank transactions (2.1); reviewed hand mark-ups from M. Szymanski on sections VII.L and V.B (.3); call with A. Vanderkamp re Minnesota UFTA exhibits (.3); call with C. Rivera re finalization issues (.1); revised third party claims glossary terms (.5); reviewed third party claims section (.2); calls with S.Rivera re comments to same (.2); reviewed executive summary (.2); reviewed submissions from Debtors and AFI on Minnesota UFTA (.7); Review, revise and finalize report at printer in preparation for filing and production (6.8). | 15.40 hrs. |
| 05/07/13 | P. ASNANI | Review, revise and finalize report at printer in preparation for filing and production. | 16.60 hrs. |
| 05/07/13 | J. MANEKIN | Review, revise and finalize report at printer in preparation for filing and production. | 15.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   65

| | | | |
|---|---|---|---|
| 05/07/13 | J. PAPPAS | Review and analysis of cases cited in Sections VIII E and G of the Report. | 4.10 hrs. |
| 05/07/13 | P. KAMINSKI | Review, revise and finalize report at printer in preparation for filing and production (12.3); review and final edits to report glossary (3.3). | 15.60 hrs. 12.3 |
| 05/07/13 | B. BETHEIL | Meet w/ A. Rosenblatt re: new value affirmative defense to insider preference claim (1.6); Review and comment on exhibits for new value affirmative defense section (2.4); Review and edit analysis of new value available to AFI to offset insider preference claims (2.2); Emails w/ A. Rosenblatt and Mesirow re: impact of guarantees on new value analysis (0.6). | 6.80 hrs. |
| 05/07/13 | R. SANTANGELO | Review and revise Report Appendices (5.2); meeting w/ M. Glover re: comments to Appendices (0.6); reviewed and revised Glossary (4.8); meeting w/ M. Glover re: comments to Glossary (0.5); emails with E.Miller re comments to Glossary (0.4); various emails (.5) and calls (.6) with Mesirow re comments to Report Appendices; call w/ M. Glover, S. Chan, A. Vanderkamp re: revisions to Appendices and proofreading same (0.6); follow up emails with S.Chan re same (0.2). | 13.40 hrs. |
| 05/07/13 | R. SANTANGELO | Conferences with contract attorneys re questions raised during review of typeset Report for defined term usage. | 1.10 hrs. |
| 05/07/13 | M. GRAZZINI | Review, revise and finalize report at printer in preparation for filing and production. | 15.40 hrs. |
| 05/07/13 | A. PRICE | Continue to review, edit and format Master Examiner's Report. | 1.80 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   66

| | | | |
|---|---|---|---|
| 05/07/13 | N. BRICK | Review, revise and finalize report at printer in preparation for filing and production. | 19.60 hrs. |
| 05/07/13 | J. APFEL | Review, revise and finalize report at printer in preparation for filing and production. | 17.40 hrs. |
| 05/07/13 | C. COHEN | Review, revise and finalize report at printer in preparation for filing and production. | 16.80 hrs. |
| 05/07/13 | M. COHEN | Review, revise and finalize report at printer in preparation for filing and production. | 17.10 hrs. |
| 05/07/13 | G. DiBERNARDI | Review, revise and finalize report at printer in preparation for filing and production. | 17.80 hrs. |
| 05/07/13 | J. LIN | Cite-checked Section VII.F of ResCap Report (16.7) | 16.70 hrs. |
| 05/07/13 | Z. LEVIN | Review, revise and finalize report at printer in preparation for filing and production. | 16.40 hrs. |
| 05/07/13 | S. PALMER | Review, revise and finalize report at printer in preparation for filing and production. | 17.40 hrs. |
| 05/07/13 | D. SANDERS | Review, revise and finalize report at printer in preparation for filing and production. | 17.80 hrs. |
| 05/07/13 | J. M. MIGDAL | Review and comment on recharacterization citations (.7) and related emails with C. Tan (Mesirow) (.3); review and comment on Project Gopher analysis and citations (1.9); confer with S.Berson re comments to same (.3); review and comment on collateral addition chart (.7). | 3.90 hrs. |
| 05/07/13 | L. NOTT | Further review and proof-reading of R.Kirby section on third party claims. | 5.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   67

| | | | |
|---|---|---|---|
| 05/07/13 | A. M. BARTELL | Review and analysis of cases and statutes cited in Section VII.A.1 of the Report. | 10.20 hrs. |
| 05/07/13 | B. DYE | Review, revise and finalize report at printer in preparation for filing and production. | 7.60 hrs. |
| 05/07/13 | M. ROITMAN | Revise and finalize Executive Summary (11.4); emails with Third Party Claims team re: comments to same (0.5); Emails with M. Knoll re: comments to various sections of Executive Summary (0.6); Confer with H. Seife re: comments to certain sections of Executive Summary (0.4); confer with D. LeMay re: same (0.7); confer with C. Rivera re: comments to post-petition section of Executive Summary (0.4); Confer with N. Brick re: comments to D&O section (0.4). | 14.60 hrs. |
| 05/07/13 | M. S. TOWERS | Drafted prejudgment interest insert (1.7); review, revise and finalize report at printer in preparation for filing and production (11.4). | 13.10 hrs. |
| 05/07/13 | R. M. KIRBY | Revising sections of the Examiner's Report re: potential estate veil-piercing claim against AFI, as per C. Rivera and R. Ball (4.1); revising sections of the executive summary of the Examiner's Report re: third-party claims, as per S. Rivera (2.6); revising sections of the Examiner's Report re: third party claims asserted against AFI, as per S. Rivera (6.1). | 12.80 hrs. |
| 05/07/13 | E. DAUCHER | Revise report section addressing Minnesota's insider preference statute, affirmative defenses related thereto, and potential liability arising thereunder (10.3); meeting with D.LeMay and team to discuss comments to same (.5). | 10.80 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER

May 31, 2013
Page   68

| | | | |
|---|---|---|---|
| 05/07/13 | A. VOELKER | Reviewed independent directors' submission (2.7); reviewed master claims chart to determine if all breach of fiduciary claims were covered (4.4); corresponded with M. Cohen and C. Rivera regarding edits to report (.5). | 7.60 hrs. |
| 05/08/13 | A. VOELKER | Reviewed and edited aiding and abetting breach of fiduciary duty section (3.1); emails with M. Ashley regarding edits to same (.3); conference with C.Rivera to coordinate section edits (.4). | 3.80 hrs. |
| 05/08/13 | E. DAUCHER | Meeting with Examiner, H.Seife and team re Minnesota insider preference statute, conclusions (1.2); revise report section addressing Minnesota's insider preference statute, affirmative defenses related thereto, and potential liability arising thereunder (10.9). | 12.10 hrs. |
| 05/08/13 | B. DYE | Review, revise and finalize report at printer in preparation for filing and production. | 16.30 hrs. |
| 05/08/13 | M. S. TOWERS | Review, revise and finalize report at printer in preparation for filing and production. | 16.60 hrs. |
| 05/08/13 | M. ROITMAN | Revise and finalize Executive Summary (7.4); Confer with N. Brick re: comments to same (0.4); confer with D. LeMay re: comments to same (0.4); Revise postpetition transactions section of Examiner Report (1.3); Confers with C. Rivera and Z. Levin re: finalizing same (0.4) | 9.90 hrs. |
| 05/08/13 | R. M. KIRBY | Revising sections of the Examiner's Report re: potential estate veil-piercing claim against AFI, as per R. Ball (4.8); revising sections of the Examiner's Report re: third party claims asserted against AFI (1.8); Revising Section VII.K of the Examiner's Report as per C. Rivera | 8.90 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER            May 31, 2013
                                                         Page   69


(2.3)

| 05/08/13 | A. M. BARTELL | Review and analysis of cases and statutes cited in Section VII.A.1 of the Report. | 8.60 hrs. |
| 05/08/13 | J. A. STENGER | Correspondence with T.Martin regarding MBIA issues in third party claims section of report. | 0.60 hrs. |
| 05/08/13 | L. NOTT | Review, revise and finalize report at printer in preparation for filing and production. | 11.80 hrs. |
| 05/08/13 | J. M. MIGDAL | Research relating to collateral additions (.9); revisions to related report section (.6); review documents to cross-reference citations (1.7); confer with R.Santangelo re report tables (.4). | 3.60 hrs. |
| 05/08/13 | D. SANDERS | Review, revise and finalize report at printer in preparation of filing and production. | 14.30 hrs. |
| 05/08/13 | S. PALMER | Review, revise and finalize report at printer in preparation for filing and production. | 14.80 hrs. |
| 05/08/13 | Z. LEVIN | Review, revise and finalize report at printer in preparation for filing and production. | 15.30 hrs. |
| 05/08/13 | J. LIN | Cite-checked Section VII.F of Report (2.6); work with team at printer to review, revise and finalize report in preparation for filing and production (10.7). | 13.30 hrs. |
| 05/08/13 | G. DiBERNARDI | Review, revise and finalize report at printer in preparation for filing and production. | 14.40 hrs. |
| 05/08/13 | M. COHEN | Review, revise and finalize report at printer in preparation for filing and production. | 15.30 hrs. |
| 05/08/13 | J. APFEL | Review, revise and finalize report at printer in preparation for filing and production. | 15.80 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   70


| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/08/13 | C. COHEN | Review, revise and finalize report at printer in preparation for filing and production. | 14.70 hrs. |
| 05/08/13 | N. BRICK | Review, revise and finalize report at printer in preparation for filing and production. | 18.40 hrs. |
| 05/08/13 | M. GRAZZINI | Review, revise and finalize report and printer in preparation for filing and production. | 16.80 hrs. |
| 05/08/13 | R. SANTANGELO | Conferences with contract attorneys re issues regarding review of typeset version of Report for defined term usage (1.1); emails with C.Rivera re same (.3). | 1.40 hrs. |
| 05/08/13 | R. SANTANGELO | Continue to review and mark up Report Appendices (2.8); call w/ M. Glover re: comments on Appendices (0.3); reviewed and revised Glossary (0.9); reviewed Mesirow's revisions to Appendices (1.7); reviewed "color-proofing" proposed revisions to Section IV.A. Appendices and commented on same (1.1); calls w/ S. Chan re: review of Mesirow revisions to Appendices (0.4); review and proofread Appendices against one another for consistency (2.4); call w/ M. Glover re: comments on Appendices (0.5); call w/ M. Glover and O. Ozgozukara re: comments to Appendices (0.3); call w/ J. Migdal re: Tables (0.5); call w/ N. Brick re: comments to Glossary (0.2); various emails with P.Kaminski re comments to Glossary (0.6); call w/ O. Ozgozukara re: comments to Tables (0.2); call w/ M. Glover re: comments to Tables (0.2); reviewed P. Kaminski revisions to Glossary (0.3). | 12.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                    May 31, 2013
                                                                 Page   71

| 05/08/13 | B. BETHEIL | Review case on appeal addressing reasonably equivalent value for dividends (0.6) and email w/R.Leder re same (0.2); Emails w/ M. Roitman re: comments to Executive Summary (0.2); Emails w/ C. Rivera and A. Rosenblatt re: cross-references in report to tax-related analysis (0.3); Review and comment on exhibits for new value affirmative defense section (1.3); meeting with A.Rosenblatt to discuss final revisions to Project Gopher new value section (0.8). | 3.40 hrs. |
| 05/08/13 | P. KAMINSKI | Review, revise and finalize report at printer in preparation for filing and production (9.6); revise and final edits to report glossary (4.8). | 14.40 hrs. |
| 05/08/13 | A. PRICE | Continue to review, edit and format Master Examiner's Report. | 1.60 hrs. |
| 05/08/13 | J. MANEKIN | Review, revise and finalize report at printer in preparation for filing and production. | 14.10 hrs. |
| 05/08/13 | M. DISTEFANO | Review, revise and finalize report at printer in preparation for filing and production (13.3); call with D. LeMay re Minnesota UFTA analysis (.1); revised section re same (.8). | 14.20 hrs. |
| 05/08/13 | P. ASNANI | Review, revise and finalize report at printer in preparation for filing and production. | 14.10 hrs. |
| 05/08/13 | M. D. ASHLEY | Reviewed factual and legal research materials related to finalization of Board protocol, fiduciary duty, and aiding and abetting sections of Report (4.8); call with A. Voelker regarding revisions to aiding and abetting section of Report (.2); emails with A. Voelker regarding revisions to Report (.1). | 5.10 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                        Page   72

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/08/13 | M. B. SZYMANSKI | Review latest draft and markup typeset version of derivatives narrative. | 1.60 hrs. |
| 05/08/13 | R. J. GAYDA | Review and revise report section regarding application of Minnesota Insider Preference statute (4.3); research re UCC provisions (1.2); research re section 550 analysis (.7); research re Ally Commercial Finance (2.1). | 8.30 hrs. |
| 05/08/13 | E. M. MILLER | Review, revise and finalize report at printer in preparation for filing and production. | 12.70 hrs. |
| 05/08/13 | D. M. LeMAY | Revise and finalize Section VII.F (Minnesota Insider Preference) (10.3). Meeting with Examiner, H.Seife and team re: Minnesota statute claims and defenses (1.3). Revise Executive Summary (2.3); confer with M.Roitman re comments to same (0.4); confer with R.Ball re report finalization and filing (.3). | 14.60 hrs. |
| 05/08/13 | C. L. RIVERA | Review, revise and finalize report at printer in preparation for filing and production. | 17.10 hrs. |
| 05/08/13 | F. VAZQUEZ | Conference with Zink re report finalization (.5) conference with DiStefano re terms of Cerberus PSA (.3); email to and from C. Rivera re section III.A finalization (.2); review, revise and finalize report at printer in preparation for filing and production (9.2). | 10.20 hrs. |
| 05/08/13 | M.M. GLOVER | Reviewed and commented on Appendices (5.8); various conferences with R. Santangelo re comments to Appendices (.9); emails (.5) and telephone conferences (.6) with Mesirow re comments to Appendices. | 7.80 hrs. |
| 05/08/13 | G. GODWIN | Review interview transcripts and identify references to Morrison & Forester interviews. | 1.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                May 31, 2013
                                                             Page   73

| 05/08/13 | V. DUNN | Calls w/R. Gayda re revisions to Report relating to financing transactions (.3); revising chart relating to collateral additions to be included in Report (1.1) and email same to E. Daucher (.2). | 1.60 hrs. |
|---|---|---|---|
| 05/08/13 | W. A. GREASON | Worked on finalizing asset sale section of Report (1.8). | 1.80 hrs. |
| 05/08/13 | S. R. RIVERA | Reviewed and revised third party claims section of Executive Summary (1.3); correspondence with M.Roitman re comments to same (.3); reviewed final proof of third party claims section (1.2); reviewed final proof of bank transaction section (1.1); emails with finalization team re comments to same (.3). | 4.20 hrs. |
| 05/08/13 | N. T. ZINK | Review, revise and finalize certain sections of report at printer in preparation for filing and production (1.1); conference with F.Vazquez re finalization of sections (.5) | 1.60 hrs. |
| 05/08/13 | R. BALL | Emails with R. Kirby re revisions to alter ego analysis (.2); reviewed draft text re same (.1); reviewed alter ego section proof (2.7); review emails re Second Tax Allocation Agreement/Operating Agreement issues (.2); emails with C. Rivera, M. Szymanski re proofs of derivatives sections (.3); reviewed and commented on proof of Section V.B (1.7); reviewed and commented on proof of Section VII.L (.6); telephone conference with T. McCormack re status (.2); emails with N. Brick re revisions to Section VII.L (.2); emails with M. Knoll, R. Kirby re Mesirow revisions to alter ego numbers (.2); emails with C. Bugel and T.McCormack re potential clawback issue (.2); emails with M. DiStefano re changes to derivatives proofs (.3); emails (.2) and telephone conference (.2) | 7.30 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER        May 31, 2013
                                                      Page   76

| 05/09/13 | T. J. MCCORMACK | T/c with K. Patrick attorney to respond to inquiry on report (0.5); e-mails with H. Seife re: delay of filing of report and related issues (0.2). | 0.70 hrs. |
| 05/09/13 | W. A. GREASON | Worked on finalizing asset sale section of Report (1.9). | 1.90 hrs. |
| 05/09/13 | S. CHAN | Continue to review and proof read Mesirow changes to Report Appendices for finalization. | 5.80 hrs. |
| 05/09/13 | F. VAZQUEZ | Review, revise and finalize examiner's report at printer in preparation for filing and production. | 12.40 hrs. |
| 05/09/13 | M.M. GLOVER | Final review and finalization of Report Appendices (2.6); emails with Mesirow re finalization of Appendices (.4); calls (.3) and emails (.4) with Appendix review team (R.Santangelo, S. Chan, N. Brick) re finalization of same. | 3.70 hrs. |
| 05/09/13 | C. L. RIVERA | Review, revise and finalize report at printer in preparation for filing and production. | 9.60 hrs. |
| 05/09/13 | D. M. LeMAY | Review, revise and finalize Section VII.F (Project Gopher) of Report (8.2); conference with H.Seife re comments to same (.8); several conference calls with Mesirow team, A.Rosenblatt and E.Daucher to resolve and finalize liability calculations in same (1.6); emails (.6) and calls (.7) with finalization team to resolving binding, printing, filing and delivery issues. Emails with H.Seife and team re status of settlement discussions and timing for filing report (.4). | 12.30 hrs. |
| 05/09/13 | E. M. MILLER | Review, revise and finalize report at printer in preparation for filing and production. | 6.70 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          May 31, 2013
                                                       Page   77

| | | | |
|---|---|---|---|
| 05/09/13 | R. J. GAYDA | Email correspondence with H.Seife and D.LeMay re preparation of notice of postponement of filing of report (.5) | 0.50 hrs. |
| 05/09/13 | M. B. SZYMANSKI | Review revised typeset copy of derivatives contractual claims section. | 0.40 hrs. |
| 05/09/13 | M. D. ASHLEY | Reviewed factual and legal research materials related to finalization of Board protocol, fiduciary duty, and aiding and abetting sections of Report (3.3); emails with A. Voelker regarding Report revisions (.3). | 3.60 hrs. |
| 05/09/13 | M. DISTEFANO | Review, revise and finalize report at printer in preparation for filing and production (13.3). | 13.30 hrs. |
| 05/09/13 | P. ASNANI | Review, revise and finalize report at printer in preparation for filing and production. | 8.10 hrs. |
| 05/09/13 | J. MANEKIN | Review, revise and finalize report at printer in preparation for filing and production. | 13.30 hrs. |
| 05/09/13 | A. PRICE | Review, revise and finalize report at printer in preparation for filing and production. | 4.60 hrs. |
| 05/09/13 | P. KAMINSKI | Review, revise and finalize report at printer in preparation for filing and production (5.2); revise and final edits to report glossary (4.4). | 9.60 hrs. S.2 |
| 05/09/13 | B. BETHEIL | Meet w/ A. Rosenblatt re: edits to new value affirmative defense section (0.4); Emails w/ E. Sartori, M. Grazzini and M. Cohen re: certain corrections to same (0.3); Review and comment on exhibits for new value affirmative defense section (0.7). | 1.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER        May 31, 2013
                                                      Page   78

05/09/13   M. GRAZZINI      E-mail W. Greason regarding          10.70 hrs.
                            commnts to final report (.1);
                            e-mail M. Cohen regarding caption
                            page and table of contents (.3);
                            e-mail N. Brick regarding final
                            comments to executive summary and
                            procedural background (.2);
                            review, revise and finalize report
                            at printer in preparation for
                            filing and production (10.1).

05/09/13   R. SANTANGELO    Call w/ C. Rivera re: final           1.50 hrs.
                            comments on Appendices (0.3);
                            correspondence with P.Kaminski re:
                            final comments to Glossary (0.3);
                            reviewed final Appendix to Report
                            (0.9).

05/09/13   N. BRICK         Review, revise and finalize report    8.30 hrs.
                            at printer in preparation for
                            filing and production.

05/09/13   C. COHEN         Review, revise and finalize           8.20 hrs.
                            repport at printer in preparation
                            for filing and production.

05/09/13   J. APFEL         Review, revise and finalize report   12.20 hrs.
                            at printer in preparation for
                            filing and production.

05/09/13   G. DiBERNARDI    Review, revise and finalize report   13.30 hrs.
                            at printer in preparation for
                            filing and production.

05/09/13   J. LIN           Review, revise and finalize report    7.70 hrs.
                            at printr in preparation for
                            filing and production.

05/09/13   Z. LEVIN         Review, revise and finlaize report   11.90 hrs.
                            at printer in preparation for
                            filing and production.

05/09/13   M. COHEN         Review, revise and finalize report   13.40 hrs.
                            at printer in preparation for
                            filing and production.

05/09/13   S. PALMER        Review, revise and finalize report    8.70 hrs.
                            at printer in preparation for
                            filing and production.

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                May 31, 2013
                                                              Page   79


| 05/09/13 | D. SANDERS | Review, revise and finalize report at printer in preparation for filing and production. | 9.80 hrs. |
| 05/09/13 | L. NOTT | Review, revise and finalize report at printer in preparation for filing and production. | 8.70 hrs. |
| 05/09/13 | I. TUSHE | Search for correct document bates numbers cited in Report and update index. | 1.30 hrs. |
| 05/09/13 | M. ROITMAN | Review, revise and finalize report at printer in preparation for filing and production (12.7) | 12.70 hrs. |
| 05/09/13 | M. S. TOWERS | Review, revise and finalize report at printer in preparation for filing and production. | 14.60 hrs. |
| 05/09/13 | B. DYE | Review, revise and finalize report at printer in preparation for filing and production. | 13.20 hrs. |
| 05/09/13 | R. M. KIRBY | Review, revise and finalize Sections II, VII, and VIII of the Examiner's Report on-site at printer in preparation for filing and production. | 12.10 hrs. |
| 05/09/13 | E. DAUCHER | Review and revise report section addressing Minnesota's insider preference statute, affirmative defenses related thereto, and potential liability arising thereunder (4.2); conferences with A.Rosenblatt to address open issues in same (.7); participate in several conference calls with Mesirow team, D.LeMay and A.Rosenblatt re revisions to liability calculations under Minnesota's insider preference statute (1.4). | 6.30 hrs. |
| 05/09/13 | A. VOELKER | Corresponded with M. Cohen, C. Rivera and M. Ashley regarding final edits to report (.3); corresponded with D. Sanders regarding claims chart (.2). | 0.50 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                May 31, 2013
                                                             Page   80

| | | | |
|---|---|---|---|
| 05/10/13 | R. M. KIRBY | Review, revise and finalize Sections I and VIII of the Examiner's Report on-site at printer in preparation for filing and production. | 4.60 hrs. |
| 05/10/13 | M. S. TOWERS | Review, revise and finalize report at printer in preparation for filing and production. | 6.20 hrs. |
| 05/10/13 | M. ROITMAN | Review, revise and finalize report at printer in preparation for filing and production (5.4) | 5.40 hrs. |
| 05/10/13 | B. DYE | Review, revise and finalize report at printer in preparation for filing and production. | 5.10 hrs. |
| 05/10/13 | M. COHEN | Review, revise and finalize report at printer in preparation for filing and production. | 6.30 hrs. |
| 05/10/13 | J. APFEL | Review, revise and finalize report at printer in preparation for filing and production. | 5.10 hrs. |
| 05/10/13 | M. GRAZZINI | Review, revise and finalize report at printer in preparation for filing and production. | 4.60 hrs. |
| 05/10/13 | M. DISTEFANO | Review, revise and finalize report at printer in preparation for filing and production (4.7). | 4.70 hrs. |
| 05/10/13 | R. J. GAYDA | Draft, review and revise notice of postponement of report filing (.7); email correspondence with H.Seife and D.LeMay re same (.2). | 0.90 hrs. |
| 05/10/13 | D. M. LeMAY | Final review of certain report sections (2.2); review issues for filing and service of report (.5); conferences with H.Seife and team members re postponement of report filing (.4); review notice of postponement of filing (.3); emails with H.Seife and R.Gayda re same (.2). | 3.60 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                    May 31, 2013
                                                                 Page   81


| 05/10/13 | C. L. RIVERA | Review, revise and finalize report at printer in preparation for filing and production. | 5.20 hrs. |
| 05/10/13 | F. VAZQUEZ | Review, revise and finalize report at printer in preparation for filing and production (4.6); conf w/D.LeMay re report fiing status (.1). | 4.70 hrs.  4.6 |
| 05/10/13 | T. J. MCCORMACK | Review MoFo inquiry on report (0.1); confer B. Miller re: same (0.1); conference with H. Seife on delayed filing of report and settlement negotiation (0.3). | 0.50 hrs. |
| 05/10/13 | H. SEIFE | Conference with D.LeMay re delay in report filing (.2); review and revised draft notice for filing regarding timing of filing report (.4); conference with T.McCormack re timing of filing (.2); telephone conferences with J.Gonzalez regarding same (.3). | 1.10 hrs. |
| 05/10/13 | D. BAVA | Review final pdf version of report for filing with court (at printer) (4.8). | 4.80 hrs. |
| 05/10/13 | A. ROSENBLATT | Conference with D.LeMay re Judge Gonzalez's request that Report filing be delayed (.2); review status of settlement discussions and possible implications of same on filing of Report (.3). | 0.50 hrs. |
| 05/13/13 | D. BAVA | Conference with H. Seife, D. LeMay, M. Towers, M. Cohen and H. Lamb re: filing and service logistics (.60); prepare pdf version of report for a potential court filing (1.60). | 2.20 hrs. |
| 05/13/13 | H. SEIFE | Telephone call with Kruge regarding chambers conference (.4); telephone call with J.Gonzalez regarding chambers conference and Examiner position on sealing (.3); attend chambers conference and court hearing on sealing report (.8); follow-up conference with J.Gonzalez and | 3.40 hrs. |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER          August 31, 2013
                                                        Page    3

| 08/11/13 | E. M. MILLER | Draft narrative description of contract attorney  document review work for fee application (0.8) Draft and send email to H Lamb and D Deutsch regarding same (.3). | 1.10 hrs. |
|----------|--------------|---------------------------------------|-----------|
| 08/12/13 | J. AUBREY | Preparation of Fee Application exhibit re Contract Attorney Time covering 01/01/13 - 04/30/13. | 3.30 hrs. |
| 08/12/13 | R. SANTANGELO | Reviewed and revised E. Miller draft description of contract attorney work. | 0.40 hrs. |
| 08/12/13 | D. E. DEUTSCH | Review draft materials to address US Trustee requests (.3); discuss revisions to same with Helen Lamb (.2); | 0.50 hrs. |
| 08/13/13 | J. AUBREY | Preparation of Fee Application exhibit re Contract Attorney Time covering 01/01/13 - 04/30/13. | 1.10 hrs. |
| 08/14/13 | J. AUBREY | Revisions to Fee Application exhibit re Contract Attorney Time covering 01/01/13 - 04/30/13. | 0.60 hrs. |
| 08/14/13 | D. E. DEUTSCH | Review and check analysis of draft exhibit for US Trustee on contract attorneys (.7); discuss various changes in same with Helen Lamb (.3). | 1.00 hrs. |
| 08/15/13 | D. E. DEUTSCH | Review, research and draft summary memorandum on tasks completed by, and related oversight of contract attorneys (1.5); | 1.50 hrs. |
| 08/28/13 | J. APFEL | Reviewed U.S. Trustee's objection to the Examiner's Fee Application and circulated information to H. Lamb in connection with the ResCap Examiner's Report. 395 | 0.30 hrs. 118.5 |
| 08/28/13 | H. SEIFE | Review of objection by USTrustee to fees. 995 | 0.30 hrs. 298.5 |
| 08/28/13 | D. E. DEUTSCH | Initial review of objection by US Trustee to third interim fee application (.4); follow-up call with Helen Lamb re: required follow-up on same (.3); review | 1.10 hrs. 819.5 |

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                August 31, 2013
                                                             Page    4

|  |  |  |  |
|---|---|---|---|
| | | research and respond to e-mails from Eric Levine re: various billing matters (1.1); | |
| 08/28/13 | H. LAMB | Review US Trustee omnibus objection to fee applications (.5); email to J.Gonzalez regarding objection (.1); emails with Examiner's professionals regarding objection (.4); conference with D.Deutsch regarding objection and related research (.3); conference with J.Apfel regarding same (.1); review fee applications regarding issues raised in objection (.6). | 2.00 hrs. |
| 08/29/13 | J. APFEL | Researched issue re non-admitted attorneys working as first year associates in connection with U.S. Trustee objection to Examiner's fee application. | 4.20 hrs. |
| 08/30/13 | D. M. LeMAY | E-mail to Mesirow re: B. Masumoto's comments on their application (.3) and t/c M. Knoll re: same (.4). | 0.70 hrs. |

Handwritten annotations: *590*, *2¹*, *OS*, *8ᵛˢ*, *Oᵛ)*, *1,659*, *395*

**Total Fees for Professional Services..............  $18,534.50**


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 925.00 | .70 | 647.50 |
| H. SEIFE | 995.00 | 1.40 | 1393.00 |
| D. E. DEUTSCH | 745.00 | 7.30 | 5438.50 |
| E. M. MILLER | 655.00 | 3.40 | 2227.00 |
| J. APFEL | 395.00 | 4.50 | 1777.50 |
| D. BAVA | 295.00 | 5.50 | 1622.50 |
| J. AUBREY | 280.00 | 5.00 | 1400.00 |
| H. LAMB | 295.00 | 9.80 | 2891.00 |
| M. ROITMAN | 495.00 | .70 | 346.50 |
| R. SANTANGELO | 565.00 | 1.40 | 791.00 |
| TOTALS | | 39.70 | 18534.50 |

Handwritten: *$3485.5*

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                September 30, 2013

                                                             Page    1


                                    For Services Through September 30, 2013
Our Matter #21955.010
         RESCAP: FEE/RETENTION APPLICATIONS


09/03/13   J. APFEL          Researched relevant supporting       3.60 hrs.
                             case law on certain issues raised
                             by U.S. Trustee in preparation of
                             response to U.S.Trustee objection
                             to fee application (2.2) and
                             updated case law citations in
                             response (1.4).

09/03/13   D. E. DEUTSCH     Review omnibus objection by          3.90 hrs.
                             Trustee (.5); conference with Josh
                             Apfel with additional required
                             research on same (.2); meeting
                             with Helen Lamb re: objection
                             matters (.3); preliminary review
                             of research on not-yet-admitted
                             attorney rates (1.2); begin
                             drafting form response (1.7).

09/04/13   D. E. DEUTSCH     Continue research and drafting on     6.10 hrs.
                             draft response to US Trustee
                             (2.9); two related meetings with
                             Josh Apfel on open research items
                             (.5); call with US Trustee's
                             office re: proposed settlement on
                             same (.6); draft detailed related
                             memorandum to US Trustee (1.3);
                             exchange e-mails with Howard Seife
                             on same (.2); draft additional
                             final edits to same (.4); discuss
                             drafting of affidavit with Michael
                             Distefano (.2).

09/04/13   J. APFEL          Researched relevant supporting       3.10 hrs.
                             case law re certain issues raised
                             by U.S. Trustee in preparation of
                             response to U.S. Trustee objection
                             to fee application (1.4); updated
                             citations (.8) and revised
                             response to U.S. Trustee (.5);
                             conference with D. Deutsch re
                             revisions (.5).

09/05/13   M. DISTEFANO      Reviewed response to US Trustee      1.90 hrs.
                             fee objection (.8); drafted
                             declaration from A. Gonzalez re
                             same (1.1).

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                September 30, 2013
                                                             Page   2


09/06/13   H. LAMB          Review fee/objection chart          0.70 hrs.
                            prepared by Debtors' counsel (.3);
                            emails with Examiner's
                            professionals regarding status of
                            resolutions to fee objections (.4).

09/06/13   D. M. LeMAY      Conference with D. Deutsch re:       0.30 hrs.
                            open issues in C&P application.

09/09/13   J. APFEL         Review, cite-check and revise all   1.80 hrs.
                            cases cited in Examiner's response
                            to the U.S. Trustee's objection to          711
           Obj              Chadbourne's fee application
                            (1.6); email same to D. Deutsch  395
                            (.2).

09/09/13   M. ROITMAN       Draft response to fee objection     1.80 hrs.
           Obj              re: meetings (1.6); confer with D.  495  891
                            Deutsch and D. LeMay re: same (0.2)

09/09/13   D. E. DEUTSCH    Work on revisions to draft fee       4.50 hrs.
                            objection response (2.4); discuss
                            additional research on same with
                            Marc Roitman (.3); conference call       $3352.5
                            with US Trustee team re: possible
                            revisions to settlement offer
           Obj              (.2); review materials on related
                            issue with other professional and
                            research same (1.0); discuss
                            proposal with Howard Seife (.4)
                            and draft response to US Trustee
                            (.2). 745

09/09/13   H. SEIFE         Review of US Trustee omnibus         2.10 hrs.
           Obj              objection to fees (.7); review of
                            draft response (1.0); conference        $2089.5
                            with D.Deutsch regarding response
                            (.4). 995

09/10/13   H. SEIFE         Review materials in preparation     1.40 hrs.
           Obj              for fee hearing. 995                    $1,393

09/10/13   D. E. DEUTSCH    Review and prepare materials for     2.30 hrs.
                            tomorrow's fee hearing (.8); call
                            with Debtors' counsel (Erica
                            Richards) re: materials/summary
                            chart for tomorrow's hearing (.2);
                            exchange related e-mails with
                            Debtors' counsel (.2); two calls
                            with Mesirow (Melissa Knoll) re:
                            tomorrow's hearing (.3); review
                            court filing by Committee on

RESIDENTIAL CAPITAL, LLC - CHAPTER 11 EXAMINER                    September 30, 2013
                                                                 Page    3

|            |              |                                                                                                                                                                                                                                  |            |
|------------|--------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |              | tomorrow's hearing (.2); discuss same with Howard Seife (.2); exchange additional e-mails on tomorrow's hearing and status of Committee professional fee issues (.4). |            |
| 09/10/13   | H. LAMB      | Review and e-file Mesirow's response to US Trustee objection to fees (.3); prepare letter to Chambers and US Trustee enclosing copies of same (.3); prepare fee applications for 9/11 hearing (.6); emails with MoFo with final resolutions on fee application objections (.3). 2.95 | 1.50 hrs.  |
| 09/10/13   | D. BAVA      | Organization of materials for fee hearing (.8).                                                                                                                                                                                                   | 0.80 hrs.  |
| 09/11/13   | H. LAMB      | Review certain expenses in connection with issues raised at fee hearing (.6); prepare summary of requested expenses for submission to US Trustee (.7); emails with USTrustee and Debtors' counsel regarding same (.2). 2.95 | 1.50 hrs.  |
| 09/11/13   | D. E. DEUTSCH | Prepare for (1.3) and participate in fee hearing (1.5); exchange e-mails with Helen Lamb re: required additional edits to settlement (.4); review materials on expenses (.5) and exchange e-mails with US Trustee's office on same (.4). 2.95   1.3 hours | 4.10 hrs.  |
| 09/11/13   | H. SEIFE     | Preparation for fee hearing (1.1); attend court hearing on fee applications (1.6).                                                                                                                                                                 | 2.70 hrs.  |
| 09/18/13   | H. LAMB      | Review draft interim fee order to confirm amounts for Chadbourne (.5); emails with Examiner's professionals regarding draft interim fee order (.5); emails with J.Gonzalez regarding same (.2).                                                    | 1.20 hrs.  |
| 09/18/13   | H. SEIFE     | Review of draft fee order.                                                                                                                                                                                                                        | 0.40 hrs.  |

*(Handwritten annotations: "OD5" markings next to several entries; "$442.5" next to the first H. LAMB entry; "$442.5" next to the second H. LAMB entry; "$968.5" next to the D. E. DEUTSCH entry; "4.10 hrs." struck through with "1.3 hours" handwritten.)*

# EXHIBIT  Q

# EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount | |
|------|------|-------------|------|--------|---|
| Atkinson, James | 05/01/13 | Attend call with counsel and the Examiner regarding case matters and project activities. | 0.8 | $ 716 | ⋀ |
| Atkinson, James | 05/01/13 | Call with D. Lemay (Chadbourne), J. Williams and R. Tuliano (both of MFC) regarding status of ▮▮▮ and ▮▮▮ submissions and questions regarding ▮▮▮ narrative. | 0.2 | $ 179 | |
| Atkinson, James | 05/01/13 | Call with R. Tuliano, J. Feltman, J. Williams, D. King, R. Hughes and E. Sartori (all of MFC) regarding the ▮▮▮ and the ▮▮▮ | 0.5 | $ 448 | |
| Atkinson, James | 05/01/13 | Discuss with R. Tuliano and C. Tan (both of MFC) regarding comments received from Chadbourne on ▮▮▮ section of report. | 0.5 | $ 448 | |
| Atkinson, James | 05/01/13 | Meet with R. Tuliano, J. Feltman, R. Hughes, J. Williams (partial) and E. Sartori (partial) (all of MFC) regarding report section edits and revisions. | 2.5 | $ 2,238 | ⋀ |
| Bourgeois, Jared | 05/01/13 | Call with M. Knoll (MFC) regarding changes to ▮▮▮ report draft. | 0.2 | $ 139 | |
| Bourgeois, Jared | 05/01/13 | Communicate with Chadbourne regarding ▮▮▮ from ▮▮▮ | 0.2 | $ 139 | |
| Bourgeois, Jared | 05/01/13 | Communicate with Chadbourne regarding the ▮▮▮ and related loan. | 0.2 | $ 139 | |
| Feltman, James | 05/01/13 | Call with R. Tuliano, J. Atkinson, J. Williams, D. King, R. Hughes and E. Sartori (all of MFC) regarding the ▮▮▮ | 0.5 | $ 448 | ⋀ |
| Feltman, James | 05/01/13 | Meet with R. Tuliano, J. Atkinson, R. Hughes, J. Williams (partial) and E. Sartori (partial) (all of MFC) regarding report section edits and revisions. | 2.5 | $ 2,238 | ⋀ |
| Fish, Rachel | 05/01/13 | Meet with O. Ozgozukara (MFC) to discuss the status of projects and work plan for exhibits team. | 0.3 | $ 188 | |
| Hughes, Ruth | 05/01/13 | Call with J. Feltman, J. Williams, J. Atkinson, R. Tuliano, D. King and E. Sartori (all of MFC) regarding the ▮▮▮ | 0.5 | $ 363 | ⋀ |
| Hughes, Ruth | 05/01/13 | Meet with R. Tuliano, J. Atkinson, J. Feltman, J. Williams (partial) and E. Sartori (partial) (all of MFC) regarding report section edits and revisions. | 2.5 | $ 1,813 | ⋀ |
| King, David | 05/01/13 | Call with J. Feltman, J. Williams, J. Atkinson, R. Tuliano, E. Sartori and R. Hughes (all of MFC) regarding the ▮▮▮ | 0.5 | $ 428 | ⋀ |
| Knoll, Melissa | 05/01/13 | Attend call with counsel and the Examiner regarding case matters and project activities. | 0.8 | $ 716 | ⋀ |
| Knoll, Melissa | 05/01/13 | Call with J. Bourgeois (MFC) regarding changes to ▮▮▮ report draft. | 0.2 | $ 179 | |

$ 8,960

# EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|------|------|-------------|------|--------|
| Knoll, Melissa | 05/01/13 | Call with K. Mathieu (MFC) on the status of section reviews and ███████. | 0.8 | $ 716 |
| Knoll, Melissa | 05/01/13 | Discuss analysis of ████████ with T. Martin (MFC). | 0.1 | $ 90 |
| Knoll, Melissa | 05/01/13 | Discuss ███████ edits with T. Martin (MFC). | 0.1 | $ 90 |
| Knoll, Melissa | 05/01/13 | Discuss with K. Winford (MFC) regarding ██, █████ for ███ | 0.3 | $ 269 |
| Knoll, Melissa | 05/01/13 | Discuss with R. Tuliano (MFC) regarding review of █████████ narrative of report and pending submissions to Chadbourne. | 0.5 | $ 448 |
| Knoll, Melissa | 05/01/13 | Discuss with R. Tuliano (MFC) regarding status of ███████ and related analytics. | 0.3 | $ 269 |
| Knoll, Melissa | 05/01/13 | Draft follow up email to counsel regarding status of section reviews and ███████ | 0.1 | $ 90 |
| Knoll, Melissa | 05/01/13 | Meet with S. Seabury (MFC) to review exhibits. | 0.2 | $ 179 |
| Knoll, Melissa | 05/01/13 | Respond to counsel regarding statements regarding ████ ████ section. | 0.2 | $ 179 |
| Martin, Timothy | 05/01/13 | Call with B. Dye (Chadbourne) regarding "████████ edits. | 0.3 | $ 257 |
| Martin, Timothy | 05/01/13 | Discuss analysis of ███████ with M. Knoll (MFC). | 0.1 | $ 86 |
| Martin, Timothy | 05/01/13 | Discuss ██████ edits with M. Knoll (MFC). | 0.1 | $ 86 |
| Martin, Timothy | 05/01/13 | Discuss with R. Ball (Chadbourne) regarding ████████ revisions. | 0.3 | $ 257 |
| Martin, Timothy | 05/01/13 | Discuss with R. Tuliano (MFC) regarding review of and revisions to ███████ analysis. | 0.8 | $ 684 |
| Mathieu, Ken | 05/01/13 | Call with M. Knoll (MFC) on the status of section reviews and regarding ███████ | 0.8 | $ 684 |
| McColgan, Kevin | 05/01/13 | Discuss with R. Tuliano (MFC) regarding revisions to ████████ and ██████ sections of report. | 0.3 | $ 257 |
| McConnell, Jennifer | 05/01/13 | Call with M. Szymanski (Chadbourne) regarding formatting and labels for exhibits for ███████ section. | 0.2 | $ 131 |
| McConnell, Jennifer | 05/01/13 | Call with M. Szymanski (Chadbourne) regarding review of the latest draft of the Section ████████ narrative. | 0.1 | $ 66 |
| McConnell, Jennifer | 05/01/13 | Conversation with J. Weinberg (MFC) regarding edits to the ████████ narrative. | 0.2 | $ 131 |
| Ozgozukara, Omer | 05/01/13 | Call with R. Santengelo (Chadbourne) to discuss the source citations in exhibits and appendices. | 0.4 | $ 278 |
| Ozgozukara, Omer | 05/01/13 | Meet with R. Fish (MFC) to discuss the status of projects and work plan for exhibits team. | 0.3 | $ 209 |
| Sartori, Elisa | 05/01/13 | Call with J. Feltman, J. Williams, J. Atkinson, R. Tuliano, D. King and R. Hughes (all of MFC) regarding the████████████ | 0.5 | $ 378 |
| Sartori, Elisa | 05/01/13 | Correspondence with B. Betheil (Chadbourne) regarding ████████ ████████ ResCap ████████ for report exhibit. | 1.5 | $ 1,133 |

**EXHIBIT D**

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount | |
|---|---|---|---|---|---|
| Sartori, Elisa | 05/01/13 | Participate in part of meeting with R. Tuliano, J. Atkinson, J. Feltman, R. Hughes and J. Williams (partial) (all of MFC) regarding report section edits and revisions. | 1.2 | $ 906 | ⋔ |
| Seabury, Susan | 05/01/13 | Meet with M. Knoll (MFC) to review exhibits. | 0.2 | $ 171 | |
| Seabury, Susan | 05/01/13 | Participate in work session with J. Williams (MFC) regarding ▮▮▮▮▮▮▮▮. | 2.1 | $ 1,796 | |
| Steele, Matthew | 05/01/13 | Call with R. Tuliano (MFC) regarding revisions to ▮▮▮▮ graphics and footnotes. | 0.2 | $ 171 | |
| Tan, Ching Wei | 05/01/13 | Discuss with R. Tuliano and J. Atkinson (both of MFC) regarding comments received from Chadbourne on ▮▮▮▮ section of report. | 0.5 | $ 378 | |
| Tuliano, Ralph | 05/01/13 | Call with D. LeMay (Chadbourne ) regarding status of support submissions for ▮▮▮▮ ▮▮▮▮ and ▮▮▮▮ narratives. | 0.2 | $ 179 | |
| Tuliano, Ralph | 05/01/13 | Call with D. LeMay (Chadbourne), J. Williams and J. Atkinson (both of MFC) regarding status of ▮▮▮ and ▮▮▮ submissions and questions regarding rehabilitation narrative. | 0.2 | $ 179 | |
| Tuliano, Ralph | 05/01/13 | Call with J. Feltman, J. Atkinson, J. Williams, D. King, R. Hughes and E. Sartori (all of MFC) regarding the ▮▮▮ ▮ ▮ ▮▮ ▮▮▮▮▮▮▮▮▮ | 0.5 | $ 448 | ⋔ |
| Tuliano, Ralph | 05/01/13 | Call with M. Steele (MFC) regarding revisions to ▮▮▮▮▮ graphics and footnotes. | 0.2 | $ 179 | |
| Tuliano, Ralph | 05/01/13 | Discuss with B. Miller (Chadbourne) regarding ▮▮▮▮▮▮ | 0.1 | $ 90 | |
| Tuliano, Ralph | 05/01/13 | Discuss with J. Atkinson and C. Tan (both of MFC) regarding comments received from Chadbourne on ▮▮▮▮ section of report. | 0.5 | $ 448 | |
| Tuliano, Ralph | 05/01/13 | Discuss with J. Williams (MFC) regarding review of appendices to report. | 0.2 | $ 179 | |
| Tuliano, Ralph | 05/01/13 | Discuss with K. McColgan (MFC) regarding revisions to ▮▮▮▮ ▮▮▮▮ and ▮▮▮▮ sections of report. | 0.3 | $ 269 | |
| Tuliano, Ralph | 05/01/13 | Discuss with M. Knoll (MFC) regarding review of ▮▮▮▮▮ narrative of report and pending submissions to Chadbourne. | 0.5 | $ 448 | |
| Tuliano, Ralph | 05/01/13 | Discuss with M. Knoll (MFC) regarding status of ▮▮▮▮ ▮▮▮▮ and related analytics. | 0.3 | $ 269 | |
| Tuliano, Ralph | 05/01/13 | Discuss with T. Martin (MFC) regarding review of and revisions to ▮▮▮▮ analysis. | 0.8 | $ 716 | |
| Tuliano, Ralph | 05/01/13 | Discuss with T. Zink (Chadbourne) regarding ▮▮▮▮▮▮ | 0.1 | $ 90 | |
| Tuliano, Ralph | 05/01/13 | Meeting with J. Feltman, J. Atkinson, R. Hughes, J. Williams (partial) and E. Sartori (partial) (all of MFC) regarding report section edits and revisions. | 2.5 | $ 2,238 | ⋔ |

$ 3592

## EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|------|------|-------------|------|--------|
| Tuliano, Ralph | 05/01/13 | Meet with K. Winford (MFC) regarding revisions to draft ████ for inclusions in draft report. | 0.8 | $   716 |
| Vanderkamp, Anne | 05/01/13 | Coordinate with Chadbourne regarding ██████████ ████ review of current exhibits and appendices. | 1.7 | $  1,284 |
| Weinberg, Jonathan | 05/01/13 | Conversation with J. McConnell (MFC) regarding edits to the ████ narrative. | 0.2 | $   145 |
| Williams, Jack | 05/01/13 | Call with D. LeMay (Chadbourne), R. Tuliano and J. Atkinson (both of MFC) regarding status of ████ and submissions and questions regarding ████ narrative. | 0.2 | $   179 |
| Williams, Jack | 05/01/13 | Call with J. Feltman, J. Atkinson, R. Tuliano, D. King, R. Hughes and E. Sartori (all of MFC) regarding the ████████████████ | 0.5 | $   448 |
| Williams, Jack | 05/01/13 | Discuss with R. Tuliano (MFC) regarding review of appendices to report. | 0.2 | $   179 |
| Williams, Jack | 05/01/13 | Participate in part of meeting with R. Tuliano, J. Atkinson, J. Feltman, R. Hughes and E. Sartori (partial) (all of MFC) regarding report section edits and revisions. | 1.2 | $  1,074 |
| Williams, Jack | 05/01/13 | Participate in work session with S. Seabury (MFC) regarding ████ | 2.1 | $  1,880 |
| Winford, Kristin | 05/01/13 | Discuss with M. Knoll (MFC) regarding ██████ for ████ | 0.3 | $   269 |
| Winford, Kristin | 05/01/13 | Meet with R. Tuliano (MFC) regarding revisions to draft ████ for inclusions in draft report. | 0.8 | $   716 |
| Atkinson, James | 05/02/13 | Attend call with counsel regarding analysis of ████ ████ | 0.7 | $   627 |
| Atkinson, James | 05/02/13 | Discuss with P. duVair and M. Steele (both of MFC) regarding review of ████ analysis. | 0.7 | $   627 |
| Atkinson, James | 05/02/13 | Discuss with R. Tuliano, M. Knoll, J. Williams and S. Seabury (all of MFC) regarding process for final review, preparation and finalization of report. | 0.7 | $   627 |
| Bourgeois, Jared | 05/02/13 | Communicate with B. Greason (Chadbourne) regarding the ████ ██ █ ████████ ████ | 0.3 | $   209 |
| duVair, Paul | 05/02/13 | Discuss with J. Atkinson and M. Steele (both of MFC) regarding review of ████ analysis. | 0.7 | $   627 |
| duVair, Paul | 05/02/13 | Meet with R. Tuliano, R. Hughes and J. Feltman (all of MFC) regarding ████ on contemporaneous statements.████ | 1.5 | $  1,343 |
| Feltman, James | 05/02/13 | Discuss with R. Tuliano (MFC) regarding revisions to footnote in ████ narrative. | 0.2 | $   179 |
| Feltman, James | 05/02/13 | Meet with R. Tuliano, R. Hughes and P. duVair (all of MFC) regarding ████ on contemporaneous statements.████ | 1.5 | $  1,343 |
| Fish, Rachel | 05/02/13 | Discuss with R. Tuliano (MFC) regarding status of exhibits and appendices to report, including process for review of same. | 0.2 | $   125 |

# EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|---|---|---|---|---|
| Hughes, Ruth | 05/02/13 | Meet with M. Knoll (MFC) regarding process for final review, preparation and finalization of the report. | 0.4 | $ 290 |
| Hughes, Ruth | 05/02/13 | Meet with R. Tuliano, J. Feltman and P. duVair (all of MFC) regarding ███ on contemporaneous statements. | 1.5 | $ 1,088 |
| Knoll, Melissa | 05/02/13 | Call with A. Reinke (MFC) on changes to ███ and ███ sections. | 0.4 | $ 358 |
| Knoll, Melissa | 05/02/13 | Call with A. Reinke (MFC) on ███ exhibits, appendices and changes. | 0.4 | $ 358 |
| Knoll, Melissa | 05/02/13 | Call with A. Vanderkamp (MFC) regarding process for final review, preparation and finalization of exhibits. | 0.5 | $ 448 |
| Knoll, Melissa | 05/02/13 | Call with J. Weinberg and K. Mathieu (both of MFC) to review remaining changes to ███ narrative. | 1.4 | $ 1,253 |
| Knoll, Melissa | 05/02/13 | Call with K. Mathieu (MFC) to review draft of ███ section regarding issues related to ███ and confirm appropriate language and sources. | 1.7 | $ 1,522 |
| Knoll, Melissa | 05/02/13 | Call with K. Mathieu and A. Reinke (both of MFC) to review and advise regarding comments to ███ narrative. | 1.1 | $ 985 |
| Knoll, Melissa | 05/02/13 | Call with K. Mathieu and J. Weinberg (both of MFC) regarding follow up changes to narrative on ███ | 0.2 | $ 179 |
| Knoll, Melissa | 05/02/13 | Call with K. Mathieu and Weinberg (both of MFC) regarding ███ | 1.4 | $ 1,253 |
| Knoll, Melissa | 05/02/13 | Discuss with R. Tuliano (MFC) regarding status of section review and changes to typeset. | 0.2 | $ 179 |
| Knoll, Melissa | 05/02/13 | Discuss with R. Tuliano, J. Atkinson, J. Williams and S. Seabury (all of MFC) regarding process for final review, preparation and finalization of report. | 0.7 | $ 627 |
| Knoll, Melissa | 05/02/13 | Discuss with S. Seabury (MFC) on report finalization process. | 0.2 | $ 179 |
| Knoll, Melissa | 05/02/13 | Draft email to counsel with revised language on ███ | 0.2 | $ 179 |
| Knoll, Melissa | 05/02/13 | Meet with R. Hughes (MFC) regarding process for final review, preparation and finalization of the report. | 0.4 | $ 358 |
| Martin, Timothy | 05/02/13 | Call with M. Distefano (Chadbourne) regarding ███ | 0.4 | $ 342 |
| Martin, Timothy | 05/02/13 | Discuss with M. Distefano (Chadbourne) regarding the ███ | 0.3 | $ 257 |
| Mathieu, Ken | 05/02/13 | Call with M. Knoll (MFC) to review draft of ███ section regarding issues related to ███ and confirm appropriate language and sources. | 1.7 | $ 1,454 |
| Mathieu, Ken | 05/02/13 | Call with M. Knoll and A. Reinke (both of MFC) to review and advise regarding comments to ███ narrative. | 1.1 | $ 941 |
| Mathieu, Ken | 05/02/13 | Call with M. Knoll and J. Weinberg (both of MFC) regarding ███ | 1.4 | $ 1,197 |
| Mathieu, Ken | 05/02/13 | Call with M. Knoll and J. Weinberg (both of MFC) regarding follow up changes to narrative for ███ | 0.2 | $ 171 |
| Mathieu, Ken | 05/02/13 | Call with M. Knoll and J. Weinberg (both of MFC) to review remaining changes to ███ narrative. | 1.4 | $ 1,197 |
| Mathieu, Ken | 05/02/13 | Meet with A. Reinke (MFC) to review ███ | 0.6 | $ 513 |

$1088

**EXHIBIT D**

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|------|------|-------------|------|--------|
| Mathieu, Ken | 05/02/13 | Meet with J. Weinberg (MFC) to review edits to the ▮▮▮▮▮▮ draft. | 1.7 | $ 1,454 |
| McColgan, Kevin | 05/02/13 | Discuss with R. Tuliano (MFC) regarding revisions to ▮▮▮▮▮ narrative prior to submission to Chadbourne. | 0.4 | $ 342 |
| McColgan, Kevin | 05/02/13 | Participate in work session with J. Williams and S. Seabury (both of MFC) regarding ▮▮▮▮ ▮▮▮▮ issues for ▮▮▮▮ ▮▮▮ purposes. | 0.3 | $ 257 |
| Ozgozukara, Omer | 05/02/13 | Discuss new appendix page numbering with R. Tuliano and A. Vanderkamp (both of MFC). | 0.3 | $ 209 |
| Reinke, Allison | 05/02/13 | Call with M. Knoll (MFC) on changes to ▮▮▮▮ and ▮▮▮▮ sections. | 0.4 | $ 250 |
| Reinke, Allison | 05/02/13 | Call with M. Knoll (MFC) on ▮▮▮▮ exhibits, appendices and changes. | 0.4 | $ 250 |
| Reinke, Allison | 05/02/13 | Call with M. Knoll and K. Mathieu (both of MFC) to review and advise regarding comments to ▮▮▮▮ narrative. | 1.1 | $ 688 |
| Reinke, Allison | 05/02/13 | Meet with K. Mathieu (MFC) to review ▮▮ ▮▮▮▮. | 0.6 | $ 375 |
| Seabury, Susan | 05/02/13 | Discuss with M. Knoll (MFC) on report finalization process. | 0.2 | $ 171 |
| Seabury, Susan | 05/02/13 | Discuss with R. Tuliano, M. Knoll, J. Williams and M. Knoll (all of MFC) regarding process for final review, preparation and finalization of report. | 0.7 | $ 599 |
| Seabury, Susan | 05/02/13 | Participate in work session with J. Williams (MFC) regarding ▮▮▮▮ ▮▮▮ ▮▮▮▮ analysis regarding ▮▮▮▮▮. | 1.8 | $ 1,539 |
| Seabury, Susan | 05/02/13 | Participate in work session with K. McColgan and J. Williams (both of MFC) regarding ▮▮▮▮ issues for ▮▮▮▮ purposes. | 0.3 | $ 257 |
| Steele, Matthew | 05/02/13 | Discuss with J. Atkinson and P. duVair (both of MFC) regarding review of ▮▮▮▮ analysis. | 0.7 | $ 599 |
| Troia, Donna | 05/02/13 | Call with Chadbourne on ▮▮▮▮ report review results. | 0.9 | $ 770 |
| Tuliano, Ralph | 05/02/13 | Discuss with D. LeMay (Chadbourne) regarding revisions to ▮▮▮ section received from Examiner. | 0.2 | $ 179 |
| Tuliano, Ralph | 05/02/13 | Discuss new appendix page numbering with O. Ozgozukara and A. Vanderkamp (both of MFC). | 0.3 | $ 269 |
| Tuliano, Ralph | 05/02/13 | Discuss with J. Feltman (MFC) regarding revisions to footnote in ▮▮▮ ▮▮▮▮ narrative. | 0.2 | $ 179 |
| Tuliano, Ralph | 05/02/13 | Discuss with K. McColgan (MFC) regarding revisions to ▮▮▮▮ narrative prior to submission to Chadbourne. | 0.4 | $ 358 |
| Tuliano, Ralph | 05/02/13 | Discuss with K. Winford (MFC) regarding status of and revisions to ▮▮▮ exhibit. | 0.3 | $ 269 |
| Tuliano, Ralph | 05/02/13 | Discuss with M. Knoll (MFC) regarding status of section review and changes to typeset. | 0.2 | $ 179 |
| Tuliano, Ralph | 05/02/13 | Discuss with M. Knoll, J. Williams, S. Seabury and J. Atkinson (all of MFC) regarding process for review of and revisions to typeset version of report. | 0.7 | $ 627 |

$1226

# EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|------|------|-------------|------|--------|
| Tuliano, Ralph | 05/02/13 | Discuss with R. Fish (MFC) regarding status of exhibits and appendices to report, including process for review of same. | 0.2 | $ 179 |
| Tuliano, Ralph | 05/02/13 | Meet with J. Feltman, P. duVair and R. Hughes (all of MFC) regarding █████████ statements█ | 1.5 | $ 1,343 |
| Tuliano, Ralph | 05/02/13 | Review and respond to emails from Chadbourne regarding assistance with █████████ issues. | 0.3 | $ 269 |
| Vanderkamp, Anne | 05/02/13 | Call with M. Knoll (MFC) regarding process for final review, preparation and finalization of exhibits. | 0.5 | $ 378 |
| Vanderkamp, Anne | 05/02/13 | Coordinate revisions to exhibits and appendices. | 2.3 | $ 1,737 |
| Vanderkamp, Anne | 05/02/13 | Discuss new appendix page numbering with R. Tuliano and O. Ozgozukara (both of MFC). | 0.3 | $ 227 |
| Weinberg, Jonathan | 05/02/13 | Call with K. Mathieu and M. Knoll (both of MFC) regarding follow up changes to narrative. | 0.2 | $ 145 |
| Weinberg, Jonathan | 05/02/13 | Call with M. Knoll and K. Mathieu (both of MFC) regarding ████████ | 1.4 | $ 1,015 |
| Weinberg, Jonathan | 05/02/13 | Call with M. Knoll and K. Mathieu (both of MFC) to review remaining changes to █████████ narrative. | 1.4 | $ 1,015 |
| Weinberg, Jonathan | 05/02/13 | Meet with K. Mathieu (MFC) to review edits to the ██████████ draft. | 1.7 | $ 1,233 |
| Williams, Jack | 05/02/13 | Discuss with R. Tuliano, J. Atkinson, M. Knoll and S. Seabury (all of MFC) regarding process for final review, preparation and finalization of report. | 0.7 | $ 627 |
| Williams, Jack | 05/02/13 | Participate in work session with S. Seabury (MFC) regarding ████████████ analysis regarding ████████ | 1.8 | $ 1,611 |
| Williams, Jack | 05/02/13 | Participate in work session with K. McColgan and S. Seabury (both of MFC) regarding ████████ rehabilitation issues for ████████ purposes. | 0.3 | $ 269 |
| Atkinson, James | 05/03/13 | Attend call with K. McColgan and C. Tan (both of MFC) and counsel regarding ████████ | 1.6 | $ 1,432 |
| Atkinson, James | 05/03/13 | Discuss with R. Tuliano (MFC) regarding status of work requested by Chadbourne in connection with ████████ and pending calls with Chadbourne. | 0.6 | $ 537 |
| Atkinson, James | 05/03/13 | Meet with R. Tuliano and M. Knoll (both of MFC) to discuss ████████ dates relative to ████████ and ████████ | 0.5 | $ 448 |
| Bourgeois, Jared | 05/03/13 | Call with B. Greason, M. Towers, C. Rivera (all of Chadbourne), M. Knoll and K. Mathieu (both of MFC) regarding ████████ conclusions for ████████ | 0.8 | $ 556 |
| Bourgeois, Jared | 05/03/13 | Communicate with B. Greason (Chadbourne) regarding additions to the citations within the ████████ narratives. | 0.2 | $ 139 |
| Bourgeois, Jared | 05/03/13 | Meet with M. Boyer (MFC) to discuss ████████ narrative quality control workplan. | 0.5 | $ 348 |
| Boyer, Michael | 05/03/13 | Meet with J. Bourgeois (MFC) to discuss ████████ narrative quality control workplan. | 0.5 | $ 298 |
| duVair, Paul | 05/03/13 | Conference call with J. Feltman and R. Hughes (both of MFC) regarding ████████ quality control process. | 0.7 | $ 627 |

$ 2526

EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|------|------|-------------|------|--------|
| Feltman, James | 05/03/13 | Conference call with R. Hughes and P. duVair (both of MFC) regarding ██████ quality control process. | 0.7 | $ 627 |
| Feltman, James | 05/03/13 | Correspond with R. Hughes (MFC) regarding ██████ | 0.7 | $ 627 |
| Fish, Rachel | 05/03/13 | Discuss with R. Tuliano (MFC) regarding status of exhibits and appendices. | 0.2 | $ 125 |
| Hughes, Ruth | 05/03/13 | Conference call with J. Feltman and P. duVair (both of MFC) regarding ██████ quality control process. | 0.7 | $ 508 |
| Hughes, Ruth | 05/03/13 | Discuss with R. Tuliano (MFC) regarding revisions to ██████ narrative. | 0.3 | $ 218 |
| Knoll, Melissa | 05/03/13 | Call with B. Greason, M. Towers, C. Rivera (all of Chadbourne), J. Bourgeois and K. Mathieu (both of MFC) regarding ██████ conclusions for ██████ | 0.8 | $ 716 |
| Knoll, Melissa | 05/03/13 | Call with K. Mathieu (MFC) to analyze ██████ | 1.4 | $ 1,253 |
| Knoll, Melissa | 05/03/13 | Call with K. Mathieu and J. Weinberg (both of MFC) to discuss the Committee ██████ analyses regarding ██████ and ██████ and potential response. | 1.3 | $ 1,164 |
| Knoll, Melissa | 05/03/13 | Call with K. Mathieu, J. McConnell and J. Weinberg (all of MFC) regarding ██████ related to ██████ | 0.2 | $ 179 |
| Knoll, Melissa | 05/03/13 | Call with R. Ball (Chadbourne), K. Mathieu and J. Weinberg (both of MFC) regarding potential additions to report in ██████ area. | 1.0 | $ 895 |
| Knoll, Melissa | 05/03/13 | Correspond with R. Ball (Chadbourne) regarding the Committee ██████ analyses regarding ██████ and ██████ and potential response. | 0.2 | $ 179 |
| Knoll, Melissa | 05/03/13 | Discuss with R. Tuliano (MFC) regarding status of review process for report. | 0.2 | $ 179 |
| Knoll, Melissa | 05/03/13 | Draft email to team explaining deadlines and report finalization process, and respond to questions regarding the same. | 0.5 | $ 448 |
| Knoll, Melissa | 05/03/13 | Meet with R. Tuliano and J. Atkinson (both of MFC) to discuss ██████ dates relative to ██████ and ██████ | 0.5 | $ 448 |
| Knoll, Melissa | 05/03/13 | Review and respond to emails from B. Greason (Chadbourne) on ██████ consideration and analyze potential use of ██████ by ██████ | 0.8 | $ 716 |
| Knoll, Melissa | 05/03/13 | Advise team regarding deadlines and assignments for report. | 0.2 | $ 179 |
| Martin, Timothy | 05/03/13 | Call with J. McConnell (MFC) and R. Ball (Chadbourne) regarding ██████ ██████ ██████ | 0.1 | $ 86 |
| Martin, Timothy | 05/03/13 | Call with J. McConnell (MFC) regarding the ██████ in ██████ | 0.4 | $ 342 |
| Martin, Timothy | 05/03/13 | Call with J. McConnell (MFC) to discuss the ██████ PLS ██████ included in the ██████ and the ██████ to the ██████ | 0.1 | $ 86 |
| Martin, Timothy | 05/03/13 | Discuss with M. Towers (Chadbourne) regarding additional exhibits related to ██████ ██████ | 0.4 | $ 342 |

102 of 132

179

## EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|------|------|-------------|------|--------|
| Mathieu, Ken | 05/03/13 | Call with B. Greason, M. Towers, C. Rivera (all of Chadbourne), M. Knoll and J. Bourgeois (both of MFC) regarding ▮▮▮ conclusions for ▮▮▮ | 0.8 | $ 684 |
| Mathieu, Ken | 05/03/13 | Call with M. Knoll (MFC) to analyze ▮▮▮ sold under ▮▮▮ | 1.4 | $ 1,197 |
| Mathieu, Ken | 05/03/13 | Call with M. Knoll and J. Weinberg (both of MFC) to discuss the Committee ▮▮▮ analyses regarding ▮▮▮ and ▮▮▮ and potential response. | 1.3 | $ 1,112 |
| Mathieu, Ken | 05/03/13 | Call with M. Knoll, J. McConnell and J. Weinberg (all of MFC) regarding ▮▮▮ ▮▮▮ related to ▮▮▮ | 0.2 | $ 171 |
| Mathieu, Ken | 05/03/13 | Call with R. Ball (Chadbourne), M. Knoll and J. Weinberg (both of MFC) regarding potential additions to report in the ▮▮▮ area. | 1.0 | $ 855 |
| Mathieu, Ken | 05/03/13 | Meet with J. Weinberg (MFC) to review the ▮▮▮ | 2.6 | $ 2,223 |
| McColgan, Kevin | 05/03/13 | Attend call with J. Atkinson and C. Tan (both of MFC) and counsel regarding ▮▮▮ ▮▮▮ | 1.6 | $ 1,368 |
| McColgan, Kevin | 05/03/13 | Discuss with R. Tuliano (MFC) regarding revisions to ▮▮▮ narrative. | 0.3 | $ 257 |
| McConnell, Jennifer | 05/03/13 | Call with M. Knoll, K. Mathieu and J. Weinberg (all of MFC) regarding ▮▮▮ related to ▮▮▮ | 0.2 | $ 131 |
| McConnell, Jennifer | 05/03/13 | Call with T. Martin (MFC) and R. Ball (Chadbourne) regarding ▮▮▮ ▮▮▮ | 0.1 | $ 66 |
| McConnell, Jennifer | 05/03/13 | Call with T. Martin (MFC) regarding the ▮▮▮ ▮▮▮ | 0.4 | $ 262 |
| McConnell, Jennifer | 05/03/13 | Call with T. Martin (MFC) to discuss the ▮▮▮ ▮▮▮ and the ▮▮▮ to the ▮▮▮ | 0.1 | $ 66 |
| McConnell, Jennifer | 05/03/13 | Communicate with M. Syzmanski (Chadbourne) regarding edits to the Section ▮▮▮ narrative. | 0.2 | $ 131 |
| Ortega, Adam | 05/03/13 | Discuss ▮▮▮ and its impact to the ResCap ▮▮▮ with O. Ozgozukara (MFC). | 0.2 | $ 151 |
| Ozgozukara, Omer | 05/03/13 | Discuss ▮▮▮ and its impact to the ResCap ▮▮▮ with A. Ortega (MFC). | 0.2 | $ 139 |
| Sartori, Elisa | 05/03/13 | Telephone conversation with M. Steele (MFC) regarding ▮▮▮ of ResCap. | 0.2 | $ 151 |
| Steele, Matthew | 05/03/13 | Telephone conference with J. Williams (MFC) regarding ▮▮▮ ▮▮▮ to ResCap. | 0.2 | $ 171 |
| Steele, Matthew | 05/03/13 | Telephone conversation with E. Sartori (MFC) regarding ▮▮▮ of ResCap. | 0.2 | $ 171 |
| Tan, Ching Wei | 05/03/13 | Attend call with K. McColgan and J. Atkinson (both of MFC) and counsel regarding ▮▮▮ ▮▮▮ ▮▮▮ | 1.6 | $ 1,208 |

302

EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|---|---|---|---|---|
| Troia, Donna | 05/03/13 | Call with Chadbourne on ▮▮▮ tables for narrative on ▮▮▮▮ | 0.6 | $    513 |
| Tuliano, Ralph | 05/03/13 | Discuss with J. Atkinson (MFC) regarding status of work requested by Chadbourne in connection with ▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮ and pending calls with Chadbourne. | 0.6 | $    537 |
| Tuliano, Ralph | 05/03/13 | Discuss with K. McColgan (MFC) regarding revisions to ▮▮▮ narrative. | 0.3 | $    269 |
| Tuliano, Ralph | 05/03/13 | Discuss with M. Knoll (MFC) regarding status of review process for report. | 0.2 | $    179 |
| Tuliano, Ralph | 05/03/13 | Discuss with R. Fish (MFC) regarding status of exhibits and appendices. | 0.2 | $    179 |
| Tuliano, Ralph | 05/03/13 | Discuss with R. Hughes (MFC) regarding revisions to ▮▮▮ ▮▮▮ narrative. | 0.3 | $    269 |
| Tuliano, Ralph | 05/03/13 | Meet with M. Knoll and J. Atkinson (both of MFC) to discuss dates relative to ▮▮▮ and ▮▮▮ | 0.5 | $    448 |
| Tuliano, Ralph | 05/03/13 | Participate in work session with K. Winford (MFC) to revise event ▮▮▮▮ | 1.5 | $  1,343 |
| Weinberg, Jonathan | 05/03/13 | Call with K. Mathieu and M. Knoll (both of MFC) to discuss the Committee ▮▮▮ ▮▮▮ analyses regarding ▮▮▮ and ▮▮▮ and ▮▮▮ | 1.3 | $    943 |
| Weinberg, Jonathan | 05/03/13 | Call with M. Knoll, J. McConnell and K. Mathieu (all of MFC) regarding ▮▮▮ ▮▮▮ related to ▮▮▮ | 0.2 | $    145 |
| Weinberg, Jonathan | 05/03/13 | Call with R. Ball (Chadbourne), K. Mathieu and M. Knoll (both of MFC) regarding ▮▮▮ to report in ▮▮▮ narrative. | 1.0 | $    725 |
| Weinberg, Jonathan | 05/03/13 | Meet with K. Mathieu (MFC) to review the ▮▮▮▮ | 2.6 | $  1,885 |
| Williams, Jack | 05/03/13 | Telephone conference with D. LeMay (Chadbourne) regarding ▮▮▮ ▮▮▮ | 0.2 | $    179 |
| Williams, Jack | 05/03/13 | Telephone conference with M. Steele (MFC) regarding ▮▮▮ to ResCap. | 0.2 | $    179 |
| Winford, Kristin | 05/03/13 | Participate in work session with R. Tuliano (MFC) to revise event ▮▮▮▮ | 1.5 | $  1,343 |
| Atkinson, James | 05/04/13 | Call with R. Tuliano and R. Fish (both of MFC) to provide comments on ▮▮▮ section of report. | 0.9 | $    806 |
| Bourgeois, Jared | 05/04/13 | Meet with M. Boyer (MFC) to review open items from quality control review of the ▮▮▮ ▮▮▮ narrative. | 1.3 | $    904 |
| Bourgeois, Jared | 05/04/13 | Meet with M. Boyer (MFC) to review open items from quality control review of the ▮▮▮ narrative. | 0.5 | $    348 |
| Boyer, Michael | 05/04/13 | Meet with J. Bourgeois (MFC) to review open items from quality control review of ▮▮▮ ▮▮▮ narrative. | 1.3 | $    774 |
| Boyer, Michael | 05/04/13 | Meet with J. Bourgeois (MFC) to review open items from quality control review of ▮▮▮ narrative. | 0.5 | $    298 |

# EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|------|------|-------------|------|--------|
| Feltman, James | 05/04/13 | Call with R. Hughes (MFC) regarding edits to ▮▮▮▮▮ | 0.3 | $ 269 |
| Feltman, James | 05/04/13 | Call with R. Tuliano and R. Hughes (both of MFC) regarding remaining edits to ▮▮▮▮ | 0.3 | $ 269 |
| Feltman, James | 05/04/13 | Review and reply to correspondence about various open items for the report. | 0.4 | $ 358 |
| Feltman, James | 05/04/13 | Review and respond to P. Goodman (Chadbourne) regarding ▮▮▮▮ | 0.8 | $ 716 |
| Fish, Rachel | 05/04/13 | Call with J. Atkinson and R. Tuliano (both of MFC) regarding comments on ▮▮▮▮ section of report. | 0.9 | $ 563 |
| Hughes, Ruth | 05/04/13 | Call with J. Feltman (MFC) regarding edits to ▮▮▮ | 0.3 | $ 218 |
| Hughes, Ruth | 05/04/13 | Call with J. Feltman and R. Tuliano (both of MFC) regarding remaining edits to ▮▮▮ | 0.3 | $ 218 |
| Knoll, Melissa | 05/04/13 | Call with A. Vanderkamp ( MFC) to discuss changes to ▮▮▮▮ narrative and finalization process. | 0.6 | $ 537 |
| Knoll, Melissa | 05/04/13 | Call with T. Martin, J. McConnell, K. Mathieu and J. Weinberg (all of MFC) to discuss analysis of ▮▮▮▮ and ▮▮▮▮ in ▮▮▮ | 1.7 | $ 1,522 |
| Knoll, Melissa | 05/04/13 | Correspond regarding changes to ▮▮▮▮ numbers in ▮▮▮▮ | 0.2 | $ 179 |
| Knoll, Melissa | 05/04/13 | Correspond with counsel and MFC team on edit deadlines for report. | 0.5 | $ 448 |
| Knoll, Melissa | 05/04/13 | Correspond with counsel regarding ▮▮▮▮ | 0.3 | $ 269 |
| Knoll, Melissa | 05/04/13 | Correspond with counsel regarding changes in report regarding ▮▮▮ | 0.3 | $ 269 |
| Knoll, Melissa | 05/04/13 | Respond to counsel regarding ▮▮▮▮ | 0.2 | $ 179 |
| Knoll, Melissa | 05/04/13 | Respond to query from counsel regarding additional changes to ▮▮▮▮ section, review related narrative and revise draft. | 1.0 | $ 895 |
| Knoll, Melissa | 05/04/13 | Respond to inquiries on report finalization and review sections posted on T: drive. | 0.3 | $ 269 |
| Martin, Timothy | 05/04/13 | Call with M. Knoll, J. McConnell, K. Mathieu and J. Weinberg (all of MFC) to discuss analysis of ▮▮▮▮ | 1.7 | $ 1,454 |
| Mathieu, Ken | 05/04/13 | Call with J. Weinberg (MFC) to review the report draft language and exhibits related to the ▮▮▮▮ for ▮▮▮ | 2.5 | $ 2,138 |
| Mathieu, Ken | 05/04/13 | Call with T. Martin, J. Weinberg, J. McConnell and M. Knoll (all of MFC) to discuss analysis of ▮▮▮▮ | 1.7 | $ 1,454 |
| Mathieu, Ken | 05/04/13 | Conversation with J. Weinberg and J. McConnell (both of MFC) regarding the ▮▮▮▮ | 1.9 | $ 1,625 |

105 of 132

$4430

## EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount | |
|------|------|-------------|------|--------|---|
| McConnell, Jennifer | 05/04/13 | Call with T. Martin, J. Weinberg, K. Mathieu and M. Knoll (all of MFC) to discuss analysis of ████ | 1.7 | $ 1,114 | M |
| McConnell, Jennifer | 05/04/13 | Conversation with K. Mathieu and J. Weinberg (both of MFC) regarding the ████ | 1.9 | $ 1,245 | |
| Rychalsky, David | 05/04/13 | Discuss ████████ report appendices with N. Brick (Chadbourne). | 0.5 | $ 348 | |
| Tuliano, Ralph | 05/04/13 | Draft email with comments on revised exhibits to ████ section of report. | 0.1 | $ 90 | |
| Tuliano, Ralph | 05/04/13 | Call with J. Atkinson and R. Fish (both of MFC) to provide comments on ████ section of report. | 0.9 | $ 806 | |
| Tuliano, Ralph | 05/04/13 | Call with J. Feltman and R. Hughes (both of MFC) regarding remaining edits to ████ | 0.3 | $ 269 | |
| Vanderkamp, Anne | 05/04/13 | Call with M. Knoll ( MFC) to discuss changes to ████ narrative and finalization process. | 0.6 | $ 453 | |
| Weinberg, Jonathan | 05/04/13 | Call with K. Mathieu (MFC) to review the report draft language and exhibits related to the ████ exposure for ████ | 2.5 | $ 1,813 | |
| Weinberg, Jonathan | 05/04/13 | Call with T. Martin, J. McConnell, K. Mathieu and M. Knoll (all of MFC) to discuss analysis of ████ | 1.7 | $ 1,233 | M |
| Weinberg, Jonathan | 05/04/13 | Conversation with K. Mathieu and J. McConnell (both of MFC) regarding the ████ | 1.9 | $ 1,378 | |
| Atkinson, James | 05/05/13 | Call with A. Ortega, R. Fish, C. Tan, R. Tuliano, J. Williams and M. Steele (all of MFC) to discuss revisions to ████ section and remainder of ████ section of report. | 1.4 | $ 1,253 | M |
| Atkinson, James | 05/05/13 | Call with M. Towers (Chadbourne), R. Tuliano, J. Williams, M. Steele and A. Ortega (all of MFC) to discuss ████ for ████ | 0.3 | $ 269 | M |
| Atkinson, James | 05/05/13 | Call with R. Tuliano, C. Tan, M. Steele and A. Ortega (all of MFC) to discuss revisions to revised typeset of report regarding debtors' ████ | 1.5 | $ 1,343 | M |
| Bourgeois, Jared | 05/05/13 | Discuss with E. Han (MFC) regarding the quality control review of the ████ narrative. | 0.3 | $ 209 | |
| Bourgeois, Jared | 05/05/13 | Meet with J. McConnell (MFC) to discuss quality control review of ████ narrative. | 0.6 | $ 417 | |
| Bourgeois, Jared | 05/05/13 | Meet with K. Mathieu (MFC) to review the quality control related to the ████ drafts | 1.1 | $ 765 | |
| Bourgeois, Jared | 05/05/13 | Meet with M. Boyer (MFC) to review open items from quality control review of the ████ | 0.5 | $ 348 | |
| Bourgeois, Jared | 05/05/13 | Meet with M. Boyer (MFC) to review open items from quality control review of the ████ narrative. | 0.8 | $ 556 | |
| Bourgeois, Jared | 05/05/13 | Prepare status update on ████ quality control process. | 0.1 | $ 70 | |

$ 5212

**EXHIBIT D**

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|------|------|-------------|------|--------|
| Boyer, Michael | 05/05/13 | Meet with J. Bourgeois (MFC) to review open items from quality control of ▮▮▮ narrative. | 0.5 | $ 298 |
| Boyer, Michael | 05/05/13 | Meet with J. Bourgeois (MFC) to review open items from quality control of ▮▮▮ narrative. | 0.8 | $ 476 |
| Feltman, James | 05/05/13 | Meet with R. Hughes (MFC) regarding edits to ▮▮▮ section. | 0.6 | $ 537 |
| Fish, Rachel | 05/05/13 | Call with J. Atkinson, A. Ortega, C. Tan, R. Tuliano, J. Williams and M. Steele (all of MFC) to discuss revisions to ▮▮▮ section and remainder of ▮▮▮ section of report. | 1.4 | $ 875 |
| Fish, Rachel | 05/05/13 | Meet with O. Ozgozukara (MFC) to discuss the status of projects and work plan for exhibits and appendices. | 0.3 | $ 188 |
| Han, Elijah | 05/05/13 | Discuss with J. Bourgeois (MFC) regarding the quality control review of the ▮▮▮ narrative. | 0.3 | $ 107 |
| Hughes, Ruth | 05/05/13 | Meet with J. Feltman (MFC) regarding edits to ▮▮▮ section. | 0.6 | $ 435 |
| Knoll, Melissa | 05/05/13 | Discuss with A. Reinke (MFC) changes to ▮▮▮ section. | 0.2 | $ 179 |
| Knoll, Melissa | 05/05/13 | Discuss with K. McColgan (MFC) regarding ▮▮▮ | 0.2 | $ 179 |
| Knoll, Melissa | 05/05/13 | Discuss with S. Seabury (MFC) regarding open sections and report review. | 0.3 | $ 269 |
| Knoll, Melissa | 05/05/13 | Provide status update on report review and open items. | 0.2 | $ 179 |
| Mathieu, Ken | 05/05/13 | Meet with A. Reinke (MFC) to review the details of the ▮▮▮ of the ▮▮▮ | 0.4 | $ 342 |
| Mathieu, Ken | 05/05/13 | Meet with J. Bourgeois (MFC) to review the quality control related to the ▮▮▮ drafts. | 1.1 | $ 941 |
| McColgan, Kevin | 05/05/13 | Discuss with M. Knoll (MFC) regarding ▮▮▮ | 0.2 | $ 171 |
| McConnell, Jennifer | 05/05/13 | Meet with J. Bourgeois (MFC) to discuss quality control review of ▮▮▮ narrative. | 0.6 | $ 393 |
| Ortega, Adam | 05/05/13 | Call with J. Atkinson, C. Tan, M. Steele and R. Tuliano (all of MFC) to discuss revisions to revised typeset of report regarding Debtors' | 1.5 | $ 1,133 |
| Ortega, Adam | 05/05/13 | Call with J. Atkinson, R. Fish, C. Tan, R. Tuliano, J. Williams and M. Steele (all of MFC) to discuss revisions to ▮▮▮ section and remainder of ▮▮▮ section of report. | 1.4 | $ 1,057 |
| Ortega, Adam | 05/05/13 | Call with M. Towers (Chadbourne), J. Atkinson, J. Williams, M. Steele and R. Tuliano (all of MFC) to discuss ▮▮▮ for | 0.3 | $ 227 |
| Ozgozukara, Omer | 05/05/13 | Meet with A. Voronovitskaia (MFC) to discuss the status of projects and work plan for exhibits and appendices. | 0.5 | $ 348 |
| Ozgozukara, Omer | 05/05/13 | Meet with R. Fish (MFC) to discuss the status of projects and work plan for exhibits and appendices. | 0.3 | $ 209 |
| Reinke, Allison | 05/05/13 | Discuss with M. Knoll (MFC) changes to ▮▮▮ section. | 0.2 | $ 125 |
| Reinke, Allison | 05/05/13 | Meet with K. Mathieu (MFC) to review the details of the ▮▮▮ of the ▮▮▮ | 0.4 | $ 250 |

107 of 132

$3292

# EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|------|------|-------------|------|--------|
| Sartori, Elisa | 05/05/13 | Correspondence with B. Betheil and R. Leder (both of Chadbourne) regarding meeting dates regarding ▮ issues for ▮ section of Examiner's report. | 0.3 | $ 227 |
| Seabury, Susan | 05/05/13 | Discuss with M. Knoll (MFC) regarding open sections and report review. | 0.3 | $ 257 |
| Steele, Matthew | 05/05/13 | Call with J. Atkinson, C. Tan, A. Ortega and R. Tuliano (all of MFC) to discuss revisions to revised typeset of report regarding Debtors' ▮ | 1.5 | $ 1,283 |
| Steele, Matthew | 05/05/13 | Call with J. Atkinson, R. Fish, C. Tan, R. Tuliano, A. Ortega and J. Williams (all of MFC) to discuss revisions to ▮ section and remainder of ▮ section of report. | 1.4 | $ 1,197 |
| Steele, Matthew | 05/05/13 | Call with M. Towers (Chadbourne), J. Atkinson, J. Williams, R. Tuliano and A. Ortega (all of MFC) to discuss ▮ for ▮ | 0.3 | $ 257 |
| Tan, Ching Wei | 05/05/13 | Call with J. Atkinson, R. Fish, A. Ortega, R. Tuliano, J. Williams and M. Steele (all of MFC) to discuss revisions to ▮ section and remainder of ▮ section of report. | 1.4 | $ 1,057 |
| Tan, Ching Wei | 05/05/13 | Call with J. Atkinson, R. Tuliano, M. Steele and A. Ortega (all of MFC) to discuss revisions to revised typeset of report regarding Debtors' | 1.5 | $ 1,133 |
| Tuliano, Ralph | 05/05/13 | Call with J. Atkinson, C. Tan, M. Steele and A. Ortega (all of MFC) to discuss revisions to revised typeset of report regarding Debtors' ▮ | 1.5 | $ 1,343 |
| Tuliano, Ralph | 05/05/13 | Call with J. Atkinson, R. Fish, C. Tan, J. Williams, A. Ortega and M. Steele (all of MFC) to discuss revisions to ▮ section and remainder of ▮ section of report. | 1.4 | $ 1,253 |
| Tuliano, Ralph | 05/05/13 | Call with M. Towers (Chadbourne), J. Atkinson, J. Williams, M. Steele and A. Ortega (all of MFC) to discuss ▮ for ▮ | 0.3 | $ 269 |
| Vanderkamp, Anne | 05/05/13 | Call with C. Rivera (Chadbourne) to discuss report finalization process. | 0.6 | $ 453 |
| Vanderkamp, Anne | 05/05/13 | Coordinate with MFC team regarding report finalization process and assignments. | 1.6 | $ 1,208 |
| Vanderkamp, Anne | 05/05/13 | Correspond with MFC team regarding typeset drafts received from RR Donnelley. | 1.2 | $ 906 |
| Voronovitskaia, Alla | 05/05/13 | Meet with O. Ozgozukara (MFC) to discuss the status of projects and work plan for exhibits and appendices. | 0.5 | $ 105 |
| Williams, Jack | 05/05/13 | Call with J. Atkinson, R. Fish, C. Tan, R. Tuliano, A. Ortega and M. Steele (all of MFC) to discuss revisions to ▮ section and remainder of ▮ section of report. | 1.4 | $ 1,253 |
| Williams, Jack | 05/05/13 | Call with M. Towers (Chadbourne), J. Atkinson, R. Tuliano, M. Steele and A. Ortega (all of MFC) to discuss ▮ for ▮ | 0.3 | $ 269 |

$ 9314

## EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|---|---|---|---|---|
| Atkinson, James | 05/06/13 | Participate in work session with R. Tuliano, M. Steele and A. Ortega (all of MFC) to revise report narrative on ███████ | 2.4 | $ 2,148 |
| Atkinson, James | 05/06/13 | Attend call with C. Tan (MFC) and counsel regarding ███████ and ███████ | 0.7 | $ 627 |
| Atkinson, James | 05/06/13 | Discuss with R. Tuliano (MFC) regarding narrative pertaining to ███████ received from M. Towers (MFC). | 0.2 | $ 179 |
| Atkinson, James | 05/06/13 | Discuss with R. Tuliano (MFC) regarding status of review of ███████ | 0.8 | $ 716 |
| Bourgeois, Jared | 05/06/13 | Communicate with Chadbourne regarding the adjustment to the ███████ | 0.3 | $ 209 |
| Bourgeois, Jared | 05/06/13 | Confer with Chadbourne regarding the typesetting and editing process and procedures for ███████ sections. | 0.3 | $ 209 |
| Bourgeois, Jared | 05/06/13 | Discuss changes made to the ███████ appendices with O. Ozgozukara (MFC). | 0.8 | $ 556 |
| Bourgeois, Jared | 05/06/13 | Meet with J. McConnell (MFC) to discuss quality control review of ███████ narrative. | 0.6 | $ 417 |
| Feltman, James | 05/06/13 | Discuss open items for report on bank, ███████ and ███████ and other status updates with T. Martin (MFC). | 0.6 | $ 537 |
| Fish, Rachel | 05/06/13 | Meet with O. Ozgozukara (MFC) to discuss the status of revisions to the exhibits and appendices and the work plan. | 0.3 | $ 188 |
| Hughes, Ruth | 05/06/13 | Call with D. King and M. Lorch (both of MFC) regarding glossary change. | 0.2 | $ 145 |
| Hughes, Ruth | 05/06/13 | Call with M. Knoll (MFC) regarding finalization process and glossary change. | 0.2 | $ 145 |
| Hughes, Ruth | 05/06/13 | Call with M. Knoll and S. Seabury (both of MFC) regarding finalization process and glossary change. | 0.2 | $ 145 |
| Hughes, Ruth | 05/06/13 | Discuss glossary change with C. Rivera (Chadbourne). | 0.3 | $ 218 |
| Hughes, Ruth | 05/06/13 | Discuss with R. Tuliano (MFC) regarding status of ███████ section of report and pending report finalization processes. | 0.3 | $ 218 |
| King, David | 05/06/13 | Call with M. Lorch and R. Hughes (both of MFC) regarding glossary change. | 0.2 | $ 171 |
| King, David | 05/06/13 | Meet with K. Mathieu (MFC) to discuss the language in the ███████ and the impact on the ███████ of the ███████ | 0.6 | $ 513 |
| Knoll, Melissa | 05/06/13 | Call with A. Vanderkamp (MFC) regarding glossary issue and finalization process. | 0.4 | $ 358 |
| Knoll, Melissa | 05/06/13 | Call with A. Vanderkamp (MFC) regarding support for calculation of ███████ paid ███████ | 0.2 | $ 179 |
| Knoll, Melissa | 05/06/13 | Call with J. Weinberg and K. Mathieu (both of MFC) to discuss changes per discussion on ███████ | 0.6 | $ 537 |
| Knoll, Melissa | 05/06/13 | Call with R. Ball (Chadbourne), K. Mathieu and J. Weinberg (both of MFC) regarding ███████ | 0.8 | $ 716 |

# EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|---|---|---|---|---|
| Knoll, Melissa | 05/06/13 | Call with R. Hughes (MFC) regarding finalization process and glossary change. | 0.2 | $ 179 |
| Knoll, Melissa | 05/06/13 | Call with R. Hughes and S. Seabury (both of MFC) regarding finalization process and glossary change. | 0.2 | $ 179 |
| Knoll, Melissa | 05/06/13 | Correspond with counsel regarding change on ███ ███ | 0.2 | $ 179 |
| Knoll, Melissa | 05/06/13 | Discuss with J. Weinberg (MFC) regarding ███ ███ ███ | 0.4 | $ 358 |
| Knoll, Melissa | 05/06/13 | Discuss with R. Tuliano (MFC) regarding status of review of various sections of report, including ███ and ███ | 0.8 | $ 716 |
| Knoll, Melissa | 05/06/13 | Discuss with S. Seabury (MFC) report review status and open items. | 0.3 | $ 269 |
| Lorch, Mark | 05/06/13 | Call with D. King and R. Hughes (both of MFC) regarding glossary change. | 0.2 | $ 145 |
| Martin, Timothy | 05/06/13 | Discuss open items for report on bank, ███ and ███ and other status updates with J. Feltman (MFC). | 0.6 | $ 513 |
| Martin, Timothy | 05/06/13 | Discuss with B. Dye (Chadbourne) regarding ███ section of report. | 0.2 | $ 171 |
| Martin, Timothy | 05/06/13 | Discuss with J. Stenger and S. Rivera (Chadbourne) regarding analysis of ███ | 0.6 | $ 513 |
| Mathieu, Ken | 05/06/13 | Call with J. Weinberg and M. Knoll (both of MFC) to discuss changes per discussion on ███ on ███ | 0.6 | $ 513 |
| Mathieu, Ken | 05/06/13 | Call with R. Ball (Chadbourne), M. Knoll and J. Weinberg (both of MFC) regarding ███ on ███ | 0.8 | $ 684 |
| Mathieu, Ken | 05/06/13 | Meet with D. King (MFC) to discuss the language in the ███ and the impact on the ███ of the ███ | 0.6 | $ 513 |
| Mathieu, Ken | 05/06/13 | Meet with J. Weinberg (MFC) to discuss the quality control related to ███ draft. | 0.8 | $ 684 |
| Mathieu, Ken | 05/06/13 | Meet with J. Weinberg (MFC) to review edits to the ███ | 2.2 | $ 1,881 |
| McConnell, Jennifer | 05/06/13 | Meet with J. Bourgeois (MFC) to discuss quality control review of ███ narrative. | 0.6 | $ 393 |
| Ortega, Adam | 05/06/13 | Participate in work session with R. Tuliano, J. Atkinson and M. Steele (all of MFC) to revise report narrative on ███ | 2.4 | $ 1,812 |
| Ozgozukara, Omer | 05/06/13 | Discuss changes made to the ███ appendices with J. Bourgeois (MFC). | 0.8 | $ 556 |
| Ozgozukara, Omer | 05/06/13 | Discuss changes on ███ regarding ███ per the ███ with D. Ruegg (MFC) and provide comments. | 0.3 | $ 209 |
| Ozgozukara, Omer | 05/06/13 | Discuss status of the ███ appendices with A. Reinke (MFC). | 0.2 | $ 139 |

# EXHIBIT D

## RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|------|------|-------------|------|--------|
| Ozgozukara, Omer | 05/06/13 | Meet with A. Voronovitskaia (MFC) to discuss the status of revisions to the appendices and work plan for the rest of the day. | 0.4 | $ 278 |
| Ozgozukara, Omer | 05/06/13 | Meet with R. Fish (MFC) to discuss the status of revisions to the exhibits and appendices and the work plan. | 0.3 | $ 209 |
| Ozgozukara, Omer | 05/06/13 | Review and send status update of the appendices in the section relating to ██████ to Chadbourne. | 0.4 | $ 278 |
| Reinke, Allison | 05/06/13 | Discuss status of the ██████████ appendices with O. Ozgozukara (MFC). | 0.2 | $ 125 |
| Ruegg, Daniel | 05/06/13 | Discuss changes on ██████ regarding ██████ per the letter agreement with O. Ozgozukara (MFC) and provide comments. | 0.3 | $ 158 |
| Sartori, Elisa | 05/06/13 | Discuss with B. Betheil (Chadbourne) regarding edits to footnotes related to ResCap's | 0.2 | $ 151 |
| Seabury, Susan | 05/06/13 | Call with M. Knoll and R. Hughes (both of MFC) regarding finalization process and glossary change. | 0.2 | $ 171 |
| Seabury, Susan | 05/06/13 | Confer with M. Towers (Chadbourne) regarding ██████ section. | 0.3 | $ 257 |
| Seabury, Susan | 05/06/13 | Discuss with M. Knoll (MFC) report review status and open items. | 0.3 | $ 257 |
| Steele, Matthew | 05/06/13 | Participate in work session with R. Tuliano, J. Atkinson and A. Ortega (all of MFC) to revise report narrative on ██████ | 2.4 | $ 2,052 |
| Tan, Ching Wei | 05/06/13 | Attend call with J. Atkinson (MFC) and counsel regarding ██████ and ██████ | 0.7 | $ 529 |
| Troia, Donna | 05/06/13 | Call with Chadbourne to discuss inclusion of ResCap ██████ narrative. | 0.7 | $ 599 |
| Troia, Donna | 05/06/13 | Call with Chadbourne to discuss ██████ recommended edits. | 0.8 | $ 684 |
| Tuliano, Ralph | 05/06/13 | Participate in work session with J. Atkinson, M. Steele and A. Ortega (all of MFC) to revise report narrative on ██████ | 2.4 | $ 2,148 |
| Tuliano, Ralph | 05/06/13 | Call with D. LeMay (Chadbourne) to discuss revisions to ██████ section of report and submission by MoFo. | 0.1 | $ 90 |
| Tuliano, Ralph | 05/06/13 | Call with J. Williams (MFC) to discuss ██████ narrative pertaining to ██████ | 0.1 | $ 90 |
| Tuliano, Ralph | 05/06/13 | Discuss with J. Atkinson (MFC) regarding narrative pertaining to ██████ received from M. Towers (MFC). | 0.2 | $ 179 |
| Tuliano, Ralph | 05/06/13 | Discuss with J. Atkinson (MFC) regarding status of review of ██████ | 0.8 | $ 716 |
| Tuliano, Ralph | 05/06/13 | Discuss with M. Knoll (MFC) regarding status of review of various sections of report, including ██████ and ██████ | 0.8 | $ 716 |
| Tuliano, Ralph | 05/06/13 | Discuss with R. Hughes (MFC) regarding status of ██████ section of report and pending report finalization processes. | 0.3 | $ 269 |
| Vanderkamp, Anne | 05/06/13 | Call with M. Knoll (MFC) regarding glossary issue and finalization process. | 0.4 | $ 302 |

$4200

EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|------|------|-------------|------|--------|
| Vanderkamp, Anne | 05/06/13 | Call with M. Knoll (MFC) regarding support for ███████████ █ ██████ | 0.2 | $ 151 |
| Voronovitskaia, Alla | 05/06/13 | Meet with O. Ozgozukara (MFC) to discuss the status of revisions to the appendices and work plan for the rest of the day. | 0.4 | $ 84 |
| Weinberg, Jonathan | 05/06/13 | Call with M. Knoll and K. Mathieu (both of MFC) to discuss changes per discussion on ███████████ | 0.6 | $ 435 |
| Weinberg, Jonathan | 05/06/13 | Call with R. Ball (Chadbourne), K. Mathieu and M. Knoll (both of MFC) regarding ██████████ | 0.8 | $ 580 |
| Weinberg, Jonathan | 05/06/13 | Discuss with M. Knoll (MFC) regarding ████████████ | 0.4 | $ 290 |
| Weinberg, Jonathan | 05/06/13 | Meet with K. Mathieu (MFC) to discuss the quality control related to █████ draft. | 0.8 | $ 580 |
| Weinberg, Jonathan | 05/06/13 | Meet with K. Mathieu (MFC) to review edits to the ████████████ | 2.2 | $ 1,595 |
| Williams, Jack | 05/06/13 | Call with R. Tuliano (MFC) to discuss ████████████ narrative pertaining to ████████████ | 0.1 | $ 90 |
| Atkinson, James | 05/07/13 | Call with R. Tuliano and J. Williams (both of MFC) to discuss ████████ issues implicated in ████████ ████ | 0.3 | $ 269 |
| Atkinson, James | 05/07/13 | Discuss with R. Tuliano (MFC) regarding ██████████ issues implicated in ██████ ████ | 0.4 | $ 358 |
| Atkinson, James | 05/07/13 | Discuss with R. Tuliano (MFC) regarding revisions to ██████████ narrative addressing ██████ issues. | 0.4 | $ 358 |
| Atkinson, James | 05/07/13 | Discuss with R. Tuliano and M. Knoll (both of MFC) on issues regarding █████████ summary regarding same. | 0.5 | $ 448 |
| Atkinson, James | 05/07/13 | Meet with R. Tuliano, J. Feltman, M. Knoll, and J. Williams (all of MFC) to discuss final review of each report section. | 0.4 | $ 358 |
| Atkinson, James | 05/07/13 | Weekly call with Chadbourne on report status and other issues. | 0.5 | $ 448 |
| Bourgeois, Jared | 05/07/13 | Conversation with J. McConnell (MFC) regarding additional results of the review for the ████████ narrative. | 0.4 | $ 278 |
| Bourgeois, Jared | 05/07/13 | Conversation with J. McConnell (MFC) regarding review of the ██████ narrative of the ████ narrative and various findings. | 0.8 | $ 556 |
| Bourgeois, Jared | 05/07/13 | Prepare status update on ████████ quality control process. | 0.2 | $ 139 |
| Feltman, James | 05/07/13 | Conference call with M. Ashley, R. Ball and S. Rivera (all Chadbourne) regarding ████████████ | 0.5 | $ 448 |
| Feltman, James | 05/07/13 | Discuss with M. Knoll and R. Hughes (both of MFC) regarding ████████ issue. | 0.2 | $ 179 |
| Feltman, James | 05/07/13 | Meet with R. Tuliano, M. Knoll, J. Atkinson, and J. Williams (all of MFC) to discuss final review of each report section. | 0.4 | $ 358 |
| Feltman, James | 05/07/13 | Weekly call with Chadbourne on report status and other issues. | 0.5 | $ 448 |

716

# EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|------|------|-------------|------|--------|
| Feltman, James | 05/07/13 | Participate in work session with J. Williams and S. Seabury (both of MFC) regarding ▮▮▮▮ | 0.7 | $ 627 |
| Hughes, Ruth | 05/07/13 | Discuss with J. Feltman and M. Knoll (both of MFC) regarding ▮▮▮▮ issue. | 0.2 | $ 145 |
| Hughes, Ruth | 05/07/13 | Discuss with M. Knoll (MFC) regarding questions from report finalization process. | 0.2 | $ 145 |
| Hughes, Ruth | 05/07/13 | Meet with M. Knoll (MFC) on issues in report finalization process. | 0.3 | $ 218 |
| Karki, Vera | 05/07/13 | Meet with M. Knoll (MFC) to assist with revision of ▮▮ exhibit in report. | 0.4 | $ 84 |
| Knoll, Melissa | 05/07/13 | Call with S. Seabury and J. Williams (both of MFC) to discuss issues regarding ▮▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮▮ summary. | 0.5 | $ 448 |
| Knoll, Melissa | 05/07/13 | Discuss with A. Reinke (MFC) regarding changes to ▮▮▮ section. | 0.2 | $ 179 |
| Knoll, Melissa | 05/07/13 | Discuss with J. Feltman and R. Hughes (both of MFC) regarding ▮▮▮▮ issue. | 0.2 | $ 179 |
| Knoll, Melissa | 05/07/13 | Discuss with R. Hughes (MFC) regarding questions from report finalization process. | 0.2 | $ 179 |
| Knoll, Melissa | 05/07/13 | Discuss with R. Tuliano (MFC) regarding review of and revisions to ▮▮▮ status of review of ▮▮▮ ▮▮▮▮▮▮▮ and ▮ ▮▮▮▮ sections of report. | 0.8 | $ 716 |
| Knoll, Melissa | 05/07/13 | Discuss with R. Tuliano and J. Atkinson (both of MFC) on issues regarding ▮▮▮ ▮▮▮ summary regarding same. | 0.5 | $ 448 |
| Knoll, Melissa | 05/07/13 | Discuss with R. Tuliano and K. Winford (both of MFC) regarding glossary and finalization issues and ▮▮▮▮ | 0.3 | $ 269 |
| Knoll, Melissa | 05/07/13 | Discuss with S. Seabury (MFC) regarding review of report conclusions. | 0.3 | $ 269 |
| Knoll, Melissa | 05/07/13 | Email R. Ball (Chadbourne) regarding ▮▮▮▮▮▮ ▮▮ and email summary. | 0.1 | $ 90 |
| Knoll, Melissa | 05/07/13 | Meet with R. Hughes (MFC) on issues in report finalization process. | 0.3 | $ 269 |
| Knoll, Melissa | 05/07/13 | Meet with R. Tuliano, J. Feltman, J. Atkinson, and J. Williams (all of MFC) to discuss final review of each report section. | 0.4 | $ 358 |
| Knoll, Melissa | 05/07/13 | Meet with V. Karki (MFC) to assist with revision of ▮▮▮ exhibit in report. | 0.4 | $ 358 |
| Knoll, Melissa | 05/07/13 | Review and respond to M. Roitman's (Chadbourne) comments on ▮▮▮ narrative. | 0.2 | $ 179 |
| Knoll, Melissa | 05/07/13 | Weekly call with Chadbourne on report status and other issues. | 0.5 | $ 448 |
| Martin, Timothy | 05/07/13 | Call with M. Distefano (Chadbourne) regarding ▮▮▮▮ | 0.4 | $ 342 |
| McColgan, Kevin | 05/07/13 | Participate in work session with S. Seabury (MFC) regarding ▮▮▮▮ | 0.6 | $ 513 |
| McConnell, Jennifer | 05/07/13 | Conversation with J. Bourgeois (MFC) regarding additional results of the review for the ▮▮▮▮ narrative. | 0.4 | $ 262 |
| McConnell, Jennifer | 05/07/13 | Conversation with J. Bourgeois (MFC) regarding review of the ▮▮▮▮ ▮▮▮ narrative of the ▮▮▮▮ narrative and various findings. | 0.8 | $ 524 |

М

358

**EXHIBIT D**

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|------|------|-------------|------|--------|
| Ozgozukara, Omer | 05/07/13 | Call with R. Santengelo (Chadbourne) to discuss the table of contents and ▮▮▮ appendices. | 0.3 | $ 209 |
| Reinke, Allison | 05/07/13 | Discuss with M. Knoll (MFC) regarding changes to ▮▮▮ section. | 0.2 | $ 125 |
| Seabury, Susan | 05/07/13 | Call with M. Knoll and J. Williams (both of MFC) to discuss issues regarding ▮▮▮ and related email summary. | 0.5 | $ 428 |
| Seabury, Susan | 05/07/13 | Discuss with M. Knoll (MFC) regarding review of report conclusions. | 0.3 | $ 257 |
| Seabury, Susan | 05/07/13 | Participate in work session with J. Williams and J. Feltman (both of MFC) regarding ▮▮▮ | 0.7 | $ 599 |
| Seabury, Susan | 05/07/13 | Participate in work session with K. McColgan (MFC) regarding ▮▮▮ | 0.6 | $ 513 |
| Troia, Donna | 05/07/13 | Call with Chadbourne to discuss draft narrative edits received for ▮▮▮ | 1.3 | $ 1,112 |
| Tuliano, Ralph | 05/07/13 | Call with D. LeMay (Chadbourne) regarding revisions to ▮▮▮ and issues associated with ▮▮▮ | 0.3 | $ 269 |
| Tuliano, Ralph | 05/07/13 | Call with J. Atkinson and J. Williams (both of MFC) to discuss issues implicated in ▮▮▮ | 0.3 | $ 269 |
| Tuliano, Ralph | 05/07/13 | Discuss with J. Atkinson (MFC) regarding ▮▮▮ issues implicated in ▮▮▮ | 0.4 | $ 358 |
| Tuliano, Ralph | 05/07/13 | Discuss with J. Atkinson (MFC) regarding revisions to ▮▮▮ narrative addressing ▮▮▮ issues. | 0.4 | $ 358 |
| Tuliano, Ralph | 05/07/13 | Discuss with M. Knoll (MFC) regarding review of and revisions to ▮▮▮ status of review of ▮▮▮ and ▮▮▮ sections of report. | 0.8 | $ 716 |
| Tuliano, Ralph | 05/07/13 | Discuss with M. Knoll and J. Atkinson (both of MFC) on issues regarding ▮▮▮ and email summary regarding same. | 0.5 | $ 448 |
| Tuliano, Ralph | 05/07/13 | Discuss with M. Knoll and K. Winford (both of MFC) regarding glossary and finalization issues and ▮▮▮ | 0.3 | $ 269 |
| Tuliano, Ralph | 05/07/13 | Meet with M. Knoll, J. Feltman, J. Atkinson, and J. Williams (all of MFC) to discuss final review of each report section. | 0.4 | $ 358 |
| Tuliano, Ralph | 05/07/13 | Weekly call with Chadbourne on report status and other issues. | 0.5 | $ 448 |
| Tuliano, Ralph | 05/07/13 | Participate in work session with K. Winford (MFC) to review and revise ▮▮▮ including revisions received from Chadbourne. | 0.8 | $ 716 |
| Tuliano, Ralph | 05/07/13 | Participate in work session with K. Winford (MFC) to review ▮▮▮ received from Chadbourne, as well as additional information with respect to changes in ResCap's ▮▮▮ | 0.5 | $ 448 |
| Tuliano, Ralph | 05/07/13 | Participate in work session with K. Winford (MFC) to revise ▮▮▮ narrative addressing ▮▮▮ and ▮▮▮ | 1.5 | $ 1,343 |

114 of 132

## EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|------|------|-------------|------|--------|
| Vanderkamp, Anne | 05/07/13 | Coordinate with MFC team regarding revisions to report exhibits and appendices. | 2.6 | $ 1,963 |
| Williams, Jack | 05/07/13 | Call with J. Atkinson and R. Tuliano (both of MFC) to discuss ██████ issues implicated in ██████ | 0.3 | $ 269 |
| Williams, Jack | 05/07/13 | Call with S. Seabury and M. Knoll (both of MFC) to discuss issues regarding ██ ██████ and related email summary. | 0.5 | $ 448 |
| Williams, Jack | 05/07/13 | Meet with R. Tuliano, J. Feltman, J. Atkinson, and M. Knoll (all of MFC) to discuss final review of each report section. | 0.4 | $ 358 |
| Williams, Jack | 05/07/13 | Weekly call with Chadbourne on report status and other issues. | 0.5 | $ 448 |
| Williams, Jack | 05/07/13 | Participate in work session with S. Seabury and J. Feltman (both of MFC) regarding ██ █ ██. | 0.7 | $ 627 |
| Winford, Kristin | 05/07/13 | Discuss with R. Tuliano and M. Knoll (both of MFC) regarding glossary and finalization issues and ████. | 0.3 | $ 269 |
| Winford, Kristin | 05/07/13 | Participate in work session with R. Tuliano (MFC) to review and revise ████ including revisions received from Chadbourne. | 0.8 | $ 716 |
| Winford, Kristin | 05/07/13 | Participate in work session with R. Tuliano (MFC) to review ████ received from Chadbourne, as well as additional information with respect to ████ in ResCap's | 0.5 | $ 448 |
| Winford, Kristin | 05/07/13 | Participate in work session with R. Tuliano (MFC) to revise ████ narrative addressing ████ ██████ and ██████ | 1.5 | $ 1,343 |
| Winford, Kristin | 05/07/13 | Discuss with M. Glover (Chadbourne) regarding proposed edits related to report appendix on ████ | 0.2 | $ 179 |
| Atkinson, James | 05/08/13 | Participate in work session with R. Tuliano, R. Fish, M. Steele, K. McColgan, and C. Tan (all of MFC) to revise report section for ████ typeset, including exhibits. | 1.1 | $ 985 |
| Atkinson, James | 05/08/13 | Discuss with R. Tuliano (MFC) regarding narrative relating to issues surrounding ██ and ██████ | 0.4 | $ 358 |
| Atkinson, James | 05/08/13 | Discuss with R. Tuliano (MFC) regarding structure and content of financial issues addressed in ████ | 0.5 | $ 448 |
| Atkinson, James | 05/08/13 | Discuss with R. Tuliano and M. Knoll (both of MFC) on ████ and ██████ sections. | 0.2 | $ 179 |
| Bourgeois, Jared | 05/08/13 | Meet with J. McConnell (MFC) to discuss quality control review of ██ narrative. | 0.2 | $ 139 |
| Bourgeois, Jared | 05/08/13 | Provide status update regarding edits to the ██████ narratives and quality control review. | 0.2 | $ 139 |
| duVair, Paul | 05/08/13 | Call with D. King, M. Knoll, R. Tuliano, and J. Williams (all of MFC) to discuss issues regarding ██████ cited in ██████ and ██ sections. | 0.5 | $ 448 |
| duVair, Paul | 05/08/13 | Telephone discussion with D. King and R. Tuliano (both of MFC) regarding revisions to ████ ██████ narrative. | 0.2 | $ 179 |
| Feltman, James | 05/08/13 | Call with Chadbourne and Examiner to update on report status and open issues. | 0.5 | $ 448 |

115 of 132

$1791

## EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|---|---|---|---|---|
| Feltman, James | 05/08/13 | Discuss with R. Tuliano (MFC) regarding revisions to ██████ ██████ section of report. | 0.2 | $ 179 |
| Feltman, James | 05/08/13 | Meet with M. Knoll (MFC) regarding open report sections including section on ██████ | 0.3 | $ 269 |
| Feltman, James | 05/08/13 | Meet with R. Hughes (MFC) regarding update on report finalization process and timing and completion of edits. | 0.7 | $ 627 |
| Fish, Rachel | 05/08/13 | Participate in work session with R. Tuliano, J. Atkinson, M. Steele, K. McColgan, and C. Tan (all of MFC) to revise report section for ██████ typeset, including exhibits. | 1.1 | $ 688 |
| Fish, Rachel | 05/08/13 | Meet with R. Tuliano, K. Winford and M. Knoll (all of MFC) to discuss report finalization open items. | 0.3 | $ 188 |
| Hughes, Ruth | 05/08/13 | Call with M. Knoll (MFC) regarding finalization on ██████ and ██████ sections. | 0.2 | $ 145 |
| Hughes, Ruth | 05/08/13 | Meet with J. Feltman (MFC) regarding update on report finalization process and timing and completion of edits. | 0.5 | $ 363 |
| Hughes, Ruth | 05/08/13 | Meet with M. Knoll (MFC) to discuss report finalization outstanding issues. | 0.4 | $ 290 |
| King, David | 05/08/13 | Call with M. Knoll, P. duVair, R. Tuliano and J. Williams (all of MFC) to discuss issues regarding ██████ and ██████ sections cited in ██████ | 0.5 | $ 428 |
| King, David | 05/08/13 | Telephone discussion with R. Tuliano and P. duVair (both of MFC) regarding revisions to ██████ narrative. | 0.2 | $ 171 |
| Knoll, Melissa | 05/08/13 | Call with D. King, P. duVair, R. Tuliano and J. Williams (all of MFC) to discuss issues regarding ██████ cited in ██████ and ██████ sections. | 0.5 | $ 448 |
| Knoll, Melissa | 05/08/13 | Call with Chadbourne and Examiner to update on report status and open issues. | 0.5 | $ 448 |
| Knoll, Melissa | 05/08/13 | Call with R. Ball (Chadbourne) and K. Mathieu (MFC) on breaches of ██████ | 0.3 | $ 269 |
| Knoll, Melissa | 05/08/13 | Call with R. Hughes (MFC) regarding finalization on ██████ and ██████ sections. | 0.2 | $ 179 |
| Knoll, Melissa | 05/08/13 | Correspond with counsel and team regarding changes to description of ██████ | 0.5 | $ 448 |
| Knoll, Melissa | 05/08/13 | Discuss ██████ and ██████ calculation for ██████ with C. Tan, S. Seabury and J. Williams (all of MFC). | 1.5 | $ 1,343 |
| Knoll, Melissa | 05/08/13 | Discuss with A. Reinke (MFC) regarding ██████ section and workpapers. | 0.2 | $ 179 |
| Knoll, Melissa | 05/08/13 | Discuss with C. Tan (MFC) regarding preparation of final workpapers for report. | 0.2 | $ 179 |
| Knoll, Melissa | 05/08/13 | Discuss with R. Tuliano and J. Atkinson (both of MFC) on ██████ and ██████ sections. | 0.2 | $ 179 |
| Knoll, Melissa | 05/08/13 | Draft memo to the team regarding report finalization process. | 0.7 | $ 627 |
| Knoll, Melissa | 05/08/13 | Meet with J. Feltman (MFC) regarding open report sections including section on ██████ | 0.3 | $ 269 |

2857

EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|------|------|-------------|------|--------|
| Knoll, Melissa | 05/08/13 | Meet with R. Hughes (MFC) to discuss report finalization outstanding issues. | 0.4 | $ 358 |
| Knoll, Melissa | 05/08/13 | Meet with R. Tuliano, K. Winford and R. Fish (all of MFC) to discuss report finalization open items. | 0.3 | $ 269 |
| Martin, Timothy | 05/08/13 | Call with J. McConnell (MFC) regarding review of ████ narrative for consistency with source documentation and analyses related to the ████ ████ section. | 0.3 | $ 257 |
| Martin, Timothy | 05/08/13 | Conversation with J. McConnell (MFC) regarding review of ████ section related to the ████ analysis. | 0.4 | $ 342 |
| Martin, Timothy | 05/08/13 | Discuss with B. Dye (Chadbourne) regarding ████. | 0.4 | $ 342 |
| Martin, Timothy | 05/08/13 | Discuss with S.Rivera (Chadbourne) regarding final definitions for glossary. | 0.2 | $ 171 |
| Mathieu, Ken | 05/08/13 | Call with R. Ball (Chadbourne) and M. Knoll (MFC) on ████ and ████. | 0.3 | $ 257 |
| McColgan, Kevin | 05/08/13 | Participate in work session with R. Tuliano, J. Atkinson, R. Fish, M. Steele, and C. Tan (all of MFC) to revise report section for ████ typeset, including exhibits. | 1.1 | $ 941 |
| McConnell, Jennifer | 05/08/13 | Call with T. Martin (MFC) regarding review of report section on ████ narrative for consistency with source documentation and analyses related to the ████ section. | 0.3 | $ 197 |
| McConnell, Jennifer | 05/08/13 | Conversation with T. Martin (MFC) regarding review of report section on ████ related to the ████ analysis. | 0.4 | $ 262 |
| McConnell, Jennifer | 05/08/13 | Meet with J. Bourgeois (MFC) to discuss quality control review of ████ narrative. | 0.2 | $ 131 |
| Ozgozukara, Omer | 05/08/13 | Call with R. Santengelo and M. Glover (Chadbourne) to discuss the status of the appendices outstanding. | 0.3 | $ 209 |
| Ozgozukara, Omer | 05/08/13 | Meet with A. Voronovitskaia (MFC) to discuss the status of the appendices and work plan for the rest of the day. | 0.3 | $ 209 |
| Reinke, Allison | 05/08/13 | Discuss with M. Knoll (MFC) regarding ████ section and workpapers. | 0.2 | $ 125 |
| Saitta, Joseph | 05/08/13 | Receive guidance on work paper finalization relating to ████ process overview. | 1.1 | $ 468 |
| Seabury, Susan | 05/08/13 | Discuss ████ and ████ calculation for ████ with M. Knoll, C. Tan and J. Williams (all of MFC). | 1.5 | $ 1,283 |
| Steele, Matthew | 05/08/13 | Participate in work session with R. Tuliano, J. Atkinson, R. Fish, K. McColgan, and C. Tan (all of MFC) to revise report section for ████ typeset, including exhibits. | 1.1 | $ 941 |
| Tan, Ching Wei | 05/08/13 | Discuss ████ and ████ calculation for ████ with M. Knoll, S. Seabury and J. Williams (all of MFC). | 1.5 | $ 1,133 |
| Tan, Ching Wei | 05/08/13 | Discuss with M. Knoll (MFC) regarding preparation of final workpapers for report. | 0.2 | $ 151 |

4567

## EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount | |
|------|------|-------------|------|--------|--|
| Tan, Ching Wei | 05/08/13 | Participate in work session with R. Tuliano, J. Atkinson, R. Fish, M. Steele, and K. McColgan (all of MFC) to revise report section for typeset, including exhibits. | 1.1 | $ 831 | ⋀⋀ |
| Tuliano, Ralph | 05/08/13 | Call with D. King, P. duVair, M. Knoll and J. Williams (all of MFC) to discuss issues regarding ▉▉ cited in ▉▉ and ▉▉ sections. | 0.5 | $ 448 | ⋀⋀ |
| Tuliano, Ralph | 05/08/13 | Discuss with J. Atkinson (MFC) regarding narrative relating to ▉▉ issues surrounding ▉▉ and ▉▉ | 0.4 | $ 358 | |
| Tuliano, Ralph | 05/08/13 | Discuss with J. Atkinson (MFC) regarding structure and content of ▉▉ issues addressed in ▉▉ | 0.5 | $ 448 | |
| Tuliano, Ralph | 05/08/13 | Discuss with J. Feltman (MFC) regarding revisions to ▉▉ section of report. | 0.2 | $ 179 | |
| Tuliano, Ralph | 05/08/13 | Discuss with M. Knoll and J. Atkinson (both of MFC) on ▉▉ sections. | 0.2 | $ 179 | |
| Tuliano, Ralph | 05/08/13 | Meet with M. Knoll, K. Winford and R. Fish (all of MFC) to discuss report finalization open items. | 0.3 | $ 269 | ⋀⋀ |
| Tuliano, Ralph | 05/08/13 | Telephone discussion with D. King and P. duVair (both of MFC) regarding revisions to ▉▉ narrative. | 0.2 | $ 179 | |
| Tuliano, Ralph | 05/08/13 | Participate in work session with J. Atkinson, R. Fish, M. Steele, K. McColgan, and C. Tan (all of MFC) to revise report section for typeset, including exhibits. | 1.1 | $ 985 | ⋀ |
| Vanderkamp, Anne | 05/08/13 | Coordinate with Chadbourne regarding exhibits on ▉▉ and ▉▉ Exhibits. | 1.9 | $ 1,435 | |
| Voronovitskaia, Alla | 05/08/13 | Meet with O. Ozgozukara (MFC) to discuss the status of the appendices and work plan for the rest of the day. | 0.3 | $ 63 | |
| Williams, Jack | 05/08/13 | Call with D. King, P. duVair, R. Tuliano and M. Knoll (all of MFC) to discuss issues regarding ▉▉ cited in ▉▉ and ▉▉ sections. | 0.5 | $ 448 | ⋀ |
| Williams, Jack | 05/08/13 | Discuss ▉▉ and ▉▉ calculation for ▉▉ with M. Knoll, S. Seabury and C. Tan (all of MFC). | 1.5 | $ 1,343 | ⋀ |
| Winford, Kristin | 05/08/13 | Meet with R. Tuliano, M. Knoll and R. Fish (all of MFC) to discuss report finalization open items. | 0.3 | $ 269 | ⋀ |
| Atkinson, James | 05/09/13 | Analyze potential ▉▉ issues regarding ▉▉ with R. Tuliano and M. Knoll (both of MFC). | 0.9 | $ 806 | |
| Atkinson, James | 05/09/13 | Call with D. LeMay (Chadbourne), M. Knoll and R. Tuliano (both of MFC) regarding finalizing ▉▉ on ▉▉ related to ▉▉ | 0.2 | $ 179 | |
| Atkinson, James | 05/09/13 | Call with D. LeMay (Chadbourne), R. Tuliano and M. Knoll (both of MFC) regarding ▉▉ | 0.1 | $ 90 | |
| Atkinson, James | 05/09/13 | Call with D. LeMay, E. Daucher, A. Richmond (all of Chadbourne), R. Tuliano, S. Seabury, C. Tan and M. Knoll (all of MFC) regarding ▉▉ of ▉▉ and ▉▉ | 0.8 | $ 716 | ⋀ |

5309

## EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount | |
|---|---|---|---|---|---|
| Atkinson, James | 05/09/13 | Call with D. LeMay, E. Daucher, A. Richmond (all of Chadbourne), R. Tuliano, M. Knoll, K. McColgan, C. Tan and S. Seabury (all of MFC) regarding additional information on ▬▬ and follow up with team regarding same. | 0.8 | $ 716 | |
| Atkinson, James | 05/09/13 | Discuss with R. Tuliano, M. Knoll and K. Winford (all of MFC) regarding ▬▬ and report finalization. | 0.5 | $ 448 | |
| Atkinson, James | 05/09/13 | Meet with M. Knoll, K. Winford and R. Tuliano (all of MFC) regarding open issues on report. | 0.4 | $ 358 | |
| Atkinson, James | 05/09/13 | Meet with R. Tuliano, M. Knoll, S. Seabury, K. McColgan, C. Tan and K. Winford (all of MFC) regarding ▬▬ ▬▬ | 1.0 | $ 895 | |
| Atkinson, James | 05/09/13 | Participate in work session with C. Tan, R. Tuliano and M. Knoll (all of MFC) to analyze ▬▬ ▬▬ issues and ▬▬ on ▬▬ | 0.7 | $ 627 | |
| Bourgeois, Jared | 05/09/13 | Prepare status update on ▬▬ quality control process and work paper finalization. | 0.2 | $ 139 | |
| Fish, Rachel | 05/09/13 | Call with O. Ozgozukara (MFC) to discuss various printing and publishing issues. | 0.2 | $ 125 | |
| Hughes, Ruth | 05/09/13 | Call with J. Weinberg and M. Knoll (both of MFC) regarding changes to ▬▬ report. | 0.5 | $ 363 | |
| Hughes, Ruth | 05/09/13 | Call with M. Knoll (MFC) regarding status of report finalization and open issues. | 0.3 | $ 218 | |
| Karki, Vera | 05/09/13 | Discuss with M. Knoll (MFC) on open issues regarding report exhibits and appendices. | 0.3 | $ 63 | |
| Knoll, Melissa | 05/09/13 | Analyze ▬▬ issues regarding ▬▬ with R. Tuliano and J. Atkinson (both of MFC). | 0.9 | $ 806 | |
| Knoll, Melissa | 05/09/13 | Call with D. LeMay (Chadbourne), R. Tuliano and J. Atkinson (both of MFC) regarding finalizing ▬▬ on ▬▬ related to ▬▬ | 0.2 | $ 179 | |
| Knoll, Melissa | 05/09/13 | Call with D. LeMay (Chadbourne), R. Tuliano and J. Atkinson (both of MFC) regarding ▬▬ and ▬▬ | 0.1 | $ 90 | |
| Knoll, Melissa | 05/09/13 | Call with D. LeMay, E. Daucher, A. Richmond (all of Chadbourne), R. Tuliano, J. Atkinson, C. Tan and S. Seabury (all of MFC) regarding ▬▬ and ▬▬ | 0.8 | $ 716 | |
| Knoll, Melissa | 05/09/13 | Call with D. LeMay, E. Daucher, A. Richmond (all of Chadbourne), R. Tuliano, J. Atkinson, K. McColgan, C. Tan and S. Seabury (all of MFC) regarding additional information on ▬▬ and follow up with team regarding same. | 0.8 | $ 716 | |
| Knoll, Melissa | 05/09/13 | Call with J. Weinberg and R. Hughes (both of MFC) regarding changes to ▬▬ report. | 0.5 | $ 448 | |
| Knoll, Melissa | 05/09/13 | Call with R. Hughes (MFC) regarding status of report finalization and open issues. | 0.3 | $ 269 | |
| Knoll, Melissa | 05/09/13 | Correspond with Chadbourne and team regarding delay in report filing. | 0.3 | $ 269 | |
| Knoll, Melissa | 05/09/13 | Discuss with A. Vanderkamp (MFC) regarding ▬▬ issue, report finalization and workpaper process. | 0.5 | $ 448 | |

3849

## EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount | |
|------|------|-------------|------|--------|---|
| Knoll, Melissa | 05/09/13 | Discuss with R. Tuliano, J. Atkinson and K. Winford (all of MFC) regarding ▮▮▮▮ and report finalization. | 0.5 | $ 448 | ⋀ |
| Knoll, Melissa | 05/09/13 | Discuss with V. Karki (MFC) on open issues regarding report exhibits and appendices. | 0.3 | $ 269 | |
| Knoll, Melissa | 05/09/13 | Draft email to team regarding report finalization status and directions on preparation of workpapers. | 0.4 | $ 358 | |
| Knoll, Melissa | 05/09/13 | Meet with J. Atkinson, K. Winford and R. Tuliano (all of MFC) regarding open issues on report. | 0.4 | $ 358 | ⋀ |
| Knoll, Melissa | 05/09/13 | Meet with R. Tuliano, J. Atkinson, S. Seabury, K. McColgan, C. Tan and K. Winford (all of MFC) regarding ▮▮▮▮ | 1.0 | $ 895 | ⋀ |
| Knoll, Melissa | 05/09/13 | Review email to Chadbourne on ▮▮▮▮ calculation. | 0.2 | $ 179 | |
| Knoll, Melissa | 05/09/13 | Participate in work session with C. Tan, R. Tuliano and J. Atkinson (all of MFC) to analyze potential ▮▮▮▮ issues and ▮▮▮▮ on ▮▮▮▮ | 0.7 | $ 627 | ⋀ |
| McColgan, Kevin | 05/09/13 | Meet with R. Tuliano, J. Atkinson, S. Seabury, M. Knoll, C. Tan and K. Winford (all of MFC) regarding ▮▮▮▮ | 1.0 | $ 855 | ⋀ |
| McColgan, Kevin | 05/09/13 | Call with D. LeMay, E. Daucher, A. Richmond (all of Chadbourne), R. Tuliano, J. Atkinson, M. Knoll, C. Tan and S. Seabury (all of MFC) regarding additional information on ▮▮▮▮ and follow up with team regarding same. | 0.8 | $ 684 | ⋀ |
| Ozgozukara, Omer | 05/09/13 | Call with M. Glover (Chadbourne) to discuss the changes to table of contents and appendices. | 0.2 | $ 139 | |
| Ozgozukara, Omer | 05/09/13 | Call with R. Fish (MFC) to discuss various printing and publishing issues. | 0.2 | $ 139 | |
| Ozgozukara, Omer | 05/09/13 | Discuss changes Chadbourne requested for ▮▮▮▮ with K. Winford and D. Ruegg (both of MFC) | 0.3 | $ 209 | |
| Ozgozukara, Omer | 05/09/13 | Discuss ▮▮▮▮ between ▮▮▮▮ and ▮▮▮▮ report sections with D. Rychalsky and K. Winford (both of MFC) and make any necessary changes. | 0.4 | $ 278 | |
| Ruegg, Daniel | 05/09/13 | Discuss changes Chadbourne requested for ▮▮▮▮ with K. Winford and O. Ozgozukara (both of MFC) | 0.3 | $ 158 | |
| Rychalsky, David | 05/09/13 | Discuss ▮▮▮▮ between ▮▮▮▮ and ▮▮▮▮ report sections with O. Ozgozukara and K. Winford (both of MFC) and make any necessary changes. | 0.4 | $ 278 | |
| Seabury, Susan | 05/09/13 | Call with D. LeMay, E. Daucher, A. Richmond (all of Chadbourne), R. Tuliano, J. Atkinson, C. Tan and M. Knoll (all of MFC) regarding ▮▮▮▮ and ▮▮▮▮ | 0.8 | $ 684 | ⋀ |
| Seabury, Susan | 05/09/13 | Call with D. LeMay, E. Daucher, A. Richmond (all of Chadbourne), R. Tuliano, J. Atkinson, K. McColgan, C. Tan and M. Knoll (all of MFC) regarding additional information on ▮▮▮▮ and follow up with team regarding same. | 0.8 | $ 684 | ⋀ |
| Seabury, Susan | 05/09/13 | Meet with R. Tuliano, J. Atkinson, M. Knoll, K. McColgan, C. Tan and K. Winford (all of MFC) regarding ▮▮▮▮ ▮▮▮▮ | 1.0 | $ 855 | ⋀ |

$ 62 69

# EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount | |
|---|---|---|---|---|---|
| Tan, Ching Wei | 05/09/13 | Call with D. LeMay, E. Daucher, A. Richmond (all of Chadbourne), R. Tuliano, J. Atkinson, S. Seabury and M. Knoll (all of MFC) regarding ███ ████ and ████ | 0.8 | $  604 | |
| Tan, Ching Wei | 05/09/13 | Call with D. LeMay, E. Daucher, A. Richmond (all of Chadbourne), R. Tuliano, J. Atkinson, K. McColgan, M. Knoll and S. Seabury (all of MFC) regarding additional information on ████████ and follow up with team regarding same. | 0.8 | $  604 | |
| Tan, Ching Wei | 05/09/13 | Meet with R. Tuliano, J. Atkinson, S. Seabury, K. McColgan, M. Knoll and K. Winford (all of MFC) regarding ████████ | 1.0 | $  755 | |
| Tan, Ching Wei | 05/09/13 | Participate in work session with M. Knoll, R. Tuliano and J. Atkinson (all of MFC) to analyze potential ██████ issues and ████████ on ████ | 0.7 | $  529 | |
| Troia, Donna | 05/09/13 | Calls with Chadbourne to discuss narrative edits/changes on ████ section of report. | 1.5 | $ 1,283 | |
| Tuliano, Ralph | 05/09/13 | Analyze ████████ issues regarding ████ with M. Knoll and J. Atkinson (both of MFC). | 0.9 | $  806 | |
| Tuliano, Ralph | 05/09/13 | Call with D. LeMay (Chadbourne), J. Atkinson and M. Knoll (both of MFC) regarding ████ and ████ | 0.1 | $   90 | |
| Tuliano, Ralph | 05/09/13 | Call with D. LeMay (Chadbourne), M. Knoll and J. Atkinson (both of MFC) regarding finalizing calculation of ████ on ████ related to ████ | 0.2 | $  179 | |
| Tuliano, Ralph | 05/09/13 | Call with D. LeMay, E. Daucher, A. Richmond (all of Chadbourne), S. Seabury, J. Atkinson, C. Tan and M. Knoll (all of MFC) regarding ████ and ████ | 0.8 | $  716 | |
| Tuliano, Ralph | 05/09/13 | Call with D. LeMay, E. Daucher, A. Richmond (all of Chadbourne), M. Knoll, J. Atkinson, K. McColgan, C. Tan and S. Seabury (all of MFC) regarding additional information on ████████ and follow up with team regarding same. | 0.8 | $  716 | |
| Tuliano, Ralph | 05/09/13 | Discuss with K. Winford (MFC) regarding ████ issues associated with ████ and ████ | 0.3 | $  269 | |
| Tuliano, Ralph | 05/09/13 | Discuss with M. Knoll, J. Atkinson and K. Winford (all of MFC) regarding ████ and report finalization. | 0.5 | $  448 | |
| Tuliano, Ralph | 05/09/13 | Meet with J. Atkinson, K. Winford and M. Knoll (all of MFC) regarding open issues on report. | 0.4 | $  358 | |
| Tuliano, Ralph | 05/09/13 | Meet with S. Seabury, J. Atkinson, M. Knoll, K. McColgan, C. Tan and K. Winford (all of MFC) regarding ████ ████ | 1.0 | $  895 | |
| Tuliano, Ralph | 05/09/13 | Participate in work session with C. Tan, M. Knoll and J. Atkinson (all of MFC) to analyze potential ████ issues and ████ on ████ | 0.7 | $  627 | |
| Vanderkamp, Anne | 05/09/13 | Discuss with M. Knoll (MFC) regarding ████ issue, report finalization and workpaper process. | 0.5 | $  378 | |
| Voronovitskaia, Alla | 05/09/13 | Communicate with MFC representatives at RR Donnelley in regard to proper type settings of the Report appendices. | 1.3 | $  273 | |

6252

## EXHIBIT D

### RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|------|------|-------------|------|--------|
| Weinberg, Jonathan | 05/09/13 | Call with M. Knoll and R. Hughes (both of MFC) regarding changes to ████████ report. | 0.5 | $ 363 |
| Winford, Kristin | 05/09/13 | Discuss changes Chadbourne requested for ████████ with O. Ozgozukara and D. Ruegg (both of MFC) | 0.3 | $ 269 |
| Winford, Kristin | 05/09/13 | Discuss discrepancies between ████████ and ████████ report sections with D. Rychalsky and O. Ozgozukara (both of MFC) and make any necessary changes. | 0.4 | $ 358 |
| Winford, Kristin | 05/09/13 | Discuss with R. Tuliano (MFC) regarding ████████ issues associated with ██ and ████████ | 0.3 | $ 269 |
| Winford, Kristin | 05/09/13 | Discuss with R. Tuliano, J. Atkinson and M. Knoll (all of MFC) regarding ████████ and report finalization. | 0.5 | $ 448 |
| Winford, Kristin | 05/09/13 | Meet with J. Atkinson, M. Knoll and R. Tuliano (all of MFC) regarding open issues on report. | 0.4 | $ 358 |
| Winford, Kristin | 05/09/13 | Meet with R. Tuliano, J. Atkinson, S. Seabury, K. McColgan, C. Tan and M. Knoll (all of MFC) regarding calculation of ████████ | 1.0 | $ 895 |
| Atkinson, James | 05/10/13 | Meet with K. Winford and M. Knoll (both of MFC) to discuss case settlement and ████████ report. | 0.4 | $ 358 |
| Bourgeois, Jared | 05/10/13 | Prepare status update on ████████ quality control process and work paper finalization. | 0.3 | $ 209 |
| Duncan, Oneika | 05/10/13 | Meet with M. Knoll and C. Tan (both of MFC) to discuss workpapers and engagement finalization process. | 0.5 | $ 125 |
| Knoll, Melissa | 05/10/13 | Call with A. Vanderkamp (MFC) regarding workpapers and engagement finalization process. | 0.3 | $ 269 |
| Knoll, Melissa | 05/10/13 | Call with R. Tuliano and K. Winford (both of MFC) regarding case settlement and ████████ report. | 0.2 | $ 179 |
| Knoll, Melissa | 05/10/13 | Call with T. Martin (MFC) regarding report finalization and case settlement discussions. | 0.3 | $ 269 |
| Knoll, Melissa | 05/10/13 | Correspond with leadership team regarding schedule for meeting with Chadbourne. | 0.2 | $ 179 |
| Knoll, Melissa | 05/10/13 | Discuss engagement finalization issues with R. Tuliano and K. Winford (both of MFC). | 0.7 | $ 627 |
| Knoll, Melissa | 05/10/13 | Meet with K. Winford and J. Atkinson (both of MFC) to discuss case settlement and ████████ report. | 0.4 | $ 358 |
| Knoll, Melissa | 05/10/13 | Meet with O. Duncan and C. Tan (both of MFC) to discuss workpapers and engagement finalization process. | 0.5 | $ 448 |
| Martin, Timothy | 05/10/13 | Call with M. Knoll (MFC) regarding report finalization and case settlement discussions. | 0.3 | $ 257 |
| Tan, Ching Wei | 05/10/13 | Meet with O. Duncan and M. Knoll (both of MFC) to discuss workpapers and engagement finalization process. | 0.5 | $ 378 |
| Tuliano, Ralph | 05/10/13 | Call with M. Knoll and K. Winford (both of MFC) regarding case settlement and ████████ report. | 0.2 | $ 179 |
| Tuliano, Ralph | 05/10/13 | Discuss engagement finalization issues with M. Knoll and K. Winford (both of MFC). | 0.7 | $ 627 |
| Vanderkamp, Anne | 05/10/13 | Call with M. Knoll (MFC) regarding workpapers and engagement finalization process. | 0.3 | $ 227 |

## EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Substantive Investigation Planning and Coordination
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|---|---|---|---|---|
| Winford, Kristin | 05/10/13 | Call with R. Tuliano and M. Knoll (both of MFC) regarding case settlement and ███████████ report. | 0.2 | $ 179 |
| Winford, Kristin | 05/10/13 | Discuss engagement finalization issues with R. Tuliano and M. Knoll (both of MFC). | 0.7 | $ 627 |
| Winford, Kristin | 05/10/13 | Meet with M. Knoll and J. Atkinson (both of MFC) to discuss case settlement and ██████████ report. | 0.4 | $ 358 |
| Duncan, Oneika | 05/15/13 | Call with M. Knoll (MFC) regarding workpaper retention issues and ████████ support. | 0.3 | $ 75 |
| Knoll, Melissa | 05/15/13 | Call with M. Knoll (MFC) regarding workpaper retention issues and ████████ support. | 0.3 | $ 269 |
| Knoll, Melissa | 05/15/13 | Call with M. Towers (Chadbourne) regarding report sealing. | 0.2 | $ 179 |
| Knoll, Melissa | 05/15/13 | Call with R. Tuliano (MFC) on ████████████ and engagement finalization. | 0.3 | $ 269 |
| Tuliano, Ralph | 05/15/13 | Call with M. Knoll (MFC) on ████████████ and engagement finalization. | 0.3 | $ 269 |
| Duncan, Oneika | 05/28/13 | Meet with A. Voronovitskaia (MFC) in regards to workpapers for ResCap ████████████ | 0.4 | $ 100 |
| Voronovitskaia, Alla | 05/28/13 | Meet with O. Duncan (MFC) in regards to workpapers for ResCap ████████████. | 0.4 | $ 84 |

| | | | | |
|---|---|---|---|---|
| ***Substantive Investigation Planning and Coordination Total*** | | | **350.2** | **$ 286,386** |

## EXHIBIT D

RESIDENTIAL CAPITAL, LLC, et al.
Travel Time
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|---|---|---|---|---|
| Nyhus, Erik | 05/02/13 | Travel from Los Angeles, CA to Chicago, IL. | 4.0 | $ 1,980 |
| Wei, Benjamin | 05/02/13 | Travel from Los Angeles, CA to Chicago, IL. | 4.0 | $ 3,420 |
| Yamauchi, Ryan | 05/02/13 | Travel from Los Angeles, CA to Chicago, IL. | 4.0 | $ 2,500 |
| Hughes, Ruth | 05/03/13 | Travel from New York, NY to Atlanta, GA. | 3.6 | $ 2,610 |
| Martin, Timothy | 05/03/13 | Travel from New York, NY to Boston, MA. | 2.0 | $ 1,710 |
| Zembillas, Michael | 05/03/13 | Travel from New York, NY to Miami, FL. | 3.5 | $ 2,538 |
| Ruegg, Daniel | 05/04/13 | Travel from Los Angeles, CA to New York, NY. | 4.0 | $ 2,100 |
| Hughes, Ruth | 05/05/13 | Travel from Atlanta, GA to New York, NY. | 3.9 | $ 2,828 |
| Nyhus, Erik | 05/07/13 | Travel from Chicago, IL to Los Angeles, CA. | 4.0 | $ 1,980 |
| Wei, Benjamin | 05/07/13 | Travel from Chicago, IL to Los Angeles, CA. | 4.0 | $ 3,420 |
| Yamauchi, Ryan | 05/07/13 | Travel from Chicago, IL to Los Angeles, CA. | 4.0 | $ 2,500 |
| Hughes, Ruth | 05/10/13 | Travel from New York, NY to Atlanta, GA. | 3.9 | $ 2,828 |
| Knoll, Melissa | 05/10/13 | Travel from New York, NY to Chicago, IL. | 4.0 | $ 3,580 |
| Ruegg, Daniel | 05/10/13 | Travel from Chicago, IL to Los Angeles, CA. | 4.0 | $ 2,100 |

|  |  |  | *Travel Time* 52.9 | $ 36,093 |
|---|---|---|---|---|
|  |  | Less:  Voluntary Reduction |  | (18,046) |
|  |  | *Travel Time Total* |  | $ 18,046 |

## EXHIBIT D

**RESIDENTIAL CAPITAL, LLC, et al.**
Witness Interviews and Discovery
May 1, 2013 through May 31, 2013

| Name | Date | Description | Time | Amount |
|------|------|-------------|------|--------|
| Weinberg, Jonathan | 05/01/13 | Updated the comprehensive ███████████ maintained by MFC to include ████████ to date. | 0.8 | $ 580 |
| Martin, Timothy | 05/02/13 | Call with E. Miller (Chadbourne) regarding documents with ███████ status. | 0.3 | $ 257 |
| Martin, Timothy | 05/02/13 | Discuss with P. Day (MoFo) related to document production. | 0.2 | $ 171 |
| Lorch, Mark | 05/03/13 | Review ██ documentation and sources utilized in the ████████ narrative to ensure use of appropriate documents. | 3.5 | $ 2,538 |
| Martin, Timothy | 05/03/13 | Discuss with E. Miller (Chadbourne) regarding document ██████ issues. | 0.4 | $ 342 |
| Vanderkamp, Anne | 05/03/13 | Coordinate with MFC team regarding use of ██████ documents. | 2.4 | $ 1,812 |
| Vanderkamp, Anne | 05/04/13 | Perform final review for ████████████████ documents cited by MFC. | 2.8 | $ 2,114 |
| Vanderkamp, Anne | 05/06/13 | Coordinate with MFC team and Chadbourne regarding ██████ document review. | 1.4 | $ 1,057 |
| Vanderkamp, Anne | 05/06/13 | Review and analyze select documents ████████████████ | 1.8 | $ 1,359 |
| Strong, Takara | 05/08/13 | Remove claw back documents from work stream and master folder on the shared drive. | 3.9 | $ 819 |
| Vanderkamp, Anne | 05/09/13 | Address questions regarding certain ██████ documents. | 0.7 | $ 529 |
| Boyer, Michael | 05/10/13 | Review and compare ████████ workpapers against master list. | 1.3 | $ 774 |
| Lorch, Mark | 05/16/13 | Review ██████ directory to confirm that no documents were retained in workpapers. | 1.9 | $ 1,378 |
| *Witness Interviews and Discovery Total* | | | 21.4 | $ 13,728 |

# EXHIBIT D

## RESIDENTIAL CAPITAL, LLC, et al.
### Case Administration/General Bankruptcy Matters
June 1, 2013 through June 30, 2013

| Name | Date | Description | Time | Amount |
|------|------|-------------|------|--------|
| Duncan, Oneika | 06/03/13 | Review, identify and organize documentation to be retained for workpapers supporting work performed and the final report. | 3.8 | $ 950 |
| Ruegg, Daniel | 06/07/13 | Extract and save documents from Synthesis for workpapers. | 0.5 | $ 263 |
| Velasco, Jin | 06/10/13 | Review and update shared drive access listing for inclusion in workpapers. | 0.8 | $ 168 |
| Duncan, Oneika | 06/11/13 | Review, identify and organize documentation to be retained for workpapers supporting work performed and the final report. | 2.5 | $ 625 |
| Duncan, Oneika | 06/13/13 | Discussion with S. George and M. Knoll (both of MFC) on workpapers. | 0.2 | $ 50 |
| George, Shante | 06/13/13 | Discussion with M. Knoll and O. Duncan (both of MFC) on workpapers. | 0.2 | $ 145 |
| Knoll, Melissa | 06/13/13 | Discussion with S. George and O. Duncan (both of MFC) on workpapers. | 0.2 | $ 179 |
| Duncan, Oneika | 06/17/13 | Call with M. Knoll, A. Vanderkamp, S. George and A. Reinke (all of MFC) on workpapers. | 0.5 | $ 125 |
| George, Shante | 06/17/13 | Call with M. Knoll, A. Vanderkamp, A. Reinke and O. Duncan (all of MFC) on workpapers. | 0.5 | $ 363 |
| Knoll, Melissa | 06/17/13 | Call with A. Vanderkamp, A. Reinke, S. George and O. Duncan (all of MFC) on workpapers. | 0.5 | $ 448 |
| Vanderkamp, Anne | 06/17/13 | Call with M. Knoll, A. Reinke, S. George and O. Duncan (all of MFC) on workpapers. | 0.5 | $ 378 |
| Knoll, Melissa | 06/26/13 | Review information on settlement approval and release of report and draft email to team. | 0.4 | $ 358 |
| Knoll, Melissa | 06/27/13 | Review press reports and updates on unsealing of examiner report. | 0.2 | $ 179 |
| Knoll, Melissa | 06/29/13 | Review on-line Examiner report posted after unsealing. | 0.1 | $ 90 |
| *Case Administration/General Bankruptcy Matters Total* | | | **10.9** | **$ 4,319** |

13/4