Hearing Date:    January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
James A. Newton

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
                                                                    )
In re:                                                              )    Case No. 12-12020 (MG)
                                                                    )
RESENTIAL CAPITAL, LLC, et al.,           )    Chapter 11
                                                                    )
                                            Debtors.        )    Jointly Administered
                                                                    )
---------------------------------------------------------------

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF DERRIUS
SILMON FOR RELIEF FROM STAY TO JANUARY 9, 2014 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the *Motion of Derrius Silmon for Relief from Stay* [Docket No. 3585] (the "Motion"), previously scheduled to be heard on December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1121173

Dated: December 10, 2013
New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
James A. Newton
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*