**SEWARD & KISSEL LLP**
Ronald L. Cohen
Arlene R. Alves
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Counsel to U.S. Bank National Association, as Trustee of Certain Mortgage-Backed Securities Trusts and Escrow Agent*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 12-12020 (MG)** |
| **RESIDENTIAL CAPITAL, LLC,** *et al.*, ) | |
| ) | **Chapter 11** |
| **Debtors.** ) | |
| ) | **Jointly Administered** |

**NOTICE OF WITHDRAWL OF RESPONSE AND RESERVATION OF RIGHTS OF U.S. BANK NATIONAL ASSOCIATION, AS RMBS TRUSTEE AND ESCROW AGENT, WITH RESPECT TO NOTICE OF FILING OF THE ASSUMPTION SCHEDULE CONSTITUTING <u>EXHIBIT I OF THE PLAN SUPPLEMENT, AS MODIFIED (DOCKET NO. 5785)</u>**

PLEASE TAKE NOTICE THAT U.S. Bank National Association, solely in its capacities as RMBS Trustee[1] and escrow agent, hereby withdraws its *Response and Reservation of Rights with respect to the Notice of Filing of the Assumption Schedule Constituting Exhibit I of the Plan Supplement*, *as Modified* (Docket No. 5785) (the "<u>Response and Reservation of Rights</u>").

[*The remainder of this page is intentionally left blank; the signature page follows.*]

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Response and Reservation of Rights.

Dated: New York, New York
December 10, 2013

**SEWARD & KISSEL LLP**

By: /s/ Ronald L. Cohen
Ronald L. Cohen
Arlene R. Alves
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

*Counsel to U.S. Bank National Association,
as RMBS Trustee and Escrow Agent*

SK 03687 0119 1434683