**WINSTON & STRAWN LLP**
James Donnell (jdonnell@winston.com)
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:  (212) 294-4700

Nathan P. Lebioda (nlebioda@winston.com)
100 North Tryon Street
Charlotte, NC 28202-1078
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

*Attorneys for WFNBA*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020-MG |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF OBJECTIONS TO PLAN CONFIRMATION

**PLEASE TAKE NOTICE THAT** Wachovia Bank and Wachovia Bank of Delaware, now succeeded by Wells Fargo Bank, N.A., ("WFBNA") hereby withdraw, with prejudice, (I) Limited Objection of WFBNA to Confirmation of Joint Chapter 11 Plan Proposed by Residential Capital, LLC and the Official Committee of Unsecured Creditors, dated October 21, 2013 [Docket No. 5411]; (II) Post Confirmation Hearing Brief in Further Support of Limited Objection of WFBNA to Confirmation of Joint Chapter 11 Plan Proposed by Residential Capital, LLC and the Official Committee of Unsecured Creditors, dated December 5, 2013 [Docket No 6017]; and (III) Objection of WFBNA to (A) Plan Proponents' Proposed Findings of Fact; (B) Revised Proposed Order Confirming Second Amended  Joint Chapter 11 Plan Proposed by Residential  Capital, LLC, *et al*. and the Official Committee of Unsecured Creditors; (C) Waiver

of the 14-Day Stay Imposed by Rule 3020(e); and (D) Supplemental Declaration of Lewis Kruger in Support of Plan Confirmation, dated December 10, 2013 [Docket No. 6049].

**PLEASE TAKE FURTHER NOTICE THAT** WFBNA hereby reserves any and all rights with respect to the statements set forth in paragraph 45 of the Supplemental Declaration of Lewis Kruger in Support of Plan Confirmation, dated December 5, 2013 [Docket No. 6018], and nothing in this Notice of Withdrawal shall be construed as an acknowledgment, admission, concession, or stipulation by WFBNA as to the statements contained therein.

Dated: December 10, 2013
       New York, New York

**WINSTON & STRAWN LLP**

By: /s/ *Nathan P. Lebioda*
    James Donnell
    200 Park Avenue
    New York, NY  10166-4193
    Telephone:  (212) 294-6700
    Facsimile:  (212) 294-4700
    jdonnell@winston.com

    Nathan P. Lebioda
    100 North Tryon Street
    Charlotte, NC 28202-1078
    Telephone: (704) 350-7700
    Facsimile: (704) 350-7800
    nlebioda@winston.com

*Attorneys for WFNBA*