Hearing Date and Time: January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Joel C. Haims
James J. Beha II

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' TENTH
OMNIBUS CLAIMS OBJECTION (FACIALLY DEFECTIVE AND
TIME-BARRED SECURITIES CLAIMS) AGAINST THE EVEREST
COMPANIES TO JANUARY 9, 2014 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims)* [Docket No. 4119] (the "Tenth Omnibus Claims Objection") as it relates to the proofs of claim filed by Everest Reinsurance (Bermuda) Ltd. (Claim No. 3480) and Everest International Reinsurance, Ltd. (Claim No. 3481), previously scheduled to be heard on December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned to **January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States

ny-1121253

Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

| | |
|---|---|
| Dated: December 10, 2013<br>New York, New York | /s/ Gary S. Lee<br>Gary S. Lee<br>Joel C. Haims<br>James J. Beha II<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the Debtors and Debtors in Possession* |

ny-1121253