MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Alexandra Steinberg Barrage

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------- | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| ------------------------------------------------------------- | ) | |

**NOTICE OF REVISED FORM OF ORDER GRANTING DEBTORS' MOTION
UNDER SECTION 365 OF THE BANKRUPTCY CODE  TO ASSUME AND
ASSIGN SERVICING-RELATED AGREEMENTS WITH IMPAC FUNDING
CORPORATION AND IMPAC MORTGAGE HOLDINGS, INC.**

        **PLEASE TAKE NOTICE** that the undersigned will present the revised *Order Granting*

*Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing-*

*Related Agreements with Impac Funding Corporation and Impac Mortgage Holdings, Inc.*,

substantially in the form attached hereto as Exhibit 1, to the Honorable Martin Glenn, United

States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New

York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004,

Room 501, for signature at the confirmation hearing on **December 11, 2013 at 10:00 a.m.**

**(Prevailing Eastern Time)**.

Dated: December 10, 2013          Respectfully submitted,
      New York, New York


By: /s/  Gary S. Lee
Gary S. Lee
Norman S. Rosenbaum
1290 Avenue of the Americas
New York, New York 10104
Tel: (212) 468-8000
Fax: (212) 468- 7900

Alexandra Steinberg Barrage
2000 Pennsylvania Avenue, NW
Washington, D.C.  20006
Telephone:  (202) 887-1500
Facsimile:  (202) 785-7525

*Counsel for the Debtors
and Debtors-in-Possession*