**Hearing Date and Time:  December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF HEARING ON DEBTORS' THIRTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITYBORROWER CLAIMS – BOOKS AND RECORDS) AGAINST M. FRANCINE MODDERNO (CLAIM NO. 4866) ON DECEMBER 17, 2013 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that an initial hearing on the *Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records)* [Docket No. 4887] (the "Thirtieth Omnibus Claims Objection") against M. Francine Modderno (Claim No. 4866) (the "Modderno Claim") was held on November 15, 2013 at 10:00 a.m. (Prevailing Eastern Time) during which time the Court asked the Debtors to schedule the matter for a subsequent hearing date.  Accordingly, the hearing on Thirtieth Omnibus Claim Objection against the Modderno Claim will be heard on **December 17, 2013 at 10:00 a.m. (Prevailing**

Pg 2 of 2

**Eastern Time)** before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: December 10, 2013
      New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*