**Schedule 1**

## **Schedule 1**

Taconic Opportunity Master Fund LP
Credit Suisse Securities (USA) LLC
General Reinsurance
General Star Indemnity
Harney Investment Trust
Finial Reinsurance
National Indemnity of Mid America