**Exhibit B**

| Debtor Name and Case No. | Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Result |
|---|---|---|---|---|---|---|---|
| ditech, LLC<br>Case No. 12-12021 | GS-3 | Junior Secured Notes Claims | 88<br>100.00% | 0<br>0.00% | $2,108,293,845.56<br>100.00% | $0.00<br>0.00% | Accept |
| GMAC Mortgage USA Corporation<br>Case No. 12-12031 | GS-3 | Junior Secured Notes Claims | 88<br>100.00% | 0<br>0.00% | $2,108,293,845.56<br>100.00% | $0.00<br>0.00% | Accept |
| GMAC Mortgage, LLC<br>Case No. 12-12032 | GS-3 | Junior Secured Notes Claims | 88<br>100.00% | 0<br>0.00% | $2,108,293,845.56<br>100.00% | $0.00<br>0.00% | Accept |
| GMACR Mortgage Products, LLC<br>Case No. 12-12037 | GS-3 | Junior Secured Notes Claims | 88<br>100.00% | 0<br>0.00% | $2,108,293,845.56<br>100.00% | $0.00<br>0.00% | Accept |
| Home Connects Lending Services, LLC<br>Case No. 12-12039 | GS-3 | Junior Secured Notes Claims | 88<br>100.00% | 0<br>0.00% | $2,108,293,845.56<br>100.00% | $0.00<br>0.00% | Accept |
| Passive Asset Transactions, LLC<br>Case No. 12-12044 | GS-3 | Junior Secured Notes Claims | 88<br>100.00% | 0<br>0.00% | $2,108,293,845.56<br>100.00% | $0.00<br>0.00% | Accept |
| Residential Consumer Services, LLC<br>Case No. 12-12058 | GS-3 | Junior Secured Notes Claims | 88<br>100.00% | 0<br>0.00% | $2,108,293,845.56<br>100.00% | $0.00<br>0.00% | Accept |
| Residential Mortgage Real Estate Holdings, LLC<br>Case No. 12-12063 | GS-3 | Junior Secured Notes Claims | 88<br>100.00% | 0<br>0.00% | $2,108,293,845.56<br>100.00% | $0.00<br>0.00% | Accept |
| GMAC Residential Holding Company, LLC<br>Case No. 12-12033 | R-3 | Junior Secured Notes Claims | 88<br>100.00% | 0<br>0.00% | $2,108,293,845.56<br>100.00% | $0.00<br>0.00% | Accept |
| GMAC-RFC Holding Company, LLC<br>Case No. 12-12029 | R-3 | Junior Secured Notes Claims | 88<br>100.00% | 0<br>0.00% | $2,108,293,845.56<br>100.00% | $0.00<br>0.00% | Accept |
| Residential Capital, LLC<br>Case No. 12-12020 | R-3 | Junior Secured Notes Claims | 88<br>100.00% | 0<br>0.00% | $2,108,293,845.56<br>100.00% | $0.00<br>0.00% | Accept |
| DOA Holding Properties, LLC<br>Case No. 12-12022 | RS-3 | Junior Secured Notes Claims | 89<br>100.00% | 0<br>0.00% | $2,109,142,830.05<br>100.00% | $0.00<br>0.00% | Accept |
| GMAC Model Home Finance I, LLC<br>Case No. 12-12030 | RS-3 | Junior Secured Notes Claims | 89<br>100.00% | 0<br>0.00% | $2,109,142,830.05<br>100.00% | $0.00<br>0.00% | Accept |
| Homecomings Financial Real Estate Holdings, LLC<br>Case No. 12-12040 | RS-3 | Junior Secured Notes Claims | 89<br>100.00% | 0<br>0.00% | $2,109,142,830.05<br>100.00% | $0.00<br>0.00% | Accept |

Exhibit B

| **Debtor Name and Case No.** | **Class** | **Class Description** | **Number Accepting** | **Number Rejecting** | **Amount Accepting** | **Amount Rejecting** | **Result** |
|---|---|---|---|---|---|---|---|
| Homecomings Financial, LLC<br>Case No. 12-12042 | RS-3 | Junior Secured Notes Claims | 89<br>100.00% | 0<br>0.00% | $2,109,142,830.05<br>100.00% | $0.00<br>0.00% | Accept |
| RCSFJV2004, LLC<br>Case No. 12-12051 | RS-3 | Junior Secured Notes Claims | 89<br>100.00% | 0<br>0.00% | $2,109,142,830.05<br>100.00% | $0.00<br>0.00% | Accept |
| Residential Funding Company, LLC<br>Case No. 12-12019 | RS-3 | Junior Secured Notes Claims | 89<br>100.00% | 0<br>0.00% | $2,109,142,830.05<br>100.00% | $0.00<br>0.00% | Accept |
| Residential Funding Real Estate Holdings, LLC<br>Case No. 12-12062 | RS-3 | Junior Secured Notes Claims | 89<br>100.00% | 0<br>0.00% | $2,109,142,830.05<br>100.00% | $0.00<br>0.00% | Accept |
| RFC Asset Holdings II, LLC<br>Case No. 12-12065 | RS-3 | Junior Secured Notes Claims | 89<br>100.00% | 0<br>0.00% | $2,109,142,830.05<br>100.00% | $0.00<br>0.00% | Accept |
| RFC Asset Management, LLC<br>Case No. 12-12066 | RS-3 | Junior Secured Notes Claims | 89<br>100.00% | 0<br>0.00% | $2,109,142,830.05<br>100.00% | $0.00<br>0.00% | Accept |
| RFC SFJV-2002, LLC<br>Case No. 12-12071 | RS-3 | Junior Secured Notes Claims | 89<br>100.00% | 0<br>0.00% | $2,109,142,830.05<br>100.00% | $0.00<br>0.00% | Accept |