```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re:                                          :   Chapter 11
                                                :
Residential Capital, LLC, et al.,               :   Case No. 12-12020 (MG)
                                                :
                        Debtors.                :   Jointly Administered
                                                :
------------------------------------------------------------- x   Ref. Docket No. 6050
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 10, 2013, I caused to be served the "Official Committee of Unsecured Creditors' Limited Objection to Certain Interim Fee Applications and the Final Fee Applications of the Examiner's Professionals," dated December 10, 2013 [Docket No. 6050], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Eleni Manners
Eleni Manners

Sworn to before me this
11th day of December, 2013

/s/ Notary Public
Notary Public

PANAGIOTIS CARIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01CA6237515
COMM. EXP. MARCH 21, 2015

T:\Clients\Rescap\Affidavits\UCC Objection to Interim Fee Apps_DI 6050_AFF_12-10-13_SS & CZ.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| CHADBOURNE & PARKE LLP | HOWARD SEIFE, DAVID M. LEMAY, ROBERT J. GAYDA AND MARC B. ROITMAN, ESQS. COUNSEL FOR THE EXAMINER 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO WILMINGTON TRUST NATIONAL ASSOCIATION ATTN: THOMAS J. MOLONEY AND SEAN A. O'NEAL, ESQS ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLIFFORD CHANCE US LLP | COUNSEL TO OCWEN LOAN SERVICING, LLC ATTN: JENNIFER C. DEMARCO AND ADAM LESMAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FANNIE MAE | ATTN PETER MCGONINGLE 1835 WEST MARKET ST., STE 2300 NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK & STEPEHEN HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL & JEFFREY TRACHTMAN & G. HOROWITZ, ESQS. 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | P JOE MORROW 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| LOEB & LOEB LLP | COUNSEL TO WILMINGTON TRUST, N.A. ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN & DEBRA W. MINOFF 345 PARK AVENUE NEW YORK NY 10154 |
| MILBANK, TWEED, HADLEY & MCCLOY, LLP | COUNSEL TO AD HOC GROUP OF JR SECURED NOTEHOLDERS ATTN: GERARD UZZI 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE, LORENZO MARINUZZI KAYVAN B. SADEGHI & TAMMY HAMZEHPOUR, S. ENGELHARDT AND T. GOREN ESQS. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | NANCY LORD & ENID M. STUART THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: ROBERG J. FEINSTEIN, J. MORRIS & M. BOVE 780 THIRD AVENUE 36TH FLOOR NEW YORK NY 10017-2024 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| SILVERMANACAMPORA LLP | ATTN: RONALD J. FRIEDMAN 100 JERICHO QUADRANGLE SUITE 300 JERICHO NY 11753 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | TRACY HOPE DAVIS, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO U.S. FEDERAL OFFICE BUILDING 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES - GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |

**Total Creditor count  29**

RES DE6050 12-10-13

Leonard, Street and Deinard
Attn: Robert T. Kugler, Esq.
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402

RES DE6050 12-10-13

Wolf Haldenstein Adler Freeman & Herz LLP
Attn: Eric B. Levine
Daniel Tepper
270 Madison Avenue
New York, NY 10016

RES DE6050 12-10-13

Mesirow Financial Consulting, LLC
Attn: Ralph S. Tuliano
666 Third Avenue, 21st Floor
New York, NY 10017

RES DE6050 12-10-13

PEPPER HAMILTON LLP
Attn: Deborah Kovsky-Apap
4000 Town Center, Suite 1800
Southfield, MI 48075

RES DE6050 12-10-13

PEPPER HAMILTON LLP
Attn: Gary Apfel
Two California Plaza
350 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-1521

RES DE6050 12-10-13

HUDSON COOK, LLP
Attn: Dana Frederick Clarke
6 Hutton Centre Drive
Suite 840
Santa Ana, CA 92707

# EXHIBIT B

ABEHLMANN@LOWENSTEIN.COM
ACCESSLEGALSERVICES@GMAIL.COM
adam.harris@srz.com
ADAM.PARKIN@TDSECURITIES.COM
adoshi@magnozzikye.com
AGBankNewYork@ag.tn.gov
AGLENN@KASOWITZ.COM
AJOWERS@KSLAW.COM
alavinbuk@robbinsrussell.com
almeyers@sjgov.org
ALMOSKOWITZ@WINSTON.COM
alves@sewkis.com
andrea.hartley@akerman.com
arosen@jacobslawpc.com
AYALA.HASSELL@HP.COM
bankruptcy@clm.com
BANKRUPTCY@MORRISONCOHEN.COM
bankruptcy2@ironmountain.com
BATEMAN@SEWKIS.COM
bbeskanos@aol.com
BBRESSLER@SCHNADER.COM
BDEUTSCH@SCHNADER.COM
bdk@schlamstone.com
BGUINEY@PBWT.COM
BILL.MACURDA@ALSTON.COM
binder@sewkis.com
bnkatty@aldine.k12.tx.us
BRANDON.JOHNSON@PILLSBURYLAW.COM
BRIAN.GREER@DECHERT.COM
brian@gmcnjlaw.com
bwalker@kmllp.com
calbanese@gibbonslaw.com
CATHERINE_LASHER@FANNIEMAE.COM
CBALL@JONESDAY.COM
CEBLACK@JONESDAY.COM
choward@lockelord.com
chris@myfaircredit.com
christensen@sewkis.com
CHRISTOPHER.STEVENS@TDSECURITIES.COM
CLOMETTI@COHENMILSTEIN.COM
cmomjian@attorneygeneral.gov
COURTNEY.LOWMAN@ALLY.COM
cristine.phillips@usdoj.gov
CSCHREIBER@WINSTON.COM
cshore@whitecase.com
CWOOD@RGRDLAW.COM
DAS@SEWKIS.COM
daveburnett@quinnemanuel.com
DAVID.POWLEN@BTLAW.COM
david.tillem@wilsonelser.com
DAVIDS@BLBGLAW.COM
dblumenthal@schneidermitola.com
dcaley@wongfleming.com
dearly@fdic.gov
deborah@ladyesq.net
DEGGERT@FREEBORNPETERS.COM
delman@gelaw.com
derek@talcottfranklin.com
dfeldman@gibsondunn.com
dfiveson@bffmlaw.com
DFLANIGAN@POLSINELLI.COM
DFLIMAN@KASOWITZ.COM
dgolden@akingump.com
dhall@siwpc.com
DIANE.SANDERS@LGBS.COM
diem.home@gmail.com
dlibra@lapplibra.com
dmoffa@ktmc.com
DNEIER@WINSTON.COM
DREHNS@COHENMILSTEIN.COM
dsasser@siwpc.com
DSKEENS@WBSVLAW.COM
dstichesq@gmail.com
DWDYKHOUSE@PBWT.COM
DWOLLMUTH@WMD-LAW.COM
EBCALVO@PBFCM.COM
eboden@schnader.com
ECF@KAALAW.COM
ecfmail@aclawllp.com
ECHOU@COLESCHOTZ.COM
ECIOLKO@KTMC.COM
ericwinston@quinnemanuel.com
floraoropeza@co.imperial.ca.us
floressaucedopllc@gmail.com
FSOSNICK@SHEARMAN.COM
gary.holtzer@weil.com
gary.kaplan@friedfrank.com
gbush@zuckerman.com
gcatalanello@duanemorris.com
gelfarb@mosskalish.com
GEORGE.RAYZIS@USBANK.COM
ggraber@hodgsonruss.com
gjarvis@gelaw.com
GLENN.GILLETT@USDOJ.GOV
GLENN.SIEGEL@DECHERT.COM
GREGORY.PETRICK@CWT.COM
GUZZI@WHITECASE.COM
hadi.khatib@akerman.com
harrisj12@michigan.gov
HECTOR.GONZALEZ@DECHERT.COM
hkryder@daypitney.com
hooper@sewkis.com
houston_bankruptcy@lgbs.com
howard.godnick@srz.com
igoldstein@proskauer.com
ILEVEE@LOWENSTEIN.COM
INGRID.BAGBY@CWT.COM
IRINA.PALCHUK@USBANK.COM

isilverbrand@whitecase.com
israel.david@friedfrank.com
JAI@BLBGLAW.COM
james.byrnes@usbank.com
james.heaney@lawdeb.com
jberkowitz@gibbonslaw.com
jboyle@khmarino.com
jcoffey@brownrudnick.com
JCORNEAU@KLESTADT.COM
jdmarshall@brownrudnick.com
JEFF.BROWN@GMACFS.COM
JENNIFER.PROVENZANO@BNYMELLON.COM
jeremyandersen@quinnemanuel.com
JGARRITY@MORGANLEWIS.COM
jgelman@jacobslawpc.com
JGLUCKSMAN@SCARINCIHOLLENBECK.COM
JHAAKE@WBSVLAW.COM
jhardy2@wilkie.com
jjonas@brownrudnick.com
jjtancredi@daypitney.com
jkatz@katz-law.com
JLAITMAN@COHENMILSTEIN.COM
JLAWLOR@WMD-LAW.COM
jleibowitz@kandfllp.com
jmcmurtr@placer.ca.gov
jmhall@bffmlaw.com
JMILLER@TCFBANK.COM
JMOLDOVAN@MORRISONCOHEN.COM
 jmorganroth@morganrothlaw.com
JNAGI@POLSINELLI.COM
joel@shafeldlaw.com
john.kibler@allenovery.com
JOHN.STERN@TEXASATTORNEYGENERAL.GOV
JONATHANU@BLBGLAW.COM
josselson@sewkis.com
jteitelbaum@tblawllp.com
jvincequerra@duanemorris.com
jwcohen@daypitney.com
jweisser@gibsondunn.com
JWILLIAMS@WILMINGTONTRUST.COM
JZAJAC@PROSKAUER.COM
KATHRYN.THORPE@TDSECURITIES.COM
kay.brock@co.travis.tx.us
KEITH.WOFFORD@ROPESGRAY.COM
KELLY.J.RENTZ@WELLSFARGO.COM
KELVIN.VARGAS@DB.COM
ken.coleman@allenovery.com
KENTON_HAMBRICK@FREDDIEMAC.COM
kgcully@kgcully.com
kgiannelli@gibbonslaw.com
KIT.WEITNAUER@ALSTON.COM
kmarino@khmarino.com
kotwick@sewkis.com
KPATRICK@GIBBSBRUNS.COM

KREHNS@COHENMILSTEIN.COM
kristi.garcia@wellsfargo.com
ksheehan@flwlaw.com
laura.moran@usbank.com
LBERKOFF@MORITTHOCK.COM
lee.gordon@mvbalaw.com
LEMILLER@JONESDAY.COM
lneish@zuckerman.com
lrobbins@robbinsrussell.com
mabrams@wilkie.com
MACOHEN@CURTIS.COM
MAGESHWARAN.RAMASAMY@BNYMELLON.COM
MAMTA.SCOTT@USBANK.COM
marguerite.gardiner@srz.com
MARK.ELLENBERG@CWT.COM
mark.flannagan@umb.com
marriott@ballardspahr.com
MARTY.BUNIN@ALSTON.COM
MATTHEWJ@BLBGLAW.COM
MAURICIO.ESPANA@DECHERT.COM
MCARNEY@MCKOOLSMITH.COM
mdyer@aclawllp.com
MEISENKRAFT@COHENMILSTEIN.COM
METKIN@LOWENSTEIN.COM
MGALLAGHER@CURTIS.COM
michael.cutini@srz.com
MICHAEL.SPATARO@BNYMELLON.COM
MICHELLE.MOELLER@USBANK.COM
MKBROYLES@FEINSUCHCRANE.COM
mknitter@co.monroe.pa.us
MKRAUT@MORGANLEWIS.COM
mmadden@robbinsrussell.com
mmorganroth@morganrothlaw.com
mpmorris@gelaw.com
MROLLIN@RPLAW.COM
mschaedle@blankrome.com
MSTEIN@KASOWITZ.COM
mstrauss@kmllp.com
MVAUGHAN@WBSVLAW.COM
MWARNER@COLESCHOTZ.COM
NAMAMOO@KASOWITZ.COM
ncohen@zuckerman.com
NICHLAUS.M.ROSS@WELLSFARGO.COM
njacobs@jacobslawpc.com
patel@sewkis.com
PATRICK.KERNER@BARCLAYS.COM
PAUL_MULLINGS@FREDDIEMAC.COM
Paul_Papas@mylegalhelpusa.com
pdatta@hhstein.com
PDEFILIPPO@WMD-LAW.COM
pdublin@akingump.com
petriea@ballardspahr.com
PFERDINANDS@KSLAW.COM
PFLEMING@MORGANLEWIS.COM

pmahony@leopoldassociates.com
PMOAK@MCKOOLSMITH.COM
ppascuzzi@ffwplaw.com
ralbanese@akingump.com
ra-li-ucts-bankrupt@state.pa.us
RBARKASY@SCHNADER.COM
rblmnf@aol.com
rbrown@robertbrownlaw.com
rchoi1@wilkie.com
reriksen1@gmail.com
richard@rsaxlaw.com
RLWYNNE@JONESDAY.COM
RMANEY@WILMINGTONTRUST.COM
romero@mromerolawfirm.com
ronald.rowland@rms-iqor.com
root@blankrome.com
ROSA.MENDEZ@DB.COM
ROSS.MARTIN@ROPESGRAY.COM
rrich2@hunton.com
rschug@nka.com
SARAH.STOUT@BNYMELLON.COM
schindlerwilliamss@ballardspahr.com
SCOTTSHELLEY@QUINNEMANUEL.COM
sdnyecf@dor.mo.gov
SETH.GOLDMAN@MTO.COM
SFENNESSEY@SHEARMAN.COM
SFITZGERALD@WMD-LAW.COM
SHARON.SQUILLARIO@WELLSFARGO.COM
SHEEHAN@TXSCHOOLLAW.COM
SHUMPHRIES@GIBBSBRUNS.COM
sleopold@leopoldassociates.com
SREISMAN@CURTIS.COM
srosen@cb-shea.com
SRUTSKY@PROSKAUER.COM
STEVEP@RGRDLAW.COM
susan.balaschak@akerman.com
SUSAN.KHOKHER@TDSECURITIES.COM
susanp@taxcollector.com
SUSHEELKIRPALANI@QUINNEMANUEL.COM
swissnergross@brownrudnick.com
taconrad@sbwlawfirm.com
TAL@TALCOTTFRANKLIN.COM
TANVEER.ASHRAF@USBANK.COM
tarr@blankrome.com
TFAWKES@FREEBORNPETERS.COM
tfoundy@curtis.com
THADWILSON@KSLAW.COM
themeyerslawfirm@gmail.com
THEODORE.W.TOZER@HUD.GOV
THOMAS.WALPER@MTO.COM
TKLESTADT@KLESTADT.COM
TLALLIER@FOLEYMANSFIELD.COM
tmm@mullaw.org
tterrell@feinsuch.com

tziegler@ktmc.com
victoria.safran@ag.ny.gov
wallaces@ballardspahr.com
whazeltine@sha-llc.com
WILL.HOCH@CROWEDUNLEVY.COM
WILLIAM.HAO@ALSTON.COM
XRAUSLOANOPS5@BARCLAYS.COM

adam.lesman@cliffordchance.com
ASKDOJ@USDOJ.GOV
bankruptcynoticeschr@sec.gov
BMYRICK@SIDLEY.COM
BOBBIE.THEIVAKUMARAN@CITI.COM
BRIAN.MASUMOTO@USDOJ.GOV
Colette.wahl@gmacrescap.com
DBessner@KRAMERLEVIN.com
Deanna.horst@gmacrescap.com
diane.citron@ally.com
dlemay@chadbourne.com
DMANNAL@KRAMERLEVIN.COM
dminoff@loeb.com
Eileen.oles@gmacrescap.com
enid.stuart@OAG.State.NY.US
filings@spallp.com
ghorowitz@kramerlevin.com
GLEE@MOFO.COM
guzzi@milbank.com
hseife@chadbourne.com
JBOELTER@SIDLEY.COM
jennifer.demarco@cliffordchance.com
Jill.horner@gmacrescap.com
jmorris@pszjlaw.com
john.bellaver@ally.com
JOSEPH.CORDARO@USDOJ.GOV
jtrachtman@kramerlevin.com
Julie.busch@gmacrescap.com
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
KECKSTEIN@KRAMERLEVIN.COM
ksadeghi@mofo.com
Lauren.delehey@gmacrescap.com
LINDA.RIFFKIN@USDOJ.GOV
LMARINUZZI@MOFO.COM
LNASHELSKY@MOFO.COM
LNYHAN@SIDLEY.COM
maofiling@cgsh.com
marie.l.cerchero@irs.gov
mbove@pszjlaw.com
mroitman@chadbourne.com
NANCY.LORD@OAG.STATE.NY.US
NIKOLAY.KODES@SKADDEN.COM
NYROBankruptcy@sec.gov
Patty.Zellmann@ally.com
pbentley@kramerlevin.com
peter_mcgonigle@fanniemae.com
PROJECTRODEO@KIRKLAND.COM
RAY.SCHROCK@KIRKLAND.COM
rescapinfo@kccllc.com
rfeinstein@pszjlaw.com
rgayda@chadbourne.com
RICHARD.CIERI@KIRKLAND.COM
SECBANKRUPTCY@SEC.GOV
sengelhardt@mofo.com
soneal@cgsh.com
STEPHEN.HESSLER@KIRKLAND.COM
szide@kramerlevin.com
Tammy.Hamzehpour@gmacrescap.com
tgoren@mofo.com
TIMOTHY.DEVINE@ALLY.COM
tmayer@kramerlevin.com
tmoloney@cgsh.com
TRACY.DAVIS2@USDOJ.GOV
vrubinstein@loeb.com
wcurchack@loeb.com
WILLIAM.B.SOLOMON@ALLY.COM
William.thompson@gmacrescap.com
William.tyson@gmacrescap.com