MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF DEBTORS' FIFTIETH OMNIBUS
OBJECTION TO CLAIMS (NO LIABILITY BORROWER CLAIMS – BOOKS
AND RECORDS) SOLELY AS IT RELATES TO THE CLAIM FILED
BY ALLISON L. RANDLE (CLAIM NO. 4199)**

**PLEASE TAKE NOTICE** that the debtors and debtors in possession in the above-captioned bankruptcy cases (collectively, the "Debtors") withdraw, without prejudice, the *Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records)* [Docket No. 5162] (the "Fiftieth Omnibus Claims Objection") against Allison L. Randle ("Ms. Randle").

**PLEASE TAKE FURTHER NOTICE** that the withdrawal of the Fiftieth Omnibus Claims Objection as to Ms. Randle does not constitute any admission or finding with respect to the allowance of Claim No. 4199 (the "Claim") filed by Ms. Randle, and the Debtors reserve all rights to object to the Claim on any other basis at a future point in time.

ny-1120982

|  |  |
|---|---|
| Dated: December 12, 2013<br>New York, New York | /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the Debtors and<br>Debtors in Possession* |

ny-1120982