Exhibit A

12-12020-mg    Doc 6082-1    Filed 12/12/13    Entered 12/12/13 19:06:06    Exhibit A
Pg 2 of 6

**SUMMARY OF EXPENSES INCURRED BY SEVERSON & WERSON P.C.**
**ON BEHALF OF THE DEBTORS FOR THE PERIOD May 1, 2013 THROUGH August 31, 2013**

| Code | Expense Code | Date | Bill Number | Amount On Bill | Narrative |
|---|---|---|---|---|---|
| 0704 | 0015 | 5/6/2013 | 351071 | $806.50 | First Legal Network, LLC; Court Services; Job no. 6898948 SMSC- Redwood City, Ca. 3/26/13 |
| 1500 | 0050 | 5/7/2013 | 353226 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy 04/29/13 |
| 0588 | 0050 | 5/7/2013 | 350815 | $118.70 | One Legal, Inc.; Transmittal of filing to court; Opposition, Separate Statement, Request for Judicial Notice, Declaration of Rebecca Saelao, Declaration of Myron   04/16/13 |
| 0844 | 0059 | 5/8/2013 | 351072 | $20.98 | Federal Express Corporation EDI; Federal Express; Clerk of the Court CA Cts of Appeal, 4th Dist. D 601 W Santa Ana Blvd Santa Ana, CA 92701 04/23/13 |
| 0588 | 0056 | 5/9/2013 | 350815 | $282.60 | Rebecca S. Saelao; Travel and Expenses to; Attend Settlement Conference at Sonoma County Superior Court, Santa Rosa, Ca. 5/6/13 |
| 0588 | 0015 | 5/10/2013 | 350815 | $95.00 | First Legal Network, LLC; Court Services; Job no 6896330 Sonoma County Superior Court, Santa Rosa, Ca. 3/19/13 |
| 0704 | 0023 | 5/10/2013 | 351071 | $95.50 | First Legal Network, LLC; Serv Process, Subpoena Fees; Job no. 6908275 LSI Title Company at 818 W. Seventh St., Los Angeles, Ca. 4/24/13 |
| 1501 | 0050 | 5/13/2013 | 353231 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy and Suggestion of Automatic Stay 04/09/13 |
| 1507 | 0060 | 5/14/2013 | 353255 | $25.25 | Cardmember Service /Chase (Acct 7297); Data Search; CA, San Bernardino Specific Document 2011.123968 04/30/13 (24064.1057) |
| 0419 | 0060 | 5/14/2013 | 349996 | $33.71 | Cardmember Service /Chase (Acct 7297); Data Search; 632 S Evergreen Ave, Los Angeles, CA, 90023, Los Angeles 04/11/13 |
| 1504 | 0060 | 5/14/2013 | 354879 | $33.71 | Cardmember Service /Chase (Acct 7297); Data Search; 993 54th St, Oakland, CA, 94608, Alameda 04/17/13 |
| 1507 | 0060 | 5/14/2013 | 353255 | $34.93 | Cardmember Service /Chase (Acct 7297); Data Search; 13066 Norcia Dr, Rancho Cucamonga, CA, 91739, San Bernardino 04/29/13 |
| 1500 | 0060 | 5/14/2013 | 353226 | $39.98 | Cardmember Service /Chase (Acct 7297); Data Search; 7700 Oso Ave, Winnetka, CA, 91306, Los Angeles 04/10/13 |
| 1511 | 0015 | 5/16/2013 | 353224 | $6.25 | First Legal Network, LLC; Court Services;  Job no. 9595914 Orange County Court, Santa Ana, Ca. 5/6/13 |
| 0588 | 0012 | 5/20/2013 | 350815 | $62.91 | ABI Document Support Services; Medical, Other Reports;  Pertaining to: Ingrid Hill Aka Ingrid Von Mangoldt Hills; Ingrid Vanmangoldthill; at Stanford Hospital & Clinics / Hospital Billing Office Palo Alto 05/02/13 |
| 1173 | 0005 | 5/21/2013 | 352802 | $260.00 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees; Courts/USBC-CA 04/22/13 |
| 1515 | 0050 | 5/23/2013 | 353218 | $49.95 | One Legal, Inc.; Transmittal of filing to court; GMAC's Notice of Bankrupcty and Suggestion of Automatic Stay ETS Services' Notice of Bankruptcy and Suggestion of    05/06/13 |
| 1483 | 0050 | 5/29/2013 | 351081 | $9.95 | One Legal, Inc.; Transmittal of filing to court;  GMAC Notice of Bankruptcy Filing and Supplement Servicing Order, ETS Notice of Bankruptcy Filing and Supplemental   05/08/13 |
| 1333 | 0050 | 5/29/2013 | 351077 | $66.20 | One Legal, Inc.; Transmittal of filing to court; Notice of Bankruptcy Filing and Supplement Servicing Order 05/08/13 |
| 1513 | 0050 | 5/31/2013 | 353233 | $49.95 | One Legal, Inc.; Transmittal of filing to court; GMAC's Notice of BK and Suggestion of Automatic Stay 05/10/13 |
| 1493 | 0076 | 6/4/2013 | 357009 | $108.00 | CourtCall, LLC; CourtCall - Conference Service; 05/30/13 |
| 0704 | 0023 | 6/6/2013 | 354610 | $99.25 | First Legal Network, LLC; Serv Process, Subpoena Fees;  Order no: 6907283 LSI Title Company 818 W. Seventh Street Los Angeles, CA 90017 04/22/13 |
| 0588 | 0059 | 6/7/2013 | 353101 | $13.41 | Federal Express Corporation EDI; Federal Express; Thomas P. Kelly, III 50 Old Courthouse Square Santa Rosa, CA 95404 04/29/13 |
| 0588 | 0059 | 6/7/2013 | 353101 | $13.41 | Federal Express Corporation EDI; Federal Express; Michelle V. Zyromski 645 Fourth Street Santa Rosa, CA 95404 04/29/13 |
| 0588 | 0059 | 6/7/2013 | 353101 | $13.41 | Federal Express Corporation EDI; Federal Express; Hon. Arthur A. Wick Sonoma County Superior Court 600 Administration Drive Santa Rosa, CA 95403 05/03/13 |
| 0588 | 0059 | 6/7/2013 | 353101 | $15.08 | Federal Express Corporation EDI; Federal Express; Thomas P. Kelly, III 50 Old Courthouse Square Santa Rosa, CA 95404 05/01/13 |
| 0588 | 0059 | 6/7/2013 | 353101 | $15.08 | Federal Express Corporation EDI; Federal Express; Michelle V. Zyromski 645 Fourth Street Santa Rosa, CA 95404 05/01/13 |
| 0588 | 0059 | 6/7/2013 | 353101 | $52.42 | Federal Express Corporation EDI; Federal Express; Luce Gonzales, SC Program Coor Sonoma County Superior Court 3055 Cleveland Avenue Santa Rosa, CA 95403 04/29/13 |
| 0588 | 0018 | 6/10/2013 | 353101 | $87.78 | Golden State Legal Copy; Outside Copies; Litigation Copies, Copy of trial binder 05/29/13 |
| 0588 | 0018 | 6/10/2013 | 353101 | $95.70 | Golden State Legal Copy; Outside Copies; Custom Tabs 101-118, 219-220, 3-Hole Drill Copies, Trial proparation  05/31/13 |

| | | | | | |
|---|---|---|---|---|---|
| 9997 | 0018 | 6/10/2013 | 352805 | $176.46 | Golden State Legal Copy; Outside Copies; Scaning / Imaging, Coding per Document, Black & White Pringtin, Master CD: GMAC May Invioces 05/30/13 |
| 0588 | 0018 | 6/10/2013 | 353101 | $209.60 | Golden State Legal Copy; Outside Copies; Litigation Copies, Trial Exhibits 05/29/13 |
| 0588 | 0059 | 6/12/2013 | 353101 | $19.28 | Federal Express Corporation EDI; Federal Express; Thomas P. Kelly, III 50 Old Courthouse Square Santa Rosa, CA 95404 05/24/13 |
| 0588 | 0059 | 6/12/2013 | 353101 | $22.79 | Federal Express Corporation EDI; Federal Express; Michelle V. Zyromski 645 Fourth Street Santa Rosa, CA 95404 05/24/13 |
| 1392 | 0076 | 6/12/2013 | 354667 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 06/12/13 |
| 1519 | 0076 | 6/12/2013 | 352439 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 09/04/13 |
| 0829 | 0060 | 6/13/2013 | 352446 | $10.10 | Cardmember Service/Bank One (Acct #2707); Data Search; CA, Ventura Specific Document 2009.125910 05/28/13 |
| 0829 | 0060 | 6/13/2013 | 354612 | $33.81 | Cardmember Service/Bank One (Acct #2707); Data Search; 1682 Amerelle St, Newbury Park, CA, 91320, Ventura 05/28/13 |
| 0588 | 0018 | 6/13/2013 | 353101 | $176.04 | United Litigation Discovery; Outside Copies;  Print Oversize, Color Oversize, Foam Board Mount, Print 3 oversize and mount. 05/30/13 |
| 0588 | 0026 | 6/14/2013 | 353101 | $374.20 | Mary Kate Sullivan; Transportation; Attend trial call and pre-trial motion hearings, Santa Rosa 5/31/13 - 6/7/13 |
| 0588 | 0026 | 6/14/2013 | 353101 | $436.04 | Rebecca S. Saelao; Transportation; Pre-trial hearings, Sonoma County Sup. Ct. 6/6/13 |
| 0588 | 0056 | 6/14/2013 | 353101 | $1,297.89 | Rebecca S. Saelao; Travel and Expenses to; Trial, Santa Rosa 5/30/13 - 6/4/13 |
| 1493 | 0050 | 6/17/2013 | 357009 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; Job no. 9604736 LA County Court- Compton, CA  5/31/13 |
| 1518 | 0050 | 6/17/2013 | 353221 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; Job no. 9603689. LA County Court- Van Nuys East 5/29/13 |
| 0588 | 0015 | 6/17/2013 | 353101 | $130.00 | First Legal Network, LLC; Court Services; Job no. 6919316 Sonoma County Superior Court, Santa Rosa, Ca. 95403-2818. Advance ck. 20.00 5/29/13. Preparation for Trial |
| 0588 | 0015 | 6/17/2013 | 353101 | $140.15 | First Legal Network, LLC; Court Services; Job no. 6918855 Sonoma- Civil & Family Law, Santa Rosa, Ca. 5/28/13 |
| 0588 | 0015 | 6/17/2013 | 353101 | $243.00 | First Legal Network, LLC; Court Services; Job no. 6919770 Sonoma- Civil & Family Law, Santa Rosa, Ca. 5/30/13 |
| 0572 | 0076 | 6/18/2013 | 354607 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  06/14/13 |
| 1335 | 0076 | 6/18/2013 | 357879 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  06/18/13 |
| 1053 | 0005 | 6/19/2013 | 353225 | $4.50 | Clerk, Ventura County Superior Court; Court and Filing Fees; Copy of Second Amended Complaint. 5/24/13. Draft#30453 |
| 0023 | 0005 | 6/19/2013 | 352799 | $125.00 | Superior Court; Court and Filing Fees; 5 original abstracts & judgment. Draft#30564 5/24/13 |
| 1173 | 0005 | 6/19/2013 | 352802 | $176.00 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees; Courts/USBC-CA 05/17/13 |
| 0588 | 0023 | 6/19/2013 | 353101 | $282.45 | Specialized Legal Services, Inc.; Serv Process, Subpoena Fees; Hitoshi Inoue, 3735 Coffey Lane, Santa Rosa, Trial Preparation 05/31/13 |
| 0000 | 0005 | 6/19/2013 | 353243 | $396.15 | Cardmember Service/Bank One (Acct #2707); Court and Filing Fees; SD SUPCRT ROA CA 05/21/13 |
| 0588 | 0006 | 6/20/2013 | 353101 | $697.50 | Becki Peterson- D; Deposition Transcript;  Court Reporter Fee for Transcript of 6/6 & 6/7 Court Proceedings. Draft#29741. 6/10/13 |
| 1042 | 0005 | 6/26/2013 | 353228 | $7.50 | Cardmember Service/Bank One (Acct 5773); Court and Filing Fees; SD SUPCRT ROA CA 06/07/13 (Ryan Brooks Card#8568) |
| 1115 | 0050 | 6/26/2013 | 354617 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Declaration of Yaron Shaham in Response to the Court's OSC Re Sanction 06/04/13 |
| 1392 | 0050 | 6/26/2013 | 354667 | $49.95 | One Legal, Inc.; Transmittal of filing to court;  CMS 05/31/13 |
| 1527 | 0050 | 6/26/2013 | 353227 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Notice of BK and Suggestion of Automatic Stay 05/29/13 |
| 1392 | 0050 | 6/27/2013 | 354667 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Amended Notice of BK 06/06/13 |
| 1493 | 0050 | 6/27/2013 | 357009 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; Job no. 9606814. LA County Court- Compton, Ca. 6/6/13 |
| 1518 | 0050 | 6/27/2013 | 353221 | $49.95 | First Legal Network, LLC; Transmittal of filing to court; Job no. 9607368. LA County Court- Van Nuys, Ca. 6/7/13 |
| 1528 | 0050 | 6/27/2013 | 353235 | $49.95 | One Legal, Inc.; Transmittal of filing to court;  Notice of BK 06/10/13 |

| | | | | | |
|---|---|---|---|---|---|
| 0588 | 0015 | 6/27/2013 | 353101 | $206.50 | First Legal Network, LLC; Court Services; Job no. 6924681. Sonoma- Civil & Family Law, Santa Rosa, Ca. 6/13/13 |
| 0023 | 0021 | 6/28/2013 | 352799 | $7.00 | Contra Costa County Recorder-D; Recorder Fees; Additional fee re recording of abstract. Draft#30596 6/18/13. |
| 0023 | 0005 | 6/28/2013 | 352799 | $29.00 | Contra Costa County Superior Court; Court and Filing Fees; Recording fee for abstract of judgment. Draft#30563 |
| 0023 | 0021 | 6/28/2013 | 352799 | $44.00 | Clerk, Alameda County Recorder's Office; Recorder Fees; Fee to record abstract of judgment. Draft#30592 6/14/13 |
| 0572 | 0050 | 6/28/2013 | 354607 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 06/13/13 |
| 1053 | 0076 | 7/2/2013 | 357877 | $78.00 | CourtCall, LLC; CourtCall - Conference Service; 09/09/13 |
| 1386 | 0076 | 7/2/2013 | 357880 | $78.00 | CourtCall, LLC; CourtCall - Conference Service;  07/09/13 |
| 0704 | 0050 | 7/5/2013 | 354610 | $29.95 | One Legal, Inc.; Transmittal of filing to court;  Proof Stipulation including Court Filing Fee $20 06/24/13 |
| 9997 | 0018 | 7/5/2013 | 354877 | $141.33 | Golden State Legal Copy; Outside Copies;  Dosc: GMAC June Invoices Scanning / Imaging..etc. 06/28/13 |
| 0683 | 0060 | 7/8/2013 | 354660 | $8.56 | Cardmember Service /Chase (Acct 7297); Data Search; 3910 Walton Ave, Los Angeles, CA, 90037, Los Angeles 06/05/13 |
| 0851 | 0060 | 7/8/2013 | 354614 | $8.56 | Cardmember Service /Chase (Acct 7297); Data Search; 1251 76th Ave, Oakland, CA, 94621, Alameda 06/06/13 |
| 0704 | 0060 | 7/8/2013 | 354610 | $33.81 | Cardmember Service /Chase (Acct 7297); Data Search; 408 Chestnut Ave, Santa Ana, CA, 92701, Orange 06/05/13 |
| 1386 | 0050 | 7/8/2013 | 357880 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement 06/25/13 |
| 1524 | 0060 | 7/8/2013 | 354621 | $89.36 | Cardmember Service /Chase (Acct 7297); Data Search; 8000 Hansom Dr, Oakland, CA, 94605, Alameda 06/10/13 |
| 1270 | 0015 | 7/15/2013 | 354663 | $13.62 | NORCO Delivery Services; Court Services; US District Court Central, Los Angeles, Ca. 5/29/13 |
| 0683 | 0013 | 7/15/2013 | 354660 | $13.80 | NORCO Delivery Services; Messenger; First American Title Insurance, Santa Ana, Ca. 6/17/13 |
| 0851 | 0076 | 7/16/2013 | 354614 | $86.00 | CourtCall, LLC; CourtCall - Conference Service; 07/26/13 |
| 1337 | 0076 | 7/16/2013 | 354666 | $86.00 | CourtCall, LLC; CourtCall - Conference Service;  07/15/13 |
| 0588 | 0076 | 7/17/2013 | 354608 | $0.84 | PGI- Premiere Global Services; CourtCall - Conference Service; 5/24/13 |
| 0588 | 0076 | 7/17/2013 | 354608 | $4.65 | PGI- Premiere Global Services; CourtCall - Conference Service; 6/3/13 |
| 0588 | 0076 | 7/17/2013 | 354608 | $9.45 | PGI- Premiere Global Services; CourtCall - Conference Service; 5/21/13 |
| 0588 | 0076 | 7/17/2013 | 354608 | $18.28 | PGI- Premiere Global Services; CourtCall - Conference Service; 6/6/13 |
| 0588 | 0076 | 7/17/2013 | 354608 | $24.17 | PGI- Premiere Global Services; CourtCall - Conference Service; 5/21/13 |
| 0588 | 0076 | 7/17/2013 | 354608 | $24.18 | PGI- Premiere Global Services; CourtCall - Conference Service; 5/23/13 |
| 0704 | 0076 | 7/17/2013 | 354610 | $24.59 | PGI- Premiere Global Services; CourtCall - Conference Service; 5/21/13 |
| 0588 | 0076 | 7/17/2013 | 354608 | $26.07 | PGI- Premiere Global Services; CourtCall - Conference Service; 5/24/13 |
| 0588 | 0076 | 7/17/2013 | 354608 | $44.54 | PGI- Premiere Global Services; CourtCall - Conference Service; 6/3/13 |
| 1270 | 0060 | 7/19/2013 | 354663 | $1.50 | Pacer Service Center; Data Search; Customer no. SW0817. 04/01/13-06/30/13 |
| 1270 | 0060 | 7/19/2013 | 354663 | $3.10 | Pacer Service Center; Data Search; Customer no. SW0817. 04/01/13-06/30/13 |
| 1507 | 0050 | 7/19/2013 | 354669 | $22.95 | One Legal, Inc.; Transmittal of filing to court; Proposed Order, Opposition, Notice of Motion, General/Other,..05/29/13 |
| 0628 | 0060 | 7/19/2013 | 354609 | $28.45 | Pacer Service Center; Data Search; Customer no. SW0817. 04/01/13-06/30/13 |
| 0325 | 0060 | 7/19/2013 | 354606 | $30.32 | Pacer Service Center; Data Search; Customer no. SW0817. 04/01/13-06/30/13 |
| 1541 | 0060 | 7/19/2013 | 354624 | $35.36 | Pacer Service Center; Data Search; Customer no. SW0817. 04/01/13-06/30/13 |

| | | | | | |
|---|---|---|---|---|---|
| 0844 | 0060 | 7/19/2013 | 354613 | $36.16 | Pacer Service Center; Data Search; Customer no. SW0817. 04/01/13-06/30/13 |
| 1270 | 0060 | 7/22/2013 | 354663 | $1.40 | Pacer Service Center; Data Search; Account No. SW0122 04/01/13- 06/30/13 |
| 1507 | 0060 | 7/22/2013 | 354669 | $14.70 | Pacer Service Center; Data Search; Account No. SW0122 04/01/13- 06/30/13 |
| 1512 | 0060 | 7/22/2013 | 354190 | $27.18 | Pacer Service Center; Data Search; Account No. SW0122 04/01/13- 06/30/13 |
| 1504 | 0060 | 7/22/2013 | 354879 | $29.15 | Pacer Service Center; Data Search; Account no. SW0061. 04/01/13 - 06/30/13 |
| 1516 | 0060 | 7/22/2013 | 354619 | $36.36 | Pacer Service Center; Data Search; Account no. SW0061. 04/01/13 - 06/30/13 |
| 9997 | 0060 | 7/22/2013 | 354877 | $59.93 | Pacer Service Center; Data Search; Account no. SW0061. 04/01/13 - 06/30/13 |
| 0711 | 0076 | 7/24/2013 | 354611 | $13.63 | PGI- Premiere Global Services; CourtCall - Conference Service; 7/1/13 |
| 0711 | 0076 | 7/24/2013 | 354611 | $16.96 | PGI- Premiere Global Services; CourtCall - Conference Service; 6/13/13 |
| 0711 | 0076 | 7/24/2013 | 354611 | $17.80 | PGI- Premiere Global Services; CourtCall - Conference Service; 6/26/13 |
| 0711 | 0076 | 7/24/2013 | 354611 | $25.55 | PGI- Premiere Global Services; CourtCall - Conference Service; 6/24/13 |
| 1392 | 0015 | 7/24/2013 | 354667 | $51.73 | DDS Legal Support Systems; Court Services; LASC- South Long Beach, Ca. Advanced ck. $1.00 7/10/13 |
| 0286 | 0005 | 7/30/2013 | 354605 | $7.50 | Cardmember /Bank One (Acct 5773); Court and Filing Fees; Co Superior Court WE CA 06/27/13 (Mary Cronin Card#3188) |
| 0588 | 0056 | 7/30/2013 | 354608 | $860.69 | Rebecca S. Saelao; Travel and Expenses to; Attend Deposition of Myron Ravelo, Burbank 7/17/13 - 7/18/13 |
| 0588 | 0056 | 7/30/2013 | 354608 | $1,834.13 | Rebecca S. Saelao; Travel and Expenses to; Deposition of Kyle Lucas, Dallas 7/21/13 - 7/23/13 |
| 1546 | 0005 | 7/31/2013 | 354627 | $870.00 | Clerk of the Superior Court; Court and Filing Fees; First appearance fee- GMAC & ETS Notice of Bankruptcy. Draft#30724 7/18/13 |
| 0651 | 0076 | 8/2/2013 | 359838 | $86.00 | CourtCall, LLC; CourtCall - Conference Service; 09/24/13 |
| 0704 | 0076 | 8/2/2013 | 357832 | $99.00 | CourtCall, LLC; CourtCall - Conference Service; 07/19/13 |
| 1548 | 0060 | 8/5/2013 | 357351 | $8.25 | Cardmember Service /Chase (Acct 7898); Data Search; 13518 McFarland St, Galt, CA, 95632, Sacramento 07/15/13 |
| 1546 | 0060 | 8/5/2013 | 359602 | $13.00 | Cardmember Service /Chase (Acct 7898); Data Search; 1743 11th St, Los Osos, CA, 93402, San Luis Obispo 07/12/13 |
| 1270 | 0060 | 8/5/2013 | 359841 | $17.77 | Cardmember Service /Chase (Acct 7898); Data Search; 5851 7th Ave, Los Angeles, CA, 90043, Los Angeles 07/23/13 |
| 1274 | 0076 | 8/5/2013 | 357347 | $86.00 | CourtCall, LLC; CourtCall - Conference Service; 08/05/13 |
| 1519 | 0076 | 8/5/2013 | 357348 | $86.00 | CourtCall, LLC; CourtCall - Conference Service; 08/27/13 |
| 1528 | 0060 | 8/5/2013 | 361620 | $140.72 | Cardmember Service /Chase (Acct 7898); Data Search; 2442 Palo Verde, Long Beach, CA, 90815, Los Angeles 07/21/13 |
| 1337 | 0060 | 8/5/2013 | 355964 | $321.71 | Cardmember Service /Chase (Acct 7898); Data Search; 1739 11th St, Los Osos, CA, 93402, San Luis Obispo 07/09/13 |
| 1545 | 0060 | 8/5/2013 | 361628 | $466.19 | Cardmember Service /Chase (Acct 7898); Data Search; 21927 Scallion Dr, Saugus, CA, 91350, Los Angeles 07/17/13 |
| 1531 | 0050 | 8/6/2013 | 357349 | $82.95 | First Legal Network, LLC; Transmittal of filing to court;  Order no: 6936774 Monterey Co Superior Ct-Monterey, CA 07/19/13 Adv/Ck; $435 |
| 0588 | 0015 | 8/6/2013 | 356885 | $110.00 | First Legal Network, LLC; Court Services; Order no: 6920569 Sonoma County Superior Court, Santa Rosa CA 05/31/13 |
| 0588 | 0015 | 8/6/2013 | 356885 | $153.10 | First Legal Network, LLC; Court Services; Order no. 6939283. Sonoma County Superior Court. 7/26/13. Advance ck. $23.00 |
| 1519 | 0050 | 8/6/2013 | 357348 | $937.70 | First Legal Network, LLC; Transmittal of filing to court;  Order no: 6937649 SJMC-Stockton, CA 07/23/13 Adv/Ck; $870 |
| 0704 | 0023 | 8/7/2013 | 357832 | $52.50 | First Records Retrieval; Serv Process, Subpoena Fees;  Business Records at LSI Title Company c/o CT Corp. Los Angeles, 5/13/13. |
| 1548 | 0005 | 8/7/2013 | 357351 | $435.00 | Sacramento County Superior Court-D; Court and Filing Fees; First Appearance & Notice. Draft#29588 7/16/13 |
| 0704 | 0050 | 8/8/2013 | 357832 | $13.91 | One Legal, Inc.; Transmittal of filing to court;  Case Management Statement 07/17/13 |

| | | | | | |
|---|---|---|---|---:|---|
| 1270 | 0015 | 8/8/2013 | 359841 | $19.35 | NORCO Delivery Services; Court Services; US District Court Central, Los Angeles, CA. 7/24/13 |
| 1500 | 0015 | 8/8/2013 | 357881 | $471.65 | DDS Legal Support Systems; Court Services; LASC- Northwest-Van Nuys, Ca. 7/24/13. Advanced fees $435.00 |
| 1500 | 0026 | 8/12/2013 | 357881 | $69.27 | David M. Liu; Transportation; CMC- Courtcall not allowed, LASC-Van Nuys, Ca. 8/7/13 |
| 9997 | 0018 | 8/12/2013 | 356891 | $211.86 | Golden State Legal Copy; Outside Copies; Desc: GMAC July Invoices, Litigation Copies Staple/Clip Copies as Originals Re-Staple/Re-Clip Originals, Scanning / Imaging, etc., 07/30/13 |
| 0704 | 0050 | 8/14/2013 | 357832 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Summons, Civil Case Cover Sheet, Civil Case Cover Sheet, Amended Complaint 07/22/13 |
| 0704 | 0050 | 8/14/2013 | 357832 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Summons, Civil Case Cover Sheet, Civil Case Cover Sheet, Amended Complaint 07/22/13 |
| 1500 | 0050 | 8/14/2013 | 357881 | $49.95 | One Legal, Inc.; Transmittal of filing to court; Case Management Statement. 7/24/13 |
| 0588 | 0006 | 8/20/2013 | 356885 | $1,128.70 | Affinity Court Reporters, a Behmke Company; Deposition Transcript; Certified Transcript: Myron Ravelo 7/31/13 |
| 0704 | 0050 | 8/21/2013 | 357832 | $9.95 | One Legal, Inc.; Transmittal of filing to court; Summons 07/24/13 |
| 0704 | 0023 | 8/21/2013 | 357832 | $35.95 | One Legal, Inc.; Serv Process, Subpoena Fees; Summons on Fist Amended Complaint, Stipulation For Plaintiff's to File Amended Complaint And Order, First.. Served: LSI Title Company 818 W Seventh Street Los Angeles, CA 90017 08/01/13 |
| 9997 | 0018 | 8/22/2013 | 356891 | $179.10 | Golden State Legal Copy; Outside Copies; Desc: GMAC August Invoices, Litigation Copie, Scanning / Imaging 08/17/13 |
| 0588 | 0006 | 8/22/2013 | 356885 | $1,017.62 | Continental Court Reporters, Inc.; Deposition Transcript; One Certified Copy of the Deposition of: Kyle Lucas 08/15/13 |
| 0588 | 0006 | 8/22/2013 | 356885 | $1,911.00 | Continental Court Reporters, Inc.; Deposition Transcript; Video Services - Video Recording of Depositions Kyle Lucas 08/16/13 |
| 1274 | 0050 | 8/23/2013 | 357347 | $50.70 | One Legal, Inc.; Transmittal of filing to court; Dimissal 08/06/13 |
| | | | | **$21,965.03** | |