UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                    )    Case No. 12-12020 (MG)
                                                          )
RESIDENTIAL CAPITAL, LLC, et al.,                         )    Chapter 11
                                                          )
                              Debtors.                    )    Jointly Administered
                                                          )

---

## NOTICE OF WITHDRAWAL OF CLAIM
## NUMBER 2539 FILED BY WILLIAM HUTTON

William Hutton, having filed Claim Number 2539 against Residential Capital, LLC (the "Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure.

William Hutton hereby withdraws the Claim, authorizes SilvermanAcampora LLP, special counsel to the Official Committee of Unsecured Creditors in the above-captioned cases, to file this Notice with the Bankruptcy Court in order to effectuate the withdrawal of the Claim, and also authorizes the duly appointed Claims Agent to reflect this withdrawal on the official claims register.

A facsimile signature or a signature in portable document format (.pdf) shall be deemed original for purposes of this Notice of Withdrawal.

Dated: December 4, 2013

COUZENS, LANSKY, FEALK,
ELLIS, ROEDER & LAZAR, P.C.
Attorneys for William Hutton

_/s/ Michael K. Dorocak_
Michael K. Dorocak
Country Club Office Centre
39395 W. 12 Mile Road, Suite 200
Farmington Hills, MI 48331
Telephone: (248) 489-8600
Facsimile: (248) 489-4156

## COUZENS, LANSKY, FEALK, ELLIS, ROEDER & LAZAR, P.C.

MICHAEL K. DOROCAK
PH: (248) 489-8600
FAX: (248) 489-4156
Michael.dorocak@couzens.com

COUNTRY CLUB OFFICE CENTRE
39395 WEST TWELVE MILE ROAD, SUITE 200
FARMINGTON HILLS, MICHIGAN 48331

TELEPHONE (248) 489-8600
TELECOPIER (248) 489-4156

-DETROIT OFFICE-
PENOBSCOT BUILDING
645 GRISWOLD STREET, SUITE 1301
DETROIT, MICHIGAN 48226
TELEPHONE (313) 967-9000
TELECOPIER (313) 967-0344

December 4, 2013

**RECEIVED**
DEC 1 0 2013
**MORRISON | FOERSTER**

Norman S. Rosenbaum, Esq.
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104

Re:   Notice of Withdrawal of Claim
      Residential Capital, LLC /GMAC Mortgage, LLC
      USBC - SDNY Case No. 12-12020 (MG)

Dear Mr. Rosenbaum:

Enclosed please find a copy of the Notice of Withdrawal of Claim Number 2539 filed by William Hutton in regard to the above referenced matter.

If you have any questions or require additional information, please feel free to contact me.

Very truly yours,

**COUZENS, LANSKY, FEALK, ELLIS,
ROEDER & LAZAR, P.C.**

Michael K. Dorocak

MKD:kg
enc.
cc w/enc:   William Hutton
            Matthew Mitchell, Esq.

ATTORNEYS AND COUNSELORS AT LAW
FARMINGTON HILLS • DETROIT