Thomas R. Fawkes, Esq.
Devon J. Eggert, Esq.
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone:  312.360.6000
Facsimile:   312.360.6520
tfawkes@freeborn.com
deggert@freeborn.com

*Counsel for Mercer (US) Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------
                                                                    )
In re:                                                           )       Case No. 12-12020 (MG)
                                                                    )
RESIDENTIAL CAPITAL, LLC, et al.,    )       Chapter 11
                                                                    )
                    Debtors.                              )       Jointly Administered
---------------------------------------------------------

**NOTICE OF ADJOURNMENT OF HEARING ON FOURTH INTERIM APPLICATION
OF MERCER (US) INC. AS COMPENSATION CONSULTANT TO THE DEBTORS
FOR THE PERIOD FROM MAY 1, 2013 THROUGH AUGUST 31, 2013**

PLEASE TAKE NOTICE that the hearing on the Fourth Interim Application of Mercer (US) Inc. as Compensation Consultant to the Debtors for the Period from May 1, 2013 through August 31, 2013 [Docket No. 5832], previously scheduled to be heard on December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to a date to be determined and shall be heard at a later date before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.  A notice of the date and time for the re-scheduled hearing will be filed at a later date.

Dated:  December 13, 2013         **MERCER (US) INC.**

        By: /s/ Devon J. Eggert
           One of Its Attorneys

        Thomas R. Fawkes
        Devon J. Eggert
        FREEBORN & PETERS LLP
        311 South Wacker Drive, Suite 3000
        Chicago, Illinois 60606-6677
        Telephone:  312.360.6000
        Facsimile:   312.360.6520
        tfawkes@freeborn.com
        deggert@freeborn.com