**BRYAN CAVE LLP**
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
Michael G. Biggers, Esq.

*Ordinary Course Professional to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**REPLY IN SUPPORT OF INTERIM APPLICATION OF BRYAN CAVE LLP**
**AS ORDINARY COURSE COUNSEL FOR THE DEBTORS FOR COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD**
**MAY 1, 2013 THROUGH AUGUST 31, 2013**

For its reply in support of its interim application for compensation and reimbursement of

expenses (the "**Application**") for the period May 1, 2013 through June 30, 2013 (the

"**Application Period**"), Bryan Cave LLP ("**Applicant**"), Counsel to Residential Capital, LLC.,

*et al.*, as debtors and debtors in possession (collectively, the "**Debtors**"), respectfully represents

as follows:

**THE CURRENT STATUS OF APPLICATION AND US TRUSTEE'S POSITION**

1.    On November 18, Applicant filed an interim application for an order awarding

interim compensation in the amount of $285,783.50 for fees representing work in the defense

and settlement of the Proofs of Claim designated as claims no. 2110, 2117, 2254 and 5596,

which proofs of claim assert putative class claims against Residential Funding Company, LLC

("RFC"), Residential Capital, LLC, and GMAC Residential Holding Company, LLC. Each

proof of claim attached and was based on Plaintiffs' Joint Consolidated Amended Class Action

Complaint in *In re Community Bank of Northern Virginia Mortgage Lending Practices*

*Litigation,* MDL No. 1674, Case Nos. 03-0425, 02-01201, 05-0688 and 05-1386, pending in the

United States District Court for the Western District of Pennsylvania (the "MDL Litigation"), a

case in which Bryan Cave was defending RFC prior to the initiation of these Bankruptcy cases.

2. The US Trustee has no objection to Applicant's request for fees.

3. Applicant also sought interim reimbursement of expenses in the amount of

$4,913.67 in connection with the same representation.

4. The US Trustee has objected to the request for reimbursement of expenses.

5. In response to this objection, Applicant withdraws its request for reimbursement

of all expenses except airfare and hotel bills for two lawyers to travel to New York City. The

reduced amount requested for reimbursement of expenses is $ 3,895.92. Copies of the actual

bills for these expenses are attached as **Exhibit A**.

6. Since the filing of the Application, the Court has approved the settlement which

Applicant helped negotiate post-petition, resolving the afore-mentioned claims to the benefit of

the Estate on a class basis.

## GROUNDS FOR AWARD OF TRAVEL EXPENSES

7. The coach airfare and hotel expenses in question were incurred by K.L. Marshall

and E.L Dill on May 15-17 in connection with a series of meetings in New York City on May 16

to address potential settlement of the claims first asserted in the MDL Litigation. All of these

meetings involved many people, including counsel for the claimants, a representative of the

Debtors, Debtors' bankruptcy and insurance coverage counsels, and counsel for the Unsecured

3994197.2

Creditors' Committee.  The settlement eventually approved by this Court resulted from these and subsequent meetings.

8.      K.L. Marshall and Emma Dill had spent hundreds of hours on the claims in the MDL Litigation before the bankruptcy.  They were uniquely situated persons to attend these meetings to benefit the Estate by addressing details of those claims, even though the meetings necessarily required travel because of the participation of other constituencies and because Mr. Marshall and Ms. Dill are now based in San Francisco.  The New York venue for the meetings was not chosen for Applicant's convenience.

9.      The personal attendance of Mr. Marshall and Ms. Dill provided value to the Debtors beyond that which could have been provided by the participation of Debtors' bankruptcy counsel alone.  Their personal attendance saved the Estate the burden and considerable expense of attempting to transfer to Debtors' bankruptcy counsel their knowledge of the underlying pre-petition litigation and facts.

10.      Applicant respectfully submits that for the foregoing reasons its request for airfare and hotel expenses is comparable to the request made by Pepper Hamilton LLP in its Second Interim Application, which request was discussed at pages 54-55 of the Transcript of the Hearing of September 11, 2013 and approved by the Court at page 56 of that transcript.

**CONCLUSION**

11.      Applicant believes that the services rendered during the Application Period on behalf of the Debtors were reasonable and necessary within the meaning of Bankruptcy Code section 330.  Further, the expenses requested, as reduced in this Reply and documented in Exhibit A hereto, were actual and necessary to the performance of Applicant's services.

12.      Applicant therefore requests an order (i) approving interim compensation in the amount of $285,783.50 for fees representing work on the proofs of claim based on the MDL

3

3994197.2

Litigation, and interim reimbursement of expenses in the amount of $ 3,895.92, (ii) directing

payment of all compensation held back in connection with Applicant's Monthly Fee

Applications for the Application Period, and (iii) granting such other and further relief as may be

just and proper.

Dated: December 13, 2013

Michael G. Biggers
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314)-259-2000

*Ordinary Course Counsel for Residential Capital, LLC,
et al.*

3994197.2

## EXHIBIT A

A-1

3994197.2

**EXHIBIT A**



🖶 Print  |  ✕ Close

**Itinerary and Receipt**

**Thanks for booking.**
**Here's your flight confirmation to print out for your trip. See you onboard.**
Please note: It may take up to 30 minutes to receive your confirmation email.
Confirmation Code: HSEZBE

Who's Flying

| Traveler Name | Ticket Number | Traveler Type | Frequent Flyer Program ⓘ | Frequent Flyer # | Points ⓘ |
|---|---|---|---|---|---|
| Kenneth Lee Marshall | 9842135401051 | Adult | Virgin America (Elevate) | 37639670096 | 2,300 |

Where You're Going

DEPARTING

| Wednesday, 5/15/2013   - **Flight 22** | **Seat Type:** Main Cabin |
|---|---|
| **Depart:** San Francisco, CA (SFO) | 9:20 AM |
| **Arrive:** New York, NY (JFK) | 5:55 PM |

| Traveler(s) | Seat # | Extras |
|---|---|---|
| KENNETH LEE MARSHALL | 21F | |

This total for **1 Traveler(s)**

**Price Details:**

| | |
|---|---|
| **Base Fare (x1):** | **$459.53** |
| Federal Excise Tax | $34.47 |
| **Fare:** | **$494.00** |
| **Domestic Taxes and Fees:** ✦ | **$10.90** |
| **Total:** | **$504.90** |

Traveler Billing Address                     Payment

https://www.virginamerica.com/printReceipt.jsp?show=withReceipt                     5/13/2013

**Kenneth Marshall**
11 Crown Point
San Rafael, CA 94901
US

**Payment by Credit Card**

**Card Type:** Visa
**Cardholder Name:** Kenneth L Marshall
**Card Number:** xxxxxxxxxx1486
**Payment Amount:** $504.90

## NEED WHEELS? WANT DEALS?

Get a great price on a sweet rental car from one of our partners.

 RENT LIKE A GENIUS
Get 15% off when you book with a flight.
Learn More ▶

**AVIS** WE TRY HARDER
Get 15% off when you book with a flight.
Learn More ▶

Traveler Services

If you have any questions about your reservation, no matter how big or small, please visit our extensive Help section. It is available 24 hours a day, 365 days a year.

If you need something a bit more personal, our Reservation Specialists are here to help. You can reach them at 1.877.FLYVIRGIN (1.877.359.8474), 5:00 AM - 9:00 PM (PST). Please have your Confirmation Code handy when calling.

**Check-In Options**

**Online Check-In**
Internet junkies and web savvy flyers, you now have one more reason to love those three Ws. Virgin America lets you check in from the comfort of your computer 24 hours prior to your flight and up until one hour before it takes off. From our Homepage, click on Travel Manager/Check-In. From there you can sign in using your eleVAte account or your last name and Confirmation Code. Just print out your boarding pass on your home printer, bypass the ticket line and head directly to your gate.

**Kiosk Check-In**
At Virgin America, your credit card can get you checked in for your flight. Just swipe it at one of our convenient kiosks located near the ticket counter. No credit card? Don't sweat it. You can also type in your Confirmation Code. Your reservation will appear right on the screen. From there you can check in, change your flight, select or change seat assignments, review your itinerary, find out about possible delays or schedule changes, and get a receipt. When you're done, just print out your boarding pass and head to your gate.

**Counter Check-In**
If the good old-fashioned ticket counter is more your speed, one of our friendly team members will be happy to get you checked in for your flight. Just remember to bring your government-issued photo ID. Show it to one of our team members and they'll get you ready to head to your gate.

**Baggage Information**

A ticket on Virgin America guarantees two spots; one for you, and one for your baggage. Travelers are welcome to bring aboard one carry-on item and one personal item. For travel within the Domestic US, Main Cabin Guests are invited to check one (1) bag up to 50 pounds for a fee of $25 and nine (9) more up to 50 pounds for $25 each. Main

https://www.virginamerica.com/printReceipt.jsp?show=withReceipt                5/13/2013

AMERICAN EXPRESS® BUSINESS TRAVEL

Page 1 of 2
Generated: May 16, 2013  6:32 PM

## Travel Arrangements for  KENNETH LEE MARSHALL

| | | |
|---|---|---|
| **Record Locator** | MNTSAV | **Agent ID: LR** |
| **Trip ID** | 11370276743 | 1700 Lincoln Street Suite 4100 – Denver, CO  80203 |
| | OFFICE | Phone: (303) 861-7000 / Fax: (303) 861-7000 |
| | 211 NORTH BROADWAY | |
| | ST LOUIS MO 63102 | |

## Invoice Details

### Ticket Information

| | | | | |
|---|---|---|---|---|
| Airline Code | 006 | Ticket Date | 5/16/2013 |
| Ticket Number | 7196038194 | Invoice | 0000350 |
| Check Digit | 5 | Electronic | Yes |
| **Billing Code** | SF-XXXXXXX | | |

### Charges

| | |
|---|---|
| Ticket Base Fare | 398.51 |
| Ticket Tax Fare | 40.79 |
| Total (USD) Ticket Amount | 439.30 |
| | |
| Airfare charged to Visa | |
| **Total** | 439.30 |

## Travel Details                              Friday  May 17, 2013

### Flight Information

| | | | |
|---|---|---|---|
| Airline | DELTA AIR LINES | Estimated time | 6 hours 30 minutes |
| Flight | 1565 | Distance | 2,586 Miles |
| Origin | New York JFK, NY | Meal Service | Food for purchase |
| Destination | San Francisco, CA | Plane | Boeing 757-200 |
| Departing | 2:00 PM | | |
| Arriving | 5:30 PM | | |
| | | | |
| Departure Terminal | TERMINAL 2 | | |
| Arrival Terminal | TERMINAL 1 | | |
| Seat | Unassigned | | |
| Class | Coach | | |

## Travel Details                    Saturday  September 14, 2013

THANK YOU FOR CHOOSING AMERICAN EXPRESS

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| GAFJGS | DELTA AIR LINES |

### Additional Messages

FOR ASSISTANCE BETWEEN 830A AND 5P MST
CALL 303-866-0211
FOR AFTER HOURS EMERGENCY ASSISTANCE CALL
1-866-898-9451 – ACCESS CODE - S-VN1G
TICKETS CHARGED TO CARD ENDING IN VISA 1486

For Itinerary changes, please contact your travel office via telephone.

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™   AMERICAN EXPRESS

The Westin New York At Times Square
270 West 43rd Street
New York, NY 10036
212-201-2700
http://www.westinny.com/



## WESTIN®

### HOTELS & RESORTS

| Marshall, Kenneth | Page Number | 1 | Invoice Nbr | 1000134223 |
|---|---|---|---|---|
| Bryan Cave Law Firm/spb | Guest Number | 2128031 | Arrive Date | 05-15-2013 |
| 11 Crown Pt | Folio ID | A | Depart Date | 05-16-2013 |
| | No. Of Guest | 1 | | |
| San Rafael, CA 94901-2344 | Room Number | 1219 | | |
| | Time | 06-05-2013 09:04 | | |

Duplicate Invoice

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 05-15-2013 | RT1219 | Room Chrg Corp Volumn LRA | $559.00 | |
| 05-15-2013 | RT1219 | Room Tax - 8.875% Sales & Use | $49.61 | |
| 05-15-2013 | RT1219 | City Tax - 5.875% | $32.84 | |
| 05-15-2013 | RT1219 | Occupancy Tax - $2.00 | $2.00 | |
| 05-15-2013 | RT1219 | NYS Javits Ctr Tax | $1.50 | |
| 05-16-2013 | AX | American Express | | $-644.95 |
| | | ** Total | $644.95 | $-644.95 |
| | | ** Balance | $0.00 | |

******For Authorization Purpose Only******

L MARSHALL

| Authorization Date | Credit Card | Code | Auth |
|---|---|---|---|
| 05-15-2013 | XXXX7007 | 507534 | 754.00 |

Tell us about your stay. www.westin.com/reviews

Signature_____

The Westin New York At Times Square
270 West 43rd Street
New York, NY 10036
212-201-2700
http://www.westinny.com/



**WESTIN®**

HOTELS & RESORTS

| | | | | | |
|---|---|---|---|---|---|
| Marshall, Kenneth | Page Number | 1 | Invoice Nbr | 1000134224 |
| Bryan Cave Law Firm/spb | Guest Number | 2129190 | Arrive Date | 05-16-2013 |
| 11 Crown Pt | Folio ID | A | Depart Date | 05-17-2013 |
| | No. Of Guest | 1 | | |
| San Rafael, CA 94901-2344 | Room Number | 1219 | | |
| | Time | 06-05-2013 09:04 | | |

Duplicate Invoice

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 05-16-2013 | RT1219 | Room Chrg Corp Volumn LRA | $459.00 | |
| 05-16-2013 | RT1219 | Room Tax - 8.875% Sales & Use | $40.74 | |
| 05-16-2013 | RT1219 | City Tax - 5.875% | $26.97 | |
| 05-16-2013 | RT1219 | Occupancy Tax - $2.00 | $2.00 | |
| 05-16-2013 | RT1219 | NYS Javits Ctr Tax | $1.50 | |
| 05-17-2013 | VI | Visa | | $-530.21 |
| | | ** Total | $530.21 | $-530.21 |
| | | ** Balance | $0.00 | |

******For Authorization Purpose Only******
MARSHALL, KENNETH

| Authorization Date | Credit Card | Code | Auth |
|---|---|---|---|
| 05-16-2013 | XXXX1486 | 07712C | 619.00 |

Tell us about your stay. www.westin.com/reviews

Signature_____

The Westin New York At Times Square
270 West 43rd Street
New York, NY 10036
212-201-2700
http://www.westinny.com/

# WESTIN®

## HOTELS & RESORTS

Lee Marsha ||
~~Dill, Emma~~
Bryan Cave Law Firm/spb
11 Crown Pt

San Rafael, CA 94901-2344

| | | |
|---|---|---|
| Page Number | 1 | |
| Guest Number | 2129191 | |
| Folio ID | A | |
| No. Of Guest | 1 | |
| Room Number | 1040 | |
| Time | 06-05-2013 09:05 | |

| | | |
|---|---|---|
| Invoice Nbr | 1000129696 |
| Arrive Date | 05-16-2013 |
| Depart Date | 05-17-2013 |

Duplicate Invoice

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 05-16-2013 | RT1040 | Room Chrg Corp Volumn LRA | $459.00 | |
| 05-16-2013 | RT1040 | Room Tax - 8.875% Sales & Use | $40.74 | |
| 05-16-2013 | RT1040 | City Tax - 5.875% | $26.97 | |
| 05-16-2013 | RT1040 | Occupancy Tax - $2.00 | $2.00 | |
| 05-16-2013 | RT1040 | NYS Javits Ctr Tax | $1.50 | |
| 05-17-2013 | VI | Visa | | $-530.21 |
| | | ** Total | $530.21 | $-530.21 |
| | | ** Balance | $0.00 | |

******For Authorization Purpose Only******
MARSHALL, KENNETH

| Authorization Date | Credit Card | Code | Auth |
|---|---|---|---|
| 05-16-2013 | XXXX1486 | 04448C | 619.00 |

Tell us about your stay. www.westin.com/reviews

Signature_____

United Airlines - Thank You for Choosing United Airlines                                    Page 1 of 3



# Thank You for Choosing United Airlines

**Thank you for choosing United Airlines.**

### Economy Plus

Purchase
Economy
Plus® seating
and enjoy
more space to
relax. Book
early for the
best
availabillty.

### New York Hotels

Hotel rates are available
for New York.

Search Hotels >

### New York Car Rentals

Book with our preferred
car partners to save up
to 35% and earn 75
reward miles per day.



Confirmation e-mail sent to **emma.dill@bryancave.com**  |  **Printer Friendly**  |  **Save as PDF**  |  **Manage your Reservations**

## United Confirmation Number O6797J

| Purchase Summary | |
|---|---|
| **1 Adults (age 18 to 64)** | **$494.00** |
| **Additional Taxes/Fees** | **$10.90** |
| **Price Details** | |
| Economy Plus | **$71.00** |
| **Total** | **$575.90** |

**Payment Information**
Name of Cardholder:    **Emma L. Dill**
Card Type:    **Visa**
Card Number:    **XXXXXXXXXXXX3881**

**MileagePlus Members:**    Upon completion of this Itinerary, you will earn up to **2,586 MileagePlus award miles.***

United Airlines - Thank You for Choosing United Airlines                    Page 2 of 3

| **Flight Details** | **United Confirmation Number** | **O6797J** |
|---|---|---|

### Wed., May. 15, 2013 | San Francisco, CA (SFO) to New York, NY (JFK)

| Depart: | Arrive: | Travel | Distance: | Flight: **UA276** |
|---|---|---|---|---|
| **8:38 a.m.** | **5:15 p.m.** | Time:**5 hr** | **2,586 miles** | Aircraft: **Boeing 757-200** |
| Wed., May. 15, 2013 | Wed., May. 15, 2013 | **37 mn** | | Fare Class: **United Economy (U)** |
| San Francisco, CA (SFO) | New York, NY (JFK) | | | Meal: **Meals for Purchase** |
| | | | | **No Special Meal Offered.** |

### Traveler(s)

**Ms. Emma Lee Dill**

**Date of Birth:**   8/23/1982   **Gender:**   Female

**Special Meals Request:**   Not applicable for this itinerary
**E-mail Address:**   emma.dill@bryancave.com
**Home Phone:**   (913) 232-1832 - United States
**Business/Other Phone:**   (415) 675-3497 - United States

**Seat Assignments:**   SFO - JFK: 23E

## Manage Your Reservation

To view your reservation at any time, visit Manage Reservations.

### Think You Can Check Yourself In Faster? You're Right.

Online check-In is the fastest and easiest way to check in for your United Airlines flights. You can check in up to 24 hours before your flight from your own computer and print your boarding pass. This gives you everything you need to bypass the lines at the airport, pass through security and go directly to your gate. Read more about online check-in.

### Remind Friends and Family of your Flight Status

Is someone picking you up or dropping you off for this trip?
Set up a one-time flight reminder that will be sent to them via e-mail.

## Leave the World a Better Place™ - Carbon Offsetting Option



United has partnered with Sustainable Travel International (STI), a non-profit organization that supports global climate protection and environmental conservation. STI offers customers the option to make a contribution to offset their carbon footprints for travel on United. All contributions are paid directly to STI. United does not receive any portion of any contribution.

Sustainable Travel International calculates that to offset your amount of CO2 from this itinerary, you may contribute **$5.39** or another amount.

Contribute Now

## Important Travel Information:

The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security page.
Any changes to your flight reservations may incur additional charges.
Airlines require government issued photo identification upon check-in, such as a driver's license or passport.
Passport, visa and health requirements may apply for this itinerary. Each passenger must ensure he or she has all required travel documents as stated In Rule 19 of the Contract of Carriage. Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State.
Please read Important information governing airline baggage liability limitations.

https://www.united.com/web/en-US/apps/booking/flight/confirmRevenue.aspx                    5/13/2013

The Westin New York At  nes Square
270 West 43rd Street
New York, NY 10036
212-201-2700
http://www.westinny.com/



# WESTIN
### HOTELS & RESORTS

| Dill, Emma | Page Number | 1 | Invoice Nbr | 1000129694 |
|---|---|---|---|---|
| Bryan Cave Law Firm/spb | Guest Number | 2128032 | Arrive Date | 05-15-2013 |
| 11 Crown Pt | Folio ID | ·A | Depart Date | 05-16-2013 |
| San Rafael, CA 94901-2344 | No. Of Guest | 1 | | |
| | Room Number | 1040 | | |
| | Time | 05-21-2013 18:53 | | |

Duplicate Invoice

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 05-15-2013 | RT1040 | Room Chrg Corp Volumn LRA | $559.00 | |
| 05-15-2013 | RT1040 | Room Tax - 8.875% Sales & Use | $49.61 | |
| 05-15-2013 | RT1040 | City Tax - 5.875% | $32.84 | |
| 05-15-2013 | RT1040 | Occupancy Tax - $2.00 | $2.00 | |
| 05-15-2013 | RT1040 | NYS Javits Ctr Tax | $1.50 | |
| 05-15-2013 | 1 | Hotel Internet | $25.50 | |
| 05-16-2013 | VI | Visa | | $-670.45 |
| | | ** Total | $670.45 | $-670.45 |
| | | ** Balance | $0.00 | |

******For Authorization Purpose Only******
EMMA L DILL

| Authorization Date | Credit Card | Code | Auth |
|---|---|---|---|
| 05-15-2013 | XXXX3881 | 025807 | 754.00 |

EXPENSE SUMMARY REPORT
Currency: USD

| Date | Rm & Tax | Fd & Bev | Telephone | Misc | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 05-15-2013 | $644.95 | $0.00 | $25.50 | $0.00 | $0.00 | $670.45 | $0.00 |
| 05-16-2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $-670.45 |
| Total | $644.95 | $0.00 | $25.50 | $0.00 | $0.00 | $670.45 | $-670.45 |

As a Starwood Preferred Guest, you could have earned 1169 Starpoints for this visit. Please provide your member number or enroll today.

Thank you for choosing Starwood Hotels We look forward to welcoming you back soon!

Tell us about your stay. www.westin.com/reviews

Signature_____