Hearing Date:    January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
James A. Newton

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION
OF CONNECTICUT HOUSING FINANCE AUTHORITY ("CHFA") FOR
THE ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC
STAY PURSUANT TO 11 U.S.C. § 362(d) TO JANUARY 30, 2014 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the *Motion of Connecticut Housing Finance Authority "CHFA" for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)* [Docket No. 2401], previously scheduled to be heard on December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1121988

Dated: December 13, 2013
       New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
James A. Newton
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*