# EXHIBIT D

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

**DECLARATION OF ARTHUR J. GONZALEZ, AS**
**CHAPTER 11 EXAMINER, IN CONNECTION WITH**
**CHADBOURNE & PARKE LLP'S FINAL FEE APPLICATION**

I, Arthur J. Gonzalez, as the Court-appointed Examiner in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), hereby declare as follows:

1. Prior to being discharged, I was the Court-appointed examiner (the "<u>Examiner</u>") in the Debtors' chapter 11 cases.

2. This declaration is made in support of the Reply in Support of Final Application of Chadbourne & Parke LLP, Counsel to the Examiner, for Allowance of Compensation and Reimbursement of Expenses.

3. On June 27, 2013, a substantial unsecured creditor whose indenture trustee serves on the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), and who has been coordinating with the Committee on fee issues (the "<u>Major Creditor</u>"), asked me to meet with its representatives and Committee representatives to discuss my professionals' fees and expenses, and I agreed to do so. Thereafter, a meeting was scheduled to take place in July 2013 but,

because of the unavailability of one of the participants, it was put off without setting a date. The meeting was postponed and subsequently rescheduled for November 5, 2013.

4. I informed the Major Creditor on October 17, 2013 that my professionals and I would seek approval of final fee applications at the December 2013 fee hearing. I told the Major Creditor that I wanted to advise it of this proposed timing so there would be no surprises. On October 18, 2013, I was asked to meet with the Major Creditor and Committee representatives, including a representative of Quest Turnaround Advisors, LLC, and I agreed to do so.

5. On November 5, 2013, I met with the Major Creditor and Committee representatives, including a representative of Quest Turnaround Advisors, LLC, and provided information regarding the compensation requested by my professionals. Thereafter, I provided the Major Creditor and the Committee representatives with all the additional information they requested, and no further requests have been received. My professionals and I filed final fee applications on November 18, 2013.

Dated:   December 13, 2013
         New York, New York

                                        */s/ Arthur J. Gonzalez*
                                           Arthur J. Gonzalez