**Exhibit 1**

**Responses to Fifty-First Omnibus Objection to Claims**

| CLAIMANT & PROOF OF CLAIM NO. | RESPONSE | DOCKET NO. | COMMENTS |
|---|---|---|---|
| Sepideh Sally Cirino<br><br>(Claim No. 3893) | Response of Sepideh Sally Cirino to Debtors' Fifty-First Omnibus Objection to Claims (Borrower Books and Records Claims – Res Judicata and Wrong Debtor) | 6045 | Ms. Cirino filed the proof of claim with the stated basis of "litigation". Ms. Cirino did not attach any supporting documentation with her proof of claim.<br><br>Ms. Cirino's Response alleges that she has a viable claim against the Debtors because an appeal is currently pending with respect to her litigation against the Debtors. Ms. Cirino requests that the Debtors' Objection be denied. |
| Marlow Hooper and Monique Hooper<br><br>(Claim No. 1007) | Response of Marlow Hooper and Monique Hooper to Debtors' Fifty-First Omnibus Objection to Claims (Borrower Books and Records Claims – Res Judicata and Wrong Debtor) | 6046 | Mr. and Ms. Hooper filed the proof of claim with the stated basis of a contingent entitlement to sale proceeds from the sale of Mr. and Ms. Hooper's primary residence. Mr. and Ms. Hooper indicate that they are currently appellants in a case pending in the Ninth Circuit Court of Appeals against GMACM. Mr. and Ms. Hooper contend that, to the extent they are successful in their appeal, Mr. and Ms. Hooper may be entitled to the return of a portion of the proceeds received by GMACM in relation to the sale of Mr. and Ms. Hooper's property.<br><br>Mr. and Ms. Hooper's Response asserts that the Debtors' Objection is premature and without an adequate basis. Mr. and Ms. Hooper further assert that they hold a contingent claim that is dependent on the outcome of an appeal that was pending at the time of the Debtors' bankruptcy filings. Mr. and |

ny-1121472

| CLAIMANT & PROOF OF CLAIM NO. | RESPONSE | DOCKET NO. | COMMENTS |
|---|---|---|---|
| | | | Ms. Hooper indicate that their proof of claim was filed to preserve their rights to a distribution in the event that they are successful in their appeal. |
| Jeffrey M. Davis (Claim No. 1541) | Response of Jeffrey M. Davis to Debtors' Fifty-First Omnibus Objection to Claims (Borrower Books and Records Claims – Res Judicata and Wrong Debtor) | Not Yet Docketed | Mr. Davis filed the proof of claim with the stated basis of "damages and legal costs from wrongful foreclosure attempt." The claim relates to a verified complaint filed in the Oakland County, Michigan Circuit Court, in which Mr. Davis asserts that GMACM's foreclosure process was unlawful. Mr. Davis states that the litigation is before the Michigan Court of Appeals. Mr. Davis, in his Response, asserts that the doctrine of res judicata cannot apply to the state court matters because such matters are still pending. |
| Jeffrey M. Davis (Claim No. 1542) | Response of Jeffrey M. Davis to Debtors' Fifty-First Omnibus Objection to Claims (Borrower Books and Records Claims – Res Judicata and Wrong Debtor) | 6042 | Mr. Davis filed the proof of claim with the stated basis of "legal costs, expenses and damages, first foreclosure attempt, and personal injuries from tort in essence." Mr. Davis, in his Response, asserts that the doctrine of res judicata cannot apply to the state court matters because such matters are still pending. |

ny-1121472