**Exhibit 5**

| | |
|---|---|
| 1<br>2<br>3<br>4 | Thomas J. Polis, Esq. – CSBN 119326<br>**Polis & Associates, A Professional Law Corporation**<br>19800 MacArthur Boulevard, Suite 1000<br>Irvine, California 92612-2433<br>Telephone: (949) 862-0040<br>Facsimile: (949) 862-0041<br>E-Mail: tom@polis-law.com | **FILED & ENTERED**<br><br>APR 20 2011<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** tolleson **DEPUTY CLERK** |

5
6  Counsel for Chapter 7 Trustee, Karl T. Anderson

7

8              **UNITED STATES BANKRUPTCY COURT**

9         **CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION**

10

| | |
|---|---|
| **In re**<br><br>**MARLOW HOWARD HOOPER and**<br>**MONIQUE L. HOOPER**<br><br>                    Debtors. | Case No. 6:08-bk-24094-MJ<br><br>**Chapter 7**<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR GLOBAL COMPROMISE OF ADVERSARY PROCEEDING [ADV. PROC. 6:09-ap-01275-MJ]**<br><br>**Hearing:**<br>**Date:** March 29, 2011<br>**Time:** 1:30 p.m.<br>**Ctrm:** 302, Third Floor<br>     3420 Twelfth Street<br>     Riverside, California 92501 |

1

Thomas J. Polis, Esq.
POLIS & ASSOCIATES, APLC
19800 MacArthur Blvd Ste 1000
Irvine, California 92612-2433
Telephone: (949) 862-0040
Facsimile: (949) 862-0041

C:\Documents and Settings\tolleson\Local Settings\Temp\Order#49386#8177c46f-b546-4b97-87cc-901e19218ead.doc

1  At the above-captioned time and place, the Honorable Meredith A. Jury, United States Bankruptcy Judge, conducted the hearing on *Plaintiff's Karl T. Anderson's Motion For Order Authorizing Trustee's Global Compromise Re: Adversary Proceeding [Adv. Proc. 6:09-01275-MJ]*. (A true and correct copy of the *Stipulation By and Between Plaintiff Karl T. Anderson and Defendants GMAC Mortgage, ETS Services, and Mortgage Electronic Registration Systems'* is attached hereto as Exhibit "A"). Plaintiff Karl T. Anderson, Chapter 7 Trustee, appeared through his counsel of record, Thomas J. Polis, Esq. of Polis & Associates, APLC; GMAC Mortgage, LLC appeared through its counsel of record, Nathan A. Schultz, Esq., of Greenberg Traurig, LLP; ETS Services, LLC and Mortgage Electronic Registration Systems, Inc., appeared through its counsel of record, Yaron Shamon, Esq. of Severson & Werson, APC, and Debtors Marlow Howard Hooper and Monique L. Hooper, appeared through their counsel of record Steven Wade. Pursuant to the findings made on the records, and for good cause;

**IT IS SO ORDERED** that *Chapter 7 Trustee's Motion For Order Authorizing Trustee's Global Compromise Re: Adversary Proceeding [Adv. Proc. 6:09-01275-MJ]* **is granted.**

###

DATED: April 20, 2011

_____
United States Bankruptcy Judge

Thomas J. Polis, Esq.
POLIS & ASSOCIATES, APLC
19800 MacArthur Blvd Ste 1000
Irvine, California 92612-2433
Telephone: (949) 862-0040
Facsimile: (949) 862-0041

2

C:\Documents and Settings\tolleson\Local Settings\Temp\Order#49386#8177c46f-b546-4b97-87cc-901e19218ead.doc

| In re: Marlow Howard Hooper and Monique L. Hooper, Debtor(s). | CHAPTER 7<br>CASE NO. 6:08-bk-24094-MJ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is
**Polis & Associates
A Professional Law Corporation
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433**

A true and correct copy of the foregoing document described as**: ORDER GRANTING CHAPTER 7 TRUSTEE'S ORDER AUTHORIZING TRUSTEE'S GLOBAL COMPROMISE RE: ADVERSARY PROCEEDING [ADV. PROC. 6:09-01275-MJ]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **April 4, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SERVED VIA GOLDEN STATE OVERNIGHT OVERNIGHT DELIVERY**
- Honorable Meredith A. Jury, United States Bankruptcy Court, Central District of California
  3420 Twelfth Street, Suite 345, Riverside, California 92501-3819

**SERVED VIA U.S. FIRST CLASS MAIL**
- Nathan A. Schultz, Esq., Greenberg Traurig, LLP
  2450 Colorado Avenue, Suite 400E, Santa Monica, California 90404
- Yaron Shaham, Esq., Severson & Werson, APC
  19100 Von Karman, Suite 700, Irvine, California 92612
- Office of the United States Trustee, Riverside Division, 3685 Main Street, Suite 300, Riverside, California 92501
- Stephen R. Wade, Esq., Law Offices of Stephen Wade
  400 N. Mountain Avenue, Suite 214B, Upland, California 91786

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 4, 2011 | Cristina L. Allen | /s/ Cristina L. Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

| In re: Marlow Howard Hooper and Monique L. Hooper, | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO. 6:08-bk-24094-MJ |

**NOTE TO USERS OF THIS FORM**:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING CHAPTER 7 TRUSTEE'S FOR ORDER AUTHORIZING TRUSTEE'S GLOBAL COMPROMISE RE: ADVERSARY PROCEEDING [ADV. PROC. 6:09-01275-MJ]** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **April 4, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Stephen R. Wade, Esq., Law Offices of Stephen R. Wade – dp@srwadelaw.com
- Thomas J. Polis, Esq. Polis & Associates –tom@polis-law.com
- Office of the United States Trustee, Riverside Division - ustpregion16.rs.ecf@usdoj.gov
- Karl T. Anderson, Chapter 7 Trustee – edansie@hotmail.com; kanderson@est.epiqsystems.com
- Josephine E. Piranio, Esq. Pite Duncan, LLP – ecfcacbrs@piteduncan.com
- Eddie R Jimenez, Esq., Pite Duncan – ecfcacbla@piteduncan.com
- Jerry LaCues, Esq., Law Offices of Jerry LaCues – jerry@lacueslaw.com
- Alyssa K McCorkle, Esq., Pite Duncan –ecfcacbla@piteduncan.com
- Rabin J. Pournazarian, Esq. – rabin@pricelawgroup.com
- Nathan A. Schultz, Esq. – schultzn@gtlaw.com
- Yaron Shaham, Esq. – ys@severson.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**SERVED VIA U.S. FIRST CLASS MAIL**
Marlow Howard Hooper and Monique L. Hooper
5455 Pepper Tree Place, Rancho Cucamonga, California 91737

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9021-1.1**