**Exhibit 6**

LAW OFFICES OF STEPHEN R. WADE, P.C.
400 N. MOUNTAIN AVE. SUITE 214
UPLAND, CA 91786
PHONE (909) 985-6500
FAX (909) 985-2865
STEPHEN R. WADE
California Bar No: 79219
W. DEREK MAY
California Bar No: 246327

Attorney for: Debtors

FILED & ENTERED

MAY 31 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tolleson   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Marlow Howard Hooper and Monique Lori Hooper<br><br><div align="center">Debtors.</div> | CASE NO. 6:08-bk-24094 MJ<br><br>CHAPTER 7<br><br>**ORDER OVERRULING DEBTORS' OBJECTION TO CLAIM OF GMAC MORTGAGE, LLC, CLAIM #3**<br><br>DATE:    March 29, 2011<br>TIME:    1:30 p.m.<br>CTRM:   301 |

Having reviewed the Objection, Opposition to the Objection, the Reply and other supplementary documents filed thereafter and considering the oral argument presented by counsel for the Debtor and counsel for GMAC Mortgage, LLC at the hearings on January 11, 2011 and March 29, 2011, Debtor's objection to Claim #3 of GMAC Mortgage, LLC is

overruled based upon the findings of facts and conclusions of law as stated on the record.

IT IS SO ORDERED.

### 

DATED: May 31, 2011

_____
<span style="color:gray">United States Bankruptcy Judge</span>

ORDER OVERRULING DEBTORS' OBJECTION TO CLAIM OF GMAC MORTGAGE, LLC, CLAIM #3

12-12020-mg   Doc 6091-6   Filed 12/18/13   Entered 12/18/13 11:45:59   Exhibit 6
Pg 4 of 5

**In re:**
**Marlow Howard Hooper and Monique Lori Hooper**                   Ch 7
                                                                    **6:08-bk-24094 MJ**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  400 N. Mountain Ave., Suite 214, Upland, CA 91786

The foregoing document described   **ORDER OVERRULING DEBTORS' OBJECTION TO CLAIM OF GMAC MORTGAGE, LLC, CLAIM #3**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.   **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuan t to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **May 16, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

<u>All Via U.S. Mail</u>
U.S. Bankruptcy Court
Hon. Meredith A. Jury
3420 Twelfth Street, Suite 325
Riverside, CA 92501

Attorney for Chapter 7 Trustee
Polis & Associates
19800 MacArthur Blvd, Ste 1000
Irvine, CA 92612-2433

Attorney for GMAC Mortgage, LLC
YARON SHAHAM SEVERSON & WERSON
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5-16-11 | R. Duran | /s/ R. Duran |
|---------|----------|--------------|
| *Date* | *Type Name* | *Signature* |

3

ORDER OVERRULING DEBTORS' OBJECTION TO CLAIM OF GMAC MORTGAGE, LLC, CLAIM #3

In re:

**Marlow Howard Hooper and Monique Lori Hooper**                    Ch 7
                                                                    **6:08-bk-24094 MJ**

## NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER OVERRULING DEBTORS' OBJECTION TO CLAIM OF GMAC MORTGAGE, LLC, CLAIM #3**  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 16, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Karl T Anderson (TR)     edansie@hotmail.com, kanderson@ecf.epiqsystems.com
- Eddie R Jimenez    ecfcacbla@piteduncan.com
- William D May     dp@srwadelaw.com
- Alyssa K McCorkle    ecfcacb@piteduncan.com
- Thomas J Polis    tom@polis-law.com
- Rabin J Pournazarian    rabin@pricelawgroup.com, enotice@pricelawgroup.com
- Josephine E Salmon    ecfcacbrs@piteduncan.com
- Nathan A Schultz    nschultzesq@gmail.com
- Yaron Shaham     ys@severson.com,
  lbh@severson.com;ldo@severson.com;djl@severson.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Stephen R Wade    dlr@srwadelaw.com

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

ORDER OVERRULING DEBTORS' OBJECTION TO CLAIM OF GMAC MORTGAGE, LLC, CLAIM #3