**Exhibit 7**

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

---

In re: MARLOW HOWARD HOOPER, DBA Alta Loma Financial; MONIQUE LORI HOOPER

Debtors

-------------------------------

MARLOW HOWARD HOOPER; MONIQUE LORI HOOPER

Appellants

v.

KARL T. ANDERSON, Chapter 7 Trustee; ETS SERVICES, LLC; GMAC MORTGAGE, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

Appellees

BAP Nos. CC-11-1269-PaMkCa
CC-11-1272-PaMkCa

Bankr. No. 08-24094

Chapter 7

February 14, 2012

---

## JUDGMENT

ON APPEAL from the United States Bankruptcy Court for California Central - Riverside. California Central - Riverside.

THIS CAUSE came on to be heard on the record from the above court.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Panel that the judgment of the Bankruptcy Court is **AFFIRMED**.

**FOR THE PANEL,**

Susan M Spraul
Clerk of Court
**By:** Freddie Brown, Deputy Clerk