**Exhibit 8**

STATE OF MICHIGAN IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

DAVIS, JEFFREY, M,      Plaintiff,     NO:    2011-116494-CH

V

GMAC     Defendant,     HON. MARTHA D. ANDERSON

In the matter of:

## ORDER REGARDING MOTION

**Motion Title:** Defendants' Motion for Summary Disposition.

**The above named motion is:**

[x] granted.

[ ] granted in part, denied in part.

[ ] denied.

[x] for the reasons stated on the record.

**In addition:** This is a final Order and closes this case.

Both parties' requests for attorney fees are DENIED.

DATED: 11/30/2011

/s/ Martha D. Anderson
HON. MARTHA D. ANDERSON
Circuit Court Judge

SB

Received for Filing Oakland County Clerk 2011 DEC 01 PM 03:03