**Exhibit 9**

# IN THE MICHIGAN COURT OF APPEALS

## ORDER

Re: **Jeffrey M Davis v GMAC**
Docket No. **307721**
L.C. No. **2011-116494-CH**

Deborah A. Servitto, Judge, acting under MCR 7.211(E)(2), orders:

Upon notification of a pending bankruptcy proceeding that deprives this Court of the authority to continue its review of this case, 11 USC 362, the Court orders that the case is CLOSED without prejudice. The closure does not constitute a dismissal or a decision on the merits. When the bankruptcy stay has been removed, the case may be reopened on motion.

_____
Judge



A true copy entered and certified by Sandra Schultz Mengel, Chief Clerk, on

**JUN 1 3 2012**
Date

_____
Chief Clerk