**Exhibit 10**

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

JEFFREY M. DAVIS,

    Plaintiff,

vs.

GMAC MORTGAGE LLC formerly, GMAC MORTGAGE CORPORATION, a corporation, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (a/k/a MERS),

    Defendants, Jointly and severally.

Civil Action No. 2012-127086-CH

Honorable Rudy J. Nichols

---

| | |
|---|---|
| Gary A. Colbert (P22961)<br>Attorney for Plaintiff<br>Debtor Protector, Ltd.<br>29452 Pendleton Club Drive<br>Farmington Hills, MI 48336<br>(248) 615-3719<br>garysweb1@yahoo.com | Thomas M. Schehr (P54391)<br>Matthew Mitchell (P69810)<br>Attorneys for GMAC Mortgage, LLC and Mortgage Electronic Registration Systems, Inc.<br>Dykema Gossett PLLC<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI 48304<br>(248) 203-0700<br>tschehr@dykema.com<br>mmitchell@dykema.com |

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY DISPOSITION AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF**

    At a session of said Court, held in the County of Oakland, and State of Michigan on: _____

    Present: Hon. _____
                               Circuit Court Judge

Received for Filing Oakland County Clerk 2012 NOV 26 AM 09:58

Received for Filing Oakland County Clerk 2012 NOV 26 AM 09:58

WHEREAS Defendants GMAC Mortgage, LLC ("GMACM") and Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively, "Defendants") filed a Motion for Summary Disposition and Brief in Support (the "Motion") relating to Plaintiff Jeffrey Davis' Verified Complaint; Plaintiff filed a response opposing the Motion; Defendants filed a reply brief in support of the Motion; the Court having heard oral argument on the Motion on October 24, 2012 and being otherwise advised in the premises; WHEREAS, Plaintiff filed a Motion for Injunctive Relief (the "Injunction Motion"); Defendants filed a response opposing the Injunction Motion; the Court having heard oral argument on the Injunction Motion on October 24, 2012 and being otherwise advised in the premises;

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED for the reasons stated on the record. Plaintiff's Complaint is dismissed in its entirety with prejudice and without costs as to MERS. As to GMACM, Plaintiff's Complaint is dismissed with prejudice and without costs as to the claims for relief in paragraphs A, B, and C on page 5 of Plaintiff's Verified Complaint for the reasons stated on the record.

IT IS FURTHER ORDERED that Plaintiff's Injunction Motion is DENIED for the reasons stated on the record.

IT IS FURTHER ORDERED that this Court's Order administratively closing this case against GMACM only on June 27, 2012 due to GMACM's bankruptcy is vacated for the purposes of effectuating this Order.

This Order resolves the last pending claim and closes the case.

/s/ Judge Rudy J. Nichols
HON. RUDY J. NICHOLS

AF

*Stipulations as to the form of this order only on following page*

2

Received for Filing Oakland County Clerk 2012 NOV 26 AM 09:58

**APPROVED AS TO FORM ONLY:**

By: /s/ Gary A. Colbert (w/consent)  By: /s/ Matthew Mitchell
    Gary A. Colbert (P22961)      Matthew Mitchell (P69810)
    Attorney for Plaintiff      Attorney for Defendants

3