**Exhibit 11**

Received for Filing Oakland County Clerk 2012 NOV 26 AM 09:58

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

JEFFREY M. DAVIS,

    Plaintiff,

vs.

GMAC MORTGAGE LLC formerly, GMAC MORTGAGE CORPORATION, a corporation, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., (a/k/a MERS),

    Defendants, Jointly and severally.

Civil Action No. 2012-127086-CH

Honorable Rudy J. Nichols

---

| | |
|---|---|
| Gary A. Colbert (P22961) | Thomas M. Schehr (P54391) |
| Attorney for Plaintiff | Matthew Mitchell (P69810) |
| Debtor Protector, Ltd. | Attorneys for GMAC Mortgage, LLC and |
| 29452 Pendleton Club Drive | Mortgage Electronic Registration Systems, |
| Farmington Hills, MI 48336 | Inc. |
| (248) 615-3719 | Dykema Gossett PLLC |
| garysweb1@yahoo.com | 39577 Woodward Avenue, Suite 300 |
| | Bloomfield Hills, MI 48304 |
| | (248) 203-0700 |
| | tschehr@dykema.com |
| | mmitchell@dykema.com |

**STIPULATED ORDER DISMISSING CERTAIN CLAIMS FOR RELIEF IN THE COMPLAINT AGAINST DEFENDANT GMAC MORTGAGE, LLC ONLY WITH <u>PREJUDICE AND WITHOUT COSTS</u>**

At a session of said Court, held in the County of Oakland, and State of Michigan on:
    NOV 21 2012

Present: Hon.     Rudy J Nichols
                      Circuit Court Judge

Pursuant to the stipulation of the parties evidenced by the signatures below:

Received for Filing Oakland County Clerk 2012 NOV 26 AM 09:58

IT IS HEREBY ORDERED that the claims for relief in paragraphs D, E, F, and G on pages 5 and 6 of Plaintiff's Verified Complaint are dismissed with prejudice and without costs as to Defendant GMAC Mortgage LLC ("GMACM") only.

IT IS FURTHER ORDERED that this Court's Order administratively closing this case against GMACM only on June 27, 2012 due to GMACM's bankruptcy is vacated for the purposes of effectuating this Order.

This Order does not resolve the last pending claim and does not close the case.

/s/ Judge Rudy J. Nichols
HON. RUDY J. NICHOLS
DD

**APPROVED AS TO FORM AND SUBSTANCE:**

By: /s/ Gary A. Colbert (w/consent)      By: /s/ Matthew Mitchell
    Gary A. Colbert (P22961)                Matthew Mitchell (P69810)
    Attorney for Plaintiff                     Attorney for Defendants