**Exhibit 1**

In re Residential Capital, LLC
Case No. 12-12020 (MG)

Morrison & Foerster LLP Time Entries for          Interim Fee Period Objected to by U.S. Trustee

| Date | Name / Invoice Number | Hours | ~~MoFo Amount~~ MoFo Amount | UST hrs | UST Amount | Description |
|---|---|---|---|---|---|---|
| 5/2/2013 | ARIEL FRANCISCO RUIZ | 13.8 | $7,935.00 | 11.0 | $6,325.00 | Meeting with L. DeArcy regarding forthcoming roles and strategy in filing Directs in connection with RMBS 9019 trial (1.8); **revise Mack Direct in preparation for filing in RMBS trial (5.0); revise Whitlinger Direct in preparation for filing in RMBS trial (6.0)**; meet with C. Kerr and L. DeArcy regarding Marano Direct in RMBS 9019 trial (1.0). |
| 5/3/2013 | MONICA K. CASTRO | 15.3 | $6,043.50 | 7.4 | $2,923.00 | Edit exhibit list in connection with RMBS 9019 hearing (1.7); **draft ~~(3.5) and edit~~ summary section of direct testimony of J. Whitlinger in connection with RMBS 9019 hearing (~~3.9~~2.5); edit same based on comments from L. DeArcy (1.0); draft background section of direct testimony of J. Whitlinger in connection with RMBS 9019 hearing (2.9); edit same based on comments from L. DeArcy (1.0)**; draft (1.5) and edit (2.2) direct testimony of T. Marano in connection with RMBS 9019 hearing (1.5); meeting with C. Kerr regarding scheduling order (.3); meet with L. DeArcy and A. Ruiz regarding Whitlinger direct examination (.4); meet with A. Lawrence regarding Lipps exhibits (.3). |
| 5/4/2013 | LASHANN M. DEARCY | 15.5 | $11,237.50 | 10.4 | $7,540.00 | Strategize with Team regarding RMBS 9019 trial preparation (1.7); meet with A. Ruiz regarding Mack Direct (1.6); **review (1.1) and revise ~~Mack Direct (5.4); revise Whitlinger Direct (5.0)~~(4.3); written testimony for T. Whitlinger; review (.9) and edit (4.1) written testimony for J. Mack**. |
| 5/6/2013 | LASHANN M. DEARCY | 15.4 | 11,165.00 | 9.3 | $6,742.50 | ~~Revise~~Review (1.0) and revise (4.0) Mack direct examination in connection **with RMBS 9019 hearing** ~~(5.0)~~**; review (1.2) and revise ~~Marano~~(3.6) written direct examination ~~(4.8)~~testimony for T. Marano**; revise Whitlinger examination (4.5); call with S. Engelhardt regarding trial preparation (.5); discuss with J. Roy regarding filing of motions in limine (.2); meet with D. Ziegler to discuss upcoming presentation in connection with RMBS settlement (.2); discuss with A. Lawrence regarding RMBS 9019 motion (.2). |
| 5/6/2013 | LORENZO MARINUZZI | 11.8 | $11,151.00 | 6.0 | $5,670.00 | Review (.5) and revise draft plan of reorganization (4.0); meet with L. Kruger (ResCap), T. Goren, S. Engelhardt, D. Harris, R. |

| Date | Name / Invoice Number | Hours | ~~MoFoAmount~~ MoFo Amount | UST hrs | UST Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | Reigersman, J. Marines and E. Richards to discuss conceptual changes to plan (.8); review (.5) **and revise draft disclosure statement** sections on Company history and first day motions **(6.0).** |
| 5/7/2013 | DANIEL J. HARRIS | 13 | $8,125.00 | **5.2** | $3,250.00 | Review motions and objections regarding nonconsensual use of cash collateral (2.4); meetings with S. Martin regarding JSN collateral research ~~issues (.4) and background (.9~~ and valuation of secured claim (1.3); **perform legal research regarding** ~~points made by objecting parties (5.2~~ proceeds of sale as applied to secured collateral (1.4); improper secured creditor control of a case (1.2); and valuation of collateral under 506(a) (2.6); attention to summary emails regarding research findings (2.9); various discussions with S. Martin regarding same (1.2). |
| 5/8/2013 | LASHANN M. DEARCY | 13.5 | $9,787.50 | **12.3** | $8,917.50 | ~~Prepare fro RMBS 9019 trial including, revise~~ Review (1.2) and edit (5.6) T. **Marano direct examination** ~~(6.8);~~ testimony and review (1.2) and revise (4.3) Mack **written direct examination** ~~(5.5)~~ testimony; review D. Ziegler research regarding witness availability (1.0); meet with A. Lawrence regarding witnesses (.1); meet with D. Rains regarding trial strategy issues (.1). |
| 5/8/2013 | ARIEL FRANCISCO RUIZ | 12 | $6,900.00 | **11.8** | $6,785.00 | **Revise Marano** ~~RMBS 9019 trial~~ **direct testimony** in preparation for filing in RMBS trial **(6.0); revise Mack direct** in preparation for filing in RMBS trial (5.8); discuss ~~wtih~~ with A. Lawrence regarding same (.2). |
| 5/8/2013 | DAVID A. ZIEGLER | 15.5 | $8,215.00 | **8.2** | $4,346.00 | Prepare for RMBS 9019 trial, including research witness unavailability (3.5); assist with exhibit inclusion (2.0); research FRE authentication requirements (1.5); **meet with** RMBS litigation **team to review global changes to the directs** ~~(8.2);~~ (.8) and revise the Hamzehpour (2.4); the Cancelliere direct (3.0) and the Renzi direct (2.0) accordingly;  discuss with A. Lawrence regarding witnesses (.3). |
| 5/9/2013 | PETER H. DAY | 14.90 | 7,152.00 | **7.50** | 3,600.00 | ~~Extensive revisions to CLL~~ Review Carpenter Lipps **draft of Debtors'** opposition to ~~Committee's~~ Committees' **motion to strike Lipps expert testimony (**~~7.5~~1.2); revise same (5.3); review Lipps expert testimony in connection with same (1.0)); legal research regarding admissibility of expert opinions on mixed factual and legal questions (3.2); emails with E. Illovsky regarding Debtors' opposition brief to motion to strike Lipps (.7); revise opposition brief per E. Illovsky comments (1.0); meeting with K. Lowenberg and A. Lawrence regarding response to T. Devine motion (.2); meeting with E. Illovsky and K. Lowenberg regarding Debtors' opposition to |

2

ny-1121563 v~~1~~2

| Date | Name / Invoice Number | Hours | ~~MoFo Amount~~ MoFo Amount | UST hrs | UST Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | Committee's motion to strike Devine (1.2); review revised opposition to motion to strike Whitlinger (.5); email with K. Lowenberg regarding motion to |
| 5/9/2013 | LASHANN M. DEARCY | 16.2 | $11,745.00 | **8.0** | **$5,800.00** | Discussion with T. Marano (ResCap) regarding comments to direct examination (1.0); follow-up with C. Kerr regarding the same (.2); **review (2.0) and** revise ~~(6.0)~~ T. Marano **written direct examination testimony (8.0) ;** review documents culled from T. Marano review (.9); discussion with A. Lawrence regarding witness testimony (.1); comments to draft exhibit list (2.0); review proposed exhibits with accompanying declaration (4.0). |
| 5/9/2013 | STEFAN W. ENGELHARDT | 14.6 | $12,775.00 | **7.0** | **$6,125.00** | Preparation for witness interview of J. Ruckdaschel (ResCap) regarding trial testimony (1.8); call with J. Ruckdaschel regarding written witness testimony (.8); meet with A. Ruiz regarding revisions to Ruckdaschel **testimony (.2); draft further revisions to and expansion of** Cancelliere witness statement **for RMBS trial to expand factual presentation in witness statement (7.0);** review M. Renzi (FTI) comments to witness statement (.4); review Renzi (FTI) deposition for further augmentation of witness statement (1.5); call with M. Renzi (FTI) regarding witness statement (.1); review D. Rains' comments to Renzi witness statement (.8); review proposed exhibits to be offered in Renzi testimony (2.0). |
| 5/9/2013 | ARIEL FRANCISCO RUIZ | 12.1 | $6,957.50 | **6.0** | **$3,450.00** | Meet with T. Marano (ResCap) regarding draft direct **(2.0)**; revise Marano direct (2.0); **revise Mack direct** ~~(6.0~~ **in preparation for filing in RMBS trial (4.0)**); meet with J. Ruckdaschel (ResCap) regarding draft direct (1.1); revise Ruckdaschel direct (3.0). |
| 5/9/2013 | DAVID A. ZIEGLER | 15.4 | $8,162.00 | **7.7** | **$4,081.00** | Prepare for meeting with T. Hamzehpour (ResCap) to discuss her direct testimony (.7); meet with A. Lawrence and T. Hamzehpour (ResCap) to discuss her direct testimony (3.6); ~~edit (5.4) and update directs of Marano (2.3) and Cancillere~~**revise Marano direct testimony in connection with RMBS 9019 trial (5.4); analyze proposed exhibits to Marano direct testimony in connection with same (2.3); analyze proposed exhibits to Cancelliere direct testimony in connection with same (3.4).** |
| 5/13/2013 | DAVID A. ZIEGLER | 15.1 | $8,003.00 | **14.0** | **$7,420.00** | **Revise direct testimonies of witnesses in RMBS 9019 trial (14.0);** discuss with A. Lawrence and K. Lowenberg regarding same (.4); call with ~~Mofo~~MoFo team to discuss RMBS settlement updates (.7). |
| 5/14/2013 | DAVID A. ZIEGLER | 13.6 | $7,208.00 | **10.8** | **$5,724.00** | Assist with the direct witness testimonies for RMBS 9019 hearing (2.5); **assist with preparation and organization of trial exhibits for same (10.8); work with MoFo team regarding preparation of witnesses and related statements (10.8);** follow up emails with S. |

3

ny-1121563 v~~1~~2

| Date | Name / Invoice Number | Hours | ~~MoFo Amount~~ MoFo Amount | UST hrs | UST Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | Engelhardt regarding preparation of witness statement (.3). **(original time entry recorded 13.6 hours)** |
| 5/15/2013 | JAVIER SERRANO | 9.6 | $5,232.00 | 8.6 | $5,232.00 | Prepare for (.3) and attend meeting with E. Illovsky regarding reply briefs in support of Debtors' Daubert motions (.7); ~~work on~~**revise reply briefs in support of Debtors' Daubert motions to exclude the valuation testimony of objector MBIA's expert C.J. Brown (8.6)** ~~Edit RMBS 9019 trial exhibits (7.0); assist MoFo team with editing direct testimonies (1.8)~~ |
| 5/15/2013 | DAVID A. ZIEGLER | .8 | $4,664.00 | 7.0 | $4,664.00 | **Edit RMBS 9019 trial exhibits (7.0);** assist MoFo team with editing direct testimonies (1.8) |
| 5/16/2013 | DAVID A. ZIEGLER | 13.3 | $7,049.00 | 7.3 | $3,869.00 | Meet with L. DeArcy and M, Castro to discuss objections to RMBS 9019 trial exhibits and counter-deposition designations (.8); draft cross book (5.2); ~~assist with~~**draft** deposition counter-designations and objections ~~(7.3)~~**regarding Renzi (3.0); Marano (2.0) and Cancelliere (2.3) depositions**. |
| 5/17/2013 | ARIEL FRANCISCO RUIZ | 13.2 | $7,590.00 | 13.0 | $7,475.00 | ~~Prepare initial drafts of deposition designations in connection with RMBS 9019 trial (6.0~~**Draft Whitlinger deposition designation (2.0); draft Marano deposition designation (2.0); draft Mac deposition designation (2.0**); continue drafting Whitlinger cross book (~~7.0~~**3.5); revise same (3.5**); discuss with A. Lawrence regarding exhibits to be used in 9019 RMBS trial (.2). |
| 5/17/2013 | JAVIER SERRANO | 11.5 | $6,267.50 | 10.9 | $5,940.50 | Prepare (.2) for and attend call with D. Rains and E. Illovsky regarding reply briefs to Debtors' Daubert motions (.4); work on reply briefs to Debtors' Daubert motions (6.2); ~~work on~~**revise** reply briefs in support of Debtors' Daubert motions **to exclude the valuation testimony of objector MBIA's expert C.J. Brown** (4.7). |
| 5/18/2013 | DAVID A. ZIEGLER | 13.2 | $6,996.00 | 13.2 | $6,996.00 | ~~Assist with~~**Draft** counter-designations and objections of deposition testimony for RMBS 9019 hearing **regarding Hamzehpour (4.9), Cancelliere (4.5), Whitlinger (3.0) and Renzi (.8) depositions**. |
| 5/19/2013 | DAVID A. ZIEGLER | 14.5 | $7,685.00 | 14.3 | $7,579.00 | ~~Assist with~~**Draft** counter-designations and objections of deposition testimony in connection with RMBS 9019 hearing ~~(8.4); assist with~~**regarding Hamzehpour (4.4) and Cancelliere (4.0) depositions; revise** objections to **the opposition's** exhibits (~~5.9~~**3.2); revise reply in support of Debtors' exhibits in connection with same (2.7**); meet with A. Lawrence regarding same (.2). |
| 5/20/2013 | LASHANN M. DEARCY | 13.6 | $9,860.00 | 8.0 | $5,800.00 | Review ~~counter~~**objections to Debtors** designations ~~and objections (8.0)~~**in connection with RMBS 9019 (3.5); review (1.2) and revise (3.3) counter-designation in connection with same**; draft |

4

ny-1121563 v~~1~~2

| Date | Name / Invoice Number | Hours | ~~MoFoAmount~~ MoFo Amount | UST hrs | UST Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | Whitlinger cross and prep materials (4.0); meet with A. Lawrence, M. Castro and D. Rains regarding: Objectors exhibits (1.2); meet with A. Ruiz regarding Marano cross-examination preparation (.4). |
| 5/20/2013 | DAVID A. ZIEGLER | 14.6 | $7,738.00 | 14.3 | $7,579.00 | **~~Assist with~~Draft counter-designations and objections of deposition testimony in connection with RMBS 9019 hearing ~~(6.6); assist with objections to exhibits (7.7~~regarding Hamzehpour (3.3) and Cancelliere (3.3) depositions; draft objections to proposed exhibits submitted by RMBS 9019 objecting parties (4.0); draft reply in support of Debtors' proposed exhibits in connection with same (3.7)**; meet with M. Castro regarding objectors' exhibits in connection with RMBS 9019 motion (.3). |
| 6/13/2013 | DAVID A. ZIEGLER | 13.6 | $7,208.00 | 8.0 | $4,240.00 | Meet with L. Marinuzzi, C. Kerr, A. Lawrence, L. Kruger, J. Marines, J. Newton and D. Rains to discuss Monarch's document requests and deposition notices (1.5); meet with A. Lawrence to discuss Debtors' response to Monarch's document requests (.5); **assist with the response to Monarch's document requests and deposition notices ~~(8.0~~by drafting responses (4.0) and processing materials for depositions (4.0)**); draft letters to Monarch's counsel regarding their notices of deposition and document requests (2.0); and meet with A. Lawrence and J. Newton to discuss Monarch's document requests in connection with the Plan confirmation (1.6). |
| 6/16/2013 | DAVID A. ZIEGLER | 11.8 | $6,254.00 | 11.8 | $6,254.00 | **Assist with Debtors' response to Monarch's discovery requests in connection with the PSA Motion by reviewing and analyzing document for responsiveness and privilege (6.0); and collecting documents for review (5.8).** |
| 6/18/2013 | JORDAN A. WISHNEW | 14.6 | $10,512.00 | 8.7 | $6,264.00 | Further edit draft "paid and satisfied" omnibus claims objection (.3); review (.3) and provide M. Talarico with comments on claims reconciliation and strategy (.7); call with defense counsel for Cronk/Throm class actions about possible settlement (.4); **participate in day-long settlement negotiation session regarding Kessler class action (5.2) and break-out client ~~meetings with Kessler (8.7~~meeting concerning such negotiations (3.5)**); prepare claims reconciliation summary analyses ahead of meeting with UCC (3.8); meet with N. Rosenbaum regarding preparation of UCC presentation on claims reconciliation (.4). |
| 6/19/2013 | JAMES J. BEHA | 16.2 | $11,097.00 | 14.4 | $9,864.00 | Meet with M. Keats (Kirkland and Ellis) and J. Lipps (CLL) regarding CAFA notice in NJ Carpenters case (1.1); ~~claim~~ legal ~~and factual~~ research regarding federal securities law for NCUAB objection (~~7.1~~5.0); factual research regarding NCUAB securities |

| Date | Name / Invoice Number | Hours | ~~MoFoAmount~~ MoFo Amount | UST hrs | UST Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | claim objection (2.1); draft objection to NCUAB securities claim (7.3); discuss same with J. Rothberg (.7). |
| 6/20/2013 | JAMES J. BEHA | 9.9 | $6,781.50 | 9.5 | $6,781.50 | ~~Finalizing NCUA~~Revise NCUAB securities **claim objection (~~9.5~~6.5); cite checking NCUAB securities claim objection (3.0)**; discussion with N. Moss and J. Rothberg regarding objection to the NCUA claims (.4). |
| 6/21/2013 | JAMES A. NEWTON | 14.8 | $7,844.00 | 10.2 | $5,406.00 | Call with UCC counsel, G. Siegel (counsel for RMBS Trustee), and T. Goren regarding replies to objections related to Trustees (.7); **begin reviewing draft inserts ~~for plan support agreement reply brief (3.5) and drafting reply brief using~~from J. Rothberg regarding securities claimants' objections (1.1), J. Marines regarding edits to Curtis Mallet draft regarding premature confirmation objections (.3), R. Baehr regarding evidentiary support for trustee findings (1.0), T. Goren regarding revisions to Curtis Mallet draft regarding premature confirmation objections (.2), and A. Barrage (regarding Syncora objections (.9) and prepare unified reply brief incorporating same (6.7)**; review (.9) and revise chart regarding plan support agreement motions to convert to an exhibit to the reply (1.5); call with C. Kerr, K, Sadeghi, and L. Kruger (ResCap) regarding specific questions raised by Judge Glenn in connection with plan support agreement motion (.7); call with MoFo plan support agreement team ( G. Lee, T. Goren, J. Marines, and L. Marinuzzi) and Kirkland regarding replies in support of plan support agreement motion (.6); discussion with J. Rothberg regarding PSA Motion reply brief related to securities claims (.2). |
| 6/25/2013 | ROBERT J. BAEHR | 10.1 | $5,353.00 | 9.9 | $5,353.00 | ~~Prepare witness and exhibits for hearing on Debtors' PSA motion (9.9~~**Respond to PSA and FGIC objectors document requests (1.5); analyze documents in response to document requests for potential production to FGIC 9019 objectors (2.3); research at-issue waiver (1.0); draft requests for production to objectors (.9); research potential exhibits for PSA and FGIC 9019 evidentiary hearing (3.2); analyze potential exhibits (1.0)**; discussion with A. Lawrence regarding same (.2). |
| 6/25/2013 | ERICA J. RICHARDS | 8.0 | $5,280.00 | 7.2 | $5,280.00 | ~~Draft objection to Moody and McKeever~~**Analyze proofs of claim (~~7.2~~filed by H. Boone McKeever (1.2); draft omnibus objection to same (6.0)**; call with B. Smith and P. Spencer (ResCap) regarding discovery and repurchase settlements. (.3). |
| 6/27/2013 | MELISSA M. CRESPO | 11.4 | $5,187.00 | 11.4 | $5,187.00 | ~~Review~~**Search for (3.5) and review (4.6)** documents in connection with ~~JSN~~ discovery **requests related to FGIC 9019 motion;** |

| Date | Name / Invoice Number | Hours | ~~MoFoAmount~~ MoFo Amount | UST hrs | UST Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | create document log of same (3.3). |
| 6/27/2013 | DAVID A. ZIEGLER | 12.9 | $6,837.00 | 9.2 | $4,876.00 | Assist with debtors' response to the JSN's document requests in connection with the FGIC 9019 Motion by reviewing and analyzing documents ~~(9.2)~~regarding the negotiations (4.6) and the settlement numbers (4.6) for possible production; discussion with Wilkie supplemental demands (.3); meet with C. Kerr, A. Lawrence, K. Sadeghi, and R. Baehr to discuss further discovery for the FGIC 9019 Motion (1.8) and participate in a meet with Monarch (1.3); meet with K. Sadeghi regarding JSN's depositions (.2); discussion with A. Lawrence regarding search terms (.1). |
| 6/28/2013 | ROBERT J. BAEHR | 15.6 | $8,268.00 | 12.4 | $6,572.00 | ~~Analyze documents in connection with discovery relating to FGIC 9019 motion (12.4~~Search for documents responsive to JSN document demands regarding settlement negotiations (2.1); and Board determinations (3.0); analyze documents for responsiveness (4.3); analyze documents for privilege and confidentiality (3.0); coordinate with discovery vendors to produce documents to objectors to FGIC 9019 (1.4); draft (.3) and revise responses and objections to Junior Secured Noteholders' discovery requests in connection with FGIC 9019 (1.1); discussion with A. Lawrence regarding document production (.2); meet with K. Sadeghi and D. Ziegler regarding FGIC 9019 discovery (.2). |
| 6/28/2013 | ERICA J. RICHARDS | 10.2 | $6,732.00 | 10.2 | $6,732.00 | Call with Kramer Levin regarding comments to revised draft plan (.2); prepare comprehensive written comments to same (~~10.0~~6.5); revise per feedback from internal plan team (3.3); transmit same to Kramer Levin (.2). |
| 7/2/2013 | SAMANTHA MARTIN | 20.7 | $13,662.00 | 14.9 | $9,834.00 | Discuss disclosure statement with T. Goren, J. Haims, L. Marinuzzi, J. Kline, N. Moss, J. Marines, A. Barrage and M. Rothchild (2.6); review comments received from Kramer, Kirkland, ResCap, Curtis Mallet (2.0); discuss same with M. Rothchild (1.2); review comments received from Consenting Claimants (.5); revise ~~entire disclosure statement (14.9~~disclosure statement per Consenting Claimants' comments (1.1); review comments received from Kramer (1.0); revise disclosure statement per Kramer's comments (3.2); revise disclosure statement to reflect updated numbers received from FTI (1.7); review comments received from MoFo team (1.2); revise disclosure statement per MoFo's comments (2.8); revise disclosure statement to reflect revisions to the plan (1.8); review disclosure statement for proper use of defined terms (1.6). |
| 7/2/2013 | MERYL L. ROTHCHILD | 15.1 | $8,682.50 | 7.3 | $4,197.50 | ~~Review~~Analyze (3.6) and revise certain sections of the Disclosure Statement ~~(3.7~~based on comments received from Kirkland (.6), |

7

| Date | Name / Invoice Number | Hours | ~~MoFo Amount~~ MoFo Amount | UST hrs | UST Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | **FTI (.5), Kramer (1.2), Curtis Mallet (.4), and MoFo DS and Plan team (1.0)**); meet with T. Goren, A. Barrage, J. Marines, and S. Martin to discuss comments to same (2.6); incorporate K&E and Kramer comments to disclosure statement (3.4); emails with A. Barrage and S. Martin regarding same (.6); numerous discussions with S. Martin regarding same (1.2). |
| 7/3/2013 | ROBERT J. BAEHR | 9.8 | $5,194.00 | 9.0 | $5,194.00 | **Analyze ~~documents in connection with~~ discovery requests from objectors to ~~the~~ FGIC 9019 motion (~~9.0~~.5); research documents in response to discovery requests (4.5); review and analyze potentially responsive document for possible production (4.0)**); discussion with A. Lawrence regarding discovery (.4); meet with D. Ziegler to discuss strategy to responding to JSN and Monarch document requests in connection with FGIC 9019 settlement (.4). |
| 7/3/2013 | ERICA J. RICHARDS | 16.2 | $10,692.00 | 16.2 | $10,692.00 | **Attend day-long all-hands meeting with advisors for the Debtors, the UCC, the Board, and others, to finalize plan and disclosure statement for filing ~~and assist with review of and revisions to same~~ (7.4); provide comments to multiple drafts of plan (4.4) and disclosure statement (4.4).** |
| 7/3/2013 | DANIEL J. HARRIS | 14.7 | $9,187.50 | 7.7 | $4,812.50 | **~~Attention to various drafts of Disclosure Statement Motion, notices and ballots to prepare for filing same (7.7~~ Review and revise Disclosure Statement motion for comments received from J. Shifer (Kramer) (4.9); revise ballots (.9) and noticer in connection with same (.4); review precedent Solicitation Orders from Lehman (.4), Enron (.2), and Tribune in connection with same (.2); revise proposed Disclosure Statement order (.7)**); meetings with N. Rosenbaum regarding motion to approve disclosure statement (.7); distribute drafts of same to UCC and Kirkland for final review prior to filing (.4); various calls with J. Shifer (Kramer Levin) regarding same (.9); various calls with J. Morrow (KCC) regarding same (1.8); various discussions with L. Marinuzzi, J. Kline, S. Martin, T. Goren and J. Marines regarding same (.9); call with P. Tsao regarding same (.4); review (.7) and prepare final documents for filing (1.2). |
| 7/3/2013 | SAMANTHA MARTIN | 15.3 | $10,098.00 | 10.1 | $6,666.00 | Review comments received from ResCap, Kramer, Kirkland, J. Kline (2.0); discuss same with T. Goren and G. Lee (1.0); various discussions with Kramer and Kirkland regarding same (.6); **review comments received from Kramer (1.2);** revise **~~entire disclosure statement (10.1~~ disclosure statement per Kramer's comments (2.4); review comments received from Kirkland (.5); revise disclosure statement per Kirkland's comments (1.3); review comments received** |

| Date | Name / Invoice Number | Hours | ~~MoFoAmount~~ MoFo Amount | UST hrs | UST Amount | Description |
|------|----------------------|-------|---------------------------|---------|------------|-------------|
| | | | | | | from MoFo team (1.1); revise disclosure statement per MoFo's comments (2.1); revise disclosure statement to reflect revisions to the plan (1.5); correspond with MoFo team regarding same (.6); discuss same with M. Rothchild (.4); calls (3x) with J. Kline regarding filing of disclosure statement (.2); call with A. Barrage regarding pre-filing issues (.4). |
| 7/3/2013 | TODD M. GOREN | 15.7 | $12,481.50 | 7.4 | $5,883.00 | Review comments to disclosure statement from UCC and Ally and incorporate into disclosure statement (1.7); review (.5) and revise various Plan provisions regarding various internal comments (2.1); finalize motion to approve disclosure statement, ballots, notices and order (.9); discuss same with D. Harris (.3); review unit sharing mechanism and language for plan (1.4); meeting with Kramer, Moelis, Centerview, FTI and Moco to draft, review ~~(1.4)~~ **and finalize plan (3.3)**, disclosure statement **(3.9) and plan** exhibits ~~(7.4~~**for filing (1.6)**). |
| 7/8/2013 | ROBERT J. BAEHR | 11.9 | 6,307.00 | 6.4 | $3,392.00 | ~~Analyze~~**Search for** documents ~~in response~~**responsive** to discovery requests by objectors to FGIC 9019 motion (~~6.4~~**2.0); review and analyze documents for possible production (4.4)**); analyze privileged documents (2.1); draft privilege logs (3.4) |
| 7/8/2013 | MARK DAVID MCPHERSON | 9.5 | $7,837.50 | 9.5 | $7,837.50 | **Draft ~~JSN~~ motion to dismiss ~~(7.2); revise the same (2.3~~JSNs' claims challenging validity of lien releases (5.2); review, analyze, and revise draft sections of motion to dismiss JSNs' claims asserting liens on avoidance actions and AFI contribution (2.5) and sections of motion to dismiss JSN's claims asserting liens on goodwill and other intangible assets (1.8)**. |
| 7/8/2013 | JONATHAN M. PETTS | 14.6 | $6,643.00 | 7.3 | $3,321.50 | Call with client (L. Delehey), N. Rosenbaum, and H. Cannon (BABC) regarding response to ARE's supplemental brief (1.2); **draft response to ARE's supplemental brief (~~7.3~~in connection with Debtors' motion to dismiss adversary (4.1); revise the same (3.2)**); call H. Cannon (BABC) regarding the same (.3); emails and meetings with N. Rosenbaum regarding the same (.5); research permissive abstention (1.3), mandatory abstention (1.3), transfer of venue (1.4), and supplemental jurisdiction (1.3) in connection with the same. |
| 7/11/2013 | DAVID A. ZIEGLER | 10.0 | $5,300.00 | 8.5 | $5,300.00 | **Assist with debtors' response to the JSN's request for additional documents by reviewing and analyzing documents ~~(8.5)~~in connection with the negotiations (4.2) for possible production and the settlement figure (4.2) for possible production** and draft L. Kruger's direct testimony (1.5) in connection with the FGIC 9019 Motion. |

9

ny-1121563 v~~1~~2

| Date | Name / Invoice Number | Hours | ~~MoFoAmount~~ MoFo Amount | UST hrs | UST Amount | Description |
|---|---|---|---|---|---|---|
| 7/15/2013 | DAVID A. ZIEGLER | 16.5 | $8,745.00 | 4.7 | $2,491.00 | Attend deposition of Adam Sklar, a Monarch employee (4.8); review and analyze documents ~~for logging purposes (4.7~~ in the Debtors' review database to determine whether any documents should be logged as per the privilege log protocols arranged with the JSNs, specifically with respect to the Debtors' determination to enter into the settlement (2.7) and the negotiation of the settlement (2.0)); coordinate additional production relating to FGIC 9019 matter (4.3); research applicability of work product doctrine to draft board minutes (1.5); draft additional redaction and supplemental privilege logs in connection with the FGIC 9019 Motion (1.2). |
| 7/19/2013 | ROBERT J. BAEHR | 8.1 | $4,293.00 | 7.1 | $4,293.00 | Research (.7) and **draft objection to Syncora proofs of claim (~~7.1~~3.5); revise and edit objection (1.2); analyze RMBS and insurance contracts underlying Syncora's proofs of claim (2.4)**; discuss same with K. Sadeghi (.3). |
| 7/19/2013 | MELISSA M. CRESPO | 8.8 | $4,004.00 | 8.1 | $4,004.00 | ~~Further research related to argument in support of debtors'~~**Research related to interpretation of 506(b) and "interest of the estate" (2.0) and prepare insert to** opposition to ~~JSNs' motion to dismiss~~**JSN** counterclaims (~~8.1~~**regarding same (3.0); review and distinguish cases cited by JSN's for use in opposition (3.1)**); draft email summarizing same to S. Martin (.7). |
| 7/22/2013 | ROBERT J. BAEHR | 11.9 | $6,307.00 | 6.2 | $3,286.00 | Prepare for deposition of J. Lipps, special litigation counsel to Debtors in connection with testimony for FGIC 9019 settlement (4.1); **review and** analyze **documents in response to** FGIC 9019 ~~motion~~**objectors' document requests (4.0); prepare** documents **for production (1.2); review production** and produce ~~same~~ to objectors (~~6.2~~**1.0**); research claims by Syncora Guaranty arising from debtor-serviced RMBS transactions (1.1). |
| 7/23/2013 | MARK DAVID MCPHERSON | 9.8 | $8,085.00 | 7.4 | $8,085.00 | Analyze research regarding JSNs' motion to dismiss (2.1); **review and analyze research regarding effect of stipulation 5(g) in cash collateral order on lien releases (1.3); review and analyze financing statements and amended statements relevant to validity of lien releases in light of case law (1.7);** draft ~~brief in~~ opposition to JSNs**'** ~~'~~ **argument in** motion to dismiss (~~7.4~~**that cash collateral order contains stipulation reviving released liens (4.4)**); attend to email regarding brief (.3). |
| 7/23/2013 | JAMES J. BEHA | 7.6 | $5,206.00 | 7.0 | $5,206.00 | ~~Drafting and revising reply~~**Review NCUAB response** to ~~NCUA securities objection (7.0~~**NUCAB securities claim objection (3.0); legal research for reply in further support of NCUAB securities claim objection (2.0); draft reply in further support of NCUAB securities claim objection (2.0)**); call with A. Dove (Kramer Levin) |

| Date | Name / Invoice Number | Hours | ~~MoFoAmount~~ MoFo Amount | UST hrs | UST Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | regarding NCUA objection (.2); call with N. Cohen (Zuckerman Spaeder) regarding NCUA objection (.2); meet with J. Haims and J. Rothberg regarding UBS FHFA settlement (.2). |
| 7/31/2013 | ROBERT J. BAEHR | 16.1 | $8,533.00 | 6.0 | $3,180.00 | Discuss Lipps testimony for FGIC 9019 with K. Sadeghi (.2); prepare and finalize witness lists (.9), exhibit list (2.4), and direct testimony submissions in support of Debtors' FGIC 9019 motion (3.6); discuss same with J. Roy (.1); analyze objectors' submissions in opposition to FGIC 9019 motion (2.9); **research (1.5) and ~~draft~~outline (1.5)** omnibus reply in support of Debtors~~'~~**'** FGIC 9019 motion ~~(6.0)~~**; draft (2.0) and revise (1.0) omnibus reply**. |
| 8/4/2013 | KEITH M. HENNEKE | 12.0 | $7,620.00 | 12.0 | $7,620.00 | Perform second-level review of ~~several batches of~~ documents **regarding H. Anderson** for responsiveness, privilege and coding **to be produced** in connection with the ~~UCC Complaint~~**JSN adversary proceeding**. |
| 8/4/2013 | JACK R. SMITH | 10.5 | $4,515.00 | 10.5 | $4,515.00 | ~~Review~~**Perform document review** quality control ~~batch~~**to check previously reviewed batches for mislabeling (e.g., privilege of documents to be produced by Debtors)** in connection with the JSN Discovery and Plan Confirmation Discovery ~~workstreams~~**work streams**. |
| 8/7/2013 | ROBERT J. BAEHR | 13.6 | $7,208.00 | 5.7 | $3,021.00 | Prepare exhibits (1.7) and witness binders (4.4) in connection with FGIC 9019; attend meeting with FGIC 9019 motion proponents regarding responses to motions in limine and preparation of consolidated exhibits (1.0); finalize FGIC 9019 deposition errata (.8); ~~draft responses~~**analyze FGIC 9019 opponents' motions in limine (1.5); research waiver of attorney client privilege (1.5); draft response** to motions in limine (~~5.7~~**2.7**). |
| 8/7/2013 | MELISSA M. CRESPO | 7.9 | $3,594.50 | 7.4 | $3,594.50 | ~~Further draft~~**Draft** insert ~~for opposition to JSN counterclaims (7.4~~**regarding lien on avoidance claims for use in opposition brief (3.4); emails to JSN team regarding avoidance claim arguments (.4); prepare outline of arguments for use in JSN oral argument (3.6)**; meet with A. Ruiz regarding oral argument materials (.5). |
| 8/7/2013 | MARK DAVID MCPHERSON | 9.5 | $7,837.50 | 7.7 | $7,837.50 | Draft **section of** reply brief in support of motion to dismiss JSNs~~'~~ ~~counterclaims (7.7)~~**' counterclaims arguing that lien releases were effective (4.2); draft section of reply brief in support of motion to dismiss JSNs' counterclaims arguing that UCC financing statement amendments were effective (1.9); draft section of reply brief in support of motion to dismiss JSNs' counterclaims arguing that JSNs have no equitable liens (1.6).**; attend meeting with Kramer Levin regarding strategy, status, and next steps in adversary proceedings (1.8). |

11

ny-1121563 v~~1~~2

| Date | Name / Invoice Number | Hours | ~~MoFo Amount~~ MoFo Amount | UST hrs | UST Amount | Description |
|---|---|---|---|---|---|---|
| 8/8/2013 | DAVID A. ZIEGLER | 8.6 | $4,558.00 | 8.2 | $4,558.00 | Meet with A. Lawrence and R. Baehr to discuss the motions in limine in connection with the FGIC 9019 hearing (.4) and **assist with Debtors' omnibus response** ~~(8.2~~**by drafting sections addressing the order appointing mediator (5.0) and Mr. Lipp's testimony (3.2)**) in connection with the FGIC 9019 Motion. |
| 8/8/2013 | JACK R. SMITH | 10.5 | $4,515.00 | 10.5 | $4,515.00 | ~~Reviewing~~**Perform** document ~~batches using~~**review** quality control ~~protocol~~**to check previously reviewed batches for mislabeling (e.g., privilege of documents to be produced by Debtors)** in connection with **the** JSN ~~discovery and plan confirmation discovery issues~~**Discovery and Plan Confirmation Discovery work streams**. |
| 8/9/2013 | MERYL L. ROTHCHILD | 15.4 | $8,855.00 | 12.4 | $7,130.00 | **Revise certain sections of the disclosure statement (12.4); emails (1.1) and calls with S. Martin and MoFo team regarding same (1.9).** |
| 8/9/2013 | ROBERT J. BAEHR | 10.4 | $5,512.00 | 9.1 | $5,512.00 | Research ~~and draft objections to motions~~**reliance-on-counsel defense (2.0) and at-issue waiver (2.0); research legal expert witnesses and opinions on ultimate legal issues (2.0); draft and revise motion** in limine ~~for FGIC 9019 matter (9.1~~**responses (3.1)**); meeting with C. Kerr and D. Ziegler regarding same (.3); meeting with C. Kerr and A. Lawrence regarding same (1.0). |
| 8/10/2013 | ROBERT J. BAEHR | 11.9 | $6,307.00 | 11.9 | $6,307.00 | **Research** ~~(5.5) and draft response to objectors' motions in limine in connection with FGIC 9019 evidentiary evidentiary hearing (6.4)~~**conflicted expert witnesses (2.0) and expert reliance on confidential information (2.5); analyze L. Kruger testimony for potential reliance on counsel (2.0); draft Exhibit 12 to motion in limine response cataloging L. Kruger testimony (2.4); draft (2.1) and revise (.9) motion in limine response**. |
| 8/11/2013 | KELLY K. YANG | 11.2 | $4,144.00 | 11.2 | $4,144.00 | ~~Review~~**Quality control/second level review of** JSN documents **to be produced** in connection with ~~the~~ JSN litigation. |
| 8/11/2013 | KEITH M. HENNEKE | 10.8 | $6,858.00 | 10.8 | $6,858.00 | ~~Complete~~**Perform** second-level ~~document~~ review **of documents regarding J. Horner for responsiveness, privilege and coding to be produced** in connection with the ~~UCC complaint and related requests in the~~ JSN adversary ~~proceedings~~**proceeding**. |
| 8/12/2013 | MERYL L. ROTHCHILD | 14.9 | $8,567.50 | 8.6 | $4,945.00 | **Work on** ~~inputing edits (3.0) and editing revised disclosure statement (5.6~~**inputting edits into the disclosure statement from MoFo team (1.6), Curtis Mallet (1.1), and the Company (.7); edit revised disclosure statement based on updates to judgment reduction provision (.3); summary of classification and voting rights (.8); settlement of certain claims (Monolines, NJ Carpenters, etc.) (.9), Borrower Claims Trust (.4) and Liquidating Trust provisions (.7); input final non-substantive** |

| Date | Name / Invoice Number | Hours | ~~MoFo Amount~~ MoFo Amount | UST hrs | UST Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | internal edits into revised disclosure (2.1); numerous internal meetings (2.7) and emails regarding same (.8); review revised plan (2.2) and emails between MoFo and Kramer regarding same (.4); meet with J. Marines and S. Martin regarding fees described in disclosure statement (.2). |
| 8/12/2013 | ROBERT J. BAEHR | 13.5 | $7,155.00 | 8.9 | $4,717.00 | Research **mediation confidentiality orders (3.2)** ~~and revise (5.7) omnibus response to motions in limine on Debtors' FGIC 9019 motion~~**; revise Exhibit 1 to motion in limine response (2.1); prepare exhibits to response (1.0); cite check (1.7) and edit (.9) response**; edit objection to Syncora's proof of claim (1.8); discuss the same with A. Lawrence (.2); analyze exhibits (.8) and prepare objections for meet and confer with Objecting Parties (1.8). |
| 8/13/2013 | JACK R. SMITH | 10.5 | $4,515.00 | 10.5 | $4,515.00 | ~~Review documents according to~~**Perform document review quality control** ~~protocol~~**to check previously reviewed batches for mislabeling (e.g., privilege of documents to be produced by Debtors)** in connection with **the** JSN ~~discovery~~**Discovery** and Plan Confirmation Discovery ~~issues~~**work streams**. |
| 8/14/2013 | BARBARA BARATH | 7.7 | $4,196.50 | 7.2 | $4,196.50 | Review updated review protocol in connection with JSN adversary litigation (.5); ~~conduct substantive document review~~**categorize documents in preparation for depositions, including tagging "hot" documents** in connection with same (7.2). |
| 8/14/2013 | DANIEL J. HARRIS | 13.6 | $8,500.00 | 5.4 | $3,375.00 | **Continue drafting sections of Disclosure Statement reply** ~~(5.4~~**relating to solicitation (.9), Impac objection (1.2), taxing authority objections (1.9), and FHFA (2.4)**), ballots (2.2), revised form of order (.8) and disclosure statement objections chart (1.6); call with Chambers regarding status of objections (.2); discuss same with S. Martin (.2); revise reply brief with comments from Curtis Mallet, J. Marines and L. Marinuzzi (.4); call with S. Zide (UCC) regarding reply (1.2); review recent changes to Disclosure Statement (.5) and Plan (1.1). |
| 8/14/2013 | MERYL L. ROTHCHILD | 12.6 | $7,245.00 | 8.4 | $4,830.00 | Various calls with Kramer regarding status of disclosure statement objections and negotiations (1.1); update professional fees chart to disclosure statement (.4) and emails to MoFo team regarding same (2); emails with Kramer regarding same (.2); call with Kramer and MoFo disclosure statement teams regarding disclosure statement reply (2.0); discuss disclosure statement revisions with S. Martin (.3); **input edits from MoFo team** ~~and numerous parties in interest~~**(2.1), Kramer (2.7), Kirkland (.9), and Company (.6) in preparation for filing revised disclosure statement** ~~(8.4~~**; review disclosure statement reply and objection chart to ensure** |

13

ny-1121563 v~~1~~2

| Date | Name / Invoice Number | Hours | ~~MoFo Amount~~ MoFo Amount | UST hrs | UST Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | **accuracy of resolutions reached by Plan proponents and objecting parties (2.1)**. |
| 8/15/2013 | SUSAN A.T. TICE | 12.3 | $3,813.00 | 10.7 | $3,317.00 | Prepare ~~sets of~~ settlement parties' exhibits for **use at** FGIC settlement motion hearing (~~1.4~~**3.6**); prepare **witness** materials ~~in connection with~~**for use at** FGIC settlement motion hearing (~~9.3~~**3.6); prepare trial documents for use at FGIC settlement motion hearing (3.5**); prepare deposition testimony designated by JSN for FGIC 9019 hearing for attorney review (.3); prepare supplemental hearing materials to be provided to Chambers (1.3). |
| 8/19/2013 | JONATHAN M. PETTS | 13.6 | $6,188.00 | 11.5 | $5,232.50 | **Draft (**~~6.8~~**3.9) ~~and~~, revise (**~~4.7~~**3.7) and cite check (1.5)** opposition to Quiroz lift stay motion; ~~meet with N. Rosenbaum~~**draft (1.2) and revise (.9) declaration to the same; emails with L. Delehey (ResCap) and L. Priore (ResCap) regarding the same (.3); meet with N. Rosenbaum** regarding same (.3); draft supporting declaration to the same (.8); revise exhibits to the same (.5); call with K. Priore (client) regarding P. Scott lift stay motion (.5). |
| 8/20/2013 | TODD M. GOREN | 16.2 | $12,879.00 | 4.1 | $3,259.50 | Review and revise updated version of objection chart (1.7); meet with D. Harris and S. Martin regarding same (.6); discuss chart revisions with S. Zide (Kramer) and R. Ringer (counsel to the committee) (.4); review unit allocation schedule (.4); call with K. Chopra (Centerview) regarding same (.5); revise disclosure statement regarding intercompany balances in connection with JSN request for adequate protection (.4); meet with D. Harris regarding voting issues and claim amounts (.3); **review and revise ~~various drafts of~~draft** Plan **provided by KL (.**~~1.7) and DS (2.4~~**9); further internal draft of same (.8); review and revise draft of DS from K&E (.5) and KL (.6) and further revise internal draft regarding UCC and AFI changes (1.3**); revise Plan and DS regarding Ambac and Assured claims (.8); call with chambers regarding status of objections (.3); review and revise DS order and exhibits (.8); calls (x2) with UCC and FTI regarding liquidation analysis (1.6); follow-up calls with FTI (.5) and S. Zide (.3) regarding same; meet with L. Kruger (ResCap), L. Marinuzzi, J. Marines and N. Rosenbaum to discuss liquidation analysis (.3); review confirmation discovery protocol and motion to approve same (.8); review materials in preparation for DS hearing (.9) and exclusivity (.4); review updated exhibits to DS (1.1). |
| 8/21/~~2013~~ 8/21/2013 | KELLY K. YANG ~~ROBERT J. BAEHR~~ | ~~11.01~~ 5.8**11.01** | $4,070.00~~$8,374.00~~ | ~~9.33.5~~**9.3** | $3,441.00~~$1,855.00~~ | ~~Work on~~**Enter** privilege ~~log~~**document information for documents not to be produced** in connection with the JSN litigation (9.3); review correspondence from A. Whitfield (1.7). |

14

ny-1121563 v~~1~~**2**

| Date | Name / Invoice Number | Hours | ~~MoFoAmount~~ MoFo Amount | UST hrs | UST Amount | Description |
|---|---|---|---|---|---|---|
| 8/21/2013 | ROBERT J. BAEHR | 5.8 | $8,374.00 | 3.5 | $1,855.00 | Draft lists of admitted exhibits and direct testimony (6.1); discussion with Settlement Parties and Objectors regarding admitted exhibits (.6); ~~research (3.5)~~analyze Judge Glenn's prior findings of fact (1.2); compile record evidence (1.1) and proof plan (1.2) for proposed findings of fact; outline (4.0) and draft proposed findings of fact and conclusions of law in support of FGIC 9019 motion (1.6). |
| 8/21/2013 | RICK C. LIU | 10.5 | $5,040.00 | 10.5 | $5,040.00 | ~~Perform~~Enter privilege ~~log review for~~document information for documents not to be produced in connection with the JSN litigation (7.0); edit ~~privilege log~~same for accuracy (3.5). |
| 8/22/2013 | RICK C. LIU | 10.5 | $5,040.00 | 10.5 | $5,040.00 | ~~Perform~~Enter privilege ~~log review (6.3); edit privilege log~~document information for documents not to be produced in connection with the JSN ~~discovery and plan confirmation discovery (4.2~~litigation (7.0); edit same for accuracy (3.5). |
| 8/22/2013 | KEVIN M. COLES | 11.5 | $5,520.00 | 11.5 | $5,520.00 | ~~Edit privilege logs~~Perform secondary review of documents identified as privileged in connection with JSN litigation (9.0); conform computer generated draft of the corresponding privilege log to set protocol for delivery to JSN counsel (2.5). |
| 8/22/2013 | ROBERT J. BAEHR | 14.2 | $7,526.00 | 13.7 | $7,261.00 | ~~Continue drafting Settlement Parties'~~Draft proposed findings of fact ~~and conclusions of law in support of FGIC 9019 Motion (13.7~~regarding FGIC settlement agreement terms and history (3.0); the structure of the FGIC trusts and obligations of trustees (3.5), FGIC's proof of claim (2.5), and Iridium factors (2.0); draft proposed conclusions of law (2.7); discuss same with C. Kerr (.5). |
| 8/23/2013 | ROBERT J. BAEHR | 13.3 | $7,049.00 | 13.3 | $7,049.00 | ~~Draft (3.7) and revise~~Revise proposed findings of fact ~~and conclusions of law in support of the Debtors' FGIC 9019 motion (9.6~~regarding the FGIC settlement agreement terms (2.7), the FGIC trusts and trustees (3.8), and FGIC's claims (1.5); revise proposed conclusion of law (3.6); analyze co-proponents' revisions (1.7). |
| 8/23/2013 | DAVID A. ZIEGLER | 13.4 | $7,102.00 | 13.4 | $7,102.00 | Assist with the drafting of the Settlement Parties' Findings of Fact and Conclusions of Law in connection with the FGIC 9019 Motion by drafting the sections on facts supporting Debtors' entry into the settlement (5.0) and legal conclusives supporting the same (5.0) and incorporate other parties' sections (3.4). |
| 8/23/2013 | SUSAN A.T. TICE | 9.9 | $3,069.00 | 8.4 | $3,069.00 | Review Board materials provided to counsel for Ally for privilege clawbacks (1.5); prepare privilege logs for ~~production in~~redacted documents from custodial email productions to be provided to parties in the Junior Secured Noteholders adversary proceeding (~~8.4~~2.8); prepare privilege logs for documents withheld from |

15

ny-1121563 v~~1~~2

| Date | Name / Invoice Number | Hours | ~~MoFoAmount~~ MoFo Amount | UST hrs | UST Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | **custodial email productions to be provided to parties in the Junior Secured Noteholders adversary proceeding (5.6)**.~~-~~ |
| 8/24/2013 | DAVID A. ZIEGLER | 13.4 | $7,102.00 | 7.4 | $3,922.00 | **Assist with the drafting of the Settlement Parties' findings of fact and conclusions of law by** ~~collection~~**collecting and inputting edits from** ~~the Settlement Parties (7.4~~**FGIC (3.0) and the Trustees (4.4)**)**, correspond with the Settlement Parties about their edits (1.0), and draft sections on settlement negotiation and Iridium factors (5.0) in connection with the FGIC 9019 motion.** |
| 8/24/2013 | ROBERT J. BAEHR | 15.2 | $8,056.00 | 15.2 | $8,056.00 | **Draft** ~~(6.6~~**proposed findings regarding Trustees' entry into the settlement agreement (3.7); analyze co-proponents additions to proposed findings (1.0)** and revise **same (3.0); conference with co-proponents regarding** proposed findings ~~of fact~~**(1.0); research (2.5) and draft (1.0)** conclusions of law ~~in support of the Debtors' FGIC 9019 Motion (8.6~~**regarding McCarran Ferguson Act; draft conclusions of law regarding Iridium factors (3.0)**). |
| 8/25/2013 | ROBERT J. BAEHR | 15.4 | $8,162.00 | 15.4 | $8,162.00 | ~~Draft (4.5) and revise Settlement Parties'~~**Analyze co-proponents' edits to** proposed findings ~~of fact and conclusions of law in support of FGIC 9019 motion (10.9~~**and conclusions of law (5.6); revise and edit proposed findings and conclusions of law (4.0); cite check (2.5) and prepare (2.4) proposed findings and conclusions of law for filing; conference with co-proponents regarding findings (.9)**). |
| 8/25/2013 | DAVID A. ZIEGLER | 12.3 | $6,519.00 | 12.3 | $6,519.00 | **Draft proposed Findings of Fact and Conclusions of Law in connection with the FGIC 9019 Motion by editing the sections on Settlement negotiation (3.0), the Iridium factors (2.0), and sections added by FGIC (3.0) and the Trustees (4.3)**. |
| | | | $651,467.00 | | $490,353.50 | |

Document comparison by Workshare Professional on Thursday, December 12, 2013 6:36:06 PM

| Input: | |
|---|---|
| Document 1 ID | PowerDocs://NEW YORK/1121563/1 |
| Description | NEW YORK-#1121563-v1-12-11_ResCap |
| Document 2 ID | PowerDocs://NEW YORK/1121563/2 |
| Description | NEW YORK-#1121563-v2-12-11_ResCap |
| Rendering set | standard |

| Legend: | |
|---|---|
| Insertion | |
| ~~Deletion~~ | |
| ~~Moved from~~ | |
| Moved to | |
| Style change | |
| Format change | |
| ~~Moved deletion~~ | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 207 |
| Deletions | 164 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |

| Format changed | 0 |
|---|---|
| Total changes | 371 |