# EXHIBIT A

| Date | Duration (Hours) | Number of Attorneys Present | Meeting purpose | Attendees[1] | Attorney Time To Be Written Down If Per Se Rule | Amount of Additional Writedown |
|---|---|---|---|---|---|---|
| 5/1 | 1.4 | 5 | Mediation update to the Board[2] | DL, DAP, JL, JTM, MC | DL, MC | $1,617.00 |
| 5/3 | 1.3 | 4 | Board Call Re Mediation And Developments | DAP, JL, JTM, RKD | RKD | $682.50 |
| 5/10 | 1.3 | 6 | Strategy discussion re: Examiner's Report | DL, JTM, RKD (.4), JL, MC, WF (**WF TIME VOLUNTARILY WRITTEN DOWN**) | MC, RKD, WF (Already Written Down) | $1423.50 |
| 5/10 | 1.3 | 4 | Board update conference call re RMBS Litigation and Plan Mediation | RKD, JTM, MC, DL (.7) | RKD | $682.50 |
| 5/12 | 1.1 | 6 | Meeting re issues raised in the draft Term Sheet and the Plan Support Agreement (PSA) negotiation | DL, JTM, MC, JL, RKD (**RKD TIME VOLUNTARILY WRITTEN DOWN**), DAP (**DAP TIME VOLUNTARILY WRITTEN DOWN**) | MC, DAP (Already Written Down); RKD (Already Written Down) | $627.00 |
| 5/13 | 1.1 | 4 | Conference re: Term Sheet issues | DL, JTM, RKD, JL | DL | $643.50 |
| 5/13 | 1.0 | 4 | Meeting updating the Independent Directors re Plan negotiations and RMBS Litigation | DL, DAP, JL, JTM | DL | $585.00 |
| 5/14 | .6 | 5 | Meeting re proposed changes to the Term Sheet and Mediation update | DL, DAP, MC, JTM, JL (.5) | MC, JL | $654.50 |
| 5/16 | .4 | 4 | Conf. re: RMBS Trial Preparation | NYS, RKD, JR, MW (**MW TIME VOLUNTARILY WRITTEN DOWN**), | MW | $0.00 |

---

[1] Where an attorney only charged for attendance at part of a meeting, the time actually charged is reflected in parenthesis.
[2] There were two calls with the board on May 1, 2013. The first call lasted 1.4 hours and was attended by five attorneys. The second call lasted .7 hours and was attended by three attorneys.

1

| Date | Duration (Hours) | Number of Attorneys Present | Meeting purpose | Attendees[1] | Attorney Time To Be Written Down If Per Se Rule | Amount of Additional Writedown |
|---|---|---|---|---|---|---|
| 5/23 | .6 | 5 | Meeting with the Independent Directors re the motion to approve the PSA and the RMBS litigation | DAP, JL, JTM, MC, RKD | MC, RKD | $658.00 |
| 5/23 | 1.1 | 4 | Board call/meeting re the PSA, and the RMBS litigation | JL, JTM, MC, RKD | MC | $627.00 |
| 6/21 | 1.6 | 4 | Meeting to discuss the Examiner's Report impending release and update on PSA approval hearing | DAP (1.4), JTM, MC, RKD | RKD | $840.00 |
| 6/24 | .5 | 6 | Meeting to discuss work assignments arising from the Examiner's Report | DAP, JTM, RKD, WF, MC, NS | RKD, WF, NS | $692.50 |
| 6/24 | 1.6 | 4 | Board meeting re the upcoming PSA hearing, and other items | DAP (1.5), JT, MC, RKD (.6) | RKD | $315.00 |
| 6/27 | 1.2 | 7 | Meeting of senior attorneys regarding the Examiner's just released analysis of transactions in which most of these lawyers had been involved | DL, JTM, MC, RKD (**RKD TIME VOLUNTARILY WRITTEN DOWN**), JL, IG, DAP (1.2) | DL, MC, RKD (Already Written Down) | $1386.00 |
| 6/28 | 2.0 | 4 | Board meeting to report on the Plan and Disclosure Statement and the results of the review of the Examiner's Report | DL, JL, JTM, MC (1.5) | MC | $855.00 |
| 7/1 | .8 | 5 | Meeting to discuss an issue arising with the JSNs that involved a transaction upon which several of the atty's present had previously advised the board | DAP, JTM, MC, IG, JL | DAP, MC | $916.00 |
| 7/10 | .8 | 4 | Update meeting on discussion of the Examiner's Report in the Disclosure Statement | DAP, JTM, WF, NS (.4) | NS | $194.00 |

2

| Date | Duration (Hours) | Number of Attorneys Present | Meeting purpose | Attendees[1] | Attorney Time To Be Written Down If Per Se Rule | Amount of Additional Writedown |
|---|---|---|---|---|---|---|
| 7/12 | 1.3 | 4 | Board update on Plan dynamics and governance issues | DAP, JL, JTM, RKD | RKD | $682.50 |
| 7/19 | 1.0 | 6 | Board meeting report on implications of the JSN disqualification motion | DAP, JTM, JL, MC, RKD, DL (0.4) | DL. MC, RKD | $1,329.00 |
| 7/26 | 1.0 | 4 | Board meeting call | DL, JL, MC, JTM | MC | $570.00 |
| 7/31 | 1.7 | 5 | Conference re litigation/tax issue in JSN mediations | IG, JTM, MC, RKD (1.1), DL (.5) | RKD, DL | $870.00 |
| 8/1 | 2.3 | 7 | Joint strategy session with MoFo regarding the JSN mediation | JTM, JL, MC, RKD, DL, DAP, IG (0.4) | DAP, DL, MC | $3,988.00 |
| 8/1 | .5 | 4 | Conference re tax research | JTM, RKD, NS, WF | WF | $192.50 |
| 8/5 | 1.6 | 6 | "All hands" strategy session re the JSN mediation together with MoFo and K&E | JTM, IG, DAP, DL, RKD (0.9); JL (**JL TIME VOLUNTARILY WRITTEN DOWN**) | JL, RKD, DL | $1,408.50 |
| 8/14 | 1.3 | 4 | Meeting re amendments to the Disclosure Statement to better address issues raised in Examiner's Report | JTM, DAP, IG, MC | MC | $741.00 |
| | | | | | **TOTAL: $23,108.50** | |

3