# EXHIBIT C

# COMMUNICATIONS LLC



| Location: | DMS-NEW YORK MIDTOWN | Any Inquiries Call: | 212-840-1133 |
|---|---|---|---|
| | Morrison Cohen LLP | Invoice #: | 1525658 |
| | 909 Third Avenue, 27th Floor | Invoice Date: | 30-JUN-13 |
| | New York NY 10022 | Merrill Order #: | 002-1544984 |
| | Attn: Neil Siegel | Client Matter #: | 020530-0002 |
| | | Date Received: | 27-JUN-13 |
| | | Salesperson: | Gillis, James J |

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | FTP - Print/Bind Minibooks x 21 - second request | | |
| 43449 | Prints (Assembled) - B/W | $.11 | $4,779.39 |
| 3696 | Prints (Assembled) - Color | $.75 | $2,772.00 |
| 84 | Coil Bind | $1.50 | $126.00 |
| 189 | Tabs - Index | $.25 | $47.25 |
| 6 | Technical Labor (identifying color images for print, identifying section breaks for tab insertion) | $75.00 | $450.00 |
| 24 | Production/Hand Labor (cutting/ trimming paper, tabs, covers and binding elements to mini book size (8.5 x 5.5); setting and adjusting b/w and color machines to print on mini size paper) | $35.00 | $840.00 |

RECEIVED AUG 27 2013

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :   41-2007271

Page   1   of   2

COMMUNICATIONS LLC

| Location: | DMS-NEW YORK MIDTOWN | Any Inquiries Call: | 212-840-1133 |

Morrison Cohen LLP
909 Third Avenue, 27th Floor
New York NY 10022
Attn:   Neil Siegel

Invoice #:  1525658
Invoice Date:  30-JUN-13
Merrill Order #:  002-1544984
Client Matter #:  020530-0002
Date Received:  27-JUN-13
Salesperson:  Gillis, James J

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Subtotal: | | $9,014.64 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $685.56 |
| | Total Invoice USD: | | $9,700.20 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

FEDERAL TAX ID :   41-2007271

Page   2   of   2

**MERRILL COMMUNICATIONS LLC**

Location: DMS-NEW YORK MIDTOWN

Morrison Cohen LLP
909 Third Avenue, 27th Floor
New York NY 10022
Attn: Neil Siegel

Any Inquiries Call: 212-840-1133
Invoice #: 1525560
Invoice Date: 28-JUN-13
Merrill Order #: 002-1544938
Client Matter #: 020530-0002
Date Received: 26-JUN-13
Salesperson: Gillis, James J

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | FTP - Print/Bind Minibooks x 19 - first request | | |
| 22420 | Prints (Assembled) - B/W | $.11 | $2,466.20 |
| 2052 | Prints (Assembled) - Color | $.75 | $1,539.00 |
| 12 | Electronic Processing - PDF Naming | $.25 | $3.00 |
| 57 | Coil Bind | $1.50 | $85.50 |
| 133 | Tabs - Index | $.25 | $33.25 |
| 27 | Media - CD Duplication | $10.00 | $270.00 |
| 2.25 | Technical Labor (data transfer/monitor to perform media duplication) | $75.00 | $168.75 |
| 5 | Technical Labor (identifying color images to print separately) | $75.00 | $375.00 |
| 24 | Production/Hand Labor (cutting/ trimming paper, tabs, covers and binding elements to mini book size (8.5 x 5.5); setting and adjusting b/w and color machines to print on mini size paper) | $35.00 | $840.00 |

RECEIVED AUG 27 2013

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

FEDERAL TAX ID: 41-2007271

Page 1 of 2

# COMMUNICATIONS LLC

Location:   DMS-NEW YORK MIDTOWN

Morrison Cohen LLP
909 Third Avenue, 27th Floor
New York NY 10022
Attn:   Neil Siegel

Any Inquiries Call: 212-840-1133
Invoice #: 1525560
Invoice Date: 28-JUN-13
Merrill Order #: 002-1544938
Client Matter #: 020530-0002
Date Received: 26-JUN-13
Salesperson: Gillis, James J

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Subtotal: | | $5,780.70 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $390.23 |
| | Total Invoice USD: | | $6,170.93 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

RECEIVED AUG 27 2013

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

FEDERAL TAX ID :   41-2007271