Hearing Date and Time: January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time)

| | |
|---|---|
| MORRISON & FOERSTER LLP | SEVERSON & WERSON P.C. |
| 1290 Avenue of the Americas | One Embarcadero Center, Suite 2600 |
| New York, New York 10104 | San Francisco, CA 94111 |
| Telephone: (212) 468-8000 | Telephone: (415) 398-3344 |
| Facsimile: (212) 468-7900 | Facsimile: (415) 956-0439 |
| Gary S. Lee | Donald H. Cram *(admitted pro hac vice)* |
| Norman S. Rosenbaum | |
| Melissa A. Hager | |
| Jonathan M. Petts | |

*Counsel for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- )
In re:                                ) Case No. 12-12020 (MG)
                                      )
RESIDENTIAL CAPITAL, LLC, et al.,     ) Chapter 11
                                      )
                          Debtors.    ) Jointly Administered
----------------------------------------------------------------- )

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' OBJECTION TO**
**CLAIM NO. 5420 OF VACHAGAN ABED-STEPHEN AND SUSIE ABED-STEPHEN**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Objection To Claim No. 5420 Of Vachagan Abed-Stephen And Susie Abed-Stephen* [Docket No. 5786], previously scheduled to be heard on December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned to **January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1122036

Dated: December 13, 2013
New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Melissa A. Hager
Jonathan M. Petts
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

-and-

SEVERSON & WERSON P.C.
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Donald H. Cram *(admitted pro hac vice)*
*Counsel for the Debtors and Debtors-in-Possession*

ny-1122036