UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

# ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

Upon the motion of Justin J. Lowe, to be admitted, *pro hac vice*, to represent the Commonwealth of Massachusetts (the "Commonwealth"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Massachusetts and the bar of the U.S. District Court for the District of Massachusetts, it is hereby:

**ORDERED,** that Justin J. Lowe, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Commonwealth, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

DATED: _____

/s/ _____
UNITED STATES BANKRUPTCY JUDGE