OFFICE OF THE ATTORNEY GENERAL
OF MASSACHUSETTS, MARTHA COAKLEY
Justin J. Lowe (*pro hac vice pending*)
Assistant Attorney General
Consumer Protection Division
One Ashburton Place
Boston, MA  02108
Telephone: (617) 727-2200, ext. 2912
Facsimile: (617) 727-5765
E-mail: justin.lowe@state.ma.us

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

# **MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**

I, Justin J. Lowe, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent the Commonwealth of Massachusetts, a creditor in the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of Massachusetts and the U.S. District Court for the District of Massachusetts. A true and correct copy of my Certificate of Good Standing is attached hereto as Exhibit A.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Respectfully submitted,

DATED: December 13, 2013

OFFICE OF THE ATTORNEY GENERAL
OF MASSACHUSETTS

By: /s/ Justin J. Lowe
JUSTIN J. LOWE (*pro hac vice* pending)
Assistant Attorney General
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
Tel.: (617) 963-2912
Fax.: (617) 727-5765
Email: justin.lowe@state.ma.us

Attorneys for the
Commonwealth of Massachusetts

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2013, a true and correct copy of the foregoing <u>Motion for Pro Hac Vice Admission</u> was caused to be served upon the persons who have electronically entered a notice of appearance and are served through the Court's CM/ECF System, and to the persons listed below and in the manner indicated:

VIA FIRST CLASS MAIL:

| | |
|---|---|
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, New York  10104<br>Attn:   Lorenzo Marinuzzi<br>          Samantha Martin | Office of the United States Trustee for the Southern District of New York<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, New York  10014<br>Attn: Brian S. Masumoto |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York  10036<br>Attn:   Kenneth H. Eckstein<br>          Douglas H. Mannal | Kirkland & Ellis<br>601 Lexington Avenue<br>New York, New York  10022<br>Attn:   Ray C. Schrock<br>          Stephen E. Hessler<br>          Craig A. Bruens |

                                                                */s/* Justin J. Lowe
                                                                Justin J. Lowe