**Hearing Date: January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Erica J. Richards

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON FOURTH FEE APPLICATION OF
KPMG LLP, AS TAX COMPLIANCE PROFESSIONALS AND INFORMATION
TECHNOLOGY ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION,
FOR INTERIM ALLOWANCE AND COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY
EXPENSES INCURRED FROM MAY 1, 2013 THRU AUGUST 31, 2013**

PLEASE TAKE NOTICE that the hearing on the *Fourth Fee Application of KPMG*

*LLP, As Tax Compliance Professionals and Information Technology Advisors to the Debtors and*

*Debtors In Possession, for Interim Allowance and Compensation for Professional Services*

*Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013*

*thru August 31, 2013* [Docket No. 5835], previously scheduled to be heard on December 17,

2013 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned to **January 9, 2014 at 10:00**

**a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the

United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton

Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated:  December 13, 2013
          New York, New York

                                    /s/ Lorenzo Marinuzzi
                                    Gary S. Lee
                                    Lorenzo Marinuzzi
                                    Erica J. Richards
                                    MORRISON & FOERSTER LLP
                                    1290 Avenue of the Americas
                                    New York, New York 10104
                                    Telephone: (212) 468-8000
                                    Facsimile: (212) 468-7900

                                    *Counsel for the Debtors and
                                    Debtors in Possession*