PEPPER HAMILTON LLP
Deborah Kovsky-Apap
4000 Town Center, Suite 1800
Southfield, MI  48075
Telephone: (248) 359-7331
Facsimile;  (248) 359-7700
E-mail: kovskyd@pepperlaw.com
- and -
Gary Apfel
350 South Grand Avenue
Two California Plaza
Suite 3400
Los Angeles, CA 90071-3427
Telephone: (213) 928-9860
Facsimile:  (213) 928-9850
E-mail: apfelg@pepperlaw.com

*Special Foreclosure Review Counsel For
Bankruptcy Issues to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON
THIRD INTERIM AND FINAL APPLICATION OF PEPPER HAMILTON LLP AS
SPECIAL FORECLOSURE REVIEW COUNSEL FOR BANKRUPTCY ISSUES FOR
THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED FOR THE PERIOD MAY 15, 2012 THROUGH OCTOBER 31, 2013**

PLEASE TAKE NOTICE that the hearing on the Third Interim and Final

Application of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy

Issues for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period

May 15, 2012 Through October 31, 2013 [Docket No. 5819] (the "Application"), previously

scheduled to be heard on December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned by mutual agreement of the parties to a date to be determined and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

                PEPPER HAMILTON LLP

                /s/ Deborah Kovsky-Apap
                Deborah Kovsky-Apap
                4000 Town Center, Suite 1800
                Southfield, MI  48075
                Telephone: (248) 359-7331
                Facsimile;  (248) 359-7700
                E-mail: kovskyd@pepperlaw.com
                - and -
                Gary Apfel
                350 South Grand Avenue
                Two California Plaza
                Suite 3400
                Los Angeles, CA 90071-3427
                Telephone: (213) 928-9860
                Facsimile:  (213) 928-9850
                E-mail: apfelg@pepperlaw.com

Dated:  December 13, 2013      *Special Foreclosure Review Counsel For Bankruptcy Issues to the Debtors and Debtors in Possession*