PEPPER HAMILTON LLP
Deborah Kovsky-Apap
4000 Town Center, Suite 1800
Southfield, MI 48075
Telephone: (248) 359-7331
Facsimile; (248) 359-7700
E-mail: kovskyd@pepperlaw.com
- and -
Gary Apfel
350 South Grand Avenue
Two California Plaza
Suite 3400
Los Angeles, CA 90071-3427
Telephone: (213) 928-9860
Facsimile: (213) 928-9850
E-mail: apfelg@pepperlaw.com

*Special Foreclosure Review Counsel For
Bankruptcy Issues to the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2013, I electronically filed the Notice of Adjournment of Hearing on Third Interim and Final Application of Pepper Hamilton LLP as Special Foreclosure Review Counsel for Bankruptcy Issues for the Debtors for Compensation and Reimbursement of Expenses Incurred for the Period May 15, 2012 Through October 31, 2013 with the Clerk of the Court which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice in this case.

I further certify that I caused copies of the foregoing to be served on the parties listed on attached Exhibit A, via overnight delivery, at the addresses stated.

Dated:  December 13, 2013             PEPPER HAMILTON LLP

/s/ Deborah Kovsky-Apap
Deborah Kovsky-Apap
4000 Town Center, Suite 1800
Southfield, MI  48075
Telephone: (248) 359-7331
Facsimile;  (248) 359-7700
E-mail: kovskyd@pepperlaw.com

- and –

Gary Apfel
350 South Grand Avenue
Two California Plaza
Suite 3400
Los Angeles, CA 90071-3427
Telephone: (213) 928-9860
Facsimile:  (213) 928-9850
E-mail: apfelg@pepperlaw.com

Special *Foreclosure Review Counsel for Bankruptcy Issues to the Debtors and Debtors in Possession*

## EXHIBIT A

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Larren M. Nashelsky, Gary S. Lee and
    Lorenzo Marinuzzi

Office of The United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: Tracy Hope Davis, Linda A. Riffkin,
    and Brian S. Masumoto

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Kenneth H. Eckstein and
    Douglas H. Mannal

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Richard M. Cieri and Ray C. Schrock

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Attn: Kenneth S. Ziman and
    Jonathan H. Hofer

Residential Capital, LLC
1100 Virginia Dr.
Ft. Washington, Pennsylvania, 19034
Attn: Tammy Hamzehpour

Office of the United States Trustee
Attn:  Eric J. Small, Esq.
355 Main Street – First Floor
Poughkeepsie, NY 12601