HUDSON COOK, LLP
Dana Frederick Clarke
6 Hutton Centre Drive
Suite 840
Santa Ana, CA  92707
Telephone: (714) 263-0420
Facsimile:  (714) 263-0428

*Special Counsel to the Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON
THIRD INTERIM AND FINAL APPLICATION OF HUDSON COOK, LLP AS
SPECIAL COUNSEL TO THE DEBTORS FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MAY 15, 2012
THROUGH JUNE 30, 2013**

PLEASE TAKE NOTICE that the hearing on the Third Interim And Final Application Of Hudson Cook, LLP As Special Counsel To The Debtors For Compensation And Reimbursement Of Expenses Incurred For The Period May 15, 2012 Through June 30, 2013 [Docket No. 5980] (the "Application"), originally scheduled to be heard on December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned by mutual agreement of the parties to a date to be determined and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

#22880466 v1

Dated:  December 13, 2013

/s/ Dana Frederick Clarke
Dana Frederick Clarke
HUDSON COOK, LLP
6 Hutton Centre Drive
Suite 840
Santa Ana, CA  92707
Telephone: (714) 263-0420
Facsimile:  (714) 263-0428

*Special Counsel to the Debtors*

#22880466 v1