**LOWENSTEIN SANDLER LLP**
1251 Avenue of the Americas, 17th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
Michael S. Etkin (ME0570)
Ira M. Levee (IL9958)
    and
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Bankruptcy Counsel for Plaintiffs*

*[Additional Counsel on signature page]*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| | (Jointly Administered) |
| Debtors. | Re: Doc. No. 3480 |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE
OF PLAINTIFFS' [NEW JERSEY CARPENTERS HEALTH
FUND, *et al.*] MOTION FOR ORDER CERTIFYING CLASS FOR
PURPOSES OF THE CLASS CLAIMS PURSUANT TO FEDERAL
<u>RULES OF BANKRUPTCY PROCEDURE 7023 AND 9014(c)</u>**

**PLEASE TAKE NOTICE** that Plaintiffs (New Jersey Carpenters Health Fund, in its capacity as Lead Plaintiff, and New Jersey Carpenters Vacation Fund and Boilermakers Blacksmith National Pension Trust, each in their capacity as a Named Plaintiff), in the consolidated mortgage-backed securities class action styled as *New Jersey Carpenters Health Fund, et als. v. Residential Capital, LLC, et als.*, Case No. 08-cv-8781 (HB), hereby withdraws, without prejudice, *Plaintiffs' Motion for Order Certifying Class for Purposes of the Class Claims*

26963/2
12/13/2013 27969878.1

*Pursuant to Federal Rules of Bankruptcy Procedure 7023 and 9014(c)* [Doc. No. 3480] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the withdrawal of the Motion shall not prejudice and shall not be used as a basis to oppose the relief requested in the Motion or any related relief or otherwise by any party in interest or other entity to the extent the Motion is renewed.

Dated:  December 13, 2013                                LOWENSTEIN SANDLER LLP

/s/ *Ira M. Levee*
Michael S. Etkin (ME0570)
Ira M. Levee (IL9958)
1251 Avenue of the Americas, 17th Floor
New York, New York  10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

and

65 Livingston Avenue
Roseland, New Jersey  07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel for the Plaintiffs*

COHEN MILSTEIN SELLERS & TOLL PLLC
Joel P. Laitman (JL8177)
Christopher Lometti (CL9124)
Michael B. Eisenkraft (ME6974)
88 Pine Street
New York, New York 10022
(212) 838-7797 (Telephone)
(212) 838-7745 (Facsimile)

*Lead Counsel for Plaintiffs*