MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- )
                                                                )
In re:                                                          )   Case No. 12-12020 (MG)
                                                                )
RESIDENTIAL CAPITAL, LLC, et al.,                               )   Chapter 11
                                                                )
                                         Debtors.               )   Jointly Administered
                                                                )
--------------------------------------------------------------- )

**NOTICE OF ADJOURNMENT OF HEARINGS ON DEBTORS'**
**TWENTY-SIXTH, THIRTIETH, FORTY-SECOND, FORTY-FOURTH,**
**FORTY-NINTH AND FIFTIETH OMNIBUS OBJECTIONS TO**
**CLAIMS WITH RESPECT TO CERTAIN CLAIMANTS**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Twenty-Sixth*

*Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation)* [Docket No.

4734] (the "Twenty-Sixth Omnibus Claims Objection"), solely as it relates to the claim filed by

Karen Mitchell-Smith for the Estate of Felecia Victoria Smith (Claim No. 5724), previously

scheduled to be heard on December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time) (the

"December 17 Hearing"), has been adjourned to **January 9, 2014 at 10:00 a.m. (Prevailing**

**Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the *Debtors'*

*Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records)*

[Docket No. 4887] (the "<u>Thirtieth Omnibus Claims Objection</u>"), solely as it relates to the claim filed by Gwendell L. Philpot (Claim No. 5067), previously scheduled to be heard at the December 17 Hearing, has been adjourned to **January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the hearing on the *Debtors' Forty-Second Omnibus Objection to Claims (Reduce and Allow Borrower Claims)* [Docket No. 5150] (the "<u>Forty-Second Omnibus Claims Objection</u>"), solely as it relates to the claims filed by Jennifer Schermerhorn (Claim Nos. 338 and 339), previously scheduled to be heard at the December 17 Hearing, has been adjourned to **January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the hearing on the *Debtors' Forty-Fourth Omnibus Objection to Claims ((A) Late-Filed Claims; (B) Duplicate Claims; (C) Redesignate and Allow Claims; (D) Reduce and Allow Claims; (E) Redesignate, Reduce and Allow Claims; (F) Reclassify, Reduce and Allow Claims; and (G) Redesignate Claims)* [Docket No. 5152] (the "<u>Forty-Fourth Omnibus Claims Objection</u>"), solely as it relates to the claim filed by ISGN Solution, Inc. (Claim No. 5688), previously scheduled to be heard at the December 17 Hearing, has been adjourned to **January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the hearing on the Forty-Fourth Omnibus Claims Objection, solely as it relates to the claims filed by Redwood Recovery Services, LLC (Claim No. 6842) and Elevenhome Limited (Claim No. 6841), previously scheduled to be heard at the December 17 Hearing, has been adjourned to **January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the hearing on the *Debtors' Forty-*

*Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records)* [Docket No. 5161] (the "Forty-Ninth Omnibus Claims Objection"), solely as it relates to the claims filed by Bonnie Bonita Rose (Claim No. 2884), James and Anne Ladd (Claim No. 4722), William J. Futrell (Claim No. 725) and Virginia Mattson (Claim No. 3453), previously scheduled to be heard at the December 17 Hearing, has been adjourned to **January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Forty-Ninth Omnibus Claims Objection, solely as it relates to the claims filed by Irene Schmidt (Claim No. 2024) and Mary R. Biancavilla (Claim No. 4397), previously scheduled to be heard at the December 17 Hearing, has been adjourned to **January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the *Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records)* [Docket No. 5162] (the "Fiftieth Omnibus Claims Objection"), solely as it relates to the claims filed by Stewart Title Guaranty Company (Claim No. 1400) and Gerald Gandrup (Claim No. 4167), previously scheduled to be heard at the December 17 Hearing, has been adjourned to **January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "January 30 Hearing").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Fiftieth Omnibus Claims Objection, solely as it relates to the claim filed by Guerrino Degli Esposti (Claim No. 2104), previously scheduled to be heard at the December 17 Hearing, has been adjourned to **January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "January 9 Hearing", and together with the January 30 Hearing, the "Hearings").

**PLEASE TAKE FURTHER NOTICE** that the Hearings will be heard before

the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of

New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York,

New York 10004.

Dated: December 13, 2013
      New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*