## Schedule A

**Residential Capital, LLC**
**Schedule A - Summary of Transitory Timekeepers**
**4th Fee Application - May 2013 through August 2013**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 5/1/2013 | Chiu, Harry - [1] | 0.8 | Verify time exhibits for the January fee application for compliance with US Trustee guidelines. |
| 10 | 5/10/2013 | Lyman, Scott | 1.2 | Analyze variances between the SOAL as filed, liabilities subject to compromise and Debtors' books and records. |
| 17 | 7/9/2013 | Yozzo, John - [1] | 0.5 | Research recent ResCap bond prices to analyze price movements since filing. |
| 28 | 7/18/2013 | Lloyd, Brian | 0.7 | Review and revise search terms to correct syntax and coordinate with team on production of emails to JSNs. |
| 28 | 7/19/2013 | Chovatiya, Bharatkumar | 0.8 | Perform a quality check on the domain values for email productions to JSNs, and provide feedback. |
| 28 | 7/19/2013 | Lloyd, Brian | 0.6 | Create search term family in both staging and review casebooks for email productions to JSNs. |
| 28 | 7/22/2013 | Chovatiya, Bharatkumar | 1.1 | Analyze field values for text field "Domain - JP - 2013-07-19" in JSN email discovery universe, and prepare report based on search values. |
| 28 | 7/22/2013 | Lloyd, Brian | 1.5 | Organize workflow teams, outline and review templates for JSN email searches. |
| 28 | 8/1/2013 | Vutukuru, Saiabhinav | 0.9 | Perform quality control review of FTI email productions to JSNs (first batch), verify deliverables against technical specifications and provide final sign-off on completion. |
| 28 | 8/2/2013 | Vutukuru, Saiabhinav | 0.9 | Perform quality control review of FTI email productions to JSNs (second batch), verify deliverables against technical specifications and provide final sign-off on completion. |
| 28 | 8/2/2013 | Vutukuru, Saiabhinav | 0.9 | Perform quality control review of FTI email productions to JSNs (third batch), verify deliverables against technical specifications and provide final sign-off on completion. |
| 28 | 8/4/2013 | Vutukuru, Saiabhinav | 0.9 | Perform quality control review of FTI email productions to JSNs (fourth batch), verify deliverables against technical specifications and provide final sign-off on completion. |
| 28 | 8/5/2013 | O'Malley, Stephen | 1.1 | Review and provide guidance re: draft memo outlining steps taken to cull and process data for review prior to production to JSNs. |

Notes:
(1) - Upon further review, FTI agrees to reduce in full allowable time by 1.3 hours ($728.50 in fees) related to transitory work performed by J. Yozzo and H. Chiu

## Schedule B

Residential Capital, LLC
Schedule B - Objected Travel Expenses by Professional and Purpose
4th Fee Application - May 2013 through August 2013

| | | NYC Expenses | | | | |
|---|---|---|---|---|---|---|
| | Travel to Client Site | Internal/Counsel Meetings | Key Pre-Petition Personnel | Court Attendance | UCC Meetings | Total Expenses |
| Greenspan, Ron | $ - | $ 1,679.00 | $ - | $ - | $ - | $ 1,679.00 |
| Khairoullina, Kamila - [1] | 2,556.79 | 193.68 | - | - | - | 2,750.47 |
| Nolan, William J. | 2,198.93 | - | 19,637.25 | - | - | 21,836.18 |
| Renzi, Mark A | 1,544.74 | - | 25,286.41 | - | - | 26,831.15 |
| Talarico, Michael J | 6,289.69 | 11,507.51 | - | 1,070.98 | 8,941.71 | 27,809.89 |
| Witherell, Brett | 5,598.40 | 11,545.80 | - | 1,461.36 | 4,011.70 | 22,617.26 |
| Total | 18,188.55 | 24,925.99 | 44,923.66 | 2,532.34 | 12,953.41 | 103,523.95 |
| Proposed Disallowable Amount - [2] | - | (24,732.31) | - | (2,532.34) | (12,953.41) | (40,218.06) |
| **Allowable Amount** | **$ 18,188.55** | **$ 193.68** | **$ 44,923.66** | **$ -** | **$ -** | **$ 63,305.89** |

Notes:
(1) - K. Khairoullina is a New York based professional. Her expenses in New York include meals and transportation while working late in the office and have been included in the Allowable Amount category.
(2) - Upon further review, FTI agrees to reduce expenses by $40,218.06 related to travel expenses to New York by post-petition personnel for internal meetings, meetings with Counsel, court attendance, and meetings with the UCC.

# Schedule C

**Residential Capital, LLC**
**Schedule C - Summary of Summer Associate Timekeepers**
**4th Fee Application - May 2013 through August 2013**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 11 | 6/4/2013 | Phung, Eric | 4.0 | Prepare monthly operating report template for Debtors. |
| 11 | 6/5/2013 | Phung, Eric | 1.0 | Continue to prepare monthly operating report template for transition to Debtors finance team. |
| 11 | 6/6/2013 | Phung, Eric | 3.0 | Continue to prepare monthly operating report template for transition to Debtors finance team. |
| 12 | 6/6/2013 | Phung, Eric | 2.0 | Prepare a summary of the cash collateral request for the UCC. |
| 12 | 6/7/2013 | Phung, Eric | 3.6 | Prepare expense and recovery assumption exhibit for the state of the Estate presentation to the UCC. |
| 12 | 6/7/2013 | Phung, Eric | 2.4 | Update Estate update presentation for the UCC based on comments received. |
| 20 | 6/7/2013 | Phung, Eric - [1] | 1.0 | Update critical work streams calendar. |
| 12 | 6/10/2013 | Phung, Eric | 2.3 | Revise Estate wind down presentation for the UCC with updated schedules. |
| 15 | 6/10/2013 | Phung, Eric | 3.1 | Update asset recoveries schedule and expenses. |
| 20 | 6/10/2013 | Phung, Eric - [1] | 2.4 | Update the case calendar of critical workstreams. |
| 12 | 6/11/2013 | Phung, Eric | 3.6 | Update schedules for Estate presentation for the UCC. |
| 12 | 6/11/2013 | Phung, Eric | 3.1 | Verify the state of the Estate presentation to supporting schedules. |
| 12 | 6/11/2013 | Phung, Eric | 3.7 | Revise the state of the Estate presentation for additional data. |
| 12 | 6/11/2013 | Phung, Eric | 3.6 | Revise expense and recovery assumptions in state off the Estate presentation. |
| 12 | 6/12/2013 | Phung, Eric | 3.8 | Update schedules for Estate presentation/Waterfall for Debtors. |
| 12 | 6/12/2013 | Phung, Eric | 1.5 | Verify the Estate presentation to supporting schedules. |
| 12 | 6/12/2013 | Phung, Eric | 3.4 | Prepare chart to be used in state of the Estate presentation. |
| 12 | 6/13/2013 | Phung, Eric | 1.4 | Revise expense and recovery assumptions in estate presentation. |
| 12 | 6/13/2013 | Phung, Eric | 2.9 | Verify the state of the Estate presentation schedules to check for accuracy. |
| 12 | 6/13/2013 | Phung, Eric | 1.8 | Update waterfall schedules for the update of the Estate presentation. |
| 12 | 6/13/2013 | Phung, Eric | 2.9 | Incorporate updates to the exhibits for the state of the Estate presentation. |
| 12 | 6/14/2013 | Phung, Eric | 3.4 | Revise expense and recovery assumptions in Estate presentation. |
| 12 | 6/14/2013 | Phung, Eric | 0.3 | Update schedules to be used in state of the Estate presentation. |
| 12 | 6/14/2013 | Phung, Eric | 3.2 | Perform detailed quality check of state of the Estate presentation. |
| 18 | 6/14/2013 | Phung, Eric | 1.3 | Participate in call regarding waterfall outputs with J. Horner (Debtors). |
| 18 | 6/14/2013 | Phung, Eric | 2.4 | Perform detailed quality check of waterfall analysis. |
| 12 | 6/17/2013 | Phung, Eric | 1.3 | Prepare support documentation for upcoming UCC meeting. |
| 12 | 6/17/2013 | Phung, Eric | 1.6 | Update schedules for waterfall analysis and state of the Estate presentation. |
| 12 | 6/18/2013 | Phung, Eric | 3.9 | Update support documentation to be used in the upcoming UCC meeting. |
| 12 | 6/18/2013 | Phung, Eric | 3.2 | Peform quality check of asset balances and recovery assumptions for the state of the Estate presentation. |
| 12 | 6/18/2013 | Phung, Eric | 3.4 | Peform quality check of wind down expenses for the state of the Estate presentation. |
| 12 | 6/18/2013 | Phung, Eric | 2.1 | Continue to update support documentation to be used in the upcoming UCC meeting. |
| 17 | 6/18/2013 | Phung, Eric | 2.5 | Continue to update support documentation to be used in the upcoming UCC meeting. |
| 18 | 6/19/2013 | Phung, Eric | 0.8 | Prepare variance analysis of expenses to prior version of the waterfall analysis. |
| 12 | 6/20/2013 | Phung, Eric | 0.6 | Update schedules for waterfall analysis and state of the Estate presentation. |
| 18 | 6/20/2013 | Phung, Eric | 2.8 | Continue to prepare variance analysis of expenses to prior version of waterfall model. |
| 17 | 6/24/2013 | Curry, Grace | 3.0 | Quality check individual legal entities for the liquidation analysis. |
| 12 | 6/24/2013 | Phung, Eric | 2.1 | Update source material for the state of the Estate presentation. |
| 17 | 6/24/2013 | Phung, Eric | 1.4 | Perform detailed quality check of liquidation analysis schedules. |
| 17 | 6/24/2013 | Vellante, Maria - [1] | 2.1 | Prepare schedule open items and timeline of deliverables for the Plan. |
| 20 | 6/25/2013 | Curry, Grace - [1] | 1.4 | Update project management workplans for critical tasks. |
| 12 | 6/25/2013 | Phung, Eric | 3.1 | Update source material for the state of the Estate presentation. |
| 17 | 6/25/2013 | Phung, Eric | 1.3 | Perform detailed quality check of liquidation analysis schedules. |
| 17 | 6/25/2013 | Phung, Eric - [1] | 3.3 | Prepare a near term deliverables calendar. |
| 17 | 6/25/2013 | Vellante, Maria | 1.7 | Prepare write-up of certain assumptions for the liquidation analysis. |
| 17 | 6/26/2013 | Curry, Grace | 1.9 | Perform detailed quality check of individual entities for the recovery analysis. |
| 17 | 6/26/2013 | Curry, Grace | 2.1 | Continue to perform detailed quality check of individual entities for the recovery analysis. |
| 17 | 6/26/2013 | Curry, Grace | 3.7 | Update schedules for the liquidation analysis. |
| 17 | 6/26/2013 | Curry, Grace | 1.9 | Continue to update schedules for the liquidation analysis. |

| | | | | |
|---|---|---|---|---|
| 6 | 6/26/2013 | Gross, Robert | 2.2 | Review contracts to be terminated and update contracts database. |
| 6 | 6/26/2013 | Gross, Robert | 2.5 | Continue to read and analyze contracts to be terminated and update contracts database. |
| 6 | 6/26/2013 | Gross, Robert | 2.0 | Prepare summary chart documenting contracts to be terminated. |
| 6 | 6/26/2013 | Phung, Eric | 2.1 | Perform detailed review of the executory contracts for contract term dates and agreements. |
| 6 | 6/26/2013 | Phung, Eric | 3.8 | Perform detailed review of the executory contracts to match the parties involved with their respective legal entities. |
| 17 | 6/26/2013 | Phung, Eric | 1.9 | Update liquidation analysis schedules to be used in the body of the disclosure statement. |
| 20 | 6/26/2013 | Phung, Eric -[1] | 1.6 | Update calendar of near term deliverables. |
| 6 | 6/27/2013 | Gross, Robert | 2.3 | Incorporate updates to the summary chart documenting contracts to be terminated. |
| 6 | 6/27/2013 | Phung, Eric | 2.4 | Perform detailed review of the executory contracts for contract term dates, agreements, and the parties involved. |
| 17 | 6/27/2013 | Phung, Eric | 2.3 | Prepare legal entity schedules for population in the liquidation analysis. |
| 17 | 6/28/2013 | Phung, Eric | 3.8 | Update legal entity schedules for the Chapter 7 liquidation analysis. |
| 17 | 6/28/2013 | Phung, Eric | 0.7 | Continue to update legal entity schedules for the Chapter 7 liquidation analysis. |
| 17 | 6/28/2013 | Phung, Eric | 3.9 | Update legal entity schedules for the recovery analysis. |
| 17 | 7/1/2013 | Phung, Eric | 2.3 | Quality control liquidation analysis asset recoveries to ensure recoveries are consistent with supporting schedules. |
| 17 | 7/2/2013 | Phung, Eric | 2.2 | Reconcile asset recovery analysis to supporting schedules. |
| 17 | 7/2/2013 | Phung, Eric | 1.6 | Tie each legal entity in liquidation and recovery analyses to supporting schedules. |
| 17 | 7/2/2013 | Phung, Eric | 3.3 | Tie out claims between Disclosure Statement and liquidation analysis back to term sheet. |
| 17 | 7/2/2013 | Phung, Eric | 3.8 | Create tie binder with support for Liquidation and Recovery Analyses. |
| 20 | 7/2/2013 | Phung, Eric -[1] | 1.0 | Participate in meeting to discuss case updates and new Plan and supporting analysis. |
| 17 | 7/3/2013 | Phung, Eric | 2.8 | Analyze liquidation analysis schedules to check for accuracy. |
| 17 | 7/8/2013 | Curry, Grace | 1.9 | Compile supporting documentation related to liquidation analysis included in 7/3/13 Disclosure Statement. |
| 17 | 7/8/2013 | Curry, Grace | 2.1 | Perform research regarding assumptions in the liquidation analysis. |
| 18 | 7/8/2013 | Curry, Grace | 1.9 | Research intercompany and equity pledge agreements for entities included in waterfall analysis. |
| 17 | 7/8/2013 | Phung, Eric | 0.9 | Tie supporting documentation to Disclosure Statement to check for accuracy. |
| 6 | 7/9/2013 | Curry, Grace | 3.0 | Research relevant court order filings regarding use of cash collateral and funding of advances. |
| 17 | 7/9/2013 | Curry, Grace | 3.8 | Perform research re: sale prices of loan origination and mortgage servicing. |
| 17 | 7/9/2013 | Curry, Grace | 1.3 | Work on further development of supporting documentation for liquidation and recovery analyses in Disclosure Statement. |
| 17 | 7/9/2013 | Curry, Grace | 1.8 | Compile and summarize additional documents to be included in Liquidation and Recovery Analysis support schedules. |
| 1 | 7/9/2013 | Phung, Eric | 0.8 | Update cash collateral support documentation for bankruptcy court. |
| 20 | 7/9/2013 | Phung, Eric -[1] | 1.1 | Participate in discussion of case updates and new Plan and Disclosure Statement. |
| 20 | 7/9/2013 | Phung, Eric -[1] | 1.3 | Update liquidating Estate presentation for internal use. |
| 1 | 7/10/2013 | Curry, Grace | 1.4 | Prepare summary of the latest cash collateral stipulation to distribute to team members. |
| 21 | 7/10/2013 | Phung, Eric -[1] | 2.4 | Attend bankruptcy court for Debtors' use of cash collateral. |
| 2 | 7/11/2013 | Curry, Grace | 1.4 | Update DIP weekly and monthly amounts in the Advance/DIP analysis. |
| 2 | 7/11/2013 | Curry, Grace | 3.8 | Update DIP weekly and monthly advance analysis & create a weekly cumulative amount field for each week in the specified period. |
| 2 | 7/11/2013 | Curry, Grace | 2.2 | Update DIP weekly and monthly advance analysis including cumulative weekly amounts. |
| 2 | 7/11/2013 | Phung, Eric | 0.7 | Verify that cash flow variances tie to support schedules. |
| 23 | 7/11/2013 | Phung, Eric | 2.5 | Work on true-up to discover missing investor numbers. |
| 15 | 7/12/2013 | Phung, Eric | 2.4 | Incorporate revisions to executory contracts documents for accuracy. |
| 15 | 7/15/2013 | Phung, Eric | 2.9 | Create a discounted cash flow of recoverable asset values for purposes of calculating tax liability upon transfer to liquidating trust. |
| 15 | 7/15/2013 | Phung, Eric | 3.3 | Build a supporting schedule for the discounted cash flow. |
| 9 | 7/16/2013 | Phung, Eric | 3.7 | Determine weighted average cost of capital for discount rate for tax analysis. |
| 15 | 7/16/2013 | Phung, Eric | 2.3 | Reconcile cash flows to calculate total recovery percentage. |
| 17 | 7/16/2013 | Phung, Eric | 2.3 | Reconcile asset recoveries forecast to discounted cash flow recovery schedule. |
| 12 | 7/17/2013 | Phung, Eric | 3.9 | Update schedules to be presented in senior unsecured notes meeting. |
| 12 | 7/17/2013 | Phung, Eric | 3.7 | Prepare support documentation binder for meeting with senior unsecured notes. |
| 12 | 7/17/2013 | Phung, Eric | 3.1 | Reconcile SUN documents to supporting schedules. |
| 2 | 7/18/2013 | Curry, Grace | 1.8 | Incorporate updates to the DIP weekly and monthly advance analysis including cumulative weekly amounts. |
| 2 | 7/18/2013 | Curry, Grace | 4.0 | Create analysis of Revolver advances. |
| 12 | 7/18/2013 | Phung, Eric | 3.6 | Research documents for junior secured notes presentation and cash collateral. |
| 12 | 7/18/2013 | Phung, Eric | 3.1 | Continue to compile support documentation and schedules for meeting with senior unsecured notes. |

| | | | | | |
|---|---|---|---|---|---|
| 2 | 7/19/2013 | Curry, Grace | | 3.1 | Prepare presentation regarding the cash collateral stipulation. |
| 2 | 7/19/2013 | Curry, Grace | | 2.7 | Incorporate updates to the presentation regarding the cash collateral stipulation. |
| 16 | 7/19/2013 | Stolarz, Alexander | | 2.9 | Analyze contracts for contract rejection motion. |
| 16 | 7/19/2013 | Stolarz, Alexander | | 3.1 | Analyze contracts for contract rejection motion. |
| 17 | 7/22/2013 | Curry, Grace | | 4.0 | Update report related to excluded deals and verify to supporting data. |
| 17 | 7/22/2013 | Curry, Grace | | 1.7 | Continue to incorporate updates to report related to excluded deals. |
| 17 | 7/22/2013 | Curry, Grace | | 2.7 | Incorporate revisions to the Excluded Deals Report. |
| 2 | 7/23/2013 | Curry, Grace | | 2.0 | Create a Net Servicer Advance Analysis for JSN cash collateral tracking. |
| 12 | 7/23/2013 | Curry, Grace | | 4.0 | Prepare documents related to revised waterfall analysis to be shared in meetings with parties in interest. |
| 17 | 7/23/2013 | Curry, Grace | | 1.4 | Continue to make edits to the Excluded Deals report per comments from team members. |
| 2 | 7/24/2013 | Phung, Eric | | 3.7 | Compile historical variance analyses into one consolidated trending schedule. |
| 2 | 7/24/2013 | Phung, Eric | | 3.3 | Prepare analysis of changes to cash flow projections over time. |
| 2 | 7/25/2013 | Phung, Eric | | 2.6 | Continue to prepare compiled cash forecast and actual cash flow trending analyses. |
| 28 | 7/26/2013 | Phung, Eric | | 1.1 | Revise supporting documentation for upcoming mediation meetings per comments from team members. |
| 17 | 7/29/2013 | Phung, Eric | | 3.2 | Reconcile revised monthly reporting package to the disclosure statement budget. |
| 20 | 7/29/2013 | Phung, Eric - [1] | | 1.0 | Participate in meeting to discuss case updates and liquidation analysis update. |
| 28 | 7/29/2013 | Phung, Eric | | 1.9 | Summarize claims support documentation for 7/30/13 mediation meeting. |

Notes:
(1) - Upon further review, FTI agrees to reduce in allowable time by 18.6 hours ($3,225.00 in fees) related to training and non-essential work performed by summer associates.