MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:     (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON DECEMBER 18, 2013 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.       SETTLED/WITHDRAWN MATTERS**

**1.**     Twenty-Second Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4199]

   **Related Document(s)**:

   **a.**     Order Establishing Procedures for the Adjudication of the Claims of William and Keiran Walker, Freddie Scott, Ron Bejarano, and Paul and Marge Pfunder in Connection with the Debtors' Twenty-Second, Twenty-Seventh, and Thirtieth Omnibus Objections to Claims [Docket No. 5390]

ny-1122205

**Response(s)**:

a.     Response of William C. and Keiran J. Walker to Twenty-Second Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 5314]

**Status**:     This matter, solely as it relates to the claim filed by William C. and Keiran J. Walker, has been settled. No hearing is required.

2. Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 4887]

**Related Document(s)**:

a.     Order Establishing Procedures for the Adjudication of the Claims of William and Keiran Walker, Freddie Scott, Ron Bejarano, and Paul and Marge Pfunder in Connection with the Debtors' Twenty-Second, Twenty-Seventh, and Thirtieth Omnibus Objections to Claims [Docket No. 5390]

b.     Motion of Ron Bejarano for Request to Withdraw Claim No. 604 [Docket No. 5607]

**Response(s)**:

a.     Answer of Ron Bejarano to Motion for Request to Disallow or Expunge Claim [Docket No. 5167]

**Status**:     The claim filed by Ron R. Bejarano has been withdrawn. No hearing is required.

II.     **EVIDENTIARY HEARING**

1. Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 4887]

**Related Document(s)**:

a.     Order Establishing Procedures for the Adjudication of the Claims of William and Keiran Walker, Freddie Scott, Ron Bejarano, and Paul and Marge Pfunder in Connection with the Debtors' Twenty-Second, Twenty-Seventh, and Thirtieth Omnibus Objections to Claims [Docket No. 5390]

**Response(s)**:

a.     Response of Paul and Marge Pfunder to Disallowance of Claim [Docket No. 5259]

b.     Paul and Marge Pfunder's Statement of Position [Docket No. 5664]

**Replies**:

a. Debtors' Omnibus Reply in Support of Debtors Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims Books and Records) [Docket No. 5297]

b. Debtors' Memorandum of Law in Further Support of Debtors' Thirtieth Omnibus Objection to Claims of Ron Bejarano (Claim No. 604) and Paul and Marge Pfunder (Claim No. 1430) [Docket No. 5548]

**Status**: The evidentiary hearing on this matter will be going forward.

Dated: December 16, 2013　　　　/s/ Norman S. Rosenbaum
　　　　New York, New York　　　　Gary S. Lee
　　　　　　　　　　　　　　　　Norman S. Rosenbaum
　　　　　　　　　　　　　　　　Jordan A. Wishnew
　　　　　　　　　　　　　　　　MORRISON & FOERSTER LLP
　　　　　　　　　　　　　　　　1290 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, New York 10104
　　　　　　　　　　　　　　　　Telephone: (212) 468-8000
　　　　　　　　　　　　　　　　Facsimile: (212) 468-7900

　　　　　　　　　　　　　　　　*Counsel for the Debtors and Debtors in Possession*