Basic Life Resources
Email: BasicLifeR@aol.com
Phone: 425-314-1919
Pamela Z. Hill
6675 Wahl Road
Freeland, Washington 98249
Email: Pamela@WhidbeyViewHomes.com
Phone: 360-678-2095/360-320-2411
Mailing Address:
P.O. Box 665
Coupeville, WA 98239

Objection Date: December 13, 2013
Hearing Date:    December 20, 2013

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | )<br>)  Case No. 12-12020 (MG)<br>)  Chapter 11<br>)  Jointly Administered<br>)<br>)  BASIC LIFE RESOURCES/PAMELA Z. HILL<br>)      JOINT OBJECTION<br>)  RE:  DISPUTED CLAIMS RESERVE |

To:     Clerk of the Court
And to: Morrison & Foerster LLP
        Kramer Levin Naftalis & Frankel, LLP
        Courtesy copies (2) Chambers of Hon. Martin Glenn

COME NOW Basic Lifer Resources ("BLR") and Pamela Z. Hill ("Hill"), each *pro se*, and Jointly OBJECT to the PROPONENTS' MOTION FOR AN ORDER ESTABLISHING THE DISPUTED CLAIMS RESERVE, etc., Doc. 6020-1, as applicable to the Claims of Record initially set forth as Claims No. 2427 and No. 2429 respectively; all as further described in pleadings on file with the Clerk of this Court and further in the documents submitted to this Court for hearing November 15, 2013; and once again either not filed, not properly filed or copies thereof incorrectly filed and in any event submitted to the Court for hearing thereafter, with BLR objections (2) beforehand noted to Norman S. Rosenbaum of Morrison & Foerster.

The Court has yet to render its decision in any manner concerning the BLR (and collaterally and incidentally, Hill) matter presented and heard November 15, 2013.

BLR/Hill Claims Reserve Objections
Page 1

Until the Court renders its decision on matters before the Court upon which said hearing was held on November 15, 2013, your Joint Objectors have no basis upon which they can meaningfully file a response to the said Motion at issue at the present; and therefore Object at this time and for this Hearing as to any effect it may or may not have on BLR or Hill..

Dated this 12th day of December 2013.

Basic Life Resources, *pro se*

By: _____
Michael M. Moore
Its: Managing Director

_____
Pamela Z. Hill, *pro se*