# Becky A. Spence

December 16, 2013

To: Honorable Judge Martin Glenn
    United States Bankruptcy Court
    Southern District of New York
    Fax 212-668-5614

From: Becky Spence
     PO Box 10634
     Springfield, MO 65808

RE: Case # 12-12020 (MG)  Claim # 3838
     Spence vs. Homecomings/Residential Capital LLC

     Requesting Court Call Fee Waiver

Dear Honorable Judge Glenn,

I am requesting a "Fee Waiver" to use court call for hearings concerning the above referenced
case due to the fact that I am currently in Bankruptcy. Case # 13-60029-abf11 of the United States
Bankruptcy Court for the Western District of Missouri Southern District.

Thank you for your kind consideration.

**MEMORANDUM ENDORSED.
IT IS SO ORDERED. FEE WAIVER
IS GRANTED.**

Sincerely,

Becky Spence

417-889-7733
417-889-7755 fax
Becky@417elite.com

**12/16/2013**

                                 /s/Martin Glenn
                         UNITED STATES BANKRUPTCY JUDGE