MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARINGS ON DEBTORS'
THIRTY-SIXTH, FIFTIETH AND FIFTY-FIRST OMNIBUS
OBJECTIONS TO CLAIMS AGAINST CERTAIN CLAIMANTS**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Thirty-Sixth Omnibus Objection to Claims (Misclassified and Wrong Debtor Borrower Claims)* [Docket No. 5138] (the "Thirty-Sixth Omnibus Claims Objection"), solely as it relates to the claim filed by Rhonda Deese (Claim No. 4927), previously scheduled be heard on December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time) (the "December 17 Hearing"), has been adjourned to **January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the *Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records)* [Docket No. 5162] (the "Fiftieth Omnibus Claims Objection"), solely as it relates to the claim filed by Philip G. Wright (Claim No. 4600), previously scheduled to be heard at the December 17 Hearing, has

ny-1122336

been adjourned to **January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "January 9 Hearing").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the *Debtors' Fifty-First Omnibus Objection to Claims (Borrower Books and Records Claims - Res Judicata and Wrong Debtor)* [Docket No. 5646] (the "Fifty-First Omnibus Claims Objection"), solely as it relates to the claims Jamie L. and Gary D. Gindele (Claim Nos. 5422 and 5431), previously scheduled to be heard at the December 17 Hearing, has been adjourned to **January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "January 30 Hearing", and together with the January 9 Hearing, the "Hearings").

**PLEASE TAKE FURTHER NOTICE** that the Hearings will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

| | |
|---|---|
| Dated: December 16, 2013<br>New York, New York | /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the Debtors and Debtors in Possession* |

ny-1122336