**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: ) | Case No. 12-12020 (MG) |
| ) | |
| **RESIDENTIAL CAPITAL, LLC., et al.** ) | Chapter 11 |
| ) | |
| Debtors ) | Jointly Administered |
| ) | |

## MOTION FOR CONTINUANCE OF HEARING
## REGARDING DEBTORS' OBJECTIONS TO THE ESTATE'S PROOF OF CLAIM

COMES NOW Karen Mitchell-Smith, appearing pro se on behalf of the Estate of Felecia V. Mitchell ("Estate"), Creditor, and respectfully MOVES this Court for a Continuance of the Hearing on Debtors' Objections to Estate's Claim in the above-captioned Case until at least **January 1, 2014**. Originally, there was a Hearing on this matter scheduled for December 11, 2013, but, by means of a Notice of Adjournment of Hearing Scheduled for December 11, 2013 to December 17, 2013 at 10:00 A.M. (Prevailing Eastern Time) (copy attached), this date was changed, unilaterally and for reasons unknown, to December 17, 2013. In order to attend the Hearing on the original date of December 11, 2013, Ms. Mitchell-Smith rescheduled her ongoing Cancer treatment from the week of December 9-13, 2013 until the week of December 16-20, 2013. All relevant Parties have previously been informed of this fact. In light of the Notice of Adjournment, Ms. Mitchell-Smith has attempted to reschedule her treatment for a late date in December but without success as any future rescheduling would conflict with her doctors' future cancer treatment plans through the end of the year. As such, she is unable to attend any Hearing on December 17, 2013 or any other date until the end of the year. The reasons for her need for a Continuance are further developed below:

RECEIVED DEC 16 2013

1. Ms. Mitchell-Smith is a 70 year-old woman. She currently resides in Hampton, Georgia. Ms. Mitchell-Smith has been appointed Acting Administratrix for the Estate of her mother, Felecia V. Mitchell. The Estate has filed a Proof of Claim against GMAC Mortgage, LLC.

2. Since the time of her appointment, Ms. Mitchell-Smith has been diagnosed with Stage 3 to Stage 4 Skin Cancer. Over the better part of a year, she has been undergoing treatment for this cancer. This treatment requires her to undergo procedures periodically. Her doctors have proposed several treatment options including surgery, chemotherapy, and radiation.

3. Unfortunately, the rescheduled Hearing date of December 17, 2013 falls in the midst of Ms. Mitchell-Smith's rescheduled treatments for her Skin Cancer. Her current series of treatments is scheduled to take place on December 16-20, 2013 and then again on December 26-27, 2013. Her doctors are trying to put as much of this treatment as possible on this insurance year. As such, she will be unable to attend any Hearing on December 17, 2013 or through the end of the year.

4. In order to attend the Hearing on the original date of December 11, 2013, Ms. Mitchell-Smith rescheduled her ongoing Cancer treatment from the week of December 9-13, 2013 until the week of December 16-20, 2013. This Court and all relevant Parties have previously been informed of this fact. In light of the Notice of Adjournment, Ms. Mitchell-Smith has attempted to reschedule her treatment for a late date in December but

without success as any future rescheduling would conflict with her doctors' future treatment plans through the end of the year. As such, she is unable to attend any Hearing on December 17, 2013 or any other date until the end of the year.

5. In the event that her health does not respond adequately to these treatments, Ms. Mitchell-Smith may have to resign her appointment as Administratrix of the Estate.

WHEREFORE, in light of her current cancer treatments and and her unsuccessful efforts to accommodate the new Hearing date, Karen Mitchell-Smith, appearing pro se on behalf of the Estate of Felecia V. Mitchell, does hereby respectfully MOVE this honorable Court for a Continuance of this Hearing until sometime after January 1, 2014.

Moreover, due to her ongoing cancer treatments, Ms. Mitchell-Smith will be unable to appear pro se in New York City on behalf of the Estate on the following dates as well:

January 9, 2014 thru January 20, 2014 (inclusive)

Any other Hearing dates in January 2014 should be acceptable.

Respectfully submitted,

*/s/ Karen Mitchell-Smith*
KAREN MITCHELL-SMITH
41 Rosedale Trace
Hampton, Georgia 30228
703-568-8124
**Administratrix Appearing Pro Se**

Date:   December 11, 2013