MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF DEBTORS' FIFTY-FIRST OMNIBUS
OBJECTION TO CLAIMS (BORROWER BOOKS AND RECORDS
CLAIMS – RES JUDICATA AND WRONG DEBTOR) SOLELY AS IT
RELATES TO THE CLAIM FILED BY TEDDY HALSTEAD (CLAIM NO. 2009)**

**PLEASE TAKE NOTICE** that the debtors and debtors in possession in the above-captioned bankruptcy cases (collectively, the "Debtors") withdraw, without prejudice, the *Debtors' Fifty-First Omnibus Objection to Claims (Borrower Books and Records Claims - Res Judicata and Wrong Debtor)* [Docket No. 5646] (the "Fifty-First Omnibus Claims Objection") against Teddy Halstead ("Mr. Halstead").

**PLEASE TAKE FURTHER NOTICE** that the withdrawal of the Fifty-First Omnibus Claims Objection as to Mr. Halstead does not constitute any admission or finding with respect to the allowance of Claim No. 2009 (the "Claim") filed by Mr. Halstead, and the Debtors reserve all rights to object to the Claim on any other basis at a future point in time.

ny-1122367

| | |
|---|---|
| Dated: December 16, 2013<br>New York, New York | /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the Debtors and*<br>*Debtors in Possession* |