Hearing Date:    January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Melissa A. Hager
Erica J. Richards

*Counsel for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON (i) DEBTORS'
OBJECTION TO PROOFS OF CLAIM FILED BY SHANE M. HAFFEY
AGAINST RESIDENTIAL CAPITAL, LLC (CLAIM NOS. 2582 AND 4402)
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULE 3007 AND (ii) DEBTORS' OBJECTION TO PROOFS OF
CLAIM FILED AGAINST RESIDENTIAL CAPITAL, LLC BY (I) RUTH ASSORGI
(CLAIM NO. 2580); (II) JOHN R. FOSTER AND ELIZABETH FOSTER (CLAIM NO.
2582) AND (III) MARK MOODY AND SHERRILL MOODY (CLAIM NO. 2583)
PURSUANT TO SECTION 502(B) OF THE BANKRUPTCY CODE AND
<u>BANKRUPTCY RULE 3007 TO JANUARY 30, 2014 AT 10:00 A.M.</u>**

**PLEASE TAKE NOTICE** that the hearing on the (i) *Debtors' Objection to Proofs of Claim Filed by Shane M. Haffey Against Residential Capital, LLC (Claim Nos. 2582 and 4402) Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007* [Docket No. 4838] (the "<u>Haffey Objection</u>") and (ii) *Debtors' Objection to Proofs of Claim Filed Against Residential Capital, LLC by (I) Ruth Assorgi (Claim No. 2580); (II) John R. Foster and Elizabeth Foster (Claim No 2582) and (III) Mark Moody and Sherrill Moody (Claim No. 2583)*

ny-1122070

*Pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007* [Docket No. 5163] (the "Assorgi, Foster and Moody Objection" and together with the Haffey Objection, the "Objections"), previously scheduled to be heard on December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated:  December 16, 2013　　　　　　　　　Respectfully submitted,
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　/s/ Norman S. Rosenbaum
　　　　　　　　　　　　　　　　　　　　　　　Gary S. Lee
　　　　　　　　　　　　　　　　　　　　　　　Norman S. Rosenbaum
　　　　　　　　　　　　　　　　　　　　　　　Melissa A. Hager
　　　　　　　　　　　　　　　　　　　　　　　Erica J. Richards
　　　　　　　　　　　　　　　　　　　　　　　MORRISON & FOERSTER LLP
　　　　　　　　　　　　　　　　　　　　　　　1290 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10104
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 468-8000
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 468-7900

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for the Debtors and*
　　　　　　　　　　　　　　　　　　　　　　　*Debtors in Possession*