**Objection Deadline: January 23, 2014**
**Reply Deadline: February 6, 2014**
**Hearing Date: February 20, 2014 at 10:00 a.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
Daniel J. Harris

*Counsel for the Debtors and
Debtors in Possession*

LOCKE LORD LLP
44 Montgomery Street, Suite 4100
San Francisco, California 94104
Telephone:     (415) 318-8810
Facsimile:     (415) 676-5816
Regina J. McClendon

*Special Litigation Counsel to the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:  )  <br> ) <br> RESIDENTIAL CAPITAL, LLC, et al.,  ) <br> ) <br> Debtors.  ) <br> ) | Case No. 12-12020 (MG) <br><br> Chapter 11 <br><br> Jointly Administered |

**NOTICE OF DEBTORS' OBJECTION TO AMENDED PROOFS OF CLAIM**
**FILED BY CERTAIN PLAINTIFFS IN CALIFORNIA LITIGATION**

**PLEASE TAKE NOTICE** that the undersigned have filed the attached *Objection to Amended Proofs of Claim Filed by Certain Plaintiffs in California Litigation* (the "Objection") in accordance with the *Scheduling Order For Objection to California Litigation Claims* [Docket No. 5965] (the "Stipulation").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Stipulation, a hearing on the Objection will take place on **February 20, 2014 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for

ny-1122441

the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Stipulation, responses, if any, to the Objection must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **January 23, 2014** upon (a) counsel to the Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attention: Gary S. Lee, Norman S. Rosenbaum, Jordan A. Wishnew, and Daniel J. Harris); (b) litigation counsel to the Debtors, Locke Lord LLP, 44 Montgomery Street, Suite 2400, San Francisco, CA 94104 (Attention: Regina J. McClendon); (c) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attention: Richard M. Cieri and Ray Schrock); and (d) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein, Douglas Mannal, and Elise Frejka).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Stipulation, replies to any responses must be filed so as to be received no later than **February 6, 2014**.

ny-1122441

Dated: December 16, 2013

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
Daniel J. Harris
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Debtors and
Debtors in Possession*

-and-

LOCKE LORD LLP
44 Montgomery Street, Suite 4100
San Francisco, California 94104
Telephone:    (415) 318-8810
Facsimile:    (415) 676-5816
Regina J. McClendon

*Special Litigation Counsel for the Debtors and
Debtors in Possession*

ny-1122441