# Schedule A

## Schedule A

| Claim No. | Claimant |
|---|---|
| 6893 | Deborah Albritton |
| 6894 | Christine Petersen |
| 6895 | Gloria Portillo |
| 6896 | Brenda Mella |
| 6897 | Ignacio Rodriguez |
| 6898 | Rosa Rodriguez |
| 6899 | Khalil Subat |
| 6900 | Manija Subat |
| 6901 | Maria Barajas |
| 6902 | Brian Foote |
| 6903 | Salvador Barajas |
| 6904 | Julio Gonzalez |
| 6905 | Michael Man |
| 6906 | Phyllis McCrea |
| 6907 | Yesenia Cruz |
| 6908 | Julio Del Cid |
| 6909 | Veronica Grey |
| 6910 | David Cruz |
| 6911 | Manuela Badilla |
| 6912 | Rick Albritton |
| 6913 | Marco Badilla |
| 6914 | Victor Pazos |
| 6915 | Alex Ibarra |
| 6916 | Christina Palbicke |
| 6917 | Martin Kassowitz |
| 6918 | Michael Moultrie |
| 6919 | Joselito Mella |
| 6920 | Mesbel Mohamoud |
| 6921 | Cecilia Chaube |
| 6922 | Irma Laredo |
| 6923 | Joellyn Johnson |
| 6924 | Shirley Kaplan |
| 6925 | Magdalena Avila |
| 6926 | Michael Brown |
| 6927 | Gary Johnson |
| 6928 | Gregory Buck |
| 6929 | Marcia Willoughby |
| 6930 | Henry Completo |
| 6931 | Judy Lim |
| 6932 | Terrell Sullivan |
| 6933 | Genevie Cabang |
| 6934 | Maria Elena Del Cid |

ny-1122439

| | |
|---|---|
| 6935 | Mary Serrano |
| 6936 | Willie Gilmore |
| 6937 | Lisa Simonyi |
| 6938 | Carolyn Hairston |
| 6939 | Robin Gaston |
| 6940 | Claudinette Brown |
| 6941 | Regina Faison |
| 6942 | Rick Ewald |
| 6943 | Florastene Holden |
| 6944 | Losi Elisa Jordan |
| 6945 | Jun O. Santos |
| 6946 | Rodelina Santos |
| 6947 | Sarah Sebagh |
| 6948 | Evelyn Ross |
| 6949 | Olan Ross |
| 6950 | Gricelda Ruano |

ny-1122439