# **EXHIBIT 1**

12-12020-mg    Doc 6130-3    Filed 12/16/13    Entered 12/16/13 20:53:24    Exhibit 1
Pg 1 of 3

ny-1107957

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING THE DEBTORS' OBJECTION TO AMENDED PROOFS OF CLAIM FILED BY CERTAIN PLAINTIFFS IN CALIFORNIA LITIGATION**

Upon the objection to the claims of the California Litigation Claimants (the "<u>Objection</u>")[1] filed by Residential Capital, LLC and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtor-in-possession, seeking entry of an order, pursuant to section 502(b) of the Bankruptcy Code, Rule 8(a) of the Federal Rules of Civil Procedure (the "<u>Federal Rules</u>"), Rule 9(b) of the Federal Rules, and Rule 3007(a) of the Federal Rules of Bankruptcy Procedure, disallowing and expunging the Amended Claims, all as more fully described in the Objection; and it appearing that this Court has jurisdiction to consider the Objection pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided; and it appearing that no other or further notice need be provided; and the Court having reviewed the Objection and the Horst Declaration, attached to the Objection as <u>Exhibit 2</u>; and having found and determined that the relief sought in the Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore:

**IT IS HEREBY ORDERED THAT**:

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

ny-1122429

1. The Objection is **SUSTAINED** and the relief requested in the Objection is granted to the extent provided therein.

2. The Amended Claims listed on Schedule A to the Objection are hereby disallowed and expunged in their entirety with prejudice.

3. Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is authorized and directed to expunge from the claims register the Amended Claims pursuant to this Order.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Objection.

5. This Order shall be a final order with respect to the Amended Claims.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: February __, 2013
      New York, New York

                                                               _____
                                                               UNITED STATES BANKRUPTCY JUDGE

ny-1122429