## EXHIBIT 5

ny-1107957

Claim #3517   Date Filed: 11/9/2012

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number:

### Homecomings Financial, LLC, Case No. 12-12042

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Carolyn Hairston

Name and address where notices should be sent:

Vito Torchia, Jr.
Brookstone Law, P.C.
4000 MacArthur Blvd. Suite 1110
Newport Beach, CA 92660

Telephone number: 800-946-8655      email: bankruptcy@brookstonelaw.com

Name and address where payment should be sent (if different from above):

Telephone number:                    email:

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:** _____
(*If known*)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed: $** 1,300,000

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Contingent Fraud Claim in litigation
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:**

___ ___ ___ ___

**3a. Debtor may have scheduled account as:**

_____
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**

_____
(See instruction #3b)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐Real Estate ☐Motor Vehicle ☐Other
**Describe:**

**Value of Property: $**_____ **Annual Interest Rate**_____% ☐Fixed ☐Variable
(when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim,**

if any: $_____                 **Basis for perfection:** _____

**Amount of Secured Claim: $**_____      **Amount Unsecured: $**_____

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.

$_____      (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9. Signature:** (See instruction #9) Check the appropriate box.
☐ I am the creditor.  ☑ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or  ☐ I am a guarantor, surety,
(Attach copy of power of attorney, if any.)      their authorized agent.      indorser, or other codebtor.
                         (See Bankruptcy Rule 3004.)    (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: Richard Sturdevant
Title: Attorney
Company: Brookstone Law, P.C.
Address and telephone number (if different from notice address above):

_____
(Signature)      11-8-12
(Date)

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**RECEIVED**

NOV 0 9 2012

KURTZMAN CARSON CONSULTANTS
**COURT USE ONLY**

Telephone number:              Email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18

1212042121109000000000063

## SUMMARY OF BASIS FOR CREDITOR'S CLAIM

Creditor is a Plaintiff in active litigation against Debtors. Because the complaint is voluminous at 111 pages long, Creditor is submitting this summary of the basis for the Creditor's claim per the instructions of the Notice of Deadlines for Filing Proofs of Claim. Plaintiff filed the initial complaint on May 9, 2012, in United States District Court, Central district of California—Western Division, Case No.: 12-5016-JAK (AGRx). The First Amended Complaint ("FAC") was filed on October 31, 2012. As of the date of this proof of claim, Defendants/Debtors GMAC Mortgage, LLC, GMAC-RFC Holding Residential Funding Company, LLC, Home Connects Lending Services, LLC, Homecomings Financial, LLC, Executive Trustee Services, LLC, Residential Funding Company, LLC, Residential Capital, LLC, Residential Funding Real Estate Holdings, LLC, and Residential Mortgage Real Estate Holdings, LLC (collectively referred to as "Defendants") have not responded to Plaintiff's FAC.

Plaintiff alleges the following causes of actions: (1) fraudulent concealment pursuant to California Civil Code (Civil Code) sections 1572, 1709 and 1710; (2) intentional misrepresentations pursuant to Civil Code sections 1572, 1709, and 1710; (3) negligent misrepresentations pursuant to Civil Code sections 1572, 1709, and 1710; (4) unfair competition pursuant to California Business and Professions Code section 17200; (5) wrongful foreclosure pursuant to Civil Code section 2924; and (6) improper influence over appraiser pursuant to Civil Code section 1090.5.

Plaintiff claims the Defendants set out upon a massive and centrally-directed fraud by which Defendants (1) placed Plaintiff into loans which Defendants *knew* Plaintiff could not afford and would default upon to a mathematical certainty, (2) abandoned industry-standard underwriting guidelines, (3) concealed/ misrepresented the terms of their loans to Plaintiff to induce unwitting consent, and (4) intentionally inflated the appraisal values of homes throughout California in a market-fixing scheme –*knowing that their scheme would cause the precipitous decline in values of all homes throughout California*, including those of Plaintiff's. Plaintiff seeks monetary damages of approximately $1.3 million dollars.