# **EXHIBIT 6**

ny-1107957

**Claims Asserted Against Executive Trustee Services, LLC**

| Claim No. | Claimant Name | Claim No. | Claimant Name |
|---|---|---|---|
| 3432 | Alex Ibarra | 3188 | Martin Kassowitz |
| 3473 | Brenda Mella | 3179 | Mary Serrano |
| 3422 | Brian Foote | 3167 | Mesbel Mohamoud |
| 3524 | Carolyn Hairston | 3153 | Michael Brown |
| 3122 | Cecilia Chaube | 3143 | Michael Man |
| 2982 | Christina Palbicke | 3125 | Michael Moultrie |
| 3416 | Christine Petersen | 3113 | Olan Ross |
| 3402 | Claudinette Brown | 3100 | Patrick Gaston |
| 3255 | David Cruz | 3092 | Phyllis McCrea |
| 3062 | Deborah Albritton | 3081 | Regina Faison |
| 3002 | Evelyn Ross | 3075 | Rick Albritton |
| 3015 | Florastene Holden | 3061 | Rick Ewald |
| 2911 | Franco Soro | 3046 | Robin Gaston |
| 3395 | Gary Johnson | 3039 | Rodelina Santos |
| 3201 | Genevie Cabang | 3028 | Rosa Rodriguez |
| 3386 | Gloria Portillo | 3007 | Salvador Barajas |
| 3378 | Gregory Buck | 2981 | Sarah Sebagh |
| 3369 | Gricelda Ruano | 2994 | Shirley Kaplan |
| 3360 | Henry Completo | 2969 | Terrell Sullivan |
| 3353 | Ignacio Rodriguez | 2955 | Veronica Grey |
| 3343 | Irma Laredo | 2946 | Victor Pazos |
| 3159 | Joellyn Johnson | 2939 | William Mimiaga |
| 3330 | Joselito Mella | 2930 | Willie Gilmore |
| 3321 | Judy Lim | 2922 | Yesenia Cruz |
| 3315 | Julio Del Cid | | |
| 2899 | Julio Gonzalez | | |
| 3304 | Jun O. Santos | | |
| 3294 | Khalil Subat | | |
| 3247 | Lisa Simonyi | | |
| 3286 | Lois Elisa Jordan | | |
| 3276 | Magdalena Avila | | |
| 3269 | Manija Subat | | |
| 3241 | Manuela Badilla | | |
| 3223 | Marcia Willoughby | | |
| 3216 | Marco Badilla | | |
| 3206 | Maria Barajas | | |
| 3194 | Maria Elena Del Cid | | |

**Claims Asserted Against GMAC Mortgage, LLC**

| Claim No. | Claimant Name | Claim No. | Claimant Name |
|---|---|---|---|
| 3435 | Alex Ibarra | 3185 | Martin Kassowitz |
| 3470 | Brenda Mella | 3174 | Mary Serrano |
| 3425 | Brian Foote | 3163 | Mesbel Mohamoud |
| 3118 | Cecilia Chaube | 3157 | Michael Brown |
| 2991 | Christina Palbicke | 3141 | Michael Man |
| 3413 | Christine Petersen | 3130 | Michael Moultrie |
| 3403 | Claudinette Brown | 3116 | Olan Ross |
| 3257 | David Cruz | 3107 | Patrick Gaston |
| 3078 | Deborah Albritton | 3090 | Phyllis McCrea |
| 3006 | Evelyn Ross | 3080 | Regina Faison |
| 3020 | Florastene Holden | 3069 | Rick Albritton |
| 2907 | Franco Soro | 3058 | Rick Ewald |
| 3397 | Gary Johnson | 3048 | Robin Gaston |
| 3230 | Genevie Cabang | 3037 | Rodelina Santos |
| 3388 | Gloria Portillo | 3030 | Rosa Rodriguez |
| 3376 | Gregory Buck | 3010 | Salvador Barajas |
| 3371 | Gricelda Ruano | 2979 | Sarah Sebagh |
| 3362 | Henry Completo | 3000 | Shirley Kaplan |
| 3351 | Ignacio Rodriguez | 2968 | Terrell Sullivan |
| 3341 | Irma Laredo | 2957 | Veronica Grey |
| 3169 | Joellyn Johnson | 2948 | Victor Pazos |
| 3327 | Joselito Mella | 2941 | William Mimiaga |
| 3325 | Judy Lim | 2932 | Willie Gilmore |
| 3313 | Julio Del Cid | 2921 | Yesenia Cruz |
| 2901 | Julio Gonzalez | | |
| 2902 | Julio Gonzalez | | |
| 3302 | Jun O. Santos | | |
| 3296 | Khalil Subat | | |
| 3245 | Lisa Simonyi | | |
| 3284 | Lois Elisa Jordan | | |
| 3274 | Magdalena Avila | | |
| 3267 | Manija Subat | | |
| 3252 | Manuela Badilla | | |
| 3225 | Marcia Willoughby | | |
| 3214 | Marco Badilla | | |
| 3205 | Maria Barajas | | |
| 3196 | Maria Elena Del Cid | | |

**Claims Asserted Against GMAC-RFC Holding Company, LLC**

| Claim No. | Claimant Name | Claim No. | Claimant Name |
|---|---|---|---|
| 3430 | Alex Ibarra | 3190 | Martin Kassowitz |
| 3476 | Brenda Mella | 3181 | Mary Serrano |
| 3420 | Brian Foote | 3170 | Mesbel Mohamoud |
| 3533 | Carolyn Hairston | 3154 | Michael Brown |
| 3108 | Cecilia Chaube | 3147 | Michael Man |
| 2989 | Christina Palbicke | 3123 | Michael Moultrie |
| 3418 | Christine Petersen | 3110 | Olan Ross |
| 3409 | Claudinette Brown | 3097 | Patrick Gaston |
| 3262 | David Cruz | 3094 | Phyllis McCrea |
| 3053 | Deborah Albritton | 3085 | Regina Faison |
| 2997 | Evelyn Ross | 3066 | Rick Albritton |
| 3011 | Florastene Holden | 3064 | Rick Ewald |
| 2908 | Franco Soro | 3044 | Robin Gaston |
| 3393 | Gary Johnson | 3042 | Rodelina Santos |
| 3234 | Genevie Cabang | 3022 | Rosa Rodriguez |
| 3383 | Gloria Portillo | 3003 | Salvador Barajas |
| 3381 | Gregory Buck | 2980 | Sarah Sebagh |
| 3366 | Gricelda Ruano | 2986 | Shirley Kaplan |
| 3357 | Henry Completo | 2965 | Terrell Sullivan |
| 3347 | Ignacio Rodriguez | 2953 | Veronica Grey |
| 3345 | Irma Laredo | 2952 | Victor Pazos |
| 3135 | Joellyn Johnson | 2936 | William Mimiaga |
| 3335 | Joselito Mella | 2928 | Willie Gilmore |
| 3319 | Judy Lim | 2919 | Yesenia Cruz |
| 3317 | Julio Del Cid | | |
| 2897 | Julio Gonzalez | | |
| 3307 | Jun O. Santos | | |
| 3291 | Khalil Subat | | |
| 3249 | Lisa Simonyi | | |
| 3289 | Lois Elisa Jordan | | |
| 3278 | Magdalena Avila | | |
| 3272 | Manija Subat | | |
| 3238 | Manuela Badilla | | |
| 3229 | Marcia Willoughby | | |
| 3219 | Marco Badilla | | |
| 3204 | Maria Barajas | | |
| 3198 | Maria Elena Del Cid | | |

**Claims Asserted Against Home Connects Lending Services, LLC**

| Claim No. | Claimant Name | Claim No. | Claimant Name |
|---|---|---|---|
| 3437 | Alex Ibarra | 3184 | Martin Kassowitz |
| 3467 | Brenda Mella | 3177 | Mary Serrano |
| 3427 | Brian Foote | 3160 | Mesbel Mohamoud |
| 3521 | Carolyn Hairston | 3150 | Michael Brown |
| 3112 | Cecilia Chaube | 3139 | Michael Man |
| 2987 | Christina Palbicke | 3131 | Michael Moultrie |
| 3411 | Christine Petersen | 3119 | Olan Ross |
| 3406 | Claudinette Brown | 3105 | Patrick Gaston |
| 3263 | David Cruz | 3088 | Phyllis McCrea |
| 3086 | Deborah Albritton | 3079 | Regina Faison |
| 3009 | Evelyn Ross | 3071 | Rick Albritton |
| 3023 | Florastene Holden | 3055 | Rick Ewald |
| 2913 | Franco Soro | 3051 | Robin Gaston |
| 3399 | Gary Johnson | 3035 | Rodelina Santos |
| 3231 | Genevie Cabang | 3032 | Rosa Rodriguez |
| 3390 | Gloria Portillo | 3016 | Salvador Barajas |
| 3374 | Gregory Buck | 2977 | Sarah Sebagh |
| 3373 | Gricelda Ruano | 2993 | Shirley Kaplan |
| 3364 | Henry Completo | 2963 | Terrell Sullivan |
| 3349 | Ignacio Rodriguez | 2959 | Veronica Grey |
| 3338 | Irma Laredo | 2950 | Victor Pazos |
| 3172 | Joellyn Johnson | 2943 | William Mimiaga |
| 3333 | Joselito Mella | 2934 | Willie Gilmore |
| 3324 | Judy Lim | 2915 | Yesenia Cruz |
| 3312 | Julio Del Cid | | |
| 2904 | Julio Gonzalez | | |
| 3300 | Jun O. Santos | | |
| 3298 | Khalil Subat | | |
| 3243 | Lisa Simonyi | | |
| 3282 | Lois Elisa Jordan | | |
| 3280 | Magdalena Avila | | |
| 3266 | Manija Subat | | |
| 3261 | Manuela Badilla | | |
| 3228 | Marcia Willoughby | | |
| 3212 | Marco Badilla | | |
| 3209 | Maria Barajas | | |
| 3199 | Maria Elena Del Cid | | |

**Claims Asserted Against Homecomings Financial, LLC**

| Claim No. | Claimant Name | Claim No. | Claimant Name |
|---|---|---|---|
| 3431 | Alex Ibarra | 3187 | Martin Kassowitz |
| 4159 | Brenda Mella | 3180 | Mary Serrano |
| 3421 | Brian Foote | 3168 | Mesbel Mohamoud |
| 3517 | Carolyn Hairston | 3151 | Michael Brown |
| 3124 | Cecilia Chaube | 3145 | Michael Man |
| 2978 | Christina Palbicke | 3126 | Michael Moultrie |
| 3417 | Christine Petersen | 3111 | Olan Ross |
| 3404 | Claudinette Brown | 3098 | Patrick Gaston |
| 3254 | David Cruz | 3093 | Phyllis McCrea |
| 3059 | Deborah Albritton | 3083 | Regina Faison |
| 3001 | Evelyn Ross | 3067 | Rick Albritton |
| 3013 | Florastene Holden | 3063 | Rick Ewald |
| 2906 | Franco Soro | 3045 | Robin Gaston |
| 3394 | Gary Johnson | 3040 | Rodelina Santos |
| 3236 | Genevie Cabang | 3026 | Rosa Rodriguez |
| 3385 | Gloria Portillo | 3005 | Salvador Barajas |
| 3379 | Gregory Buck | 2973 | Sarah Sebagh |
| 3368 | Gricelda Ruano | 2992 | Shirley Kaplan |
| 3359 | Henry Completo | 2967 | Terrell Sullivan |
| 3354 | Ignacio Rodriguez | 2954 | Veronica Grey |
| 3344 | Irma Laredo | 2945 | Victor Pazos |
| 3161 | Joellyn Johnson | 2938 | William Mimiaga |
| 3336 | Joselito Mella | 2929 | Willie Gilmore |
| 3320 | Judy Lim | 2923 | Yesenia Cruz |
| 3316 | Julio Del Cid | | |
| 2898 | Julio Gonzalez | | |
| 3305 | Jun O. Santos | | |
| 3293 | Khalil Subat | | |
| 3248 | Lisa Simonyi | | |
| 3287 | Lois Elisa Jordan | | |
| 3277 | Magdalena Avila | | |
| 3270 | Manija Subat | | |
| 3240 | Manuela Badilla | | |
| 3222 | Marcia Willoughby | | |
| 3217 | Marco Badilla | | |
| 3207 | Maria Barajas | | |
| 3193 | Maria Elena Del Cid | | |

**Claims Asserted Against Residential Capital, LLC**

| Claim No. | Claimant Name | Claim No. | Claimant Name |
|---|---|---|---|
| 3434 | Alex Ibarra | 3186 | Martin Kassowitz |
| 3472 | Brenda Mella | 3176 | Mary Serrano |
| 3423 | Brian Foote | 3164 | Mesbel Mohamoud |
| 3525 | Carolyn Hairston | 3152 | Michael Brown |
| 3120 | Cecilia Chaube | 3142 | Michael Man |
| 2984 | Christina Palbicke | 3129 | Michael Moultrie |
| 3414 | Christine Petersen | 3115 | Olan Ross |
| 3405 | Claudinette Brown | 3101 | Patrick Gaston |
| 3256 | David Cruz | 3091 | Phyllis McCrea |
| 3073 | Deborah Albritton | 3076 | Regina Faison |
| 3004 | Evelyn Ross | 3068 | Rick Albritton |
| 3018 | Florastene Holden | 3060 | Rick Ewald |
| 2910 | Franco Soro | 3047 | Robin Gaston |
| 3396 | Gary Johnson | 3038 | Rodelina Santos |
| 3202 | Genevie Cabang | 3029 | Rosa Rodriguez |
| 3387 | Gloria Portillo | 3019 | Salvador Barajas |
| 3377 | Gregory Buck | 2975 | Sarah Sebagh |
| 3370 | Gricelda Ruano | 2996 | Shirley Kaplan |
| 3361 | Henry Completo | 2970 | Terrell Sullivan |
| 3352 | Ignacio Rodriguez | 2956 | Veronica Grey |
| 3342 | Irma Laredo | 2947 | Victor Pazos |
| 3166 | Joellyn Johnson | 2940 | William Mimiaga |
| 3328 | Joselito Mella | 2931 | Willie Gilmore |
| 3326 | Judy Lim | 2924 | Yesenia Cruz |
| 3314 | Julio Del Cid | | |
| 2900 | Julio Gonzalez | | |
| 3303 | Jun O. Santos | | |
| 3295 | Khalil Subat | | |
| 3246 | Lisa Simonyi | | |
| 3285 | Lois Elisa Jordan | | |
| 3275 | Magdalena Avila | | |
| 3268 | Manija Subat | | |
| 3251 | Manuela Badilla | | |
| 3224 | Marcia Willoughby | | |
| 3215 | Marco Badilla | | |
| 3208 | Maria Barajas | | |
| 3195 | Maria Elena Del Cid | | |

**Claims Asserted Against Residential Funding Company, LLC**

| Claim No. | Claimant Name | Claim No. | Claimant Name |
|---|---|---|---|
| 3429 | Alex Ibarra | 3189 | Martin Kassowitz |
| 3478 | Brenda Mella | 3182 | Mary Serrano |
| 3424 | Brian Foote | 3171 | Mesbel Mohamoud |
| 3523 | Carolyn Hairston | 3155 | Michael Brown |
| 3128 | Cecilia Chaube | 3146 | Michael Man |
| 2976 | Christina Palbicke | 3136 | Michael Moultrie |
| 3419 | Christine Petersen | 3109 | Olan Ross |
| 3401 | Claudinette Brown | 3102 | Patrick Gaston |
| 3260 | David Cruz | 3096 | Phyllis McCrea |
| 3056 | Deborah Albritton | 3084 | Regina Faison |
| 2999 | Evelyn Ross | 3074 | Rick Albritton |
| 3027 | Florastene Holden | 3065 | Rick Ewald |
| 2909 | Franco Soro | 3043 | Robin Gaston |
| 3392 | Gary Johnson | 3041 | Rodelina Santos |
| 3233 | Genevie Cabang | 3024 | Rosa Rodriguez |
| 3384 | Gloria Portillo | 3012 | Salvador Barajas |
| 3380 | Gregory Buck | 2972 | Sarah Sebagh |
| 3367 | Gricelda Ruano | 2990 | Shirley Kaplan |
| 3358 | Henry Completo | 2966 | Terrell Sullivan |
| 3355 | Ignacio Rodriguez | 2961 | Veronica Grey |
| 3346 | Irma Laredo | 2944 | Victor Pazos |
| 3137 | Joellyn Johnson | 2937 | William Mimiaga |
| 3332 | Joselito Mella | 2925 | Willie Gilmore |
| 3318 | Judy Lim | 2918 | Yesenia Cruz |
| 3309 | Julio Del Cid | | |
| 2896 | Julio Gonzalez | | |
| 3306 | Jun O. Santos | | |
| 3292 | Khalil Subat | | |
| 3250 | Lisa Simonyi | | |
| 3288 | Lois Elisa Jordan | | |
| 3273 | Magdalena Avila | | |
| 3271 | Manija Subat | | |
| 3239 | Manuela Badilla | | |
| 3221 | Marcia Willoughby | | |
| 3218 | Marco Badilla | | |
| 3203 | Maria Barajas | | |
| 3192 | Maria Elena Del Cid | | |

**Claims Asserted Against Residential Funding Real Estate Holdings, LLC**

| Claim No. | Claimant Name | Claim No. | Claimant Name |
|---|---|---|---|
| 3438 | Alex Ibarra | 3191 | Martin Kassowitz |
| 3477 | Brenda Mella | 3173 | Mary Serrano |
| 3428 | Brian Foote | 3158 | Mesbel Mohamoud |
| 3520 | Carolyn Hairston | 3148 | Michael Brown |
| 3104 | Cecilia Chaube | 3138 | Michael Man |
| 2974 | Christina Palbicke | 3134 | Michael Moultrie |
| 3410 | Christine Petersen | 3121 | Olan Ross |
| 3408 | Claudinette Brown | 3103 | Patrick Gaston |
| 3253 | David Cruz | 3095 | Phyllis McCrea |
| 3050 | Deborah Albritton | 3087 | Regina Faison |
| 2995 | Evelyn Ross | 3072 | Rick Albritton |
| 3025 | Florastene Holden | 3054 | Rick Ewald |
| 2905 | Franco Soro | 3052 | Robin Gaston |
| 3400 | Gary Johnson | 3034 | Rodelina Santos |
| 3235 | Genevie Cabang | 3033 | Rosa Rodriguez |
| 3391 | Gloria Portillo | 3014 | Salvador Barajas |
| 3382 | Gregory Buck | 2971 | Sarah Sebagh |
| 3365 | Gricelda Ruano | 2988 | Shirley Kaplan |
| 3356 | Henry Completo | 2962 | Terrell Sullivan |
| 3348 | Ignacio Rodriguez | 2960 | Veronica Grey |
| 3337 | Irma Laredo | 2951 | Victor Pazos |
| 3132 | Joellyn Johnson | 2935 | William Mimiaga |
| 3331 | Joselito Mella | 2926 | Willie Gilmore |
| 3322 | Judy Lim | 2916 | Yesenia Cruz |
| 3311 | Julio Del Cid | | |
| 2895 | Julio Gonzalez | | |
| 3308 | Jun O. Santos | | |
| 3299 | Khalil Subat | | |
| 3242 | Lisa Simonyi | | |
| 3290 | Lois Elisa Jordan | | |
| 3279 | Magdalena Avila | | |
| 3264 | Manija Subat | | |
| 3237 | Manuela Badilla | | |
| 3226 | Marcia Willoughby | | |
| 3220 | Marco Badilla | | |
| 3211 | Maria Barajas | | |
| 3200 | Maria Elena Del Cid | | |

**Claims Asserted Against Residential Mortgage Real Estate Holdings, LLC**

| Claim No. | Claimant Name | Claim No. | Claimant Name |
|---|---|---|---|
| 3436 | Alex Ibarra | 3183 | Martin Kassowitz |
| 3469 | Brenda Mella | 3178 | Mary Serrano |
| 3426 | Brian Foote | 3162 | Mesbel Mohamoud |
| 3529 | Carolyn Hairston | 3149 | Michael Brown |
| 3114 | Cecilia Chaube | 3140 | Michael Man |
| 2985 | Christina Palbicke | 3133 | Michael Moultrie |
| 3412 | Christine Petersen | 3117 | Olan Ross |
| 3407 | Claudinette Brown | 3106 | Patrick Gaston |
| 3258 | David Cruz | 3089 | Phyllis McCrea |
| 3082 | Deborah Albritton | 3077 | Regina Faison |
| 3008 | Evelyn Ross | 3070 | Rick Albritton |
| 3021 | Florastene Holden | 3057 | Rick Ewald |
| 2912 | Franco Soro | 3049 | Robin Gaston |
| 3398 | Gary Johnson | 3036 | Rodelina Santos |
| 3232 | Genevie Cabang | 3031 | Rosa Rodriguez |
| 3389 | Gloria Portillo | 3017 | Salvador Barajas |
| 3375 | Gregory Buck | 2983 | Sarah Sebagh |
| 3372 | Gricelda Ruano | 2998 | Shirley Kaplan |
| 3363 | Henry Completo | 2964 | Terrell Sullivan |
| 3350 | Ignacio Rodriguez | 2958 | Veronica Grey |
| 3339 | Irma Laredo | 2949 | Victor Pazos |
| 3175 | Joellyn Johnson | 2942 | William Mimiaga |
| 3334 | Joselito Mella | 2933 | Willie Gilmore |
| 3323 | Judy Lim | 2920 | Yesenia Cruz |
| 3310 | Julio Del Cid | | |
| 2903 | Julio Gonzalez | | |
| 3301 | Jun O. Santos | | |
| 3297 | Khalil Subat | | |
| 3244 | Lisa Simonyi | | |
| 3283 | Lois Elisa Jordan | | |
| 3281 | Magdalena Avila | | |
| 3265 | Manija Subat | | |
| 3259 | Manuela Badilla | | |
| 3227 | Marcia Willoughby | | |
| 3213 | Marco Badilla | | |
| 3210 | Maria Barajas | | |
| 3197 | Maria Elena Del Cid | | |