New NY N.Y.

Case No 12020

My Name Arlette Connelly
26 Branford St.
Hartford CT. 06112

Dear Judge

I came to the court house in Manhatten N.Y. on the 12/10/2013 fore my hearing I was told at the Office of the court that it has been cancelled. The lawyer who called me about settlement, told me that he would send me papers to sign to cancell the court date, and he never did sent those papers. I wanted the Judge to over hall the process that he had me sign in my phone email. Nobody explaned to me the process of this settlement, he only told me the he is offering me 12,000, without any explanation of anything. I dont know what I sign. The reason why I am here today is to see the Judge to see if it is fair as I am dum on this matter. I am really upset with the lawyer and myself

I don't trust to [illegible]

him to take my name off the Calendar without my concent.

Please Judge is there anythg I can do Sir.