**POLSINELLI PC**
Daniel J. Flanigan
900 Third Avenue
21st Floor
New York, New York 10022
212-684-0199
*Counsel for Borrower Claims Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 12-12020 (MG)<br><br>Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that **Daniel J. Flanigan** and **POLSINELLI PC** hereby enter their appearance on behalf of Peter S. Kravitz, in his capacity as trustee of the ResCap Borrower Claims Trust in the above-captioned cases. Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the attorneys listed below hereby request that all notices given or required to be given in the above-captioned Chapter 11 cases be served upon them at the address set forth below:

Daniel J. Flanigan
POLSINELLI PC
900 Third Avenue
21st Floor
New York, New York 10022
Telephone: (212) 644-2090
Facsimile: (212) 684-0197
dflanigan@polsinelli.com

46685362.2

Dated: December 17, 2013
 New York, New York

        POLSINELLI PC

By: */s/ Daniel J. Flanigan*
    DANIEL J. FLANIGAN (DF6929)
    900 Third Avenue, 21st Floor
    New York, New York 10022
    (212) 644-2090
    Fax No. (212) 684-0197
    dflanigan@polsinelli.com

ATTORNEYS FOR PETER S. KRAVITZ,
IN HIS CAPACITY AS TRUSTEE OF THE
RESCAP BORROWER CLAIMS TRUST