# Exhibit 5

**Excerpts of Amended and Restated Trust Agreement
for Home Equity Loan-Backed Certificates**

RESIDENTIAL FUNDING MORTGAGE SECURITIES II, INC.

as Depositor

and

WILMINGTON TRUST COMPANY

as Owner Trustee

_____

AMENDED AND RESTATED OWNER TRUST AGREEMENT

Dated as of December 23, 2003
_____

Home Loan-Backed Certificate,
Series 2003-HI4

[TPW: NYLEGAL:197541.4] 16069-00807  01/07/04 09:43am

acceptance of the Owner Trust Certificate duly registered in such transferee's name pursuant to and upon satisfaction of the conditions set forth in Section 3.05.

The Owner Trust Certificate is intended to be a certificated security under Article 8 of the UCC of the State of New York and under the corresponding provisions of the UCC of any other State that may be applicable.

Section 3.04. <u>Authentication of the Owner Trust Certificate</u>. Concurrently with the acquisition of the Grantor Trust Certificate by the Trust, the Owner Trustee or the Certificate Paying Agent shall cause the Certificate in an initial aggregate Certificate Percentage Interest of 100.00% to be executed on behalf of the Trust, authenticated and delivered to or upon the written order of the Depositor, signed by its chairman of the board, its president or any vice president, without further corporate action by the Depositor, in the authorized denomination. The Owner Trust Certificate shall not entitle its holder to any benefit under this Owner Trust Agreement or be valid for any purpose unless there shall appear on the Owner Trust Certificate a certificate of authentication substantially in the form set forth in Exhibit A, executed by the Owner Trustee or the Certificate Paying Agent, by manual signature; such authentication shall constitute conclusive evidence that the Owner Trust Certificate shall have been duly authenticated and delivered hereunder. The Owner Trust Certificate shall be dated the date of its authentication.

Section 3.05. <u>Registration of and Limitations on Transfer and Exchange of the Owner Trust Certificate</u>.

(a) The Certificate Registrar shall keep or cause to be kept, at the office or agency maintained pursuant to Section 3.09, a Certificate Register in which, subject to such reasonable regulations as it may prescribe, the Certificate Registrar shall provide for the registration of the Owner Trust Certificate and of transfers and exchanges of the Owner Trust Certificate as herein provided. The Indenture Trustee shall be the initial Certificate Registrar. If the Certificate Registrar resigns or is removed, the Owner Trustee shall appoint a successor Certificate Registrar.

Subject to satisfaction of the conditions set forth below, upon surrender for registration of transfer of the Owner Trust Certificate at the office or agency maintained pursuant to Section 3.09, the Owner Trustee shall execute, authenticate and deliver (or shall cause the Certificate Registrar as its authenticating agent to authenticate and deliver), in the name of the designated transferee or transferees, a new Owner Trust Certificate in an authorized denomination of a like aggregate amount dated the date of authentication by the Owner Trustee or any authenticating agent. At the option of the Certificateholder, the Certificate may be exchanged for another certificate of authorized denominations of a like aggregate amount upon surrender of the Owner Trust Certificate to be exchanged at the office or agency maintained pursuant to Section 3.09.

Every Owner Trust Certificate presented or surrendered for registration of transfer or exchange shall be accompanied by a written instrument of transfer in form satisfactory to the Certificate Registrar duly executed by the Certificateholder or such Certificateholder's attorney duly authorized in writing. When the Owner Trust Certificate is surrendered for registration of transfer or exchange, such Owner Trust

Certificate shall be cancelled and subsequently disposed of by the Certificate Registrar in accordance with its customary practice.

No service charge shall be made for any registration of transfer or exchange of the Owner Trust Certificate, but the Owner Trustee or the Certificate Registrar may require payment of a sum sufficient to cover any tax or governmental charge that may be imposed in connection with any transfer or exchange of the Owner Trust Certificate.

No transfer, sale, pledge or other disposition of the Owner Trust Certificate shall be made unless such transfer, sale, pledge or other disposition is exempt from the registration requirements of the Securities Act and any applicable state securities laws or is made in accordance with said Act and laws. In the event of any such transfer, the Certificate Registrar or the Depositor shall prior to such transfer require the transferee to execute either (i) an investment letter in substantially the form attached hereto as Exhibit C (or in such form and substance reasonably satisfactory to the Certificate Registrar and the Depositor) which investment letters shall not be an expense of the Trust, the Owner Trustee, the Certificate Registrar, the Master Servicer or the Depositor and which investment letter states that, among other things, such transferee (a) is a "qualified institutional buyer" as defined under Rule 144A, acting for its own account or the accounts of other "qualified institutional buyers" as defined under Rule 144A, and (b) is aware that the proposed transferor intends to rely on the exemption from registration requirements under the Securities Act, provided by Rule 144A or (ii) (a) a written Opinion of Counsel acceptable to and in form and substance satisfactory to the Certificate Registrar and the Depositor that such transfer may be made pursuant to an exemption, describing the applicable exemption and the basis therefor, from said Act and laws or is being made pursuant to said Act and laws, which Opinion of Counsel shall not be an expense of the Trust, the Owner Trustee, the Certificate Registrar, the Master Servicer or the Depositor and (b) the transferee executes a representation letter, substantially in the form of Exhibit D hereto, and the transferor executes a representation letter, substantially in the form of Exhibit E hereto, each acceptable to and in form and substance satisfactory to the Certificate Registrar and the Depositor certifying the facts surrounding such transfer, which representation letters shall not be an expense of the Trust, the Owner Trustee, the Certificate Registrar, the Master Servicer or the Depositor. Neither an Opinion of Counsel nor an investment letter will be required in connection with the initial transfer of the Owner Trust Certificate by the Depositor to the Seller, by the Seller to RFC Asset Holdings II, Inc., by RFC Asset Holdings II, Inc. to the Class B Issuer and by the Class B Issuer to the Class B Trustee under the Class B Indenture.

No transfer of the Owner Trust Certificate or any interest therein shall be made to any Person unless the Depositor, the Owner Trustee, the Certificate Registrar and the Master Servicer are provided with an Opinion of Counsel which establishes to the satisfaction of the Depositor, the Owner Trustee, the Certificate Registrar and the Master Servicer that the purchase of the Certificate is permissible under applicable law, will not constitute or result in any prohibited transaction under ERISA or Section 4975 of the Code and will not subject the Depositor, the Owner Trustee, the Certificate Registrar or the Master Servicer to any obligation or liability (including obligations or liabilities under ERISA or Section 4975 of the Code) in addition to those undertaken in this Owner Trust Agreement, which Opinion of Counsel shall not be an expense of the Depositor, the Owner Trustee, the Certificate Registrar or the Master

Servicer. In lieu of such Opinion of Counsel, a Person acquiring the Certificate may provide a certification in the form of Exhibit D to this Agreement, which the Depositor, the Owner Trustee, the Certificate Registrar and the Master Servicer may rely upon without further inquiry or investigation. Neither an Opinion of Counsel nor a certification will be required in connection with the initial transfer of the Owner Trust Certificate by the Depositor to the Seller, by the Seller to RFC Asset Holdings II, Inc., by RFC Asset Holdings II, Inc. to the Class B Issuer and by the Class B Issuer to the Class B Trustee under the Class B Indenture (in which case, the Seller, the Class B Issuer and RFC Asset Holdings II, Inc. shall be deemed to have represented that such affiliate is not a Plan or a Person investing Plan Assets of any Plan) and the Owner Trustee shall be entitled to conclusively rely upon a representation (which, upon the request of the Owner Trustee, shall be a written representation) from the Depositor of the status of such transferee as an affiliate of the Depositor.

In addition, no transfer of an Owner Trust Certificate shall be permitted, and no such transfer shall be registered by the Certificate Registrar or be effective hereunder, unless evidenced by an Opinion of Counsel, which establishes that such transfer or the registration of such transfer would not cause the Trust to be classified as a publicly traded partnership, an association taxable as a corporation, a corporation or a taxable mortgage pool for federal and relevant state income tax purposes, which Opinion of Counsel shall not be an expense of the Certificate Registrar and shall be an expense of the proposed transferee. No Opinion of Counsel will be required if such transfer is made to a nominee of an existing beneficial holder of a Owner Trust Certificate.

In addition, no transfer, sale, assignment, pledge or other disposition of the Owner Trust Certificate (other than the initial transfer by the Depositor to the Seller, by the Seller to RFC Asset Holdings II, Inc., by RFC Asset Holdings II, Inc. to the Class B Issuer and by the Class B Issuer to the Class B Trustee under the Class B Indenture) shall be made unless the proposed transferee certifies, in form and substance reasonably satisfactory to the Certificate Registrar and the Depositor that (1) the transferee is acquiring the Owner Trust Certificate for its own behalf and is not acting as agent or custodian for any other person or entity in connection with such acquisition and (2) the transferee is not a partnership, grantor trust or S corporation for federal income tax purposes.

The Owner Trust Certificate shall consist of two components, the B Component and the Residual Component. The B Component and the Residual Component are not separately transferable and cannot be held by more than one Holder.

Section 3.06. <u>Mutilated, Destroyed, Lost or Stolen Owner Trust Certificate</u>. If (a) any mutilated Owner Trust Certificate shall be surrendered to the Certificate Registrar, or if the Certificate Registrar shall receive evidence to its satisfaction of the destruction, loss or theft of the Owner Trust Certificate and (b) there shall be delivered to the Certificate Registrar and the Owner Trustee such security or indemnity as may be required by them to save each of them and the Issuer from harm, then in the absence of notice to the Certificate Registrar or the Owner Trustee that such Owner Trust Certificate has been acquired by a bona fide purchaser, the Owner Trustee shall execute on behalf of the Trust and the Owner Trustee or the Certificate Paying Agent, as the Trust's authenticating agent, shall authenticate and deliver, in exchange for or in lieu of any such mutilated, destroyed, lost or stolen Owner Trust Certificate, a new Owner Trust