UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re:                                                        :   Chapter 11
                                                              :
Residential Capital, LLC, *et al.*,                           :   Case No. 12-12020 (MG)
                                                              :
                    Debtors.                                  :   Jointly Administered
                                                              :
------------------------------------------------------------- x   **Ref. Docket No. 6115**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KERRY O'NEIL, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 16, 2013, I caused to be served the "Omnibus Response of Certain Committee Professionals with Respect to the U.S. Trustee's Objection to the Fourth Interim Applications for Compensation and Reimbursement of Expenses," dated December 16, 2013 [Docket No. 6115], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kerry O'Neil
Kerry O'Neil

Sworn to before me this
__ day of December, 2013

_____
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

T:\Clients\Rescap\Affidavits\Omni Response 4th Interim App_DI 6115_AFF_12-16-13_KH.doc

**EXHIBIT A**

| RES FEE APP | RES FEE APP |
|---|---|
| Morrison & Foerster LLP<br>Attn:  Larren M. Nashelsky, Gary S. Lee and Lorenzo Marinuzzi<br>1290 Avenue of the Americas<br>New York, NY  10104 | Kramer Levin Naftalis & Frankel LLP<br>Attn: Kenneth H. Eckstein & Douglas H. Mannal<br>1177 Avenue of the Americas<br>New York, NY  10036 |

| RES FEE APP | RES FEE APP |
|---|---|
| Office of the United States Trustee<br>Attn: Tracy Hope Davis, Linda Rifkin & Brian S. Masumoto<br>Federal Office Building<br>201Varick Street, Room 1006<br>New York, NY  10014 | Kirkland & Ellis<br>Attn: Richard M. Cieri and Ray C. Schrock<br>601 Lexington Avenue<br>New York, NY 10022 |

| RES FEE APP | RES FEE APP |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Ken Ziman<br>4 Times Square<br>New York, NY  10036 | Office of the United States Trustee<br>Attn: Eric J. Small, Esq.<br>355 Main Street – First Floor<br>Poughkeepsie, NY 12601 |

**EXHIBIT B**

**Email List**

brian.masumoto@usdoj.gov
dmannal@kramerlevin.com
eric.j.small@usdoj.gov
glee@mofo.com
keckstein@kramerlevin.com
ken.ziman@skadden.com
linda.riffkin@usdoj.gov
lmarinuzzi@mofo.com
lnashelsky@mofo.com
ray.schrock@kirkland.com
richard.cieri@kirkland.com
tracy.davis2@usdoj.gov