**Hearing Date: December 20, 2013 at 10:00 a.m. (Eastern Time)**

Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
Paul R. DeFilippo
Randall R. Rainer
Fletcher W. Strong

*Attorneys for Syncora Guarantee Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No: 12-12020-MG |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**STATEMENT OF SYNCORA GUARANTEE INC. WITH RESPECT TO
PLAN PROPONENTS' MOTION FOR ORDER ESTABLISHING
THE DISPUTED CLAIMS RESERVE IN CONNECTION WITH THE JOINT
CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC,
ET AL. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

It has come to the attention of Syncora Guarantee Inc. ("Syncora") that Exhibit 3(c) to the *Plan Proponents' Motion for Order Establishing the Disputed Claims Reserve in Connection with the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Dkt. No. 6020] incorrectly lists Syncora proof of claim numbers 2781 and 7164 as disputed. Such proofs of claim are no longer disputed and rather were settled in accordance with the *Stipulation (i) Resolving the Objection to Confirmation of Syncora Guarantee Inc., (ii) Resolving Syncora's Objection to the Sale, Assumption and Assignment of Certain Servicing Agreements to Ocwen Loan Servicing, LLC, (iii) Fixing the Allowed Amount of Syncora's Claims and (iv) Granting Related Relief*, which was attached as

Exhibit 1 to the Court's *Order Granting Debtors' Motion Under Section 365 of the Bankruptcy Code to Assume and Assign Servicing-Related Agreements for Trusts Insured by Syncora Guarantee Inc. to Ocwen Loan Servicing, LLC* [Dkt. No. 5824]. Through counsel for the Official Committee of Unsecured Creditors (the "Committee"), the Debtors in the above-captioned cases and the Committee have confirmed that inclusion of Syncora's claims on Exhibit 3(c) will not affect Syncora's rights.

Date:   New York, New York
        December 18, 2013

                        WOLLMUTH MAHER & DEUTSCH LLP

                        By:    */s/ Paul R. DeFilippo*
                               Paul R. DeFilippo
                               Randall R. Rainer
                               Fletcher W. Strong

500 Fifth Avenue
New York, New York 10110
(212) 382-3300

*Attorneys for Syncora Guarantee Inc.*