**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |
| RESIDENTIAL CAPITAL, LLC; et al., | |
| Plaintiffs, | |
| v. | |
| | Adv. Case No. 13-01343 (MG) |
| UMB BANK, N.A., IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE 9.625% JUNIOR SECURED GUARANTEED NOTES, et al., | |
| Defendants. | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the estate of the Debtors, | |
| Plaintiffs, | |
| | Adv. Case No. 13-01277 (MG) |
| v. | |
| UMB BANK, N.A., AS SUCCESSOR INDENTURE TRUSTEE UNDER THAT CERTAIN INDENTURE, dated as of June 6, 2008, et al., | |
| Defendants. | |

**JOINT STIPULATION DISMISSING**
**CONSOLIDATED ADVERSARY PROCEEDING**

Pursuant to the *Second Amended Joint Chapter 11 Plan of Residential Capital, LLC, et al., and the Official Committee Of Unsecured Creditors*, [Docket No. 6065-1], which the Court

confirmed by order, dated December 11, 2013 [Docket No. 6065], and Federal Rule of Civil Procedure 41 (made applicable hereto by Federal Rule of Bankruptcy Procedure 7041), Residential Capital, LLC ("ResCap"), GMAC Mortgage LLC ("GMACM"), Residential Funding Company, LLC ("RFC"), and each of their affiliated debtors and debtors-in-possession (collectively, the "Debtors"), together with the Official Committee of Unsecured Creditors (the "Committee"), plaintiffs and counterclaim defendants in the above-captioned consolidated adversary proceedings (the "Consolidated Adversary Proceedings"), and the Ad Hoc Group of Junior Secured Noteholders together with UMB Bank, N.A., and Wells Fargo Bank, N.A., defendants and counterclaim plaintiffs in the Consolidated Adversary Proceedings, hereby stipulate to the dismissal of the Consolidated Adversary Proceedings with prejudice and without fees, costs, or expenses awarded to any party.

[*Remainder of page intentionally left blank.*]

Dated: December 18, 2013
New York, New York

MORRISON & FOERSTER LLP

*/s/* Gary S. Lee
Gary S. Lee
Todd M. Goren
Jamie A. Levitt
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

-and-

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
*/s/* Theresa A. Foudy
Steven J. Reisman
Theresa A. Foudy
101 Park Avenue
New York, NY 10178
Telephone: (212) 696-8860
Facsimile: (212) 697-1559

*Counsel to the Debtors and Debtors in Possession*

WHITE & CASE LLP
*/s/* J. Christopher Shore
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
J. Christopher Shore
Dwight Healy
Douglas Baumstein

*Attorneys for the Ad Hoc Group*

MILBANK, TWEED, HADLEY & MCCLOY LLP
*/s/* Gerard Uzzi
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Gerard Uzzi
Dennis O'Donnell

*Attorneys for the Ad Hoc Group and UMB Bank, N.A.*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*/s/* Kenneth H. Eckstein
Kenneth H. Eckstein
Gregory A. Horowitz
Douglas Mannal
1177 Avenue of the Americas
New York, New York 10035
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

-and-

PACHULSKI STANG ZIEHL & JONES LLP

*/s/* Robert J. Feinstein
Robert J. Feinstein
John A. Morris
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to the Official Committee of Unsecured Creditors*

AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/* Daniel H. Golden
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Daniel H. Golden
David Zensky
Deborah J. Newman
Brian T. Carney

*Attorneys for UMB Bank, N.A.*

3

REED SMITH LLP

*/s/* Eric A. Schaffer
599 Lexington Avenue
New York, New York 10022
Telephone: 212-521-5400
Facsimile: 212-561-5450
Eric A. Schaffer
David M. Schlecker
Mark D. Silverschotz
Sarah K. Kam

*Counsel for Wells Fargo Bank, N.A., in its capacities as First Priority Collateral Agent, Third Priority Collateral Agent, and Collateral Control Agent*