**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

–––––––––––––––––––––––––––––––––––––––––– )
                                           )
In re:                                     )       Case No. 12-12020 (MG)
                                           )
RESIDENTIAL CAPITAL, LLC, et al.,          )       Chapter 11
                                           )
                            Debtors.       )       Jointly Administered
–––––––––––––––––––––––––––––––––––––––––––– )

### ORDER GRANTING DEBTORS' FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BORROWER BOOKS AND RECORDS CLAIMS – RES JUDICATA AND WRONG DEBTOR)

Upon the fifty-first omnibus objection to claims, dated November 8, 2013 [Docket No. 5646] (the "Fifty-First Omnibus Claims Objection")[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim (ECF Doc. # 3294) (the "Procedures Order"), disallowing and expunging the No Liability Borrower Claims on the basis that such claims are invalid under principles of res judicata and/or having been filed against the wrong debtor entity, all as more fully described in the Fifty-First Omnibus Claims Objection; and it appearing that this Court has jurisdiction to consider the Fifty-First Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Fifty-First Omnibus Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

---

[1]     Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Fifty-First Omnibus Claims Objection.

the Fifty-First Omnibus Claims Objection having been provided, and it appearing that no other

or further notice need be provided; upon consideration of the Fifty-First Omnibus Claims

Objection and the Declaration of Lauren Graham Delehey, the Declaration of Norman S.

Rosenbaum and the Declaration of Robert D. Nosek, annexed to the Fifty-First Omnibus Claims

Objection as Exhibits 1–3, respectively; and the Court having found and determined that the

relief sought in the Fifty-First Omnibus Claims Objection is in the best interests of the Debtors,

their estates, creditors, and all parties in interest and that the legal and factual bases set forth in

the Fifty-First Omnibus Claims Objection establish just cause for the relief granted herein; and

the Court having determined that the Fifty-First Omnibus Claims Objection complies with the

Borrower Claim Procedures set forth in the Procedures Order; and after due deliberation and

sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fifty-First Omnibus Claims Objection is

granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on

Exhibit A annexed hereto under the heading "Claims to be Disallowed and Expunged"

(collectively, the "No Liability Borrower Claims") are disallowed and expunged with prejudice;

and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing

agent, is directed to disallow and expunge the No Liability Borrower Claims identified on the

schedule attached as Exhibit A hereto so that such claims are no longer maintained on the

Debtors' claims register; and it is further

ORDERED that the following matter relating to the No Liability Borrower Claims shall

be adjourned to the omnibus hearing scheduled for January 30, 2014 at 10:00 a.m. (EST):

- Jamie L. Gindele (Claim Nos. 5422 and 5431)

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Fifty-First Omnibus Claims Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 (ECF Doc. # 141), the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A annexed to this Order, and the Debtors' and any party in interest's rights to object on any basis are expressly reserved with respect to any such claim not listed on Exhibit A annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the No Liability Borrower Claims identified on Exhibit A, annexed hereto, as if each such No Liability Borrower Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated:  December 19, 2013
        New York, New York


                                        **/s/Martin Glenn**
                                        MARTIN GLENN
                                  United States Bankruptcy Judge

## Exhibit A

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BORROWER BOOKS AND RECORDS CLAIMS – RES JUDICATA AND WRONG DEBTOR)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | State Where Underlying Judgment was Issued | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Claims to be Disallowed and Expunged | | | | | |
| 1 | Dirk Beukes and Gesina Beukes vs GMAC Mortgage LLC as Successor in Interest to Homecomings Financial LLC Mortgage et al<br>KEOGH LAW OFFICE<br>PO BOX 11297<br>ST PAUL, MN 55111 | 3724 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$30,813.68 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Res Judicata Claim | Federal | 8-9 |
| 2 | DUNHAM, ELMER, BARKER, CHARLES III<br>CHARLES BARKER III ELMER V DUNHAM VS GMAC MRTG ALLY FINANCIAL INC<br>JP MORGAN CHASE BANK WELLS FARGO BANK WELLS FARG ET AL<br>4110 SE Hawthorne Blvd, # 266<br>Portland, OR 97214 | 1005 | 10/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$148,652.23 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Res Judicata Claim | Federal | 8-9 |
| 3 | Janos Farkas<br>9600 Escarpment Blvd. Suite 745-43<br>Austin, TX 78749 | 5597 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$60,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Res Judicata Claim | Texas | 8-9 |
| 4 | Joycelyn W. Unciano, pro se<br>COLEEN ETSUKO TOM & JOYCELYN WANDA UNCIANO VS GMAC MRTG LLC<br>DAVID B ROSEN, ESQUIRE, KRISTINE WILSON, INDIVIDUALLY & IN ET AL<br>91-590 Farrington Hwy 210-226<br>Kapolei, HI 96707 | 4091 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,500,000.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Res Judicata Claim | Federal | 8-9 |
| 5 | Leland Anthony Neyer and June E Neyer<br>Leland and June Neyer<br>324 North Main Street<br>P.O. Box 970<br>Alturas, CA 96101-0970 | 603 | 09/17/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$500,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | Res Judicata Claim | Federal | 8-9 |
| 6 | Marlene Kraft<br>24684 Hathaway<br>Farmington Hills, MI 48334 | 2359 | 11/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$400,000.00 General Unsecured | Residential Capital, LLC | 12-12020 | Res Judicata Claim | Michigan | 8-9 |
| 7 | NGUYEN, DIEM TRANG<br>DIEM T NGUYEN VS NATIONSTAR MORTAGE LLC FANNIE MAE QUALITY LOAN SVCS INC SUMMERGREEN HOMEOWNERS ASSOC HUNTINGTON WE ET AL<br>PO BOX 12139<br>WESTMINSTER, CA 92685 | 3725 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | Res Judicata Claim | Federal | 8-9 |
| 8 | Philip Zuzolo, Esq., Zuzolo Law Offices on behalf of Richard & Margaret Giuliano<br>Philip Zuzolo, Esq., Zuzolo Law Offices<br>GMAC MORTGAGE LLC, FKA GMAC MORTGAGE CORP DBA DITECH.COM, PLAINTIFF, VS. RI<br>700 Youngstown-Warren Rd. | 3764 | 11/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | Residential Capital, LLC | 12-12020 | Res Judicata Claim | Ohio | 8-9 |
| 9 | Renee Sheree (Hopper) O Carolan<br>Law Offices of Wanda J. Harkness<br>406 Sterzing Street<br>Austin, TX 78704 | 4393 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$95,487.52 General Unsecured | Residential Capital, LLC | 12-12020 | Res Judicata Claim | Federal | 8-9 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BORROWER BOOKS AND RECORDS CLAIMS – RES JUDICATA AND WRONG DEBTOR)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | State Where Underlying Judgment was Issued | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Claims to be Disallowed and Expunged** | | | | | |
| 10 | Sebastian J. Filgueira 11821 Balmoral Lane Houston, TX 77024 | 4905 | 11/16/2012 | UNLIQUIDATED Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | Res Judicata Claim; Wrong Debtor Claim | Federal | 8-9 |
| 11 | Sebastian J. Filgueira 11821 Balmoral Lane Houston, TX 77024 | 4906 | 11/16/2012 | UNLIQUIDATED Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage USA Corporation | 12-12031 | Res Judicata Claim; Wrong Debtor Claim | Federal | 8-9 |
| 12 | Sebastian J. Filgueira 11821 Balmoral Lane Houston, TX 77024 | 4907 | 11/16/2012 | UNLIQUIDATED Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Res Judicata Claim; Wrong Debtor Claim | Federal | 8-9 |
| 13 | Sebastian J. Filgueira 11821 Balmoral Lane Houston, TX 77024 | 4908 | 11/16/2012 | UNLIQUIDATED Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $0.00 General Unsecured | Executive Trustee Services, LLC | 12-12028 | Res Judicata Claim; Wrong Debtor Claim | Federal | 8-9 |
| 14 | Sebastian J. Filgueira 11821 Balmoral Lane Houston, TX 77024 | 4909 | 11/16/2012 | UNLIQUIDATED Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Res Judicata Claim | Federal | 8-9 |
| 15 | Sebastian J. Filgueira 11821 Balmoral Lane Houston, TX 77024 | 4952 | 11/16/2012 | UNLIQUIDATED Administrative Priority $0.00 Administrative Secured UNLIQUIDATED Secured UNLIQUIDATED Priority UNLIQUIDATED General Unsecured | Residential Funding Mortgage Securities I, Inc. | 12-12060 | Res Judicata Claim; Wrong Debtor Claim | Federal | 8-9 |
| 16 | Sebastian J. Filgueira 11821 Balmoral Lane Houston, TX 77024 | 4953 | 11/16/2012 | UNLIQUIDATED Administrative Priority $0.00 Administrative Secured UNLIQUIDATED Secured UNLIQUIDATED Priority UNLIQUIDATED General Unsecured | Residential Funding Mortgage Securities II, Inc. | 12-12061 | Res Judicata Claim; Wrong Debtor Claim | Federal | 8-9 |
| 17 | Sebastian J. Filgueira 11821 Balmoral Lane Houston, TX 77024 | 4954 | 11/16/2012 | UNLIQUIDATED Administrative Priority $0.00 Administrative Secured UNLIQUIDATED Secured UNLIQUIDATED Priority UNLIQUIDATED General Unsecured | Homecomings Financial Real Estate Holdings, LLC | 12-12040 | Res Judicata Claim; Wrong Debtor Claim | Federal | 8-9 |
| 18 | Wayne Davenport Re 2101 Palm Canyon Court c/o Mark L. Jackson, Esq Vannah and Vannah 400 S 4th St 6th Fl Las Vegas, NV 89101 | 5064 | 11/15/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $510,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | Res Judicata Claim | Nevada | 8-9 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (BORROWER BOOKS AND RECORDS CLAIMS – RES JUDICATA AND WRONG DEBTOR)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Reason(s) for Disallowance | State Where Underlying Judgment was Issued | Relevant Page(s) of Objection |
|---|---|---|---|---|---|---|---|---|---|
| | **Claims to be Disallowed and Expunged** | | | | | | | | |
| 19 | Wayne Davenport Re 7637 Sierra Paseo Lane c/o Mark L. Jackson, Esq Vannah and Vannah 400 S 4th St 6th Floor Las Vegas, NV 89101 | 5065 | 11/15/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $253,800.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Res Judicata Claim | Nevada | 8-9 |
| 20 | Wes W. Johnson aka Weslie Johnson Wes W. Johnson c/o James H. Seymour, Counselor at Law Post Office Box 1758 Crystal Bay, NV 89402-1758 | 4389 | 11/09/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $3,000,000.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | Res Judicata Claim | Federal | 8-9 |
| 21 | Wes W. Johnson aka Weslie Johnson Wes W. Johnson c/o James H. Seymour, Counselor at Law Post Office Box 1758 Crystal Bay, NV 89402-1758 | 4390 | 11/09/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $2,000,000.00 General Unsecured | Executive Trustee Services, LLC | 12-12028 | Res Judicata Claim | Federal | 8-9 |
| 22 | Wes W. Johnson aka Weslie Johnson Wes W. Johnson c/o James H. Seymour, Counselor at Law Post Office Box 1758 Crystal Bay, NV 89402 | 4391 | 11/09/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $3,000,000.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Res Judicata Claim | Federal | 8-9 |