Angela L. Baglanzis, Esquire (NY 4120911)
Edmond M. George, Esquire (PA 45969)
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center, 19th Floor
1617 J.F.K. Boulevard
Philadelphia, PA 19103
Telephone: (215) 665-3067
Facsimile: (215) 665-3165
*Counsel to Obermayer Rebmann Maxwell & Hippel LLP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| **In re:** | : |
| | :    **CHAPTER 11** |
| **RESIDENTIAL CAPITAL, LLC, et al.,** | : |
| | :    **Case No. 12-12020 (MG)** |
| Debtor. | : |

---------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below, hereby appear as counsel for Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer"), and pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned requests that an entry be made on the Clerk's Service List maintained pursuant to Local Bankruptcy Rule 2002(c), in the above captioned case, and that all notices given or required to be given and all papers served or required to be served, in this case be given to and served upon:

>Angela L. Baglanzis, Esquire
>Edmond M. George, Esquire
>OBERMAYER REBMANN MAXWELL & HIPPEL LLP
>One Penn Center, Suite 1900
>1617 John F. Kennedy Boulevard
>Philadelphia, PA  19103
>angela.baglanzis@obermayer.com
>edmond.george@obermayer.com
>(215) 665-3000 – Telephone
>(215) 665-3165 – Facsimile

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier services, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Respectfully submitted,

Dated: December 19, 2013

By: /s/ *Angela L. Baglanzis*
Angela L. Baglanzis, Esquire (NY 4120911)
Edmond M. George, Esquire (PA 45969)
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center, 19th Floor
1617 J.F.K. Boulevard
Philadelphia, PA 19103
*Counsel to Obermayer Rebmann Maxwell & Hippel LLP*