UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, ) | Case No. 12-12020 (MG) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Stella Leung, duly sworn, deposes and says, that deponent is not a party to the within action, is over 18 years of age, and is employed at Thompson & Knight LLP at 900 Third Avenue, New York, NY 10022.

That on the 13th day of December, 2013, deponent cause to be served the within OBJECTION OF MIDFIRST BANK TO PLAN PROPONENTS' MOTION FOR ORDER ESTABLISHING THE DISPUTED CLAIMS RESERVE IN CONNECTION WITH THE JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC, ET AL. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (Docket # 6104) upon the parties listed on the attached service list via Electronic Mail and/or Federal Express Overnight Delivery and/or Express Mail Overnight Delivery and/or Facsimile and/or By Hand Delivery, as indicated.

/s/ Stella Leung
Stella Leung

Sworn to before me this
19th day of December, 2013

/s/ Elaine A. Barone
Notary Public
ELAINE A. BARONE
Notary Public, State Of New York
No. 01BA4826254
Qualified In Queens County
Commission Expires Dec. 31, 2014

1

555555 006016 8689912.1

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001
Attn: US Attorney General, Eric H. Holder, Jr.
Email: AskDOJ@usdoj.com

Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341
Attn: Nancy Lord, Esq.
      Enid N. Stuart, Esq.
Emails: Nancy.Lord@OAG.State.NY.US; Enid.Stuart@ag.ny.gov;
Enid.Stuart@OAG.State.NY.US

Residential Capital, LLC
1177 Avenue of the Americas
New York, NY 10036
Attn: Tammy Hamzehpour
Email: Tammy.Hamzehpour@gmacrescap.com

Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
Attn: Gary S. Lee, Esq.
      Norman S. Rosenbaum, Esq.
      Jordan A. Wishnew, Esq.
      Samanth Martin, Esq.
Emails: Glee@mofo.com; Nrosenbaum@mofo.com; Jwishnew@mofo.com;
Smartin@mofo.com

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Attn: Ken Eckstein, Esq.
      Doug Mannal, Esq.
      Stephen D. Zide, Esq.
      Joseph A. Shifter, Esq.
Emails: keckstein@krarmerlevin.com; dmannal@kramerlevin.com; szide@kramerlevin.com;
        jshifer@kramerlevin.com

Citibank N.A.
390 Greenwich Street, 6th Floor
New York, NY 10013
Attn: Bobbie Theivakurnaran
Email: bobbie.theivakurnaran@citi.com

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**
Fannie Mae
3900 Wisconsin Avenue NW
Mail Stop 8H-504
Washington DC 20016
Email: john_s_forlines@fanniemae.com

Kirkland & Ellis
601 Lexington Avenue
New York, NY 10022
Attn: Ray C. Schrock
      Richard M. Cieri
Emails: richard.cieri@kirkland.com; stephen.hessler@kirkland.com;
        projectrodeo@kirkland.com; william.b.solomon@ally.com; timothy.devine@ally.com

Deutsche Bank Trust Company Americas
25 DeForest Avenue
Summit, NJ 07901
Attn: Kevin Vargas
Email: kevin.vargas@db.com

U.S. Bank National Association
50 South 16th Street, Suite 2000
Philadelphia, PA 19102
Attn: George Rayzis
Email: george.rayzis@usbank.com

U.S. Bank National Association
60 Livingston Avenue
EP-MN-WS1D
St. Paul, MN 55107
Attn: Irina Palchuk
Email: irina.palchuk@usbank.com

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: James S. Carr
      Eric R. Wilson
Email: kdwbankruptcydepartment@kelleydrye.com

Skadden Arps Slate Meagher & Flom LLP Four Times Square
New York, NY 10036
Attn: Jonathan H. Hofer
      Ken Ziman
Emails: jhofer@skadden.com; kziman@skadden.com

3

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**
Sidley Austin LLP
One Dearborn
Chicago, IL 60603
Attn: Larry J. Nyhan
 Jessica CK Boelter
Emails: lnyhan@sidley.com; jboelter@sidley.com; bmyrick@sidley.com

Securities and Exchange Commission, New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
Attn: George S. Canellos, Regional Director
Email: newyork@sec.gov

Clifford Chance US LLP
31 West 52nd Street
New York, New York 10019
Attn: Jennifer C. DeMarco
Jennifer.Demarco@cliffordchance.com

Munger, Tolles & Olsen LLP
355 South Grand Avenues
Los Angeles, CA 90071
Attn: Thomas Walper
 Seth Goldman
Emails: Thomas.Walper@mto.com; Seth.Goldman@mto.com

**VIA FACSIMILE**
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.
 Brian Masumoto, Esq.
 Linda Riftkin, Esq.
Facsimile: (212) 668-2255

Office of U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Attn: Joseph N. Cordaro, Esq.,
Facsimile: (212) 637-2745

Nationstar Mortgage LLC Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
Attn: General Counsel
Facsimile: (972) 315-8637

4

**VIA FACSIMILE**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
Facsimile: (267) 941-1015

**VIA FEDERAL EXPRESS OVERNIGHT**
Office of U.S. Attorney for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Attn: Joseph N. Cordaro, Esq.,

Nationstar Mortgage LLC Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067
Attn: General Counsel

Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

**VIA BY HAND DELIVERY**
The Bank of New York Mellon
Asset Backed Securities Group
101 Barclay Street 4W
New York, NY 10286

**VIA EXPRESS MAIL OVERNIGHT**
Wells Fargo Bank, N.A.
P.O. Box 98
Columbia, MD 21046
Attn: Corporate Trust Services, GMACM Home
 Equity Notes 2004 Viable Funding Trust

555555 006016 8689912.1