OFFICE OF THE ATTORNEY GENERAL
OF MASSACHUSETTS, MARTHA COAKLEY
Genevieve C. Nadeau
Assistant Attorney General
One Ashburton Place
Boston, MA  02108
Telephone: (617) 727-2200, ext. 2121
Facsimile: (617) 727-5762
E-mail: genevieve.nadeau@state.ma.us

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to the approval of the Court, the following attorney shall be substituted as counsel of record for the Commonwealth of Massachusetts:

> JUSTIN J. LOWE (admitted *pro hac vice*)
> Office of the Attorney General of Massachusetts,
>    Martha Coakley
> Assistant Attorney General
> One Ashburton Place, 18th Floor
> Boston, Massachusetts  02108
> Tel.: (617) 963-2912
> Fax.: (617) 727-5765
> Email: justin.lowe@state.ma.us

With the Court's permission, Attorney Genevieve Nadeau hereby withdraws as counsel for the Commonwealth in this matter.

                        Respectfully submitted,

DATED:  December 20, 2013          OFFICE OF THE ATTORNEY GENERAL
                                      OF MASSACHUSETTS

                                      By:  /s/ Genevieve Nadeau
                                      GENEVIEVE C. NADEAU
                                      Assistant Attorney General
                                      One Ashburton Place, 18th Floor
                                      Boston, Massachusetts  02108
                                      Tel.: (617) 963-2121
                                      Fax.: (617) 727-5762
                                      Email: genevieve.nadeau@state.ma.us

DATED:  December 20, 2013          OFFICE OF THE ATTORNEY GENERAL
                                        OF MASSACHUSETTS

                                      By:  /s/ Justin J. Lowe
                                      JUSTIN J. LOW (admitted *pro hac vice*)
                                      Assistant Attorney General
                                      One Ashburton Place, 18th Floor
                                      Boston, Massachusetts  02108
                                      Tel.: (617) 963-2912
                                      Fax.: (617) 727-5765
                                      Email: justin.lowe@state.ma.us

                                      Attorneys for the
                                      Commonwealth of Massachusetts

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2013, a true and correct copy of the foregoing <u>Notice of Substitution of Attorney</u> was caused to be served upon the persons who have electronically entered a notice of appearance and are served through the Court's CM/ECF System, and to the persons listed below and in the manner indicated:

VIA FIRST CLASS MAIL:

| | |
|---|---|
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, New York  10104<br>Attn:   Lorenzo Marinuzzi<br>            Samantha Martin | Office of the United States Trustee for the Southern District of New York<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, New York  10014<br>Attn: Brian S. Masumoto |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York  10036<br>Attn:   Kenneth H. Eckstein<br>            Douglas H. Mannal | Kirkland & Ellis<br>601 Lexington Avenue<br>New York, New York  10022<br>Attn:   Ray C. Schrock<br>            Stephen E. Hessler<br>            Craig A. Bruens |

*/s/* Genevieve Nadeau
Genevieve C. Nadeau