Jeffrey A. Lipps (admitted *pro hac vice*)
Jennifer A.L. Battle (admitted *pro hac vice*)
David A. Beck (admitted *pro hac vice*)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio  43215
Phone:  (614) 365-4100
Fax:  (614) 365-9145

*Special Litigation Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**STATEMENT REGARDING TRAVEL EXPENSES TO NEW YORK CITY SOUGHT IN THE FOURTH INTERIM APPLICATION OF CARPENTER LIPPS & LELAND LLP AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES <u>INCURRED FOR THE PERIOD MAY 1, 2013 THROUGH AUGUST 31, 2013</u>**

TO THE HONORABLE MARTIN GLENN,
UNITED STATES BANKRUPTCY JUDGE:

Carpenter Lipps & Leland LLP ("**CLL**"), special litigation counsel to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), respectfully submits this statement regarding the travel expenses to New York City sought in CLL's fourth interim fee application (Docket No. 5801).  Based on the Court's ruling at the December 17, 2013 hearing , CLL has analyzed its travel expenses to New York City for the period from May 1, 2013 through August 31, 2013 (the "**Fourth Compensation  Period**") and discussed these

{00374508-1}

expenses with the Office of the United States Trustee (the "**UST**").  CLL and the UST have reached the following agreement to implement the Court's ruling at the December 17, 2013 hearing:

    1.    $9,854.20 of the New York travel expenses during the Fourth Compensation Period are based on Mr. Lipps's service as an witness in support of the FGIC settlement for which CLL may be reimbursed under the Court's ruling.

    2.    The $4,119.77 difference between this amount and the $13,970.97 in New York travel expenses the UST objected to in CLL's fee application would not be reimbursable under the Court's ruling.

    3.    For administrative convenience, CLL will refund the $4,119.77 by providing a credit in that amount under its next monthly fee statement served out under the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket. No. 797].

Dated: December 23, 2013

/s/ David A. Beck
Jeffrey A. Lipps (admitted *pro hac vice*)
lipps@carpenterlipps.com
Jennifer A.L. Battle (admitted *pro hac vice*)
battle@carpenterlipps.com
David A. Beck (admitted *pro hac vice*)
beck@carpenterlipps.com
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio  43215
Phone:  (614) 365-4100
Fax:  (614) 365-9145

*Special Litigation Counsel to the Debtors and Debtors in Possession*