## PROOF OF SERVICE

[In accordance with Rule 9013-3]

In Re Residential Capital, LLC et. al (Case 12-12020 (MG))

I am David Eugene Rozier, Sr. a free person, a resident of the State of California and a naturally-born citizen of the state of New York and the United States. I am over the age of 18 and not a party to the within action. My business address is 7957 Dahlia Circle, Buena Park, CA 90620.

- Re Claim No. 4738, Karen Michele Rozier's Request for Payment from GMAC Mortgage, LLC
- Re Claim No. 5632, Karen Michele Rozier's Request for Payment from Executive Trustee Services, LLC
- Letter dated 16 December 2013 to Office of the Clerk, United States Court of Appeals for the Ninth Subject with subject: Concern Re Apparent Fraudulent Billing of Severson and Werson, APC in Bankruptcy Case 8:11-bk-21727-CB, Bankruptcy Appellate Case CC-12-1359-KiPaD and Appeals Case 13-60106

on all interest parties in this action by <u>Regular First Class Mail</u>:

<u>Counsel for the Debtors and Debtors in Possession</u>
Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
Jennifer L. Marines
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, New York 10101



<u>Counsel for the Official Committee of Unsecured Creditors</u>
Kenneth H. Eckstein
Douglas H. Mannal
Stephen D. Zide
Rachel L. Ringer
KRAMER LEVIN NAFTALIS & FRANKEL, LLP
1177 Avenue of the Americas
New York, New York 10036

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 17, 2013

David E. Rozier, Sr.