**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | Case No. 12-12020 (MG) |
| ) | |
| RESIDENTIAL CAPITAL, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## AFFIDAVIT OF DISINTERESTEDNESS

STATE OF DELAWARE    )
                     ) ss:
COUNTY OF NEW CASTLE )

Zachary I. Shapiro, being duly sworn, upon his oath, deposes and says:

1. I am an associate of Richards, Layton & Finger, P.A., located at 920 N. King St., Wilmington, Delaware 19801 (the "Firm").

2. The above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively the "Debtors") have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past, may currently perform services, and may perform services in the future, in matters unrelated to the above-captioned cases (the "Chapter 11 Cases"), for persons that are parties-in-interest in the Debtors' Chapter 11 Cases. The Firm does not perform services for any such person in connection with these Chapter 11 Cases, or have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases,

5. Neither I nor any director, counsel or associate of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

6. Neither I nor any director, counsel or associate of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

7. The Debtors owe the Firm $1,019.50 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. § 101, et seq.

8. As of the Petition Date, the Firm, to the best of its knowledge, information and belief, was not party to an agreement for indemnification with certain of the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 17, 2013

_____
Zachary I. Shapiro

Sworn to and subscribed before me
this 17th day of December, 2013

_____
Notary Public

[Notary Seal: ANN JEROMINSKI, MY COMMISSION EXPIRES JAN. 19, 2014, NOTARY PUBLIC, STATE OF DELAWARE]

*In re Residential Capital, LLC*, et al.
Chapter 11 Case No. 12-12020 (MG)

RETENTION QUESTIONNAIRE[1]

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY RESIDENTIAL CAPITAL, LLC, et al. (the "Debtors")

THIS QUESTIONNAIRE WILL BE FILED WITH THE COURT ON YOUR BEHALF. PLEASE REMIT IT TO THE FOLLOWING ADDRESS:

> Morrison & Foerster LLP
> 1290 Avenue of the Americas
> New York, New York 10104
> Attn: Norman S. Rosenbaum and Jordan A. Wishnew

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    Richards, Layton & Finger, P.A.

    920 North King Street

    Wilmington, DE 19801

2. Date of original retention: On or about May 5, 2012

3. Brief description of legal services to be provided:

    Representing the Independent Directors and/or Independent Managers of certain

    of the Subsidiary Debtors.

4. Arrangements for compensation (hourly, contingent, etc.)

    (a) Average hourly rate (if applicable): $525

    (b) Estimated average monthly compensation (based on prepetition retention if firm was employed prepetition):$2,000

5. Prepetition claims against any of the Debtors held by the firm:

---

[1] All amounts are either owing in U.S. Dollars or have been converted to U.S. Dollars based upon the applicable exchange rate in effect on the Petition Date.

1

        Amount of claim: $1,019.50

        Date claim arose: $750 of the claim was for services rendered through March 31, 2011 and the remainder of the claim was for services rendered on April 4, 2012.

        Source of claim: Legal services performed by the Firm's Trust Advisory Group

6.     Prepetition claims against any of the Debtors held individually by any member, associate, or professional employee of the firm:

        None to the best our knowledge, information and belief.

7.     Stock of any of the Debtors currently held by the firm:

        None to the best our knowledge, information and belief.

8.     Stock of any of the Debtors currently held individually by any member, associate, or professional employee of the firm:

        None to the best our knowledge, information and belief.

9.     Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

        To the best of our knowledge, information and believe, we are aware of no such interest.

10.    Amount of any retainer received from the Debtors held by the firm:

        (a) As of May 14, 2012:  None

        (b) Balance remaining after application to invoices due and owing
            prior to May 14, 2012:  Not applicable

                                                  /s/ Zachary I. Shapiro
                                                  Name: Zachary I. Shapiro
                                                  Title: Associate

ny-1050235
RLF1 9706604v.1