UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
*In re*                                                          : Chapter 11
                                                                 :
RESIDENTIAL CAPITAL, LLC, *et al.*,                              : Case No. 12-12020 (MG)
                                                                 :
            Debtors.                                             : (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Thomas M. Monahan hereby requests the withdrawal of his appearance on behalf of National Association of Consumer Bankruptcy Attorneys in the above-captioned Chapter 11 proceedings.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests to be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated: New York, New York
       December 23, 2013

                              Respectfully submitted,

                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                       By         /s/ Thomas M. Monahan
                                  THOMAS M. MONAHAN

                                  30 Rockefeller Plaza
                                  New York, NY 10112
                                  Telephone: (212) 653-8700
                                  Facsimile: (212) 653-8701

SMRH:201242659.1