SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-4466

*Counsel for Citibank, N.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                : Chapter 11
                                     :
**Residential Capital, LLC,** *et al.,*  : Case No. 12-12020 (MG)
                                     :
                 Debtors             : (Jointly Administered)
                                     :
------------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK           )
                            )  s.s.:
NEW YORK COUNTY             )

    Jerome Mounier, being duly sworn, deposes and states:

1) I am employed by Shearman & Sterling LLP at 599 Lexington Avenue, in New York, New York. I am over the age of eighteen and I am not a party to this proceeding.

2) On December 23, 2013, I caused to be served true and correct copies of the (a) *Motion of Citibank, N.A. for an Order (I) Determining that it is Entitled to Post-Petition Interest on its Oversecured MSR Facility Claims at the Contractual Default Rate, and (II) Directing Debtors to Pay Such Interest as Well as Citibank's Due and Unpaid Counsel Fees and Expenses* and (b) the *Notice of Hearing* thereon upon the parties listed on the Monthly Service List dated as of December 2, 2013 by electronic mail and upon the parties listed on the annexed Exhibit A by first class mail.

                                                       /s/ Jerome Mounier
                                                       Jerome Mounier

SUBSCRIBED AND SWORN to
before me this 23rd day of December, 2013

/s/ Joseph Silecchia
Notary Public, State of New York
No. 01S16108266
Qualified in Kings County
Commission Expires April 12, 2016


[Seal]

## Exhibit A

Citibank, NA
390 Greenwich Street, 6th Floor
New York, NY  10013
Attn:  Bobbie Theivakumaran

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
Attn:  Sean A. O'Neal
          Thomas J. Moloney

Clifford Chance US LLP
31 West 52nd Street
New York, NY  10019
Attn:  Jennifer C. DeMarco
          Adam Lesman

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346
Attn:  Centralized Insolvency Operation

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
Attn:  Maryann Gallagher
          Jonathan J. Walsh

Internal Revenue Service
31 Hopkins Plz, Room 1150
Baltimore, MD  21201
Attn:  Insolvency Section

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178
Attn:  James S. Carr
          Eric R. Wilson

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022
Attn:  Richard M. Cieri
          Ray C. Schrock
          Stephen E. Hessler

Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Attn:  Kenneth H. Eckstein
          Thomas Moers Mayer
          Douglas H. Mannal
          Jeffrey Trachtman

Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA  90245
Attn:  P. Joe Morrow

Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154
Attn:  Walter H. Curchack
          Vadim J. Rubinstein
          Debra W. Minoff

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Attn:  Gerard Uzzi

| | |
|---|---|
| Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Attn:  Larren M. Nashelsky<br>        Gary S. Lee<br>        Lorenzo Marinuzzi<br>        Kayvan B. Sadeghi<br>        Tammy Hamzehpour | Office of the New York State Attorney General<br>The Capitol<br>Albany, NY  12224-0341<br>Attn:  Nancy Lord<br>        Enid M. Stuart |
| Office of the U.S. Attorney for the<br>Southern District of NY<br>One St. Andrews Plaza<br>New York, NY  10007<br>Attn:  United States Attorney Preet Bharara | Securities & Exchange Commission<br>100 F Street, N.E.<br>Washington, DC  20549<br>Attn:  Secretary of the Treasury |
| Securities & Exchange Commission<br>New York Regional Office<br>3 World Financial Center, Suite. 400<br>New York, NY  10281-1022<br>Attn:  George S. Canellos, Regional Director | The Bank of New York Mellon<br>101 Barclay Street, 4W<br>New York, NY  10286<br>Attn:  Asset-Backed Securities Group |
| U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC  20530-0001<br>Attn:  US Attorney General,<br>        Eric H. Holder, Jr. | United States Attorney's Office for the<br>Southern District of New York Civil Division<br>86 Chambers Street, 3rd Floor<br>New York, NY  10007<br>Attn:  Joseph Cordaro<br>        Cristine Irvin Phillips |
| U.S. Trustee for the Southern District of New York<br>201 Varick Street, Suite 1006<br>New York, NY  10014<br>Attn:  Tracy Hope Davis<br>        Linda A. Riffkin<br>        Brian S. Masumoto | Wells Fargo Bank NA<br>PO Box 98<br>Columbia, MD  21046<br>Attn:  Corporate Trust Services –<br>GMACM Home Equity Notes 2004<br>Variable Funding Trust |