## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Erlene W. Krigel, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Becky Spence, a creditor, in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Missouri and the bar of the U.S. District Court of the Western District of Missouri and the District of Kansas.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: December 17, 2013
       Kansas City, Missouri

Erlene W. Krigel, MO Bar #29416
4550 Belleview
Kansas City, MO 64111
Telephone: (816) 756-5800
Fax: (816) 756-1999
ekrigel@krigelandkrigel.com