**NITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**                          :          Chapter 11
:
**RESIDENTIAL CAPITAL, LLC, et al.,** [1]  :   Case No. 12-12020 (MG)
:
:
:          (Jointly Administered)
**Debtors.**                       :
------------------------------------------------------------x

**AFFIDAVIT OF PUBLICATION RE NOTICE OF ENTRY OF
CONFIRMATION ORDER CONFIRMING THE SECOND AMENDED
JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL,
LLC, ET AL. AND THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS AND OCCURRENCE OF EFFECTIVE DATE IN THE
WALL STREET JOURNAL AND USA TODAY**

This Affidavit of Publication includes the sworn statements verifying that the Notice of Entry of Confirmation Order Confirming the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors and Occurrence of Effective Date was published and incorporated by reference herein as follows:

1. In *The Wall Street Journal* on December 23, 2013, attached hereto as **Exhibit A**;

2. In *USA Today* on December 23, 2013 attached hereto as **Exhibit B**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

# EXHIBIT A

# AFFIDAVIT

**STATE OF TEXAS**            )
                             ) ss:
**CITY AND COUNTY OF DALLAS**)

I, Jeff Aldridge, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1  insertion(s) on the following date(s):

DEC-23-2013;

ADVERTISER: Residential Capital;

and that the foregoing statements are true and correct to the best of my knowledge.

_____ [signature] _____

Sworn to before me this
23 day of December 2013

_____ [signature] _____
Notary Public

ANDREW PATRICK JOHNSON
Notary Public
STATE OF TEXAS
My Comm. Exp. Mar 01 2017

UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK
In re: Residential Capital, LLC, et al., ) Chapter 11, Case No. 12-12020 (MG)
Debtors. ) Jointly Administered

**NOTICE OF ENTRY OF CONFIRMATION ORDER CONFIRMING THE SECOND AMENDED JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC, ET AL. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND OCCURRENCE OF EFFECTIVE DATE**

1. **Confirmation of the Plan**. On December 11, 2013, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered the Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors [Docket No. 6065] (the "Confirmation Order") confirming the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors [Docket No. 6065-1] (as may be amended, modified or supplemented from time to time, the "Plan").[1]

2. **Effective Date**. On December 17, 2013, pursuant to the satisfaction of the conditions set forth in Article X.B of the Plan, the Effective Date of the Plan occurred, and the Plan was substantially consummated.

3. **Bar Date for Administrative Claims**. Except as otherwise provided in Article II.A of the Plan, the Confirmation Order, or any other applicable order of the Bankruptcy Court, all requests for payment of an Administrative Claim accrued on or before the Effective Date must be made in writing, conform to the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court Southern District of New York (the "Local Bankruptcy Rules"), be filed with the Bankruptcy Court, and served on the Plan Proponents or the Liquidating Trust, as applicable, so as to be received **no later than January 16, 2014** (the "Administrative Claims Bar Date"). Holders of Administrative Claims that are required to, but do not, file and serve a request for payment of such Administrative Claims by the Administrative Claims Bar Date shall be forever barred, estopped and enjoined from asserting such Administrative Claims against the Debtors, the Plan Trusts, or their assets or properties, and such Administrative Claims shall be deemed discharged as of the Effective Date.

4. **Deadline for Professional Claims**. All final requests for payment of Professional Claims and expenses for services rendered before the Effective Date, including any holdback amounts, must be filed with the Bankruptcy Court and served on the Debtors and the Liquidating Trust so as to be actually received **no later than March 3, 2014**, and must comply with the applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, and the procedures established by the Bankruptcy Code and prior Bankruptcy Court orders.

5. **Access to Court Documents**. The Confirmation Order, the Plan, copies of the documents included in the Plan or any other document filed in these Chapter 11 Cases are available: (a) by calling the Debtors' restructuring hotline at (888) 251-2914 or by visiting the Debtors' restructuring website at www.kccllc.net/rescap, or (b) for a fee via PACER by visiting www.nysb.uscourts.gov.

IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE DEBTORS' RESTRUCTURING HOTLINE AT (888) 251-2914

Dated: December 17, 2013, New York, New York

Gary S. Lee, Lorenzo Marinuzzi, Todd M. Goren, Jennifer L. Marines, MORRISON & FOERSTER LLP, 1290 Avenue of the Americas, New York, New York 10104, Telephone: (212) 336-4323, Facsimile: (212) 468-7900, Counsel for the Debtors and Debtors in Possession -and- Kenneth H. Eckstein, Douglas H. Mannal, Stephen D. Zide, Rachael L. Ringer, KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 Avenue of the Americas, New York, New York 10036, Telephone: (212) 715-3280, Facsimile: (212) 715-8000, Counsel for the Official Committee of Unsecured Creditors

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan.

# **EXHIBIT B**



# VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Monday, December 23, 2013** the following legal advertisement – **Residential Capital, LLC, et al.** - was published in the national edition of **USA TODAY.**

_____
Principal Clerk of USA TODAY
December 23, 2013

This ___ day of _____ month
_____ year.

_____
Notary Public

[Notary Seal: BARBARA J. CALLOW, NOTARY PUBLIC, REG # 135352, MY COMMISSION EXPIRES 9/30/2015, COMMONWEALTH OF VIRGINIA]

USA TODAY   •   7950 Jones Branch Drive, McLean, VA 22108   •   www.usatoday.com

<u>UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| In re: Residential Capital, LLC, et al., ) | Chapter 11, Case No. 12-12020 (MG) |
| Debtors. ) | Jointly Administered |

**NOTICE OF ENTRY OF CONFIRMATION ORDER CONFIRMING THE SECOND AMENDED JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC, ET AL. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND OCCURRENCE OF EFFECTIVE DATE**

1. <u>Confirmation of the Plan</u>. On December 11, 2013, the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") entered the *Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 6065] (the "**Confirmation Order**") confirming the *Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 6065-1] (as may be amended, modified or supplemented from time to time, the "**Plan**").[1]

2. <u>Effective Date</u>. On December 17, 2013, pursuant to the satisfaction of the conditions set forth in Article X.B of the Plan, the Effective Date of the Plan occurred, and the Plan was substantially consummated.

3. <u>Bar Date for Administrative Claims</u>. Except as otherwise provided in Article II.A of the Plan, the Confirmation Order, or any other applicable order of the Bankruptcy Court, all requests for payment of an Administrative Claim accrued on or before the Effective Date must be made in writing, conform to the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court Southern District of New York (the "**Local Bankruptcy Rules**"), be filed with the Bankruptcy Court, and served on the Plan Proponents or the Liquidating Trust, as applicable, so as to be received <u>no later than January 16, 2014</u> (the "**Administrative Claims Bar Date**"). Holders of Administrative Claims that are required to, but do not, file and serve a request for payment of such Administrative Claims by the Administrative Claims Bar Date shall be forever barred, estopped and enjoined from asserting such Administrative Claims against the Debtors, the Plan Trusts, or their assets or properties, and such Administrative Claims shall be deemed discharged as of the Effective Date.

4. <u>Deadline for Professional Claims</u>. All final requests for payment of Professional Claims and expenses for services rendered before the Effective Date, including any holdback amounts, must be filed with the Bankruptcy Court and served on the Debtors and the Liquidating Trust so as to be actually received <u>no later than March 3, 2014</u>, and must comply with the applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, and the procedures established by the Bankruptcy Code and prior Bankruptcy Court orders.

5. <u>Access to Court Documents</u>. The Confirmation Order, the Plan, copies of the documents included in the Plan or any other document filed in these Chapter 11 Cases are available: (a) by calling the Debtors' restructuring hotline at (888) 251-2914 or by visiting the Debtors' restructuring website at www.kccllc.net/rescap, or (b) for a fee via PACER by visiting www.nysb.uscourts.gov.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE DEBTORS' RESTRUCTURING HOTLINE AT (888) 251-2914**

Dated: December 17, 2013, New York, New York

Gary S. Lee, Lorenzo Marinuzzi, Todd M. Goren, Jennifer L. Marines, MORRISON & FOERSTER LLP, 1290 Avenue of the Americas, New York, New York 10104, Telephone: (212) 336-4323, Facsimile: (212) 468-7900, *Counsel for the Debtors and Debtors in Possession* -and- Kenneth H. Eckstein, Douglas H. Mannal, Stephen D. Zide, Rachael L. Ringer, KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 Avenue of the Americas, New York, New York 10036, Telephone: (212) 715-3280, Facsimile: (212) 715-8000, *Counsel for the Official Committee of Unsecured Creditors*

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan.