**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re                                                     :    Chapter 11
                                                          :
RESIDENTIAL CAPITAL, LLC, *et al.*,                       :    Case No. 12-12020 (MG)
                                                          :
                                                          :    (Jointly Administered)
           Debtors.                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the applications for allowance of interim compensation and reimbursement of expenses (ECF Doc. ## 5793, 5796, 5801, 5809, 5811, 5814, 5815, 5825, 5826, 5830, 5831, 5833, 5836, 5838, 5839, 5840, 5841, 5844, 5848, 5849, 5850, 5852, 5853, 5856, 5857, 5858, 5859, 5862, 5866 and 5867 (collectively, the "**Applications**") for professional services rendered and expenses incurred during the period commencing May 1, 2013 through August 31, 2013; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and due consideration having been given to all pleadings related to the Applications; and a hearing having been held before this Court to consider the Applications on December 17, 2013 (the "**Hearing**"); and based upon the record of the Hearing; and all objections to the Applications having been resolved or overruled; and sufficient cause having been shown therefor; it is hereby

ORDERED, that the Applications are granted to the extent set forth on **Schedule "A"** annexed hereto; and it is further

ORDERED, that, with respect to the Applications, the Debtors are authorized and directed to pay fees and expenses allowed under this Order less 10% of allowed fees, which are

still subject to holdback, provided that any remaining prepetition retainer shall be applied against such amounts pursuant to and in accordance with the terms of the order authorizing each respective Applicant's retention and/or against any outstanding prepetition amounts to the extent provided under the applicable Application; and it is further

ORDERED, that all payments made pursuant to this Order are interim payments subject to final approval, and the Debtors remaining current on their administrative obligations, including, but not limited to, the required filings of monthly operating reports and payment of statutory fees plus interest due and owing (if any) to the Office of the United States Trustee; and it is further

ORDERED, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order; and it is further

ORDERED, that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

Dated: New York, New York
      December 19, 2013

                                                          _____/s/Martin Glenn_____
                                                             MARTIN GLENN
                                            United States Bankruptcy Judge

## Schedule A

**Interim Fee Applications**

| (1) Applicant | (2) Date/Document Number of Application | (3) Period Covered by Application | (4) Interim Fees Requested on Application | (5) Fees Allowed | (6) Fees to be Paid for Current Fee Period[1] | (7) Interim Expenses Requested | (8) Expenses Allowed |
|---|---|---|---|---|---|---|---|
| **Debtors' Professionals** | | | | | | | |
| Bradley Arant Boult Cummings LLP | 11/18/2013 (ECF Doc. # 5838) | 5/1/2013 – 8/31/2013 | $724,297.96 | $719,297.96 | $644,465.65 | $71,408.27 | $68,505.76 |
| Bryan Cave LLP | 11/18/2013 (ECF Doc. # 5826) | 5/1/2013 – 6/30/2013 | $285,783.50 | $285,783.50 | $257,205.15 | $4,913.67 | $0.00 |
| Carpenter Lipps & Leland LLP | 11/18/2013 (ECF Doc. # 5801) | 5/1/2013 – 8/31/2013 | $832,475.50 | $832,475.50 | $749,227.95 | $402,651.28 | $402,651.28[2] |
| Centerview Partners LLC | 11/18/2013 (ECF Doc. # 5830) | 5/1/2013 – 8/31/2013 | $1,200,000.00 | $1,200,000.00 | $1,079,240.66 | $3,878.62 | $3,119.28 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | 11/18/2013 (ECF Doc. # 5825) | 5/1/2013 – 8/31/2013 | $3,456,395.50 | $3,450,395.50 | $3,105,355.95 | $15,169.08 | $15,169.08 |

---

1  Reflects allowed fees, less 10% holdback, less reductions in expenses.

2  In accordance with the Court's ruling at the Hearing, Carpenter Lipps & Leland LLP ("CLL") is in the process of reconciling what portion of the $13,970.97 in New York travel expenses included in its Fourth Interim Fee Application relates to Mr. Lipps's service as a witness during this compensation period.  CLL will work to reach agreement on that amount with the U.S. Trustee as soon as practicable and will issue a credit equal to the amount of the remaining New York travel expenses on its next monthly fee statement rendered pursuant to the *Order Establishing Procedures for Interim Compensation And Reimbursement of Expenses of Professionals* (ECF Doc. # 797).

| (1) Applicant | (2) Date/Document Number of Application | (3) Period Covered by Application | (4) Interim Fees Requested on Application | (5) Fees Allowed | (6) Fees to be Paid for Current Fee Period[1] | (7) Interim Expenses Requested | (8) Expenses Allowed |
|---|---|---|---|---|---|---|---|
| Deloitte & Touche LLP | 11/15/2013 (ECF Doc. # 5831) | 5/1/2013 – 8/31/2013 | $134,692.15 | $132,692.15 | $119,422.93 | $0.00 | $0.00 |
| Dorsey & Whitney LLP | 8/15/2013 (ECF Doc. # 5793) | 5/1/2013 – 8/31/2013 | $122,807.70 | $119,785.62 | $107,807.05 | $1,376.97 | $1,376.97 |
| Ernst & Young LLP | 11/18/2013 (ECF Doc. # 5840) | 5/1/2013 – 8/31/2013 | $849,954.25 | $847,254.25 | $762,528.82 | $35,273.37 | $35,273.37 |
| Fortace | 11/18/2013 (ECF Doc. # 5833) | 1/1/2013 – 8/31/2013 | $238,597.50 | $238,597.50 | $214,737.75 | $150,000.00 | $150,000.00 |
| FTI Consulting, Inc. | 11/18/2013 (ECF Doc. # 5853) | 5/1/2013 – 8/31/2013 | $4,342,805.00 + $1,891,182.00 (Rollover Amount)[3] | $4,342,805.00 + $1,775,814.75 (Rollover Amount) | $3,823,382.78[4] | $130,547.97 | $45,405.25 |
| Locke Lord LLP | 11/16/2013 (ECF Doc. # 5796) | 5/1/2013 – 8/31/2013 | $222,492.30 | $220,975.00 | $198,877.50 | $3,805.60 | $3,805.60 |

---

3 "Rollover Amount" has the meaning ascribed to it in FTI's Fourth Interim Fee Application.

4 Excludes $1,775,814.75 on account of approved rollover amounts (for which payment may be made subject to and in accordance with terms of FTI's employment orders, less a 10% holdback or as hereafter otherwise authorized by the Court).

| (1) Applicant | (2) Date/Document Number of Application | (3) Period Covered by Application | (4) Interim Fees Requested on Application | (5) Fees Allowed | (6) Fees to be Paid for Current Fee Period[1] | (7) Interim Expenses Requested | (8) Expenses Allowed |
|---|---|---|---|---|---|---|---|
| Morrison Cohen LLP | 11/18/2013 (ECF Doc. # 5841) | 5/1/2013 – 8/31/2013 | $1,231,368.50 | $1,208,260.00 | $1,087,434.00 | $36,075.45 | $36,075.45 |
| Morrison & Foerster LLP | 11/18/2013 (ECF Doc. # 5839) | 5/1/2013 – 8/31/2013 | $21,653,139.30 | $21,525,639.30 | $19,355,525.97 | $551,388.56 | $533,839.16 |
| Orrick, Herrington & Sutcliffe LLP | 11/18/2013 (ECF Doc. # 5811) | 5/1/2013 – 8/31/2013 | $145,104.28 | $133,606.64 | $120,245.98 | $668.50 | $668.50 |
| Perkins Coie LLP | 11/18/2013 (ECF Doc. # 5836) | 5/1/2013 – 8/31/2013 | $901,482.00 | $891,431.50 | $801,414.18 | $13,055.76 | $12,181.59 |
| Severson & Werson, P.C. | 11/18/2013 (ECF Doc. # 5815) | 5/1/2013 – 8/31/2013 | $271,728.85 | $266,728.85 | $240,055.96 | $21,965.03 | $21,965.03 |
| **Committee's Professionals** | | | | | | | |
| AlixPartners, LLP | 11/18/2013 (ECF Doc. # 5858) | 5/1/2013 – 8/31/2013 | $2,156,280.50 | $2,156,280.50[5] | $1,940,652.45 | $1,309.41 | $1,309.41 |
| Coherent Economics, LLC | 11/18/2013 (ECF Doc. # 5852) | 5/1/2013 – 8/31/2013 | $52,735.00 | $52,735.00 | $47,461.50 | $0.00 | $0.00 |
| EPIQ Bankruptcy Solutions, LLC | 11/18/2013 (ECF Doc. # 5857) | 5/1/2013 – 8/31/2013 | $29,092.70 | $25,276.73 | $22,749.05 | $8,697.64 | $8,697.64 |

---

[5] For administrative convenience, AlixPartners has agreed to reduce their December 2013 invoice in the amount of $196.00 to accommodate the U.S. Trustee's write down for a time entry in the Fourth Interim Period related to Fee Application Preparation time.

| (1) Applicant | (2) Date/Document Number of Application | (3) Period Covered by Application | (4) Interim Fees Requested on Application | (5) Fees Allowed | (6) Fees to be Paid for Current Fee Period[1] | (7) Interim Expenses Requested | (8) Expenses Allowed |
|---|---|---|---|---|---|---|---|
| J F. Morrow | 11/18/2013 (ECF Doc. # 5866) | 5/1/2013 – 8/31/2013 | $7,520.00 | $7,520.00 | $6,768.00 | $0.00 | $0.00 |
| Kramer Levin Naftalis & Frankel LLP | 11/18/2013 (ECF Doc. # 5867) | 5/1/2013 – 8/31/2013 | $11,386,709.50 | $11,314,026.40 | $10,178,623.76 | $412,285.71 | $408,285.71 |
| Moelis & Company LLC | 11/18/2013 (ECF Doc. # 5856) | 5/1/2013 – 8/31/2013 | $1,200,000.00 | $1,200,000.00 | $1,075,500.00 | $20,364.50 | $15,864.50 |
| Pachulski Stang Ziehl & Jones LLP | 11/18/2013 (ECF Doc. # 5814) | 5/1/2013 – 8/31/2013 | $2,322,386.50 | $2,298,470.82 | $2,067,539.42 | $28,182.74 | $27,098.42 |
| San Marino Business Partners LLC | 11/18/2013 (ECF Doc. # 5862) | 5/1/2013 – 8/31/2013 | $16,424.00 | $16,424.00 | $14,781.60 | $36.66 | $36.66 |
| Silverman Acampora LLP | 11/18/2013 (ECF Doc. # 5809) | 5/1/2013 – 8/31/2013 | $422,933.50 | $421,638.00 | $379,474.20 | $2,821.54 | $2,821.54 |
| Wilmer Cutler Pickering Hale & Dorr LLP | 11/18/2013 (ECF Doc. # 5859) | 5/1/2013 – 8/31/2013 | $246,850.00 | $240,866.00 | $216,779.40 | $831.53 | $831.53 |

| (1) Applicant | (2) Date/Document Number of Application | (3) Period Covered by Application | (4) Interim Fees Requested on Application | (5) Fees Allowed | (6) Fees to be Paid for Current Fee Period[1] | (7) Interim Expenses Requested | (8) Expenses Allowed |
|---|---|---|---|---|---|---|---|
| **Examiner's Professionals** | | | | | | | |
| Chadbourne & Parke LLP | 11/18/2013 (ECF Doc. # 5849) | 5/1/2013 – 10/31/2013 | $2,728,057.50 | $2,628,057.50 | $2,360,895.39 | $819,069.00[6] | $814,712.64 |
| Arthur J. Gonzalez (ECF Doc. # 5850) | 11/18/2013 (ECF Doc. # 5850) | 5/1/2013 – 5/31/2013 | $45,750.00 | $45,750.00 | $41,175.00 | $0.00 | $0.00 |
| Leonard, Street & Deinard Professional Association | 11/18/2013 (ECF Doc. # 5844) | 5/1/2013 – 5/31/2013 | $11,897.00 | $11,897.00 | $10,707.30 | $1,865.00 | $1,865.00 |
| Mesirow Financial Consulting, LLC | 11/18/2013 (ECF Doc. # 5848) | 5/1/2013 – 10/31/2013 | $2,899,686.00 | $2,799,686.00 | $2,519,717.40 | $12,752.00 | $12,752.00 |

DATE ON WHICH ORDER WAS SIGNED: <u>12/19/2013</u>          INITIALS: <u>MG</u> USBJ

---

[6] Expenses requested in the application were reduced by $4,356.36 to reflect reductions taken after payment was received but prior to filing of the application.