UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11
                                        :
RESIDENTIAL CAPITAL, LLC, et al.,[1]    :    Case No. 12-12020 (MG)
                                        :
                                        :
                                        :    (Jointly Administered)
        Debtors.                        :
---------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Peter Walsh, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On or before December 24, 2013, at my direction and under my supervision, employees of KCC caused the following documents to be served 1) via Overnight mail on the service list attached hereto as **Exhibit A** for subsequent distribution to beneficial holders of the securities listed on the attached **Exhibit B**; and 2) via First Class mail to the parties on the service list attached hereto as **Exhibit C**; and 3) via Email to the parties on the service list attached hereto as **Exhibit D**:

- **Notice of Entry of Confirmation Order Confirming the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors and Occurrence of Effective Date** [Docket No. 6137]

- **Notice of Deadline and Procedures for Filing Certain Administrative Claims** [Docket No. 6138]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

Dated: December 27, 2013

_____
Peter Walsh

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on this 27th of December, 2013, by Peter Walsh, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

[Notary Seal: JEFFREY M. SELLERS, NOTARY, NO. 01SE6219948, QUALIFIED IN QUEENS COUNTY, COMM. EXP. 04/05/2014, STATE OF NEW YORK, PUBLIC]

# Exhibit A

Exhibit A

| Name | NoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Broadridge | Receiving Dept | 51 Mercedes Way | | Edgewood | NY | 11717 |
| Mediant Communications | Stephanie Fitzhenry | 100 Demarest Dr | | Wayne | NJ | 07470 |
| The Bank of New York Mellon | Beth Stiffler | 525 William Penn Pl | Rm 300 | Pittsburgh | PA | 15259 |
| The Depository Trust Co | Swabera Mohamed | 570 Washington Blvd | | Jersey City | NJ | 07310 |

# Exhibit B

Exhibit B

| Issuer | Description | CUSIP | ISIN |
|---|---|---|---|
| Residential Capital | 6.875% Notes due 6/30/15 | 76113BAE9 | US76113BAE92 |
| Residential Capital | 8.50% Notes due 4/17/2013 | 76113BAR0 | US76113BAR06 |
| Residential Capital | 6.5% Notes due 6/1/2012 | 76114EAC6 | US76114EAC66 |
| Residential Capital | 9.625% Notes due 5/15/2015 | 76114EAH5 | US76114EAH53 |
| Residential Capital | 6.375% Notes due 5/17/2013 | N/A | XS0254759920 |
| Residential Capital | 7.125% Notes due 5/17/2012 | N/A | XS0254758872 |
| Residential Capital | 7.875% Notes due 7/1/2014 | N/A | XS0307841469 |

# Exhibit C

Exhibit C

| Name | NoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Banc of Americas Securities LLC | Reorg | 222 Broadway | 27th Fl | New York | NY | 10038 |
| Barclays Bank Inc LE | Giovanna Laurella | 70 Hudson St | 7th Fl | Jersey City | NJ | 07302-0000 |
| Barclays Capital Inc / Barclays Capital | Nellie Foo | 200 Cedar Knolls Rd | | Whippany | NJ | 07981-0000 |
| BNP Paribas NY Branch | Dean Galli | 525 Washington Blvd | 9th Fl | Jersey City | NJ | 07310 |
| BNY Mellon | Enis Suljic | 525 William Penn Pl | Rm 300 | Pittsburgh | PA | 15259 |
| Brown Brothers Harriman & Co | Corporate Actions | 525 Washington Blvd | New Port Towers | Jersey City | NJ | 07302-0000 |
| Charles Schwab & Co Inc | Nancy Brim | 2423 E Lincoln Dr | PHX PEAK 02 K130 | Phoenix | AZ | 85016 |
| Citibank NA | Sandra Hernandez | 3800 Citibank Center B3 12 | | Tampa | FL | 33610 |
| Citigroup Global Markets Inc Salomon | Brian Cotton | 111 Wall St | 6th Fl | New York | NY | 10005 |
| Credit Suisse Securities USA LLC | Adam Miranda | 1 Madison Ave | 2nd Fl | New York | NY | 10010 |
| Custodial Trust Co | Adriana Laramore | 14201 Dallas Pkwy | | Dallas | TX | 75254 |
| Deutsche Bank Securities Inc | Ira Kovins | Harborside Financial Ctr | 100 Plaza One 2nd Fl - Corp Actions | Jersey City | NJ | 07311-0000 |
| ETrade Clearing LLC | Matt Freifeld | 1981 Marcus Ave | Ste 100 | Lake Success | NY | 11042 |
| Goldman Sachs & Co | Gloria Lio | 30 Hudson St | | Jersey City | NJ | 07302-4699 |
| Goldman Sachs Bank USA | Christine Hartwig | 30 Hudson St | | Jersey City | NJ | 07302-4699 |
| Goldman Sachs Execution & Clearing | Andrew Warren | 30 Hudson St | | Jersey City | NJ | 07302-4699 |
| J P Morgan Clearing Corp | Proxy Dept Manager | 14201 Dallas Pkwy | | Dallas | TX | 75254 |
| JP Morgan Securities Inc Fixed | Jack Dickson | 14201 N Dallas Tollway | 12 th Fl | Dalls | TX | 75254 |
| JPMorgan Chase Bank NA | Reorg Dept | 14201 Dallas Pkwy | | Dallas | TX | 75254 |
| Manufacturers and Traders Trust Co | Stephen Schmidt | 1 M & T Plz | 8th Fl | Buffalo | NY | 14203 |
| Morgan Stanley & Co Inc | Michelle Ford | 1300 Thames St | 7th Floor | Baltimore | MD | 21231 |
| Morgan Stanley Smith Barney | Suzanne Mundle | Harborside Financial Ctr | 230 Plaza Three 6th Fl | Jersey City | NJ | 07311 |
| National Financial Services | Lou Trezza | 200 Liberty St | | New York | NY | 10281 |
| Northern Trust Co | Stella Castaneda | 801 S Canal St | Attn Capital Structures C1N | Chicago | IL | 60607 |
| RBC Capital Markets Corporation | Steve Schafer Jr | 60 S 6th St | P09 | Minneapolis | MN | 55402-4400 |
| State Street Bank and Trust Co | Sandra Polizio | Corp Actions JAB5E | 1776 Heritage Dr | North Quincy | MA | 02171-0000 |
| The Bank of New York Mellon/DBAG Lon | Donna Steinman | One Wall St | | New York | NY | 10286 |
| UBS Securities LLC | Michael Marciano | 480 Washington Blvd | | Jersey City | NJ | 07310-0000 |
| US Bank NA | Tim Randall | MK WI S302 | 1555 N Rivercenter Dr | Milwaukee | WI | 53212 |
| Wells Fargo Bank National Association | Kevin St Louis | 733 Marquette Ave | MAC N9306 057 5th Fl | Minneapolis | MN | 55402 |

Residential Capital, LLC, et al.
Case No. 12-12020 (MG)

Page 1 of 1

# Exhibit D

Exhibit D

| Company | Email |
|---|---|
| Bank of America DTC #773 | deborah.melendez@baml.com |
| Bank of America DTC #773 | dg.corporate_action@bankofamerica.com |
| Bank of America DTC #773 | cpactionslitigation@ml.com |
| Bank of America DTC #2251 | tss.corporate.actions@bankofamerica.com |
| Barclays #229 | caeventcreations@barclays.com |
| Barclays #229 | nyvoluntary@barclays.com |
| BNY Mellon #954 | Beth.Stiffler@bnymellon.com |
| Bloomberg | release@bloomberg.net |
| Broadridge | SpecialProcessing@broadridge.com |
| Brown Brothers | nj.mandatory.inbox@bbh.com |
| Citi #908 | gts.caec.tpa@citi.com |
| Clearstream International SA | CA_Luxembourg@clearstream.com |
| Clearstream International SA | Carolyn.trebus@citi.com |
| Credit Suisse Securities (USA) LLC | list.nyevtintgrp@credit-suisse.com |
| Credit Suisse Securities (USA) LLC | raequel.packenham@credit-suisse.com |
| Credit Suisse Securities (USA) LLC | asset.servnotification@credit-suisse.com |
| Deutsche Bank Securities Inc | jaxca.notifications@db.com |
| Euroclear Bank S.A./N.V. | drit@euroclear.com |
| Foliofn Investments | proxyservices@folioinvesting.com |
| Goldman Sachs & Co | GS-as-ny-proxy@ny.email.gs.com |
| Inveshare | issuerservices@inveshare.com |
| JPMorgan Chase Bank | JPMorganInformation.Services@JPMChase.com |
| Mediant Communications | documents@mediantonline.com |
| Mitsubishi UFJ Trust & Banking Corp #2932 | corporateactions-dl@us.tr.mufg.jp |
| Morgan Stanley | usproxies@morganstanley.com |
| Morgan Stanley | proxy.balt@morganstanley.com |
| Morgan Stanley | cavsdom@morganstanley.com |
| Morgan Stanley | Raquel.Del.Monte@morganstanley.com |
| Morgan Stanley | john.falco@morganstanley.com |
| Morgan Stanley | robert.cregan@morganstanley.com |
| Northern Trust Company | cs_notifications@ntrs.com |
| PNC Bank NA #2616 | caspr@pnc.com |
| Royal Bank of Canada | donald.garcia@rbc.com |
| SEI PV/GWP #2663 | gwsusopsscaincome@seic.com |
| SIS SegaInterSettle AG | corpactionsoverseas.group@sisclear.com |
| Southwest Securities | proxy@swst.com |
| State Street Bank and Trust Company | rjray@statestreet.com |
| State Street Bank and Trust Company | scpolizio@statestreet.com |
| State Street Bank and Trust Company | jkkyan@statestreet.com |
| State Street Bank and Trust Company | USCAResearch@statestreet.com |
| The Bank of New York Mellon #901 | pgheventcreation@bnymellon.com |
| The Bank of New York Mellon #902 | justin.whitehouse@bnymellon.com |
| The Bank of New York Mellon #903 | brian.marnell@bnymellon.com |
| The Depository Trust Co | MarkitCorporateActions@markit.com |
| The Depository Trust Co | cscotto@dtcc.com |
| The Depository Trust Co | lensnotices@dtcc.com |
| The Depository Trust Co | mandatoryreorgannouncements@dtcc.com |
| UBS Securities LLC | OL-EVENTMANAGEMENT@ubs.com |
| UBS Securities LLC | thomas.torrillo@ubs.com |