# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

**CORLA JACKSON**

**Plaintiff,**

**V.**

**NO. 12-12020 (MG)**

RECEIVED
DEC 27 2013
U.S. BANKRUPTCY COURT
SO. DIST. OF NY

**GMAC MORTGAGE CORPORATION, ET AL**

**RESIDENTIAL CAPITIAL LLC**
**GMAC MORTGAGE LLC**

**Defendants.**

**RECONSIDERATION URGENT ATTENTION MOTIONS FILED DECEMBER 26, 2013 FOR"**

## MOTION FOR INJUNCTION / MOTION FOR AUTOMATIC STAY MOTION FOR RELIEF OF AUTOMATIC STAY/ STAY ORDER

## MOTION TO CORRECT NAME ON THE COMPLAINT

THAT WAS MODIFIED CHANGED AND MOVED BY THE DEFENDANT (GMAC MORTGAGE CORPORATION) SUBSIDIARY GMAC MORTGAGE LLC ILLEGALLY BY FEDERAL LAWS

## MOTION TO LIFT AUTOMATIC STAY / MOTION TO PRCEED TO TRIAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW"** CORLA JACKSON hereinafter called the (Plaintiff) files this (emergency motion) on (December 26, 2013) to block an illegal (Ejectment) that the (DEFENDANT'S) (GMAC Mortgage Corporation) Subsidiary (GMAC Mortgage LLC) illegally" on a case that was pending (DEMAND BY JURY TRIAL) when it was corrupted" and sent over to (Judge Dobose) to Dismiss" Using Deceptive Practices" Or We Are Looking At Fraud Of The Court Or Error Of The Court" Because Corla Jackson The Plaintiff Filed Her Complaint Against (GMAC Mortgage Corporation) And Not Subsidiary (GMAC Mortgage LLC). Corla Jackson Relief Of Stay Was Denied By Judge Martin Glenn Based Upon Judge Dobose Illegal Order Which Is Wither Fraud Of The Court Or Error Of The Court.

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

Now The Judge Johnston Over In The Mobile County Circuit Is Saying He Has To Have A Stay Order Issued Immediately To Avoid The Ejectment That GMAC Mortgage LLC Filed Based Upon The Stay Order Judge Dobose Issued" On A Case That Was Pending Demand By Jury Trial And Was Corrupted And Moved Over To Her" To Dismiss By Staying Judge Shulman Relief That Jackson Filed Her Complaint Against On (01/18/2012) To Get A Relief Of Stay And Proceed To Demand By Jury Trial" And The Case Was Moved Over To (Judge Dobose) In The United States District Courts For The Southern Division Of Alabama" she Stayed The Defendants Relief Illegally" And Sent Jackson Off To New York For A Proof Of Claim To Get A Relief Of Stay Outside Of Alabama Jurisdiction" Which Could Not Be Done By Federal Laws" With Her Staying The Relief In Alabama For The Defendants. Judge Martin Glenn Only Handle Proof Of Claims" And Not Stay Orders And Relief's Outside Of His Jurisdiction" He Could Only Stay The Proof Of Claims" And Corla Jackson Proof Of Claim Is Stayed" Pending The Ejectment And This Stay Order That Should Have Already Been Issued Under Federal Laws" Because She Sued GMAC Mortgage Corporation" and Not Its Subsidiary's And GMAC Mortgage LLC" Is A Subsidiary Of GMAC Mortgage Corporation.

Corla Jackson Was Going To Add" (GMAC Mortgage Corporation) Subsidiary's After She Proceeded To Trial" That Was Involved In This White Collar Crime Robbery That Was Committed And Covered Up Here" Which Now Will Included (GMAC Mortgage LLC)" And Residential Capital Corporation And More" After The Case Proceed To Trial" Because They Violated The Original Court Orders In This Matter" Knowing That (GMAC Mortgage Corporation)" Proof Of Claims Were All Denied and Cancelled By (Judge Mahoney) Under Bankruptcy Case #: (05-13142 MAM 13) That Was Filed On (06/1/2005) And Discharged On (01/20/2010).

The Case Is Proceeding To Trial In Violation Of The Original Orders That Was Violated Under (GMAC Mortgage Corporation) And Not Their Subsidiary's Which Did Not Own Corla Jackson Note Or An Assignment When The Proof Of Claim On The Fake Arrearages Were Filed By GNMAC Mortgage Corporation) On (06/15/2005) Without Owning Corla Jackson Note Or An Assignment" Which Has Totally Been Ignored By The Courts" Which Lead To This White Collar Crime Robbery That The Defendants And Their Attorney's Covered Up For Big Profits" Which Is A Federal Offense.

.Corla Jackson Was Told By The United States District Courts For The Southern Division Of Alabama" That Her Case Was Stayed In Her Favor" When She went To Court On An Ejectment That The Defendants Filed To Eject Her From Her Home Illegally" The Judge Told Corla Jackson She Needed To Have A Stay Order Issued By The Courts The Case Was Stayed By" Which Was Stayed By Judge Dobose" In The United States District Courts For The Southern Division Of Alabama" Either By Fraud Of The Court" Error Of The Court.

**<u>Corla Jackson The Plaintiff Filed Her Complaints Against" (GMAC Mortgage Corporation)" And Not Their Subsidiary (GMAC Mortgage LLC"</u>** <u>When She Filed Her Complaint.</u> It Is Crystal Clear The Case Was Corrupted" And Moved Incorrectly From The Mobile County Circuit Courts Unlawfully" To Avoid A (Demand By Jury Trial) That Was Filed On (01/18/2012) That Was Pending" Which Included A Relief Of Stay' Injunction/Stay Order" In Reference To Violating Court Orders That Was Issued Under Bankruptcy Case #: (05-13142 MAM) That Has Totally Been Ignored Un Lawfully.

Corla Jackson Went By Judge Mahoney Court Orders That The Defendants Proof Of Claims Were all Denied And Cancelled By The Courts" They Did Not Own Her Note Or An Assignment When They Filed Their Proof Of Claim On (06/15/2005). In Addition To That" The Loan Number They Provided To The Courts Was Not Option One Mortgage Loan Number. The Defendants Had Defrauded The United States Federal Bankruptcy Courts With The Intent To Rob Corla Jackson And Their Proof Of Claims

<u>Sturdivant v. BAC Home Loans, LP</u>, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In <u>Sturdivant</u>, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

Were All Denied Prior To (01/20/2010)" Which Made It Impossible For Judge Shulman To Issue The Defendants A (Relief) Against Federal Laws Or The Law In General Period.

Option One Mortgage Corporate Office Was In Irvine California: Here Is A Few Pointers That Foreclosure Victims Should Look For: The California Secretary of State, Notary Public & Special Filings Section, is responsible for appointing and commissioning qualified persons as notaries public for four-year terms A finger print (typically the right thumb) may be required in the notary journal based on the transaction in question (e.g., deed, quitclaim deed, deed of trust affecting real property, power of attorney document, et cetera). Documents with blank spaces cannot be notarized (a further anti-fraud measure). California explicitly prohibits notaries public from using literal foreign language translation of their title. The use of a notary seal is required. A notary would indicate the street address at which the ceremony was performed, and this practice. Documents with blank spaces cannot be notarized (a further anti-fraud measure). California explicitly prohibits notaries public from using literal foreign language translation of their title. Jackson Only Had One Loan And It Was With Option One Mortgage And Their Loan Number And Servicing Number Was Recorded On Her Recorded Deeds And Each Page Of Loan Documents" Where As Their Would Not Be A Doubts About Jackson Lender" Or Their Loan Number They Issued And Assigned To Her Mortgage" Which Was Recorded Through Probate Court.

When A Case Was Pending Demand By A Jury Trial Against A Stay Order" It Could Not Be Moved To Get A Stay Order Stayed On The Illegal Relief That Was Issued Under Judge Shulman" On a Proof Of Claim That Was Cancelled And Denied" That Judge Shulman Issued The Relief Based Upon" Which Is Either Error Of The Court Or Either Fraud Of The Court" Which Was Suppose To Be Determine In The (Demand By Jury Trial) Prior To It Being Moved Over To Judge Dobose" In The United States District Courts For The Southern Division Of Alabama. If The Case Was Moved Incorrectly.

A Stay Order Could Not Be Issued In Favor Of Just One Party" The Case Was Supposed To Be Stayed On Behalf Of Both Parties And Proceed To Trial And Let The Jury Make The Decisions" On Who Violated The Federal Court Orders Under Bankruptcy #: (05-13142 MAM 13) That Was Discharged By Federal Laws On (01/20/2010)" Denying GMAC Mortgage Corporation Proof Of Claims And Fake Arrearages And The Loan Numbers That Was Issued And Fabricated In The Plaintiff Name By The Defendants. This Case Was Corrupted" Moved" Stayed On Behalf Of The Defendants Illegally" Which Is A Violation Of Federal Laws.

On March 8, 2012, Financial Guaranty Insurance Co. (FGIC) sued Ally Financial (Ally) and two subsidiaries, including Residential Funding Company LLC, alleging that the defendants fraudulently induced FGIC to insure $693 million in residential mortgage-backed securities. FGIC alleges that Ally misrepresented the quality of the loans backing the RMBS, the manner in which the loans

On November 30, 2011, Financial Guaranty Insurance Co. (FGIC) filed three lawsuits in New York State court against Ally Financial Inc.'s mortgage units. The complaints allege that the defendants committed fraud in order to obtain bond insurance, and committed other breaches of their insurance contracts, related to the sale of $3.8 billion in mortgage-

**The most often cited new York state Court decision regarding Assignments** signed by Elpiniki Bechakas from The Baum Firm was written by the Honorable Judge Arthur M. Schack, Kings County, New York: U.S. Bank, N.A. as Trustee for SG Mortgage Securities Asset backed Certificates, Series 2006-FRE2 v.Emmanuel, 27 Misc.3d 1220(A), 2010 WL 1856016 (N.Y.Sup.).

In re Foreclosure Cases, 2007 WL 3232420 (N.D. Ohio Oct. 31, 2007). On October 10, 2007, Judge Boyko issued an order to Deutsche Bank to show cause for their filed complaint, demanding that

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

Deutsche Bank file copies of the Assignments showing that they were the holder and owner of the Notes and Mortgages, *as of the date the complaint was filed*, which was July 27, 2007.

**To the Court, this revealed that Deutsche Bank did not have the particular assignment at the date of the complaint, and created Assignments for trial.** U.S. District Judge Christopher Boyko, Northern District of Ohio, Eastern Division, rendered a decision dismissing 14 of the foreclosure cases in In re Foreclosure Cases without prejudice, due to the filing of executed Assignments *after* the date of the filed complaint for 10 of the cases, and the lack of Assignments for four of the cases.

**GMAC transferred ownership of GMAC Mortgage Corporation** and Residential Funding Corporation (GMAC-RFC) to Residential Capital Corporation (ResCap), its recently formed holding company, in a move to provide additional operational and financial flexibility and toenhance the liquidity of these operations. (after they robbed) Corla Jackson

GMAC Mortgage Corporation Could Not Transfer Ownership To Loan Or A Mortgages They Did Not Own" That They Were Profiting From Illegally Under Federal Laws Or Any Other Law Worldwide. GMAC Mortgage Corporation Faked A Note In Jackson Name And Attached Their Name To Corla Jackson Insurance Policy On (01/03/2005)" without owning her note or her assignment. Corla Jackson had a loan on her home with Option One Mortgage" and the loan number GMAC Mortgage fabricated in Corla Jackson name was not Option One Mortgage Loan Number" what they did was they stole Corla Jackson identity and cashed in on big profits and then they transferred their mortgage division" after they committed their white collar crime robbery. GMAC Mortgage Corporation forced Corla Jackson into Bankruptcy on a fake note and fake arrearages and had foreclosed on her home illegally.

GMAC Mortgage Foreclosed On Jackson Home In (April 2005)" then they filed a Proof of Claim in the United States Federal Bankruptcy Courts On" (06/15/2005)" Which Were All Denied And Cancelled By Judge Mahoney On (March 1, 2006) And Prior To(January 20, 2010). Corla Jackson Did Not Have A Loan With GMAC Mortgage Corporation Or Any Of Their Subsidiary's Which Included GMAC Mortgage LLC" And Residential Capital Corporation" That Is Why The Case Is Proceeded To Trial For The Courts To Decide Who Did What"

I Can Tell You Right Not The Feds (Federal Reserve) Board Of Governors And Banking Regulators Has Confirmed GMAC Mortgage LLC" Had Did Wrong Pertaining To This Case" Guaranteed. Judge Dobose Should Have Never Issued The Defendants A Stay Order On A Relief That Was Pending Demand By Jury Trial" Against The Relief The Defendants Got Illegally From Judge Shulman" That Is Why The Corrupted The Case And Moved It Over to Her In The First Place To Avoid The Demand By Jury Trial That Was Filed (01/18.2012) Over IN The Mobile Country Circuit Courts.

Joint Action should be Stayed Pursuant to 11 U.S.C § 362 (a). Jackson case was not stayed and GMAC Mortgage Corporation et, al., was not stayed the courts stayed the subsidiary" of GMAC Mortgage Corporation et, al., who did not have legal rights to change the name on a court case that was pending demand by jury trial" and move the case over to the incorrect courts under Judge Dobose" corrupting Corla Jackson case that was pending Demand By Jury Trial After GMAC Mortgage LLC" robbed her getting a Illegal Relief From Judge Shulman after Corla Jackson was Discharged from Bankruptcy under Federal Laws By Judge Mahoney Court Orders Dated Prior To (1/20/2010) that denied the fake

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

arrearages that they got the Illegal Relief Under By Judge Shulman" which could not be done under Federal Laws Period.

GMAC Mortgage LLC is a Subsidiary of GMAC Mortgage Corporation. It Was GMAC Mortgage Corporation that filed the proof of claim under Judge Mahoney On Bankruptcy Case #: (05-13142 MAM 13)" that was denied on the relief that GMAC Mortgage LLC Came Back And Robbed Jackson On" Which Could Not Be Done By Federal Law Or Any Other Law" GMAC Mortgage Corporation" et, al., did not own Corla Jackson Mortgage Loan Number she had with Option One Mortgage Prior To Option One Mortgage Closing On April 30, 2008" and this is why GMAC Mortgage Corporation Law Firms Lawyers Fabricated An Assignment After Option One Mortgage Closed On April 30, 2008" In GMAC Mortgage LLC Name Which Is Fraud" So They Could Back And Robbed Jackson Under False Pretense Under A Subsidiary Which Could Not Be Done.

The Original Proof Of Claim Was Denied Under Federal Laws Under GMAC Mortgage Corporation et, al, who did not own Corla Jackson Mortgage Prior To Filing A Illegal Proof Of Claim On Fake Arrearages" Prior To Fabricating Their Fake Assignment Dated June 19, 2008" After Option One Mortgage Closed On April 30, 2008. Corla Jackson Case Was Filed Against GMAC Mortgage Corporation" And Not GMAC Mortgage LLC" The Subsidiary Of GMAC Mortgage Which Will Be Added To The Complaint After GMAC Mortgage Is Brought To Trial In Violating Of The Original Proof Of Claims That Was Violated By Their Subsidiary's.

This Is Error Of The Court Or Fraud Of The Court Or Corruption. What Happen To Corla Jackson After The Illegal Relief Judge Shulman Issued Was Done By The Order Judge Dobose Signed Which Never Should Have Been Signed" To Stay A Relief" Is Could Stay The Proof Of Claim" But Not The Crime The Defendants Committed" That Was A Criminal Offense" That Was Committed Through The Judicial System So No One Could Lie" Out Of Who Did What And When They Did What" Which Has Caused Corla Jackson Further Damages To Date" Which Should Have Never Happened In The First Place.

**General Motors Acceptance Corporation (GMAC), a wholly owned subsidiary of General Motors Corporation** (GM) issued a press release announcing the restructuring of its residential mortgage operations. General Motors Acceptance Corporation (GMAC), the financial services subsidiary of General Motors Corporation (NYSE: GM), announced it has restructured its residential mortgage operations. They Did Not Own Corla Jackson Loan Or An Assignment When They Filed Their Proof Of Claim On (06/15/2005)" That Judge Shulman Issued His Relief Based Upon" Which Cannot Be Ignored" A White Collar Crime Robbery Has Taken Place Here For Big Profits" That The Defendants And Their Lawyers Tried To Cover Up" Which Is Illegal.

- Perjury. 18 US 1621. Perjury is punished by a maximum of 5 years in prison.

- Conspiracy. 18 US 371. Conspiracy has a maximum 5-year prison sentence (or less if the underlying crime has a lesser penalty, such as a misdemeanor).

- Wire fraud. 18 US 1341. This offense has a possible sentence of 20 years in prison, or 30 years with a possible $1,000,000 fine where the offense impacts a financial institution.

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

- Mail fraud. 18 US 1343. Mail fraud has the same penalties as wire fraud.

- Bank fraud. 18 US 1344. Bank fraud is a criminal offense with a possible penalty of 30 years imprisonment and $1,000,000 fine.

- RICO (racketeering). 18 US 1962. The sentence for a RICO charge can be 20 years incarceration.

- Finally, 18 US 157 prohibits any scheme to defraud another, or attempt, during bankruptcy. The sentence for this charge is a maximum 5 years in federal prison.

  It is illegal to knowingly and with intent to defraud, file a bankruptcy petition or other document, or make a false or fraudulent representation, claim. 18 US 157 also applies to involuntary bankruptcies. This statute is based on the wire, mail, and bank fraud statutes. *See* 18 US 1341, 1343, and 1344, respectively.

In a federal prosecution for conspiracy, the defendant is typically charged with two offenses. First, he is charged with conspiracy. Second, he is charged with the offense that he and his co-conspirators were conspiring to commit. This is known as the object of the conspiracy. For instance, a person charged in connection with a drug or burglary.

- Conspiracy against the rights of citizens. *See* 18 USC 241. This offense has a sentence of 10 years in prison.
-
- Conspiring in bribery of sporting contests. *See* 18 USC 224.

Under 18 USC 371, a person can be charged with conspiracy based on two elements

1. An agreement to commit a criminal offense.
2. An overt act that furthers the conspiracy.

The US Attorney does not have to prove that the agreement was in writing. It can be verbal and still subject the parties to criminal liability.

It is not a violation of double jeopardy for the defendant to be prosecuted and sentenced for both the conspiracy and the offense he agreed to commit. Each is a separate and distinct offense.

Motors Acceptance Corporation (GMAC), the financial services subsidiary of General Motors Corporation (NYSE: GM). **General Motors Acceptance Corporation and its subsidiaries, operating under the umbrella GMAC Financial Services,** provide automotive financing, commercial finance, insurance and **mortgage products, and real estate services,** and have a presence in more than 40 nations. A wholly owned subsidiary of General Motors since 1919, GMAC has extended more than $1.3 trillion in credit to finance more Than 158 million vehicles.

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

General Motors Acceptance Corporation (GMAC), a wholly owned subsidiary of General Motors Corporation (GM) issued a press release announcing the restructuring of its residential mortgage operations. General Motors Acceptance Corporation (GMAC), the financial services subsidiary of General Motors Corporation (NYSE: GM), announced it has restructured its residential mortgage operations. GMAC transferred ownership of GMAC Mortgage Corporation and Residential Funding Corporation (GMAC-RFC) to Residential Capital Corporation (ResCap), its recently formed holding company, in a move to provide additional operational and financial flexibility and toenhance the liquidity of these operations.

GMAC Mortgage Corporation Could Not Transfer Ownership Of Jackson Mortgage Or A Loan On Jackson Home" On May 5, 2005" Because They Did Not Own Her Note Or Assignment When They Initiated Their Illegal Proof Of Claim Under Bankruptcy Case # (05-13142 MAM 13) On (06/15/2005)" Illegally Under Federal Laws Or Any Other Law Nationwide. GMAC Mortgage Corporation Faked A Note In Jackson Name And Attached Their Name To Corla Jackson Insurance Policy On (01/03/2005)" without owning her note or her assignment. Corla Jackson had a loan on her home with Option One Mortgage" and the loan number GMAC Mortgage fabricated in Corla Jackson name was not Option One Mortgage Loan Number" what they did was they stole Corla Jackson identity and cashed in on big profits and then they transferred their mortgage division" after they committed their white collar crime robbery. GMAC Mortgage Corporation forced Corla Jackson into Bankruptcy on a fake note and fake arrearages and had foreclosed on her home illegally.

GMAC Mortgage Foreclosed On Jackson Home In (April 2005)" then they filed a Proof of Claim in the United States Federal Bankruptcy Courts On" (06/15/2005)" Which Were All Denied And Cancelled By Judge Mahoney On (March 1, 2006) And Prior To(January 20, 2010).

GMAC Mortgage Corporation/GMAC lied to the SEC" when they announced their transfer on May 4, 2005. General Motors Acceptance Corporation (GMAC) had robbed victims prior to transferring the stolen homes and property they were profiting from illegally" through General Motors Acceptance Corporation (GMAC), the financial services subsidiary of General Motors Corporation (NYSE: GM). General Motors Acceptance Corporation and its subsidiaries, operating under the umbrella GMAC Financial Services, provide automotive financing, commercial finance, insurance and mortgage products, and real estate services, and have a presence in more than 40 nations. A wholly owned subsidiary of General Motors since 1919, GMAC has extended more than $1.3 trillion in credit to finance more Than 158 million vehicles.

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.



When a bankruptcy court cannot adjudicate pre-petition claims, the stay should be modified to permit the action to continue to the original court.  See In re Cooke, 2007 WL 2102687 at *3.  Also See" Fraud Under Rule 60(a) and (59 (b).


**Rule 60 (a)** Corrections Based on Clerical Mistakes; Oversights and Omissions. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave.

Courts require evidence of the entire chain of custody of the mortgage and note. The claimant must prove initially "that it is the creditor to whom the debt is owed or, alternatively, that it is the authorized agent of the creditor." Parrish , 326 B.R. at 719.  The Defendants filed a proof of claim initially under (Bankruptcy Case #: 13142 MAM 13) that was Denied and Cancelled by the Federal Bankruptcy Courts under Judge Mahoney" and Plaintiff  was Discharged on (January 20, 2010)" of the Defendants Fake Proof Of Claims And All Their Fake Arrearages" Prior To Coming Back And Defrauding The Courts To Get A Illegal Relief After January 20, 2010" Which Is Civil Fraud And A Violation On The Original Initial Court Orders Issued By Judge Mahoney" Prior To Option One Mortgage Closing On April 30, 2008" and Prior To January 20, 2010.

The Defendants (GMAC Mortgage Corporation And Is Lawyers Committed A Crime And A Federal Offense" And Fabricated A Note On (June 19, 2009)" After Option One Mortgage Closed On (April 30, 2008) With The Intent To Come Back And Rob The Plaintiff And Defraud The Courts" On Fabricated Documents With The Assignment They Fabricated Under A Loan Number That Was Not Jackson Loan Number Or Option One Mortgage Loan Number They Recoded On Jackson Recorded Deeds And Each Page Of Her Loan Documents" That Prevented Theft Of A Mortgage And Property" Which Has Totally Been Ignored" That Could Not Be Ignored Under Federal Laws That Protect Victims In The United States From White Collar Crime Robbery And More.


In re Foreclosure Cases, 2007 WL 3232420 (N.D. Ohio Oct. 31, 2007). On October 10, 2007, Judge Boyko issued an order to Deutsche Bank to show cause for their filed complaint, demanding that

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

Deutsche Bank file copies of the Assignments showing that they were the holder and owner of the Notes and Mortgages, *as of the date the complaint was filed*, which was July 27, 2007.

To the Court, this revealed that Deutsche Bank did not have the particular assignment at the date of the complaint, and created Assignments for trial. U.S. District Judge Christopher Boyko, Northern District of Ohio, Eastern Division, rendered a decision dismissing 14 of the foreclosure cases in re Foreclosure Cases without prejudice, due to the filing of executed Assignments *after* the date of the filed complaint for 10 of the cases, and the lack of Assignments for four of the cases.

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

Financial Guaranty Insurance Co. (FGIC) sued Ally Financial (Ally) and two subsidiaries, including Residential Funding Company LLC, alleging that the defendants fraudulently induced FGIC to insure $693 million in residential mortgage-backed securities. FGIC alleges that Ally misrepresented the quality of the loans backing the RMBS, the homes could not be re-insured or insured" to back mortgages backed by security's period. These homes were already insured" by its original lenders pools of loans that was issued under Option One Mortgage Loan Numbers that was stolen by GMAC Mortgage Corporation" et, al..

Option One Mortgage Loans were secured in pools of loans backed by security's on insured covered losses from disasters" on homes from Hurricane Ivan or Hurricane Katrina. The hazard policy's protected the victims and their real lenders" as well as the victims and lenders title policy's" that covered theft of land and theft of property as well as identity theft and more" that the Defendant's (GMAC Mortgage Corporation et, al,.) has covered up using deceptive practices" through their law firms and lawyers" with the intent to rob victims" the victims real lenders" and the investors that secured the victims real lenders pools of loans such as Option One Mortgage" in addition to them robbing the federal reserve" the united states government" tax payers in bailout funds" tarp funds" harp funds and more to date they have covered up" profiting off stolen homes" mortgages" using victims identity's by force" through their crooked law firms who used particular judges to help them corrupt cases by issuing illegal orders" which is called a white collar crime robbery.

The Judges involved failed to protect the victims and their assets as well as mortgages that was secured in pools of loans backed by security's" which cannot be ignored" and they will have to tell the courts they were defrauded by GMAC Mortgage Corporation et, al) Law Firms Lawyers" Which more than likely some Judges will get off the

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

**hook" because GMAC Mortgage Corporation et, al., Defrauded the courts and never owned the victims note period prior to the Judges illegal orders being issued.**

It Was Filed ECF" On (March 1, 2006) And Prior To (January 20, 2010) That Judge Mahoney Denied And Cancelled The Defendants (GMAC Mortgage Corporation) Proof Of Claims" Under Bankruptcy Case #: (13142 MAM 13) That Was Filed (06/1/2005)" And Discharged On (01/20/2010). The Defendants GMAC Mortgage Corporation Fabricated A Loan In Corla Jackson Name" Without A Mortgage Contract Or An Agreement" And Without Owning Her Mortgage Or An Assignment By Option One Mortgage Prior To Filing Their Proof Of Claim On (06/15/2005)" Or Prior To Option One Mortgage Closing On (04/30/2008).

The Defendants Created A Loan And a Assignment On The Loan They Made Out To Themselves In The Plaintiff Name Without A Mortgage Contract Agreement And Without Owning Her Note Or An Assignment" Prior To Attaching Their Fabricated Loan On To The Plaintiff That Did Not Belong To Them Period" Which Is Called Identity Theft" And Theft Of Property And More. The Defendants GMAC Mortgage Corporation executed Assignments *after* the date of the filed their proof of claim" knowing they did not have lack of Assignments or lack of standing by federal laws to do what they did to the Plaintiff" violating more than just her civil rights" they committed a white collar crime for profits and the victim Corla Jackson expense" causing her massive damages from (2004-20013) to date" and Defendants GMAC Mortgage Corporation reported this false information on her credit report and they sold her home to themselves which is something out of a horror movie" which cannot be ignored.

This is a White Collar Crime Robbery the Defendants GMAC Mortgage Corporation has Committed" And They Paid To Cover Up This White Collar Crime they committed through their Law Firms" Their Attorney's" And Crooked Judges" Which Is A Federal Offense" That Will Not And Cannot Be Ignored Anymore.

GMAC MORTGAGE CORPORATION FABRICATED A NOTE" AND STATEMENT IN JACKSON NAME USING A P.O.BOX WHEN SHE DID NOT HAVE A LOAN WITH GMAC MORTGAGE CORPORATION OR ANY OF THEIR AFFILIATES PERIOD. THE LOAN NUMBER THEY WERE USING WAS NOT OPTION ONE MORTGAGE LOAN NUMBER AND CORLA JACKSON DID NOTHAVE A MORTGAGE CONTRACT WITH THEM" SHE WAS STILL WITH OPTION ONE MORTGAGE WHEN THEY ROBBED HER" AND OPTION ONE MORTGAGE WAS RECODDED ON CORLA JACKSON DEEDS AND ALL HER LOAN DOCUMENTS. THIS CASE NEEDS TO PROCEED TO TRIAL IT INVOLVES OVER ($240,000) AND INSURNACE POLICY'S AND PROPERTY THAT WAS STOELN INDER FALSE PRETENSE BY THE DEFENDANT AND THEIR SUBSIDIARY.

Option One Mortgage Was Secured In Pools Of Loans Backed By Security's As Well As All Jackson Policy's" That Protected Her And Her Note In More Than One Way The Defendants (GMAC Mortgage)" has Robbed Her Of And More. The Defendants GMAC Mortgage And Their Subsidiary's Stole Massive Stolen Mortgages And This Is One Of The Loans They Stole Guaranteed And They Know This" That Is Why They Keep Corrupting This Case.

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

**Bankruptcy Case #. (05-13142 MAM 13 Filed (06/01/05) And Discharged (01/20/10)**

THIS IS WHAT JACKSON WAS TALKING ABOUT" THEY STOLE HER IDENTITY THROUGH HER CREDIT AND ROBBED HER ILLEGALLY" GMAC MORTGAGE DID NOT OWN JACKSON MORTGAGE PERIOD" BETWEEN (1/3/2004-4/30/2008) THIS CASE WAS PENDING TRIAL DEMAND BY A JURY TRIAL FOR A ROBBERY. GMAC MORTGAGE FAKED DOCUMENTS AFTER OPTION ONE MORTGAGE CLOSED (APRIL 30, 2008)" TO DEFRAUD THE FEDERAL COURTS ON A CRIME THEY COMMITED PRIOR TO FABRICATING THEIR FAKE ASSIGNMENT ON (JULY 19, 2008). JUDGE MAHONEY DENIED THEIR PROOF OF CLAIMS AND FAKE ARREARAGES PRIOR TO DISCHARGING CORLA REEVES JACKSON ON" (JANUARY 20, 2010). YOU CAN SEE WHTA GMAC MORTGAGE DID BY LOOKING AT JACKSON CREDIT REPORT" THAT PROVED THEY STOLE HER IDENTITY" AND THIS IS HOW THEY ROBBED HER SO NO ONE COULD SEE WHAT THEY DID IN VIOLATING THE LAWS THAT PROTECTED JACKSON" THIS IS WHY SHE WANT THEM ALL ARRESTED FOR THIS ROBBERY THEY STOLE HER IDENTITY FOR PROFITS.

**GMAC Mortgage Stole Jackson Identity Through Her Credit And They Foreclosed On Her Home In April 2005" Without Owning A Assignment Or A Note" Destroying Her Credit And Tying Up Her Assets So They Could Profit At Her Expense While They Commit A Whtie Collar Crime Robbery And Rob Her Illegally" Using Deceptive Practices Through Her Cridit Prior To Transferring Her Title Into Their Name Illegally After Option One Mortgage Closed On April 40, 2008. The Case Is Being Corrupted Each Time The Victim File A Complaint Demand By Jury Trial" To Have This Case Heard Legally By Federal Laws In Alabama.**

**GMAC Mortgage Corporation Reported A Foreclosure Prior To Fabricating Their Assignment On June 19, 2008" After Option One Mortgage Closed On April 30, 2008. GMAC Mortgage Filed A Proof Of Claim On (06/15/2005)" Without Owing Corla Jackson Note Or An Assignment" Which Is Illegal And A Violation Of Federal Laws" Thsi Is Idenity Theft With The Intent To Defraud The Courts To Commit A White Collar Crime Robbery For Big Profits" Over ($240,000)" Which Is A Big Federal Offense....**

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

**Mobile County Probate Records Search** **Page 1 of 1**

Indexed Thru: [illegible]

7 Records Found, Click Here For New Search

| Receipt # | Date | Grantor | Grantee | Document Type | Book | Page | UCC# | Legal Description |
|---|---|---|---|---|---|---|---|---|
| [illegible] PDF TIFF | [illegible] | [illegible] | JACKSON CORLA | [illegible] LIEN DEED | [illegible] | [illegible] | | L 1 COPELAND ISLAND ESTS |
| [illegible] PDF TIFF | [illegible] | [illegible] | JACKSON CORLA | CANCELLATION OF [illegible] LIEN DEED | [illegible] | [illegible] | | L 1 COPELAND ISL ESTS |
| [illegible] PDF TIFF | [illegible] | JACKSON CORLA | OPTION ONE MTG CORP | MORTGAGE | [illegible] | [illegible] | | L 1 COPELAND ISL ESTS |
| [illegible] PDF TIFF | [illegible] | TOWN & COUNTRY [illegible] | CORLA INTL JACKSON CORLA | [illegible] | [illegible] | [illegible] | | |
| [illegible] PDF TIFF | [illegible] | CORLA INTL JACKSON CORLA | NAME OMITTED | LIEN HOSPITAL, JUDGMENT, MECHANIC, [illegible], TAX | [illegible] | 911 | | [illegible] |
| [illegible] PDF TIFF | [illegible] | JACKSON CORLA | FLORIDA GAS [illegible] | EASEMENT, RIGHT OF WAY DEED | [illegible] | 734 | | [illegible] |
| [illegible] PDF TIFF | [illegible] | JACKSON CORLA | [illegible] GAS [illegible] | EASEMENT, RIGHT OF WAY DEED | [illegible] | [illegible] | | [illegible] |

New Search

Indexed Thru: 2/28/2013

5 Records Found, Click Here For New Search

| Receipt # | Date | Grantor | Grantee | Document Type | Book | Page | UCC# | Legal Description |
|---|---|---|---|---|---|---|---|---|
| 2004042908 PDF TIFF | 06/10/2004 | JACKSON CORLA | OPTION ONE MTG CORP | MORTGAGE | 5605 | 1910 | | L 1 COPELAND ISL ESTS |
| 2007035071 PDF TIFF | 05/09/2007 | CORLA INTL *JACKSON CORLA* | NAME OMITTED | LIEN: HOSPITAL, JUDGMENT, MECHANIC, SEWER, TAX | 6180 | 911 | | M/LIEN L 1 COPELAND ISL ESTS |
| 2010008851 PDF TIFF | 02/23/2010 | JACKSON CORLA | FLORIDA GAS TRANSMISSION COMPA | EASEMENT, RIGHT OF WAY DEED | 6628 | 734 | | LOT 1 COPELAND ISLAND ESTATES AS RECORDED IN MAP BOOK 81 PAGE 94 |
| 2010024702 PDF TIFF | 05/10/2010 | JACKSON CORLA | FLORIDA GAS TRANSMISSION COMPA | EASEMENT, RIGHT OF WAY DEED | 6653 | 1980 | | SECTION 23 TOWNSHIP 5 SOUTH RANGE 4 WEST (BOOK 6628 PAGE 734) |
| 2012034165 PDF TIFF | 06/13/2012 | JACKSON CORLA | GMAC MORTGAGE LLC | DEED | 6902 | 387 | | LOT 1 COVELAND ISLAND ESTATES MAP BOOK 81 PAGE 94 |

New Search

What is the GMAC Mortgage Corporation? The GMAC Mortgage Corporation is one of the world's largest financial services companies and provides a high volume of mortgages to businesses and to individual homeowners. GMAC Mortgage Corporation is a mortgage company owned by GMAC LLC. It has its headquarters in Fort Washington, Pennsylvania, and has additional offices in Waterloo, Iowa.

**GMAC Mortgage Corporation began in 1985, after the company acquired Colonial Mortgage Service and part of Norwest Mortgage, Inc**. The company provides several mortgage services, including customer care, investor operations and risk assessment. To better establish an online presence, the company acquired Ditech Funding Corp. in 1999.

**In 2009, GMAC bank underwent a re-branding and is now known as Ally Bank**. The name GMAC Inc. was changed to Ally Bank. GMAC Mortgage Corporation has retained its name, despite the re-branding of other arms of the company. The residential mortgage branch of GMAC Mortgage Corporation, Ditech, extends home mortgages, home equity loans and FHA loans. Capmark Financial Group is another arm of GMAC Mortgage Corporation.

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| RON WILSON, SR. & LaRHONDA WILSON, | : | Case No. 07-11862 (EWM) |
| Debtors. | : | |

**DECLARATION OF DALE M. SUGIMOTO, AS PRESIDENT OF SAND CANYON CORPORATION**

I, Dale M. Sugimoto declare as follows:

1. I am the President of Sand Canyon Corporation ("Sand Canyon") f/k/a Option One Mortgage Corporation ("OOMC"). H&R Block Inc. ("HRB") is the ultimate parent company of Sand Canyon. Sand Canyon is wholly-owned by OOMC Holdings LLC, which is wholly-owned by Block Financial LLC, which is wholly-owned by H&R Block Group, Inc., which is wholly-owned by HRB, a publicly traded corporation.

2. Effective as of April 30, 2008, HRB sold OOMC's mortgage loan servicing business to American Home Mortgage Servicing, Inc. ("AHMS"), an affiliate of WL Ross & Co. LLC. Pursuant to the sale agreement, OOMC changed its name to "Sandy Canyon Corporation."

3. In a May 1, 2008 press release, Richard C. Breeden, the chair of HRB's board of directors, stated that "[t]he closing of the Option One sale is a significant milestone in the transformation and refocusing of H&R Block" whereby HRB "delivered on the promise we made to shareholders to change the future course of our company" to do "what we do best, which is serving the tax preparation needs of tens of millions of clients." The May 1, 2008 press release is available on the internet at http://www.hrblock.com/press/Article.jsp?articleId=1531.

4. In addition, in its 2008 Annual Report, HRB stated as follows:

> DISCONTINUED OPERATIONS - Effective November 2006, our Board of Directors approved a plan to exit the mortgage business operated through our subsidiary, OOMC, and we began reporting that business as discontinued operations. During our third fiscal quarter ended January 31, 2008, OOMC ceased all loan origination activities, and initiated a plan to sell its servicing operations.
>
> On April 30, 2008, OOMC sold its loan servicing assets to an affiliate of WL Ross & Co. LLC (WL Ross) pursuant to a previously announced agreement.

5. Accordingly, Sand Canyon is no longer engaged in the servicing of residential mortgage loans. Sand Canyon has no servicing rights.

6. Sand Canyon also does not own any residential real estate mortgages.

7. Sand Canyon's present business involves dealing with litigation claims, including title issues or litigation relating to servicing prior to the sale of OOMC's servicing rights to AHMS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 18, 2009

By: [signature]
Dale M. Sugimoto
President of Sand Canyon Corporation

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.



Luther Strange Affiliates Whiten Out The Loan Number And Has Defrauded The Federal Courts. They Even Whiten Out Jackson Loan Number Off Each Page Of Her Loan Documents To Rob Her They Are Busted They Knew They Fabriatd A Note In Jackson Name And They Knew The Loan Number They Fabricated Was Not Jackson Loan Number. They Altered This Document Several Times And Still Got Busted!

Mobile County Probate Records Search

Page 1 of 1

Indexed Thru: 3/11/2012

1 Records Found, Click Here For New Search

| Receipt # | Date | Grantor | Grantee | Document Type | Book | Page | UCC# | Legal Description |
|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | OPTION ONE MORTGAGE CORPORATIO | GMAC MORTGAGE LLC | ASSIGNMENT OF MORTGAGE/COLLATERAL ASSIGNMENT AND TRANSFER OF NOTE | [illegible] | [illegible] | | MORTGAGE BOOK 5665 PAGE 1919 |

New Search

This Assignment GMAC Mortgage Filed Was Filed After Option One Mortgage Closed" April 30, 2008" And In Addition To The Above" This Was Not Option One Mortgage Loan Number They Assigned To Jackson. Option One Mortgage Could Not Assign Over GMAC Mortgage A Loan That Jackson Did Not Have With Them" And Neither Could they Assign Over A Mortgage To GMAC That Belong To GMAC Mortgage" After They Closed" April 30, 2008. This Was A Robbery To Process Insurance Claims They Profited Off Of And Now They All Are Busted On This Fabricated Ghost Note That Did Not Exist..!

Option One Mortgage Corporate Office Was In Irvine California. Here Is A Few Pointers That Foreclosure Victims Should Look For...The California Secretary of State, Notary Public & Special Filings Section, is responsible for appointing and commissioning qualified persons as notaries public for four-year terms.

A finger print (typically the right thumb) may be required in the notary journal based on the transaction in question (e.g., deed, quitclaim deed, deed of trust affecting real property, power of attorney document, et cetera).

Documents with blank spaces cannot be notarized (a further anti-fraud measure). California explicitly prohibits notaries public from using literal foreign language translation of their title. The use of a notary seal is required.

A notary would indicate the street address at which the ceremony was performed, and this practice. Documents with blank spaces cannot be notarized (a further anti-fraud measure). California explicitly prohibits notaries public from using literal foreign language translation of their title.

LOAN NUMBER: This Is Not Opton One Mortgage Loan Number Assigned To Jackson Loan Or Deed

STATE OF ALABAMA

COUNTY OF MOBILE

ASSIGNMENT OF MORTGAGE

OPTION ONE MORTGAGE CORPORATION

Brian D. McDonnell
Assistant Secretary

STATE OF CALIFORNIA

COUNTY OF ORANGE

WITHOUT A NOTARY SEAL THIS ASSIGNMENT IS VOID AND NULL" THAT WAS REQUIRED BY LAW

Notary Public

This instrument prepared by:
Colleen McCullough
Sirote & Permutt, P.C.
P. O. Box 55727
Birmingham, AL 35255

This Document Was Prepared By Sirote & Permutt" Colleen Mccullough" Who Is Tied To Massive Stolen Homes And Mortgages Backed By Security's And More. That Stamp Was Not The Original Stamp" It Was Copied And Pasted Without The Seal. The Courts Was Not Suppose To Accept This Fabriacted Assignment Period" That They Recorded" Without Verifying It" Opton One Mortgage Was Closed On April 30, 2008. There Was Never A Deed Or A Agreement Between Jackson And GMAC Mortgage" This Was A Robbery To Get To Policy's For Profits Under False Pretense" They Ran Off With The Money" The Policy's And More" They Covered Up Here...!

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington D. C. 20549

Form 8-K

Current Report Pursuant to Section 13 or 15(d) of
The Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): June 25, 2004

OPTION ONE MORTGAGE LOAN TRUST
Asset-Backed Certificates, Series 2004-1 Trust
(Exact name of registrant as specified in its charter)

| | | |
|---|---|---|
| New York (governing law of Pooling and Servicing Agreement) (State or other jurisdiction Of Incorporation) | 333-101483-03 (Commission File Number) | 54-2144705 54-2144706 54-21447[illegible] IRS EIN |

c/o Wells Fargo Bank, N.A.
9062 Old Annapolis Road
Columbia, Maryland 21045
(Address of principal executive offices) (Zip Code)

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.





GMAC Mortgage

CUSTOMER INFORMATION

PROPERTY ADDRESS

Mail This Portion With Your Payment

CUSTOMER INFORMATION

PROPERTY ADDRESS

GMAC Mortgage

Account Information

Account Number

Current Statement Date

Maturity Date

Interest Rate

Current Principal Balance*

Current Escrow Balance

Interest Paid Year-to-Date

Taxes Paid Year-to-Date

For Customer Care inquiries call: 1-800-766-4622

For Insurance inquiries call: 1-800-256-9962

For Payment Arrangements call: 1-800-850-4622

Mail This Portion With Your Payment

GMAC Mortgage

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.



AlaFile E-Notice

02-DV-2012-902844.00

Judge: GEORGE N. HARDESTY, JR.

To: JACKSON CORLA (PRO SE)
13230 TOM GASTON ROAD
MOBILE, AL 36695-0000

# NOTICE OF ELECTRONIC FILING

IN THE DISTRICT COURT OF MOBILE COUNTY, ALABAMA

GMAC MORTGAGE, LLC V. CORLA JACKSON
02-DV-2012-902844.00

The following matter was FILED on 7/1/2013 7:32:16 AM

Notice Date: 7/1/2013 7:32:16 AM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8525
jo.schwarzauer@alacourt.gov

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.



ELECTRONICALLY FILED
7/1/2013 7:32 AM
DV-2012-[illegible]
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

IN THE DISTRICT COURT OF MOBILE COUNTY, ALABAMA

GMAC MORTGAGE, LLC,
Plaintiff,

v. Case No.: DV-2012-902844.00

JACKSON CORLA,
Defendant.

ORDER

THIS CASE IS AN ACTION BY A MORTGAGE/FINANCE COMPANY (THE PLAINTIFF) TO EVICT A TENANT (THE DEFENDANT) OCCUPYING PROPERTY UPON WHICH THE PLAINTIFF FORECLOSED AND TO WHICH THE PLAINTIFF OBTAINED TITLE BY VIRTUE OF SAID FORECLOSURE. THIS ACTION WAS FILED UNDER THE ALABAMA UNIFORM LANDLORD TENANT ACT (SECTION 35-9A-101, ET SEQ., CODE OF ALABAMA, 1975) AND ALABAMA'S UNLAWFUL DETAINER LAW (SECTION 6-6-310, CODE OF ALABAMA, 1975). FROM THE EVIDENCE PRESENTED, THERE IS NO INDICATION THAT A "LEASE" EXISTED BETWEEN THE PARTIES DIRECTLY INVOLVED HERE. AFTER A CAREFUL, DETAILED, AND DELIBERATE REVIEW OF THE EXTENSIVE PLEADINGS FILED HEREIN, THE TESTIMONY AND ARGUMENT PRESENTED AT THE TRIAL OF THIS CASE, AND LEGAL RESEARCH OF THE APPLICABLE STATUTES AND CASE LAW, THE COURT IS LEFT WITH THE CONCLUSION THAT THE INSTANT CASE IS NOT RIPE FOR RESOLUTION AS AN "EVICTION" ACTION AS FILED, BUT MAY BE APPROPRIATE AS AN "EJECTMENT" ACTION OR OTHER LEGAL PROCEEDING. CONSEQUENTLY, THE COURT ENTERS JUDGMENT IN FAVOR OF THE DEFENDANT.

DONE this 1st day of July, 2013

/s/ GEORGE N. HARDESTY, JR.
DISTRICT JUDGE

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

Dear Corla Jackson,

We are writing you because your mortgage loan was in the foreclosure process with GMAC Mortgage, LLC between January 1, 2009 and December 31, 2010. If you believe foreclosure errors cost you money, you can request a review of your mortgage file by a neutral party. You give up nothing by requesting a review and waive no rights by accepting compensation.

**IF AN ERROR IS FOUND, YOU COULD RECEIVE A PAYMENT OR OTHER COMPENSATION THAT MAY INCLUDE REFUNDED FEES, STOPPING OF A FORECLOSURE OR PAYMENTS UP TO $125,000 PLUS EQUITY.***

The request for review process is free. Federal bank regulators—the Board of Governors of the Federal Reserve System and the Office of the Comptroller of the Currency, a bureau of the U.S. Department of the Treasury—are directing and monitoring the review process.

THIS IS WHY GMAC MORTGAGE RAN AND FILED BANKRUPTCY" IN NEW YORK UNDER JUDGE MARTIN GLENN ON MAY 14, 2012" THEY DID NOT OWN JACKSON NOTE THEY STOLE AND BACKED BY SECURITY'S PRIOR TO DECEMBER 31, 2010. JACKSON CASE WAS DISCHARGED BY JUDGE MAHONEY DENYING GMAC MORTGAGE PROOF OF CLAIM AND SHE CANCELLED ALL CHECKS THE TRUSTESS WAS MAILING OUT TO THEM" BECAUSE THEY DID NOT OWN JACKSON NOTE OR HER ASSIGNMENT PRIOR TO OPTION ONE MORTGAGE CLOSING PERIOD. THE FEDERAL RESERVE AND THE FEDERAL BANKING REGULATORS KNOW THIS. CORLA JACKSON WAS ROBBED AND SHE EXPOSED THE ROBBERY RING AND THEY CAME BACK AND TOOK HER HOME AFTER THE FEDS FINED THE BANKS AND GMAC MORTGAGE AND AFTER THEY FILED BANKRUPTCY IN NEW YORK UNDER JUDGE MARTIN GLENN.

**GMAC Mortgage Company Profile:**

GMAC stands for General Motors Acceptance Corporation. It was formed in 1919 to provide loans to General Motors' auto purchases. Since then, it expanded to include insurance, online banking, mortgage operations and commercial finance. In December 2008, it received a $6 billion bailout from the Federal Government. In 2010, it was folded into, and renamed, Ally financial.

**GMAC Mortgage Company Foreclosure Probe:**

In October 2010, GMAC JPMorgan Chase and Bank of America announced they were halting any new foreclosures until investigations by the Federal Reserve and FDIC was complete. As a result, title insurer Old Republic announced it would stop insuring GMAC's mortgages. But this problem isn't restricted to just these three banks. With over 300,000 foreclosures a month being processed, it is unknown how many banks were too hurried to follow correct and legal procedures. As a result, the foreclosure rate dropped as these foreclosures went into the backlog.

Corla Jackson Know What Happened" GMAC Mortgage Corporation Federal Court Orders And More. They Did not Wait On The FEDERAL RESERVE And The FDIC To Complete Any New Foreclosures Foreclosure Investigations" They Did Not Halt Any New Investigations Either" What They Did Was They" Ran And Filed Bankruptcy On May 14, 2012" And Then They Robbed The Victims After They Filed Bankruptcy Under Judge Martin Glenn In The United States Bankruptcy Courts For The Southern Division Of New York.

Then They Had Martin Glenn Deny Victims Proof Of Claims Illegally" Tying Victims Assets Up Into Their Bankruptcy For Bigger Profits" To Pay Off Their Debts Which Is Illegal.. They Committed White Collar Crime Robbery's With Judges To Rob These Victims Guaranteed" Which Cannot Be Ignored America" This Is Not Normal And It Is Not Right. They Robbed Victims Of All Races And From Both Parties Both Democrats And Republicans" And You Can Be The Next Victims If You Are Not Already Their Victims...Wake Up America !

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.



Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

[illegible] Foreclosure Review

**PLEASE WATCH YOUR MAIL**

You are eligible to receive a payment as the result of an agreement between GMAC Mortgage, LLC and the Federal Reserve Board—announced in July. This payment is related to an enforcement action regarding deficiencies in the mortgage servicing and foreclosure processes of GMAC Mortgage, LLC. Payment will be made by the paying agent—Rust Consulting, Inc.

**You should expect a check or additional information about your payment to be mailed by Rust Consulting by the end of January 2014. Please watch your mail.** If your mailing address is different than the one pre-printed on this card or you move, please contact Rust Consulting at 1-888-952-9105 to update your mailing address.

Only Rust Consulting will contact you regarding your check or to request additional information if required to process your payment. Always use caution when providing personal information.

If you have questions, you may call toll free at 1-888-952-9105 or visit

www.independentforeclosurereview.com

www.federalreserve.gov

Si tiene preguntas, puede llamar al número de teléfono 1-888-952-9105 para hablar con un representante.

Assistance is also available from the toll-free number in more than 200 languages, including Chinese, Korean, Vietnamese, Tagalog, Hmong, and Russian.

[illegible] Pab muaj cov neeg hais lus Hmoob pab nej.
[illegible] Помощь на русском языке

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

# Wickersham's Conscience

Commentary, Reviews and Nature Photography

## U.S. Puts GMAC Subsidiary Into Bankruptcy. Wait. What?

The U.S. mortgage industry imploded five years ago, but the financial consequences are still cascading through our economy. Here's one to consider: what do these businesses all have in common?

| | |
|---|---|
| ditech, LLC<br>DOA Holding Properties, LLC<br>DOA Properties IX (Lots-Other), LLC<br>EPRE LLC Equity Investment I, LLC<br>ETS of Virginia, Inc.<br>ETS of Washington, Inc.<br>Executive Trustee Services LLC<br>GMAC – RFC Holding Company, LLC<br>GMAC Model Home Finance I, LLC<br>GMAC Mortgage USA Corporation<br>GMAC Mortgage, LLC<br>GMAC Residential Holding Company, LLC<br>GMAC RH Settlement Service, LLC<br>GMACM Borrower LLC<br>GMACM REO LLC<br>GMACR Mortgage Products, LLC<br>HFN REO SUB II, LLC<br>Home Connects Lending Services, LLC<br>Homecomings Financial Real Estate Holdings, LLC<br>Homecomings Financial, LLC<br>Ladue Associates, Inc.<br>Passive Asset Transactions, LLC<br>PATI A, LLC PATI B, LLC<br>PATI Real Estate Holdings, LLC | RAHI A, LLC<br>RAHI B, LLC<br>RAHI Real Estate Holdings, LLC<br>RCSFJV2004, LLCResidential Accredit Loans, Inc.<br>Residential Asset Mortgage Products, Inc.<br>Residential Asset Securities Corporation<br>Residential Capital, LLC<br>Residential Consumer Services of Alabama, LLC<br>Residential Consumer Services of Ohio, LLC<br>Residential Consumer Services of Texas, LLC<br>Residential Consumer Services, LLC<br>Residential Funding Company, LLC<br>Residential Funding Mortgage Exchange, LLC<br>Residential Funding Mortgage Securities I, Inc.<br>Residential Funding Mortgage Securities II, Inc.<br>Residential Funding Real Estate Holdings, LLC<br>Residential Mortgage Real Estate Holdings, LLC<br>RFC – GSAP Servicer Advance, LLC<br>RFC Asset Holdings II, LLC<br>RFC Asset Management, LLC RFC Borrower LLC<br>RFC Construction Funding, LLC<br>RFC REO LLC<br>RFC SFJV-2002, LLC |

foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

**GMAC Mortgage Company Profile:**

GMAC stands for General Motors Acceptance Corporation. It was formed in 1919 to provide loans to General Motors' auto purchases. Since then, it expanded to include insurance, online banking, mortgage operations and commercial finance. In December 2008, it received a $6 billion bailout from the Federal Government. In 2010, it was folded into, and renamed, Ally financial.

**GMAC Mortgage Company Foreclosure Probe:**

In October 2010, GMAC JPMorgan Chase and Bank of America announced they were halting any new foreclosures until investigations by the Federal Reserve and FDIC was complete. As a result, title insurer Old Republic announced it would stop insuring GMAC's mortgages. But this problem isn't restricted to just these three banks. With over 300,000 foreclosures a month being processed, it is unknown how many banks were too hurried to follow correct and legal procedures. As a result, the foreclosure rate dropped as these foreclosures went into the backlog.

Corla Jackson Know What Happened" GMAC Mortgage Corporation Federal Court Orders And More. They Did not Wait On The FEDERAL RESERVE And The FDIC To Complete Any New Foreclosures Foreclosure Investigations" They Did Not Halt Any New Invesigations Either" What They Did Was They" Ran And Filed Bankruptcy On May 14, 2012" And Then They Robbed The Victims After They Filed Bankruptcy Under Judge Martin Glenn In The United States Bankruptcy Courts For The Southern Division Of New York.

Then They Had Martin Glenn Deny Victims Proof Of Claims Illegally" Tying Victims Assets Up Into Their Bankruptcy For Bigger Profits" To Pay Off Their Debts Which Is Illegal. They Committed White Collar Crime Robbery's With Judges To Rob These Victims Guaranteed" Which Cannot Be Ignored America" This Is Not Normal And It Is Not Right. They Robbed Victims Of All Races And From Both Parties Both Democrats And Republicans" And You Can Be The Next Victims If You Are Not Already Their Victims...Wake Up America !

- **Parent/subsidiary companies:** GMAC is 51 percent owned by an investor group led by Cerberus Capital Management, with the rest held by General Motors. GMAC has several lending subsidiaries including GMAC-RFC Holding Co. LLC, Residential Funding Co. LLC, and Homecomings Financial LLC.
- **CEO:** CEO (GMAC Financial): Alvaro G. de Molina (still in that position as of May 2009)
  - **Most recent salary:** Not available
- **Location:** Minneapolis
- **Year founded:** 1982 (GMAC established in 1919)
- **Backers:** GMAC's Residential Funding Co. was one of the industry's top 10 issuers of subprime mortgage-backed securities in 2006 and 2007, packaging its own loans and partnering with investment banks to underwrite or sell certificates to the public.

GMAC WAS ORDERED BY THE FEDS TO FIX THE ERRORS AND CRIMES THEY COMMITED. THEY HAD TO PAY RESTITUTION" BY CREDITING THE VICTIMS ACCOUNTS IN FULL" AND ON THE HOMES THEY STOLE AND HAD SOLD" THEY HAD TO GIVE THE VICTIMS BACK THEIR FUNDS NATIONWIDE AS WELL AS HOMEOWNERS IN VIRGINIA" LINED TO POOLS OF MORTGAGES THEY HAD STOLEN. THEY KEPT THIS FROM THE VICTIMS NATIONWIDE" MAKING THEM THINK THAT THE CASE WAS JUST FOR VIRGINIA" WHEN IT WAS NOT" THE POOLS THOSE HOMES WERE LINKED TO WAS POOLS OF MORTGAGES NATIONWIDE. GMAC HAD TO KNOW WHAT THEIR SUBSIDIARY'S WERE DOING" THEY WERE ALL UNDER THE SAME UMBRELLA WHICH WAS GMAC...

## Lobbying overview

- **Lobbying:** 2007-2008: GMAC reported $6,080,000 in lobbying expenditures. **
- **Total Contributions:** At least $5,893,576*
- **Top Recipients:**
  1. Republican National Committee $445,730
  2. Representative John Dingell, D-Michigan $223,850
  3. Democratic Congressional Campaign Committee $185,704
  4. National Republican Congressional Committee $183,356
  5. National Republican Senatorial Committee $153,435

## Investigations

- **Settlements:**
  - In 2004, GMAC-Residential Funding Corp., along with several other institutions, agreed to a $41 million settlement of a class-action lawsuit filed in federal court in Pittsburgh over predatory lending claims.
  - In 2005, Homecomings Financial Network Inc. (a GMAC subsidiary) and Fairbanks Capital agreed to forgive $11 million in debt and give a total of $773,000 in restitution, account credits, and refunds to West Virginia homeowners.

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Southern District of Alabama
Case No. 05–13142
Chapter 13

In re Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Corla Reeves Jackson
13230 Tom Gaston Road
Mobile, AL 36695

Social Security / Individual Taxpayer ID No.:
xxx–xx–9711

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 1/20/10

MARGARET A. MAHONEY
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**



Mobile County Probate Records Search

Page 1 of 1

Indexed Thru: 4/11/2012

7 Records Found, Click Here For New Search

| Receipt # | Date | Grantor | Grantee | Document Type | Book | Page | UCC# | Legal Description |
|---|---|---|---|---|---|---|---|---|
| [illegible] PDF TIFF | 11/07/2003 | NEESE CYNTHIA G SMITH PHILLIP A | JACKSON CORLA | VENDORS LIEN DEED | 5490 | 1847 | | L 1 COPELAND ISLAND ESTS |
| [illegible] PDF TIFF | 06/10/2004 | NEESE CYNTHIA G SMITH CYNTHIA G SMITH PHILLIP A | JACKSON CORLA | CANCELLATION OF VENDORS LIEN DEED | 5605 | 1909 | | L 1 COPELAND ISL ESTS |
| [illegible] PDF TIFF | 06/10/2004 | JACKSON CORLA | OPTION ONE MTG CORP | MORTGAGE | 5605 | 1910 | | L 1 COPELAND ISL ESTS |
| [illegible] PDF TIFF | 05/08/2007 | TOWN & COUNTRY ROOFING CONTR L | CORLA INTL JACKSON CORLA | LIEN: HOSPITAL, JUDGMENT, MECHANIC, SEWER, TAX | 6179 | 640 | | |
| [illegible] PDF TIFF | 05/09/2007 | CORLA INTL JACKSON CORLA | NAME OMITTED | LIEN: HOSPITAL, JUDGMENT, MECHANIC, SEWER, TAX | 6180 | 911 | | M/LIEN L 1 COPELAND ISL ESTS |
| [illegible] PDF TIFF | 02/23/2010 | JACKSON CORLA | FLORIDA GAS TRANSMISSION COMPA | EASEMENT, RIGHT OF WAY DEED | 6618 | 734 | | LOT 1 COPELAND ISLAND ESTATES AS RECORDED IN MAP BOOK 81, PAGE 94 |
| [illegible] PDF TIFF | 05/18/2010 | JACKSON CORLA | FLORIDA GAS TRANSMISSION COMPA | EASEMENT, RIGHT OF WAY DEED | 6663 | 1980 | | SECTION 23 TOWNSHIP 5 SOUTH RANGE 4 WEST (BOOK 6618 PAGE 734) |

New Search

GMAC MORTGAGE
PO BOX 4622
WATERLOO IA 50704
(800) 766-4622
***Partial account number***
83500....

Date opened: May 2004
Date of status: May 2005
Reported since: [illegible] 2005
Last reported: Jul 2010
Type: Mortgage
Terms: 30 Years
Monthly payment: $1,942
Responsibility: Individual
Credit limit or original amount: $240,000
High balance: NA
Recent balance: $330,056 as of Jul 2010

Status: Petition for Chapter 13 Bankruptcy. $126,224 past due as of Jul 2010.
Account history:
Foreclosure as of Apr 2005
60 days past due as of Mar 2005
Filed Chapter 13 Bankruptcy on May 31, 2005
This account is scheduled to continue on record until Jan 2012.
Address identification number: 379406707

0156014025 L-232-01267-0207000

GMAC MORTGAGE REPORTED FALSE INFORMATION AND A FAKE NOTE ON JACKSON CREDIT REPORT STEALING HER ASSETS' HOME'S AND IDENTITY THEY USED FOR BIG PROFITS AND THEY ARE ROBBED SEE DATES THEY FILED THE FALSE CREDIT REPORT WHICH DESTROYED JACKSON AND THEY CAUSED JACKSON MASSIVE DAMAGES PERSONAL INJURY'S AND MORE THEY COVERED UP. THEY HAVE ROBBED JACKSON THROUGH HER CREDIT SO NO ONE COULD SEE WHAT THEY WERE DOING WHILE THEY CONTINUED TO ROB HER TO DATE TO COVER UP THE WHITE COLLAR CRIME THEY ALL COMMITTED TO ROB THE FEDS USING JACKSON IDENTITY' EQUITY' ASSETS AND ALL HER POLICY'S GUARANTEED

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.





10 13:45:20 Desc Main

**GMAC MORTGAGE**
PO BOX 4622
WATERLOO IA 50704
(800) 766-4622
***Partial account number***
83500....

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| May 2004 | May 2005 | Mortgage | Individual | $240,000 | $330,056 as of Jul 2010 |
| **Reported since** | **Last reported** | **Terms** | | **High balance** | |
| Mar 2005 | Jul 2010 | 30 Years | | NA | |
| | | **Monthly payment** | | | |
| | | $1,942 | | | |

Status: Petition for Chapter 13 Bankruptcy. $126,224 past due as of Jul 2010.
Account history:
Foreclosure as of Apr 2005
60 days past due as of Mar 2005
Filed Chapter 13 Bankruptcy on May 31, 2005
This account is scheduled to continue on record until Jan 2012.
Address identification number: 379406707

0156014025 L-232-01267-0207000

**JO JO SCHWARZAUER**, Circuit Clerk
MOBILE COUNTY - CIVIL DIVISION
Mobile Government Plaza, Room C936
205 Government Street
Mobile, Alabama 36644-2936

No. 0349

DATE 1-18 2012

RECEIVED FROM Carla Jackson $ 100.00

One hundred + NO/100 DOLLARS Cash Check

FOR CV 12-49 Court costs

Account Total $
Amount Paid $ 100.00
Balance Due $
Account No.

Thank You

Jo Jo Schwarzauer at

THIS IS JACKSON RECEIPT THAT WAS ISSUED TO JACKSON AFTER SHE PAID TO HAVE A [DEMAND BY JURY TRIAL] TO HAVE JUDGE SHULMAN AND GMAC MORTGAGE LAWYERS PROSECUTED FOR THE ILLEGAL RELIEF OF THE FAKE ARREARAGES AND A FAKE NOTE USING HER IDENTITY AND ASSETS UNDER FALSE PRETENSE FOR BIG PROFITS AT HER EXPENSE. JOY PATTERSON WITH BRADLEY ARANT BOULT CUMMINGS MOVED THE CASE OVER TO JUDGE DUBOSE TO HAVE IT DISMISSED PRIOR TO DEMAND BY JURY TRIAL OVER IN THE CIRCUIT COURTS. THEY KNEW THEIR PROOF OF CLAIMS WERE ALL DENIED BY JUDGE MAHONEY AND THEY DID NO WANT THE JURY TO SEE THAT IN ADDITION TO THEY DID NOT OWN THE NOTE OR THE ASSIGNMENT PERIOD PRIOR TO OPTION ONE MORTGAGE CLOSING. GMAC MORTGAGE FAKE A NOTE AND A ASSIGNMENT AFTER OPTION ONE MORTGAGE CLOSED AND ROBBED JACKSON.

RECEIPT RECIBO

R104111744968

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

## No. 20 of The Subprime 25: GMAC LLC/Cerberus Capital Management

By [illegible]

**Total high-interest loans 2005-2007:**
At least $17.3 billion***

**Federal bailout money received:**
GMAC received $5 billion from the government's Troubled Asset Relief Program.

**Company overview**

- **Status:** ACTIVE
- **History:** GMAC was created to fund the purchase of General Motors vehicles and later expanded into mortgage lending. GMAC Mortgage was created in 1985, and five years later GMAC purchased Residential Funding Corporation, which became GMAC-RFC. GMAC also formed Homecomings Financial in 1995 from the purchased assets of another company. In 2005, ownership of GMAC Mortgage, GMAC-RFC, and Homecomings was transferred to a newly formed holding company, the Residential Capital Corp. (ResCap). In April 2006, GMAC announced it was selling a 51 percent stake to a capital investment group led by Cerberus Capital Management. Other investors included Citigroup Inc. GMAC, stung by the collapse of the real estate market and slow auto sales, turned to the government for help in late 2008. The Federal Reserve approved GMAC's application to become a bank holding company, thus allowing it to receive a $5 billion investment from the Treasury Department.

Who's Behind the Financial

What is the GMAC Mortgage Corporation? The GMAC Mortgage Corporation is one of the world's largest financial services companies and provides a high volume of mortgages to businesses and to individual homeowners. GMAC Mortgage Corporation is a mortgage company owned by GMAC LLC. It has its headquarters in Fort Washington, Pennsylvania, and has additional offices in Waterloo, Iowa.

**GMAC Mortgage Corporation began in 1985, after the company acquired Colonial Mortgage Service and part of Norwest Mortgage, Inc.** The company provides several mortgage services, including customer care, investor operations and risk assessment. To better establish an online presence, the company acquired Ditech Funding Corp. in 1999.

**In 2009, GMAC bank underwent a re-branding and is now known as Ally Bank.** The name GMAC Inc. was changed to Ally Bank. GMAC Mortgage Corporation has retained its name, despite the re-branding of other arms of the company. The residential mortgage branch of GMAC Mortgage Corporation, Ditech, extends home mortgages, home equity loans and FHA loans. Capmark Financial Group is another arm of GMAC Mortgage Corporation.

What is the GMAC Mortgage Corporation? The GMAC Mortgage Corporation is one of the world's largest financial services companies and provides a high volume of mortgages to businesses and to individual homeowners. GMAC Mortgage Corporation is a mortgage company owned by GMAC LLC. It has its headquarters in Fort Washington, Pennsylvania, and has additional offices in Waterloo, Iowa.

**GMAC Mortgage Corporation began in 1985, after the company acquired Colonial Mortgage Service and part of Norwest Mortgage, Inc.** The company provides several mortgage services, including customer care, investor operations and risk assessment. To better establish an online presence, the company acquired Ditech Funding Corp. in 1999.

**In 2009, GMAC bank underwent a re-branding and is now known as Ally Bank.** The name GMAC Inc. was changed to Ally Bank. GMAC Mortgage Corporation has retained its name, despite the re-branding of other arms of the company. The residential mortgage branch of GMAC Mortgage Corporation, Ditech, extends home mortgages, home equity loans and FHA loans. Capmark Financial Group is another arm of GMAC Mortgage Corporation.

http://www.sec.gov/Archives/edgar/containers/fix010/40730/05/000004073005000057/0000040730-05-000057.txt

```
-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
```

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

Pg 27 of 40

AJnKFZ28k5HWZ5d7pF5xLlSbL0ooh2iq/NHpdtSpFb4D5d3y5H9j16bpNvLCUKWi
WaxAsAWYVvmLGag4P2aAnw==

<SEC-DOCUMENT>0000040730-05-000057.txt : 20050505
<SEC-HEADER>0000040730-05-000057.hdr.sgml : 20050505
<ACCEPTANCE-DATETIME>20050505085114
ACCESSION NUMBER: 0000040730-05-000057
CONFORMED SUBMISSION TYPE: 8-K
PUBLIC DOCUMENT COUNT: 1
CONFORMED PERIOD OF REPORT: 20050504
ITEM INFORMATION: Other Events
FILED AS OF DATE: 20050505
DATE AS OF CHANGE: 20050505

FILER:

COMPANY DATA:
COMPANY CONFORMED NAME: GENERAL MOTORS CORP
CENTRAL INDEX KEY: 0000040730
STANDARD INDUSTRIAL CLASSIFICATION: MOTOR VEHICLES & PASSENGER CAR BODIES [3711]
IRS NUMBER: 380572515
STATE OF INCORPORATION: DE
FISCAL YEAR END: 1231

FILING VALUES:
FORM TYPE: 8-K
SEC ACT: 1934 Act
SEC FILE NUMBER: 001-00043
FILM NUMBER: 05801413

BUSINESS ADDRESS:
STREET 1: 300 RENAISSANCE CTR
STREET 2: MAIL CODE: 482-C34-D71
CITY: DETROIT
STATE: MI
ZIP: 48265-3000
BUSINESS PHONE: 3135565000

MAIL ADDRESS:
STREET 1: 300 RENAISSANCE CTR
STREET 2: MAIL CODE: 482-C34-D71
CITY: DETROIT
STATE: MI
ZIP: 48265-3000
</SEC-HEADER>
<DOCUMENT>
<TYPE>8-K
<SEQUENCE>1
<FILENAME>gmacrecap050405.txt
<DESCRIPTION>RESTRUCTURING OF GMAC RESIDENTIAL MORTGAGE SUB.
<TEXT>

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

Page 27 of 37

Washington, DC 20549-1004

FORM 8-K

CURRENT REPORT
PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

Date of Report (Date of earliest event reported) May 4, 2005

GENERAL MOTORS CORPORATION
-------------------------
(Exact Name of Registrant as Specified in its Charter)

| STATE OF DELAWARE | 1-143 | 38-0572515 |
|---|---|---|
| (State or other jurisdiction of Incorporation or Organization) | (Commission File Number) | (I.R.S. Employer Identification No.) |

300 Renaissance Center, Detroit, Michigan — 48265-3000 (Zip Code)

(Address of Principal Executive Offices)

Registrant's telephone number, including area code (313) 556-5000

===

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

[ ] Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

Pg 29 of 40

[ ] Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

[ ] Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

[ ] Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

<PAGE>

ITEM 8.01 OTHER ITEMS

On May 4, 2005, General Motors Acceptance Corporation (GMAC), a wholly owned subsidiary of General Motors Corporation (GM) issued a press release announcing the restructuring of its residential mortgage operations. A copy of the press release issued by GMAC follows:

GMAC CAPITALIZES NEW RESIDENTIAL MORTGAGE SUBSIDIARY;
ELECTS JACOB AND MELZER TO BOARD OF DIRECTORS

DETROIT - General Motors Acceptance Corporation (GMAC), the financial services subsidiary of General Motors Corporation (NYSE: GM), announced it has restructured its residential mortgage operations. GMAC transferred ownership of GMAC Mortgage Corporation and Residential Funding Corporation (GMAC-RFC) to Residential Capital Corporation (ResCap), its recently formed holding company, in a move to provide additional operational and financial flexibility and to enhance the liquidity of these operations. GMAC also contributed $2 billion of equity to ResCap in connection with this restructuring. The transaction had no cash impact on the entities involved, but did reduce ResCap's leverage ratio, as GMAC converted some of its inter-company debt to equity.

GMAC also announced new additions to the ResCap Board of Directors. Two independent directors have been named to the board, bringing the total number of ResCap directors to nine. They are Thomas Jacob, retired chairman and CEO of Chase Manhattan Mortgage Corporation, and Thomas Melzer, co-founder and managing director of RiverVest Venture Partners. Jacob was also appointed chairman of the Audit Committee of ResCap.

ResCap is seeking a stand-alone credit rating and expects to execute an

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

Page 29 of 37

Pg 30 of 40

operating agreement among itself, GM, and GMAC during the second quarter of 2005. The restructuring, separate capital structure, independent directors and
other corporate governance arrangements are intended to facilitate enhanced liquidity and cost effectiveness of the financing of ResCap's mortgage operations. With separate liquidity and funding of ResCap, GMAC also benefits through reduced funding requirements for its residential mortgage operations.

ResCap is a wholly owned indirect subsidiary of GMAC and is separate from GMAC
Commercial Mortgage Corporation. GM and GMAC have no intention of divesting, in
whole or in part, their residential mortgage operations.

Thomas Jacob, 66, served as chairman and/or CEO of Chase Manhattan Mortgage Corporation (previously Chemical Mortgage Corporation), one of the largest real
estate finance companies in the U.S., for the period between 1992 and 2002. Prior to that, he headed the Branch Banking and Credit Card businesses of Chemical Bank. Jacob has over 25 years of experience in banking, consumer credit, real estate finance and business integration. He received his M.B.A. from Columbia University, New York.

Thomas Melzer, 60, is co-founder and managing director of RiverVest Venture Partners in St. Louis. Prior to founding RiverVest, Melzer was president and CEO
of the Federal Reserve Bank of St. Louis, where he directed its involvement in
the formulation of monetary policy, the supervision of banks, and the provision
of payments services to depository institutions. In addition, he served on the
Federal Open Market Committee (FOMC), the Federal Reserve System's chief monetary policymaking body. Before joining the Fed, Melzer was a managing director of Morgan Stanley & Co. Incorporated, where he spent 16 years. During
his career, he was in corporate finance, real estate finance and investment, and
eventually headed the U.S. Government Securities Department, overseeing the development of money market, financial futures and options groups. He received
his M.B.A. and B.S. in electrical engineering from Stanford University.

<PAGE>

Jacob and Melzer join the current board members: David M. Applegate, co-CEO of
ResCap, Eric A. Feldstein, chairman of GMAC, Sanjiv Khattri, CFO of GMAC, Davee
L. Olson, CFO of ResCap, Bruce J. Paradis, co-CEO of ResCap , David C. Walker,
group vice president of GMAC, and Linda K. Zukauckas, corporate controller of GMAC.

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

Page 30 of 37

Pg 31 of 40

# # #

General Motors Acceptance Corporation and its subsidiaries, operating under the
umbrella GMAC Financial Services, provide automotive financing, commercial finance, insurance and mortgage products, and real estate services, and have a
presence in more than 40 nations. A wholly owned subsidiary of General Motors since 1919, GMAC has extended more than $1.3 trillion in credit to finance more
than 158 million vehicles.

# # #

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

GENERAL MOTORS CORPORATION
--------------------------
(Registrant)

Date: May 5, 2005

By: /s/PETER R. BIBLE
--- -----------------
(Peter R. Bible,
Chief Accounting Officer)

</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

Page 31 of 37

http://www.sec.gov/Archives/edgar/containers/fix010/40730/05/000004073005000057/gmacrecap050405.txt

<DOCUMENT>
<TYPE>8-K
<SEQUENCE>1
<FILENAME>gmacrecap050405.txt
<DESCRIPTION>RESTRUCTURING OF GMAC RESIDENTIAL MORTGAGE SUB.
<TEXT>

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION

Washington, DC 20549-1004

FORM 8-K

CURRENT REPORT
PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

Date of Report (Date of earliest event reported) May 4, 2005

GENERAL MOTORS CORPORATION

(Exact Name of Registrant as Specified in its Charter)

| STATE OF DELAWARE | 1-143 | 38-0572515 |
| --- | --- | --- |
| (State or other jurisdiction of Incorporation or Organization) | (Commission File Number) | (I.R.S. Employer Identification No.) |

300 Renaissance Center,
Detroit, Michigan

48265-3000
(Zip Code)

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

Pg 33 of 40

(Address of Principal Executive Offices)

Registrant's telephone number, including area code (313) 556-5000
Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

[ ] Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[ ] Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

[ ] Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

[ ] Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

<PAGE>

ITEM 8.01 OTHER ITEMS

On May 4, 2005, General Motors Acceptance Corporation (GMAC), a wholly owned subsidiary of General Motors Corporation (GM) issued a press release announcing the restructuring of its residential mortgage operations. A copy of the press release issued by GMAC follows:

GMAC CAPITALIZES NEW RESIDENTIAL MORTGAGE SUBSIDIARY;
ELECTS JACOB AND MELZER TO BOARD OF DIRECTORS

DETROIT - General Motors Acceptance Corporation (GMAC), the financial services subsidiary of General Motors Corporation (NYSE: GM), announced it has restructured its residential mortgage operations. GMAC transferred ownership of GMAC Mortgage Corporation and Residential Funding Corporation (GMAC-RFC) to Residential Capital Corporation (ResCap), its recently formed holding company, in a move to provide additional operational and financial flexibility and to enhance the liquidity of these operations. GMAC also contributed $2 billion of equity to ResCap in connection with this restructuring. The transaction had no cash impact on the entities involved, but did reduce ResCap's leverage ratio, as GMAC converted some of its inter-company debt to equity.

GMAC also announced new additions to the ResCap Board of Directors. Two

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

Page 33 of 37

independent directors have been named to the board, bringing the total number of
ResCap directors to nine. They are Thomas Jacob, retired chairman and CEO of
Chase Manhattan Mortgage Corporation, and Thomas Melzer, co-founder and managing
director of RiverVest Venture Partners. Jacob was also appointed chairman of the
Audit Committee of ResCap.

ResCap is seeking a stand-alone credit rating and expects to execute an
operating agreement among itself, GM, and GMAC during the second quarter of
2005. The restructuring, separate capital structure, independent directors and
other corporate governance arrangements are intended to facilitate enhanced
liquidity and cost effectiveness of the financing of ResCap's mortgage
operations. With separate liquidity and funding of ResCap, GMAC also benefits
through reduced funding requirements for its residential mortgage operations.

ResCap is a wholly owned indirect subsidiary of GMAC and is separate from GMAC
Commercial Mortgage Corporation. GM and GMAC have no intention of divesting, in
whole or in part, their residential mortgage operations.

Thomas Jacob, 66, served as chairman and/or CEO of Chase Manhattan Mortgage
Corporation (previously Chemical Mortgage Corporation), one of the largest real
estate finance companies in the U.S., for the period between 1992 and 2002.
Prior to that, he headed the Branch Banking and Credit Card businesses of
Chemical Bank. Jacob has over 25 years of experience in banking, consumer
credit, real estate finance and business integration. He received his M.B.A.
from Columbia University, New York.

Thomas Melzer, 60, is co-founder and managing director of RiverVest Venture
Partners in St. Louis. Prior to founding RiverVest, Melzer was president and CEO
of the Federal Reserve Bank of St. Louis, where he directed its involvement in
the formulation of monetary policy, the supervision of banks, and the provision
of payments services to depository institutions. In addition, he served on the
Federal Open Market Committee (FOMC), the Federal Reserve System's chief
monetary policymaking body. Before joining the Fed, Melzer was a managing
director of Morgan Stanley & Co. Incorporated, where he spent 16 years. During
his career, he was in corporate finance, real estate finance and investment, and
eventually headed the U.S. Government Securities Department, overseeing the
development of money market, financial futures and options groups. He received
his M.B.A. and B.S. in electrical engineering from Stanford University.


<PAGE>

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated
foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

Pg 35 of 40

Jacob and Melzer join the current board members: David M. Applegate, co-CEO of
ResCap, Eric A. Feldstein, chairman of GMAC, Sanjiv Khattri, CFO of GMAC, Davee
L. Olson, CFO of ResCap, Bruce J. Paradis, co-CEO of ResCap , David C. Walker,
group vice president of GMAC, and Linda K. Zukauckas, corporate controller of GMAC.

# # #

General Motors Acceptance Corporation and its subsidiaries, operating under the
umbrella GMAC Financial Services, provide automotive financing, commercial
finance, insurance and mortgage products, and real estate services, and have a
presence in more than 40 nations. A wholly owned subsidiary of General Motors
since 1919, GMAC has extended more than $1.3 trillion in credit to finance more
than 158 million vehicles.

# # #

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

GENERAL MOTORS CORPORATION
--------------------------
(Registrant)

Date: May 5, 2005

By: /s/PETER R. BIBLE
--- -----------------
(Peter R. Bible,
Chief Accounting Officer)

**VICTIMS ARE BEING VICTIMIZED BY CROOKED JUDGES AND LAWYERS**
Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

Page 35 of 37

- What happens if a federal **judge** commits a **crime** - The Q&A wiki
*wiki.answers.com › ... › Law & Legal Issues › Criminal Law*

Federal **judges** are held accountable for their behavior just like any other member of society. He or she would face criminal charges and the possibility of a trial and ...

- Former district **judge gets jail time for corruption** of minor ...
*www.delcotimes.com/articles/2011/03/30/news/doc4d92071a7ef...*

MEDIA COURTHOUSE -- Former longtime Haverford District Justice Gerald C. Liberace was taken to **jail** in handcuffs today after a **judge** sentenced him to six to 12 months ...

- Former Haverford district **judge gets jail time for corruption** of ...
*www.mainlinemedianews.com/articles/2011/03/30/main_line_times/news/...*

Main Line **Times** > News Former Haverford district **judge gets jail time for corruption** of minor. Published: Wednesday, March 30, 2011

- Lawyer, 2 Former **Judges Get Prison** in **Corruption** Case - Los ...
*articles.latimes.com › Sentencing*

SAN DIEGO — In a ruling defense attorneys hailed as a victory, a federal **judge** Wednesday imposed nearly the lowest possible **prison** sentences on an attorney and ...

- Former Cuyahoga **Judge** Bridget McCafferty is now serving **time** ...
*www.newsnet5.com/dpp/news/political/**corruption**_probe/former...*

CLEVELAND - Former Cuyahoga County Common Pleas **Judge** Bridget McCafferty is now serving **time** in a federal **prison** following her sentencing last month on **corruption** ...

- Blagojevich **gets** 14 years in **prison for corruption** - CNN.com
*www.cnn.com/2011/12/07/justice/blagojevich-sentencing/index.html*

Dec 07, 2011 · Blagojevich **gets** 14 years in **prison for corruption**. ... his **prison** term within 90 days, the **judge** ... Ryan is serving **time** in federal **prison**.

- How **Judges Commit Crimes** - Lawless America - Judicial ...
*www.lawlessamerica.com/...id=443:how-**judges-commit-crimes**...Itemid=222*

**Judges** regularly **commit** the **crimes** of obstruction of justice and perjury. They obstruct justice by using various techniques to render decisions and issue orders that ...

- Why **Judges Commit Crimes** - Lawless America - Judicial ...
*lawlessamerica.com/...view=article&id=463:why-**judges-commit-crimes**...*

Attorney Dishonesty, Misconduct, and Corruption; Battling Corruption; Civil Liberties Violations; Congressional Dishonesty and Corruption; Constitutional Rights Problems,

- Lawyer Testifies He **Committed Crimes** with **Judge** Garson - The ...
*www.nysun.com/.../lawyer-testifies-he-**committed-crimes-with-judge**/1195*

Paul Siminovsky remembers once roaming Brooklyn's courthouses like a "big shot" lawyer. The chubby-cheeked 45-year-old with curly salt-and-pepper hair had unfettered ...

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

# CERTIFICATE OF SERVICE

I certify that on **December 26, 2013** a true and correct copy of this motion was served to each person listed below.

**GMAC MORTGAGE CORPORATION, ET AL**

**RESIDENTIAL CAPITAL LLC**

MORRISON & FOSTER LLP
1290 Avenue Of The Americas
New York, New York. 10104
Telephone: (212) 468-8000
Facesmile: (212) 468-7900

Attorneys

Gary S. Lee
Norman S. Rosenbaum
Erica J. Richards

**BRADLEY ARANT BOULT CUMMINGS LLP**
**1819 FIFTH AVENUE NORTH**
**BIRMINGHAM, ALABAMA. 35202**
**PH: 205.521.8810**
**FACESMILE: 205.488.6810**

Corla Reeves Jackson 12/26/2013

Corla Reeves Jackson
13230 Tom Gaston Road
Mobile, Alabama. 36695
Phone: 251.554.1785
Facesimile: mail@corlajacksonvsgmacmortgage.info
corlareevesjackson@gmail.com

Corla Jackson 12/26/2013

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

ORIGINAL

AVS0350

ALABAMA JUDICIAL DATA CENTER
MOBILE COUNTY

SUMMONS

CV 2012 000049.00

IN THE CIRCUIT COURT OF MOBILE COUNTY

CORLA JACKSON VS GMAC MORTGAGE CORPORATION

SERVE ON: (D001)

SSN: 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

PLAINTIFF'S ATTORNEY

*** PRO SE ***

GMAC MORTGAGE CORPORATION
CSC LAWYERS INC SERVICES
150 SOUTH PERRY STREET
MONTGOMERY ,AL 36104-0000

TO THE ABOVE NAMED DEFENDANT:

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

(✓) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR 4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE COMPLAINT IN THIS ACTION UPON DEFENDANT.

( ) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE WRITTEN REQUEST OF PURSUANT TO RULE 4.1(C) OF THE ALABAMA RULES OF CIVIL PROCEDURE

DATE: 01/19/2012

JoJo Schwarzauer /LG

CLERK: JOJO SCHWARZAUER
205 GOVERNMENT STREET
ROOM C936 NORTH TOWER
MOBILE AL 36644-2936
(251)574-8420

RETURN ON SERVICE:

( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) ________
(RETURN RECEIPT HERETO ATTACHED)

( ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND COMPLAINT TO ________
IN ________ COUNTY, ALABAMA ON (DATE) ________

DATE ________ SERVER SIGNATURE ________

SERVER ADDRESS ________ TYPE OF PROCESS SERVER ________

OPERATOR: LEG
PREPARED: 01/19/2012

EXECUTED BY SERVING
A COPY OF THE WITHIN

Gmac Mortgage corp

Mr Russell

This 27 Jan 2012
D. T. [illegible]
Sheriff [illegible]
By [signature]
Deputy Sheriff 630

9:10

**JACKSON DEMANDS JURY TRIAL**

CVU5
JDMND

**IN THE CIRCUIT COURT OF MOBILE ALABAMA**

| | | |
|---|---|---|
| **CORLA JACKSON** **Plaintiff,** | § § | |
| **V.** | § § | **NO:** CV2012-00049 JCW |
| **GMAC MORTGAGE CORPORATION, ET AL** | § § § | |
| **Defendants.** | § § | |

# INJUCTION & QUIET TITLE

## SECURITLATION FRAUD BOTH STATE AND FEDERAL LAWS

**NEW DISCOVERY TO BACK FRAUD UNDER RULE (60b) STATE AND FEDERAL LAWS**

**VIOLATION OF HATE CRIME UNDER LOANS AND LOAN MODIFICATION STATE AND FEDERAL LAWS**

**BREACH OF CONTRACT AND BAD FAITH UNDER STATE AND FEDERAL LAWS**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW the Plaintiff,** (CORLA JACKSON) , under the Grounds of (GMAC MORTGAGE CORPORATION) Did In Fact Commit Fraud Under Rule (60b) Under Federal And State Laws As Well As Perjury and Obstruction of Justice. Also They Committed SECURITLATION FRAUD Under Both STATE AND FEDERAL LAWS, As Well As FRAUD UNDER RULE (60b) Under Both STATE AND FEDERAL LAWS.

Total Documents Filed______

"Rule 65(d)(2), Ala. R. Civ. P., requires:

" 'Every order granting an injunction shall set forth the reasons for its issuance; shall be specific in terms; shall describe in reasonable detail, and not by reference to the complaint or other document, the act or acts sought to be restrained.'