26 December 2013

Re: 12-12020 (MG)

To: Clerk of Court

Please accept this replacement filing for claims 4738 and 5632. I discovered an error in the December 16th letter which required correction. I apologize for the inconvenience.

*Karen M. Rozier*

Karen Michele Rozier



RECEIVED
DEC 30
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

12-12020-mg    Doc 6199    Filed 12/30/13    Entered 12/31/13 09:55:21    Main Document
Pg 1 of 2

## PROOF OF SERVICE

[In accordance with Rule 9013-3]

In Re Residential Capital, LLC et. al (Case 12-12020 (MG))

I am David Eugene Rozier, Sr. a free person, a resident of the State of California and a naturally-born citizen of the state of New York and the United States. I am over the age of 18 and not a party to the within action. My business address is 7957 Dahlia Circle, Buena Park, CA 90620.

- Re Claim No. 4738, Karen Michele Rozier's Request for Payment from GMAC Mortgage, LLC
- Re Claim No. 5632, Karen Michele Rozier's Request for Payment from Executive Trustee Services, LLC
- Letter dated 16 December 2013 to Office of the Clerk, United States Court of Appeals for the Ninth Subject with subject: Concern Re Apparent Fraudulent Billing of Severson and Werson, APC in Bankruptcy Case 8:11-bk-21727-CB, Bankruptcy Appellate Case CC-12-1359-KiPaD and Appeals Case 13-60106

[Stamped: VOID]

on all interest parties in this action by Regular First Class Mail:

Counsel for the Debtors and Debtors in Possession
Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
Jennifer L. Marines
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, New York 10104

Counsel for the Official Committee of Unsecured Creditors
Kenneth H. Eckstein
Douglas H. Mannal
Stephen D. Zide
Rachel L. Ringer
KRAMER LEVIN NAFTALIS & FRANKEL, LLP
1177 Avenue of the Americas
New York, New York 10036

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 17, 2013

David E. Rozier, Sr.