26 December 2013

Office of the Clerk
United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939

**Subj: Concern Re Apparent Fraudulent Billing of Severson and Werson, APC in Bankruptcy Case 8:11-bk-21727-CB, Bankruptcy Appellate Case CC-12-1359-KiPaD and Appeals Case 13-60106**

To Clerk of the Appeals Court:

I am very concerned about the participation of the law firm Severson and Werson, APC ("SWA") in this appeal. They claim they are representing U.S. Bank, yet they are billing the Residential Capital, LLC et al. bankruptcy case. One particular bill is identified as docket item 3338 in Case 12-12020 (MG), In re Residential Capital, LLC, et. al. filed in the Southern District of New York. The document is entitled **ERRATA AND REPLY OF SEVERSON & WERSON, P.C. AS SPECIAL CALIFORNIA LITIGATION COUNSEL FOR DEBTORS TO THE OMNIBUS OBJECTION OF THE UNITED STATES TRUSTEE REGARDING SECOND APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE TIME PERIOD SEPTEMBER 1, 2012 THROUGH DECEMBER 31, 2012.** In this bill to the Debtors Residential Capital, SWA includes billing to defend my appeals case CC-12-1359-KiPaD against U.S. Bank. Isn't that illegal? I fear they are also billing ResCap for this appeal, which is improper at best, illegal at worst.

I am concerned because my case deals with fraud and this seems to be a clear cut example of fraudulent misrepresentation and false billing. I request that you order them to prove that they are indeed representing U.S. Bank and not Residential Capital in my case. I have a right to know who I am fighting in Federal court. For the record, I have two undisputed claims in the ResCap bankruptcy: Claim 4738 against GMAC Mortgage, LLC and Claim 5632 against Executive Trustee Services, Inc. ResCap has submitted over fifty-one omnibus objections to date in their bankruptcy but has not disputed any of my allegations nor claims; nor has it asked for my claims to be reduced. I am not nor have I ever been a Borrower of GMAC Mortgage and I had no control over how they classified my demands, but I was allowed two votes on their Confirmation Plan under "Allowed Borrower Claims". I have filed my request for payment for both claims.

I apologize for the massive distribution of this request. It is not my intent to put you on the spot, but given the fact that Severson and Werson ("SWA") lied about me and my husband and had us robbed of our Second Amendment gun rights through the use of adulterer and suspected quid pro quoi sex-for-grades/jobs judge Scott Steiner, I don't like keeping secrets. I used to. I was an engineer for the Navy and quite willing to keep our nation's secrets, but I feel these lawyers and bankers are domestic terrorists unworthy of protection. As it stands, my appeal to the Bankruptcy Appellant Panel was heard by Judge Ralph Kirschner while he was under criminal investigation.

In our cases G048311, G048312, G048316, G048321 , my husband and I were convicted of threatening harm to US Bank's lawyers. That case is under appeal. On the tapes the (dis)Honorable Scott Steiner[1] refused to admit into evidence, I could be clearly heard threatening to *"put them in jail for their crimes."* For that, I was convicted of making physical threats and we were both robbed of our 2nd Amendment Constitution Rights. We suspect that is because we are Black and in Orange County since we were compared to Chris Dorner while the

---

[1] As you may not be aware, Scott Steiner admitted to abusing the public trust by engaging in extra-marital sexual activity within the confines of the courtroom. Who is he to judge someone's character?

manhunt was still hot, but that is another fight for another organization. This abuse of our constitutional rights using the Prison Industrial Complex is troubling, and I pray that you decide to investigate all matters involving Severson and Werson, APC and U.S. Bank more carefully, especially the billing and involvement in this case.

I have been in frequent communication with Silverman Acampo, Counsel to the Official Committee of Unsecured Creditors and with Mr. Luis Altamirano from the Orange County office of the F.B.I. regarding my claims and my allegations against SWA. I have recently renewed contact with Kurtzman Carson Consultants, consultant to the Morrison & Foerster, LLP, counsel to Debtors Res Cap. Due to the size of my claims and the nature of these allegations, I am also including the presiding judge, Honorable Judge Martin Glenn on the distribution list of this letter as well as filing a copy of this letter in the bankruptcy court. I can be reached at (410) 458-3772 or rozier.karen@yahoo.com. I can also be reached via snail mail at my address of record: 7957 Dahlia Circle Buena Park, CA 90620. I look forward to seeing your findings, especially as they pertain to who I am fighting in court. Thank you.

With Hope,

*Karen M Rozier*

Karen Michele Rozier,
Master of Public Administration, Harvard University
MS Industrial Administration/ BS Electrical Engineering, Carnegie Mellon University