June Elliott Neyer, Borrower
Leland Anthony Neyer, Co-borrower
324 North Main Street
P.O. Box 970
Alturas, CA 96101-0970
Debtors to GMAC Financial et al

October 15, 2013

| MORRISON & FORESTER LLP | KRAMER LEVIN NAFTALIS &FRANKEL, LLP |
|---|---|
| Gary S. Lee | Kenneth H. Eckstein |
| Lorenzo Marinuzzi | Douglas H. Mannal |
| Todd M. Goren | Stephen D. Zide |
| Jennifer L. Marines | 1177 Avenue of the Americas |
| Daniel J. Harris | New York, New York 10036 |
| 1290 Avenue of the Americas | Telephone: (212) 715-3280 |
| New York, New York 10104 | Facimile:   (212) 715-8000 |
| Telephone; (212) 468-8000 | |
| Facimile:   (212) 468-7900 | |
| *Counsel for the Debtors and Debtors in Possession* | *Counsel for the Official Committee of Unsecured Creditors* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN OFFICE**
**One Bowling Green**
**New York, NY 10004-1408**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

RECEIVED DEC 31 2013 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

1

Debtor's reply to:
# NOTICE OF FILING OF EXHIBITS 2 THROUGH 21 COMPRISING THE PLAN SUPPLEMENT TO THE JOINT CHAPTER 11 PLAN PROPOSED BY RESIDENTIAL CAPITAL, LLC, ET AL, AND THE <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

**Dear OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Please take note that my wife and I have a prior Federal Lawsuit against Homecomings GMAC and RESIDENTIAL CAPITAL, LLC, ET AL that goes back to June 17, 2009. This date is well before your action.

Therefore the following Court has jurisdiction over OUR ENTIRE CASE! And it follows that the current bankruptcy action by RESIDENTIAL dated October 11, 2013 has no lawful affect against Leland Anthony and June Elliott Neyer.

Your prompt reply is advised and demanded.

### UNITED STATES DISTRICT COURT OF APPEALS
### FOR THE NINTH CIRCUIT
**Attn: Molly C. Dwyer, Clerk & Laura Castillo, Deputy Clerk**
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, Ca 94103
(415) 355-8000

| | |
|---|---|
| June E. Neyer, Borrower | |
| Leland Anthony Neyer, Co-Borrower | NO. 11-17722 |
| **Plaintiffs** | D.C. No, 2:09-cv-01671-GEB |
| | filed: June 17, 2009 |
| Vs. | |
| GMAC HOMECOMINS FINANCIAL BANK | |
| Et al. currently known as RESIDENTIAL CAPITAL | |
| **Defendants** | |

2

Re:   **ACCOUNT NUMBER:** 7423226489
**PROPERTY ADDRESS:** 1685 Count Road 70, Canby, Ca 96015

October 15, 2013

Sincerely,

Borrower:  June Elliott Neyer  _____

Co-Borrower: Leland Anthony Neyer  _____