MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------
                                              )
In re:                                        )   Case No. 12-12020 (MG)
                                              )
RESIDENTIAL CAPITAL, LLC, et al.,             )   Chapter 11
                                              )
                           Debtors.           )   Jointly Administered
                                              )
------------------------------------------------------------------------

**NOTICE OF ADJOURNMENT OF HEARING AS TO CERTAIN CLAIMS ON
(A) DEBTORS' FIFTY-SECOND OMNIBUS OBJECTIONS TO CLAIMS
(INSUFFICIENT DOCUMENTATION), AND (B) DEBTORS'
FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY – ASSIGNED CONTRACT CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Fifty-Second Omnibus Objection to Claims (Insufficient Documentation)* [Docket No. 6074] (the "Fifty-Second Omnibus Claims Objection"), previously scheduled be heard on January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)** solely as it relates to UBS Real Estate Securities Inc. (Claim No. 4200).

**PLEASE TAKE FURTHER NOTICE THAT** the hearing on the Fifty-Second Omnibus Claims Objection has been adjourned to **February 20, 2014 at 10:00 a.m. (Prevailing Eastern Time)** solely as it relates to the following claims (collectively, the "Deutsche Bank

ny-1123337

Claims"):

- Deutsche Bank Trust Company Americas, as Trustee for the Residential Accredit Loans, Inc. (RALI) 2006-QS17 (Claim No. 276);

- Deutsche Bank Trust Company Americas as Indenture Trustee for the registered holders of Saxon Asset Securities Trust 2004-3 (Claim No. 344); and

- Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities, et al. (Claim No. 408).

**PLEASE TAKE FURTHER NOTICE** that the deadline to respond to the Fifty-Second Omnibus Claims Objection, solely as it relates to the Deutsche Bank Claims, has been extended to **February 3, 2014 at 4:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the *Debtors' Fifty-Fifth Omnibus Objection to Claims (No Liability – Assigned Contract Claims)* [Docket No. 6077] (the "Fifty-Fifth Omnibus Claims Objection") solely as it relates to Hewlett-Packard Company (Claim No. 2236) and the Federal Home Loan Mortgage Corporation (Claim Nos. 4875 and 4899 and together, the "Freddie Mac Claims"), previously scheduled to be heard on January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the deadline to respond to the Fifty-Fifth Omnibus Claims Objection, solely as it relates to the Freddie Mac Claims, has been extended to **January 20, 2014 at 4:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Hearings will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1123337

| | |
|---|---|
| Dated: January 2, 2014<br>New York, New York | /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for the Post-Effective Date Debtors* |

ny-1123337