MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Jordan A. Wishnew

*Counsel for the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) ) | Chapter 11 |
| Post-Effective Date Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' MOTION PURSUANT TO SECTIONS 105(a) AND 554(a) OF THE BANKRUPTCY CODE FOR AN ORDER APPROVING ABANDONMENT OF DEBTORS' INTERESTS IN CERTAIN ESTATE ASSETS TO JANUARY 27, 2014 AT 2:00 P.M. (PREVAILING EASTERN TIME)**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Motion Pursuant to Sections 105(a) and 554(a) of the Bankruptcy Code for an Order Approving Abandonment of Debtors' Interests in Certain Estate Assets* [Docket No. 6139] (the "Motion"), previously scheduled be heard on January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **January 27, 2014 at 2:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Hearing on the Motion will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

sf-3368608

|  |  |
|---|---|
| Dated: January 2, 2014<br>New York, New York | /s/ Lorenzo Marinuzzi<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900<br><br>*Counsel for the Post-Effective Date Debtors* |

sf-3368608