Hearing Date:   January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF ADJOURNMENT OF HEARINGS ON DEBTORS'
FORTY-NINTH AND FIFTIETH OMNIBUS CLAIMS
<u>OBJECTIONS AGAINST CERTAIN CLAIMANTS</u>**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records)* [Docket No. 5161] (the "<u>Forty-Ninth Omnibus Claims Objection</u>"), solely as it relates to the claim filed by Douglas and Irene Schmidt (Claim No. 2024), previously scheduled to be heard on January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time) (the "<u>January 9 Hearing</u>"), has been adjourned to **January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "<u>January 30 Hearing</u>").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the *Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records)* [Docket No. 5162] (the "<u>Fiftieth Omnibus Claims Objection</u>"), solely as it relates to the claims filed by Neville and Maribeth Evans (Claim Nos. 5267 and 5272), previously scheduled to be heard at

ny-1124158

the January 9 Hearing, has been adjourned to **January 30 Hearing**.

**PLEASE TAKE FURTHER NOTICE** that the January 30 Hearing will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

| | |
|---|---|
| Dated: January 2, 2014<br>New York, New York | /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the Post-Effective Date Debtors* |

ny-1124158