Official Form 17 (12/04)

# United States Bankruptcy Court
## Southern District Of New York
## Manhattan Division

| | |
|---|---|
| In re Residential Funding,<br>　　　　Debtor | Bankruptcy Case No. 12-12020-MG<br><br>Chapter 11 |
| Thomas J. La Casse,<br>　　　　Creditor<br><br>v.<br><br>Residential Funding Company, LLC ,<br>　　　　Debtor | |

**NOTICE OF APPEAL**

Thomas J. La Casse, Creditor, appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge [#6156] entered in this adversary proceeding on the nineteenth day of December, 2013, denying his Motion[#5923] to (a) reconsider the Order[#5620] striking Proof of Claim # 3856 and (b) allow him to Amend Proof of Claim # 3856.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Laird J. Heal<br>120 Chandler Street<br>Suite 2 R<br>Worcester MA 01609<br>lairdheal@lh-law-office.com, ECF@lh-law-office.com | for Creditor Thomas J. La Casse |
| Richard E. Briansky<br>PRINCE LOBEL TYE LLP<br>100 Cambridge Street,<br>Suite 2200<br>Boston, MA 02114<br>617-456-8000<br>rbriansky@princelobel.com (mail service) | for Debtor Residential Funding Company, LLC |

| | |
|---|---|
| Gary S. Lee<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>(212) 468-8000<br>glee@mofo.com, jpintarelli@mofo.com | for Debtor Residential Funding Company, LLC |
| Norman S. Rosenbaum<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>(212) 468-8000<br>nrosenbaum@mofo.com | for Debtor Residential Funding Company, LLC |
| Melissa A. Hager<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>(212) 468-8000 | for Debtor Residential Funding Company, LLC |
| Erica J. Richards<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>(212) 468-8000 | for Debtor Residential Funding Company, LLC |

Dated: January 2, 2014

Signed: /s/ Laird J. Heal
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: Laird J. Heal
Address: 120 Chandler Street, Suite 2 R
Worcester, MA 01609
Telephone No: 508-459-5095

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*