UNITED STATES DISTRICT BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

In Re:

    RESIDENTIAL CAPITAL, LLC, et al.,         Case No. 12-12020-mg

    Debtor.

_____x

# NOTICE OF APPEAL

Phillip Scott, movant, appeals under 28 U.S.C. § 158 (a) or (b) from the order of the bankruptcy judge entered in the above action on the 19th Day of December, 2013, which order appears on the court docket as document number 6154,

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Clerk of the Bankruptcy Court
One Bowling Green
New York, New York 10004-1408

Tracy Hope Davis, Esq.
U.S. Trustees for the Southern District of New York
201 Varick Street, Ste. 1006
New York, NY 10014

Jonathan Petts, Esq.
Morrison & Foerster LLP
*Counsel for Debtors and Debtors In Possession*
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000

Dated:

LaGrangeville, New York
January 2, 2014

                                      Kim DSouza, Esq.

                                      Kim DSouza, Esq.
                                      1131 Route #55, Suite #6
                                      LaGrangeville, NY 12540
                                      (845) 570-9300