**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### RESPONSE TO DEBTORS' FIFTY-SEVENTH OMNIBUS OBJECTION

**Claimant: <u>McDowell Riga Posternock</u>**
**Claim Number: <u>4561</u>**

### EXHIBIT "A'

### <u>List of Claim Number 4561 by Component Invoice and Past Due Invoices</u>

# <u>EXHIBIT "A"</u>

Fees for Legal Services Performed - McDowell Riga Posternock

| Matter Name | Invoice Date | Invoice # | Amount | Balance | Notes |
|---|---|---|---|---|---|
| Cappuccio | | | | | |
| | 1/31/2012 | 19081 | $383.50 | $383.50 | |
| | 2/29/2012 | 19133 | $88.50 | $472.00 | |
| Ajaegbulemh | | | | $472.00 | |
| | 1/31/2012 | 19122 | $1,652.00 | $2,124.00 | |
| | 3/31/2012 | 19146 | $413.00 | $2,537.00 | |
| | 5/13/2012 | 19906 | $1,091.50 | $3,628.50 | |
| Robinson, A. | | | | $3,628.50 | |
| | 1/31/2012 | 19123 | $708.00 | $4,336.50 | |
| | 2/29/2012 | 19135 | $2,566.50 | $6,903.00 | |
| | 3/31/2012 | 19147 | $855.50 | $7,758.50 | |
| | 5/13/2012 | 19907 | $177.00 | $7,935.50 | |
| Matt/Bonser | | | | $7,935.50 | |
| | 1/31/2012 | 19125 | $531.00 | $8,466.50 | |
| | 3/31/2012 | 19149 | $3,451.50 | $11,918.00 | |
| | 5/13/2012 | 19909 | $324.50 | $12,242.50 | |
| Bowles | | | | $12,242.50 | |
| | 1/31/2012 | 19126 | $3,982.50 | $16,225.00 | |
| | 2/29/2012 | 19138 | $177.00 | $16,402.00 | |
| Orasi | | | | $16,402.00 | |
| | 1/31/2012 | 19127 | $560.50 | $16,962.50 | |
| | 3/31/2012 | 19151 | $236.00 | $17,198.50 | |
| Polsky | | | | $17,198.50 | |
| | 1/31/2012 | 19128 | $354.00 | $17,552.50 | |
| | 2/29/2012 | 19140 | $3,982.50 | $21,535.00 | |
| | 3/31/2012 | 19152 | $413.00 | $21,948.00 | |
| | 5/13/2012 | 19912 | $29.50 | $21,977.50 | |
| Tunstall | | | | $21,977.50 | |
| | 1/31/2012 | 19129 | $177.00 | $22,154.50 | |
| | 2/29/2012 | 19141 | $59.00 | $22,213.50 | |
| | 3/31/2012 | 19153 | $118.00 | $22,331.50 | |
| | 5/13/2012 | 19913 | $29.50 | $22,361.00 | |
| Edwin | | | | $22,361.00 | |
| | 1/31/2012 | 19130 | $118.00 | $22,479.00 | |
| | 2/29/2012 | 19142 | $236.00 | $22,715.00 | |
| | 3/31/2012 | 19154 | $1,239.00 | $23,954.00 | |
| | 5/13/2012 | 19914 | $708.00 | $24,662.00 | |
| | 6/30/2012 | 20394 | $1,032.50 | $25,694.50 | Post-petition |
| DeRosa/Butler | | | | $25,694.50 | |
| | 1/31/2012 | 19131 | $177.00 | $25,871.50 | |
| | 2/29/2012 | 19143 | $88.50 | $25,960.00 | |
| | 3/31/2012 | 19155 | $29.50 | $25,989.50 | |

Fees for Legal Services Performed - McDowell Riga Posternock

| Matter Name | Invoice Date | Invoice # | Amount | Balance | Notes |
|---|---|---|---|---|---|
| Angle | | | | $26,441.50 | |
| | 3/31/2012 | 19158 | $206.50 | $26,648.00 | |
| | 5/13/2012 | 19918 | $3,894.00 | $30,542.00 | |
| | 5/31/2012 | 20341 | $383.50 | $30,925.50 | Post-petition |
| Donaghy | | | | $30,925.50 | |
| | 3/31/2012 | 19159 | $413.00 | $31,338.50 | |
| | 5/13/2012 | 19919 | $3,009.00 | $34,347.50 | |
| Mujovic | | | | $34,347.50 | |
| | 5/13/2012 | 19920 | $413.00 | $34,760.50 | |
| Omar | | | | $34,760.50 | |
| | 5/13/2012 | 19921 | $118.00 | $34,878.50 | |
| Bailey | | | | $34,878.50 | |
| | 5/13/2012 | 19922 | $796.50 | $35,675.00 | |

LAW OFFICES
# McDowell Riga Posternock, PC

400 N Church Street Suite 250 - Moorestown NJ 08057
46 W. Main Street - Maple Shade NJ 08052
(856) 642-6445 / (856) 482-5544
*www.mrpattorneys.com*

Ally Financial
8400 Normandale Lake Boulevard
Suite 350
Bloomington, MN  55437

| | |
|---|---|
| Statement Date: | July 3, 2012 |
| Statement No. | 20328 |
| Account No. | 22247.01 |
| Page: | 1 |

RE: Cappuccio

No. 686784

| | |
|---|---|
| Previous Balance | $472.00 |
| Balance Due | $472.00 |

**Thank you for allowing us to be of service.**

Our Taxpayer ID Number is 22-3414522

# McDowell Riga Posternock, PC

400 N Church Street Suite 250 - Moorestown NJ 08057
46 W. Main Street - Maple Shade NJ 08052
(856) 642-6445 / (856) 482-5544
*www.mrpattorneys.com*

| | |
|---|---|
| Ally Financial | Statement Date:    May 4, 2012 |
| 8400 Normandale Lake Boulevard | Statement No.    19906 |
| Suite 350 | Account No.    22247.02 |
| Bloomington, MN  55437 | |
| | Page:   1 |

RE: Ajaegbulemh

Re: No. 722026

## Professional Services

| Date | | | | Hours | |
|---|---|---|---|---|---|
| 04/04/2012 | | | | | |
| | JFR | L160 | A111 | Reach out to client regarding possible modification status. | 0.10 | 29.50 |
| 04/10/2012 | | | | | |
| | JFR | L160 | A111 | Email exchange with client regarding: modification. | 0.10 | 29.50 |
| 04/19/2012 | | | | | |
| | JFR | L160 | A111 | Another inquiry on loss mit review. | 0.10 | 29.50 |
| 04/23/2012 | | | | | |
| | JFR | L160 | A111 | Status from client in anticipation of hearing in bankruptcy court. | 0.10 | 29.50 |
| 04/24/2012 | | | | | |
| | JFR | L440 | A111 | Prepare for claim objection hearing; calls to adversary regarding: same | 0.50 | 147.50 |
| 04/25/2012 | | | | | |
| | JFR | L450 | A111 | Hearing on claim objection; matter postponed in light of contest; meeting with adversary post; update client. | 2.80 | 826.00 |
| | | | | For Current Services Rendered | 3.70 | 1,091.50 |

| Summary This Billing Period | | | |
|---|---|---|---|
| Timekeeper | Hours | Rate | Total |
| Joe Riga | 3.70 | $295.00 | $1,091.50 |

| | |
|---|---|
| Total Current Work | 1,091.50 |
| Previous Balance | $2,065.00 |
| Balance Due | $3,156.50 |

Any Financial

May 04, 2012

Account No:     22247-02M
Statement No:     19906

Ajaegbulemh
Re: No. 722026

Task Code Summary This Billing Period

|  |  | Professional Services | Expenses |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 118.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 118.00 | 0.00 |
| L440 | Other Trial Preparation and Support | 147.50 | 0.00 |
| L450 | Trial and Hearing Attendance | 826.00 | 0.00 |
| L400 | Trial Preparation and Trial | 973.50 | 0.00 |

**Thank you for allowing us to be of service.**

Our Taxpayer ID Number is 22-3414522

# McDowell Riga Posternock, PC

400 N Church Street Suite 250 - Moorestown NJ 08057
46 W. Main Street - Maple Shade NJ 08052
(856) 642-6445 / (856) 482-5544
*www.mrpattorneys.com*

Ally Financial
8400 Normandale Lake Boulevard
Suite 350
Bloomington, MN  55437

| | |
|---|---|
| Statement Date: | May 4, 2012 |
| Statement No. | 19907 |
| Account No. | 22247.03 |
| Page: | 1 |

RE: Robinson, A.

Re: No. 713146

## Professional Services

| | | | | Hours | |
|---|---|---|---|---|---|
| 04/04/2012 | | | | | |
| JFR | L240 | A111 | Inform client of summary judgment results. | 0.10 | 29.50 |
| 04/10/2012 | | | | | |
| JFR | L240 | A111 | Serve S.J. opinion and order on client and close file. | 0.20 | 59.00 |
| 04/27/2012 | | | | | |
| JFR | L240 | A111 | Contact court to determine if Summary Judgment Motion order and opinion served on borrower.  Reserve under cover letter to make sure. | 0.30 | 88.50 |
| | | | For Current Services Rendered | 0.60 | 177.00 |

### Summary This Billing Period

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joe Riga | 0.60 | $295.00 | $177.00 |

| | |
|---|---|
| Total Current Work | 177.00 |
| Previous Balance | $4,130.00 |
| Balance Due | $4,307.00 |

### Task Code Summary This Billing Period

| | | Professional Services | Expenses |
|---|---|---|---|
| L240 | Dispositive Motions | 177.00 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 177.00 | 0.00 |

**Thank you for allowing us to be of service.**

Our Taxpayer ID Number is 22-3414522

LAW OFFICES

# McDowell Riga Posternock, PC

400 N Church Street Suite 250 - Moorestown NJ 08057
46 W. Main Street - Maple Shade NJ 08052
(856) 642-6445 / (856) 482-5544
*www.mrpattorneys.com*

Ally Financial
8400 Normandale Lake Boulevard
Suite 350
Bloomington, MN  55437

| | |
|---|---|
| Statement Date: | July 3, 2012 |
| Statement No. | 20330 |
| Account No. | 22247.03 |
| Page: | 1 |

RE: Robinson, A.

Re: No. 713146

| | |
|---|---:|
| Previous Balance | $4,307.00 |
| Balance Due | $4,307.00 |

**Thank you for allowing us to be of service.**

Our Taxpayer ID Number is 22-3414522

# McDowell Riga Posternock, PC

400 N Church Street Suite 250 - Moorestown NJ 08057
46 W. Main Street - Maple Shade NJ 08052
(856) 642-6445 / (856) 482-5544
**www.mrpattorneys.com**

Ally Financial
8400 Normandale Lake Boulevard
Suite 350
Bloomington, MN  55437

| | |
|---|---|
| Statement Date: | May 4, 2012 |
| Statement No. | 19909 |
| Account No. | 22247.05 |
| Page: | 1 |

RE: Matt (Bonser)

Re: No. 720941

## Professional Services

| Date | | | | Description | Hours | |
|---|---|---|---|---|---|---|
| 04/10/2012 | | | | | | |
| | JFR | L160 | A111 | Inquiry to client on modification status. | 0.10 | 29.50 |
| 04/19/2012 | | | | | | |
| | JFR | L160 | A111 | Calls and materials from adversary for mod.  Quick review and forward to client. | 0.70 | 206.50 |
| 04/23/2012 | | | | | | |
| | JFR | L160 | A111 | Further calls from Mr. Dunn.  Pass along info. to client and ask about Mod status.  Learn that loan has been written off and mod. may not be possible. | 0.30 | 88.50 |
| | | | | For Current Services Rendered | 1.10 | 324.50 |

### Summary This Billing Period

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joe Riga | 1.10 | $295.00 | $324.50 |

| | |
|---|---|
| Total Current Work | 324.50 |
| Previous Balance | $3,982.50 |
| Balance Due | $4,307.00 |

### Task Code Summary This Billing Period

| | | Professional Services | Expenses |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 324.50 | 0.00 |
| L100 | Case Assessment, Development and Administration | 324.50 | 0.00 |

**Thank you for allowing us to be of service.**

Our Taxpayer ID Number is 22-3414522

LAW OFFICES

# McDowell Riga Posternock, PC

400 N Church Street Suite 250 - Moorestown NJ 08057
46 W. Main Street - Maple Shade NJ 08052
(856) 642-6445 / (856) 482-5544
**www.mrpattorneys.com**

Ally Financial
8400 Normandale Lake Boulevard
Suite 350
Bloomington, MN   55437

|  |  |
|---|---|
| Statement Date: | July 3, 2012 |
| Statement No. | 20333 |
| Account No. | 22247.06 |
| Page: | 1 |

RE: Bowles

Re: No. 720112

| | |
|---|---|
| Previous Balance | $4,159.50 |
| Balance Due | $4,159.50 |

*Older than 180 days*

**Thank you for allowing us to be of service.**

Our Taxpayer ID Number is 22-3414522

# McDowell Posternock Law, PC

400 N Church Street Suite 250 - Moorestown NJ 08057
46 W. Main Street - Maple Shade NJ 08052
(856) 642-6445 / (856) 482-5544
**www.mrpattorneys.com**

Ally Financial
8400 Normandale Lake Boulevard
Suite 350
Bloomington, MN   55437

| | |
|---|---|
| Statement Date: | January 31, 2012 |
| Statement No. | 19127 |
| Account No. | 22247.07 |
| Page: | 1 |

RE: Orasi

Re: No. 723128

## Professional Services

| | | | | Hours | |
|---|---|---|---|---|---|
| 01/11/2012 | B110 | A111 | Review new case file from client. | 0.40 | 118.00 |
| 01/18/2012 | C300 | A111 | Status to client and views on next steps | 0.10 | 29.50 |
| 01/19/2012 | C200 | A111 | Research bankruptcy and litigation dockets on new matter from client.  Quick research on obligation to attend improperly noticed deposition | 1.20 | 354.00 |
| 01/26/2012 | B110 | A111 | Email from client agreeing to strategy, tickle calendar to check back on pending motions in P.R. bankruptcy case. | 0.20 | 59.00 |
| | | | For Current Services Rendered | 1.90 | 560.50 |

Summary This Billing Period

| Hours | Rate | Total |
|---|---|---|
| 1.90 | $295.00 | $560.50 |

| | |
|---|---|
| Total Current Work | 560.50 |
| Balance Due | $560.50 |

## Task Code Summary This Billing Period

| | | Professional Ser | Expenses |
|---|---|---|---|
| B110 | Case Administration | 177.00 | 0.00 |
| B100 | Administration | 177.00 | 0.00 |
| C200 | Researching Law | 354.00 | 0.00 |
| C200 | Researching Law | 354.00 | 0.00 |
| C300 | Analysis and Advice | 29.50 | 0.00 |
| C300 | Analysis and Advice | 29.50 | 0.00 |

Ally Financial

Orasi
Re: No. 723128

**Thank you for allowing us to be of service.**

Our Taxpayer ID Number is 22-3414522

We Accept All Major Credit Cards

# McDowell Posternock Law, PC

400 N Church Street Suite 250 - Moorestown NJ 08057
46 W. Main Street - Maple Shade NJ 08052
(856) 642-6445 / (856) 482-5544
***www.mrpattorneys.com***

Ally Financial
8400 Normandale Lake Boulevard
Suite 350
Bloomington, MN  55437

| | |
|---|---|
| Statement Date: | March 31, 2012 |
| Statement No. | 19151 |
| Account No. | 22247.07 |
| Page: | 1 |

RE: Orasi

Re: No. 723128

### Professional Services

| | | | | Hours | |
|---|---|---|---|---|---|
| 03/05/2012 | B110 | A111 | Check on line for status of efforts by P.R. attorney to depose client; check case dockets; call co-defendant; report to client. | 0.80 | 236.00 |
| | | | For Current Services Rendered | 0.80 | 236.00 |

| Summary This Billing Period | | | |
|---|---|---|---|
| | Hours | Rate | Total |
| | 0.80 | $295.00 | $236.00 |

| | |
|---|---|
| Total Current Work | 236.00 |
| Previous Balance | $560.50 |
| Balance Due | $796.50 |

### Task Code Summary This Billing Period

| | | Professional Ser | Expenses |
|---|---|---|---|
| B110 | Case Administration | 236.00 | 0.00 |
| B100 | Administration | 236.00 | 0.00 |

**Thank you for allowing us to be of service.**

Our Taxpayer ID Number is 22-3414522

We Accept All Major Credit Cards

# McDowell Riga Posternock, PC

400 N Church Street Suite 250 - Moorestown NJ 08057
46 W. Main Street - Maple Shade NJ 08052
(856) 642-6445 / (856) 482-5544
**www.mrpattorneys.com**

Ally Financial
8400 Normandale Lake Boulevard
Suite 350
Bloomington, MN  55437

| | |
|---|---|
| Statement Date: | May 4, 2012 |
| Statement No. | 19912 |
| Account No. | 22247.08 |
| Page: | 1 |

RE: Polsky

Re: No. 697965

### Professional Services

| | | | | Hours | |
|---|---|---|---|---|---|
| 04/04/2012 | | | | | |
| | JFR | L190 | A111 | Review rule on argument request notice. | 0.10 | 29.50 |
| | | | | For Current Services Rendered | 0.10 | 29.50 |

### Summary This Billing Period

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joe Riga | 0.10 | $295.00 | $29.50 |

| | |
|---|---|
| Total Current Work | 29.50 |
| Previous Balance | $4,821.96 |
| Balance Due | $4,851.46 |

### Task Code Summary This Billing Period

| | | Professional Services | Expenses |
|---|---|---|---|
| L190 | Other Case Assessment, Development and Administration | 29.50 | 0.00 |
| L100 | Case Assessment, Development and Administration | 29.50 | 0.00 |

**Thank you for allowing us to be of service.**

Our Taxpayer ID Number is 22-3414522

# McDowell Riga Posternock, PC

400 N Church Street Suite 250 - Moorestown NJ 08057
46 W. Main Street - Maple Shade NJ 08052
(856) 642-6445 / (856) 482-5544
**www.mrpattorneys.com**

Ally Financial
8400 Normandale Lake Boulevard
Suite 350
Bloomington, MN  55437

| | |
|---|---|
| Statement Date: | May 4, 2012 |
| Statement No. | 19913 |
| Account No. | 22247.09 |
| Page: | 1 |

RE: Tunstall

Re: No. 693600

### Professional Services

| | | | | Hours | |
|---|---|---|---|---|---|
| 04/25/2012 | | | | | |
| JFR | L160 | A111 | Answer client question regarding: next steps. | 0.10 | 29.50 |
| | | | For Current Services Rendered | 0.10 | 29.50 |

### Summary This Billing Period

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joe Riga | 0.10 | $295.00 | $29.50 |

| | |
|---|---|
| Total Current Work | 29.50 |
| Previous Balance | $354.00 |
| Balance Due | $383.50 |

### Task Code Summary This Billing Period

| | | Professional Services | Expenses |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 29.50 | 0.00 |
| L100 | Case Assessment, Development and Administration | 29.50 | 0.00 |

**Thank you for allowing us to be of service.**

Our Taxpayer ID Number is 22-3414522

# McDowell Riga Posternock, PC

400 N Church Street Suite 250 - Moorestown NJ 08057
46 W. Main Street - Maple Shade NJ 08052
(856) 642-6445 / (856) 482-5544
***www.mrpattorneys.com***

Ally Financial
8400 Normandale Lake Boulevard
Suite 350
Bloomington, MN  55437

| | |
|---|---|
| Statement Date: | May 4, 2012 |
| Statement No. | 19914 |
| Account No. | 22247.10 |
| Page: | 1 |

RE: Edwin

Re: No. 720856

## Professional Services

| | | | | Hours | |
|---|---|---|---|---|---|
| 04/13/2012 | | | | | |
| JFR | L160 | A111 | Conference with client about settlement modification proposal. | 0.20 | 59.00 |
| 04/17/2012 | | | | | |
| JFR | L160 | A111 | Study asset plan from client. | 0.50 | 147.50 |
| 04/19/2012 | | | | | |
| JFR | L160 | A111 | Financials from borrowers.  Review and send to client. Send acknowledgement letter to adversary. | 0.40 | 118.00 |
| 04/25/2012 | | | | | |
| JFR | L160 | A111 | Incorporate terms of asset plan into modification proposal; try to confirm accounting allocations; raise accounting questions with client. | 1.30 | 383.50 |
| | | | For Current Services Rendered | 2.40 | 708.00 |

### Summary This Billing Period

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joe Riga | 2.40 | $295.00 | $708.00 |

| | |
|---|---|
| Total Current Work | 708.00 |
| Previous Balance | $1,593.00 |
| Balance Due | $2,301.00 |

### Task Code Summary This Billing Period

| | | Professional Services | Expenses |
|---|---|---|---|
| L160 | Settlement/Non-Binding ADR | 708.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 708.00 | 0.00 |

Ally Financial

Account No:        22247-10M
Statement No:          19914

Edwin
Re: No. 720856

**Thank you for allowing us to be of service.**

Our Taxpayer ID Number is 22-3414522



Messages | Preferences | FAQ | Help | Logout

 **Invoice 20394**

&lt;&lt; Return to Invoice List

**Status: Approved**   Copy Invoice   Printable View     ( Delete Invoice )

# Invoice

## McDowell Riga
46 W MAIN STREET
MAPLE SHADE, NJ 8052

| | Invoice Date | Invoice No | Fee Arrangement | Invoice Type | Reference Number | Tax Type | Currency | Period |
|---|---|---|---|---|---|---|---|---|
| | 7/6/12 | 20394 | Standard | Standard | | US | USD | 5/17/12 - 7/6/12 |

**Bill To**
Ally
200 Renanissance Center
Detroit, MI 48265

**Details**
Tax ID
PO No
Account Type

**Description**

**Ally Comments**

**No   Attachment**
No Attachments

| | Fees | | Expenses | | Total | |
|---|---|---|---|---|---|---|
| Amount | 1,032.50 | Amount | 0.00 | Amount | 1,032.50 |
| Discount | 0.00 | Discount | 0.00 | Discount | 0.00 |
| Sub-Total | 1,032.50 | Sub-Total | 0.00 | Sub-Total | 1,032.50 |
| Tax | 0.00 | Tax | 0.00 | Tax | 0.00 |
| Total | 1,032.50 | Total | 0.00 | **Total Due** | **1,032.50** |

**Tax: 0.00%**

| | | | | | |
|---|---|---|---|---|---|
| **Fee Adjustment** | (70.00) | **Expense Adjustment** | 0.00 | **Total Adjustment** | (70.00) |
| Tax Adjustment | 0.00 | Tax Adjustment | 0.00 | Tax Adjustment | 0.00 |
| **Fees Approved** | 962.50 | **Expenses Approved** | 0.00 | **Total Approved** | **962.50** |

Show: [ All Line Items ▼ ]

| No | Matter | TK | Date | Description | Rate/Price | Hrs/Units | Disc* | Adj | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 720856 | JFR | 5/17/12 | Fee Code: **L190** Bankr. info. to local counsel and effect on case. | 295.00 | 0.10 | 0.00 | (2.00) | 27.50 |

12-12020-mg   Doc 6221-1   Filed 01/03/14   Entered 01/03/14 16:19:50   Exhibit A
Pg 19 of 29

| No | Matter | TK | Date | Description | Rate/Price | Hrs/Units | Disc* | Adj | Total |
|----|--------|----|------|-------------|-----------|-----------|-------|-----|-------|
| | | | | **Adjustment Reason:** Adjusted to agreed upon timekeeper rate | | | | | |
| 2 | 720856 | JFR | 5/18/12 | Fee Code: **L160** Further conf. with adversary regarding: issues he sees coming from his client regarding: proposal. | 295.00 | 0.30 | 0.00 | (6.00) | 82.50 |
| | | | | **Adjustment Reason:** Adjusted to agreed upon timekeeper rate | | | | | |
| 3 | 720856 | JFR | 5/31/12 | Fee Code: **L160** Draft letter of explanation on every point of proposal questioned by the Edwin's and send; conf. with client regarding: Vuckman and next steps; another tiresome conf. with adversary regarding: moving forward, negotiation of terms, etc. | 295.00 | 3.10 | 0.00 | (62.00) | 852.50 |
| | | | | **Adjustment Reason:** Adjusted to agreed upon timekeeper rate | | | | | |

Line Items 1 - 3 of 3                                        Line Items per page: 10 ▾

* Reflects both line item and invoice level discounts

Contact Us  -  Technical Support  -  License Agreement
Copyright © 2007-2012 Mitratech Holdings, Inc. All Rights Reserved

LAW OFFICES

# McDowell Riga Posternock, PC

400 N Church Street Suite 250 - Moorestown NJ 08057
46 W. Main Street - Maple Shade NJ 08052
(856) 642-6445 / (856) 482-5544
*www.mrpattorneys.com*

Ally Financial
8400 Normandale Lake Boulevard
Suite 350
Bloomington, MN   55437

| | |
|---|---|
| Statement Date: | July 3, 2012 |
| Statement No. | 20338 |
| Account No. | 22247.11 |
| Page:  1 | |

RE: DeRosa (Butler)

Re: No. 720851

| | |
|---|---|
| Previous Balance | $295.00 |
| Balance Due | $295.00 |

*Older then*

*180 days*

*DeRosa*

**Thank you for allowing us to be of service.**

Our Taxpayer ID Number is 22-3414522

# McDowell Riga Posternock, PC

400 N Church Street Suite 250 - Moorestown NJ 08057
46 W. Main Street - Maple Shade NJ 08052
(856) 642-6445 / (856) 482-5544
*www.mrpattorneys.com*

Ally Financial
8400 Normandale Lake Boulevard
Suite 350
Bloomington, MN  55437

| | |
|---|---|
| Statement Date: | March 31, 2012 |
| Statement No. | 19158 |
| Account No. | 22247.14 |
| Page:  1 | |

RE: Angle

Re: Loan No. 307676603

Professional Services

| Date | | | | Description | Hours | |
|---|---|---|---|---|---|---|
| 03/14/2012 | JFR | L210 | A111 | New case from client with immediate court appearance deadline; work on response and getting court to reschedule | 0.60 | 177.00 |
| 03/21/2012 | JFR | L100 | A111 | Let client know of the new trial date. | 0.10 | 29.50 |
| | | | | For Current Services Rendered | 0.70 | 206.50 |

Summary This Billing Period

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joe Riga | 0.70 | $295.00 | $206.50 |

| | |
|---|---|
| Total Current Work | 206.50 |
| Balance Due | $206.50 |

Task Code Summary This Billing Period

| | | Professional Services | Expenses |
|---|---|---|---|
| L100 | Case Assessment, Development and Administration | 29.50 | 0.00 |
| L100 | Case Assessment, Development and Administration | 29.50 | 0.00 |
| L210 | Pleadings | 177.00 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 177.00 | 0.00 |

**Thank you for allowing us to be of service.**

Our Taxpayer ID Number is 22-3414522

# McDowell Riga Posternock, PC

400 N Church Street Suite 250 - Moorestown NJ 08057
46 W. Main Street - Maple Shade NJ 08052
(856) 642-6445 / (856) 482-5544
*www.mrpattorneys.com*

Ally Financial
8400 Normandale Lake Boulevard
Suite 350
Bloomington, MN  55437

| | |
|---|---|
| Statement Date: | May 4, 2012 |
| Statement No. | 19918 |
| Account No. | 22247.14 |
| Page: | 1 |

RE: Angle

Re: Loan No. 307676603

Professional Services

| Date | | | | Description | Hours | |
|---|---|---|---|---|---|---|
| 04/13/2012 | | | | | | |
| | JFR | L440 | A111 | Prepare for trial. | 1.00 | 295.00 |
| 04/16/2012 | | | | | | |
| | JFR | L450 | A111 | Attend small-claim trial; arguments to court; matter taken under advisement with post-trial briefs requested; report to client. | 4.30 | 1,268.50 |
| 04/19/2012 | | | | | | |
| | JFR | C200 | A111 | Research law of risk assignment post-sheriff's sale; review police report and other documents provided by the sale purchaser. | 3.00 | 885.00 |
| 04/20/2012 | | | | | | |
| | JFR | L210 | A111 | Complete research; cite check and shepardize; first draft of letter brief; revise and finalize; file and serve. | 4.50 | 1,327.50 |
| 04/23/2012 | | | | | | |
| | JFR | L190 | A111 | Call from court requesting the re-sending of letter brief. Provide same to court. | 0.10 | 29.50 |
| 04/25/2012 | | | | | | |
| | JFR | C100 | A111 | Inquiry of client regarding: insurance claim. | 0.10 | 29.50 |
| 04/27/2012 | | | | | | |
| | JFR | C100 | A111 | Follow up with client on insurance claim. | 0.10 | 29.50 |
| 04/30/2012 | | | | | | |
| | JFR | C100 | A111 | review results of client inquiry into insurance claim. | 0.10 | 29.50 |
| | | | | For Current Services Rendered | 13.20 | 3,894.00 |

Summary This Billing Period

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joe Riga | 13.20 | $295.00 | $3,894.00 |

| | |
|---|---|
| Total Current Work | 3,894.00 |

Ally Financial

Account No:    22247-14M
Statement No:    19918

Angle
Re: Loan No. 307676603

| | Previous Balance | | $206.50 |
|---|---|---|---|
| | Balance Due | | $4,100.50 |

### Task Code Summary This Billing Period

| | | Professional Services | Expenses |
|---|---|---|---|
| C100 | Fact Gathering | 88.50 | 0.00 |
| C100 | Fact Gathering | 88.50 | 0.00 |
| C200 | Researching Law | 885.00 | 0.00 |
| C200 | Researching Law | 885.00 | 0.00 |
| L190 | Other Case Assessment, Development and Administration | 29.50 | 0.00 |
| L100 | Case Assessment, Development and Administration | 29.50 | 0.00 |
| L210 | Pleadings | 1327.50 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 1,327.50 | 0.00 |
| L440 | Other Trial Preparation and Support | 295.00 | 0.00 |
| L450 | Trial and Hearing Attendance | 1268.50 | 0.00 |
| L400 | Trial Preparation and Trial | 1,563.50 | 0.00 |

**Thank you for allowing us to be of service.**

Our Taxpayer ID Number is 22-3414522

LAW OFFICES

# McDowell Riga Posternock, PC

400 N Church Street Suite 250 - Moorestown NJ 08057
46 W. Main Street - Maple Shade NJ 08052
(856) 642-6445 / (856) 482-5544
*www.mrpattorneys.com*

Ally Financial
8400 Normandale Lake Boulevard
Suite 350
Bloomington, MN   55437

| | |
|---|---|
| Statement Date: | July 3, 2012 |
| Statement No. | 20341 |
| Account No. | 22247.14 |
| Page: | 1 |

RE: Angle

Re: Loan No. 307676603

### Professional Services

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 05/01/2012 | | | | | | |
| | JFR | C400 | A111 | Calls to Court and adversary regarding past-due response brief. | 0.20 | 59.00 |
| 05/14/2012 | | | | | | |
| | JFR | L210 | A111 | Review letter brief from adversary | 0.10 | 29.50 |
| 05/17/2012 | | | | | | |
| | JFR | L210 | A111 | Prepare and file suggestion of bankruptcy under cover of letter to court confirming no appearance on 18th concerning dismissal. | 1.00 | 295.00 |
| | | | | For Current Services Rendered | 1.30 | 383.50 |

### Summary This Billing Period

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joe Riga | 1.30 | $295.00 | $383.50 |

| | |
|---|---|
| Total Current Work | 383.50 |
| Previous Balance | $4,100.50 |
| Balance Due | $4,484.00 |

### Task Code Summary This Billing Period

| | | Professional Services | Expenses |
|---|---|---|---|
| C400 | Third Party Communication | 59.00 | 0.00 |
| C400 | Third Party Communication | 59.00 | 0.00 |
| L210 | Pleadings | 324.50 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 324.50 | 0.00 |

Ally Financial

July 03, 2012

Account No:     22247-14M
Statement No:     20341

Angle
Re: Loan No. 307676603

**Thank you for allowing us to be of service.**

Our Taxpayer ID Number is 22-3414522

# McDowell Riga Posternock, PC

400 N Church Street Suite 250 - Moorestown NJ 08057
46 W. Main Street - Maple Shade NJ 08052
(856) 642-6445 / (856) 482-5544
*www.mrpattorneys.com*

Ally Financial
8400 Normandale Lake Boulevard
Suite 350
Bloomington, MN  55437

| | |
|---|---|
| Statement Date: | May 4, 2012 |
| Statement No. | 19919 |
| Account No. | 22247.15 |
| Page: | 1 |

RE: Donaghy

Re Loan No. 7441779006

Professional Services

|  | | | | | Hours | |
|---|---|---|---|---|---|---|
| 04/02/2012 | | | | | | |
| | JFR | L250 | A111 | Final research for sanction motion opposition; draft same; revise and complete; cite check and shepardize; file and serve. | 3.90 | 1,150.50 |
| 04/04/2012 | | | | | | |
| | JFR | L210 | A111 | Review response to sanctions motion filed by co-respondent. | 0.30 | 88.50 |
| 04/10/2012 | | | | | | |
| | JFR | L450 | A111 | Attend hearing on sanction motion and report to client post. | 2.70 | 796.50 |
| 04/13/2012 | | | | | | |
| | JFR | L110 | A111 | Review simplified, post-petition loan history for purposes of sharing with the borrowers and court; questions to client regarding same. | 0.50 | 147.50 |
| 04/17/2012 | | | | | | |
| | JFR | L110 | A111 | Email from client on accounting questions. | 0.10 | 29.50 |
| 04/30/2012 | | | | | | |
| | JFR | L440 | A111 | Create easy to read accounting with explanatory notes for use in court and for sharing with borrowers.  Review documents provided by borrowers to determine if all issues raised in claim objection are met by accounting.  Revise. | 2.70 | 796.50 |
| | | | | For Current Services Rendered | 10.20 | 3,009.00 |

Summary This Billing Period

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joe Riga | 10.20 | $295.00 | $3,009.00 |

| | |
|---|---|
| Total Current Work | 3,009.00 |
| Previous Balance | $413.00 |

# McDowell Riga Posternock, PC

400 N Church Street Suite 250 - Moorestown NJ 08057
46 W. Main Street - Maple Shade NJ 08052
(856) 642-6445 / (856) 482-5544
*www.mrpattorneys.com*

Ally Financial
8400 Normandale Lake Boulevard
Suite 350
Bloomington, MN  55437

| | |
|---|---|
| Statement Date: | May 4, 2012 |
| Statement No. | 19920 |
| Account No. | 22247.16 |
| Page: | 1 |

RE: Mujovic

Re Loan No. 7439298506

## Professional Services

| | | | | Hours | |
|---|---|---|---|---|---|
| 04/02/2012 | | | | | |
| JFR | L120 | A111 | Review materials from client on new bankruptcy matter; check dockets; request documents from client. | 0.50 | 147.50 |
| 04/10/2012 | | | | | |
| JFR | L120 | A111 | Call to trustee to determine his interest; further research on subject of interest; inform client of trustee's stated reason for wanting documents but caution about risk to client; review documents provided by client. | 0.70 | 206.50 |
| 04/19/2012 | | | | | |
| JFR | L120 | A111 | Inquiry about note with endorsement. | 0.20 | 59.00 |
| | | | For Current Services Rendered | 1.40 | 413.00 |

### Summary This Billing Period

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joe Riga | 1.40 | $295.00 | $413.00 |

| | |
|---|---|
| Total Current Work | 413.00 |
| Balance Due | $413.00 |

### Task Code Summary This Billing Period

| | | Professional Services | Expenses |
|---|---|---|---|
| L120 | Analysis/Strategy | 413.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 413.00 | 0.00 |

**Thank you for allowing us to be of service.**

Our Taxpayer ID Number is 22-3414522

# McDowell Riga Posternock, PC

400 N Church Street Suite 250 - Moorestown NJ 08057
46 W. Main Street - Maple Shade NJ 08052
(856) 642-6445 / (856) 482-5544
*www.mrpattorneys.com*

Ally Financial
8400 Normandale Lake Boulevard
Suite 350
Bloomington, MN   55437

| | |
|---|---|
| Statement Date: | May 4, 2012 |
| Statement No. | 19921 |
| Account No. | 22247.17 |
| Page: | 1 |

RE: Omar

Re: Loan No. 7435395918

Professional Services

| | | | | Hours | |
|---|---|---|---|---|---|
| 04/10/2012 | | | | | |
| | JFR | L190 | A111 | Monthly status inquiry from client; review dockets and opinions; contact clerk; report to client. | 0.30 | 88.50 |
| 04/25/2012 | | | | | |
| | JFR | L190 | A111 | Update to client. | 0.10 | 29.50 |
| | | | | For Current Services Rendered | 0.40 | 118.00 |

Summary This Billing Period

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joe Riga | 0.40 | $295.00 | $118.00 |

| | |
|---|---|
| Total Current Work | 118.00 |
| Balance Due | $118.00 |

Task Code Summary This Billing Period

| | | Professional Services | Expenses |
|---|---|---|---|
| L190 | Other Case Assessment, Development and Administration | 118.00 | 0.00 |
| L100 | Case Assessment, Development and Administration | 118.00 | 0.00 |

**Thank you for allowing us to be of service.**

Our Taxpayer ID Number is 22-3414522

# McDowell Riga Posternock, PC

400 N Church Street Suite 250 - Moorestown NJ 08057
46 W. Main Street - Maple Shade NJ 08052
(856) 642-6445 / (856) 482-5544
***www.mrpattorneys.com***

Ally Financial
8400 Normandale Lake Boulevard
Suite 350
Bloomington, MN  55437

| | |
|---|---|
| Statement Date: | May 4, 2012 |
| Statement No. | 19922 |
| Account No. | 22247.18 |
| Page: | 1 |

RE: Bailey

Re:  Loan No. 0359213245

### Professional Services

| | | | | Hours | |
|---|---|---|---|---|---|
| 04/24/2012 | | | | | |
| | JFR | L240 | A111 | Begin work on summary judgment motion. | 1.20 | 354.00 |
| 04/27/2012 | | | | | |
| | JFR | L240 | A111 | Continue work on Summary Judgment Motion motion, begin draft of cert. of needed facts. | 1.50 | 442.50 |
| | | | | For Current Services Rendered | 2.70 | 796.50 |

### Summary This Billing Period

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Joe Riga | 2.70 | $295.00 | $796.50 |

| | |
|---|---|
| Total Current Work | 796.50 |
| Balance Due | $796.50 |

### Task Code Summary This Billing Period

| | | Professional Services | Expenses |
|---|---|---|---|
| L240 | Dispositive Motions | 796.50 | 0.00 |
| L200 | Pre-Trial Pleadings and Motions | 796.50 | 0.00 |

**Thank you for allowing us to be of service.**

Our Taxpayer ID Number is 22-3414522