UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) ) ) | Chapter 11 |
| Debtors. | ) ) | Jointly Administered |

**RESPONSE TO DEBTORS' FIFTY-SEVENTH OMNIBUS OBJECTION**

**Claimant: McDowell Riga Posternock**
**Claim Number: 4561**

**EXHIBIT "B"**

**Email Exchanges With Debtors' Claim Processors**

**EXHIBIT "B"**

**Joseph Riga**

| | |
|---|---|
| **From:** | Joseph Riga |
| **Sent:** | Wednesday, July 24, 2013 10:53 AM |
| **To:** | 'brent.thureen@gmacrescap.com' |
| **Subject:** | Matter/Loan Numbers Associated with Claims of McDowell Riga Posternock |
| **Attachments:** | GMAC_Claim_Nos.pdf |
| **Categories:** | A/P |

Brent: I have located as many matter/loan identifiers as I could, and most have at least two (see attached). I note that you indicated that some of these had been paid, and while my accounts people do err on occasion, my continual efforts to get these paid pre-bankruptcy with no one ever asserting that they were leaves some doubt in my mind, and my records indicate otherwise. In any event, if you are the person charged with the negotiation of the claim, etc., I wanted you to know that rather than a proof hearing, I am certainly open to a fair compromise to get these old invoices paid, and allow us all to move on to something more productive. Thanks for your assistance.

Joe Riga

## Joseph Riga

**From:** Joseph Riga
**Sent:** Thursday, August 08, 2013 10:29 AM
**To:** 'brent.thureen@gmacrescap.com'
**Subject:** RE: Matter/Loan Numbers Associated with Claims of McDowell Riga Posternock

**Categories:** A/P

Bret: I have not heard from you. Please acknowledge receipt of my additional information and let me know if you require anything further. Also, if you know, please let me know when claim payments are to be made. Thank you.

Joe Riga

**Joseph Riga**

| | |
|---|---|
| From: | Thureen, Brent <Brent.Thureen@gmacrescap.com> |
| Sent: | Thursday, August 08, 2013 10:46 AM |
| To: | Joseph Riga |
| Subject: | RE: Matter/Loan Numbers Associated with Claims of McDowell Riga Posternock |
| Categories: | A/P |

I did receive your information. Thank you. Basically, I am just helping Accounts Payable gather information on claims about what was paid, what is still outstanding, etc. The Accounts Payable group will then process the claim when they are cleared to do so. At this point, there is still not an overall agreement of liability between Ally and the unsecured creditors. Until that happens, the pool of money to be split among the creditors will not be determined. Therefore, I really can't give you any kind of ETA as to when this will get settled.

Brent

## Joseph Riga

**From:** Thureen, Brent <Brent.Thureen@gmacrescap.com>
**Sent:** Friday, August 23, 2013 11:34 AM
**To:** Joseph Riga
**Subject:** FW: Matter/Loan Numbers Associated with Claims of McDowell Riga Posternock
**Attachments:** GMAC_Claim_Nos.pdf

**Categories:** A/P

Joe,
I've gotten the following request below from the claims group. Can you provide those invoices?

Thank you,
Brent Thureen

**From:** Rollins, Kathy - MN
**Sent:** Friday, August 23, 2013 10:30 AM
**To:** Thureen, Brent
**Subject:** FW: Matter/Loan Numbers Associated with Claims of McDowell Riga Posternock

Brent,

The Claims Group wants copies of the following invoices. Can you please contact McDowell Riga Posternock and have them send the actual invoice copies for these invoices. They must be received by Wednesday, August 28, 2013.

| | |
|---|---|
| 19129 | (177.00) |
| 19130 | (118.00) |
| 19131 | (177.00) |
| 19158 | (206.50) |
| 19918 | (3,894.00) |

Thanks,

*Kathy Rollins*
RESCAP
Financial Planning & Analysis - Tools Group
8400 Normandale Lake Blvd., Suite 350, Minneapolis, MN 55437
(Work) 952-857-7009    (Fax) 866-895-8645
kathy.rollins@gmacrescap.com

**Joseph Riga**

---

**From:** Joseph Riga
**Sent:** Friday, September 06, 2013 5:37 PM
**To:** 'Thureen, Brent'
**Subject:** RE: Matter/Loan Numbers Associated with Claims of McDowell Riga Posternock
**Attachments:** Requested_Inv.pdf

**Importance:** High

**Categories:** A/P

Brent: See attached. had to secure copies from storage. Let me know if you need anything further. Joe

## Joseph Riga

**From:** Joseph Riga
**Sent:** Wednesday, October 23, 2013 6:17 PM
**To:** 'barbara.newcomer@gmacrescap.com'
**Subject:** POC 4561
**Attachments:** GMAC_Loan_Nos.pdf

**Importance:** High

Ms. Newcomer:

My former partner forwarded to me your request for loan numbers concerning the various invoices that make up proof of claim 4561. I have provided it before, so please let me know if the repeated request is because that information was inadequate for some reason. I am, however, assuming that you simply do not have what I provided to the others that asked, and attach it again. The list contains every number assigned to the various matters assigned to me that I could find including GMAC and RFG numbers as well as others identified specifically as loan numbers. Thank you.

Joe Riga

# Joseph Riga

| | |
|---|---|
| **From:** | Newcomer, Barbara - PA <Barbara.Newcomer@gmacrescap.com> |
| **Sent:** | Thursday, October 24, 2013 12:39 PM |
| **To:** | Joseph Riga |
| **Subject:** | RE: POC 4561 |

Thank you for this information, and we apologize for the duplication. There are a few loans numbers that are not good numbers…could you possibly see if there are other numbers connected with the following:

| | |
|---|---|
| 713146 | Robinson |
| 720112 | Bowles |
| 723128 | Orasi |
| 27514 | Polsky |
| 67882 | Edwin |
| 7439298506 | Mujovic |
| 35921345 | Bailey |

Thank you!
With regards,

Barbara H Newcomer
GMAC Mortgage LLC
Sr. Repurchase Account Manager
Estate Claims
**MC: 190-FTW-S70  Suite 250**
M18B13
1100 Virginia Drive
Fort Washington, PA   19034
Barbara.Newcomer@gmacrescap.com
(P) 215-734-4381  (F) 866 839 6485

**Barbara.Newcomer@gmacrescap.com**

# Joseph Riga

**From:** Joseph Riga
**Sent:** Thursday, October 24, 2013 12:54 PM
**To:** 'Newcomer, Barbara - PA'
**Subject:** RE: POC 4561

Will see what I can find. Thanks Barbara.

# Joseph Riga

**From:** Joseph Riga
**Sent:** Tuesday, October 29, 2013 6:14 PM
**To:** 'Newcomer, Barbara - PA'
**Subject:** RE: POC 4561
**Attachments:** Difficult_ID_Chart.pdf

**Importance:** High

Barbara: Please see attached. I believe this additional information/numbers will be sufficient to identify the remaining matters. Please let me know when the firm will be paid. We have waited patiently, and have provided reams of information concerning our claim, sometimes more than once. There should be no question by now concerning its bona fides. Thank you. Joe Riga

**Joseph Riga**

| | |
|---|---|
| **From:** | Newcomer, Barbara - PA <Barbara.Newcomer@gmacrescap.com> |
| **Sent:** | Wednesday, October 30, 2013 1:24 PM |
| **To:** | Joseph Riga |
| **Subject:** | RE: POC 4561 |
| **Categories:** | A/P |

Thank you.
With regards,

Barbara H Newcomer
GMAC Mortgage LLC
Sr. Repurchase Account Manager
Estate Claims
**MC: 190-FTW-S70 Suite 250**
M18B13
1100 Virginia Drive
Fort Washington, PA  19034
Barbara.Newcomer@gmacrescap.com
(P) 215-734-4381  (F) 866 839 6485

**Barbara.Newcomer@gmacrescap.com**