UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

<u>**RESPONSE TO DEBTORS' FIFTY-SEVENTH OMNIBUS OBJECTION**</u>

Claimant: <u>McDowell Riga Posternock</u>
Claim Number: <u>4561</u>

**EXHIBIT "C"**

<u>Matter Numbers and Other Identifying Information Provided to Debtors</u>

**EXHIBIT "C"**

## Fees for Legal Services Performed - McDowell Riga Posternock

| Matter Name | Invoice Date | Invoice # | Amount | Balance | Notes |
|---|---|---|---|---|---|
| ✓ Cappuccio | | | | | # 686784 |
| | 1/31/2012 | 19081 | $383.50 | $383.50 | RFG # 24015 |
| | 2/29/2012 | 19133 | $88.50 | $472.00 | LN # 7305840613 |
| ✓ Ajaegbulemh | | | | $472.00 | # 722026 |
| | 1/31/2012 | 19122 | $1,652.00 | $2,124.00 | LN # 742728 1019 |
| | 3/31/2012 | 19146 | $413.00 | $2,537.00 | |
| | 5/13/2012 | 19906 | $1,091.50 | $3,628.50 | |
| ✓ Robinson, A. | | | | $3,628.50 | |
| | 1/31/2012 | 19123 | $708.00 | $4,336.50 | # 713146 |
| | 2/29/2012 | 19135 | $2,566.50 | $6,903.00 | |
| | 3/31/2012 | 19147 | $855.50 | $7,758.50 | |
| | 5/13/2012 | 19907 | $177.00 | $7,935.50 | |
| ✓ Matt/Bonser | | | | $7,935.50 | # 720941 |
| | 1/31/2012 | 19125 | $531.00 | $8,466.50 | |
| | 3/31/2012 | 19149 | $3,451.50 | $11,918.00 | LN # 8123151800 |
| | 5/13/2012 | 19909 | $324.50 | $12,242.50 | |
| ✓ Bowles | | | | $12,242.50 | # 720112 |
| | 1/31/2012 | 19126 | $3,982.50 | $16,225.00 | |
| | 2/29/2012 | 19138 | $177.00 | $16,402.00 | |
| Orasi | | | | $16,402.00 | # 723128 |
| | 1/31/2012 | 19127 | $560.50 | $16,962.50 | |
| | 3/31/2012 | 19151 | $236.00 | $17,198.50 | |
| ✓ Polsky | | | | $17,198.50 | # 697965 |
| | 1/31/2012 | 19128 | $354.00 | $17,552.50 | |
| | 2/29/2012 | 19140 | $3,982.50 | $21,535.00 | RFG # 27514 |
| | 3/31/2012 | 19152 | $413.00 | $21,948.00 | |
| | 5/13/2012 | 19912 | $29.50 | $21,977.50 | |
| ✓ Tunstall | | | | $21,977.50 | # 693600 |
| | 1/31/2012 | 19129 | $177.00 | $22,154.50 | |
| | 2/29/2012 | 19141 | $59.00 | $22,213.50 | LN # 7440737401 |
| | 3/31/2012 | 19153 | $118.00 | $22,331.50 | |
| | 5/13/2012 | 19913 | $29.50 | $22,361.00 | |
| ✓ Edwin | | | | $22,361.00 | # 720856 |
| | 1/31/2012 | 19130 | $118.00 | $22,479.00 | |
| | 2/29/2012 | 19142 | $236.00 | $22,715.00 | # 61882 (?) |
| | 3/31/2012 | 19154 | $1,239.00 | $23,954.00 | |
| | 5/13/2012 | 19914 | $708.00 | $24,662.00 | |
| | 6/30/2012 | 20394 | $1,032.50 | $25,694.50 | Post-petition |
| ✓ DeRosa/Butler | | | | $25,694.50 | # 720851 |
| | 1/31/2012 | 19131 | $177.00 | $25,871.50 | |
| | 2/29/2012 | 19143 | $88.50 | $25,960.00 | LN # 0810038716 |
| | 3/31/2012 | 19155 | $29.50 | $25,989.50 | |

## Fees for Legal Services Performed - McDowell Riga Posternock

| Matter Name | Invoice Date | Invoice # | Amount | Balance | Notes |
|---|---|---|---|---|---|
| Angle | | | | $26,441.50 | LN# 307676603 |
| | 3/31/2012 | 19158 | $206.50 | $26,648.00 | |
| | 5/13/2012 | 19918 | $3,894.00 | $30,542.00 | |
| | 5/31/2012 | 20341 | $383.50 | $30,925.50 | Post-petition |
| Donaghy | | | | $30,925.50 | # 72602 |
| | 3/31/2012 | 19159 | $413.00 | $31,338.50 | |
| | 5/13/2012 | 19919 | $3,009.00 | $34,347.50 | LN# 7441779006 |
| Mujovic | | | | $34,347.50 | # 726609 |
| | 5/13/2012 | 19920 | $413.00 | $34,760.50 | LN# 7439298506 |
| Omar | | | | $34,760.50 | #692428, RFG# 19988 |
| | 5/13/2012 | 19921 | $118.00 | $34,878.50 | LN# 7435395918 |
| Bailey | | | | $34,878.50 | #719907 |
| | 5/13/2012 | 19922 | $796.50 | $35,675.00 | LN# 035921345 |

| Matter Name | New Relevant Numbers | New Relevant Information |
|---|---|---|
| Robinson, A. | 1) Loan no. oat origination (10/08) and when notice of intent to foreclose sent (6/10): 0188048904<br>2) Another referenced loan no.: 0713915409<br>3) FHA Case No.: 351-5243968-703<br>4) ACS Loan ID: 15109583 | |
| Bowles | Loan No. 7440495653 | |
| Orasi | | Concerns litigation arising from loan made to Henry Rick Orasi that was sold to GMAC/RFC and subsequently sold to CadleRock Joint Ventures. Orasi was attempting to take depositions of GMAC employees in connection with his bankruptcy (In re Orasi, Bankr. Puerto Rico, No. 10-00421) and an adversary filed therein (CadleRock v. Orasi, No. 11-0085). My contact was Jennifer Scoliard who now works for Ocwen. See Exh. A. |
| Polsky | Loan No. 7438054660; TC# 697965 (a number assigned to the file when it was transferred to new counsel by Ocwen directive) | |
| Edwin | Loan No. 0810038714 | |
| Mujovic | | Litigation arising out of the mortgage loan made to Bobby Saracina (Loan No. 7439298506). My contact was Jennifer Scoliard who now works for Ocwen. See Exh. B. |
| Bailey | Loan No. 0359213245; TC# 719907(a number assigned to the file when it was transferred to new counsel by Ocwen directive) | |



**Process Loans, Not Paperwork™**

www.mers-servicerid.org

**1 record matched your search:**

MIN: 1000342-0000545618-5   Note Date: 12/08/2005        MIN Status: Inactive

Servicer:   HomeComings Financial, LLC               Phone: (800) 766-4622
            Waterloo, IA

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

Return to Search

For more information about Mortgage Electronic Registration Systems, Inc. (MERS) please go to www.mersinc.org

Copyright© 2012 by MERSCORP Holdings, Inc.

*Re Orasi loan*

*EXH. A*

# Joseph Riga

| | |
|---|---|
| **From:** | Napoli, Kimberly - PA (Ally Bank) <kim.napoli@ally.com> |
| **Sent:** | Friday, April 06, 2012 2:39 PM |
| **To:** | Joseph Riga |
| **Subject:** | RE: New Case: MUJOVIC - Matter #726609  (Billing Purposes) |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

This information is for billing purposes:

Case Matter Name- MUJOVIC SOPHIA

Case Manager: JENNIFER SCOLIARD

Loan# 7439298506

Case Matter # 726609

Attorney: JOSEPH RIGA

**Case Manager:  Jennifer Scoliard - 215-734-7547- Jennifer.Scoliard@ally.com**

**If you have any billing questions, please send all inquiries to legalrates@ally.com**

*[handwritten: Mujovic — From client]*

**Kim Napoli**
Administrative Assistant
**Ally** | Legal Department
1100 Virginia Drive, Ft. Washington, PA 19034
T+ 215-734-4554  F+ 866-428-7832
Kim.Napoli@ally.com

Internet E-mail Confidentiality Footer

The information contained in this communication is confidential and privileged proprietary information intended only for the personal and confidential use of the individual or entity to whom it is addressed. If you are not the addressee indicated in this message (or an agent responsible for delivery of the message to such person), you are hereby notified that you have received this communication in error and that any review, dissemination, copying or unauthorized use of this message is strictly prohibited. In such case, you should destroy this message and kindly notify the sender by reply e-mail.

Please advise immediately if you or your employer do not consent to Internet e-mail for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of the Company shall be understood as neither given nor endorsed by it. It is the Company's policy that emails are intended for and should be used for business purposes only.

*[handwritten: EXH. B]*

1