UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**RESPONSE TO DEBTORS' FIFTY-SEVENTH OMNIBUS OBJECTION**

Claimant: <u>McDowell Riga Posternock</u>
Claim Number: <u>4561</u>

**EXHIBIT "D"**

**Letter of Anthony Princi dated May 15, 2012**

**EXHIBIT "D"**

**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SACRAMENTO, SAN DIEGO,
DENVER, NORTHERN VIRGINIA,
WASHINGTON, D.C.

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

May 15, 2012

Dear Litigation Defense Counsel:

Residential Capital, LLC (ResCap) yesterday announced that it and its subsidiaries, such as GMAC Mortgage, LLC, filed voluntary petitions under Chapter 11 of the U.S. Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York. We are counsel to ResCap in the Chapter 11 cases and write to you at their request and on their behalf.

Although ResCap has filed for bankruptcy protection, it will continue to operate its business in the ordinary course. ResCap filed for Chapter 11 in order to facilitate a sale of the majority of its core business as a going concern. Before seeking bankruptcy protection, ResCap signed an asset purchase agreement with Nationstar Mortgage LLC, and on the first day of the case, ResCap filed a motion with the Bankruptcy Court requesting a sale auction. This sale process will allow ResCap to operate as a financially stronger, new business.

We are reaching out to you directly because you or your firm has been identified as a professional that provided legal services to ResCap in the ordinary course of ResCap's residential mortgage loan origination, securitization and servicing businesses, and your continued service is critical to ResCap's success. It is important to note that ResCap has secured sufficient Debtor-In-Possession financing to fund its post-filing obligations. In addition, we have filed a motion with the Bankruptcy Court for authority to implement procedures for the retention and payment of ordinary course professionals, such as yourself, in order for you and/or your firm to receive compensation for services rendered, subject to certain monthly and case fee limitations. We will be furnishing you with additional details and instructions regarding the procedures that you or your firm will need to follow in connection with this process. In the meantime, we ask that you please continue to represent the interests of ResCap and its affiliates in any pending or upcoming legal matters.

A list of the ResCap affiliate and subsidiaries that have filed for bankruptcy protection is attached hereto as <u>Appendix A</u>. As you may know, once a company has filed for bankruptcy, the automatic stay prevents the continuation or initiation of litigation against that company outside of the bankruptcy proceedings. Consequently, if you represent one or more of the ResCap debtor entities in a civil, non-foreclosure related action against such entity, you should serve on all other parties in your action and file (in accordance with your local rules of court) a Notice of Bankruptcy Filing in the form annexed in a Word document as Attachment B to the covering email to this letter. However, if you represent one or more of the ResCap debtor entities in any civil action stemming from non-judicial foreclosures or any actions involving a Chapter 13 debtor's bankruptcy, please do <u>not</u> file a Notice of

ny-1040804

MORRISON | FOERSTER

Bankruptcy Filing at this time; additional instructions with respect to these cases will be forthcoming.

Please note that the attached Notice of Bankruptcy Filing should be revised to conform to any state or federal requirements within your applicable jurisdiction. Please serve and file a Notice of Bankruptcy Filing in any matters in which you represent one or more of the ResCap debtor entities in ongoing litigation against such entity(ies).

If you have any questions regarding the information in this letter, please contact Stacy Molison at Morrison & Foerster by telephone at 212-336-4152 or by email at smolison@mofo.com.

If you would like additional information regarding the chapter 11 cases, including access to all notification and public filings, please visit the case website at http://www.kccllc.net/rescap.

Sincerely,

Anthony Princi

# APPENDIX A

## List of Debtor Entities

In re Residential Capital, LLC, et al.
Case No. 12-12020

| Debtor Entities |
| --- |
| ditech, LLC |
| DOA Holding Properties, LLC |
| DOA Properties IX (Lots Other), LLC |
| EPRE LLC |
| Equity Investment I, LLC |
| ETS of Virginia, Inc. |
| ETS of Washington, Inc. |
| Executive Trustee Services, LLC |
| GMAC Model Home Finance I, LLC |
| GMAC Mortgage USA Corporation |
| GMAC Mortgage, LLC |
| GMAC Residential Holding Company, LLC |
| GMACRH Settlement Services, LLC |
| GMACM Borrower LLC |
| GMACM REO LLC |
| GMACR Mortgage Products, LLC |
| GMAC RFC Holding Company, LLC |
| HFN REO Sub II, LLC |
| Home Connects Lending Services, LLC |
| Homecomings Financial Real Estate Holdings, LLC |
| Homecomings Financial, LLC |
| Ladue Associates, Inc. |
| Passive Asset Transactions, LLC |
| PATI A, LLC |
| PATI B, LLC |
| PATI Real Estate Holdings, LLC |
| RAHI A, LLC |
| RAHI B, LLC |
| RAHI Real Estate Holdings, LLC |
| RCSFJV2004, LLC |
| Residential Accredit Loans, Inc. |
| Residential Asset Mortgage Products, Inc. |
| Residential Asset Securities Corporation |
| Residential Capital, LLC |
| Residential Consumer Services of Ohio, LLC |
| Residential Consumer Services of Texas, LLC |

ny-1040804

| |
|---|
| Residential Consumer Services, LLC |
| Residential Funding Company, LLC |
| Residential Funding Mortgage Exchange, LLC |
| Residential Funding Mortgage Securities I, Inc. |
| Residential Funding Mortgage Securities II, Inc. |
| Residential Funding Real Estate Holdings, LLC |
| Residential Mortgage Real Estate Holdings, LLC |
| Residential Services of Alabama, LLC |
| RFC Asset Holdings II, LLC |
| RFC Asset Management, LLC |
| RFC Borrower LLC |
| RFC Construction Funding, LLC |
| RFC REO LLC |
| RFC SFJV-2002, LLC |
| RFC-GSAP Servicer Advance, LLC |