**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

### CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, a true and correct copy of the Response of McDowell Riga Posternock to the Fifty-Seventh Omnibus Objection to Claims with exhibits was served by first-class, United States mail, postage prepaid, upon the following, unless any of the following have consented to service by electronic means through their participation in the Court's ECF program, in which case, service was accomplished by electronic transmission:

Gary S. Lee, Esquire                             *Counsel for Debtors*
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Kenneth H. Eckstein, Esquire              *Counsel for Official Committee of*
Kramer Levin Naftalis & Frankel LLP   *Unsecured Creditors*
1117 Avenue of the Americas
New York, NY 10036

With a courtesy copy to the Honorable Martin Glenn by overnight courier directed as follows:

Honorable Martin Glenn                      *Bankruptcy Judge*
One Bowling Green
New York, NY 10004

Dated:  Philadelphia, PA            Respectfully submitted,
           January 3, 2014              **McCABE, WEISBERG & CONWAY**

                                                 By: /s/ *Joseph F. Riga*
                                                       Joseph F. Riga, jriga@mwc-law.com

                                                 Counsel for Claimant, McDowell Riga Posternock