**Evidentiary Hearing Date: January 30, 2014 at 2:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Post Effective-Date Debtors. | Jointly Administered |

**NOTICE OF EVIDENTIARY HEARING ON DEBTORS' THIRTIETH OMNIBUS OBJECTION TO CLAIMS SOLELY WITH RESPECT TO CLAIM NUMBER 1430 OF PAUL AND MARGE PFUNDER**

**PLEASE TAKE NOTICE** that an evidentiary hearing on the *Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records)* [Docket No. 4887], solely with respect to Claim No. 1430 of Paul and Marge Pfunder, will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 501, One Bowling Green, New York, New York 10004 on **January 30, 2014 at 2:00 p.m. (prevailing Eastern Time)**.

1

ny-1124280

Dated: January 6, 2014
      New York, New York

    /s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*