MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Post-Effective Date Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF MATTERS
TO BE HEARD ON JANUARY 9, 2014 TO
JANUARY 27, 2014 AT 2:00 P.M. AND JANUARY 30, 2014 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing originally scheduled for January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time) has, at the direction of the Bankruptcy Court, been adjourned and certain matters will be heard on either **January 27, 2014 at 2:00 p.m. (Prevailing Eastern Time)** or **January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the following matters, previously scheduled to be heard on January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time) will now be heard on **January 27, 2014 at 2:00 p.m. (Prevailing Eastern Time)** (the "January 27 Hearing"):

- Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4734], *solely as it relates to the claim filed by Karen Mitchell-Smith for the Estate of Felecia V. Mitchell (Claim No. 5662);*
- Motion of Simona Robinson for Relief from Stay [Docket No. 4948];

ny-1124414

- Debtors' Forty-Second Omnibus Objection to Claims (Reduce and Allow Borrower Claims) [Docket No. 5150], *solely as it relates to the claims filed by Jennifer and Jason Schermerhorn (Claim Nos. 338 and 339)*; and

- Debtors' Objection to Claim No. 5420 of Vachagan Abed-Stephen and Suzie Abed-Stephen [Docket No. 5786].

**PLEASE TAKE FURTHER NOTICE** that the following matters, previously scheduled to be heard on January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time) will now be heard on **January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "January 30 Hearing"):

- Notice of Hearing on Motion of U.S. Bank National Association as, Indenture Trustee, Seeking Limited Discovery from the Debtors and Relief from Stay Imposed by the FHFA Order [Docket No. 3511]

- Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) [Docket No. 4119], *solely as it relates to the claim filed by the Everest Companies (Claim No. 3480);*

- Debtors' Forty-Fourth Omnibus Objection to Claims (A) Late-Filed Claims; (B) Duplicate Claims; (C) Redesignate and Allow Claims; (D) Reduce and Allow Claims; (E) Redesignate, Reduce and Allow Claims; (F) Reclassify, Reduce and Allow Claims; and (G) Redesignate Claims) [Docket No. 5152], *solely as it relates to the claim filed by ISGN Solutions, Inc. (Claim No. 5688);*

- Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5161] *solely as it relates to the claim filed by Mary R. Biancavilla (Claim No. 4937);*

- Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5162] *solely as it relates to the claims filed by Guerrino Degli Esposti (Claim No. 2104) and Phillip G. Wright (Claim No. 4600);*

- Motion of Rosalind Alexander-Kasparik for Relief from Stay [Docket No. 5621];

- Fourth Fee Application of KPMG LLP, as Tax Compliance Professionals and Information Technology Advisors to the Debtors and Debtors in Possession, for Interim Allowance and Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through August 31, 2013 [Docket No. 5835]; and

- Debtors' Motion for Entry of an Order Approving Payment of Success Fee to Debtors' Chief Restructuring Officer, Lewis Kruger [Docket No. 6172].

**PLEASE TAKE FURTHER NOTICE** that the matters being adjourned to the January 27 Hearing and the January 30 Hearing will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: January 6, 2014
      New York, New York

                                   /s/ Norman S. Rosenbaum
                                   Gary S. Lee
                                   Lorenzo Marinuzzi
                                   Norman S. Rosenbaum
                                   MORRISON & FOERSTER LLP
                                   1290 Avenue of the Americas
                                   New York, New York 10104
                                   Telephone: (212) 468-8000
                                   Facsimile: (212) 468-7900

                                   *Counsel for the Post-Effective Date Debtors*