MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Post-Effective Date Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' FIFTY-SECOND OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION)**

1.   The undersigned hereby certifies that, as of the date hereof, he is not aware of any answer, objection or other responsive pleading to the relief sought in the following claims objection, filed by the Debtors on December 12, 2013 (the "Claims Objection"):

> *Debtors' Fifty-Second Omnibus Objection to Claims (Insufficient Documentation)* [Docket No. 6074].

2.   The undersigned further declares that he has caused a review of the Court's docket in these cases and has not been advised that any other answer, objection or other responsive pleading to the Claims Objection appears thereon. The deadline for filing responses to the Claims Objection, January 3, 2014, has passed.

3.   The undersigned further declares that the Claims Objection has been adjourned as it relates to (i) UBS Real Estate Securities (Claim Nos. 4200 and 4453), (ii) Deutsche Bank Trust

ny-1124487

Company Americas, as Trustee for the Residential Accredit Loans, Inc. (RALI) 2006-QS17 (Claim No. 276), (iii) Deutsche Bank Trust Company Americas, as Indenture Trustee for the registered holders of Saxon Asset Securities Trust 2004-3 (Claim No. 344), and (iv) Deutsche Bank Trust Company Americas, as Trustee for Saxon Asset Securities, et al. (Claim No. 408) [Docket No. 6210] (collectively, the "Adjourned Matters").

4.  In accordance with the *Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures* entered on May 23, 2012 [Docket No. 151] (the "Case Management Procedures"), the undersigned submits this Certificate of No Objection pursuant to 28 U.S.C. § 1746.

5.  Accordingly, for the reasons set forth in the Claims Objection, the Debtors respectfully request that the proposed order granting the Claims Objection—except as to Claim Nos. 4200, 4453, 276, 344, and 408, which are the subjects of xthe Adjourned Matters—annexed hereto as Exhibit 1, be entered in accordance with the procedures set forth in the Case Management Procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 7, 2014  
      New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum  
Gary S. Lee  
Norman S. Rosenbaum  
Jordan A. Wishnew  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for the ResCap Liquidating Trust*

# EXHIBIT 1

ny-1124487

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------
                                                    )
   In re:                                           )    Case No. 12-12020 (MG)
                                                    )
   RESIDENTIAL CAPITAL, LLC, <u>et al</u>.,         )    Chapter 11
                                                    )
                           Debtors.                 )    Jointly Administered
--------------------------------------------------------------------------)

**ORDER GRANTING DEBTORS' FIFTY-SECOND**
**OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION)**

Upon the fifty-second omnibus claims objection (the "<u>Fifty-Second Claims Objection</u>")[1], dated December 12, 2013 [Docket No. 6074] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "<u>Procedures Order</u>"), disallowing and expunging the Insufficient Documentation Claims on the grounds that each Insufficient Documentation Claim lacks sufficient supporting documentation as to its validity and amount and has no basis in the Debtors' books and records, all as more fully described in the Fifty-Second Claims Objection; and it appearing that this Court has jurisdiction to consider the Fifty-Second Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Fifty-Second Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Fifty-Second Claims Objection having been provided,

---

[1]   Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Fifty-Second Claims Objection.

and it appearing that no other or further notice need be provided; and upon consideration of the Fifty-Second Claims Objection and the *Declaration of Deanna Horst In Support of Debtors' Fifty-Second Omnibus Objection to Claims (Insufficient Documentation)* annexed to the Fifty-Second Claims Objection as Exhibit 1; and the Court having found and determined that the relief sought in the Fifty-Second Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Fifty-Second Claims Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fifty-Second Claims Objection is granted to the extent provided herein; and it is further

ORDERED that each Insufficient Documentation Claim listed on Exhibit A annexed hereto is hereby disallowed and expunged with prejudice; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge from the claims register the Insufficient Documentation Claims identified on the schedule annexed as Exhibit A hereto pursuant to this Order; and it is further

ORDERED that the matter of UBS Real Estate Securities Inc. (Claim Nos. 4200 and 4453) relating to the Fifty-Second Claims Objection shall be adjourned to the omnibus hearing scheduled for January 30, 2014 at 10:00 a.m. (EST); and it is further

ORDERED that the following matters relating to the Fifty-Second Claims Objection shall be adjourned to the omnibus hearing scheduled for February 20, 2014 at 10:00 a.m. (EST):

- Deutsche Bank Trust Company Americas, as Trustee for the Residential Accredit Loans, Inc. (RALI) 2006-QS17 (Claim No. 276);

- Deutsche Bank Trust Company Americas as Indenture Trustee for the

2

ny-1117334

      registered holders of Saxon Asset Securities Trust 2004-3 (Claim No. 344); and

- Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities, et al. (Claim No. 408); and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Fifty-Second Claims Objection, as provided therein, shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule 3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A annexed to this Order, and the Debtors' and any party in interest's rights to object on any basis are expressly reserved with respect to any such claim that is not listed on Exhibit A annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the Insufficient Documentation Claims identified on Exhibit A, annexed hereto, as if each such Insufficient Documentation Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:_____, 2014
      New York, New York

 

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

3

ny-1117334

**Exhibit A to Proposed Order**

**Insufficient Documentation Claims**

ny-1117334

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTY-SECOND OBJECTION - CLAIMS WITH INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|
| 1 | CALEY DEHKHODA AND QADRI LLP<br>2340 130TH AVE NE STE D-105<br>BELLEVUE, WA 98005 | 588 | 09/21/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$63,568.72 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 2 | CODE ENFORCEMENT RELIEF<br>8832 SHIRLEY AVE 1<br>NORTHRIDGE, CA 91324 | 519 | 09/17/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | Residential Capital, LLC | 12-12020 |
| 3 | Countrywide Home Loans, Inc.<br>Michael Schloessmann<br>Bank of America<br>Legacy Asset Servicing<br>4500 Park Granada<br>Calabasas, CA 91302 | 4949 | 11/15/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 4 | CSH Fund IV, LLC<br>c/o Ronald E. Michelman, Esq<br>Michelman & Michelman, LLP<br>20265 Ventura Blvd, Suite D<br>Woodland Hills, CA 91364 | 988 | 10/05/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 5 | LECLAIR APPRAISALS<br>275 SOUTH WINOOSKI AVENUE<br>BURLINGTON, VT 05401-4542 | 496 | 09/17/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTY-SECOND OBJECTION - CLAIMS WITH INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|
| 6 | Office of the State Treasurer<br>Attorney Liz Austin<br>Pullman & Comley, LLC<br>850 Main Street, 8th Floor<br>Bridgeport, CT 06601-7006 | 4671 | 11/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 7 | Prodigus Opportunity Fund, LLC<br>c/o Montage Financial Group, Inc.<br>22292 Rancho Viejo Rd., Suite 216<br>San Juan Capistrano, CA 92675 | 6862 | 06/17/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$1,401,964.43 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 8 | RIVER PARK REALTY GROUP<br>3100 W 95TH STREET<br>EVERGREEN PARK, IL 60805-2405 | 618 | 09/21/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | Residential Capital, LLC | 12-12020 |
| 9 | SAFEGUARD PROPERTIES, INC.<br>PO BOX 714441<br>COLUMBUS, OH 43271-4441 | 2606 | 11/07/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 10 | Tammy Holly<br>7951 Collin McKinney Parkway #5060<br>McKinney, TX 75070 | 4699 | 11/14/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$15,000,000.00 General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTY-SECOND OBJECTION - CLAIMS WITH INSUFFICIENT DOCUMENTATION (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|
| 11 | Taunton Municipal Lighting Plant<br>33 Weir Street<br>Taunton, MA 02780 | 90 | 06/13/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | Residential Capital, LLC | 12-12020 |
| 12 | U.S. Bank National Association as Successor Trustee to Bank of America, N.A., et al.<br>Yolanda Mariscal<br>1757 Tapo Canyon Rd<br>Simi Valley, CA 93063 | 4374 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | Residential Capital, LLC | 12-12020 |
| 13 | U.S. Bank National Association as Successor Trustee to Bank of America, N.A., et al.<br>Yolanda Mariscel<br>1757 Tapo Canyon Rd<br>Simi Valley, CA 93063 | 4385 | 11/09/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>BLANK General Unsecured | Residential Capital, LLC | 12-12020 |