MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------
|  | ) |  |
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | ) | Chapter 11 |
|  | ) |  |
| Post-Effective Date Debtors. | ) | Jointly Administered |
--------------------------------------------------------------------
) 

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)**

1.       The undersigned hereby certifies that, as of the date hereof, he is not aware of any answer, objection or other responsive pleading to the relief sought in the following claims objection, filed by the Debtors on December 12, 2013 (the "Claims Objection"):

> *Debtors' Fifty-Third Omnibus Objection to Claims (Amended and Superseded Claims)* [Docket No. 6075].

2.       The undersigned further declares that he has caused a review of the Court's docket in these cases and has not been advised that any other answer, objection or other responsive pleading to the Claims Objection appears thereon. The deadline for filing responses to the Claims Objection, January 3, 2014, has passed.

3.       In accordance with the *Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2*

*Establishing Certain Notice, Case Management and Administrative Procedures* entered on May

23, 2012 [Docket No. 151] (the "Case Management Procedures"), the undersigned submits this

Certificate of No Objection pursuant to 28 U.S.C. § 1746.

4.      Accordingly, for the reasons set forth in the Claims Objection, the Debtors

respectfully request that the proposed order granting the Claims Objection, annexed hereto as

Exhibit 1, be entered in accordance with the procedures set forth in the Case Management

Procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 7, 2014                          Respectfully submitted,
       New York, New York


                                                /s/ Norman S. Rosenbaum
                                                Gary S. Lee
                                                Norman S. Rosenbaum
                                                Jordan A. Wishnew
                                                MORRISON & FOERSTER LLP
                                                1290 Avenue of the Americas
                                                New York, New York 10104
                                                Telephone: (212) 468-8000
                                                Facsimile: (212) 468-7900

                                                *Counsel for the ResCap Liquidating Trust*

**<u>EXHIBIT 1</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------

|                                          |   |                         |
|------------------------------------------|---|-------------------------|
|                                          | ) |                         |
| In re:                                   | ) | Case No. 12-12020 (MG)  |
|                                          | ) |                         |
| RESIDENTIAL CAPITAL, LLC, et al.,        | ) | Chapter 11              |
|                                          | ) |                         |
| Debtors.                                 | ) | Jointly Administered    |
|                                          | ) |                         |

-----------------------------------------------------------------------

### ORDER GRANTING DEBTORS' FIFTY-THIRD OMNIBUS OBJECTION
### TO CLAIMS (AMENDED AND SUPERSEDED CLAIMS)

Upon the fifty-third omnibus objection to claims, dated December 12, 2013 (the "Fifty-Third Claims Objection"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), disallowing and expunging the Amended and Superseded Claims on the basis that such claims have been amended and superseded by at least one subsequently-filed, corresponding claim, all as more fully described in the Fifty-Third Claims Objection; and it appearing that this Court has jurisdiction to consider the Fifty-Third Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Fifty-Third Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Fifty-Third Claims Objection having been provided, and it appearing that no other or further notice need be provided; upon consideration of the Fifty-Third Claims Objection and the

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Fifty-Third Claims Objection.

Declaration of Deanna Horst in Support of the Debtors' Fifty-Third Objection to Claims

(Amended and Superseded Claims), annexed to the Fifty-Third Claims Objection as <u>Exhibit 1</u>;

and the Court having found and determined that the relief sought in the Fifty-Third Claims

Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest

and that the legal and factual bases set forth in the Fifty-Third Claims Objection establish just

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the relief requested in the Fifty-Third Claims Objection is granted to the

extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on

<u>Exhibit A</u> annexed hereto under the heading "Claims to be Disallowed and Expunged" are

disallowed and expunged with prejudice; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing

agent, is directed to disallow and expunge the Amended and Superseded Claims identified on the

schedule attached as <u>Exhibit A</u> hereto so that such claims are no longer maintained on the Claims

Register; and it is further

ORDERED that the claims listed on <u>Exhibit A</u> annexed hereto under the heading

"Surviving Claims" (collectively, the "<u>Surviving Claims</u>") will remain on the Claims Register,

and such claims are neither allowed nor disallowed at this time; and is further

ORDERED that the disallowance and expungement of the Amended and Superseded

Claims does not constitute any admission or finding with respect to any of the Surviving Claims;

and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be

2

necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Fifty-Third Claims Objection as provided therein shall be

deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule

3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the

Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and

it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity,

allowance, or disallowance of any Surviving Claims, and the Debtors' and all parties-in-

interests' rights to object on any basis are expressly reserved with respect to any Surviving Claim

listed on Exhibit A annexed hereto or any other claim not listed on Exhibit A; and it is further

ORDERED that this Order shall be a final order with respect to each of the Amended and

Superseded Claims identified on Exhibit A, annexed hereto, as if each such Amended and

Superseded Claim had been individually objected to; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.


Dated:_____, 2014
     New York, New York

          _____
          THE HONORABLE MARTIN GLENN
          UNITED STATES BANKRUPTCY JUDGE

ny-1119887

**Exhibit A**

ny-1119887

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTY-THIRD OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (NON-BORROWER CLAIMS)

| | | | Claims to be Disallowed and Expunged | | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 1 | 2255 Partners, L.P. Leo Divinsky Worthe Real Estate Group 100 Wilshire Blvd., Suite 1600 Santa Monica , CA 90401 | 5268 | 11/16/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 | 2255 Partners, L.P. Leo Divinsky Worthe Real Estate Group 100 Wilshire Blvd., Suite 1600 Santa Monica , CA 90401 | 6874 | 07/15/2013 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 2 | Butte County Treasurer - Tax Collector 25 County Center Drive, Suite 125 Oroville, CA 95965 | 472 | 09/13/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $2,274.25 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Butte County Treasurer-Tax Collector 25 County Center Drive, Suite 125 Oroville, CA 95965 | 1105 | 10/10/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $794.86 Secured $0.00 Priority $0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 3 | Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston LLC R. Colby Allsbrook, Esq., Director & Counsel 11 Madison Avenue New York, NY 10010 | 435 | 08/27/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | Residential Accredit Loans, Inc. | 12-12052 | Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston LLC R. Colby Allsbrook, Esq., Director & Counsel 11 Madison Avenue New York, NY 10010 | 3610 | 11/07/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | Residential Asset Securities Corporation | 12-12054 |
| 4 | Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston LLC R. Colby Allsbrook, Esq., Director & Counsel 11 Madison Avenue New York, NY 10010 | 3613 | 11/07/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | Residential Accredit Loans, Inc. | 12-12052 | Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston LLC R. Colby Allsbrook, Esq., Director & Counsel 11 Madison Avenue New York, NY 10010 | 7292 | 10/21/2013 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | Residential Accredit Loans, Inc. | 12-12052 |
| 5 | Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston LLC R. Colby Allsbrook, Esq., Director & Counsel 11 Madison Avenue New York, NY 10010 | 3620 | 11/07/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | Residential Funding Mortgage Securities II, Inc. | 12-12061 | Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston LLC R. Colby Allsbrook, Esq., Director & Counsel 11 Madison Avenue New York, NY 10010 | 7293 | 10/21/2013 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | Residential Funding Mortgage Securities II, Inc. | 12-12061 |
| 6 | Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston LLC R. Colby Allsbrook, Esq., Director & Counsel 11 Madison Avenue New York, NY 10010 | 3622 | 11/07/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 | Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston LLC R. Colby Allsbrook, Esq., Director & Counsel 11 Madison Avenue New York, NY 10010 | 7294 | 10/21/2013 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority UNLIQUIDATED General Unsecured | Residential Asset Mortgage Products, Inc. | 12-12053 |
| 7 | Harris County, et al John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 5733 | 11/19/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $587.97 Secured $0.00 Priority $0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 | Harris County, et al John P. Dillman Linebarger Goggan Blair & Sampson, LLP P.O. Box 3064 Houston, TX 77253-3064 | 6954 | 08/13/2013 | $0.00 Administrative Priority $0.00 Administrative Secured $503.06 Secured $0.00 Priority $0.00 General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 8 | Los Angeles County Treasurer and Tax Collector PO Box 54110 Los Angeles, CA 90054-0110 | 166 | 06/21/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $11,330.78 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Los Angeles County Treasurer and Tax Collector PO Box 54110 Los Angeles, CA 90054-0110 | 6833 | 03/19/2013 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $8,094.04 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 9 | Los Angeles County Treasurer and Tax Collector PO Box 54110 Los Angeles, CA 90054-0110 | 167 | 06/21/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $12,416.59 Secured $13,140.25 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Los Angeles County Treasurer and Tax Collector PO Box 54110 Los Angeles, CA 90054-0110 | 6832 | 03/19/2013 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $5,777.90 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTY-THIRD OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (NON-BORROWER CLAIMS)

| | | | Claims to be Disallowed and Expunged | | | | | | Surviving Claims | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 10 | Metropolitan Trustee of Metropolitan Government of Nashville & Davidson County Metropolitan Department of Law PO Box 196300 Nashville, TN 37219-6300 | 224 | 07/02/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $384.10 Secured $0.00 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | Metropolitan Trustee of Metropolitan Government of Nashville & Davidson County Metropolitan Trustee PO Box 196358 Nashville, TN 37219-6358 | 7186 | 10/03/2013 | $0.00 Administrative Priority $0.00 Administrative Secured $384.10 Secured $0.00 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 11 | Michigan Bell Telephone Company James Grudus, Esq. c/o AT&T Services, Inc One AT&T Way, Room 3A218 Bedminster, NJ 07921 | 3595 | 11/12/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $1,581.48 General Unsecured | Residential Capital, LLC | 12-12020 | Michigan Bell Telephone Company Karen A. Cavagnaro Lead Paralegal AT&T Services, Inc. One AT&T Way, Room 3A104 Bedminster, NJ 07921 | 7179 | 09/13/2013 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $101.97 General Unsecured | RFC REO LLC | 12-12070 |
| 12 | Nationstar Mortgage LLC Jessica C.K. Boelter Sidley Austin LLP 1 S. Dearborn Chicago, IL 60603 | 5575 | 11/16/2012 | $0.00 Administrative Priority $0.00 Administrative Secured UNLIQUIDATED Secured $0.00 Priority UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 | Nationstar Mortgage LLC Jessica C.K. Boelter Sidley Austin LLP 1 S. Dearborn Chicago, IL 60603 | 6880 | 07/23/2013 | $0.00 Administrative Priority $0.00 Administrative Secured UNLIQUIDATED Secured $0.00 Priority UNLIQUIDATED General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 13 | Ohio Department of Taxation Rebecca L. Daum 30 East Broad Street, 23rd Floor Columbus, OH 43215 | 425 | 08/21/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $5,124,597.09 Priority $1,302,680.88 General Unsecured | RFC Construction Funding, LLC | 12-12069 | Ohio Department of Taxation Rebecca L. Daum 30 East Broad Street, 23rd Floor Columbus, OH 43215 | 7301 | 10/29/2013 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $766,812.60 Priority $0.00 General Unsecured | RFC Construction Funding, LLC | 12-12069 |
| 14 | Ohio Department of Taxation Rebecca L. Daum 30 East Broad Street, 23rd Floor Columbus, OH 43215 | 426 | 08/21/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $5,118,681.88 Priority $1,301,940.21 General Unsecured | Executive Trustee Services, LLC | 12-12028 | Ohio Department of Taxation Rebecca L. Daum 30 East Broad Street, 23rd Floor Columbus, OH 43215 | 7298 | 10/29/2013 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $766,812.60 Priority $0.00 General Unsecured | Executive Trustee Services, LLC | 12-12028 |
| 15 | Ohio Department of Taxation Rebecca L. Daum 30 East Broad Street, 23rd Floor Columbus, OH 43215 | 427 | 08/21/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $5,118,681.88 Priority $1,301,940.21 General Unsecured | GMAC RH Settlement Services, LLC | 12-12034 | Ohio Department of Taxation Rebecca L. Daum 30 East Broad Street, 23rd Floor Columbus, OH 43215 | 7299 | 10/29/2013 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $766,812.60 Priority $0.00 General Unsecured | GMAC RH Settlement Services, LLC | 12-12034 |
| 16 | Ohio Department of Taxation Rebecca L. Daum 30 East Broad Street, 23rd Floor Columbus, OH 43215 | 428 | 08/21/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $5,118,681.88 Priority $1,301,940.21 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 | Ohio Department of Taxation Rebecca L. Daum 30 East Broad Street, 23rd Floor Columbus, OH 43215 | 7300 | 10/29/2013 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $766,812.60 Priority $0.00 General Unsecured | GMAC-RFC Holding Company, LLC | 12-12029 |
| 17 | PHH Mortgage Corporation f/k/a Cendant Mortgage Corporation C/O Walter Wronka and Doria Sutton 1 Mortgage Way Mount Laurel, NJ 08054 | 4462 | 11/12/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $6,287,518.92 General Unsecured | Residential Funding Company, LLC | 12-12019 | PHH Mortgage Corporation f/k/a Cendant Mortgage Corporation c/o Joshua A. Gelman Jacobs Law Group, P.C. 2005 Market St., Suite 1120 Philadelphia, PA 19103 | 7173 | 09/18/2013 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $0.00 Priority $167,759.11 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 18 | SAN MATEO COUNTY TAX COLLECTOR-TREASURER 555 COUNTY CENTER, 1ST FLOOR REDWOOD CITY, CA 94063-0966 | 99 | 06/14/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $12,218.98 Secured $25,811.22 Priority $0.00 General Unsecured | Residential Capital, LLC | 12-12020 | San Mateo County Tax Collector 555 County Center, 1st Floor Redwood City, CA 94063-0966 | 2202 | 11/05/2012 | $0.00 Administrative Priority $0.00 Administrative Secured $0.00 Secured $12,477.96 Priority $0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTY-THIRD OMNIBUS OBJECTION - AMENDED AND SUPERSEDED CLAIMS (NON-BORROWER CLAIMS)

| | | Claims to be Disallowed and Expunged | | | | | Surviving Claims | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number | Name of Claimant | Claim Number | Date Filed | Claim Amount | Asserted Debtor Name | Asserted Case Number |
| 19 | State of Florida - Department of Revenue<br>Frederick F. Rudzik, Claimants Attorney<br>Bankruptcy Section<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | 337 | 07/26/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$112.88 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | State of Florida - Department of Revenue<br>Frederick F. Rudzik, Claimants Attorney<br>Bankruptcy Section<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | 7165 | 09/06/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 20 | Tennessee Department of Revenue<br>c/o Attorney General<br>P.O Box 20207<br>Nashville, TN 37202-0207 | 1042 | 10/08/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$289.77 Priority<br>$50.00 General Unsecured | Residential Funding Company, LLC | 12-12019 | Tennessee Department of Revenue<br>c/o Attorney General<br>P.O Box 20207<br>Nashville, TN 37202-0207 | 7311 | 11/19/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$145.68 Priority<br>$25.00 General Unsecured | Residential Funding Company, LLC | 12-12019 |
| 21 | Wise County<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Ste 1600<br>Dallas, TX 75201 | 4883 | 11/16/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$1,568.13 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 | Wise County<br>Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Ste 1600<br>Dallas, TX 75201 | 6952 | 08/12/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$394.50 Secured<br>$0.00 Priority<br>$0.00 General Unsecured | GMAC Mortgage, LLC | 12-12032 |
| 22 | Wright, Finlay & Zak, LLP<br>Attn Nichole Glowin<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660 | 470 | 09/12/2012 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$7,027.72 General Unsecured | Residential Capital, LLC | 12-12020 | Wright, Finlay & Zak, LLP<br>Attn Nichole Glowin<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660 | 6870 | 06/27/2013 | $0.00 Administrative Priority<br>$0.00 Administrative Secured<br>$0.00 Secured<br>$0.00 Priority<br>$10,050.72 General Unsecured | Residential Capital, LLC | 12-12020 |