MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Post-Effective Date Debtors. | Jointly Administered |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS'
FIFTY-FOURTH OMNIBUS OBJECTION TO CLAIMS
(LATE-FILED AND DUPLICATE DEBT CLAIMS)**

1.    The undersigned hereby certifies that, as of the date hereof, he is not aware of any answer, objection or other responsive pleading to the relief sought in the following claims objection, filed by the Debtors on December 12, 2013 (the "Claims Objection"):

> *Debtors' Fifty-Fourth Omnibus Objection to Claims (Late-Filed and Duplicate Debt Claims)* [Docket No. 6076].

2.    The undersigned further declares that he has caused a review of the Court's docket in these cases and has not been advised that any other answer, objection or other responsive pleading to the Claims Objection appears thereon. The deadline for filing responses to the Claims Objection, January 3, 2014, has passed.

3.    In accordance with the *Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(d), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2*

ny-1124494

*Establishing Certain Notice, Case Management and Administrative Procedures* entered on May 23, 2012 [Docket No. 151] (the "Case Management Procedures"), the undersigned submits this Certificate of No Objection pursuant to 28 U.S.C. § 1746.

    4.    Accordingly, for the reasons set forth in the Claims Objection, the Debtors respectfully request that the proposed order granting the Claims Objection, annexed hereto as Exhibit 1, be entered in accordance with the procedures set forth in the Case Management Procedures.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 7, 2014                      Respectfully submitted,
      New York, New York

                                           /s/ Norman S. Rosenbaum
                                           Gary S. Lee
                                           Norman S. Rosenbaum
                                           Jordan A. Wishnew
                                           MORRISON & FOERSTER LLP
                                           1290 Avenue of the Americas
                                           New York, New York 10104
                                           Telephone: (212) 468-8000
                                           Facsimile: (212) 468-7900

                                           *Counsel for the ResCap Liquidating Trust*

# **EXHIBIT 1**

ny-1124494

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- )
In re:                                         )    Case No. 12-12020 (MG)
                                               )
RESIDENTIAL CAPITAL, LLC, et al.,              )    Chapter 11
                                               )
               Debtors.                        )    Jointly Administered
------------------------------------------------------------------------------- )

**ORDER GRANTING DEBTORS' FIFTY-FOURTH OMNIBUS**
**OBJECTION TO CLAIMS (LATE-FILED AND DUPLICATE DEBT CLAIM)**

Upon the fifty-fourth omnibus claims objection, dated December 12, 2013 (the "Fifty-Fourth Claims Objection"),[1] of Residential Capital, LLC and its affiliated debtors in the above-referenced Chapter 11 Cases, as debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 3294] (the "Procedures Order"), disallowing and expunging the Late-Filed Claims on the basis that they were filed after the applicable Bar Date and the Duplicate Debt Claim on the basis that it is a duplicate of a corresponding claim all as more fully described in the Fifty-Fourth Claims Objection; and it appearing that this Court has jurisdiction to consider the Fifty-Fourth Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Fifty-Fourth Claims Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Fifty-Fourth Claims Objection having been provided, and it appearing that no other or further notice need be provided; and upon consideration of the Fifty-

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Fifty-Fourth Claims Objection.

Fourth Claims Objection and the Declaration of Deanna Horst in Support of the Debtors' Fifty-Fourth Objection to Claims (Late-Filed Claims and Duplicate Debt Claim), annexed thereto as Exhibit 1; and the Court having found and determined that the relief sought in the Fifty-Fourth Claims Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Fifty-Fourth Claims Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Fifty-Fourth Claims Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit A annexed hereto (collectively, the "Late-Filed Claims") are hereby disallowed and expunged in their entirety with prejudice;

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claim listed on Exhibit B annexed hereto (the "Duplicate Debt Claim") is hereby disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, is directed to disallow and expunge the Late-Filed and Duplicate Debt Claims identified on the schedule attached as Exhibit A and Exhibit B hereto so that such claims are no longer maintained on the Debtors' Claims Register; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions as may be necessary and appropriate to implement the terms of this Order; and it is further

ORDERED that notice of the Fifty-Fourth Claims Objection as provided therein shall be deemed good and sufficient notice of such objection, and the requirements of Bankruptcy Rule

ny-1119914

3007(a), the Case Management Procedures entered on May 23, 2012 [Docket No. 141], the Procedures Order, and the Local Bankruptcy Rules of this Court are satisfied by such notice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of any claim not listed on Exhibit A or Exhibit B annexed to this Order, and all rights to object on any basis are expressly reserved with respect to any such claim that is not listed on Exhibit A or Exhibit B annexed hereto; and it is further

ORDERED that this Order shall be a final order with respect to each of the Late-Filed or Duplicate Debt Claims identified on Exhibit A or Exhibit B, annexed hereto, as if each such Late-Filed or Duplicate Debt Claim had been individually objected to; and it is further

ORDERED that the Debtors reserve all rights to object on any other basis to any Late-Filed or Duplicate Debt Claim as to which the Court does not grant the relief requested herein; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:_____, 2014
      New York, New York

                                          THE HONORABLE MARTIN GLENN
                                          UNITED STATES BANKRUPTCY JUDGE

# Exhibit A

ny-1119914

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTY-FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

|   | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 1 | Deutsche Bank Trust Company Americas as Trustee for Residential Accredit Loans, Inc Pass Through Certificates 2006-Q06<br>Attn Bankruptcy Department<br>Nationstar Mortgage, LLC<br>PO Box 630267<br>Irving , TX 75063 | 7183 | 10/07/2013 | $0.00<br>$0.00<br>$239,744.60<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 2 | Franklin County, Ohio Treasurer<br>373 S High St, 17th Floor<br>Columbus, OH 43215 | 7184 | 09/27/2013 | $0.00<br>$0.00<br>$8,705.39<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 3 | Guy S. Yogi and Associates<br>Guy S. Yogi<br>6915 56th Ave NE<br>Seattle, WA 98115 | 7167 | 09/09/2013 | $0.00<br>$0.00<br>$0.00<br>$550.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 4 | JONES PAVAN<br>4225 W JACARANDA AVE<br>BURBANK, CA 91505 | 7166 | 09/06/2013 | $0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 5 | Milliman, Inc.<br>15800 W. Bluemound Road, Suite 100<br>Brookefield, WI 53005 | 7182 | 09/26/2013 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTY-FOURTH OMNIBUS OBJECTION - LATE FILED CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number |
|---|---|---|---|---|---|---|---|
| 6 | Re/Max Executives<br>1901 S Center<br>Marshalltown, IA 50158 | 7295 | 10/23/2013 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>UNLIQUIDATED | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |
| 7 | The Hartford<br>Eric J. Ryan, Esq.<br>John A. Halpern & Associates<br>12 South Sixth Street, Suite 500<br>Minneapolis, MN 55402 | 7180 | 09/19/2013 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$28,199.36 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Homecomings Financial, LLC | 12-12042 |
| 8 | Tri State Realty, Inc.<br>Michelle Basso<br>3870 Hwy 95 - Frontage Rd<br>Bullhead City, AZ 86442 | 7287 | 10/15/2013 | $0.00<br>$0.00<br>$0.00<br>$345.00<br>$0.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 |

## **Exhibit B**

2

ny-1119914

In re RESIDENTIAL CAPITAL, LLC, et al. (CASE NO. 12-12020 (MG)) (JOINTLY ADMINISTERED)

FIFTY-FOURTH OMNIBUS OBJECTION - DUPLICATE DEBT CLAIMS (NON-BORROWER CLAIMS)

| | Name of Claimant | Claim Number | Date Filed | Claim Amount | | Asserted Debtor Name | Asserted Case Number | Reason for Disallowance |
|---|---|---|---|---|---|---|---|---|
| 1 | Mr. Jurgen Altig<br>Wette 3<br>Oberderdingen, 75038, Germany | 1411 | 10/19/2012 | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$62,000.00 | Administrative Priority<br>Administrative Secured<br>Secured<br>Priority<br>General Unsecured | Residential Capital, LLC | 12-12020 | Claim duplicative of the surviving Master Proof of Claim 5256 filed by Wilmington Trust, National Association |