MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Post-Effective Date Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF DEBTORS' FIFTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER CLAIMS – BOOKS AND RECORDS) SOLELY AS IT RELATES TO THE CLAIMS FILED BY PATRICK L. FARRELL (CLAIM NOS. 283, 1696, 4692 AND 6281)**

**PLEASE TAKE NOTICE** that the Borrower Claims Trust in the above-captioned bankruptcy cases withdraws, without prejudice, the *Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records)* [Docket No. 5162] (the "Fiftieth Omnibus Claims Objection") against Patrick L. Farrell ("Mr. Farrell").

**PLEASE TAKE FURTHER NOTICE** that the withdrawal of the Fiftieth Omnibus Claims Objection as to Mr. Farrell does not constitute any admission or finding with respect to the allowance of claim numbers 283, 1696, 4692 and 6281 filed by Mr. Farrell, and the Borrower Claims Trust reserves all rights to object to all claims filed by Mr. Farrell on any basis at a future point in time.

ny-1120982

| | |
|---|---|
| Dated: January 8, 2014<br>New York, New York | /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the Borrower Claims Trust* |

ny-1120982