**EXHIBIT 3**

**CSD 1001A** [11/15/04]

Name, Address, Telephone No. & I.D. No.
Bernard J. Kornberg (SBN #252006)
Mary Kate Sullivan (SBN# 180203)
Severson & Werson, P.C.
One Embarcadero Center, Suite 2600
San Francisco, CA 9411
Ph: (415) 398-3344; Fax: (415) 677-5664
Email: bjk@severson.com

Order Entered on
June 10, 2013
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re   Lynn McLaughlin-Montero

Debtor.

BANKRUPTCY NO.
12-13935-MM7
Date of Hearing:
Time of Hearing:
Name of Judge: Margaret M. Mann

**COURT MODIFIED**

**ORDER ON** MOTION TO COMPEL THE CHAPTER 7 TRUSTEE TO ABANDON
THE BANKRUPTCY ESTATE'S INTEREST IN ESCROW FUNDS

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through 2 with exhibits, if any, for a total of 2 pages, is granted. Motion/Application Docket Entry No. 29

//
//
//
//
//
//

DATED: June 7, 2013

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Severson & Werson, P.C.
(Firm name)

By: /s/ Bernard J. Kornberg
    Attorney for [x] Movant [ ] Respondent
    GMAC Mortgage, LLC

Judge, Margaret

Judge, United States Bankruptcy Court

**CSD 1001A**

CSD-1001

**CSD 1001A** [11/15/04] **(Page 2)**
ORDER ON Motion to Compel Chapter 7 Trustee to Abandon the Bankruptcy Estate's Interest in Escrow Funds
DEBTOR: Lynn McLaughlin-Montero                                CASE NO: 12-13935-MM7
_____

Upon consideration of Movant GMAC Mortgage, LLC's motion, the pleadings and files in this case, and finding that service of the motion was proper and that no opposition was timely filed, the Court, having considered the submissions of the parties, hereby orders that the GMAC Mortgage, LLC's Motion to to Compel the Chapter 7 Trustee to Abandon the Bankruptcy Estate's Interest in Escrow Funds is GRANTED.

Although the notice period has not yet expired on the Chapter 7 Trustee's Notice of Proposed Abandonment of Property re: Bankruptcy Estate's Interest in Escrow Funds, Movant, as a party-in-interest, independently sought abandonment pursuant to Bankruptcy Rule 6007(b) and no opposition was filed.

　　　IT IS HEREBY ORDERED THAT the pursuant to 11 U.S.C. 554, the Chapter 7 trustee shall and does immediately abandon to Debtor Lynn McLaughlin-Montero ("Debtor") any and all interest of the Chapter 7 bankruptcy estate in funds resulting from the sale of the the property known as 3555 Yosemite Street, San Diego, CA.  Debtor may immediately take any action allowed by law as to its interest in the funds, including but not limited to, relinquishing its interest in the funds to GMAC Mortgage, LLC as part of a settlement agreement to resolve outstanding litigation.

**CSD 1001A**

Signed by Judge Margaret M. Mann June 7, 2013