UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────x
In re:

      RESIDENTIAL CAPITAL, LLC, et al,      Case No.: 12-12020-mg


      Debtors.
───────────────────────────────────────x


# STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL

Appellant, Phillip Scott, by counsel, Kim DSouza, respectfully submits this statement of issues to be presented on appeal and designation of record items to be included in the record on appeal, to the United States District Court for the Southern District of New York in connection with the Notice of Appeal filed January 2, 2014.

## 1. STATEMENT OF ISSUES PRESENTED

The Bankruptcy Court erroneously:

I.    denied enforcement for violation of automatic stay brought on behalf of non-debtor subsidiary without addressing evidence of record, of fraud, which establishes calculable economic hardship to the estate, and

II.    granted declaratory judgment in favor of DIP, notwithstanding its own finding of a lack of subject matter jurisdiction, and in violation of the Rooker-Feldman doctrine, that the bankruptcy estate does not include the mortgage, and that the

1

state foreclosure action was "filed by the trustee for the trust that owns the note and mortgage", and

III.  denied the motion, for a lack of subject matter jurisdiction, although Appellant owned title to premises subject to note in DIP's possession, and Appellant met condition precedent for derivative standing for creditor.

## 2. DESIGNATION OF RECORD ITEMS FOR APPEAL

Appellant designates the items listed below to be included in the record on appeal.

| Designation No. | Date of Filing | PACER No. | Description |
| --- | --- | --- | --- |
| 1 | 8/12/12 | 12-01671 #82 | Order, US SDNY District Court Judge Denise L. Cotes |
| 1 | 10/12/12 | 12-12020 # 1813 | Order, US SDNY Bankruptcy Court Judge Martin Glenn |
| 2 | 5/20/13 | 12-12020 # 3781 | Order, US SDNY District Court Judge Denise L. Cotes |
| 3 | 7/15/13 | 12-3342 | Order, US CAP 2nd, Circuit Court Clerk Catherine O'Hagan Wolfe; 12-3342 |
| 4 | 8/9/13 | 12-12020 # 4649 | Notice of Motion by Phillip Scott |
| 5 | 8/12/13 | 12-5116 #41 | Order USDC SDNY Judge Denise L. Cotes |
| 6 | 8/23/13 | 12-12020 #4819 | Debtor's Notice of Filing |
| 6 | 10/2/13 | 12-12020 #5236 | Debtor's Objection to Motion |
| 7 | 12/19/13 | 12-12020 #6154 | Order Denying Phillip Scott's Motion |
| 8 | 1/2/14 | 12-12020 #6219 | Notice of Appeal |

DATED:  January 9, 2014



**Kim DSouza, Esq.**
Attorney for Appellant, Phillip Scott
1131 Route 55, Suite 6
LaGrangeville, NY 12540
(845) 570-9300

TO:

Clerk of the Bankruptcy Court
One Bowling Green
New York, New York 10004-1408

Tracy Hope Davis, Esq.
U.S. Trustees for the Southern District of New York
201 Varick Street, Ste. 1006
New York, NY 10014

Jonathan Petts, Esq.
Morrison & Foerster LLP
*Counsel for Debtors and Debtors In Possession*
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000