UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――x

In re:

    RESIDENTIAL CAPITAL, LLC, et al,        Case No.: 12-12020-mg

    Debtors.

―――――――――――――――――――――――――――――x

## SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL

Appellant, Phillip Scott, by counsel, Kim DSouza, respectfully submits this counter designation of record items to be included in the record on appeal, to the United States District Court for the Southern District of New York in connection with the Notice of Appeal filed January 2, 2014.

## SUPPLEMENTAL DESIGNATION OF RECORD ITEMS FOR APPEAL

Appellant further designates the items below to be included in the record on appeal.

| Designation No. | Date of Filing | PACER No. | Description |
|---|---|---|---|
| 1 | 7/30/12 | 12-2607-CS # 8 | Notice of Appearance by Steven Scott Rand on behalf of Residential Capital, LLC, The Bank of New York Trust Company, et al. |
| 2 | 7/30/12 | 12-2607-CS # 9 | Notice of Appearance by Theodora Dora Vasilatos on behalf of Residential Capital LLC, The Bank of New York Trust Company, et al. |
| 3 | 7/30/12 | 12-2607-CS # 11 | Rule 7.1 Corporate Disclosure, Identifying Corporate Parent Bank of New York Mellon Corporation for the Bank of New York Trust Company, N.A. |
| 4 | 7/30/12 | 12-2607-CS # 12 | Rule 7.1 Corporate Disclosure, Identifying Corporate Parent Ally Financial Inc. for Residential Capital, LLC |
| 5 | 7/30/12 | 12-2607-CS- n/f | Transcript of Proceedings re: Hearing held on 11/4/2011 before Judge Cathy Seibel |
| 6 | 7/31/12 | 12-2607-CS # 14 | Notice of Bankruptcy and Effect of Automatic Stay |

| 7 | 8/13/12 | 12-2607-CS- n/f | Transcript of Proceedings re: Hearing held on 11/4/2011 before Judge Cathy Seibel |
| 8 | 7/19/11 | 11-1588-CS # 19 | Joint Motion to Vacate Default Judgment Inquest, The Bank of New York Trust Company, N.A. and JP Morgan Chase, N.A., and JP Morgan Chase Bank, N.A., as Trustee |
| 9 | 7/20/11 | 11-1588-CS # 20 | Affirmation of Natalie Grigg, Esq. in Support of Motion to Vacate Inquest |
| 10 | 7/20/11 | 11-1588-CS #20-1 | Affirmation Exhibit A |
| 11 | 7/20/11 | 11-1588-CS # 20-11 | Affirmation Exhibit K |
| 12 | 2/21/12 | 11-1588-CS #40 | Transcript of Proceedings re: Decision held on 11/4/2011 before Judge Cathy Seibel |
| 13 | 3/14/12 | 11-1588-CS # 44 | Declaration of Michael S. Batson |
| 14 | 3/14/12 | 11-1588-CS #44-6 | Declaration Exhibit E |
| 15 | 10/9/12 | 11-1588-CS #63 | Endorsed letter addressed to Judge Cathy Seibel from Steven S. Rand |
| 16 | 3/16/12 | PACER N/A | Supreme Court/ Westchester County, Index No. 16483/08 Consent to Change Attorney |
| 17 | 3/19/12 | PACER N/A | Supreme Court/Westchester County, Index No. 16483/08 Consent to Change Attorney |
| 18 | 8/22/12 | 13-23312-rdd #10 | Schedules Filed |
| 19 | 9/30/13 | 13-23312-rdd #17 | Notice of Appearance filed by Anjana Nair on behalf of the Bank of New York Mellon Trust Company fka the Bank of New York Trust Company, N.A., a successor to JP Morgan Chase Bank, N.A.,. as trustee for RAMP 2005-RZ3 |
| 20 | 10/18/13 | 13-23312-rdd #19 | Debtor's Demand For Trustee to Avoid Judicial Lien of Bank of New York Trust Company, N.A. |
| 21 | 11/7/13 | 13-23312-rdd # 20 | Demand For Documents |

| 21 | 11/8/13 | 13-23312-rdd #21 | Notice of Appearance filed by Kim Christian DSouza on behalf of Phillip Michael Scott |
| --- | --- | --- | --- |
| 22 | 12/11/13 | 12-23312-rdd #34-3 | Amended Schedule D |
| 23 | 12/11/13 | 12-23312-rdd #36 | Debtor's Amended Trustee Demand For Lien Avoidance |
| 24 | 12/11/13 | 12-23312-rdd #37 | Debtor's Second Demand For Documents |
| 25 | 12/18/13 | 13-23312-rdd #39 | Notice of Discharge |

DATED: January 9, 2014

*Kim DSouza* (signature)

**Kim DSouza, Esq.**
Attorney for Appellant, Phillip Scott
1131 Route 55, Suite 6
LaGrangeville, NY 12540
(845) 570-9300

TO:

Clerk of the Bankruptcy Court
One Bowling Green
New York, New York 10004-1408

Tracy Hope Davis, Esq.
U.S. Trustees for the Southern District of New York
201 Varick Street, Ste. 1006
New York, NY 10014

Jonathan Petts, Esq.
Morrison & Foerster LLP
*Counsel for Debtors and Debtors In Possession*
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000

3

4