UNITED STATES DISTRICT BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

In Re:   RESIDENTIAL CAPITAL, LLC, et al.,            Case No. 12-12020-mg

Debtor.

_____x

## **CERTIFICATE OF SERVICE**

Kim DSouza "Counsel"), an attorney duly admitted to practice law before the United States Bankruptcy Court, Southern District of New York, affirms under penalty of perjury as follows:

Counsel hereby certifies that he electronically filed the <u>Statement of Issues and Designation of Record on Appeal</u> and <u>Supplemental Designation of Record on Appeal</u> with the Clerk of the Court for the Southern District of New York, and that the foregoing are participants in the case registered in the PACER system.

Counsel further certifies that Counsel also failed the foregoing document by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service addresses to each person at the address set forth below:

Clerk of the Bankruptcy Court
One Bowling Green
New York, New York 10004-1408

Tracy Hope Davis, Esq.
U.S. Trustees for the Southern District of New York
201 Varick Street, Ste. 1006
New York, NY 10014

Jonathan Petts, Esq.
Morrison & Foerster LLP
*Counsel for Debtors and Debtors In Possession*
1290 Avenue of the Americas
New York, New York 10104
(212) 468-8000

Dated:

LaGrangeville, New York
January 9, 2014

<u>Kim DSouza, Esq.</u>

Kim DSouza, Esq.
1131 Route #55, Suite #6
LaGrangeville, NY 12540
(845) 570-9300