## United States Bankruptcy Court



**TUCSON DIVISION**
James A Walsh Courthouse
38 S. Scott Avenue
Tucson, AZ 85701
520-202-7500

District of Arizona

**YUMA DIVISION**
325 W. 19th St., Ste. D
Yuma, AZ 85364
928-783-2288

**PHOENIX HEADQUARTERS**
230 N. First Avenue, Suite 101
Phoenix AZ 85003-1706
602-682-4000



RECEIVED JAN - 9 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

CREDITOR
**CHANGE OF ADDRESS**

Case No.: 12-12020          Chapter: 11

Name: Emmanuel Diryawish

**NEW** Mailing Address: 14 Palmer Close
Street Address/P.O. Box Number

Hounslow
Suite/Apartment Number

TW5 0PU
City        State    Zip Code

**OLD** Mailing Address: 4949 W. Oraibi Dr.
Street Address/P.O. Box Number

Suite/Apartment Number

Glendale, AZ 85308
City        State    Zip Code

Signature: [signature]  12/24/13
Date

Date

DebtorAddChng/3/06