EXHIBIT A
Verizon Business Network Services Inc.
Statement of Account

Residential Capital, LLC, *et al.*
Filed Chapter 11 5/14/2012
Bankr. SDNY
Case No. 12-12020 (MG)
Account No. Y2651326

| Date | invoice # | Amount | Adj. & Credits | Payments | Balance |
|---|---|---|---|---|---|
| 8/10/2010 | 66460502 | $ - | $ (600.00) | $ - | $ (600.00) |
| 12/10/2011 | 63657206 | $ - | $ (3,640.99) | $ - | $ (3,640.99) |
| 10/10/2012 | 66383073 | $ 245,205.15 | $ - | $ (198,505.75) | $ 46,699.40 |
| 11/10/2012 | 74882713 | $ 123,381.11 | $ (1,675.11) | $ (3,092.47) | $ 118,613.53 |
| 12/10/2012 | 61821021 | $ 201,329.14 | $ (13,372.74) | $ (61,582.60) | $ 126,373.80 |
| 1/10/2013 | 62758978 | $ 107,879.85 | $ (2,239.11) | $ - | $ 105,640.74 |
| 2/10/2013 | 63693918 | $ 54.03 | $ - | $ - | $ 54.03 |
| 3/10/2013 | 64629098 | $ 54.02 | $ - | $ - | $ 54.02 |
| 4/10/2013 | 67614880 | $ 53.99 | $ - | $ - | $ 53.99 |
| 5/10/2013 | 68554982 | $ 57.23 | $ - | $ - | $ 57.23 |
| | | | | TOTAL | $ 393,305.75 |