UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
In re                                                            :   Chapter 11
                                                                 :
RESIDENTIAL CAPITAL, LLC, *et al.*,                              :   Case No. 12-12020 (MG)
                                                                 :
                              Debtors.                           :   Jointly Administered
----------------------------------------------------------------x

## ORDER GRANTING REQUEST OF
## VERIZON BUSINESS NETWORK SERVICES INC. FOR
## ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

This matter came before the Court on the Request for Allowance and Payment of Administrative Expense Claim filed by Verizon Business Network Services Inc., on behalf of itself and its subsidiaries, parents and affiliates ("Verizon"). In the Request, Verizon requests allowance of administrative expenses totaling $393,305.75 for post-petition telecommunications and data services provided pursuant to a telecommunications agreement that was assumed and assigned by Residential Capital, LLC ("ResCap") in the course of these Chapter 11 proceedings.

Upon consideration of the Request and any opposition filed thereto, it is hereby:

**ORDERED**, that Verizon is granted an allowed administrative expense claim in the amount of $393,305.75, which is entitled to priority under 11 U.S.C. § 507(a)(2); and it is

**FURTHER ORDERED**, that ResCap is directed to pay Verizon $393,305.75 within 14 days of entry of this Order.

Dated: _____, 2014
New York, New York

                                                  HON. MARTIN GLENN
                                                  UNITED STATES BANKRUPTCY JUDGE