Darrell W. Clark, *Pro Hac Vice*  
STINSON LEONARD STREET LLP  
1775 Pennsylvania Ave., NW, Suite 800  
Washington, DC  20006  
Tel:  (202) 785-9100  
Fax: (202) 785-9163  
E-mail: darrell.clark@stinsonleonard.com  

Hearing Date:  January 30, 2014 at 10:00 a.m.  
Objection Deadline: January 21, 2014 at 4:00 p.m.  

*Attorneys for Verizon Business Network Services Inc.*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x  
: 
In re : Chapter 11  
 : 
RESIDENTIAL CAPITAL, LLC, *et al.*,[1] : Case No. 12-12020 (MG)  
 : 
 Debtors. : Jointly Administered  
---------------------------------------------------------------x  

**NOTICE OF HEARING ON**  
**REQUEST OF VERIZON BUSINESS NETWORK SERVICES INC.**  
**FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

**PLEASE TAKE NOTICE** that Verizon Business Network Services Inc., on behalf of itself and its subsidiaries, parents and affiliates ("Verizon") has filed a *Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim* (the "Request").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Request shall be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 501, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on **January 30, 2014 at 10:00 a.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Request must (i) be in writing and state with particularity the legal and factual basis for the objection, (ii) conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"), and (iii) be filed with the Bankruptcy Court, together with proof of service, and be served so as to be actually received on or before **January 21, 2014 at 4:00 p.m. (prevailing Eastern Time)** by: (a) the chambers of the Honorable Martin Glenn, One Bowling Green, New York, New York 10004, Courtroom 501; (b) counsel to Verizon: Stinson Leonard Street LLP, 1775 Pennsylvania Avenue

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital LLC in Support of the Chapter 11Petitions and First Day Pleadings.

NW, Suite 800, Washington, DC 20006 (Attn: Darrell W. Clark, Esq.); and (c) the parties on the Special Service List as set forth in the Case Management Procedures approved in this case, a copy of which are available at http://www.kccllc.net/rescap.

**PLEASE TAKE FURTHER NOTICE** that, if no objection to the Request is timely filed and served, the Bankruptcy Court may enter an order granting the Request without further notice or opportunity to be heard afforded to any party.

Dated: January 10, 2014    Respectfully submitted,

/s/ Darrell W. Clark
Darrell W. Clark, *Pro Hac Vice*
STINSON LEONARD STREET LLP
1775 Pennsylvania Ave., N.W.
Suite 800
Washington, D.C. 20006
Tel:  (202) 785-9100
Fax:  (202) 785-9163
E-mail:  darrell.clark@stinsonleonard.com

*Attorneys for Verizon Business Network Services Inc.*