**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>        Post-Effective Date Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**AMENDED SCHEDULING ORDER FOR**
**OBJECTION TO CLAIM FILED BY BECKY SPENCE**

**WHEREAS**, on September 18, 2013, the Debtors filed the *Debtors' Objection to Proof of Claim No. 3835 Filed by Becky Spence* [Docket No. 5105] (the "Objection");

**WHEREAS**, on November 18, 2013, claimant Becky Spence ("Claimant") filed a statement in response to the Objection [Docket No. 5897];

**WHEREAS**, on December 13, 2013, the Debtors filed the *Debtors' Reply to Response of Becky Spence to Debtors' Objection to Proof of Claim No. 3835* [Docket No. 6090];

**WHEREAS**, on December 17, 2013, the Court held a hearing on the Objection (the "Hearing") at which time the Debtors announced on the record that, at the request of counsel to Claimant, the parties agreed to adjourn the matter to the hearing scheduled for January 30, 2014;

**WHEREAS**, also at the Hearing, the Court ordered on the record that Claimant file any supplemental brief on or before January 10, 2014 at 5:00 p.m. and that the Debtors file any supplemental reply on or before January 17, 2014 at 5:00 p.m.;

**WHEREAS**, at the further request of counsel to Claimant, the parties have agreed to the following amended briefing schedule and further adjourn the matter as set forth below, and it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      Claimant shall file and serve any supplemental brief on or before **Thursday, January 23, 2014 at 5:00 p.m. (Prevailing Eastern Time)**.

2.      The ResCap Borrower Claims Trust, as successor to the Debtors, shall file any supplemental reply on or before **January 30, 2014 at 5:00 p.m. (Prevailing Eastern Time)**.

3.      The Court shall hold a hearing on the Objection on **February 6, 2014 at 10:00 a.m. (Prevailing Eastern Time)**.

By: /s/ Norman S. Rosenbaum
Adam A. Lewis
Norman S. Rosenbaum
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for The ResCap Borrower Claims Trust*

By: /s/ Erlene W. Krigel
Erlene W. Krigel (MO 29416)
**KRIGEL & KRIGEL, P.C.**
4550 Belleview
Kansas City, Missouri 64111
Telephone:  (816) 285-6010
Facsimile:  (816) 756-1999

*Counsel for Claimant Becky Spence*

**SO ORDERED.**

Dated:  January 10, 2014
         New York, New York

              /s/Martin Glenn
            MARTIN GLENN
      United States Bankruptcy Judge