Conrad P Burnett
612 McIntosh Drive
Linden, VA. 22642
571-528-5972
Claimant Unrepresented Pro Se



RECEIVED JAN -8 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                                          :       Chapter 11
                                                                :
                                                                :       Case No. 12-12020 (MG)
Residential Capital, LLC, et al.                                :
                                                                :       Jointly Administered
                                    Debtors.                    :

------------------------------------------------------------x

## APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE AND IMMEDIATE PAYMENT PURSUANT TO 11 U.S.C. § 503

Conrad P Burnett, Claimant, represented pro se and pursuant to 11 U.S.C. §503, applies to this Court for allowance of an administrative expense and for immediate payment. In support of this motion, Claimant would show as follows:

1. Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code on May 15, 2012.

2. Claimant had business transactions with Co-Debtor GMAC Mortgage, Inc. Case No. 12-12032 (MG) a subsidiary of Debtor which provided Mortgage Servicing to Conrad P Burnett.

3. After the filing of the petition in this case Conrad P Burnett, in the ordinary course of business, provided a Proof of Claim No. 345 filed July 27, 2012 and was served to Debtor's and Debtor's did not object. Copies of monthly billing statements showing the dates and nature of the administrative expenses incurred by the Claimant are annexed as Composite Exhibit A. Conrad P Burnett has billed Debtor for these expenses.

4.  Debtor owes Conrad P Burnett, Claimant $375,395.00 for failed mortgage servicing rendered in the ordinary course of business between May 14, 2012, and December 17, 2013.

5.  This claim is not subject to any set off or counterclaim and Conrad P Burnett holds no security for the debt.

6.  All conditions precedent to the relief demanded herein have been performed or have occurred.

**WHEREFORE**, Claimant Conrad P Burnett moves this Court to enter an Order allowing Conrad P Burnett an administrative expense, pursuant to 11 U.S.C. §503 and directing immediate payment of that claim.

Date: January 6, 2014

Respectfully Submitted,

_____
Conrad P Burnett

Conrad P Burnett
612 McIntosh Drive
Linden, VA. 22642
571-528-5972
Claimant Unrepresented Pro Se

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                        :     Chapter 11
                                                              :
                                                              :     Case No. 12-12020 (MG)
Residential Capital, LLC, et al.                              :
                                                              :     Jointly Administered
                        Debtors.                              :
---------------------------------------------------------------x

## AFFIDAVIT OF CONRAD P BURNETT

Conrad P Burnett, being duly sworn, states as follows:

1.     I am Creditor for GMAC Mortgage, Inc. Co-Debtor in case 12-12032 (MG) and I have priority claim for the Debtor account at GMAC Mortgage, Inc. Account No.: 7441368818 (458 LAKEVIEW LANE, BOYCE, VA. 22620) a subsidiary for Debtor herein Residential Capital, LLC. parent for said Mortgage Servicer.

2.     I properly filed my Proof of Claim timely and the time for objection has passed.

3.     I have maintained continual contact with Attorney Justin Krull attorney with GMAC, Mortgage, Inc. regarding prior claims and this settlement by confirmation. The contact between the parties thus far has promoted judicial efficiency and economy; any may have prevented a miscarriage of justice.

4.  I have reviewed the Application for Allowance of Administrative Expenses and Immediate Payment Pursuant to 11 U.S.C. §503, for Administrative Expense. All of the facts and matters stated in said Application are true and correct to the best of my knowledge, information, and belief.

Further affiant saith naught.

By: _____

Conrad P Burnett
Affiant

## ACKNOWLEDGMENT

STATE OF VIRGINIA          )

COUNTY OF _W/g/(a_      )

Sworn to and subscribed before me, _Jo  Ja(Dn.w) J_____, this the _6^D_ day of _Jnuay_____, 2014 _by  (cra) P Bnnt7 J-_

_____
Notary Public  #344724

My Commission Expires: _12-31-2016_

[Notary Seal: JON J. MCDONALD JR. NOTARY PUBLIC MY COMMISSION NUMBER 344724 COMMONWEALTH OF VIRGINIA]