Conrad P Burnett
612 McIntosh Drive
Linden, VA. 22642
571-528-5972
Claimant Unrepresented Pro Se

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

In re:                                          :    Chapter 11
                                                :
                                                :    Case No. 12-12020 (MG)
Residential Capital, LLC, et al.                :
                                                :    Jointly Administered
                        Debtors.                :
---------------------------------------------------------x

## NOTICE OF APPLICATION FOR ADMINSTRATIVE EXPENSE

Notice is hereby given that "Application" has been filed with the Court and Application for Allowance of Administrative Expense and Immediate Payment (the "Application") Pursuant to 11 U.S.C. §503(b)(1) and §507(b). A copy of the Application is attached hereto.

Notice is further given that objections to the Application must be filed in writing with the Court and served to Conrad P Burnett at the address below within twenty days of the date of the notice. A hearing will be held on the Application only if an objection is timely and properly filed. In the absence of a timely written objection, the Application will be considered uncontested and the Applicant will submit an appropriate order granting the Application.

Dated: 1-6-2014

_____
Conrad P Burnett
612 McIntosh Drive
Linden, VA. 22642
571-528-5972
Claimant Unrepresented Pro Se