UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
                                                    :    Case No. 12-12020 (MG)
Residential Capital, LLC, et al.                    :
                                                    :    Jointly Administered
                              Debtors.              :
------------------------------------------------------------x

## ORDER

The application of Conrad P Burnett for the payment of administrative expenses was filed with this Court on January _____, 2014. Notice was served on the parties in interest in these proceedings. The objections of Residential Capital, LLC to such application were filed on January _____, 2014. The Court heard the motion and objections on _____, 2014.

**IT IS ORDERED** that $375,395.00 of administrative expenses be allowed as administrative expenses, specifically, legal expenses, filing fees, attorney's fees, and proof of claim.

Dated: _____

                                                      **Honorable Martin Glenn**
                                                      **United Stated Bankruptcy Judge**

1:04 PM
12/31/13

# Phillip S. Griffin II PC
# Payments and Credits for Burnett, Conrad
### May 2012 through December 2013

| Type | Num | Date | Amount | Open Balance |
|---|---|---|---|---|
| **May '12 - Dec 13** | | | | |
| Payment | 1050 | 06/17/2013 | 1,564.00 | |
| Discount | 1050 | 06/17/2013 | 9.67 | 0.00 |
| Payment | 1065 | 05/17/2013 | 600.00 | |
| Payment | | 08/27/2012 | 6,000.00 | |
| Credit Memo | 9534 | 08/21/2012 | 5,846.34 | |
| Payment | 1025 | 08/16/2012 | 6,000.00 | |
| **May '12 - Dec 13** | | | 20,020.01 | 0.00 |

Exhibit "A"

9:15 PM
01/01/14

# HUELBIG DOC PREP CORPORATION
## Customer QuickReport
### All Transactions

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| **CONRAD P. BURNETT** | | | | | | | |
| Payment | 1/14/2013 | | | Undeposited Funds | | Accounts Rec... | 250.00 † |
| Payment | 1/5/2013 | | | Undeposited Funds | | Accounts Rec... | 250.00 † |
| Invoice | 1/2/2013 | 0000... | | Accounts Receivable | | -SPLIT- | 875.00 |
| Payment | 1/1/2013 | | | Undeposited Funds | | Accounts Rec... | 375.00 † |
| Payment | 12/17/2012 | | | Undeposited Funds | | Accounts Rec... | 200.00 † |
| Payment | 12/3/2012 | | | Undeposited Funds | | Accounts Rec... | 500.00 † |
| Payment | 11/27/2012 | | | Undeposited Funds | | Accounts Rec... | 500.00 † |
| Payment | 11/14/2012 | | | Undeposited Funds | | Accounts Rec... | 300.00 † |
| Payment | 11/10/2012 | | | Undeposited Funds | | Accounts Rec... | 500.00 † |
| Invoice | 11/3/2012 | 0000... | | Accounts Receivable | | -SPLIT- | 1,300.00 |
| Payment | 11/3/2012 | | | Undeposited Funds | | Accounts Rec... | 500.00 † |
| Invoice | 10/2/2012 | 0000... | | Accounts Receivable | | -SPLIT- | 1,200.00 |
| Payment | 11/22/2010 | | | Undeposited Funds | | Accounts Rec... | 800.00 † |
| Invoice | 11/15/2010 | 0000... | | Accounts Receivable | | -SPLIT- | 800.00 |
| Payment | 10/13/2010 | | | Undeposited Funds | | Accounts Rec... | 525.00 † |
| Invoice | 10/11/2010 | 0000... | | Accounts Receivable | | -SPLIT- | 175.00 |
| Invoice | 10/6/2010 | 0000... | | Accounts Receivable | | -SPLIT- | 525.00 |
| Payment | 10/1/2010 | | | Undeposited Funds | | Accounts Rec... | 175.00 † |
| Payment | 3/29/2010 | | | Undeposited Funds | | Accounts Rec... | 415.00 † |
| Invoice | 3/17/2010 | 0000... | | Accounts Receivable | | -SPLIT- | 795.00 |
| Payment | 3/17/2010 | | | Undeposited Funds | | Accounts Rec... | 380.00 † |
| Invoice | 11/5/2009 | 0000... | | Accounts Receivable | | -SPLIT- | 175.00 |
| Payment | 11/5/2009 | | | Undeposited Funds | | Accounts Rec... | 175.00 † |
| Invoice | 8/31/2009 | 0000... | | Accounts Receivable | | -SPLIT- | 225.00 |
| Payment | 8/31/2009 | | | Undeposited Funds | | Accounts Rec... | 225.00 † |

$ 3,375.00

EXHIBIT "A"

Claim #345  Date Filed: 7/27/2012

B 10 (Official Form 10) (12/11)

**UNITED STATES BANKRUPTCY COURT** — Southern District of New York — **PROOF OF CLAIM**

| Name of Debtor: | Case Number: |
|---|---|
| GMAC MORTGAGE, LLC | 12-12032-MG |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**CONRAD P BURNETT JR**

Name and address where notices should be sent:
612 MCINTOSH DRIVE
LINDEN, VA. 22642

Telephone number: (703) 300-7122    email:

Name and address where payment should be sent (if different from above):
612 MCINTOSH DRIVE
LINDEN, VA. 22642

Telephone number: (703) 300-7122    email:

**RECEIVED JUL 3 1 2012 KURTZMAN CARSON CONSULTANTS**

COURT USE ONLY

☐ Check this box if this claim amends a previously filed claim.
Court Claim Number: _____
(if known)
Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:** $ 352,000.00

If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** COMMERCIAL PAPER "DEED OF TRUST"
   (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** 4 8 4 0

   3a. Debtor may have scheduled account as: _____ (See instruction #3a)
   3b. Uniform Claim Identifier (optional): _____ (See instruction #3b)

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $ 232,700.00
Annual Interest Rate 7.125%  ☒ Fixed  or  ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any: $ 352,000.00

Basis for perfection: Security instrument

Amount of Secured Claim: $ 352,000.00
Amount Unsecured: $ 0.00

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☒ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(2).

Amount entitled to priority: $ 352,000.00

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

RECEIVED JUL 2 7 2012 U.S. BANKRUPTCY COURT SD DIST OF NEW YORK

12120321207270000000000003