

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Residential Capital, LLC, et al., | * |
| | *   Case No. 12:192020 (MG) |
| | * |
| | * |
| | * |
| | *   MOTION TO WITHDRAW |
| | *   PROOF OF CLAIM FILED |
| | *   SEPTEMBER 28, 2012 |

Now comes Creditor, Athens County Treasurer, and moves this Court to withdraw the Proof of Claim filed in this matter on September 28, 2012, as the real estate taxes in this matter are current.

A Memorandum in support of this Motion follows:

        KELLER J. BLACKBURN (#0080777)
        ATHENS COUNTY PROSECUTING ATTORNEY

        Prepared and Submitted by:

        _____
        Elizabeth L. Pepper
        Reg. No. (0085297)
        Assistant Athens County Prosecuting Attorney

## MEMORANDUM

Creditor Athens County Treasurer filed a Proof of Claim in this matter on September 28, 2012, for the real estate taxes for tax year 2011, payable in tax year 2012. At the time of the filing of the Proof of Claim the amount owed for real estate

MOTION
PAGE TWO

taxes were $0.00. The taxes for tax year, 2012, payable in tax year 2012, were also paid. Taxes for tax year, 2013, payable in tax year 2014, are not yet due and payable.

Therefore, Creditor, Athens County Treasurer requests that the Proof of Claim filed on September 28, 2012, be withdrawn.

                KELLER J. BLACKBURN (#0080777)
                ATHENS COUNTY PROSECUTING ATTORNEY

                Prepared and Submitted by:

                _____
                Elizabeth L. Pepper
                Reg. No. (0085297)
                Assistant Athens County Prosecutor's Office

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion was served upon the following by regular U.S. mail, this 27th day of December, 2013:

Gary S. Lee, Esq.
Lorenzo Marinuzzi, Esq.
MORRISON & FOERSTER, LLP
1290 Avenue for the Americas
New York, NY 10104
ATTORNEYS FOR DEBTOR

---

**KELLER J. BLACKBURN**
*Athens County Prosecuting Attorney*
Courthouse • Athens, Ohio 45701 • 740-592-3208

MOTION
PAGE THREE

Residential Capital, LLC
c/o KCC
2335 Alaska Avenue
El Segundo, CA 90245
DEBTOR

          KELLER J. BLACKBURN (#0080777)
          ATHENS COUNTY PROSECUTING ATTORNEY

          _____
          Elizabeth L. Pepper
          Reg. No. (0085297)
          Assistant Athens County Prosecutor's Office