UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
: 
In re                                                  :    Chapter 11
                                                       :
RESIDENTIAL CAPITAL, LLC, et al.,[1]  :    Case No. 12-12020 (MG)
                                                       :
                                                       :
                                                       :    (Jointly Administered)
                    Debtors.                    :
------------------------------------------------------x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jennifer Grageda, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On January 2, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Order (A) Granting Claimants Limited Relief from Automatic Stay and (B) Approving the Debtors' Entry into the Settlement Agreement Regarding the Pending State Court Class Action Litigation, Authorizing the Debtors to Perform the Obligations Thereunder and Fixing the Amount of an Allowed General Unsecured Claim for the Class Action Plaintiffs** [Docket No. 6133]

B. On or before January 8, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Debtors' Motion Pursuant to Sections 105(a) and 554(a) of the Bankruptcy Code for an Order Approving Abandonment of Debtors' Interests in Certain Estate Assets** [Docket No. 6139]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

C. Additionally, on or before January 8, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via Class Mail upon the service list attached hereto as **Exhibit C**:

- **Notice of Adjournment of Hearing on Debtors' Motion Pursuant to Sections 105(a) and 554(a) of the Bankruptcy Code for an Order Approving Abandonment of Debtors' Interest in Certain Estate Assets to January 27, 2014 at 2:00 p.m. (Prevailing Eastern Time)** [Docket No. 6211]

Dated: January 10, 2014

/s/ Jennifer Grageda

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 10th of January, 2014, by Jennifer Grageda, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ELIZABETH MARIE BARNETT
Commission # 2041145
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2017

# Exhibit A

Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Donald W Harris | Nicole M Harris Kulus | 1456 Willow Springs Rd | Oshkosh | WI | 54904-7658 |

# Exhibit B

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Anthony Donatelli | | 18590 Sandalwood Pointe Apt 201 | Fort Myers | FL | 33908-4789 |
| Carole A. Davis | | 900 Mission Creek Dr | Palm Dessert | CA | 92211-5907 |
| Charmaine Lepinski | | 7080 Johnson Rd | Potterville | MI | 48876-9717 |
| Cynthia Lynn Forrester | | 108 Cove Rd | Newport News | VA | 23608-3107 |
| Donna J. Rice Estate | | 6220 Wheaton Rd | Jackson | MI | 49201-7255 |
| Genevieve R. Mohr | | 920 133rd Ave | Wayland | MI | 49348-9534 |
| George E Tarango | Mike Tarango | 4486 37th St Apt 1 | San Diego | CA | 92116-4605 |
| Jane Paradiso | | 1904 Princess Ct | Naples | FL | 34110-1017 |
| Jewel D. Watterson | Virginia Watterson | 4185 F St | Eureka | CA | 95503-6408 |
| John H Flentie | | 415 3rd St Ste 90 | Platte City | MO | 64079-8472 |
| John P. Anderson | | 32131 Spearin Rd | Salisbury | MD | 21804-1571 |
| Julianne Purther | | 26023 German Mill Rd | Franklin | MI | 48025-1139 |
| Kendall L. Stiffler | Ruth A. Stiffler | PO Box 114 | Eagle | MI | 48822-0114 |
| Mark S Weiss | | 12731 Bonita Heights Dr | Santa Ana | CA | 92705-1319 |
| Miriam B. Snider | | 4630 E Montecito Ave | Phoenix | AZ | 85018-4332 |
| Mitch Jeffries | | 159 Airport Rd | Helena | GA | 31037-4640 |
| Noemi Benitah | | 231 Peachwood Rd | Middletown | NJ | 07748-3723 |
| Pamela M. Stieber | | 1106 Wildberry Ct Apt B1 | Wheeling | IL | 60090-2445 |
| Roslyn L Noble | | 12487 Brompton Rd | Carmel | IN | 46033-3184 |
| Sang-Keun Park | | 10266 Beardon Dr | Cupertino | CA | 95014-1914 |
| Stephen Hunt | | 601 Mark Dr | Angola | IN | 46703-1169 |
| Steven D Weiss | | 551 Saxonwood Rd | Altoona | WI | 54720-2761 |

# Exhibit C

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Aristotle Motahari | PO Box 2246 | Oak Bluffs | MA | 02557-2246 |
| Debra K Carney | 1495 Partridge Cv | Pocatello | ID | 83201-1988 |
| James D Love | 5252 E Paoli Way | Long Beach | CA | 90803-1909 |
| Sang-Keun Park | 10266 Beardon Dr | Cupertino | CA | 95014-1914 |