UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
RESIDENTIAL CAPITAL, LLC, et al.,[1]            :    Case No. 12-12020 (MG)
                                                :
                                                :
                                                :    (Jointly Administered)
                Debtors.                        :
------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jennifer Grageda, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On or before January 8, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit B**, **Exhibit C** and **Exhibit D**:

- **Notice of Entry of Confirmation Order Confirming the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors and Occurrence of Effective Date** [Docket No. 6137]

B. Additionally, on or before January 8, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service lists attached hereto as **Exhibit A**, **Exhibit C** and **Exhibit D**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

- **Notice of Deadline and Procedures for Filing Certain Administrative Claims** [Docket No. 6138]

Dated: January 10, 2014

                                                                Jennifer Grageda

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 10th of January, 2014, by Jennifer Grageda, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ELIZABETH MARIE BARNETT
Commission # 2041145
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2017

# Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Collora LLP | RBS Acceptance Inc., Defendant | Azure M. Abuirmeileh | 100 High St Fl 20 | Boston | MA | 02110-2321 |
| Collora LLP | RBS Acceptance Inc., Defendant | Kathy B. Weinman | 100 High St Fl 20 | Boston | MA | 02110-2321 |
| Collora LLP | RBS Securities Inc., Defendant | Kathy B. Weinman | 100 High St Fl 20 | Boston | MA | 02110-2321 |
| Cooley Moulton & Smith LLP | Zwick v. Bronco Investments (Circuit Ct. of Oakland Co. MI Case No. 2012130875CH) State Bank | Steven W. Moulton | 6258 W Pierson Rd | Flushing | MI | 48433-2339 |
| Douglas F. Roth | Plaintiff | 3305 W Arrowleaf Ct | | Castle Rock | CO | 80109-9499 |
| EMC/EMC Corporation | | 36555 Corporate Dr Ste 200 | | Farmingtn Hls | MI | 48331-3567 |
| Holwell Shuster & Goldberg | Federal Housing Finance Agency, as Conservator for the Federal Home Loan Mortgage Corporation, Plaintiff | Michael S. Shuster | 125 Broad St Fl 39 | New York | NY | 10004-2481 |
| Holwell Shuster & Goldberg | Michael S. Shuster | 125 Broad St Fl 39 | | New York | NY | 10004-2481 |
| Holwell Shuster & Goldberg | Plaintiffs counsel | Michael S. Shuster | 125 Broad St Fl 39 | New York | NY | 10004-2481 |
| McCarthy & Holthus, LLP | Mr. Holger Uhl | 920 SW 3rd Ave Ste 100 | | Portland | OR | 97204-2419 |
| Tatonka Capital Corporation | | 1555 Blake St Ste 210 | | Denver | CO | 80202-1866 |
| UFAN Legal Group, PC | | 9075 Foothills Blvd Ste 5 | | Roseville | CA | 95747-5120 |
| Wuestenfeld 7 Corey LLC | Plaintiff Atty | Wiliam Wuestenfeld | 3000 A St Ste 300 | Anchorage | AK | 99503-4040 |

# Exhibit B

Exhibit B

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Beth A. Shuba | 8141 Fornova Cir | Clay | NY | 13041-8967 |
| Luckie, Wendy A | 1831 Macland Rd SW | Marietta | GA | 30064-4111 |

# Exhibit C

Exhibit C

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| A And P Appraisal Services Inc | | 4121 Plank Rd No 430 | | Fredericksburg | VA | 22407-4888 | |
| A Tech Restoration and Roofing | | PO Box 21 | | Ferris | TX | 75125-0021 | |
| Abdallah Law Group, P.C. Ann S Hill vs Homecomings Financial, LLC FKA Homecomings Financial | Network Inc Aurora Loan Svcs Quality | Loan Svc Cor Et Al | 555 Capitol Mall Ste 766 | Sacramento | CA | 95814-4502 | |
| Action Realty | | 4411 Highway 22 E | | Alex City | AL | 35010-6863 | |
| Addison Town Clerk | Attn Real Estate Recording | 65 Vt Route 17 W | | Vergennes | VT | 05491-8543 | |
| Aimee Libby | | 48 Sybil Ave | | Branford | CT | 06405-5330 | |
| Alan B Davidson | Melissa Goldman Davidson | 4727 Essex Ave | | Chevy Chase | MD | 20815-5549 | |
| Alan R Unkeles Att At Law | | 3000 NW Strucki Pl Ste 230 | | Hillsboro | OR | 97124-7328 | |
| Alber, John S | | 895 S Pontiac Trl Apt 305 | | Walled Lake | MI | 48390-3318 | |
| Alesia Bowen And Woodruff | Construction | 2541 Herber Dr | | Port Huron | MI | 48060-7720 | |
| Alexandra Fecht | | 810 Englewood Ave | | Waterloo | IA | 50701-6109 | |
| Alexi Villanueva and Powder | Technics | 722 Adidas Rd | | Winter Spgs | FL | 32708-3882 | |
| Alexis Clinton | | 4357 Texas St | | Waterloo | IA | 50702-4529 | |
| Alfonso Vargas et al v Countrywide Home Loans Inc GMAC Mortgage LLC et al no other Ally or | ResCap entities named | Koeller Nebeker Carlson and Haluck LLP | 3200 N Central Ave Ste 2250 | Phoenix | AZ | 85012-2346 | |
| Almy, Stephanie N & Almy, Gregory L | | 1205 Candela Ln | | Grand Ledge | MI | 48837-2292 | |
| Alys Boulier | | 104 Laguna Villa Blvd Unit F24 | | Jax Bch | FL | 32250-8027 | |
| American Dream Homes LLC | | 132 W Main St Ste 201A | | Medford | OR | 97501-2703 | |
| American Home Pro Inc | | PO Box 43285 | | Highland Hgts | OH | 44143-0285 | |
| American Printing Services Inc | | 435 Pennsylvania Ave | | Glen Ellyn | IL | 60137-4401 | |
| Andersen, Sherry L | | 7131 Bay St | | St Pete Beach | FL | 33706-1926 | |
| Andrews, Rae M & Andrews, Roger L | | 121 Frost St No 1 | | Brattleboro | VT | 05301-6530 | |
| Andy D Nguyen and | Linda M Nguyen | 4947 W New Shadow Way | | Marana | AZ | 85658-4293 | |
| Anett Lopez and Associates Inc | | 4343 W Flagler St Ste 210 | | Coral Gables | FL | 33134-1586 | |
| Angela Molina | | 4777 Memorial Dr Apt 952 | | The Colony | TX | 75056-2819 | |
| Ann Rogers, Lou | | 247 Exeter River Lndg | | Exeter | NH | 03883-4125 | |
| Arnold Shaw | | 111 Perkins St Apt 172 | | Jamaica Plain | MA | 02130-4322 | |
| Arthur E. Walsh | Barbara R. Walsh | 54 May Dr | | Chatham | NJ | 07928-1640 | |
| Askounis & Darcy PC | | 444 N Michigan Ave Ste 3270 | | Chicago | IL | 60611-3906 | |
| Askounis and Darcy PC | | 444 N Michigan Ave Ste 3270 | | Chicago | IL | 60611-3906 | |
| Bailey, Hiji G | | 6842 Bears Path Ln | | Missouri City | TX | 77459-3571 | |
| Bankers 7 Lenders Title LC | | 12400 Olive Blvd Ste 400 | | Saint Louis | MO | 63141-5438 | |
| Bankers and Lenders Title | | 12400 Olive Blvd Ste 400 | | Saint Louis | MO | 63141-5438 | |
| Bankers and Title Lender | | 12400 Olive Blvd Ste 400 | | Saint Louis | MO | 63141-5438 | |
| Barbara and James Hannan and | ABC Roofing | 1123 Pine Valley Ct | | Elgin | IL | 60124-3118 | |
| Bassing, Stefanie A | | 5311 Harrison St | | Kansas City | MO | 64110-2503 | |
| Bengal Township | Treasurer Bengal Twp | 2801 S Forest Hill Rd | | Saint Johns | MI | 48879-9545 | |
| Benham Real Estate Group of SW FL | | 8261 Pathfinder Loop Apt 750 | | Fort Myers | FL | 33919-8792 | |
| Bill King PC | | PMB 2025 | 2023 W Guadalupe Rd Ste 11 | Mesa | AZ | 85202-7371 | |
| Bormann, Mark | | 3055 N Red Mountain Unit 116 | | Mesa | AZ | 85207-1060 | |
| Bottom Line Profits | | 5317 Seneca Pl | | Simi Valley | CA | 93063-2054 | |
| Bourque Real Estate | | 940 Westfield St | | W Springfield | MA | 01089-3805 | |
| Bradley J Abbas PLLC At At Law | | 3001 E Camelback Rd Ste 130 | | Phoenix | AZ | 85016-4400 | |
| Breinholt Contracting Co | | 1955 W Commerce Ave | | Gilbert | AZ | 85233-4001 | |
| Brenda NRBA Hereth | Coldwell Banker Seal | 12985 NW Cornell Rd Ste 200 | | Portland | OR | 97229-5920 | |
| Brett Balsam | | 12220 197th St W | | Lakeville | MN | 55044-7217 | |
| Brian and Shelly Hunt | | 2111 E 495th Rd | | Half Way | MO | 65663-9279 | |
| Brian and Valerie Splethof | | 9602 S 28th St | | Bellevue | NE | 68147-2497 | |
| Brian Marcouiller | | 5825 Amy Ln | | Maple Plain | MN | 55359-9303 | |
| Brian Pope | | 20955 N 59th Dr | | Glendale | AZ | 85308-6726 | |
| Bruce A. Smith | | 65 Center St | | Chatham | NJ | 07928-2599 | |
| Burke, Patricia G | | 2569 N Camino Valle Verde | | Tucson | AZ | 85715-3411 | |
| Buskirk, Sheri K & Buskirk, Garrett E | | 706 Cedar Point Ct | | Peoria | IL | 61607-2375 | |
| Byron Neira | | 1605 Hagood Ave | | Columbia | SC | 29204-3382 | |
| C 21 AAIM Realty Group Inc | | 7051 Cypress Ter Ste 204 | | Fort Myers | FL | 33907-8821 | |
| C Gerald Martin Att At Law | | 316 The Woods Ln | | Winchester | KY | 40391-8764 | |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Cactus Roofing | | PO Box 303 | | Glendale | AZ | 85311-0303 | |
| Carbonaro, Michael H | | 1716 Hickory Dr | | Sleepy Hollow | IL | 60118-1701 | |
| Carmen Marcuccio | | 2213 Menifee Ct | | Las Vegas | NV | 89134-2609 | |
| Carroll, Duane H | | 1910 Baldwin Rd | | Reynoldsburg | OH | 43068-3602 | |
| Cato Township | Letty J Scott Treasurer | PO Box 109 | | Lakeview | MI | 48850-0109 | |
| Cato Township | Treasurer Cato Twp | PO Box 109 | | Lakeview | MI | 48850-0109 | |
| Cecilia Wijne-Kroon | | 65 Florence Rd | | Riverside | CT | 06878-1211 | |
| Certified Hawaii Aamc | | 737 Bishop St Ste 3100 | | Honolulu | HI | 96813-3285 | |
| Certified Management | Tax Collector | 737 Bishop St Ste 3100 | | Honolulu | HI | 96813-3285 | |
| Chad Wright and | Tisa Wright | 13406 Giro Dr | | Bakersfield | CA | 93314-6646 | |
| Charles Roger Hall Jr Att at L | | 125 S Main St Ste 205 | | Fostoria | OH | 44830-2324 | |
| Charmaine Lepinski and First | American Title Insurance Co | 7080 Johnson Rd | | Potterville | MI | 48876-9717 | |
| Cheryl D Petersen Attorney At Law | | 430 Creek Crossing Ln | | Royse City | TX | 75189-8442 | |
| Christopher Jeffries | | 9409 Lenel Pl | | Dallas | TX | 75220-5024 | |
| Christopher Parham | | 921 Vanguard Pl | | Lancaster | TX | 75146-2283 | |
| Chyneen Kulinski | | 80 New Britain Ave Apt 1W | | Unionville | CT | 06085-3203 | |
| Cintron, Francisco A | | PO Box 522173 | | Salt Lake City | UT | 84152-2173 | |
| Claire Lorimer | | 2241 Dorrington Dr | | Dallas | TX | 75228-5757 | |
| Clifton James | | 5340 W Kennedy Blvd Unit 605 | | Tampa | FL | 33609-2452 | |
| Coldwell Banker Realtors | | 4701 W Parker Rd Ste 650 | | Plano | TX | 75093-3370 | |
| Coldwell Banker United | | 2424 W Mallard Creek Church Rd Ste B | | Charlotte | NC | 28262-5800 | |
| Coldwell Banker United Realtors | | 2424 W Mallard Creek Church Rd Ste B | | Charlotte | NC | 28262-5800 | |
| Comet Messenger Service Inc | | PO Box A3426 | | Chicago | IL | 60690-3426 | |
| Compass Reo Inc | | 14 W Downer Pl Ste A | | Aurora | IL | 60506-5186 | |
| Connie Anderson-Gellert | | 421 Olohana St Apt 3004 | | Honolulu | HI | 96815-2192 | |
| Coquina Reef Realty | | 596 Sherwood Ave Ste A | | Satellite Bch | FL | 32937-3084 | |
| Corbin, Gary L & Corbin, Cabrina D | | 59 Tuscany Trl | | Hedgesville | WV | 25427-3773 | |
| Cory Starr | | 11537 23rd Ave S | | Burnsville | MN | 55337-1257 | |
| Crabtree, Jennie | | 7950 E Starlight Way Unit 1113 | | Scottsdale | AZ | 85250-6127 | |
| Crabtree, Katherine | | 4410 Bellaire Ct | | Dublin | OH | 43017-9746 | |
| Craig Stanwyck And Masterplan | Builders Inc | 402 Egery Island Rd | | Taft | TX | 78390-9600 | |
| Curry County | Curry County Tax Collector | 94235 Moore St Ste 212 | | Gold Beach | OR | 97444-9705 | |
| Curry County Clerk | | 94235 Moore Ste Ste 212 | | Gold Beach | OR | 97444-9705 | |
| Daniel and Susan Hefta and Ashco | Exteriors Inc | 20612 Fenston Ave N | | Forest Lake | MN | 55025-9810 | |
| Daniel E Martin | | 70 Bramans Ln | | Portsmouth | RI | 02871-3302 | |
| Danielle Lane | | 3930 Accent Dr Apt 2411 | | Dallas | TX | 75287-7719 | |
| David and Evelyn Dupree and | Progressive Fire and Flood Inc | 801 Palo Duro Canyon Trl | | Georgetown | TX | 78633-5463 | |
| David L Sipe Att at Law | | 189 E Market St | | Sandusky | OH | 44870-2507 | |
| Davis, Candace A | | 3019 Eagle Ridge Dr | | Platte City | MO | 64079-7251 | |
| Deborah Lynn Dunsmore Att at Law | | 114 S Broad St | | Scottsboro | AL | 35768-1730 | |
| Delinda Luera and Delinda | Gonzales and Punum Roofing | 1430 Country Park Dr | | Katy | TX | 77450-4639 | |
| Demaio, Sharon V | | 7013 Da Mar Est | | Saint Peter | MN | 56082-9431 | |
| Desimone, Teresa | | 14636 Giddyup Ln | | Hudson | FL | 34669-1173 | |
| Didier, Brian L | | 1807 Paula Ct | | Sleepy Hollow | IL | 60118-1709 | |
| Doan, Thao P | | 3025 Robin Hill Ln | | Garland | TX | 75044-5821 | |
| Doreen M. Macpherson | | 3132 Snoblin Rd | | North Branch | MI | 48461-8244 | |
| Dorman, Suzanne | | 21991 Berne St | | Tehachapi | CA | 93561-7737 | |
| Douglas H King | Debra A King | PO Box 335 | | Newton | NJ | 07860-0335 | |
| DTND Sierra Investments LLC | | 2139 NW Military Hwy No 2008 | | San Antonio | TX | 78213-1831 | |
| East, John W | | 5055 Addison Cir PH 418 | | Addison | TX | 75001-6321 | |
| Edward Zaloudek and President | Builders Inc | 404 Donin Dr Apt 101 | | Antioch | IL | 60002-2517 | |
| Erika Velasquez | | 1622 E 46th St | | Los Angeles | CA | 90011-4318 | |
| Ernesto Gordils and Built Better Construction Inc | | 1767 Deanna Dr | | Apopka | FL | 32703-4792 | |
| Estates at Bentley Park HOA | | 32708 US Highway 19 N | | Palm Harbor | FL | 34684-3119 | |
| Esteban Velasco and Ace Empire | | 7405 Charmant Dr Unit 2309 | | San Diego | CA | 92122-5012 | |
| Everett Smith | | 4954 Dahlia Ter | | San Antonio | TX | 78218-2746 | |
| Family Legal Services | | 105 N State St | | Concord | NH | 03301-4334 | |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Featherstone and Hegji | | 1904 Gifford St | | N Las Vegas | NV | 89030-7341 | |
| Fishback, Basil R | | 81 Pine Tree Ave | | Aromas | CA | 95004-9635 | |
| Fonseca, Emily | | 209 Country Club Dr | | Benton | LA | 71006-9464 | |
| Fontenot, Reggie & Fontenot, Sharon | | PO Box 3135 | | Parker | CO | 80134-1429 | |
| Ford River Township | Treasurer Ford River Twp | E4882 State Highway M35 | | Escanaba | MI | 49829-9658 | |
| Ford, Tracy | Michaels Roofing Co | 1313 SW Highland Dr | | Lees Summit | MO | 64081-2826 | |
| Frank C. Martino | | PO Box 9 | | Keithville | LA | 71047-0009 | |
| Franklin Mortgage Company | | 2850 E Camelback Rd Ste 340 | | Phoenix | AZ | 85016-4339 | |
| Frederick Stewart and Associates | | 160 International Pkwy Ste 120 | | Lake Mary | FL | 32746-5057 | |
| Freeman and Linda Jordan and | Freeman Jordan Jr | 200 Northlake Rd | | Columbia | SC | 29223-6008 | |
| Gabriela and Efrain Zepeda and | G and M Construction | 545 S Lincoln Ave | | Aurora | IL | 60505-4655 | |
| Gamber, Tim L | | 35640 Wick Rd | | Romulus | MI | 48174-4149 | |
| Garry L. Roth | Charlene Roth | 946 1/2 10th St | | Lawrence | KS | 66044 | |
| Gaudette, Kym | | 4482 E Belleview St | | Phoenix | AZ | 85008-5644 | |
| George and Janie Donahoo and | TG Roofing | PO Box 1838 | | Pell City | AL | 35125-5838 | |
| Gibson, David J | | 7507 Governor Printz Blvd | | Claymont | DE | 19703-2414 | |
| Gina M Schlegel At At Law | | 3700 N USI No 1E | | Melbourne | FL | 32935 | |
| Glenn & Susan Manker Seale | | 6180 E Camden Rd | | Flagstaff | AZ | 86004-9717 | |
| Graves, Melvin | | 1004 Braemar Rd | | Flossmoor | IL | 60422-2208 | |
| Gray, Terri L | | General Delivery | | Pahrum | NV | 89041-9999 | |
| Gregg A Knutson Att At Law | | 501 N Main St | | Benton | AR | 72015-3712 | |
| Gregory and Kimberly Palmer | | 875 Pine Hill Estates Rd | | Kenov | WV | 25530-7555 | |
| Guercio, Alfred L & Guercio, Lynn E | | 5 Clubway Cir | | Yonkers | NY | 10710-2314 | |
| Hagwood, Ola M | | 851 Country Club Rd Apt 118 | | Columbus | OH | 43213-2444 | |
| Haines, Ronald | | 6709 Purple Lilac Ln | | Clinton | MD | 20735-4083 | |
| Hales, Lydia E | | 1152 SW Carver St | | College Place | WA | 99324-1266 | |
| Hamilton, Nicole | | 303 NW Central St | | Lees Summit | MO | 64063-1920 | |
| Hansen, Diane K | | 4845 217th St N | | Forest Lake | MN | 55025-9122 | |
| Harris, Kim L | | 805 N 6th St Apt 207 | | Kansas City | KS | 66101-2830 | |
| Harris, Patricia W & Harris, James | | 621 David Cv | | Jackson | MS | 39212-5378 | |
| Harvey, Jane R | | 8111 E Estes Ln | | Tucson | AZ | 85710-8514 | |
| Henry Gooday | Mary L Gooday | 6478 W Admiral Ct | | Florence | AZ | 85132-6795 | |
| Heritage Realty | | 119 Dye Dr | | Beckley | WV | 25801-2637 | |
| Hernandez, Alejandro A | | 5388 Milestone Dr | | Rockford | IL | 61109-3865 | |
| Hesketh Dr, A | | Peel Castle House App 3 Market | | Peel | Isle of Man | IM5 1AB | UK |
| Hilcoff and Albis LLC | | 369 Coe Ave Apt 14 | | East Haven | CT | 06512-4188 | |
| Homeownership Preservation Foundation | | 7645 Lyndale Ave S Ste 250 | | Minneapolis | MN | 55423-6008 | |
| Irving ISD | Assessor Collector | PO Box 152637 | | Irving | TX | 75015-2637 | |
| Irving ISD | Tax Collector | PO Box 152637 | | Irving | TX | 75015-2637 | |
| Irving ISD | | PO Box 152637 | | Irving | TX | 75015-2637 | |
| J Scott Lanford PA | | 3159 Alzante Cir Ste 102 | ` | Melbourne | FL | 32940-7329 | |
| Jackson, Joanne S | | 6510 Flint St Apt 105 | | Shawnee | KS | 66203-5542 | |
| James and Cynthia Ruth and | Alakool | 1555 County Road 16 | | Arley | AL | 35541-3287 | |
| James Forbes Att at Law | | 11405 Dutch Ravine Ct | | Rncho Cordova | CA | 95670-7514 | |
| James Hall and P and L Exteriors | | 25183 LA Highway 16 | | Denham Spgs | LA | 70726-6446 | |
| Jamie and Rachel Lofgren and | Bowen Construction | 753 Park Brook Rd NW | | Isanti | MN | 55040-7039 | |
| Jamie and Rachel Lofgren and R and B | Associates Construction and Remodeli | 753 Park Brook Rd NW | | Isanti | MN | 55040-7039 | |
| Jamie Prellwitz | | 1506 Shultz St | | Evansdale | IA | 50707-2826 | |
| Janet Weber | | 844 Nancy Rd | | Waterloo | IA | 50701-5206 | |
| Jarandon Jaquan Adams And | Kristy Adams | 273 Monarch Dr Apt G20 | | Houma | LA | 70364-2739 | |
| Jarrod Greenfield | Laura Greenfield | 111 Worldge Ct Apt 6 | | Princeton | NJ | 08540-7008 | |
| Jeb Jon and Maeia Juarez and | Michael Leach Carpenter Contractors | 9140 Highway 6 N Apt 609 | | Houston | TX | 77095-2486 | |
| Jeffrey M Ward | | 316 Mid Valley Ctr # 210 | | Carmel | CA | 93923-8516 | |
| Jennifer J Mcdonald | | 3377 E Mayberry Ave | | Gilbert | AZ | 85297-8254 | |
| Jim Ebling | | 2408 Tiverton Dr | | Bakersfield | CA | 93311-9380 | |
| Jim S Green Att at Law | | PO Box 545 | | Sikeston | MO | 63801-0545 | |
| Jody Garcia | | 330 Cambridge Dr | | Fairview | TX | 75069-4174 | |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| John and Denise Mccoy | | 306 E Benton St | | Windsor | MO | 65360-1306 | |
| John and Linda Puleo and | Kwasnik Construction | 121 Williams Ln | | Scotrun | PA | 18355-7707 | |
| John And Mary Walendowski And | Apollonio Companies Inc | 10206 Puttygut Rd | | Casco | MI | 48064-1603 | |
| John Sink | | 5505 Arch Bridge Ct | | Arlington | TX | 76017-3525 | |
| Johnny Leuthard | | 720 N 4th St Unit 305 | | Minneapolis | MN | 55401-1946 | |
| Jon Gonstead | | 15335 Big Horn Pass NW | | Prior Lake | MN | 55372-3612 | |
| Jonathan E Robinson et al v GE Money Bank | GMAC Mortgage LLC et al no other Ally or Rescap entities named | Koeller Nebeker Carlson and Halauck LLP | 3200 N Central Ave Ste 2250 | Phoenix | AZ | 85012-2346 | |
| Jordan Roberts | | 8400 N Kensington Ave | | Kansas City | MO | 64156-7812 | |
| Jose Panigbatan | | 187 Selby Ln Unit 5 | | Livermore | CA | 94551-6432 | |
| Joseph Currier, David | | 36416 Saint Croix Rd | | Pine City | MN | 55063-4428 | |
| Joseph Oneill and Josephine Oneill | and Petersons House of Carpert Inc | 11885 Grand Commons Ave Apt 317 | | Fairfax | VA | 22030-8628 | |
| Joseph Pena and Monica | Gonzales and One of a Kind Remodeling | 3828 N Oketo Ave | | Chicago | IL | 60634-3411 | |
| Joshua Balson | | 9235 Windy Crest Dr | | Dallas | TX | 75243-6222 | |
| Joshua Wintringham | | 17502 Chase St | | Northridge | CA | 91325-3918 | |
| Just Right Real Estate | | 2001 Grand Blvd Ste 600 | | Kansas City | MO | 64108-1899 | |
| Kacie Kriegel | | 1802 Huntington Rd | | Waterloo | IA | 50701-6024 | |
| Kamilah M Jolly Att at Law | | 7065 Westpointe Blvd Ste 308 | | Orlando | FL | 32835-8758 | |
| Kammes and Associates | | 382 Colleen Ct Unit G | | Mesquite | NV | 89027-4928 | |
| Karis Grundy | | 314 Thompson Ave | | Waterloo | IA | 50703-3421 | |
| Katherine and Jason Walker and | | 999 E Baseline Rd Apt 2120 | | Tempe | AZ | 85283-1317 | |
| Kathleen M Schulz and | Lillian J Deleo & Poplin Constr & | Steamy Concepts | 3727 E 5th St Apt 202 | Tucson | AZ | 85716-5151 | |
| Kayla Housel | | 9625 Long Hill Dr | | Charlotte | NC | 28214-1087 | |
| Keeney, Robert A | | 813 Furman Ave Apt 2 | | Crp Christi | TX | 78404-3258 | |
| Keith Harvey Att At Law | | 4131 N Central Expy Ste 980 | | Dallas | TX | 75204-2170 | |
| Keller Williams Realty Westbank | | 1901 Manhattan Blvd Ste C206 | | Harvey | LA | 70058-3592 | |
| Kelley Smith | | 4631 N Winchester Ave Apt 105 | | Chicago | IL | 60640- 4368 | |
| Kellie M Blair Att At Law | | 39572 Woodward Ave No 200 | | Bloomfld Hls | MI | 48304-5005 | |
| Kelly Reiss | | 73 Patriot Hill Dr | | Basking Ridge | NJ | 07920-4210 | |
| Kelsey and Deberry | | 3034 Mitchellville Rd | | Bowie | MD | 20716-1388 | |
| Kendrick Nealy | | 3917 Amy Ave | | Garland | TX | 75043-2507 | |
| Kenneth Burbank | | 1801 N Greenville Ave Apt 3204 | | Richardson | TX | 75081-1606 | |
| Kenneth E Swanson and | Debra J Swanson | 32228 N 224th Dr | | Wittmann | AZ | 85361-7954 | |
| Kimberlee D Gunter | | PO Box 202 | | Kootenai | ID | 83840-0202 | |
| Kinder, Russell M & Kinder, Erika R | | 807 E 47th St No B | | Austin | TX | 78751-3308 | |
| Kirtley, Michael W | | 5538 Pine Lane Dr | | Jackson | MS | 39211-4018 | |
| Kitty Harris | | 10513 Wentworth Dr | | Rowlett | TX | 75089-8495 | |
| Knight, Michael | | 6885 W Lone Mountain Rd Apt 226 | | Las Vegas | NV | 89108-5812 | |
| Kristin Soliah | | 1193 Prairie View Dr Apt 93301 | | WDM | IA | 50266-7616 | |
| Lance Cunningham | | 1412 Cherry Pkwy | | Norwalk | IA | 50211-1564 | |
| Langhammer, Lloyd | | 38 Granite St | | New London | CT | 06320-5931 | |
| Laura Ockerman | | 2430 N Foote Dr | | Phoenix | AZ | 85008-1918 | |
| Laurel J. Tinney | | 156 Herring Pond Rd | | Buzzards Bay | MA | 02532-2201 | |
| Laurie Foster Mitchell vs the Bank of New York Mellon Trust Company | National Association FKA the Bank of New York et al | Foster and Foster PC | 2500 Dallas Pkwy Ste 108 | Plano | TX | 75093-4890 | |
| Law Firm of Diane Gonzalez | | 10600 Chevrolet Way Ste 213 | | Estero | FL | 33928-4422 | |
| Law Office of Phillip R Kimes | | 486 Robinson Dr | | Tustin | CA | 92782-0909 | |
| Lawrence J Bobnick | Melinda L Bobnick | 15 Leila Ct | | Wappingers Fl | NY | 12590-7523 | |
| Lawrence Martinez | | 235 N Birch Ct | | Gilbert | AZ | 85234-5752 | |
| Lawrence Nader | | 9345 W Melinda Ln | | Peoria | AZ | 85382-8307 | |
| Lee, Garrett | Lisa Maria Gradiz | 2616 Dove Ave | | Marrero | LA | 70072-5810 | |
| Leonard E Hoffman | | 6305 SE 19th Ave | | Portland | OR | 97202-5431 | |
| Linda Farnham-Nauman | | PO Box 793 | | Alfred | ME | 04002-0793 | |
| Linda Tate | Tony Tate | 143 Perch Bay Ln | | Sandpoint | ID | 83864-8837 | |
| Linda Union | | 5408 E 96th Pl Apt 303 | | Kansas City | MO | 64137-1210 | |
| Lisa K McKee Att at Law | | 1329 Howe Ave Ste 108 | | Sacramento | CA | 95825-3363 | |
| Lonnie L Hall | | 18561 S Navajo Way | | Chandler | AZ | 85286-6929 | |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Lorenzo, Anthony R | | 1174 Day St | | Seaford | NY | 11783-1521 | |
| Loriann Gordon | | 2827 Booth Rd Apt A | | Honolulu | HI | 96813-1101 | |
| Lucas And Sasha Claverie | Penobscot Cleaning Services Inc | 270A Bingham Rd | | South Mills | NC | 27976-9764 | |
| Luke W. Birky | | PO Box 132 | | Willow Spring | NC | 27592-0132 | |
| Lynn A. Reilly | Christopher D. Reilly | 161 N Farms Rd | | Coventry | CT | 06238-1271 | |
| Lynn W. Donaldson | Dorothy M. Donaldson | 22823 N Los Gatos Dr | | Sun City West | AZ | 85375-1508 | |
| Mace R Childs | Kathryn D Childs | 19209 S Ridge Rd | | Oregon City | OR | 97045-9637 | |
| Malarik, Paul | | 2562 Coburn Ln | | Pismo Beach | CA | 93449-1771 | |
| Maloney Appraisal, Inc. | | 2333 Meadows Ln | | Indian Valley | ID | 83632-5017 | |
| Marc A. Gensler | | 187 Seherwood Pl | | Englewood | NJ | 07631-3610 | |
| Marc Kevin Moore | | 14310 W Brook Pl | | Tucson | AZ | 85736-1301 | |
| Mario Ciro Hernandez | | 1615 Bankhead Ave | | Mascotte | FL | 34753-9525 | |
| Marix Servicing LLC | | 7360 S Kyrene Rd Ste 101 | | Tempe | AZ | 85283-4583 | |
| Mark And Mia Reinhardt | | 3811 Westerman St | | Houston | TX | 77005-1137 | |
| Mark J Lombardi | Lorraine Lombardi | 5402 Stonegate Grove Ct | | Richmond | TX | 77407-4156 | |
| Mark K Rooney | Maureen Sullivan | 572 E Wine Plum Dr | | Tucson | AZ | 85704-6056 | |
| Mark Vanderlee | | 206 N Adams St | | Plentywood | MT | 59254-2211 | |
| Markic, Vvladimir | | 11594 Old Highway 61 N Apt 1B | | Robinsonville | MS | 38664-9750 | |
| Markin Allen Group LLC | | 1426 N Marvin St Ste 101 | | Gilbert | AZ | 85233-2566 | |
| Mary E. Pippitt | | 4 E Windermere Ter | | Lansdowne | PA | 19050-2105 | |
| Mary J. Drake | | 1816 Stonecrest Dr | | Roseville | CA | 95747-4804 | |
| Matteo, Jason | | 8703 Mount Vernon Hwy | | Alexandria | VA | 22309-2217 | |
| Matthew Marks | | 213 Woodwind Dr | | Houma | LA | 70360-3996 | |
| Maxmilian Waring | | 1825 Osborn Ct | | North Pole | AK | 99705-7355 | |
| Mcgloin and Associates | Seaport Landing | 101 N Common St No 2 | | Lynn | MA | 01902-4222 | |
| McLaughlin, Shelley F | | 2522 E 42nd Ave | | Spokane | WA | 99223-4413 | |
| Mcmahon, Noreen | | 86 Arborbridge Dr | | Forked River | NJ | 08731-1062 | |
| Megan J Feil Att At Law | | PO Box 45452 | | Tacoma | WA | 98448-5452 | |
| Michael Benton | | PO Box 189 | | Saint David | AZ | 85630-0189 | |
| Michael Gabriele | | 2 Davis Ct | | Hopewell Jct | NY | 12533-5985 | |
| Michael J Tinti | Linda M Tinti | 313 Leather Leaf Ln | | Lebanon | OH | 45036-7792 | |
| Michael Manzi Att At Law | | 280 Merrimack St No B | | Methuen | MA | 01844-6435 | |
| Michael Spinetta | | 45 Dylan Dr | | Sparta | NJ | 07871-2875 | |
| Micheal K Palmieri | | 4050 E Wagon Ct | | Gilbert | AZ | 85297-8395 | |
| Michelle Lewis | | 1749 E Magnum Rd | | San Tan Vly | AZ | 85140-3190 | |
| Mid Atlantic Construction of VA | | 13604 Shelter Ln | | Haymarket | VA | 20169-2434 | |
| Miner, Christine | | 200 S Lexington Dr Apt 917 | | Folsom | CA | 95630-7029 | |
| Minotti, Thomas J | | 1131 Route 55 Ste 6 | | Lagrangeville | NY | 12540-5057 | |
| Miriam B. Snider | | 4630 E Montecito Ave | | Phoenix | AZ | 85018-4332 | |
| Moody, Cody & Moody, Jill K | | 1125 Regency Dr | | Burkburnett | TX | 76534-2656 | |
| Murray Zeigler, J | | 229 W La Vieve Ln | | Tempe | AZ | 85284-3022 | |
| Myhrvold, Leif & Myhrvold, Leah | | 975 Burton St Apt 1 | | Beloit | WI | 53511-3486 | |
| Nason, Juanita L | | 8150 Mccauley Way | | Lorton | VA | 22079-2971 | |
| Nathan Jagneaux | | 529 W 23rd St | | Houston | TX | 77008-1939 | |
| Nathan P. Olson | Lauri A. Olson | 9117 N 300 E | | Roanoke | IN | 46783-8850 | |
| National Service Bureau | | 18912 North Creek Pkwy Ste 205 | | Bothell | WA | 98011-8016 | |
| Newport Law Group PC | | 12835 Newcastle Way Unit 301 | | Newcastle | WA | 98056-1316 | |
| Nicoli J. Davenport | | 11 Pottersville Rd | | Windham | ME | 04062-5302 | |
| Nines Team Realty | | PMB 473 | 4719 Quail Lakes Dr Ste G | Stockton | CA | 95207-5267 | |
| Nneka George | | 1049 Plymouth St | | Windsor | CT | 06095-3652 | |
| Noreen Morrell | | PO Box 3242 | | Harvey Cedars | NJ | 08008-0323 | |
| O and S Building and Remodeling | | 668 N 44th St Ste 224E | | Phoenix | AZ | 85008-6547 | |
| Oh and Eisner PLLC | | 7857 Heritage Dr Ste 330 | | Annandale | VA | 22003-5350 | |
| Olson, Jonathan A | | PO Box 22125 | | Green Bay | WI | 54305-2125 | |
| Osman S. Yazirdag | Reyhan Yazirdag | 4628 E Gelding Dr | | Phoenix | AZ | 85032-5571 | |
| P B and J Kingstowne LLC | | 6408 Grovedale Dr Ste 101 | | Alexandria | VA | 22310-2596 | |
| Parrish Law Firm | | 531 Commercial St Ste 500 | | Waterloo | IA | 50701-5497 | |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Paul J. Pavlicek | Phyllis R. Pavlicek | PO Box 1077 | | Lukeville | AZ | 85341-1017 | |
| Paul M Lynne | | 1601 E Highland Ave Apt 1010 | | Phoenix | AZ | 85016-4691 | |
| Paula R. Domena | Emeliano Z. Domena | 321 7th St SW | | Pipestone | MN | 56164-1570 | |
| PB And J Kingstowne LLC | | 6408 Grovedale Dr Ste 101 | | Alexandria | VA | 22310-2596 | |
| Pinnacle Restoration | | 3544 N Romero Rd Ste 142 | | Tucson | AZ | 85705-5053 | |
| Randal R Leonard Att At Law | | 500 S 8th St | | Las Vegas | NV | 89101-7003 | |
| Randy W. Petersen | | 3300 SE 147th Pl Apt 111 | | Vancouver | WA | 98683-5392 | |
| Randy Wake | | 9163 W Redfield Rd | | Peoria | AZ | 85381-3797 | |
| Rattet and Pasternak LLP | | 1 N Lexington Ave Fl 11 | | White Plains | NY | 10601-1722 | |
| Raymond E Smith | Carol R Smith | 5320 Royal Stuart Ct | | Leesburg | FL | 34748-7532 | |
| Rebeca Adame | | 3711 S Sr 27 Hwy Apt M105 | | Spokane | WA | 99206-6214 | |
| Rebecca Chatham | | PO Box 1457 | | Mcminnville | OR | 97128-1457 | |
| Reed B Phillips | Leslie A. Phillips | 5410 Overland Trl | | N Charleston | SC | 29420-9024 | |
| Reed Peterson and Associates | GMAC Mortgage, LLC Vs. Randy A. Anhalt And Cindy K. Anhalt | 6441 Enterprise Ln Ste 104 | | Madison | WI | 53719-1180 | |
| Reed Peterson and Associates | | 6441 Enterprise Ln Ste 104 | | Madison | WI | 53719-1180 | |
| Regina Steedley | | 377 Lynne Pl | | Bridgeport | CT | 06610-1233 | |
| Regis Development | | 40 W Baseline Rd Ste 200 | | Tempe | AZ | 85283-1260 | |
| Reja, Yusuf | | 3301 Pennsy Dr | | Hyattsville | MD | 20785-1606 | |
| Remax Royal Gorge | | 120 N 9th C | | Canon City | CO | 81212 | |
| Rembolt Law Office | | 36822 N Valley Rd | | Chattaroy | WA | 99003-9727 | |
| Renner Hansborough & Reese Inc | | 7857 Heritage Dr Ste 210 | | Annandale | VA | 22003-5350 | |
| Reyher Agency | | 1301 Gulf Blvd Apt 217 | | Clearwater | FL | 33767-2806 | |
| Richard and Sandra Bode | | PO Box 851 | | Fernley | NV | 89408-0851 | |
| Richard Boisvert | | 1555 Bodwell Rd Unit 50 | | Manchester | NH | 03109-5849 | |
| Richard J. Harz | | N8244 County Road M | | Algoma | WI | 54201-9419 | |
| Richard Muse | | PO Box 1464 | | Ogunquit | ME | 03907-1464 | |
| Rick Czaplewski | Rychelle Czaplewski | 1606 Upper Pkwy S | | Milwaukee | WI | 53213-2438 | |
| Rita A Middleton | Kenneth H Middleton | 40584 Banshee Dr | | Leesburg | VA | 20175-7515 | |
| Robert and Susan Fernandez | | 15 Birch Heights Rd | | N Franklin | CT | 06254-1508 | |
| Robert Bowen | | 9314 Earhart St NE | | Lacey | WA | 98516-5449 | |
| Robert Hughes | | PMB 143 | 5025 N Central Ave No 143 | Phoenix | AZ | 85012-1520 | |
| Robert Kanagaki an individual Ahmed Moujahid an individual Jess Pannell an individual Ronald | Spataccino an et al | Ufan Legal Group PC | 9075 Foothills Blvd Ste 5 | Roseville | CA | 95747-5120 | |
| Robert L Mays Jr Att At Law | | 6307 Royal Rdg | | San Antonio | TX | 78239-1628 | |
| Robert L. Fambrini | Miki D. Fambrini | PO Box 458 | | Pioneer | CA | 95666-0458 | |
| Roberta Geheren | | 409 Harbour Pt Apt 101 | | Virginia Bch | VA | 23451-7141 | |
| Robin Hitt | | 6508 W Hilton Ave | | Phoenix | AZ | 85043-8517 | |
| Robinson And Rylander PC | | 2701 E Speedway Blvd Ste 203 | | Tucson | AZ | 85716-3861 | |
| Ronald A Dalaly and | Lori S Dalaly | 7009 W Sunnyside Dr | | Peoria | AZ | 85345-8754 | |
| Ronald F Chin Att At Law | | 4215 198th St SW Ste 106 | | Lynnwood | WA | 98036-6738 | |
| Roofing Southwest | | 2401 E Magnolia St | | Phoenix | AZ | 85034-6901 | |
| Rose, Patrick B | | 4867 Marion Ave | | Memphis | TN | 38117-5606 | |
| Rourke, Kyle | | 8831 NE 28th St | | Clyde Hill | WA | 98004-1637 | |
| Roy Ostrander | Christine Ostrander | 180 Grist Mill Dr | | Franklinton | NC | 27525-8967 | |
| Ruben Willams | Ragan Kimberly | 4625 N 54th Ave | | Phoenix | AZ | 85031-1108 | |
| Samela, Ann M | | 782 S Brooksvale Rd | | Cheshire | CT | 06410-3577 | |
| Sandra Duncan | | 9631 N Adrian Pl | | Kansas City | MO | 64154-1184 | |
| Scott D. Whiting | Jeri O. Whiting | 1133 Tylers Way | | Kaysville | UT | 84037-6811 | |
| Sean Cory | Caron Cory | 46010 W Ranch Rd | | Maricopa | AZ | 85139-6814 | |
| Seattle Debt Law LLC | | 1833 N 105th St Ste 200 | | Seattle | WA | 98133-8973 | |
| Seth W Harris | | 2555 NW Savier St Apt 6 | | Portland | OR | 97210-2473 | |
| Shannon Michael M Baldassini | | 3672 N Constance Dr | | Prescott Vly | AZ | 66314-8306 | |
| Sherry and Jack Dennis And Quality | Roofing | 215 View Point Dr W | | Boerne | TX | 78006-8942 | |
| Sherry Weld | | 6300 Variel Ave Apt 403 | | Woodland Hls | CA | 91367-2612 | |
| Smith Leonard Dwayne Smith and Leanna Eskridge V Gmac Mortgage | Corporation Homeowners Loan Corporation Truman et al | The Payne Law Office | 6263 N Scottsdale Rd Ste 340 | Scottsdale | AZ | 85250-5417 | |

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Smith, Joel | Mike Huff Construction | 2903 Tepee Ave | | Independence | MO | 64057-1644 | |
| Stephen C. Norris | Jacquelyn L. Norris | 2967 Florence St | | Denver | CO | 80236-2970 | |
| Stephen D Grohs | Kim A Grohs | 6 Anne Ln | | Branchville | NJ | 07826-6067 | |
| Stephen Leete and Anne Miracle | | 144 Nortontown Rd | | Guilford | CT | 06437-2224 | |
| Stephen R. Pierce | Patti L. Pierce | 7412 Fox Hills Dr | | Citrus Hts | CA | 95610-2456 | |
| Steven R Ellman | | 11532 Cannon Falls Ave | | Las Vegas | NV | 89138-1586 | |
| Stewart Title and Trust of Tucson | | 2120 W Ina Rd Ste 102 | | Tucson | AZ | 85741-2680 | |
| Suesser, Robert | | 27 Williston Rd | | Sound Beach | NY | 11789-1805 | |
| Sundermeier, Martha | | 50558 S Tyler Dr | | Plymouth | MI | 48170-2377 | |
| Superintendent of Streets | | 1965 Commerce Center Cir Ste A | | Prescott | AZ | 86301-4484 | |
| Superstition Springs Community | Master Association | PO Box 6419 | | Mesa | AZ | 85216-6419 | |
| Susan A Hunneman | | 708 Cape Fear Blvd | | Carolina Bch | NC | 28428-4433 | |
| Sweeden, Taya | | PO Box 260149 | | Lakewood | CO | 80226-0149 | |
| Tammy Banks | | 1123 Lois Ln | | Waterloo | IA | 50702-4247 | |
| The Dewood Law Firm | | PO Box 5395 | | Christiansted | VI | 00823-5395 | |
| The Nines Team Realty | | PMB 473 | 4719 Quail Lakes Dr Ste G | Stockton | CA | 95207-5267 | |
| Thomas Grubba | | 3735 Midvale Ave | | Oakland | CA | 94602-3936 | |
| Thompson, Martin E | | 17633 Tedler Cir | | Round Hill | VA | 20141-2172 | |
| Timothy Anderson and | Lori Anderson | 18407 W Carol Ave | | Waddell | AZ | 85355-4323 | |
| Timothy Comer | Kimberly Comer | 339 | 1645 9th Ave SE | Albany | OR | 97322-4872 | |
| Todd C Hudak | Danielle M Hudak | 4601 Overlook Cir | | Evansville | IN | 47711-7777 | |
| Torres, Adalberto | Pacer House Contractors | PO Box 271001 | | Tampa | FL | 33688-1001 | |
| Trexler, Andrew | | 1888 Sherman St Ste 620 | | Denver | CO | 80203-1159 | |
| Ufan Legal Group PC | Robert Kanagaki, an Individual Ahmed Moujahid, an Individual Jess Pannell, | an Individual Ronald Spataccino, an Indivi et al | 9075 Foothills Blvd Ste 5 | Roseville | CA | 95747-5120 | |
| Uwe E. Duwel | | 636 Kaiemi St | | Kailua | HI | 96734-2015 | |
| Vargo, Joshua D | | 8005 Crossbow Cv | | Germantown | TN | 38138-8128 | |
| Venera Gurrera and | Nunzio Gurrera | 1671 Unionport Rd | | Bronx | NY | 10462-3515 | |
| Verizon | | PO Box 15124 | | Albany | NY | 12212-5124 | |
| Victor C Davis | Pamela M Davis | 13411 Smokestone St | | Rch Cucamonga | CA | 91739-2017 | |
| Victor J Vosilla | Maryann Vosilla | 109 Alicia Dr | | North Babylon | NY | 11703-4035 | |
| Vijay B. Medi | | 560 Bellwood Dr | | Santa Clara | CA | 95054-2105 | |
| Vincent R Mayr Att At Law | | PO Box 7238 | | Tempe | AZ | 85281-0008 | |
| WA State Department of Revenue | | PO Box 47464 | | Olympia | WA | 98504-7464 | |
| Walter Schmitz | | 13326 2nd Ave NE | | Seattle | WA | 98125-3009 | |
| Ward Lyman | | 968 W Redwood Dr | | Chandler | AZ | 85248-4312 | |
| Wayland, Elton S | | 179 Cheshire Rd | | Meriden | CT | 06451-5009 | |
| Weldon R Stubbs | Angela K Stubbs | 8815 N Farley Ave | | Kansas City | MO | 64157-8539 | |
| Whitney, Roger A & Whitney, Nancy E | | 18 Silas Warren Dr | | Hermon | ME | 04401-0142 | |
| Wildwood Realty | | 629 Brookfield St | | Kingsford | MI | 49802-6772 | |
| Willie M King | | 12585 E Tennessee Cir Apt A | | Aurora | CO | 80012-6009 | |
| Yossa Mam | | 2909 NE 130th Ave | | Vancouver | WA | 98682-7989 | |

# Exhibit D

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| National Financial Services | Lou Trezza | 499 Washington Blvd Fl 5 | Jersey City | NJ | 07310-2010 |