Residential Capital LLC
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

PRF 62859   10769570                     008957

RAYMOND C ECKERT DEANNE M
SHEET METAL 6115 SANCTUARY GARDEN BLVD
ECKERT AND WAYNES ROOFING AND
PORT ORANGE FL 32128

RECEIVED JAN 13 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Roof still leaking after 2 attempts by Waynes

Insurance case still open ceiling bad in garage because of leak (mold next)

Two years of aggravation!

I want to have repaired they — Waynes (never call back or finish the job) a man called Steve!

We are looking at $2500 to $3000 dollars or finish the job they started and subcontract the garage ceiling!

Thanks! Ray Eckert

001KC0001_62859-5_DOMESTIC_17364/008957/026869

### CONSEQUENCES OF FAILURE TO FILE A REQUEST FOR PAYMENT BY THE ADMINISTRATIVE CLAIM BAR DATE

Any holder of an Administrative Claim who is required to, but does not, file and serve a Request for Payment of an Administrative Claim pursuant to the procedures specified herein on or prior to the Administrative Claim Bar Date shall be barred from asserting such Administrative Claim against the Debtors, the Plan Trusts, or their assets or properties, and such Administrative Claims shall be deemed discharged as of the Effective Date. A holder of a possible claim against the Debtors should consult an attorney regarding any matters not covered in this notice, such as whether the holder should file a Request for Payment. Neither the attorneys for the Plan Proponents, the Liquidating Trust, nor the Debtors' Court-appointed noticing and claims agent, Kurtzman Carson Consultants LLC, are authorized to provide you with any legal advice.

### RESERVATION OF RIGHTS

The Debtors and Liquidating Trust reserve the right to object to (i) any claim, whether filed or scheduled (e.g., as contingent, unliquidated or disputed), and (ii) any Administrative Claim on any ground, or to dispute, or to assert offsets against or defenses to, any claim, as to amount, liability, classification, or otherwise, and to subsequently designate any claim as disputed, contingent and/or unliquidated.

---

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE DEBTORS' RESTRUCTURING HOTLINE AT (888) 251-2914**

---

Dated: December 17, 2013
New York, New York

Gary S. Lee
Lorenzo Marinuzzi
Todd M. Goren
Jennifer L. Marines
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 336-4323
Facsimile: (212) 468-7900

*Counsel for the Debtors and Debtors in Possession*

-and-

Kenneth H. Eckstein
Douglas H. Mannal
Stephen D. Zide
Rachael L. Ringer
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-3280
Facsimile: (212) 715-8000

*Counsel for the Official Committee of Unsecured Creditors*

- 3 -

ny-1121535