# **Exhibit D**

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED for Charl[ottesvi]lle

OCT 26 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CAREN J. WILSON,                )
                                )   Civil Action No. 3:11-cv-00057
        Plaintiff,              )
v.                              )   **FINAL ORDER**
                                )
GMAC MORTGAGE, LLC, et al.,     )   Hon. Glen E. Conrad
                                )   Chief United States District Judge
        Defendants.             )

This matter is before the court on failure of the pro se plaintiff to file or otherwise respond in any fashion to the notice by the court issued on September 19, 2011, directing the plaintiff to file a response to the Motion to Dismiss filed by defendants on September 16, 2011, or risk dismissal. As the plaintiff was advised that a failure to respond would result in dismissal of this action, it is now ORDERED that this action shall be and hereby is DISMISSED pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute this action or otherwise respond to court orders. See Ballard v. Carlson, 882 F.2d 93 (4th Cir. 1989), cert. denied, 493 U.S. 1084 (1990).

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: This 26th day of October, 2011.

/s/ Glen Conrad
Chief United States District Judge