**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | ) ) ) | Chapter 11 |
| Debtors. | ) ) | Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE,** ***PRO HAC VICE***

Upon motion of Erlene W. Krigel, to be admitted, ***pro hac vice***, to represent Becky Spence, (the "Client") a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Missouri and the bar of the U.S. Court for the Western District of Missouri and Kansas, it is hereby

**ORDERED**, that Erlene W. Krigel, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: **January 15, 2014**
New York, New York            ____/s/Martin Glenn_____
                              UNITED STATES BANKRUPTCY JUDGE