**Presentment Date and Time: January 22, 2014 at 12:00 p.m. (ET)**
**Objection Deadline: January 21, 2014 at 4:00 p.m. (ET)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Erica J. Richards
James A. Newton

*Counsel for the Post-Effective Date Debtors*
*and The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>, | Chapter 11 |
| Post-Effective Date Debtors. | Jointly Administered |

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER PURSUANT TO
11 U.S.C. § 362(d) MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

**PLEASE TAKE NOTICE** that the undersigned will present the attached proposed

*Stipulation and Order Pursuant to 11 U.S.C. § 362(d) Modifying the Automatic Stay Imposed by*

*11 U.S.C. § 362(a)* (the "**Stipulation and Order**"), to the Honorable Martin Glenn, United

States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New

York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green,

New York, New York 10004, Room 501, for signature on **January 22, 2014 at 12:00 p.m.**

**(Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and

Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the

NY-1124441

Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case

Management, and Administrative Procedures approved by the Bankruptcy Court [Docket

No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case

filing system, and be served, so as to be received no later than **January 21, 2014 at 4:00 p.m.**

**(Prevailing Eastern Time)**, upon (a) counsel for Counsel for the Post-Effective Date Debtors

and The ResCap Liquidating Trust, Morrison & Foerster LLP, 1290 Avenue of the Americas,

New York, NY 10104 (Attn: Norman S. Rosenbaum, Erica J. Richards, and James A. Newton);

(b) the Office of the United States Trustee for the Southern District of New York, 201 Varick

Street, Suite 1006, New York, NY 10004 (Attn: Tracy Hope Davis, Linda A. Riffkin and Brian

S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice,

950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attn: U.S. Attorney General, Eric

H. Holder, Jr.); (d) Office of the New York State Attorney General, The Capitol, Albany, NY

12224-0341 (Attn: Nancy Lord and Enid N. Stuart); (e) Office of the U.S. Attorney for the

Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attn: Joseph N.

Cordaro); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New

York, NY 10022 (Attn: Richard M. Cieri); (g) counsel to Barclays Bank PLC, as administrative

agent for the DIP lenders, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New

York,  NY 10036 (Attn: Ken Ziman & Jonathan H. Hofer); (h) counsel for the committee of

unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New

York, NY 10036 (Attn: Kenneth Eckstein & Greg Horowitz); (i) counsel for Ocwen Loan

Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attn:

Jennifer C. DeMarco & Adam Lesman); (j) counsel for Berkshire Hathaway, Inc., Munger,

Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA, 90071 (Attn: Seth Goldman &

Thomas B. Walper); (k) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346

(if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-

5016); (l) Securities and Exchange Commission, New York Regional Office, 3 World Financial

Center, Suite 400, New York, NY 10281-1022 (Attn: George S. Canellos, Regional Director);

and (m) counsel for the Requesting Party, Stern & Eisenberg, PC, Woodbridge Corporate Plaza,

485 A US Highway Route 1 South, Suite 110, Iselin, NJ 08830 (Attn: Margaret J. Cascino).

　　　　**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and

Order are timely filed, served and received in accordance with this Notice, the Court may enter

the Stipulation and Order without further notice or hearing.

Dated: January 15, 2014　　　　　　　　　　Respectfully submitted,
　　　　New York, New York


　　　　　　　　　　　　　　　　　　　/s/ Norman S. Rosenbaum
　　　　　　　　　　　　　　　　　　　Norman S. Rosenbaum
　　　　　　　　　　　　　　　　　　　Erica J. Richards
　　　　　　　　　　　　　　　　　　　James A. Newton
　　　　　　　　　　　　　　　　　　　MORRISON & FOERSTER LLP
　　　　　　　　　　　　　　　　　　　1290 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　New York, New York 10104
　　　　　　　　　　　　　　　　　　　Telephone: (212) 468-8000
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 468-7900

　　　　　　　　　　　　　　　　　　　*Counsel for the Post-Effective Date Debtors*
　　　　　　　　　　　　　　　　　　　*and The ResCap Liquidating Trust*

NY-1124441

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Post-Effective Date Debtors. | ) | Jointly Administered |
| | ) | |

---------------------------------------------------------------

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

Pursuant to the order, dated October 15, 2012 (Docket No. 1824) (the "Procedures

Order"),[1] pursuant to sections 105(a) and 362(d) of title 11 of the United States Code (the

"Bankruptcy Code") establishing procedures (the "Stay Relief Procedures") for requesting relief

from the automatic stay to commence and/or complete the foreclosure of a senior mortgage and

security interest on lands and premises with respect to which the Debtors hold or service a

subordinate mortgage and security interest; and HSBC Mortgage Services, Inc. having requested

(the "Request") relief from the automatic stay on behalf of itself and its successors and assigns

(collectively, the "Movant") in accordance with the Stay Relief Procedures in connection with

the property of Michael and Beth Murphy with an address of 12012 Oak Ridge Road,

Independence, Missouri 64052 (the "Mortgaged Property") and due and proper notice of the

Request having been made on all necessary parties; and the above-captioned Post-Effective Date

Debtors (the "Debtors") having consented to the relief sought in the Request on the terms and

conditions contained in this stipulation and order ("Stipulation and Order"),

---

[1]   Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Procedures
Order.

NOW, THEREFOR, it is hereby stipulated and agreed as between the Parties to this Stipulation and Order, through their undersigned counsel; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Request is granted as set forth herein.

2.      The automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code solely to the extent necessary to allow Movant to commence and/or complete the foreclosure of the mortgage and security interest it holds on the Mortgaged Property.

3.      Nothing in this Stipulation and Order shall be construed to provide for the annulment of or any other retroactive relief from the automatic stay.

4.      Movant shall provide due notice to the Debtors and Ocwen Loan Servicing, LLC[2] in connection with any action to be taken with respect to the Mortgaged Property, including, but not limited to, proceeding with a sale of the Mortgaged Property, in accordance with and to the extent notice to a junior lienholder is required by applicable state law.

5.      To the extent proceeds from any sale of the Mortgaged Property exceed the valid amounts due and owing to all entities holding valid and enforceable liens on the Mortgaged Property that are senior to the lien which the applicable land records indicate is held or serviced by the Debtors, such proceeds shall be turned over within thirty (30) days after such sale is completed to Ocwen Loan Servicing, LLC via wire transfer.

---

[2] Notices should be served on Ocwen Loan Servicing, LLC, at 1100 Virginia Drive, Fort Washington, PA 19034 (Attn: Peter J. Mulcahy, Esq.).

6.      This Stipulation and Order may not be modified other than by a signed

writing executed by the Parties hereto or by further order of the Court.

7.      This Stipulation and Order may be executed in multiple counterparts, each

of which shall be deemed an original but all of which when taken together shall constitute one

and the same instrument.

8.      Pursuant to Bankruptcy Rule 4001(a)(3), the 14-day stay of this

Stipulation and Order imposed by such Bankruptcy Rule is waived.  Movant is authorized to

implement the provisions of this Stipulation and Order immediately upon its entry.

9.      This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation and interpretation of this Stipulation and Order.

| GMAC MORTGAGE, LLC | HSBC MORTGAGE SERVICES, INC. |
|---|---|
| By: /s/ Norman S. Rosenbaum<br>Norman S. Rosenbaum<br>Erica J. Richards<br>James A. Newton<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone:  (212) 468-8000<br>Facsimile:  (212) 468-7900 | By: /s/ Margaret J. Cascino<br>Margaret J. Cascino<br>**STERN & EISENBERG, PC**<br>Woodbridge Corporate Plaza<br>485 A US Highway Route 1 South, Suite 110<br>Iselin, NJ 08830<br>Telephone:   (732) 582-6344<br>Facsimile:  (732) 726-8719 |
| *Counsel for the Post-Effective Date Debtors<br>and The ResCap Liquidating Trust* | *Counsel for HSBC Mortgage Services, Inc.* |

APPROVED AND SO ORDERED
This ___ day of January, 2014, in New York, NY.

_____
**HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE**

3