Iso Gradjan
9429 Sayre Ave.
Morton Grove, Illinois 60053
773/727-1977
**Claim No.4602**

January 14, 2014
Via: UPS Next Day Air

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

In re:                                              Chapter 11

Residential Capital, LLC, et al.,                   Case No.12-12020 (MG)
                    Debtors                         Jointly Administered
-------------------------------------------------

**Request for Payment in the amount of $714.58 :**

In reference to the above mentioned bankruptcy case, please find attached list of expenses related to it.

| Date | Amount | Description | Method |
|---|---|---|---|
| 11/6/2012 | $ 6.31 | To file Proof of Claim | USPS Certified Mail, no receipt to be found. |
| 6/19/2013 | $ 29.43 | To file Response to Proof of Claim | UPS Next Day Air |
|  |  | To resend Response to Proof of Claim, to correct address, |  |
| 7/1/2013 | $ 29.43 | Residential Capital LLC provided incorrect address for overnight | UPS Next Day Air |
| 10/4/2013 | $ 6.31 | To send Ballot | USPS Certified Mail, no receipt to be found. |
| 10/21/2013 | $ 44.17 | To file Objection, required to send to 7 different address, per court order. | USPS Certified Mail, no receipt to be found. |
| 1/14/2014 | $ 33.55 | Request for Payment, File Administrative Claim | UPS Next Day Air |
| various dates | $ 565.38 | 3 Days off from work for my wife to work on this.Loss of benefits at work. | Labor incentive |
| TOTAL: | $ 714.58 | TOTAL |  |

Please reimburse me in the amount of $714.58.

Sincerely,

Iso Gradjan



RECEIVED
JAN 1 5 2014
U.S. BANKRUPTCY COURT, SDNY

#4652  1/8

Residential Capital, LLC
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

000444

PRF # 58316***
Case No.: 12-12020
Svl 2

PackID: 444
NameID: 11080954

Iso Gradjan
9429 Sayre Avenue
Morton Grove, IL 60053

CUST. SERV.

REF- 1Z811423719

6/19/2013
WILL BE SENT
AGAIN ON 7/1

---

**UPS Next Day Air®**
**UPS Worldwide Express℠**

**Shipping Document**

TRACKING NUMBER: 1Z F35 8E9 22 1005 7642

① SHIPMENT FROM
SHIPPER'S UPS ACCOUNT NO.: F358E9
REFERENCE NUMBER: 0602347754
NAME:
TELEPHONE: 847-446-7872
COMPANY: BRB DEVELOPMENT
STREET ADDRESS: 800 FRONTAGE ROAD
CITY AND STATE: NORTHFIELD    ZIP CODE: IL 60093

② EXTREMELY URGENT DELIVERY TO
NAME:
TELEPHONE:
COMPANY: RESIDENTIAL CAPITAL LLC
STREET ADDRESS: P.O. BOX 385220    DEPT./FLR.:
CITY AND STATE: BLOOMINGTON MN    ZIP CODE: 55438

③ WEIGHT: LTR
④ SHIPPER RELEASE
⑤ TYPE OF SERVICE: X NEXT DAY AIR
⑥ OPTIONAL SERVICES
⑦ ADDITIONAL HANDLING CHARGE
TOTAL CHARGES: $29.43
⑧ METHOD OF PAYMENT: X BILL SHIPPER'S ACCOUNT
⑨ RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.

CK# 2056  6/19/13  $29.43

⑩ SHIPPER'S SIGNATURE: X
DATE OF SHIPMENT: 6/19/13

0101911202609 1/07 S    SHIPPER'S COPY

Iso Gradjan
9429 Sayre Ave.
Morton Grove IL 60053
773/727-1977

July 1, 2013

Residential Capital LLC
8400 Normandale Lake Blvd., Suite 175
Bloomington MN 55437

To Whom It May Concern,

Please find enclosed copy of the response to Proof of Claim, with attachment as per your

*[handwritten note in right margin: 7/1/2013 was sent on 6/19/13 $29.43]*

---

**UPS Next Day Air® / UPS Worldwide Express℠ — Shipping Document**

TRACKING NUMBER: 1Z F35 8E9 22 1005 7660

**1 SHIPMENT FROM**
SHIPPER'S UPS ACCOUNT NO.: F358E9
REFERENCE NUMBER: EDINA GRADJAN
TELEPHONE: 847-446-7872
COMPANY: BRB DEVELOPMENT
STREET ADDRESS: 800 FRONTAGE ROAD
CITY AND STATE: NORTHFIELD    ZIP CODE: IL 60093

**2 EXTREMELY URGENT DELIVERY TO**
COMPANY: RESIDENTIAL CAPITAL LLC
STREET ADDRESS: 8400 NORMANDALE LAKE, STE 175
CITY AND STATE: BLOOMINGTON MN    ZIP CODE: 55437

**3 WEIGHT**: LTR

**5 TYPE OF SERVICE**: [X] NEXT DAY AIR

**8 METHOD OF PAYMENT**: [X] BILL SHIPPER'S ACCOUNT NUMBER

**10 SHIPPER'S SIGNATURE**: X Edina Gradja

DATE OF SHIPMENT: 7/1/13

0101911202609 1/07 S    SHIPPER'S COPY

```
===================================
            MORTON GROVE
         MORTON GROVE, Illinois
              600532123
            1615400053-0097
10/07/2013 (800)275-8777 05:57:37 PM
===================================

=========== Sales Receipt ==========
Product          Sale  Unit    Final
Description      Qty   Price   Price
===================================

EL SEGUNDO CA 90245 Zone-7       $0.66
First-Class Mail Letter
 1.60 oz.
Scheduled Delivery Day: Fri
 10/11/13
Return Rcpt (Green               $2.55
 Card)
@@ Certified                     $3.10
 Label #:       70051820000419373174
                                 ========
Issue PV1:                       $6.31

                                 ==========
Total:                           $6.31

Paid by:
MasterCard                       $6.31
 Account #:       XXXXXXXXXXXX3460
 Approval #:      05571Z
 Transaction #:   684
 23900030264

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
************************************
************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
************************************
************************************

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to
usps.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.
************************************
************************************
Get your mail when and where you
want it with a secure Post Office
Box. Sign up for a box online at
usps.com/poboxes.
************************************
************************************

Bill#:1000302041172
Clerk:03
```

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

Tracking #: 7005 1820 0004 1937 3174

| | |
|---|---|
| Postage | $0.66 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $6.31   10/07/2013 |

Postmark: MORTON GROVE IL 60053, OCT 07 2013

Sent To: BALLOT PROCESSING C/O KURTZMAN CARSON CONSULTANTS
Street, Apt. No.; or PO Box No.: 2335 ALASKA AVE
City, State, ZIP+4: EL SEGUNDO CA 90245-9664

PS Form 3800, June 2002         See Reverse for Instructions



```
10/21/2013 (847)446-8777 05:07:54 PM
=====================================
============ Sales Receipt ==========
Product          Sale Unit    Final
Description      Qty  Price   Price
=====================================

HINSDALE IL 60521 Zone-1       $2.58
First-Class Mail Parcel
 5.70 oz.
 Scheduled Delivery Day: Thu
 10/24/13
 PID #:  91149011230086010096115
                              ========
 Issue PVI:                    $2.58

 PVI Line Item Void           -$2.58
NEW YORK NY 10014 Zone-5       $0.66
First-Class Mail Letter
 1.10 oz.
 Scheduled Delivery Day: Fri
 10/25/13
 Return Rcpt (Green            $2.55
 Card)
 @@ Certified                  $3.10
 Label #:     70051820000419373242
                              ========
 Issue PVI:                    $6.31

NEW YORK NY 10022 Zone-5       $0.66
First-Class Mail Letter
 1.10 oz.
 Scheduled Delivery Day: Fri
 10/25/13
 Return Rcpt (Green            $2.55
 Card)
 @@ Certified                  $3.10
 Label #:     70051820000419373259
                              ========
 Issue PVI:                    $6.31

NEW YORK NY 10036 Zone-5       $0.66
First-Class Mail Letter
 1.20 oz.
 Scheduled Delivery Day: Fri
 10/25/13
 Return Rcpt (Green            $2.55
 Card)
 @@ Certified                  $3.10
 Label #:     70051820000419373266
                              ========
 Issue PVI:                    $6.31

NEW YORK NY 10104 Zone-5       $0.66
First-Class Mail Letter
 1.20 oz.
 Scheduled Delivery Day: Fri
 10/25/13
 Return Rcpt (Green            $2.55
 Card)
 @@ Certified                  $3.10
 Label #:     70022410000019574176
                              ========
 Issue PVI:                    $6.31

NEW YORK NY 10104 Zone-5       $0.66
```

```
                                  Issue PVI:              $6.31

                              NEW YORK NY 10004 Zone-5    $0.66
                              First-Class Mail Letter
                                1.20 oz.
                                Scheduled Delivery Day: Fri
                                10/25/13
                                Return Rcpt (Green        $2.55
                                Card)
                              @@ Certified                $3.10
                              Label #:   70022410000019574190
                                                        ========
                                  Issue PVI:              $6.31

                              NEW YORK NY 10004 Zone-5    $0.66
                              First-Class Mail Letter
                                1.20 oz.
                                Scheduled Delivery Day: Fri
                                10/25/13
                                Return Rcpt (Green        $2.55
                                Card)
                              @@ Certified                $3.10
                              Label #:   70022410000019574206
                                                        ========
                                  Issue PVI:              $6.31

                                                       ==========
                              Total:                     $44.17

                              Paid by:
                              VISA                       $44.17
                                Account #:    XXXXXXXXXXXX4603
                                Approval #:   02625C
                                Transaction #:  732
                              23903330447

                              @@ For tracking or inquiries go to
                              USPS.com or call 1-800-222-1811.

                              In a hurry? Self-service kiosks
                              offer quick and easy check-out. Any
                              Retail Associate can show you how.

                              Order stamps at usps.com/shop or
                              call 1-800-Stamp24. Go to
                              usps.com/clicknship to print
                              shipping labels with postage. For
                              other information call
                              1-800-ASK-USPS.
                              ************************************
                              ************************************
                              Get your mail when and where you
                              want it with a secure Post Office
                              Box. Sign up for a box online at
                              usps.com/poboxes.
                              ************************************
                              ************************************

                              Bill#:1000202325519
                              Clerk:03

                              All sales final on stamps and postage
                              Refunds for guaranteed services only
```

CHAMBERS OF THE HONORABLE
ONE BOWLING GREEN
SOUTHERN DISTRICT OF NY
US BANKRUPTCY COURT FOR THE
NEW YORK NY 10004
United States

12-12020-mg    Doc 6285    Filed 01/15/14    Entered 01/16/14 08:09:49    Main Document
                                              Pg 8 of 9

| | | | | |
|---|---|---|---|---|
| Total Packages: | 1 | | | |
| Billable W/S | | | | |
| Transportation: | Shipper | | | |
| Tracking No.: | 1ZF358E90170408832 | Package Service Charge: | | 33.55 |
| Package Type: | UPS Letter | UPS Total Charge: | | 33.55 |

**Summary Totals:**

| Shipment Option | Shpts | Pkgs | Pub Charges | | Billing Option | Shpts | Pkgs | Pub Charges |
|---|---|---|---|---|---|---|---|---|
| | | | | | Prepaid | 4 | 4 | 94.73 |
| Package Option | | Pkgs | Pub Charges | | TOTAL CHARGES | | | 94.73 |
| | | | | | 4 Shipment(s) | | | |
| | | | | | 4 Package(s) | | | |

All charges are in USD; fuel surcharge included where applicable.
Surcharges are included in the Service Charge.
Your invoice may vary from the displayed rates.
* Indicates Shipper-Paid Declared Value

Page 1

UPS WorldShip 15.0.16 winspool 1536

CheckView                                                                        Page 1 of 1

**Earnings Statement**

Co. File #   Clock   Number
9ZA 000446           00470007

Worked In Dept: 100                              Period End: 11/22/2013
Home Dept: 100                                   Pay Date: 11/22/2013

*Lock Up Storage Cntr*

                                                 **Gradjan, Edina**
                                                 **9429 Sayre**
                                                 **Avenue**
                                                 **Morton Grove, IL**
                                                 **60053**

| **Earnings** | Code | Field # | Hours | Amount |
|---|---|---|---|---|
| Regular | | | | 1,884.62 |
| **Gross Pay** | | | | **1,884.62** |

*(handwritten: SALARY, with arrow pointing to 1,884.62)*
*(handwritten: 1884.62 ÷ 10 x 3 = 565.38)*

| **Deductions** | Statutory | | | Amount |
|---|---|---|---|---|
| Federal Income Tax | | | | 141.35 |
| Social Security | | | | 116.85 |
| Medicare | | | | 27.33 |
| State Worked In: Illinois | IL | | | 81.44 |

| | Other | | | Amount |
|---|---|---|---|---|
| | K - 401(k) $$ | | | 94.23 |
| | W - Checking 1 | | | 1,448.42 |
| | I - Miscellaneous | | | -25.00 |

| **Net Pay** | | | | **0.00** |
|---|---|---|---|---|

| **Memos** | Code | | | Amount |
|---|---|---|---|---|
| | H | | | 86.67 |

https://payexag.adp.com/eXperts/EmployeeCheckViewPrintDetail.do?oid=n...    1/14/2014