# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

CORLA JACKSON

Plaintiff,

V.                                                                NO. 12-12020 (MG)

GMAC MORTGAGE
CORPORATION, ET AL

RESIDENTIAL CAPITAL LLC
GMAC MORTGAGE LLC

Defendants



## JANUARY 13, 2014 MOTION FOR RELIEF OF AUTOMATIC STAY AND LIFT AUTOMATIC STAY TO PROCEED TO TRIAL

## JANUARY 13, 2014 MOTION FOR INJUNCTION

**11 U.S.C. § 362 : US Code:** (d)(4) as to such real property in any prior case under this title, for a period of 2 years after the date of the entry of such an order, except that the debtor, in a subsequent case under this title, may move for relief from such order based upon changed circumstances or for other good cause shown, after notice and a hearing; (21) under subsection (a), of any act to enforce any lien against or security interest in real property.

(A) if the debtor is ineligible under section 109(g) to be a debtor in a case under this title; or (B) if the case under this title was filed in violation of a bankruptcy court order in a prior case under this title prohibiting the debtor from being a debtor in another case under this title; (22) subject to subsection (l), under subsection (a)(3), of the continuation of any eviction, unlawful detainer action, or similar proceeding by a lessor against a debtor involving residential property in which the debtor resides as a tenant under a lease or rental agreement and with respect to which the lessor has obtained before the date of the filing of the bankruptcy petition.

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW" CORLA JACKSON hereinafter called the (PLAINTIFF) files JANUARY 13, 2014 MOTION FOR RELIEF OF AUTOMATIC STAY TO PROCEED TO TRIAL

JANUARY 13, 2014 MOTION FOR INJUNCTION ( 11 U.S.C. § 362 : US Code) under the following grounds" by both State and Federal Laws.

The United States District Courts For The Southern Division Of Alabama" (Judge Dobose)" Did Not Issue A Judgment Granting Foreclosure Order" Or Sale On Jackson Home" And Neither Did She Dismiss This Case" Under (Diversity Jurisdiction) Prior To Or After The Case Was Stayed In Violation Of Bankruptcy Case #: (05-13142 MAM 13)" Which Prevented (GMAC Mortgage) And Its Subsidiary (GMAC Mortgage Corporation/GMAC Mortgage LLC)" From Becoming A Debtor. GMAC Mortgage Proof Of Claims Were All Denied By The Judge And Courts" As Well As All Checks Was Cancelled" That Was Being Paid To Them Under" Bankruptcy Case #: (05-13142 MAM 13)" Because They Did Not Own Jackson Note Or An Assignment Prior To Option One Mortgage Closing On April 30, 2008" Period.

The Fabricated Their Assignment On A Loan That Did Not Belong To Jackson Or Option On Mortgage Attaching It To Her Property Illegally" Causing Massive Damages To Date. GMAC Mortgage Corporation/GMAC Mortgage LLC" Fabricated Their Fake Assignment On (June 19, 2008)" With The Intent To Rob Jackson" Violating A Judges Prior Order That Denied Their Proof Of Claims" Bankruptcy Case #: (05-13142 MAM 13)" Which Prevented (GMAC Mortgage Corporation/GMAC Mortgage LLC) And Its Subsidiary (GMAC Mortgage Corporation/GMAC Mortgage From Becoming A Debtor.

Also See Update Attached On What GMAC Mortgage LLC Did In Alabama Violating Stay Orders On A Stayed Case" Awaiting On Order To Lift Stay To Proceed To Trial/Motion For Relief Of Stay To Proceed To Trail/Injunction And Ejectment Was Held Up Due To Order Not Being Issued In The United States Bankruptcy Courts For The Southern District Of New York" On A Violation Of A Judge Orders In A Prior Case" Under Bankruptcy (05-13142 MAM 13) Which" Prevented GMAC Mortgage From Becoming A Debtor" Which Has Caused Corla Jackson Massive Damages To Date. See All Motions Filed ECF" And More.

_Corla Jackson_ 1/13/2014
Corla Jackson    Date    TOTAL NO PAGES  19
13230 Tom Gaston Road
Mobile, Alabama. 36695
Phone: 251.554.1785
_Corla Ree Jackson_ 1/13/2014

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.

# CERTIFICATE OF SERVICE

I certify that on **January 13, 2014"** a true and correct copy of this motion was served to each person listed below.

GMAC MORTGAGE CORPORATION, ET AL

RESIDENTIAL CAPITAL LLC

MORRISON & FOSTER LLP
1290 Avenue Of The Americas
New York, New York. 10104
Telephone: (212) 468-8000
Facesmile: (212) 468-7900

Attorneys

Gary S. Lee
Norman S. Rosenbaum
Erica J. Richards

BRADLEY ARANT BOULT CUMMINGS LLP
1819 FIFTH AVENUE NORTH
BIRMINGHAM, ALABAMA. 35202
PH: 205.521.8810
FACESMILE: 205.488.6810

_Corla Jackson 1/13/2014_
Corla Jackson          Date
13230 Tom Gaston Road
Mobile, Alabama. 36695
Phone: 251.554.1785
Facesimile: mail@corlajacksonvsgmacmortgage.info
corlareevesjackson@gmail.com

_Corla Reeves Jackson 1/13/2014_
Total Document 19
Including Motion update January 13, 2014

Sturdivant v. BAC Home Loans, LP, [Ms. 2100245, Dec. 16, 2011] _ So. 3d _ (Ala. Civ. App. 2011). In Sturdivant, BAC Home Loans, LP ("BAC"), initiated foreclosure proceedings on the mortgage encumbering Bessie T. Sturdivant's house before the mortgage had been assigned to BAC.