LAIRD J. HEAL, ESQ.
120 Chandler Street #2R
Worcester, MA 01609
Telephone:    508-459-5095
Facsimile:    508-459-5320
Laird J. Heal (*admitted pro hac vice*)

Counsel for Creditor Thomas James La Casse

# United States Bankruptcy Court
## Southern District of New York
## Manhattan Division

|  |  |
|---|---|
| In Re RESIDENTIAL CAPITAL, LLC, et al,  Debtors | Debtor Case No. 12-12020-MJG<br><br>Chapter 11<br><br>(Jointly Administered) |

### DESIGNATION OF RECORD BY APPELLANT THOMAS J. LA CASSE AND STATEMENT OF ISSUES

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Thomas J. La Casse, by and through his undersigned counsel, hereby designates the issues and record presented on appeal to the United States District Court for the Southern District of New York from the Order[#5620] Granting Debtors' Objection[#4635] to Mr. La Casse's Proofs of Claim, in the above-referenced chapter 11 cases of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") by the Honorable Martin Glenn on November 7, 2013 and the Order[#6156] issued December 19, 2013, on the Motion[#5923] to Reconsider the Order[#5620] and allow Mr. La Casse to file an amended Proof of Claim and reinstate it to the claims register.

**Statement of Issues Presented on Appeal**

A.    Did the Bankruptcy Court err in finding that the possession of a mortgage

loan's Note indorsed in Blank is dispositive under Connecticut law or does it do no more than create a rebuttable presumption?

      B.     Did Appellant present sufficient evidence to rebut the presumption and have the matter proceed to evidence?

**Designation of Items to Be Included in the Record on Appeal**

1. Debtors' Objection to Proofs of Claim Filed by Thomas LaCasse against Homecomings Financial, LLC (Claim No. 3852) and Residential Funding Company, LLC (Claim Nos. 3856 and 3860) Pursuant to Bankruptcy Code Section 502(b) and Bankruptcy Rule 3007 [Docket Number 4635].

2. Opposition to Objection to Claim[Docket Number 5106].

3. Memorandum Opinion and Order Sustaining Objection to Proofs of Claim 3852, 3856, and 3860[Docket Number 5620].

4. Motion to Allow Amendment to Claim #3856[Docket Entry 5923].

5. Order Denying Motion to Allow Amendment to Claim #3856 and for Reconsideration by Thomas James La Casse[Docket Entry 6156].

6. Notice of Appeal[Docket Entry 6217].

7. This Document.

8. Transcript of Hearing Held on November 9, 2013.

Dated:  January 16, 2014
        Worcester, Massachusetts       Respectfully submitted

                                           /s/ Laird J. Heal
                                           Laird J. Heal, pro hac vice
                                           120 Chandler St. # 2R
                                           Worcester, MA 01609
                                           Telephone (508) 459-5095
                                           Facsimile: (508) 459-5320

                                           *Attorney for Thomas James La Casse*