CHECK NO. **0005259005**

**MPIUA**    2 Center Plaza, Boston, MA 02108-1904

In Payment  Water Damage: All Other Damage Loss    Cover

Claim No: 0000000304768    DOL: 10-28-2011    INV:

Location of Property: 438 HUNTINGTON AVE
HYDE PARK, MA 02136

PAYMENT NO: 000304768001

Mary Singleton