Richard Sax (SBN 80632) *richard@rsaxlaw.com*
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA. 95401
Telephone: (707) 525-1824
Facsimile: (707) 525-8119

Claimant Unrepresented Pro Se

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Residential Capital, LLC, et al. | Case No. 12-12020 (MG) |
| Debtors. | Jointly Administered |

### NOTICE OF APPLICATION FOR ADMINISTRATIVE EXPENSE

Notice is hereby given the "Application" has been filed with the Court and Application for Allowance of Administrative Expense and Immediate Payment (the "Application") Pursuant to 11 U.S.C.§503(b)(1) and §507(b). A copy of the Application is attached hereto.

Notice is further given that objections to the Application must be filed in writing with the Court and served to Richard Sax at the address above within twenty days of the date of the notice. A hearing will be held on the Application only if an objection is timely and properly filed. In the absence of a timely written objection, the Application will be considered uncontested and the Applicant will submit and appropriate order granting the Application.

Dated: January 14, 2014

_____
Richard Sax

**Richard Sax (SBN 80632)** *richard@rsaxlaw.com*
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA. 95401
Telephone: (707) 525-1824
Facsimile:   (707) 525-8119

Claimant Unrepresented Pro Se

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| Residential Capital, LLC, et al. | ) Case No. 12-12020 (MG) ) ) Jointly Administered ) |
| Debtors. | ) ) ) |

**APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE AND IMMEDIATE PAYMENT PURSUANT TO 11 U.S.C. § 503**

Richard Sax, attorney at law, Claimant, represented Marvin McDougal and pursuant to 11 U.S.C. § 503, applies to this Court for allowance of an administrative expense and for immediate payment. In support of this motion, Claimant would show as follows:

1. Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code on May 15, 2012.

2. Claimant had represented Marvin McDougal against Residential Capital, LLC and filed claims 2864 and 5892.

1

127201.doc

3. Attached, as Exhibit 1 please find copies of all monthly billing statements showing the dates and nature of the administrative expenses incurred by the Claimant dated October 26, 2012 to December 28, 2013. Total billed is $6,182.17.

4. Marvin McDougal has paid Richard Sax $2,784.09 and there is a balance still due on the account of $3,398.08 for attorney representation and costs.

5. This claim is not subject to any set off or counterclaim and Richard Sax holds no security for the debt.

6. All conditions precedent to the relief demanded herein have been performed or have occurred.

**WHEREFORE**, Claimant Richard Sax moves this Court to enter an Order allowing Richard Sax an administrative expense, pursuant to 11 U.S. C. §503 and directing immediate payment of that claim in the amount of $6,182.17.

Date: January 15, 2014                                        Respectfully Submitted,

                                                              _____
                                                              Richard Sax