**EXHIBIT 1**

# Law Offices of Richard Sax

448 Sebastopol Avenue
Santa Rosa, CA 95401

(707) 525-1824
www.rsaxlaw.com

## STATEMENT

Marvin McDougal
30 Mill Street
Building B
Healdsburg, CA 95448

Statement as of October 26, 2012
Statement No. 10923
Hourly Fee

**10928-001**

**PROFESSIONAL FEES**

| | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/22/2012 | RS | Conference with Mr McDougal (0.6); review correspondence from Mr McDougal (0.2). | 0.80 | 300.00 | 240.00 |
| 10/24/2012 | RS | Review documents and pleadings from Marvin (0.3); letter to attorney for Bank (0.2). | 0.50 | 300.00 | 150.00 |
| 10/25/2012 | JM | Open file (0.2); calendar deadline re Proof of Claim (0.2). | 0.40 | 100.00 | 40.00 |
| 10/25/2012 | RS | Letter to Marvin re case status (0.1). | 0.10 | 300.00 | 30.00 |
| | | | SUB-TOTAL FEES: | | 460.00 |

### RATE SUMMARY

| | | | | |
|---|---|---|---|---|
| Joanne Miller | 0.40 HOURS | 100.00/HR | 40.00 |
| Richard P. Sax | 1.40 HOURS | 300.00/HR | 420.00 |
| | TOTAL | 1.80 | | |

**PAYMENTS**

| | | | |
|---|---|---|---|
| 10/24/2012 | Payment | Pymt Received - Ck No 1007 - Thank | 2,500.00 |
| | | SUB-TOTAL PAYMENTS: | 2,500.00 |

**Law Offices of Richard Sax**

Matter ID 10928-001

Page: 2

Stmt No: 10923

October 26, 2012

| | |
|---|---:|
| TOTAL CURRENT BILLING: | 460.00 |
| PREVIOUS BALANCE DUE: | 0.00 |
| Total Payments: | 2,500.00 |
| **TOTAL NOW DUE:** | **-2,040.00** |

*Terms: Due Upon Receipt*

**Please remit payment to Richard Sax, Inc.**

All late payments subject to 0.833% monthly
interest unless otherwise specified

### Visa and Mastercard Accepted!!!

*"We appreciate the trust placed in us where your legal matters are concerned"*

# Law Offices of Richard Sax

448 Sebastopol Avenue                                    (707) 525-1824
Santa Rosa, CA 95401                                    www.rsaxlaw.com

## STATEMENT

Marvin McDougal                               Statement as of November 15, 2012
475 Gamay Street                                        Statement No. 11037
Cloverdale, CA 94525                                            Hourly Fee

**10928-001.**

| PROFESSIONAL FEES | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/31/2012 | RS | Review bankruptcy pleadings (0.2); prepare file serve Proof of Claim (0.2); calendar date to file proof of claim (0.1). | 0.50 | 300.00 | 150.00 |
| 11/4/2012 | RS | Review file, bankruptcy docket (0.4); review entire file (0.8); prepare proof of claim, letter to Marvin (0.5). | 1.70 | 300.00 | 510.00 |
| 11/5/2012 | RS | Review entire file (0.8). | 0.80 | 300.00 | 240.00 |
| 11/6/2012 | JM | Prepare Proof of Claim, Pro Hac Vice Motion and Order; prepare for overnight delivery (0.5). | 0.50 | 100.00 | 50.00 |
| 11/6/2012 | RS | Call Marvin re case status (0.2). | 0.20 | 300.00 | 60.00 |
| 11/7/2012 | JM | Forward documents to Bill Matz (0.2). | 0.20 | 100.00 | 20.00 |
| 11/9/2012 | JM | Schedule appointment with client (0.2). | 0.20 | 100.00 | 20.00 |
| 11/10/2012 | RS | Review case status (0.1); send attorney at Pite Duncon copy of claim (0.1). | 0.20 | 300.00 | 60.00 |
| 11/12/2012 | RS | Review court order (0.2); conference with Marvin and Mr. Matz (1). | 1.20 | 300.00 | 360.00 |
| 11/14/2012 | RS | Prepare file serve amended claim (0.6). | 0.60 | 300.00 | 180.00 |
| | | | SUB-TOTAL FEES: | | 1,650.00 |

### RATE SUMMARY

| | | | | |
|---|---|---|---|---|
| Joanne Miller | 0.90 HOURS | 100.00/HR | 90.00 |
| Richard P. Sax | 5.20 HOURS | 300.00/HR | 1,560.00 |
| TOTAL | 6.10 | | |

| EXPENSES | | | UNITS | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Photocopies | | 2.0000 | 0.2500 | 0.50 |
| | Postage | | 2.0000 | 0.4500 | 0.90 |
| 10/24/2012 | Letter to OC. | | 2.0000 | 2.0000 | 4.00 |
| 11/6/2012 | Overnight mail Ck No 3458 to FedEx. | | 1.0000 | 31.2400 | 31.24 |

**Law Offices of Richard Sax**

Matter ID  10928-001

SUB-TOTAL      36.64

TOTAL CURRENT BILLING:      1,686.64

PREVIOUS BALANCE DUE:      -2,040.00

Total Payments:      0.00

**TOTAL NOW DUE:**      **-353.36**

*Terms: Due Upon Receipt*

**Please remit payment to Richard Sax, Inc.**

All late payments subject to 0.833% monthly
interest unless otherwise specified

**Visa and Mastercard Accepted!!!**

*"We appreciate the trust placed in us where your legal matters are concerned"*

# Law Offices of Richard Sax

**448 Sebastopol Avenue**
**Santa Rosa, CA 95401**

**(707) 525-1824**
**www.rsaxlaw.com**

## STATEMENT

Marvin McDougal
30 Mill Street, Building B
Healdsburg, CA 95448

Statement as of December 21, 2012
Statement No. 11196
Hourly Fee

*10928-001:*

| PROFESSIONAL FEES | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/21/2012 | JM | Prepare Amended Proof of Claim (0.2); letter to OC enclosing Amended Proof of Claim (0.2). | 0.40 | 100.00 | 40.00 |
| 11/22/2012 | RS | Review case status (0.2). | 0.20 | 300.00 | 60.00 |
| 11/26/2012 | RS | Organize file for further litigation (0.2). | 0.20 | 300.00 | 60.00 |
| 12/4/2012 | JM | Memo to RS re Amended Proof of Claim (0.2). | 0.20 | 100.00 | 20.00 |
| 12/6/2012 | JM | Research status of Amended Proof of Claim (0.2). | 0.20 | 100.00 | 20.00 |
| 12/9/2012 | RS | Review case status and legal strategy (0.2). | 0.20 | 300.00 | 60.00 |
| 12/13/2012 | JM | File management (0.1). | 0.10 | 100.00 | 10.00 |
| 12/15/2012 | RS | Prepare memo to JM re case status (0.2). | 0.20 | 300.00 | 60.00 |
| 12/21/2012 | JM | Email to client with Proof of Claim information (0.2); memo to RS re status of proof of claim (0.2). | 0.40 | 100.00 | 40.00 |
| | | SUB-TOTAL FEES: | | | 370.00 |

### RATE SUMMARY

| | | HOURS | | AMOUNT |
|---|---|---|---|---|
| Joanne Miller | 1.30 HOURS | 100.00/HR | | 130.00 |
| Richard P. Sax | 0.80 HOURS | 300.00/HR | | 240.00 |
| | TOTAL | 2.10 | | |

| EXPENSES | | UNITS | PRICE | AMOUNT |
|---|---|---|---|---|
| Photocopies | | 20.0000 | 0.2500 | 5.00 |
| Postage | | 3.0000 | 0.6500 | 1.95 |
| | SUB-TOTAL | | | 6.95 |

**Law Offices of Richard Sax**

Matter ID 10928-001

| | |
|---|---|
| TOTAL CURRENT BILLING: | 376.95 |
| PREVIOUS BALANCE DUE: | -353.36 |
| Total Payments: | 0.00 |
| **TOTAL NOW DUE:** | **23.59** |

*Terms: Due Upon Receipt*

**Please remit payment to Richard Sax, Inc.**

All late payments subject to 0.833% monthly
interest unless otherwise specified

### Visa and Mastercard Accepted!!!

*"We appreciate the trust placed in us where your legal matters are concerned"*

# Law Offices of Richard Sax

448 Sebastopol Avenue
Santa Rosa, CA 95401

(707) 525-1824
www.rsaxlaw.com

## STATEMENT

Marvin McDougal
30 Mill Street, Building B
Healdsburg, CA 95448

Statement as of January 28, 2013
Statement No. 11355
Hourly Fee

**10928-001**

| PROFESSIONAL FEES | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/21/2012 | RS | Research filing status of proof of claim (0.1). | 0.10 | 300.00 | 30.00 |
| 1/5/2013 | RS | Review case status, deadlines, legal strategy (0.1). | 0.10 | 300.00 | 30.00 |
| | | SUB-TOTAL FEES: | | | 60.00 |

### RATE SUMMARY

| | Richard P. Sax | 0.20 HOURS | 300.00/HR | 60.00 |
|---|---|---|---|---|
| | | TOTAL | 0.20 | |

| PAYMENTS | | | | |
|---|---|---|---|---|
| 1/14/2013 | Payment | Pymt Received - Ck No 1030 - Thank | 23.59 |
| | | SUB-TOTAL PAYMENTS: | 23.59 |

| | |
|---|---|
| TOTAL CURRENT BILLING: | 60.00 |
| PREVIOUS BALANCE DUE: | 23.59 |
| Total Payments: | 23.59 |
| **TOTAL NOW DUE:** | **60.00** |

*Terms: Due Upon Receipt*

**Please remit payment to Richard Sax, Inc.**

All late payments subject to 0.833% monthly
interest unless otherwise specified

## Visa and Mastercard Accepted!!!

*"We appreciate the trust placed in us where your legal matters are concerned"*

# Law Offices of Richard Sax

448 Sebastopol Avenue
Santa Rosa, CA 95401

(707) 525-1824
www.rsaxlaw.com

## STATEMENT

Marvin McDougal
30 Mill Street, Building B
Healdsburg, CA 95448

Statement as of February 25, 2013
Statement No. 11643
Hourly Fee

**10928-001:**

| | |
|---|---|
| TOTAL CURRENT BILLING: | 0.00 |
| PREVIOUS BALANCE DUE: | 60.00 |
| Interest/Tax: | 0.50 |
| Total Payments: | 0.00 |
| **TOTAL NOW DUE:** | **60.50** |

*Terms: Due Upon Receipt*

**Please remit payment to Richard Sax, Inc.**

All late payments subject to 0.833% monthly
interest unless otherwise specified

## Visa and Mastercard Accepted!!!

*"We appreciate the trust placed in us where your legal matters are concerned"*

# Law Offices of Richard Sax

448 Sebastopol Avenue
Santa Rosa, CA  95401

(707) 525-1824
www.rsaxlaw.com

## STATEMENT

Marvin McDougal
30 Mill Street, Building B
Healdsburg, CA 95448

Statement as of March 27, 2013
Statement No. 11701
Hourly Fee

10928-001

### PROFESSIONAL FEES

| | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3/2/2013 | RS | Review case status (0.1). | 0.10 | 300.00 | 30.00 |
| 3/14/2013 | JM | Research proof of claim procedure (0.3). | 0.30 | 100.00 | 30.00 |
| 3/26/2013 | RS | Review email from Mr McDougal and reply (0.1); review email from McDougal (0.1). | 0.20 | 300.00 | 60.00 |
| 3/27/2013 | RS | Letter to attorney Skeen (0.2). | 0.20 | 300.00 | 60.00 |
| | | SUB-TOTAL FEES: | | | 180.00 |

### RATE SUMMARY

| | | | | |
|---|---|---|---|---|
| Joanne Miller | 0.30 HOURS | 100.00/HR | 30.00 | |
| Richard P. Sax | 0.50 HOURS | 300.00/HR | 150.00 | |
| TOTAL | 0.80 | | | |

### PAYMENTS

| | | | |
|---|---|---|---|
| 3/5/2013 | Payment | Pymt Received - Ck No 1041 - Thank | 60.00 |
| | | SUB-TOTAL PAYMENTS: | 60.00 |

**Law Offices of Richard Sax**

Matter ID  10928-001

Page:  2

Stmt No:  11701

March 27, 2013

| | |
|---|---:|
| TOTAL CURRENT BILLING: | 180.00 |
| PREVIOUS BALANCE DUE: | 60.50 |
| Total Payments: | 60.00 |
| **TOTAL NOW DUE:** | **180.50** |

*Terms: Due Upon Receipt*

**Please remit payment to Richard Sax, Inc.**

All late payments subject to 0.833% monthly
interest unless otherwise specified

## Visa and Mastercard Accepted!!!

*"We appreciate the trust placed in us where your legal matters are concerned"*

# Law Offices of Richard Sax

448 Sebastopol Avenue
Santa Rosa, CA 95401

(707) 525-1824
www.rsaxlaw.com

## STATEMENT

Marvin McDougal
30 Mill Street, Building B
Healdsburg, CA 95448

Statement as of April 29, 2013
Statement No. 11875
Hourly Fee

10928-001:

| PROFESSIONAL FEES | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3/29/2013 | JM | Letter to Opposing Counsel re proof of claim (0.2). | 0.20 | 100.00 | 20.00 |
| | | | SUB-TOTAL FEES: | | 20.00 |

**RATE SUMMARY**

| | | | | |
|---|---|---|---|---|
| Joanne Miller | 0.20 | HOURS | 100.00/HR | 20.00 |
| | TOTAL | 0.20 | | |

**PAYMENTS**

| 4/29/2013 | Payment | Pymt Received - Ck No 1065 - Thank | 180.50 |
|---|---|---|---|
| | | SUB-TOTAL PAYMENTS: | 180.50 |

| | |
|---|---|
| TOTAL CURRENT BILLING: | 20.00 |
| PREVIOUS BALANCE DUE: | 180.50 |
| Total Payments: | 180.50 |
| **TOTAL NOW DUE:** | **20.00** |

*Terms: Due Upon Receipt*

**Please remit payment to Richard Sax, Inc.**

All late payments subject to 0.833% monthly
interest unless otherwise specified

## Visa and Mastercard Accepted!!!

*"We appreciate the trust placed in us where your legal matters are concerned"*

# Law Offices of Richard Sax

**448 Sebastopol Avenue**
**Santa Rosa, CA  95401**

**(707) 525-1824**
**www.rsaxlaw.com**

## STATEMENT

Marvin McDougal
30 Mill Street, Building B
Healdsburg, CA 95448

Statement as of May 29, 2013
Statement No. 12109
Hourly Fee

10928-001

| | |
|---|---:|
| TOTAL CURRENT BILLING: | 0.00 |
| PREVIOUS BALANCE DUE: | 20.00 |
| Interest/Tax: | 0.17 |
| Total Payments: | 0.00 |
| **TOTAL NOW DUE:** | **20.17** |

*Terms: Due Upon Receipt*

**Please remit payment to Richard Sax, Inc.**

All late payments subject to 0.833% monthly
interest unless otherwise specified

### Visa and Mastercard Accepted!!!

*"We appreciate the trust placed in us where your legal matters are concerned"*

# Law Offices of Richard Sax

448 Sebastopol Avenue
Santa Rosa, CA 95401

(707) 525-1824
www.rsaxlaw.com

## STATEMENT

Marvin McDougal
30 Mill Street, Building B
Healdsburg, CA 95448

Statement as of June 26, 2013
Statement No. 12260
Hourly Fee

**10928-001:**

| PROFESSIONAL FEES | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 6/1/2013 | RS | Case management, status review (0.1). | 0.10 | 300.00 | 30.00 |
| 6/2/2013 | RS | Letter to attorney Deede (0.5). | 0.50 | 300.00 | 150.00 |
| 6/11/2013 | DB | Research status of Proof of Claim per attorney's request, who said she could not find/confirm it; locate receipt of POC from BK court; locate copy of POC; research Claims Register in BK action records; locate client's filed and entered POC in Register in court records; print copy of POC entered in Register for requesting attorney with supporting documents (1.5). | 1.50 | 150.00 | 225.00 |
| 6/12/2013 | RS | Letter from attorney and reply (0.2). | 0.20 | 300.00 | 60.00 |
| 6/14/2013 | DB | Consult with RS; review files; research POC documents; prepare letters to OC with POC, Statement of Confirmation, Claims Register documents; prepare e-mail to OC attaching same; send hard copy of same (1.8). | 1.80 | 150.00 | 270.00 |
| 6/14/2013 | RS | Review notice of rescap filing and confer with paralegal (0.2). | 0.20 | 300.00 | 60.00 |
| 6/17/2013 | DB | File management, calendaring (0.2). | 0.20 | 150.00 | 30.00 |
| 6/20/2013 | DB | Review file; consult with RS; research docket in NY BK Court; research POC in Claims Register; investigate reason for motion; find claim and amended claim both filed in Register about twenty days apart; calendar all motion dates and plan response, consulting RS; file management, including organizing potential exhibits that will be filed with pleadings in opposition to motion (3.6). | 3.60 | 150.00 | 540.00 |
| 6/21/2013 | RS | Conference with Marvin re case status (0.5). | 0.50 | 300.00 | 150.00 |
| 6/25/2013 | DB | Consult with RS; review file; prepare document attachments and letter for client; file | 1.00 | 150.00 | 150.00 |

**Law Offices of Richard Sax**

Matter ID 10928-001

management (prepare motion binder for RS);
review client e-mail; respond to same (1).

| | | | | | |
|---|---|---|---|---|---|
| 6/25/2013 | RS | Review memo from Marvin and reply (0.1). | 0.10 | 300.00 | 30.00 |
| | | | SUB-TOTAL FEES: | | 1,695.00 |

### RATE SUMMARY

| | | | | |
|---|---|---|---|---|
| Diane Brooks-Sax | 8.10 HOURS | 150.00/HR | 1,215.00 | |
| Richard P. Sax | 1.60 HOURS | 300.00/HR | 480.00 | |
| | TOTAL | 9.70 | | |

**PAYMENTS**

| | | | | |
|---|---|---|---|---|
| 6/5/2012 | Payment | Pymt Received - Ck No 1083 - Thank | 20.00 | |
| | | SUB-TOTAL PAYMENTS: | 20.00 | |

| | |
|---|---|
| TOTAL CURRENT BILLING: | 1,695.00 |
| PREVIOUS BALANCE DUE: | 20.17 |
| Total Payments: | 20.00 |
| **TOTAL NOW DUE:** | **1,695.17** |

*Terms: Due Upon Receipt*

**Please remit payment to Richard Sax, Inc.**

All late payments subject to 0.833% monthly
interest unless otherwise specified

### <u>Visa and Mastercard Accepted!!!</u>

*"We appreciate the trust placed in us where your legal matters are concerned"*

# Law Offices of Richard Sax

448 Sebastopol Avenue
Santa Rosa, CA 95401

(707) 525-1824
www.rsaxlaw.com

## STATEMENT

Marvin McDougal
30 Mill Street, Building B
Healdsburg, CA 95448

Statement as of July 29, 2013
Statement No. 12436
Hourly Fee

**10928-001**

| PROFESSIONAL FEES | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 6/30/2013 | RS | Review; case management (0.1). | 0.10 | 300.00 | 30.00 |
| 7/3/2013 | RS | Review case status; file management (0.1). | 0.10 | 300.00 | 30.00 |
| 7/8/2013 | DB | Consult with RS; prepare Response to Fourth Omnibus Objection to Claims; revise same; research; review files; prepare exhibits to Response; file Response and exhibits electronically; prepare letters to OC's, serve Response electronically; prepare letter to Judge, prepare and serve two notated chambers copies by process server and by Fed Ex; prepare motion binder; prepare letter to client enclosing letter to Judge, Response and exhibits, new Objections to initial Proof of Claim and request for information re initial claim; file management (7.6). | 7.60 | 120.00 | 912.00 |
| 7/8/2013 | RS | Forward claim procedure to Marvin (0.1); review proof of claim procedures (0.1). | 0.20 | 300.00 | 60.00 |
| 7/10/2013 | RS | Call from attorney for debtor (0.1). | 0.10 | 300.00 | 30.00 |
| 7/11/2013 | RS | Call from attorney for debtor (0.1); call attorney for debtor (0.2); letter to Marvin re case status (0.1). | 0.40 | 300.00 | 120.00 |
| 7/12/2013 | RS | Letter to attorney for Rescap (0.1); letter from attorney for Rescap (0.1); call from attorney for Rescap (0.1). | 0.30 | 300.00 | 90.00 |
| 7/17/2013 | DB | Consult with RS; review file; review instructions and form sent by BK court due on 7/22 to support initial POC; prepare letter to client attaching instructions and form from court; calendar all case dates and associated deadlines; file management (1). | 1.00 | 120.00 | 120.00 |
| 7/18/2013 | DB | Review e-mail from Marvin; review attached Request for Information letter; prepare e-mail to Marvin (0.5). | 0.50 | 120.00 | 60.00 |

**Law Offices of Richard Sax**

Matter ID 10928-001

SUB-TOTAL FEES:    1,452.00

### RATE SUMMARY

| | | | |
|---|---|---|---|
| Diane Brooks-Sax | 9.10 HOURS | 120.00/HR | 1,092.00 |
| Richard P. Sax | 1.20 HOURS | 300.00/HR | 360.00 |
| TOTAL | 10.30 | | |

**EXPENSES**

| | | UNITS | PRICE | AMOUNT |
|---|---|---|---|---|
| 7/9/2013 | Overnight mail Ck No 4356 to FedEx. | 1.0000 | 63.7700 | 63.77 |
| | | | SUB-TOTAL | 63.77 |

| | |
|---|---|
| TOTAL CURRENT BILLING: | 1,515.77 |
| PREVIOUS BALANCE DUE: | 1,695.17 |
| Interest/Tax: | 14.12 |
| Total Payments: | 0.00 |
| **TOTAL NOW DUE:** | **3,225.06** |

*Terms: Due Upon Receipt*

**Please remit payment to Richard Sax, Inc.**

All late payments subject to 0.833% monthly
interest unless otherwise specified

### Visa and Mastercard Accepted!!!

*"We appreciate the trust placed in us where your legal matters are concerned"*

# Law Offices of Richard Sax

448 Sebastopol Avenue
Santa Rosa, CA  95401

(707) 525-1824
www.rsaxlaw.com

## STATEMENT

Marvin McDougal
30 Mill Street, Building B
Healdsburg, CA 95448

Statement as of August 28, 2013
Statement No. 12585
Hourly Fee

---

**10928-001:**

| | | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| **PROFESSIONAL FEES** | | | | | |
| 8/24/2013 | DB | Letter to client with Substitution of Attorney (by RS); e-mail to client with attached letter and Substitution of Attorney (by RS) (0.4). | 0.40 | 120.00 | 48.00 |
| | | SUB-TOTAL FEES: | | | 48.00 |

### RATE SUMMARY

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Diane Brooks-Sax | 0.40 HOURS | 120.00/HR | 48.00 |
| TOTAL | 0.40 | | |

| | |
|---|---|
| TOTAL CURRENT BILLING: | 48.00 |
| PREVIOUS BALANCE DUE: | 3,225.06 |
| Interest/Tax: | 14.12 |
| Total Payments: | 0.00 |
| **TOTAL NOW DUE:** | **3,287.18** |

*Terms: Due Upon Receipt*

**Please remit payment to Richard Sax, Inc.**

All late payments subject to 0.833% monthly
interest unless otherwise specified

## Visa and Mastercard Accepted!!!

*"We appreciate the trust placed in us where your legal matters are concerned"*

# Law Offices of Richard Sax

**448 Sebastopol Avenue**
**Santa Rosa, CA  95401**

**(707) 525-1824**
**www.rsaxlaw.com**

## STATEMENT

Marvin McDougal
30 Mill Street, Building B
Healdsburg, CA 95448

Statement as of September 28, 2013
Statement No. 13290
Hourly Fee

10928-001

| | |
|---|---:|
| TOTAL CURRENT BILLING: | 0.00 |
| PREVIOUS BALANCE DUE: | 3,287.18 |
| Interest/Tax: | 27.38 |
| Total Payments: | 0.00 |
| **TOTAL NOW DUE:** | **3,314.56** |

*Terms: Due Upon Receipt*

**Please remit payment to Richard Sax, Inc.**

All late payments subject to 0.833% monthly
interest unless otherwise specified

### Visa and Mastercard Accepted!!!

*"We appreciate the trust placed in us where your legal matters are concerned"*

# Law Offices of Richard Sax

448 Sebastopol Avenue
Santa Rosa, CA  95401

(707) 525-1824
www.rsaxlaw.com

## STATEMENT

Marvin McDougal
30 Mill Street, Building B
Healdsburg, CA 95448

Statement as of October 28, 2013
Statement No. 13291
Hourly Fee

**10928-001**

| | |
|---|---:|
| TOTAL CURRENT BILLING: | 0.00 |
| PREVIOUS BALANCE DUE: | 3,314.56 |
| Interest/Tax: | 27.61 |
| Total Payments: | 0.00 |
| **TOTAL NOW DUE:** | **3,342.17** |

*Terms: Due Upon Receipt*

**Please remit payment to Richard Sax, Inc.**

All late payments subject to 0.833% monthly
interest unless otherwise specified

### Visa and Mastercard Accepted!!!

*"We appreciate the trust placed in us where your legal matters are concerned"*

# Law Offices of Richard Sax

**448 Sebastopol Avenue**
**Santa Rosa, CA 95401**

**(707) 525-1824**
**www.rsaxlaw.com**

## STATEMENT

Marvin McDougal
30 Mill Street, Building B
Healdsburg, CA 95448

Statement as of November 28, 2013
Statement No. 13292
Hourly Fee

10928-001

| | |
|---|---|
| TOTAL CURRENT BILLING: | 0.00 |
| PREVIOUS BALANCE DUE: | 3,342.17 |
| Interest/Tax: | 27.84 |
| Total Payments: | 0.00 |
| **TOTAL NOW DUE:** | **3,370.01** |

*Terms: Due Upon Receipt*

**Please remit payment to Richard Sax, Inc.**

All late payments subject to 0.833% monthly
interest unless otherwise specified

### Visa and Mastercard Accepted!!!

*"We appreciate the trust placed in us where your legal matters are concerned"*

# Law Offices of Richard Sax

448 Sebastopol Avenue
Santa Rosa, CA  95401

(707) 525-1824
www.rsaxlaw.com

## STATEMENT

Marvin McDougal
30 Mill Street, Building B
Healdsburg, CA 95448

Statement as of December 28, 2013
Statement No. 13293
Hourly Fee

10928-001

| | |
|---|---|
| TOTAL CURRENT BILLING: | 0.00 |
| PREVIOUS BALANCE DUE: | 3,370.01 |
| Interest/Tax: | 28.07 |
| Total Payments: | 0.00 |
| **TOTAL NOW DUE:** | **3,398.08** |

*Terms: Due Upon Receipt*

**Please remit payment to Richard Sax, Inc.**

All late payments subject to 0.833% monthly
interest unless otherwise specified

### Visa and Mastercard Accepted!!!

*"We appreciate the trust placed in us where your legal matters are concerned"*