1  Richard Sax (SBN 80632) *richard@rsaxlaw.com*
   LAW OFFICES OF RICHARD SAX
2  448 Sebastopol Avenue
   Santa Rosa, CA. 95401
3  Telephone: (707) 525-1824
   Facsimile:  (707) 525-8119
4
5  Claimant Unrepresented Pro Se

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                    ) Chapter 11
                                          )
                                          ) Case No. 12-12020 (MG)
Residential Capital, LLC, et al.          )
                                          ) Jointly Administered
                                          )
           Debtors.                       )
                                          )

**AFFIDAVIT OF RICHARD SAX**

Richard Sax, being duly sworn, states as follows:

1. I am an attorney and claimant, who represented Marvin McDougal in a case against Residential Capital.

2. I have reviewed the Application for Allowance of Administrative Expenses and Immediate Payment Pursuant to 11 U. S.C. §503, for Administrative Expense. All of the facts and matters stated in said Application are true and correct to the best of my knowledge, information, and belief.

Further affiant saith naught.

_____
Richard Sax, Affiant

1

127214.doc

# Certificate of Acknowledgment

State of California )

County of Sonoma )

On January 14, 2014 before me, April Smittcamp, Notary Public, personally appeared Richard Sax, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/~~she~~ executed the same in his/~~her~~ authorized capacity, and that by his/~~her~~ signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

[Seal: APRIL SMITTCAMP, Commission # 1948161, Notary Public - California, Sonoma County, My Comm. Expires Aug 14, 2015]

## OPTIONAL INFORMATION

Title or Type of Document

Date of Document

Number of Pages

Other