Richard Sax (SBN 80632) richard@rsaxlaw.com
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA. 95401
Telephone: (707) 525-1824
Facsimile:  (707) 525-8119

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Residential Capital, LLC, et al. | ) Case No. 12-12020 (MG) |
| | ) |
| Debtors. | ) Jointly Administered |

## ORDER

The application of Richard Sax for the payment of administrative expenses was filed with this Court on January_____, 2014. Notice was served on the parties in interest in these proceedings. The objections of Residential Capital, LLC to such application were filed on January _____, 2014. The Court heard the motion and objections on _____, 2014.

**IT IS ORDERED** that $6,182.17 of administrative expenses be allowed as administrative expenses, specifically, Legal expenses, filing fees, attorney's fees and costs. Payment should be made to The Law Offices of Richard Sax and Marvin McDougal.

Dated: _____

_____
**Honorable Martin Glenn**
**United States Bankruptcy Judge**

1

127216.doc