# AFFIDAVIT OF SERVICE

I declare that: I am employed in the County of Sonoma, California. I am over the age of eighteen (18) years and not a party to the within case; my business address is 448 Sebastopol Ave, Santa Rosa, CA 95401. On January 16, 2014 I served **Notice of Application for Administrative Expense, Application for Allowance of Administrative Expense and Immediate Payment, Affidavit of Richard Sax and Order** on the interested party in said cause addressed as follows:

| | |
|---|---|
| Gary S. Lee | Kenneth H. Eckstein |
| Lorenzo Marinuzzi | Douglas H. Mannal |
| Todd M. Goren | Stephen D. Zide |
| Jennifer L. Marines | Rachael L. Ringer |
| Morrison & Foerster, LLP | Kramer Levin Naftalis & Frankel, LLp |
| 1290 Avenue of the Americas | 1177 Avenue of the Americas |
| New York, New York 10104 | New York, New York 10036 |

( )   BY OVERNIGHT DELIVERY, PURSUANT TO CCP § 1013 (c): I placed such sealed envelope for collection and mailing by overnight delivery at Santa Rosa, California, within the ordinary business practices. I am readily familiar with the practices of the Law Offices of Richard Sax, said practice being that in the ordinary course of business; correspondence is either picked up by or delivered to the delivery company the same day as it is placed for processing.

( )   BY FACSIMILE: I caused the above-described document to be transmitted, pursuant to Rule 2.306, by facsimile machine (which complies with Rule 2.301(3)) to the parties at the number(s) indicated after the address(es) noted above. The transmission was reported as complete and without error.

( XX )   BY MAIL: I placed said document in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices. I am readily familiar with the practice of The Law Offices of Richard Sax for the processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited with the United States Postal Service the same day as it is placed for processing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Santa Rosa, California, on January 16, 2014.

*/s/ Tiana Turner*
Tiana Turner

1