| | |
|---|---|
| **POLSINELLI PC** | **WALTERS, BENDER,** |
| Daniel J. Flanigan, Esq. | **STROHBEHN & VAUGHAN, PC** |
| 900 Third Avenue, 21st Floor | R. Frederick Walters, Esq. |
| New York, New York 10022 | David M. Skeens, Esq. |
| (212) 684-0199 (Telephone) | 2500 City Center Square |
| (212) 759-8290 (Facsimile) | 1100 Main Street |
| *Bankruptcy Counsel for the* | Kansas City, Missouri  64105 |
| *Class Claimants* | (816) 421-6620 (Telephone) |
| | (816) 421-4747 (Facsimile) |
| | *Co-Lead Counsel for the Mitchell Settlement Class Claimants* |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **RESIDENTIAL CAPITAL, LLC,** *et al.***,** | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF MISSOURI STATE COURT'S FINAL APPROVAL**
**OF SETTLEMENT AGREEMENT IN STATE COURT CLASS ACTION**

**PLEASE TAKE NOTICE** that pursuant to the *Order (A) Granting Claimants Limited Relief from Automatic Stay and (B) Approving the Debtors' Entry into the Settlement Agreement Regarding the Pending State Court Class Action Litigation, Authorizing the Debtors to Perform the Obligations Thereunder and Fixing the Amount of an Allowed General Unsecured Claim for the Class Action Plaintiffs* entered on December 17, 2013 [Docket No. 6133] (the "**Bankruptcy Court Settlement Approval Order**"), the Class Representatives[1] for the Mitchell Settlement Class hereby file true and correct copies of the *Final Judgment* and *Order Finally Approving*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the **Bankruptcy Court Settlement Approval Order** and the Debtors' related *Motion Pursuant to Section 362 of the Bankruptcy Code and Bankruptcy Rule 9019 (A) Granting Claimants Limited Relief from the Automatic Stay and (B) Approving the Debtors' Entry Into a Settlement Agreement Regarding the Pending State Court Class Action Litigation, Authorizing the Debtors to Perform the Obligations Thereunder and Fixing the Amount of an Allowed General Unsecured Claim for the Class Action Plaintiffs* [Docket No. 5700]. Creditors and parties in interest with questions or concerns regarding the Debtors' Chapter 11 cases may refer to http://wwwkccllc.net/rescap for additional information.

*Class Action Settlement and Certifying a Class for Settlement Purposes* entered by the Circuit Court of Jackson County, Missouri on January 14, 2014 (the "**State Court Final Approval Order**").

**PLEASE TAKE FURTHER NOTICE** that entry of the **State Court Final Approval Order** fully satisfies the "Settlement Condition" set forth in paragraph 2 of the **Bankruptcy Court Settlement Approval Order**; and, therefore, as further provided in paragraph 5 of the **Bankruptcy Court Settlement Approval Order**:

> … the Mitchell Settlement Class, through the Plaintiffs Steven and Ruth Mitchell as the representatives of the Mitchell Settlement Class (the "**Class Representatives**"), shall have an allowed general unsecured claim against the estate of Residential Funding Company, LLC in the amount of fourteen million five hundred thousand dollars ($14,500,000.00) (the "**Allowed Claim**") and the Allowed Claim shall be reflected on the Claims Register for the estate of Residential Funding Company, LLC.

Dated: New York, New York
January 17, 2014

| | |
|---|---|
| */s/ Daniel J. Flanigan* | */s/ R. Frederick Walters* |
| **POLSINELLI PC** | **WALTERS, BENDER,** |
| Daniel J. Flanigan, Esq. | **STROHBEHN & VAUGHAN, PC** |
| 900 Third Avenue, 21st Floor | R. Frederick Walters |
| New York, New York 10022 | David M. Skeens, Esq. |
| (212) 684-0199 (Telephone) | 2500 City Center Square |
| (212) 759-8290 (Facsimile) | 1100 Main |
| *Bankruptcy Counsel for the* | Kansas City, Missouri  64105 |
| *Mitchell Settlement Class Claimants* | (816) 421-6620 (Telephone) |
| | (816) 421-4747 (Facsimile) |
| | *Class Counsel for the* |
| | *Mitchell Settlement Class Claimants* |