CLIFFORD CHANCE US LLP
31 W. 52nd Street
New York, New York 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
Jennifer C. DeMarco
Adam Lesman
Leah S. Edelboim

*Counsel for Ocwen Loan Servicing, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| In re | : |
| | : |
| | : Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | : |
| | : Case No. 12-12020 (MG) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

I, Leah S. Edelboim, depose and say:

1.       I am an employee of Clifford Chance US LLP, 31 W. 52nd Street, New York,

New York 10019.  I am not a party to the above-captioned proceeding and over 18 years of age.

2.       I certify that true and correct copies of *Ocwen Loan Servicing, LLC's Request for*

*Payment of Administrative Claims* [Docket No. 6296, 6297] were filed with the Clerk of the U.S.

Bankruptcy Court, Southern District of New York, using the CM/ECF filing system, which

caused a copy to be electronically mailed to all CM/ECF participants registered to receive

electronic notices in the above captioned case on the 16th day of January, 2014. I further certify

that I caused to be served, via e-mail, a true and correct copy of the foregoing pleadings on the

Plan Proponents listed below, per the *Notice of the Deadline and Procedures for Filing Certain Administrative Claims* [Docket No. 6138].

| | |
|---|---|
| MORRISON & FOERSTER LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| Gary S. Lee (glee@mofo.com) | Kenneth H. Eckstein |
| Lorenzo Marinuzzi (lmarinuzzi@mofo.com) | (keckstein@kramerlevin.com) |
| Todd M. Goren (tgoren@mofo.com) | Douglas H. Mannal (dmannal@kramerlevin.com) |
| Jennifer L. Marines (jmarines@mofo.com) | Stephen D. Zide (szide@kramerlevin.com) |
| 1290 Avenue of the Americas | Rachael L. Ringer (rringer@kramerlevin.com) |
| New York, New York 10104 | 1177 Avenue of the Americas |
| Telephone: (212) 468-8000 | New York, New York 10036 |
| Facsimile: (212) 468-7900 | Telephone: (212) 715-9100 |
| | Facsimile: (212) 715-8000 |

Counsel for Debtors and Debtors-in- Possession
Counsel for the Official Committee of Unsecured Creditors

Dated:  January 17, 2014

*/s/ Leah S. Edelboim*
Leah S. Edelboim

STATE OF NEW YORK        )
                                                  ) ss.:
COUNTY OF NEW YORK   )

Sworn to me before this
17th  day of January 2014
*/s/ Debra Wasserman*
Notary Public, State of New York
No. 01WA6051417
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Jan. 18, 2015