UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
: 
In re : Chapter 11
:
RESIDENTIAL CAPITAL, LLC, et al.,[1] : Case No. 12-12020 (MG)
:
:
: (Jointly Administered)
Debtors. :
-----------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On January 13, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Debtors' Motion Pursuant to Sections 105(a) and 554(a) of the Bankruptcy Code for an Order Approving Abandonment of Debtors' Interests in Certain Estate Assets** [Docket No. 6139]

B. Additionally, on or before January 15, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Adjournment of Hearing on Debtors' Motion Pursuant to Sections 105(a) and 554(a) of the Bankruptcy Code for an Order Approving Abandonment of Debtors' Interest in Certain Estate Assets to January 27, 2014 at 2:00 p.m. (Prevailing Eastern Time)** [Docket No. 6211]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

C. Additionally, on January 13, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **Notice of Filing of Exhibits 2 through 21 Comprising the Plan Supplement to the Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors** [Docket No. 5342]

D. Additionally, on January 16, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit D**:

- **Order Approving Debtors' Entry Into Settlement Agreements Related to Certain Pending Borrower Class Action Litigations, and Authorizing Debtors to Perform Obligations Thereunder** [Docket No. 6243]

Dated: January 17, 2014

                                                              _/s/ Stephanie Delgado_
                                                                    Stephanie Delgado

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 17th of January, 2014, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

2

# EXHIBIT A

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Michelle Roussea | 911 Washington St | Franklin | MA | 02038-3324 |

# EXHIBIT B

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Alex P. Paz | | 80 Dartmouth Rd | Dedham | MA | 02026-3215 |
| Anastasios V. Sioukas | | 1017 Waterloo St Unit 4 | Los Angeles | CA | 90026-3274 |
| Anthony Donatelli | | 18590 Sandalwood Pointe Apt 201 | Fort Myers | FL | 33908-4789 |
| Anthony R. Palazzo | | 3343 Barranca St | Sn Luis Obisp | CA | 93401-6070 |
| Carole A. Davis | | 900 Mission Creek Dr | Palm Dessert | CA | 92211-5907 |
| Cynthia Lynn Forrester | | 108 Cove Rd | Newport News | VA | 23608-3107 |
| Cynthia M Boice | | 29 Kenmuir Ave | Morristown | NJ | 07960-3712 |
| Donna J. Rice Estate | | 6220 Wheaton Rd | Jackson | MI | 49201-7255 |
| Gilbert L. Silberangel | | 4613 Pleasant Valley Rd | Oakdale | CA | 95361-9717 |
| Gilles Prado | | 8850 Dickens Ave | Surfside | FL | 33154-3359 |
| James Rosten | | 9833 Deep Canyon Pl | Beverly Hills | CA | 90210-1013 |
| Jian Zeng | | 12140 James Jack Ln | Charlottee | NC | 28277-3752 |
| John H Flentie | | 415 3rd St Ste 90 | Platte City | MO | 64079-8472 |
| Julianne Purther | | 26023 German Mill Rd | Farnklin | MI | 48025-1139 |
| Karen C Armstrong | | 2736 Harris St | Atlanta | GA | 30344-6930 |
| Kendall L. Stiffler | Ruth A. Stiffler | PO Box 114 | Eagle | MI | 48822-0114 |
| Kristopher D Forsyth | | 36018 Quakertown Ln | Farmingtn Hls | MI | 48331-3809 |
| Lawrence J Malone | | 2371 Geode Ln | Carlsbad | CA | 92009-1736 |
| Mark J Walden | | 12920 Runway Rd Unit 351 | Playa Vista | CA | 90094-2394 |
| Mark S Weiss | | 12731 Bonita Heights Dr | Santa Ana | CA | 92705-1319 |
| Mary E. Pippitt | | 4 E Windermere Ter | Landsome | PA | 19050-2105 |
| Michael J. Walth | | 19411 San Marino Ct | Santa Clarita | CA | 91321-2171 |
| Michelle A Rappino | | PO Box 88082 | Los Angeles | CA | 90009-8082 |
| Michelle Rousseau | | 911 Washington St | Franklin | MA | 02038-3324 |
| Miriam B. Snider | | 4630 E Montecito Ave | Phoenix | AZ | 85018-4332 |
| Priscilla Maldonado | | 1115 NW 126th Ct | Miami | FL | 33182-2033 |
| Ramunjam Rangarajan | | 6706 Rain Creek Pkwy | Austin | TX | 78759-6110 |
| Robert A. Szamreta | | 130 Briarcliff Dr | Egg Hbr TWP | NJ | 08234-8206 |
| Steven D Weiss | | 551 Saxonwood Rd | Altoona | WI | 54720-2761 |

# EXHIBIT C

**Exhibit 9**

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Gregory J. Liban, Julie Liban | 3558 Norwalk Pl | Fairfield | CA | 94534-2950 |

# EXHIBIT D

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Williamson & Williams | Rob Williamson | 936 N 34th St Ste 300 | Seattle | WA | 98103-8869 |