UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL CAPITAL, LLC, et al.,
    Post-Effective Date Debtors                       Chapter 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESCAP BORROWER CLAIMS TRUST,          Case No. 12-12020-mg
    by  Peter Kravitz, Trustee,
v.
CAREN J. WILSON,
    Creditor-Beneficiary

---

NOTICE OF APPEARANCE  FOR CAREN J. WILSON
(CLAIM NOS. 4754 AND 7181)

---

**PLEASE TAKE NOTICE** that Thomas J. Sinnickson, admitted to practice before the United States District Court for the Southern District of New York, and, thereby, automatically admitted to practice before the United States Bankruptcy Court for the Southern District of New York under Local Rule 2090-1, enters his appearance  in the above-captioned proceedings for Caren J. Wilson of Culpepper, Virginia, creditor and putative beneficiary of the Borrower's Claims Trust, created under the confirmed Chapter 11 Plan, in the consolidated case entitled *In re: Residential Capital, LLC. et al, Debtors*.

Dated at Center Moriches, New York this 20th day of January,  2014.

                            *Thomas J. Sinnickson*
                            Thomas J. Sinnickson
                            176 Main Street
                            Center Moriches, New York 11934
                            (516) 647-4153
                            TJSinnickson@aol.com

## UNSWORN DECLARATION OF SERVICE

The above-captioned document filed by CM/ECF on January 20, 2014 and was thereby served all parties and their counsel capable of service by CM/ECF in these proceedings.

*/s/ Wendy Alison Nora*
Wendy Alison Nora