# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL CAPITAL, LLC, et al.,
    Post-Effective Date Debtors                          Chapter 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESCAP BORROWER CLAIMS TRUST,              Case No. 12-12020-mg
    by Peter Kravitz, Trustee,
v.
CAREN J. WILSON,
    Creditor Beneficiary

---

MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE OF
ATTORNEY WENDY ALISON NORA, AS CO-COUNSEL FOR CAREN J. WILSON
(CLAIM NOS. 4754 AND 7181)

---

I, Wendy Alison Nora, request admission, pro hac vice, as co-counsel with Thomas J. Sinnickson, before the Honorable Martin Glenn, to represent Caren J. Wilson, a creditor and putative beneficiary of the Borrower's Claims Trust, created under the confirmed Chapter 11 Plan, in the consolidated case entitled *In re: Residential Capital, LLC. et al, Debtors*, in the above-captioned proceedings.

I certify that I am a member in good standing of the bar in the States of Wisconsin and Minnesota, the United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the District of Minnesota, the United States Courts of Appeals for the Seventh and Eighth Circuits and the United States Supreme Court.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

1

Dated at Madison, Wisconsin this 20th day of January, 2014.

*[signature]*

Wendy Alison Nora
310 Fourth Avenue South, Suite 5010
Minneapolis, Minnesota 55415
(612) 333-4144
FAX (608) 497-1026
accesslegalservices@gmail.com

**UNSWORN DECLARATION OF SERVICE**

The above-captioned document filed by CM/ECF on January 20, 2014 and was thereby served all parties and their counsel capable of service by CM/ECF in these proceedings.

*/s/ Wendy Alison Nora*
Wendy Alison Nora

# EXHIBIT B

12-12020-mg Doc 6310-2 Filed 01/20/14 Entered 01/20/14 17:33:37 Exhibit A: Pro Hac Vice Application of Wendy Alison Nora as co-counsel with Atto Pg 4 of 6

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESIDENTIAL CAPITAL, LLC, et al., <br>     Post-Effective Date Debtors <br> ------------------------------------ <br> RESCAP BORROWER CLAIMS TRUST, <br>     by Peter Kravitz, Trustee, <br> v. <br> CAREN J. WILSON, <br>     Creditor Beneficiary | Chapter 11 <br><br> Case No. 12-12020-mg |

ORDER GRANTING ATTORNEY WENDY ALISON NORA ADMISSION TO PRACTICE,
PRO HAC VICE

Upon the motion of Attorney Thomas J. Sinnickson of New York that Attorney Wendy Alison Nora be admitted, pro hac vice, as co-counsel for Caren J. Wilson, along with Attorney Nora's motion attached thereto as Exhibit A, for Attorneys Sinnickson to represent Caren J. Wilson, (the "Client") a creditor and putative beneficiary of the RESCAP Borrower Claims Trust created under the confirmed Chapter 11 Plan, in the consolidated case entitled *In re: Residential Capital, LLC. et al, Debtors*, in the above-referenced proceedings and, upon Attorney Nora's certification that she is admitted to practice before the Supreme Courts of Wisconsin and Minnesota, the United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the District of Minnesota, the United States Courts of Appeals for the Seventh and Eighth Circuits and the United States Supreme Court,

IT IS HEREBY ORDERED, that Attorney Wendy Alison Nora is admitted to practice, pro hac vice, as co-counsel with Attorney Thomas J. Sinnickson, to represent Caren J. Wilson, before the

1

Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated on _____, at New York, New York.

_____
Martin Glenn
UNITED STATES BANKRUPTCY JUDGE

2