UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

RESIDENTIAL CAPITAL, LLC, et al.,
    Post-Effective Date Debtors                                 Chapter 11

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESCAP BORROWER CLAIMS TRUST,             Case No. 12-12020-mg
    by  Peter Kravitz, Trustee,
v.
CAREN J. WILSON,
    Creditor-Beneficiary

---

MOTION  FOR PRO HAC VICE ADMISSION FOR ATTORNEY WENDY ALISON NORA
AS CO-COUNSEL FOR CAREN J. WILSON
(CLAIM NOS. 4754 AND 7181)

---

**PLEASE TAKE NOTICE** that Thomas J. Sinnickson, admitted to practice before the United States District Court for the Southern District of New York, and, thereby, automatically admitted to practice before the United States Bankruptcy Court for the Southern District of New York under Local Rule 2090-1, moves the admission of Attorney Wendy Alison Nora, as co-counsel for Caren J. Wilson, creditor and putative beneficiary of the Borrower's Claims Trust created under the confirmed Chapter 11 Plan, in the consolidated case entitled *In re: Residential Capital, LLC. et al, Debtors*, in the above-captioned proceedings.

Attorney Nora is admitted to practice before the Supreme Courts of Wisconsin and Minnesota, the United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the District of Minnesota, the United States Courts of Appeals for the  Seventh and Eighth Circuits and the United States Supreme Court.   Attorney Nora's Motion for Admission Pro Hac Vice is attached hereto as **Exhibit A.**  The undersigned brings this Motion to assure this Court that, as a member of the bars of the United States District Court for the Southern District of New

York, the United States District Court for the Eastern District of New York and the Second Circuit, that he will actively participate in the representation of Caren J. Wilson, to assure compliance with the reasonable expectations of this Court and will review and execute all pleadings filed on behalf of Ms. Wilson , to avoid any future misunderstanding of this Court as to the authority of Ms. Wilson to be represented by the undersigned and Ms. Nora, pro hac vice, as Ms. Wilson's co-counsel.

The proposed Order to admit Ms. Nora as pro hac vice co-counsel is attached hereto as **Exhibit B.**

Dated at Center Moriches, New York this 21st day of January, 2014.

*Thomas J. Sinnickson*
Thomas J. Sinnickson
176 Main Street
Center Moriches, New York 11934
(516) 647-4153
TJSinnickson@aol.com

**UNSWORN DECLARATION OF SERVICE**

The above-captioned document filed by CM/ECF on January 21, 2014 and was thereby served all parties and their counsel capable of service by CM/ECF in these proceedings.

*/s/ Wendy Alison Nora*
Wendy Alison Nora
