UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, ET AL. | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REQUEST FOR PAYMENT

I, Kenneth C. Thomas, hereby file this request for payment under Claim No. 3728, Case No. 12-12020 (MG) originally filed against Residential Capital, LLC, et al., and as of January 2, 2014 reclassified (Supplemental Order Granting Debtors' Thirty-Sixth Omnibus Objection, Doc. No. 6205) against GMACM in the amount of $291,742.15.



Dated: Chicago, Illinois
January 12, 2014

KENNETH C. THOMAS
1464 S. Michigan Ave., Unit 1705
Chicago, IL 60605
312-939-3244

*Claimant*