MCGRAIL & BENSINGER LLP
676A Ninth Avenue #211
New York, New York  10036
(718) 434-2676
(718) 228-7717 Facsimile
Menachem M. Bensinger (MB 3467)

*Counsel to Andrew Davidson & Co., Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, *et al.* | ) | Case No.: 12-12020 (MG) |
|  | ) |  |
|  | ) |  |
| Reorganized Debtors. | ) |  |
|  | ) |  |

## ANDREW DAVIDSON & CO., INC.'S REQUEST FOR
## ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Andrew Davidson & Co., Inc. ("**AD&Co**"), by and thorough its undersigned counsel,

hereby requests (i) allowance of its administrative expense claim (the "**Admin Claim**") for post-

petition services rendered to the above-captioned debtors (the "**Debtors**") pursuant to

Bankruptcy Code section 503(b)(1) and (ii) payment of the Admin Claim, and, in support

thereof, respectfully represents as follows:[1]

1.  AD&Co develops, owns, and licenses proprietary software comprising prepayment,

credit, and valuation models (the "**Models**") to commercial enterprises in the mortgage industry.

2.  AD&Co and Debtor Residential Capital, LLC ("**ResCap**" and, together with AD&Co,

the "**Parties**") are parties to that certain *Client License Agreement* dated as of December 20,

---

[1]    Although the Plan and it's ancillary documents provide that January 16, 2014, was the
deadline for filing requests for payment of administrative expense claims, the Debtors
extended AD&Co's time to do so through January 23, 2014.

2005 (the "**Client License Agreement**").[2] The Parties amended the Client License Agreement with that certain *Addendum to Client License Agreement And Schedule of Services and Termination of GMAC Mortgage Corporation Agreement* dated July 31, 2007 (the Client License Agreement, as amended by such addendum, the "**License Agreement**"). A copy of the License Agreement is attached hereto as **Exhibit A**.

3. Pursuant to the License Agreement, AD&Co licensed and provided ResCap with Models for use in its Minneapolis, MN, Horsham, PA, and Fort Washington, PA, locations. Upon information and belief, ResCap used these Models to support the core risk-management functions of its ongoing mortgage business, and continued using the Models after the Petition Date (defined below). Pursuant to the License Agreement, ResCap was obligated to pay AD&Co $62,500 quarterly.

4. On May 14, 2012 (the "**Petition Date**"), the Debtors each filed for chapter 11 relief. On December 11, 2013, the Court confirmed the Debtors' plan of reorganization (the "**Plan**"), in which the Debtors rejected the License Agreement as of the Effective Date (as defined in the Plan), which was December 17, 2013.[3]

5. However, since ResCap needed the Models between the Petition Date and the Effective Date to carry-on its core business related to mortgage backed securities, it used the Models during that period (notwithstanding that it ultimately rejected the License Agreement in the Plan). ResCap paid AD&Co per the terms of the License Agreement through 3Q 2013.

---

[2]     AD&Co and the Debtors were also parties to other contracts, all of which terminated by their terms and/or mutual agreement prior to the Petition Date (as defined herein).

[3]     This rejection gave rise to a general unsecured claim under the License Agreement, which AD&Co intends to timely file. AD&Co's filing of its request for allowance and payment of the Admin Claim is without prejudice to its other claims against the Debtors.

6. The Debtors have not paid AD&Co per the terms of the License Agreement for 4Q 2013. As set forth above, the Models were, on information and belief, essential to the Debtors' postpetition existence. ResCap, therefore, owes AD&Co $62,500 under Bankruptcy Code section 503(b)(1)(a), and AD&Co requests payment of same. See NLRB v. Bildisco & Bildisco, 465 U.S. 513, 531 (U.S. 1984) (stating that, when a debtor receives benefits from a contract counterparty pending its decision to assume or reject such contract, the debtor must pay for the reasonable value of such services); In re Old Carco LLC, 424 B.R. 650, 657 (Bankr. S.D.N.Y. 2010) (citing Bildisco and concluding that "the claims of third parties who are induced to supply goods or services to a debtor-in-possession pursuant to a contract that has not been rejected are afforded administrative priority to the extent that the consideration supporting the claim was supplied during the reorganization").

Dated: January 22, 2014
     New York, New York

                      MCGRAIL & BENSINGER LLP

                      /s/ Menachem M. Bensinger
                      Menachem M. Bensinger, Esq. (MB 3467)
                      676A Ninth Avenue # 211
                      New York, New York  10036
                      Telephone:  (718) 434-2676
                      Facsimile:  (718) 228-7717

                      *Counsel to Andrew Davidson & Co., Inc.*

**Exhibit A**

License Agreement



520 BROADWAY
EIGHTH FLOOR
NEW YORK, NY 10012
212 • 274 • 9075
FAX 212 • 274 • 0545
www.ad-co.com

**CLIENT LICENSE AGREEMENT**

This Client License Agreement, dated as of December 20, 2005 between Andrew Davidson & Co., Inc. ("AD&Co."), a New York Corporation, having an office at 520 Broadway, 8th Floor, New York, New York 10012 and Residential Capital Corporation ("Licensee"), having an office at 8400 Normandale Lake Blvd, Suite 250, Bloomington, MN 55437.

AD&Co. and Licensee hereby agree as follows:

1.    **License:**

A.  AD&Co. hereby agrees to license, on a non-exclusive and, except for transfer to its affiliates, non-transferable basis, to Licensee, and Licensee hereby agrees to license from AD&Co. one or more of the following proprietary models: (1) a Mortgage-Backed Securities Pool Level Prepayment Model for fixed, balloon, adjustable rate, and hybrid ARM mortgages that produces monthly prepayment forecasts for generic conventional, government, ALT-A and Jumbo Prime mortgages (2) an MBS Enhanced Pool Level Prepayment Model for fixed, balloon, adjustable rate, and hybrid ARM mortgages that produces monthly prepayment forecasts for generic conventional, government, ALT-A and Jumbo Prime, using enhanced pool level data (3) a Loan Level Prepayment Model for fixed and adjustable rate sub-prime (Home Equity) loans, fixed rate Jumbo Prime and Manufactured Housing and Auto Loans (4) a Mortgage Pass-through OAS Model for fixed and adjustable rate pass-throughs that produces option adjusted risk and value measures using the Prepayment Model and Interest Rate Process (5) a CMO OAS model that produces option-adjusted risk and value measures using the Prepayment Model and Interest Rate Processes along with a third party cash flow engine, (6) Interest Rate Processes that produce monthly forecasts of key interest rates (collectively, the "Model").

B.  Licensee agrees that the Model shall be used solely and exclusively (1) by the Licensee's employees, contractors and agents within the groups or at the sites designated in table 5.1 below, (2) through the systems specified in table 5.1 below (the "System"), and (3) through authorized access via the AD&Co. website or other interface provided by AD&Co., upon the terms and conditions set forth in this Client License Agreement (the "Agreement").

2.   **Licensing Fee:**   Unless and until this Agreement is terminated or expires pursuant to the terms hereof, Licensee shall pay AD&Co. an annual licensing fee (the "Licensing Fee") shown in table 5.1 below (plus applicable sales tax).  So long as AD&Co. is not in breach of its obligations hereunder, the Licensing Fee shall be payable quarterly in equal installments by Licensee on the first day of January, April, July and October, except that the first quarterly installment shall be due on the date of execution hereof, and prorated accordingly.

3.   **Term:**  The term of this Agreement shall commence on November 1, 2005 and shall expire on October 31, 2006. Notwithstanding the provisions of the preceding sentence, this Agreement shall be renewed automatically for additional terms of one year ("Renewal Term") each on the same terms and conditions set forth herein unless either party delivers to the other a notice (the "Non-Renewal Notice") at least thirty (30) days prior to the expiration date then in effect stating its election not to renew the Agreement.   After the initial term, Licensee may terminate this agreement upon ninety (90) days written notice for any reason or no reason, without liability.  After the initial term, AD&Co. may terminate this agreement upon one-hundred-eighty (180) days written notice for any reason or no reason, without liability.

4.   **General Terms:**  AD&Co. and Licensee agree to all provisions of the General Terms of Agreement attached hereto.

5.   **Schedule of Services, Term and Fees:**

TABLE 5.1
SCHEDULE OF SERVICES, TERM AND FEES

| Group or Site Using Model | Name of Licensee's Contact | Annual License Fee** | Term * | Model | System |
|---|---|---|---|---|---|
| Risk Management and Model Validation, Minneapolis, MN | Phil Jones | $75,000 | November 1, 2005-October 31, 2006 | Models #1,2,3,4,5 and 6 as defined in paragraph 1A. | Proprietary System |
| Risk Management and Model Validation, Minneapolis, MN | Phil Jones | $5,000 | November 1, 2005-October 31, 2006 | Models #1 and 2 as defined in paragraph 1A. | Wall Street Analytics |

* Renewable pursuant to Section 3 of the Agreement

**LICENSOR: ANDREW DAVIDSON & CO., INC.**

Date: 12-22-05

By: _____

Andrew Davidson
President

Date: 1/5/2006

**LICENSEE: RESIDENTIAL CAPITAL CORPORATION**

By: _____

Name: John Sjoastad

Title: VP/ Managing Director

Andrew Davidson & Co., Inc.
Client License Agreement -

Page 3 of 3

**ADDENDUM TO
CLIENT LICENSE AGREEMENT AND SCHEDULE OF SERVICES
AND TERMINATION OF GMAC MORTGAGE CORPORATION AGREEMENT**

Licensor:    Andrew Davidson & Co., Inc. (AD&Co.)

Licensee:    GMAC Mortgage, LLC f/k/a GMAC Mortgage Corporation for its benefit and
for the benefit of Residential Capital, LLC and its direct and indirect subsidiaries
(each a "Licensee").

Date:    July 31, 2007

Re:    Client License Agreement dated January 13, 1999 and Addendum to Agreement
dated December 18, 2000 between AD&Co and GMAC Mortgage Corporation
having an office in Horsham, PA (the "GMACM Agreement") **and** Client
License Agreement dated as of December 20, 2005 between AD&Co. and
Residential Capital Corporation having an office in Minneapolis, MN (the
"ResCap Agreement") for use of the Risk Management and Model Validation
systems.

1.    Licensor and Licensees agree that the GMACM Agreement is hereby terminated
without penalty and the ResCap Agreement is hereby amended and restated as
follows:

(a)    Licensee shall mean ResCap and its direct and indirect subsidiaries.

(b)    Section 3, **Term**, of the ResCap Agreement is hereby replaced with the
following: "The initial term of this Agreement shall commence on August 1,
2007 and shall continue though July 31, 2010.The Agreement shall automatically
renew for additional terms of one year (Renewal Term) each on the same terms
and conditions set forth herein unless Licensee provides written notice of non
renewal at least thirty (30) days prior to the end of each Annual Term.  In
addition, Licensee may terminate this Agreement upon ninety (90) days written
notice for any reason or no reason without liability during any Renewal Term."

(c)    Section 5, **Schedule of Services, Term and Fees**, of the ResCap
Agreement is modified by replacing the existing Table 5.1 in its entirety with the
following schedule which sets forth the services to be provided by AD&Co., the
systems through which the Model is to be used, the term of the Agreement with
respect to the use of the Model, and the fees for use of the Model.

The Model refers to :
1) MBS Enhanced Pool Level Prepayment Model
2) Loan Level Prepayment Model
3) Mortgage Pass-through and CMO OAS Model
4) Interest Rate Process
5) LoanDynamics™ Model that produces delinquency, default and loss severity
forecasts for residential mortgage loans.
6) Credit Based OAS Model which includes Home Price Simulation Model

**Table 5.1**
**SCHEDULE OF SERVICES, TERM AND FEES**

| Locations of use | Name of Licensee's Contact | Annual License Fee | Term* | Model | System |
|---|---|---|---|---|---|
| Minneapolis, MN, Horsham, PA, and Fort Washington, PA | Tom Parrent (MN)<br><br>Scott Griffith (PA) | $200,000 | 8/1/07- 7/31/08 | Models #1,2,3,4,5,and 6 from Paragraph 1 above | MIAC, QRM, Wall Street Analytics, and Internal Proprietary system |
| Minneapolis, MN, Horsham, PA, and Fort Washington, PA | Tom Parrent (MN)<br><br>Scott Griffiths (PA) | $225,000 | 8/1/08- 7/31/09 | Models #1,2,3,4,5,and 6 from Paragraph 1 above | MIAC, QRM, Wall Street Analytics, and Internal Proprietary system |
| Minneapolis, MN, Horsham, PA, and Fort Washington, PA | Tom Parrent (MN)<br><br>Scott Griffiths (PA) | $250,000 | 8/1/09- 7/31/10 | Models #1,2,3,4,5,and 6 from Paragraph 1 above | MIAC, QRM, Wall Street Analytics, and Internal Proprietary system |

2.   Paragraph 3.B.(3), Ownership of Proprietary Rights; Prohibition Against Decompiling; Confidentiality and Non-Disclosure, of the Andrew Davidson & Co, Inc., General Terms of Agreement, is amended to read:

"(3) shall not copy, transfer or network the Model outside of ResCap locations;"

3.   Paragraph 4.B, Termination for Convenience, of the Andrew Davidson & Co, Inc., General Terms of Agreement, is amended to read:

"B.  Termination for Convenience.  After the initial term, Licensee may terminate this agreement upon ninety (90) days written notice for any reason or no reason, without liability.  After the initial term, AD&Co. may terminate this agreement upon three-hundred and sixty-five (365) days written notice for any reason or no reason, with no fee being charged to the Licensee during the termination notice period.

Except as specifically amended by this Amendment, the ResCap Agreement shall continue in full force and effect.

LICENSOR:
Andrew Davidson & Co., Inc.

Signature:

Name:          Andrew Davidson

Title:          President

Date:          7-31-07

LICENSEE:
GMAC Mortgage , LLC

Signature:

Name:          Thomas P. Stenger

Title:          SVP

Date:          8/23/07

LICENSEE:
Residential Funding Company, LLC

Signature:

Name:          Thomas Parrent

Title:          Managing Director

Date:          August 28 2007