MCGRAIL & BENSINGER LLP
676A Ninth Avenue #211
New York, New York  10036
(718) 434-2676
(718) 228-7717 Facsimile
Menachem M. Bensinger (MB 3467)

*Counsel to Andrew Davidson & Co., Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.* | Case No.: 12-12020 (MG) |
| Reorganized Debtors. |  |

## CERTIFICATE OF SERVICE

       I hereby certify that I served a true and correct copy of *Andrew Davidson & Co., Inc.'s Request For Allowance and Payment of Administrative Expense Claim* on the parties and via the method set forth below.

Dated: January 22, 2014

                                               _/s/ Menachem M. Bensinger_____
                                                Menachem M. Bensinger, Esq.

<u>Via Overnight Federal Express</u>

Kenneth H. Eckstein, Esq.
Kramer Levin et al.
1177 Avenue of the Americas
New York, NY 10036

Daniel Harris, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104