**Hearing Date and Time: February 20, 2014 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the ResCap Liquidating Trust*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------
|  | ) |  |
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
---------------------------------------------------------------------

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'**
**FIFTY-SECOND OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT**
**DOCUMENTATION) SOLELY AS IT RELATES TO THE CLAIMS FILED BY**
**<u>UBS REAL ESTATE SECURITIES INC. TO FEBRUARY 20, 2014 AT 10:00 A.M.</u>**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Fifty-Second*

*Omnibus Objection to Claims (Insufficient Documentation)* [Docket No. 6074] (the "<u>Fifty-</u>

<u>Second Omnibus Claims Objection</u>"), solely as it relates to the proofs of claim filed by UBS

Real Estate Securities Inc. ("<u>UBS</u>") (Claim Nos. 4200 and 4453), previously scheduled to be

heard on January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned to

**February 20, 2014 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the

Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New

York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New

York 10004.

{00377343-1}

**PLEASE TAKE FURTHER NOTICE** that the Liquidating Trust has extended

UBS's deadline to respond to the Fifty-Second Omnibus Claims Objection to **February 13, 2014**

**at 4:00 p.m. (Prevailing Eastern Time)**.

Dated:  January 23, 2014          /s/ Norman S. Rosenbaum
        New York, New York          Gary S. Lee
                                                 Norman S. Rosenbaum
                                               Jordan A. Wishnew
                                               MORRISON & FOERSTER LLP
                                               1290 Avenue of the Americas
                                               New York, New York 10104
                                               Telephone:  (212) 468-8000
                                               Facsimile:  (212) 468-7900

                                             *Counsel for the ResCap Liquidating Trust*

{00377343-1}