UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: ) | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC., et al. ) | Chapter 11 |
| Debtors ) | Jointly Administered |

## MOTION FOR CONTINUANCE OF JANUARY 27, 2014 HEARING REGARDING DEBTORS' OBJECTIONS TO THE ESTATE'S PROOF OF CLAIM

COMES NOW Karen Mitchell-Smith, appearing pro se on behalf of the Estate of Felecia V. Mitchell ("Estate"), Creditor, and respectfully MOVES this Court for a Continuance of the Hearing on Debtors' Objections to Estate's Claim in the above-captioned Case until **sometime after February 28, 2014 (with the exception of March 12, 2014 thru March 19, 2014)**. Originally, there was a Hearing on this matter scheduled for January 9, 2014. However, by means of a "Notice of Adjournment of Matters to Be Heard on January 9, 2014 to January 27, 2014 at 2:00 P.M. and January 30, 2014 at 10:00 A.M." (copy attached), this date was changed, unilaterally and for reasons unknown, to January 27, 2014. In order to attend the Hearing on the original date of January 9, 2014, Ms. Mitchell-Smith deferred the start of her next round of cancers treatments until the end of January 2014. In light of the Notice of Adjournment, Ms. Mitchell-Smith has attempted to postpone the start of these treatments for a later date, but has been unable to do so. As such, she is unable to participate in any Hearing on January 27, 2014 or any other date until **sometime after February 28, 2014 (with the exception of March 12, 2014 thru March 19, 2014)**. The reasons for her need for such a Continuance are further developed below:

1. Ms. Mitchell-Smith is a 70 year-old woman. She currently resides in Hampton, Georgia. Ms. Mitchell-Smith has been appointed Acting Administratrix for the Estate of her mother, Felecia V. Mitchell. The Estate has filed a Proof of Claim against GMAC Mortgage, LLC.

2. Since the time of her appointment, Ms. Mitchell-Smith has been diagnosed with Stage 3 to Stage 4 Skin Cancer. She has been undergoing treatment for this cancer. This treatment requires her to undergo procedures periodically. Her doctors have proposed several treatment options including surgery, chemotherapy, and radiation.

3. It was hoped that Ms. Mitchell-Smith's cancer treatments would mostly be completed by the end of 2013  Sadly, however, Ms. Mitchell-Smith has not responded to these treatments as well as expected. Therefore, her doctors wish to begin a more aggressive type of treatment. This new series of treatments is expected to last – with periodic breaks for recovery - for up to ten additional months.

4. Unfortunately, the rescheduled Hearing date of January 27, 2014 falls in the midst of Ms. Mitchell-Smith's rescheduled treatments for her Skin Cancer. Her new series of treatments is scheduled to commence on Friday, January 24, 2014 and then continue, with only minor interruptions, until approximately February 28, 2014. As such, she will be unable to participate any Hearing on January 27, 2014.

5. With the exception of some minor follow up treatment scheduled for March 12, 2014 thru March 19, 2014 (inclusive), Ms. Mitchell-Smith is not scheduled for any other treatments until April 2, 2014. Ms. Mitchell-Smith has asked for this break in treatment in order to not only give her body time to recuperate from this new, more aggressive form of therapy but also to allow her to resume active participation in the above-captioned matter. As such, if the January 27, 2014 Hearing can be continued until sometime during this period, Ms. Mitchell-Smith will require no more continuances.

6. In the event that her health does not respond adequately to these treatments, Ms. Mitchell-Smith may have to resign her appointment and ask that someone else be appointed as Administrator of the Estate in her place.

WHEREFORE, in light of her current cancer treatments and and her unsuccessful efforts to accommodate the new Hearing date, Karen Mitchell-Smith, appearing pro se on behalf of the Estate of Felecia V. Mitchell, does hereby respectfully MOVE this honorable Court for a Continuance of this Hearing until **sometime after February 28, 2014 (with the exception of March 12, 2014 thru March 19, 2014).**

Respectfully submitted,

*/s/ Karen Mitchell-Smith*
KAREN MITCHELL-SMITH
41 Rosedale Trace
Hampton, Georgia 30228
703-568-8124
**Administratrix Appearing Pro Se**

Date:    January 22, 2014

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that, on or about January 22, 2014, I caused the preceding "**Motion for Continuance of January 27, 2014 Hearing Regarding Debtors' Objections to The Estate's Proof of Claim**" to be served via overnight mail, postage pre-paid on the following:

### Judge's Chambers

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Attn: Honorable Martin Glenn
One Bowling Green
Courtroom 501
New York, New York 10004

### Attorneys for Debtors

MORRISON & FOERSTER, LLP
Attn: Gary S. Lee, Esq., Norman S. Rosenbaum, Esq. & Jordan A. Wishnew, Esq.
1290 Avenue of the Americas
New York, New York 10036

### Attorneys for Official Committee of Unsecured Creditors

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
Attn: Kenneth H. Eckstein, Esq. & Douglas H. Mannal, Esq.
1117 Avenue of the Americas
New York, New York 10036

Respectfully submitted,

_Karen Mitchell-Smith_
KAREN MITCHELL-SMITH
41 Rosedale Trace
Hampton, Georgia 30228
703-568-8124
**Administratrix Appearing Pro Se**

Date:    January 22, 2014

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Post-Effective Date Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF MATTERS
TO BE HEARD ON JANUARY 9, 2014 TO
JANUARY 27, 2014 AT 2:00 P.M. AND JANUARY 30, 2014 AT 10:00 A.M.**

PLEASE TAKE NOTICE that the hearing originally scheduled for January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time) has, at the direction of the Bankruptcy Court, been adjourned and certain matters will be heard on either **January 27, 2014 at 2:00 p.m. (Prevailing Eastern Time)** or **January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the following matters, previously scheduled to be heard on January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time) will now be heard on **January 27, 2014 at 2:00 p.m. (Prevailing Eastern Time)** (the "January 27 Hearing"):

- Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4734]. *solely as it relates to the claim filed by Karen Mitchell-Smith for the Estate of Felecia V. Mitchell (Claim No. 5662)*;
- Motion of Simona Robinson for Relief from Stay [Docket No. 4948]:

ny-1124414

- Debtors' Forty-Second Omnibus Objection to Claims (Reduce and Allow Borrower Claims) [Docket No. 5150], *solely as it relates to the claims filed by Jennifer and Jason Schermerhorn (Claim Nos. 338 and 339)*; and

- Debtors' Objection to Claim No. 5420 of Vachagan Abed-Stephen and Suzie Abed-Stephen [Docket No. 5786].

**PLEASE TAKE FURTHER NOTICE** that the following matters, previously scheduled to be heard on January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time) will now be heard on **January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "January 30 Hearing"):

- Notice of Hearing on Motion of U.S. Bank National Association as, Indenture Trustee, Seeking Limited Discovery from the Debtors and Relief from Stay Imposed by the FHFA Order [Docket No. 3511]

- Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims) [Docket No. 4119], *solely as it relates to the claim filed by the Everest Companies (Claim No. 3480)*;

- Debtors' Forty-Fourth Omnibus Objection to Claims (A) Late-Filed Claims; (B) Duplicate Claims; (C) Redesignate and Allow Claims; (D) Reduce and Allow Claims; (E) Redesignate, Reduce and Allow Claims; (F) Reclassify, Reduce and Allow Claims; and (G) Redesignate Claims) [Docket No. 5152], *solely as it relates to the claim filed by ISGN Solutions, Inc. (Claim No. 5688)*;

- Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5161] *solely as it relates to the claim filed by Mary R. Biancavilla (Claim No. 4937)*;

- Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 5162] *solely as it relates to the claims filed by Guerrino Degli Esposti (Claim No. 2104) and Phillip G. Wright (Claim No. 4600)*;

- Motion of Rosalind Alexander-Kasparik for Relief from Stay [Docket No. 5621];

- Fourth Fee Application of KPMG LLP, as Tax Compliance Professionals and Information Technology Advisors to the Debtors and Debtors in Possession, for Interim Allowance and Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2013 through August 31, 2013 [Docket No. 5835]; and

- Debtors' Motion for Entry of an Order Approving Payment of Success Fee to Debtors' Chief Restructuring Officer, Lewis Kruger [Docket No. 6172].

**PLEASE TAKE FURTHER NOTICE** that the matters being adjourned to the January 27 Hearing and the January 30 Hearing will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: January 6, 2014
New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Post-Effective Date Debtors*

ny-1124414                                3