030067-08 15 Jul 2008 10:48:17AM

**Book: 2008**
**Page: 030067-08**
**6 pages**

REAL ESTATE DOCUMENT

GREENE COUNTY, MISSOURI
RECORDERS CERTIFICATION

*Linda S. Montgomery*
Linda S. Montgomery
Recorder of Deeds

cfredrickson

---

MARGIN ABOVE RESERVED FOR RECORDING INFORMATION

## TRUSTEE'S DEED UNDER SALE

**DATE OF INSTRUMENT: June 12, 2008**

**GRANTOR:**   **SOUTH & ASSOCIATES, P.C.**
**Successor Trustee**
**6363 College Blvd., Suite 100**
**Overland Park, KS 66211**

**GRANTEE:**   **Deutsche Bank Trust Company Americas as Trustee**
**c/o HomeComings Financial, LLC (TX),**
**2711 N. Haskell Ave., Ste. 900, Dallas, TX 75204**

EFFECTED INSTRUMENT IF APPLICABLE: APRIL 17, 2006, DOCUMENT NO. 018900-06, IN BOOK NO. 2006, AT PAGE 018900-06
ATTACHMENTS: Attachments are integral parts of this instrument.
LEGAL DESCRIPTION: Greene County, Missouri (Continued On Next Page If Applicable):

All of Lot Forty-four (44), FIRST ADDITION TO SCENIC HEIGHTS, Greene County, Missouri, according to the recorded plat thereof

CONTINENTAL TITLE COMPANY
*07452*

File No. 85165

Please return to:
South & Associates, P.C.
6363 College Blvd., Suite 100
Overland Park, Kansas 66211

WHEREAS, Becky Ann Spence, did by a Deed of Trust dated April 13, 2006, filed for record in the Office of the Recorder of Deeds in Greene County, at Springfield, Missouri, on April 17, 2006, Document No. 018900-06, in Book No. 2006, at Page 018900-06 convey the property described below; IN TRUST, to secure the payment of the indebtedness described in the Deed of Trust ( the "Security Instrument").

AND WHEREAS, default was made and still continues in the payment of the indebtedness, the undersigned Successor Trustee, did at the request of the legal owner and holder of the unpaid indebtedness secured by the Security Instrument, proceed to execute the powers conferred by the Security Instrument, and did on June 11, 2008, the sale having been continued from May 7, 2008, having previously given at least twenty days public notice of the date and recording information of the of the Security Instrument, the grantors, and the time, terms and place of sale and the description of the property to be sold, and all other particulars required by law, by advertisement inserted as required by law and by the Security Instrument, a copy of which advertisement, with the affidavit of the publisher of the newspaper proving its publication, is attached and incorporated herein, at the place and on the day and date stated in the notice, at 11:00 AM, expose to sale for cash, to the highest bidder, at public venue upon terms announced prior to the sale, the property referred to on the first page of this instrument. Bids were invited, but none was received for less than the whole of the property.

NOW, THEREFORE, KNOW ALL PERSONS BY THESE PRESENTS, that the undersigned Successor Trustee, in consideration of the premises and the sum of **$110,075.00**, paid to it by the highest bidder at the sale, the receipt of which is acknowledged, does BARGAIN, SELL AND CONVEY unto the Grantee (whether one or more) named on the first page of this instrument, the property situated in the County of Greene, and the State of Missouri as legally described commencing on the first page of this instrument and commonly known as 3877 S. Homewood Avenue, Springfield, MO 65808.

This conveyance is without warranty whatsoever, either express or implied, and is subject to all prior easements, restrictions, reservations, covenants and encumbrances now of record, if any.

TO HAVE AND TO HOLD the same unto Grantee and to its successors and assigns forever.

The undersigned Successor Trustee warrants and certifies that, as required by §443.325, RSMo., pertaining to notices of sale under power of sale, a writing in words and figures identical to the notice of sale attached to the publisher's affidavit as attached, was placed in an envelope and deposited in the United States mail on April 9, 2008, being not less than twenty (20) days prior to the scheduled date of sale, certified, restricted delivery, marked "Restricted Delivery," "Return Receipt Requested," with postage pre-paid, to the person or entity at the addresses shown and for which proof of mailing is attached to this instrument.

The undersigned Successor Trustee further warrants and certifies that to the best knowledge and belief of the Successor Trustee on the date of the sale no owner was a member of the Armed Forces of the United States of America entitled to the benefits of The Service Members Civil Relief Act of 2003, as amended and no owner died within six months next preceding the date of the sale as pertains to §443.300, RSMo. The undersigned Successor Trustee further warrants and certifies that no notice of intent to redeem as pertains to §§443.420, et seq, RSMo was given by an owner to the foreclosing trustee at or prior to the sale.

File No. 85165

IN WITNESS, the Successor Trustee has executed this deed on the date first above written.

**SOUTH & ASSOCIATES, P.C.**

By: _____
Douglas A. Hick, Vice-President

Michael L. Zevitz, Secretary

STATE OF KANSAS          )
                         ) SS
COUNTY OF JOHNSON        )

On June 12, 2008 before me, a Notary Public, personally appeared Douglas A. Hick, to me personally known, who, being duly sworn by me did say that he is the Vice-President of South & Associates, P.C., a Missouri corporation, and that the instrument was signed on behalf of South & Associates, P.C. by Douglas A. Hick and he acknowledged the instrument to be the free act and deed of the corporation.

IN TESTIMONY, I have set my hand and affixed my official seal at my office the day and year last above written.

_____
Notary Public
State of Kansas
County of Johnson

My Commission Expires:

_____

```
ASHELY LUKENBILL
Notary Public
State of Kansas
My Commission Expires  10/11/11
```

File No. 85165

**7160 3901 9845 4266 7758**

TO: Becky Ann Spence
3871 S. Cottage Avenue
Springfield, MO 65808

South & Associates, P.C.

**SENDER:** 85165

**REFERENCE:**

PS Form 3800, January 2005

| | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service

**Receipt for Certified Mail**

No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

APR 09 2008

USPS 6620

South & Associates, P.C.
PO Box 9001
Temecula, CA 92589

PS Form 3877

Type of Mailing: CERTIFIED
4/3/2008 1:54:12PM

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Reference | Rest.Del.Fee Contents |
|---|---|---|---|---|---|---|---|
| 103 | 7113 8257 1472 6614 9600 | Becky Ann Spence<br>PO BOX 10634<br>SPRINGFIELD, MO 65808-0634 | $0.41 | $2.65 | $2.15 | 85165-82268 | $0.00 |
| 104 | 7113 8257 1472 6614 9617 | Becky Ann Spence<br>3870 S COTTAGE AVE<br>SPRINGFIELD, MO 65807-7471 | $0.41 | $2.65 | $2.15 | 85165-82269 | $0.00 |
| 105 | 7113 8257 1472 6614 9624 | Becky Ann Spence<br>3877 S HOMEWOOD ST<br>SPRINGFIELD, MO 65807-3963 | $0.41 | $2.65 | $2.15 | 85165-82270 | $0.00 |
| 106 | 7113 8257 1472 6614 9631 | Becky Ann Spence<br>3864 S COTTAGE AVE<br>SPRINGFIELD, MO 65807-7471 | $0.41 | $2.65 | $2.15 | 85165-82271 | $0.00 |
| 107 | 7113 8257 1472 6614 9648 | Becky Ann Spence<br>2770 W LASALLE ST<br>SPRINGFIELD, MO 65807-8725 | $0.41 | $2.65 | $2.15 | 85165-82272 | $0.00 |
| 108 | 7113 8257 1472 6614 9655 | Becky Ann Spence<br>3645 S NEWTON AVE<br>SPRINGFIELD, MO 65807-4457 | $0.41 | $2.65 | $2.15 | 85165-82273 | $0.00 |
| 109 | 7113 8257 1472 6614 9662 | John Doe (Tenant/Occupant)<br>3877 S HOMEWOOD ST<br>SPRINGFIELD, MO 65807-3963 | $0.41 | $2.65 | $2.15 | 85165-82274 | $0.00 |
| 110 | 7113 8257 1472 6614 9679 | Mary Doe (Tenant/Occupant)<br>3877 S HOMEWOOD ST<br>SPRINGFIELD, MO 65807-3963 | $0.41 | $2.65 | $2.15 | 85165-82275 | $0.00 |

# THE DAILY EVENTS

*News You Won't Read Elsewhere*

(417) 866-1401
(Fax) 866-1491

P.O. Box 1
Springfield, MO
65801-0001

*Established 1881*

| Date of First Publication | Invoice Number |
|---|---|
| 04/09/08 | 80867 |

Newspaper Placement Service, Inc.
Maureen Gillespie
P.O. Box 190
Olathe, KS 66051

# *Invoice for the Publication Costs & Affidavit of Publication*

**Please pay from this invoice.**
*Please include Invoice Number with payment.*

**Case Number/Reference Name:**
**Spence/85165**

## Description of Legal Notice & Date(s) Published:

Trustee's Sales - Becky Ann Spence (Lot 44)
Date(s): 4/9 - 5/7, 2008 Vol/No(s): 128/7 - 27 consecutively

**Total Cost:**
500.00

---

**NOTICE OF TRUSTEE'S SALE**
For default in the payment of debt secured by deed of trust executed by

**Becky Ann Spence,**

dated April 13, 2006, and recorded on April 17, 2006, Document No. 018900-06, in Book No. 2006, at Page 018900-06 in the Office of the Recorder of Deeds, Greene County, Missouri, at Springfield, the undersigned Successor Trustee will on

**May 7, 2008,**

at 11:00 a.m., at the South Door of the Greene County Courthouse located at 940 Boonville Avenue, Springfield, Missouri, sell at public vendue to the highest bidder for cash:

All of Lot Forty-four (44), FIRST ADDITION TO SCENIC HEIGHTS, Greene County, Missouri, according to the recorded plat thereof, commonly known as 3877 S. Homewood Avenue, Springfield, MO, 65808

subject to all prior easements, restrictions, reservations, covenants and encumbrances now of record, if any, to satisfy the debt and costs.

**South & Associates, P.C.,**
**Successor Trustee**

First Publication: April 9, 2008

Pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692c(b), no information concerning the collection of this debt may be given without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction. The debt collector is attempting to collect a debt and any information obtained will be used for that purpose (No. 85165). For more information, visit www.southlaw.com

*Published in The Daily Events*
4/9-5/7, 2008 (21CI)

## Affidavit of Publication

I, Wendy Greyowl, do upon oath state that I am editor of *The Daily Events*, a newspaper of general circulation published daily, except Saturdays and Sundays; and qualified to publish notices directed by any court or required by law in the County of Greene, in the County of Christian, and in the City of Springfield, all being in the State of Missouri; and that the accompanying legal notice was published in *The Daily Events* on the date(s) and volume(s)/number(s) listed above.

I further state that said newspaper is published in accordance with, and meets all provisions of, Section 493.050 RSMo 2000, Section 493.070 RSMo 2000, and St. of Missouri ex rel Reorganized School District R-6 of Daviess County, Missouri vs Haskell Holman, 275 S. W. 2d 280, 282 (Mo. banc 1955) regarding legal notices.

Unless otherwise noted hereto, this affidavit shall serve as sufficient evidence for the publication of this legal notice as stated in Section 493.060 RSMo 2000.

*Wendy Greyowl, Editor*     5/7/08
Date

Subscribed & affirmed before me: *Rebecca C. Barnes*
Notary Public


REBECCA C. BARNES
Greene County
My Commission Expires
March 30, 2009
Commission # 05686649

*Electronically Recorded*

**030066-08 15 Jul 2008 10:47:17AM**

Book: **2008**
Page: **030066-08**
**6 pages**

REAL ESTATE DOCUMENT

GREENE COUNTY, MISSOURI
RECORDERS CERTIFICATION

*Linda S. Montgomery*
**Linda S. Montgomery**
**Recorder of Deeds**

cfredrickson

MARGIN ABOVE RESERVED FOR RECORDING INFORMATION

## TRUSTEE'S DEED UNDER SALE

DATE OF INSTRUMENT: **June 12, 2008**

GRANTOR: **SOUTH & ASSOCIATES, P.C.**
**Successor Trustee**
**6363 College Blvd., Suite 100**
**Overland Park, KS 66211**

GRANTEE: **Deutsche Bank Trust Company Americas as Trustee**
**c/o HomeComings Financial, LLC (TX),**
**2711 N. Haskell Ave., Ste. 900, Dallas, TX 75204**

EFFECTED INSTRUMENT IF APPLICABLE: APRIL 17, 2006, DOCUMENT No. 018901-06, IN BOOK No. 2006, AT PAGE 018901-06
ATTACHMENTS: Attachments are integral parts of this instrument.
LEGAL DESCRIPTION: Greene County, Missouri (Continued On Next Page If Applicable):

All of Lot Twenty-five (25), FIRST ADDITION SCENIC HEIGHTS, Greene County, Missouri, according to the recorded plat thereof

**CONTINENTAL TITLE COMPANY**
*67481*

File No. 85164

Please return to:
South & Associates, P.C.
6363 College Blvd., Suite 100
Overland Park, Kansas 66211

WHEREAS, Becky Ann Spence, did by a Deed of Trust dated April 13, 2006, filed for record in the Office of the Recorder of Deeds In Greene County, at Springfield, Missouri, on April 17, 2006, Document No. 018901-06, in Book No. 2006, at Page 018901-06 convey the property described below; IN TRUST, to secure the payment of the indebtedness described in the Deed of Trust ( the "Security Instrument").

AND WHEREAS, default was made and still continues in the payment of the indebtedness, the undersigned Successor Trustee, did at the request of the legal owner and holder of the unpaid indebtedness secured by the Security Instrument, proceed to execute the powers conferred by the Security Instrument, and did on June 11, 2008, the sale having been continued from May 7, 2008, having previously given at least twenty days public notice of the date and recording information of the of the Security Instrument, the grantors, and the time, terms and place of sale and the description of the property to be sold, and all other particulars required by law, by advertisement inserted as required by law and by the Security Instrument, a copy of which advertisement, with the affidavit of the publisher of the newspaper proving its publication, is attached and incorporated herein, at the place and on the day and date stated in the notice, at 11:00 AM, expose to sale for cash, to the highest bidder, at public venue upon terms announced prior to the sale, the property referred to on the first page of this instrument. Bids were invited, but none was received for less than the whole of the property.

NOW, THEREFORE, KNOW ALL PERSONS BY THESE PRESENTS, that the undersigned Successor Trustee, in consideration of the premises and the sum of **$114,240.00**, paid to it by the highest bidder at the sale, the receipt of which is acknowledged, does BARGAIN, SELL AND CONVEY unto the Grantee (whether one or more) named on the first page of this instrument, the property situated in the County of Greene, and the State of Missouri as legally described commencing on the first page of this instrument and commonly known as 3864 S. Cottage Avenue, Springfield, MO 65808.

This conveyance is without warranty whatsoever, either express or implied, and is subject to all prior easements, restrictions, reservations, covenants and encumbrances now of record, if any.

TO HAVE AND TO HOLD the same unto Grantee and to its successors and assigns forever.

The undersigned Successor Trustee warrants and certifies that, as required by §443.325, RSMo., pertaining to notices of sale under power of sale, a writing in words and figures identical to the notice of sale attached to the publisher's affidavit as attached, was placed in an envelope and deposited in the United States mail on April 9, 2008, being not less than twenty (20) days prior to the scheduled date of sale, certified, restricted delivery, marked "Restricted Delivery," "Return Receipt Requested," with postage pre-paid, to the person or entity at the addresses shown and for which proof of mailing is attached to this instrument.

The undersigned Successor Trustee further warrants and certifies that to the best knowledge and belief of the Successor Trustee on the date of the sale no owner was a member of the Armed Forces of the United States of America entitled to the benefits of The Service Members Civil Relief Act of 2003, as amended and no owner died within six months next preceding the date of the sale as pertains to §443.300, RSMo. The undersigned Successor Trustee further warrants and certifies that no notice of intent to redeem as pertains to §§443.420, et seq, RSMo was given by an owner to the foreclosing trustee at or prior to the sale.

File No. 85164

IN WITNESS, the Successor Trustee has executed this deed on the date first above written.



SOUTH & ASSOCIATES, P.C.

By: _____

Douglas A. Hick, Vice-President

Michael L. Zevitz, Secretary

STATE OF KANSAS          )
                         ) SS
COUNTY OF JOHNSON        )

On June 12, 2008 before me, a Notary Public, personally appeared Douglas A. Hick, to me personally known, who, being duly sworn by me did say that he is the Vice-President of South & Associates, P.C., a Missouri corporation, and that the instrument was signed on behalf of South & Associates, P.C. by Douglas A. Hick and he acknowledged the instrument to be the free act and deed of the corporation.

IN TESTIMONY, I have set my hand and affixed my official seal at my office the day and year last above written.

Notary Public,
State of Kansas
County of Johnson

My Commission Expires:

_____

ASHELY LUKENBILL
Notary Public
State of Kansas
My Commission Expires 10/11/11

File No. 85164

## 7160 3901 9845 4266 7741

**TO:** Becky Ann Spence
3871 S. Cottage Avenue
Springfield, MO 65808

South & Associates, P.C.

**SENDER:**   85164

**REFERENCE:**

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service

**Receipt for**
**Certified Mail**          APR 09 2008

No Insurance Coverage Provided
Do Not Use for International Mail

South & Associates, P.C.
PO Box 9601
Temecula, CA 92589

PS Form 3877
Type of Mailing: CERTIFIED
4/3/2008  1:54:12PM

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Reference | Rest.Del.Fee Contents |
|---|---|---|---|---|---|---|---|
| 95 | 7113 8257 1472 6614 9525 | Becky Ann Spence, PO BOX 10634, SPRINGFIELD, MO 65808-0634 | $0.41 | $2.65 | $2.15 | 85164-82260 | $0.00 |
| 96 | 7113 8257 1472 6614 9532 | Becky Ann Spence, 3870 S COTTAGE AVE, SPRINGFIELD, MO 65807-7471 | $0.41 | $2.65 | $2.15 | 85164-82261 | $0.00 |
| 97 | 7113 8257 1472 6614 9549 | Becky Ann Spence, 3877 S HOMEWOOD ST, SPRINGFIELD, MO 65807-3963 | $0.41 | $2.65 | $2.15 | 85164-82262 | $0.00 |
| 98 | 7113 8257 1472 6614 9556 | Becky Ann Spence, 3864 S COTTAGE AVE, SPRINGFIELD, MO 65807-7471 | $0.41 | $2.65 | $2.15 | 85164-82263 | $0.00 |
| 99 | 7113 8257 1472 6614 9563 | Becky Ann Spence, 2770 W LA SALLE ST, SPRINGFIELD, MO 65807-8725 | $0.41 | $2.65 | $2.15 | 85164-82264 | $0.00 |
| 100 | 7113 8257 1472 6614 9570 | Becky Ann Spence, 3643 S NEWTON AVE, SPRINGFIELD, MO 65807-4457 | $0.41 | $2.65 | $2.15 | 85164-82265 | $0.00 |
| 101 | 7113 8257 1472 6614 9587 | John Doe (Tenant/Occupant), 3864 S COTTAGE AVE, SPRINGFIELD, MO 65807-7471 | $0.41 | $2.65 | $2.15 | 85164-82266 | $0.00 |
| 102 | 7113 8257 1472 6614 9594 | Mary Doe (Tenant/Occupant), 3864 S COTTAGE AVE, SPRINGFIELD, MO 65807-7471 | $0.41 | $2.65 | $2.15 | 85164-82267 | $0.00 |

# THE DAILY EVENTS

*News You Won't Read Elsewhere*

(417) 866-1401
(Fax) 866-1491

P.O. Box 1
Springfield, MO
65801-0001

*Established 1881*

| Date of First Publication | Invoice Number |
|---|---|
| 04/09/08 | 80866 |

Newspaper Placement Service, Inc.
Maureen Gillespie
P.O. Box 190
Olathe, KS 66051

# Invoice for the Publication Costs & Affidavit of Publication

**Please pay from this invoice.**
*Please include Invoice Number with payment.*

**Case Number/Reference Name:**
Spence/85164

## Description of Legal Notice & Date(s) Published:

Trustee's Sales - Becky Ann Spence (Lot 25)
Date(s): 4/9 - 5/7, 2008 Vol/No(s): 128/7 - 27 consecutively

**Total Cost:**
500.00

### NOTICE OF TRUSTEE'S SALE

For default in the payment of debt secured by deed of trust executed by **Becky Ann Spence,** dated April 13, 2006, and recorded on April 17, 2006, Document No. 018901-06, in Book No. 2006, at Page 018901-06 in the Office of the Recorder of Deeds, Greene County, Missouri, at Springfield, the undersigned Successor Trustee will on

May 7, 2008,

at 11:00 a.m., at the South Door of the Greene County Courthouse located at 940 Boonville Avenue, Springfield, Missouri, sell at public vendue to the highest bidder for cash:

All of Lot Twenty-five (25), FIRST ADDITION SCENIC HEIGHTS, Greene County, Missouri, according to the recorded plat thereof, commonly known as 3864 S. Cottage Avenue, **Springfield, MO, 65808**

subject to all prior easements, restrictions, reservations, covenants and encumbrances now of record, if any, to satisfy the debt and costs.

**South & Associates, P.C.,
Successor Trustee**

First Publication: April 9, 2008
Pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692e(b), no information concerning the collection of this debt may be given without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction. The debt collector is attempting to collect a debt and any information obtained will

be used for that purpose (No. 85164). For more information, visit www. southlaw.com
*Published in The Daily Events*
4/9-5/7, 2008 (21Cf)

## Affidavit of Publication

I, Wendy Greyowl, do upon oath state that I am editor of *The Daily Events,* a newspaper of general circulation published daily, except Saturdays and Sundays; and qualified to publish notices directed by any court or required by law in the County of Greene, in the County of Christian, and in the City of Springfield, all being in the State of Missouri; and that the accompanying legal notice was published in *The Daily Events* on the date(s) and volume(s)/number(s) listed above.

I further state that said newspaper is published in accordance with, and meets all provisions of, Section 493.050 RSMo 2000, Section 493.070 RSMo 2000, and St. of Missouri ex rel Reorganized School District R-6 of Daviess County, Missouri vs Haskell Holman, 275 S. W. 2d 280, 282 (Mo. banc 1955) regarding legal notices.

Unless otherwise noted hereto, this affidavit shall serve as sufficient evidence for the publication of this legal notice as stated in Section 493.060 RSMo 2000.

Wendy Greyowl, *Editor*        5/7/08
                                 Date

Subscribed & affirmed before me: Rebecca C Barnes
*Notary Public*

REBECCA C. BARNES
Greene County
My Commission Expires
March 30, 2009
Commission # 05688649

*Electronically Recorded*

**030069-08 15 Jul 2008 10:49:18AM**

**Book: 2008**
**Page: 030069-08**
**6 pages**

REAL ESTATE DOCUMENT

GREENE COUNTY, MISSOURI
RECORDERS CERTIFICATION

*Linda S. Montgomery*
Linda S. Montgomery
Recorder of Deeds

cfredrickson

MARGIN ABOVE RESERVED FOR RECORDING INFORMATION

# TRUSTEE'S DEED UNDER SALE

**DATE OF INSTRUMENT: June 12, 2008**

**GRANTOR:** **SOUTH & ASSOCIATES, P.C.**
**Successor Trustee**
**6363 College Blvd., Suite 100**
**Overland Park, KS 66211**

**GRANTEE:** **Deutsche Bank Trust Company Americas as Trustee**
**c/o HomeComings Financial, LLC (TX),**
**2711 N. Haskell Ave., Ste. 900, Dallas, TX 76204**

**EFFECTED INSTRUMENT IF APPLICABLE: APRIL 17, 2006, DOCUMENT NO. 018902-06, IN BOOK NO. 2006, AT PAGE 018902-06**
**ATTACHMENTS: Attachments are integral parts of this instrument.**
**LEGAL DESCRIPTION: Greene County, Missouri (Continued On Next Page If Applicable):**

**All of Lot Twenty-four (24), FIRST ADDITION SCENIC HEIGHTS, Greene County, Missouri, according to the recorded plat thereof**

CONTINENTAL TITLE COMPANY
67480

File No. 85163

Please return to:
South & Associates, P.C.
6363 College Blvd., Suite 100
Overland Park, Kansas 66211

WHEREAS, Becky Ann Spence, did by a Deed of Trust dated April 13, 2006, filed for record in the Office of the Recorder of Deeds In Greene County, at Springfield, Missouri, on April 17, 2006, Document No. 018902-06, in Book No. 2006, at Page 018902-06 convey the property described below; IN TRUST, to secure the payment of the indebtedness described in the Deed of Trust ( the "Security Instrument").

AND WHEREAS, default was made and still continues in the payment of the indebtedness, the undersigned Successor Trustee, did at the request of the legal owner and holder of the unpaid indebtedness secured by the Security Instrument, proceed to execute the powers conferred by the Security Instrument, and did on June 11, 2008, the sale having been continued from May 7, 2008, having previously given at least twenty days public notice of the date and recording information of the of the Security Instrument, the grantors, and the time, terms and place of sale and the description of the property to be sold, and all other particulars required by law, by advertisement inserted as required by law and by the Security Instrument, a copy of which advertisement, with the affidavit of the publisher of the newspaper proving its publication, is attached and incorporated herein, at the place and on the day and date stated in the notice, at 11:00 AM, expose to sale for cash, to the highest bidder, at public venue upon terms announced prior to the sale, the property referred to on the first page of this instrument. Bids were invited, but none was received for less than the whole of the property.

NOW, THEREFORE, KNOW ALL PERSONS BY THESE PRESENTS, that the undersigned Successor Trustee, In consideration of the premises and the sum of **$114,665.00**, paid to it by the highest bidder at the sale, the receipt of which is acknowledged, does BARGAIN, SELL AND CONVEY unto the Grantee (whether one or more) named on the first page of this instrument, the property situated in the County of Greene, and the State of Missouri as legally described commencing on the first page of this instrument and commonly known as 3870 S. Cottage Avenue, Springfield, MO 65808.

This conveyance is without warranty whatsoever, either express or implied, and is subject to all prior easements, restrictions, reservations, covenants and encumbrances now of record, if any.

TO HAVE AND TO HOLD the same unto Grantee and to its successors and assigns forever.

The undersigned Successor Trustee warrants and certifies that, as required by §443.325, RSMo., pertaining to notices of sale under power of sale, a writing in words and figures identical to the notice of sale attached to the publisher's affidavit as attached, was placed in an envelope and deposited in the United States mail on April 9, 2008, being not less than twenty (20) days prior to the scheduled date of sale, certified, restricted delivery, marked "Restricted Delivery," "Return Receipt Requested," with postage pre-paid, to the person or entity at the addresses shown and for which proof of mailing is attached to this instrument.

The undersigned Successor Trustee further warrants and certifies that to the best knowledge and belief of the Successor Trustee on the date of the sale no owner was a member of the Armed Forces of the United States of America entitled to the benefits of The Service Members Civil Relief Act of 2003, as amended and no owner died within six months next preceding the date of the sale as pertains to §443.300, RSMo. The undersigned Successor Trustee further warrants and certifies that no notice of intent to redeem as pertains to §§443.420, et seq, RSMo was given by an owner to the foreclosing trustee at or prior to the sale.

File No. 85163

IN WITNESS, the Successor Trustee has executed this deed on the date first above written.

SOUTH & ASSOCIATES, P.C.

By:_____
Douglas A. Hick, Vice-President

Michael L. Zevitz, Secretary

STATE OF KANSAS                    )
                                   ) SS
COUNTY OF JOHNSON                  )

On June 12, 2008 before me, a Notary Public, personally appeared Douglas A. Hick, to me personally known, who, being duly sworn by me did say that he is the Vice-President of South & Associates, P.C., a Missouri corporation, and that the instrument was signed on behalf of South & Associates, P.C. by Douglas A. Hick and he acknowledged the instrument to be the free act and deed of the corporation.

IN TESTIMONY, I have set my hand and affixed my official seal at my office the day and year last above written.

_____
Notary Public
State of Kansas
County of Johnson

My Commission Expires:

_____

ASHELY LUKENBILL
Notary Public
State of Kansas
My Commission Expires _10/11/11_

File No. 85163

7160 3903 9845 4266 7734

**TO:** Becky Ann Spence
3871 S. Cottage Avenue
Springfield, MO 65808

South & Associates, P.C.

**SENDER:**   85163

**REFERENCE:**

| PS Form 3800, January 2005 | | | |
|---|---|---|---|
| **RETURN RECEIPT SERVICE** | Postage | | |
| | Certified Fee | | |
| | Return Receipt Fee | | |
| | Restricted Delivery | | |
| | Total Postage & Fees | | |

US Postal Service
**Receipt for**
**Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

APR 09 2008

South & Associates, P.C.
PO Box 9001
Temecula, CA 92589

PS Form 3877

Type of Mailing: CERTIFIED
4/3/2008  1:54:12PM

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Reference | Rest.Del.Fee Contents |
|------|----------------|------------------------------|---------|-----|----------|-----------|------------------------|
| 87 | 7113 8257 1472 6614 9440 | Becky Ann Spence<br>PO BOX 10634<br>SPRINGFIELD, MO 65808-0634 | $0.41 | $2.65 | $2.15 | 85163-82252 | $0.00 |
| 88 | 7113 8257 1472 6614 9457 | Becky Ann Spence<br>3870 S COTTAGE AVE<br>SPRINGFIELD, MO 65807-7471 | $0.41 | $2.65 | $2.15 | 85163-82253 | $0.00 |
| 89 | 7113 8257 1472 6614 9464 | Becky Ann Spence<br>3877 S HOMEWOOD ST<br>SPRINGFIELD, MO 65807-3963 | $0.41 | $2.65 | $2.15 | 85163-82254 | $0.00 |
| 90 | 7113 8257 1472 6614 9471 | Becky Ann Spence<br>3864 S COTTAGE AVE<br>SPRINGFIELD, MO 65807-7471 | $0.41 | $2.65 | $2.15 | 85163-82255 | $0.00 |
| 91 | 7113 8257 1472 6614 9488 | Becky Ann Spence<br>2770 W LASALLE ST<br>SPRINGFIELD, MO 65807-8725 | $0.41 | $2.65 | $2.15 | 85163-82256 | $0.00 |
| 92 | 7113 8257 1472 6614 9495 | Becky Ann Spence<br>3645 S NEWTON AVE<br>SPRINGFIELD, MO 65807-4457 | $0.41 | $2.65 | $2.15 | 85163-82257 | $0.00 |
| 93 | 7113 8257 1472 6614 9501 | John Doe (Tenant/Occupant)<br>3870 S COTTAGE AVE<br>SPRINGFIELD, MO 65807-7471 | $0.41 | $2.65 | $2.15 | 85163-82258 | $0.00 |
| 94 | 7113 8257 1472 6614 9518 | Mary Doe (Tenant/Occupant)<br>3870 S COTTAGE AVE<br>SPRINGFIELD, MO 65807-7471 | $0.41 | $2.65 | $2.15 | 85163-82259 | $0.00 |

**THE**

*News You Won't Read Elsewhere*

**D**AILY

**E**VENTS

(417) 866-1401
(Fax) 866-1491

P.O. Box 1
Springfield, MO
65801-0001

*Established 1881*

| Date of First Publication | Invoice Number |
|---|---|
| 04/09/08 | 80865 |

Newspaper Placement Service, Inc.
Maureen Gillespie
P.O. Box 190
Olathe, KS 66051

# Invoice for the Publication Costs & Affidavit of Publication

**Please pay from this invoice.**
*Please include Invoice Number with payment.*

Case Number/Reference Name:
**Spence/85163**

## Description of Legal Notice & Date(s) Published:

**Total Cost:**
500.00

Trustee's Sales - Becky Ann Spence (Lot 24)
Date(s); 4/9 - 5/7, 2008 Vol/No(s): 128/7 - 27 consecutively

**NOTICE OF TRUSTEE'S SALE**
For default in the payment of debt secured by deed of trust executed by
**Becky Ann Spence,**
dated April 13, 2006, and recorded on April 17, 2006, Document No. 018902-06, in Book No. 2006, at Page 018902-06 in the Office of the Recorder of Deeds, Greene County, Missouri, at Springfield, the undersigned Successor Trustee will on
**May 7, 2008,**
at 11:00 a.m., at the South Door of the Greene County Courthouse located at 940 Boonville Avenue, Springfield, Missouri, sell at public vendue to the highest bidder for cash:
All of Lot Twenty-four (24), FIRST ADDITION SCENIC HEIGHTS, Greene County, Missouri, according to the recorded plat thereof, commonly known as 3870 S. Cottage Avenue, **Springfield, MO, 65808**
subject to all prior easements, restrictions, reservations, covenants and encumbrances now of record, if any, to satisfy the debt and costs.
**South & Associates, P.C.,**
**Successor Trustee**
First Publication: April 9, 2008
Pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692c(b), no information concerning the collection of this debt may be given without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction. The debt collector is attempting to collect a debt and any information obtained will

be used for that purpose (No. 85163). For more information, visit www. southlaw.com
*Published in The Daily Events*
4/9-5/7, 2008 (21CI)

## Affidavit of Publication

I, Wendy Greyowl, do upon oath state that I am editor of *The Daily Events*, a newspaper of general circulation published daily, except Saturdays and Sundays; and qualified to publish notices directed by any court or required by law in the County of Greene, in the County of Christian, and in the City of Springfield, all being in the State of Missouri; and that the accompanying legal notice was published in *The Daily Events* on the date(s) and volume(s)/number(s) listed above.

I further state that said newspaper is published in accordance with, and meets all provisions of, Section 493.050 RSMo 2000, Section 493.070 RSMo 2000, and St. of Missouri ex rel Reorganized School District R-6 of Daviess County, Missouri vs Haskell Holman, 275 S. W. 2d 280, 282 (Mo. banc 1955) regarding legal notices.

Unless otherwise noted hereto, this affidavit shall serve as sufficient evidence for the publication of this legal notice as stated in Section 493.060 RSMo 2000.

Wendy Greyowl, *Editor*          5/7/08
                                  Date

Subscribed & affirmed before me:

REBECCA C. BARNES
Greene County
My Commission Expires
March 30, 2009
Commission # 05668649

**Exhibit A**

**027920-08 30 Jun 2008 01:28:20PM**

**SEAL**

Book: **2008**
Page: **027920-08**
**5 pages**

**REAL ESTATE DOCUMENT**

**GREENE COUNTY, MISSOURI**
**RECORDERS CERTIFICATION**

*Linda S. Montgomery*
Linda S. Montgomery
Recorder of Deeds

cfredrickson

MARGIN ABOVE RESERVED FOR RECORDING INFORMATION

## TRUSTEE'S DEED UNDER SALE

DATE OF INSTRUMENT: June 18, 2008

GRANTOR:    SOUTH & ASSOCIATES, P.C.
            Successor Trustee
            6363 College Blvd., Suite 100
            Overland Park, KS 66211

GRANTEE:    Deutsche Bank Trust Company Americas as Trustee
            c/o HomeComings Financial, LLC (TX),
            2711 N. Haskell Ave., Ste. 900, Dallas, TX 75204

EFFECTED INSTRUMENT IF APPLICABLE: APRIL 19, 2006, DOCUMENT NO. 019556-06, IN BOOK NO. 2006, AT PAGE 019556-06
ATTACHMENTS: Attachments are integral parts of this instrument.
LEGAL DESCRIPTION: Greene County, Missouri (Continued On Next Page If Applicable):

All of Lot Thrity-one (31), FIRST ADDITION SCENIC HEIGHTS, Greene County, Missouri, according to the recorded plat thereof

CONTINENTAL TITLE COMPANY
68404.

File No. 85633

Please return to:
South & Associates, P.C.
6363 College Blvd., Suite 100
Overland Park, Kansas  66211

· WHEREAS, Becky Ann Spence, did by a Deed of Trust dated April 13, 2006, filed for record in the Office of the Recorder of Deeds in Greene County, at Springfield, Missouri, on April 19, 2006, Document No. 019556-06, in Book No. 2006, at Page 019556-06 convey the property described below; IN TRUST, to secure the payment of the indebtedness described in the Deed of Trust ( the "Security Instrument").

AND WHEREAS, default was made and still continues in the payment of the indebtedness, the undersigned Successor Trustee, did at the request of the legal owner and holder of the unpaid indebtedness secured by the Security Instrument, proceed to execute the powers conferred by the Security Instrument, and did on June 18, 2008, the sale having been continued from May 21, 2008, having previously given at least twenty days public notice of the date and recording information of the of the Security Instrument, the grantors, and the time, terms and place of sale and the description of the property to be sold, and all other particulars required by law, by advertisement inserted as required by law and by the Security Instrument, a copy of which advertisement, with the affidavit of the publisher of the newspaper proving its publication, is attached and incorporated herein, at the place and on the day and date stated in the notice, at 11:00 AM, expose to sale for cash, to the highest bidder, at public venue upon terms announced prior to the sale, the property referred to on the first page of this instrument. Bids were invited, but none was received for less than the whole of the property.

NOW, THEREFORE, KNOW ALL PERSONS BY THESE PRESENTS, that the undersigned Successor Trustee, in consideration of the premises and the sum of **$118,915.00**, paid to it by the highest bidder at the sale, the receipt of which is acknowledged, does BARGAIN, SELL AND CONVEY unto the Grantee (whether one or more) named on the first page of this instrument, the property situated in the County of Greene, and the State of Missouri as legally described commencing on the first page of this instrument and commonly known as 3871 S. Cottage Avenue, Springfield, MO 65808.

This conveyance is without warranty whatsoever, either express or implied, and is subject to all prior easements, restrictions, reservations, covenants and encumbrances now of record, if any.

TO HAVE AND TO HOLD the same unto Grantee and to its successors and assigns forever.

The undersigned Successor Trustee warrants and certifies that, as required by §443.325, RSMo., pertaining to notices of sale under power of sale, a writing in words and figures identical to the notice of sale attached to the publisher's affidavit as attached, was placed in an envelope and deposited in the United States mail on April 15, 2008, being not less than twenty (20) days prior to the scheduled date of sale, certified, restricted delivery, marked "Restricted Delivery," "Return Receipt Requested," with postage pre-paid, to the person or entity at the addresses shown and for which proof of mailing is attached to this instrument.

The undersigned Successor Trustee further warrants and certifies that to the best knowledge and belief of the Successor Trustee on the date of the sale no owner was a member of the Armed Forces of the United States of America entitled to the benefits of The Service Members Civil Relief Act of 2003, as amended and no owner died within six months next preceding the date of the sale as pertains to §443.300, RSMo. The undersigned Successor Trustee further warrants and certifies that no notice of intent to redeem as pertains to §§443.420, et seq, RSMo was given by an owner to the foreclosing trustee at or prior to the sale.

File No. 85633

IN WITNESS, the Successor Trustee has executed this deed on the date first above written.



**SOUTH & ASSOCIATES, P.C.**

By: _____

Douglas A. Hick, Vice-President

Michael L. Zevitz, Secretary

STATE OF KANSAS      )
                         ) SS

COUNTY OF JOHNSON   )

On June 18, 2008 before me, a Notary Public, personally appeared Douglas A. Hick, to me personally known, who, being duly sworn by me did say that he is the Vice-President of South & Associates, P.C., a Missouri corporation, and that the instrument was signed on behalf of South & Associates, P.C. by Douglas A. Hick and he acknowledged the instrument to be the free act and deed of the corporation.

IN TESTIMONY, I have set my hand and affixed my official seal at my office the day and year last above written.

Notary Public

State of Kansas
County of Johnson

My Commission Expires:

_____

ASHELY LUKENBILL
Notary Public
State of Kansas
My Commission Expires _____

File No. 85633

South & Associates, P.C.
PO Box 9001
Temecula, CA 92589

PS Form 3877

Type of Mailing: CERTIFIED
4/15/2008 1:14:32PM

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Reference | Rest.Del.Fee Contents |
|---|---|---|---|---|---|---|---|
| 226 | 7113 8257 1472 6700 8821 | Becky Ann Spence<br>PO BOX 10634<br>SPRINGFIELD, MO 65808-0634 | $0.41 | $2.65 | $2.15 | 85633-83595 | $0.00 |
| 227 | 7113 8257 1472 6700 8838 | Becky Ann Spence<br>3870 S COTTAGE AVE<br>SPRINGFIELD, MO 65807-7471 | $0.41 | $2.65 | $2.15 | 85633-83596 | $0.00 |
| 228 | 7113 8257 1472 6700 8845 | Becky Ann Spence<br>3877 S HOMEWOOD ST<br>SPRINGFIELD, MO 65807-3963 | $0.41 | $2.65 | $2.15 | 85633-83597 | $0.00 |
| 229 | 7113 8257 1472 6700 8852 | Becky Ann Spence<br>3864 S COTTAGE AVE<br>SPRINGFIELD, MO 65807-7471 | $0.41 | $2.65 | $2.15 | 85633-83598 | $0.00 |
| 230 | 7113 8257 1472 6700 8869 | Becky Ann Spence<br>2770 W LASALLE ST<br>SPRINGFIELD, MO 65807-8725 | $0.41 | $2.65 | $2.15 | 85633-83599 | $0.00 |
| 231 | 7113 8257 1472 6700 8876 | Becky Ann Spence<br>3645 S NEWTON AVE<br>SPRINGFIELD, MO 65807-4457 | $0.41 | $2.65 | $2.15 | 85633-83600 | $0.00 |
| 232 | 7113 8257 1472 6700 8883 | Becky Ann Spence<br>3871 S COTTAGE AVE<br>SPRINGFIELD, MO 65807-3962 | $0.41 | $2.65 | $2.15 | 85633-83601 | $0.00 |
| 233 | 7113 8257 1472 6700 8890 | John Doe (Tenant/Occupant)<br>3871 S COTTAGE AVE<br>SPRINGFIELD, MO 65807-3962 | $0.41 | $2.65 | $2.15 | 85633-83602 | $0.00 |
| 234 | 7113 8257 1472 6700 8906 | Mary Doe (Tenant/Occupant)<br>3871 S COTTAGE AVE<br>SPRINGFIELD, MO 65807-3962 | $0.41 | $2.65 | $2.15 | 85633-83603 | $0.00 |

**THE**

*News You Won't Read Elsewhere*

**DAILY EVENTS**

(417) 866-1401
(Fax) 866-1491

P.O. Box 1
Springfield, MO
65801-0001

*Established 1881*

Date of First Publication
**04/23/08**

Invoice Number
**80997**

Newspaper Placement Service, Inc.
Maureen Gillespie
P.O. Box 190
Olathe, KS 66051

# *Invoice for the Publication Costs & Affidavit of Publication*

**Please pay from this invoice.**
*Please include Invoice Number with payment.*

**Case Number/Reference Name:**
**Spence/85633**

## Description of Legal Notice & Date(s) Published:

**Trustee's Sales • Becky Ann Spence**
Date(s): 4/23 - 5/21, 2008 Vol/No(s): 128/17 - 37 consecutively

**Total Cost:**
550.00

**NOTICE OF TRUSTEE'S SALE**
For default in the payment of debt secured by deed of trust executed by **Becky Ann Spence**, dated April 13, 2006, and recorded on April 19, 2006, Document No. 019556-06, in Book No. 2006, at Page 019556-06 in the Office of the Recorder of Deeds, Greene County, Missouri, at Springfield, the undersigned Successor Trustee will on

**May 21, 2008,**
at 11:00 a.m., at the South Door of the Greene County Courthouse located at 940 Boonville Avenue, Springfield, Missouri, sell at public vendue to the highest bidder for cash:

All of Lot Thrity-one (31), FIRST ADDITION SCENIC HEIGHTS, Greene County, Missouri, according to the recorded plat thereof, commonly known as 3871 S. Cottage Avenue, **Springfield, MO, 65808**

subject to all prior easements, restrictions, reservations, covenants and encumbrances now of record, if any, to satisfy the debt and costs.

**South & Associates, P.C.,**
**Successor Trustee**
First Publication: April 23, 2008
Pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692c(b), no information concerning the collection of this debt may be given without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction. The debt collector is attempting to collect a debt and any information obtained will

be used for that purpose (No. 85633). For more information, visit www.southlaw.com
*Published in The Daily Events*
4/23-5/21, 2008 (21Ci)

## Affidavit of Publication

I, Wendy Greyowl, do upon oath state that I am editor of *The Daily Events*, a newspaper of general circulation published daily, except Saturdays and Sundays; and qualified to publish notices directed by any court or required by law in the County of Greene, in the County of Christian, and in the City of Springfield, all being in the State of Missouri; and that the accompanying legal notice was published in *The Daily Events* on the date(s) and volume(s)/number(s) listed above.

I further state that said newspaper is published in accordance with, and meets all provisions of, Section 493.050 RSMo 2000, Section 493.070 RSMo 2000, and St. of Missouri ex rel Reorganized School District R-6 of Daviess County, Missouri vs Haskell Holman, 275 S. W. 2d 280, 282 (Mo. banc 1955) regarding legal notices.

Unless otherwise noted hereto, this affidavit shall serve as sufficient evidence for the publication of this legal notice as stated in Section 493.060 RSMo 2000.

*Wendy Greyowl, Editor*                     5/21/08
Wendy Greyowl, Editor                          Date

Subscribed & affirmed before me:
*Notary Public*

REBECCA C. BARNES
Greene County
My Commission Expires
March 30, 2009
Commission # 05688649

*Electronically Recorded*

**027920-08 30 Jun 2008 01:28:20PM**

Book: **2008**
Page: **027920-08**
**5 pages**

cfredrickson

**REAL ESTATE DOCUMENT**

**GREENE COUNTY, MISSOURI**
**RECORDERS CERTIFICATION**

*Linda S. Montgomery*
Linda S. Montgomery
Recorder of Deeds

## TRUSTEE'S DEED UNDER SALE

**DATE OF INSTRUMENT: June 18, 2008**

**GRANTOR:**   **SOUTH & ASSOCIATES, P.C.**
**Successor Trustee**
**6363 College Blvd., Suite 100**
**Overland Park, KS 66211**

**GRANTEE:**   **Deutsche Bank Trust Company Americas as Trustee**
**c/o HomeComings Financial, LLC (TX),**
**2711 N. Haskell Ave., Ste. 900, Dallas, TX 75204**

**EFFECTED INSTRUMENT IF APPLICABLE: APRIL 19, 2006, DOCUMENT NO. 019556-06, IN BOOK NO. 2006, AT PAGE 019556-06**
**ATTACHMENTS: Attachments are integral parts of this instrument.**
**LEGAL DESCRIPTION: Greene County, Missouri (Continued On Next Page If Applicable):**

**All of Lot Thrity-one (31), FIRST ADDITION SCENIC HEIGHTS, Greene County, Missouri, according to the recorded plat thereof**

**CONTINENTAL TITLE COMPANY**
68404

File No. 85633

Please return to:
South & Associates, P.C.
6363 College Blvd., Suite 100
Overland Park, Kansas  66211

WHEREAS, Becky Ann Spence, did by a Deed of Trust dated April 13, 2006, filed for record in the Office of the Recorder of Deeds in Greene County, at Springfield, Missouri, on April 19, 2006, Document No. 019556-06, in Book No. 2006, at Page 019556-06 convey the property described below; IN TRUST, to secure the payment of the indebtedness described in the Deed of Trust ( the "Security Instrument").

AND WHEREAS, default was made and still continues in the payment of the indebtedness, the undersigned Successor Trustee, did at the request of the legal owner and holder of the unpaid indebtedness secured by the Security Instrument, proceed to execute the powers conferred by the Security Instrument, and did on June 18, 2008, the sale having been continued from May 21, 2008, having previously given at least twenty days public notice of the date and recording information of the of the Security Instrument, the grantors, and the time, terms and place of sale and the description of the property to be sold, and all other particulars required by law, by advertisement inserted as required by law and by the Security Instrument, a copy of which advertisement, with the affidavit of the publisher of the newspaper proving its publication, is attached and incorporated herein, at the place and on the day and date stated in the notice, at 11:00 AM, expose to sale for cash, to the highest bidder, at public venue upon terms announced prior to the sale, the property referred to on the first page of this instrument. Bids were invited, but none was received for less than the whole of the property.

NOW, THEREFORE, KNOW ALL PERSONS BY THESE PRESENTS, that the undersigned Successor Trustee, in consideration of the premises and the sum of **$118,915.00**, paid to it by the highest bidder at the sale, the receipt of which is acknowledged, does BARGAIN, SELL AND CONVEY unto the Grantee (whether one or more) named on the first page of this instrument, the property situated in the County of Greene, and the State of Missouri as legally described commencing on the first page of this instrument and commonly known as 3871 S. Cottage Avenue, Springfield, MO 65808.

This conveyance is without warranty whatsoever, either express or implied, and is subject to all prior easements, restrictions, reservations, covenants and encumbrances now of record, if any.

TO HAVE AND TO HOLD the same unto Grantee and to its successors and assigns forever.

The undersigned Successor Trustee warrants and certifies that, as required by §443.325, RSMo., pertaining to notices of sale under power of sale, a writing in words and figures identical to the notice of sale attached to the publisher's affidavit as attached, was placed in an envelope and deposited in the United States mail on April 15, 2008, being not less than twenty (20) days prior to the scheduled date of sale, certified, restricted delivery, marked "Restricted Delivery," "Return Receipt Requested," with postage pre-paid, to the person or entity at the addresses shown and for which proof of mailing is attached to this instrument.

The undersigned Successor Trustee further warrants and certifies that to the best knowledge and belief of the Successor Trustee on the date of the sale no owner was a member of the Armed Forces of the United States of America entitled to the benefits of The Service Members Civil Relief Act of 2003, as amended and no owner died within six months next preceding the date of the sale as pertains to §443.300, RSMo. The undersigned Successor Trustee further warrants and certifies that no notice of intent to redeem as pertains to §§443.420, et seq, RSMo was given by an owner to the foreclosing trustee at or prior to the sale.

File No. 85633

IN WITNESS, the Successor Trustee has executed this deed on the date first above written.



**SOUTH & ASSOCIATES, P.C.**

By: _____

Douglas A. Hick, Vice-President

Michael L. Zevitz, Secretary

STATE OF KANSAS          )
                         ) SS
COUNTY OF JOHNSON        )

On June 18, 2008 before me, a Notary Public, personally appeared Douglas A. Hick, to me personally known, who, being duly sworn by me did say that he is the Vice-President of South & Associates, P.C., a Missouri corporation, and that the instrument was signed on behalf of South & Associates, P.C. by Douglas A. Hick and he acknowledged the instrument to be the free act and deed of the corporation.

IN TESTIMONY, I have set my hand and affixed my official seal at my office the day and year last above written.

Notary Public,
State of Kansas
County of Johnson

My Commission Expires:

_____

ASHELY LUKENBILL
Notary Public
State of Kansas
My Commission Expires 10/11/11

File No. 85633

South & Associates, P.C.
PO Box 9001
Temecula, CA 92589

PS Form 3877

Type of Mailing: CERTIFIED
4/15/2008 1:14:32PM

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Reference | Rest.Del.Fee Contents |
|---|---|---|---|---|---|---|---|
| 226 | 7113 8257 1472 6700 8821 | Becky Ann Spence<br>PO BOX 10634<br>SPRINGFIELD, MO 65808-0634 | $0.41 | $2.65 | $2.15 | 85633-83595 | $0.00 |
| 227 | 7113 8257 1472 6700 8838 | Becky Ann Spence<br>3870 S COTTAGE AVE<br>SPRINGFIELD, MO 65807-7471 | $0.41 | $2.65 | $2.15 | 85633-83596 | $0.00 |
| 228 | 7113 8257 1472 6700 8845 | Becky Ann Spence<br>3877 S HOMEWOOD ST<br>SPRINGFIELD, MO 65807-3963 | $0.41 | $2.65 | $2.15 | 85633-83597 | $0.00 |
| 229 | 7113 8257 1472 6700 8852 | Becky Ann Spence<br>3864 S COTTAGE AVE<br>SPRINGFIELD, MO 65807-7471 | $0.41 | $2.65 | $2.15 | 85633-83598 | $0.00 |
| 230 | 7113 8257 1472 6700 8869 | Becky Ann Spence<br>2770 W LASALLE ST<br>SPRINGFIELD, MO 65807-8725 | $0.41 | $2.65 | $2.15 | 85633-83599 | $0.00 |
| 231 | 7113 8257 1472 6700 8876 | Becky Ann Spence<br>3645 S NEWTON AVE<br>SPRINGFIELD, MO 65807-4457 | $0.41 | $2.65 | $2.15 | 85633-83600 | $0.00 |
| 232 | 7113 8257 1472 6700 8883 | Becky Ann Spence<br>3871 S COTTAGE AVE<br>SPRINGFIELD, MO 65807-3962 | $0.41 | $2.65 | $2.15 | 85633-83601 | $0.00 |
| 233 | 7113 8257 1472 6700 8890 | John Doe (Tenant/Occupant)<br>3871 S COTTAGE AVE<br>SPRINGFIELD, MO 65807-3962 | $0.41 | $2.65 | $2.15 | 85633-83602 | $0.00 |
| 234 | 7113 8257 1472 6700 8906 | Mary Doe (Tenant/Occupant)<br>3871 S COTTAGE AVE<br>SPRINGFIELD, MO 65807-3962 | $0.41 | $2.65 | $2.15 | 85633-83603 | $0.00 |

# THE DAILY EVENTS

*News You Won't Read Elsewhere*

(417) 866-1401
(Fax) 866-1491

P.O. Box 1
Springfield, MO
65801-0001

*Established 1881*

| Date of First Publication | Invoice Number |
|---|---|
| 04/23/08 | 80997 |

Newspaper Placement Service, Inc.
Maureen Gillespie
P.O. Box 190
Olathe, KS 66051

## *Invoice for the Publication Costs & Affidavit of Publication*

**Please pay from this invoice.**
*Please include Invoice Number with payment.*

**Case Number/Reference Name:**
Spence/85633

## Description of Legal Notice & Date(s) Published:

**Trustee's Sales • Becky Ann Spence**
Date(s): 4/23 - 5/21, 2008 Vol/No(s): 128/17 - 37 consecutively

**Total Cost:**
550.00

**NOTICE OF TRUSTEE'S SALE**
For default in the payment of debt secured by deed of trust executed by **Becky Ann Spence,** dated April 13, 2006, and recorded on April 19, 2006, Document No. 019556-06, in Book No. 2006, at Page 019556-06 in the Office of the Recorder of Deeds, Greene County, Missouri, at Springfield, the undersigned Successor Trustee will on

**May 21, 2008,**
at 11:00 a.m., at the South Door of the Greene County Courthouse located at 940 Boonville Avenue, Springfield, Missouri, sell at public vendue to the highest bidder for cash:

All of Lot Thirty-one (31), FIRST ADDITION SCENIC HEIGHTS, Greene County, Missouri, according to the recorded plat thereof, commonly known as **3871 S. Cottage Avenue, Springfield, MO, 65808**

subject to all prior easements, restrictions, reservations, covenants and encumbrances now of record, if any, to satisfy the debt and costs.

**South & Associates, P.C.,**
**Successor Trustee**
First Publication: April 23, 2008
Pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692c(b), no information concerning the collection of this debt may be given without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction. The debt collector is attempting to collect a debt and any information obtained will

be used for that purpose (No. 85633). For more information, visit www. southlaw.com
*Published in The Daily Events*
4/23-5/21, 2008 (21Ci)

## Affidavit of Publication

I, Wendy Greyowl, do upon oath state that I am editor of *The Daily Events*, a newspaper of general circulation published daily, except Saturdays and Sundays; and qualified to publish notices directed by any court or required by law in the County of Greene, in the County of Christian, and in the City of Springfield, all being in the State of Missouri; and that the accompanying legal notice was published in *The Daily Events* on the date(s) and volume(s)/number(s) listed above.

I further state that said newspaper is published in accordance with, and meets all provisions of, Section 493.050 RSMo 2000, Section 493.070 RSMo 2000, and St. of Missouri ex rel Reorganized School District R-6 of Davless County, Missouri vs Haskell Holman, 275 S. W. 2d 280, 282 (Mo. banc 1955) regarding legal notices.

Unless otherwise noted hereto, this affidavit shall serve as sufficient evidence for the publication of this legal notice as stated in Section 493.060 RSMo 2000.

_Wendy Greyowl_  5/21/08
Wendy Greyowl, Editor          Date

Subscribed & affirmed before me: _Rebecca C Barnes_
Notary Public

REBECCA C. BARNES
Greene County
My Commission Expires
March 30, 2009
Commission # 05688649

030068-08 15 Jul 2008 10:48:48AM

Book: 2008
Page: 030068-08
6 pages

REAL ESTATE DOCUMENT

GREENE COUNTY, MISSOURI
RECORDERS CERTIFICATION

*Linda S. Montgomery*

Linda S. Montgomery
Recorder of Deeds

cfredrickson

---

MARGIN ABOVE RESERVED FOR RECORDING INFORMATION

## TRUSTEE'S DEED UNDER SALE

DATE OF INSTRUMENT: **June 12, 2008**

GRANTOR:  **SOUTH & ASSOCIATES, P.C.**
**Successor Trustee**
**6363 College Blvd., Suite 100**
**Overland Park, KS 66211**

GRANTEE:  **Deutsche Bank Trust Company Americas as Trustee**
**c/o HomeComings Financial, LLC (TX),**
**2711 N. Haskell Ave., Ste. 900, Dallas, TX 75204**

EFFECTED INSTRUMENT IF APPLICABLE: APRIL 17, 2006, DOCUMENT No. 018903-06, IN BOOK No. 2006, AT PAGE 018903-06
ATTACHMENTS: **Attachments are integral parts of this instrument.**
LEGAL DESCRIPTION: **Greene County, Missouri (Continued On Next Page If Applicable):**

**All of Lot Sixteen (16), FIRST ADDITION SCENIC HEIGHTS, Greene County, Missouri, according to the recorded plat thereof**

CONTINENTAL TITLE COMPANY
6 7499 S

File No. 85167

Please return to:
South & Associates, P.C.
6363 College Blvd., Suite 100
Overland Park, Kansas 66211

WHEREAS, Becky Ann Spence, did by a Deed of Trust dated April 13, 2006, filed for record in the Office of the Recorder of Deeds in Greene County, at Springfield, Missouri, on April 17, 2006, Document No. 018903-06, in Book No. 2006, at Page 018903-06 convey the property described below; IN TRUST, to secure the payment of the indebtedness described in the Deed of Trust ( the "Security Instrument").

AND WHEREAS, default was made and still continues in the payment of the indebtedness, the undersigned Successor Trustee, did at the request of the legal owner and holder of the unpaid indebtedness secured by the Security Instrument, proceed to execute the powers conferred by the Security Instrument, and did on June 11, 2008, the sale having been continued from May 7, 2008, having previously given at least twenty days public notice of the date and recording information of the of the Security Instrument, the grantors, and the time, terms and place of sale and the description of the property to be sold, and all other particulars required by law, by advertisement inserted as required by law and by the Security Instrument, a copy of which advertisement, with the affidavit of the publisher of the newspaper proving its publication, is attached and incorporated herein, at the place and on the day and date stated in the notice, at 11:00 AM, expose to sale for cash, to the highest bidder, at public venue upon terms announced prior to the sale, the property referred to on the first page of this instrument. Bids were invited, but none was received for less than the whole of the property.

NOW, THEREFORE, KNOW ALL PERSONS BY THESE PRESENTS, that the undersigned Successor Trustee, in consideration of the premises and the sum of **$107,865.00**, paid to it by the highest bidder at the sale, the receipt of which is acknowledged, does BARGAIN, SELL AND CONVEY unto the Grantee (whether one or more) named on the first page of this instrument, the property situated in the County of Greene, and the State of Missouri as legally described commencing on the first page of this instrument and commonly known as 2770 W. Lasalle Street, Springfield, MO 65808.

This conveyance is without warranty whatsoever, either express or implied, and is subject to all prior easements, restrictions, reservations, covenants and encumbrances now of record, if any.

TO HAVE AND TO HOLD the same unto Grantee and to its successors and assigns forever.

The undersigned Successor Trustee warrants and certifies that, as required by §443.325, RSMo., pertaining to notices of sale under power of sale, a writing in words and figures identical to the notice of sale attached to the publisher's affidavit as attached, was placed in an envelope and deposited in the United States mail on April 9, 2008, being not less than twenty (20) days prior to the scheduled date of sale, certified, restricted delivery, marked "Restricted Delivery," "Return Receipt Requested," with postage pre-paid, to the person or entity at the addresses shown and for which proof of mailing is attached to this instrument.

The undersigned Successor Trustee further warrants and certifies that to the best knowledge and belief of the Successor Trustee on the date of the sale no owner was a member of the Armed Forces of the United States of America entitled to the benefits of The Service Members Civil Relief Act of 2003, as amended and no owner died within six months next preceding the date of the sale as pertains to §443.300, RSMo. The undersigned Successor Trustee further warrants and certifies that no notice of intent to redeem as pertains to §§443.420, et seq, RSMo was given by an owner to the foreclosing trustee at or prior to the sale.

File No. 85167

IN WITNESS, the Successor Trustee has executed this deed on the date first above written.

**SOUTH & ASSOCIATES, P.C.**

By:

Douglas A. Hick, Vice-President

Michael L. Zevitz, Secretary

STATE OF KANSAS                    )
                                   ) SS
COUNTY OF JOHNSON                  )

On June 12, 2008 before me, a Notary Public, personally appeared Douglas A. Hick, to me personally known, who, being duly sworn by me did say that he is the Vice-President of South & Associates, P.C., a Missouri corporation, and that the instrument was signed on behalf of South & Associates, P.C. by Douglas A. Hick and he acknowledged the instrument to be the free act and deed of the corporation.

IN TESTIMONY, I have set my hand and affixed my official seal at my office the day and year last above written.

Notary Public,
State of Kansas
County of Johnson

My Commission Expires:

_____

ASHELY LUKENBILL
Notary Public
State of Kansas
My Commission Expires 10/11/

File No. 85167

**7160 3901 9845 4266 7765**

**TO:** Becky Ann Spence
3871 S. Cottage Avenue
Springfield, MO 65808

South & Associates, P.C.

**SENDER:**     85167

**REFERENCE:**



| PS Form 3800, January 2005 | | |
|---|---|---|
| **RETURN RECEIPT SERVICE** | Postage | |
| | Certified Fee | 2d |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

APR 09 2008

USPS 66207

South & Associates, P.C.
PO Box 9001
Temecula, CA 92589

PS Form 3877
Type of Mailing: CERTIFIED
4/3/2008  1:54:12PM

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Reference | Rest.Del.Fee Contents |
|---|---|---|---|---|---|---|---|
| 111 | 7113 8257 1472 6614 9686 | Becky Ann Spence<br>PO BOX 10634<br>SPRINGFIELD, MO 65808-0634 | $0.41 | $2.65 | $2.15 | 85167-82276 | $0.00 |
| 112 | 7113 8257 1472 6614 9693 | Becky Ann Spence<br>3970 S COTTAGE AVE<br>SPRINGFIELD, MO 65807-7471 | $0.41 | $2.65 | $2.15 | 85167-82277 | $0.00 |
| 113 | 7113 8257 1472 6614 9709 | Becky Ann Spence<br>3877 S HOMEWOOD ST<br>SPRINGFIELD, MO 65807-3963 | $0.41 | $2.65 | $2.15 | 85167-82278 | $0.00 |
| 114 | 7113 8257 1472 6614 9716 | Becky Ann Spence<br>3864 S COTTAGE AVE<br>SPRINGFIELD, MO 65807-7471 | $0.41 | $2.65 | $2.15 | 85167-82279 | $0.00 |
| 115 | 7113 8257 1472 6614 9723 | Becky Ann Spence<br>2770 W LASALLE ST<br>SPRINGFIELD, MO 65807-8725 | $0.41 | $2.65 | $2.15 | 85167-82280 | $0.00 |
| 116 | 7113 8257 1472 6614 9730 | Becky Ann Spence<br>3645 S NEWTON AVE<br>SPRINGFIELD, MO 65807-4457 | $0.41 | $2.65 | $2.15 | 85167-82281 | $0.00 |
| 117 | 7113 8257 1472 6614 9747 | John Doe (Tenant/Occupant)<br>2770 W LASALLE ST<br>SPRINGFIELD, MO 65807-8725 | $0.41 | $2.65 | $2.15 | 85167-82282 | $0.00 |
| 118 | 7113 8257 1472 6614 9754 | Mary Doe (Tenant/Occupant)<br>2770 W LASALLE ST<br>SPRINGFIELD, MO 65807-8725 | $0.41 | $2.65 | $2.15 | 85167-82283 | $0.00 |

# THE DAILY EVENTS

*News You Won't Read Elsewhere*

(417) 866-1401
(Fax) 866-1491

P.O. Box 1
Springfield, MO
65801-0001

*Established 1881*

Date of First Publication
04/09/08

Invoice Number
80864

Newspaper Placement Service, Inc.
Maureen Gillespie
P.O. Box 190
Olathe, KS 66051

# Invoice for the Publication Costs & Affidavit of Publication

**Please pay from this invoice.**
*Please include Invoice Number with payment.*

**Case Number/Reference Name:**
Spence/85167

## Description of Legal Notice & Date(s) Published:

Trustee's Sales - Becky Ann Spence (Lot 16)
Date(s): 4/9 - 5/7, 2008 Vol/No(s): 128/7 - 27 consecutively

**Total Cost:**
500.00

---

NOTICE OF TRUSTEE'S SALE
For default in the payment of debt secured by deed of trust executed by
**Becky Ann Spence,**
dated April 13, 2006, and recorded on April 17, 2006, Document No. 018903-06, in Book No. 2006, at Page 018903-06 in the Office of the Recorder of Deeds, Greene County, Missouri, at Springfield, the undersigned Successor Trustee will on

**May 7, 2008,**
at 11:00 a.m., at the South Door of the Greene County Courthouse located at 940 Boonville Avenue, Springfield, Missouri, sell at public vendue to the highest bidder for cash:
All of Lot Sixteen (16), FIRST ADDITION SCENIC HEIGHTS, Greene County, Missouri, according to the recorded plat thereof, commonly known as 2770 W. Lasalle Street, Springfield, MO, 65808
subject to all prior easements, restrictions, reservations, covenants and encumbrances now of record, if any, to satisfy the debt and costs.
**South & Associates, P.C.,**
**Successor Trustee**
First Publication: April 9, 2008
Pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692c(b), no information concerning the collection of this debt may be given without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction. The debt collector is attempting to collect a debt and any information obtained will

be used for that purpose (No. 85167).
For more information, visit www.southlaw.com
*Published in The Daily Events*
4/9-5/7, 2008 (21CI)

## Affidavit of Publication

I, Wendy Greyowl, do upon oath state that I am an editor of *The Daily Events*, a newspaper of general circulation published daily, except Saturdays and Sundays; and qualified to publish notices directed by any court or required by law in the County of Greene, in the County of Christian, and in the City of Springfield, all being in the State of Missouri; and that the accompanying legal notice was published in *The Daily Events* on the date(s) and volume(s)/number(s) listed above.

I further state that said newspaper is published in accordance with, and meets all provisions of, Section 493.050 RSMo 2000, Section 493.070 RSMo 2000, and St. of Missouri ex rel Reorganized School District R-6 of Daviess County, Missouri vs Haskell Holman, 275 S. W. 2d 280, 282 (Mo. banc 1955) regarding legal notices.

Unless otherwise noted hereto, this affidavit shall serve as sufficient evidence for the publication of this legal notice as stated in Section 493.060 RSMo 2000.

Wendy Greyowl, *Editor*    5/7/08
Date

Subscribed & affirmed before me: Rebecca C. Barnes
Notary Public



REBECCA C. BARNES
Greene County
My Commission Expires
March 30, 2009
Commission # 05688849

**031716-08 25 Jul 2008 02:56:11PM**

Book: 2008
Page: 031716-08
5 pages

REAL ESTATE DOCUMENT

GREENE COUNTY, MISSOURI
RECORDERS CERTIFICATION

*Linda S. Montgomery*

Linda S. Montgomery
Recorder of Deeds

cfredrickson

---

**MARGIN ABOVE RESERVED FOR RECORDING INFORMATION**

CONTINENTAL TITLE COMPANY  **TRUSTEE'S DEED UNDER SALE**
7020 8

**DATE OF INSTRUMENT:  July 23, 2008**

**GRANTOR:**      SOUTH & ASSOCIATES, P.C.
              Successor Trustee
              6363 College Blvd., Suite 100
              Overland Park, KS 66211

**GRANTEE:**      Deutsche Bank Trust Company Americas as Trustee
              c/o HomeComings Financial, LLC (TX),
              2711 N. Haskell Ave., Ste. 900, Dallas, TX 75204

EFFECTED INSTRUMENT IF APPLICABLE:  NOVEMBER 3, 2006, DOCUMENT NO. 059012-06, IN BOOK
NO. 2006, AT PAGE 059012-06
ATTACHMENTS: Attachments are integral parts of this instrument.
LEGAL DESCRIPTION: Greene County, Missouri (Continued On Next Page If Applicable):

All of Lot Twenty (20), FIRST ADDITION TO CHEROKEE HILLS, Greene County, Missouri,
according to the recorded plat thereof

File No. 86817

Please return to:
South & Associates, P.C.
6363 College Blvd., Suite 100
Overland Park, Kansas 66211

WHEREAS, Becky Ann Spence, did by a Deed of Trust dated November 1, 2006, filed for record in the Office of the Recorder of Deeds in Greene County, at Springfield, Missouri, on November 3, 2006, Document No. 059012-06, in Book No. 2006, at Page 059012-06 convey the property described below; IN TRUST, to secure the payment of the indebtedness described in the Deed of Trust ( the "Security Instrument").

AND WHEREAS, default was made and still continues in the payment of the indebtedness, the undersigned Successor Trustee, did at the request of the legal owner and holder of the unpaid indebtedness secured by the Security Instrument, proceed to execute the powers conferred by the Security Instrument, and did on June 25, 2008, having previously given at least twenty days public notice of the date and recording Information of the of the Security Instrument, the grantors, and the time, terms and place of sale and the description of the property to be sold, and all other particulars required by law, by advertisement inserted as required by law and by the Security Instrument, a copy of which advertisement, with the affidavit of the publisher of the newspaper proving its publication, is attached and incorporated herein, at the place and on the day and date stated in the notice, at 11:00 AM, expose to sale for cash, to the highest bidder, at public vendue upon terms announced prior to the sale, the property referred to on the first page of this instrument. Bids were invited, but none was received for less than the whole of the property.

NOW, THEREFORE, KNOW ALL PERSONS BY THESE PRESENTS, that the undersigned Successor Trustee, in consideration of the premises and the sum of **$215,910**, paid to it by the highest bidder at the sale, the receipt of which is acknowledged, does BARGAIN, SELL AND CONVEY unto the Grantee (whether one or more) named on the first page of this instrument, the property situated in the County of Greene, and the State of Missouri as legally described commencing on the first page of this instrument and commonly known as 1061 E. Gaslight Drive, Springfield, MO 65810.

This conveyance is without warranty whatsoever, either express or implied, and is subject to all prior easements, restrictions, reservations, covenants and encumbrances now of record, if any.

TO HAVE AND TO HOLD the same unto Grantee and to its successors and assigns forever.

The undersigned Successor Trustee warrants and certifies that, as required by §443.325, RSMo., pertaining to notices of sale under power of sale, a writing in words and figures identical to the notice of sale attached to the publisher's affidavit as attached, was placed in an envelope and deposited in the United States mail on May 23, 2008, being not less than twenty (20) days prior to the scheduled date of sale, certified, restricted delivery, marked "Restricted Delivery," "Return Receipt Requested," with postage pre-paid, to the person or entity at the addresses shown and for which proof of mailing is attached to this instrument.

The undersigned Successor Trustee further warrants and certifies that to the best knowledge and belief of the Successor Trustee on the date of the sale no owner was a member of the Armed Forces of the United States of America entitled to the benefits of The Service Members Civil Relief Act of 2003, as amended and no owner died within six months next preceding the date of the sale as pertains to §443.300, RSMo. The undersigned Successor Trustee further warrants and certifies that no notice of intent to redeem as pertains to §§443.420, et seq, RSMo was given by an owner to the foreclosing trustee at or prior to the sale.

File No. 86817

IN WITNESS, the Successor Trustee has executed this deed on the date first above written.

**SOUTH & ASSOCIATES, P.C.**

By: _____

Douglas A. Hick, Vice-President

Michael L. Zevitz, Secretary

STATE OF KANSAS            )
                                          ) SS
COUNTY OF JOHNSON       )

On July 23, 2008 before me, a Notary Public, personally appeared Douglas A. Hick, to me personally known, who, being duly sworn by me did say that he is the Vice-President of South & Associates, P.C., a Missouri corporation, and that the instrument was signed on behalf of South & Associates, P.C. by Douglas A. Hick and he acknowledged the instrument to be the free act and deed of the corporation.

IN TESTIMONY, I have set my hand and affixed my official seal at my office the day and year last above written.

_____

Notary Public,
State of Kansas
County of Johnson

My Commission Expires:

_____

```
┌─────────────────────────────────┐
│      ELLEN M. MCLAUGHLIN         │
│         Notary Public            │
│        State of Kansas           │
│  My Commission Expires  11/14/09 │
└─────────────────────────────────┘
```

File No. 86817

South & Associates, P.C.
PO Box 9001
Temecula, CA 92589

**PS Form 3877**

Type of Mailing: CERTIFIED
5/23/2008   1:17:40PM

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Reference | Rest.Del.Fee Contents |
|---|---|---|---|---|---|---|---|
| 72 | 7113 8257 1472 7130 2168 | Becky Ann Spence PO BOX 10654 SPRINGFIELD, MO 65808-0634 | $0.42 | $2.70 | $2.20 | 86817-87739 | $0.00 |
| 73 | 7113 8257 1472 7130 2175 | Becky Ann Spence 3870 S COTTAGE AVE SPRINGFIELD, MO 65807-7471 | $0.42 | $2.70 | $2.20 | 86817-87740 | $0.00 |
| 74 | 7113 8257 1472 7130 2182 | Becky Ann Spence 3877 S HOMEWOOD ST SPRINGFIELD, MO 65807-3963 | $0.42 | $2.70 | $2.20 | 86817-87741 | $0.00 |
| 75 | 7113 8257 1472 7130 2199 | Becky Ann Spence 3864 S COTTAGE AVE SPRINGFIELD, MO 65807-7471 | $0.42 | $2.70 | $2.20 | 86817-87742 | $0.00 |
| 76 | 7113 8257 1472 7130 2205 | Becky Ann Spence 2770 W LASALLE ST SPRINGFIELD, MO 65807-8725 | $0.42 | $2.70 | $2.20 | 86817-87743 | $0.00 |
| 77 | 7113 8257 1472 7130 2212 | Becky Ann Spence 3645 S NEWTON AVE SPRINGFIELD, MO 65801-4457 | $0.42 | $2.70 | $2.20 | 86817-87744 | $0.00 |
| 78 | 7113 8257 1472 7130 2229 | Becky Ann Spence 3871 S COTTAGE AVE SPRINGFIELD, MO 65807-3962 | $0.42 | $2.70 | $2.20 | 86817-87745 | $0.00 |
| 79 | 7113 8257 1472 7130 2236 | Becky Ann Spence 220 N. Burton Ave. Springfield, MO 65802 | $0.42 | $2.70 | $2.20 | 86817-87746 | $0.00 |
| 80 | 7113 8257 1472 7130 2243 | Becky Ann Spence 302 S BURTON AVE SPRINGFIELD, MO 65802-2317 | $0.42 | $2.70 | $2.20 | 86817-87747 | $0.00 |
| 81 | 7113 8257 1472 7130 2250 | Becky Ann Spence 1413 W GLENWOOD ST SPRINGFIELD, MO 65807-3356 | $0.42 | $2.70 | $2.20 | 86817-87748 | $0.00 |
| 82 | 7113 8257 1472 7130 2267 | Becky Ann Spence 302 S BURTON AVE SPRINGFIELD, MO 65802-2317 | $0.42 | $2.70 | $2.20 | 86817-87749 | $0.00 |
| 83 | 7113 8257 1472 7130 2274 | Becky Ann Spence 220 N. Burton Avenue Springfield, MO 65802 | $0.42 | $2.70 | $2.20 | 86817-87750 | $0.00 |
| 84 | 7113 8257 1472 7130 2281 | Becky Ann Spence 1061 E GASLIGHT DR SPRINGFIELD, MO 65810-3337 | $0.42 | $2.70 | $2.20 | 86817-87751 | $0.00 |
| 85 | 7113 8257 1472 7130 2298 | John Doe (Tenant/Occupant) 1061 E GASLIGHT DR SPRINGFIELD, MO 65810-3337 | $0.42 | $2.70 | $2.20 | 86817-87752 | $0.00 |
| 86 | 7113 8257 1472 7130 2304 | Mary Doe (Tenant/Occupant) 1061 E GASLIGHT DR SPRINGFIELD, MO 65810-3337 | $0.42 | $2.70 | $2.20 | 86817-87753 | $0.00 |

OFFICE TEMECULA CA
MAY 23 2008

*1061 E. Gaslight*

# THE DAILY EVENTS

*News You Won't Read Elsewhere*

(417) 866-1401
(Fax) 866-1491

P.O. Box 1
Springfield, MO
65801-0001

*Established 1881*

| Date of First Publication | Invoice Number |
|---|---|
| 05/28/08 | 81285 |

Newspaper Placement Service, Inc.
Maureen Gillespie
P.O. Box 190
Olathe, KS 66051

# *Invoice for the Publication Costs & Affidavit of Publication*

> **Please pay from this invoice.**
> *Please include Invoice Number with payment.*

> **Case Number/Reference Name:**
> 86817/Spence

## Description of Legal Notice & Date(s) Published:

**Trustee's Sales - Becky Ann Spence**
Date(s): 5/28-6/25, 2008  Vol/No(s): 128/42-62 consecutive

**Total Cost:**
550.00

NOTICE OF TRUSTEE'S SALE
For default in the payment of debt secured by deed of trust executed by

**Becky Ann Spence,**

dated November 1, 2006, and recorded on November 3, 2006,  Document No. 059012-06, in Book No. 2006, at Page 059012-06 in the Office of the Recorder of Deeds, Greene County, Missouri, at Springfield, the undersigned Successor Trustee will on

**June 25, 2008,**

at 11:00 AM, at the South Door of the Greene County Courthouse located at 940 Boonville Avenue, Springfield, Missouri, sell at public vendue to the highest bidder for cash:

All of Lot Twenty (20), FIRST ADDITION TO CHEROKEE HILLS, Greene County, Missouri, according to the recorded plat thereof, commonly known as **1061 E. Gaslight Drive, Springfield, MO, 65810**

subject to all prior easements, restrictions, reservations, covenants and encumbrances now of record, if any, to satisfy the debt and costs.

**South & Associates, P.C.,**
**Successor Trustee**

First Publication: May 28, 2008
Pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692c(b), no information concerning the collection of this debt may be given without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction. The debt collector is attempting to collect a debt and any information obtained will be used for that purpose (No. 86817). For more information, visit www.southlaw.com
*Published in The Daily Events*
5/28-6/25, 2008 (21CT)

## **Affidavit of Publication**

I, Jeffrey V. Schrag, do upon oath state that I am publisher of *The Daily Events*, a newspaper of general circulation published daily, except Saturdays and Sundays; and qualified to publish notices directed by any court or required by law in the County of Greene, in the County of Christian, and in the City of Springfield, all being in the State of Missouri; and that the accompanying legal notice was published in *The Daily Events* on the date(s) and volume(s)/number(s) listed above.

I further state that said newspaper is published in accordance with, and meets all provisions of, Section 493.050 RSMo 2000,  Section 493.070 RSMo 2000, and St. of Missouri ex rel Reorganized School District R-6 of Daviess County, Missouri vs Haskell Holman, 275 S. W. 2d 280, 282 (Mo. banc 1955) regarding legal notices.

Unless otherwise noted hereto, this affidavit shall serve as sufficient evidence for the publication of this legal notice as stated in Section 493.060 RSMo 2000.

Jeffrey V. Schrag, Publisher          6/25/08
Date

Subscribed & sworn to before me:
Notary Public



LEXI ADAMS
Greene County
My Commission Expires
January 30, 2011
Commission # 07001818

*Electronically Recorded*

**031718-08 25 Jul 2008 02:56:41PM**

Book: **2008**
Page: **031718-08**
**5 pages**

REAL ESTATE DOCUMENT

GREENE COUNTY, MISSOURI
RECORDERS CERTIFICATION

*Linda S. Montgomery*

Linda S. Montgomery
Recorder of Deeds

cfredrickson

---

MARGIN ABOVE RESERVED FOR RECORDING INFORMATION

CONTINENTAL TITLE COMPANY
702402

## TRUSTEE'S DEED UNDER SALE

**DATE OF INSTRUMENT: July 23, 2008**

**GRANTOR:** **SOUTH & ASSOCIATES, P.C.**
**Successor Trustee**
**6363 College Blvd., Suite 100**
**Overland Park, KS 66211**

**GRANTEE:** **Deutsche Bank Trust Company Americas as Trustee**
**c/o HomeComings Financial, LLC (TX),**
**2711 N. Haskell Ave., Ste. 900, Dallas, TX 75204**

EFFECTED INSTRUMENT IF APPLICABLE: APRIL 20, 2006, DOCUMENT NO. 019866-06, IN BOOK NO. 2006, AT PAGE 019866-06

ATTACHMENTS: **Attachments are integral parts of this Instrument.**

LEGAL DESCRIPTION: **Greene County, Missouri (Continued On Next Page If Applicable):**

**All of Lot Thirty-four (34), SOUTHSIDE DEVELOPMENT UNIT ONE (1), Greene County, Missouri, according to the recorded plat thereof**

File No. 86815

Please return to:
South & Associates, P.C.
6363 College Blvd., Suite 100
Overland Park, Kansas 66211

WHEREAS, Becky Ann Spence, did by a Deed of Trust dated April 13, 2006, filed for record in the Office of the Recorder of Deeds in Greene County, at Springfield, Missouri, on April 20, 2006, Document No. 019866-06, in Book No. 2006, at Page 019866-06 convey the property described below; IN TRUST, to secure the payment of the indebtedness described in the Deed of Trust ( the "Security Instrument").

AND WHEREAS, default was made and still continues in the payment of the indebtedness, the undersigned Successor Trustee, did at the request of the legal owner and holder of the unpaid indebtedness secured by the Security Instrument, proceed to execute the powers conferred by the Security Instrument, and did on June 25, 2008, having previously given at least twenty days public notice of the date and recording information of the of the Security Instrument, the grantors, and the time, terms and place of sale and the description of the property to be sold, and all other particulars required by law, by advertisement inserted as required by law and by the Security Instrument, a copy of which advertisement, with the affidavit of the publisher of the newspaper proving its publication, is attached and incorporated herein, at the place and on the day and date stated in the notice, at 11:00 AM, expose to sale for cash, to the highest bidder, at public vendue upon terms announced prior to the sale, the property referred to on the first page of this instrument. Bids were invited, but none was received for less than the whole of the property.

NOW, THEREFORE, KNOW ALL PERSONS BY THESE PRESENTS, that the undersigned Successor Trustee, in consideration of the premises and the sum of **$73,950**, paid to it by the highest bidder at the sale, the receipt of which is acknowledged, does BARGAIN, SELL AND CONVEY unto the Grantee (whether one or more) named on the first page of this instrument, the property situated in the County of Greene, and the State of Missouri as legally described commencing on the first page of this instrument and commonly known as 1413 W. Glenwood Street, Springfield, MO 65807.

This conveyance is without warranty whatsoever, either express or implied, and is subject to all prior easements, restrictions, reservations, covenants and encumbrances now of record, if any.

TO HAVE AND TO HOLD the same unto Grantee and to its successors and assigns forever.

The undersigned Successor Trustee warrants and certifies that, as required by §443.325, RSMo., pertaining to notices of sale under power of sale, a writing in words and figures identical to the notice of sale attached to the publisher's affidavit as attached, was placed in an envelope and deposited in the United States mail on May 23, 2008, being not less than twenty (20) days prior to the scheduled date of sale, certified, restricted delivery, marked "Restricted Delivery," "Return Receipt Requested," with postage pre-paid, to the person or entity at the addresses shown and for which proof of mailing is attached to this instrument.

The undersigned Successor Trustee further warrants and certifies that to the best knowledge and belief of the Successor Trustee on the date of the sale no owner was a member of the Armed Forces of the United States of America entitled to the benefits of The Service Members Civil Relief Act of 2003, as amended and no owner died within six months next preceding the date of the sale as pertains to §443.300, RSMo. The undersigned Successor Trustee further warrants and certifies that no notice of intent to redeem as pertains to §§443.420, et seq, RSMo was given by an owner to the foreclosing trustee at or prior to the sale.

File No. 86815

IN WITNESS, the Successor Trustee has executed this deed on the date first above written.

SOUTH & ASSOCIATES, P.C.

By:

Douglas A. Hick, Vice-President

Michael L. Zevitz, Secretary

STATE OF KANSAS          )
                         ) SS
COUNTY OF JOHNSON        )

On July 23, 2008 before me, a Notary Public, personally appeared Douglas A. Hick, to me personally known, who, being duly sworn by me did say that he is the Vice-President of South & Associates, P.C., a Missouri corporation, and that the instrument was signed on behalf of South & Associates, P.C. by Douglas A. Hick and he acknowledged the instrument to be the free act and deed of the corporation.

IN TESTIMONY, I have set my hand and affixed my official seal at my office the day and year last above written.

Notary Public,
State of Kansas
County of Johnson

My Commission Expires:

ELLEN M. MCLAUGHLIN
Notary Public
State of Kansas
My Commission Expires 11/14/09

File No. 86815

South & Associates, P.C.
PO Box 9001
Temecula, CA 92589



PS Form 3877
Type of Mailing: CERTIFIED
5/23/2008  1:17:40PM

| Line | Article Number | Name, Street & P.O. Address | Postage | Fee | R.R. Fee | Reference | Rest.Del.Fee Contents |
|---|---|---|---|---|---|---|---|
| 57 | 7113 8257 1472 7130 2014 | Becky Ann Spence / PO BOX 16634 / SPRINGFIELD, MO 65808-0634 | $0.42 | $2.70 | $2.20 | 86815-87712 | $0.00 |
| 58 | 7113 8257 1472 7130 2021 | Becky Ann Spence / 3870 S COTTAGE AVE / SPRINGFIELD, MO 65807-7471 | $0.42 | $2.70 | $2.20 | 86815-87713 | $0.00 |
| 59 | 7113 8257 1472 7130 2038 | Becky Ann Spence / 3873 HOMEWOOD ST / SPRINGFIELD, MO 65807-3963 | $0.42 | $2.70 | $2.20 | 86815-87714 | $0.00 |
| 60 | 7113 8257 1472 7130 2045 | Becky Ann Spence / 3864 S COTTAGE AVE / SPRINGFIELD, MO 65807-7471 | $0.42 | $2.70 | $2.20 | 86815-87715 | $0.00 |
| 61 | 7113 8257 1472 7130 2052 | Becky Ann Spence / 2770 W LASALLE ST / SPRINGFIELD, MO 65807-8725 | $0.42 | $2.70 | $2.20 | 86815-87716 | $0.00 |
| 62 | 7113 8257 1472 7130 2069 | Becky Ann Spence / 3645 S NEWTON AVE / SPRINGFIELD, MO 65807-4457 | $0.42 | $2.70 | $2.20 | 86815-87717 | $0.00 |
| 63 | 7113 8257 1472 7130 2076 | Becky Ann Spence / 3871 S COTTAGE AVE / SPRINGFIELD, MO 65807-3962 | $0.42 | $2.70 | $2.20 | 86815-87718 | $0.00 |
| 64 | 7113 8257 1472 7130 2083 | Becky Ann Spence / 220 N. Burton Ave. / Springfield, MO 65802 | $0.42 | $2.70 | $2.20 | 86815-87719 | $0.00 |
| 65 | 7113 8257 1472 7130 2090 | Becky Ann Spence / 302 S BURTON AVE / SPRINGFIELD, MO 65802-2317 | $0.42 | $2.70 | $2.20 | 86815-87720 | $0.00 |
| 66 | 7113 8257 1472 7130 2106 | Becky Ann Spence / 1413 W GLENWOOD ST / SPRINGFIELD, MO 65807-3356 | $0.42 | $2.70 | $2.20 | 86815-87721 | $0.00 |
| 67 | 7113 8257 1472 7130 2113 | Becky Ann Spence / 302 S BURTON AVE / SPRINGFIELD, MO 65802-2317 | $0.42 | $2.70 | $2.20 | 86815-87722 | $0.00 |
| 68 | 7113 8257 1472 7130 2120 | Becky Ann Spence / 220 N. Burton Avenue / Springfield MO 65802 | $0.42 | $2.70 | $2.20 | 86815-87723 | $0.00 |
| 69 | 7113 8257 1472 7130 2137 | Becky Ann Spence / 1061 E GASLIGHT DR / SPRINGFIELD, MO 65810-3337 | $0.42 | $2.70 | $2.20 | 86815-87724 | $0.00 |
| 70 | 7113 8257 1472 7130 2144 | John Doe (Tenant/Occupant) / 1413 W GLENWOOD ST / SPRINGFIELD, MO 65807-3356 | $0.42 | $2.70 | $2.20 | 86815-87725 | $0.00 |
| 71 | 7113 8257 1472 7130 2151 | Mary Doe (Tenant/Occupant) / 1413 W GLENWOOD ST / SPRINGFIELD, MO 65807-3356 | $0.42 | $2.70 | $2.20 | 86815-87726 | $0.00 |

# THE DAILY EVENTS

*News You Won't Read Elsewhere*

(417) 866-1401
(Fax) 866-1491

P.O. Box 1
Springfield, MO
65801-0001

*Established 1881*

| Date of First Publication | Invoice Number |
|---|---|
| 05/28/08 | 81286 |

Newspaper Placement Service, Inc.
Maureen Gillespie
P.O. Box 190
Olathe, KS 66051

## Invoice for the Publication Costs & Affidavit of Publication

**Please pay from this invoice.**
*Please include Invoice Number with payment.*

**Case Number/Reference Name:**
86815/Spence

### Description of Legal Notice & Date(s) Published:

Trustee's Sales - Becky Ann Spence
Date(s): 5/28-6/25, 2008 Vol/No(s): 128/42-62 consecutive

**Total Cost:**
550.00

**NOTICE OF TRUSTEE'S SALE**
For default in the payment of debt secured by deed of trust executed by **Becky Ann Spence,** dated April 13, 2006, and recorded on April 20, 2006, Document No. 019866-06, in Book No. 2006, at Page 019866-06 in the Office of the Recorder of Deeds, Greene County, Missouri, at Springfield, the undersigned Successor Trustee will on

**June 25, 2008,**
at 11:00 AM, at the South Door of the Greene County Courthouse located at 940 Boonville Avenue, Springfield, Missouri, sell at public vendue to the highest bidder for cash:

All of Lot Thirty-four (34), SOUTH-SIDE DEVELOPMENT UNIT ONE (1), Greene County, Missouri, according to the recorded plat thereof, commonly known as **1413 W. Glenwood Street, Springfield, MO, 65807** subject to all prior easements, restrictions, reservations, covenants and encumbrances now of record, if any, to satisfy the debt and costs.

**South & Associates, P.C.,**
**Successor Trustee**
First Publication: May 28, 2008
Pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692c(b), no information concerning the collection of this debt may be given without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction. The debt collector is attempting to collect a debt and any information obtained will be used for that purpose (No. 86815). For more information, visit www.southlaw.com
*Published in The Daily Events* 5/28-6/25, 2008 (21CI)

### Affidavit of Publication

I, Jeffrey V. Schrag, do upon oath state that I am publisher of *The Daily Events*, a newspaper of general circulation published daily, except Saturdays and Sundays; and qualified to publish notices directed by any court or required by law in the County of Greene, in the County of Christian, and in the City of Springfield, all being in the State of Missouri; and that the accompanying legal notice was published in *The Daily Events* on the date(s) and volume(s)/number(s) listed above.

I further state that said newspaper is published in accordance with, and meets all provisions of, Section 493.050 RSMo 2000, Section 493.070 RSMo 2000, and St. of Missouri ex rel Reorganized School District R-6 of Daviess County, Missouri vs Haskell Holman, 275 S. W. 2d 280, 282 (Mo. banc 1955) regarding legal notices.

Unless otherwise noted hereto, this affidavit shall serve as sufficient evidence for the publication of this legal notice as stated in Section 493.060 RSMo 2000.

Jeffrey V. Schrag, Publisher          Date

Subscribed & sworn to before me:
Notary Public



LEXI ADAMS
Greene County
My Commission Expires
January 30, 2011
Commission # 07001818