Recap of Losses

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Property Loss | Equity | | | | | | | |
| 2 | Years | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 3 | | | Net Rents Lost | | | | | | |
| 4 | 7 Properties | | | | | | | | |
| 5 | Loss Income/Rents | 446,000 | 24,000 | 48,000 | 72,000 | 96,000 | 120,000 | 144,000 | 168,000 |
| 6 | | | | | | | | | |
| 7 | South &Campbell Apts. | | | | | | | | |
| 8 | Loss Income/Rents | 1,885,000 | 180,000 | 360,000 | 540,000 | 720,000 | 900,000 | 1,080,000 | 1,260,000 |
| 9 | | | | | | | | | |
| 10 | 505 E. St. Louis Street | | | | | | | | |
| 11 | Loss Income/Rents | 1,087,000 | 236,820 | 473,641 | 710,462 | 947,280 | 1,184,103 | 1,420,920 | 1,657,740 |
| 12 | | | | | | | | | |
| 13 | 11 Properties | | | | | | | | |
| 14 | Loss Income/ Rents | 1,132,000 | 130,548 | 261,096 | 752,940 | 1,003,920 | 1,254,900 | 1,505,880 | 1,756,860 |
| 15 | | | | | | | | | |
| 16 | Totals | 4,550,000 | 571,368 | 1,142,737 | 2,075,402 | 2,767,200 | 3,459,003 | 4,150,800 | 4,842,600 |
| 17 | | | | | | | | | |
| 18 | 505 E. St. Louis St Raze | 150,000 | | | | | | | |
| 19 | Hotel Franchise | 50,000 | | | | | | | |
| 20 | Architectural Fees | 85,000 | | | | | | | |
| 21 | | | | | | | | | |
| 22 | 4 Star Hotel Loan | 35,000,000 | | | | | | | |
| 23 | Apartment Loan | 1,800,000 | | | | | | | |
| 24 | | | | | | | | | |
| 25 | Projected Hotel Equity | 12,000,000 | 13,000,000 | 13,700,000 | 14,200,000 | 14,500,000 | 14,700,000 | 15,000,000 | 15,700,000 |
| 26 | Projected Hotel Revenue | | 950,000 | 1,400,000 | 1,800,000 | 2,100,000 | 2,700,000 | 3,000,000 | 3,200,000 |