United States Bankruptcy Court
Southern District of New York

RECEIVED JAN 17 2014 U.S. BANKRUPTCY COURT SO. DIST. NEW YORK

In Re:

Residential Capital, LLC, et al.,

    Debtors.

Case # 12-12020 (MG)

) Chapter 11
) Case No. 12-12020 (MG)
)
) Jointly Administered
)
)

Responding to Notice of Entry of Confirmation Order Confirming the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al., and the Official Committee of Unsecured Creditors and Occurance of effective date

I am writing as a Holder of Administrative Claims. This response serves as a request for payment asserting such administrative Claims against the Debtors, Plan Trust and their assets or properties. Documents to prove my claim were already delivered to the courts confirming the total cost of my house that was wrongfully foreclosed and the tragic experience of an eviction causing me to be homeless. This was done because the bankruptcy was to occur and I was litterly thrown out of my home. The total amount of my claim is $147,290.00. I'm asking the courts for justice by honoring this claim.

(over)

This claim is submitted by Diane Walker. 11.080951

Claim # 4556 (?)

5405 3rd Court, E
Tuscaloosa, AL 35405
(205) 765-1312

The above address is being used as my mailing address as I seek a place to reside.

Diane Walker