Clearwater, FL 33767
1-14-14

United States Bankruptcy Court
Southern Dist. of New York
One Bowling Green
New York, New York 10004

RECEIVED JAN 17 2014

RE: Residential Capital, LLC et al
Debtors
Case # 12-12020 (MG)

Gentlemen,

We received notice that we should submit our claim in the above case.

Please consider this our request to remain as a creditor in the case. We have very little information on the case and request any information that you are able to forward to us.

Thank you.

Frederick Reyher
Susan Reyher
DBA Reyher Agency

Reference number on your mailing label

Re: ResCap PRF 62859   10691776

phone 727-286-8358
email SUSANREYHER @ yahoo.com