UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RESIDENTIAL CAPITAL, LLC, et al.,
Post-Effective Date Debtors

Chapter 11

RESCAP BORROWER CLAIMS TRUST,
by Peter Kravitz, Trustee,
v.
CAREN J. WILSON,
Creditor Beneficiary

Case No. 12-12020-mg

ORDER GRANTING ATTORNEY WENDY ALISON NORA ADMISSION TO PRACTICE, PRO HAC VICE

Upon the motion of Attorney Thomas J. Sinnickson of New York that Attorney Wendy Alison Nora be admitted, pro hac vice, as co-counsel for Caren J. Wilson, along with Attorney Nora's motion attached thereto as Exhibit A, for Attorneys Sinnickson to represent Caren J. Wilson, (the "Client") a creditor and putative beneficiary of the RESCAP Borrower Claims Trust created under the confirmed Chapter 11 Plan, in the consolidated case entitled *In re: Residential Capital, LLC. et al, Debtors*, in the above-referenced proceedings and, upon Attorney Nora's certification that she is admitted to practice before the Supreme Courts of Wisconsin and Minnesota, the United States District Court for the Western District of Wisconsin, the United States District Court for the Eastern District of Wisconsin, the United States District Court for the District of Minnesota, the United States Courts of Appeals for the Seventh and Eighth Circuits and the United States Supreme Court,

IT IS HEREBY ORDERED, that Attorney Wendy Alison Nora is admitted to practice, pro hac vice, as co-counsel with Attorney Thomas J. Sinnickson, to represent Caren J. Wilson, before the

1

Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated on January 23, 2014, at New York, New York.

/s/Martin Glenn
UNITED STATES BANKRUPTCY JUDGE