**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, et al., | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

---------------------------------------------------------- x

**DECLARATION OF DEANNA HORST IN SUPPORT OF OBJECTION OF**
**THE LIQUIDATING TRUST TO REQUEST OF**
**VERIZON BUSINESS NETWORK SERVICES INC. FOR**
**ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

I, Deanna Horst, declare as follows:

**A. Background and Qualifications**

1.    I am the Chief Claims Officer for the ResCap Liquidating Trust (the "**Liquidating Trust**"), and previously served as Chief Claims Officer for Residential Capital, LLC and its affiliates ("**ResCap**"), a limited liability company organized under the laws of the state of Delaware and the parent of the other post-effective date debtors in the above-captioned Chapter 11 Cases (collectively, the "**Debtors**").  I am responsible for Claims Management and Reconciliation and Client Recovery.

2.    I submit this declaration (the "**Declaration**") in support of the *Objection of the Liquidating Trust to Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim* (the "**Objection**").[1]

3.    Except as otherwise indicated, all statements in this Declaration are based upon my personal knowledge; information supplied or verified by personnel in departments within the Debtors' various business units; my review of the Debtors' files, books and records, as

---

[1]  Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Objection.

well as other relevant documents; information supplied by the Debtors' and the Liquidating

Trust's employees, consultants and counsel; or my opinion based upon my experience, expertise,

and knowledge of the Debtors' operations, financial condition and history. In making statements

based on my review of the Debtors' files, books and records, relevant documents, and other

information prepared or collected by the Debtors' or the Liquidating Trust's employees,

consultants or counsel, I have relied upon these employees, consultants, and counsel accurately

recording, preparing, collecting, or verifying any such documentation and other information.

### B.  The Verizon Agreements

4.      At the request of the Liquidating Trust, counsel to Verizon provided

counsel to the Liquidating Trust with copies of the Agreement (between the Debtors and

Verizon) and the Affiliate Agreement (between GMAC, Inc. and Verizon), as well as other

amendments to the Agreement that are not relevant to the Objection.[2]   GMAC, Inc., the

predecessor to Ally Financial, Inc. ("**AFI**"), was not party to the Agreement.

5.      A copy of the Affiliate Agreement as provided to counsel to the

Liquidating Trust by Verizon is attached hereto as **Exhibit 1**.  A copy of an amendment to the

Affiliate Agreement entered into between Verizon and AFI in February 2013, as provided to

counsel to the Liquidating Trust by Verizon, is attached hereto as **Exhibit 2**.

### C.  Verizon's Purported Claims

6.      As part of the sales of the Debtors' servicing and origination business

which closed in January and February 2013, the Debtors sought to assume and assign the

Agreement to the purchasers of the Debtors' assets.  The Debtors served Verizon with a Cure

---

[2]   Because of its voluminous nature, the Agreement is not attached hereto, but the Liquidating Trust will make
copies available to the Court upon request.

Notice, including a proposed amount to cure all prepetition defaults under the Agreement. The Debtors did not seek to assume or assign the Affiliate Agreement.

7. Verizon objected to the proposed cure amount, and following negotiations among the Debtors and Verizon, the parties reached a confidential agreement as to the cure amount for all prepetition defaults under the Agreement, thereby resolving Verizon's objection. With respect to any postpetition obligations, Verizon and the Debtors agreed that any such valid obligations of the Debtors thereunder would be paid in the ordinary course of business and subject to the availability under the Debtors' postpetition financing agreements.[3] At no time did Verizon assert any cure claims based on amounts purportedly due under the Affiliate Agreement. The settlement agreement between the Debtors and Verizon regarding Verizon's cure amounts therefore does not reference any obligations under the Affiliate Agreement.

8. In January 2014, in response to the Motion, at the request of the Liquidating Trust, counsel to Verizon produced voluminous invoices, all of which were addressed to GMAC, Inc., a non-Debtor. Because the invoices are voluminous, attached hereto as **Exhibit 3** are the cover pages of the invoices provided by Verizon to counsel to the Liquidating Trust. On their face, these invoices describe services provided by Verizon to GMAC, Inc. (i.e., AFI), and certain other non-Debtor affiliates of AFI, including, for example, GMAC Financial Services, and "Residential Capital" entities located in the United Kingdom, each of which are non-Debtors and affiliates of AFI. The invoices do not appear to identify services provided to any Debtor.

---

[3] Because the cure settlement agreement is confidential, a copy is not attached hereto, but the Liquidating Trust will make copies available to the Court upon request.

9.      In addition, the Debtors' books and records do not reflect the Debtors' receipt of any of the services described on the invoices.  The Debtors have not historically made any payments to Verizon for any services provided by Verizon to GMAC, Inc. or AFI under the Affiliate Agreement.  The Debtors have, however, made all postpetition payments to Verizon on account of services performed for the Debtors under the Agreement in the ordinary course of business.

10.     It is my understanding that, in 2013, Verizon and AFI engaged in extensive negotiations regarding AFI's payment of the amounts for which Verizon seeks administrative priority in the Motion.  Neither the Debtors nor the Liquidating Trust were party to those negotiations.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed:      January 23, 2014

/s/ Deanna Horst
Deanna Horst
Chief Claims Officer for the
ResCap Liquidating Trust

# Exhibit 1

### FIFTH AMENDMENT TO THE
### VERIZON BUSINESS SERVICE AGREEMENT

This Fifth Amendment to the Verizon Business Service Agreement ("Fifth Amendment") is entered into as of the dates set forth below, by and between **Residential Capital, LLC** ("Customer") and **Verizon Business Network Services Inc. on behalf of MCI Communications Services, Inc. d/b/a Verizon Business Service and Verizon affiliates listed in Exhibit 1** (individually and collectively "Verizon"). Provided that this Fifth Amendment is executed by Verizon, the rates, charges and discounts contained herein will be effective on the first (1st) day of the second (2nd) billing cycle following Customer's signature and delivery of this Fifth Amendment to Verizon ("Fifth Amendment Effective Date").

WHEREAS, Customer and Verizon entered into that certain Verizon Business Service Agreement signed by Customer on May 4, 2007 (the "VSA"), as amended by that certain First Amendment signed by Customer on June 28, 2007, as amended by that certain Second Amendment signed by Customer on July 17, 2007, as amended by that certain Third Amendment signed by Customer on March 12, 2008, and as amended by that certain Fourth Amendment signed by Customer on June 16, 2008 (as amended, the "Agreement"), with respect to certain services to be provided to Customer by Verizon, as more particularly described therein.

The parties agree to amend the Agreement as follows:

1. **Services.** Section 1 (Services) and Subsection 1.1 of the Agreement are deleted in their entirety. Subsection 1.1 is not replaced. Section 1 is replaced with the following, for the purpose of removing the restriction on the sale of voice capable CPE:

    1. Services. Verizon will provide to Customer those service(s) described in the Schedules to this Agreement. Certain non-US Services will be performed and billed out of international Verizon operating companies ("Verizon Provisioning Entities") pursuant to Service Order Forms between the applicable local Verizon Provisioning Entity(ies) and the applicable local Customer operating company ("International OpCo SOFs") and governed by the terms and conditions of this Agreement (including the order of precedence as outlined in Section 3 below). Together with the International OpCo SOFs, this Agreement establishes the terms and conditions under which Verizon Provisioning Entities will provide the Services to Customer, its Affiliates (as defined below) and authorized users.

2. **Indemnification.** Section 15.3 (Intellectual Property Indemnification) of the Agreement (but not its subsections) is hereby deleted in its entirety and replaced with the following:

    15.3    Intellectual Property Indemnification. Section 15.3 (Intellectual Property Indemnification) applies to all Services provided under this Agreement, unless different intellectual property indemnification terms are included in the applicable Service Attachment.

3. **Corrections and Clarifications.** Schedule A-II.F (Internet Dedicated Service Service Attachment) and Schedule A-II.G (EMEA Services Service Attachment) to Attachment A (Services) to the Agreement were added via the Second Amendment and the Third Amendment, respectively; however, no corresponding sections were added to Section II ((Non-Tariff Services) of Attachment A. The following new Sections F and G are hereby added to Section II of Attachment A to the Agreement:

    II.F    Internet Dedicated Services. Verizon will provide to Customer Verizon Internet Dedicated Services under the terms and conditions set forth in this Agreement and Schedule A-II.F which is attached hereto and incorporated herein by reference.

    II.G    EMEA Services. Verizon will provide to Customer Verizon EMEA Services under the terms and conditions set forth in this Agreement and Schedule A-II.G which is attached hereto and incorporated herein by reference.

4. **Domestic Private IP Service (Special Pricing).**

    4.1 In Attachment A (Services) of the Agreement, Schedule A-II.D (Private IP Service (Options 1 and 2) Service Attachment), Subsection I.A.1.a (Installation and Ancillary NRCs for Contiguous United States, Hawaii and Puerto Rico), in the first rate table all of the amounts in the two columns entitled "NRC (per Port)" are hereby changed to $0. For avoidance of doubt, the second rate table (for "Ancillary Type") remains unchanged.

4.2  In Attachment A (Services) of the Agreement, Schedule A-II.D (Private IP Service (Options 1 and 2) Service Attachment), Subsection I.A.3.b (Port Charges for the contiguous United States and Hawaii Installations) the line items corresponding to Bundled Ethernet Flow (dedicated only) at the Port Speeds of 100, 200 and 1,000 Mbps are hereby amended by changing the corresponding value in the column entitled "Bundled Ethernet Flow Port MRC" to $10,000, $19,200 and $54,000, respectively. The discount stated in Section I.A.3.a shall apply to the MRC. For clarity, the referenced line items will now be stated as follows:

| Bundled Ethernet Flow Port Speed* (dedicated only) | Bundled Ethernet Flow Port MRC | Disaster Recovery MRC |
|---|---|---|
| 100 Mbps** | $10,000 | NA |
| 200 Mbps** | $19,200 | NA |
| 1,000 Mbps** | $54,000 | NA |

*\*Verizon will waive the NRC.*

5.   **Converged Ethernet Access.**  In Attachment A (Services) of the Agreement, a new Section II.F is added, to read as follows:

F.  **Domestic Access.** Customer will receive a twenty percent (20%) discount off LIT (Type 1) Converged Ethernet Access monthly recurring charges.

6.  **International Private IP Service (Special Pricing).**

6.1 In Attachment A (Services) of the Agreement, Schedule A-II.D (Private IP Service (Options 1 and 2) Service Attachment), Subsection I.B.1 (Non-Recurring Charges) is hereby amended by deleting the rate table in its entirety and replacing it with the following:

| International Private IP | |
|---|---|
| Speed | NRC (per port) |
| 56/64 Kbps – 2.048 Mbps | $0 |
| 3.072 Mbps and higher | $0 |

6.2 In Attachment A (Services) of the Agreement, Schedule A-II.D (Private IP Service (Options 1 and 2) Service Attachment), Subsection I.B.2.a (Special Pricing) is hereby amended, by adding the following new special pricing:

| Product: PIP Ethernet (Option 1, 2) | | |
|---|---|---|
| Location | Speed | MRC pre-discount* |
| UK | 200Mb | $12,762 |
| UK | 1000Mb | $ 34,188 |
| *Stated rates are will be further subject to discount stated in Subsection I.B.2.a. | | |

6.3 In Attachment A (Services) of the Agreement, Schedule A-II.D (Private IP Service (Options 1 and 2) Service Attachment), Subsection I.B.2.a (Special Pricing) is hereby amended, by adding the following at the end of the first paragraph:

"NRC for all International PIP ports shall be waived."

and deleting the following verbiage under the rate table for Barcelona, Spain Pip Ethernet:

*   NRC for PORT Private IP are as follows:

    > 64K – 2.048M = $300

    > 3.072M and above speeds = $600

*   The above install PIP charges of $3,000 will be waived for the proposed PIP EMEA Network provided VB gets a full Term of 12-months

7. **Business Downturn.** Customer incurred a shortfall of $76,980.68 against its AVC applicable to the Option Term, which would result in an Underutilization Charge of $23,094.20. On September 25, 2008, Customer gave written notice of its election to invoke the one-time waiver of Underutilization Charge under Section 28 (Business Downturn) of the Agreement, as amended by the Fourth Amendment, and has requested relief from 100% of the Underutilization Charge. Verizon acknowledges that Customer has satisfied the requirements stated in Section 28 and is entitled to the one-time waiver of Underutilization Charge. Under Section 28.1 of the Agreement, as amended by the Fourth Amendment, the maximum amount that can be waived is $1,400,000. Customer therefore qualifies for relief from $23,094.20, or 100% of the Underutilization Charge.

8. **Affiliate Participation.** GMAC Inc. shall be added as a participating Affiliate under the Affiliate Participation Agreement attached as Exhibit 1 hereto, upon execution of said Affiliate Agreement by Verizon and GMAC Inc.

9. **Definitions.** All capitalized terms used but not expressly defined in this Fifth Amendment have the meanings given to such terms in the Agreement.

10. **Entire Agreement.** Except as expressly modified by this Fifth Amendment, the Agreement shall be and remain in full force and effect in accordance with its terms and shall constitute the legal, valid, binding and enforceable obligations of Customer and Verizon. This Fifth Amendment, the Agreement, and the applicable Tariffs and Guide, collectively, are the complete agreement of the parties and supersede any prior agreements or representations, whether oral or written, with respect thereto.

11. **Acceptance Deadline.** Pricing and/or promotional benefits in this Fifth Amendment may not be available if it is not signed and delivered to Verizon on or before **February 26, 2010.** Any and all prior offers made to Customer, whether oral or written, regarding the subject matter hereof are superseded by this offer.

Residential Capital, LLC

By: _____

Name: _____

Title: _____

Date: _____

*Black/Boonie/Sears/GMAC ResCap/Am. 5 – 2.22.10 RS.doc*

Verizon Business Network Services Inc.

By: _____

Suleiman Hessami

Vice President

Date: _____

Exhibit 1

## COMMUNICATIONS SERVICES
## AFFILIATE PARTICIPATION AGREEMENT

This Affiliate Participation Agreement ("Affiliate Agreement") is made by and between **Verizon Business Network Services, Inc.**, on behalf of MCI Communications Services, Inc. d/b/a Verizon Business Services and Verizon affiliates listed in Exhibit 1 to the VSA (individually and collectively "Verizon") with offices at 1 Towne Square, Southfield, MI USA 48076 ("Verizon), and **GMAC Inc.**, with offices at 200 Renaissance Drive, Detroit, MI 48265
("Affiliate"). This Affiliate Agreement is binding upon execution by both parties. Acceptance of this Affiliate Agreement by Verizon is subject to Affiliate meeting Verizon's standard credit terms and conditions, which may be based on commercially available credit reviews and to which Affiliate hereby consents.

### Background

1.    Affiliate is an "Affiliate" of Residential Capital, LLC ("Residential"), as "Affiliate" is defined in that certain Verizon Business Services Agreement ("VSA") signed by Residential on May 4, 2007 between Residential and Verizon

2.    Customer has negotiated a Verizon Business Services Agreement ("VSA") with Verizon, subject to the terms and conditions of the VSA and this Affiliate Agreement, Verizon and Customer are permitting Affiliate to receive services from Verizon under the VSA.

3.    Affiliate represents that as of the signature date of this Affiliate Agreement, Affiliate is not currently a Verizon customer under its own contract(s) with Verizon for Legacy MCI Company Services.

4.    "MCI Legacy Company" shall mean an affiliate of Verizon that was an affiliate of MCI, Inc. prior to the acquisition of MCI, Inc. by Verizon Communications Inc., including one or more of the following entities (without limitation): MCI Communications Services, Inc. d/b/a Verizon Business Services; MCImetro Access Transmission Services LLC d/b/a Verizon Access Transmission Services; MCImetro Access Transmission Services of Virginia, Inc. d/b/a Verizon Access Transmission Services of Virginia; and MCImetro Access Transmission Services of Massachusetts, Inc. d/b/a Verizon Access Transmission Services of Massachusetts, and applicable affiliated operating companies outside the United States.

### Agreement

The parties agree as follows:

1.  Verizon will provide the Services described in the VSA to Affiliate, subject to the terms and conditions of the VSA (which includes incorporation of the Guide and applicable Tariffs by reference, as those terms are defined in the VSA) and this Affiliate Agreement. Affiliate agrees to be responsible for all obligations of Customer under the VSA with respect to the Services provided to Affiliate, except that Affiliate will not be subject to the Annual Volume Commitment (Section 5 of the VSA, including all subsections thereto) or Underutilization (Section 6 of the VSA) and Termination; Disconnection Notice (Section 10 of the VSA). In addition, Sections 14 (Mutual Limitations of Liability) and 15 (Indemnification) of the VSA shall not apply to Affiliates.

2.  Verizon Services are made available subject to the terms and limitations of the VSA and Verizon's applicable tariffs or, where detariffed, Verizon's Service Publication and Price Guide ("Guide"), which is available on Verizon's Internet web-site (www.verizonbusiness.com/guide) and incorporated herein by reference.

3.  Verizon will bill Affiliate Participant for all Verizon Services ordered by Affiliate hereunder pursuant to the VSA's terms and conditions, including, but not limited to, all applicable rates and discounts and payment terms.

4.  The "Term" of this Affiliate Agreement will begin on the date Affiliate first receives Service, and will continue until the earlier of: (a) the date of Affiliate's termination or expiration of this Affiliate Agreement, (b) the date the VSA expires or is terminated, (c) three (3) months after the date on which Affiliate  no

longer qualifies as an Affiliate of Customer, whether as a result of a sale, divestiture or otherwise, or (d) the date on which Verizon terminates services of Affiliate pursuant to the VSA or Verizon's Guide or applicable tariff. The rates, charges, credits and discounts for Service provided to Affiliate will be effective on the first day of the second full monthly billing cycle following the execution and delivery of this Affiliate Agreement by Affiliate to Verizon, except where a Schedule to the VSA indicates otherwise (the "Participation Services Effective Date").

5.    Either party may terminate this Affiliate Agreement with or without cause upon thirty (30) days prior written notice to the other party; provided, that Affiliate will remain liable for usage and other charges and obligations incurred until termination of service is complete.

6.    This Affiliate Agreement together with referenced documents is the complete and only agreement of Customer and Affiliate for the services identified in the VSA and this Affiliate Agreement. No modification shall be valid unless made in writing and signed by authorized representatives of both parties. Verizon and Residential may amend the VSA by mutual agreement, and Affiliate agrees to be bound by any such amendments, except that Verizon and Affiliate must agree in writing to any amendment of the VSA that creates additional obligations of Affiliate that are more onerous than the obligations of "Customer" in general under the VSA, as amended.

7.    This Affiliate Agreement is governed by the laws of the State of New York without regard to its choice of law principles. Non-U.S. Services are subject to applicable local laws and regulations in any countries where those Services originate or terminate, including applicable locally filed Tariffs. The parties agree not to contest the venue of the United States District Court for the Southern District of New York for all disputes arising under this Agreement, other than those that are required to be heard by the Federal Communications Commission.

**IN WITNESS WHEREOF, Verizon and the undersigned Participant have caused this Affiliate Participation Agreement to be executed in duplicate by their representatives hereunto duly authorized.**

Verizon Business Network Services Inc.                GMAC Inc.

By: _____                        By: _____

Title: _____                       Title: _Director, IT Procurement_
        Suleiman Hessami
        VP Pricing/Contract Management

Date: _____                        Date: _2-26-10_

_Black/Boonie/Sears/GMAC ResCap/GMAC Inc. Affiliate Agreement—2.22.10 RS.doc_

# Exhibit 2

**FIRST AMENDMENT TO THE**
**COMMUNICATIONS SERVICES**
**AFFILIATE PARTICIPATION AGREEMENT**

This First Amendment to the Communications Services Affiliate Participation Agreement ("First Amendment") is entered into as of the dates set forth below, by and between **Ally Financial Inc. (f/k/a GMAC Inc.)** ("Ally") and **Verizon Business Network Services Inc. on behalf of MCI Communications Services, Inc. d/b/a Verizon Business Service and Verizon affiliates listed in Exhibit 1** (individually and collectively "Verizon"). Provided that this First Amendment is executed by Verizon, the rates, charges and discounts contained herein will be effective on the first (1st) day of the first (1st) billing cycle following Ally's signature and delivery of this First Amendment to Verizon ("First Amendment Effective Date").

WHEREAS, Ally and Verizon entered into that certain Communications Services Affiliate Participation Agreement signed by Ally on February 26, 2010 (the "Affiliate Agreement"), which allowed Ally to order and receive services under the Verizon Business Service Agreement, as amended, by and between Verizon and Residential Capital, LLC and signed by Residential Capital, LLC ("ResCap") on May 4, 2007 (the "VSA"); and

WHEREAS, Ally currently receives services from Verizon pursuant to the Affiliate Agreement; and

WHEREAS, the Affiliate Agreement provides for a 3-month transition period in the event that the VSA is terminated or Ally ceases to be an affiliate of ResCap; and

WHEREAS, ResCap is in bankruptcy proceedings and intends to assign the VSA to one or more purchasers of its assets; and

WHEREAS, Ally wishes to extend the transition period;

NOW, THEREFORE, the parties agree to amend the Affiliate Agreement as follows:

1. **Transition Period**. Section 4 of the Affiliate Agreement is deleted in its entirety and replaced with the following:

    **4.** The "Term" of this Affiliate Agreement will begin on the date Affiliate first receives Service, and will continue until the earlier of: (a) the date of Affiliate's termination or expiration of this Affiliate Agreement, (b) six (6) months after the date the VSA expires, is terminated, or is assigned by ResCap to a third party that is not an affiliate of Affiliate, (c) six (6) months after the date on which Affiliate no longer qualifies as an Affiliate of ResCap, whether as a result of a sale, divestiture or otherwise, or (d) the date on which Verizon terminates services of Ally pursuant to the VSA or Verizon's Guide or applicable tariff. The rates, charges, credits and discounts for Service provided to Affiliate will be effective on the first day of the second full monthly billing cycle following the execution and delivery of this Affiliate Agreement by Affiliate to Verizon, except where a Schedule to the VSA indicates otherwise (the "Participation Services Effective Date"). During any transition period as described in subsection (b) or (c) above, the terms and conditions of the VSA shall apply to Affiliate notwithstanding any termination, expiration or assignment of the VSA.

2. **Definitions**. All capitalized terms used but not expressly defined in this First Amendment have the meanings given to such terms in the Affiliate Agreement.

3. **Entire Agreement**. Except as expressly modified by this First Amendment, the Affiliate Agreement shall be and remain in full force and effect in accordance with its terms and shall constitute the legal, valid, binding and enforceable obligations of Ally and Verizon. This First Amendment, the Affiliate Agreement, and the applicable Tariffs and Guide, collectively, are the complete agreement of the parties and supersede any prior agreements or representations, whether oral or written, with respect thereto.

4. **Acceptance Deadline**. Pricing and/or promotional benefits in this First Amendment may not be available unless it is signed and delivered to Verizon on or before **February 25, 2013.** Any and all prior offers made to Ally, whether oral or written, regarding the subject matter hereof are superseded by this offer.

**Ally Financial, Inc.**

By: _Michael Scott_

Name: _Michael Scott_

Title: _IT Director, ASC Sourcing_

Date: _2-13-13_

**Verizon Business Network Services Inc.**

By: _Anthony Recine_

Anthony Recine

Vice President

Date: _3|18|13_

*Black/McMillan/Sears/GMAC ResCap/Ally/Affiliate Agreement Am. 1 -- 2.8.13 RS.doc*

# Exhibit 3

Invoice Dated 10/10/2012

```
Corporation ID    93339907
Bill Payer ID     Y2651326
Node No.          15598865
```

GMAC INC
PO BOX 25164
ATTN: PO54337
LEHIGH VALLEY, PA 18002-5164

GMAC INC
PO BOX 25164
ATTN: PO54337
LEHIGH VALLEY, PA 18002-5164



GMAC INC
PO BOX 25164
Corporate ID:   VN93339907          ATTN: PO54337
Bill Payer ID:  Y2651326            LEHIGH VALLEY, PA 18002-5164
Invoice Number: 66383073
Invoice Date:   10/10/2012
R Location: WMW

                                              Statement Summary

Current Usage Charges                    $0.00
Current Monthly Recurring Charges    $497,759.84
Current Non-Recurring Charges            $0.00
Discounts and Promotions Applied     $278,359.49CR
Subtotal Current Charges             $219,400.35

Federal Excise Tax                       $1.40
State and Local Taxes                $4,858.90
Federal, State, and Local Surcharges $7,201.59
Federal Universal Service Fee (FUSF) $13,796.23
Total Taxes/Surcharges              $25,858.12

Total Current Charges              $245,258.47
Total Past Due                     $239,636.77
Total Amount Due                   $484,895.24


Contact us online at https://enterprisecenter.verizon.com or call 800-933-0944
See reverse side for additional contact and payment information.




Bill Payer ID:  Y2651326            If Paying By Mail, Return This Form With
GMAC INC                            Payment
Invoice Number: 66383073                Payment is Due Upon Receipt
Invoice Date:   10/10/2012

              Total Amount Due        $    484,895.24

              Amount Enclosed         $_____

     707902  34020605010302061  663830732  00024525847    10/10/12

                707902340206050103020616638307320002452587

     Verizon Business
     P.O. BOX 371355
     PITTSBURGH, PA  15250-7355



If You Have a Question about Your Invoice
Verizon Enterprise Center, our online account management tool, is available at
https://enterprisecenter.verizon.com. As a user, you can view your invoice
online, open an inquiry about your invoice, and pay electronically using our
optional Online Payment feature. If you are not yet a registered user, see
the self-enrollment instructions at the bottom of this page.

How to Pay Your Invoice
Paying Online. Select Payments from the Verizon Enterprise Center Invoices section
to pay by Electronic Fund Transfer (EFT), Visa, Master Card, American Express, or
Discover Card.
Paying by Mail. Detach the payment slip at the bottom of the reverse side of this
sheet, enter the amount paid, and return it in the envelope provided, enclosing a
check or money order made payable to "Verizon Business."
Paying by Phone. Call Verizon Business Financial Services at 1-800-806-8470 to
authorize a one-time payment using a checking account or Visa, Master Card, American
Express, or Discover Card (Payment by Credit Card is not available for wholesale
customers). For the recurring payment option, please use Verizon Enterprise Center
Online Payment (see "Paying Online" above).
Paying by ACH or Wire Transfer. Use the following bank information to remit by ACH
or wire transfer:
        Bank Name: BNY Mellon
        ABA (routing #):  043000261
        DDA (account #): 144-6098
        International Swift Code: MELNUS3P

Sign Up for Online Billing and Go Paperless to Avoid Future Paper Invoice Fees
1. Start the process at https://www.verizonbusiness.com/invite. If you do not
   have a Verizon Enterprise Center User ID, click "register for a User ID."
2. Register for online billing by entering your User ID, Password, and your
   Invitation Code MXR3RAXU9Q, which expires on 12/24/2012. Protect this
   Invitation Code as you would any password.*
3. Go paperless and avoid future paper invoice charges by selecting
   "Invoices/Paperless Billing" from the Verizon Enterprise Center home page.

        * This Invitation Code provides access to your billing information, including Customer Proprietary Network Information as
          defined by the FCC and the CPNI statute at 47 U.S.C. sec. 222(h) (1). Any person who enters the Invitation Code online
          will be understood by Verizon to be your authorized and authenticated representative.



```
        Important Messages to Our Customers
Invoice Number: 66383073       Invoice Date:  10/10/2012
Corporation ID: 93339907       Bill Payer ID: Y2651326      Node Number: 15598865
```
_____

IF YOU HAVE A QUESTION ABOUT YOUR BILL:
CREATE AN INVOICE INQUIRY ONLINE VIA VERIZON ENTERPRISE CENTER

Save time by opening and monitoring billing inquiries in the Verizon Enterprise
Center at https://enterprisecenter.verizon.com.  You can access a "Create an
Invoice Inquiry" link from multiple places in the Verizon Enterprise Center:
     - In the left hand navigation links from any screen of your online invoice.
     - From the Quick Access dropdown beside any account number in your Invoice
List screen.
     - From the Billing Inquiry pod on the Invoices home screen.  You will need
to enter an account number when using this path.
To open an inquiry, click "Create an Invoice Inquiry" from any of the above
screens and follow three simple steps:
     1. Select an inquiry issue from the drop down list and enter an account
number if one did not automatically populate.
     2. Add any details you feel are needed.
     3. Review and click "Submit."
If you are not yet a Verizon Enterprise Center user, you can self enroll by
following the steps under "Sign Up for Online Billing and Go Paperless to Avoid
Future Paper Invoice Fees" shown on the reverse side of the Statement Summary
page of this invoice.


TO OUR CUSTOMERS WHO PAY BY CHECK:
YOUR CHECK MAY BE PROCESSED AS AN ELECTRONIC FUNDS TRANSFER

When you provide a check as payment, you authorize Verizon either to use
information from your check to make a one-time electronic funds transfer from
your account or to process the payment as a check transaction.


IMPORTANT NOTICE TO ALL CUSTOMERS:
VERIZON'S REMIT-TO ADDRESS AND BANK INFORMATION ARE CHANGING IN DECEMBER

Your December 2012 dated invoices will reflect a new remittance address and new
bank information used for electronic funds transfers.  If you store Verizon
remittance information in any software used in your accounts payable process,
please update your software before submitting payment for your December
invoice.  Below are ways that your payment process will be affected, depending
on your payment method:
     - If you pay by check from an online invoice, be sure to use the new
remittance address on the envelope you use to mail your payment to Verizon.
     - If you pay by check from a paper invoice, continue to detach the payment
slip at the bottom of page one and use the enclosed envelope.  Your payment
will be sent to the correct address, as those preprinted documents have been
updated.
     - If you pay electronically by ACH, please use the new bank account
information shown on your December invoice.



```
     Important Messages to Our Customers
Invoice Number: 66383073      Invoice Date:  10/10/2012
Corporation ID: 93339907      Bill Payer ID: Y2651326      Node Number: 15598865
```

---

   - If you pay from Verizon Enterprise Center using online or credit card
payment, you are not affected by this change.
If you have any questions about this pending change, please click "Create a
billing inquiry" in Verizon Enterprise Center, or contact Verizon Customer Care
at the toll free number shown on the first page of this invoice.  Thank you for
being a Verizon customer.


TO OUR CUSTOMERS IN THE UNITED STATES:
FEDERAL UNIVERSAL SERVICE FEE TO INCREASE TO 17.4%

In response to changes in carrier contribution factors established by the
Federal Communications Commission, Verizon's Federal Universal Service Fee
(FUSF) is being adjusted from 15.7% to 17.4%, effective October 1, 2012.  FUSF
helps fund telephone connections, especially in high-cost areas, as well as
communication and information services to schools, libraries, and rural
healthcare facilities:  FUSF is applied to regulated interstate
(state-to-state) and international telecommunications charges, and to
Interconnected Voice over IP (VoIP) charges.  FUSF is defined in the Verizon
Business Service Publication and Price Guide, and appears on your invoice under
the "Taxes and Surcharges" heading.


TO OUR CUSTOMERS WITH VERIZON BUSINESS FRAME RELAY OR ATM SERVICES:
VERIZON TO GRANDFATHER VERIZON BUSINESS FRAME RELAY AND ATM SERVICES

Effective November 21, 2012 Verizon will no longer accept orders for moves,
adds, or changes to Verizon Business Frame Relay and ATM Services unless
expressly permitted by your contract.  Verizon will continue to provide Verizon
Business Frame Relay and ATM Services; however, Verizon will not renew
contracts for those services.  Once your contract term expires, your Verizon
Business Frame Relay and ATM Services will be provided on a Month-to-Month
basis wherein Verizon may terminate these services with six (6) months written
notice.  Please note, you may terminate these services at any time.
Verizon offers several premium service offerings - such as Private IP and
Ethernet services - which you may consider for a technology upgrade from your
existing Frame Relay and ATM Services.  To discuss replacing your existing
Frame Relay and ATM Services with more advanced Verizon solutions, please
contact your Verizon Account Manager or call Customer Service at the toll-free
number shown on this invoice.


TO OUR CUSTOMERS IN IDAHO:
IDAHO PUC INCREASES THE IDAHO UNIVERSAL SERVICE FUND (IUSF) RATE

The Idaho Public Utilities Commission (PUC) has increased the Idaho Universal
Service Fund surcharge rate, effective October 1, 2012.  The IUSF surcharge



Important Messages to Our Customers
Invoice Number: 66383073      Invoice Date:  10/10/2012
Corporation ID: 93339907      Bill Payer ID: Y2651326        Node Number: 15598865

---

rates have been increased as follows.
- Residential line rate increased from $0.12 to $0.15
- Business line rate increased from $0.19 to $0.23
- MTS/WATS minute rate increased from $0.0035 to $0.004


TO OUR CUSTOMERS IN MAINE:
MAINE PUC INCREASES THE MAINE UNIVERSAL SERVICE FUND (MUSF) RATE

The Maine Public Utilities Commission increased the Maine Universal Service
Fund (MUSF) surcharge rate to 0.0151, effective September 1, 2012.


TO OUR CUSTOMERS IN TEXAS:
AREA CODE OVERLAY APPROVED FOR AREA CODE 512

To ensure a continuing supply of telephone numbers, the new 737 area code will
be added to the area served by 512.  This is known as an area code overlay.
Get ready to change the way you dial your calls!

What is an area code overlay?
An overlay is the addition of another area code (737) to the same geographic
region as an existing area code (512).  An overlay does not require customers
to change their existing area code.

Who will be affected?
The 512 area code generally covers the greater Austin area and principally in
the counties of Bastrop, Burnet, Caldwell, Hays, Lampasas, Milam, Travis and
Williamson.

What will be the new dialing procedure?
To complete local calls, the new dialing procedure requires callers to dial
area code + telephone number.  This means that all calls in the 512 area code
that are currently dialed with seven digits will need to be dialed using area
code + telephone number.
When will the change begin?
Effective December 1, 2012, you should begin using the new dialing procedures
whenever you place a call from the 512 area code.  If you forget and dial just
seven digits, your call will still be completed.

Beginning June 1, 2013, you must use the new dialing procedures, as described
above for all calls.  After this date, if you do not use the new dialing
procedures, your calls will not be completed and a recording will instruct you
to hang up and dial again.
Beginning July 1, 2013, new telephone lines or services may be assigned numbers
using the new 737 area code.

What will you need to do?



Important Messages to Our Customers
Invoice Number: 66383073      Invoice Date:  10/10/2012
Corporation ID: 93339907      Bill Payer ID: Y2651326      Node Number: 15598865

───────────────────────────────────────────────────────────────

In addition to changing your dialing procedures, all services, automatic
dialing equipment, or other types of equipment that are programmed with a
7-digit number will need to be reprogrammed to use the new dialing procedures.
Some examples are life safety systems, PBXs, fax machines, Internet dial-up
numbers, alarm and security systems, gates, speed dialers, call forwarding
settings, voicemail services, etc.  You may also want to check your business
stationery or advertising materials to ensure the area code is included.

What will remain the same?
- Your telephone number, including current area code, will not change.
- The price of a call, coverage area, or other rates and services will not
change due to the overlay.
- What is a local call now will remain a local call regardless of the number of
digits dialed.
- You will continue to dial 1 + area code + telephone number for all long
distance calls.
- You can still dial just three digits to reach 911.
- If 211, 311, 411, 511, 611, 711 or 811 are currently available in your
community, you will still dial these codes with just three digits.

Who may you contact with questions?
If you have any questions regarding information provided in this notice, please
call Verizon Business Customer Service at the toll-free number reflected on
this invoice or access the following web site for more information:
http://www.verizonbusiness.com


TO OUR CUSTOMERS IN TEXAS:
TEXAS DIVISION OF EMERGENCY MANAGEMENT HURRICANE PREPAREDNESS GUIDELINES:
PREPARING FOR HURRICANE SEASON:  JUNE 1 - NOVEMBER 30

Evacuation Planning:  When a hurricane threatens, listen for instructions from
local officials.  When they call for an evacuation in your area, get going
without delay.
- Discuss evacuation plans with your family BEFORE hurricane season June 1 -
November 30.  Make a checklist of what you need to do before you leave town and
review it.
- Monitor NOAA weather radio and local TV and radio broadcasts during storm
season.
- Prepare an emergency supply kit including: radio, flashlight, extra
batteries, extra eyeglasses, bottled water, non-perishable food, dry clothes,
bedding, insurance information, important documents, medications, copies of
prescriptions and special products for babies, the elderly and medically
fragile family members.
- Learn evacuation routes before storm season.  When there's a hurricane in the
Gulf, keep your gas tank as full as possible.  Expect traffic delays in an
evacuation.
- Dial 2-1-1 to register if you have special health care needs or if you simply
do not have transportation:  Gulf coast residents in evacuation zones with



Important Messages to Our Customers
Invoice Number: 66383073        Invoice Date:  10/10/2012
Corporation ID: 93339907        Bill Payer ID: Y2651326        Node Number: 15598865

special health care needs -- who do not have friends or family to help --
should register in advance for a ride by dialing 2-1-1 in advance.  Residents
with no other transportation can register for a ride in advance by dialing
2-1-1.

GMAC INC
PO BOX 25164 ATTN: PO54337
LEHIGH VALLEY, PA 18002-5164

Invoice Number    66383073
Invoice Date    10/10/2012
Page Number    1

Corporation ID 93339907    Bill Payer Y2651326    Node No. 15598865

| Date | Reference Number | Invoice Amount | Adjustments | Adjustment Description | Payments | Total |
|------|--------|--------|--------|--------|--------|--------|
| 08/10/2010 | 66460502 | $0.00 | $600.00CR | INSTALL CREDIT | $0.00 | $600.00CR |
| 12/10/2011 | 63657206 | $0.00 | $277.49CR | STATE & LOCAL SALES TAX | $0.00 | $277.49CR |
| 12/10/2011 | 63657206 | $0.00 | $3,363.50CR | LATE DISCONNECT | $0.00 | $3,363.50CR |
| 09/10/2012 | 08444646 | $243,877.76 | $0.00 | | $0.00 | $243,877.76 |
| Total Past Due | | $243,877.76 | $4,240.99CR | | $0.00 | $239,636.77 |



GMAC INC
PO BOX 25164 ATTN: PO54337
LEHIGH VALLEY, PA 18002-5164

Corporation ID 93339907    Bill Payer Y2651326    Node No. 15598865

| Description | Usage Charges | Recurring Charges | Non-Recurring Charges | Estimated Discounts & Promotions | Estimated Taxes* | Total |
|---|---|---|---|---|---|---|
| Voice Services | | | | | | |
|   Local Service | $0.00 | $45.10 | $0.00 | $0.00 | $8.22 | $53.32 |
| Total Voice Services | $0.00 | $45.10 | $0.00 | $0.00 | $8.22 | $53.32 |
| Data Services | | | | | | |
|   Access | $0.00 | $97,967.00 | $0.00 | $9,995.80CR | $20,910.38 | $108,881.58 |
|   Data Transport | $0.00 | $399,747.74 | $0.00 | $268,363.69CR | $4,939.52 | $136,323.57 |
| Total Data Services | $0.00 | $497,714.74 | $0.00 | $278,359.49CR | $25,849.90 | $245,205.15 |
| Total Current Charges | $0.00 | $497,759.84 | $0.00 | $278,359.49CR | $25,858.12 | $245,258.47 |

*Taxes may include Surcharges & Universal Service Fees.



GMAC INC
PO BOX 25164 ATTN: PO54337
LEHIGH VALLEY, PA 18002-5164

Invoice Number    66383073
Invoice Date    10/10/2012
Page Number    3

Corporation ID 93339907   Bill Payer Y2651326  Node No. 15598865

| Description | Total |
|---|---|
| Long Distance/Data/Internet Taxes and Surcharges | |
| State & Local Taxes | $4,854.71 |
| Federal, State & Local Surcharges | $2,889.26 |
| Federal Universal Service Fee | $13,795.08 |
| Carrier Cost Recovery Charge | $1,574.40 |
| Property Tax Recovery Charge | $2,736.45 |
| Total Long Distance/Data/Internet Taxes and Surcharges | $25,849.90 |
| | |
| Local Service Taxes and Surcharges | |
| Federal Excise Tax | $1.40 |
| State & Local Taxes | $2.69 |
| Federal, State & Local Surcharges | $1.35 |
| Local 9-1-1 Fee | $1.50 |
| Federal Universal Service Fee | $1.15 |
| Carrier Cost Recovery Charge | $0.13 |
| Total Local Service Taxes and Surcharges | $8.22 |
| Total | $25,858.12 |



GMAC INC
PO BOX 25164 ATTN: PO54337
LEHIGH VALLEY, PA 18002-5164

Corporation ID 93339907    Bill Payer Y2651326    Node No. 15598865

| Description | Qualifying | Unit | Eligible | Unit | Calculated Discount | Applied Discount |
|---|---|---|---|---|---|---|
| DOMESTIC PIP DISCOUNT | | | | | | |
| Based on Gross | | | | | | |
| Data Networking Discount | | | $236,120.00 | D | $177,090.0000CR | $177,090.00CR |
| Total | | | $236,120.00 | | $177,090.0000CR | $177,090.00CR |
| | | | | | | |
| ETHERNET ACCESS DISCOUNT -TYPE 1 | | | | | | |
| Based on Gross | | | | | | |
| ETHERNET ACCESS | | | $14,991.00 | D | $2,998.2000CR | $2,998.20CR |
| Total | | | $14,991.00 | | $2,998.2000CR | $2,998.20CR |
| | | | | | | |
| ETHERNET ACCESS DISCOUNT -TYPE 3 | | | | | | |
| Based on Gross | | | | | | |
| ETHERNET ACCESS | | | $69,976.00 | D | $6,997.6000CR | $6,997.60CR |
| Total | | | $69,976.00 | | $6,997.6000CR | $6,997.60CR |

Key to "Unit" columns: D=Dollars, C=Calls/Units, M=Minutes, S=SKUs, T=Terabytes, G=Gigabytes, B=Megabytes



GMAC INC
PO BOX 25164 ATTN: PO54337
LEHIGH VALLEY, PA 18002-5164

Corporation ID 93339907    Bill Payer Y2651326    Node No. 15598865

| Description | Eligible | Approximate Percentage | Total |
|---|---|---|---|
| Private IP | | | |
|   PRIVATE IP - ETHERNET | $149,514.00 | 61.0000% | $91,203.54CR |
|   PRIVATE IP EF-REAL TIME | $115.00 | 61.0000% | $70.15CR |
|   Total Private IP Discounts | | | $91,273.69CR |
| Total Discounts | | | $278,359.49CR |
| Total Discounts and Promotions | | | $278,359.49CR |



GMAC INC
PO BOX 25164 ATTN: PO54337
LEHIGH VALLEY, PA 18002-5164

Invoice Number    66383073
Invoice Date    10/10/2012
Page Number    6

Corporation ID 93339907   Bill Payer Y2651326   Node No. 15598865

| Description | Calls | Minutes | Usage Charges | Recurring Charges | Non-Recurring Charges | Estimated Discounts & Promotions | Estimated Taxes* | Total |
|---|---|---|---|---|---|---|---|---|
| GMAC FINANCIAL SERVICES POUGHKEEPSIE, NY P1732680 | 0 | 0.00 | $0.00 | $54,020.00 | $0.00 | $40,515.00CR | $1,524.40 | $15,029.40 |
| GMAC FINANCIAL SERVICES POUGHKEEPSIE, NY P1735792 | 0 | 0.00 | $0.00 | $54,020.00 | $0.00 | $40,515.00CR | $1,524.42 | $15,029.42 |
| GMAC FINANCIAL SERVICES LITHIA SPRINGS, GA P1735845 | 0 | 0.00 | $0.00 | $10,020.00 | $0.00 | $7,515.00CR | $0.00 | $2,505.00 |
| GMAC FINANCIAL SERVICES ATLANTA, GA P1736097 | 0 | 0.00 | $0.00 | $10,020.00 | $0.00 | $7,515.00CR | $0.00 | $2,505.00 |
| GMAC FINANCIAL SERVICES DURHAM, NC P1752106 | 0 | 0.00 | $0.00 | $54,020.00 | $0.00 | $40,515.00CR | $945.35 | $14,450.35 |
| GMAC FINANCIAL SERVICES DURHAM, NC P1753720 | 0 | 0.00 | $0.00 | $54,020.00 | $0.00 | $40,515.00CR | $945.35 | $14,450.35 |
| GMAC FINANCIAL SERVICES POUGHKEEPSIE, NY T10CH56R | 0 | 0.00 | $0.00 | $31,710.00 | $0.00 | $2,846.00CR | $7,203.40 | $36,067.40 |
| GMAC FINANCIAL SERVICES POUGHKEEPSIE, NY T10CH56W | 0 | 0.00 | $0.00 | $31,710.00 | $0.00 | $2,846.00CR | $7,203.43 | $36,067.43 |
| GMAC FINANCIAL SERVICES DURHAM, NC T10CH580 | 0 | 0.00 | $0.00 | $8,620.00 | $0.00 | $1,074.00CR | $1,338.21 | $8,884.21 |
| GMAC FINANCIAL SERVICES DURHAM, NC T10CH6CM | 0 | 0.00 | $0.00 | $8,620.00 | $0.00 | $1,074.00CR | $1,338.24 | $8,884.24 |
| GMAC FINANCIAL SERVICES LITHIA SPRINGS, GA T10CH6MV | 0 | 0.00 | $0.00 | $7,358.00 | $0.00 | $735.80CR | $1,599.30 | $8,221.50 |
| GMAC FINANCIAL SERVICES PLANO, TX T10CH73S | 0 | 0.00 | $0.00 | $2,753.00 | $0.00 | $550.60CR | $699.89 | $2,902.29 |
| GMAC FINANCIAL SERVICES ATLANTA, GA T10CH988 | 0 | 0.00 | $0.00 | $5,698.00 | $0.00 | $569.80CR | $1,238.48 | $6,366.68 |
| GMAC FINANCIAL SERVICES AUBURN HILLS, MI T10CJB1R | 0 | 0.00 | $0.00 | $1,498.00 | $0.00 | $299.60CR | $289.43 | $1,487.83 |



GMAC INC
PO BOX 25164 ATTN: PO54337
LEHIGH VALLEY, PA 18002-5164

Corporation ID 93339907   Bill Payer Y2651326  Node No. 15598865

| Description | Calls | Minutes | Usage Charges | Recurring Charges | Non-Recurring Charges | Estimated Discounts & Promotions | Estimated Taxes* | Total |
|---|---|---|---|---|---|---|---|---|
| RESIDENTIAL CAPITAL PORTSMOUTH, UNITED KINGDOM | | | | | | | | |
| W0W58918 | 0 | 0.00 | $0.00 | $38,639.78 | $0.00 | $20,868.71CR | $0.00 | $17,771.07 |
| RESIDENTIAL CAPITAL PORTSMOUTH, UNITED KINGDOM | | | | | | | | |
| W0W58944 | 0 | 0.00 | $0.00 | $35,557.95 | $0.00 | $20,868.71CR | $0.00 | $14,689.24 |
| RESIDENTIAL CAPITAL REDDITCH, UNITED KINGDOM | | | | | | | | |
| W0W59459 | 0 | 0.00 | $0.00 | $15,306.63 | $0.00 | $7,798.85CR | $0.00 | $7,507.78 |
| RESIDENTIAL CAPITAL HORSHAM (WEST SUSSEX), UNITED KINGDOM | | | | | | | | |
| W0W60085 | 0 | 0.00 | $0.00 | $36,655.84 | $0.00 | $20,868.71CR | $0.00 | $15,787.13 |
| RESIDENTIAL CAPITAL HORSHAM (WEST SUSSEX), UNITED KINGDOM | | | | | | | | |
| W0W60777 | 0 | 0.00 | $0.00 | $37,467.54 | $0.00 | $20,868.71CR | $0.00 | $16,598.83 |
| GMAC INC FORT WASHINGTON, PA | | | | | | | | |
| 4DY01144 | 0 | 0.00 | $0.00 | $45.10 | $0.00 | $0.00 | $8.22 | $53.32 |
| Total | 0 | 0.00 | $0.00 | $497,759.84 | $0.00 | $278,359.49CR | $25,858.12 | $245,258.47 |

*Taxes may include Surcharges & Universal Service Fees.

Note:  This report is sorted by account number.



Invoice Dated 11/10/2012

```
Verizon Business
500 Technology Dr Ste 840
Weldon Spring    MO 63304

Corporation ID      93339907
Bill Payer ID       Y2651326
Node No.            15598865
```

```
GMAC INC
PO BOX 25164
ATTN: PO54337
LEHIGH VALLEY, PA 18002-5164
```

```
GMAC INC
PO BOX 25164
ATTN: PO54337
LEHIGH VALLEY, PA 18002-5164
```



```
                              GMAC INC
                              PO BOX 25164
Corporate ID:   VN93339907    ATTN: PO54337
Bill Payer ID:  Y2651326      LEHIGH VALLEY, PA 18002-5164
Invoice Number: 74882713
Invoice Date:   11/10/2012
R Location: WMW
                                        Statement Summary

Current Usage Charges                   $0.00
Current Monthly Recurring Charges       $62,069.89
Current Non-Recurring Charges           $0.00
Discounts and Promotions Applied        $44,726.85
Subtotal Current Charges                $106,796.74

Federal Excise Tax                      $1.40
State and Local Taxes                   $2,766.94CR
Federal, State, and Local Surcharges    $5,607.00
Federal Universal Service Fee (FUSF)    $13,796.23
Total Taxes/Surcharges                  $16,637.69

Total Current Charges                   $123,434.43
Total Past Due                          $241,017.48
Total Amount Due                        $364,451.91
```

Contact us online at https://enterprisecenter.verizon.com or call 800-933-0944
See reverse side for additional contact and payment information.



```
Bill Payer ID:  Y2651326         If Paying By Mail, Return This Form With
GMAC INC                         Payment
Invoice Number: 74882713            Payment is Due Upon Receipt
Invoice Date:   11/10/2012

            Total Amount Due     $    364,451.91

            Amount Enclosed      $_____

    707902  34020605010302061  748827137  00012343443     11/10/12

              70790234020605010302061748827137000012343443

    Verizon Business
    P.O. BOX 371355
    PITTSBURGH, PA  15250-7355
```



If You Have a Question about Your Invoice
Verizon Enterprise Center, our online account management tool, is available at
https://enterprisecenter.verizon.com. As a user, you can view your invoice
online, open an inquiry about your invoice, and pay electronically using our
optional Online Payment feature. If you are not yet a registered user, see
the self-enrollment instructions at the bottom of this page.

How to Pay Your Invoice
Paying Online. Select Payments from the Verizon Enterprise Center Invoices section
to pay by Electronic Fund Transfer (EFT), Visa, Master Card, American Express, or
Discover Card.
Paying by Mail. Detach the payment slip at the bottom of the reverse side of this
sheet, enter the amount paid, and return it in the envelope provided, enclosing a
check or money order made payable to "Verizon Business."
Paying by Phone. Call Verizon Business Financial Services at 1-800-806-8470 to
authorize a one-time payment using a checking account or Visa, Master Card, American
Express, or Discover Card (Payment by Credit Card is not available for wholesale
customers). For the recurring payment option, please use Verizon Enterprise Center
Online Payment (see "Paying Online" above).
Paying by ACH or Wire Transfer. Use the following bank information to remit by ACH
or wire transfer:
    Bank Name: BNY Mellon
    ABA (routing #):  043000261
    DDA (account #): 144-6098
    International Swift Code: MELNUS3P

Sign Up for Online Billing and Go Paperless to Avoid Future Paper Invoice Fees
1. Start the process at https://www.verizonbusiness.com/invite. If you do not
   have a Verizon Enterprise Center User ID, click "register for a User ID."
2. Register for online billing by entering your User ID, Password, and your
   Invitation Code NOFK3HAPCQ, which expires on 01/23/2013. Protect this
   Invitation Code as you would any password.*
3. Go paperless and avoid future paper invoice charges by selecting
   "Invoices/Paperless Billing" from the Verizon Enterprise Center home page.

* This Invitation Code provides access to your billing information, including Customer Proprietary Network Information as
  defined by the FCC and the CPNI statute at 47 U.S.C. sec. 222(h) (1). Any person who enters the Invitation Code online
  will be understood by Verizon to be your authorized and authenticated representative.



```
        Important Messages to Our Customers
Invoice Number: 74882713      Invoice Date:  11/10/2012
Corporation ID: 93339907      Bill Payer ID: Y2651326      Node Number: 15598865
```

IF YOU HAVE A QUESTION ABOUT YOUR BILL:
CREATE AN INVOICE INQUIRY ONLINE VIA VERIZON ENTERPRISE CENTER

Save time by opening and monitoring billing inquiries in the Verizon Enterprise
Center at https://enterprisecenter.verizon.com.  You can access a "Create an
Invoice Inquiry" link from multiple places in the Verizon Enterprise Center:
     - In the left hand navigation links from any screen of your online invoice.
     - From the Quick Access dropdown beside any account number in your Invoice
List screen.
     - From the Billing Inquiry pod on the Invoices home screen.  You will need
to enter an account number when using this path.
To open an inquiry, click "Create an Invoice Inquiry" from any of the above
screens and follow three simple steps:
     1. Select an inquiry issue from the drop down list and enter an account
number if one did not automatically populate.
     2. Add any details you feel are needed.
     3. Review and click "Submit."
If you are not yet a Verizon Enterprise Center user, you can self enroll by
following the steps under "Sign Up for Online Billing and Go Paperless to Avoid
Future Paper Invoice Fees" shown on the reverse side of the Statement Summary
page of this invoice.


TO OUR CUSTOMERS WHO PAY BY CHECK:
YOUR CHECK MAY BE PROCESSED AS AN ELECTRONIC FUNDS TRANSFER

When you provide a check as payment, you authorize Verizon either to use
information from your check to make a one-time electronic funds transfer from
your account or to process the payment as a check transaction.


IMPORTANT NOTICE TO ALL CUSTOMERS:
VERIZON'S REMIT-TO ADDRESS AND BANK INFORMATION ARE CHANGING IN DECEMBER

Your December 2012 dated invoices will reflect a new remittance address and new
bank information used for electronic funds transfers.  If you store Verizon
remittance information in any software used in your accounts payable process,
please update your software before submitting payment for your December
invoice.  Below are ways that your payment process will be affected, depending
on your payment method:
     - If you pay by check from an online invoice, be sure to use the new
remittance address on the envelope you use to mail your payment to Verizon.
     - If you pay by check from a paper invoice, continue to detach the payment
slip at the bottom of page one and use the enclosed envelope.  Your payment
will be sent to the correct address, as those preprinted documents have been
updated.
     - If you pay electronically by ACH, please use the new bank account
information shown on your December invoice.



Important Messages to Our Customers
Invoice Number: 74882713      Invoice Date:  11/10/2012
Corporation ID: 93339907      Bill Payer ID: Y2651326      Node Number: 15598865

_____

   - If you pay from Verizon Enterprise Center using online or credit card
payment, you are not affected by this change.
If you have any questions about this pending change, please click "Create a
billing inquiry" in Verizon Enterprise Center, or contact Verizon Customer Care
at the toll free number shown on the first page of this invoice.  Thank you for
being a Verizon customer.


TO OUR CUSTOMERS WITH VERIZON BUSINESS FRAME RELAY OR ATM SERVICES:
VERIZON TO GRANDFATHER VERIZON BUSINESS FRAME RELAY AND ATM SERVICES

Effective November 21, 2012 Verizon will no longer accept orders for moves,
adds, or changes to Verizon Business Frame Relay and ATM Services unless
expressly permitted by your contract.  Verizon will continue to provide Verizon
Business Frame Relay and ATM Services; however, Verizon will not renew
contracts for those services.  Once your contract term expires, your Verizon
Business Frame Relay and ATM Services will be provided on a Month-to-Month
basis wherein Verizon may terminate these services with six (6) months written
notice.  Please note, you may terminate these services at any time.
Verizon offers several premium service offerings - such as Private IP and
Ethernet services - which you may consider for a technology upgrade from your
existing Frame Relay and ATM Services.  To discuss replacing your existing
Frame Relay and ATM Services with more advanced Verizon solutions, please
contact your Verizon Account Manager or call Customer Service at the toll-free
number shown on this invoice.


TO OUR CUSTOMERS IN CALIFORNIA:
CALIFORNIA PUC INCREASES THE CALIFORNIA TELECONNECT FUND (CTF)

The California Public Utilities Commission has increased the California
Teleconnect Fund (CTF) surcharge rate from .079% to .59% effective December 1,
2012.


TO OUR CUSTOMERS IN GEORGIA:
GEORGIA PSC INCREASES THE GEORGIA UNIVERSAL ACCESS FUND (UAF)

The Georgia Public Service Commission has increased the Georgia Universal
Service Fund (USF) contribution factor to 2.0% effective January 1, 2013.


TO OUR CUSTOMERS IN NEW MEXICO:
VERIZON BUSINESS DETARIFFING IN NEW MEXICO

Verizon Business will no longer be required to file tariffs with the New Mexico



Important Messages to Our Customers
Invoice Number: 74882713     Invoice Date:  11/10/2012
Corporation ID: 93339907     Bill Payer ID: Y2651326      Node Number: 15598865

---

Public Regulation Commission.  The in-state Long Distance and Local Exchange
services offered and the rates, terms and conditions of these offered services,
will be set forth in our Service Publication and Price Guide (the "Guide"),
available on our current website, at
http://www.verizonbusiness.com/us/publications/service_guide.  This change will
not affect the rates or terms and conditions for the services to which you
currently subscribe.  Your signed contract or term plan agreement will continue
to apply until expiration.

If you do not have a signed contract or otherwise receive service under Verizon
Business' tariffs, beginning January 1, 2013, you will receive service pursuant
to the Guide, which will be available on line at
http://www.verizonbusiness.com/us/publications/service_guide.  Your continued
use of the service on and after this date (or after a later contract expiration
date if you have a contract) constitutes acceptance of the rates, terms and
conditions set forth in the Guide.  If you have any questions, please call
Verizon Business at the toll-free number listed on your telephone bill or visit
us at www.verizonbusiness.com.


TO OUR CUSTOMERS IN NEW MEXICO:
NEW MEXICO PRC INCREASES THE NM RURAL UNIVERSAL SERVICE FUND (NMUSF) RATE

The New Mexico Public Regulation Commission increased the New Mexico Rural
Universal Service Fund (NMUSF) surcharge rate from 3.30% to 3.45%, for calendar
year 2013.


TO OUR CUSTOMERS IN TEXAS:
TEXAS DIVISION OF EMERGENCY MANAGEMENT HURRICANE PREPAREDNESS GUIDELINES:
PREPARING FOR HURRICANE SEASON:  JUNE 1 - NOVEMBER 30

Residents of Texas Gulf Coast EVACUATION ZONES should BEGIN NOW by making an
evacuation plan, preparing an emergency kit and learning evacuation routes well
in advance.

If you have special health care needs, register by dialing 2-1-1:  Gulf coast
residents with special health care needs (including those who are disabled or
medically fragile) who live in evacuation zones and do not have friends or
family to help in an evacuation should register for assisted transportation in
advance by dialing 2-1-1.  The 2-1-1 transportation assistance registry must be
dialed IN ADVANCE.  It is confidential.  Do not wait until a storm is in the
Gulf to register for assistance.

If you need transportation, register with 2-1-1:  If you do not have a car or
other vehicle, and you cannot get a ride with friends, neighbors or family,
register IN ADVANCE for assisted transportation by dialing 2-1-1.



Important Messages to Our Customers
Invoice Number: 74882713        Invoice Date:  11/10/2012
Corporation ID: 93339907        Bill Payer ID: Y2651326        Node Number: 15598865
───────────────────────────────────────────────────────────────────

Evacuation zone information:  If you are interested in registering and you want
to find out whether you are living in an evacuation zone, dial 2-1-1 for
information.

Hurricane Preparedness tips online:
Texas Division of Emergency Management Web site: www.txdps.state.tx.us/dem
FEMA Web site:  www.Ready.gov
Red Cross Web site:  www.redcross.org

Statement of Account as of 10/30/2012

GMAC INC
PO BOX 25164 ATTN: PO54337
LEHIGH VALLEY, PA 18002-5164

Invoice Number    74882713
Invoice Date   11/10/2012
Page Number              1

Corporation ID 93339907   Bill Payer Y2651326   Node No. 15598865

| Date | Reference Number | Invoice Amount | Adjustments | Adjustment Description | Payments | Total |
|------|------------------|----------------|-------------|------------------------|----------|-------|
| 08/10/2010 | 66460502 | $0.00 | $600.00CR | INSTALL CREDIT | $0.00 | $600.00CR |
| 12/10/2011 | 63657206 | $0.00 | $3,363.50CR | LATE DISCONNECT | $0.00 | $3,363.50CR |
| 12/10/2011 | 63657206 | $0.00 | $277.49CR | STATE & LOCAL SALES TAX | $0.00 | $277.49CR |
| 10/10/2012 | 66383073 | $245,258.47 | $0.00 | | $0.00 | $245,258.47 |
| Total Past Due | | $245,258.47 | $4,240.99CR | | $0.00 | $241,017.48 |



Current Charges Summary

GMAC INC
PO BOX 25164 ATTN: PO54337
LEHIGH VALLEY, PA 18002-5164

Invoice Number    74882713
Invoice Date    11/10/2012
Page Number    2

Corporation ID 93339907   Bill Payer Y2651326   Node No. 15598865

| Description | Usage Charges | Recurring Charges | Non-Recurring Charges | Estimated Discounts & Promotions | Estimated Taxes* | Total |
|---|---|---|---|---|---|---|
| Voice Services | | | | | | |
|   Local Service | $0.00 | $45.10 | $0.00 | $0.00 | $8.22 | $53.32 |
| Total Voice Services | $0.00 | $45.10 | $0.00 | $0.00 | $8.22 | $53.32 |
| Data Services | | | | | | |
|   Access | $0.00 | $97,967.00 | $0.00 | $9,995.80CR | $20,910.39 | $108,881.59 |
|   Data Transport | $0.00 | $35,942.21CR | $0.00 | $54,722.65 | $4,280.92CR | $14,499.52 |
| Total Data Services | $0.00 | $62,024.79 | $0.00 | $44,726.85 | $16,629.47 | $123,381.11 |
| Total Current Charges | $0.00 | $62,069.89 | $0.00 | $44,726.85 | $16,637.69 | $123,434.43 |

*Taxes may include Surcharges & Universal Service Fees.



Tax Summary

12-12020-mg    Doc 6341    Filed 01/23/14    Entered 01/23/14 16:50:17    Main Document
Pg 41 of 73

Invoice Number    74882713
Invoice Date   11/10/2012
Page Number              3

GMAC INC
PO BOX 25164 ATTN: PO54337
LEHIGH VALLEY, PA 18002-5164

Corporation ID 93339907   Bill Payer Y2651326  Node No. 15598865

| Description | Total |
|---|---|
| Long Distance/Data/Internet Taxes and Surcharges | |
|     State & Local Taxes | $2,771.13CR |
|     State & Local Surcharges | $1,294.67 |
|     Federal Universal Service Fee | $13,795.08 |
|     Carrier Cost Recovery Charge | $1,574.40 |
|     Property Tax Recovery Charge | $2,736.45 |
| Total Long Distance/Data/Internet Taxes and Surcharges | $16,629.47 |
| | |
| Local Service Taxes and Surcharges | |
|     Federal Excise Tax | $1.40 |
|     State & Local Taxes | $2.69 |
|     State & Local Surcharges | $1.35 |
|     Local 9-1-1 Fee | $1.50 |
|     Federal Universal Service Fee | $1.15 |
|     Carrier Cost Recovery Charge | $0.13 |
| Total Local Service Taxes and Surcharges | $8.22 |
| Total | $16,637.69 |



Invoice Number     74882713
Invoice Date     11/10/2012
Page Number     4

GMAC INC
PO BOX 25164 ATTN: PO54337
LEHIGH VALLEY, PA 18002-5164

Corporation ID 93339907     Bill Payer Y2651326     Node No. 15598865

| Description | Qualifying | Unit | Eligible | Unit | Calculated Discount | Applied Discount |
|---|---|---|---|---|---|---|
| DOMESTIC PIP DISCOUNT | | | | | | |
| Based on Gross | | | | | | |
| Data Networking Discount | | | $184,263.32CR | D | $138,197.4900 | $138,197.49 |
| Total | | | $184,263.32CR | | $138,197.4900 | $138,197.49 |
| | | | | | | |
| ETHERNET ACCESS DISCOUNT -TYPE 1 | | | | | | |
| Based on Gross | | | | | | |
| ETHERNET ACCESS | | | $14,991.00 | D | $2,998.2000CR | $2,998.20CR |
| Total | | | $14,991.00 | | $2,998.2000CR | $2,998.20CR |
| | | | | | | |
| ETHERNET ACCESS DISCOUNT -TYPE 3 | | | | | | |
| Based on Gross | | | | | | |
| ETHERNET ACCESS | | | $69,976.00 | D | $6,997.6000CR | $6,997.60CR |
| Total | | | $69,976.00 | | $6,997.6000CR | $6,997.60CR |

Key to "Unit" columns: D=Dollars, C=Calls/Units, M=Minutes, S=SKUs, T=Terabytes, G=Gigabytes, B=Megabytes



Discount and Promotion Summary

GMAC INC
PO BOX 25164 ATTN: PO54337
LEHIGH VALLEY, PA 18002-5164

Invoice Number    74882713
Invoice Date    11/10/2012
Page Number    5

Corporation ID 93339907    Bill Payer Y2651326    Node No. 15598865

| Description | Eligible | Approximate Percentage | Total |
|---|---|---|---|
| Private IP | | | |
| PRIVATE IP - ETHERNET | $136,752.00 | 61.0000% | $83,418.72CR |
| PRIVATE IP EF-REAL TIME | $92.00 | 61.0000% | $56.12CR |
| Total Private IP Discounts | | | $83,474.84CR |
| Total Discounts | | | $44,726.85 |
| Total Discounts and Promotions | | | $44,726.85 |



GMAC INC
PO BOX 25164 ATTN: PO54337
LEHIGH VALLEY, PA 18002-5164

Invoice Number    74882713
Invoice Date    11/10/2012
Page Number        6

Corporation ID 93339907   Bill Payer Y2651326   Node No. 15598865

| Description | Calls | Minutes | Usage Charges | Recurring Charges | Non-Recurring Charges | Estimated Discounts & Promotions | Estimated Taxes* | Total |
|---|---|---|---|---|---|---|---|---|
| GMAC FINANCIAL SERVICES POUGHKEEPSIE, NY<br>P1732680 | 0 | 0.00 | $0.00 | $46,817.33CR | $0.00 | $35,112.99 | $1,321.14CR | $13,025.48CR |
| GMAC FINANCIAL SERVICES POUGHKEEPSIE, NY<br>P1735792 | 0 | 0.00 | $0.00 | $46,817.33CR | $0.00 | $35,113.00 | $1,321.17CR | $13,025.50CR |
| GMAC FINANCIAL SERVICES LITHIA SPRINGS, GA<br>P1735845 | 0 | 0.00 | $0.00 | $7,014.00CR | $0.00 | $5,260.50 | $0.00 | $1,753.50CR |
| GMAC FINANCIAL SERVICES ATLANTA, GA<br>P1736097 | 0 | 0.00 | $0.00 | $10,020.00 | $0.00 | $7,515.00CR | $0.00 | $2,505.00 |
| GMAC FINANCIAL SERVICES DURHAM, NC<br>P1752106 | 0 | 0.00 | $0.00 | $46,817.33CR | $0.00 | $35,113.00 | $819.30CR | $12,523.63CR |
| GMAC FINANCIAL SERVICES DURHAM, NC<br>P1753720 | 0 | 0.00 | $0.00 | $46,817.33CR | $0.00 | $35,113.00 | $819.31CR | $12,523.64CR |
| GMAC FINANCIAL SERVICES POUGHKEEPSIE, NY<br>T10CH56R | 0 | 0.00 | $0.00 | $31,710.00 | $0.00 | $2,846.00CR | $7,203.41 | $36,067.41 |
| GMAC FINANCIAL SERVICES POUGHKEEPSIE, NY<br>T10CH56W | 0 | 0.00 | $0.00 | $31,710.00 | $0.00 | $2,846.00CR | $7,203.43 | $36,067.43 |
| GMAC FINANCIAL SERVICES DURHAM, NC<br>T10CH580 | 0 | 0.00 | $0.00 | $8,620.00 | $0.00 | $1,074.00CR | $1,338.21 | $8,884.21 |
| GMAC FINANCIAL SERVICES DURHAM, NC<br>T10CH6CM | 0 | 0.00 | $0.00 | $8,620.00 | $0.00 | $1,074.00CR | $1,338.24 | $8,884.24 |
| GMAC FINANCIAL SERVICES LITHIA SPRINGS, GA<br>T10CH6MV | 0 | 0.00 | $0.00 | $7,358.00 | $0.00 | $735.80CR | $1,599.30 | $8,221.50 |
| GMAC FINANCIAL SERVICES PLANO, TX<br>T10CH73S | 0 | 0.00 | $0.00 | $2,753.00 | $0.00 | $550.60CR | $699.89 | $2,902.29 |
| GMAC FINANCIAL SERVICES ATLANTA, GA<br>T10CH988 | 0 | 0.00 | $0.00 | $5,698.00 | $0.00 | $569.80CR | $1,238.48 | $6,366.68 |
| GMAC FINANCIAL SERVICES AUBURN HILLS, MI<br>T10CJB1R | 0 | 0.00 | $0.00 | $1,498.00 | $0.00 | $299.60CR | $289.43 | $1,487.83 |



GMAC INC
PO BOX 25164 ATTN: PO54337
LEHIGH VALLEY, PA 18002-5164

Corporation ID 93339907   Bill Payer Y2651326  Node No. 15598865

| Description | Calls | Minutes | Usage Charges | Recurring Charges | Non-Recurring Charges | Estimated Discounts & Promotions | Estimated Taxes* | Total |
|---|---|---|---|---|---|---|---|---|
| RESIDENTIAL CAPITAL PORTSMOUTH, UNITED KINGDOM | | | | | | | | |
| W0W58918 | 0 | 0.00 | $0.00 | $38,639.78 | $0.00 | $20,868.71CR | $0.00 | $17,771.07 |
| RESIDENTIAL CAPITAL PORTSMOUTH, UNITED KINGDOM | | | | | | | | |
| W0W58944 | 0 | 0.00 | $0.00 | $35,557.95 | $0.00 | $20,868.71CR | $0.00 | $14,689.24 |
| RESIDENTIAL CAPITAL HORSHAM (WEST SUSSEX), UNITED KINGDOM | | | | | | | | |
| W0W60085 | 0 | 0.00 | $0.00 | $36,655.84 | $0.00 | $20,868.71CR | $0.00 | $15,787.13 |
| RESIDENTIAL CAPITAL HORSHAM (WEST SUSSEX), UNITED KINGDOM | | | | | | | | |
| W0W60777 | 0 | 0.00 | $0.00 | $37,467.54 | $0.00 | $20,868.71CR | $0.00 | $16,598.83 |
| GMAC INC FORT WASHINGTON, PA | | | | | | | | |
| 4DY01144 | 0 | 0.00 | $0.00 | $45.10 | $0.00 | $0.00 | $8.22 | $53.32 |
| Total | 0 | 0.00 | $0.00 | $62,069.89 | $0.00 | $44,726.85 | $16,637.69 | $123,434.43 |

*Taxes may include Surcharges & Universal Service Fees.

Note:  This report is sorted by account number.



Voice Services Summary

GMAC INC
PO BOX 25164 ATTN: PO54337
LEHIGH VALLEY, PA 18002-5164

Invoice Number    74882713
Invoice Date    11/10/2012
Page Number    8

Corporation ID 93339907    Bill Payer Y2651326    Node No. 15598865

| Description | Calls | Minutes | Usage Charges | Recurring Charges | Non-Recurring Charges | Estimated Discounts & Promotions | Estimated Taxes* | Total |
|---|---|---|---|---|---|---|---|---|
| Local Service | | | | | | | | |
| Monthly Charges | | | $0.00 | $45.10 | $0.00 | $0.00 | $8.22 | $53.32 |
| Total Local Service | 0 | 0.00 | $0.00 | $45.10 | $0.00 | $0.00 | $8.22 | $53.32 |
| | | | | | | | | |
| Total Voice Services | 0 | 0.00 | $0.00 | $45.10 | $0.00 | $0.00 | $8.22 | $53.32 |

*Taxes may include Surcharges & Universal Service Fees.



Invoice Dated 12/10/2012

Verizon Business
500 Technology Dr Ste 840
Weldon Spring    MO 63304

Corporation ID      93339907
Bill Payer ID       Y2651326
Node No.            15598865

GMAC INC
PO BOX 25164
ATTN: PO73708
LEHIGH VALLEY, PA 18002-5164

GMAC INC
PO BOX 25164
ATTN: PO73708
LEHIGH VALLEY, PA 18002-5164



```
                            GMAC INC
                            PO BOX 25164
Corporate ID:    VN93339907     ATTN: PO73708
Bill Payer ID:   Y2651326       LEHIGH VALLEY, PA 18002-5164
Invoice Number: 61821021
Invoice Date:    12/10/2012
R Location: WMW
```

                                              Statement Summary

| | |
|---|---:|
| Current Usage Charges | $0.00 |
| Current Monthly Recurring Charges | $184,948.66 |
| Current Non-Recurring Charges | $0.00 |
| Discounts and Promotions Applied | $4,484.80CR |
| Subtotal Current Charges | $180,463.86 |
| | |
| Federal Excise Tax | $1.40 |
| State and Local Taxes | $773.64 |
| Federal, State, and Local Surcharges | $6,347.34 |
| Federal Universal Service Fee (FUSF) | $13,796.23 |
| Total Taxes/Surcharges | $20,918.61 |
| | |
| Total Current Charges | $201,382.47 |
| Total Past Due | $364,451.91 |
| Total Amount Due | $565,834.38 |

Contact us online at https://enterprisecenter.verizon.com or call 800-933-0944
See reverse side for additional contact and payment information.



```
Bill Payer ID:  Y2651326          If Paying By Mail, Return This Form With
GMAC INC                          Payment
Invoice Number: 61821021              Payment is Due Upon Receipt
Invoice Date:   12/10/2012
```

                    Total Amount Due          $      565,834.38

                    Amount Enclosed           $_____

       707902   34020605010302061   618210219   00020138247      12/10/12

                    70790234020605010302061618210219000020138247

       Verizon Business
       P.O. BOX 660794
       DALLAS, TX  75266-0794


If You Have a Question about Your Invoice
Verizon Enterprise Center, our online account management tool, is available at
https://enterprisecenter.verizon.com. As a user, you can view your invoice
online, open an inquiry about your invoice, and pay electronically using our
optional Online Payment feature. If you are not yet a registered user, see
the self-enrollment instructions at the bottom of this page.

How to Pay Your Invoice
Paying Online. Select Payments from the Verizon Enterprise Center Invoices section
to pay by Electronic Fund Transfer (EFT), Visa, Master Card, American Express, or
Discover Card.
Paying by Mail. Detach the payment slip at the bottom of the reverse side of this
sheet, enter the amount paid, and return it in the envelope provided, enclosing a
check or money order made payable to "Verizon Business."
Paying by Phone. Call Verizon Business Financial Services at 1-800-806-8470 to
authorize a one-time payment using a checking account or Visa, Master Card, American
Express, or Discover Card (Payment by Credit Card is not available for wholesale
customers). For the recurring payment option, please use Verizon Enterprise Center
Online Payment (see "Paying Online" above).
Paying by ACH or Wire Transfer. Use the following bank information to remit by ACH
or wire transfer:
        Bank Name: BNY Mellon
        ABA (routing #):  043000261
        DDA (account #): 144-6098
        International Swift Code: MELNUS3P

Sign Up for Online Billing and Go Paperless to Avoid Future Paper Invoice Fees
1. Start the process at https://www.verizonbusiness.com/invite. If you do not
   have a Verizon Enterprise Center User ID, click "register for a User ID."
2. Register for online billing by entering your User ID, Password, and your
   Invitation Code M1ZE9ZXDU2, which expires on 02/23/2013. Protect this
   Invitation Code as you would any password.*
3. Go paperless and avoid future paper invoice charges by selecting
   "Invoices/Paperless Billing" from the Verizon Enterprise Center home page.

        * This Invitation Code provides access to your billing information, including Customer Proprietary Network Information as
          defined by the FCC and the CPNI statute at 47 U.S.C. sec. 222(h) (1). Any person who enters the Invitation Code online
          will be understood by Verizon to be your authorized and authenticated representative.



```
      Important Messages to Our Customers
Invoice Number: 61821021      Invoice Date:  12/10/2012
Corporation ID: 93339907      Bill Payer ID: Y2651326      Node Number: 15598865
```
_____

IF YOU HAVE A QUESTION ABOUT YOUR BILL:
CREATE AN INVOICE INQUIRY ONLINE VIA VERIZON ENTERPRISE CENTER

Save time by opening and monitoring billing inquiries in the Verizon Enterprise
Center at https://enterprisecenter.verizon.com.  You can access a "Create an
Invoice Inquiry" link from multiple places in the Verizon Enterprise Center:
    - In the left hand navigation links from any screen of your online invoice.
    - From the Quick Access dropdown beside any account number in your Invoice
List screen.
    - From the Billing Inquiry pod on the Invoices home screen.  You will need
to enter an account number when using this path.
To open an inquiry, click "Create an Invoice Inquiry" from any of the above
screens and follow three simple steps:
    1. Select an inquiry issue from the drop down list and enter an account
number if one did not automatically populate.
    2. Add any details you feel are needed.
    3. Review and click "Submit."
If you are not yet a Verizon Enterprise Center user, you can self enroll by
following the steps under "Sign Up for Online Billing and Go Paperless to Avoid
Future Paper Invoice Fees" shown on the reverse side of the Statement Summary
page of this invoice.


TO OUR CUSTOMERS WHO PAY BY CHECK:
YOUR CHECK MAY BE PROCESSED AS AN ELECTRONIC FUNDS TRANSFER

When you provide a check as payment, you authorize Verizon either to use
information from your check to make a one-time electronic funds transfer from
your account or to process the payment as a check transaction.


IMPORTANT NOTICE TO ALL CUSTOMERS:
VERIZON'S REMIT-TO ADDRESS AND BANK INFORMATION ARE CHANGING IN DECEMBER

Your December 2012 dated invoices will reflect a new remittance address and new
bank information used for electronic funds transfers.  If you store Verizon
remittance information in any software used in your accounts payable process,
please update your software before submitting payment for your December
invoice.  Below are ways that your payment process will be affected, depending
on your payment method:
    - If you pay by check from an online invoice, be sure to use the new
remittance address on the envelope you use to mail your payment to Verizon.
    - If you pay by check from a paper invoice, continue to detach the payment
slip at the bottom of page one and use the enclosed envelope.  Your payment
will be sent to the correct address, as those preprinted documents have been
updated.
    - If you pay electronically by ACH, please use the new bank account
information shown on your December invoice.



Important Messages to Our Customers
Invoice Number: 61821021      Invoice Date:  12/10/2012
Corporation ID: 93339907      Bill Payer ID: Y2651326      Node Number: 15598865

_____

   - If you pay from Verizon Enterprise Center using online or credit card
payment, you are not affected by this change.
If you have any questions about this pending change, please click "Create a
billing inquiry" in Verizon Enterprise Center, or contact Verizon Customer Care
at the toll free number shown on the first page of this invoice.  Thank you for
being a Verizon customer.


TO OUR CUSTOMERS IN CALIFORNIA:
CALIFORNIA PUC PUBLIC PARTICIPATION MEETINGS REGARDING CHANGES IN
THE 415 AREA CODE

The 415 area code is projected to require the introduction of new prefixes by
October 2015.  Introduction of a new area code (628) will add prefixes for the
use of communications customers in the area now served by the 415.  State law
requires the introduction of a new area code at least six months before the
existing area code will use up all of its prefixes.  The 415 area code is
projected to use its available prefixes by March 2015.  The California Public
Utilities Commission will be holding public meetings on January 16, and 17,
2013 to inform the public about changes in the 415 area code and to hear
concerns about a 415 area code change.  More information about the 415 area
code change is available at http://www.cpuc.ca.gov/415areacode.

Local Jurisdiction Meeting
San Francisco
Wednesday, January 16, 2013
2:00 p.m.
California Public Utilities Commission
Auditorium
505 Van Ness Avenue
San Francisco, CA

Public Meetings
San Francisco
Wednesday, January 16, 2013
7:00 p.m.
California Public Utilities Commission
Auditorium
505 Van Ness Avenue
San Francisco, CA

San Rafael
Thursday, January 17, 2013
2:00 p.m. and 7:00 p.m.
San Rafael City Council Chambers
1400 Fifth Ave.
San Rafael, CA 94915

The Commission welcomes your participation and comments.  If you are unable to



Important Messages to Our Customers
Invoice Number: 61821021      Invoice Date: 12/10/2012
Corporation ID: 93339907      Bill Payer ID: Y2651326      Node Number: 15598865

---

attend these meetings, you may submit written comments to the CommissionŪs
Public Advisor's Office at 320 W. 4th Street, Suite 500, Los Angeles, CA 90013,
at the Commission's web comment site www.cpuc.ca.gov/415, or via e-mail to
public.advisor.la@cpuc.ca.gov.  Additionally, you may call the Area Code
Hotline number for more information at (866) 340 - 6147.
It is the Commission's policy to schedule hearings in locations that are
accessible to everyone.  If you require additional accessibility assistance,
such as a sign language interpreter, please contact the Commission's Public
Advisor's Office five business days prior to the meeting date toll free at
(866) 849-8390 or toll free TTY at (866) 836-7825.


TO OUR CUSTOMERS IN COLORADO:
COLORADO PUC SETS INTEREST RATE ON CUSTOMER DEPOSITS FOR 2013

The Colorado Public Utilities Commission has established the interest rate on
customer deposits to be paid by jurisdictional telecommunications utilities at
0.34% for calendar year 2013.


TO OUR CUSTOMERS IN GEORGIA:
GEORGIA PSC INCREASES THE GEORGIA UNIVERSAL ACCESS FUND (UAF)

The Georgia Public Service Commission has increased the Georgia Universal
Service Fund (USF) contribution factor to 2.0% effective January 1, 2013.


TO OUR CUSTOMERS IN OKLAHOMA:
VERIZON BUSINESS DETARIFFING IN OKLAHOMA

Beginning February 1, 2013, Verizon Business will no longer tariff its services
with the Oklahoma Corporation Commission.  The in-state Long Distance and Local
Exchange services offered and the rates, terms and conditions of these offered
services, will be set forth in our Service Publication and Price Guide (the
"Guide"), available on our current website at
http://www.verizonbusiness.com/us/publications/service_guide.

This change will not affect the rates or terms and conditions for the services
to which you currently subscribe.  Your signed contract or term plan agreement
will continue to apply until expiration, and your continued use of the services
in the Guide will constitute acceptance of the rates, terms and conditions set
forth in the Guide.  If you have any questions, please call Verizon Business at
the toll-free number listed on your telephone bill or visit us at
www.verizonbusiness.com



```
        Important Messages to Our Customers
Invoice Number: 61821021        Invoice Date:  12/10/2012
Corporation ID: 93339907        Bill Payer ID: Y2651326          Node Number: 15598865
```
_____

TO OUR CUSTOMERS IN SOUTH CAROLINA:
SOUTH CAROLINA PSC INCREASES THE SC UNIVERSAL SERVICE FUND (USF) RATE

The South Carolina Public Service Commission has increased the Universal
Service Fund (USF) rate from 2.4860% to 2.5992%, effective December 1, 2012.

Invoice Number    61821021
Invoice Date    12/10/2012
Page Number    1

GMAC INC
PO BOX 25164 ATTN: PO73708
LEHIGH VALLEY, PA 18002-5164

Corporation ID 93339907    Bill Payer Y2651326    Node No. 15598865

| Date | Reference Number | Invoice Amount | Adjustments | Adjustment Description | Payments | Total |
|---|---|---|---|---|---|---|
| 08/10/2010 | 66460502 | $0.00 | $600.00CR | INSTALL CREDIT | $0.00 | $600.00CR |
| 12/10/2011 | 63657206 | $0.00 | $3,363.50CR | LATE DISCONNECT | $0.00 | $3,363.50CR |
| 12/10/2011 | 63657206 | $0.00 | $277.49CR | STATE & LOCAL SALES TAX | $0.00 | $277.49CR |
| 10/10/2012 | 66383073 | $245,258.47 | $0.00 | | $0.00 | $245,258.47 |
| 11/10/2012 | 74882713 | $123,434.43 | $0.00 | | $0.00 | $123,434.43 |
| Total Past Due | | $368,692.90 | $4,240.99CR | | $0.00 | $364,451.91 |



Invoice Number      61821021
Invoice Date    12/10/2012
Page Number                    2

GMAC INC
PO BOX 25164 ATTN: PO73708
LEHIGH VALLEY, PA 18002-5164

Corporation ID 93339907   Bill Payer Y2651326   Node No. 15598865

| Description | Usage Charges | Recurring Charges | Non-Recurring Charges | Estimated Discounts & Promotions | Estimated Taxes* | Total |
|---|---|---|---|---|---|---|
| Voice Services | | | | | | |
|   Local Service | $0.00 | $45.10 | $0.00 | $0.00 | $8.23 | $53.33 |
| Total Voice Services | $0.00 | $45.10 | $0.00 | $0.00 | $8.23 | $53.33 |
| Data Services | | | | | | |
|   Access | $0.00 | $97,967.00 | $0.00 | $9,995.80CR | $20,910.38 | $108,881.58 |
|   Data Transport | $0.00 | $86,936.56 | $0.00 | $5,511.00 | $0.00 | $92,447.56 |
| Total Data Services | $0.00 | $184,903.56 | $0.00 | $4,484.80CR | $20,910.38 | $201,329.14 |
| Total Current Charges | $0.00 | $184,948.66 | $0.00 | $4,484.80CR | $20,918.61 | $201,382.47 |

*Taxes may include Surcharges & Universal Service Fees.



Tax Summary

GMAC INC
PO BOX 25164 ATTN: PO73708
LEHIGH VALLEY, PA 18002-5164

Invoice Number   61821021
Invoice Date   12/10/2012
Page Number         3

Corporation ID 93339907   Bill Payer Y2651326   Node No. 15598865

| Description | Total |
|---|---|
| Long Distance/Data/Internet Taxes and Surcharges | |
| State & Local Taxes | $769.44 |
| State & Local Surcharges | $2,035.01 |
| Federal Universal Service Fee | $13,795.08 |
| Carrier Cost Recovery Charge | $1,574.40 |
| Property Tax Recovery Charge | $2,736.45 |
| Total Long Distance/Data/Internet Taxes and Surcharges | $20,910.38 |
| | |
| Local Service Taxes and Surcharges | |
| Federal Excise Tax | $1.40 |
| State & Local Taxes | $2.70 |
| State & Local Surcharges | $1.35 |
| Local 9-1-1 Fee | $1.50 |
| Federal Universal Service Fee | $1.15 |
| Carrier Cost Recovery Charge | $0.13 |
| Total Local Service Taxes and Surcharges | $8.23 |
| Total | $20,918.61 |



Discount and Promotion Summary

Invoice Number    61821021
Invoice Date    12/10/2012
Page Number    4

GMAC INC
PO BOX 25164 ATTN: PO73708
LEHIGH VALLEY, PA 18002-5164

Corporation ID 93339907   Bill Payer Y2651326   Node No. 15598865

| Description | Qualifying | Unit | Eligible | Unit | Calculated Discount | Applied Discount |
|---|---|---|---|---|---|---|
| DOMESTIC PIP DISCOUNT | | | | | | |
| Based on Gross | | | | | | |
| Data Networking Discount | | | $7,348.00CR | D | $5,511.0000 | $5,511.00 |
| Total | | | $7,348.00CR | | $5,511.0000 | $5,511.00 |
| | | | | | | |
| ETHERNET ACCESS DISCOUNT -TYPE 1 | | | | | | |
| Based on Gross | | | | | | |
| ETHERNET ACCESS | | | $14,991.00 | D | $2,998.2000CR | $2,998.20CR |
| Total | | | $14,991.00 | | $2,998.2000CR | $2,998.20CR |
| | | | | | | |
| ETHERNET ACCESS DISCOUNT -TYPE 3 | | | | | | |
| Based on Gross | | | | | | |
| ETHERNET ACCESS | | | $69,976.00 | D | $6,997.6000CR | $6,997.60CR |
| Total | | | $69,976.00 | | $6,997.6000CR | $6,997.60CR |
| Total Discounts | | | | | | $4,484.80CR |
| Total Discounts and Promotions | | | | | | $4,484.80CR |

Key to "Unit" columns: D=Dollars, C=Calls/Units, M=Minutes, S=SKUs, T=Terabytes, G=Gigabytes, B=Megabytes



GMAC INC
PO BOX 25164 ATTN: PO73708
LEHIGH VALLEY, PA 18002-5164

Invoice Number    61821021
Invoice Date    12/10/2012
Page Number    5

Corporation ID 93339907   Bill Payer Y2651326  Node No. 15598865

| Description | Calls | Minutes | Usage Charges | Recurring Charges | Non-Recurring Charges | Estimated Discounts & Promotions | Estimated Taxes* | Total |
|---|---|---|---|---|---|---|---|---|
| GMAC FINANCIAL SERVICES ATLANTA, GA<br>P1736097 | 0 | 0.00 | $0.00 | $7,348.00CR | $0.00 | $5,511.00 | $0.00 | $1,837.00CR |
| GMAC FINANCIAL SERVICES POUGHKEEPSIE, NY<br>T10CH56R | 0 | 0.00 | $0.00 | $31,710.00 | $0.00 | $2,846.00CR | $7,203.41 | $36,067.41 |
| GMAC FINANCIAL SERVICES POUGHKEEPSIE, NY<br>T10CH56W | 0 | 0.00 | $0.00 | $31,710.00 | $0.00 | $2,846.00CR | $7,203.42 | $36,067.42 |
| GMAC FINANCIAL SERVICES DURHAM, NC<br>T10CH580 | 0 | 0.00 | $0.00 | $8,620.00 | $0.00 | $1,074.00CR | $1,338.21 | $8,884.21 |
| GMAC FINANCIAL SERVICES DURHAM, NC<br>T10CH6CM | 0 | 0.00 | $0.00 | $8,620.00 | $0.00 | $1,074.00CR | $1,338.24 | $8,884.24 |
| GMAC FINANCIAL SERVICES LITHIA SPRINGS, GA<br>T10CH6MV | 0 | 0.00 | $0.00 | $7,358.00 | $0.00 | $735.80CR | $1,599.30 | $8,221.50 |
| GMAC FINANCIAL SERVICES PLANO, TX<br>T10CH73S | 0 | 0.00 | $0.00 | $2,753.00 | $0.00 | $550.60CR | $699.89 | $2,902.29 |
| GMAC FINANCIAL SERVICES ATLANTA, GA<br>T10CH988 | 0 | 0.00 | $0.00 | $5,698.00 | $0.00 | $569.80CR | $1,238.48 | $6,366.68 |
| GMAC FINANCIAL SERVICES AUBURN HILLS, MI<br>T10CJB1R | 0 | 0.00 | $0.00 | $1,498.00 | $0.00 | $299.60CR | $289.43 | $1,487.83 |
| RESIDENTIAL CAPITAL PORTSMOUTH, UNITED KINGDOM<br>W0W58918 | 0 | 0.00 | $0.00 | $15,417.31 | $0.00 | $0.00 | $0.00 | $15,417.31 |
| RESIDENTIAL CAPITAL PORTSMOUTH, UNITED KINGDOM<br>W0W58944 | 0 | 0.00 | $0.00 | $23,241.24 | $0.00 | $0.00 | $0.00 | $23,241.24 |
| RESIDENTIAL CAPITAL REDDITCH, UNITED KINGDOM<br>W0W59459 | 0 | 0.00 | $0.00 | $16,048.52 | $0.00 | $0.00 | $0.00 | $16,048.52 |
| RESIDENTIAL CAPITAL HORSHAM (WEST SUSSEX), UNITED KINGDOM<br>W0W60085 | 0 | 0.00 | $0.00 | $16,695.97 | $0.00 | $0.00 | $0.00 | $16,695.97 |
| RESIDENTIAL CAPITAL HORSHAM (WEST SUSSEX), UNITED KINGDOM<br>W0W60777 | 0 | 0.00 | $0.00 | $22,881.52 | $0.00 | $0.00 | $0.00 | $22,881.52 |



GMAC INC
PO BOX 25164 ATTN: PO73708
LEHIGH VALLEY, PA 18002-5164

Invoice Number    61821021
Invoice Date    12/10/2012
Page Number    6

Corporation ID 93339907    Bill Payer Y2651326    Node No. 15598865

| Description | Calls | Minutes | Usage Charges | Recurring Charges | Non-Recurring Charges | Estimated Discounts & Promotions | Estimated Taxes* | Total |
|---|---|---|---|---|---|---|---|---|
| GMAC INC FORT WASHINGTON, PA 4DY01144 | 0 | 0.00 | $0.00 | $45.10 | $0.00 | $0.00 | $8.23 | $53.33 |
| Total | 0 | 0.00 | $0.00 | $184,948.66 | $0.00 | $4,484.80CR | $20,918.61 | $201,382.47 |

*Taxes may include Surcharges & Universal Service Fees.

Note:  This report is sorted by account number.



Invoice Dated 1/10/2013

```
Corporation ID      93339907
Bill Payer ID       Y2651326
Node No.            15598865
```

GMAC INC
PO BOX 25164
ATTN: PO73708
LEHIGH VALLEY, PA 18002-5164

GMAC INC
PO BOX 25164
ATTN: PO73708
LEHIGH VALLEY, PA 18002-5164



```
                              GMAC INC
                              PO BOX 25164
Corporate ID:   VN93339907    ATTN: PO73708
Bill Payer ID:  Y2651326      LEHIGH VALLEY, PA 18002-5164
Invoice Number: 62758978
Invoice Date:   01/10/2013
R Location: WMW
                                          Statement Summary


Current Usage Charges                     $0.00
Current Monthly Recurring Charges         $98,012.10
Current Non-Recurring Charges             $0.00
Discounts and Promotions Applied          $9,995.80CR
Subtotal Current Charges                  $88,016.30

Federal Excise Tax                        $1.40
State and Local Taxes                     $771.75
Federal, State, and Local Surcharges      $6,324.92
Federal Universal Service Fee (FUSF)      $12,765.48
Total Taxes/Surcharges                    $19,863.55

Total Current Charges                     $107,879.85
Total Past Due                            $565,834.38
Total Amount Due                          $673,714.23
```

Contact us online at https://enterprisecenter.verizon.com or call 800-933-0944
See reverse side for additional contact and payment information.



```
Bill Payer ID:  Y2651326          If Paying By Mail, Return This Form With
GMAC INC                          Payment
Invoice Number: 62758978             Payment is Due Upon Receipt
Invoice Date:   01/10/2013


            Total Amount Due       $     673,714.23

            Amount Enclosed        $_____

   707902  34020605010302061  627589786  00010787985     01/10/13

              70790234020605010302061627589786000010787985

   Verizon Business
   P.O. BOX 660794
   DALLAS, TX  75266-0794
```



If You Have a Question about Your Invoice
Verizon Enterprise Center, our online account management tool, is available at
https://enterprisecenter.verizon.com. As a user, you can view your invoice
online, open an inquiry about your invoice, and pay electronically using our
optional Online Payment feature. If you are not yet a registered user, see
the self-enrollment instructions at the bottom of this page.

How to Pay Your Invoice
Paying Online. Select Payments from the Verizon Enterprise Center Invoices section
to pay by Electronic Fund Transfer (EFT), Visa, Master Card, American Express, or
Discover Card.
Paying by Mail. Detach the payment slip at the bottom of the reverse side of this
sheet, enter the amount paid, and return it in the envelope provided, enclosing a
check or money order made payable to "Verizon Business."
Paying by Phone. Call Verizon Business Financial Services at 1-800-806-8470 to
authorize a one-time payment using a checking account or Visa, Master Card, American
Express, or Discover Card (Payment by Credit Card is not available for wholesale
customers). For the recurring payment option, please use Verizon Enterprise Center
Online Payment (see "Paying Online" above).
Paying by ACH or Wire Transfer. Use the following bank information to remit by ACH
or wire transfer:
Bank Name: BNY Mellon
ABA (routing #):  043000261
DDA (account #): 144-6098
International Swift Code: MELNUS3P

Sign Up for Online Billing and Go Paperless to Avoid Future Paper Invoice Fees
1. Start the process at https://www.verizonbusiness.com/invite. If you do not
   have a Verizon Enterprise Center User ID, click "register for a User ID."
2. Register for online billing by entering your User ID, Password, and your
   Invitation Code 8KDBZWLOY3, which expires on 03/25/2013. Protect this
   Invitation Code as you would any password.*
3. Go paperless and avoid future paper invoice charges by selecting
   "Invoices/Paperless Billing" from the Verizon Enterprise Center home page.

* This Invitation Code provides access to your billing information, including Customer Proprietary Network Information as
defined by the FCC and the CPNI statute at 47 U.S.C. sec. 222(h) (1). Any person who enters the Invitation Code online
will be understood by Verizon to be your authorized and authenticated representative.



```
         Important Messages to Our Customers
Invoice Number: 62758978        Invoice Date:  01/10/2013
Corporation ID: 93339907        Bill Payer ID: Y2651326        Node Number: 15598865
```
_____

IF YOU HAVE A QUESTION ABOUT YOUR BILL:
CREATE AN INVOICE INQUIRY ONLINE VIA VERIZON ENTERPRISE CENTER

Save time by opening and monitoring billing inquiries in the Verizon Enterprise
Center at https://enterprisecenter.verizon.com.  You can access a "Create an
Invoice Inquiry" link from multiple places in the Verizon Enterprise Center:
     - In the left hand navigation links from any screen of your online invoice.
     - From the Quick Access dropdown beside any account number in your Invoice
List screen.
     - From the Billing Inquiry pod on the Invoices home screen.  You will need
to enter an account number when using this path.
To open an inquiry, click "Create an Invoice Inquiry" from any of the above
screens and follow three simple steps:
     1. Select an inquiry issue from the drop down list and enter an account
number if one did not automatically populate.
     2. Add any details you feel are needed.
     3. Review and click "Submit."
If you are not yet a Verizon Enterprise Center user, you can self enroll by
following the steps under "Sign Up for Online Billing and Go Paperless to Avoid
Future Paper Invoice Fees" shown on the reverse side of the Statement Summary
page of this invoice.


TO OUR CUSTOMERS WHO PAY BY CHECK:
YOUR CHECK MAY BE PROCESSED AS AN ELECTRONIC FUNDS TRANSFER

When you provide a check as payment, you authorize Verizon either to use
information from your check to make a one-time electronic funds transfer from
your account or to process the payment as a check transaction.


TO OUR CUSTOMERS WITH SERVICE IN THE UNITED STATES:
FEDERAL UNIVERSAL SERVICE FEE TO CHANGE TO 16.1%, EFFECTIVE JANUARY 1, 2013

In response to changes in carrier contribution factors established by the
Federal Communications Commission, Verizon's Federal Universal Service Fee
(FUSF) will be adjusted from 17.4% to 16.1%, effective January 1, 2013.  FUSF
is applied to eligible interstate and international telecommunications charges,
and to Interconnected Voice over IP charges.  FUSF is defined in Verizon
Business Service Publication and Price Guide, and appears on your invoice under
the "Taxes and Surcharges" heading.


TO OUR VOICE OVER IP CUSTOMERS:
ENROLL NOW IN TRAINING TO PREPARE FOR ENHANCED VoIP REPORTING

Effective January 20, online VoIP reporting functionality will change



significantly.  Customers will experience a new user interface, as well as
enhancements such as e-mail notification, expanded download file sizes, and
faster response time.  Customer Administrators should participate in a training
session prior to January 20 to become familiar with these changes.  To enroll
in online training, go to https://customertraining.verizon.com/commercial and
login using your current Verizon Enterprise Center login ID and Password.  From
the "Catalog" dropdown in the top navigation link, select 'VoIP', 'IAC', and
'VoIP Reporting' under the "IAC - Administrative Console" section.  Click
"Upcoming Sessions" and select a time that fits your schedule from the dropdown
list of available classes.  The new VoIP reports will still be accessible from
https://enterprisecenter.verizon.com (using your current Verizon Enterprise
Center ID and Password), via the "Manage Voice over IP" hyperlink, under the
"Network Tools" tab.


TO OUR CUSTOMERS IN GEORGIA:
A MESSAGE FROM THE GEORGIA PUBLIC SERVICES COMMISSION - NEW GEORGIA UNIVERSAL
ACCESS FUND SURCHARGE EFFECTIVE JANUARY 1, 2013

In May 2012, legislation was enacted in Georgia that allows local exchange
companies to establish a surcharge to collect from its customers contributions
required under Code Section 46-5-167 - Universal Access Fund after approval by
the Georgia Public Service Commission.  Having been granted Commission
approval, effective January 1, 2013, Verizon will assess a surcharge identified
as "GA Universal Access Fund (UAF) Surcharge" calculated as 2% of intrastate
retail revenues.  The rate of the surcharge is equal to the contribution factor
established by the Public Service Commission.


TO OUR CUSTOMERS IN MINNESOTA:
MN DEPARTMENT OF COMMERCE NOTICE - MINNESOTA RELAY SERVICE AND THE TED PROGRAM

Minnesota Relay is a free service that uses a specially trained communications
assistant (CA) to facilitate the telephone conversation between a person who
has a hearing loss or a speech disability and the person with which they wish
to speak.  Calls can be made to anywhere in the world (long distance charges
apply), 24 hours a day, 365 days a year.  All calls are completely confidential.

To make a Minnesota Relay call, just dial 7-1-1.  Once connected to the relay
service, tell the CA the type of relay call you wish to make.  Or, you may dial
the specific toll free number for the type of relay service.


TYPES OF RELAY SERVICES

Captioned Telephone (CapTel®)
CapTel is an amplified telephone and relay captioning service that allows
people who are hard of hearing to see word-for-word captions of their telephone



```
     Important Messages to Our Customers
Invoice Number: 62758978     Invoice Date:  01/10/2013
Corporation ID: 93339907     Bill Payer ID: Y2651326     Node Number: 15598865
```

conversation on a bright, easy-to-read display window built into the CapTel
phone, while also listening to what is being said using their residual hearing
(much like TV captioning).  Requires a CapTel phone.  If you wish to contact a
person who uses a CapTel phone, dial: 1-877-243-2823.

Voice Carry Over (VCO):  1-877-627-3024
Allows a person who has difficulty hearing on the phone to voice their
conversations directly to the other person on the call.  The CA then types the
other person's response to the VCO user.  Requires a special telephone.

Two-Line VCO:  1-866-855-4611
Allows a VCO user to use one telephone line for speaking directly to the other
person, while the second line is used to receive the CA's typed response from
the other person.  This enhanced feature provides a more natural flow of
conversation without the pauses of single-line VCO calls.  Additional service
and equipment requirements.

Hearing carry Over (HCO):  1-800-627-3529
Allows a person who can hear but who has very limited or no speech capability
to make and receive phone calls.  The HCO user types his/her conversation for
the CA to read to the other person, and listens directly to the other person's
response.  Requires a special telephone.

Text Telephone (TTY):  1-800-627-3529
Allows a person who is deaf, hard of hearing, or speech disabled to use a TTY
to communicate with the other person on the call.

Standard Telephone:  1-800-627-3529
A hearing person may use a standard telephone to place a relay call and easily
converse with a person who is deaf, hard of hearing, or speech disabled.

Speech-to-Speech (STS):  1-877-627-3848
Allows a person who has difficulty speaking or being understood on the phone to
communicate using his or her own voice or voice synthesizer.  The CA re-voices
the words of the person with a speech disability so the other person on the
call can understand them.  No special telephone is required.

Computer (ASCII):  1-800-627-3529
Computer users can also access Minnesota Relay. Set your communications
software to the following protocols:  speeds ranging from 300 to 2400; 8 Bits;
No Parity; 1 Stop Bit; Full Duplex.  When calling at a rate of 300 or below,
follow the above using Half Duplex.

Spanish Relay:  1-877-627-5448
Allows a Spanish speaking person to use Minnesota Relay.  The CA relays calls
between a Spanish speaking person with a hearing or speech disability and a
Spanish speaking hearing person.

900 pay-per-call Services:  1-900-230-3324
Allows a relay user to connect to any pay-per-call service.



```
     Important Messages to Our Customers
Invoice Number: 62758978     Invoice Date:  01/10/2013
Corporation ID: 93339907     Bill Payer ID: Y2651326     Node Number: 15598865
```

IMPORTANT INFORMATION

Emergency Assistance
TTY callers should dial 9-1-1 directly in emergency.  All 9-1-1 centers are
equipped to handle TTY calls.  Minnesota Relay can process emergency calls, but
this may delay the response to your call.

Billing Options for Long Distance Relay calls
- Direct
- Collect
- Pre-paid calling card
- Carrier calling card
- Third-party billing

Filing a complaint
If you would like to file a complaint regarding Minnesota Relay, please call
1-800-657-3775.  You will need to provide the date and time of the relay call,
the CA's identification number, and the nature of your complaint.  To file a
relay complaint with the Federal Communications Commission call toll-free at
1-888-225-5322 (voice) / 1-888-835-5322 (TTY), or file on line at
http://www.fcc.gov/complaints.

For More Information on Minnesota Relay Services
1-800-657-3775 or www.mnrelay.org


TELEPHONE EQUIPMENT DISTRIBUTION (TED) PROGRAM
The TED Program provides free specialized telecommunications equipment to
income eligible Minnesotans who are having trouble using the telephone due to a
hearing, speech, or physical disability.

For More Information on the TED program
1-800-657-3663 (voice) / 1-888-206-6555 (TTY) or www.tedprogram.org


TO OUR CUSTOMERS IN VERMONT:
VERMONT PSB INCREASED THE VERMONT UNIVERSAL SERVICE FUND (VUSF) RATE

Effective September 1, 2012, the Vermont Public Service Board (PSB) increased
the Vermont Universal Service Fund charge increased from 1.6% to 1.82% of
revenues per month.  This charge is billed by Verizon and paid to the fund
administrator where it is used to provide affordable telecommunications service
throughout the state.

GMAC INC
PO BOX 25164 ATTN: PO73708
LEHIGH VALLEY, PA 18002-5164

Invoice Number    62758978
Invoice Date    01/10/2013
Page Number    1

Corporation ID 93339907    Bill Payer Y2651326    Node No. 15598865

| Date | Reference Number | Invoice Amount | Adjustments | Adjustment Description | Payments | Total |
|---|---|---|---|---|---|---|
| 08/10/2010 | 66460502 | $0.00 | $600.00CR | INSTALL CREDIT | $0.00 | $600.00CR |
| 12/10/2011 | 63657206 | $0.00 | $3,363.50CR | LATE DISCONNECT | $0.00 | $3,363.50CR |
| 12/10/2011 | 63657206 | $0.00 | $277.49CR | STATE & LOCAL SALES TAX | $0.00 | $277.49CR |
| 10/10/2012 | 66383073 | $245,258.47 | $0.00 | | $0.00 | $245,258.47 |
| 11/10/2012 | 74882713 | $123,434.43 | $0.00 | | $0.00 | $123,434.43 |
| 12/10/2012 | 61821021 | $201,382.47 | $0.00 | | $0.00 | $201,382.47 |
| Total Past Due | | $570,075.37 | $4,240.99CR | | $0.00 | $565,834.38 |



Current Charges Summary

Invoice Number    62758978
Invoice Date      01/10/2013
Page Number              2

GMAC INC
PO BOX 25164 ATTN: PO73708
LEHIGH VALLEY, PA 18002-5164

Corporation ID 93339907   Bill Payer Y2651326   Node No. 15598865

| Description | Usage Charges | Recurring Charges | Non-Recurring Charges | Estimated Discounts & Promotions | Estimated Taxes* | Total |
|---|---|---|---|---|---|---|
| Voice Services | | | | | | |
|   Local Service | $0.00 | $45.10 | $0.00 | $0.00 | $8.92 | $54.02 |
| Total Voice Services | $0.00 | $45.10 | $0.00 | $0.00 | $8.92 | $54.02 |
| Data Services | | | | | | |
|   Access | $0.00 | $97,967.00 | $0.00 | $9,995.80CR | $19,854.63 | $107,825.83 |
| Total Data Services | $0.00 | $97,967.00 | $0.00 | $9,995.80CR | $19,854.63 | $107,825.83 |
| Total Current Charges | $0.00 | $98,012.10 | $0.00 | $9,995.80CR | $19,863.55 | $107,879.85 |

*Taxes may include Surcharges & Universal Service Fees.



Tax Summary

GMAC INC
PO BOX 25164 ATTN: PO73708
LEHIGH VALLEY, PA 18002-5164

Invoice Number    62758978
Invoice Date    01/10/2013
Page Number    3

Corporation ID 93339907    Bill Payer Y2651326    Node No. 15598865

| Description | Total |
|---|---|
| Long Distance/Data/Internet Taxes and Surcharges | |
|     State & Local Taxes | $767.55 |
|     State & Local Surcharges | $2,011.82 |
|     Federal Universal Service Fee | $12,764.41 |
|     Carrier Cost Recovery Charge | $1,574.40 |
|     Property Tax Recovery Charge | $2,736.45 |
| Total Long Distance/Data/Internet Taxes and Surcharges | $19,854.63 |
| | |
| Local Service Taxes and Surcharges | |
|     Federal Excise Tax | $1.40 |
|     State & Local Taxes | $2.70 |
|     State & Local Surcharges | $1.35 |
|     Local 9-1-1 Fee | $1.50 |
|     Federal Universal Service Fee | $1.07 |
|     Carrier Cost Recovery Charge | $0.13 |
|     GA Universal Access Fund | $0.77 |
| Total Local Service Taxes and Surcharges | $8.92 |
| Total | $19,863.55 |



Discount and Promotion Summary

GMAC INC
PO BOX 25164 ATTN: PO73708
LEHIGH VALLEY, PA 18002-5164

Corporation ID 93339907   Bill Payer Y2651326   Node No. 15598865

| Description | Qualifying | Unit | Eligible | Unit | Calculated Discount | Applied Discount |
|---|---|---|---|---|---|---|
| ETHERNET ACCESS DISCOUNT -TYPE 1 | | | | | | |
| Based on Gross | | | | | | |
| ETHERNET ACCESS | | | $14,991.00 | D | $2,998.2000CR | $2,998.20CR |
| Total | | | $14,991.00 | | $2,998.2000CR | $2,998.20CR |
| | | | | | | |
| ETHERNET ACCESS DISCOUNT -TYPE 3 | | | | | | |
| Based on Gross | | | | | | |
| ETHERNET ACCESS | | | $69,976.00 | D | $6,997.6000CR | $6,997.60CR |
| Total | | | $69,976.00 | | $6,997.6000CR | $6,997.60CR |
| Total Discounts | | | | | | $9,995.80CR |
| Total Discounts and Promotions | | | | | | $9,995.80CR |

Key to "Unit" columns: D=Dollars, C=Calls/Units, M=Minutes, S=SKUs, T=Terabytes, G=Gigabytes, B=Megabytes



Index to Accounts with Totals

12-12020-mg    Doc 6341    Filed 01/23/14    Entered 01/23/14 16:50:17    Main Document
Pg 73 of 73

Invoice Number    62758978
Invoice Date    01/10/2013
Page Number    5

GMAC INC
PO BOX 25164 ATTN: PO73708
LEHIGH VALLEY, PA 18002-5164

Corporation ID 93339907    Bill Payer Y2651326    Node No. 15598865

| Description | Calls | Minutes | Usage Charges | Recurring Charges | Non-Recurring Charges | Estimated Discounts & Promotions | Estimated Taxes* | Total |
|---|---|---|---|---|---|---|---|---|
| GMAC FINANCIAL SERVICES POUGHKEEPSIE, NY T10CH56R | 0 | 0.00 | $0.00 | $31,710.00 | $0.00 | $2,846.00CR | $6,839.69 | $35,703.69 |
| GMAC FINANCIAL SERVICES POUGHKEEPSIE, NY T10CH56W | 0 | 0.00 | $0.00 | $31,710.00 | $0.00 | $2,846.00CR | $6,839.69 | $35,703.69 |
| GMAC FINANCIAL SERVICES DURHAM, NC T10CH580 | 0 | 0.00 | $0.00 | $8,620.00 | $0.00 | $1,074.00CR | $1,279.16 | $8,825.16 |
| GMAC FINANCIAL SERVICES DURHAM, NC T10CH6CM | 0 | 0.00 | $0.00 | $8,620.00 | $0.00 | $1,074.00CR | $1,279.17 | $8,825.17 |
| GMAC FINANCIAL SERVICES LITHIA SPRINGS, GA T10CH6MV | 0 | 0.00 | $0.00 | $7,358.00 | $0.00 | $735.80CR | $1,508.26 | $8,130.46 |
| GMAC FINANCIAL SERVICES PLANO, TX T10CH73S | 0 | 0.00 | $0.00 | $2,753.00 | $0.00 | $550.60CR | $667.73 | $2,870.13 |
| GMAC FINANCIAL SERVICES ATLANTA, GA T10CH988 | 0 | 0.00 | $0.00 | $5,698.00 | $0.00 | $569.80CR | $1,167.98 | $6,296.18 |
| GMAC FINANCIAL SERVICES AUBURN HILLS, MI T10CJB1R | 0 | 0.00 | $0.00 | $1,498.00 | $0.00 | $299.60CR | $272.95 | $1,471.35 |
| GMAC INC FORT WASHINGTON, PA 4DY01144 | 0 | 0.00 | $0.00 | $45.10 | $0.00 | $0.00 | $8.92 | $54.02 |
| Total | 0 | 0.00 | $0.00 | $98,012.10 | $0.00 | $9,995.80CR | $19,863.55 | $107,879.85 |

 *Taxes may include Surcharges & Universal Service Fees.

 Note:  This report is sorted by account number.

