Hearing Date and Time: March 11, 2014 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel to the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- )
   In re:                                       )    Case No. 12-12020 (MG)
                                            )
   RESIDENTIAL CAPITAL, LLC, et al.,    )    Chapter 11
                                            )
                         Debtors.    )    Jointly Administered
---------------------------------------------------------------- )

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' TWENTY-SIXTH
OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH
INSUFFICIENT DOCUMENTATION) SOLELY WITH RESPECT TO
THE CLAIM FILED BY THE ESTATE OF FELECIA VICTORIA
MITCHELL (CLAIM NO. 5724) TO MARCH 11, 2014 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation)* [Docket No. 4734], solely as it relates to the proof of claim filed by the Estate of Felecia Victoria Mitchell (Claim No. 5724), previously scheduled to be heard on January 27, 2014 at 2:00 p.m. (Prevailing Eastern Time), has been adjourned to **March 11, 2014 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1127299

| | |
|---|---|
| Dated: January 23, 2014<br>New York, New York | /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel to the ResCap Borrower Claims Trust* |

ny-1127299