MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Joel C. Haims
Norman S. Rosenbaum

*Counsel for The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON
DEBTORS' TENTH OMNIBUS CLAIMS OBJECTION
(FACIALLY DEFECTIVE AND TIME-BARRED SECURITIES CLAIMS)
AGAINST THE EVEREST COMPANIES TO MARCH 11, 2014 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Tenth Omnibus Claims Objection (Facially Defective and Time-Barred Securities Claims)* [Docket No. 4119] as it relates to the proofs of claim filed by Everest International Reinsurance (Bermuda) Ltd. (Claim No. 3480) and Everest International Reinsurance Ltd. (Claim No. 3481), previously scheduled to be heard on **January 30, 2014 at 10:00 am (Prevailing Eastern Time),** will now be heard on **March 11, 2014 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander

ny-1127293

Hamilton Customs House, One Bowling Green, Room 501, New York, New York 10004.

Dated:  January 23, 2014
        New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Joel C. Haims
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for The ResCap Liquidating Trust*