MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Post-Effective Date Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON JANUARY 27, 2014 AT 2:00 P.M. (EST)**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.      ADJOURNED MATTER(S)**

**1.**     Motion of Simona Robinson for Relief from Stay [Docket No. 4948]

   **Related Document(s)**:

   **a.**     Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay [Docket No. 5063]

   **b.**     Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5311]

ny-1125710

| | |
|---|---|
| **c.** | Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6081] |
| **d.** | Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to February 6, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6324] |

**Response(s)**:

| | |
|---|---|
| **a.** | Debtors' Objection to Motion of Simona Robinson for Relief from Stay [Docket No. 5261] |
| **b.** | Objection of Ocwen Loan Servicing LLC to Motion of Simona Robinson for Relief from Stay [Docket No. 5262] |

**Reply**:

| | |
|---|---|
| **a.** | Robinson's Reply to the Opposition of ResCap and Ocwen to Motion for Relief from Automatic Stay [Docket Nos. 5285 and 5304] |

**Status**: The hearing on this matter has been adjourned to February 6, 2014.

## II. UNCONTESTED MATTER(S)

**1.** Debtors' Motion Pursuant to Sections 105(a) and 554(a) of the Bankruptcy Code for an Order Approving Abandonment of Debtors' Interests in Certain Estate Assets [Docket No. 6139]

**Related Document(s)**:

| | |
|---|---|
| **a.** | Notice of Adjournment of Hearing on Debtors' Motion Pursuant to Sections 105(a) and 554(a) of the Bankruptcy Code for an Order Approving Abandonment of Debtors' Interests in Certain Estate Assets to January 27, 2014 at 2:00 PM (Prevailing Eastern Time) [Docket No. 6211] |

**Response(s)**:    None.

**Status**: The hearing on this matter will be going forward.

## III. CLAIMS OBJECTIONS

**1.** Debtors' Objection to Claim No. 5420 of Vachagan Abed-Stephen and Suzie Abed-Stephen [Docket No. 5786]

**Related Document(s)**:

a. Notice of Adjournment of Hearing on Debtors' Objection to Claim No. 5420 of Vachagan Abed-Stephen and Susie Abed-Stephen [Docket No. 6097]

**Response(s)**:

a. Vachagan Abed-Stephen and Susie Abed-Stephen's Opposition to Debtors' Objection to Claim No. 5420 [Docket No. 6122]

**Reply**:

a. The ResCap Borrower Claims Trust's Reply in Support of Debtors' Objection to Claim No. 5420 of Vachagan Abed-Stephen and Susie Abed-Stephen [Docket No. 6306]

**Status**:    The hearing on this matter will be going forward.

2. Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) [Docket No. 4734]

   **Related Document(s):**

   a. Notice of Adjournment of Hearing on Debtors' Nineteenth, Twentieth, Twenty-First, Twenty-Second, Twenty-Sixth, and Twenty-Seventh Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 5143]

   b. Notice of Adjournment of Hearing on Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) Solely with Respect to the Claim Filed by the Estate of Felecia Victoria Mitchell (Claim No. 5724) to November 7, 2013 at 2:00 p.m. [Docket No. 5170]

   c. Motion of Karen Mitchell-Smith for the Estate of Felecia Victoria Mitchell for Extension of Time to File Creditor's Objection to Debtors' Twenty-Sixth Omnibus Objection to Claims and Motion for Continuance of Hearing Thereof [Docket No. 5165]

   d. Motion of Karen Mitchell-Smith for the Estate of Felecia Victoria Mitchell for Continuance of Hearing Regarding Debtors' Objections to the Estate's Proof of Claim [Docket No. 5739]

   e. Notice of Adjournment of Hearings on Debtors' Twenty-Sixth, Thirtieth, Forty-Second, Forty-Fourth, Forty-Ninth and Fiftieth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6107]

**f.**   Motion of Mitchell-Smith for the Estate of Felecia Victoria Mitchell for Continuance of January 27, 2014 Hearing Regarding Debtors' Objections to the Estate's Proof of Claim [Docket No. 6329]

**g.**   Notice of Adjournment of Hearing on Debtors' Twenty-Sixth Omnibus Objection to Claims (Borrower Claims with Insufficient Documentation) Solely with Respect to the Claim Filed by the Estate of Felecia Victoria Mitchell (Claim No. 5724) to March 11, 2014 at 10:00 a.m. [Docket No. 6342]

**Response(s):**   None.

**Reply**:

**a.**   Debtors' Second Omnibus Reply in Support of Debtors' Twenty-Sixth Omnibus Claim Objection (Borrower Claims with Insufficient Documentation) [Docket No. 5731]

**Status**:   The hearing on this matter, solely as it relates the claim filed by Karen Mitchell-Smith for the Estate of Felecia V. Mitchell, has been adjourned to March 11, 2014.

**3.**   Debtors' Forty-Second Omnibus Objection to Claims (Reduce and Allow Borrower Claims) [Docket No. 5150]

**Related Documents**:

**a.**   Notice of Adjournment of Hearing on Debtors' Forty-Second Omnibus Objection to Claims (Reduce and Allow Borrower Claims) Against Jennifer and Jason Schermerhorn (Claim Nos. 338 and 339) to December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5438]

**b.**   Notice of Adjournment of Hearings on Debtors' Twenty-Sixth, Thirtieth, Forty-Second, Forty-Fourth, Forty-Ninth and Fiftieth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6107]

**Responses**:

**a.**   Opposition Brief of Jason and Jennifer Schermerhorn (Opposition to Debtor's Forty-Second Omnibus Objection to Claims) [Docket Nos. 5905, 5906 and 5908]

    **(i)**   Declaration of Michael Y. MacKinnon in Support of the Opposition of Jennifer and Jason Schermerhorn [Docket No. 5909]

**Reply**:

    **a.**    Reply of The ResCap Liquidating Trust in Support of Debtors' Forty-Second Omnibus Objection to Claims (Solely as to Claim Numbers 338 and 339 Filed by Jason and Jennifer Schermerhorn) [Docket No. 6303]

    **Status**:    The hearing on this matter, solely as it relates to the claim filed by Jennifer and Jason Schermerhorn, will be going forward.

Dated: January 23, 2014  
       New York, New York

/s/ Norman S. Rosenbaum  
Gary S. Lee  
Lorenzo Marinuzzi  
Norman S. Rosenbaum  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900  

*Counsel for the Post-Effective Date Debtors*