MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jonathan M. Petts

*Counsel for the Post-Effective Date Debtors
and the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**THE RESCAP LIQUIDATING TRUST'S DESIGNATION OF ADDITONAL
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Rule 8007-1 of the Local Bankruptcy Rules for the Southern District of New York, the ResCap Liquidating Trust (the "Liquidating Trust"),[1] on behalf of the debtors in the above-captioned chapter 11 cases (the "Debtors"),[2] provides the following designation of additional items to be included in the record on appeal [Docket No. 6251] in connection

---

[1] On December 11, 2013, after a hearing, the Bankruptcy Court entered an *Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors* approving the terms of the Chapter 11 plan, as amended (the "Plan"), in the above-captioned Chapter 11 cases [Docket No. 6065]. On December 17, 2013, the Plan went effective and the Liquidating Trust was created [Docket No. 6137].

[2] The names of the Debtors in the Chapter 11 cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of the Chapter 11 Petitions and First Day Pleadings [Docket No. 6].

ny-1126100

with the Notice of Appeal [Docket No. 6219] filed by appellant Phillip Scott ("Appellant") from the *Memorandum Opinion and Order Denying Phillip Scott's Motion to (1) Determine that Bankruptcy Estate Owns Title to Note, (2) Void State Court Title Transfer, and (3) Enjoin Post Petition State Court Prosecution* [Docket No. 6154], which was entered by the United States Bankruptcy Court for the Southern District of New York on December 19, 2013.

## I. ADDITIONAL DESIGNATIONS FOR RECORD ON APPEAL

The Liquidating Trust, on behalf of the Debtors, designates the following additional items to be included in the record on appeal.

### A. Pleadings[3]

| Docket No. | Description |
|---|---|
| 6 | *Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings* (Filed: 5/14/12) |
| 1309 | *Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* (Filed: 8/29/12) |
| 2093 | *Order Extending Deadline for Filing Proofs of Claim* (Filed: 11/7/12) |
| 2246 | *Order Under 11 U.S.C. §§ 105, 363, and 365 and Fed. Bankr. P. 2002, 6004, 6006, and 9014 (I) Approving (A) Sale of Debtors' Assets Pursuant to Asset Purchase Agreement with Ocwen Loan Servicing, LLC; (B) Sale of Purchased Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests; (C) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Thereto; (D) Related Agreements; and (II) Granting Related Relief* (Filed: 11/21/2012) |
| 5263 | *Debtors' Objection to Phillip Scott's Motion to (1) Determine that Bankruptcy Estate Owns Title to Note, (2) Void State Court Title Transfer, and (3) Enjoin Post Petition State Court Prosecution* (Filed: 10/02/13) |
| 5263-1 | *Declaration of Lauren Graham Delehey In Support of Debtors' Objection to Phillip Scott's Motion to (1) Determine that Bankruptcy Estate Owns Title to Note, (2) Void* |

---

[3] For the avoidance of doubt, the Liquidating Trust's designation of a pleading includes the designation of any and all exhibits filed with, attached to, or otherwise referenced in such pleading, as well as any sub-exhibits thereto.

| Docket No. | Description |
|---|---|
|  | *State Court Title Transfer, and (3) Enjoin Post Petition State Court Prosecution* (Filed: 10/02/13) |

| | |
|---|---|
| 6030 | *Notice of Filing of (I) Revised Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors and (II) Blackline of Changed Pages in Revised Second Amended Joint Chapter 11 Plan* (Filed: 12/06/13) |
| 6065 | *Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* (Filed: 12/11/13) |

B.   Transcript

| Date/Time of Hearing | Docket No. | Type of Hearing | Court Reporter or Recorder | Copy Ordered By Liquidating Trust |
|---|---|---|---|---|
| 10/9/2013 at 10:06 a.m. (EST) | 5399 | Omnibus Hearing regarding, *inter alia*, the Appellant's *Motion to (1) Determine that Bankruptcy Estate Owns Title to Note, (2) Void State Court Title Transfer, and (3) Enjoin Post Petition State Court Prosecution* [Docket No. 4768] | eScribers, LLC | Yes |

Dated:   January 23, 2014
        New York, New York

                                                     Respectfully Submitted,

                                                      */s/* Norman S. Rosenbaum
                                                      Gary S. Lee
                                                      Norman S. Rosenbaum
                                                      Jonathan M. Petts
                                                      MORRISON & FOERSTER LLP
                                                      1290 Avenue of the Americas
                                                      New York, New York 10104
                                                      Telephone: (212) 468-8000
                                                      Facsimile: (212) 468-7900

                                                      *Counsel for the Post-Effective Date Debtors and the ResCap Liquidating Trust*