UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL ORDER REQUIRING ADDITIONAL DOCUMENTATION
REGARDING DEBTORS' FIFTIETH OMNIBUS OBJECTION TO CLAIMS (NO
LIABILITY BORROWER CLAIMS – BOOKS AND RECORDS) WITH RESPECT
TO CLAIM NO. 4494 OF DENNIS G. AND MARCENE L. BURGIN**

Pending before the Court is the *Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records)* (the "Objection," ECF Doc. # 5162). Through the Objection, the Debtors seek to disallow and expunge Claim No. 4494 of Dennis G. and Marcene L. Burgin (the "Burgin Claim"). The Burgins' proof of claim asserts a $350,000.00 general unsecured claim against Residential Capital, LLC ("ResCap"). The Objection is supported by the Declaration of Deanna Horst (the "Horst Decl.," attached as Ex. 1 to Objection), the Declaration of Norman S. Rosenbaum (the "Rosenbaum Decl.," attached as Ex. 2 to Objection), and the Declaration of Robert D. Nosek (the "Nosek Decl.," attached as Ex. 3 to Objection). The Burgins filed a response (the "Response," ECF Doc. # 5472). The Debtors filed the *Debtors' Omnibus Reply in Support of Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records)* (the "Reply," ECF Doc. # 5736), and the Supplemental Declaration of Deanna Horst in support (the "Suppl. Horst Decl.," attached as Ex. 3 to Reply). On November 15, 2013, the Court held a hearing and Marcene Burgin appeared telephonically.

Essentially, the Burgins argue that the Debtor breached the contract regarding the "Home Owner's Line of Credit Agreement and Initial Disclosure Statement" (the "HELOC Agreement"), which during the relevant period was serviced by GMAC Mortgage ("GMACM"). The briefing in support of and in opposition to the claim objection does not provide the Court with copies of documents the Court requires before ruling on the Objection. Therefore, the Court directs the Debtors to supply the Court with (1) the full copy of the HELOC Agreement and (2) the December 11, 2008 letter sent by GMACM to the Burgins described in paragraph 40 of the Supplemental Declaration of Deanna Horst. Counsel for the Debtors shall file copies of the documents on or before February 6, 2014. This matter shall be deemed resubmitted upon the filing of these documents. No further briefing shall be permitted.

**IT IS SO ORDERED.**

Dated: January 23, 2014
     New York, New York

                              /s/Martin Glenn
                              MARTIN GLENN
                           United States Bankruptcy Judge