EXHIBIT A

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE I NEW YORK I NY I 10022-6069

WWW.SHEARMAN.COM I T +1.212.848.4000 I F +1.646.848.7179

fsosnick@shearman.com                                                          May 16, 2013
212-848-8571

<u>Via Email lnashelsky@mofo.com; tgoren@mofo.com</u>

Larren M. Nashelsky
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY  10104


Todd M. Goren
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY  10104


In re: Residential Capital, LLC, et al., Bankr. S.D.N.Y. Case No. 12-12020 (MG)
<u>Invoice for Citibank, N.A. Legal Expenses</u>

Gentlemen:

Enclosed please find our statement for legal fees and expenses incurred in connection with our representation of Citibank, N.A. through April 30, 2013, with respect to the chapter 11 proceedings of Residential Capital, LLC and its affiliates.

Please note that, because of the unavoidable delay in the posting of some disbursements, especially those relating to third-party vendors, there may be disbursements that were incurred during this billing cycle that are not reflected in this billing statement but will appear in subsequent billing statements.  Likewise, there may appear in this statement, disbursements that were actually incurred in prior billing periods.

If there are any questions concerning this statement, please do not hesitate to call me at the above number.  Otherwise, in accordance with Paragraph 11 of the Final Order (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection and (III) Modifying the Automatic Stay in the above-referenced chapter 11 case, please arrange for the Debtors to pay this invoice or any portion of the invoice not subject to an objection by the Debtors or any of the other Fee Notice

ABU DHABI I BEIJING I BRUSSELS I DÜSSELDORF I FRANKFURT I HONG KONG I LONDON I MILAN I MUNICH I NEW YORK
PALO ALTO I PARIS I ROME I SAN FRANCISCO I SÃO PAULO I SHANGHAI I SINGAPORE I TOKYO I TORONTO I WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.

Larren M. Nashelsky
Todd M. Goren
Page 2

May 16, 2013

Parties (as defined in the order) on July 6, 2012, the eleventh business day following receipt of the invoice by the Fee Notice Parties.

Very truly yours,

Fredric Sosnick

Attachment

cc:     Fee Notice Parties:
        Office of the United States Trustee
                Tracy Hope Davis - tracy.davis2@usdoj.gov
                Brian S. Masumoto - brian.masumoto@usdoj.gov
                Linda Riffkin - linda.riffkin@usdoj.gov

        Counsel to the Official Committee of Unsecured Creditors
        Kramer Levin Naftalis & Frankel, LLP
                Kenneth H. Eckstein - keckstein@kramerlevin.com
                Thomas Moers Mayer - tmayer@kramerlevin.com
                Douglas H. Mannal - dmannal@kramerlevin.com

        Counsel to Barclays Bank, PLC, as DIP Lender
        Skadden, Arps, Slate, Meagher & Flom LLP
                Kenneth S. Ziman Ken.Ziman@skadden.com
                Jonathan Hofer Jonathan.Hofer@skadden.com

        Counsel to Ally Financial, Inc., as DIP Lender
        Kirkland & Ellis LLP
                Ray C. Schrock - ray.schrock@kirkland.com
                Stephen E. Hessler - stephen.hessler@kirkland.com
                Richard M. Cieri - richard.cieri@kirkland.com

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

May 16, 2013

When remitting,
please reference:

Trevor Houston
Managing Director – IRM NA
Citigroup Global Markets Inc.          00048-00657
388 Greenwich Street
New York, NY 10013          Invoice Number: 5208826

FOR LEGAL SERVICES RENDERED in connection with ResCap chapter 11.

| | |
|---|---|
| **FEES**............................................................................................................ | $22,862.90 |
| **COSTS** related thereto.............................................................................. | $593.13 |
| **TOTAL** ........................................................................................................ | <u>$23,456.03</u> |

## *PAYMENT INSTRUCTIONS*

*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

CitiPrivate Bank          Shearman & Sterling LLP
153 East 53rd Street          General 1 Account
New York, NY 10022          Account #09280096
ABA #021000089          SWIFT Code CITIUS33

*Please reference the client matter and invoice numbers on the electronic fund transfer.*
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

CITICORP GLOBAL FINANCE NORTH AMERICA

Page Number: 2

Account Number: 00048-00657
Invoice Number: 5208826

## CITICORP FEES

| DATE | DESCRIPTION OF WORK DONE | ATTORNEY | RATE | HOURS | COST |
|------|--------------------------|----------|------|-------|------|
| Period | Various | Sosnick, Fredric | 1,204.00 | 1.40 | 1,685.60 |
| Period | Various | Emrich, Edmund M. | 959.00 | 13.10 | 12,562.90 |
| Period | Various | Facundo, Richard | 634.00 | 9.60 | 6,086.40 |
| Period | Various | Park, Ji Hyun | 584.00 | 3.70 | 2,160.80 |
| Period | Various | Feliciano, Luis | 204.00 | 1.50 | 306.00 |
| Period | Various | Flores, Alfredo | 204.00 | 0.30 | 61.20 |

**TOTAL FEES** $22,862.90

**COSTS** $593.13
(Itemized on the next page)

**TOTAL DUE** $23,456.03

CITICORP GLOBAL FINANCE NORTH AMERICA

Page Number:  3

Account Number:  00048-00657
Invoice Number:  5208826

### ATTACHMENT 2
#### (Continued)

#### Pro Forma Invoice For Legal Services

Citicorp Disbursements (Itemized)

| TYPE | DESCRIPTION | COST |
|------|-------------|------|
| Inhouse Photocopies | | 28.07 |
| Other Outside Services | | 565.06 |
| **TOTAL COSTS** | | **$593.13** |
| **TOTAL FEES AND COSTS** | | **$23,456.03** |

CITICORP GLOBAL FINANCE NORTH AMERICA

Account Number: 00048-00657

Page Number: 4

Invoice Number: 5208826

## TIME DETAIL

RESCAP CHAPTER 11

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| 04/01/2013 | Sosnick, Fredric | Call with Citi regarding Ally request for transfer; emails regarding same. | 0.50 |
| 04/01/2013 | Emrich, Edmund M. | Conference call with Citibank regarding ResCap bank account issues; numerous follow-up e-mails & discussions regarding same with Hallett, Houston, Sosnick, Facundo, Cornejo & Fleming; reviewed relevant provisions of Cash Collateral Stipulation & Bank Accounts Order; further conference call & e-mails with Citibank regarding same. | 1.70 |
| 04/01/2013 | Facundo, Richard | Review of ResCap bankruptcy docket; Email to internal team regarding same; Discussion with E. Emrich regarding Ally request to release certain bank account; Review of Cash Management Motion regarding same; Discussion with E. Emrich regarding review of Cash Management Motion's list of bank accounts; Review, edit, and conduct further research into research outline regarding Citibank MSR facility recovery. | 1.10 |
| 04/02/2013 | Sosnick, Fredric | Meetings with Emrich regarding Canadian dollar accounts; meet with Emrich and Facundo regarding default interest. | 0.60 |
| 04/02/2013 | Emrich, Edmund M. | Worked on ResCap bank account issue, including e-mails & phone calls with Cornejo, Martin, Goren & Washburn, review of documents forwarded by Citibank & MoFo, discussion with Sosnick & follow-up e-mails with Washburn & Cornejo; reviewed Facundo's research memo regarding default interest issue; met with Facundo & Sosnick to discuss same; began reviewing cases forwarded by Facundo regarding same; reviewed Facundo memo regarding significant new filings. | 3.40 |
| 04/02/2013 | Facundo, Richard | Review of ResCap bankruptcy docket for significant filings; Review and edit outline of research in connection with Citibank MSR facility recovery and further research regarding same; Discussion with E. Emrich and F. Sosnick regarding same. | 1.70 |
| 04/03/2013 | Emrich, Edmund M. | Telephone call with Goren regarding bank accounts issue & unpaid invoices; e-mail to J. Leone regarding copies of invoices; reviewed research memo & cases regarding default interest. | 2.20 |
| 04/03/2013 | Facundo, Richard | Further research and Citibank MSR Facility Recovery; Review and edit outline of research. | 2.40 |
| 04/04/2013 | Emrich, Edmund M. | Forwarded outstanding invoices to Goren per his request. | 0.10 |
| 04/04/2013 | Facundo, Richard | Review of ResCap bankruptcy case filings. | 0.10 |
| 04/05/2013 | Facundo, Richard | Review of filings in ResCap bankruptcy cases. | 0.10 |
| 04/08/2013 | Park, Ji Hyun | Review docket for significant filings. | 0.10 |

CITICORP GLOBAL FINANCE NORTH AMERICA

Page Number: 5

Account Number: 00048-00657
Invoice Number: 5208826

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/09/2013 | Facundo, Richard | Discussion with E. Emrich regarding Cash Collateral motion filed by ResCap debtors; Beginning review of Cash Collateral motion. | 0.20 |
| 04/09/2013 | Park, Ji Hyun | Check docket; review cash collateral motion; discuss same with E Emrich. | 0.40 |
| 04/10/2013 | Sosnick, Fredric | Meet with Emrich regarding extension of cash collateral orders. | 0.20 |
| 04/10/2013 | Emrich, Edmund M. | E-mail from Cornejo regarding ResCap bank account issues. | 0.10 |
| 04/10/2013 | Facundo, Richard | Discussion with E. Emrich regarding ResCap cash collateral motion; Continue review of ResCap cash collateral motion; Email to J. Park regarding Response and Reservation of Rights to Cash Collateral Motion; Review and revisions to draft of Reservation of Rights to Cash Collateral Motion. | 1.30 |
| 04/10/2013 | Park, Ji Hyun | Check docket; draft reservation of rights regarding Debtors' motion to continue using cash collateral; discuss same with R Facundo and E Emrich. | 0.90 |
| 04/11/2013 | Emrich, Edmund M. | Emails with Citibank regarding ResCap bank account issues; reviewed & revised draft of Statement & Reservation of Rights Regarding Debtors' motion for Continued Use of Cash Collateral; e-mails & discussions with Facundo, Park & Sosnick regarding same. | 1.00 |
| 04/11/2013 | Facundo, Richard | Further revisions to Reservation of Rights to Cash Collateral Motion; Email to J. Park regarding same. | 0.90 |
| 04/11/2013 | Park, Ji Hyun | Review R Facundo comments made to draft of statement and reservation of rights; add comments to draft and send to R Facundo; discuss same, make minor revision and send to E Emrich for review; review E Emrich comments and go through docket to fill in necessary information in statement and reservation of rights; edit the same document and discuss with E Emrich; send blacklines to R Facundo; review docket for significant filings. | 1.30 |
| 04/12/2013 | Emrich, Edmund M. | E-mails with Citibank regarding bank account issues. | 0.20 |
| 04/12/2013 | Facundo, Richard | Discussion with E. Emrich regarding Cash Collateral Motion and reservation of rights. | 0.10 |
| 04/15/2013 | Emrich, Edmund M. | E-mails with Cornejo & Washburn regarding ResCap bank account issues; conference call with Cornejo, Washburn & Hallett regarding same; e-mail with Park regarding Order extending Debtors' plan exclusivity. | 0.40 |
| 04/15/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 04/16/2013 | Emrich, Edmund M. | E-mails & conference call with Citibank regarding ResCap bank account issues; e-mails with Sosnick regarding draft of Statement regarding Debtors' Motion for Continuation of Use of Cash Collateral; reviewed revised draft of same; discussions & e-mails with Facundo regarding same. | 1.00 |

CITICORP GLOBAL FINANCE NORTH AMERICA                    Account Number: 00048-00657
Page Number: 6                                          Invoice Number: 5208826

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 04/16/2013 | Facundo, Richard | Review and revisions to Response to Cash Collateral Motion. | 0.40 |
| 04/17/2013 | Park, Ji Hyun | Check docket; discuss reservation of rights filing with R Facundo and E Emrich. | 0.10 |
| 04/18/2013 | Emrich, Edmund M. | E-mails & telephone call to Washburn regarding draft of Statement regarding Debtors' Motion for Continuation of Use of Cash Collateral; discussions & e-mails with Facundo regarding same. | 0.50 |
| 04/18/2013 | Facundo, Richard | Email correspondence with E. Emrich and client regarding response to Debtors' Cash Collateral Motion; Revision to Reservation or Rights to Cash Collateral Motion. | 0.70 |
| 04/18/2013 | Park, Ji Hyun | Check docket; discuss filing of reservation of rights. | 0.10 |
| 04/19/2013 | Emrich, Edmund M. | Reviewed & revised draft of Statement regarding Debtors' Motion for Continued Use of Cash Collateral; discussion with Facundo regarding same; e-mails & telephone call with Washburn regarding same. | 1.00 |
| 04/19/2013 | Facundo, Richard | Call to E. Emrich regarding draft of Reservation of Rights; Review of Citibank Reservation of Rights draft. | 0.60 |
| 04/19/2013 | Feliciano, Luis | Del. letter to Judge Glenn at the BCNY regarding Residential Capital. | 1.50 |
| 04/19/2013 | Flores, Alfredo | Electronically filed statement of Citibank. | 0.30 |
| 04/22/2013 | Emrich, Edmund M. | E-mails with Cornejo regarding ResCap bank account issues. | 0.10 |
| 04/22/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 04/24/2013 | Emrich, Edmund M. | Communications with H. Hallett of Citibank regarding ResCap bank account issues. | 0.10 |
| 04/24/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 04/25/2013 | Emrich, Edmund M. | Communications with Cornejo, Hallett & Washburn regarding ResCap bank account issues; called Goren & Martin regarding same. | 0.50 |
| 04/25/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 04/26/2013 | Emrich, Edmund M. | E-mails with H. Hallett & W. Washburn regarding ResCap bank account issues; reviewed Agenda for omnibus hearing. | 0.40 |
| 04/26/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 04/29/2013 | Sosnick, Fredric | Meet with Emrich regarding cash collateral hearing. | 0.10 |
| 04/29/2013 | Emrich, Edmund M. | E-mail from Park regarding Noteholders' objection to exclusivity extension; discussion with Sosnick & telephone call with Goren regarding tomorrow's omnibus hearing. | 0.30 |
| 04/29/2013 | Park, Ji Hyun | Check docket. | 0.20 |
| 04/30/2013 | Emrich, Edmund M. | Discussion with Facundo regarding today's omnibus hearing. | 0.10 |

CITICORP GLOBAL FINANCE NORTH AMERICA

Page Number: 7

Account Number: 00048-00657
Invoice Number: 5208826

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|------------|-------------|-------|
| 04/30/2013 | Park, Ji Hyun | Check docket. | 0.10 |

**TOTAL HOURS**    29.60

CITICORP GLOBAL FINANCE NORTH AMERICA                    Account Number: 00048-00657
Page Number: 8                                           Invoice Number: 5208826

## COST DETAIL

RESCAP CHAPTER 11

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|-------:|
| 04/02/13 | CPY | Inhouse Photocopies 313 COPIES AT C1-4 REPRODUCTION CANON COPIER 7105 - N6 | 21.91 |
| 04/19/13 | CPY | Inhouse Photocopies 88 COPIES AT 9TH FLOOR CONV. CANON COPIER 5055 | 6.16 |
| 04/22/13 | OSD | Other Outside Services - - VENDOR: BLOOMBERG FINANCE LP Bank ID: CITBKNY4 Check Number: 776730 | 280.90 |
| 04/22/13 | OSD | Other Outside Services - - VENDOR: BLOOMBERG FINANCE LP Bank ID: CITBKNY4 Check Number: 776524 | 284.16 |

## COST SUMMARY

| | | |
|------|------|------:|
| CPY | Inhouse Photocopies | 28.07 |
| OSD | Other Outside Services | 565.06 |

COSTS related thereto...........................................................................................................    $593.13

**TOTAL** ....................................................................................................................    $23,456.03

May 10, 2013

CITICORP GLOBAL FINANCE NORTH AMERICA                    Account Number:  00048-00657
Page Number:  9                                                          Invoice Number:  5208826

### SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sosnick, Fredric | 1.40 | 1,204.00 | 1,685.60 |
| Emrich, Edmund M. | 13.10 | 959.00 | 12,562.90 |
| Facundo, Richard | 9.60 | 634.00 | 6,086.40 |
| Park, Ji Hyun | 3.70 | 584.00 | 2,160.80 |
| Feliciano, Luis | 1.50 | 204.00 | 306.00 |
| Flores, Alfredo | 0.30 | 204.00 | 61.20 |
| **TOTALS** | 29.60 | | $22,862.90 |

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE I NEW YORK I NY I 10022-6069

WWW.SHEARMAN.COM I T +1.212.848.4000 I F +1.646.848.7179

fsosnick@shearman.com                                                          June 11, 2013
212-848-8571

<u>Via Email lnashelsky@mofo.com; tgoren@mofo.com</u>

Larren M. Nashelsky
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY  10104

Todd M. Goren
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY  10104

In re: Residential Capital, LLC, et al., Bankr. S.D.N.Y. Case No. 12-12020 (MG)
<u>Invoice for Citibank, N.A. Legal Expenses</u>

Gentlemen:

Enclosed please find our statement for legal fees and expenses incurred in connection with our
representation of Citibank, N.A. through May 31, 2013, with respect to the chapter 11
proceedings of Residential Capital, LLC and its affiliates.

Please note that, because of the unavoidable delay in the posting of some disbursements,
especially those relating to third-party vendors, there may be disbursements that were incurred
during this billing cycle that are not reflected in this billing statement but will appear in
subsequent billing statements.  Likewise, there may appear in this statement, disbursements that
were actually incurred in prior billing periods.

If there are any questions concerning this statement, please do not hesitate to call me at the above
number.  Otherwise, in accordance with Paragraph 11 of the Final Order (I) Authorizing Use of
Cash Collateral, (II) Granting Adequate Protection and (III) Modifying the Automatic Stay in the
above-referenced chapter 11 case, please arrange for the Debtors to pay this invoice or any
portion of the invoice not subject to an objection by the Debtors or any of the other Fee Notice

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.

NYDOCS03/950804.1

Larren M. Nashelsky
Todd M. Goren                                                        June 11, 2013
Page 2


Parties (as defined in the order) on July 6, 2012, the eleventh business day following receipt of the invoice by the Fee Notice Parties.

Very truly yours,

Fredric Sosnick


Attachment

cc:    Fee Notice Parties:
       Office of the United States Trustee
              Tracy Hope Davis - tracy.davis2@usdoj.gov
              Brian S. Masumoto - brian.masumoto@usdoj.gov
              Linda Riffkin - linda.riffkin@usdoj.gov

       Counsel to the Official Committee of Unsecured Creditors
       Kramer Levin Naftalis & Frankel, LLP
              Kenneth H. Eckstein - keckstein@kramerlevin.com
              Thomas Moers Mayer - tmayer@kramerlevin.com
              Douglas H. Mannal - dmannal@kramerlevin.com

       Counsel to Barclays Bank, PLC, as DIP Lender
       Skadden, Arps, Slate, Meagher & Flom LLP
              Kenneth S. Ziman - Ken.Ziman@skadden.com
              Jonathan Hofer - Jonathan.Hofer@skadden.com

       Counsel to Ally Financial, Inc., as DIP Lender
       Kirkland & Ellis LLP
              Ray C. Schrock - ray.schrock@kirkland.com
              Stephen E. Hessler - stephen.hessler@kirkland.com
              Richard M. Cieri - richard.cieri@kirkland.com

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

June 10, 2013

When remitting,
please reference:

Trevor Houston
Managing Director – IRM NA
Citigroup Global Markets Inc.                                    00048-00657
388 Greenwich Street
New York, NY 10013                              Invoice Number: 5210641

FOR LEGAL SERVICES RENDERED in connection with ResCap chapter 11.

FEES..................................................................................................................    $10,188.90

COSTS related thereto.....................................................................................    $463.16

TOTAL..............................................................................................................    $10,652.06

**PAYMENT INSTRUCTIONS**
*Please return one remittance copy with your payment to the attention of the Financial Services Department.
For wire transfer payment, please send funds to:*

CitiPrivate Bank                    Shearman & Sterling LLP
153 East 53rd Street                    General 1 Account
New York, NY 10022                    Account #09280096
ABA #021000089                    SWIFT Code CITIUS33

*Please reference the client matter and invoice numbers on the electronic fund transfer.
Time and costs, if any, recorded after date of statement will appear on a subsequent statement
Tax Identification Number 13-5514352*

CITICORP GLOBAL FINANCE NORTH AMERICA

Page Number:  2

Account Number:  00048-00657
Invoice Number:  5210641

### CITICORP FEES

| DATE | DESCRIPTION OF WORK DONE | ATTORNEY | RATE | HOURS | COST |
|------|--------------------------|----------|------|-------|------|
| Period | Various | Sosnick, Fredric | 1,204.00 | 1.70 | 2,046.80 |
| Period | Various | Emrich, Edmund M. | 959.00 | 6.70 | 6,425.30 |
| Period | Various | Park, Ji Hyun | 584.00 | 2.80 | 1,635.20 |
| Period | Various | Flores, Alfredo | 204.00 | 0.40 | 81.60 |

**TOTAL FEES**  $10,188.90

**COSTS**  $463.16
(Itemized on the next page)
**TOTAL DUE**  $10,652.06

CITICORP GLOBAL FINANCE NORTH AMERICA                    Account Number: 00048-00657
Page Number: 3                                           Invoice Number: 5210641

<u>ATTACHMENT 2</u>
<u>(Continued)</u>

<u>Pro Forma Invoice For Legal Services</u>

<u>Citicorp Disbursements (Itemized)</u>

| TYPE | DESCRIPTION | COST |
|------|-------------|------|
| Other Information Services | | 100.60 |
| Other Outside Services | | 362.56 |
| **TOTAL COSTS** | | <u>$463.16</u> |
| **TOTAL FEES AND COSTS** | | <u>$10,652.06</u> |

CITICORP GLOBAL FINANCE NORTH AMERICA                    Account Number:  00048-00657
Page Number:  4                                                         Invoice Number:  5210641

## TIME DETAIL

RESCAP CHAPTER 11

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/01/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 05/01/2013 | Flores, Alfredo | Contacted court reporting service to request copy of transcript of proceedings. | 0.40 |
| 05/02/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 05/03/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 05/06/2013 | Emrich, Edmund M. | E-mails & discussion with Park regarding significant new filings. | 0.10 |
| 05/06/2013 | Park, Ji Hyun | Summarize docket filings and circulate summaries internally; internal questions to E Emrich and R Facundo. | 0.30 |
| 05/07/2013 | Emrich, Edmund M. | E-mails & discussions with Facundo & Park regarding significant new filings. | 0.10 |
| 05/07/2013 | Park, Ji Hyun | Check docket and email E Emrich and R Facundo regarding exclusivity period extensions. | 0.30 |
| 05/08/2013 | Emrich, Edmund M. | E-mails & discussions with Facundo & Park regarding exclusivity extension & significant new filings. | 0.10 |
| 05/08/2013 | Park, Ji Hyun | Check docket. | 0.20 |
| 05/09/2013 | Park, Ji Hyun | Check docket. | 0.30 |
| 05/10/2013 | Emrich, Edmund M. | Reviewed Debtors' Reply regarding Cash Collateral Continuation Motion; discussion & e-mails with Park regarding same. | 0.30 |
| 05/10/2013 | Park, Ji Hyun | Check docket; discuss docket filings with R Facundo. | 0.30 |
| 05/13/2013 | Emrich, Edmund M. | E-mails with Park regarding Examiner's Report. | 0.10 |
| 05/13/2013 | Park, Ji Hyun | Review/analyze docket filings; email to E Emrich and R Facundo concerning examiner's report being filed under seal. | 0.30 |
| 05/15/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 05/16/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 05/17/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 05/21/2013 | Sosnick, Fredric | Emails with Houston regarding case timing; discussion with Houston and Washburn regarding same. | 0.30 |
| 05/21/2013 | Emrich, Edmund M. | E-mails with Houston & Sosnick regarding default interest issue; e-mails & discussions with Facundo regarding same. | 0.30 |
| 05/24/2013 | Sosnick, Fredric | Review summary of Ally settlement; emails with Emrich regarding same. | 0.20 |

CITICORP GLOBAL FINANCE NORTH AMERICA

Page Number: 5

Account Number: 00048-00657
Invoice Number: 5210641

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| 05/24/2013 | Emrich, Edmund M. | E-mails with Park regarding Debtors' Motion for Authorization to enter Plan Support Agreement; reviewed & analyzed motion papers, exhibits & related documents regarding same; discussions with Facundo regarding same; reviewed documents relating to same; drafted & circulated memo to team regarding same. | 3.70 |
| 05/24/2013 | Park, Ji Hyun | Review/analyze motion to authorize plan support agreement. | 0.30 |
| 05/28/2013 | Sosnick, Fredric | Meet with Emrich regarding PSA motion. | 0.20 |
| 05/28/2013 | Emrich, Edmund M. | Meeting with Sosnick to discuss Debtors' Motion for Authorization to enter Into Plan Support Agreement; further reviewed papers regarding same; drafted e-mail to Citibank regarding same. | 1.00 |
| 05/28/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 05/29/2013 | Sosnick, Fredric | Review and revise memo to Citi on PSA motion; meet with Emrich regarding same; meet with S&S team regarding next steps regarding same. | 1.00 |
| 05/29/2013 | Emrich, Edmund M. | Reviewed Sosnick's comments to draft of memo to Citibank on PSA motion; met with Sosnick regarding same; revised & finalized memo; met with team regarding next steps regarding same. | 1.00 |
| 05/30/2013 | Park, Ji Hyun | Check docket. | 0.10 |

**TOTAL HOURS**                                                                                                                11.60

CITICORP GLOBAL FINANCE NORTH AMERICA

Page Number: 6

Account Number: 00048-00657

Invoice Number: 5210641

## COST DETAIL

RESCAP CHAPTER 11

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 05/03/13 | INF | Other Information Services - - VENDOR: PACER SERVICE CENTER Bank ID: CITBKNY4 Check Number: 776680 | 21.00 |
| 05/03/13 | INF | Other Information Services - - VENDOR: PACER SERVICE CENTER Bank ID: CITBKNY4 Check Number: 776680 | 79.60 |
| 05/03/13 | OSD | Other Outside Services - - VENDOR: ESCRIBERS, LLC Bank ID: CITBKNY4 Check Number: 776759 | 58.80 |
| 05/20/13 | OSD | Other Outside Services - - VENDOR: BLOOMBERG FINANCE LP Bank ID: CITBKNY4 Check Number: 777397 | 303.76 |

## COST SUMMARY

| | | |
|---|---|---|
| INF | Other Information Services | 100.60 |
| OSD | Other Outside Services | 362.56 |

**COSTS** related thereto...................................................................................................    $463.16

**TOTAL** ...............................................................................................................    $10,652.06

CITICORP GLOBAL FINANCE NORTH AMERICA                    Account Number:  00048-00657
Page Number:  7                                          Invoice Number:  5210641

### SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sosnick, Fredric | 1.70 | 1,204.00 | 2,046.80 |
| Emrich, Edmund M. | 6.70 | 959.00 | 6,425.30 |
| Park, Ji Hyun | 2.80 | 584.00 | 1,635.20 |
| Flores, Alfredo | 0.40 | 204.00 | 81.60 |
| **TOTALS** | 11.60 | | $10,188.90 |

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069
WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

fsosnick@shearman.com                                                          July 12, 2013
212-848-8571


Via Email lnashelsky@mofo.com; tgoren@mofo.com


Larren M. Nashelsky
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY  10104



Todd M. Goren
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY  10104



In re: Residential Capital, LLC, et al., Bankr. S.D.N.Y. Case No. 12-12020 (MG)
Invoice for Citibank, N.A. Legal Expenses


Gentlemen:

Enclosed please find our statement for legal fees and expenses incurred in connection with our
representation of Citibank, N.A. through June 30, 2013, with respect to the chapter 11
proceedings of Residential Capital, LLC and its affiliates.

Please note that, because of the unavoidable delay in the posting of some disbursements,
especially those relating to third-party vendors, there may be disbursements that were incurred
during this billing cycle that are not reflected in this billing statement but will appear in
subsequent billing statements.  Likewise, there may appear in this statement, disbursements that
were actually incurred in prior billing periods.

If there are any questions concerning this statement, please do not hesitate to call me at the above
number.  Otherwise, in accordance with Paragraph 11 of the Final Order (I) Authorizing Use of
Cash Collateral, (II) Granting Adequate Protection and (III) Modifying the Automatic Stay in the
above-referenced chapter 11 case, please arrange for the Debtors to pay this invoice or any
portion of the invoice not subject to an objection by the Debtors or any of the other Fee Notice

ABU DHABI    |    BEIJING    |    BRUSSELS    |    FRANKFURT    |    HONG KONG    |    LONDON    |    MILAN    |    NEW YORK    |    PALO ALTO
PARIS    |    ROME    |    SAN FRANCISCO    |    SÃO PAULO    |    SHANGHAI    |    SINGAPORE    |    TOKYO    |    TORONTO    |    WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.

Larren M. Nashelsky
Todd M. Goren                                                                July 12, 2013
Page 2


Parties (as defined in the order) on July 6, 2012, the eleventh business day following receipt of
the invoice by the Fee Notice Parties.

Very truly yours,

*[signature]*

Fredric Sosnick


Attachment


cc:      Fee Notice Parties:
         Office of the United States Trustee
                 Tracy Hope Davis - tracy.davis2@usdoj.gov
                 Brian S. Masumoto - brian.masumoto@usdoj.gov
                 Linda Riffkin - linda.riffkin@usdoj.gov

         Counsel to the Official Committee of Unsecured Creditors
         Kramer Levin Naftalis & Frankel, LLP
                 Kenneth H. Eckstein - keckstein@kramerlevin.com
                 Thomas Moers Mayer - tmayer@kramerlevin.com
                 Douglas H. Mannal - dmannal@kramerlevin.com

         Counsel to Barclays Bank, PLC, as DIP Lender
         Skadden, Arps, Slate, Meagher & Flom LLP
                 Kenneth S. Ziman Ken.Ziman@skadden.com
                 Jonathan Hofer Jonathan.Hofer@skadden.com

         Counsel to Ally Financial, Inc., as DIP Lender
         Kirkland & Ellis LLP
                 Ray C. Schrock - ray.schrock@kirkland.com
                 Stephen E. Hessler - stephen.hessler@kirkland.com
                 Richard M. Cieri - richard.cieri@kirkland.com

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

July 12, 2013

When remitting,
please reference:

Trevor Houston
Managing Director – IRM NA
Citigroup Global Markets Inc.                                                    00048-00657
388 Greenwich Street
New York, NY 10013                                         Invoice Number: 5213081

FOR LEGAL SERVICES RENDERED in connection with ResCap chapter 11.

**FEES**.................................................................................................................................... $17,055.60

**COSTS** related thereto.......................................................................................................... $333.16

**TOTAL** ................................................................................................................................. $17,388.76

***PAYMENT INSTRUCTIONS***
*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

CitiPrivate Bank                    Shearman & Sterling LLP
153 East 53rd Street                  General 1 Account
New York, NY 10022                   Account #09280096
ABA #021000089                    SWIFT Code CITIUS33

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

CITICORP GLOBAL FINANCE NORTH AMERICA

Page Number: 2

Account Number: 00048-00657
Invoice Number: 5213081

## CITICORP FEES

| DATE | DESCRIPTION OF WORK DONE | ATTORNEY | RATE | HOURS | COST |
|------|--------------------------|----------|------|-------|------|
| Period | Various | Sosnick, Fredric | 1,204.00 | 2.90 | 3,491.60 |
| Period | Various | Emrich, Edmund M. | 959.00 | 10.00 | 9,590.00 |
| Period | Various | Park, Ji Hyun | 584.00 | 6.70 | 3,912.80 |
| Period | Various | Flores, Alfredo | 204.00 | 0.30 | 61.20 |

**TOTAL FEES**     $17,055.60

**COSTS**     $333.16
(Itemized on the next page)
**TOTAL DUE**     $17,388.76

CITICORP GLOBAL FINANCE NORTH AMERICA                    Account Number:  00048-00657
Page Number:  3                                         Invoice Number:  5213081

## ATTACHMENT 2
### (Continued)

### Pro Forma Invoice For Legal Services

Citicorp Disbursements (Itemized)

| TYPE | DESCRIPTION | COST |
|------|-------------|------|
| Other Outside Services | | 333.16 |

**TOTAL COSTS**                                                          $333.16

**TOTAL FEES AND COSTS**                                                 $17,388.76

CITICORP GLOBAL FINANCE NORTH AMERICA                     Account Number: 00048-00657
Page Number: 4                                            Invoice Number: 5213081

## TIME DETAIL

RESCAP CHAPTER 11

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| 06/03/2013 | Park, Ji Hyun | Check docket and discuss filing internally. | 0.20 |
| 06/04/2013 | Emrich, Edmund M. | E-mail regarding PSA issues; reviewed Agenda for omnibus hearing; e-mails with Park regarding same; e-mails with Park regarding Debtors Motion for Continued Use of Cash Collateral.. | 0.50 |
| 06/04/2013 | Park, Ji Hyun | Review docket and discuss filings with E Emrich and R Facundo. | 0.40 |
| 06/05/2013 | Emrich, Edmund M. | E-mails & discussions with Facundo & Park regarding Debtors' Motion for Authorization to Pay Certain Secured Claims & Motion for Authorization to Enter Into Plan Support Agreements; reviewed both motions; e-mails regarding same; reviewed notice from Debtors regarding adjourned omnibus hearing. | 1.00 |
| 06/05/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 06/06/2013 | Emrich, Edmund M. | E-mails with Poss regarding PSA; reviewed e-mail from Seong regarding default interest research. | 0.20 |
| 06/06/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 06/07/2013 | Sosnick, Fredric | Telephone call with Citi legal regarding PSA. | 0.50 |
| 06/07/2013 | Emrich, Edmund M. | Reviewed draft of default interest memo & related materials (.50); discussion with Sosnick regarding same (.10); conference call with Citibank regarding PSA and related issues; reviewed PSA-related documents to address Citibank's questions; worked on reviewing & revising draft of Statement of Citibank with regard to Debtors' Motion for Authorization to Enter Into PSAs; met with Facundo to discuss & revise same; drafted response to Citibank regarding issues relating to PSA; e-mails with Sosnick regarding same. | 2.20 |
| 06/07/2013 | Park, Ji Hyun | Summarize docket filings and circulate summaries internally; discuss reservation of rights with R Facundo and E Emrich. | 0.30 |
| 06/08/2013 | Emrich, Edmund M. | Reviewed PSA-related documents in response to questions from Citibank; e-mails to Poss, Sosnick, et al. regarding same. | 0.70 |
| 06/10/2013 | Sosnick, Fredric | Review default interest memo; meet with Seong regarding same; meet with Emrich regarding distributions under proposed plan; review term sheet provisions regarding same. | 1.50 |

CITICORP GLOBAL FINANCE NORTH AMERICA                    Account Number:  00048-00657
Page Number:  5                                          Invoice Number:  5213081

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| 06/10/2013 | Emrich, Edmund M. | Discussion & e-mail with Sosnick regarding draft of Statement of Citibank regarding Debtors' PSA Motion; discussion with Park regarding same; reviewed Debtors' Motion regarding FGIC Settlement; met with Park to discuss same & status of case generally; analyzed plan distributions per PSA and Term Sheets; drafted memo re same. | 1.70 |
| 06/10/2013 | Park, Ji Hyun | Review/analyze docket; discuss case status with E Emrich; locate files relating to ResCap and send to E Emrich. | 0.90 |
| 06/11/2013 | Sosnick, Fredric | Telephone call with Washburn regarding implications of PSA motion and secured claim payment motion. | 0.30 |
| 06/11/2013 | Park, Ji Hyun | Review MSR documents; discuss same with E Emrich; emails regarding the same to Citi and Shearman team; check docket. | 2.10 |
| 06/12/2013 | Sosnick, Fredric | Emails with Poss and Park regarding assignments under MSR facility; review documents regarding same; meet with Park regarding same; telephone call with Poss and Park regarding same. | 0.60 |
| 06/12/2013 | Emrich, Edmund M. | E-mails with Park & Sosnick regarding issues relating to sharing of MSR documents. | 0.10 |
| 06/12/2013 | Park, Ji Hyun | Review email from Citi regarding MSR documents; send email on same to Shearman team; discuss with F Sosnick; call with Citi regarding the same with F Sosnick; check docket filings; circulate relevant filing internally. | 1.10 |
| 06/13/2013 | Park, Ji Hyun | Check docket. | 0.20 |
| 06/14/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 06/17/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 06/18/2013 | Park, Ji Hyun | Check docket; discuss reservation of rights with R Facundo; review email from Citi. | 0.20 |
| 06/19/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 06/20/2013 | Park, Ji Hyun | Check docket. | 0.20 |
| 06/21/2013 | Park, Ji Hyun | Review docket filings. | 0.10 |
| 06/24/2013 | Emrich, Edmund M. | Reviewed Debtors' Reply to Responses to PSA Motion; reviewed Agenda for 6/26 omnibus hearing; discussions with team regarding same. | 1.00 |
| 06/24/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 06/25/2013 | Emrich, Edmund M. | Reviewed revised Agenda for omnibus hearing. | 0.20 |
| 06/25/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 06/26/2013 | Emrich, Edmund M. | Revised revised Proposed Order regarding PSA; reviewed objections chart; reviewed revised Agenda for omnibus hearing. | 1.00 |
| 06/26/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 06/26/2013 | Flores, Alfredo | Contacted court reporting service to request copy of transcript of proceedings. | 0.30 |

CITICORP GLOBAL FINANCE NORTH AMERICA                     Account Number:  00048-00657
Page Number:  6                                            Invoice Number:  5213081

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| 06/27/2013 | Emrich, Edmund M. | Reviewed summary of omnibus hearing; briefly reviewed Examiner's Report; e-mail from Hallett regarding ResCap bank account issues; reviewed new officers' Certificate regarding same. | 1.30 |
| 06/27/2013 | Park, Ji Hyun | Check docket. | 0.10 |
| 06/28/2013 | Emrich, Edmund M. | E-mails with Hallett regarding ResCap bank account issues. | 0.10 |
| 06/28/2013 | Park, Ji Hyun | Check docket. | 0.10 |

**TOTAL HOURS**                                                                19.90

CITICORP GLOBAL FINANCE NORTH AMERICA                    Account Number:  00048-00657
Page Number:  7                                                         Invoice Number:  5213081

## COST DETAIL

RESCAP CHAPTER 11

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 06/11/13 | OSD | Other Outside Services - - VENDOR: BLOOMBERG FINANCE LP Bank ID: CITBKNY4 Check Number: 778078 | 333.16 |

### COST SUMMARY

| OSD | Other Outside Services | 333.16 |
|-----|------------------------|--------|

**COSTS** related thereto......................................................................................................  $333.16

**TOTAL** ............................................................................................................................  $17,388.76

CITICORP GLOBAL FINANCE NORTH AMERICA
Page Number: 8

Account Number: 00048-00657
Invoice Number: 5213081

## SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sosnick, Fredric | 2.90 | 1,204.00 | 3,491.60 |
| Emrich, Edmund M. | 10.00 | 959.00 | 9,590.00 |
| Park, Ji Hyun | 6.70 | 584.00 | 3,912.80 |
| Flores, Alfredo | 0.30 | 204.00 | 61.20 |
| **TOTALS** | 19.90 | | $17,055.60 |

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

fsosnick@shearman.com                                                        October 2, 2013
212-848-8571

Via Email lnashelsky@mofo.com; tgoren@mofo.com

Larren M. Nashelsky
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY  10104

Todd M. Goren
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY  10104

In re: Residential Capital, LLC, et al., Bankr. S.D.N.Y. Case No. 12-12020 (MG)
Invoice for Citibank, N.A. Legal Expenses

Gentlemen:

Enclosed please find our statement for legal fees and expenses incurred in connection with our
representation of Citibank, N.A. through August 31, 2013, with respect to the chapter 11
proceedings of Residential Capital, LLC and its affiliates.  Also, we have not yet received
payment on the following invoices:

Invoice # 5208826, dated 5/16/13, in the amount of $23,456.03
Invoice # 5210641, dated 6/10/13, in the amount of $10,652.06
Invoice # 5213081, dated 7/12/13, in the amount of $17,388.76

In accordance with my letter to Robert Feinstein, dated August 20, 2013, and Paragraph 11 of the
Final Order (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection and (III)
Modifying the Automatic Stay in the above-referenced chapter 11 case, please arrange for the
Debtors to pay these invoices or any portion of the invoices not subject to an objection by the
Debtors or any of the other Fee Notice Parties (as defined in the order) on July 6, 2012, the
eleventh business day following receipt of the invoice by the Fee Notice Parties.  Continued
failure by the estate will force us to seek redress from the Court.

ABU  DHABI    |    BEIJING    |    BRUSSELS    |    FRANKFURT    |    HONG  KONG    |    LONDON    |    MILAN    |    NEW  YORK    |    PALO  ALTO
PARIS    |    ROME    |    SAN  FRANCISCO    |    SÃO  PAULO    |    SHANGHAI    |    SINGAPORE    |    TOKYO    |    TORONTO    |    WASHINGTON,  DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.

NYDOCS03/950804.2

Larren M. Nashelsky
Todd M. Goren                                                          October 2, 2013
Page 2

Please note that, because of the unavoidable delay in the posting of some disbursements,
especially those relating to third-party vendors, there may be disbursements that were incurred
during this billing cycle that are not reflected in this billing statement but will appear in
subsequent billing statements. Likewise, there may appear in this statement disbursements that
were actually incurred in prior billing periods.

Very truly yours,

Fredric Sosnick

Attachment

cc:     Fee Notice Parties:
        Office of the United States Trustee
                Tracy Hope Davis - tracy.davis2@usdoj.gov
                Brian S. Masumoto - brian.masumoto@usdoj.gov
                Linda Riffkin - linda.riffkin@usdoj.gov

        Counsel to the Official Committee of Unsecured Creditors
        Kramer Levin Naftalis & Frankel, LLP
                Kenneth H. Eckstein - keckstein@kramerlevin.com
                Thomas Moers Mayer - tmayer@kramerlevin.com
                Douglas H. Mannal - dmannal@kramerlevin.com

        Counsel to Barclays Bank, PLC, as DIP Lender
        Skadden, Arps, Slate, Meagher & Flom LLP
                Kenneth S. Ziman Ken.Ziman@skadden.com
                Jonathan Hofer Jonathan.Hofer@skadden.com

        Counsel to Ally Financial, Inc., as DIP Lender
        Kirkland & Ellis LLP
                Ray C. Schrock - ray.schrock@kirkland.com
                Stephen E. Hessler - stephen.hessler@kirkland.com
                Richard M. Cieri - richard.cieri@kirkland.com

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

September 16, 2013

When remitting,
please reference:

Trevor Houston
Managing Director – IRM NA
Citigroup Global Markets Inc.            00048-00657
388 Greenwich Street
New York, NY  10013                      Invoice Number:  5217527

---

FOR LEGAL SERVICES RENDERED in connection with ResCap chapter 11.

**FEES**.................................................................................................................................... $70,051.60

**COSTS** related thereto...................................................................................................... $1,158.79

**TOTAL** ................................................................................................................................ <u>$71,210.39</u>

---

### PAYMENT INSTRUCTIONS
*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

CitiPrivate Bank                    Shearman & Sterling LLP
153 East 53rd Street                   General 1 Account
New York, NY 10022                    Account #09280096
ABA #021000089                    SWIFT Code CITIUS33

***Please reference the client matter and invoice numbers on the electronic fund transfer.***
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

CITICORP GLOBAL FINANCE NORTH AMERICA
Page Number: 2

Account Number: 00048-00657
Invoice Number: 5217527

## CITICORP FEES

| DATE | DESCRIPTION OF WORK DONE | ATTORNEY | RATE | HOURS | COST |
|------|--------------------------|----------|------|-------|------|
| Period | Various | Roll III, William J. | 1,104.00 | 0.70 | 772.80 |
| Period | Various | Sosnick, Fredric | 1,204.00 | 9.30 | 11,197.20 |
| Period | Various | Emrich, Edmund M. | 984.00 | 38.60 | 37,982.40 |
| Period | Various | Facundo, Richard | 659.00 | 20.10 | 13,245.90 |
| Period | Various | Park, Ji Hyun | 659.00 | 9.70 | 6,392.30 |
| Period | Various | Flores, Alfredo | 204.00 | 0.40 | 81.60 |
| Period | Various | Merkin, David | 239.00 | 1.30 | 310.70 |
| Period | Various | Tucker, James H. | 229.00 | 0.30 | 68.70 |

**TOTAL FEES**  $70,051.60

**COSTS**  $1,158.79
(Itemized on the next page)
**TOTAL DUE**  $71,210.39

September 16, 2013

CITICORP GLOBAL FINANCE NORTH AMERICA
Page Number:  3

Account Number:  00048-00657
Invoice Number:  5217527

## ATTACHMENT 2
### (Continued)

### Pro Forma Invoice For Legal Services

Citicorp Disbursements (Itemized)

| TYPE | DESCRIPTION | COST |
|------|-------------|------|
| Other Outside Services | | 1,158.79 |
| **TOTAL COSTS** | | $1,158.79 |
| **TOTAL FEES AND COSTS** | | $71,210.39 |

CITICORP GLOBAL FINANCE NORTH AMERICA
Page Number: 4

Account Number: 00048-00657
Invoice Number: 5217527

## TIME DETAIL

RESCAP CHAPTER 11

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| 07/02/2013 | Emrich, Edmund M. | Reviewed & analyzed Answer & Counterclaims filed by Junior Secured Noteholders; discussions & e-mails with Facundo regarding same. | 1.50 |
| 07/02/2013 | Facundo, Richard | Review and analyze answer and counterclaims by junior secured noteholders in adversary proceeding in ResCap cases; Discussion with E. Emrich regarding same. | 1.50 |
| 07/03/2013 | Emrich, Edmund M. | Analyzed Answer & Counterclaims filed by Junior Secured Noteholders; discussions & e-mails with Facundo regarding same; e-mail to Sosnick regarding same. | 0.50 |
| 07/03/2013 | Facundo, Richard | Discussion with E. Emrich regarding Answer and Counterclaim of Junior Secured Noteholders in adversary proceeding in ResCap cases; Email to F. Sosnick regarding same. | 0.50 |
| 07/05/2013 | Emrich, Edmund M. | E-mails with team regarding Plan, Disclosure Statement & Motion for Approval of Disclosure Statement, etc.; preliminary review and analysis of same; further e-mails with team regarding same. | 2.50 |
| 07/05/2013 | Park, Ji Hyun | Review docket filings (plan, disclosure statement and related filings) and circulate summaries internally; email communication with team on same filings. | 1.90 |
| 07/08/2013 | Emrich, Edmund M. | Review & analysis of Plan, Disclosure Statement & Motion for Approval of Disclosure Statement, etc.; reviewed First Amended Complaint in JSN adversary proceeding; e-mails & discussions with team regarding the foregoing; e-mails & discussions with Cornejo regarding ResCap bank accounts at Citibank. | 3.40 |
| 07/08/2013 | Park, Ji Hyun | Review of disclosure statement recovery analysis; discuss same with R Facundo. | 0.50 |
| 07/09/2013 | Sosnick, Fredric | Review email summary of key plan issues; meet with Emrich regarding same. | 0.20 |
| 07/09/2013 | Emrich, Edmund M. | Reviewed matters relating to Plan & Disclosure Statement; e-mails & discussion with Sosnick regarding same; e-mail to Citibank regarding same; reviewed Amended Agenda for omnibus hearing. | 1.00 |
| 07/09/2013 | Park, Ji Hyun | Review docket filings. | 0.20 |
| 07/10/2013 | Sosnick, Fredric | Review plan. | 0.70 |
| 07/10/2013 | Emrich, Edmund M. | Reviewed Disclosure Statement Hearing notice; e-mails regarding same. | 0.10 |
| 07/11/2013 | Sosnick, Fredric | Completed review of plan of reorganization and disclosure statement; meet with Emrich and Facundo regarding same. | 3.80 |

CITICORP GLOBAL FINANCE NORTH AMERICA
Page Number: 5

Account Number: 00048-00657
Invoice Number: 5217527

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|------------|-------------|-------|
| 07/11/2013 | Emrich, Edmund M. | Met with Sosnick & Facundo to discuss Plan & Disclosure Statement; reviewed & analyzed provisions regarding same; e-mail to team regarding same; discussion with Facundo regarding same. | 1.50 |
| 07/11/2013 | Facundo, Richard | Meeting with F. Sosnick and E. Emrich regarding Disclosure Statement and Plan. | 0.90 |
| 07/11/2013 | Park, Ji Hyun | Review docket filings. | 0.10 |
| 07/12/2013 | Sosnick, Fredric | Emails regarding disputed claim reserve comments; review disclosure statement motion. | 1.20 |
| 07/12/2013 | Emrich, Edmund M. | E-mails & discussions with Facundo regarding issues relating to Disclosure Statement and Plan; reviewed & commented on same; e-mails with Cornejo regarding ResCap bank accounts; reviewed Agenda for 7/14 hearing; e-mails & discussions with Park & Facundo regarding same; e-mails with Sosnick regarding Plan & Disclosure Statement issues. | 1.00 |
| 07/12/2013 | Facundo, Richard | Discussion with E. Emrich regarding issues concerning Disclosure Statement and Plan; Begin mark-up of Disclosure Statement. | 0.50 |
| 07/12/2013 | Park, Ji Hyun | Discuss agenda for Monday's hearing with E Emrich and R Facundo; send emails on the same; review recent filings. | 0.50 |
| 07/15/2013 | Emrich, Edmund M. | E-mails & discussion with Facundo regarding Plan & Disclosure Statement issues. | 0.20 |
| 07/15/2013 | Facundo, Richard | Review of Disclosure Statement and Plan; Edits to same. | 2.00 |
| 07/15/2013 | Park, Ji Hyun | Review docket filings. | 0.40 |
| 07/16/2013 | Emrich, Edmund M. | Reviewed draft of comments to Plan & Disclosure Statement; met with Facundo to discuss same and related matters. | 0.40 |
| 07/16/2013 | Park, Ji Hyun | Review docket filings. | 0.30 |
| 07/17/2013 | Emrich, Edmund M. | Discussions & e-mails with Facundo & Park regarding Debtors' Motion to Dismiss Certain Counterclaims in UMB Bank adversary proceeding; began reviewing same. | 0.30 |
| 07/17/2013 | Park, Ji Hyun | Review docket filings; send memo of law/motion to dismiss to R Facundo; emails regarding the same. | 0.50 |
| 07/18/2013 | Emrich, Edmund M. | Reviewed draft of comments to Plan & Disclosure Statement; briefly reviewed Motion to Dismiss JSN's claims. | 0.50 |
| 07/19/2013 | Emrich, Edmund M. | E-mails with Facundo & Park regarding JSN Motion regarding Mediation & Settlement Discussions. | 0.10 |
| 07/22/2013 | Emrich, Edmund M. | E-mails with Park & Facundo regarding Debtors' Motion regarding Payments to JSNs. | 0.10 |
| 07/22/2013 | Facundo, Richard | Review of Proposed Disclosure Statement and Proposed Plan; Minor edits to same. | 0.40 |

CITICORP GLOBAL FINANCE NORTH AMERICA
Page Number: 6

Account Number: 00048-00657
Invoice Number: 5217527

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| 07/22/2013 | Park, Ji Hyun | Review docket filings and discuss with R Facundo; summarize recent filing and send to E Emrich and R Facundo; follow up email. | 0.40 |
| 07/23/2013 | Sosnick, Fredric | Review proposed mark-up of plan and disclosure statement; meetings with Emrich regarding same. | 0.50 |
| 07/23/2013 | Emrich, Edmund M. | Discussion with Facundo regarding draft of comments to proposed disclosure statement and plan; reviewed revised draft of same. | 0.50 |
| 07/23/2013 | Facundo, Richard | Discussion with E. Emrich regarding edits to proposed disclosure statement and proposed plan; Additional edits to Proposed Disclosure Statement and Proposed Plan. | 1.50 |
| 07/23/2013 | Park, Ji Hyun | Review docket filings. | 0.40 |
| 07/24/2013 | Emrich, Edmund M. | E-mails & telephone call with E. Cornejo regarding ResCap bank accounts; e-mail from Park regarding hearing agenda. | 0.30 |
| 07/24/2013 | Park, Ji Hyun | Review docket filings. | 0.20 |
| 07/29/2013 | Emrich, Edmund M. | Discussions with Sosnick & e-mails with Sosnick, Washburn & Houston regarding comments to Disclosure Statement & Plan and strategy call. | 0.20 |
| 07/30/2013 | Park, Ji Hyun | Review/analyze docket filings; send certain filings to E Emrich and R Facundo. | 0.50 |
| 08/01/2013 | Emrich, Edmund M. | Briefly reviewed Debtors' & Creditors' Committee's Memorandum of Law in Opposition to Junior Secured Noteholders' Motion to Dismiss Complaint, as well as Junior Secured Noteholders' Answer, Affirmative Defenses and Counterclaims; e-mails with team regarding same. | 0.50 |
| 08/02/2013 | Park, Ji Hyun | Check docket; discuss status with E Emrich and R Facundo. | 0.10 |
| 08/05/2013 | Emrich, Edmund M. | Reviewed arguments made by JSNs regarding default interest; e-mails with Facundo and Sosnick regarding same. | 0.50 |
| 08/05/2013 | Facundo, Richard | Review of ResCap bankruptcy docket. | 0.10 |
| 08/06/2013 | Sosnick, Fredric | Review comments to disclosure statement; call with Citi team regarding decision to press default interest. | 0.80 |
| 08/06/2013 | Emrich, Edmund M. | Work on matters regarding claim for default interest & comments to Disclosure Statement; conference call with Houston, Washburn & Sosnick to discuss same; e-mails & discussion with Facundo regarding same & calendar of upcoming important dates in Plan process; sent Disclosure Statement and Plan comments to Debtors' counsel. | 1.30 |
| 08/07/2013 | Emrich, Edmund M. | Worked on matters regarding comments to Disclosure Statement and Plan, including e-mails with Goren, Martin, Sosnick & Facundo; worked on revising draft of Objection to Disclosure Statement; discussions with Facundo regarding same. | 1.20 |

CITICORP GLOBAL FINANCE NORTH AMERICA
Page Number: 7

Account Number: 00048-00657
Invoice Number: 5217527

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|------------|-------------|-------|
| 08/07/2013 | Facundo, Richard | Review of ResCap bankruptcy docket; Draft objection to ResCap Disclosure Statement; Review and comment on suggested changes to Disclosure Statement; Discussion with E. Emrich regarding changes. | 3.80 |
| 08/08/2013 | Sosnick, Fredric | Review Debtor comments to proposed language; emails regarding same; meet with Emrich regarding same; review revised language from Debtors; meet with Emrich regarding same; review revised reserve language; meetings with Emrich regarding same. | 1.40 |
| 08/08/2013 | Emrich, Edmund M. | Worked on matters regarding comments to Disclosure Statement and draft of Objection to Disclosure Statement, including e-mails & discussions with team, Citibank & S. Martin (MoFo). | 2.50 |
| 08/08/2013 | Facundo, Richard | Further comments and revisions to Disclosure Statement and Disclosure Statement Objection. | 2.90 |
| 08/10/2013 | Emrich, Edmund M. | E-mails with team & Washburn regarding RSA and call to discuss RSA. | 0.20 |
| 08/11/2013 | Emrich, Edmund M. | E-mails with team & Washburn regarding RSA; participated in call with Citibank to discuss RSA. | 0.70 |
| 08/12/2013 | Emrich, Edmund M. | E-mail from Park regarding pleadings filed in JSN adversary proceeding. | 0.10 |
| 08/12/2013 | Park, Ji Hyun | Review/analyze recent docket filings and discuss status with R Facundo and E Emrich. | 0.70 |
| 08/13/2013 | Park, Ji Hyun | Review/analyze docket filings from 8/8/2013 (disclosure statement objections). | 0.10 |
| 08/14/2013 | Roll III, William J. | Telephone call with Sosnick regarding disputed fees issue. | 0.50 |
| 08/14/2013 | Emrich, Edmund M. | Discussion with Sosnick regarding response to Creditors' Committee's letter; reviewed relevant documents; worked on drafting same; e-mail to Sosnick regarding same. | 0.50 |
| 08/15/2013 | Sosnick, Fredric | Review response to Committee fee letter; emails with Roll regarding same. | 0.20 |
| 08/15/2013 | Emrich, Edmund M. | Finalization of letter in response to Creditors' Committee's letter regarding fees and expenses; e-mails regarding same with Sosnick & Roll. | 0.20 |
| 08/16/2013 | Roll III, William J. | Review of Emrich draft response letter. | 0.20 |
| 08/16/2013 | Emrich, Edmund M. | E-mails with Washburn, Houston & Sosnick regarding draft of response to letter from Creditors' Committee regarding fees & expenses; reviewed pleadings and related e-mail regarding JSN adversary proceeding; discussion with Facundo regarding strategy; e-mails with Park regarding review of revised Disclosure Statement. | 0.90 |

September 10, 2013

CITICORP GLOBAL FINANCE NORTH AMERICA
Page Number: 8

Account Number: 00048-00657
Invoice Number: 5217527

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| 08/16/2013 | Facundo, Richard | Review of pleadings and email to internal group regarding JSN / UCC / Debtor adversary proceeding in connection with default interest dispute; Discussion with E. Emrich regarding potential strategy in matters pertaining to payment of default interest. | 0.80 |
| 08/16/2013 | Park, Ji Hyun | Review ResCap filings, including disclosure statement; email R Facundo and E Emrich on the same. | 0.70 |
| 08/17/2013 | Facundo, Richard | Initial review of revisions to Disclosure Statement. | 0.50 |
| 08/19/2013 | Sosnick, Fredric | Emails with Emrich and Citi regarding response to Committee response. | 0.10 |
| 08/19/2013 | Emrich, Edmund M. | E-mails with Washburn, Houston & Sosnick regarding draft of response to Creditors' Committee's letter; revised & finalized same; reviewed & commented on revised draft of Disclosure Statement; discussions & e-mails with team regarding same;  e-mail to MoFo regarding same; telephone call & e-mail with Washburn regarding default interest dispute; began reviewing research materials regarding same. | 2.80 |
| 08/19/2013 | Facundo, Richard | Discussion with E. Emrich regarding revised Disclosure Statement. | 0.30 |
| 08/19/2013 | Park, Ji Hyun | Review ResCap filings; discuss disclosure statement amendments with R Facundo. | 0.60 |
| 08/20/2013 | Sosnick, Fredric | Emails regarding Citi language in disclosure statement; final review of response letter to Committee; meet with Emrich regarding committee response and disclosure statement hearing. | 0.30 |
| 08/20/2013 | Emrich, Edmund M. | E-mail from Goren regarding Debtors' acceptance of comments to Disclosure Statement; further revised & finalized draft of response to Creditors' Committee regarding fees & expenses; continued reviewing research materials regarding default interest issue; discussions with Facundo regarding same. | 2.30 |
| 08/20/2013 | Facundo, Richard | Review agenda for hearing scheduled for August 21, 2013. | 0.20 |
| 08/20/2013 | Park, Ji Hyun | Review ResCap filings. | 0.20 |
| 08/20/2013 | Tucker, James H. | Searched various online sources to locate requested journal article, for R. Facundo. | 0.30 |
| 08/21/2013 | Emrich, Edmund M. | E-mails with Facundo regarding matters addressed at Disclosure Statement hearing; reviewed research materials regarding default interest issue. | 1.60 |
| 08/21/2013 | Facundo, Richard | Discussion with E. Emrich regarding Disclosure Statement amendments. | 0.20 |
| 08/21/2013 | Park, Ji Hyun | Review ResCap filings. | 0.20 |
| 08/22/2013 | Emrich, Edmund M. | Reviewed research materials regarding default interest. | 2.10 |
| 08/22/2013 | Facundo, Richard | Beginning review of transcript of August 21 hearing. | 0.10 |
| 08/22/2013 | Park, Ji Hyun | Review docket filings. | 0.20 |

CITICORP GLOBAL FINANCE NORTH AMERICA
Page Number: 9

Account Number: 00048-00657
Invoice Number: 5217527

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|-----------|-------------|-------|
| 08/23/2013 | Emrich, Edmund M. | Reviewed & outlined research materials regarding default interest dispute; e-mails with Park regarding JSN adversary proceeding; reviewed pleadings regarding same. | 2.20 |
| 08/23/2013 | Facundo, Richard | Beginning review of transcript of August 21 hearing; Review of approved Disclosure Statement and concomitant order. | 0.70 |
| 08/23/2013 | Park, Ji Hyun | Check docket and send recent filings to E Emrich and R Facundo. | 0.60 |
| 08/23/2013 | Merkin, David | Research Pacer, Westlaw, Lexis, Bloomberg. Docket items from Milham SDNY Bankruptcy case 1996. For R. Facundo. | 1.30 |
| 08/26/2013 | Emrich, Edmund M. | Reviewed research materials regarding default interest dispute. | 1.20 |
| 08/26/2013 | Facundo, Richard | Review of Transcript of Disclosure Statement hearing. | 0.20 |
| 08/27/2013 | Emrich, Edmund M. | Reviewed & outlined research materials regarding default interest dispute. | 1.20 |
| 08/29/2013 | Sosnick, Fredric | Meeting with Emrich regarding Junior noteholder decision. | 0.10 |
| 08/29/2013 | Emrich, Edmund M. | Discussions & e-mail with Facundo regarding additional default interest research; e-mail from Park regarding Order issues in JSN adversary proceeding; reviewed same; discussed same with Sosnick & Facundo. | 0.50 |
| 08/29/2013 | Facundo, Richard | Research related to recovery of default interest; Review of transcript of hearing of August 28. | 1.60 |
| 08/29/2013 | Park, Ji Hyun | Review docket and send recent filings to E Emrich and R Facundo. | 0.40 |
| 08/29/2013 | Flores, Alfredo | Contacted court reporting service to request a copy of transcript of proceedings. | 0.40 |
| 08/30/2013 | Emrich, Edmund M. | Reviewed research materials regarding issues relating to default interest dispute; e-mails with Facundo regarding matters relating to JSN adversary proceeding. | 2.00 |
| 08/30/2013 | Facundo, Richard | Research related to recovery of default interest; REview of transcript of hearing of August 28. | 1.40 |

**TOTAL HOURS**                                                                                              80.40

CITICORP GLOBAL FINANCE NORTH AMERICA                    Account Number: 00048-00657
Page Number: 10                                          Invoice Number: 5217527

## COST DETAIL

RESCAP CHAPTER 11

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 07/09/13 | OSD | Other Outside Services - - VENDOR: ESCRIBERS, LLC Bank ID: CITBKNY4 Check Number: 778186 | 198.00 |
| 07/11/13 | OSD | Other Outside Services - - VENDOR: BLOOMBERG FINANCE LP Bank ID: CITBKNY4 Check Number: 778629 | 303.76 |
| 07/24/13 | OSD | Other Outside Services - - VENDOR: ESCRIBERS, LLC Bank ID: CITBKNY4 Check Number: 778849 | 54.00 |
| 08/07/13 | OSD | Other Outside Services - - VENDOR: PACER SERVICE CENTER Bank ID: CITBKNY4 Check Number: 778822 | 5.00 |
| 08/07/13 | OSD | Other Outside Services - - VENDOR: PACER SERVICE CENTER Bank ID: CITBKNY4 Check Number: 778822 | 106.00 |
| 08/09/13 | OSD | Other Outside Services - - VENDOR: BLOOMBERG FINANCE LP Bank ID: CITBKNY4 Check Number: 779038 | 316.83 |
| 08/27/13 | OSD | Other Outside Services - - VENDOR: ESCRIBERS, LLC Bank ID: CITBKNY4 Check Number: 779309 | 175.20 |

## COST SUMMARY

| OSD | Other Outside Services | 1,158.79 | |
|-----|------------------------|----------|--|

**COSTS** related thereto.......................................................................................................    $1,158.79


**TOTAL** .............................................................................................................................    $71,210.39

CITICORP GLOBAL FINANCE NORTH AMERICA          Account Number:  00048-00657
Page Number:  11                                                          Invoice Number:  5217527

## SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Roll III, William J. | 0.70 | 1,104.00 | 772.80 |
| Sosnick, Fredric | 9.30 | 1,204.00 | 11,197.20 |
| Emrich, Edmund M. | 38.60 | 984.00 | 37,982.40 |
| Facundo, Richard | 20.10 | 659.00 | 13,245.90 |
| Park, Ji Hyun | 9.70 | 659.00 | 6,392.30 |
| Flores, Alfredo | 0.40 | 204.00 | 81.60 |
| Merkin, David | 1.30 | 239.00 | 310.70 |
| Tucker, James H. | 0.30 | 229.00 | 68.70 |
| **TOTALS** | 80.40 | | $70,051.60 |

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

fsosnick@shearman.com
212-848-8571

October 23, 2013

**Via Email lnashelsky@mofo.com; tgoren@mofo.com**

Larren M. Nashelsky
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104

Todd M. Goren
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104

In re: Residential Capital, LLC, et al., Bankr. S.D.N.Y. Case No. 12-12020 (MG)
**Invoice for Citibank, N.A. Legal Expenses**

Gentlemen:

Enclosed please find our statement for legal fees and expenses incurred in connection with our representation of Citibank, N.A. through September 30, 2013, with respect to the chapter 11 proceedings of Residential Capital, LLC and its affiliates. Also, we have not yet received payment on the following invoices:

Invoice # 5208826, dated 5/16/13, in the amount of $23,456.03
Invoice # 5210641, dated 6/10/13, in the amount of $10,652.06
Invoice # 5213081, dated 7/12/13, in the amount of $17,388.76
Invoice # 5217527, dated 9/16/13, in the amount of $71,210.39

In accordance with my letter to Robert Feinstein, dated August 20, 2013, and Paragraph 11 of the Final Order (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection and (III) Modifying the Automatic Stay in the above-referenced chapter 11 case, please arrange for the Debtors to pay these invoices or any portion of the invoices not subject to an objection by the Debtors or any of the other Fee Notice Parties (as defined in the order) on July 6, 2012, the eleventh business day following receipt of the invoice by the Fee Notice Parties. Continued failure by the estate will force us to seek redress from the Court.

ABU DHABI | BEIJING | BRUSSELS | FRANKFURT | HONG KONG | LONDON | MILAN | NEW YORK | PALO ALTO
PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LIMIT THE PERSONAL LIABILITY OF PARTNERS.

NYDOCS03/950804.2

Larren M. Nashelsky
Todd M. Goren                                                          October 23, 2013
Page 2

Please note that, because of the unavoidable delay in the posting of some disbursements, especially those relating to third-party vendors, there may be disbursements that were incurred during this billing cycle that are not reflected in this billing statement but will appear in subsequent billing statements.  Likewise, there may appear in this statement disbursements that were actually incurred in prior billing periods.

Very truly yours,

Fredric Sosnick

Attachment

cc:     Fee Notice Parties:
        Office of the United States Trustee
                Tracy Hope Davis - tracy.davis2@usdoj.gov
                Brian S. Masumoto - brian.masumoto@usdoj.gov
                Linda Riffkin - linda.riffkin@usdoj.gov

        Counsel to the Official Committee of Unsecured Creditors
        Kramer Levin Naftalis & Frankel, LLP
                Kenneth H. Eckstein - keckstein@kramerlevin.com
                Thomas Moers Mayer - tmayer@kramerlevin.com
                Douglas H. Mannal - dmannal@kramerlevin.com

        Counsel to Barclays Bank, PLC, as DIP Lender
        Skadden, Arps, Slate, Meagher & Flom LLP
                Kenneth S. Ziman - Ken.Ziman@skadden.com
                Jonathan Hofer Jonathan.Hofer@skadden.com

        Counsel to Ally Financial, Inc., as DIP Lender
        Kirkland & Ellis LLP
                Ray C. Schrock - ray.schrock@kirkland.com
                Stephen E. Hessler - stephen.hessler@kirkland.com
                Richard M. Cieri - richard.cieri@kirkland.com

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

October 23, 2013

When remitting,
please reference:

Trevor Houston
Managing Director – IRM NA
Citigroup Global Markets Inc.                                    00048-00657
388 Greenwich Street
New York, NY 10013                              Invoice Number: 5220518

---

FOR LEGAL SERVICES RENDERED in connection with ResCap chapter 11.

**FEES**..................................................................................................... $35,288.00

**COSTS** related thereto.......................................................................... $647.90

**TOTAL** ................................................................................................. $35,935.90

---

### PAYMENT INSTRUCTIONS
*Please return one remittance copy with your payment to the attention of the Financial Services Department.*
*For wire transfer payment, please send funds to:*

CitiPrivate Bank                         Shearman & Sterling LLP
153 East 53rd Street                     General 1 Account
New York, NY 10022                       Account #09280096
ABA #021000089                           SWIFT Code CITIUS33

*Please reference the client matter and invoice numbers on the electronic fund transfer.*
*Time and costs, if any, recorded after date of statement will appear on a subsequent statement*
*Tax Identification Number 13-5514352*

CITICORP GLOBAL FINANCE NORTH AMERICA

Account Number:  00048-00657

Page Number:  2

Invoice Number:  5220518

## CITICORP FEES

| DATE | DESCRIPTION OF WORK DONE | ATTORNEY | RATE | HOURS | COST |
|------|--------------------------|----------|------|-------|------|
| Period | Various | Roll III, William J. | 1,104.00 | 3.50 | 3,864.00 |
| Period | Various | Sosnick, Fredric | 1,204.00 | 2.20 | 2,648.80 |
| Period | Various | Emrich, Edmund M. | 984.00 | 28.20 | 27,748.80 |
| Period | Various | Facundo, Richard | 659.00 | 0.80 | 527.20 |
| Period | Various | Mounier, Jerome | 384.00 | 1.30 | 499.20 |

**TOTAL FEES**  $35,288.00

**COSTS**  $647.90
(Itemized on the next page)

**TOTAL DUE**  $35,935.90

October 23, 2013

CITICORP GLOBAL FINANCE NORTH AMERICA
Page Number: 3

Account Number: 00048-00657
Invoice Number: 5220518

### ATTACHMENT 2
#### (Continued)

#### Pro Forma Invoice For Legal Services

Citicorp Disbursements (Itemized)

| TYPE | DESCRIPTION | COST |
|------|-------------|------|
| Inhouse Photocopies | | 0.21 |
| Other Outside Services | | 647.69 |
| **TOTAL COSTS** | | **$647.90** |
| **TOTAL FEES AND COSTS** | | **$35,935.90** |

October 23, 2013

CITICORP GLOBAL FINANCE NORTH AMERICA

Account Number:  00048-00657

Page Number:  4

Invoice Number:  5220518

**TIME DETAIL**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 09/03/2013 | Emrich, Edmund M. | ███████████████ | 2.20 |
| 09/06/2013 | Emrich, Edmund M. | ████████████████████ | 1.00 |
| 09/09/2013 | Emrich, Edmund M. | ████████████████ | 1.50 |
| 09/10/2013 | Emrich, Edmund M. | ███████████████ e-mails with E. Cornejo regarding ResCap bank accounts; ████ ███████ | 1.70 |
| 09/17/2013 | Emrich, Edmund M. | █████████████████████ | 0.10 |
| 09/18/2013 | Sosnick, Fredric | Telephone call with Emrich regarding bank accounts and next steps. | 0.50 |
| 09/18/2013 | Emrich, Edmund M. | Worked on matters regarding bank accounts; telephone call with Sosnick regarding same & next steps. | 0.50 |
| 09/19/2013 | Emrich, Edmund M. | ███████████████ | 0.50 |
| 09/19/2013 | Facundo, Richard | ███████████████ | 0.30 |
| 09/20/2013 | Emrich, Edmund M. | ███████████████ | 1.00 |
| 09/21/2013 | Roll III, William J. | ███████████████ | 0.50 |
| 09/21/2013 | Emrich, Edmund M. | ███████████████ | 0.50 |
| 09/22/2013 | Roll III, William J. | ████████████ | 0.50 |
| 09/23/2013 | Sosnick, Fredric | ███████████████ | 1.30 |
| 09/23/2013 | Roll III, William J. | Meeting with Sosnick and Emrich regarding █████ ████████ London accounts issues; telephone call with Sosnick regarding same; meeting with Emrich regarding same; call with Curtis-Mallet (with Emrich) regarding same. | 2.00 |
| 09/23/2013 | Emrich, Edmund M. | ███████████████ | 4.00 |
| 09/24/2013 | Emrich, Edmund M. | ███████████████ | 3.00 |
| 09/25/2013 | Sosnick, Fredric | ███████████████ | 0.40 |

October 23, 2013

**CITICORP GLOBAL FINANCE NORTH AMERICA**    Account Number:  00048-00657
Page Number:  5    Invoice Number:  5220518

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|------|------------|-------------|-------|
| | | ■ | |
| 09/25/2013 | Emrich, Edmund M. | ■ | 3.10 |
| 09/25/2013 | Mounier, Jerome | ■ | 0.50 |
| 09/26/2013 | Roll III, William J. | ■ | 0.50 |
| 09/26/2013 | Emrich, Edmund M. | ■ | 3.00 |
| 09/26/2013 | Mounier, Jerome | ■ | 0.30 |
| 09/27/2013 | Emrich, Edmund M. | ■ | 2.60 |
| 09/27/2013 | Facundo, Richard | ■ | 0.20 |
| 09/27/2013 | Mounier, Jerome | ■ | 0.50 |
| 09/28/2013 | Emrich, Edmund M. | ■ | 1.50 |
| 09/28/2013 | Facundo, Richard | ■ | 0.20 |
| 09/30/2013 | Emrich, Edmund M. | ■ | 2.00 |
| 09/30/2013 | Facundo, Richard | ■ | 0.10 |

**TOTAL HOURS**    36.00

**FEES**............................................................................................    $35,288.00

**COST SUMMARY**

| CPY | Inhouse Photocopies | 0.21 | |
| OSD | Other Outside Services | 647.69 | |

**COSTS related thereto**............................................................    $647.90

**TOTAL** ...............................................................................    **$35,935.90**

October 23, 2013

CITICORP GLOBAL FINANCE NORTH AMERICA

Account Number: 00048-00657

Page Number: 6

Invoice Number: 5220518

### SUMMARY OF TIME CHARGES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Roll III, William J. | 3.50 | 1,104.00 | 3,864.00 |
| Sosnick, Fredric | 2.20 | 1,204.00 | 2,648.80 |
| Emrich, Edmund M. | 28.20 | 984.00 | 27,748.80 |
| Facundo, Richard | 0.80 | 659.00 | 527.20 |
| Mounier, Jerome | 1.30 | 384.00 | 499.20 |
| **TOTALS** | 36.00 | | **$35,288.00** |