EXHIBIT B

# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

August 20, 2013

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones
780 Third Avenue
36th Floor
New York, NY 10017-2024

    Re:    In re: Residential Capital, LLC, et al., Bankr.
            **SDNY Case No. 12-12020 (MG)**
            **Invoice for Citibank, N.A. Legal Expenses**

Dear Mr. Feinstein:

This is in response to your letter of July 23, 2013 with regard to the legal fees and expenses of Shearman & Sterling, LLP, as counsel to Citibank, N.A. ("Citibank"), for the month of June, 2013 (the "June Fee Statement") in connection with the chapter 11 cases of Residential Capital, LLC and its affiliates (collectively, the "Debtors"). We strenuously dispute the allegations made in your letter, and demand payment of the June Fee Statement and any subsequent invoices submitted on behalf of Citibank as Adequate Protection Payments pending any contrary direction from the Bankruptcy Court.

In your letter, you object to the Debtors' payment of the June Fee Statement based upon your incorrect assertion that Citibank's claim under the Prepetition MSR Facility has been paid in full and that Citibank is no longer entitled to Adequate Protection Payments (including the payment of legal fees and expenses) under the Citibank Cash Collateral Order. In fact, Citibank's claim has not been paid in full, as it is owed default interest of approximately $5 million under the terms of the Prepetition MSR Facility documents. Citibank asserted that claim at the time of the closing of the Debtors' asset sale in January 2013, and, at the urging of the Debtors, agreed not to insist upon immediate payment of that claim (so as not to jeopardize the asset sale), *provided* that the Debtors agreed to continue abiding by the terms of the Citibank Cash Collateral Order, which requires payment of Citibank's reasonable legal fees and expenses as Adequate Protection

ABU DHABI | BEIJING | BRUSSELS | FRANKFURT | HONG KONG | LONDON | MILAN | NEW YORK | PALO ALTO
PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SHANGHAI | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.

NYDOCS03/973769.1

August 20, 2013

Page 2

Payments (the "Adequate Protection Continuation Agreement"). This arrangement was confirmed in an e-mail exchange with Debtors' counsel on January 30, 2013, a copy of which is annexed hereto. Based upon this agreement, the asset sale was permitted to close, and the Debtors and their estates thereby derived a substantial benefit.

No objection to Citibank's claim has been filed by the Debtors or any other party in interest, and there has been no order of the Bankruptcy Court denying that claim. Accordingly, based upon the Citibank Cash Collateral Order and the Adequate Protection Continuation Agreement, the fees and expenses set forth in the June Fee Statement and subsequent monthly invoices are required to be paid by the Debtors.

Very truly yours,

Fredric Sosnick

cc:    Counsel to the Debtors

      Morrison & Foerster, LLP
          Larren Nashelsky – lnashelsky@mofo.com
          Todd M. Goren – tgoren@mofo.com

      **Counsel to the Official Committee of Unsecured Creditors**
      Kramer Levin Naftalis & Frankel, LLP
          Kenneth H. Eckstein – keckstein@kramerlevin.com
          Thomas M. Mayer – tmayer@kramerlevin.com
          Douglas H. Mannal – dmannal@kramerlevin.com

## Edmund Emrich

| | |
|---|---|
| From: | Goren, Todd M. <TGoren@mofo.com> |
| Sent: | Wednesday, January 30, 2013 7:00 PM |
| To: | Fredric Sosnick |
| Cc: | Edmund Emrich |
| Subject: | RE: Rescap |

Sounds good to me. Though I prefer more than month, but this is sufficient for purposes of tomorrow.

**From:** Fredric Sosnick [mailto:FSosnick@Shearman.com]
**Sent:** Wednesday, January 30, 2013 6:58 PM
**To:** Goren, Todd M.
**Cc:** Edmund Emrich
**Subject:** Rescap

I just tried you and got voicemail. We're fine with what you outlined:

Rescap pays all amounts due except default interest tomorrow. Citi holds the cash in the LOC account pending a resolution of default interest issue. We all live by the terms of the cash collateral order – most notably the reservation of rights on default interest – and we agree that we will not initiate litigation on the default interest for at least a month to allow the Debtors to get through the closings and clean up from the closings.

Correct?

Fredric Sosnick

---

Shearman & Sterling LLP
599 Lexington Ave.
New York, NY 10022
D +1.212.848.8571 |F+1.646.848.8571 |M+1.631.786.8223
fredric.sosnick@shearman.com | www.shearman.com

IRS Circular 230 Disclosure
Any tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax penalties and is not intended to be used or referred to in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement.
*****************************************************************
This communication and any attachments may be privileged or confidential. If you are not the intended recipient, you have received this in error and any review, distribution or copying of this communication is strictly prohibited. In such an event, please notify us immediately by reply email or by phone (collect at 212-848-4000) and immediately delete this message and all attachments.

---

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

1

For information about this legend, go to
http://www.mofo.com/Circular230/

==================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.

--------------------------------------------------------------------