UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
:
In re                                               :    Chapter 11
:
RESIDENTIAL CAPITAL, LLC, et al.,[1]                :    Case No. 12-12020 (MG)
:
:
:    (Jointly Administered)
Debtors.                                            :
----------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On or before January 23, 2014, at my direction and under my supervision, employees of KCC caused the following documents to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Entry of Confirmation Order Confirming the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors and Occurrence of Effective Date** [Docket No. 6137]

[Space Intentionally Left Blank]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

- **Notice of Deadline and Procedures for Filing Certain Administrative Claims** [Docket No. 6138]

Dated: January 24, 2014

_____
Stephanie Delgado

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 24th of January, 2014, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

```
JENNIFER GRAGEDA
Commission # 2013634
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017
```

# EXHIBIT A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Absolute Collection Services LLC | | 6440 Sky Pointe Dr Ste 140 | | Las Vegas | NV | 89131-4048 |
| Amy Mundy Wallach | | 32 Edgeware Close | | Freehold | NJ | 07728-3825 |
| Andrews, Rae M & Andrews, Roger L | | 4770 NW 20th St Lot 369 | | Ocala | FL | 34482-8538 |
| Anthony Hester | | 3700 SE Salerno Rd | | Stuart | FL | 34997-8811 |
| C 21 Dorothy Essey and Assoc | | 5200 E Oak Island Dr | | Oak Island | NC | 24865-5029 |
| C 21 Dorothy Essey and Associnc | | 5200 E Oak Island Dr | | Oak Island | NC | 28465-5029 |
| Chang Haan Sheng X Haas vs Homecomings | FinancialLLC Gmac MortgageLLC Mortgage | Electronic Registration et al | 3104 O St | Sacramento | CA | 95816-6519 |
| Christopher Wade Algeo Esq Att At | | 75 Abe Voorhees Dr | | Manasquan | NJ | 08736-3504 |
| Citysmooth Inc | | 1745 Broadway Frnt 3 | | New York | NY | 10019-4641 |
| Coastal Mortgage Services Inc | | PO Box 79364 | | Charlotte | NC | 28271-7064 |
| David A Stewart Law | | 1341 E Ionia St | | Meridian | ID | 83642-5086 |
| Douglass Wilson | | PO Box 232 | | Pemberton | NJ | 08068-0232 |
| Dwight W Clark LLC | | 8850 Stanford Blvd Ste 1750 | | Columbia | MD | 21045-4747 |
| Erika Velasquez | | 1622 E 46th St | | Los Angeles | CA | 90011-4318 |
| Fairmont Hill Community Association | | 2301 Dupont Dr Ste 100 | | Irvine | CA | 92612-7503 |
| First General Services | Of Pen Mar and Matthew and Robin Smoyer | 4516 Scotland Main St | | Chambersburg | PA | 17202-9682 |
| Foster TWP School District | Tax Collector | 1000 Wyoming Ave | | Freeland | PA | 18224-2100 |
| Grover Morgen and | Janet Morgen | PO Box 1788 | | Dubois | WY | 82513-1788 |
| Haan, Sheng, Haan, Chang | Chang Haan, Sheng X Haas Vs | Homecomings Financial, LLC Gmac Mrtg, LLC Mrtg Electronic Registration Sys, Inc (Mers) Bank Et Al | 3104 O St | Sacramento | CA | 95816-6519 |
| Haley, Matthew D | | 8161 Grady Ct Apt 3101 | | Lorton | VA | 22079-4808 |
| Jason Fronjian | | 42 Chula Vis | | Irvine | CA | 92602-0951 |
| Jemps Management Inc | | 131 Gaither Dr Ste D | | Mount Laurel | NJ | 08054-1709 |
| Jennifer Ortiz | | PO Box 787 | | Moorestown | NJ | 08057-0787 |
| Kara M Wittenberg | | 16 Covenger Dr | | Medford | NJ | 08055-9108 |
| Kent Vanderschuit Att at Law | | 416 | 300 Carlsbad Village Dr Ste 108A | Carlsbad | CA | 92008-2990 |
| Koptyra, Stephanie | Charles Wooton and Tradesmen | Window and Siding LTD | 15565 Lakeside Village Dr Apt 206 | Clinton Twp | MI | 48038-6028 |
| Koptyra, Stephanie | Charles Wooton and Scotts Finished Basements | 15565 Lakeside Village Dr Apt 206 | | Clinton Twp | MI | 48038-6028 |
| Linda C Horn PL Att at Law | | 91 Yorktown Dr | | Springfield | MA | 01108-3135 |
| Lobster 888 LLC | | 2777 Paradise Rd Unit 603 | | Las Vegas | NV | 89109-9101 |
| Manderson Schafer and McKinlay LLP | | 2600 Michelson Dr Ste 830 | | Irvine | CA | 92612-6520 |
| Marques Perry | | 3438 W 74th St | | Los Angeles | CA | 90043-4923 |
| Mary C Manangan | Paul Manangan | 763 Arguello Blvd | | San Francisco | CA | 94118-4012 |
| Merck Sharp & Dohme Federal Credit Union | | 335 W Butler Ave | | Chalfont | PA | 18914-2329 |
| Merck Sharp and Dohme FCU | Dale Edwards | 335 W Butler Ave | | Chalfont | PA | 18914-2329 |
| Miller, Thomas | | 218 Fort Jackson St | | Belle Chasse | LA | 70037-2512 |
| Moaveni, Siamack | Potomac Valley Restoration | 10 Grove Creek Cir | | Smithsburg | MD | 21783-9600 |
| Ortiz, Johnnie | | 413 Tedmon Dr | | Fort Collins | CO | 80521-1749 |
| Pro Se - Klein, Dennis | Dennis Klein V. Us Bank, Et Al | 105 Conifer Ln | | Dingmans Fry | PA | 18328-4209 |
| Prudential Long Island Realty | | 2410 N Ocean Ave Ste 101 | | Farmingville | NY | 11738-2916 |
| Queen Boro City of NY | Fleet Libris 101 Enterprise Dr Ret | NYC Receipt DPT Real Estate Taxes | 431C Broadway | Albany | NY | 12204-2836 |
| Queens Boro City of NY | | 431C Broadway | | Albany | NY | 12204-2836 |
| Regina Larkin | | 4407 Venicean Rd | | Sea Isle City | NJ | 08243-1858 |
| Robinson, Andrea | Gmac Mortgage LLC Vs. Andrea E. | Robinson and Mr. Robinson, her Husband | 107 Canopy Ln | Sewell | NJ | 08080-4299 |
| Rosnik, Shelly K | | PO Box 2773 | | Parker | CO | 80134-4123 |
| Sarah Rogosky | | 2489 Forrest Ave | | Bensalem | PA | 19020-5202 |
| Scott A Kramer Att At Law | | 76 Fordway Dr Ste 6 | | Vandalia | OH | 45377-1349 |
| Shawn Ricker | | 21 Spencer St Apt 419 | | Lebanon | NH | 03766-6321 |
| Siamack Moaveni And Potomac | Valley Building Restoration | 10 Grove Creek Cir | | Smithsburg | MD | 21783-9600 |
| Siegfried Appraisal Services | | 2515 W Sundial Rd | | Chino Valley | AZ | 86323-8511 |
| Stephen Fanelli | | PO Box 274 | | Manchester Ctr | VT | 05255-0274 |
| Susan Mitchell | | 6151 Riverwalk Ln Unit 2 | | Jupiter | FL | 33458-7903 |
| Teixeira, Maria A | | 5308 Alcom Dr | | Orlando | FL | 32812-5326 |
| The Law Office of Vicki Mccarthy | | 114 S 5th St | | Midlothian | TX | 76065-3202 |
| The Law Offices of Cushner and Garvey | | 50 Main St Fl 3 | | White Plains | NY | 10606-1995 |

EXHIBIT A
Served via First Class Mail

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Theodor K. Petersen | Mary Carton Petersen | 502 Chester Ave | | Annapolis | MD | 21403-3207 |
| Thomas Bellamy and Assoc at Law L | | 3503 Highwood  Dr SE # 1 | | Washington | DC | 20020-2345 |
| Thomas M. Starkey | Pamela D. Starkey | 338 Pleasant Pl | | Charlottesvle | VA | 22911-2212 |
| Tomas and Janet L Villarreal and | Kochan Carpentry LLC | 593 Broad Meadow Blvd | | Oxford | MI | 48371-4125 |
| Vaught Construcion | | PO Box 4148 | | Irmo | SC | 29063-4027 |
| Wynnyth Adair | | 3400 Varsity Dr Apt 201 | | Tyler | TX | 75701-6625 |
| Zackery, Derick & Ivester, Laura | | 25 Highland Park Vlg Ste 100 | | Dallas | TX | 75205-2726 |