UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
::
In re : Chapter 11
:
RESIDENTIAL CAPITAL, LLC, et al.,[1] : Case No. 12-12020 (MG)
:
:
: (Jointly Administered)
Debtors. :
-----------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On or before January 22, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Debtors' Motion Pursuant to Sections 105(a) and 554(a) of the Bankruptcy Code for an Order Approving Abandonment of Debtors' Interests in Certain Estate Assets** [Docket No. 6139]

B. Additionally, on or before January 22, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Adjournment of Hearing on Debtors' Motion Pursuant to Sections 105(a) and 554(a) of the Bankruptcy Code for an Order Approving Abandonment of Debtors' Interest in Certain Estate Assets to January 27, 2014 at 2:00 p.m. (Prevailing Eastern Time)** [Docket No. 6211]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

C. Additionally, on January 21, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit C**:

- **Order Approving Debtors' Entry Into Settlement Agreements Related to Certain Pending Borrower Class Action Litigations, and Authorizing Debtors to Perform Obligations Thereunder** [Docket No. 6243]

D. Additionally, on January 22, 2014, at my direction and under my supervision, employees of KCC caused the following documents to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit D**:

- **Certificate of No Objection Regarding Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Debtors' Entry Into Settlement Agreements Related to Certain Pending Borrower Putative Class Action Litigations, and Authorizing Debtors to Perform Obligations Thereunder** [Docket No. 6233]

- **Certificate of No Objection Regarding Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Debtors' Entry Into Settlement Agreements Related to Certain Pending Borrower Putative Class Action Litigations, and Authorizing Debtors to Perform Obligations Thereunder** [Docket No. 6235]

Dated: January 24, 2014

_/s/ Stephanie Delgado_
Stephanie Delgado

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 24th of January, 2014, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JENNIFER GRAGEDA
Commission # 2013634
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# EXHIBIT A

Exhibit A

| CREDITOR NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Mikael Kemanjioghlou | | 9853 E Avenue R10 | Littlerock | CA | 93543-1209 |
| Ronnie Duchene | 123 | 9175 Kiefer Blvd Ste A | Sacramento | CA | 95826-5147 |

# EXHIBIT B

12-12020-mg    Doc 6355    Filed 01/24/14    Entered 01/24/14 20:00:41    Main Document
Pg 5 of 10

Exhibit B

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Curtis D. Snitker | PO Box 643 | Lansing | IA | 52151-0643 |
| Cynthia M Boice | 25 Aldebaran Dr | Randolph | NJ | 07869-2741 |
| David Garelick | 3442 N Greenview Ave | Chicago | IL | 60657-1308 |
| Mikael Kemanjioghlou | 9853 E Avenue R10 | Littlerock | CA | 93543-1209 |
| Noemi Benitah | 231 Peachwood Rd | Middletown | NJ | 07748-3723 |

# EXHIBIT C

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| Rainer P. Warner | 1180 Flintonlock Ave SE | Palm Bay | FL | 32909-4707 |

# EXHIBIT D

# EXHIBIT D

Served via First Class Mail

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Williamson & Williams | Rob Williamson | 936 N 34th St Ste 300 | Seattle | WA | 98103-8869 |