MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Erica J. Richards

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Post-Effective Date Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS ((A) LATE-FILED CLAIMS; (B) DUPLICATE CLAIMS; (C) REDESIGNATE AND ALLOW CLAIMS; (D)  REDUCE AND ALLOW CLAIMS; (E) REDESIGNATE, REDUCE AND ALLOW CLAIMS; (F) RECLASSIFY, REDUCE AND ALLOW CLAIMS; AND (G) REDESIGNATE CLAIMS)) AGAINST ISGN SOLUTION INC. (CLAIM NO. 5688), ELEVENHOME LIMITED (CLAIM NO. 6841) AND REDWOOD RECOVERY SERVICES, LLC (CLAIM NO. 6842)**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Forty-Fourth Omnibus Objection to Claims ((A) Late-Filed Claims; (B) Duplicate Claims; (C) Redesignate and Allow Claims; (D) Reduce and Allow Claims; (E) Redesignate, Reduce and Allow Claims; (F) Reclassify, Reduce and Allow Claims; and (G) Redesignate Claims)* [Docket No. 5152] (the "Forty-Fourth Omnibus Claims Objection") against ISGN Solution Inc. (Claim No. 5688), previously scheduled to be heard on January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time) (the "January 30 Hearing"), has been adjourned to **February 6, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "February 6 Hearing")**.**

ny-1116928

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Forty-Fourth Omnibus Claims Objection against Elevenhome Limited (Claim No. 6841) and Redwood Recovery Services, LLC (Claim No. 6842), previously scheduled to be heard at the January 30 Hearing, has been adjourned to **February 20, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "February 20 Hearing", and together with the February 6 Hearing, the "Hearings").

**PLEASE TAKE FURTHER NOTICE** that the Hearings will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: January 27, 2014
  New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Erica J. Richards
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Liquidating Trust*

ny-1116928