MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------
                                                    )
   In re:                                           )   Case No. 12-12020 (MG)
                                                    )
   RESIDENTIAL CAPITAL, LLC, et al.,                )   Chapter 11
                                                    )
                          Debtors.                  )   Jointly Administered
                                                    )
-----------------------------------------------------------------------------

**NOTICE OF ADJOURNMENT OF HEARINGS ON DEBTORS'
THIRTIETH, FORTY-NINTH AND FIFTIETH OMNIBUS OBJECTIONS
TO CLAIMS WITH RESPECT TO CERTAIN CLAIMANTS**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records)* [Docket No. 4887] (the "Thirtieth Omnibus Claims Objection"), solely as it relates to the claim filed by Gwendell L. Philpot (Claim No. 5067), previously scheduled to be heard on January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time) (the "January 30 Hearing"), has been adjourned to **February 20, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "February 20 Hearing").

**PLEASE TAKE FURTHER NOTICE** that the hearing on the *Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records)* [Docket No. 5161] (the "Forty-Ninth Omnibus Claims Objection"), solely as it relates to the claims filed by James and Anne Ladd (Claim No. 4722), William J. Futrell (Claim No. 725) and

ny-1127294

Mary R. Biancavilla (Claim No. 4397), previously scheduled to be heard at the January 30 Hearing, has been adjourned to the **February 20 Hearing**.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the *Debtors' Fiftieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records)* [Docket No. 5162] (the "Fiftieth Omnibus Claims Objection"), solely as it relates to the claim filed by Stewart Title Guaranty Company, Subrogee of Trust Company of America c/f Herb Rikelman (Claim No. 1400), previously scheduled to be heard at the January 30 Hearing, has been adjourned to the **February 20 Hearing**.

**PLEASE TAKE FURTHER NOTICE** that the February 20 Hearing will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: January 27, 2014
      New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel to The ResCap Borrower Claims Trust*

ny-1127294