# **Exhibit A**

# Exhibit A

**Summary of Actions**

| Case Name | Parties | District Court Case No. | Sixth Circuit Case No. | Status |
|---|---|---|---|---|
| MERS Action | Plaintiffs: Haffey, McKeever; Defendant: MERS | 08-456 | 10-5999 (consolidated for briefing purposes with 10-6249 and 12-5802) | Dismissed with prejudice on March 16, 2010. An appeal of the dismissal was docketed in the Sixth Circuit on August 18, 2010. At the time the Objection was filed, briefing was due to be completed no later than September 20, 2013 pursuant to a briefing schedule set by the Sixth Circuit on June 19, 2013.<br><br>On October 22, 2013, the Sixth Circuit entered an order granting in part a motion of appellee Deutsche Bank for partial dismissal and remand, pursuant to which the consolidated appeals were partially dismissed insofar as they sought review of any order entered in the Foreclosure Action and were remanded to the District Court for further proceedings in that case. The Sixth Circuit directed that the three consolidated appeals would proceed on the merits with respect to the appealed final orders entered by the District Court in all Actions other than the Foreclosure Action.<br><br>The Sixth Circuit set a briefing deadline for Borrowers of December 4, 2013, and one for the appellees of January 6, 2014. On November 30, 2013 and December 3, 2013, Borrowers filed two motions to certify questions of state law to the Kentucky Supreme Court and New York State Court of Appeals, respectively. On December 5, 2013, one day after Claimants' brief was due, Claimants filed motions to extend the time in which to file their brief and hold the consolidated appeals in abeyance pending adjudication of the requested |

| Case Name | Parties | District Court Case No. | Sixth Circuit Case No. | Status |
|---|---|---|---|---|
| | | | | state court certifications.<br><br>The appellees each filed oppositions to the certification motions and request to hold the appeals in abeyance on the grounds that they lack merit, were not timely filed, and were filed for improper dilatory purposes. The appellees are seeking to dismiss each of the appeals in its entirety due to Claimants' failure to timely file a brief.<br><br>As of January 27, 2014, no ruling had been entered on Claimants' motions for certification and abeyance/extension of briefing deadline and the consolidated appeals remain pending. |
| Declaratory Judgment Action[1] | Plaintiff: Deutsche Bank;[2]<br><br>Defendants: Haffey, McKeever | 08-459 | 12-5802<br><br>(consolidated with 10-5999 and 10-6249 for briefing purposes) | Final judgment entered in Deutsche Bank's favor on June 1, 2012. An appeal of the final judgment was docketed on July 11, 2012. At the time the Objection was filed, this appeal had been severed from the other consolidated Sixth Circuit appeals and held in abeyance pending a ruling on Deutsche Bank's motion to remand or dismiss 10-6249 so that a final judgment could be entered in the Foreclosure Action. The appeals appear to have been reconsolidated pursuant to a new briefing schedule issued by the Sixth Circuit on October 22, 2013. The consolidated appeals remain pending. *See* status of MERS Action above. |

---

[1] Designated Lead Case

[2] Action was originally brought in GMACM's name, but Deutsche Bank was substituted in as plaintiff on May 14, 2010 without objection.

2

| Case Name | Parties | District Court Case No. | Sixth Circuit Case No. | Status |
|---|---|---|---|---|
| Haffey-GMACM Action | Plaintiffs: Haffey, McKeever; Defendants: MERS, GMACM | 08-510 | 10-6249 (consolidated with 10-5999 and 12-5802 for briefing purposes) | Dismissed with prejudice on June 29, 2010. An appeal of District Court orders granting MERS' motion for summary judgment and denying plaintiffs' motion for reconsideration of the dismissal was docketed in the Sixth Circuit on October 20, 2010. At the time the Objection was filed, briefing was due to be completed no later than September 20, 2013 pursuant to a briefing schedule set by the Sixth Circuit on June 19, 2013. The consolidated appeals remain pending. *See* status of MERS Action above. |
| Bluegrass Action | Plaintiffs: Haffey, McKeever Defendants: Bill Allen, Mark Herron, Jennifer Frye, Bank of the Bluegrass | 09-255 | N/A | Dismissed without prejudice on May 24, 2010 |
| Foreclosure Action | Plaintiff: Deutsche Bank Defendants: Haffey, McKeever | 09-362 | 10-6249 (consolidated with 10-5999 and 12-5802 for briefing purposes) | Counter-complaint dismissed on June 22, 2010 on all counts except one against GMACM; Borrowers filed motion for reconsideration which was granted in part with respect to certain counts against GMACM and denied as to all other counts on September 13, 2010. On October 20, 2010, McKeever's appeal of the June 22, 2010 dismissal order and September 13, 2010 partial denial of motion for reconsideration was docketed with the Sixth Circuit. |

3

ny-1125281

| Case Name | Parties | District Court Case No. | Sixth Circuit Case No. | Status |
|---|---|---|---|---|
| | Counter-Plaintiff: McKeever  Counter-Defendants: Deutsche Bank, GMACM, RALI, RFC, Bank of the Bluegrass (and several of its employees), MERS, MERSCORP | | | On November 8, 2010, the final remaining count against GMACM was dismissed; Deutsche Bank's motion for summary judgment on affirmative foreclosure claim was granted on January 23, 2012. Deutsche Bank's motion for entry of a final judgment was denied without prejudice on September 27, 2012 in light of the pending appeal in the Declaratory Judgment Action (12-5802).  On October 22, 2013, the Sixth Circuit entered an order granting in part a motion of Deutsche Bank for partial dismissal and remand, pursuant to which the consolidated appeals were partially dismissed insofar as they sought review of any order entered in the Foreclosure Action and were remanded to the District Court for further proceedings in that case.  On December 19, 2013, the District Court directed Deutsche Bank to provide Borrowers with copies of Deutsche Bank's motion for (1) final judgment, (2) an order of sale, (3) appointment of a master, and (4) attorneys' fees, and set January 9, 2014, as the deadline for Borrowers to file a written response to that motion, with any reply by Deutsche Bank due 14 days after that (January 23). On January 7, 2014, Borrowers filed a notice suggesting that they never received a copy of the Deutsche Bank motion as required. On that same date, Deutsche Bank filed a response documenting the methods through which Haffey received actual and/or constructive notice of the motion. |

| Case Name | Parties | District Court Case No. | Sixth Circuit Case No. | Status |
|---|---|---|---|---|
|  |  |  |  | The District Court also set January 2, 2014 as the deadline for Borrowers to file a reply in support of their motion to stay. A reply was filed late on January 6, 2014, and as of the date of the Reply no decision had been entered. |
| Qui Tam Action | Plaintiff: Haffey<br><br>Defendants: Deutsche Bank, Gentry Mechanical Systems, Inc., State Farm Bank, F.S.B., and Patricia Kelleher | 11-188 | N/A | Dismissed with prejudice on March 2, 2012; time to appeal dismissal has expired. |