# **Exhibit C**

# General Docket
## United States Court of Appeals for the Sixth Circuit

**Court of Appeals Docket #:** 10-6249                            **Docketed:** 10/20/2010
**Nature of Suit:** 3371 Truth in Lending
GMAC Mortgage, LLC v. Heather McKeever, et al
**Appeal From:** Eastern District of Kentucky at Lexington
**Fee Status:** fee paid

**Case Type Information:**
   **1)** Civil
   **2)** Private
   **3)** Federal Question

**Originating Court Information:**
   **District:** 0643-5 : 5:08-CV-459
   **Court Reporter:** Rhonda S. Sansom
   **Court Reporter:** Peggy Weber-Westman
   **Trial Judge:** David L. Bunning, U.S. District Judge
   **Date Filed:** 11/07/2008
   **Date Order/Judgment:**                          **Date NOA Filed:**
   09/14/2010                                       10/12/2010

   **District:** 0643-5 : 5:08-CV-510
   **Court Reporter:** Rhonda S. Sansom
   **Court Reporter:** Peggy Weber-Westman
   **Trial Judge:** David L. Bunning, U.S. District Judge
   **Date Filed:** 12/15/2008
   **Date Order/Judgment:**                          **Date NOA Filed:**
   09/14/2010                                       10/12/2010

**Prior Cases:**
  None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Consolidated | | | | |
| | 10-5999 | 10-6249 | 12/06/2010 | |
| | 10-5999 | 12-5802 | 07/19/2013 | |
| | 10-6249 | 12-5802 | 07/19/2013 | |

| | |
|---|---|
| GMAC MORTGAGE, LLC<br>     Plaintiff - Appellee | Christopher E. Thorsen<br>Direct: 615-252-2328<br>[COR LD NTC Retained]<br>Bradley Arant Boult Cummings<br>Firm: 615-244-2582<br>1600 Division Street<br>Suite 700<br>Nashville, TN 37203 |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>     Plaintiff - Appellee | David J. Kellerman<br>Direct: 502-584-1135<br>[COR LD NTC Retained]<br>Middleton Reutlinger<br>Firm: 502-584-1135<br>401 S. Fourth Street<br>Suite 2600<br>Louisville, KY 40202 |
| v. | |

| | |
|---|---|
| HEATHER BOONE MCKEEVER<br>Defendant - Appellant | Heather Boone McKeever<br>Direct: 859-552-7388<br>[COR LD NTC Retained]<br>Law Offices<br>3250 Delong Road<br>Lexington, KY 40515 |
| SHANE M. HAFFEY<br>Defendant - Appellant | Heather Boone McKeever<br>Direct: 859-552-7388<br>[COR LD NTC Retained]<br>(see above) |

| | |
|---|---|
| GMAC MORTGAGE, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | |
|       Plaintiffs - Appellees | |
| v. | |
| HEATHER BOONE MCKEEVER; SHANE M. HAFFEY | |
|       Defendants - Appellants | |

| Date | Size | Description |
|---|---|---|
| 10/20/2010 | 3 pg, 13.68 KB | Civil Case Docketed. Notice filed by Appellants Shane M. Haffey and Ms. Heather Boone McKeever. Transcript needed: y. (LMN) |
| 10/20/2010 | | The case manager for this case is: Linda Niesen (LMN) |
| 11/08/2010 | 1 pg, 39.29 KB | APPEARANCE filed for Appellants Shane M. Haffey and Ms. Heather Boone McKeever by Heather Boone McKeever. Certificate of Service: 11/08/2010. (A new Notice of Docket Activity is being sent to show a corrected appearnace form has been attached.)--[Edited 11/15/2010 by LMN] (HBM) |
| 11/08/2010 | 1 pg, 53.98 KB | CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES filed by Attorney Ms. Heather Boone McKeever for Appellants Shane M. Haffey and Ms. Heather Boone McKeever. Certificate of Service:11/08/2010. (HBM) |
| 11/08/2010 | 1 pg, 52.56 KB | CORPORATE DISCLOSURE STATEMENT filed by Attorney Ms. Heather Boone McKeever for Appellants Shane M. Haffey and Ms. Heather Boone McKeever Certificate of Service: 11/08/2010. (HBM) |
| 11/17/2010 | 2 pg, 119.87 KB | TRANSCRIPT ORDER FORM filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever; No hearings held in District Court. Certificate of Service: 11/17/2010. (HBM) |
| 11/17/2010 | 2 pg, 13.67 KB | BRIEFING LETTER SENT setting briefing schedule: appellant brief due 12/27/2010; appellee brief due 01/31/2011. (LMN) |
| 11/17/2010 | 1 pg, 61.23 KB | APPEARANCE filed for Appellee GMAC Mortgage, LLC by Christopher E. Thorsen. Certificate of Service: 11/17/2010. (CET) |
| 11/17/2010 | 0 pg, 0 KB | APPEARANCE filed for Appellee GMAC Mortgage, LLC by Jonathan D. Rose. Certificate of Service: 11/17/2010. (This entry is locked and Mr. Rose is instructed to refile this appearance form with his own registration.)--[Edited 11/17/2010 by LMN] (CET) |
| 11/18/2010 | 1 pg, 51.23 KB | APPEARANCE filed for Appellee GMAC Mortgage, LLC by Jonathan D. Rose. Certificate of Service: 11/18/2010. (JDR) |
| 11/18/2010 | 2 pg, 59.41 KB | CORPORATE DISCLOSURE STATEMENT filed by Attorney Mr. Christopher E. Thorsen for Appellee GMAC Mortgage, LLC Certificate of Service: 11/18/2010. (CET) |
| 12/03/2010 | 3 pg, 82.97 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever to hold case in abeyance, to consolidate for briefing and submission cases 10-6249 10-5999, to extend time to file brief. Certificate of Service: 12/03/2010. (HBM) |
| 12/06/2010 | 3 pg, 30.94 KB | ORDER filed GRANTING motion to consolidate for briefing [4293845-3], [4293841-3]; declaring as moot motion to extend time to file brief [4293845-4], [4293841-4]; GRANTING motion to hold case in abeyance [4293845-2], [4293841-2] filed by Ms. Heather Boone McKeever for Heather Boone McKeever and Shane M. Haffey. [10-5999, 10-6249] (LMN) |
| 12/21/2010 | | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and |

| | | |
|---|---|---|
| | 2 pg, 72.37 KB | Ms. Heather Boone McKeever. Certificate of Service: 12/21/2010. On December 15, 2010, the Court, upon its own Motion ORDERED that "the parties shall file a joint scheduling proposal no later that January 14, 2011. Failing agreement, the parties shall separately file a proposal no later than January 14, 2011. Whether joint or separate, the proposal shall suggest deadlines and case events for the resolution of both cases."Next status report due 01/20/2011 [10-5999, 10-6249]--[Edited 12/21/2010 by LMN] (HBM) |
| 01/26/2011 | 2 pg, 71.26 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. The parties filed by agreement a Joint Scheduling Proposal on or before January 14, 2011, as Ordered by the District Court and are currently awaiting the Court's Scheduling Order. Further, as part of said Joint Proposal, the parties have agreed to attend a formal Mediation Conference on or before April 1, 2011, in an attempt to resolve the matters. Certificate of Service: 01/26/2011. Next status report due 02/25/2011 [10-5999, 10-6249]--[Edited 01/27/2011 by LMN] (HBM) |
| 01/31/2011 | 1 pg, 100.98 KB | APPEARANCE filed for Appellee Mortgage Electronic Registration Systems, Inc. in 10-5999 by David J. Kellerman. Certificate of Service: 01/31/2011. [10-6249, 10-5999] (DJK) |
| 01/31/2011 | 1 pg, 50.07 KB | CORPORATE DISCLOSURE STATEMENT filed by Attorney Mr. David J. Kellerman for Appellee Mortgage Electronic Registration Systems, Inc. Certificate of Service: 01/31/2011. [10-6249, 10-5999] (DJK) |
| 03/03/2011 | 2 pg, 70.73 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. A Joint Scheduling Order has been entered by the District Court. Further, the parties have agreed to attend a formal Mediation Conference on or before May 1, 2011, in an attempt to resolve the matters. Certificate of Service: 03/03/2011. Next status report due 04/04/2011. [10-5999, 10-6249]--[Edited 03/07/2011 by LMN] (HBM) |
| 04/29/2011 | 2 pg, 70.72 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249. Certificate of Service: 04/29/2011. A Joint Scheduling Order has been entered by the District Court. Further, the parties have agreed to attend a formal Mediation Conference on or before May 1, 2011, in an attempt to resolve the matters. Next status report due 05/31/2011 [10-5999, 10-6249]--[Edited 04/29/2011 by LMN] (HBM) |
| 06/02/2011 | 3 pg, 25.96 KB | ORDER filed to dismiss for want of prosecution. Status Report was not filed by May 31, 2011. [10-5999, 10-6249] (LMN) |
| 06/02/2011 | 2 pg, 70.63 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249. Certificate of Service: 06/02/2011. Next status report due 07/05/2011 [10-5999, 10-6249] A Joint Scheduling Order has been entered by the District Court. Further, the parties have agreed to attend a formal Mediation Conference on or before July 1, 2011, in an attempt to resolve the matters.--[Edited 06/02/2011 by LMN] (HBM) |
| 06/08/2011 | 1 pg, 10.45 KB | LETTER SENT to Ms. Heather Boone McKeever for Heather Boone McKeever and Shane M. Haffey regarding the appeals being dismissed for want of prosecution due to status report not being filed by May 31, 2011. [10-5999, 10-6249] (LMN) |
| 06/09/2011 | 2 pg, 72.98 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 to reinstate case. Certificate of Service: 06/09/2011. [10-5999, 10-6249] (HBM) |
| 06/09/2011 | 2 pg, 25.28 KB | ORDER filed granting motion to reinstate case [4405352-2] filed by Ms. Heather Boone McKeever for Heather Boone McKeever and Shane M. Haffey. [10-5999, 10-6249] (LMN) |
| 07/11/2011 | 2 pg, 66.18 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. The Appellees, Deutsche Bank and GMAC LLC, by and through its counsel of record, Hon. Christopher Thorsen, now unilaterally refuse |

| Date | Size | Description |
|---|---|---|
| | | to participate in any type of Mediation or facilitated Settlement. Since the Mediation was voluntary under the original Rule 26 Scheduling Order, it is now perceived that the TILA Regulation Z Rescission issue will proceed to a jury trial; unless the District Court sees fit at a later date to send the case to Mediation by Court Order. Certificate of Service: 07/11/2011. Next status report due 08/10/2011. [10-5999, 10-6249]--[Edited 07/12/2011 by LMN] (HBM) |
| 07/13/2011 | 2 pg, 73.23 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 to extend time. Certificate of Service: 07/13/2011. [10-5999, 10-6249] (HBM) |
| 07/14/2011 | 1 pg, 10.1 KB | LETTER SENT granting the motion to extend time to file a status report [4425240-2] filed by Ms. Heather Boone McKeever. The status report was filed on 7/13/2011. [10-5999, 10-6249] (LMN) |
| 08/12/2011 | 2 pg, 66.68 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. A new Joint Scheduling Order has been entered by the District Court subsequent to a pre-trial conference. The Court's new Order has allowed for the Plaintiff to file a Motion for Summary Judgment by August 11, 2011, while prohibiting the Defendants from taking any discovery; in spite of the fact that the Plaintiffs were fraudulently induced into believing that the Plaintiffs would be participating in Mediation; thereby mutually refraining from discovery, including the basic exchange of Rule 26(a)(1) discovery, which was required to be exchanged between the parties in January 2011. Certificate of Service: 08/12/2011. Next status report due 09/12/2011 [10-5999, 10-6249]--[Edited 08/15/2011 by LMN] (HBM) |
| 08/31/2011 | 2 pg, 72.43 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 to extend time *to File Status Report*. Certificate of Service: 08/31/2011. [10-5999, 10-6249] (HBM) |
| 08/31/2011 | 1 pg, 10.1 KB | LETTER SENT granting motion extend time to file a status report [4455719-2] filed by Ms. Heather Boone McKeever. Status Report filed two (2) days late. [10-5999, 10-6249] (LMN) |
| 09/12/2011 | 2 pg, 64.79 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. The Appellee filed its Motion for Summary Judgment. The Appellants have filed a Motion for Extension of Time to Respond and request for discovery; no discovery having been previously taken and that which is to date, currently barred by the District Court. Dated September 12, 2011. Certificate of Service: 09/12/2011. Next status report due 10/12/2011. [10-5999, 10-6249]--[Edited 09/13/2011 by LMN] (HBM) |
| 10/18/2011 | 0 pg, 0 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249. Certificate of Service: 10/18/2011. Next status report due 11/17/2011 [10-5999, 10-6249] (This entry is LOCKED on the docket and Ms. McKeever is instructed to refile the two attached documents as two separate documents, a motion to extend time to file the status report out of time and the second entry filing the status report.)--[Edited 10/19/2011 by LMN] (HBM) |
| 10/26/2011 | 2 pg, 71.59 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 to extend time *to file Status Report*. Certificate of Service: 10/26/2011. [10-5999, 10-6249] (HBM) |
| 10/26/2011 | 2 pg, 64.68 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. The Status remains as follows: The Appellee filed its Motion for Summary Judgment. The Appellants have filed a Motion for Extension of Time to Respond and request for discovery; no discovery having been previously taken and that which is to date, currently barred by the District Court.Certificate of Service: 10/26/2011. Next status report due 12/27/2011. [10-5999, 10-6249]--[Edited 10/27/2011 by LMN] (HBM) |
| 10/27/2011 | 1 pg, 10.16 KB | LETTER SENT granting motion to file a status report out of time [4488650-2] filed by Ms. Heather Boone McKeever. The next status report is due to be electronically filed |

| Date | | Description |
|---|---|---|
| | | on or before December 27, 2011. [10-5999, 10-6249] (LMN) |
| 12/21/2011 | 2 pg, 64.95 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. Certificate of Service: 12/21/2011. The Appellee filed its Motion for Summary Judgment. The Appellants filed a Response and request for discovery; no discovery having been previously taken, the discovery Order having been cancelled by the Court. The Court has denied the request to reinstate the discovery schedule and the Appellants filed their Response to the Motion for Summary Judgment on December 18, 2011. Next status report due 01/20/2012. [10-5999, 10-6249]--[Edited 12/21/2011 by LMN] (HBM) |
| 01/26/2012 | 2 pg, 71.9 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 to extend time *to file Status Report*. Certificate of Service: 01/26/2012. [10-5999, 10-6249] (HBM) |
| 01/26/2012 | 2 pg, 66.06 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. Certificate of Service: 01/26/2012. The District Court has issued several final Orders in the consolidated cases, including an Order for Summary judgment in 08-cv-459. A Motion for Reconsideration will be filed and it is predicted that the Motion will be denied. Therefore, these issues and all the consolidated cases should be ripe for full review within the next ninety (90) days at which time the Appellants will file a Motion with this Court to remove the cases from Abeyance and ask that they be placed on the Courts' active docket. [10-5999, 10-6249]--[Edited 01/31/2012 by LMN] (HBM) |
| 01/31/2012 | 1 pg, 9.98 KB | LETTER SENT granting motion extend time to file a Status Report [4542387-2] filed by Ms. Heather Boone McKeever. [10-5999, 10-6249] (LMN) |
| 02/24/2012 | 2 pg, 65.16 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249. Certificate of Service: 02/24/2012. A Motion for Reconsideration, pursuant to Fed Civ. R. Proc. 59 and 60, has been be filed and is pending. The consolidated cases should be ripe for full review within the next ninety (90) days; at which time the Appellants will file a Motion with this Court to remove the cases from Abeyance and ask that they be placed on the Courts' active docket. [10-5999, 10-6249]--[Edited 02/27/2012 by LMN] (HBM) |
| 03/31/2012 | 2 pg, 63.81 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. Certificate of Service: 03/31/2012. The Status is unchanged from the previous month wherein a Motion for Reconsideration is pending with the District Court. Next status report due 05/30/2012 [10-5999, 10-6249]--[Edited 04/02/2012 by LMN] (Note: This "Notice of Docket Activity" is being resent to show a new date of the next status report of 05/50/2012.) (HBM) |
| 04/30/2012 | 2 pg, 63.79 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. No change in status since last month. Certificate of Service: 04/30/2012. Next status report due 05/30/2012 [10-5999, 10-6249]--[Edited 05/01/2012 by PJE] (HBM) |
| 06/01/2012 | 2 pg, 63.86 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249. Certificate of Service: 06/01/2012. The Status is unchanged from the previous month wherein a Motion for Reconsideration is pending with the District Court. Next status report due 08/02/2012. (This "Notice of Docket Activity" is being regenerated to show the next status report due in sixty (60) days. [10-5999, 10-6249]--[Edited 06/04/2012 by LMN] (HBM) |
| 08/31/2012 | 2 pg, 25.45 KB | ORDER filed to dismiss for want of prosecution. A status report was not filed by 8/2/2012. [10-5999, 10-6249] (LMN) |
| 09/04/2012 | | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 to reinstate case. Certificate of Service: 09/04/2012. [10-5999, 10-6249] (This entry is LOCKED on the docket and Ms. McKeever is instructed to refile the two documents separately as a status report and another entry motion to reinstate the case.)--[Edited 09/04/2012 by LMN] (HBM) |

| Date | Size | Description |
|---|---|---|
| 09/05/2012 | 2 pg, 85.1 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. Certificate of Service: 09/04/2012. A hearing in this matter in relation to the Enforcement of the Stay and Sanctions against Appellees is set for November 13, 2012, in the State of New York, in In Re Residential Capital, LLC, Case No. 12-12020 (MG.) Next status report due 11/05/2012 . (This "Notice of Docket Activity" is being regenerated to show the next status report due in sixty (60) days. [10-5999, 10-6249]--[Edited 09/17/2012 by LMN] (HBM) |
| 09/05/2012 | 3 pg, 87.76 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 to reinstate case. Certificate of Service: 09/04/2012. [10-5999, 10-6249] (HBM) |
| 09/17/2012 | 2 pg, 28.3 KB | ORDER filed granting motion to reinstate case [4686651-2] filed by Ms. Heather Boone McKeever. [10-5999, 10-6249] (LMN) |
| 10/03/2012 | 3 pg, 98.02 KB | ORDER filed GRANTING motion to consolidate12-5802 with 10-5999 and 10-6249, [4668965-2]; GRANTING motion to hold case in abeyance [4668965-3] with 10-5999 and 10-6249. To the extent that appellants seek to keep this appeal, 12-5802, in abeyance pending the bankruptcy proceedings relating to GMAC Mortgage LLC, [4668965-4], the motion is DENIED. The appellants are directed to file a consolidated status report for all three appeals every 60 days, with the first status report due 12/04/2012. [12-5802, 10-5999, 10-6249] (LMN) |
| 10/03/2012 |  | RULING to hold case in abeyance. [10-5999, 10-6249, 12-5802] (LMN) |
| 12/05/2012 | 2 pg, 76.13 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. The hearing in relation to the Appellants' Motion as to whether all cases included in this consolidated appeal (including District Court case 11-cv-188,) have been under a Bankruptcy Stay Injunction since May 14, 2012, pursuant to In Re Residential Capital, LLC, Case No. 12-12020 (MG,) USBC Southern District of New York; in which Appellees, GMAC Mortgage LLC, Rescap LLC and RALI are the debtors; has been rescheduled by Hon. Martin Glenn from November 13, 2012, to January 29, 2013. Additionally, Proof of Claims have been filed in the Rescap/GMAC bankruptcy in relation to each and every consolidated case currently before this tribunal. Certificate of Service: 12/05/2012. Next status report due 02/04/2013. (Note: The Notice of Docket Activity is being regenerated to correct the date of the next status report.) [10-5999, 10-6249, 12-5802]--[Edited 12/05/2012 by LMN] (HBM) |
| 12/10/2012 | 2 pg, 72.99 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249, 12-5802 to extend time *to file status Report*. Certificate of Service: 12/10/2012. [10-5999, 10-6249, 12-5802] (HBM) |
| 12/11/2012 | 1 pg, 10.23 KB | LETTER SENT GRANTING a motion to file a status report out of time, [4751754-2] filed by Ms. Heather Boone McKeever. [10-5999, 10-6249, 12-5802] (LMN) |
| 02/09/2013 | 2 pg, 77.09 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. Proof of Claims have been filed in the Rescap/GMAC bankruptcy in relation to the consolidated cases. No objection has been made to the Proof of Claims. The hearing relating to Appellants' Motion to Enforce the Bankruptcy Stay as to the cases included in these consolidated appeals; was adjourned by the Bankruptcy Court on January 29, 2013, and re-set for a hearing and oral argument on April 11, 2013. Certificate of Service: 02/09/2013. Next Status Report due April 12, 2013.<br>[10-5999, 10-6249, 12-5802] (Note: the "Notice of Docket Activity" is being regenerated to correct the due date of the next status report.)--[Edited 02/12/2013 by LMN] (HBM) |
| 02/11/2013 | 4 pg, 83.25 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249, 12-5802 to extend time *and to File Status Report Out of Time*. Certificate of Service: 02/11/2013. [10-5999, 10-6249, 12-5802] (HBM) |

| Date | | Description |
|---|---|---|
| 02/12/2013 | 1 pg, 10.09 KB | LETTER SENT granting motion to extend time by five (5) days to file a status report [4791241-2] filed by Ms. Heather Boone McKeever. [10-5999, 10-6249, 12-5802] (LMN) |
| 04/12/2013 | 2 pg, 77.96 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever. On April 8, 2013, at the request of Res Cap/GMAC Mortgage bankruptcy counsel, Morrison Foerster, the April 11, 2013, scheduled hearing relating to Appellants' Motion to Enforce the Bankruptcy Stay as to the cases included in this consolidated appeal was adjourned by Order of the Bankruptcy Court. The Court has re-set oral argument for 10:00 a.m. on April 30, 2013, in the State of New York. The parties, by and through the GMAC bankruptcy, have not ruled out a settlement of the matter and/or a Universal Settlement of the consolidated cases pending before this Court. Certificate of Service: 04/12/2013. Next status report due 06/11/2013 [10-5999, 10-6249, 12-5802] (Note: the "Notice of Docket Activity" is being regenerated to show the correct due date of the next status report: 6/11/2013.)--[Edited 04/15/2013 by LMN] (HBM) |
| 06/03/2013 | 2 pg, 95.93 KB | ORDER filed : these appeals are removed from abeyance status. A briefing schedule shall separately issue. [10-5999, 10-6249, 12-5802] (LMN) |
| 06/04/2013 | 3 pg, 81.42 KB | STATUS REPORT filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249, 12-5802. Certificate of Service: 06/04/2013. Next status report due 07/05/2013 [10-5999, 10-6249, 12-5802] (HBM) |
| 06/07/2013 | 0 pg, 0 KB | MOTION filed by Mr. Christopher E. Thorsen for GMAC Mortgage, LLC in 12-5802, 10-6249 for *To Remand or Dismiss as to Case No. 5:09-cv-00362*. Certificate of Service: 06/07/2013. [12-5802, 10-5999, 10-6249] (This entry is LOCKED on the docket and Mr. Rose is instructed to file this motion using his own registration as he has signed the motion and not Mr. Thorsen. Also, the motion should be refiled by selecting "motion", "Dispositive", "remand case", "dismiss case - jurisdiction.")--[Edited 06/11/2013 by LMN] (CET) |
| 06/11/2013 | 13 pg, 305.19 KB | MOTION filed by Mr. Jonathan D. Rose for GMAC Mortgage, LLC in 12-5802 to remand, to dismiss case for lack of jurisdiction. Certificate of Service: 06/11/2013. [12-5802, 10-5999, 10-6249] (JDR) |
| 06/19/2013 | 3 pg, 29.27 KB | ORDER filed to sever case number 12-5802 from 10-5999 and 10-6249 and to hold briefing for 12-5802 in abeyance pending a ruling on the appellee's motion to remand or dismiss. [10-5999, 10-6249, 12-5802] (LMN) |
| 06/19/2013 | 5 pg, 18.14 KB | BRIEFING LETTER SENT setting briefing schedule: appellant brief due 08/01/2013; appellee brief due 09/03/2013. [10-5999, 10-6249] (LMN) |
| 06/20/2013 | 4 pg, 95.25 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 to hold case in abeyance. Certificate of Service: 06/20/2013. [10-5999, 10-6249] (HBM) |
| 07/03/2013 | 12 pg, 648.52 KB | RESPONSE in opposition filed regarding a motion to hold case in abeyance, [4882291-2]; previously filed by Ms. Heather Boone McKeever in 10-6249, 10-5999. Response from Attorney Mr. Jonathan D. Rose for Appellee GMAC Mortgage, LLC in 10-6249, Attorney Mr. Jonathan D. Rose for Appellee GMAC Mortgage LLC in 10-5999 Certificate of Service:07/03/2013. [10-6249, 10-5999] (JDR) |
| 07/15/2013 | 2 pg, 84.96 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 to extend time *to file Reply* . Certificate of Service: 07/15/2013. [10-5999, 10-6249] (HBM) |
| 07/15/2013 | 4 pg, 91.57 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 for *Clarification and Re-Issuance of Briefing Schedule*. Certificate of Service: 07/15/2013. [10-5999, 10-6249] (HBM) |
| 07/19/2013 | | ORDER filed : pending resolution of the Bank's motion and the Borrowers' motion to |

| Date | | Description |
|---|---|---|
| | 3 pg, 100.37 KB | hold in abeyance, the briefing schedule in Nos. 10-5999/6249 is VACATED. The Borrowers must file their response to the Bank's motion and may file a reply in support of their motion to hold in abeyance within ten days of the entry of this order. No additional extensions of time will be granted. If the Borrowers obtain additional documents that they believe are relevant after the expiration of the aforementioned ten-day period, they may move for leave to file a supplement to the response or the reply previously filed with the court. [10-5999, 10-6249, 12-5802] (LMN) |
| 07/25/2013 | 4 pg, 91.01 KB | RESPONSE filed regarding appellant's motion for clarification of cases to be briefed and for re-issuance of briefing schedule, [4897042-2]; previously filed by Ms. Heather Boone McKeever. Response from Attorney Mr. Jonathan D. Rose for Appellees GMAC Mortgage LLC and GMAC Mortgage, LLC. Certificate of Service:07/25/2013. [10-5999, 10-6249, 12-5802] (JDR) |
| 08/08/2013 | 2 pg, 89.03 KB | NOTIFICATION filed by Mr. Jonathan D. Rose for GMAC Mortgage, LLC in 10-6249, Mr. Jonathan D. Rose for GMAC Mortgage LLC in 10-5999 regarding. Certificate of Service: 08/08/2013. [10-6249, 10-5999] (JDR) |
| 08/15/2013 | 2 pg, 590.44 KB | Copy of District Court Document filed RE #187 filed 8/14/2013 Notice of General Order Reassigning Case 08-cv-00458 from Judge Coffman to Judge Bunning.. [10-5999, 10-6249, 12-5802] (LMN) |
| 08/15/2013 | 20 pg, 318.14 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249, 12-5802 to strike brief of Appellees in Regards to the Motion to Remand or Dismiss and all other Filings since November 21, 2013, by BABC law firm on behalf of Rescap/GMAC Bankrupt entities and Deutsche Bank on Behalf of the RALI 2007-QS10 Fund and the Investors of the Fund. Rescap/GMAC, Deutsche Bank on Behalf of the RALI 2007-Qs10 MBS Fund. Certificate of Service: 08/15/2013. [10-5999, 10-6249, 12-5802] (HBM) |
| 08/28/2013 | 4 pg, 95.33 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249, 12-5802 to remand. Certificate of Service: 08/28/2013. [10-5999, 10-6249, 12-5802] (HBM) |
| 08/28/2013 | 185 pg, 1.12 MB | RESPONSE in opposition filed regarding a motion to strike brief, [4918963-2]; previously filed by Ms. Heather Boone McKeever in 12-5802, 10-5999, 10-6249. Response from Attorney Mr. Christopher E. Thorsen for Appellee GMAC Mortgage, LLC in 12-5802, Attorney Mr. Christopher E. Thorsen for Appellee GMAC Mortgage LLC in 10-5999, 10-6249 Certificate of Service:08/28/2013. [12-5802, 10-5999, 10-6249] (CET) |
| 09/10/2013 | 8 pg, 250.71 KB | RESPONSE in opposition filed regarding a motion to remand case, [4926938-2]; previously filed by Ms. Heather Boone McKeever in 12-5802, 10-5999, 10-6249. Response from Attorney Mr. Christopher E. Thorsen for Appellee GMAC Mortgage, LLC in 12-5802, Attorney Mr. Christopher E. Thorsen for Appellee GMAC Mortgage LLC in 10-5999, 10-6249 Certificate of Service:09/10/2013. [12-5802, 10-5999, 10-6249] (CET) |
| 09/23/2013 | 6 pg, 278.74 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 12-5802, 10-5999, 10-6249 to extend time *to File Appellant's Reply to Response to Motion to Remand*. Certificate of Service: 09/23/2013. [12-5802, 10-5999, 10-6249] (HBM) |
| 10/03/2013 | 6 pg, 230.67 KB | RESPONSE in opposition filed regarding a motion to extend time to file a reply [4943161-2]; previously filed by Ms. Heather Boone McKeever. Response from Attorney Mr. Christopher E. Thorsen for Appellee GMAC Mortgage, LLC and GMAC Mortgage LLC. Certificate of Service:10/03/2013. [12-5802, 10-5999, 10-6249]--[Edited 10/07/2013 by LMN] (CET) |
| 10/22/2013 | 4 pg, 206.17 KB | ORDER filed : The Bank's motion for partial dismissal and to remand is GRANTED in PART. These appeals are partially dismissed insofar as they seek review of any order entered in No. 09-362 (E.D. Ky.) and are hereby REMANDED to the district court for further proceedings in No. 09-362 (E.D. Ky.). The Borrowers' motions to hold in abeyance, for clarification, |

| Date | | Description |
|---|---|---|
| | | to strike and for injunctive relief, to remand, and for an extension of time to file a reply are DENIED. These three appeals will proceed on the merits with respect to the final orders entered by the district court in cases other than No. 09-362 (E.D. Ky.) that have been appealed by the Borrowers. The clerk will establish a new briefing schedule for the appeals. [4875885-2] [4875885-3] [4882291-2] [4897042-2] [4897019-2] [4943161-2] [4918963-2] [4926938-2]. Deborah L. Cook, Circuit Judge; Richard Allen Griffin, Circuit Judge and Peter C. Economus, Senior U.S. District Judge for the Northern District of Ohio, sitting by designation. [10-5999, 10-6249, 12-5802] (LMN) |
| 10/22/2013 | 5 pg, 182.81 KB | BRIEFING LETTER SENT setting briefing schedule: appellant brief due 12/04/2013; appellees' briefs due 01/06/2014. [10-5999, 10-6249, 12-5802] (LMN) |
| 11/30/2013 | 18 pg, 216.61 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever for a request for certification of law to the Kentucky Supreme Court. Certificate of Service: 11/30/2013.--[Edited 12/04/2013 by LMN] (HBM) |
| 12/03/2013 | 21 pg, 197.85 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever for certification of law to the New York State Court of Appeals. Certificate of Service: 12/03/2013. [10-5999, 10-6249, 12-5802]--[Edited 12/04/2013 by LMN] (HBM) |
| 12/05/2013 | 0 pg, 0 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249, 12-5802 to extend time to file brief. Certificate of Service: 12/05/2013. [10-5999, 10-6249, 12-5802] (This entry is LOCKED on the docket and Ms. McKeever is instructed to refile this motion by selecting "motion", "hold case in abeyance")--[Edited 12/05/2013 by LMN] (HBM) |
| 12/09/2013 | 3 pg, 121.55 KB | MOTION filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249, 12-5802 to hold case in abeyance. Certificate of Service: 12/05/2013. [10-5999, 10-6249, 12-5802] (HBM) |
| 12/12/2013 | 15 pg, 281.83 KB | RESPONSE in opposition filed regarding a motion certifying question of law, [4990320-2]; previously filed by Ms. Heather Boone McKeever in 12-5802, 10-5999, 10-6249. Response from Attorney Mr. Christopher E. Thorsen for Appellee GMAC Mortgage, LLC in 12-5802, Attorney Mr. Christopher E. Thorsen for Appellee GMAC Mortgage LLC in 10-5999, 10-6249 Certificate of Service:12/12/2013. [12-5802, 10-5999, 10-6249] (CET) |
| 12/13/2013 | 11 pg, 178.02 KB | RESPONSE filed regarding a motion certifying question of law, [4988315-2]; previously filed by Ms. Heather Boone McKeever in 10-5999. Response from Attorney Mr. David J. Kellerman for Appellee Mortgage Electronic Registration Systems, Inc. in 10-6249 Certificate of Service:12/13/2013. [10-5999, 10-6249, 12-5802] (DJK) |
| 12/18/2013 | 4 pg, 74.58 KB | RESPONSE in opposition filed regarding a motion to hold case in abeyance, [4992991-2]; previously filed by Ms. Heather Boone McKeever in 12-5802, 10-5999, 10-6249. Response from Attorney Mr. Christopher E. Thorsen for Appellee GMAC Mortgage, LLC in 12-5802, Attorney Mr. Christopher E. Thorsen for Appellee GMAC Mortgage LLC in 10-5999, 10-6249 Certificate of Service:12/18/2013. [12-5802, 10-5999, 10-6249] (CET) |
| 12/18/2013 | 0 pg, 0 KB | RESPONSE filed regarding a motion to extend time to file brief, [4991874-2]; previously filed by Ms. Heather Boone McKeever in 10-5999, 10-6249, 12-5802. Response from Attorney Mr. David J. Kellerman for Appellee Mortgage Electronic Registration Systems, Inc. in 10-6249 Certificate of Service:12/18/2013. (This entry is LOCKED on the docket and Mr. Kellerman is instructed to refile this response by selecting a response to the 12/9/13 motion to hold case in abeyance NOT a response to motion to extend time to file a brief which was incorrectly filed by Ms. McKeever and locked on the docket. [10-5999, 10-6249, 12-5802]--[Edited 12/18/2013 by LMN] (DJK) |
| 12/18/2013 | | RESPONSE filed regarding a motion to hold case in abeyance, [4992991-2]; |

| | | |
|---|---|---|
| | 7 pg, 162.43 KB | previously filed by Ms. Heather Boone McKeever in 10-5999, 10-6249, 12-5802. Response from Attorney Mr. David J. Kellerman for Appellee Mortgage Electronic Registration Systems, Inc. in 10-6249 Certificate of Service:12/18/2013. [10-5999, 10-6249, 12-5802] (DJK) |
| 12/22/2013 | 9 pg, 159.13 KB | REPLY filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249, 12-5802 regarding *Appellant's Motion for Certification of Law to the New York Court of Appeals*. Certificate of Service: 12/22/2013. [10-5999, 10-6249, 12-5802] (HBM) |
| 12/22/2013 | 5 pg, 110.92 KB | REPLY filed by Ms. Heather Boone McKeever for Shane M. Haffey and Ms. Heather Boone McKeever in 10-5999, 10-6249 regarding *Appellants' Motion for Certification to the Kentucky Supreme Court in Appeal 10-5999 District Court 08-456*. Certificate of Service: 12/22/2013. [10-5999, 10-6249] (HBM) |

Clear All

● **Documents and Docket Summary**
○ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** 0       **Selected Size:** 0 KB
Totals reflect accessible documents only and do not include unauthorized restricted documents.

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/09/2014 17:04:07 | | | |
| **PACER Login:** | mf1354 | **Client Code:** | 73304-0000001 |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 10-6249 |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |