# **Exhibit E**

**5:09-cv-00362-DLB** Deutsche Bank Trust Company Americas v. Haffey et al
David L. Bunning, presiding
Date filed: 11/12/2009
Date terminated: 06/01/2012
Date of last filing: 01/24/2014

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| 1 | *Filed:* *Entered:* | 11/12/2009 11/13/2009 | Complaint |
| | *Docket Text:* COMPLAINT ( Filing fee $350; receipt number 1620184), filed by Deutsche Bank Trust Company Americas. (Attachments: # (1) Exhibit A - Note, # (2) Exhibit B - Mortgage, # (3) Exhibit C - Assignment of Mortgage, # (4) Exhibit D - Preliminary Judicial Report, # (5) Civil Cover Sheet, # (6) Case Assignment)(RJD) | | |
| 2 | *Filed:* *Entered:* | 11/12/2009 11/13/2009 | Disclosure Statement pursuant to FRCP 7.1 |
| | *Docket Text:* FRCP 7.1 DISCLOSURE STATEMENT by Deutsche Bank Trust Company Americas identifying Corporate Parent Deutsche Bank AG, Corporate Parent Deutsche Bank Trust Corporation, Corporate Parent Deutsche Bank Holdings, Inc., Corporate Parent Taunus Corporation for Deutsche Bank Trust Company Americas. (RJD) | | |
| | *Filed & Entered:* | 11/13/2009 | Conflict Check |
| | *Docket Text:* Conflict Check run. (RJD) | | |
| | *Filed & Entered:* | 11/13/2009 | Notice of Deficiency |
| | *Docket Text:* NOTICE OF DEFICIENCY TO Mackenzie Walter re [1] Complaint; attorney notified clerk the summons should be returned via pick up; however, a prepared summons was not attached to the electronic filing of the complaint in the fictitious miscellaneous case number 09-99999. A summons may be issued by presenting the prepared summons to the Clerk for issuance on paper or by electronically filing pleading entitled Notice of Filing with the prepared summons as an attachment <u>within 3 business days</u>. cc: COR (RJD) | | |
| 3 | *Filed & Entered:* | 11/16/2009 | Summons Issued |
| | *Docket Text:* Summons Issued as to Heather McKeever Haffey, Shane M. Haffey, State Farm Bank, F.S.B., Gentry Mechanical Systems, Inc.; issued summons returned to counsel via picked up at the Lexington Clerk's Office (RJD) | | |
| 4 | *Filed & Entered:* | 11/16/2009 | Order Reassigning Case |
| | *Docket Text:* ORDER - this action is REASSIGNED to Judge Jennifer B Coffman for all further proceedings. Signed by Judge Karen K. Caldwell on 11/16/2009.(RJD)cc: COR | | |
| 5 | *Filed & Entered:* | 12/01/2009 | Certified Mail Receipt |
| | *Docket Text:* CERTIFIED MAIL RECEIPT re [3] Summons Issued: Summons received by Secretary of State on 11/30/2009. (SCD) | | |
| 6 | *Filed & Entered:* | 12/10/2009 | Summons Returned Unexecuted |
| | *Docket Text:* INCORRECTLY FILED Summons Returned Unexecuted by Deutsche Bank Trust Company Americas as to Gentry Mechanical Systems, Inc.. (Walter, Mackenzie) Modified see | | |

|   |   |   |   |
|---|---|---|---|
| | DE [10] for the CORRECT ENTRY on 12/10/2009 (SCD). | | |
| 7 | *Filed & Entered:* | 12/10/2009 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Deutsche Bank Trust Company Americas via Constable to Shane M. Haffey served on 12/9/2009, answer due 12/30/2009. (Walter, Mackenzie) | | |
| 8 | *Filed & Entered:* | 12/10/2009 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Deutsche Bank Trust Company Americas via Constable to Heather McKeever Haffey served on 12/9/2009, answer due 12/30/2009. (Walter, Mackenzie) | | |
| 9 | *Filed & Entered:*<br>*Terminated:* | 12/10/2009<br>01/29/2010 | Motion for Extension of Time to File Answer |
| | *Docket Text:* AGREED MOTION for Extension of Time to File Answer re [1] Complaint, by Heather McKeever Haffey, Shane M. Haffey (Pro Se). (SCD) | | |
| 10 | *Filed & Entered:* | 12/10/2009 | Summons Returned Unexecuted |
| | *Docket Text:* Summons Returned Unexecuted by Deutsche Bank Trust Company Americas as to Gentry Mechanical Systems, Inc.. (Walter, Mackenzie) | | |
| 11 | *Filed & Entered:* | 12/10/2009 | Summons Issued |
| | *Docket Text:* Summons Issued as to Gentry Mechanical Systems, Inc.; issued summons returned to counsel via pick-up at divisional office (SCD) | | |
| | *Filed & Entered:* | 12/11/2009 | Clerk's Note |
| | *Docket Text:* Clerk's Note re [6] Summons Returned Unexecuted: Attorney filed the incomplete summons returned unexecuted as the second page was not completed. Clerk contacted counsel to explain that before new summons could be issued, a completed summons returned unexecuted must be filed. Attorney re-filed the correct summons DE [10] an Clerk marked DE [6] as incorrectly filed. Clerk then issued the new summons that were presented at the Clerk's office. (SCD) | | |
| 13 | *Filed:*<br>*Entered:* | 12/17/2009<br>12/18/2009 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Deutsche Bank Trust Company Americas via Secretary of State to State Farm Bank, F.S.B. served on 12/7/2009, answer due 12/28/2009. (SCD) | | |
| | *Filed & Entered:* | 12/18/2009 | Motion Submitted |
| | *Docket Text:* ***MOTION SUBMITTED TO CHAMBERS of Judge Coffman for review: re [12] MOTION for Order by Heather McKeever Haffey, Shane M. Haffey (SCD) | | |
| 12 | *Filed & Entered:*<br>*Terminated:* | 12/18/2009<br>01/20/2010 | Motion for Order |
| | *Docket Text:* MOTION for Order to Transfer by Heather McKeever Haffey, Shane M. Haffey (Pro Se). (SCD) | | |
| 14 | *Filed & Entered:* | 01/06/2010 | Summons Returned Executed |
| | *Docket Text:* SUMMONS Returned Executed by Deutsche Bank Trust Company Americas via Jessamine Co. Constable to Gentry Mechanical Systems, Inc. served on 1/4/2010, answer due 1/25/2010. (Walter, Mackenzie) | | |
| | *Filed:*<br>*Entered:* | 01/20/2010<br>01/21/2010 | Order on Motion for Order |

| | | | |
|---|---|---|---|
| 15 | *Docket Text:* ORDER: The [12] Motion to Transfer this matter to Chief Judge Jennifer Coffman is DENIED AS MOOT, per the 11/16/2009 [4] Order reassigning the case to Judge Coffman for all further proceedings. Signed by Judge Jennifer B Coffman on January 20, 2010. (AWD) cc: COR | | |
| 16 | *Filed & Entered:* | 01/25/2010 | Motion Submitted |
| | *Docket Text:* ***MOTION SUBMITTED TO CHAMBERS of Judge Coffman for review: re [9] MOTION for Extension of Time to File Answer re [1] Complaint, by Heather McKeever Haffey, Shane M. Haffey (RJD) | | |
| | *Filed & Entered:* | 01/29/2010 | Order |
| | *Docket Text:* ORDER: dfts [9] agreed motion for extension of time to file response to pla's [1] Complaint is GRANTED & dfts have until 2/10/2010 to file such response. Signed by Judge Jennifer B Coffman on 01/28/2010.(RJD)cc: COR,DFTS | | |
| 17 | *Filed & Entered:* | 02/09/2010 | Answer to Complaint |
| | *Docket Text:* VERIFIED ANSWER to [1] Complaint, with JURY DEMAND, THIRD PARTY COMPLAINT against GMAC Mortgtgage, LLC, Residential Accredit Loans, Inc., Residential Funding Company, LLC, The Bank of the Bluegrass and Trust Co., Bill Allen, Mark Herron, Jennifer Frye, Mortgage Electronic Registration Systems, Inc., Merscorp, COUNTERCLAIM against Deutsche Bank Trust Company Americas by Heather McKeever Haffey (Pro Se).(RJD) Modified text to add Pro Se to filer on 2/9/2010 (RJD). | | |
| 18 | *Filed & Entered:*<br>*Terminated:* | 02/09/2010<br>02/11/2010 | Motion to Consolidate Cases |
| | *Docket Text:* MOTION to Consolidate Cases by Heather McKeever Haffey (Pro Se), Shane M. Haffey (Pro Se) (RJD) | | |
| 19 | *Filed & Entered:*<br>*Terminated:* | 02/09/2010<br>06/18/2010 | Motion to Dismiss |
| | *Docket Text:* MOTION to Dismiss by Shane M. Haffey (Pro Se) (Attachments: # (1) Memorandum in Support)(RJD) | | |
| 20 | *Filed:*<br>*Entered:* | 02/11/2010<br>02/16/2010 | Order on Motion to Consolidate Cases |
| | *Docket Text:* ORDER: A telephonic status conference was held on February 11, 2010 before Judge Jennifer B Coffman. Heather McKeever (Haffey) participated on her own behalf. Shane M. Haffey participated on his own behalf. Robert Zimmerman participated on behalf of GMAC Mortgage, LLC, Deutsche Bank Trust Company Americas, Residential Accredit Loans, Inc. and Residential Funding Company, LLC. David Kellerman participated on behalf of MERS. Matthew Breetz participated on behalf of Bill Allen, Mark Herron, Jennifer Frye and Bank of the Bluegrass and Trust Co. The court ORDERS as follows: (1) By participating in this telephonic status conference, David Kellerman has made a formal entry of appearance on behalf of MERS. Laura B. Grubbs is withdrawn as counsel of record for MERS. (2) Defendants' Motion to Consolidate (R. 18, 5:09-CV-362) filed by McKeever and Haffey is GRANTED and the matter of Deutsche Bank Trust Company Americas v. Haffey et al is consolidated with the lead action 5:08-CV-456-JBC for all purposes including discovery, pretrial, settlement and trial. (3) The 33 Motion to Seal filed by McKeever and Haffey is DENIED. Parties may substitute a copy of the original document with their account number redacted. McKeever and Haffey may prepare a Notice of Filing and attach their redacted "Exhibit A" for inclusion in the public record with their 33 Motion to Seal. If Clerk's Office receives such a pleading, they shall scan and attach to 33. However, if no such pleading is received by 2/22/2010, Clerk is directed to scan in original. (4) | | |

Motion to Dismiss (R. 12, 5:08-CV-456) filed by MERS is **REINSTATED** as an active motion in this case. NLT 2/22/2010 McKeever and Haffey shall file a supplemental response to the motion. Within 5 days, MERS shall file a supplemental reply. If no supplemental response filed, motion stands submitted. Supplemental response/reply shall be filed in 5:08-CV-456. (5) The Motion for Summary Judgment (R. 17, 5:08-CV-459) filed by GMAC Mortgage, LLC is **REINSTATED** as an active motion, is fully briefed and stands submitted for a decision. (6) The Motion for Judgment on the Pleadings or alternatively a Verified Motion for Summary Judgment (R. 22, 5:08-CV-459) filed by McKeever and Haffey is **REINSTATED** as an active motion, is fully briefed and stands submitted. (7) The Motion for Summary Judgment (R. 20, 5:08-CV-510) filed by MERS is **REINSTATED** as an active motion. Response and reply deadlines shall run in accordance with Local Rule and shall be filed in 5:08-CV-510. (8) The Motion to Dismiss (R.7, 5:09-CV-255) filed by Bill Allen, Mark Herron, Jennifer Frye and Bank of the Bluegrass and Trust Company is **REINSTATED** as an active motion. Response/reply deadlines shall run in accordance with Local Rule and shall be filed in 5:09-CV-255. (9) Any response/reply to any other current pending motion in these consolidated cases shall be filed in the individual cases in which the motion was originally filed. (10) All new motions and filings not related to current pending or reinstated motions shall be made in the lead action 5:08-CV-456-JBC. These cases are consolidated for all purposes including discovery, pretrial, settlement and trial. Signed by Judge Jennifer B. Coffman on February 12, 2010. (Court Reporter PEGGY WEBER) (AWD) cc: COR

| | | | |
|---|---|---|---|
| 21 | *Filed & Entered:* | 03/01/2010 | Response in Opposition to Motion |
| | *Docket Text:* RESPONSE in Opposition re [19] MOTION to Dismiss by Shane M. Haffey filed by Deutsche Bank Trust Company Americas. (Zimmerman, Robert) | | |
| 22 | *Filed:* *Entered:* *Terminated:* | 03/15/2010 03/16/2010 03/15/2010 | Motion for Preliminary Injunction |
| | *Docket Text:* MOTION for Temporary Injunction by Heather McKeever Haffey, Pro Se. (Attachments: # (1) Exhibit A - USDC/SDCA Order granting preliminary injunction)**Clerk also filed this pleading in the Lead case #5:08-cv-456-JBC**(RJD) | | |
| | *Filed & Entered:* | 03/17/2010 | Clerk's Note |
| | *Docket Text:* Clerk's Note: re [22] MOTION for Preliminary Injunction by Heather McKeever Haffey. Clerk spoke to pro se filer & advised her any future filings are to be filed in Lead case # 5:08-cv-456-JBC with the related case # 5:09-cv-362-JBC to be included on the pleading. (RJD) | | |
| 23 | *Filed & Entered:* | 05/03/2010 | Disclosure Statement pursuant to FRCP 7.1 |
| | *Docket Text:* FRCP 7.1 DISCLOSURE STATEMENT by Mortgage Electronic Registration Systems, Inc. identifying Corporate Parent MERSCORP, Inc. for Mortgage Electronic Registration Systems, Inc... (Kellerman, David) | | |
| 24 | *Filed & Entered:* | 05/03/2010 | Disclosure Statement pursuant to FRCP 7.1 |
| | *Docket Text:* FRCP 7.1 DISCLOSURE STATEMENT by Merscorp identifying Other Affiliate Freddie Mac, Other Affiliate Fannie Mae for Merscorp.. (Kellerman, David) | | |
| 25 | *Filed & Entered:* *Terminated:* | 05/03/2010 05/03/2010 | Motion for Extension of Time to File |
| | *Docket Text:* MOTION for Extension of Time to File by Merscorp, Mortgage Electronic Registration Systems, Inc., MOTION for Extension of Time to File Answer by Merscorp, Mortgage Electronic Registration Systems, Inc. (Attachments: # (1) Proposed Order)(Kellerman, David) | | |
| | *Filed & Entered:* | 06/18/2010 | Memorandum Opinion & Order |

| | | |
|---|---|---|
| 26 | *Docket Text:* AMENDED MEMORANDUM OPINION & ORDER: GRANTING IN PART & DENYING IN PART (08-cv-459) McKeever's 55 MOTION for Extension of Time to File Response/Reply as to 33 MOTION to Dismiss by Deutsche Bank Trust Company Americas, GMAC Mortgage, LLC, Residential Accredit Loans, Inc., Residential Funding Company, LLC, 53 MOTION to Dismiss Third Party Complaint; it is DENIED with respect to DE 33 Motion to Dismiss & GRANTING with respect to DE 53 Motion to Dismiss Third Party Complaint; response & reply times for 53 motion to dismiss by Bank of the Bluegrass are governed by a prior order at DE 66. Signed by Judge Jennifer B Coffman on 6/18/10.(KJR)cc: COR Modified to remove from text the reference to DE 19 on 6/18/2010 (KJR). | |
| 27 | *Filed & Entered:* | 06/18/2010 | Memorandum Opinion & Order |
| | *Docket Text:* MEMORANDUM OPINION & ORDER: DENYING Haffey's [19] Motion to Dismiss. Signed by Judge Jennifer B Coffman on 6/18/10.(KJR)cc: COR | |
| 28 | *Filed:* *Entered:* | 06/22/2010 06/25/2010 | Memorandum Opinion & Order |
| | *Docket Text:* Copy of MEMORANDUM OPINION & ORDER: IT IS ORDERED that the 33 MOTION to Dismiss (5:08-CV-459) by Deutsche, GMAC, RALI and RFC is GRANTED. IT IS FURTHER ORDERED that a copy of these motions, any responses or replies and this order shall be filed in the individual case, Lexington 09-CV-362. Signed by Judge Jennifer B Coffman on June 22, 2010. (AWD) cc: COR | |
| 29 | *Filed:* *Entered:* *Terminated:* | 06/22/2010 06/25/2010 06/22/2010 | Motion to Dismiss |
| | *Docket Text:* Copy of MOTION to Dismiss Dft McKeever's Counterclaim and Third-Party Complaint with Memorandum in Support by Deutsche Bank Trust Company Americas, GMAC Mortgtgage, LLC, Residential Accredit Loans, Inc. and Residential Funding Company, LLC. (AWD) **(Filed pursuant to [28] Memorandum Opinion and Order.)** | |
| 30 | *Filed:* *Entered:* *Terminated:* | 06/22/2010 06/25/2010 06/22/2010 | Motion for Extension of Time to File Response/Reply |
| | *Docket Text:* Copy of MOTION for Extension of Time to File Response to [29] MOTION to Dismiss Counterclaim and Third Party Complaint by Heather McKeever Haffey. (AWD) **(Filed pursuant to [28] Memorandum Opinion and Order.)** | |
| 31 | *Filed:* *Entered:* | 06/22/2010 06/25/2010 | Response in Opposition to Motion |
| | *Docket Text:* Copy of RESPONSE in Opposition to [30] MOTION for Extension of Time to File Response to [29] MOTION to Dismiss Counterclaim filed by Deutsche Bank Trust Company Americas. (AWD) **(Filed pursuant to [28] Memorandum Opinion and Order.)** | |
| 32 | *Filed:* *Entered:* | 06/22/2010 06/25/2010 | Memorandum Opinion & Order |
| | *Docket Text:* Copy of MEMORANDUM OPINION & ORDER: The [30] MOTION for Extension of Time to File Response to [29] MOTION to Dismiss is DENIED. Signed by Judge Jennifer B Coffman on June 18, 2010. (AWD) cc: COR **(Filed pursuant to [28] Memorandum Opinion and Order.)** | |
| | *Filed:* *Entered:* | 06/22/2010 06/25/2010 | Memorandum Opinion & Order |
| | *Docket Text:* Copy of AMENDED MEMORANDUM OPINION & ORDER: The [30] MOTION | |

| | | | |
|---|---|---|---|
| 33 | for Extension of Time to File Response to [29] MOTION to Dismiss is DENIED. Signed by Judge Jennifer B Coffman on June 18, 2010. (AWD) cc: COR **(Filed pursuant to [28] Memorandum Opinion and Order.)** | | |
| 34 | *Filed:* | 07/07/2010 | Answer to Complaint |
| | *Entered:* | 07/08/2010 | |
| | *Docket Text:* VERIFIED ANSWER to [1] Complaint, with Jury Demand by Shane M. Haffey (Pro Se). (filed pursuant to Chambers). (KJR) | | |
| 35 | *Filed:* | 08/30/2010 | Memorandum Opinion & Order |
| | *Entered:* | 08/31/2010 | |
| | *Docket Text:* MEMORANDUM OPINION & ORDER: DENYING Heather McKeever Haffey's (34) MOTION for Temporary Injunction (filed in 08-459); DENYING Deutsche Bank Trust Company Americas and GMAC Mortgage's (36) REQUEST for Oral Argument regarding (34) MOTION for Temporary Injunction (filed in 08-459); that this order also be docketed in 08-cv-459. Signed by Judge Jennifer B Coffman on 8/30/10.(KJR)cc: COR | | |
| 36 | *Filed & Entered:* | 08/31/2010 | Motion to Dismiss |
| | *Terminated:* | 08/31/2010 | |
| | *Docket Text:* MOTION to Dismiss by Bill Allen, Jennifer Frye, Mark Herron, The Bank of the Bluegrass and Trust Co. (file pursuant to Court's Order of 8/31/10). (Attachments: # (1) Memorandum in Support)(KJR) | | |
| 37 | *Filed & Entered:* | 08/31/2010 | Response in Opposition to Motion |
| | *Docket Text:* RESPONSE in Opposition re [36] MOTION to Dismiss by Bill Allen, Jennifer Frye, Mark Herron, The Bank of the Bluegrass and Trust Co. filed by Deutsche Bank Trust Company Americas; (file pursuant to court's Order of 8/31/10). (KJR) | | |
| 38 | *Filed & Entered:* | 08/31/2010 | Reply to Response to Motion |
| | *Docket Text:* REPLY to Response to Motion re [36] MOTION to Dismiss by Bill Allen, Jennifer Frye, Mark Herron, The Bank of the Bluegrass and Trust Co. filed by Bill Allen, Jennifer Frye, Mark Herron, The Bank of the Bluegrass and Trust Co; (file pursuant to court's Order of 8/31/10). (KJR) | | |
| 39 | *Filed & Entered:* | 08/31/2010 | Memorandum Opinion & Order |
| | *Docket Text:* MEMORANDUM OPINION & ORDER: GRANTING Bill Allen, Jennifer Frye, Mark Herron, The Bank of the Bluegrass and Trust Co's [36] MOTION to Dismiss Third Party Complaint; the Third-Party claims are DISMISSED; that this order & the underlying motion & briefs shall be docketed in 09-cv-362. Signed by Judge Jennifer B Coffman on 8/31/10.(KJR)cc: COR | | |
| 40 | *Filed & Entered:* | 01/14/2011 | Motion to Dismiss |
| | *Terminated:* | 08/11/2011 | |
| | *Docket Text:* MOTION to Dismiss by Mortgage Electronic Registration Systems, Inc., Merscorp (Attachments: # (1) Memorandum in Support, # (2) Proposed Order)(Kellerman, David) Modified to add Merscorp as filer on 1/18/2011 (RJD). | | |
| | *Filed & Entered:* | 01/18/2011 | Notice of Docket Modification |
| | *Docket Text:* NOTICE OF DOCKET MODIFICATION TO David Kellerman re [40] MOTION to Dismiss by Mortgage Electronic Registration Systems, Inc.; Error: the correct filers were not selected; Clerk added the third-party defendant, Merscorp as a filer to the document. In the future, hold the ctrl key on the keyboard and click on each party filing the pleading. No further action required by counsel. cc: COR (RJD) | | |

|   |   |   |   |
|---|---|---|---|
|   | *Filed & Entered:* | 02/16/2011 | Motion Submitted |
|   | *Docket Text:* ***MOTION SUBMITTED TO CHAMBERS of Judge Coffman for review: re [40] MOTION to Dismiss by Mortgage Electronic Registration Systems, Inc., Merscrop (RJD) | | |
| 41 | *Filed & Entered:* | 02/22/2011 | Notice |
|    | *Docket Text:* NOTICE by Mortgage Electronic Registration Systems, Inc. *not to file a reply to Third Party Plaintiff, Heather McKeever's response to their motion to dismiss* (Kellerman, David) | | |
|    | *Filed & Entered:* | 02/23/2011 | File Submitted |
|    | *Docket Text:* ***FILE SUBMITTED TO CHAMBERS of Judge Coffman for review: [41] Notice (RJD) | | |
| 42 | *Filed:* *Entered:* | 08/11/2011 08/12/2011 | Order |
|    | *Docket Text:* ORDER: Clerk is directed to file the memorandum opinion & order (DE [107], 5:08-cv-459) in related action 5:09-cv-362 & term [40] MOTION to Dismiss. Signed by Judge Jennifer B Coffman on 08/11/2011.(RJD)cc: COR | | |
| 43 | *Filed:* *Entered:* | 08/11/2011 08/12/2011 | Memorandum Opinion & Order |
|    | *Docket Text:* MEMORANDUM OPINION & ORDER: GRANTING 3rd party dft MERS & MERSCorp by Mortgage Electronic Registration Systems, Inc.'s [40] MOTION to Dismiss. Signed by Judge Jennifer B Coffman on 08/11/2011. Filed pursuant to order at DE [42].(RJD)cc: COR | | |
|    | *Filed & Entered:* | 08/12/2011 | Clerk's Note |
|    | *Docket Text:* Clerk's Note: re [42] Order, [43] Memorandum Opinion & Order mailed to pro se dfts Heather McKeever Haffey & Shane M. Haffey. (RJD) | | |
| 44 | *Filed & Entered:* | 01/23/2012 | Order |
|    | *Docket Text:* ORDER: Granting Deutsche Bank's motion for summary judgment; granted for both consolidated actions, Lexington 09-362 & 08-459. Signed by Judge Jennifer B Coffman on 1/23/12.(KJR)cc: COR | | |
| 45 | *Filed:* *Entered:* | 06/01/2012 06/04/2012 | Judgment |
|    | *Docket Text:* JUDGMENT: The court, having granted pltf Deutsche Bank's motion for summary judgment, enters JUDGMENT in accordance w/that order; There being no just cause for delay, this order is FINAL & APPEALABLE; This matter is STRICKEN from the court's active docket. Signed by Judge Jennifer B Coffman on 06/01/2012.(RJD)cc: COR(via US Mail to Heather McKeever Haffey) | | |
| 46 | *Filed & Entered:* | 06/11/2012 | Mail Returned |
|    | *Docket Text:* Mail Returned as Undeliverable. Mail sent to Heather McKeever Haffey re [45] Judgment; Forward time exp, return to send noted on envelope. Clerk forwarded the Judgment to PO Box 1181, Isle of Palms, SC as noted on envelope. (RJD) | | |
| 47 | *Filed & Entered:* *Terminated:* | 06/28/2012 09/27/2012 | Motion for Judgment |
|    | *Docket Text:* MOTION for Judgment by Deutsche Bank Trust Company Americas , MOTION for Order of Sale by Deutsche Bank Trust Company Americas , MOTION for Attorney Fees by Deutsche Bank Trust Company Americas (Attachments: # (1) Exhibit A - Declaration of | | |

|    |                |            |            |
|----|----------------|------------|------------|
|    | Christopher E. Thorsen, # (2) Exhibit B - Declaration of David Fornshell, # (3) Exhibit C - Declaration of James H. Frazier, III, # (4) Memorandum in Support of Motion for Judgment, Order of Sale, Appointment of Master, Attorneys Fees, # (5) Proposed Order Proposed Judgment, Order of Sale, Appointment of Master, and Attorneys Fees)(Thorsen, Christopher) | | |
|    | *Filed & Entered:* | 07/24/2012 | Motion Submitted |
|    | *Docket Text:* ***MOTION SUBMITTED TO CHAMBERS of Judge Coffman for review: re [47] MOTION for Judgment by Deutsche Bank Trust Company Americas MOTION for Order of Sale by Deutsche Bank Trust Company Americas MOTION for Attorney Fees by Deutsche Bank Trust Company Americas (SCD) | | |
| 48 | *Filed & Entered:* | 09/27/2012 | Order |
|    | *Docket Text:* ORDER: DENYING WITHOUT PREJUDICE McKeever & Haffey's DE 166 (08-cv-459) Motion for Extension of Time to File Response/Reply & DENYING WITHOUT PREJUDICE McKeever & Haffey's DE 173 (08-cv-459) Motion for Extension of Time to File Response in relation to notice of stay; DENYING WITHOUT PREJUDICE Deutsche Bank Trust Company Americas' [47] Motion for judgment, order of sale, appointment of master & attorneys' fees. Signed by Judge Jennifer B Coffman on 9/27/12.(KJR)cc: COR, Haffey (US Mail) | | |
| 49 | *Filed & Entered:* | 08/14/2013 | Notice of General Order Reassigning Case |
|    | *Docket Text:* NOTICE OF GENERAL ORDER REASSIGNING CASE: Judge Jennifer B Coffman is no longer assigned to case. Case reassigned to Judge David L. Bunning for all further proceedings pursuant to General Order No. 13-3. (Attachments: # (1) Case Assignment)(SCD) | | |
| 50 | *Filed & Entered:* | 11/06/2013 | Motion for Judgment |
|    | *Docket Text:* MOTION for Final Judgment, MOTION for Order of Sale, MOTION for Appointment of Master, and MOTION for Attorneys' Fees by Deutsche Bank Trust Company Americas. *Motion for Final Judgment, Order of Sale, Appointment of Master, and Attorneys Fees* (Attachments: # (1) Affidavit Ex. 1-Declaration of Christopher E. Thorsen, # (2) Exhibit A (Part 1) to Thorsen Declaration, # (3) Exhibit A (Part 2) to Thorsen Declaration, # (4) Exhibit A (Part 3) to Thorsen Declaration, # (5) Memorandum in Support, # (6) Proposed Order Proposed Final Judgment, Order of Sale, Appointment of Master, and Attorneys Fees)(Thorsen, Christopher). Added MOTION for Order of Sale, MOTION for Order, MOTION for Attorney Fees on 11/7/2013 (SCD). | | |
|    | *Filed & Entered:* | 11/12/2013 | Notice of Docket Modification |
|    | *Docket Text:* NOTICE OF DOCKET MODIFICATION TO Christopher Thorsen re [50] MOTION for Final Judgment: Error: This motion requests 4 forms of relief and only one form of relief was selected; Entry by attorney; Clerk added the motion reliefs requested. In the future, when filing a motion with multiple reliefs, select a motion relief for each relief requested, so all motions will appear on the Judge's motion report. No further action required by counsel. cc: COR (SCD) | | |
| 51 | *Filed & Entered:* | 12/05/2013 | Motion to Stay |
|    | *Docket Text:* MOTION to Stay by Heather McKeever Haffey and Shane M. Haffey *Pending Sixth Circuit Certification of Law* (McKeever, Heather) Modified on 12/6/2013 (SCD). (Additional attachment(s) added on 12/9/2013: # (1) Proposed Order) (SCD). | | |
| 52 | *Filed & Entered:* | 12/05/2013 | Notice |
|    | *Docket Text:* NOTICE by Heather McKeever Haffey re [51] MOTION to Stay by Heather McKeever Haffey *Pending Sixth Circuit Certification of Law*, [50] MOTION for Final Judgment, MOTION for Order of Sale, MOTION for Appointment of Master, and MOTION for Attorney Fees by Deutsche Bank Trust Company Americas *LACK OF SERVICE OF DOCKET #50* | | |

|  |  |  |  |
|---|---|---|---|
|  |  |  | (McKeever, Heather) |
|  | *Filed & Entered:* | 12/06/2013 | Notice of Deficiency |
|  | *Docket Text:* NOTICE OF DEFICIENCY TO Heather McKeever re [51] MOTION to Stay *Pending Sixth Circuit Certification of Law*: attorney failed to submit a proposed order as an electronic attachment to the motion. Entry by attorney; <u>within 7 calendar days</u>, prepare a pleading entitled "Notice of Filing" (with a certificate of service), file the Notice using the event "Notice of Filing," attach the proposed order, and create a link to the related docket entry. cc: COR (SCD) | | |
|  | *Filed & Entered:* | 12/09/2013 | Motion Submitted |
|  | *Docket Text:* ***MOTION and FILE SUBMITTED TO CHAMBERS of Judge Bunning for review: re [50] MOTION for Final Judgment, MOTION for Order of Sale, MOTION for Appointment of Master, and MOTION for Attorney Fees by Deutsche Bank Trust Company Americas and [52] Notice of Lack of Service of Docket #50 by Heather McKeever Haffey. (SCD) | | |
| 53 | *Filed & Entered:* | 12/09/2013 | Notice of Filing |
| 53 | *Docket Text:* Proposed Order by Heather McKeever Haffey re [51] MOTION to Stay by Heather McKeever Haffey *Pending Sixth Circuit Certification of Law PROPOSED ORDER* (McKeever, Heather) Modified on 12/9/2013 (SCD). | | |
| 54 | *Filed & Entered:*<br>*Terminated:* | 12/10/2013<br>12/19/2013 | Motion for Preliminary Injunction |
| 54 | *Docket Text:* EMERGENCY MOTION for Preliminary Injunction and MOTION for Extension of Time to File a Response by Heather McKeever Haffey (McKeever, Heather) (Additional attachment(s) added on 12/10/2013: # (1) Proposed Order) (SCD). Added MOTION for Extension of Time to File Response/Reply on 12/10/2013 (SCD). | | |
| 55 | *Filed & Entered:* | 12/10/2013 | Notice |
| 55 | *Docket Text:* Proposed Order by Heather McKeever Haffey re [[54] EMERGENCY MOTION for Preliminary Injunction *PROPOSED ORDER* (McKeever, Heather) Modified on 12/10/2013 (SCD). | | |
|  | *Filed & Entered:* | 12/11/2013 | Notice of Docket Modification |
|  | *Docket Text:* NOTICE OF DOCKET MODIFICATION TO Heather McKeever re [54] EMERGENCY MOTION for Preliminary Injunction: Error: This motion requests 2 forms of relief and only one form of relief was selected; Entry by attorney; Clerk added the motion relief requested. In the future, when filing a motion with multiple reliefs, select a motion relief for each relief requested, so all motions will appear on the Judge's motion report. No further action required by counsel. cc: COR (SCD) | | |
| 56 | *Filed & Entered:* | 12/12/2013 | Order |
| 56 | *Docket Text:* ORDER: It is ordered that this matter is set for a <u>TELEPHONIC CONFERENCE</u> on <u>12/19/2013 at 11:00 AM</u> in COVINGTON at which time the Court will address the pending motions. To participate, parties must DIAL IN at least 5 minutes in advance of the scheduled start time by following the steps (listed within the order). Signed by Judge David L. Bunning on 12/12/2013.(SCD)cc: COR,Cov Diary | | |
| 57 | *Filed & Entered:* | 12/19/2013 | Response to Motion |
| 57 | *Docket Text:* RESPONSE to Motion re [54] EMERGENCY MOTION for Preliminary Injunction by Heather McKeever Haffey MOTION for Extension of Time to File Response/Reply filed by Deutsche Bank Trust Company Americas. (Attachments: # (1) Proposed Order Granting 21 Day Extension to Respond to Motion for Final Judgment, etc. (ECF No. 50))(Thorsen, Christopher) | | |

| | | | |
|---|---|---|---|
| 58 | *Filed & Entered:* | 12/19/2013 | Response in Opposition to Motion |
| | *Docket Text:* RESPONSE in Opposition re [51] MOTION to Stay by Heather McKeever Haffey *Pending Sixth Circuit Certification of Law* filed by Deutsche Bank Trust Company Americas. (Attachments: # (1) Exhibit A - Deutsche Bank's 6th Circuit Response to Motion to Hold Case In Abeyance, # (2) Exhibit B - MERS' Sixth Circuit Response to Motion to Hold Case in Abeyance, # (3) Proposed Order Denying Motion to Stay)(Thorsen, Christopher) | | |
| 59 | *Filed & Entered:* | 12/19/2013 | Order on Motion for Preliminary Injunction |
| | *Docket Text:* ORDER/MINUTE ENTRY ORDER FOR TELEPHONIC CONFERENCE held on 12/19/2013, before Judge David L. Bunning: (1) Pla shall provide Dfts w a copy of its [50] Motion for Final Judgment, Order of Sale, Appointment of Master, and Attorneys' Fees by 5:00 PM on 12/19/2013. (2) Dfts shall file a written response to [50] Motion w/in 21 days of entry of this Order, and Pla shall file a reply NLT 14 days thereafter, at which time the motion shall be submitted. (3) Dfts shall file a reply in support of their [51] Motion to Stay w/in 14 days of entry of this Order, at which time the motion shall be submitted. (4) Dfts' [54] Emergency Motion for Preliminary Injunction and Extension of Time is denied as moot. Signed by Judge David L. Bunning on 12/19/2013. (Court Reporter LISA WIESMAN.) (SCD)cc: COR | | |
| 60 | *Filed & Entered:* | 01/06/2014 | REPLY BRIEF |
| | *Docket Text:* REPLY BRIEF to [58] RESPONSE in Opposition to [51] MOTION to Stay filed by Heather McKeever Haffey. (McKeever, Heather) Modified text on 1/8/2014 (KLB). | | |
| 61 | *Filed & Entered:* | 01/07/2014 | Notice |
| | *Docket Text:* NOTICE *of Failure of Compliance with December 19, 2013 Order #59* by Heather McKeever Haffey re [52] Notice, [59] Order, [50] MOTION for Final Judgment, MOTION for Order of Sale, MOTION for Appointment of Master, and MOTION for Attorney Fees by Deutsche Bank Trust Company Americas. (Attachments: # (1) Exhibit EX. A #57 Notice Docket Activity, # (2) Exhibit EX. B. #58 Notice Docket Activity, # (3) Exhibit EX. C. #57 & #58 Envelope)(McKeever, Heather) Modified text on 1/8/2014 (KLB). | | |
| 62 | *Filed & Entered:* | 01/07/2014 | RESPONSE |
| | *Docket Text:* RESPONSE to [61] NOTICE filed by Deutsche Bank Trust Company Americas. (Attachments: # (1) Exhibit A - December 19, 2013 Email to Heather Boone McKeever, # (2) Exhibit B - Dkt No 50, # (3) Exhibit C - Dkt No 50-1, # (4) Exhibit D - Dkt No. 50-2, # (5) Exhibit E - Dkt No 50-3, # (6) Exhibit F - Dkt No 50-4, # (7) Exhibit G - Dkt. No. 50-5, # (8) Exhibit H - Dkt No 50-6, # (9) Exhibit I - January 7, 2014 Email to Heather Boone McKeever, # (10) Exhibit J - Microsoft Office Delivery Notice January 7, 2014)(Thorsen, Christopher) Modified text on 1/8/2014 (KLB). | | |
| | *Filed & Entered:* | 01/08/2014 | Motion Submitted |
| | *Docket Text:* ***MOTION SUBMITTED TO CHAMBERS of Judge Bunning for review: re [51] MOTION to Stay *Pending Sixth Circuit Certification of Law* by Heather McKeever Haffey. [58] Response in Opposition and [60] Reply filed. (KLB) | | |
| 63 | *Filed & Entered:* | 01/15/2014 | Motion to Set Aside Judgment |
| | *Docket Text:* MOTION to Set Aside Judgment by Heather McKeever Haffey *Pursuant to Rules 52, 59 and 60* (Attachments: # (1) Affidavit Delehey Declaration EX.A, # (2) Affidavit Haffey Declaration EX.B)(McKeever, Heather) (Additional attachment(s) added on 1/24/2014: # (3) Proposed Order) (AKR). | | |
| | *Filed & Entered:* | 01/16/2014 | Notice of Deficiency |
| | *Docket Text:* NOTICE OF DEFICIENCY TO Heather McKeever re [63] MOTION to Set Aside | | |

| | | | |
|---|---|---|---|
| | Judgment by Heather McKeever Haffey *Pursuant to Rules 52, 59 and 60*; attorney failed to submit a proposed order as an electronic attachment to the motion. Entry by attorney; <u>within 7 calendar days</u>, prepare a pleading entitled "Notice of Filing" (with a certificate of service), file the Notice using the event "Notice of Filing," attach the proposed order, and create a link to the related docket entry. cc: COR (AKR) | | |
| 64 | *Filed & Entered:* | 01/24/2014 | Notice of Filing |
| | *Docket Text:* NOTICE OF FILING by Heather McKeever Haffey re [63] MOTION to Set Aside Judgment by Heather McKeever Haffey *Pursuant to Rules 52, 59 and 60 Proposed Order* (McKeever, Heather) | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/27/2014 12:20:34 | | | |
| **PACER Login:** | mf1354 | **Client Code:** | 73214-0000001-14078 |
| **Description:** | History/Documents | **Search Criteria:** | 5:09-cv-00362-DLB |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |