## PROOF OF SERVICE

I Jenifer L. Wilson hereby certify that on January 23, 2014, I served a copy of the foregoing by email addressed to defendants' counsel of record:

Samantha Martin, Associate
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 336-4128
(212) 468-7900
SMartin@mofo.com

This the 23rd day of January, 2014.

By: _____
     Jennifer L. Wilson

//
//
//
//
//
//
//
//
//
//
//