**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Post-Effective Date Debtors. | ) | Jointly Administered |
| | ) | |

**STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

Pursuant to the order, dated October 15, 2012 (Docket No. 1824) (the "Procedures

Order"),[1] pursuant to sections 105(a) and 362(d) of title 11 of the United States Code (the

"Bankruptcy Code") establishing procedures (the "Stay Relief Procedures") for requesting relief

from the automatic stay to complete or commence the foreclosure of a senior mortgage and

security interest on lands and premises with respect to which the Debtors hold or service a

subordinate mortgage and security interest; and HSBC Mortgage Services, Inc. having requested

(the "Request") relief from the automatic stay on behalf of itself and its successors and assigns

(collectively, the "Movant") in accordance with the Stay Relief Procedures in connection with

the property of Kyle M. & Kelly L. Chronister with an address of 1788 S. Norwood Avenue,

Independence, Missouri 64052 (the "Mortgaged Property") and due and proper notice of the

Request having been made on all necessary parties; and the above-captioned Post-Effective Date

Debtors (the "Debtors") having consented to the relief sought in the Request on the terms and

conditions contained in this stipulation and order ("Stipulation and Order"),

---

[1]   Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Procedures
Order.

NOW, THEREFOR, it is hereby stipulated and agreed as between the Parties to this Stipulation and Order, through their undersigned counsel; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Request is granted as set forth herein.

2.      The automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code to the extent necessary to allow Movant to complete or commence the foreclosure of the mortgage and security interest it holds on the Mortgaged Property.

3.      Nothing in this Stipulation and Order shall be construed to provide for the annulment of or any other retroactive relief from the automatic stay.

4.      Movant shall provide due notice to the Debtors and Ocwen Loan Servicing, LLC[2] in connection with any action to be taken with respect to the Mortgaged Property, including, but not limited to, proceeding with a sale of the Mortgaged Property, in accordance with and to the extent notice to a junior lienholder would be required by applicable state law.

5.      This Stipulation and Order may not be modified other than by a signed writing executed by the Parties hereto or by further order of the Court.

6.      This Stipulation and Order may be executed in multiple counterparts, each of which shall be deemed an original but all of which when taken together shall constitute one and the same instrument.

---

[2] Notices should be served on Ocwen Loan Servicing, LLC, at 1100 Virginia Drive, Fort Washington, PA 19034 (Attn: Peter J. Mulcahy, Esq.).

7.    Pursuant to Bankruptcy Rule 4001(a)(3), the 14-day stay of this

Stipulation and Order imposed by such Bankruptcy Rule is waived.  Movant is authorized to

implement the provisions of this Stipulation and Order immediately upon its entry.

8.    This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation and interpretation of this Stipulation and Order.


GMAC MORTGAGE, LLC                          HSBC MORTGAGE SERVICES, INC.


By: /s/ Norman S. Rosenbaum
Norman S. Rosenbaum                         By: /s/ Margaret J. Cascino
Erica J. Richards                           Margaret J. Cascino
James A. Newton                             **STERN & EISENBERG, PC**
**MORRISON & FOERSTER LLP**                 Woodbridge Corporate Plaza
1290 Avenue of the Americas                 485 A US Highway Route 1 South, Suite 110
New York, New York 10104                    Iselin, NJ 08830
Telephone:  (212) 468-8000                  Telephone:   (732) 582-6344
Facsimile:  (212) 468-7900                  Facsimile:  (732) 726-8719

*Counsel for the Post-Effective Date Debtors*   *Counsel for HSBC Mortgage Services, Inc.*
*and The ResCap Liquidating Trust*


**SO ORDERED.**

Dated:  January 27, 2014
        New York, New York


                          /s/Martin Glenn
                          MARTIN GLENN
                  United States Bankruptcy Judge

3