Hearing Date:    **March 11, 2014 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the Post-Effective Date Debtors*
*and The ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------ ) | |
| In re:                                                                   ) | Case No. 12-12020 (MG) |
|                                                                              ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,        ) | Chapter 11 |
|                                                                              ) | |
|         Post-Effective Date Debtors.                   ) | Jointly Administered |
| ------------------------------------------------------------ ) | |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION**
**OF CONNECTICUT HOUSING FINANCE AUTHORITY ("CHFA") FOR**
**THE ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC**
**<u>STAY PURSUANT TO 11 U.S.C. § 362(d) TO MARCH 11, 2014 AT 10:00 A.M.</u>**

**PLEASE TAKE NOTICE** that the *Motion of Connecticut Housing Finance Authority*

*"CHFA" for the Entry of an Order Granting Relief from the Automatic Stay Pursuant to 11*

*U.S.C. § 362(d)* [Docket No. 2401], previously scheduled to be heard on January 30, 2014 at

10:00 a.m. (Prevailing Eastern Time), has been adjourned to **March 11, 2014 at 10:00 a.m.**

**(Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United

States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom

House, One Bowling Green, Room 501, New York, New York 10004.

Dated: January 28, 2014
      New York, New York

Respectfully submitted,


/s/ Norman S. Rosenbaum
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Post-Effective Date Debtors
and The ResCap Liquidating Trust*