MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:   (212) 468-8000
Facsimile:   (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED
TO BE HEARD ON JANUARY 30, 2014 AT 2:00 P.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

I.   **EVIDENTIARY HEARING**

1.   Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records) [Docket No. 4887]

   **Related Document(s)**:

   a.   Order Establishing Procedures for the Adjudication of the Claims of William and Keiran Walker, Freddie Scott, Ron Bejarano, and Paul and Marge Pfunder in Connection with the Debtors' Twenty-Second, Twenty-Seventh, and Thirtieth Omnibus Objections to Claims [Docket No. 5390]

   b.   Notice of Evidentiary Hearing on Debtors' Thirtieth Omnibus Objection to Claims Solely with Respect to Claim Number 1430 of Paul and Marge Pfunder [Docket No. 6223]

ny-1127325

**Response(s)**:

a. Paul and Marge Pfunder's Objection to Disallowance of Claim [Docket No. 5259]

b. Paul and Marge Pfunder's Statement of Position [Docket No. 5664]

**Replies**:

a. Debtors' Omnibus Reply in Support of Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records [Docket No. 5297]

b. Debtors' Memorandum of Law in Further Support of Debtors' Thirtieth Omnibus Objection to Claims of Ron Bejarano (Claim No. 604) and Paul and Marge Pfunder (Claim No. 1430) [Docket No. 5548]

**Status**: The evidentiary hearing on this matter will be going forward.

Dated:  January 28, 2014
        New York, New York

/s/ Norman S. Rosenbaum
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*