**Adjourned Hearing Date: March 11, 2014 at 10:00 a.m. (Prevailing Eastern Time)**

SHEARMAN & STERLING LLP
Fredric Sosnick
William J.F. Roll III
Edmund M. Emrich
599 Lexington Avenue
New York, New York 10022
Telephone:   (212) 848-4000
Facsimile:    (212) 848-7179

*Counsel for Citibank, N.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF CITIBANK, N.A. FOR AN ORDER (I) DETERMINING THAT IT IS ENTITLED TO POST-PETITION INTEREST ON ITS OVERSECURED MSR FACILITY CLAIMS AT THE CONTRACTUAL DEFAULT RATE, AND (II) DIRECTING DEBTORS TO PAY SUCH INTEREST AS WELL AS CITIBANK'S DUE AND UNPAID COUNSEL FEES AND EXPENSES TO MARCH 11, 2014 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the *Motion of Citibank, N.A. for an Order (I) Determining that it is Entitled to Post-Petition Interest on its Oversecured MSR Facility Claims at the Contractual Default Rate, and (II) Directing Debtors to Pay Such Interest as Well as Citibank's Due and Unpaid Counsel Fees and Expenses* [Docket No. 6174] (the "**Motion**"), previously scheduled to be heard on January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned on consent to **March 11, 2014 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard at that time before the Honorable Martin Glenn, at the United States Bankruptcy

Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

Dated: January 28, 2014
    New York, New York

                                          Respectfully submitted,

                                          SHEARMAN & STERLING LLP

                                          */s/ Fredric Sosnick*
                                          Fredric Sosnick
                                          William J.F. Roll, III
                                          Edmund M. Emrich
                                          599 Lexington Avenue
                                          New York, New York 10022
                                          Telephone: (212) 848-4000
                                          Facsimile:  (212) 848-7179

                                          *Counsel for Citibank, N.A.*