Adjourned Hearing Date: February 6, 2014 at 10:00 a.m.

Darrell W. Clark, *Pro Hac Vice*
STINSON LEONARD STREET LLP
1775 Pennsylvania Ave., NW
Suite 800
Washington, DC  20006
Tel:  (202) 785-9100
Fax: (202) 785-9163
E-mail: darrell.clark@stinsonleonard.com

*Attorneys for Verizon Business Network Services Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*,[1] | : | Case No. 12-12020 (MG) |
| Debtors. | : | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON REQUEST OF VERIZON BUSINESS NETWORK SERVICES INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM TO FEBRUARY 6, 2014 AT 10:00 A.M.**

PLEASE TAKE NOTICE that at the request of the ResCap Liquidating Trust the *Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim* [Docket No. 6253], previously scheduled to be heard on January 30, 2014 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned by consent to February 6, 2014 at 10:00 a.m. (Prevailing Eastern Time) and will be heard at that time before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 501.

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital LLC in Support of the Chapter 11Petitions and First Day Pleadings.

DB04/0048629.0501/10324094.1

Dated: January 29, 2014

Respectfully submitted,

/s/ Darrell W. Clark
Darrell W. Clark, *Pro Hac Vice*
STINSON LEONARD STREET LLP
1775 Pennsylvania Ave., N.W.
Suite 800
Washington, D.C. 20006
Tel:   (202) 785-9100
Fax:  (202) 785-9163
E-mail:  darrell.clark@stinsonleonard.com

*Attorneys for Verizon Business Network Services Inc.*