**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
|  | ) |  |
| RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**ORDER DENYING MOTION OF CLAIMANT SHANE HAFFEY TO ADJOURN HEARING SET FOR JANUARY 30, 2014**

The Court has considered the *Motion to Adjourn Hearing Set for January 30, 2014 in Relation to the Claims of Shane Haffey, (Claim Numbers 2582 and 4402,) Request for Evidentiary Hearing, Request for Thirty (30) Days to File a Response to Debtors' January 27, 2014, Late Filed Supplemental Objection and Leave to File Original "Filed" September 23, 2013, Response* (the "Motion," ECF Doc. # 6382). The Motion is **DENIED**. The Hearing will take place as scheduled on January 30, 2014 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated:  New York, New York
January 29, 2014

                                               **/s/Martin Glenn**
                                                  MARTIN GLENN
                                          United States Bankruptcy Judge