MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Melissa A. Hager
Erica J. Richards

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Post-Effective Date Debtors. | Jointly Administered |

**RESCAP BORROWER CLAIMS TRUST'S**
**DESIGNATION OF ITEMS FOR RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Rule 8007-1 of the Local Bankruptcy Rules for the Southern District of New York, the ResCap Borrower Claims Trust (the "**Borrower Trust**"), established pursuant to the terms of the *Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors* [Docket No. 6030] (the "**Plan**")[1] in the above-captioned Chapter 11 cases (the "**Chapter 11 Cases**"), hereby submits, on behalf of Residential Capital,

---

[1] The Plan was confirmed by order of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") dated December 11, 2013 [Docket No. 6065] and the Plan's effective date occurred on December 17, 2013. The Plan provides for the creation and implementation of the Borrower Trust. *See* Plan, Art. IV.F. The Plan further provides that the Borrower Claims Trustee is deemed the representative of the Debtors' estates for the purpose of prosecuting objections to borrower claims. *See* Plan, Art. IV.S.

ny-1126438

LLC ("**ResCap**") and its affiliated post-effective date debtors (collectively, the "**Debtors**")[2] in the Chapter 11 Cases, the following designation of additional items to be included in the record on appeal in connection with the Notice of Appeal [Docket No. 6217] filed by appellant Thomas James La Casse ("**Appellant**"), from the *Order Denying Motion to Allow Amendment to Claim #3856 and for Reconsideration by Thomas James La Casse* [Docket No. 6156], which was entered by the Bankruptcy Court on December 19, 2013.

The Borrower Trust designates the following additional items to be included in the record on appeal.[3]

**A.    Pleadings**

| Docket No. | Description |
|---|---|
| 1309 | Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof |
| 2093 | Order Extending Deadline for Filing Proofs of Claim |
| 5295 | Debtors' Reply in Further Support of Objection to Proofs of Claim Filed by Thomas La Casse Against Homecomings Financial, LLC (Claim No. 3852) and Residential Funding Company, LLC (Claim Nos. 3856 and 3860) |
| 6065 | Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors |

---

[2]    The names of the Debtors in the Chapter 11 Cases and their respective tax identification numbers are identified on Exhibit 1 to the *Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 6].

[3]    For the avoidance of doubt, the Borrower Trust's designation of any pleadings and/or exhibit lists includes the designation of any and all exhibits filed with, attached to, or otherwise referenced in such pleadings.

2

B.    Transcripts[4]

| Date/Time of Hearing | ECF No. | Type of Hearing | Court Reporter or Recorder | Copy Ordered By Debtors |
|---|---|---|---|---|
| 10/09/2013 at 10:00 a.m.[5] | 5399 | Omnibus Hearing Regarding, *inter alia*, Debtors' Objection to Proofs of Claim Filed by Thomas La Casse Against Homecomings Financial, LLC (Claim No. 3852) and Residential Funding Company, LLC (Claim Nos. 3856 and 3860) | eScribers, LLC | Yes |

C.    Other

| Docket No. | Description |
|---|---|
| 4635, Ex. 1-B | Proof of Claim Number 3856 filed by Thomas James La Casse against Residential Funding Company, LLC on November 9, 2012 |

---

[4]    Pursuant to Local Bankruptcy Rule 8007-1(b), the transcript has not been filed as an exhibit due to its voluminous nature.

[5]    Appellant's designation of record identifies a "Transcript of Hearing Held on November 9, 2013." The Borrower Trust believes this designation was made in error as there was no hearing on this date, and Appellant intended to refer to the transcript of the hearing held on October 9, 2013.

ny-1126438

Dated: January 30, 2014,
New York, New York

                                                 */s/* Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Melissa A. Hager
Erica J. Richards
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*