Karen M. Rozier
7957 Dahlia Circle
Buena Park, CA 90620
(714) 512-5740
Claimant Unrepresented



JAN 27 2014

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

Residential Capital, LLC, et. al.

Debtors

) Case: 12-12020 (MG)
) Chapter 11
)
) Claim No. 5632
) [Submitted concurrently with claim 4738]
)
) APPLICATION FOR IMMEDIATE PAYMENT
)
)

APPLICATION FOR IMMEDIATE PAYMENT PURSUANT TO 11 U.S.C. SECTION 503

Karen Michele Rozier, Claimant, represented pro se and pursuant to 11 U.S.C. SECTION 503, applies to this Court for allowance and for immediate payment. In support of this motion, Claimant offers the follows:

1. Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code on May 15, 2012.
2. Claimant had business transactions with Co-Debtor GMAC Mortgage, LLC AND ETS, subsidiaries of Debtor. Claimant sued GMACM and ETS is California state and in Federal court, resulting in co-debtors rescinding a wrongful notice of default. Co-debtors continued to harass Claimant so she again sued them in California, resulting in them revering their wrongful foreclosure. Co-debtors first invoked bankruptcy protection when Claimant sued them for emotional damages. After invoking bankruptcy protection, Debtor continued to harass Claimant in her on-going litigation against Bank of America.

3. After the filing of the petition in this case, Karen Michele Rozier, in the ordinary course of business, provided a Proof of Claim No. 5632 filed and was served to Debtor's. Debtor's requested more information on date and Claimant provided additional information with her LEGAL AND FACTUAL REASONS IN SUPPORT OF CLAIMANT'S PROOF OF CLAIM AND DEMAND dated July 21, 2-13. Debtors did not object to Claimant's demand.

4. Claimant request was filed on December 23, 2013.

5. More than twenty (20) days have passed and Debtors have nor objected. Even when allowing for the Christmas Day, New Year's Day and the Reverend Martin Luther King holidays, more than twenty (20) days have passed.

6. This claim is not subject to any set off or counterclaim and Karen Michele Rozier holds no security for the debt.

7. All conditions precedent to the relief demanded herein have been performed or occurred.

WHEREFORE, Claimant Karen Michele Rozier moves this Court to enter an Order allowing Karen Michele Rozier an administrative expense, pursuant to 11 U.S.C. SECTION 503 and directing immediate payment of that claim.

Date: JANUARY 21, 2014                    Respectfully Submitted,

*Karen Michele Rozier* (signature)
Karen Michele Rozier