Karen M. Rozier
7957 Dahlia Circle
Buena Park, CA 90620
(714) 512-5740
Claimant Unrepresented

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:                                ) Chapter 11
                                      )
Residential Capital, LLC, et. al.     ) Claim No. 5632
                                      ) [Submitted concurrently with claim 4738]
        Debtors                       )
                                      ) AFFIDAVIT
                                      )
                                      )

**AFFIDAVIT OF KAREN MICHELE ROZIER**

1. I am a Creditor for Executive Trustee Services, LLC dba ETS, LLC.

2. I have properly filed my Proof Of Claim timely and the time for objection has passed.

3. I have properly filed my Demand for Payment timely and the time for objection has passed.

4. I have maintained continual contact with counsel from the Unsecured Borrower's Committee regarding claims and this settlement by confirmation. The contact between the parties has been uninformative and pointless. My previous point of contact was Brian Powers from Silverman Acampo. I have also attempted to communicate with Gary S. Lee from MORRISON & FOERSTER, LLP about my claim.

5. I have reviewed the APPLICATION FOR IMMEDIATE PAYMENT PURSUANT TO 11 U.S.C. SECTION 503. All of the facts and matters stated in said Application are true and correct to the best of my knowledge, information, and belief.

Further affiant saith naught.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge, under the laws of perjury in these United States.

Date: JANUARY 21, 2014

Executed in: Buena Park, CA

*Karen Michele Rozier* (signature)
Karen Michele Rozier

Notarized *KMR*

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

CIVIL CODE § 1189

State of California

County of _____Orange_____ }

On __1-21-14__ before me, _____Samantha S. Promsiri_____,
       Date                                    Here Insert Name and Title of the Officer

personally appeared _____Karen Michele Rozier_____
                              Name(s) of Signer(s)

_____,

[Notary Seal: SAMANTHA S. PROMSIRI, Commission # 1897028, Notary Public - California, Orange County, My Comm. Expires Jul 26, 2014]

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____[signature]_____
                    Signature of Notary Public

Place Notary Seal Above

── OPTIONAL ──

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: __United State Bankruptcy court / affidavit, claim #5632__
Document Date: __1-21-14__            Number of Pages: __2__
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☒ Individual
☐ Partner — ☐ Limited ☐ General         RIGHT THUMBPRINT OF SIGNER
☐ Attorney in Fact                        Top of thumb here
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Individual
☐ Partner — ☐ Limited ☐ General         RIGHT THUMBPRINT OF SIGNER
☐ Attorney in Fact                        Top of thumb here
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)              Item #5907