Karen M. Rozier
7957 Dahlia Circle
Buena Park, CA 90620
(714) 512-5740
Claimant Unrepresented

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:                                          ) Chapter 11
                                                )
Residential Capital, LLC, et. al.               ) Claim No. 4738
                                                ) [Submitted concurrently with claim 5632]
        Debtors                                 )
                                                ) ORDER
                                                )
                                                )

The application of what for the payment of administrative expensed was filed with this Court on January ____, 2014. Notice was served on the parties in interest in these proceedings. No objections being filed to the Proof of Claim, WHAT, or WHAT, the Court grants Claimant's request for payment.

IT IS ORDERED THAT **$29,175,120.01** of administrative expenses be allowed as administrative expenses, specifically, legal expense, filing fees, and proof of claim and paid immediately to Claimaint Karen Michele Rozier.

Dated:
                                        _____
                                        Honorable Martin Glenn
                                        United States Bankruptcy Judge