## PROOF OF SERVICE

Case 12-12020 (MG)  In re Residential Capital, LL

I am a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 7957 Dahlia Circle, Buena Park, CA 90620.

(1) APPLICATION FOR IMMEDIATE PAYMENT (Claim 4738)
(2) AFFIDAVIT (Claim 4738)
(3) ORDER (Claim 4738)
(4) APPLICATION FOR IMMEDIATE PAYMENT (Claim 5632)
(5) AFFIDAVIT (Claim 5632)
(6) ORDER (Claim 5632)

On all interest parties in this action by adding them to electronic mail through e-filing addressed as follows:

Counsel to the Debtors
Larren M. Nashelsky
Gary S. Lee
Lorenzo Marinuzzi
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104

Office of the United States Trustee
Tracy Hope Davis
Office of the United State Trustee
201 Varick Street, Suite 1006
New York, NY 10004

Counsel to the Official Committee of
Unsecured Creditors
Kenneth H. Eckstein
Thomas Moers Mayer
Douglas H. Mannal
Kramer Levin Naftallis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Counsel to the Examiner
Howard Seife
David M. LeMay
Robert J. Gayda
Marc B. Roitman
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

I declared under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 21, 2014

David E. Rozier, Sr