**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
                                                    :
**In re**                                           :   **Chapter 11**
                                                    :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1]           :   **Case No. 12-12020 (MG)**
                                                    :
                                                    :
                                                    :   **(Jointly Administered)**
                      **Debtors.**                  :
-------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jennifer Grageda, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On January 27, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Disclosure Statement Hearing**, dated July 9, 2013
  [Docket No. 4189]

B. On or before January 30, 2014, at my direction and under my supervision, employees of KCC caused the following documents to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit B**:

[Space Intentionally Left Blank]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

- **Notice of Entry of Confirmation Order Confirming the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors and Occurrence of Effective Date** [Docket No. 6137]

- **Notice of Deadline and Procedures for Filing Certain Administrative Claims** [Docket No. 6138]

Dated: January 31, 2014

                                                              Jennifer Grageda

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 31st of January, 2014, by Jennifer Grageda proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

```
ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017
```

# Exhibit A

Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Connie Eun Kyung Kang and Robert | Yun and Robert Kang and Top Shelf Enterprises | 105 San Miguel Pl | Chapel Hill | NC | 27514-1811 |

# Exhibit B

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Adam Brown | | 1334 S Prairie Ave | | Chicago | IL | 60605-3062 |
| Anett Lopez PA Att at Law | | 6175 NW 153rd St Ste 400 | | Miami Lakes | FL | 33014-2493 |
| Bailey, Sherry L & Bailey, John A | | 11105 Deer Haven Ct | | Louisville | KY | 40229-2296 |
| Choate, Robert J & Choate, Eleanor A | | 908 Valerie Ln | | Tehachapi | CA | 93561-9476 |
| Donna Lee Hogan Knox v GMAC Mortgage LLC | Mortgage LLC | Federal National Mortgage Association | 15065 Freeland St | Detroit | MI | 48227-2908 |
| Estate of Billy R Arnold | | 920 Crafton Creek Dr | | Lewisville | NC | 27023-7632 |
| Ezra Mitten | | 8117 Ryers Ave Fl 1 | | Philadelphia | PA | 19111-2318 |
| Irvin, Robert B & Irvin, Heather A | | 624 W Club Blvd | | Durham | NC | 27701-1262 |
| Justin Ciervo | | 148 Stokes Rd | | Medford | NJ | 08055-1523 |
| Mary E Pena Att at Law | | 7480 Bird Rd Ste 510 | | Miami | FL | 33155-6638 |
| RNM Investments Inc | | 7509 Madison Ave Ste 104 | | Citrus Hts | CA | 95610-7464 |
| Rod Cameron Shirley Att At Law | | 519 Hay Market Ln | | Tuscaloosa | AL | 35405-9734 |
| Sanchez, Denise | | 633 E Iris Ct | | Gilbert | AZ | 85296 |
| Sarah F and Robert P Goodall | | 102-390 | 2200 Wilson Blvd Ste 102 | Arlington | VA | 22201-3324 |
| Shenae Thompson | | 4135 Levick St | | Philadelphia | PA | 19135-3035 |
| Tao Li | | 148 Cottonwood Ct | | Mountain View | CA | 94043-5289 |
| Washington Square Condominium | c o Absolute Property Solutionsinc | 311 Summer St Ste 200 | | Boston | MA | 02210-1747 |