

It's that kind of experience.

January 27, 2014

Vito Genna
Clerk of Court
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

RE: Case No. 12-12020 (MG)

Dear Mr. Genna:

This letter is to inform you that we received your Subpoena for phone records for telephone number 256-280-9128. We are unable to provide these because phone records at WOW/Knology are only retained for one year. Our archived files do not go back to 2008.

If you have any further questions you may contact me at 630-536-3141.

Sincerely,

Marian Samuels
Lead Compliance Specialist
WOW Internet, Cable and Phone
1323 Bond Street, Suite 163
Naperville, IL 60536

B256 (Form 256 – Subpoena in a Case under the Bankruptcy Code) (12/07)

# UNITED STATES BANKRUPTCY COURT

Southern District    of    New York

In re RESIDENTIAL CAPITAL, LLC, et al
                        Debtors

**SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE**

Case No. *    12-12020 (MG)

Chapter    11
            Jointly Administered

To: Craig Martin, General Counsel
WideOpenWest Finance, LLC,
7887 East Belleview Avenue, Suite 1000
Englewood, Colorado 80111

* YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Not applicable | |
| | DATE AND TIME |
| | |

* YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Not applicable | |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Phone record calls placed on September 30, 2008 between the hours of 10:00PM and midnight Central Time, originating at telephone number 1-256-280-9128 including any log files of same which contains date/time, voice/key actuation command/prompt/reply and (System Administrative Log Files) of same activity and events. Such records archived by the Asterisk or other software as a service to or by Private Cable Co., LLC ("PCL Cable") in Decatur, Alabama prior to its acquisition by Knology, Inc., subsequently acquired by WideOpenWest Finance, LLC, relating to above phone records are required. Certification of above information is required.

| PLACE 407 Valley Drive, Attalla, Alabama 35954  with copy to the clerk of the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, NY 10004 | DATE AND TIME    January 28, 2014, 5:00 PM |
|---|---|

* YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| Not applicable | |

Any organization not a party to this proceeding that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Rule 30(b)(6), Federal Rules of Civil Procedure, made applicable in bankruptcy cases and proceedings by Rules 1018, 7030, and 9014, Federal Rules of Bankruptcy Procedure.

| ISSUING OFFICER SIGNATURE AND TITLE    CLERK OF COURT | DATE |
|---|---|
| Annya Acosta
Deputy Clerk            *Annya S. Acosta*
                        Signature of Clerk or Deputy Clerk | 1/17/2014 |

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER
Vito Genna, Clerk of Court
United States Bankruptcy Court, SDNY, One Bowling Green, NY, NY 10004-1408

* If the bankruptcy case is pending in a district other than the district in which the subpoena is issued, state the district under the case number.