CLERK'S OFFICE COPY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK                    Case No. 12-1202020(MG)

Re.: Residential Capital LLC

## MOTION TO PLACE TRUSTEES BACK UNDER COURT SUPERVISION:

1. Stephanie Harris was places by the joint council to status of GMAC -4A GMAC Unsecured Claims
2. Trustee has arbitrarily downgraded to GS-5. A lesser status.
3. The official Committee of Unsecured creditors used the basis of our financial claims to assert Plan.
4. On Nov 19, 2013 the plan was confirmed.
5. Trustee has ignored plan is now resetting status.
6. Trustee has made no attempt to pay these claims
7. Brian Powers for Council for Unsecured claims has stated that these claims will likely be paid.
8. There was an assumption that the right to vote was a right to be settled
9. It was stated that Alli Bank would guarantee all claims and would not allowed to sell it IPO until claims were settled.
10. Alli Bank has gone public and claims remain and are being downgraded
11. The unsecured creditors are being delayed and delayed and trustees claim they are recalculating amounts when the plan already identified the amounts
12. There is no legal guardian to the unsecured creditors and are loosely being called "Borrowers claims"
13. Harris is a victim of now third generation fraud now being perpetuated by OCWEN
14. Court stated that these assets were free and clear of claims
15. The sale was approved on Nov.15, 2013 Harris filed on Nov 5, 2013. With claim and hard copy proof of fraud yet her asset was included in sale with claim.
16. Court had ample time to remove her property from sale to OCWEN.
17. Court stated it would correct fraudulent assignments. Fraud is impossible to correct as the original assignment from People Choice Loans was made to Duetche Bank to hide GMAC owner of loans to hide Federal Environmental Agency owner of last responsibility in Collier County in Florida. These frauds were perpetuated by convicted attorney David Stern. There is no possible correction of this claim as Duetche Bank in letter to Federal Reserve states it does not

RECEIVED
FEB - 3 2014
U.S. BANKRUPTCY COURT, SDNY

and never owned loan.  People's choice is bankrupt and gone.  To further add to the totally inability to clear title GMAC through its criminal attorney filed two subsequent assignments, Each one contradicting the other.  GMAC through its criminal attorney used the original blank assignment unnotorized or dated   fraudulently assigning to LaSalle Bank and Signs as Residential Funding EXHIBIT A

18. GMAC through its criminal attorneys then files through its criminal attorney A MERS assignment which bears no MERS registration or footprint People's Choice Home Loan assign to Duetche Bank.
19. These multiple bogus assignments rule out each other  as all stem from non-existent transfer to Duetche Bank
20. On Sept 20, 2013 Debtors reassigned Harris allegedly to GMAC general unsecured.
21. OCWEN has not and has no ability to correct these assignments.
22.  There are no modifications that can be made as contrary to statement that OCWEN AND or ALLI would pay Federal Reserve.   No payment of Federal Reserve has been made.
23.  Harris requests again that unit be removed from OKWEN and reassigned to Harris with her claim being deducted the amounts OCWEN is claiming in the illegal Dade Count Rocket Docket Foreclosure.
24. Harris is being forced to file Chap 13 until claim agent pays claim to pay OCKWEN and to prove once more the OKWEN is using third generation of unfixable ASSIGNMENT FRAUD to attempt to foreclose is the lawless DADE COUNTY ROCKET DOCKET.
25. Unsecured Debtors have no representative in current status.
26. The trustees are simply ignoring these claims until the properties are rapidly foreclosed upon thereby ignoring any ability for these claims to go forward.
27.  Requesting representation of this group
28. Requesting the trustees are put back under court supervision as they are altering all claims to suit the convenience of OCKWEN< GMAC, etc. and victims of Fraud are being reharmed by the hands of this very court.
29.  This court needs to accelerate settlement of these claims
30. Harris needs to be removed from borrowers claim and replaces as General unsecured claim
31.  Ockwen HAS given lip service to correct owners yet has done no corrective assignments as it cannot.
32. Ockwen cannot cored the unpassable double contradicting fraudulent subsequent assignments which make mute its puerile statement in letter of April 9 2013.  Exhibit B

Dated: January 28, 2014                                                                                                Stephanie Harris

Miami Beach, Florida                                                                                                        Pro Se

EXHIBITS

A.

1. Letter from Federal Reserve showing that Duetche Bank has no knowledge of claim of these documents that were filed by criminal attorney representing GMAC ( Clearly the Residential Funding that filed for chap 11 cannot sign as it is co linked with La Salle National Bank,) If Residential thusly perpetuated the fraud. Harris should have been placed in a Higher Status

   As we are referencing only service rights.

   2. The original blank assignment filled in showing that Residential Funding Inc. stole the loan from the People's Choice Home Loan Inc. By passing the bankruptcy Trustee and failing to pay

   The Federal Reserve. And creating a toxic loan for borrower. (No Federal Programs to this day)

   3. The Double assignment of Duetche Bank signed by ROBO signer from again People's Choice.

   Stating it was using a MERS assignment with no MERS footprint i.e. fraud. Mers automatically self-stamps with the MERS representative. No foot print no MERS. Any assignments here with invalid see Greenwald v Triple Properties Inc. 424 SO. 2nd 175, 187 (, FLA4 DCA 18)

B.

1. OCWEN creating a Trick upon the Court ( in essence self-admission it is part and parcel to the second generation fraud ( fruit of the tree) making puerile lip service without any corrections As correction are impossible as no Federal Reserve payment and Deutche statement and conflicting assignments,
2. Rapid scheduling under the Florida Rocket Docket , filing under as Duetche Bank
(As fast as they rushed to rocket docket, it seems the claims are awaiting these foreclosures. Discovery awaiting on FCPB complaint on OCKWEN as in request for production it was asked How many of these claims from the GMAC chap11 proceedings are unpaid (and as per Brian Powers scheduled to be dismissed by trustees) and are under the rocket docket for rapid foreclosure.
Where automatically judge does not look at any issue just length of time. (Holocaust type denial of any civil rights through the hands of the newly passed Florida legislation the foreclosure filings are the sole item supporting the courts in Florida. Without these foreclosures the courts are in deep red).

# FEDERAL RESERVE BANK *of* NEW YORK

33 LIBERTY STREET, NEW YORK, NY 10045-0001

September 27, 2010

Ms. Stephanie Harris
P.O. Box 190540
Miami Beach, Florida 33119

Dear Ms. Harris:

This letter is in response to your complaint against Deutsche Bank Trust Company Americas (Deutsche). As we understand your complaint, you state that your home has been erroneously foreclosed on and request a loan modification. We contacted Deutsche on your behalf and would like to report our findings.

In connection with our inquiry, Deutsche informs us that the mortgage loan for the property referenced in your complaint at 1525 Lenox Ave., Miami Beach, FL 33139 is being serviced by Residential Funding Company, LLC (Residential). LaSalle Bank National Association (LaSalle) is the Trustee pursuant to a Pooling and Servicing Agreement, for the RAAC Series 2007-SP3 Trust, a securitization trust which includes the mortgage loan in question.

Deutsche indicates that it has been incorrectly identified as the Trustee in this case and has since notified Residential of this issue so that it may correct this error as soon as possible. As further background, Deutsche states that it has no involvement with the RAAC Series 2007-SP3 Trust and therefore the aforementioned mortgage loan. Furthermore, LaSalle's parent company was acquired by Bank of America in 2008.

Please note that since LaSalle Bank National Association is subject to the supervisory jurisdiction of the Office of the Comptroller of the Currency, we are unable to investigate the issues you raise. Therefore, you should contact the agency at:

Office of the Comptroller of the Currency
Customer Assistance Group
1301 McKinney Street, Suite 3450
Houston, TX 77010
Tel: 1-800-613-6743
Fax: 713-336-4301
HelpWithMyBank.gov

PAY TO THE ORDER OF
RESIDENTIAL FUNDING COMPANY, LLC
WITHOUT RECOURSE
PEOPLE'S CHOICE HOME LOAN, INC.
A Wyoming Corporation

By_____
    DANA LANTRY
Title: Asst. Vice President

PAY TO THE ORDER OF
LaSalle Bank, N.A. as Trustee
WITHOUT RECOURSE
Residential Funding Company, LLC

By: _____
Judy Faber, Vice President

## ASSIGNMENT OF MORTGAGE

SPACE FOR RECORDING ONLY F.S.§695.26

FOR VALUE RECEIVED, on or before July 03, 2008, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR PEOPLE'S CHOICE HOME LOAN, INC., ("Assignor") whose address is _____ assigned, transferred and conveyed to: DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE, ("Assignee") whose address is 1100 Virginia Drive, , Fort Washington, PA 19034, its successors and/or assigns, all of the right, title, and interest of Assignor in and to that certain Mortgage (the "Mortgage") dated February 21, 2007 and recorded March 16, 2007 in Official Records Book 25456 at Page 2337 of the public records of DADE County, Florida, encumbering the following-described real property:

CONDOMINIUM UNIT NO. 2, OF LINCOLN MEWS CONDOMINIUM, ACCORDING TO THE DECLARATIONS OF CONDOMINIUM THEREOF, RECORDED IN OFFICIAL RECORDS BOOK 21772 AT PAGE 2818, OF THE PUBLIC RECORDS OF MIAMI- DADE COUNTY, FLORIDA. TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO AS SET FORTH IN SAID DECLARATION

as the same may have been amended from time to time; together with the Note and indebtedness secured thereby.

MORTGAGOR(S): STEPHANIE HARRIS

IN WITNESS WHEREOF, Assignor has executed and delivered this Instrument on ___July 18___, 2008.

Witness: Heather Reinhart
Typed Name: Heather Reinhart

Witness: Trina Wellbank
Typed Name: Trina Wiltbank

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR PEOPLE'S CHOICE HOME LOAN, INC.
By: _____
Typed Name: Jeffrey Stephan
Title: Vice President

Attest: Kristine Wilson
Typed Name: Kristine Wilson
Title: Assistant Secretary

(Affix Corporate Seal)

STATE OF __PA__
COUNTY OF __Montgomery County__

BEFORE ME, the undersigned, personally appeared __Jeffrey Stephan__ and __Kristine Wilson__ as __VP__ and __Asst Secretary__ respectively, and known to me to be the persons that executed the foregoing instrument, and acknowledged that they executed the foregoing as its duly authorized officers and that such execution was done as the free act and deed of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED, AS NOMINEE FOR PEOPLE'S CHOICE HOME LOAN, INC. this __18__ day of __July__, 2008.

Notary Public: Nikole Shelton
My commission expires:

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Nikole Shelton, Notary Public
Horsham Twp., Montgomery County
My Commission Expires Aug. 11, 2010
Member, Pennsylvania Association of Notaries

Recording requested by, prepared by and return to:

FILE_NUMBER: F08056655

DOC_ID: M001100

*F08056655*

*M001100*



## Process Loans, Not Paperwork™

www.mers-servicerid.org

**1 record matched your search:**

MIN: 1002739-0010427435-1    Note Date: 02/21/2007    MIN Status: Inactive

Servicer: GMAC Mortgage, LLC    Phone: (800) 766-4622
fort washington, PA

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

Return to Search

For more information about Mortgage Electronic Registration Systems, Inc. (MERS) please go to www.mersinc.org

Copyright© 2012 by MERSCORP Holdings, Inc.

Ocwen Loan Servicing, LLC
3451 Hammond Ave
PO Box 780
Waterloo, IA 50704-0780

O C W E N

April 9, 2013

04/04/13 12:00 3   0008927 20130410 ID6MI103 OCWNSIMP 1 OZ DOM ID6MI10000* 160275 SM

STEPHANIE HARRIS
PO BOX 190504
MIAMI BEACH FL  33119-0504



RE:  Account Number: 0810031304
     Property Address: 1525 LENOX AVE UNIT 2
                      MIAMI BEACH FL 33139-0000

Dear STEPHANIE HARRIS:

You were recently sent a correspondence on February 16, 2013 from Ocwen Loan Servicing with regard to the referenced mortgage account. Due to a computer programming error, the creditor for the referenced loan was possibly misidentified. As part of our error-correction procedures, we are writing to inform you that the creditor to whom the debt is owed is U.S. Bank National Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backe. We apologize if this caused any misunderstanding. Feel free to contact us at your convenience if you have any further questions or concerns.

**Please Note:** This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you have an active bankruptcy case or have received an Order of Discharge from a Bankruptcy Court, the following Notice Regarding Bankruptcy applies.

**Notice Regarding Bankruptcy:** Please be advised that if you are part of an active Bankruptcy case or if you have received an Order of Discharge from a Bankruptcy Court, this letter is in no way an attempt to collect either a pre-petition, post petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a Chapter 7 case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan.

M023

# Fwd: SERVICE OF COURT DOCUMENTS 13-F04055

From: **Mordechai L. Breier, Esq.** (mlb@myconsumerlawoffice.com)   This sender is in your contact list.
Sent: Mon 12/30/13 10:38 AM
To:   stephanieharris70@hotmail.com

   2 attachments
   image001.gif (2.1 KB), 201312271458.pdf (60.4 KB),

Begin forwarded message:

From: David Fisher <David.Fisher@brockandscott.com>
**Subject: SERVICE OF COURT DOCUMENTS 13-F04055**
Date: December 27, 2013 at 4:07:01 PM EST
To: "MLB@MYCONSUMERLAWOFFICE.COM" <MLB@MYCONSUMERLAWOFFICE.COM>

| COUNTY | MIAMI-DADE |
|---|---|
| CASE NUMBER | 2012-16257 CA 01 |
| TITLE OF DOCUMENT | NOTICE OF READINESS FOR TRIAL |
| CASE STYLE | DUETSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE RAMP2007SP3, vs STEPHANIE HARRIS, et al |
| REFERENCE NUMBER | 13-F04055 |

**David Fisher**
Paralegal
Foreclosure

Brock & Scott, PLLC
1501 NW 49th Street, Suite 200
Ft. Lauderdale, FL 33309
Ph : (954) 618-6955 x6048
Fx : (954) 618-6954
David.Fisher@brockandscott.com

**This firm is a debt collector. This is an attempt to collect a debt, and any information**