**RAYMOND P. BURTON, JR.**
ATTORNEY AT LAW, SBN: 060716
PO BOX 43
ROSEVILLE, CALIFORNIA 95661-0043
TELEPHONE: (530) 885-4551
EMAIL: attorneyrayburton@suewest.net

Claimant Pro Se

RECEIVED
FEB 3 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| **Residential Capital, LLC, et al.,** | ) Case No.: 12-12020 (MG) |
| Debtors. | ) Jointly Administered |

## NOTICE OF CHANGE OF ADDRESS OF CLAIMANT

**NOTICE IS HEREBY GIVEN** that, effective immediately, the new address of Claimant Raymond P. Burton, Jr., is as follows:

Raymond P. Burton, Jr.
Attorney at Law
PO Box 43
Roseville, CA 95661-0043

Dated: January 29, 2014.

_____
Raymond P. Burton, Jr., Esq.
Claimant

Page 1 of 1.

**RAYMOND P. BURTON, JR.**
ATTORNEY AT LAW, SBN: 060716
PO BOX 43
ROSEVILLE, CALIFORNIA 95661-0043
TELEPHONE: (530) 885-4551
EMAIL: attorneyrayburton@suewest.net

Claimant Pro Se

RECEIVED
FEB 3 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | Chapter 11 |
| **Residential Capital, LLC, et al.,** ) | Case No.: 12-12020 (MG) |
| Debtors. ) | Jointly Administered |

### DECLARATION OF SERVICE BY MAIL

I, Raymond P. Burton, Jr., declare as follows:

I am a citizen of the United States of America, over the age of eighteen years, and a Claimant in this case.

On January 29, 2014, I served the accompanying Notice of Change of Address and this Proof of Service by Mail on the United States Trustee, the Counsel for the Debtors and Debtors in Possession, and the Counsel for the Official Committee of Unsecured Creditors in this case by placing true copies thereof, enclosed in separate, sealed envelopes, with first-class postage thereon fully prepaid, in the United States mail at Roseville, California follows:

        United States Department of Justice
        Office of the United States Trustee
        201 Varick Street, Suite 1006
        New York, NY 10014

        Gary S. Lee, Esq.
        Morrison & Foerster, LLP
        1290 Avenue of the Americas
        New York, NY 10104

///////

Kenneth H. Escstein, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 29, 2014, at Roseville, California.

_____
Raymond P. Burton, Jr., Esq.
Claimant