| | |
|---|---|
| Thomas J. Sinnickson<br>176 Main Street<br>Center Moriches, New York 11934<br>(516) 647-4153<br>TJSinnickson@aol.com | Hearing Date: February 20, 2014<br>Response Date/Time: February 4, 2014 at 4:00 p.m. ET |

Wendy Alison Nora
ACCESS LEGAL SERVICES
310 Fourth Avenue South, Suite 5010
Minneapolis, Minnesota 55415
Telephone: (612) 333-4144
Facsimile: (608) 497-1026
accesslegalservices@gmail.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RESIDENTIAL CAPITAL, LLC, et al.,
    Post-Effective Date Debtors                                      Chapter 11
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
RESCAP BORROWER CLAIMS TRUST,               Case No. 12-12020-mg
    by  Peter Kravitz, Trustee,
v.
CAREN J. WILSON,
    Creditor-Beneficiary
-----------------------------------------------------------------X

**MOTION TO SEAL CONFIDENTIAL DECLARATION
OF ATTORNEY WENDY ALISON NORA IN SUPPORT OF
MOTION TO STRIKE OBJECTION FILED BY DISQUALIFIED  COUNSEL FOR
TRUSTEE AS  INITIAL RESPONSE OF CAREN WILSON TO OBJECTION TO
CLAIM #4754 IN THE RECORD OF KURTZMAN CARLSON CONSULTANTS, LLC
(KCC, LLC) AMENDED AS CLAIM 18 AND RENUMBERED BY KCC, LLC AS
CLAIM #7181 IN THESE PROCEEDINGS**

      **NOW COMES** Caren Wilson,  by her attorneys Thomas J. Sinnickson of New York and

Wendy Alison Nora of Minnesota and Wisconsin and moves the Court to Seal the attached

Exhibit C: Declaration of Wendy Alison Nora, upon the grounds that it was returned to her in

connection with a confidential settlement agreement, over which this Court has jurisdiction, and

1

with which she desires to scrupulously comply.

WHEREFORE, counsel for Ms. Wilson requests that the Declaration of Wendy Alison Nora be accepted for filing under SEAL.

Dated at Center Moriches, New York this 4th day of February, 2014.

*Thomas J. Sinnickson*
Thomas J. Sinnickson
176 Main Street
Center Moriches, New York 11934
(516) 647-4153
TJSinnickson@aol.com

Dated at Madison, Wisconsin this 4th day of February, 2014.

*/s/ Wendy Alison Nora*
Wendy Alison Nora
ACCESS LEGAL SERVICES
Counsel for Caren Wilson
310 Fourth Avenue South, Suite 5010
Minneapolis, Minnesota 55415
(612) 333-4144
FAX (608) 497-1026
accesslegalservices@gmail.com

**UNSWORN DECLARATION OF SERVICE**

The above-captioned document filed by CM/ECF on February 4, 2013 and was thereby served all parties and their counsel capable of service by CM/ECF in these proceedings. A true and correct copy thereof was also sent by e-mail to Peter Kravitz, Trustee of the Borrowers' Claims Trust to his published e-mail address at PKravitz@SolutionTrust.com

*/s/ Wendy Alison Nora*
Wendy Alison Nora
