**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- )
                                                           )
In re:                                                     )      Case No. 12-12020 (MG)
                                                           )
RESIDENTIAL CAPITAL, LLC, *et al*.,                        )      Chapter 11
                                                           )
                                        Debtors.           )      Jointly Administered
                                                           )
---------------------------------------------------------- )

**ORDER AUTHORIZING WITHDRAWAL OF PROOFS OF CLAIM FILED AGAINST
RESIDENTIAL CAPITAL, LLC BY (I) RUTH ASSORGI (CLAIM NO. 2580);
(II) JOHN R. FOSTER AND ELIZABETH FOSTER (CLAIM NO. 2581) AND
(III) MARK MOODY AND SHERRILL MOODY (CLAIM NO. 2583)**

For the reasons set forth on the record at the hearing held on January 30, 2014 in the

above-referenced chapter 11 cases of Residential Capital, LLC and its and its affiliated debtors

and debtors-in-possession (collectively, the "**Debtors**"); and it appearing that this Court has

jurisdiction to grant the relief herein pursuant to 28 U.S.C. §§ 157 and 1334; and after due

deliberation; and good and sufficient cause appearing therefor; it is hereby

**ORDERED ADJUDGED, AND DECREED THAT:**

    1.    The following proofs of claim are deemed withdrawn with prejudice

pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure and expunged:  (a) Claim

No. 2580 filed by Ruth Assorgi; (b) Claim No. 2581 filed by John R. Foster and Elizabeth

Foster; and (c) Claim No. 2583 filed by Mark Moody and Sherrill Moody (collectively, the

"**Proofs of Claim**").

    2.    Kurtzman Carson Consultants LLC, the Claims and Noticing Agent, is

authorized and directed to remove the Proofs of Claim from the Debtors' claims register.

    3.    The ResCap Borrower Claims Trust is authorized and empowered to take

all actions as may be necessary and appropriate to implement the terms of this Order.

4.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

5.      This Court shall retain jurisdiction with respect to all matters arising out of

or relating to the implementation, interpretation and/or enforcement of this Order.


Dated: February 14, 2014
         New York, New York


                                    _____/s/Martin Glenn_____
                                         MARTIN GLENN
                                    United States Bankruptcy Judge