BBALIBOR would like to place cookies on your computer to help us make this website better. By continuing to use the site you are agreeing to our use of cookies. To find out more about the use of cookies, please see our privacy policy    Accept

BBA website



bbalibor™

- Home
- BBA Libor Benchmark Administrator's News
- News & Releases
- **News Archive**
- bbalibor™ Explained
- Technical Aspects
- Rates
- Licencing
- Panels
- Governance
- BBA Repo Rates
- Contact Us
- About the BBA

Responsibility for the administration of LIBOR was handed over to Intercontinental Exchange Benchmark Administration Ltd on 31st January 2014.
The website address for the new administrator is www.theice.com/iba.jhtml
You can also contact the new administrator for LIBOR by email at liborlicensing@theice.com or telephone: (UK) +44 (0) 203 540 7200 or (US) +1 (347) 252 6465

### BBA LIBOR panels 2007

22 Jun 2007

In accordance with the BBA LIBOR Definition the British Bankers' Association (BBA) has completed its review of the composition of the BBA LIBOR Contributor Panels. These are the banks that contribute to the BBA's LIBOR rate–setting process.

With effect from Monday, 25 June 2007, the composition of the Australian Dollar (AUD), Canadian Dollar (CAD), Swiss Franc (CHF), Danish Krone (DKK), Euro (EUR), Sterling (GBP), Japanese Yen (JPY), New Zealand Dollar (NZD), Swedish Krona (SEK) and US Dollar (USD) Panels will be as follows:

**AUSTRALIAN DOLLAR (AUD) – 8 BANKS**

Barclays Bank plc
Commonwealth Bank of Australia
Deutsche Bank AG
HBOS
Lloyds TSB Bank plc
National Australia Bank Ltd
The Royal Bank of Scotland Group
UBS AG

There has been no change in the composition of the AUD contributor panel.

**CANADIAN DOLLAR (CAD) – 12 BANKS**

Bank of Montreal
Barclays Bank plc
Canadian Imperial Bank of Commerce
Deutsche Bank AG
HSBC
HBOS
JP Morgan Chase
Lloyds TSB Bank plc
National Bank of Canada
Rabobank
Royal Bank of Canada
The Royal Bank of Scotland Group

There has been no change in the composition of the CAD contributor panel.

**SWISS FRANC (CHF) – 12 BANKS**

Barclays Bank plc
Bank of Tokyo – Mitsubishi UFJ
Citibank NA
Credit Suisse
Deutsche Bank AG

### Latest news

**Strengthening LIBOR – confirmed implemention of recommendation number 6 of 'The Wheatley Review'**

- BBA publishes results of public consultation on LIBOR and confirms...

**BBA reports findings of LIBOR reform consultation**

- The timetable for ending LIBOR quotes in some currencies and...

HSBC
JP Morgan Chase
Lloyds TSB Bank plc
Société Générale
The Royal Bank of Scotland Group
UBS AG
West LB AG

There has been no change in the composition of the CHF contributor panel.

### DANISH KRONE (DKK) – 8 BANKS

Barclays Bank plc
Deutsche Bank AG
HSBC
JP Morgan Chase
Lloyds TSB Bank plc
Rabobank
The Royal Bank of Scotland Group
UBS AG

There has been no change in the composition of the DKK contributor panel.

### EURO (EUR) – 16 BANKS

Bank of America
Barclays Bank plc
Bank of Tokyo – Mitsubishi UFJ
Citibank NA
Credit Suisse
Deutsche Bank AG
HBOS
HSBC
JP Morgan Chase
Lloyds TSB Bank plc
Rabobank
Royal Bank of Canada
Société Générale
The Royal Bank of Scotland Group
UBS AG
West LB AG

There has been no change in the composition of the EUR contributor panel.

### STERLING (GBP) – 16 BANKS

Abbey National plc
Bank of America
Bank of Tokyo – Mitsubishi UFJ
BNP Paribas
Barclays Bank plc
Citibank NA
Deutsche Bank AG
HBOS
HSBC
JP Morgan Chase
Lloyds TSB Bank plc
Rabobank
Royal Bank of Canada
The Royal Bank of Scotland Group
UBS AG
West LB AG

There has been no change in the composition of the GBP contributor panel.

### JAPANESE YEN (JPY) – 16 BANKS

Bank of America
Bank of Tokyo – Mitsubishi UFJ
Barclays Bank plc
Citibank NA
Deutsche Bank AG
HSBC
JP Morgan Chase
Lloyds TSB Bank plc

Mizuho Corporate Bank
Rabobank
Société Générale
Sumitomo Mitsui Banking Corporation Europe Ltd (SMBCE)
The Norinchukin Bank
The Royal Bank of Scotland Group
UBS AG
West LB AG

There has been no change in the composition of the JPY contributor panel.

### NEW ZEALAND DOLLAR (NZD) – 8 BANKS

Commonwealth Bank of Australia
Barclays Bank plc
Deutsche Bank AG
HSBC
JP Morgan Chase
Lloyds TSB Bank plc
National Australia Bank
The Royal Bank of Scotland Group

There has been no change in the composition of the NZD contributor panel.

### SWEDISH KRONA (SEK) – 8 BANKS

Barclays Bank
Deutsche Bank
HSBC
JP Morgan Chase
Lloyds TSB Bank plc
Rabobank
The Royal Bank of Scotland Group
UBS

There has been no change in the composition of the SEK contributor panel.

### US DOLLAR (USD) – 16 BANKS

Bank of America
Bank of Tokyo – Mitsubishi UFJ
Barclays Bank plc
Citibank NA
Credit Suisse
Deutsche Bank AG
HBOS
HSBC
JP Morgan Chase
Lloyds TSB Bank plc
Rabobank
Royal Bank of Canada
The Norinchukin Bank
The Royal Bank of Scotland Group
UBS AG
West LB AG

There has been no change in the composition of the USD contributor panel.

Individual Contributor Panel Banks are selected by the BBA's FX and Money Markets Advisory Panel after private nomination and discussions with the BBA LIBOR Steering Group, on the basis of reputation, scale of activity in the London market and perceived expertise in the currency concerned, and giving due consideration to credit standing.

**For further information, please contact:**
John Ewan, Director, Wholesale (020 7216 8856)
Brian Capon, Head of media relations (020 7216 8810)

**Notes to Editors**

In accordance with the BBA LIBOR definition, the BBA has reviewed the composition of the Contributor Panels for Australian Dollars, Canadian Dollars, Danish Krone, Euros, Japanese Yen, New Zealand Dollar, Swiss Francs, Sterling, Swedish Krona and US Dollars.

The BBA's FX and Money Markets Advisory Panel made the selections after private nomination and discussions with the BBA LIBOR Steering

BBA Libor　　　　　　　　　　　　　　　　　　　　　　　　　　http://www.bbalibor.com/archive/bba-libor-panels-2007

12-12020-mg    Doc 6427-1    Filed 02/04/14    Entered 02/04/14 15:48:52    Exhibit A:
BBA 2007 LIBOR Panel for US Dollar on page 4    Pg 4 of 4

Group. The aim of the Advisory Panel is to ensure that the Contributor Panels broadly reflect the balance of activity in the London inter-bank deposit market.

Decisions on individual banks were taken on the basis of scale of activity in the London market, perceived expertise in the currency concerned, reputation, and due consideration of credit standing. Current and potential panel members were asked to provide data confidentially to the BBA about their cash and short-term FX swap business in each currency in order to measure their scale of activity.

The decisions represent the composite judgement of the Advisory Panel and the BBA is unable to comment on any individual Panel or bank.

The BBA is committed to reviewing the Panels at least annually.

Information about BBA LIBOR is available on this BBA website.

Please note that information on all pages contained here is provided for historical reference purposes only and no reliance should be placed on it.
© 1998-2014 British Bankers' Association, BBA Enterprises Ltd and BBA LIBOR Ltd. All rights reserved.
For permission to copy please contact BBA Publication Unit.
Any reproduction, republication, transmission or reuse in whole or part requires our consent.