MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Norman S. Rosenbaum

*Counsel for The Post-Effective Date*
*Debtors, The ResCap Liquidating Trust*
*and The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Post-Effective Date Debtors. | Jointly Administered |

**PROPOSED AGENDA FOR MATTERS SCHEDULED**
**TO BE HEARD ON FEBRUARY 6, 2014 AT 10:00 A.M. (EST)**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408

**I.    ADJOURNED MATTER(S)**

**1.**    Motion of Simona Robinson for Relief from Stay [Docket No. 4948]

    **Related Document(s)**:

    **a.**    Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay [Docket No. 5063]

    **b.**    Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to December 17, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5311]

ny-1128908

    **c.**    Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to January 9, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6081]

    **d.**    Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to February 6, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6324]

    **e.**    Notice of Adjournment of Hearing on Motion of Simona Robinson for Relief from Stay to February 20, 2014 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 6403]

**Response(s)**:

    **a.**    Debtors' Objection to Motion of Simona Robinson for Relief from Stay [Docket No. 5261]

    **b.**    Objection of Ocwen Loan Servicing LLC to Motion of Simona Robinson for Relief from Stay [Docket No. 5262]

**Reply**:

    **a.**    Robinson's Reply to the Opposition of ResCap and Ocwen to Motion for Relief from Automatic Stay [Docket Nos. 5285 and 5304]

**Status**:    The hearing on this matter has been adjourned to February 20, 2014.

**II.**    **UNCONTESTED MATTER(S)**

**1.**    Motion for an Order Pursuant to Section 105 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving the Settlement Agreement Between Debtor GMAC Mortgage, LLC and Lynn McLaughlin-Montero and Lynn McLaughlin P.L.L.C. [Docket No. 6245]

    **Related Document(s)**:    None.

    **Response(s)**:    None.

    **Status**:    The hearing on this matter will be going forward.

**2.**    Motion of the ResCap Liquidating Trust for an Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9019 Approving Settlement Agreement Between Debtor GMAC Mortgage, LLC and Bay-Valley Mortgage Group [Docket No. 6278]

    **Related Document(s)**:

    **a.**    Motion of the ResCap Liquidating Trust, Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9019, to File Under Seal Redacted Portions of (I) the Motion for an Order Pursuant to Bankruptcy Code Section 105(a) and

        Bankruptcy Rule 9019 Approving Settlement Agreement Between Debtor GMAC Mortgage, LLC and Bay-Valley Mortgage Group, and (II) the Settlement Agreement [Docket No. 6277]

        **Response(s)**:    None.

        **Status**:    The hearing on this matter will be going forward.

**3.**    Motion of the ResCap Liquidating Trust for an Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9019 Approving Settlement Agreement Among Debtor Residential Funding Company, LLC and CTX Mortgage Company, Pulte Homes, Inc., and PulteGroup, Inc. [Docket No. 6280]

        **Related Document(s)**:

        **a.**    Motion of the ResCap Liquidating Trust, Pursuant to 11 U.S.C. §107(b) and Fed. R. Bankr. P. 9018, to File Under Seal Redacted Portions of (I) the Motion for an Order Pursuant to Bankruptcy Code Section 105(a) and Bankruptcy Rule 9019 Approving Settlement Agreement Among Debtor Residential Funding Company, LLC and CTX Mortgage Company, Pulte Homes, Inc., and PulteGroup, Inc., and (II) the Settlement Agreement [Docket No. 6279]

        **Response(s)**:    None.

        **Status**:    The hearing on this matter will be going forward.

**III.**    **CONTESTED MATTER(S)**

**1.**    Motion of Rosalind Alexander-Kasparik for Relief from Stay [Docket No. 5621]

        **Related Document(s)**:

        **a.**    Notice of Adjournment of Hearing on Motion of Rosalind Alexander-Kasparik for Relief from Stay to January 9, 2014 at 10:00 a.m. [Docket No. 6105]

        **b.**    Notice of Adjournment of Hearing on Motion of Rosalind Alexander-Kasparik for Relief from Stay to February 6, 2014 at 10:00 a.m. [Docket No. 6357]

        **Response(s)**:

        **a.**    Debtors' Objection to Motion for Relief from Stay Filed on Behalf of Rosalind Alexander-Kasparik [Docket No. 6056]

        **Status**:    The hearing on this matter will be going forward.

**2.**  Request of Verizon Business Network Services, Inc. for Allowance and Payment of Administrative Expense Claim [Docket No. 6253]

    **Related Document(s)**:

    **a.**  Notice of Adjournment of Hearing on Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim to February 6, 2014 at 10:00 A.M. [Docket No. 6381]

    **Response(s)**:

    **a.**  Objection of the Liquidating Trust to Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim [Docket No. 6340]

        **(i)**  Declaration of Deanna Horst in Support of Objection of The Liquidating Trust to Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim [Docket No. 6341]

    **Reply**:

    **a.**  Reply of Verizon Business Network Services Inc. In Support Of Request For Allowance And Payment Of Administrative Expense Claim [Docket No. 6372]

    **Status**:  The hearing on this matter will be going forward.

## IV.  CLAIMS OBJECTIONS

**1.**  Debtors' Objection to Proof of Claim No. 3835 Filed by Becky Spence [Docket No. 5105]

    **Related Document(s)**:

    **a.**  Amended Notice of Debtors' Objection to Proof of Claim No. 3835 Filed by Becky Spence [Docket No. 5202]

    **b.**  Notice of Adjournment of Hearing on Debtors' Objection to Proof of Claim No. 3835 Filed by Becky Spence to December 17, 2013 at 10:00 a.m. [Docket No. 5723]

    **c.**  Amended Scheduling Order for Objection to Claim Filed by Becky Spence [Docket No. 6254]

    **Response(s)**:

    **a.**  Claimant Becky A. Spence's Response to Debtors' Objection to Her Proof of Claim No. 3835 [Docket No. 5897]

|   |   |
|---|---|
| **b.** | Claimant Becky A. Spence's Supplemental Response to Debtors' Objection to Her Proof of Claim No. 3835 [Docket No. 6330] |

**Reply**:

|   |   |
|---|---|
| **a.** | Debtors' Reply to Response of Becky Spence to Debtors' Objection to Proof of Claim No. 3835 Filed by Becky Spence [Docket No. 6090] |
| **b.** | The ResCap Borrower Claims Trust's Supplemental Reply in Support of Debtors' Objection to Proof of Claim No. 3835 Filed by Becky Spence [Docket No. 6395] |

**Status**: The hearing on this matter will be going forward.

**2.** Debtors' Forty-Fourth Omnibus Objection to Claims ((A) Late-Filed Claims; (B) Duplicate Claims; (C) Redesignate and Allow Claims; (D) Reduce and Allow Claims; (E) Redesignate, Reduce and Allow Claims; (F) Reclassify, Reduce and Allow Claims; and (G) Redesignate Claims) [Docket No. 5152]

**Related Documents**:

|   |   |
|---|---|
| **a.** | Notice of Adjournment of Hearing on Debtors' Forty-Fourth Omnibus Objection to Claims ((A) Late-Filed Claims; (B) Duplicate Claims; (C) Redesignate and Allow Claims; (D) Reduce and Allow Claims; (E) Redesignate, Reduce and Allow Claims; (F) Reclassify, Reduce and Allow Claims; and (G) Redesignate Claims) Against ISGN Solutions, Inc. (Claim No. 5688) to December 11, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5512] |
| **b.** | Notice of Adjournment of Hearing on Debtors' Forty-Fourth Omnibus Objection to Claims ((A) Late-Filed Claims; (B) Duplicate Claims; (C) Redesignate and Allow Claims; (D) Reduce and Allow Claims; (E) Redesignate, Reduce and Allow Claims; (F) Reclassify, Reduce and Allow Claims; and (G) Redesignate Claims) Against Elevenhome Limited (Claim No. 6841) and Redwood Recovery Services, LLC (Claim No. 6842) to December 11, 2013 at 10:00 a.m. (Prevailing Eastern Time) [Docket No. 5644] |
| **c.** | Notice of Adjournment of Hearings on Debtors' Twenty-Sixth, Thirtieth, Forty-Second, Forty-Fourth, Forty-Ninth and Fiftieth Omnibus Objections to Claims with Respect to Certain Claimants [Docket No. 6107] |
| **d.** | Notice of Adjournment of Hearing on Debtors' Forty-Fourth Omnibus Objection to Claims ((A) Late-Filed Claims; (B) Duplicate Claims; (C) Redesignate and Allow Claims; (D) Reduce and Allow Claims; (E) Redesignate, Reduce and Allow Claims; (F) Reclassify, Reduce and Allow Claims; and (G) Redesignate Claims )) Against ISGN Solution Inc. (Claim |

ny-1128908                                5

> No. 5688), Elevenhome Limited (Claim No. 6841) and Redwood Recovery Services, LLC (Claim No. 6842) [Docket No. 6358]

**Responses**:

| | |
|---|---|
| **a.** | ISGN Solution, Inc.'s Response to Debtors' Forty-Fourth Omnibus Objection to Claims Seeking to Reduce and Allow ISGN Solution Inc.'s Proof of Claim No. 5688 [Docket No. 5431] |

**Status**:  The parties are working to finalize a stipulation settling this matter. No hearing is required.

## V.    ADVERSARY PROCEEDING MATTER(S)

### Wilson v. Residential Capital LLC (Adv. Proc. No. 12-01936)

**1.**    Status Conference

**Related Document(s):**

| | |
|---|---|
| **a.** | Complaint [Docket No. 1] |
| **b.** | Amended Summons with Notice of Pre-Trial Conference [Docket No. 3] |
| **c.** | Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 4] |
| **d.** | Amended Notice of Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 5] |
| **e.** | Notice of Adjournment of Pretrial Conference [Docket No. 6] |
| **f.** | Notice of Adjournment of Hearing on Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 11] |
| **g.** | Notice of Adjournment of Hearing on Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 13] |
| **h.** | Plaintiff's Opposition to Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and |

|     | |
| --- | --- |
|     | 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 14] |
| **i.** | Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 15] |
| **j.** | Plaintiff's Objection to Declaration of Jennifer Scoliard, In-House Senior Bankruptcy Counsel at Residential Capital, LLC, in Support of Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 16] |
| **k.** | Memorandum of Points and Authorities in Support of Plaintiff's Objection to Declaration of Jennifer Scoliard, In-House Senior Bankruptcy Counsel at Residential Capital, LLC, in Support of Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 17] |
| **l.** | Amended Notice of Adjournment of Hearing on Debtors' Motion for Dismissal of Adversary Proceeding Pursuant to Bankruptcy Rule 7012(b) and FRCP 12(b)(1) and 12(b)(6) Or, in the Alternative, Permissive Abstention Pursuant to 28 U.S.C. § 1334(c)(1) [Docket No. 19] |
| **m.** | Notice of Applicability of the Order Approving Mandatory Supplemental AP Procedures for AP Actions [Docket No. 21] |
| **n.** | Joint Progress Report [Docket No. 23] |
| **o.** | Joint Progress Report [Docket No. 25] |
| **p.** | Joint Progress Report [Docket No. 27] |
| **q.** | Joint Progress Report [Docket No. 29] |
| **r.** | Notice of Adjournment of Status Conference [Docket No. 31] |
| **s.** | Post-Effective Date Debtors' Progress Report [Docket No. 33] |
| **t.** | Notice of Pre-Trial Conference [Docket No. 35] |

**Status**:   The pretrial conference on this matter will be going forward.

| | |
|---|---|
| Dated:  February 4, 2014<br>New York, New York | /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Lorenzo Marinuzzi<br>Norman S. Rosenbaum<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for The Post-Effective Date Debtors, The ResCap Liquidating Trust and The ResCap Borrower Claims Trust* |