

**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

Timothy P. Cummins
*Partner*
Direct: (256) 517-5158
Fax: (256) 517-5200
tcummins@babc.com

January 27, 2014

**VIA FED EX**

Mr. Lloyd Philpot
407 Valley Drive
Attalla, Alabama 35954

     Re: Subpoena to Digium, Inc. in *In re Residential Capital, LLC, et al.*, Case No. 12-12020(MG) in the United States Bankruptcy Court for the Southern District of New York

Dear Mr. Philpot:

  This firm represents Digium, Inc. Digium received the above-referenced subpoena on January 24, 2014, which directs Digium to conduct a search of its records and information for certain phone records and to produce any such records found.

  Without waiving any objections regarding the short time allowed for compliance with this subpoena, the scope of the requested subject matter, and any other applicable issue, Digium responds as follows:

> **Digium conducted a reasonable search of its records and information and found no records or information responsive to the request in the subpoena. Accordingly, Digium does not believe it has any such records or information.**

  If you wish to discuss this matter further, please let me know. If I do not hear from you within 10 business days of the date of this letter, we will regard this matter as concluded.

Very truly yours,

Timothy P. Cummins

TPC/sle
Cc: Hon. Martin Glenn
   United States Bankruptcy Court
   Southern District of New York
   Alexander Hamilton Custom House
   One Bowling Green, Room 501
   New York, NY 10004

RECEIVED FEB - 3 2014 U.S. BANKRUPTCY COURT, SDNY

3/285308.1

200 Clinton Avenue West, Suite 900   Huntsville, AL 35801-4900   PHONE:256.517.5100   FAX:256.517.5200   BABC.COM