Hearing Date:    February 20, 2014 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Erica J. Richards

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,<br><br>Debtors. | Case No. 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION
OF ROSALIND ALEXANDER-KASPARIK FOR RELIEF
FROM STAY TO FEBRUARY 20, 2014 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the *Motion of Rosalind Alexander-Kasparik for Relief from Stay* [Docket No. 5621], previously scheduled to be heard on February 6, 2014 at 10:00 a.m. (Prevailing Eastern Time), has been adjourned to **February 20, 2014 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1129702

Dated: February 5, 2014  
       New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum  
Gary S. Lee  
Norman S. Rosenbaum  
Erica J. Richards  
MORRISON & FOERSTER LLP  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 468-8000  
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower Claims Trust*

ny-1129702                    2