| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*<br><br>Debtors. | NOT FOR PUBLICATION<br><br>Case No. 12-12020 (MG)<br><br>Jointly Administered |

**MEMORANDUM OPINION AND ORDER SUSTAINING DEBTORS' OBJECTIONS TO PROOFS OF CLAIM AND AMENDED PROOFS OF CLAIM FILED BY <u>CERTAIN PLAINTIFFS IN CALIFORNIA LITIGATION</u>**

Before the Court are two claims objections filed by the Debtors in these chapter 11 cases: (1) the *Debtors' Objection to Proofs of Claim filed by Certain Plaintiffs in California Litigation* (the "First Objection," ECF Doc. # 4200), and (2) the *Debtors' Objection to Amended Proofs of Claim Filed by Certain Plaintiffs in California Litigation* (the "Second Objection," ECF Doc. # 6130, and together with the First Objection, the "Objections"). The Second Objection is supported by the Declaration of Deanna Horst (the "Horst Decl.," ECF Doc. # 6130-4). Through the Objections, the Debtors seek to disallow and expunge the proofs of claim listed on "Schedule A" to this Memorandum Opinion and Order (the "California Litigation Claims"), filed by sixty-one individuals (the "California Litigation Claimants"), on the grounds that the California Litigation Claims either fail to state a claim against the Debtors or were filed as improper post bar date amendments.

**BACKGROUND**

On May 14, 2012 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. These chapter 11 cases are being jointly administered pursuant to Bankruptcy Rule 1015(b). On August 29, 2012, the Court entered an Order (the "Bar Date Order," ECF Doc. # 1309) establishing November 9, 2012 at 5:00 p.m.

1

(Prevailing Eastern Time) as the deadline for filing proofs of claim by virtually all creditors against the Debtors (the "General Bar Date"), and prescribing the form and manner for filing proofs of claim.  On November 7, 2012, the Court entered an Order extending the General Bar Date to November 16, 2012 at 5:00 p.m. (Prevailing Eastern Time).  (ECF Doc. # 2093.)

On November 9, 2012, the California Litigation Claimants filed claims (the "Original Claims") against a number of Debtor entities.  Each of the Original Claims asserted an unsecured claim in the amount of $1,300,000 for "Contingent Fraud Claim in litigation," referring to ongoing litigation (the "District Court Litigation") in the United States District Court, Central District of California – Western Division (the District Court).  The Original Claims referenced an amended complaint (the "Amended Complaint") filed in the District Court, which asserted causes of action against certain Debtor and non-debtor entities.  Each of the Original Claims (and the Amended Complaint) alleged the following causes of action:  (1) fraudulent concealment pursuant to California Civil Code ("Civil Code") sections 1572, 1709, and 1710; (2) intentional misrepresentations pursuant to Civil Code sections 1572, 1709, and 1710; (3) negligent misrepresentations pursuant to Civil Code sections 1572, 1709, and 1710; (4) unfair competition pursuant to California Business and Professions Code section 17200; (5) wrongful foreclosure pursuant to Civil Code section 2924; and (6) improper influence over appraiser pursuant to Civil Code section 1090.5.

The Debtors filed an objection to the Original Claims on July 10, 2013, asserting that the Original Claims failed to state a claim against any of the Debtors.  (*See generally* First Objection.)  The Debtors argued in the First Objection that the Amended Complaint—the basis for the Original Claims—failed to:  (1) satisfy basic federal pleading standards, (2) plead a basis for derivative liability, (3) state any fraud-based claim, and (4) sufficiently allege claims for

2

wrongful foreclosure and improper influence over an appraiser. The deadline to respond to the First Objection was August 9, 2013 (the "Response Deadline").

None of the California Litigation Claimants filed a timely response to the First Objection, but on August 9, 2013—the day of the Response Deadline—fifty-eight of the California Litigation Claimants filed proofs of claim (the "Amended Claims") solely against Residential Capital, LLC ("ResCap"), each in the amount of $1,300,000. The stated basis for each of the Amended Claims is "Claims, including fraud related to mortgage origination." In support of the Amended Claims, the California Litigation Claimants attached a 250-page Amended Complaint in Support of Amended Proof of Claim (the "Second Amended Complaint"). The Second Amended Complaint asserts five causes of action, divided into twenty-four "counts," including: (1) fraudulent concealment, (2) intentional misrepresentation, (3) negligent misrepresentation, (4) negligence, (5) unfair, unlawful, and fraudulent business practices, (6) price fixing in violation of the Sherman Act, (7) improper collection of debt after electing to foreclose, (8) rescission of contract and/or restitution based on grounds of fraud and/or unconscionability, (9) breach of contract, (10) breach of the Crier Rule under California law, (11) unfair debt collection practices, and (12) wrongful foreclosure. Although the Second Amended Complaint appears to raise new legal theories for recovery, the alleged facts on which these claims are based are identical to those on which the Original Claims were based, and counsel for the California Litigation Claimants represented to the Court that the nature of the two sets of claims are the same. (*See* Hr'g Tr. Aug. 28, 2013 at 25:10–15.)

On August 20, 2013—eleven days after the Response Deadline—counsel for the California Litigation Claimants filed the *Hairston, et al. Creditors' Opposition to Debtors' Objection to Proofs of Claim Filed by Certain Plaintiffs in California Litigation* (the

"Response," ECF Doc. # 4758).  In the Response, the California Litigation Claimants' counsel asserts that the Debtors' First Objection was rendered moot upon the filing of the Amended Claims and the Second Amended Complaint in support.

On August 26, 2013, the Debtors sent a letter to the Court asserting that the Amended Claims were improper post-bar date amendments and that they should therefore be disallowed and expunged.  On August 28, 2013, the Court held a hearing on the First Objection and directed that the parties agree to a scheduling order with respect to briefing whether the Amended Claims were proper amendments and addressing the underlying merits of the Amended Claims.  On November 27, 2013, the Court entered the *Scheduling Order For Objection to California Litigation Claims* (ECF Doc. # 5965) requiring:  (1) the Debtors to file any objection to the Amended Claims on or before December 17, 2013, (2) the California Litigation Claimants to respond on or before January 23, 2014, and (3) the Debtors to file a reply on or before February 6, 2014, with a hearing to be held on February 20, 2014.

The Debtors filed the Second Objection on December 16, 2013, arguing that (1) the Amended Claims should be disallowed as improper post-bar date amendments to the Original Claims, and (2) even if the Amended Claims are not expunged as untimely amendments, the Amended Claims fail to state a basis for liability on the part of ResCap, largely for the same reasons set forth in the First Objection, and also because ResCap neither originated nor serviced any of the California Litigation Claimants' loans.   As of the date of this Order, the California Litigation Claimants did not file a response to the Second Objection, and their time to do so has expired.

**DISCUSSION**

Section 501(a) of the Bankruptcy Code provides that "[a] creditor . . . may file a proof of claim" to claim an interest in a debtor's bankruptcy estate. 11 U.S.C. § 501(a). "The proof of claim, if filed in accordance with section 501 and the pertinent Bankruptcy Rules, constitutes prima facie evidence of the validity and amount of the claim under Federal Rule of Bankruptcy Procedure 3001(f) and Bankruptcy Code section 502(a)." 4 COLLIER ON BANKRUPTCY ¶ 502.02[3][f] (Alan N. Resnick & Henry J. Sommer eds., 16th ed. rev. 2013). Section 502(a) provides that a claim or interest, properly filed, "is deemed allowed, unless a party in interest . . . objects." 11 U.S.C. § 502(a). If an objection refuting at least one of the claim's essential allegations is asserted, the claimant has the burden to demonstrate the validity of the claim. *See In re Oneida Ltd.*, 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009); *In re Adelphia Commc'ns Corp.*, Case No. 02-41729 (REG), 2007 Bankr. LEXIS 660, at *15 (Bankr. S.D.N.Y. Feb. 20, 2007); *In re Rockefeller Ctr. Props.*, 272 B.R. 524, 539 (Bankr. S.D.N.Y. 2000). Bankruptcy Code section 502(b)(1) provides that a claim may not be allowed to the extent that "such a claim is unenforceable against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1).

Claims objections have a shifting burden of proof. Correctly filed proofs of claim "constitute prima facie evidence of the validity and amount of the claim . . . . To overcome this prima facie evidence, an objecting party must come forth with evidence which, if believed, would refute at least one of the allegations essential to the claim." *In re Reilly*, 245 B.R. 768, 773 (2d Cir. B.A.P. 2000). The objecting party is required to produce evidence equal in force to that provided by the claimant to rebut the presumption of the claimant's prima facie case. *In re Allegheny Intern., Inc.*, 954 F.2d 167, 173–74 (3d Cir. 1992) ("In practice, the objector must

produce evidence which, if believed, would refute at least one of the allegations that is essential to the claim's legal sufficiency."). Once this is done, the burden then shifts back to the claimant to produce additional evidence to prove the validity of the claim by a preponderance of the evidence. *Id.* at 174.

The Original Claims, when filed, were entitled to prima facie validity of the asserted claims. The Debtors, through the First Objection, refuted the essential elements of each one of the causes of action asserted in the Amended Complaint and the Original Claims. The burden then shifted back to the California Litigation Claimants to produce additional evidence to prove the validity of their claims by a preponderance of the evidence. Rather than properly respond to the First Objection, however, the California Litigation Claimants filed the Amended Claims, well after the General Bar Date had passed. In their late-filed Response, the California Litigation Claimants asserted that the First Objection was rendered moot by the fling of the Amended Claims.

> In the Second Circuit,
>
> amendment to a claim is freely allowed where the purpose is to cure a defect in the claim as originally filed, to describe the claim with greater particularity, or to plead a new theory of recovery on the facts set forth in the original claim. However, the court must subject post bar date amendments to careful scrutiny to assure that there was no attempt to file a new claim under the guise of amendment.

*Integrated Res., Inc. v. Ameritrust Co., N.A. (In re Integrated Res., Inc.)*, 157 B.R. 66, 70 (S.D.N.Y. 1993) (citations omitted).

Courts apply a two-step inquiry when considering whether to allow post bar date amendments to proofs of claim. *See Midland Cogeneration Venture Ltd. P'ship v. Enron Corp. (In re Enron Corp.)*, 419 F.3d 115, 133 (2d Cir. 2005); *In re Barquet Grp.Inc.*, 477 B.R. 454, 464 (Bankr. S.D.N.Y. 2012), *aff'd*, 477 B.R. 454 (S.D.N.Y. 2012). First, the court must

determine "whether there was a timely assertion of a similar claim or demand evidencing an intention to hold the estate liable." *Enron*, 419 F.3d at 133 (quotation omitted). A claim satisfies this first prong if it: "1) corrects a defect of form in the original claim; 2) describes the original claim with greater particularity; or 3) pleads a new theory of recovery on the facts set forth in the original claim." *Id.* (quoting *In re McLean Indus., Inc.*, 121 B.R. 704, 708 (Bankr. S.D.N.Y. 1990)).

If this "relation back" inquiry is satisfied, courts then examine whether it would be equitable to allow the amendment. *Id.*; *Integrated Res.*, 157 B.R. at 70. Courts consider the following five equitable factors in determining whether to allow an amendment:

> (1) undue prejudice to opposing party; (2) bad faith or dilatory behavior on the part of the claimant; (3) whether other creditors would receive a windfall were the amendment not allowed; (4) whether other claimants might be harmed or prejudiced; and (5) the justification for the inability to file the amended claim at the time the original claim was filed.

*Integrated Res.*, 157 B.R. at 70 (citation omitted); *Enron*, 419 F.3d at 133. "The critical consideration is whether the opposing party will be unduly prejudiced by the amendment." *Integrated Res.*, 157 B.R. at 70 (citation omitted).

The Court need not decide, however, whether it would be proper to allow the Amended Claims. Even if the Court were to allow the California Litigation Claimants to submit their Amended Claims, the Court finds that the Debtors, through the Second Objection, raised sufficient legal arguments to rebut the presumptive validity of the Amended Claims. Once again, the burden shifted to the California Litigation Claimants to produce additional evidence to prove the validity of their claims by a preponderance of the evidence. The California Litigation Claimants failed to respond and therefore failed to carry this burden. For this reason, the Court sustains the Second Objection on the grounds that the Amended Claims fail to state a basis for

liability against the Debtors. For the avoidance of doubt, the Court also sustains the First Objection, to the extent that the California Litigation Claimants might seek to prosecute the Original Claims.

## CONCLUSION

Therefore, for the reasons explained above, the First Objection and the Second Objection are **SUSTAINED**. All of the claims listed on Schedule A, attached to this Memorandum Opinion and Order, are hereby **DISALLOWED AND EXPUNGED** with prejudice.

**IT IS SO ORDERED.**

Dated:   February 6, 2014
         New York, New York

                                      _____/s/Martin Glenn_____
                                         MARTIN GLENN
                                    United States Bankruptcy Judge

## SCHEDULE A

### Claims Asserted Against Executive Trustee Services, LLC

| Claim No. | Claimant Name | Claim No. | Claimant Name |
|---|---|---|---|
| 3432 | Alex Ibarra | 3179 | Mary Serrano |
| 3473 | Brenda Mella | 3167 | Mesbel Mohamoud |
| 3422 | Brian Foote | 3153 | Michael Brown |
| 3524 | Carolyn Hairston | 3143 | Michael Man |
| 3122 | Cecilia Chaube | 3125 | Michael Moultrie |
| 2982 | Christina Palbicke | 3113 | Olan Ross |
| 3416 | Christine Petersen | 3100 | Patrick Gaston |
| 3402 | Claudinette Brown | 3092 | Phyllis McCrea |
| 3255 | David Cruz | 3081 | Regina Faison |
| 3062 | Deborah Albritton | 3075 | Rick Albritton |
| 3002 | Evelyn Ross | 3061 | Rick Ewald |
| 3015 | Florastene Holden | 3046 | Robin Gaston |
| 2911 | Franco Soro | 3039 | Rodelina Santos |
| 3395 | Gary Johnson | 3028 | Rosa Rodriguez |
| 3201 | Genevie Cabang | 3007 | Salvador Barajas |
| 3386 | Gloria Portillo | 2981 | Sarah Sebagh |
| 3378 | Gregory Buck | 2994 | Shirley Kaplan |
| 3369 | Gricelda Ruano | 2969 | Terrell Sullivan |
| 3360 | Henry Completo | 2955 | Veronica Grey |
| 3353 | Ignacio Rodriguez | 2946 | Victor Pazos |
| 3343 | Irma Laredo | 2939 | William Mimiaga |
| 3159 | Joellyn Johnson | 2930 | Willie Gilmore |
| 3330 | Joselito Mella | 2922 | Yesenia Cruz |
| 3321 | Judy Lim | | |
| 3315 | Julio Del Cid | | |
| 2899 | Julio Gonzalez | | |
| 3304 | Jun O. Santos | | |
| 3294 | Khalil Subat | | |
| 3247 | Lisa Simonyi | | |
| 3286 | Lois Elisa Jordan | | |
| 3276 | Magdalena Avila | | |
| 3269 | Manija Subat | | |
| 3241 | Manuela Badilla | | |
| 3223 | Marcia Willoughby | | |
| 3216 | Marco Badilla | | |
| 3206 | Maria Barajas | | |
| 3194 | Maria Elena Del Cid | | |
| 3188 | Martin Kassowitz | | |

**Claims Asserted Against GMAC Mortgage, LLC**

| Claim No. | Claimant Name | Claim No. | Claimant Name |
|---|---|---|---|
| 3435 | Alex Ibarra | 3185 | Martin Kassowitz |
| 3470 | Brenda Mella | 3174 | Mary Serrano |
| 3425 | Brian Foote | 3163 | Mesbel Mohamoud |
| 3118 | Cecilia Chaube | 3157 | Michael Brown |
| 2991 | Christina Palbicke | 3141 | Michael Man |
| 3413 | Christine Petersen | 3130 | Michael Moultrie |
| 3403 | Claudinette Brown | 3116 | Olan Ross |
| 3257 | David Cruz | 3107 | Patrick Gaston |
| 3078 | Deborah Albritton | 3090 | Phyllis McCrea |
| 3006 | Evelyn Ross | 3080 | Regina Faison |
| 3020 | Florastene Holden | 3069 | Rick Albritton |
| 2907 | Franco Soro | 3058 | Rick Ewald |
| 3397 | Gary Johnson | 3048 | Robin Gaston |
| 3230 | Genevie Cabang | 3037 | Rodelina Santos |
| 3388 | Gloria Portillo | 3030 | Rosa Rodriguez |
| 3376 | Gregory Buck | 3010 | Salvador Barajas |
| 3371 | Gricelda Ruano | 2979 | Sarah Sebagh |
| 3362 | Henry Completo | 3000 | Shirley Kaplan |
| 3351 | Ignacio Rodriguez | 2968 | Terrell Sullivan |
| 3341 | Irma Laredo | 2957 | Veronica Grey |
| 3169 | Joellyn Johnson | 2948 | Victor Pazos |
| 3327 | Joselito Mella | 2941 | William Mimiaga |
| 3325 | Judy Lim | 2932 | Willie Gilmore |
| 3313 | Julio Del Cid | 2921 | Yesenia Cruz |
| 2901 | Julio Gonzalez | | |
| 2902 | Julio Gonzalez | | |
| 3302 | Jun O. Santos | | |
| 3296 | Khalil Subat | | |
| 3245 | Lisa Simonyi | | |
| 3284 | Lois Elisa Jordan | | |
| 3274 | Magdalena Avila | | |
| 3267 | Manija Subat | | |
| 3252 | Manuela Badilla | | |
| 3225 | Marcia Willoughby | | |
| 3214 | Marco Badilla | | |
| 3205 | Maria Barajas | | |
| 3196 | Maria Elena Del Cid | | |

**Claims Asserted Against GMAC-RFC Holding Company, LLC**

| Claim No. | Claimant Name | Claim No. | Claimant Name |
|---|---|---|---|
| 3430 | Alex Ibarra | 3190 | Martin Kassowitz |
| 3476 | Brenda Mella | 3181 | Mary Serrano |
| 3420 | Brian Foote | 3170 | Mesbel Mohamoud |
| 3533 | Carolyn Hairston | 3154 | Michael Brown |
| 3108 | Cecilia Chaube | 3147 | Michael Man |
| 2989 | Christina Palbicke | 3123 | Michael Moultrie |
| 3418 | Christine Petersen | 3110 | Olan Ross |
| 3409 | Claudinette Brown | 3097 | Patrick Gaston |
| 3262 | David Cruz | 3094 | Phyllis McCrea |
| 3053 | Deborah Albritton | 3085 | Regina Faison |
| 2997 | Evelyn Ross | 3066 | Rick Albritton |
| 3011 | Florastene Holden | 3064 | Rick Ewald |
| 2908 | Franco Soro | 3044 | Robin Gaston |
| 3393 | Gary Johnson | 3042 | Rodelina Santos |
| 3234 | Genevie Cabang | 3022 | Rosa Rodriguez |
| 3383 | Gloria Portillo | 3003 | Salvador Barajas |
| 3381 | Gregory Buck | 2980 | Sarah Sebagh |
| 3366 | Gricelda Ruano | 2986 | Shirley Kaplan |
| 3357 | Henry Completo | 2965 | Terrell Sullivan |
| 3347 | Ignacio Rodriguez | 2953 | Veronica Grey |
| 3345 | Irma Laredo | 2952 | Victor Pazos |
| 3135 | Joellyn Johnson | 2936 | William Mimiaga |
| 3335 | Joselito Mella | 2928 | Willie Gilmore |
| 3319 | Judy Lim | 2919 | Yesenia Cruz |
| 3317 | Julio Del Cid | | |
| 2897 | Julio Gonzalez | | |
| 3307 | Jun O. Santos | | |
| 3291 | Khalil Subat | | |
| 3249 | Lisa Simonyi | | |
| 3289 | Lois Elisa Jordan | | |
| 3278 | Magdalena Avila | | |
| 3272 | Manija Subat | | |
| 3238 | Manuela Badilla | | |
| 3229 | Marcia Willoughby | | |
| 3219 | Marco Badilla | | |
| 3204 | Maria Barajas | | |
| 3198 | Maria Elena Del Cid | | |

**Claims Asserted Against Home Connects Lending Services, LLC**

| Claim No. | Claimant Name | Claim No. | Claimant Name |
|---|---|---|---|
| 3437 | Alex Ibarra | 3184 | Martin Kassowitz |
| 3467 | Brenda Mella | 3177 | Mary Serrano |
| 3427 | Brian Foote | 3160 | Mesbel Mohamoud |
| 3521 | Carolyn Hairston | 3150 | Michael Brown |
| 3112 | Cecilia Chaube | 3139 | Michael Man |
| 2987 | Christina Palbicke | 3131 | Michael Moultrie |
| 3411 | Christine Petersen | 3119 | Olan Ross |
| 3406 | Claudinette Brown | 3105 | Patrick Gaston |
| 3263 | David Cruz | 3088 | Phyllis McCrea |
| 3086 | Deborah Albritton | 3079 | Regina Faison |
| 3009 | Evelyn Ross | 3071 | Rick Albritton |
| 3023 | Florastene Holden | 3055 | Rick Ewald |
| 2913 | Franco Soro | 3051 | Robin Gaston |
| 3399 | Gary Johnson | 3035 | Rodelina Santos |
| 3231 | Genevie Cabang | 3032 | Rosa Rodriguez |
| 3390 | Gloria Portillo | 3016 | Salvador Barajas |
| 3374 | Gregory Buck | 2977 | Sarah Sebagh |
| 3373 | Gricelda Ruano | 2993 | Shirley Kaplan |
| 3364 | Henry Completo | 2963 | Terrell Sullivan |
| 3349 | Ignacio Rodriguez | 2959 | Veronica Grey |
| 3338 | Irma Laredo | 2950 | Victor Pazos |
| 3172 | Joellyn Johnson | 2943 | William Mimiaga |
| 3333 | Joselito Mella | 2934 | Willie Gilmore |
| 3324 | Judy Lim | 2915 | Yesenia Cruz |
| 3312 | Julio Del Cid | | |
| 2904 | Julio Gonzalez | | |
| 3300 | Jun O. Santos | | |
| 3298 | Khalil Subat | | |
| 3243 | Lisa Simonyi | | |
| 3282 | Lois Elisa Jordan | | |
| 3280 | Magdalena Avila | | |
| 3266 | Manija Subat | | |
| 3261 | Manuela Badilla | | |
| 3228 | Marcia Willoughby | | |
| 3212 | Marco Badilla | | |
| 3209 | Maria Barajas | | |
| 3199 | Maria Elena Del Cid | | |

**Claims Asserted Against Homecomings Financial, LLC**

| Claim No. | Claimant Name | Claim No. | Claimant Name |
|---|---|---|---|
| 3431 | Alex Ibarra | 3187 | Martin Kassowitz |
| 4159 | Brenda Mella | 3180 | Mary Serrano |
| 3421 | Brian Foote | 3168 | Mesbel Mohamoud |
| 3517 | Carolyn Hairston | 3151 | Michael Brown |
| 3124 | Cecilia Chaube | 3145 | Michael Man |
| 2978 | Christina Palbicke | 3126 | Michael Moultrie |
| 3417 | Christine Petersen | 3111 | Olan Ross |
| 3404 | Claudinette Brown | 3098 | Patrick Gaston |
| 3254 | David Cruz | 3093 | Phyllis McCrea |
| 3059 | Deborah Albritton | 3083 | Regina Faison |
| 3001 | Evelyn Ross | 3067 | Rick Albritton |
| 3013 | Florastene Holden | 3063 | Rick Ewald |
| 2906 | Franco Soro | 3045 | Robin Gaston |
| 3394 | Gary Johnson | 3040 | Rodelina Santos |
| 3236 | Genevie Cabang | 3026 | Rosa Rodriguez |
| 3385 | Gloria Portillo | 3005 | Salvador Barajas |
| 3379 | Gregory Buck | 2973 | Sarah Sebagh |
| 3368 | Gricelda Ruano | 2992 | Shirley Kaplan |
| 3359 | Henry Completo | 2967 | Terrell Sullivan |
| 3354 | Ignacio Rodriguez | 2954 | Veronica Grey |
| 3344 | Irma Laredo | 2945 | Victor Pazos |
| 3161 | Joellyn Johnson | 2938 | William Mimiaga |
| 3336 | Joselito Mella | 2929 | Willie Gilmore |
| 3320 | Judy Lim | 2923 | Yesenia Cruz |
| 3316 | Julio Del Cid | | |
| 2898 | Julio Gonzalez | | |
| 3305 | Jun O. Santos | | |
| 3293 | Khalil Subat | | |
| 3248 | Lisa Simonyi | | |
| 3287 | Lois Elisa Jordan | | |
| 3277 | Magdalena Avila | | |
| 3270 | Manija Subat | | |
| 3240 | Manuela Badilla | | |
| 3222 | Marcia Willoughby | | |
| 3217 | Marco Badilla | | |
| 3207 | Maria Barajas | | |
| 3193 | Maria Elena Del Cid | | |

**Claims Asserted Against Residential Capital, LLC**

| Claim No. | Claimant Name | Claim No. | Claimant Name |
|---|---|---|---|
| 3434 | Alex Ibarra | 3152 | Michael Brown |
| 3472 | Brenda Mella | 3142 | Michael Man |
| 3423 | Brian Foote | 3129 | Michael Moultrie |
| 3525 | Carolyn Hairston | 3115 | Olan Ross |
| 3120 | Cecilia Chaube | 3101 | Patrick Gaston |
| 2984 | Christina Palbicke | 3091 | Phyllis McCrea |
| 3414 | Christine Petersen | 3076 | Regina Faison |
| 3405 | Claudinette Brown | 3068 | Rick Albritton |
| 3256 | David Cruz | 3060 | Rick Ewald |
| 3073 | Deborah Albritton | 3047 | Robin Gaston |
| 3004 | Evelyn Ross | 3038 | Rodelina Santos |
| 3018 | Florastene Holden | 3029 | Rosa Rodriguez |
| 2910 | Franco Soro | 3019 | Salvador Barajas |
| 3396 | Gary Johnson | 2975 | Sarah Sebagh |
| 3202 | Genevie Cabang | 2996 | Shirley Kaplan |
| 3387 | Gloria Portillo | 2970 | Terrell Sullivan |
| 3377 | Gregory Buck | 2956 | Veronica Grey |
| 3370 | Gricelda Ruano | 2947 | Victor Pazos |
| 3361 | Henry Completo | 2940 | William Mimiaga |
| 3352 | Ignacio Rodriguez | 2931 | Willie Gilmore |
| 3342 | Irma Laredo | 2924 | Yesenia Cruz |
| 3166 | Joellyn Johnson | 6893 | Deborah Albritton |
| 3328 | Joselito Mella | 6894 | Christine Petersen |
| 3326 | Judy Lim | 6895 | Gloria Portillo |
| 3314 | Julio Del Cid | 6896 | Brenda Mella |
| 2900 | Julio Gonzalez | 6897 | Ignacio Rodriguez |
| 3303 | Jun O. Santos | 6898 | Rosa Rodriguez |
| 3295 | Khalil Subat | 6899 | Khalil Subat |
| 3246 | Lisa Simonyi | 6900 | Manija Subat |
| 3285 | Lois Elisa Jordan | 6901 | Maria Barajas |
| 3275 | Magdalena Avila | 6902 | Brian Foote |
| 3268 | Manija Subat | 6903 | Salvador Barajas |
| 3251 | Manuela Badilla | 6904 | Julio Gonzalez |
| 3224 | Marcia Willoughby | 6905 | Michael Man |
| 3215 | Marco Badilla | 6906 | Phyllis McCrea |
| 3208 | Maria Barajas | 6907 | Yesenia Cruz |
| 3195 | Maria Elena Del Cid | 6908 | Julio Del Cid |
| 3186 | Martin Kassowitz | 6909 | Veronica Grey |
| 3176 | Mary Serrano | 6910 | David Cruz |
| 3164 | Mesbel Mohamoud | 6911 | Manuela Badilla |

| Claim No. | Claimant Name | Claim No. | Claimant Name |
|---|---|---|---|
| 6912 | Rick Albritton | 6938 | Carolyn Hairston |
| 6913 | Marco Badilla | 6939 | Robin Gaston |
| 6914 | Victor Pazos | 6940 | Claudinette Brown |
| 6915 | Alex Ibarra | 6941 | Regina Faison |
| 6916 | Christina Palbicke | 6942 | Rick Ewald |
| 6917 | Martin Kassowitz | 6943 | Florastene Holden |
| 6918 | Michael Moultrie | 6944 | Losi Elisa Jordan |
| 6919 | Joselito Mella | 6945 | Jun O. Santos |
| 6920 | Mesbel Mohamoud | 6946 | Rodelina Santos |
| 6921 | Cecilia Chaube | 6947 | Sarah Sebagh |
| 6922 | Irma Laredo | 6948 | Evelyn Ross |
| 6923 | Joellyn Johnson | 6949 | Olan Ross |
| 6924 | Shirley Kaplan | 6950 | Gricelda Ruano |
| 6925 | Magdalena Avila | | |
| 6926 | Michael Brown | | |
| 6927 | Gary Johnson | | |
| 6928 | Gregory Buck | | |
| 6929 | Marcia Willoughby | | |
| 6930 | Henry Completo | | |
| 6931 | Judy Lim | | |
| 6932 | Terrell Sullivan | | |
| 6933 | Genevie Cabang | | |
| 6934 | Maria Elena Del Cid | | |
| 6935 | Mary Serrano | | |
| 6936 | Willie Gilmore | | |
| 6937 | Lisa Simonyi | | |

**Claims Asserted Against Residential Funding Company, LLC**

| Claim No. | Claimant Name | Claim No. | Claimant Name |
|---|---|---|---|
| 3429 | Alex Ibarra | 3189 | Martin Kassowitz |
| 3478 | Brenda Mella | 3182 | Mary Serrano |
| 3424 | Brian Foote | 3171 | Mesbel Mohamoud |
| 3523 | Carolyn Hairston | 3155 | Michael Brown |
| 3128 | Cecilia Chaube | 3146 | Michael Man |
| 2976 | Christina Palbicke | 3136 | Michael Moultrie |
| 3419 | Christine Petersen | 3109 | Olan Ross |
| 3401 | Claudinette Brown | 3102 | Patrick Gaston |
| 3260 | David Cruz | 3096 | Phyllis McCrea |
| 3056 | Deborah Albritton | 3084 | Regina Faison |
| 2999 | Evelyn Ross | 3074 | Rick Albritton |
| 3027 | Florastene Holden | 3065 | Rick Ewald |
| 2909 | Franco Soro | 3043 | Robin Gaston |
| 3392 | Gary Johnson | 3041 | Rodelina Santos |
| 3233 | Genevie Cabang | 3024 | Rosa Rodriguez |
| 3384 | Gloria Portillo | 3012 | Salvador Barajas |
| 3380 | Gregory Buck | 2972 | Sarah Sebagh |
| 3367 | Gricelda Ruano | 2990 | Shirley Kaplan |
| 3358 | Henry Completo | 2966 | Terrell Sullivan |
| 3355 | Ignacio Rodriguez | 2961 | Veronica Grey |
| 3346 | Irma Laredo | 2944 | Victor Pazos |
| 3137 | Joellyn Johnson | 2937 | William Mimiaga |
| 3332 | Joselito Mella | 2925 | Willie Gilmore |
| 3318 | Judy Lim | 2918 | Yesenia Cruz |
| 3309 | Julio Del Cid | | |
| 2896 | Julio Gonzalez | | |
| 3306 | Jun O. Santos | | |
| 3292 | Khalil Subat | | |
| 3250 | Lisa Simonyi | | |
| 3288 | Lois Elisa Jordan | | |
| 3273 | Magdalena Avila | | |
| 3271 | Manija Subat | | |
| 3239 | Manuela Badilla | | |
| 3221 | Marcia Willoughby | | |
| 3218 | Marco Badilla | | |
| 3203 | Maria Barajas | | |
| 3192 | Maria Elena Del Cid | | |

**Claims Asserted Against Residential Funding Real Estate Holdings, LLC**

| Claim No. | Claimant Name | Claim No. | Claimant Name |
|---|---|---|---|
| 3438 | Alex Ibarra | 3191 | Martin Kassowitz |
| 3477 | Brenda Mella | 3173 | Mary Serrano |
| 3428 | Brian Foote | 3158 | Mesbel Mohamoud |
| 3520 | Carolyn Hairston | 3148 | Michael Brown |
| 3104 | Cecilia Chaube | 3138 | Michael Man |
| 2974 | Christina Palbicke | 3134 | Michael Moultrie |
| 3410 | Christine Petersen | 3121 | Olan Ross |
| 3408 | Claudinette Brown | 3103 | Patrick Gaston |
| 3253 | David Cruz | 3095 | Phyllis McCrea |
| 3050 | Deborah Albritton | 3087 | Regina Faison |
| 2995 | Evelyn Ross | 3072 | Rick Albritton |
| 3025 | Florastene Holden | 3054 | Rick Ewald |
| 2905 | Franco Soro | 3052 | Robin Gaston |
| 3400 | Gary Johnson | 3034 | Rodelina Santos |
| 3235 | Genevie Cabang | 3033 | Rosa Rodriguez |
| 3391 | Gloria Portillo | 3014 | Salvador Barajas |
| 3382 | Gregory Buck | 2971 | Sarah Sebagh |
| 3365 | Gricelda Ruano | 2988 | Shirley Kaplan |
| 3356 | Henry Completo | 2962 | Terrell Sullivan |
| 3348 | Ignacio Rodriguez | 2960 | Veronica Grey |
| 3337 | Irma Laredo | 2951 | Victor Pazos |
| 3132 | Joellyn Johnson | 2935 | William Mimiaga |
| 3331 | Joselito Mella | 2926 | Willie Gilmore |
| 3322 | Judy Lim | 2916 | Yesenia Cruz |
| 3311 | Julio Del Cid | | |
| 2895 | Julio Gonzalez | | |
| 3308 | Jun O. Santos | | |
| 3299 | Khalil Subat | | |
| 3242 | Lisa Simonyi | | |
| 3290 | Lois Elisa Jordan | | |
| 3279 | Magdalena Avila | | |
| 3264 | Manija Subat | | |
| 3237 | Manuela Badilla | | |
| 3226 | Marcia Willoughby | | |
| 3220 | Marco Badilla | | |
| 3211 | Maria Barajas | | |
| 3200 | Maria Elena Del Cid | | |

**Claims Asserted Against Residential Mortgage Real Estate Holdings, LLC**

| Claim No. | Claimant Name | Claim No. | Claimant Name |
|---|---|---|---|
| 3436 | Alex Ibarra | 3149 | Michael Brown |
| 3469 | Brenda Mella | 3140 | Michael Man |
| 3426 | Brian Foote | 3133 | Michael Moultrie |
| 3529 | Carolyn Hairston | 3117 | Olan Ross |
| 3114 | Cecilia Chaube | 3106 | Patrick Gaston |
| 2985 | Christina Palbicke | 3089 | Phyllis McCrea |
| 3412 | Christine Petersen | 3077 | Regina Faison |
| 3407 | Claudinette Brown | 3070 | Rick Albritton |
| 3258 | David Cruz | 3057 | Rick Ewald |
| 3082 | Deborah Albritton | 3049 | Robin Gaston |
| 3008 | Evelyn Ross | 3036 | Rodelina Santos |
| 3021 | Florastene Holden | 3031 | Rosa Rodriguez |
| 2912 | Franco Soro | 3017 | Salvador Barajas |
| 3398 | Gary Johnson | 2983 | Sarah Sebagh |
| 3232 | Genevie Cabang | 2998 | Shirley Kaplan |
| 3389 | Gloria Portillo | 2964 | Terrell Sullivan |
| 3375 | Gregory Buck | 2958 | Veronica Grey |
| 3372 | Gricelda Ruano | 2949 | Victor Pazos |
| 3363 | Henry Completo | 2942 | William Mimiaga |
| 3350 | Ignacio Rodriguez | 2933 | Willie Gilmore |
| 3339 | Irma Laredo | 2920 | Yesenia Cruz |
| 3175 | Joellyn Johnson | | |
| 3334 | Joselito Mella | | |
| 3323 | Judy Lim | | |
| 3310 | Julio Del Cid | | |
| 2903 | Julio Gonzalez | | |
| 3301 | Jun O. Santos | | |
| 3297 | Khalil Subat | | |
| 3244 | Lisa Simonyi | | |
| 3283 | Lois Elisa Jordan | | |
| 3281 | Magdalena Avila | | |
| 3265 | Manija Subat | | |
| 3259 | Manuela Badilla | | |
| 3227 | Marcia Willoughby | | |
| 3213 | Marco Badilla | | |
| 3210 | Maria Barajas | | |
| 3197 | Maria Elena Del Cid | | |
| 3183 | Martin Kassowitz | | |
| 3178 | Mary Serrano | | |
| 3162 | Mesbel Mohamoud | | |