**<u>Exhibit B-1</u>**

| Date | Code | Description |
|---|---|---|
| 10/17/2008 | | |
| 10/17/2008 | ADV | |
| 10/17/2008 | NT | Check Number 00234 Payee Name PG&E |
| 10/20/2008 | NT | Check Number 00233 Payee Name RETAIL SERVICES |
| 10/21/2008 | | |
| 10/21/2008 | ADV | |
| 10/22/2008 | NT | Check Number 00235 Payee Name PRUDENTIAL |
| 10/22/2008 | NT | Check Number 00236 Payee Name R C F |
| 10/24/2008 | | |
| 10/24/2008 | ADV | |
| 10/27/2008 | | |
| 10/27/2008 | ADV | |
| 10/27/2008 | NT | b2 ci re inq if loc frz adv was not one, b2 inq if |
| 10/27/2008 | NT | fee.lynnettab/4091 |
| 10/27/2008 | NT | what 30.00 fee for adv for semi annual maint |
| 10/27/2008 | NT | will frz, adv will notify if line is frz, b2 inq |
| 10/28/2008 | | |
| 10/28/2008 | ADV | |
| 10/29/2008 | NT | Check Number 00239 Payee Name AHFC |
| 10/29/2008 | NT | Check Number 00240 Payee Name WASTE MANAGEMENT |
| 10/29/2008 | NT | Check Number 00241 Payee Name R C F |
| 10/30/2008 | | |
| 10/30/2008 | ADV | |
| 10/31/2008 | | |
| 10/31/2008 | ADV | |
| 10/31/2008 | NT | Check Number 00242 Payee Name WINCO |
| 11/3/2008 | NT | Check Number 00243 Payee Name MARCY BURGIN |
| 11/4/2008 | | |
| 11/4/2008 | ADV | |
| 11/17/2008 | | |
| 11/17/2008 | AP | |
| 11/19/2008 | NT | 11.12.08 advising acct suspended due |
| 11/19/2008 | NT | late entry, suspension letter mailed |
| 11/19/2008 | NT | most recent pay stub. |
| 11/19/2008 | NT | option with current appraisal and |
| 11/19/2008 | NT | to decline in equity.  Has reinstatement |
| 11/28/2008 | NT | 11.25.08 mld letter advising of |
| 11/28/2008 | NT | fee balance owed on acct.  Adv since |
| 11/28/2008 | NT | on ACH, fees owed will be deducted |
| 11/28/2008 | NT | with the Dec 08 ACH pmt. |
| 12/5/2008 | NT | ABA# 322271627, Confirmation# 87100028690001 |
| 12/5/2008 | NT | DRAFT DATE 12/15/08 Bk Acct # |
| 12/5/2008 | NT | ONE-TIME DRAFT ACTIVE. AMOUNT$        30.00 |
| 12/15/2008 | | |
| 12/15/2008 | AP | |