**<u>Exhibit B-2</u>**

Reorganized Servicing Notes to Reflect the Chronology of Comments Dated 11/19/08

| | | | | |
|---|---|---|---|---|
| 8710002869 | FZPDQ | 11/19/2008 | NT | late entry, suspension letter mailed |
| | | | NT | 11.12.08 advising acct suspended due |
| | | | NT | to decline in equity.  Has reinstatement |
| | | | NT | option with current appraisal and |
| | | | NT | most recent pay stub. |