UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
In re                                : Chapter 11
:
RESIDENTIAL CAPITAL, LLC, et al.,[1] : Case No. 12-12020 (MG)
:
:
: (Jointly Administered)
Debtors.            :
---------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Stephanie Delgado, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On or before February 3, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Entry of Confirmation Order Confirming the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors and Occurrence of Effective Date** [Docket No. 6137]

- **Notice of Deadline and Procedures for Filing Certain Administrative Claims** [Docket No. 6138]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274); EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

B. On or before February 5, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Order Under 11 U.S.C. §§ 105(a) and 554(a) Approving Abandonment of Debtors' Interests in Certain Estate Assets** [Docket No. 6380]

Dated: February 7, 2014

Stephanie Delgado

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 7th of February, 2014, by Stephanie Delgado, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JENNIFER GRAGEDA
Commission # 2013634
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Christine E. Belanger | Charles E. Belanger | 30 Great Meadow Dr | Carver | MA | 02330-1140 |
| Dujuan and Danielle Robinson | and Always Reliable Building Contractors | 616 Lynn Ave Unit 32 | Kalamazoo | MI | 49008-2961 |
| Kirkland, David M | | 105 Waterfall Way | Stephens City | VA | 22655-2930 |
| Mark G Slavis Att At Law | | 2956 Route 112 | Medord | NY | 11763-1406 |

# Exhibit B

| CREDITOR NAME | ADDRESS | CITY | STATE | ZIP |
| --- | --- | --- | --- | --- |
| Anthony R. Palazzo | 3343 Barranca St | Sn Luis Obisp | CA | 93401-6070 |
| Aristole Motahari | PO Box 2246 | Oak Bluffs | MA | 02557-2246 |
| Gilbert L. Silberangel | 4613 Pleasant Valley Rd | Oakdale | CA | 95361-9717 |
| James D Love | 5252 E Paoli Way | Long Beach | CA | 90803-1909 |
| Lawrence J Malone | 2371 Geode Ln | Carlsbad | CA | 92009-1736 |
| Michelle A Rappino | PO Box 88082 | Los Angeles | CA | 90009-8082 |
| Miriam B. Snider | 4630 E Montcito Ave | Phoenix | AZ | 85018-4332 |