B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor and Case Number: **Residential Capital, LLC, Case No. 12-12020**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**LEROY HINES**

Name and address where notices should be sent:

**LEROY HINES**
**4466 FAIRWAY DRIVE**
**SHREVEPORT, LA 71109**

Telephone number: (318) 635-1447        email: leroyhines@earthlink.net

Name and address where payment should be sent (if different from above):
LEROY HINES
4466 FAIRWAY DRIVE
SHREVEPORT, LA 71109

Telephone number: (318) 635-1447        email: leroyhines@earthlink.net

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. **Amount of Claim as of Date Case Filed:** $ **38,789.36**

   If all or part of the claim is secured, complete item 4.
   If all or part of the claim is entitled to priority, complete item 5.
   ☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** MORTGAGE NOTE
   (See instruction #2)

3. **Last four digits of any number by which creditor identifies debtor:** 9 2 2 7

   3a. Debtor may have scheduled account as: N/A (See instruction #3a)

   3b. Uniform Claim Identifier (optional): _____ (See instruction #3b)

4. **Secured Claim (See instruction #4)**
   Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

   Nature of property or right of setoff: ■ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe:
   Value of Property: $ **85,000.00**   Annual Interest Rate **8.375** % ■ Fixed ☐ Variable
   (when case was filed)

   Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
   if any: $ **0.00**        Basis for perfection: _____

   Amount of Secured Claim: $ **38,789.36**        Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

   ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

   ☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

   ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

   ■ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

   ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

   ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

6. **Claim Pursuant to 11 U.S.C. § 503(b)(9):**
   Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.  $ **0.00**   (See instruction #6)

7. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. **Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

   If the documents are not available, please explain:

Amount entitled to priority:
$ **2,600.00**

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

9. **Signature:** (See instruction #9) Check the appropriate box.

   ■ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

   I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

   Print Name: LEROY HINES
   Title: OWNER
   Company: _____
   Address and telephone number (if different from notice address above):
   SAME AS ABOVE
   SAME AS ABOVE
   Telephone number: SAME AS ABOVE    Email: SAME AS ABOVE

   x /s/ Leroy Hines  1/27/14
   (Signature)        (Date)

COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
PROOF OF CLAIM EXPLAINATION
PAGE 1

NARRATIVE:

The documents included in this packet are sent with respect to prove my claim of damages. I have been incurred loses as the result of GMAC miss management of my home mortgage services.

Timeline of occurrences are as follows:

2004: Filed Chapter 7 in United States Bankruptcy Court Western District of Louisiana. Case Discharged May, 9, 2005. I did not give my home up in the bankruptcy case. I wanted to stay in my home and continue living. There was a first and second mortgage loan on the property. The second mortgage was reaffirmed, but GMAC did not reaffirm the loan. Instead, it was filed bankrupted Chapter 7 and reported that way on my credit report several time as we I later discovered.

I applied to GMAC for a refinance to lower my interest rate. I was denied on August, 8, 2011.

Other credit denials from Ally Bank Corp (8-9-11) and Home Loan Center d/b/a Lending Tree Loans (8-17-11), prompted me to look closer into my credit reports.

It was discovered GMAC reported my monthly mortgage note as late. In the effort of rebuilding my life after bankruptcy, I began making additional payment towards my mortgage principle debt from 2007-2013. When I contacted GMAC about this matter, I was put off for lengthy time periods, and still given no relief.

I have requested of GMAC for years to provide correct information as it pertained to my credit worthiness. I also requested that they send correct information to the three major credit reporting agencies. Still, no relief was granted.

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
PROOF OF CLAIM EXPLAINATION
PAGE 2

The years in question for me are from 2005 through 2012, my rebuilding years. GMAC did not report my home mortgage on my credit report to make it part of my credit history. Lending did not have reason to assist me with no data being reported. This Constitutes Damages.

GMAC later began reporting the data on my credit report, as closed in bankruptcy; a second mortgage; due to come off report 2011. The information was incorrect and false. This Constitutes Damages.

The documents I have enclosed are dated and should show a clear line of disrespect and miss management of my loan services by GMAC.

I pray that you grant me the damages requested in my proof of claim.

B18J (7/99)

# United States Bankruptcy Court

Western District of Louisiana

Case No. 04-14220
Chapter 7

In re: (Name of Debtor)

Leroy Hines  ( *debtor has no known aliases* )
4466 Fairway Dr.
Shreveport, LA 71109

Terri Bell Hines  ( known aliases:Terri B. Hines, Terri Michelle Bell, Terri Bell Lowe )
4466 Fairway Dr.
Shreveport, LA 71109

Social Security No.:
xxx-xx-3131

xxx-xx-4989

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED** :

The debtors were granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 5/9/05

/s/Stephen V. Callaway
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Set forth all names, including trade names, used by the debtor within the last 6 years. (Federal Rule of Bankruptcy Procedure 1005).

FORM B18J continued (7/99)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. *[In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge can apply to debts owed when the bankruptcy case was converted if proper notice is given to creditors.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF SERVICE

```
District/off: 0536-5         User: mziegler          Page 1 of 1              Date Rcvd: May 10, 2005
Case: 04-14220               Form ID: B18J           Total Served: 27
```

The following entities were served by first class mail on May 12, 2005.
```
db         +Leroy Hines,    4466 Fairway Dr.,    Shreveport, LA 71109-4002
jdb        +Terri Bell Hines,    4466 Fairway Dr.,    Shreveport, LA 71109-4002
aty        +Louis Graham Arceneaux,    601 Poydras Street Ste. 1871,    New Orleans, LA 70130-6018
aty        +Mario D'Angelo,    9300 Mansfield Road, Suite 118,    Shreveport, LA 71118-3137
tr         +John W. Luster,    P.O. Box 1209,    Natchitoches, LA 71458-1209
ust        +Office of U. S. Trustee,    300 Fannin St., Suite 3196,    Shreveport, LA 71101-3122
3108973     Action Card/Bankfirst,    POB 5052,    Sioux Falls, SD 57117-5052
3108974     Ark-La-Tex Cardiology APMC,    POB 51008,    Shreveport, LA 71135-1008
3108977    +Beneficial Finance,    POB 4153-K,    Carol Stream, IL 60197-8153
3108978    +Brooks Heating and A/C,    106 Grigsby Drive,    Bossier City, LA 71112-2806
3108979    +Bryn-Fincher Pulmonary &,    Critical Care, APMC,    2551 Greenwood Rd.,    Shreveport, LA 71103-3981
3110352    +Caddo Parish Sheriff,    505 Travis St., Rm. 700,    Shreveport, LA 71101-3042
3108980    +Caddo Parish Sheriff's Office,    501 Texas St.,    Shreveport, LA 71101-5401
3108982     DI Tech. Com,    POB 969,    Horsham, PA 19044-0969
3108983     Irwin Home Equity,    POB 5075,    San Ramon, CA 94583-0975
3108987     Sears,    POB 6922,    The Lakes, NV 88901-6922
3108986    +Sears,    POB 3671,    Des Moines, IA 50323-0671
3108988     The Home Depot,    POB 9100,    Des Moines, IA 50368-9100
3108989    +Tri State Medical,    2551 Greenwood Rd., #410,    Shreveport, LA 71103-3989
3108991    +Wells Fargo Financial,    8201 Jewella Ave.,    Shreveport, LA 71108-5865
3108992    +Willis Knighton Hospital,    2600 Greenwood Rd.,    Shreveport, LA 71103-3971
```
The following entities were served by electronic transmission on May 10, 2005 and receipt of the transmission was confirmed on:
```
3108976     EDI: FIRSTUSA.COM May 10 2005 16:54:00     Bank One,    POB 8650,    Wilmington, DE 19899-8650
3108975    +EDI: BANKAMER.COM May 10 2005 16:54:00     Bank of America,    POB 53132,    Phoenix, AZ 85072-3132
3108977    +EDI: HFC.COM May 10 2005 16:54:00     Beneficial Finance,    POB 4153-K,
             Carol Stream, IL 60197-8153
3108981     EDI: CAPITALONE.COM May 10 2005 16:54:00     Capital One,    POB 85015,    Richmond, VA 23285-5015
3108984    +EDI: TSYS.COM May 10 2005 16:52:00     JC Penny,    POB 981131,    El Paso, TX 79998-1131
3108985     EDI: TSYS.COM May 10 2005 16:52:00     Sam's Club,    POB 981064,    El Paso, TX 79998-1064
3108990     EDI: TSYS.COM May 10 2005 16:52:00     Wal-Mart,    POB 103042,    Roswell, GA 30076-9042
                                                                                                TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Bank of America, N.A.
cr          Irwin Union Bank and Trust
                                                                                                TOTALS: 2, * 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 12, 2005          Signature: *Joseph Speetjens*

In re  Leroy Hines,
       Terri Bell Hines

Case No. _____

Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| single family residence consisting of a 3 bedroom brick residence in the City of Shreveport, Caddo Parish, Louisiana bearing a municipal address of 4466 Fairway Drive, Shreveport, LA | full ownership subject to a first and second mortgage indebtedness | C | 50,000.00 | 75,380.34 |
| vacant and uninhabitable residence in the City of Shreveport, Caddo Parish, Louisiana bearing a municipal address of 3614 Jackson St., Shreveport, Louisiana | Full ownership subject to a first mortgage indebtedness | C | 5,000.00 | 10,000.00 |

|   |   |
|---|---|
| Sub-Total > | 55,000.00  (Total of this page) |
| Total > | 55,000.00 |

_0_ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re  **Leroy Hines,**  
**Terri Bell Hines**  
,  
Debtors

Case No. _____

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | cash | C | 25.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account Campus FCU, POB 98036, Baton Rouge, LA in debtor husbands name | C | 0.00 |
| | | Savings account with Campus FCU in debtor husband's name | C | 25.00 |
| | | Checking account with Barksdale FCU, POB 9, Barksdale AFB, LA in debtor wife's name | C | 0.00 |
| | | Savings account with Barksdale FCU in debtor wife's name | C | 5.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Sofa $50.00; love seat $20.00; chair $20.00; coffee table $10.00; (2) end tables $20.00; (2) lamps $20.00; (10) whatnots $20.00; table $50.00; 6 chairs $30.00; China cabinet $60.00; stove $60.00; refrigerator $60.00; dishwasher $60.00; microwave $25.00; dishes $60.00; bed $60.00; dresser $40.00; bed $40.00; dresser $30.00; sofa $30.00; file cabinet $15.00; bookshelf $15.00; table $10.00; washing machine $30.00; dryer $25.00; lawn mower $35.00 | C | 895.00 |
| | | T.V. $25.00; VCR $25.00; Radio $25.00; TV $40.00; TV Stand $25.00; TV $30.00; TV stand $20.00; Radio $10.00 | C | 200.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | misc. books, etc. | C | 15.00 |
| | | (4) wall pictures | C | 20.00 |
| 6. Wearing apparel. | | clothes | C | 100.00 |

Sub-Total >    **1,285.00**  
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

In re  Leroy Hines,
       Terri Bell Hines

Case No. _____

Debtors

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | Wedding rings | C | 200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term life policies only - no cash value | C | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | IRA account for wife $1,000.00 and for husband $1,000.00 | C | 2,000.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

Sub-Total >   2,200.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Personal Property

In re  Leroy Hines,
       Terri Bell Hines

Case No. _____

Debtors

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1993 Dodge Pickup truck with over 100,000 miles | C | 1,000.00 |
| | | 1996 Dodge Pickup truck with approximately 100,000 miles | C | 1,200.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |

Sub-Total >   2,200.00
(Total of this page)

Sheet  2  of  3  continuation sheets attached
to the Schedule of Personal Property

In re    **Leroy Hines,**
         **Terri Bell Hines**

Case No. _____

Debtors

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

Sub-Total >    0.00
(Total of this page)

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Total >    5,685.00

(Report also on Summary of Schedules)

In re    **Leroy Hines,**
       **Terri Bell Hines**

Case No. _____

Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

☐ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> single family residence consisting of a 3 bedroom brick residence in the City of Shreveport, Caddo Parish, Louisiana bearing a municipal address of 4466 Fairway Drive, Shreveport, LA | La. Const. Art. 12, § 9; LSA-R.S. § 20:1 | 25,000.00 | 50,000.00 |
| **Household Goods and Furnishings** <br> Sofa $50.00; love seat $20.00; chair $20.00; coffee table $10.00; (2) end tables $20.00; (2) lamps $20.00; (10) whatnots $20.00; table $50.00; 6 chairs $30.00; China cabinet $60.00; stove $60.00; refrigerator $60.00; dishwasher $60.00; microwave $25.00; dishes $60.00; bed $60.00; dresser $40.00; bed $40.00; dresser $30.00; sofa $30.00; file cabinet $15.00; bookshelf $15.00; table $10.00; washing machine $30.00; dryer $25.00; lawn mower $35.00 | LSA-R.S. § 13:3881(A)(4)(a) | 895.00 | 895.00 |
| **Books, Pictures and Other Art Objects; Collectibles** <br> misc. books, etc. | LSA-R.S. 13:3881 | 15.00 | 15.00 |
| (4) wall pictures | LSA-R.S. 13:3881 | 20.00 | 20.00 |
| **Wearing Apparel** <br> clothes | LSA-R.S. § 13:3881(A)(4)(a) | 100.00 | 100.00 |
| **Furs and Jewelry** <br> Wedding rings | LSA-R.S. § 13:3881(A)(5) | 200.00 | 200.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** <br> IRA account for wife $1,000.00 and for husband $1,000.00 | LSA-R.S. §§ 20:33(1), 13:3881(D) | 2,000.00 | 2,000.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Form B6D
(12/03)

In re  **Leroy Hines,**
  **Terri Bell Hines**
  ,
  Debtors

Case No. _____

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Bank of America**<br>POB 53132<br>Phoenix, AZ 85072 | | C | First mortgage on immovable property<br>vacant and uninhabitable residence in the City of Shreveport, Caddo Parish, Louisiana bearing a municipal address of 3614 Jackson St., Shreveport, Louisiana<br>Value $ 5,000.00 | | | | 10,000.00 | 0.00 |
| Account No.<br>**DI Tech. Com**<br>POB 969<br>Horsham, PA 19044-0969 | | C | First mortgage on debtors residence<br>single family residence consisting of a 3 bedroom brick residence in the City of Shreveport, Caddo Parish, Louisiana bearing a municipal address of 4466 Fairway Drive, Shreveport, LA<br>Value $ 50,000.00 | | | | 51,545.17 | 0.00 |
| Account No.<br>**Irwin Home Equity**<br>POB 5075<br>San Ramon, CA 94583-0975 | | C | Second mortgage on debtors residence<br>single family residence consisting of a 3 bedroom brick residence in the City of Shreveport, Caddo Parish, Louisiana bearing a municipal address of 4466 Fairway Drive, Shreveport, LA<br>Value $ 50,000.00 | | | | 23,835.17 | 0.00 |
| Account No.<br><br><br> | | | <br><br>Value $ | | | | | |
| 0 continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 85,380.34 | |
| | | | Total<br>(Report on Summary of Schedules) | | | | 85,380.34 | |

Form B6E
(04/04)

In re    **Leroy Hines,**
　　　　**Terri Bell Hines**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

　Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

　Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

　Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

　Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

　Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

　Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

　Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

　Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

　　　　　　　　　　　　　　　　　　__0__ continuation sheets attached

Form B6F
(12/03)

In re   Leroy Hines,
        Terri Bell Hines
                                                                                    Case No. _____
_____
                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Action Card/Bankfirst<br>POB 5052<br>Sioux Falls, SD 57117-5052 | | C | Revolving loan account | | | | 2,057.32 |
| Account No.<br><br>Ark-La-Tex Cardiology APMC<br>POB 51008<br>Shreveport, LA 71135-1008 | | C | Open Account | | | | 325.00 |
| Account No.<br><br>Bank One<br>POB 8650<br>Wilmington, DE 19899-8650 | | C | Revolving loan account | | | | 1,220.00 |
| Account No.<br><br>Beneficial Finance<br>POB 4153-K<br>Carol Stream, IL 60197 | | C | Signature loan | | | | 6,875.06 |

__4__ continuation sheets attached

Subtotal (Total of this page)   10,477.38

Form B6F - Cont.
(12/03)

In re    Leroy Hines,
         Terri Bell Hines
                    Debtors

Case No. _____

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Brooks Heating and A/C 106 Grigsby Drive Bossier City, LA 71112 | | C | | | | | 150.00 |
| Account No. Bryn-Fincher Pulmonary & Critical Care, APMC 2551 Greenwood Rd. Shreveport, LA 71103 | | C | Open Account | | | | 335.00 |
| Account No. Capital One POB 85015 Richmond, VA 23285-5015 | | C | Revolving loan account | | | | 1,000.00 |
| Account No. Capital One POB 85015 Richmond, VA 23285-5015 | | C | Revolving loan account | | | | 485.00 |
| Account No. Capital One POB 85015 Richmond, VA 23285-5015 | | C | Revolving loan account | | | | 800.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,770.00

Form B6F - Cont.
(12/03)

In re    Leroy Hines,
         Terri Bell Hines
                                                                            Case No. _____
                                    Debtors,

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Capital One<br>POB 85015<br>Richmond, VA 23285-5015 | | C | Revolving loan account | | | | 1,500.00 |
| Account No.<br>Capital One<br>POB 85015<br>Richmond, VA 23285-5015 | | C | Revolving loan account | | | | 2,100.00 |
| Account No.<br>Capital One<br>POB 85015<br>Richmond, VA 23285-5015 | | C | Revolving loan account | | | | 180.00 |
| Account No.<br>JC Penny<br>POB 981131<br>El Paso, TX 79998 | | C | Revolving loan account | | | | 1,810.26 |
| Account No.<br>Sam's Club<br>POB 981064<br>El Paso, TX 79998-1064 | | C | Revolving loan account | | | | 2,548.88 |

Sheet no. __2__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    8,139.14

Form B6F - Cont.
(12/03)

In re   Leroy Hines,
        Terri Bell Hines
                                          Debtors,

Case No. _____

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Sears<br>POB 3671<br>Des Moines, IA 50322 | | C | Revolving loan account | | | | 4,396.97 |
| Account No.<br>The Home Depot<br>POB 9100<br>Des Moines, IA 50368-9100 | | C | Revolving loan account | | | | 1,319.91 |
| Account No.<br>Tri State Medical<br>2551 Greenwood Rd., #410<br>Shreveport, LA 71103 | | C | Open Account | | | | 225.00 |
| Account No.<br>Wal-Mart<br>POB 103042<br>Roswell, GA 30076-9042 | | C | Revolving loan account | | | | 1,384.96 |
| Account No.<br>Wells Fargo Financial<br>8201 Jewella Ave.<br>Shreveport, LA 71108 | | C | Signature loan | | | | 1,030.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    8,356.84

Form B6F - Cont.
(12/03)

In re   Leroy Hines,
         Terri Bell Hines
                                                                                    Case No. _____
_____,
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Willis Knighton Hospital<br>2600 Greenwood Rd.<br>Shreveport, LA 71103 |  | C | Open Account |  |  |  | 9,898.59 |
| Account No.<br>Willis Knighton Hospital<br>2600 Greenwood Rd.<br>Shreveport, LA 71103 |  | C | Open Account |  |  |  | 500.00 |
| Account No. |  |  |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |
| Account No. |  |  |  |  |  |  |  |

Sheet no.  4  of  4  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     10,398.59

Total
(Report on Summary of Schedules)     40,141.95