1  NANCY K LAYNE
   c/o 95580 South Coos River Lane
2  Coos Bay, Oregon
   Plaintiff/Creditor

3

4             **UNITED STATES BANKRUPTCY COURT**
5          **FOR THE SOUTHERN DISTRICT OF NEW YORK**

6  In re:                                    ) Case No. 12-12032
7  RESIDENTIAL CAPITAL, LLC, et al.,         ) Docket No. 3294 filed March 21, 2013
   Debtors.                                  ) Claim No. 292
8  ─────────────────────────────────        )
                                             ) **PLAINTIFF'S MOTION TO AMEND**
9  LINTON C. LAYNE                           ) **COMPLAINT  FOR FDCPA VIOLATIONS**
   NANCY K. LAYNE                            )
10          Plaintiffs/Creditors            )
11    vs.                                    )
                                             )
12 GMAC MORTGAGE, LLC;                       )
13 RESIDENTIAL CAPITAL, LLC,                 )
            Defendants.                      )
14 ─────────────────────────────────

15

16

17 COME NOW the Plaintiffs and hereby file PLAINTIFFS MOTION TO AMEND

18 COMPLAINT.

19

20 Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff NANCY LAYNE

21 requests permission to amend the original complaint. The amended complaint

22 brings to light additional evidence that a there exists no default of the mortgage.

23

24 Defendants since OCTOBER 27, 2010, and in concert with the U.S. Bank as trustee

25 for the SACO I 2006-9 residential mortgage trust, engaged in deceptive acts or

26 practices in violation FDCPA, and the Oregon Fair Debt Collection Practices Act, as the

27

28 RECESSION OF NOTICE OF DEFAULT was filed in Washington County, Oregon.

─────────────────────────────────────────────
                          - 1 -
        PLAINTIFF'S MOTION TO AMEND COMPLAINT  FOR FDCPA VIOLATIONS

1.  On March 21st, 2013 the Plaintiff, filed the original complaint and now requests to file this amended complaint naming GMAC MORTGAGE, LLC as Defendant for violations the Fair Debt Collection Practices Act (FDCPA)15 U.S.C. § 1692, and the Oregon Fair Debt Collection Practices Act 646.639, 646.642, 697.005.

2.  Plaintiff will serve entities of GMAC MORTGAGE, LLC that has filed a Chapter 11 Bankruptcy, Case No: 12-2032, Northern District of New York. The GMAC MORTGAGE, LLC case along with numerous other cases, has been consolidated under the case of Residential Capital, LLC, Case No: 12-2020, Northern District of New York. Upon information and belief, GMAC MORTGAGE, LLC is a subsidiary of Residential Capital, LLC. The Automatic Stay regarding actions such as this one was lifted by a Court Order entered on 7/3/2012 at Docket #774 in the consolidated case.

## FACTS

Documents retrieved from the County Clerk office of Washington County Oregon. Document # 2010-085289 - RESCISSION OF NOTICE OF DEFAULT, dated 10/27/2010. See Exhibit A; and

Documents sent under Certified Mail # 7011 2000 0000 8365 4779 and received on December 1, 2011 according to USPS postal records, Giving GMAC Mortgage notice to provide evidence of a debt. See Exhibit B; and

Letter from GMAC dated May 14, 2012 sending notification of Bankruptcy filing. See Exhibit C; and

PLAINTIFF'S MOTION TO AMEND COMPLAINT   FOR FDCPA VIOLATIONS

1    GMAC Mortgage Account Statements received by the Plaintiff after the

2    RESCISSION OF NOTICE OF DEFAULT recorded in the Washington County

3    recorders office, Dates of July 18, 2012; and June 18, 2012; and May 18, 2012;

4    and April 18, 2012; and January 18, 2012; and December 19 2011; and November

5    18 2011; and September 19, 2011; and August 18, 2011; and April 18, 2011 See

6

7    Exhibit D;

8    **LEGAL ARGUMENT**

9         There is a Violation of the Fair Debt Collection Practices Act Fair Debt

10   Collection Practices Act (FDCPA)15 U.S.C. § 1692 and Oregon Fair Debt Collection

11   Practices Act 646.639,  646.642, 697.005, where NO debt exists according the

12

13   Washington County Recorder office Document # 2010-085289.

14

15

16        **WHEREFORE**, Plaintiffs pray that this Court enter an judgment that:

17   A. Orders to grant the second lien as satisfied and close without prejudice to any
         potential claimants.

18
19   B. Provide adequate relief for the violations of the fair debt collection practices act.

20   C. Provide an order to rescind the request to have this case be remanded to the State
         of Oregon.

21

22   DATED: February 2, 2014

23

24   /////

25   /////

26

27

28
                                                        Nancy Kay Layne
                                                        Plaintiff / Creditor

            **PLAINTIFF'S MOTION TO AMEND COMPLAINT  FOR FDCPA VIOLATIONS**

1

# ORDER

2

3
In re: ) Case No. 12-12032
4
RESIDENTIAL CAPITAL, LLC, et al., ) Docket No. 3294 filed March 21, 2013
Debtors. ) Claim No. 292
5
_____ ) **[PROPOSED]**
6
LINTON C. LAYNE )
7
NANCY K. LAYNE )
        Plaintiffs/Creditors )
8
    vs. )
9
GMAC MORTGAGE, LLC; )
10
RESIDENTIAL CAPITAL, LLC, )
        Defendants. )
11

12
After this matter being herd, IT IS HEREBY ORDERED THAT:

13

14
   A. An order to close this cause with prejudice.

15
   B. Provide adequate relief for the violations of the fair debt collection practices act.

16
   C. Provide an order to rescind the request to have this case be remanded to the State

17
     of Oregon.

18
IT IS SO ORDERED.

19
DATE _____ of _____ 2014.

20

21
                _____

22

23

24

25

26

27

28

PLAINTIFF'S MOTION TO AMEND COMPLAINT FOR FDCPA VIOLATIONS