# EXHIBIT A



Washington County, Oregon
10/27/2010 12:11:09 PM    **2010-085289**
D-MRND    Cnt=1 Stn=22 I REED
$15.00 $5.00 $11.00 $15.00 - Total = $46.00



I, Richard Hobernicht, Director of Assessment and
Taxation and Ex-Officio County Clerk for Washington
County, Oregon, do hereby certify that the within
instrument of writing was received and recorded in the
book of records of said county.

Richard Hobernicht, Director of Assessment and
Taxation, Ex-Officio County Clerk

*Return to:*

RECONTRUST COMPANY
400 COUNTRYWIDE WAY SV-35
SIMI VALLEY, CA 93065
TS No. 09 -0184437
TSG No. 0908884890RGSI

## RESCISSION OF NOTICE OF DEFAULT

Reference is made to that certain Trust Deed in which LINTON CECIL LAYNE AND NANCY KAY LAYNE was grantor, FIRST AMERICAN TITLE INSURANCE COMPANY OF OREGON was Trustee and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. was beneficiary, said Trust Deed recorded on 03/15/2006 or as fee/file/instrument/microfilm/section No. 2006-030001 of the mortgage of records of Washington County, Oregon and conveyed to the said Trustee the following real property situated in said county:

PLEASE SEE ATTACHED LEGAL DESCRIPTION.

Commonly Known As:    2186 EAST MAIN STREET
HILLSBORO, OR 97123

A notice of grantor's default under said Trust Deed, containing the beneficiary's or Trustee's election to sell all or part of the above described real property to satisfy grantor's secured by said Trust Deed was recorded on 01/06/2010, in said mortgage records or as fee/file/instrument/microfilm No. 2010-000834: thereafter by reason of the default being cured as permitted by the provision of Section 86.753, Oregon Revised Statutes, the default described in said notice of default has been removed, paid, and overcome so that said Trust Deed should be reinstated.

Now therefore, notice is hereby given that the undersigned * Trustee does hereby rescind, cancel, and withdraw said notice of default and election to sell; said Trust Deed and all obligations secured thereby hereby are reinstated and shall be and remain in force and effect the same as if no acceleration had occurred and as if said notice of default had not been given; it being understood, however, that this rescission shall not be construed as waiving or affecting any breach or default (past, present or future) under said Trust Deed or as impairing any right or remedy thereunder, or as modifying or altering in any respect of the terms, covenants, conditions or obligations thereof, but is and shall be deemed to be only an election without prejudice, not to cause a sale to be made pursuant to said notice so recorded.

IN WITNESS WHEREOF, the undersigned Trustee has hereunto set his hand and seal: if the undersigned is a corporation, it has caused its corporate name to be signed and its corporate seal to be affixed hereunto by its officers duly authorized thereunto by order of its Board of Directors.

*\* Recontrust Company, N.A.*

Page 1 of 2    ORRESCISNNOD (07/07)

DATED: 10/25/2010

RECONTRUST COMPANY, N.A.

_Kathy Padilla_
**Kathy Padilla**
**TEAM MEMBER**

State of **California** )
County of **Ventura** ) ss.

On **OCT 2 5 2010**, before me, **M I Miller**, notary public, personally appeared **Kathy Padilla, Team Member** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_M. I. Miller_
M. I. Miller
Notary Public in and for the State of **California**
Residing at **Los Angeles C.**
My Commission Expires: **Feb 15 2013**

[Notary Seal: M. I. MILLER, COMM. #1836833, Notary Public - California, Los Angeles County, My Comm. Expires Feb. 15, 2013]

ORDER NO: 090888489

POLICY NO: 27-195-94-87358

## EXHIBIT "A"

REF. NO.: 09-0184437

A PORTION OF TRACT 14, AMENDED PLAT OF FAIRVIEW ADDITION TO THE CITY OF HILLSBORO, IN THE CITY OF HILLSBORO, COUNTY OF WASHINGTON AND STATE OF OREGON, DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF TRACT 14 AND RUNNING THENCE SOUTH 0° 23' WEST ALONG THE WEST LINE OF SAID TRACT 14, A DISTANCE OF 135.1 FEET TO A POINT; THENCE SOUTH 85° 21' EAST PARALLEL TO E. MAIN STREET, A DISTANCE OF 70.0 FEET, MORE OR LESS, TO AN IRON ROD; THENCE NORTH 0° 23' EAST 105.0 FEET TO AN IRON ROD; THENCE CONTINUING NORTH 0° 23' EAST 30.1 FEET TO A POINT IN THE CENTER OF E. MAIN STREET; THENCE NORTH 85° 21' WEST IN THE CENTER OF E. MAIN STREET, BEING ALSO THE NORTHERLY BOUNDARY OF SAID TRACT 14, A DISTANCE OF 70.0 FEET, MORE OR LESS, TO THE POINT OF BEGINNING.