# EXHIBIT B

# GMAC Mortgage Account Statement

**CUSTOMER INFORMATION**
Name: Linton Cecil Layne
Nancy Kay Layne
Account Number: ████████64
Home Phone #: (503)260-3341

**PROPERTY ADDRESS**
2186 EAST MAIN STREET
HILLSBORO  OR 97123

**GMAC Mortgage**

Visit us at www.gmacmortgage.com for account information or to apply on-line.

LINTON CECIL LAYNE
NANCY KAY LAYNE
2186 EAST MAIN STREET
HILLSBORO OR  97123-7040

Customer Care Inquiries: 1-800-766-4622

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for Inquiries on the reverse side.

## Account Information

| | |
|---|---|
| Account Number | 0359305664 |
| Statement Date | October 18, 2011 |
| Maturity Date | April 01, 2021 |
| Interest Rate | 7.75000 |
| Interest Paid Year-to-Date | $0.00 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $34,350.25 |

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $252.18 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Unpaid Amount | $8,826.30 |
| Late Charges | $453.60 |
| Other | $0.00 |
| Total Unpaid Amount | $9,532.08 |
| Payment Date | December 01, 2008 |

For questions on the servicing of your account, call 1-800-766-4622.

(Handwritten across statement: "Do not pay – please note – do not pay this debt")

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|

*This is your Principal Balance only, not the amount required to pay the loan in full. [Call] Customer Care number above or you may obtain necessary payoff figures th[rough...]
See back for automatic payment sign-up information and other payment options.

### Important News

Our records indicate that you have filed for bankruptcy protection[...] our lien on your property and is being provided for informational [purposes. If you wish] to continue to remit payments, please include the coupon below [...]. If you do not want us to send you mortgage account statements [please call us] at the number listed above.

**See Reverse Side For Important Information**

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark: 9.234 Here  December 1, 2011

Sent To: GMAC Mortgage Customer [Care]
Street, Apt. No.; or PO Box No.: PO Box 4622
City, State, ZIP+4: WATERLOO IOWA 50704

7011 2000 0000 8365 4779

PS Form 3800, August 2006 — See Reverse for Instructions

English | Customer Service | USPS Mobile | Register / Sign In

 USPS.COM

Search USPS.com or Track Packages

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| | | Delivered | December 01, 2011, 9:23 am | WATERLOO, IA 50704 | Certified Mail™ |
| | | Arrival at Unit | December 01, 2011, 5:19 am | WATERLOO, IA 50701 | |

**Check on Another Item**

What's your label (or receipt) number?

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›