# EXHIBIT D

# GMAC Mortgage

| CUSTOMER INFORMATION | | PROPERTY ADDRESS | |
|---|---|---|---|
| Name: | Linton Cecil Layne<br>Nancy Kay Layne | 2186 EAST MAIN STREET<br>HILLSBORO  OR 97123 | |
| Account Number: | ~~0359305664~~ | | |
| Home Phone #: | (503)260-3341 | | |

Visit us at www.gmacmortgage.com for account information or to apply on-line.

02/11/10 11:00 3.  0004604 20120719 LG182803 GMBXB  1 OZ DDM LG182800000* 146318  GM

LINTON CECIL LAYNE
NANCY KAY LAYNE
16129 SW MASON LN
BEAVERTON OR  97006-5111



| Customer Care Inquiries: | 1-800-766-4622 |
|---|---|

Please verify your mailing address, borrower and co-borrower information.  Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

## Account Information

| | |
|---|---|
| Account Number | 0359305664 |
| Statement Date | July 18, 2012 |
| Maturity Date | April 01, 2021 |
| Interest Rate | 7.75000 |
| Interest Paid Year-to-Date | $0.00 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $34,350.25 |

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $252.18 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Unpaid Amount | $11,095.92 |
| Late Charges | $567.00 |
| Other | $0.00 |
| Total Unpaid Amount | $11,915.10 |
| Payment Date | December 01, 2008 |

For questions on the servicing of your account, call 1-800-766-4622.

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).

See back for automatic payment sign-up information and other payment options.

### Important News

Our records indicate that you have filed for bankruptcy protection.  This statement applies to our lien on your property and is being provided for informational purposes only.  If you choose to continue to remit payments, please include the coupon below with any payments you send.  If you do not want us to send you mortgage account statements in the future, please contact us at the number listed above.

**See Reverse Side For Important Information And State Specific Disclosures**

Mortgage Payment Coupon

# GMAC Mortgage Account Statement

# GMAC Mortgage

**CUSTOMER INFORMATION**
Name: Linton Cecil Layne
Nancy Kay Layne
Account Number: ~~redacted~~
Home Phone #: (503)260-3341

**PROPERTY ADDRESS**
2186 EAST MAIN STREET
HILLSBORO    OR 97123

Visit us at www.gmacmortgage.com for account information or to apply on-line.

```
02/11/10 11 00 5   0003274 20120618 LF208802 GMBKB   1 OZ DOM LF20680000* 146316   GM
```

LINTON CECIL LAYNE
NANCY KAY LAYNE
2186 EAST MAIN STREET
HILLSBORO OR  97123-7040



**Customer Care Inquiries:**   1-800-766-4622

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for Inquiries on the reverse side.

## Account Information

| | |
|---|---|
| Account Number | 0359305664 |
| Statement Date | June 18, 2012 |
| Maturity Date | April 01, 2021 |
| Interest Rate | 7.75000 |
| Interest Paid Year-to-Date | $0.00 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $34,350.25 |

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $252.18 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Unpaid Amount | $10,843.74 |
| Late Charges | $554.40 |
| Other | $0.00 |
| Total Unpaid Amount | $11,650.32 |
| Payment Date | December 01, 2008 |

For questions on the servicing of your account, call 1-800-766-4622.

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

## Important News

Our records indicate that you have filed for bankruptcy protection. This statement applies to our lien on your property and is being provided for informational purposes only. If you choose to continue to remit payments, please include the coupon below with any payments you send. If you do not want us to send you mortgage account statements in the future, please contact us at the number listed above.

**See Reverse Side For Important Information And State Specific Disclosures**

## Mortgage Payment Coupon

# GMAC Mortgage

**CUSTOMER INFORMATION**
Name: Linton Cecil Layne
Nancy Kay Layne
Account Number:
Home Phone #: (503)260-3341

**PROPERTY ADDRESS**
2186 EAST MAIN STREET
HILLSBORO    OR 97123

Visit us at www.gmacmortgage.com for account information or to apply on-line.

02/11/10.11.00.3  0002550 20120519 LE191802 GMBKB  1 OZ DOM LE19180000* 146316  GM

LINTON CECIL LAYNE
NANCY KAY LAYNE
2186 EAST MAIN STREET
HILLSBORO OR  97123-7040



Customer Care Inquiries:    1-800-766-4622

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

## Account Information

| | |
|---|---|
| Account Number | 0359305664 |
| Statement Date | May 18, 2012 |
| Maturity Date | April 01, 2021 |
| Interest Rate | 7.75000 |
| Interest Paid Year-to-Date | $0.00 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $34,350.25 |

## Details of Amount Due

| | |
|---|---|
| Principal and Interest | $252.18 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Unpaid Amount | $10,591.56 |
| Late Charges | $541.80 |
| Other | $0.00 |
| Total Unpaid Amount | $11,385.54 |
| Payment Date | December 01, 2008 |

For questions on the servicing of your account, call 1-800-766-4622.

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

## Important News

Our records indicate that you have filed for bankruptcy protection. This statement applies to our lien on your property and is being provided for informational purposes only. If you choose to continue to remit payments, please include the coupon below with any payments you send. If you do not want us to send you mortgage account statements in the future, please contact us at the number listed above.

**See Reverse Side For Important Information And State Specific Disclosures**

## Mortgage Payment Coupon

| CUSTOMER INFORMATION | | PROPERTY ADDRESS | |
|---|---|---|---|
| Name: | Linton Cecil Layne | 2186 EAST MAIN STREET | |
| | Nancy Kay Layne | HILLSBORO | OR 97123 |
| Account Number: | | | |
| Home Phone #: | (503)260-3341 | | |

# GMAC Mortgage

Visit us at www.gmacmortgage.com for account information or to apply on-line.

02/11/10 11:00 3   0006578 20120418 LD192803 GMBK3   1 OZ DOM LC19280000* 146316   GM

LINTON CECIL LAYNE
NANCY KAY LAYNE
2186 EAST MAIN STREET
HILLSBORO OR  97123-7040



| Customer Care Inquiries: | 1-800-766-4622 |
|---|---|

Please verify your mailing address, borrower and co-borrower information.  Make necessary corrections on this portion of the statement, detach and mail to address listed  for inquiries on the reverse side.

## Account Information

| | |
|---|---|
| Account Number | 0359305664 |
| Statement Date | April 18, 2012 |
| Maturity Date | April 01, 2021 |
| Interest Rate | 7.75000 |
| Interest Paid Year-to-Date | $0.00 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $34,350.25 |

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $252.18 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Unpaid Amount | $10,339.38 |
| Late Charges | $529.20 |
| Other | $0.00 |
| Total Unpaid Amount | $11,120.76 |
| Payment Date | December 01, 2008 |

For questions on the servicing of your account,
call 1-800-766-4622.

### Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full.  For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

## Important News

Our records indicate that you have filed for bankruptcy protection. This statement applies to our lien on your property and is being provided for informational purposes only.  If you choose to continue to remit payments, please include the coupon below with any payments you send. If you do not want us to send you mortgage account statements in the future, please contact us at the number listed above.

See Reverse Side For Important Information And State Specific Disclosures

# GMAC Mortgage

**CUSTOMER INFORMATION**
Name: LINTON CECIL LAYNE
       NANCY KAY LAYNE
Account Number: ▓▓▓▓▓▓▓▓
Home Phone #: (503)260-3341

**PROPERTY ADDRESS**
2186 EAST MAIN STREET
HILLSBORO OR 97123

For Customer Care Inquiries call: 1-800-766-4622

**MESSAGES**

> Our records indicate that you have filed for bankruptcy protection. This statement applies to our lien on your property and is being provided for informational purposes only. If you choose to continue to remit payments, please include the coupon below with any payments you send. If you do not want us to send you mortgage account statements in the future, please contact us at the number listed above.

See Reverse Side For Important Information
And State Specific Disclosures

```
10/22/09 13:30 3   0000367 20120120 LA264602 GMBKB  1 OZ DOM LA25480000Y 146316   GM
```

LINTON CECIL LAYNE
NANCY KAY LAYNE
2186 EAST MAIN STREET
HILLSBORO OR  97123-7040



## Account Information

| | |
|---|---|
| Account Number | 0359305664 |
| Statement Date | January 18, 2012 |
| Interest Rate | 7.75000 |
| Interest Paid Year-to-Date | $0.00 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $34,350.25 |

| | |
|---|---|
| Principal and Interest | $252.18 |
| Subsidy/buydown | $0.00 |
| Escrow | $0.00 |
| Additional Products/Services | $0.00 |
| Unpaid Amount | $9,582.84 |
| Late Charges | $491.40 |
| Other | $0.00 |
| Total Unpaid Amount | $10,326.42 |
| Payment Date | December 01, 2008 |

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).

Questions about your loan?

For easy access to information on your account - 24 hours a day, 7 days a week - without waiting for a representative, simply call the number listed above.

You can obtain general account information, mailing and e-mail addresses, fax numbers, tax and insurance information - even confirmation of when when received your last payment. It is quick and easy!

Look for your convenient mortgage account statement each month!

Mortgage Payment Coupon

# GMAC Mortgage Account Statement

## GMAC Mortgage

**CUSTOMER INFORMATION**
Name: Linton Cecil Layne
     Nancy Kay Layne
Account Number: ~~0359305664~~
Home Phone #: (503)260-3341

**PROPERTY ADDRESS**
2186 EAST MAIN STREET
HILLSBORO OR 97123

Visit us at www.gmacmortgage.com for account information or to apply on-line.

```
02/11/10 11:00 3  0000698 20111220 KL197802 GMBKB  1 OZ DOM KL19780000* 148316  GM
```

LINTON CECIL LAYNE
NANCY KAY LAYNE
2186 EAST MAIN STREET
HILLSBORO OR 97123-7040



| Customer Care Inquiries: | 1-800-766-4622 |

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

## Your Account Information

| | |
|---|---|
| Account Number | 0359305664 |
| Statement Date | December 19, 2011 |
| Maturity Date | April 01, 2021 |
| Interest Rate | 7.75000 |
| Interest Paid Year-to-Date | $0.00 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $34,350.25 |

## Payment Information

| | |
|---|---|
| Principal and Interest | $252.18 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Unpaid Amount | $9,330.66 |
| Late Charges | $478.80 |
| Other | $0.00 |
| Total Unpaid Amount | $10,061.64 |
| Payment Date | December 01, 2008 |

For questions on the servicing of your account, call 1-800-766-4622.

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week). See back for automatic payment sign-up information and other payment options.

### Important News

Our records indicate that you have filed for bankruptcy protection. This statement applies to our lien on your property and is being provided for informational purposes only. If you choose to continue to remit payments, please include the coupon below with any payments you send. If you do not want us to send you mortgage account statements in the future, please contact us at the number listed above.

**See Reverse Side For Important Information And State Specific Disclosures**

| CUSTOMER INFORMATION | | PROPERTY ADDRESS | | **GMAC Mortgage** |
|---|---|---|---|---|
| Name: | Linton Cecil Layne<br>Nancy Kay Layne | 2186 EAST MAIN STREET<br>HILLSBORO   OR 97123 | | |
| Account Number: | | | | Visit us at www.gmacmortgage.com for |
| Home Phone #: | (503)260-3341 | | | account information or to apply on-line. |

02/11/10 11 003  .0011186 20111118 KK197804 GMBKB  I OZ DOM KK19780000* 146315  GM

LINTON CECIL LAYNE
NANCY KAY LAYNE
2186 EAST MAIN STREET
HILLSBORO OR  97123-7040



Customer Care Inquiries:     1-800-766-4622

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed  for inquiries on the reverse side.

## Account Information

| | |
|---|---|
| Account Number | 0359305664 |
| Statement Date | November 18, 2011 |
| Maturity Date | April 01, 2021 |
| Interest Rate | 7.75000 |
| Interest Paid Year-to-Date | $0.00 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $34,350.25 |

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $252.18 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Unpaid Amount | $9,078.48 |
| Late Charges | $466.20 |
| Other | $0.00 |
| Total Unpaid Amount | $9,796.86 |
| Payment Date | December 01, 2008 |

For questions on the servicing of your account,
call 1-800-766-4622.

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

### Important News

Our records indicate that you have filed for bankruptcy protection. This statement applies to our lien on your property and is being provided for informational purposes only. If you choose to continue to remit payments, please include the coupon below with any payments you send. If you do not want us to send you mortgage account statements in the future, please contact us at the number listed above.

**See Reverse Side For Important Information And State Specific Disclosures**

**Mortgage Payment Coupon**

# GMAC Mortgage

**CUSTOMER INFORMATION**

| | |
|---|---|
| Name: | Linton Cecil Layne<br>Nancy Kay Layne |
| Account Number: | ●●●●●●●●●4 |
| Home Phone #: | (503)260-3341 |

**PROPERTY ADDRESS**

2186 EAST MAIN STREET
HILLSBORO    OR 97123

Visit us at www.gmacmortgage.com for account information or to apply on-line.

```
02/11/10 11 003  0017730 20110920 K0189806 GMBKB  1 OZ DDM K018990000* 146316  GM
```

LINTON CECIL LAYNE
NANCY KAY LAYNE
2186 EAST MAIN STREET
HILLSBORO OR  97123-7040



| Customer Care Inquiries: | 1-800-766-4622 |
|---|---|

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

## Account Information

| | |
|---|---|
| Account Number | 0359305664 |
| Statement Date | September 19, 2011 |
| Maturity Date | April 01, 2021 |
| Interest Rate | 7.75000 |
| Interest Paid Year-to-Date | $0.00 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $34,350.25 |

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $252.18 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Unpaid Amount | $8,574.12 |
| Late Charges | $441.00 |
| Other | $0.00 |
| Total Unpaid Amount | $9,267.30 |
| Payment Date | December 01, 2008 |

For questions on the servicing of your account,
call 1-800-766-4622.

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).

See back for automatic payment sign-up information and other payment options.

## Important News

Our records indicate that you have filed for bankruptcy protection. This statement applies to our lien on your property and is being provided for informational purposes only. If you choose to continue to remit payments, please include the coupon below with any payments you send. If you do not want us to send you mortgage account statements in the future, please contact us at the number listed above.

**See Reverse Side For Important Information And State Specific Disclosures**

Mortgage Payment Coupon

# GMAC Mortgage Account Statement

## GMAC Mortgage

**CUSTOMER INFORMATION**
Name: Linton Cecil Layne
Nancy Kay Layne
Account Number: ██████████
Home Phone #: (503)260-3341

**PROPERTY ADDRESS**
2186 EAST MAIN STREET
HILLSBORO OR 97123

Visit us at www.gmacmortgage.com for account information or to apply on-line.

LINTON CECIL LAYNE
NANCY KAY LAYNE
2186 EAST MAIN STREET
HILLSBORO OR 97123-7040

**Customer Care Inquiries:** 1-800-766-4622

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for Inquiries on the reverse side.

## Account Information

| | |
|---|---|
| Account Number | 0359305664 |
| Statement Date | August 18, 2011 |
| Maturity Date | April 01, 2021 |
| Interest Rate | 7.75000 |
| Interest Paid Year-to-Date | $0.00 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $34,350.25 |

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $252.18 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Unpaid Amount | $8,321.94 |
| Late Charges | $428.40 |
| Other | $0.00 |
| Total Unpaid Amount | $9,002.52 |
| Payment Date | December 01, 2008 |

For questions on the servicing of your account, call 1-800-766-4622.

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

### Important News

Our records indicate that you have filed for bankruptcy protection. This statement applies to our lien on your property and is being provided for informational purposes only. If you choose to continue to remit payments, please include the coupon below with any payments you send. If you do not want us to send you mortgage account statements in the future, please contact us at the number listed above.

**See Reverse Side For Important Information And State Specific Disclosures**

Mortgage Payment Coupon

| CUSTOMER INFORMATION | | PROPERTY ADDRESS | | **GMAC** Mortgage |
|---|---|---|---|---|
| Name: | Linton Cecil Layne<br>Nancy Kay Layne | 2186 EAST MAIN STREET<br>HILLSBORO | OR 97123 | |
| Account Number: | ~~0359305664~~ | | | Visit us at www.gmacmortgage.com for |
| Home Phone #: | (503)260-3341 | | | account information or to apply on-line. |



LINTON CECIL LAYNE
NANCY KAY LAYNE
2186 EAST MAIN STREET
HILLSBORO OR 97123-7040

Customer Care Inquiries: 1-800-766-4622

Please verify your mailing address, borrower and co-borrower information. Make necessary corrections on this portion of the statement, detach and mail to address listed for inquiries on the reverse side.

## Account Information

| | |
|---|---|
| Account Number | 0359305664 |
| Statement Date | April 18, 2011 |
| Maturity Date | April 01, 2021 |
| Interest Rate | 7.75000 |
| Interest Paid Year-to-Date | $0.00 |
| Taxes Paid Year-to-Date | $0.00 |
| Escrow Balance | $0.00 |
| Principal Balance(PB)* | $34,350.25 |

## Details of Amount Due/Paid

| | |
|---|---|
| Principal and Interest | $252.18 |
| Subsidy/Buydown | $0.00 |
| Escrow | $0.00 |
| Unpaid Amount | $7,313.22 |
| Late Charges | $378.00 |
| Other | $0.00 |
| Total Unpaid Amount | $7,943.40 |
| Payment Date | December 01, 2008 |

For questions on the servicing of your account,
call 1-800-766-4622.

## Account Activity Since Last Statement

| Description | Pmt Date | Tran. Date | Tran. Total | Principal | Interest | Escrow | Add'l Products | Late Charge | Other |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*This is your Principal Balance only, not the amount required to pay the loan in full. For payoff figures and mailing instructions, call the Customer Care number above or you may obtain necessary payoff figures through our automated system (24 hours a day, 7 days a week).
See back for automatic payment sign-up information and other payment options.

### Important News

Our records indicate that you have filed for bankruptcy protection. This statement applies to our lien on your property and is being provided for informational purposes only. If you choose to continue to remit payments, please include the coupon below with any payments you send. If you do not want us to send you mortgage account statements in the future, please contact us at the number listed above.

**See Reverse Side For Important Information And State Specific Disclosures**

Mortgage Payment Coupon