## CERTIFICATE OF SERVICE

    I hereby certify that service of the foregoing

**MOTION TO RECONSIDER ORDER GRANTING DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (BORROWER CLAIMS WITH INSUFFICIENT DOCUMENTATION) WITH RESPECT TO CLAIM NO. 3474 OF MARY LYNN WEBER**

was made on the 7th day of February, 2014, by depositing a copy for mailing, first class mail, postage prepaid, at Las Vegas, Nevada, and addressed as follows:

    Gary S. Lee
    Norman S. Rosenbaum
    Jordan A. Wishnew
    **MORRISON & FOERSTER LLP**
    1290 Avenue of the Americas
    New York, New York 89101
    *Attorneys for Debtors and Debtors in Possession*

                                                Mary Lynn Weber
                                                84 Chapman Heights Street
                                                Las Vegas, Nevada 89138
                                                (702) 810-2110
                                                *Creditor pro se*