Hearing Date and Time:  March 11, 2014 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------
)
In re:                                     )        Case No. 12-12020 (MG)
                                           )
RESIDENTIAL CAPITAL, LLC, et al.,          )        Chapter 11
                                           )
                        Debtors.           )        Jointly Administered
                                           )
----------------------------------------------------------------

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS' FIFTY-SECOND**
**OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION)**
**SOLELY AS IT RELATES TO THE CLAIM FILED BY DEUTSCHE BANK**
**TO MARCH 11, 2014 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

  **PLEASE TAKE NOTICE** that the hearing on the *Debtors' Fifty-Second*

*Omnibus Objection to Claims (Insufficient Documentation)* [Docket No. 6074] (the "Fifty-

Second Omnibus Claims Objection"), previously scheduled to be heard on February 20, 2014 at

10:00 a.m. (Prevailing Eastern Time), has been adjourned to **March 11, 2014 at 10:00 a.m.**

**(Prevailing Eastern Time)** (the "Hearing"), solely as it relates to the following claim (the

"Deutsche Bank Claim"):

  • Deutsche Bank National Trust Company, as Trustee for Saxon Asset
    Securities, et al. (Claim No. 408).

  **PLEASE TAKE FURTHER NOTICE** that the deadline to respond to the Fifty-

Second Omnibus Claims Objection, solely as it relates to the Deutsche Bank Claim, has been

ny-1129596

extended to **February 18, 2014 at 4:00 p.m. (Prevailing Eastern Time)**.

    **PLEASE TAKE FURTHER NOTICE** that the Hearing will be heard before the

Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New

York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New

York 10004.

Dated: February 13, 2014      /s/ Norman S. Rosenbaum
   New York, New York     Gary S. Lee
              Norman S. Rosenbaum
              Jordan A. Wishnew
              MORRISON & FOERSTER LLP
              1290 Avenue of the Americas
              New York, New York 10104
              Telephone:  (212) 468-8000
              Facsimile:  (212) 468-7900

              *Counsel for the ResCap Liquidating Trust*