B257 (Form 257 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

Case No: **12-12020 (MG)**    **PROOF OF SERVICE**
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____
on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: **Deanna Horst, Sr. Director Claims Management for Residential Capital, LLC - c/o Norman S. Rosenbaum, Morrison & Foerster, LLP, 1290 Ave. of Americas, NY, NY, 10104** on *(date)* **January 24, 2014** ; or

☐ I returned the subpoena unexecuted because: _____

**No appearance was commanded.**

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ **NA** .

My fees are $ **NA** for travel and $ **NA** for services, for a total of $ **NA - 0**

I declare under penalty of perjury that this information is true and correct.

Date: **February 5, 2014**

_Gwendell L. Philpot_
Server's signature

**Gwendell L. Philpot**
Printed name and title

**407 Valley Dr., PO Box 667, Attalla, AL 35954**
Server's address

[RECEIVED FEB 7 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK]

Additional information concerning attempted service, etc.:

1. A copy of subpoena as served is attached.
2. Subpoena was sent to Deanna Horst, Senior Director of Claims Management for Residential Capital, LLC, c/o Norman S. Rosenbaum at Morrison & Foerster LLP, Counsel for the Debtors and Debtors in Possession, 1290 Ave. of the Americas, New York, NY 10104 by US Postal Services, Express Mail on January 22, 2014 and delivered on January 24, 2014, copy and tracking information attached, EU955194291US.
3. Certified mail card, PS Form 3811, was received in Attalla, Alabama Post office on February 4, 2014 and is attached.

B256 (Form 256 – Subpoena in a Case under the Bankruptcy Code) (12/07)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re RESIDENTIAL CAPITAL, LLC, et al
Debtors

**SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE**

Case No. * 12-12020 (MG)

Chapter 11

Jointly Administered

To: Deanna Horst
Senior Director of Claims Management for
Residential Capital, LLC
1100 Virginia Drive
Fort Washington, PA 19034

C/O Norman S. Rosenbaum
MORRISON & FOERSTER LLP, *Counsel for the Debtors and Debtors in Possession*
1290 Avenue of the Americas
New York, New York 10104

● YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Not applicable | |
| | DATE AND TIME |

● YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Not applicable | |

**X** YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Computer code and software operational diagrams which provide and show human user interface with verbal prompts correlated to corresponding telephone key actuation commands of software as in operation on September 30, 2008 between the hours of 10:00PM and midnight Central Time, such software code and version which was in use by HOMECOMINGS FINANCIAL, LLC, GMAC Mortgage, LLC (ResCap) within its data processing center for "Pay-By-Phone" mortgage account Payment Processing System which serviced Loan Account Number: 7412259657. With specificity, requesting all "Pay-By-Phone" logs related to Loan Account Number: 7412259657 (my account) between September 15 and October 15, 2008. Integral to my account information, provide the related transactional records (Log Files) of the same account and dates stated above with all data related to calls originating at telephone number 1-256-280-9128 including voice/key actuation command/prompt/reply and (System Administrative Log Files) of same activity and events. Include with production of above the product names of software, developers, copyright holders, service providers and computer operating systems of operations.

| PLACE 407 Valley Drive, Attalla, Alabama 35954 *with copy to* the clerk of the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, NY 10004 | DATE AND TIME January 28, 2014, 5:00 PM |
|---|---|

● YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| Not applicable | |

Any organization not a party to this proceeding that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Rule 30(b)(6), Federal Rules of Civil Procedure, made applicable in bankruptcy cases and proceedings by Rules 1018, 7030, and 9014, Federal Rules of Bankruptcy Procedure.

| ISSUING OFFICER SIGNATURE AND TITLE | CLERK OF COURT | DATE |
|---|---|---|
| Annya Acosta Deputy Clerk | *Annya L. Acosta* Signature of Clerk or Deputy Clerk | 1/17/2014 |

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER
Vito Genna, Clerk of Court
United States Bankruptcy Court, SDNY, One Bowling Green, NY, NY 10004-1408

* If the bankruptcy case is pending in a district other than the district in which the subpoena is issued, state the district under the case number.

Case No. 12-12020 (MG)
Re: Subpoena to: Deanna Horst

**EXPRESS MAIL** — UNITED STATES POSTAL SERVICE
Customer Copy — Label 11-B, March 2004
Post Office To Addressee

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 35954
Date Accepted: 1/22/14
Time Accepted: 11:53 AM
Day of Delivery: Next
Postage: $19.95
Scheduled Date of Delivery: Month 1 Day 23
Return Receipt Fee: $2.55
Scheduled Time of Delivery: Noon
Total Postage & Fees: $22.50

EU 955194291 US

FROM: Gwendell L Philpot
PO Box 667
Attalla, Alabama 35954-667
PHONE: 256-309-9850

TO: Deanna Horst
c/o Norman S. Rosenbaum
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, New York
ZIP: 10104+

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811



English        Customer Service        USPS Mobile                                                            Register / Sign In

**USPS.COM**                                                                                    Search USPS.com or Track Packages

Quick Tools
Track                              Ship a Package         Send Mail          Manage Your Mail       Shop        Business Solutions
Find USPS Locations    Find
Buy Stamps
Schedule a Pickup
Calculate a Price      **USPS Tracking™**                                                  ✉  Customer Service ›
Look Up a ZIP Code                                                                              Have questions? We're here to help.
Hold Mail
Change of Address

Tracking Number: **EU955194291US**

Scheduled Delivery Day: **Thursday, January 23, 2014, 12:00 pm**
Money Back Guarantee
Signed for By: **K COX // NEW YORK, NY 10019 // 5:44 am**

## Product & Tracking Information                                               ## Available Actions

Postal Product:              Features:
Priority Mail Express 1-Day™  $100 insurance included    PO to Addressee        Proof of Delivery
                             Return Receipt
                                                                                Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 24, 2014, 5:44 am | Delivered | NEW YORK, NY 10019 |
| January 23, 2014, 2:36 pm | Notice Left (No Authorized Recipient Available) | NEW YORK, NY 10019 |
| January 23, 2014, 1:33 pm | Arrival at Post Office | NEW YORK, NY 10019 |
| January 23, 2014, 9:37 am | Processed through USPS Sort Facility | NEW YORK, NY 10199 |
| January 22, 2014 | Depart USPS Sort Facility | BIRMINGHAM, AL 35203 |
| January 22, 2014, 6:33 pm | Processed at USPS Origin Sort Facility | BIRMINGHAM, AL 35203 |
| January 22, 2014, 3:19 pm | Dispatched to Sort Facility | ATTALLA, AL 35954 |
| January 22, 2014, 11:53 am | Acceptance | ATTALLA, AL 35954 |

## Track Another Package

What's your tracking (or receipt) number?

[                                        ]    Track It

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | USPS Service Alerts › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |



Date: 02/01/2014

Dear Postal Customer:

The following is in response to your 02/01/2014 request for delivery information on your Priority Mail Express® item number EU95 5194 291U S. The delivery record shows that this item was delivered on 01/24/2014 at 05:44:10 AM in NEW YORK, NY 10019 to K COX. The scanned image of the recipient information is provided below.

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Signature of Recipient: 

Address of Recipient: 1290 Ave of Amer.

Sincerely,

United States Postal Service

Track & Confirm Intranet

Page 1 of 1

Help

# Product Tracking System

UNITED STATES POSTAL SERVICE

Home | Search | Reports | Manual Entry | Rates/Commitments | PTS / EDW | USPS Corporate Accounts

February 01, 2014

## Track & Confirm Intranet
## Delivery Signature and Address

Tracking Number: EU95 5194 291U S

This item was delivered on 01/24/2014 at 05:44:00

< Return to Tracking Number View



Enter up to 10 items separated by commas.

Select Search Type: Quick Search    Submit

Product Tracking System, All Rights Reserved
Version: 1.7.0.14

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNumResponse/deliverySignatureAndAddress?sig...    2/1/2014