B257 (Form 257 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

Case No. 12-12020 (MG)    PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any): _____
on (date) _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Danny Windham, CEO Digium, Inc., 445 Jan Davis Drive, Huntsville, Alabama 35806 via US Express mail    on (date) January 24, 2014   ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ __NA__.

My fees are $ __NA__ for travel and $ __NA__ for services, for a total of $ __NA-0__.
No appearance was commanded.

I declare under penalty of perjury that this information is true and correct.

Date: January 30, 2014

Gwendell L. Philpot
Server's signature

Gwendell L. Philpot
Printed name and title

407 Valley Dr, PO Box 667, Attalla, AL 35954
Server's address

RECEIVED FEB 7 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Additional information concerning attempted service, etc.:

1. A copy of subpoena as served is attached.
2. Subpoena was sent to Danny Windham by US Postal Services, Express Mail on January 22, 2014 and delivered on January 24, 2014, copy and tracking information attached, EU 955194274 US.
3. Certified mail card, PS Form 3811, was received in Attalla, Alabama post office on January 30, 2014 and is attached.

Case No. 12-12020 (MG)
Re: Subpoena to: Danny Windham

---

**EXPRESS MAIL** — Customer Copy
Label 11-B, March 2004
UNITED STATES POSTAL SERVICE
**Post Office To Addressee**

EU 955194274 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

- PO ZIP Code: 35954
- Day of Delivery: Next
- Postage: $14.10
- Date Accepted: 1/22/14
- Scheduled Date of Delivery: 1/23
- Return Receipt Fee: $2.55
- Time Accepted: 11:51 AM
- Scheduled Time of Delivery: Noon
- Total Postage & Fees: $16.65
- Weight: 9 ozs.

**FROM:**
Phone: 256-207-9850
Gwendill Philpot
PO Box 667
Huntsville, AL
35954-0667

**TO:**
Danny Windham, CEO
Digium, Inc.
445 Jan Davis Drive
Huntsville, Alabama
35806

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811
EMS

USPS.com® - USPS Tracking™    https://tools.usps.com/go/TrackConfirmAction!input.action?tRef=qt&tL...

English        Customer Service        USPS Mobile                                    Register / Sign In


USPS.COM                                                 Search USPS.com or Track Packages

Quick Tools        Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions
Track              Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price          USPS Tracking™                    Customer Service ›
Look Up a ZIP Code™                                           Have questions? We're here to help.
Hold Mail
Change of Address

Tracking Number: EU955194274US

Scheduled Delivery Day: **Thursday, January 23, 2014, 12:00 pm**
Money Back Guarantee
Signed for By: D MILLER // HUNTSVILLE, AL 35816 // 1:40 pm

## Product & Tracking Information

**Postal Product:**           **Features:**
Priority Mail Express 1-Day™  $100 insurance included    PO to Addressee
                              Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| January 24, 2014, 1:40 pm | Delivered | HUNTSVILLE, AL 35816 |
| January 23, 2014, 11:51 am | Notice Left (No Authorized Recipient Available) | HUNTSVILLE, AL 35806 |
| January 23, 2014, 10:08 am | Out for Delivery | HUNTSVILLE, AL 35816 |
| January 23, 2014, 9:58 am | Sorting Complete | HUNTSVILLE, AL 35816 |
| January 23, 2014, 8:39 am | Arrival at Post Office | HUNTSVILLE, AL 35816 |
| January 23, 2014 | Depart USPS Sort Facility | HUNTSVILLE, AL 35813 |
| January 23, 2014, 2:21 am | Processed at USPS Origin Sort Facility | HUNTSVILLE, AL 35813 |
| January 22, 2014 | Depart USPS Sort Facility | BIRMINGHAM, AL 35203 |
| January 22, 2014, 6:33 pm | Processed at USPS Origin Sort Facility | BIRMINGHAM, AL 35203 |
| January 22, 2014, 3:19 pm | Dispatched to Sort Facility | ATTALLA, AL 35954 |
| January 22, 2014, 11:51 am | Acceptance | ATTALLA, AL 35954 |

## Available Actions

Proof of Delivery

Email Updates

## Track Another Package

**What's your tracking (or receipt) number?**

[                                    ]    Track It

Copy

B256 (Form 256 – Subpoena in a Case under the Bankruptcy Code) (12/07)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re RESIDENTIAL CAPITAL, LLC, et al
Debtors

**SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE**

Case No. * 12-12020 (MG)

To: Danny Windham
Chief Executive Officer
Digium, Inc.
445 Jan Davis Drive
Huntsville, Alabama 35806

Chapter 11
Jointly Administered

- YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Not applicable | |
| | DATE AND TIME |

- YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Not applicable | |

X  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Phone record calls placed on September 30, 2008 between the hours of 10:00PM and midnight Central Time, originating at telephone number 1-256-280-9128 including any log files of same which contains date/time, voice/key actuation command/prompt/reply and (System Administrative Log Files) of same activity and events. Such records archived by the Asterisk or other software as a service to Private Cable Co., LLC ("PCL Cable") in Decatur, Alabama prior to its acquisition by Knology, Inc., subsequently acquired by WideOpenWest Finance, LLC, relating to above phone records are required. Certification of above information is required.

| PLACE 407 Valley Drive, Attalla, Alabama 35954 *with copy to* the clerk of the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, NY 10004 | DATE AND TIME   January 28, 2014, 5:00 PM |
|---|---|

- YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| Not applicable | |

Any organization not a party to this proceeding that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Rule 30(b)(6), Federal Rules of Civil Procedure, made applicable in bankruptcy cases and proceedings by Rules 1018, 7030, and 9014, Federal Rules of Bankruptcy Procedure.

| ISSUING OFFICER SIGNATURE AND TITLE<br>Annya Acosta<br>Deputy Clerk | CLERK OF COURT<br>*[signature]*<br>Signature of Clerk or Deputy Clerk | DATE<br>1/17/2014 |
|---|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER
Vito Genna, Clerk of Court
United States Bankruptcy Court, SDNY, One Bowling Green, NY, NY 10004-1408

* If the bankruptcy case is pending in a district other than the district in which the subpoena is issued, state the district under the case number.