12-12020-mg    Doc 6474    Filed 02/07/14    Entered 02/13/14 16:07:19    Main Document
Pg 1 of 4

B257 (Form 257 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

Case No. 12-12020 (MG)    **PROOF OF SERVICE**
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____
on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Craig Martin, General Counsel Wide Open West Finance, LLC, 7887 East Belleview Ave., Suite 1000, Englewood, CO 80111 via US Post Express mail on *(date)* Jan. 23, 2014 or

☐ I returned the subpoena unexecuted because: _____

No appearance was commanded.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ NA .

My fees are $ NA for travel and $ NA for services, for a total of $ NA - 0 .

I declare under penalty of perjury that this information is true and correct.

Date: January 30, 2014

RECEIVED
FEB 7 2014
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

_____
Server's signature

Gwendell L Philpot
Printed name and title

407 Valley Dr., PO Box 667, Attalla, AL 35954
Server's address

Additional information concerning attempted service, etc.:

1. A copy of subpoena as served is attached.
2. Subpoena was sent to Craig Martin by US Postal Services, Express Mail on January 22, 2014 and delivered on January 23, 2014, copy and tracking information attached, EU 955194402 US.
3. Certified mail card, PS Form 3811, was received in Attalla, Alabama Post Office on January 30, 2014, and is attached.

Case No. 12-12020 (MG)
Re: Subpoena to: Craig Martin

**USPS EXPRESS MAIL — Customer Copy** (Label 11-B, March 2004)
Post Office To Addressee

Label: EU 955194402 US

ORIGIN (POSTAL SERVICE USE ONLY)
- ZIP Code: 35954
- Day of Delivery: Next
- Postage: $19.95
- Return Receipt Fee: $2.55
- Date Accepted: 1/22/14
- Time Accepted: 11:34 AM
- Total Postage & Fees: $22.50
- Flat Rate

FROM:
Gwendell L. Philpot
PO Box 667
Attalla, Alabama
35954-0667
Phone: 256-309-9850

TO:
Craig Martin, General Counsel
Wide Open West Finance LLC
7887 East Belleview, Suite 1600
Englewood, Colorado
80111

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811



USPS.COM

Search USPS.com or Track Packages

Quick Tools
Track
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code
Hold Mail
Change of Address

Find    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

## USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: EU955194402US

Scheduled Delivery Day: **Thursday, January 23, 2014, 12:00 pm**
Money Back Guarantee
Signed for By: R KENNEDY // ENGLEWOOD, CO  80111 // 10:55 am

### Product & Tracking Information

**Postal Product:**
Priority Mail Express 1-Day™

**Features:**
$100 insurance included
Return Receipt

PO to Addressee

### Available Actions

Proof of Delivery

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| January 23, 2014, 10:55 am | Delivered | ENGLEWOOD, CO 80111 |
| January 23, 2014, 10:15 am | Arrival at Post Office | ENGLEWOOD, CO 80112 |
| January 23, 2014 | Depart USPS Sort Facility | DENVER, CO 80266 |
| January 23, 2014, 9:01 am | Processed through USPS Sort Facility | DENVER, CO 80266 |
| January 22, 2014 | Depart USPS Sort Facility | BIRMINGHAM, AL 35203 |
| January 22, 2014, 6:33 pm | Processed at USPS Origin Sort Facility | BIRMINGHAM, AL 35203 |
| January 22, 2014, 3:19 pm | Dispatched to Sort Facility | ATTALLA, AL 35954 |
| January 22, 2014, 11:54 am | Acceptance | ATTALLA, AL 35954 |

### Track Another Package

What's your tracking (or receipt) number?

[                    ]    Track It

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re RESIDENTIAL CAPITAL, LLC, et al
Debtors

SUBPOENA IN A CASE UNDER
THE BANKRUPTCY CODE

Case No. * 12-12020 (MG)

Chapter 11
Jointly Administered

To: Craig Martin, General Counsel
WideOpenWest Finance, LLC,
7887 East Belleview Avenue, Suite 1000
Englewood, Colorado 80111

- YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| Not applicable | |
| | DATE AND TIME |

- YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Not applicable | |

X  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Phone record calls placed on September 30, 2008 between the hours of 10:00PM and midnight Central Time, originating at telephone number 1-256-280-9128 including any log files of same which contains date/time, voice/key actuation command/prompt/reply and (System Administrative Log Files) of same activity and events. Such records archived by the Asterisk or other software as a service to or by Private Cable Co., LLC ("PCL Cable") in Decatur, Alabama prior to its acquisition by Knology, Inc., subsequently acquired by WideOpenWest Finance, LLC, relating to above phone records are required. Certification of above information is required.

| PLACE  407 Valley Drive, Attalla, Alabama 35954  with copy to the clerk of the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, NY 10004 | DATE AND TIME  January 28, 2014, 5:00 PM |
|---|---|

- YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| Not applicable | |

Any organization not a party to this proceeding that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Rule 30(b)(6), Federal Rules of Civil Procedure, made applicable in bankruptcy cases and proceedings by Rules 1018, 7030, and 9014, Federal Rules of Bankruptcy Procedure.

| ISSUING OFFICER SIGNATURE AND TITLE  Annya Acosta  Deputy Clerk | CLERK OF COURT  Annya S. Acosta  Signature of Clerk or Deputy Clerk | DATE  1/17/2014 |
|---|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER
Vito Genna, Clerk of Court
United States Bankruptcy Court, SDNY, One Bowling Green, NY, NY 10004-1408

* If the bankruptcy case is pending in a district other than the district in which the subpoena is issued, state the district under the case number.