MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel to The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

---------------------------------------------------------------

**NOTICE OF ADJOURNMENT OF HEARINGS ON DEBTORS'
THIRTIETH AND FORTY-NINTH OMNIBUS OBJECTIONS
TO CLAIMS WITH RESPECT TO CERTAIN CLAIMANTS**

   **PLEASE TAKE NOTICE** that the hearing on the *Debtors' Thirtieth Omnibus Objection to Claims (No Liability Borrower Claims – Books and Records)* [Docket No. 4887] (the "Thirtieth Omnibus Claims Objection"), solely as it relates to the claim filed by Gwendell L. Philpot (Claim No. 5067), previously scheduled to be heard on February 20, 2014 at 10:00 a.m. (Prevailing Eastern Time) (the "February 20 Hearing"), has been adjourned to **March 11, 2014 at 10:00 a.m. (Prevailing Eastern Time)** (the "March 11 Hearing").

   **PLEASE TAKE FURTHER NOTICE** that the hearing on the *Debtors' Forty-Ninth Omnibus Objection to Claims (No Liability Borrower Claims - Books and Records)* [Docket No. 5161] (the "Forty-Ninth Omnibus Claims Objection"), solely as it relates to the claims filed by William J. Futrell (Claim No. 725), Douglas and Irene Schmidt (Claim No.

2024), Mary R. Biancavilla (Claim No. 4397) and James and Anne Ladd (Claim No. 4722), previously scheduled to be heard at the February 20 Hearing, has been adjourned to the **March 11 Hearing**.

    **PLEASE TAKE FURTHER NOTICE** that the March 11 Hearing will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

Dated: February 14, 2014        /s/ Norman S. Rosenbaum
    New York, New York      Gary S. Lee
                  Norman S. Rosenbaum
                  Jordan A. Wishnew
                  MORRISON & FOERSTER LLP
                  1290 Avenue of the Americas
                  New York, New York 10104
                  Telephone:  (212) 468-8000
                  Facsimile:  (212) 468-7900

                  *Counsel to The ResCap Borrower Claims Trust*