Hearing Date and Time: March 26, 2014 at 10:00 a.m. (Prevailing Eastern Time)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'
FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (NO
LIABILITY – ASSIGNED CONTRACT CLAIMS) SOLELY AS IT
RELATES TO THE CLAIMS FILED BY FEDERAL HOME LOAN
MORTGAGE CORPORATION TO MARCH 26, 2014 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing on the *Debtors' Fifty-Fifth Omnibus Objection to Claims (No Liability - Assigned Contract Claims)* [Docket No. 6077] (the "Fifty-Fifth Omnibus Claims Objection"), solely as it relates to the proofs of claim filed by Federal Home Loan Mortgage Corporation ("Freddie Mac") (Claim Nos. 4875 and 4899), previously scheduled to be heard on February 20, 2014 at 10:00 a.m. (Prevailing Eastern Time) has been adjourned to **March 26, 2014 at 10:00 a.m. (Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 501, New York, New York 10004.

ny-1129739

**PLEASE TAKE FURTHER NOTICE** that the Liquidating Trust has extended Freddie Mac's deadline to respond to the Fifty-Fifth Omnibus Claims Objection to **March 7, 2014 at 4:00 p.m. (Prevailing Eastern Time)**.

| | |
|---|---|
| Dated: February 14, 2014<br>New York, New York | /s/ Norman S. Rosenbaum<br>Gary S. Lee<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for the ResCap Liquidating Trust* |

ny-1129739