**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- X

In re:                                                                                Chapter 11

**Residential Capital, LLC**                                   Case No. **12-12020-mg**

                                    Debtor.

-------------------------------------------------------- X


**CONFIDENTIAL-SUBJECT TO BANKRUPTCY COURT ORDER**


THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, SIGNED FEBRUARY 6, 2014 (DOCUMENT NO.: 6441) DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.