MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:     (212) 468-8000
Facsimile:     (212) 468-7900
Gary S. Lee
Adam A. Lewis
Norman S. Rosenbaum
Daniel J. Harris

*Counsel for The ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF EXCHANGE OF DOCUMENTS RELATING TO**
**CLAIM NO. 3835 FILED BY CLAIMANT BECKY SPENCE**

**PLEASE TAKE NOTICE** that on September 18, 2013, the debtors in the above-captioned Chapter 11 cases (the "Debtors") filed the *Debtors' Objection to Proof of Claim No. 3835 Filed by Becky Spence* [Docket No. 5105] (the "Objection").

**PLEASE TAKE NOTICE** that on January 23, 2014, claimant Becky Spence ("Claimant") filed the *Supplemental Response to Debtors' Objection to Her Proof of Claim No. 3835* [Docket No. 6330] (the "Supplemental Response").

**PLEASE TAKE FURTHER NOTICE** that the Court held a hearing (the "Hearing") with respect to the Objection on February 6, 2014.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Court's direction at the Hearing, the undersigned counsel for The ResCap Borrower Claims Trust and counsel to

ny-1130523

Claimant have exchanged unredacted copies of: (i) the servicing notes for the Properties (as defined in the Objection) for the period from May 2007 through distribution of the Properties, and (ii) the correspondence referenced in paragraph 14 of the Supplemental Response (collectively, the "Requested Documents").

**PLEASE TAKE FURTHER NOTICE** that copies of the Requested Documents have been provided to the Court for *in camera* review.

Dated:  February 14, 2014
New York, New York

Respectfully Submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Adam A. Lewis
Norman S. Rosenbaum
Daniel J. Harris
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Counsel for The ResCap Borrower Claims Trust*

ny-1130523