**GIBSON, DUNN & CRUTCHER LLP**
Aric H. Wu
Matthew K. Kelsey
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for UBS Real Estate Securities Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **RESIDENTIAL CAPITAL, LLC,** *et al.,* | Case No. 12-12020 (MG) |
| **Debtors.** | Jointly Administered |

## AFFIDAVIT OF SERVICE

      Duke Amponsah certifies, pursuant to 28 U.S.C. Section 1746, as follows:

1.      I am employed as a legal assistant with the law firm of Gibson, Dunn & Crutcher LLP, Attorneys for Amherst Advisory & Management, LLC.

2.      On February 13, 2014 I caused a true and correct copy of the following pleading to be served upon the parties listed in the service list attached hereto as **Exhibit A**, at the addresses set forth therein via First Class Mail.

- *Response of UBS Real Estate Securities Inc. to Debtors' Fifty-Second Omnibus Objection to Claims (Insufficient Documentation)* **[Docket No. 6470]**

3.    I certify under penalty of perjury that the foregoing is true and correct.

Duke Amponsah

Sworn to before me this
14th day of February, 2014

NILHAN GEZGIN
Notary Public, State of New York
No. 01GE6229706
Qualified in Queens County
Certificate Filed in New York County
Commission Expires October 18, 20 14

- 2 -

# Exhibit A

Gary S. Lee, Norman S. Rosenbaum, and Jordan A. Wishnew
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

David Beck, Esq.
Carpenter Lipps & Leland LLP
280 North High Street
Columbus, Ohio  43215

US Attorney General, Eric H. Holder, Jr.
Office of the United States Attorney General, U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Nancy Lord and Enid N. Stuart
Office of the New York State Attorney General
The Capitol
Albany, NY 12224-0341

The Office of the United States Trustee
Southern District of New York
201 Varick Street
Room 1006
New York, NY 10014
Attn:  Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto

Joseph N. Cordaro, Esq.
Office of the U.S. Attorney for the
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Richard M. Cieri and Ray Schrock
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022

Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Kenneth Eckstein and Douglas Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Jennifer C. DeMarco and Adam Lesman
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

Thomas Walper and Seth Goldman
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, CA 90071

Internal Revenue Service,
P.O. Box 7346
Philadelphia, PA 19101-7346

George S. Canellos, Regional Director
Securities and Exchange Commission,
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

Ronald J. Friedman
Silverman Acampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753

Steven J. Reisman, Theresa A. Foudy and Maryann Gallagher
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061