# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

**CORLA JACKSON**

Plaintiff,

V.                                                                                    NO. 12-12020 (MG)

**GMAC MORTGAGE
CORPORATION, ET AL**

**RESIDENTIAL CAPITIAL LLC
GMAC MORTGAGE LLC**

Defendants.



RECEIVED FEB 11 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

# NOTICE OF APPEAL

MOMORANDUM OPINION AND ORDER SUSTAINING OBJECTION
AND EXPUNGING CLIAM NO. 4443 BY CORLA JACKSON

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW"** I (CORLA JACKSON) hereinafter called the (Plaintiff) files this on (February 10, 2014)" In Re: To Case #: 12-12020 (MG)" TITLE MOMORANDUM OPINION AND ORDER SUSTAINING OBJECTION AND EXPUNGING CLIAM NO. 4443 BY CORLA JACKSON. The Date Was Issued On (January 27, 2014) And I Received It On (February 8, 2014) Due To The Weather Conditions Snow Storms/Storms Which Could slow Mail Delivery Down.

I (Corla Jackson) Feel That The An (Error Or Fraud Of The Courts) Has Occurred Here" Which Need To Be Justified And Backed By The Evidence.

The Law Allows Victims The Rights To File A Proof Of Claim And The Grounds The Proof Of Claims Was Denied On That Was Filed Through The Judicial System That Shows

That An Error Or Fraud Of The Courts Has Occurred. The Evidence And Facts Can Show That The Debtors Violated A Prior Court Order Using Deceptive Practices" Which Prevented The Debtors" GMAC Mortgage Corporation From Being A Debtor. What Has Occurred Here" Is The Debtors Has Defrauded The Courts To Prevent The Truth From Coming Out" Knowing They Have Caused Massive Damages" Personal Injury And More" In More Than One Way As Well As Direct Harm" That Is Linked To Massive Stolen Mortgages Backed By Security's As Well As On Insured Covered Losses And Clouded Title And More.

- This Is The Names Of The Debtors" That Robbed Me (Corla Jackson) When I Never Had A Loan With Them Period. I Have Been Forced To Be Listed As A Creditor When I Am Not" Which Is Un-Constitutional" As Well As A Violation Of My (Corla Jackson) Civil And Human Rights. The Debtors Has Went To Great Links To Prevent The Truth From Coming Out" On A Case That Was Pending Trial Against The Illegal Relief They Got Under Judge Shulman" Based Upon A Fake Note And False Arrearages" That They Have Covered Up Which Need To Be Uncovered" In Order To Receive Legal Justice By State And Federal Laws" This Was A White Collar Crime Robbery They Committed Here And Much More.

I (Corla Jackson) Has Filed This Appeal In The Courts" In Order To Allow Me (Corla Jackson) A Fair And Legal Trial And Legal Justice Against The Debtors Who Was Denied A Proof Of Claim Under Judge Mahoney Which Has To Be Pointed Out" Under Federal Laws And Federal Bankruptcy Laws That Protected Me" (Corla Jackson)" Which All Has Been Violated By The Debtors. They Know Their Proof Of Claims They Got The Illegal Relief On Was Denied.

The Defendants Has Robbed Me (Corla Jackson) Illegally Using Deceptive Practices. The Crime The Debtors Has Committed Using Deceptive Practices" Is More That Fraud" They Committed Identity Theft" And Stole My Land And Home Under False Pretense And They Covered It Up And The Law Allows Victims The Legal Rights To Their Case Being Heard In The United States Of America" In Which I Have Not Receive" This Is Why I Am Filing This Appeal" Against The Debtors As Listed Below.

The (Debtors Listed Below" Know They Committed A Robbery Violation The Original Court Order Using Deceptive Practices In A Prior Bankruptcy Under Judge Mahoney" Case Number (05-13142 MAM 13) Which Prevented Them From Being A Debtor. In Addition To The Above" The Debtors Violated An Injunction On A Prior Automatic Stay Issued By Judge Mahoney Using Deceptive Practices" Which Cannot Be Denied. The Case Cannot Proceed To Trail Because Of Many Reasons" That Was Suppose To Proceed To Trial To Uncover The Truth As Well As The Damages And More" Which Has Been Blocked Illegally" Which Cannot Be Denied. The Damages The Defendants Has Caused Is Over (Two Hundred Million Dollars)" At The Time I Filed My Proof Of Claim" Which Now Has Increased In Damages To Date. I Requested The Courts To Hold Back (One Hundred Million Dollars) Lifting The Automatic Stay To Allow The Courts (Demand By A Jury Trial) To Determine The Damages. I Feel" There

Was No Harm In Asking The Courts To Do This By Federal Laws Under The Terms Of What Has Occurred Here In Massive Damages" That Has Been Ignored And Covered Up Illegally.

The Defendants Listed Below Know They Caused Massive Damages To Me" (Corla Jackson) Which Cannot Be Denied" This Is Why They Used Deceptive Practices To Defraud The Courts In More Than One Way" Getting Illegal Orders That Never Should Have Occurred. The Debtors Listed Below Is Liable For Massive Damages" In More Than One Way That They Covered Up" Which Need To Be Uncovered.

The Debtors Has Violated The Original Bankruptcy Court Orders To Rob Me" (Corla Jackson) And It Is Un-Fair For The Courts To Ignore Those Violations They Are Using Now To Prevent From Paying For All The Massive Damages They Caused Me" Corla Jackson In Violation Of The Original Federal Bankruptcy Court Order They Used Deceptive Practices On To Defraud The Courts" To Get An Illegal Relief" Which Cannot Be Denied" The Evidence Is Filed Through The Judicial System As Well As Filed (ECF)" Which Need To Be Pointed Out And Justified By State And Federal Laws" And The Case Cannot Proceed To Trial" Without Lifting The Automatic Stay To Proceed To Trail.

The Debtors Were Prevented From Being A Debtor In A Prior Judge Order" What Has Occurred Here Is" They Using Deceptive Practices In Wording" With The Intent To Defraud The Courts. And Rob Me (Corla Jackson) Under False Pretense" That They Profited From Illegally Knowing I Never Had A Mortgage Contract With Them When They Filed Their Proof Of Claim Under Bankruptcy Case Number (05-13142 MAM 13). The Debtors Listed Below Has Robbed Me" And I Want Legal Justice By State And Federal Laws That Was Suppose To Protect Me In Bankruptcy' That Prevented The Debtors From Being A Debtor In The Original Bankruptcy Which Cannot Be Ignored. This Is A White Collar Crime Robbery They Committed And More.

The Key Question Is" How Did The Debtors Who Were Known As A (Defendants And Debtor) Steal A Home Violating Federal And State Laws" On A Proof Of Claim That Was Denied That Prevented Them From Being A Debtor. They Corrupted The Cases" And The Proof Of Claim To Avoid All The Damages They Caused Me" (Corla Jackson) Which Is Un-Constitutional And In Violation Of The Constitutional Laws And My Civil And Human Rights" Which Need To Proceed To Trial" If They Are Not Guilty" Why Are They Blocking The Case From Proceeding To Trial When The Courts Is Only Holding The Funds" To Allow The United States District Courts To Uncover The Truth And All The Real Damages That The Defendants Caused And Covered Up" Which Cannot Be Denied" By Both State And Federal Laws In Trail Events Such As This Case And Situation.

All Citizens In The United States Is Allowed A Fair Trail And Legal Justice' In Which I Have Not Received Because Of Corruption In This Conspiracy" That Has To Be Uncovered In Order To Get Down To The Bottom Of The Truth" Through Lifting The Automatic Stay To Proceed To Trail" If The Defendants Was Not Guilty They Had Nothing To Lose" And As You Can See It Is Obvious That They Have Covered Up The Truth Using Deceptive Practices And I Corla Jackson Has The Legal Rights To Ask The Courts To Allow Legal Justice To Be Served By Lifting The Automatic Stay To Proceed To Trail Against The Debtor Who Was Prevented From Being A Debtor That Need To Be Pointed Out To The Courts" In Order To Prevent This From

Happening To Another Victim Like Myself" I Received Massive Damages By The Debtors And They Covered It Up Using Deceptive Practices With The Intent To Defraud The Courts And Rob me Under False Pretense.  The Debtors Listed Below And Their Lawyers Knew Better" They Know What They Did" They Have Defrauded The Courts And Is Trying To Prevent The Judges From Finding Out The (Error Or Fraud Of The Court) Issue Pertaining To This Case.

I Pray Legal Justice Is Served" And Ask The Courts To Lift The Automatic Stay To Proceed To Trial In The United States District Courts For The Southern Division Of Alabama In Violation Of The Original Court Order" Which Has Caused Massive Damages" That Only A Jury Can Decide At This Point" On All The Damages The Debtors Listed Below Has Caused To Date.

GMAC MORTGAGE
CORPORATION, ET AL

RESIDENTIAL CAPITAL LLC
GMAC MORTGAGE LLC

*[signature] Corla Reeves Jackson 2/14/2014*
Corla Reeves Jackson
13230 Tom Gaston Road
Mobile, Alabama. 36695
Phone: 251.554.1785
Facesimile: mail@corlajacksonvsgmacmortgage.info
corlareevesjackson@gmail.com

*[signature] Corla Jackson 2/14/2014*

*GMAC Made Sure The Mail Was Delayed Knowing The Weather Was Bad*

# CERTIFICATE OF SERVICE

## Certificate of Service

I certify that on **February 10, 2014,** a true and correct copy of this motion was served to each person listed below.

**GMAC MORTGAGE CORPORATION, ET AL**

**RESIDENTIAL CAPITAL LLC**

MORRISON & FOSTER LLP
1290 Avenue Of The Americas
New York, New York. 10104
Telephone: (212) 468-8000
Facesmile: (212) 468-7900

Attorneys

Gary S. Lee
Norman S. Rosenbaum
Erica J. Richards

**BRADLEY ARANT BOULT CUMMINGS LLP**
**1819 FIFTH AVENUE NORTH**
**BIRMINGHAM, ALABAMA. 35202**
**PH: 205.521.8810**
**FACESMILE: 205.488.6810**

_Corla Reeves Jackson_  2/14/2014
Corla Reeves Jackson
13230 Tom Gaston Road
Mobile, Alabama. 36695
Phone: 251.554.1785
Facesimile: mail@corlajacksonvsgmacmortgage.info
corlareevesjackson@gmail.com

_Corla Jackson_  2/14/2014