**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x
:
**In re**                                      :        Chapter 11
                                              :
**RESIDENTIAL CAPITAL, LLC, et al.,** [1] :     Case No. 12-12020 (MG)
                                              :
                                              :
                                              :        (Jointly Administered)
            **Debtors.**                      :
---------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jennifer Grageda, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors.

A. On or before February 12, 2014, at my direction and under my supervision, employees of KCC caused the following documents to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Entry of Confirmation Order Confirming the Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC, et al. and the Official Committee of Unsecured Creditors and Occurrence of Effective Date** [Docket No. 6137]

- **Notice of Deadline and Procedures for Filing Certain Administrative Claims** [Docket No. 6138]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Residential Capital, LLC (0738); ditech, LLC (7228); DOA Holding Properties, LLC (4257); DOA Properties IX (Lots-Other), LLC (3274), EPRE LLC (7974); Equity Investment I, LLC (2797); ETS of Virginia, Inc. (1445); ETS of Washington, Inc. (0665); Executive Trustee Services, LLC (8943); GMAC Model Home Finance I, LLC (8469); GMAC Mortgage USA Corporation (6930); GMAC Mortgage, LLC (4840); GMAC Residential Holding Company, LLC (2190); GMAC RH Settlement Services, LLC (6156); GMACM Borrower LLC (4887); GMACM REO LLC (2043); GMACR Mortgage Products, LLC (6369); GMAC-RFC Holding Company, LLC (3763); HFN REO Sub II, LLC (N/A); Home Connects Lending Services, LLC (9412); Homecomings Financial Real Estate Holdings, LLC (6869); Homecomings Financial, LLC (9458); Ladue Associates, Inc. (3048); Passive Asset Transactions, LLC (4130); PATI A, LLC (2729); PATI B, LLC (2937); PATI Real Estate Holdings, LLC (5201); RAHI A, LLC (3321); RAHI B, LLC (3553); RAHI Real Estate Holdings, LLC (5287); RCSFJV204, LLC (2722); Residential Accredit Loans, Inc. (8240); Residential Asset Mortgage Products, Inc. (5181); Residential Asset Securities Corporation (2653); Residential Consumer Services of Alabama, LLC (5449); Residential Consumer Services of Ohio, LLC (4796); Residential Consumer Services of Texas, LLC (0515); Residential Consumer Services, LLC (2167); Residential Funding Company, LLC (1336); Residential Funding Mortgage Exchange, LLC (4247); Residential Funding Mortgage Securities I, Inc. (6294); Residential Funding Mortgage Securities II, Inc. (8858); Residential Funding Real Estate Holdings, LLC (6505); Residential Mortgage Real Estate Holdings, LLC (7180); RFC Asset Holdings II, LLC (4034); RFC Asset Management, LLC (4678); RFC Borrower LLC (5558); RFC Constructing Funding, LLC (5730); RFC REO LLC (2407); RFC SFJV-2002, LLC (4670); RFC-GSAP Servicer Advance, LLC (0289)

1

B. On or before February 11, 2014, at my direction and under my supervision, employees of KCC caused the following document to be served per postal forwarding address via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Order Under 11 U.S.C. §§ 105(a) and 554(a) Approving Abandonment of Debtors' Interests in Certain Estate Assets** [Docket No. 6380]

Dated: February 14, 2014

Jennifer Grageda

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 14th of February, 2014, by Jennifer Grageda, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ROSS BERNSTEIN
Commission # 2013582
Notary Public - California
Los Angeles County
My Comm. Expires Mar 21, 2017

# Exhibit A

12-12020-mg    Doc 6488    Filed 02/14/14    Entered 02/14/14 18:53:55    Main Document
Pg 4 of 6

Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| First General Services | Of Pen Mar and Matthew and Robin Smoyer | 25 E Morningside Dr | Bluffton | SC | 29910-5859 |
| Innerarity Townhome Association | | 14000 Perdido Key Dr | Pensacola | FL | 32507-9509 |
| Jeremy R Muccullough PC | | 387 W Tabernacle St Ste A | St George | UT | 84770-3790 |
| Real Estate Appraisal Group LLC | | 11 N High St Ste 200 | Canal Wnchstr | OH | 43110-1133 |
| Verdi Law Group PC | | 18840 Ventura Blvd Ste 202 | Tarzana | CA | 91356-6323 |
| Willaimson, Jeffrey D & Williamson | Audrey K | 801 Pancho St | Myrtle Beach | SC | 29577-1977 |

# Exhibit B

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Anthony Donatelli | | 18590 Sandalwood Pointe Apt 201 | Fort Myers | FL | 33908-4789 |
| Blanca E Padilla Hernandez | | 4600 Adeline St Apt 117 | Emeryville | CA | 94608-3381 |
| Burt A Minard | Laurie A Minard | 9929 Dixie Hwy | Clarkston | MI | 48348-2416 |
| Carole A. Davis | | 900 Mission Creek Dr | Palm Desert | CA | 92211-5907 |
| Charmaine Lepinski | | 7080 Johnson Rd | Potterville | MI | 48876-9717 |
| Curtis D. Snitker | | PO Box 643 | Lansing | IA | 52151-0643 |
| Cynthia Lynn Forrester | | 108 Cove Rd | Newport News | VA | 23608-3107 |
| David Garelick | | 3442 N Greenview Ave | Chicago | IL | 60657-1308 |
| Gerold Mosseri | Jodi L. Peska Mosseri | 198 Windsong Cir | E Brunswick | NJ | 08816-5344 |
| Gilles Prado | | 8850 Dickens Ave | Surfside | FL | 33154-3359 |
| Harvey C Johnson III | | 5516 Golden Eagle Cir | Palm Bch Gdns | FL | 33418-1522 |
| James L Owens | Deanna Owens | 150 Shadow Wood CV | Grenada | MS | 38901-9090 |
| Jian Zeng | | 12140 James Jack Ln | Charlottee | NC | 28277-3752 |
| Julianne Purther | | 26023 German Mill Rd | Franklin | MI | 48025-1139 |
| Karen C Armstrong | | 2736 Harris St | Atlanta | GA | 30344-6930 |
| Kendall L. Stiffler | | PO Box 114 | Eagle | MI | 48822-0114 |
| Kristofer D Forsyth | | 36018 Quakertown Ln | Farmingtn Hls | MI | 48331-3809 |
| Linda V Peek | | 2026 Abborwood Pl | Escondido | CA | 92029-5316 |
| Marc D Paraison | | 177 Arlington St | Medford | MA | 02155-3506 |
| Mark J Walden | | 12920 Runway Rd Unit 351 | Playa Vista | CA | 90094-2394 |
| Mark S Weiss | | 12731 Bonita Heights Dr | Santa Ana | CA | 92705-1319 |
| Michael J. Walth | | 19411 San Marino Ct | Santa Clarita | CA | 91321-2171 |
| Mikael Kemanjioghlou | | 9853 E Avenue R10 | Littlerock | CA | 93543-1209 |
| Noemi Benitah | | 231 Peachwood Rd | Middletown | NJ | 07448-3723 |
| Pricilla Maldonado | | 1115 NW 126th Ct | Miami | FL | 33182-2033 |
| Sang-Keun Park | | 10266 Beardon Dr | Copertino | CA | 95014-1914 |
| Stephen Hunt | | 601 Mark Dr | Angola | IN | 46703-1169 |
| Steven D Weiss | | 551 Saxonwood Rd | Altoona | WI | 54720-2761 |