Hearing Date:    **March 11, 2014 at 10:00 a.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone:    (212) 468-8000
Facsimile:    (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Erica J. Richards

*Counsel for the ResCap Borrower Claims Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION**
**OF ROSALIND ALEXANDER-KASPARIK FOR RELIEF**
**FROM STAY TO MARCH 11, 2014 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the *Motion of Rosalind Alexander-Kasparik for Relief*

*from Stay* [Docket No. 5621], previously scheduled to be heard on February 20, 2014 at

10:00 a.m. (Prevailing Eastern Time), has been adjourned to **March 11, 2014 at 10:00 a.m.**

**(Prevailing Eastern Time)** and will be heard before the Honorable Martin Glenn, at the United

States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom

House, One Bowling Green, Room 501, New York, New York 10004.

ny-1131239

Dated: February 18, 2014
       New York, New York

Respectfully submitted,

/s/ Norman S. Rosenbaum
Gary S. Lee
Norman S. Rosenbaum
Erica J. Richards
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Borrower
Claims Trust*