Presentment Date and Time:  February 25, 2014 at 12:00 p.m. (ET)
Objection Deadline:  February 24, 2014 at 4:00 p.m. (ET)

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Norman S. Rosenbaum
Jordan A. Wishnew

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF PRESENTMENT OF STIPULATION AND ORDER WITHDRAWING CLAIMS FILED BY THE PENSION BENEFIT GUARANTY CORPORATION

**PLEASE TAKE NOTICE** that the undersigned will present the attached proposed *Stipulation and Order Withdrawing Claims Filed by the Pension Benefit Guaranty Corporation* (the "Stipulation and Order"), to the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 501, for signature on **February 25, 2014 at 12:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Stipulation and Order must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing

ny-1131098                                                    1

system, and be served, so as to be received no later than **February 24, 2014 at 4:00 p.m. (Prevailing Eastern Time)**, upon: (a) counsel for the ResCap Liquidating Trust, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attention: Norman S. Rosenbaum and Jordan A. Wishnew); (b) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Linda A. Riffkin and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attention: US Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attention: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attention: Richard M. Cieri and Ray Schrock); (g) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein and Douglas Mannal); (h) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attention: Jennifer C. DeMarco and Adam Lesman); (i) counsel for Berkshire Hathaway Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071 (Attention: Thomas Walper and Seth Goldman); (j) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); (k) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attention: George S. Canellos, Regional Director); and (l) Pension Benefit Guaranty Corporation, Office of the Chief Counsel, 1200 K Street NW, Washington, DC 20005-4026 (Attention: Israel Goldowitz, Charles L. Finke, Andrea M. Wong and Vicente Matias Murrell).

ny-1131098                                          2

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the Stipulation and Order are timely filed, served and received in accordance with this Notice, the Court may enter the Stipulation and Order without further notice or hearing.

Dated: February 18, 2014
      New York, New York

Respectfully submitted,

/s/ Jordan A. Wishnew
Norman S. Rosenbaum
Jordan A. Wishnew
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**STIPULATION AND ORDER WITHDRAWING CLAIMS FILED BY**
**THE PENSION BENEFIT GUARANTY CORPORATION**

This stipulation ("Stipulation") is made and entered into between The ResCap Liquidating Trust (the "Liquidating Trust") established pursuant to the terms of the Plan (as defined below) in the above-captioned bankruptcy cases (the "Chapter 11 Cases") and the Pension Benefit Guaranty Corporation (the "PBGC", and together with the Liquidating Trust, the "Parties"), through their respective counsel, to withdraw, the PBGC Claims (defined herein) from the Debtors' Claims Register (defined herein).

**WHEREAS**, on May 14, 2012 (the "Petition Date"), each of the debtors in the Chapter 11 Cases (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court"); and

**WHEREAS**, on the Petition Date, the Court entered an order jointly administering the Chapter 11 Cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure;

**WHEREAS**, on May 16, 2012, the Court entered an order [Docket No. 96] appointing Kurtzman Carson Consultants LLC ("KCC") as the notice and claims agent in the

ny-1127087

Chapter 11 Cases. Among other things, KCC is authorized to maintain an official claims register for the Debtors (the "Claims Register");

**WHEREAS**, on or about November 16, 2012, the PBGC filed proofs of claim against each of the Debtors, some of which were liquidated and others in unliquidated amounts (collectively, the "PBGC Claims"). Each of the PBGC Claims is identified on **Exhibit A** hereto, which includes the claim number designated by KCC on the Claims Register;

**WHEREAS**, on August 23, 2013, the Court entered an *Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and For Filing Objections to Confirmation of the Plan, and (VI) Granting Related Relief* [Docket No. 4809] (the "Disclosure Statement Order") authorizing the Plan Proponents (as defined in the Disclosure Statement Order) to, among other things, solicit votes on the proposed Chapter 11 plan (as amended, the "Plan");

**WHEREAS**, on or about August 29, 2013, ballots were sent by KCC to the PBGC entitling the PBGC to vote to accept or reject the Plan;

**WHEREAS**, on November 7, 2013, the PBGC returned ballots to KCC and the Plan Proponents indicating its acceptance of the Plan as it relates to each of the 51 Debtors;

**WHEREAS**, on December 11, 2013, after a confirmation hearing, the Bankruptcy Court entered an *Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors* (the "Confirmation Order") approving the terms of the Plan, in these Chapter 11 Cases [Docket No. 6065]. On December 17, 2013, the Plan went effective and the Liquidating Trust was

2

created [Docket No. 6137]; and

**WHEREAS**, the Plan provides for the creation and implementation of the Liquidating Trust, which would, among other things, be "authorized to make distributions and other payments in accordance with the Plan and the Liquidating Trust Agreement." *See* Plan, Art. VI.A-D; *see also* Confirmation Order ¶ 22. Further, pursuant to the Confirmation Order:

> In accordance with the provisions of the Plan, pursuant to section 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a), without any further notice to or action, order or approval of the Bankruptcy Court, after the Effective Date, the Liquidating Trust may compromise and settle Claims against the Debtors and Causes of Action against other Entities.

Confirmation Order ¶ 20.

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby stipulate and agree as follows, and IT IS ORDERED:

1. The Recitals form an integral part of this Stipulation and are incorporated fully herein.

2. Pursuant to Fed. R. Bankr. P. 3006, PBGC withdraws each of the PBGC Claims identified on **Exhibit A** hereto from the Claims Register.

3. The Parties each acknowledge that notwithstanding PBGC's withdrawal of the PBGC Claims, the votes the PBGC cast in support of the Plan shall not be considered to have been withdrawn.

4. The Parties represent and warrant that each has the full power and authority to enter into and perform under this Stipulation.

5. This Stipulation constitutes the entire agreement and understanding between the Parties with regard to the matters addressed herein, and supersedes all prior and contemporaneous discussions, negotiations, understandings and agreements, whether oral or

written, express or implied, between and among the Parties hereto regarding the subject matter of this Stipulation.

6.  This Stipulation may be executed in any number of counterparts by the Parties, all of which taken together shall constitute one and the same agreement. Any of the Parties may execute this Stipulation by signing any such counterpart, and each such counterpart, including a facsimile or other electronic copy of a signature, shall for all purposes be deemed to be an original.

7.  This Stipulation shall be binding on the Parties upon execution, and may not be altered, modified, changed or vacated without the prior written consent of the Parties or their respective counsel, as applicable.

8.  This Stipulation shall be binding upon the Parties as well as any successor in interest.

9.  The Parties hereby are authorized to take any and all actions reasonably necessary to effectuate the relief granted pursuant to this Stipulation.

10. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Stipulation.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

ny-1127087

IN WITNESS WHEREOF, and in agreement herewith, the Parties have executed and delivered this Stipulation as of the date set out below.

| | |
|---|---|
| Dated: February 18, 2014 | /s/ Jordan A. Wishnew<br>Norman S. Rosenbaum<br>Jordan A. Wishnew<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br><br>*Counsel for The ResCap Liquidating Trust* |
| Dated: February 18, 2014 | /s/ Vicente Matias Murrell<br>ISRAEL GOLDOWITZ<br>Chief Counsel<br>CHARLES L. FINKE<br>Deputy Chief Counsel<br>ANDREA M. WONG<br>Assistant Chief Counsel<br>VICENTE MATIAS MURRELL<br>Attorney<br>**PENSION BENEFIT GUARANTY CORPORATION**<br>Office of the Chief Counsel<br>1200 K Street NW<br>Washington, D.C. 20005- 4026<br>Telephone: (202) 326-4020<br>Facsimile: (202) 326-4112 |

**SO ORDERED:**

Dated:  February ___, 2014

_____
HONORALE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit A</u>**

**Residential Capital, LLC, et al.**
**Listing of PBGC Claims**

| | | | | Claims Classification | |
|---|---|---|---|---|---|
| Claim No | Date Filed | Claimant Name | Debtor | Unsecured | Administrative Priority |
| 5604 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Capital, LLC | Unliquidated | Unliquidated |
| 5615 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Capital, LLC | $ 201,300,000.00 | Unliquidated |
| 5622 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Capital, LLC | Unliquidated | Unliquidated |
| 7009 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Company, LLC | Unliquidated | Unliquidated |
| 7010 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services of Alabama, LLC | Unliquidated | Unliquidated |
| 7011 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Asset Securities Corporation | Unliquidated | Unliquidated |
| 7012 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Asset Mortgage Products, Inc. | Unliquidated | Unliquidated |
| 7013 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Accredit Loans, Inc. | Unliquidated | Unliquidated |
| 7014 | 11/16/2012 | Pension Benefit Guaranty Corporation | RCSFJV2004, LLC | Unliquidated | Unliquidated |
| 7015 | 11/16/2012 | Pension Benefit Guaranty Corporation | DOA Holding Properties, LLC | Unliquidated | Unliquidated |
| 7016 | 11/16/2012 | Pension Benefit Guaranty Corporation | ditech, LLC | Unliquidated | Unliquidated |
| 7017 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Borrower LLC | Unliquidated | Unliquidated |
| 7018 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Mortgage Exchange, LLC | Unliquidated | Unliquidated |
| 7019 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Mortgage Securities I, Inc. | Unliquidated | Unliquidated |
| 7020 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services, LLC | Unliquidated | Unliquidated |
| 7021 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Construction Funding, LLC | Unliquidated | Unliquidated |
| 7022 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC SFJV-2002, LLC | Unliquidated | Unliquidated |
| 7023 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Asset Holdings II, LLC | Unliquidated | Unliquidated |
| 7024 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC-GSAP Servicer Advance, LLC | Unliquidated | Unliquidated |
| 7025 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Mortgage Real Estate Holdings, LLC | Unliquidated | Unliquidated |
| 7026 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Real Estate Holdings, LLC | Unliquidated | Unliquidated |
| 7027 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Mortgage Securities II, Inc. | Unliquidated | Unliquidated |
| 7028 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services of Texas, LLC | Unliquidated | Unliquidated |
| 7029 | 11/16/2012 | Pension Benefit Guaranty Corporation | RAHI Real Estate Holdings, LLC | Unliquidated | Unliquidated |
| 7030 | 11/16/2012 | Pension Benefit Guaranty Corporation | RAHI B, LLC | Unliquidated | Unliquidated |
| 7031 | 11/16/2012 | Pension Benefit Guaranty Corporation | RAHI A, LLC | Unliquidated | Unliquidated |
| 7032 | 11/16/2012 | Pension Benefit Guaranty Corporation | PATI Real Estate Holdings, LLC | Unliquidated | Unliquidated |
| 7033 | 11/16/2012 | Pension Benefit Guaranty Corporation | PATI B, LLC | Unliquidated | Unliquidated |
| 7034 | 11/16/2012 | Pension Benefit Guaranty Corporation | PATI A, LLC | Unliquidated | Unliquidated |
| 7035 | 11/16/2012 | Pension Benefit Guaranty Corporation | Passive Asset Transactions, LLC | Unliquidated | Unliquidated |
| 7036 | 11/16/2012 | Pension Benefit Guaranty Corporation | Ladue Associates, Inc. | Unliquidated | Unliquidated |
| 7037 | 11/16/2012 | Pension Benefit Guaranty Corporation | Homecomings Financial, LLC | Unliquidated | Unliquidated |
| 7038 | 11/16/2012 | Pension Benefit Guaranty Corporation | Homecomings Financial Real Estate Holdings, LLC | Unliquidated | Unliquidated |
| 7039 | 11/16/2012 | Pension Benefit Guaranty Corporation | Home Connects Lending Services, LLC | Unliquidated | Unliquidated |
| 7040 | 11/16/2012 | Pension Benefit Guaranty Corporation | HFN REO Sub II, LLC | Unliquidated | Unliquidated |
| 7041 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMACR Mortgage Products, LLC | Unliquidated | Unliquidated |
| 7042 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMACM REO LLC | Unliquidated | Unliquidated |
| 7043 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMACM Borrower LLC | Unliquidated | Unliquidated |
| 7044 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC RH Settlement Services, LLC | Unliquidated | Unliquidated |
| 7045 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Residential Holding Company, LLC | Unliquidated | Unliquidated |
| 7046 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Mortgage, LLC | Unliquidated | Unliquidated |
| 7047 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Mortgage USA Corporation | Unliquidated | Unliquidated |
| 7048 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Model Home Finance I, LLC | Unliquidated | Unliquidated |
| 7049 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC-RFC Holding Company, LLC | Unliquidated | Unliquidated |
| 7050 | 11/16/2012 | Pension Benefit Guaranty Corporation | Executive Trustee Services, LLC | Unliquidated | Unliquidated |
| 7051 | 11/16/2012 | Pension Benefit Guaranty Corporation | ETS of Washington, Inc. | Unliquidated | Unliquidated |
| 7052 | 11/16/2012 | Pension Benefit Guaranty Corporation | ETS of Virginia, Inc. | Unliquidated | Unliquidated |
| 7053 | 11/16/2012 | Pension Benefit Guaranty Corporation | Equity Investment I, LLC | Unliquidated | Unliquidated |
| 7054 | 11/16/2012 | Pension Benefit Guaranty Corporation | EPRE LLC | Unliquidated | Unliquidated |
| 7055 | 11/16/2012 | Pension Benefit Guaranty Corporation | DOA Properties IX (Lots-Other), LLC | Unliquidated | Unliquidated |
| 7056 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Asset Management, LLC | Unliquidated | Unliquidated |
| 7057 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services of Ohio, LLC | Unliquidated | Unliquidated |
| 7058 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC REO LLC | Unliquidated | Unliquidated |
| 7059 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Company, LLC | $ 201,300,000.00 | Unliquidated |
| 7060 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services of Alabama, LLC | $ 201,300,000.00 | Unliquidated |
| 7061 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Asset Securities Corporation | $ 201,300,000.00 | Unliquidated |
| 7062 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Asset Mortgage Products, Inc. | $ 201,300,000.00 | Unliquidated |
| 7063 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Accredit Loans, Inc. | $ 201,300,000.00 | Unliquidated |
| 7064 | 11/16/2012 | Pension Benefit Guaranty Corporation | RCSFJV2004, LLC | $ 201,300,000.00 | Unliquidated |
| 7065 | 11/16/2012 | Pension Benefit Guaranty Corporation | DOA Holding Properties, LLC | $ 201,300,000.00 | Unliquidated |
| 7066 | 11/16/2012 | Pension Benefit Guaranty Corporation | ditech, LLC | $ 201,300,000.00 | Unliquidated |
| 7067 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Borrower LLC | $ 201,300,000.00 | Unliquidated |
| 7068 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Mortgage Exchange, LLC | $ 201,300,000.00 | Unliquidated |
| 7069 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Mortgage Securities I, Inc. | $ 201,300,000.00 | Unliquidated |
| 7070 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services, LLC | $ 201,300,000.00 | Unliquidated |
| 7071 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Construction Funding, LLC | $ 201,300,000.00 | Unliquidated |
| 7072 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC SFJV-2002, LLC | $ 201,300,000.00 | Unliquidated |
| 7073 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Asset Holdings II, LLC | $ 201,300,000.00 | Unliquidated |
| 7074 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC-GSAP Servicer Advance, LLC | $ 201,300,000.00 | Unliquidated |
| 7075 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Mortgage Real Estate Holdings, LLC | $ 201,300,000.00 | Unliquidated |
| 7076 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Real Estate Holdings, LLC | $ 201,300,000.00 | Unliquidated |
| 7077 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Mortgage Securities II, Inc. | $ 201,300,000.00 | Unliquidated |
| 7078 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services of Texas, LLC | $ 201,300,000.00 | Unliquidated |
| 7079 | 11/16/2012 | Pension Benefit Guaranty Corporation | RAHI Real Estate Holdings, LLC | $ 201,300,000.00 | Unliquidated |
| 7080 | 11/16/2012 | Pension Benefit Guaranty Corporation | RAHI B, LLC | $ 201,300,000.00 | Unliquidated |
| 7081 | 11/16/2012 | Pension Benefit Guaranty Corporation | RAHI A, LLC | $ 201,300,000.00 | Unliquidated |
| 7082 | 11/16/2012 | Pension Benefit Guaranty Corporation | PATI Real Estate Holdings, LLC | $ 201,300,000.00 | Unliquidated |
| 7083 | 11/16/2012 | Pension Benefit Guaranty Corporation | PATI B, LLC | $ 201,300,000.00 | Unliquidated |
| 7084 | 11/16/2012 | Pension Benefit Guaranty Corporation | PATI A, LLC | $ 201,300,000.00 | Unliquidated |
| 7085 | 11/16/2012 | Pension Benefit Guaranty Corporation | Passive Asset Transactions, LLC | $ 201,300,000.00 | Unliquidated |
| 7086 | 11/16/2012 | Pension Benefit Guaranty Corporation | Ladue Associates, Inc. | $ 201,300,000.00 | Unliquidated |
| 7087 | 11/16/2012 | Pension Benefit Guaranty Corporation | Homecomings Financial, LLC | $ 201,300,000.00 | Unliquidated |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7088 | 11/16/2012 | Pension Benefit Guaranty Corporation | Homecomings Financial Real Estate Holdings, LLC | $ | 201,300,000.00 | Unliquidated |
| 7089 | 11/16/2012 | Pension Benefit Guaranty Corporation | Home Connects Lending Services, LLC | $ | 201,300,000.00 | Unliquidated |
| 7090 | 11/16/2012 | Pension Benefit Guaranty Corporation | HFN REO Sub II, LLC | $ | 201,300,000.00 | Unliquidated |
| 7091 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMACR Mortgage Products, LLC | $ | 201,300,000.00 | Unliquidated |
| 7092 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMACM REO LLC | $ | 201,300,000.00 | Unliquidated |
| 7093 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMACM Borrower LLC | $ | 201,300,000.00 | Unliquidated |
| 7094 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC RH Settlement Services, LLC | $ | 201,300,000.00 | Unliquidated |
| 7095 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Residential Holding Company, LLC | $ | 201,300,000.00 | Unliquidated |
| 7096 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Mortgage, LLC | $ | 201,300,000.00 | Unliquidated |
| 7097 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Mortgage USA Corporation | $ | 201,300,000.00 | Unliquidated |
| 7098 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Model Home Finance I, LLC | $ | 201,300,000.00 | Unliquidated |
| 7099 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC-RFC Holding Company, LLC | $ | 201,300,000.00 | Unliquidated |
| 7100 | 11/16/2012 | Pension Benefit Guaranty Corporation | Executive Trustee Services, LLC | $ | 201,300,000.00 | Unliquidated |
| 7101 | 11/16/2012 | Pension Benefit Guaranty Corporation | ETS of Washington, Inc. | $ | 201,300,000.00 | Unliquidated |
| 7102 | 11/16/2012 | Pension Benefit Guaranty Corporation | ETS of Virginia, Inc. | $ | 201,300,000.00 | Unliquidated |
| 7103 | 11/16/2012 | Pension Benefit Guaranty Corporation | Equity Investment I, LLC | $ | 201,300,000.00 | Unliquidated |
| 7104 | 11/16/2012 | Pension Benefit Guaranty Corporation | EPRE LLC | $ | 201,300,000.00 | Unliquidated |
| 7105 | 11/16/2012 | Pension Benefit Guaranty Corporation | DOA Properties IX (Lots-Other), LLC | $ | 201,300,000.00 | Unliquidated |
| 7106 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Asset Management, LLC | $ | 201,300,000.00 | Unliquidated |
| 7107 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services of Ohio, LLC | $ | 201,300,000.00 | Unliquidated |
| 7108 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC REO LLC | $ | 201,300,000.00 | Unliquidated |
| 7109 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Company, LLC | | Unliquidated | Unliquidated |
| 7110 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services of Alabama, LLC | | Unliquidated | Unliquidated |
| 7111 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Asset Securities Corporation | | Unliquidated | Unliquidated |
| 7112 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Asset Mortgage Products, Inc. | | Unliquidated | Unliquidated |
| 7113 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Accredit Loans, Inc. | | Unliquidated | Unliquidated |
| 7114 | 11/16/2012 | Pension Benefit Guaranty Corporation | RCSFJV2004, LLC | | Unliquidated | Unliquidated |
| 7115 | 11/16/2012 | Pension Benefit Guaranty Corporation | DOA Holding Properties, LLC | | Unliquidated | Unliquidated |
| 7116 | 11/16/2012 | Pension Benefit Guaranty Corporation | ditech, LLC | | Unliquidated | Unliquidated |
| 7117 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Borrower LLC | | Unliquidated | Unliquidated |
| 7118 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Mortgage Exchange, LLC | | Unliquidated | Unliquidated |
| 7119 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Mortgage Securities I, Inc. | | Unliquidated | Unliquidated |
| 7120 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services, LLC | | Unliquidated | Unliquidated |
| 7121 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Construction Funding, LLC | | Unliquidated | Unliquidated |
| 7122 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC SFJV-2002, LLC | | Unliquidated | Unliquidated |
| 7123 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Asset Holdings II, LLC | | Unliquidated | Unliquidated |
| 7124 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC-GSAP Servicer Advance, LLC | | Unliquidated | Unliquidated |
| 7125 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Mortgage Real Estate Holdings, LLC | | Unliquidated | Unliquidated |
| 7126 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Real Estate Holdings, LLC | | Unliquidated | Unliquidated |
| 7127 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Mortgage Securities II, Inc. | | Unliquidated | Unliquidated |
| 7128 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services of Texas, LLC | | Unliquidated | Unliquidated |
| 7129 | 11/16/2012 | Pension Benefit Guaranty Corporation | RAHI Real Estate Holdings, LLC | | Unliquidated | Unliquidated |
| 7130 | 11/16/2012 | Pension Benefit Guaranty Corporation | RAHI B, LLC | | Unliquidated | Unliquidated |
| 7131 | 11/16/2012 | Pension Benefit Guaranty Corporation | RAHI A, LLC | | Unliquidated | Unliquidated |
| 7132 | 11/16/2012 | Pension Benefit Guaranty Corporation | PATI Real Estate Holdings, LLC | | Unliquidated | Unliquidated |
| 7133 | 11/16/2012 | Pension Benefit Guaranty Corporation | PATI B, LLC | | Unliquidated | Unliquidated |
| 7134 | 11/16/2012 | Pension Benefit Guaranty Corporation | PATI A, LLC | | Unliquidated | Unliquidated |
| 7135 | 11/16/2012 | Pension Benefit Guaranty Corporation | Passive Asset Transactions, LLC | | Unliquidated | Unliquidated |
| 7136 | 11/16/2012 | Pension Benefit Guaranty Corporation | Ladue Associates, Inc. | | Unliquidated | Unliquidated |
| 7137 | 11/16/2012 | Pension Benefit Guaranty Corporation | Homecomings Financial, LLC | | Unliquidated | Unliquidated |
| 7138 | 11/16/2012 | Pension Benefit Guaranty Corporation | Homecomings Financial Real Estate Holdings, LLC | | Unliquidated | Unliquidated |
| 7139 | 11/16/2012 | Pension Benefit Guaranty Corporation | Home Connects Lending Services, LLC | | Unliquidated | Unliquidated |
| 7140 | 11/16/2012 | Pension Benefit Guaranty Corporation | HFN REO Sub II, LLC | | Unliquidated | Unliquidated |
| 7141 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMACR Mortgage Products, LLC | | Unliquidated | Unliquidated |
| 7142 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMACM REO LLC | | Unliquidated | Unliquidated |
| 7143 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMACM Borrower LLC | | Unliquidated | Unliquidated |
| 7144 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC RH Settlement Services, LLC | | Unliquidated | Unliquidated |
| 7145 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Residential Holding Company, LLC | | Unliquidated | Unliquidated |
| 7146 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Mortgage, LLC | | Unliquidated | Unliquidated |
| 7147 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Mortgage USA Corporation | | Unliquidated | Unliquidated |
| 7148 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Model Home Finance I, LLC | | Unliquidated | Unliquidated |
| 7149 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC-RFC Holding Company, LLC | | Unliquidated | Unliquidated |
| 7150 | 11/16/2012 | Pension Benefit Guaranty Corporation | Executive Trustee Services, LLC | | Unliquidated | Unliquidated |
| 7151 | 11/16/2012 | Pension Benefit Guaranty Corporation | ETS of Washington, Inc. | | Unliquidated | Unliquidated |
| 7152 | 11/16/2012 | Pension Benefit Guaranty Corporation | ETS of Virginia, Inc. | | Unliquidated | Unliquidated |
| 7153 | 11/16/2012 | Pension Benefit Guaranty Corporation | Equity Investment I, LLC | | Unliquidated | Unliquidated |
| 7154 | 11/16/2012 | Pension Benefit Guaranty Corporation | EPRE LLC | | Unliquidated | Unliquidated |
| 7155 | 11/16/2012 | Pension Benefit Guaranty Corporation | DOA Properties IX (Lots-Other), LLC | | Unliquidated | Unliquidated |
| 7156 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Asset Management, LLC | | Unliquidated | Unliquidated |
| 7157 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services of Ohio, LLC | | Unliquidated | Unliquidated |
| 7158 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC REO LLC | | Unliquidated | Unliquidated |