**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for U.S. Bank National Association, as Trustee,
successor-in-interest to Wachovia Bank, N.A., as Trustee
for MLMI 2005-A8
**Shapiro, DiCaro & Barak, LLC**
**105 Maxess Road, Suite N109**
**Melville, NY  11747**
**Tel: (631)844-9611, Fax: (631)844-9525**
**Shari S. Barak**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE

Residential Capital, LLC
　　　　　Debtor(s)

Chapter 11

Case No. 12-12020-mg

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned appears as counsel for U.S. Bank National Association, as Trustee, successor-in-interest to Wachovia Bank, N.A., as Trustee for MLMI 2005-A8, a creditor and a party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated: 2/18/2014

Respectfully Submitted,

Shapiro, DiCaro & Barak, LLC
By: Shari S. Barak
Attorneys for U.S. Bank National Association, as
Trustee, successor-in-interest to Wachovia Bank,
N.A., as Trustee for MLMI 2005-A8
105 Maxess Road, Suite N109
Melville, NY  11747
(631)844-9611

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE                                                                        Chapter 11

Residential Capital, LLC                                                     Case No. 12-12020-mg
            Debtor(s)

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     )ss:
COUNTY OF SUFFOLK    )

    I, Dominick G. Cassaro, being sworn, say, I am not a party to this action; I am over 18 years of age, I reside in Suffolk County, New York.

    On 2/18, 2014 I served the within Notice of Appearance upon:

TO:

    Debtors Attorney(s)
    Jessica G. Berman
    Meyer, Suozzi, English & Klein, P.C.
    990 Stewart Avenue
    Suite 300
    P.O. Box 9194
    Garden City, NY 11530-9194


    Donald H. Cram
    Severson & Werson, PC
    One Embarcadero Center
    Suite 2600
    San Francisco, CA 94111

    Stefan W. Engelhardt
    Morrison & Foerster LLP
    1290 Avenue of the Americas
    New York, NY 10104

    George M. Geeslin
    Eight Piedmont Center, Suite 550
    3525 Piedmont Road, N.E.
    Atlanta, GA 30305-1565

14-032189 - BK01

Todd M. Goren
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Joel C Haims
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Lorenzo Marinuzzi
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Anthony Princi
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Norman Scott Rosenbaum
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Kayvan B. Sadeghi
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

John W Smith T
Bradley Arant Boult Cummings LLp
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203

*U.S. Trustee*
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10004

the addresses designated by the foregoing individuals for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depositary under the exclusive care and custody of the United States Postal Service, within the State of New York.

_____
Dominick G. Cassaro

Sworn to before me this
___18th___ day of __February__, 2014

_____
Notary Public

DIANDRA LINEE JENKINS
Notary Public, State of New York
No. 01JE6268437
Qualified in Nassau County
Commission Expires 09/10/2016

14-032189 - BK01