HOOD & LAY, LLC
1117 22ND Street South, Ste. 101
Birmingham, AL 35205
Telephone: (205) 323-4123
.
Rhonda Steadman Hood, Esq.

*Attorney for Movant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF (I) WITHDRAWAL WITH PREJUDICE OF MOTION**
**OF DERRIUS E. SILMON FOR RELIEF FROM STAY**
**AND (II) DISALLOWANCE AND EXPUNGEMENT OF PROOF OF CLAIM NO. 4784**

**PLEASE TAKE NOTICE** that on May 3, 2013, Derrius Silmon (the "**Movant**"), by and through his undersigned counsel, filed the *Motion for Relief from Stay* [Docket No. 3585] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that the Movant hereby withdraws the Motion, with prejudice.

**PLEASE TAKE FURTHER NOTICE** that on or about November 14, 2012, the Movant filed Proof of Claim No. 4784 (the "**Proof of Claim**") with Kurtzman Carson Consultants, LLC.

**PLEASE TAKE FURTHER NOTICE** that the Movant hereby withdraws with prejudice any and all proofs of claim filed in the Debtors' chapter 11 cases, including the Proof of Claim, and request that all such proofs of claim be disallowed and expunged in their entirety.

ny-1115483

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion, which was scheduled to take place before the Honorable Martin Glenn, United States Bankruptcy Judge, in Courtroom 501 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, on January 30, 2014, at 10:00 a.m. (ET), has been canceled.

Dated: February 18, 2014                    Respectfully submitted,

/s/ Rhonda Steadman Hood          .
Rhonda Steadman Hood, Esq.
Hood & Lay, LLC
1117 22ND Street South, Ste. 101
Birmingham, AL 35205
Telephone: (205) 323-4123
Email: rhonda@whlfirm.com

*Attorneys for Movant*