*12-12020* if you dispute the claim's Disputed amount. See details included on schedule as a "contingent" claim. In the event Unsecured claim in the amount of $0.00. You MUST timely file a Proof of claim or you will be forever barred from recovery.

B 10 Modified (Official Form 10) (12/11)

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**PROOF OF CLAIM** *(COPY)*

| Name of Debtor: GMAC Mortgage, LLC | Case Number: 12-12032 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or entity to whom the debtor owes money or property):
~~Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA et al~~ NameID: 10995344

Name and address where notices should be sent:
~~Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA et al~~
104 W Loma Alta Dr
Altadena, CA ~~91101~~ **91001**

Telephone number: **626 798-4422**    email: *johnotrin@earthlink.net*

Name and address where payment should be sent (if different from above):
**DEODAR EIGHT SOCIETY**
**P.O. Box 94355, Pasadena, California 91109**

Telephone number: **626 798-4422**    email: *johnotrin@earthlink.net*

☒ Check this box if this claim amends a previously filed claim.
7163, 7172, 7310

Court Claim Number: **7321**
*(If known)*

Filed on: **1/10/2014**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $ **$2,001,653.92 + $36,000 = $2,037,653.92**
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges. **8.2507%**

**2. Basis for Claim:** **Issuer of Promissory notes for $612,000.00 tendered on 10/27/2006**
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** **760-8**

**3a. Debtor may have scheduled account as:** **N/A**
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
(See instruction #3b)

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐Real Estate ☐Motor Vehicle ☒Other
**Describe:**
**Value of Property:** $ **$612,000.00**    **Annual Interest Rate 8.2507%** % ☐Fixed ☐Variable
(when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:** $ **N/A**    **Basis for perfection:** **N/A**

**Amount of Secured Claim:** $ **$2,037,653.92**    **Amount Unsecured:** $ **N/A**

**6. Claim Pursuant to 11 U.S.C. § 503(b)(9):**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$ **N/A**    (See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #8, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: **OBJECTIONS TO DEBTOR'S FIFTY-EIGHTH OMNIBUS**

**9. Signature:** (See instruction #9) Check the appropriate box.
☒ I am the creditor. ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: **Walter Olszewski**
Title: **Secured Issuer of the Credit**
Company: **Standing and Power of Attorney**
Address (if different from notice address above): **104 West Loma Alta Drive, Altadena California 91001**

(Signature) *Walter Olszewski* **2/12/2014**

Telephone number: **626 798-4422**    Email:

*johno                3c USA                net*

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☒ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
**$2,037,653.92**

* *Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

RECEIVED
FEB 1 2 2014
KURTZMAN CARSON CONSULTANTS

**COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

001KC0002_51765-5_domestic_210030037180218    12120321208241506150029972

OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
OPPOSITION TO EXPUNGEMENT & DISALLOWACE of Walter Olszewski CLAIM IN AFFIDAVIT FORM

# PROOF OF CLAIM & PROOF Of LOSS IN AN AFFIDAVIT FORM
### ONE COURT CLAIM with Amendments Inclusive of Numbers  #7163 #7172  #7310 # 7321
### Walter Olszewski ACCEPTS ALL BONDED OATHS of OFFICES of the COURT UNDER NOTARY SEAL

### [28 U.S.C. §§ 1333, 1337]
### ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL
### And INCLUSIVE INVOICE for CASE # 12-12032

| | |
|---|---|
| <u>Honorable Martin Glenn</u> | **Express Mail™ EU 943082179 US** |
| **United States Bankruptcy Court for the Southern District of New York** | |
| Alexander Hamilton Custom House | |
| One Bowling Green, Room 501 | |
| New York, New York 10004-1408 | |

RECEIVED

FEB 1 2 2014

KURTZMAN CARSON CONSULTANTS

| | | |
|---|---|---|
| ✓ **MORRISON & FOERSTER LLP (Libellees)** | | **Express Mail™ EU 9430825931 US** |
| 1290 Avenue of the Americas | **(Libellees)** | Certified Mail 7013 3020 0000 3075 8955 |
| New York, New York 10104 | | |
| ✓ <u>**Gary S. Lee**</u> | **(Libellee)** | **Express Mail™ EU 9430825931 US** |
| ✓ **Norman S. Rosenbaum** | **(Libellee)** | **Express Mail™ EU 9430825931 US** |
| ✓ **Jordan A. Wishnew** | **(Libellee)** | **Express Mail™ EU 9430825931 US** |
| **Jennifer L. Marines** | **(Libellee)** | Certified Mail 7013 3020 0000 3075 8955 |
| **Alexandra Steinberg Barrage** | **(Libellee)** | Certified Mail 7013 3020 0000 3075 8955 |
| **Todd M. Green** | **(Libellee)** | Certified Mail 7013 3020 0000 3075 8955 |
| **Lorenzo Marinuzzi** | **(Libellee)** | Certified Mail 7013 3020 0000 3075 8955 |

**Office of the United States Trustee for the Southern District of New York**
**U.S. Federal Office Building**
201 Varick Street, Suite 1006
New York, New York, 10014

| | |
|---|---|
| Linda A. Riffkin | Certified Mail 7013 3020 0000 3139 3902 |
| Brian S. Masumoto | Certified Mail 7013 3020 0000 3139 3896 |

**Office of the United States Attorney General**
**U.S. Department of Justice**
950 Pennsylvania Avenue
NW, Washington, DC 20530-0001

COPY

| | |
|---|---|
| US Attorney General, Eric H. Holder, Jr. | Certified Mail 7013 3020 0000 3139 3889 |

**Office of the New York State Attorney General**
**The Capitol**
Albany, NY 12224-0341

| | |
|---|---|
| Nancy Lord, Esq. | Certified Mail 7013 3020 0000 3139 3872 |
| Enid N. Stuart, Esq. | Certified Mail 7013 3020 0000 3139 3865 |

**Office of the U.S. Attorney for the Southern District of New York**
One St. Andrews Plaza
New York, New York 10007

| | |
|---|---|
| Joseph N. Cordaro, Esq. | Certified Mail 7013 3020 0000 3139 3858 |

| | | |
|---|---|---|
| **The ResCap Borrower Claims Trust** | **(Libellees)** | **Express Mail™ EU 943082616 US** |
| Polsinelli PC | | |
| 900 Third Avenue, 21st Floor | | |
| New York, NY 10022 | | |
| Daniel J. Flanigan | **(Libellee)** | **Express Mail™ EU 943082616 US** |
| Peter S. Kravitz | **(Libellee)** | **Express Mail™ EU 943082616 US** |

OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
Court Documents were prevented, obstructed, impeded, or interfered and/or never received
**THERE IS NO STATUTE OF LIMITATIONS FOR FRAUD**        1

OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
OPPOSITION TO EXPUNGEMENT & DISALLOWACE of Walter Olszewski CLAIM IN AFFIDAVIT FORM

## PROOF OF CLAIM & PROOF Of LOSS IN AN AFFIDAVIT FORM
ONE COURT CLAIM with Amendments Inclusive of Numbers #7163 #7172 #7310 # 7321
Walter Olszewski ACCEPTS ALL BONDED OATHS of OFFICES of the COURT UNDER NOTARY SEAL

[28 U.S.C. §§ 1333, 1337]
ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL
And INCLUSIVE INVOICE for CASE # 12-12032

### Notice to agent is notice to principal; notice to principal is notice to agent.

**Affiants States: Comes now Walter Olszewski, Libellant,** Issuer of the Credit, a Real
Party in Interest, who is neutral in the public, who is unschooled in lawe, and making a
special appearance before this court under the supplemental rules of Admiralty, Rule E
(8), a restricted appearance, and notices the court of enunciation of principles as stated
in Haines v. Kerner, 404 U.S. 519, wherein the court has directed that those who are
unschooled in lawe making pleadings and/or complaints shall have the court look to the
substance of the pleadings rather in than the form, doe hereby make the following
pleadings/ notices in the above referenced matter without waiver of any other defenses.

### Affiants States: Maxims of Law:
**All men and women know that the foundation of law and commerce exists in the
telling of the truth, the whole truth, and nothing but the truth.
Truth as a valid statement of reality is sovereign in commerce.
An unrebutted affidavit stands as truth in commerce.
An unrebutted affidavit is acted upon as the judgment in commerce.
Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair
or to expunge, without a Counter-Affidavit, any Affidavit or any commercial
process based upon an Affidavit.
In commerce, a lien or claim can be satisfied in any one of three ways.
· By someone rebutting your affidavit with another affidavit of their own, point by
point, until the matter is resolved as to who is correct.
· You convene a Sheriff's common law jury, based on the Seventh Amendment,
concerning a dispute involving a claim of more than $20. Or, you can use three
disinterested parties to make judgment.
· The only other way to satisfy a lien is to pay it.**

**AFFIANTS OBJECTIONS TO:** NOTICE OF THE RESCAP BORROWER CLAIMS
TRUST'S FIFTY-EIGHTH OMNIBUS OBJECTION TO (A) AMENDED AND
SUPERSEDED BORROWER CLAIMS; (B) LATE-FILED BORROWER CLAIMS; AND
(C) NON-DEBTOR BORROWER CLAIMS **in view of the evidence** that Libellees,
GMAC Mortgage, LLC dba Homecoming Financial, LLC, The ResCap Borrower Claims
Trust, **MORRISON & FOERSTER LLP**, Gary S. Lee, Norman S. Rosenbaum, Jordan A.
Wishnew, Jennifer L. Marines, Alexandra Steinberg Barrage, Todd M. Green, Lorenzo
Marinuzzi, Joseph Morrow, Daniel J. Flanigan, Peter S. Kravitz and Deanna Horst **are in
ESTOPPEL BY ACQUIESCENCE: and as a result, there is a JUDGMENT BY
ESTOPPEL and an INCLUSIVE INVOICE for CASE # 12-12032. This matter has
been agreed and settled in favor for Libellant, Walter Olszewski. Libellees agreed
and admitted and settled to all statements and claims made herein by Walter
Olszewski, Libellant by TACIT PROCURATION, by simply remaining silent.**
*(See Exhibit A -- ONE COURT CLAIM with Amendments Inclusive of Numbers #7163 #7172 #7310 # 7321)*

OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
Court Documents were prevented, obstructed, impeded, or interfered and/or never received
**THERE IS NO STATUTE OF LIMITATIONS FOR FRAUD**        2

OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
OPPOSITION TO EXPUNGEMENT & DISALLOWACE OF Walter Olszewski CLAIM IN AFFIDAVIT FORM

## PROOF OF CLAIM & PROOF Of LOSS IN AN AFFIDAVIT FORM
ONE COURT CLAIM with Amendments Inclusive of Numbers  #7163 #7172  #7310 # 7321
Walter Olszewski ACCEPTS ALL BONDED OATHS of OFFICES of the COURT UNDER NOTARY SEAL

[28 U.S.C. §§ 1333, 1337]
ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL
And INCLUSIVE INVOICE for CASE # 12-12032

**Affiants States, Fact: Libellees** are now estopped from entering any rebuttal at all as they have forfeited and waived that right by their inaction and an estoppel now constructively exists. This Court has only now to rule on the evidence of fact and lawe submitted by Libellant,. Libellees were uncooperative of the Administrative process having failed to respond to the fact and lawe placed upon the record. They simply offered "general" denials absent the specificity, procedure and clarity, required by lawe. They proceeded to delay and impede the progress of the action until they were able to violate Due Process of the Libellant, and failing even to recognize its high importance by ignoring the process placed upon its record. *(See Exhibit A -- ONE COURT CLAIM with Amendments Inclusive of Numbers  #7163 #7172  #7310 # 7321)*

**Affiants States, Fact:** The <u>evidence</u> that Attorney's, **Gary S. Lee, Norman S. Rosenbaum** and **Jordan A. Wishnew** of the Law firm **MORRISON &FOERSTER LLP** **Libellees,** CONTINUOUSLY SENT LEGAL COURT DOCUMENTS INTENDED FOR Walter Olszewski <u>TO A WRONGFUL MAILING ADDRESS.</u> *(18 U.S.C.1341, 1343; 18 U.S.C.Sec.1346; 18 U.S.C.1509; 18 U.S.C.1519; 237 U.S. 413,424)*
*(Exhibit C - Morrison & Forester LLP Court Document Notice letter dated January 17, 2014 – This Court Document Notice letter is addressed to a wrongful Zip code 91101 which is located in a different city, Pasadena CA & and two different addressees; Walter Olszewski vs. Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al, which is an ACTION CONTRARY TO LAWE.) (18 U.S.C.1341, 1343; 18 U.S.C.Sec.1346; 18 U.S.C.1509; 18 U.S.C.1519; 237 U.S. 413,424)*
*(Exhibit B – ResCapClaims Processing Center c/o KCC Proof of Claim Confirmation dated 1/ 10/ 2014 – This Court Document Notice Post Card with two different addressees; Walter Olszewski vs. Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al was stamped RECEIVED FEB 03 2014 by IMPERIAL COUNTY TAX COLLECTOR, which is an ACTION CONTRARY TO LAWE.) (18 U.S.C.1341, 1343; 18 U.S.C.Sec.1346; 18 U.S.C.1509; 18 U.S.C.1519; 237 U.S. 413,424)*



**Affiants States, FACT:** Deanna Horst, Chief Claims Officer for Residential Capital, LLC and Mr. Joseph Morrow <u>confirmed</u> that Walter Olszewski <u>did not receive a Notice of Commencement</u> because Lilbellant was first identified in the Schedules and was not listed in KCC's matrix at the time of the service of the Notice of Commencement.

**Affiants States, FACT:** Mr. Joseph Morrow, Supervisor at KCC neglected to state that KCC is sending Court Documents for Walter Olszewski to the wrong addressees. (Exhibit B – Example -- Walter Olszewski Court Documents was sent to IMPERIAL COUNTY TAX COLLECTOR, which *is an ACTION CONTRARY TO*

OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
OPPOSITION TO EXPUNGEMENT & DISALLOWACE of Walter Olszewski CLAIM IN AFFIDAVIT FORM

# PROOF OF CLAIM & PROOF Of LOSS IN AN AFFIDAVIT FORM
ONE COURT CLAIM with Amendments Inclusive of Numbers #7163 #7172 #7310 # 7321
Walter Olszewski ACCEPTS ALL BONDED OATHS of OFFICES of the COURT UNDER NOTARY SEAL

[28 U.S.C. §§ 1333, 1337]
ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL
And INCLUSIVE INVOICE for CASE # 12-12032

LAWE.) *(18 U.S.C.1341, 1343; 18 U.S.C.Sec.1346; 18 U.S.C.1509; 18 U.S.C.1519; 237 U.S. 413,424)*
Affiants States, FACT: Mr. Joseph Morrow, Supervisor at KCC, lead one to believe there was correct service to Libellant, but neglected to state evidence that there is "NO PROOF OF SERVICE" which is an ACTION CONTRARY TO LAWE. *(18 U.S.C.1341, 1343; 18 U.S.C.Sec.1346; 18 U.S.C.1509; 18 U.S.C.1519; 237 U.S. 413,424)*

Affiants States, FACT: Mr. Joseph Morrow supervisor, KCC neglected to state that PROOF OF CLAIM WAS NOT AMENDED AND THE ZIP CODE WAS NOT UPDATED TO 91001 which is an ACTION CONTRARY TO LAWE. *(18 U.S.C.1341, 1343; 18 U.S.C.Sec.1346; 18 U.S.C.1509; 18 U.S.C.1519; 237 U.S. 413,424)*

Affiants States, FACT: Mr. Olszewski corrected the address for service via phone conversation with Mr. Jarrel Phillips, a KCC employee, sometime in October / November 2013. *Exhibit A ONE COURT CLAIM with Amendments Inclusive of #7163 #7172 #7310 # 7321*

Affiants States, FACT: Deanna Horst, Chief Claims Officer for Residential Capital, LLC neglected to state that Walter Olszewski requested permission from the Trustee for case 12-12032 to please include his "Notarized Affidavit of Loss" in support of his "Notarized B-10 as Walter Olszewski was not allocated sufficient time to file. Walter Olszewski included "PROOF OF SERVICE" for his Affidavit to the United States Bankruptcy Court for the Southern District of New York. (see Exhibit A ONE COURT CLAIM with Amendments Inclusive of #7163 #7172 #7310 # 7321)

Affiants States, FACT: Deanna Horst, Chief Claims Officer for Residential Capital, LLC neglected to state the mailing address in their "Books" for Walter Olszewski was to a wrongful location which is an ACTION CONTRARY TO LAWE. *(18 U.S.C.1341, 1343; 18 U.S.C.Sec.1346; 18 U.S.C.1509; 18 U.S.C.1519; 237 U.S. 413,424)*

COPY

Affiants States, FACT: Deanna Horst, Chief Claims Officer for Residential Capital, LLC neglected or failed to state Libellee agreed, admitted and settled to all statements and claims made herein by Libellant and Libellee is ESTOPPEL BY ACQUIESCENCE for their actions.

Affiants States, FACT: Deanna Horst, Chief Claims Officer for Residential Capital, LLC, lead one to believe there was correct service to Libellant, but neglected and/or failed to state evidence that they do not have "PROOF OF SERVICE" which is an ACTION CONTRARY TO LAWE. *(18 U.S.C.1341, 1343; 18 U.S.C.Sec.1346; 18 U.S.C.1509; 18 U.S.C.1519; 237 U.S. 413,424)*

Affiants States, Fact: Libellant and Libellee cannot validate what court documents have been sent by Libellee to Libellant due to their wrongful mailing address and cannot validate what addressees received Court Documents. Libellee agreed and

FEB 1 2 2014

OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
OPPOSITION TO EXPUNGEMENT & DISALLOWACE OF Walter Olszewski CLAIM IN AFFIDAVIT FORM

# PROOF OF CLAIM & PROOF Of LOSS IN AN AFFIDAVIT FORM
### ONE COURT CLAIM with Amendments Inclusive of Numbers  #7163 #7172  #7310 #7321
#### Walter Olszewski ACCEPTS ALL BONDED OATHS of OFFICES of the COURT UNDER NOTARY SEAL

### [28 U.S.C. §§ 1333, 1337]
### ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL
### And INCLUSIVE INVOICE for CASE # 12-12032

admitted that they have **"NO PROOF OF SERVICE."** *(18 U.S.C.1341, 1343; 18 U.S.C.Sec.1346; 18 U.S.C.1509; 18 U.S.C.1519; 237 U.S. 413,424)*

.

**Affiants States, Fact: Libellant and Libellees have no way of knowing what specific Court Documents Walter Olszewski ever received that were <u>prevented, obstructed, impeded, or interfered from honest services</u>.** *(18 U.S.C.1341, 1343; 18 U.S.C.Sec.1346; 18 U.S.C.1509; 18 U.S.C.1519; 237 U.S. 413,424)*

" *Coe v. Armour Fertilizer Works, 237 U.S. 413, 424* **The facts and the law do matter and judicial action by judges or the like must be in accords with those presented to the court. This is to assure due process of law and equal protection of the law".**

**18 U.S. Code § 1509 - Obstruction of court orders** *Whoever, by threats or force, willfully* **prevents, obstructs, impedes, or interferes** *with, or willfully attempts to prevent, obstruct, impede, or interfere with, the due exercise of rights or the performance of duties under any order, judgment, or decree of a court of the United States, shall be fined under this title or imprisoned not more than one year, or both*

*It is a federal crime to defraud another of property, when either mail or wire communications are used…,* **18 U.S.C. 1341, 1343.** *Mail or wire fraud includes… to* **defraud another of honest services**… *(1) used either mail …(4) with the intent to deprive another of, (5) either property or honest services…Offenders face the prospect of imprisonment for not more than 20 years, a fine of not more than $250,000 (not more than $500,000 for organizations)… an order to pay victim restitution… from the offense.*

**Scheme or artifice to defraud** *by depriving another of the intangible right of honest services (18 U.S.C. Sec. 1346)*

**18 U.S. Code § 1519** *Whoever knowingly alters, destroys, mutilates, conceals, covers up, falsifies, or makes a false entry in any record, document, or tangible object with the intent* **to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of any department or agency of the United States or any case filed under title 11, or in relation to or contemplation of any such matter or case, shall be fined under this title, imprisoned not more than 20 years, or both.**

## ADMINISTRATIVE REMEDY PROCEDURE

**Libellant, by Restricted Appearance and not Generally, has hereby exhausted Libellant's extensive administrative remedies Within the Admiralty ab initio, by Noticing LIBELLEES ET AL.**

**28 U.S.C. §1333, §1337, §2461 and §2463**



OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
OPPOSITION TO EXPUNGEMENT & DISALLOWACE of Walter Olszewski CLAIM IN AFFIDAVIT FORM

## PROOF OF CLAIM & PROOF Of LOSS IN AN AFFIDAVIT FORM
### ONE COURT CLAIM with Amendments Inclusive of Numbers #7163 #7172 #7310 # 7321
Walter Olszewski ACCEPTS ALL BONDED OATHS of OFFICES of the COURT UNDER NOTARY SEAL

[28 U.S.C. §§ 1333, 1337]
**ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL
And INCLUSIVE INVOICE for CASE # 12-12032**

As an operation of law, Libellant is required to exhaust Libellant's administrative
remedies. This Administrative Remedy Within the Admiralty ab initio instrument is
cargo as identified Within the Admiralty.
As with any administrative process, Libellees had the right to controvert the
statements and/or claims made by Libellant by executing and delivering a verified
response point by point, in affidavit form, sworn and attested to, signed by
Libellees with evidence in support, to the Libellant at the address exactly as given
above. Libellees agreed and admitted to all statements and claims made herein by
Libellant by TACIT PROCURATION, by simply remaining silent. *(Maxims of Law)*

## TORTUROUS CLAIM IN EVENT OF FUTURE LITGATION

**Affiants States, Fact:** In the event of a future litigation, this Affidavit will be used as an
admission to the above facts. Libellant furthers request nominal, compensatory, punitive
and any other damages that the court deems Just and Proper, inclusive of reasonable
compensation for "time" necessarily expended to prosecute this action. Punitive
damages are in order due to the Respondents frivolous and non-responsive alleged
"answers" to Libellant submissions throughout this emotional ordeal; which directly
caused unnecessary delay and the subsequent attempt to Libellant to lose his claim and
tie up an overburdened Court. Libellant will be entitled to the forfeiture of the operational
and public hazard bond of **Libellees,** by a **torturous claim**. In the event of a future
litigation the tort claim is Ten (10) times $ 2,037,653.92 **= $20, 376,539.20) Any and all
bonds, assets, of the real parties involved.** *(See Exhibit A )*

### Power of Attorney
**Affiants States, Fact:** Power of Attorney: Libellees agreed with the granting unto
Libellant, Walter Olszewski's unlimited Power of Attorney when Libellees, failed by not
rebutting "Affidavits". Libellees agreed with the granting unto Libellant, Walter Olszewski
any and all full authorization in signing or endorsing Libellant's name upon any
instruments in satisfaction of the obligation(s) of this Affidavit /Agreement or any
agreement arising from this agreement. Pre-emption of or to any Bankruptcy proceeding
of Libellees shall not discharge any obligation(s) of this agreement. *(See Exhibit A )*

## ESTOPPEL BY ACQUIESCENCE:

**Affiants States, Fact: Libellees** admitted the statements and claims by TACIT
PROCURATION, all issues are deemed settled RES JUDICATA, STARE DECISIS
and COLLATERAL ESTOPPEL, and as a result, JUDGMENT BY ESTOPPEL, and
are not subject to appeal. Libellees may not argue, controvert, or otherwise
protest the finality of the administrative findings Within the Admiralty in any
subsequent process, whether administrative or judicial. *(See Exhibit A )*

OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
OPPOSITION TO EXPUNGEMENT & DISALLOWACE OF Walter Olszewski CLAIM IN AFFIDAVIT FORM

## PROOF OF CLAIM & PROOF Of LOSS IN AN AFFIDAVIT FORM
ONE COURT CLAIM with Amendments Inclusive of Numbers #7163 #7172 #7310 # 7321
Walter Olszewski ACCEPTS ALL BONDED OATHS of OFFICES of the COURT UNDER NOTARY SEAL

### [28 U.S.C. §§ 1333, 1337]
### ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL
### And INCLUSIVE INVOICE for CASE # 12-12032

Affiants States, Fact: Libellees agreed that Libellant is the real party of interest and has STANDING and POWER OF ATTORNEY.

Affiants States,Fact: Affiant has filed only "ONE COURT CLAIM" with amendments Inclusive of Numbers #7163 #7172 #7310 # 7321 and this AFFIDAVIT.

Affiants States, Fact: Walter Olszewski requested permission from the Trustee to please include his "Notarized Affidavit of Loss" in support of his "Notarized B-10 as Walter Olszewski was not allocated sufficient time to file.

Affiants States, Fact: Affiants is the secured Issuer of the credit and TIMELY FILED Notarized Affidavit of Priority Loss in support of Notarize B- 10 by Registered Mail™ and Service of Process to both United States Bankruptcy Court for the Southern District of New York and ResCap Claims Processing Center c/o KCC.
Affiants States, Fact: Affiant accepts 28 U.S.C. 453: The Oaths of justice and Judges.
Affiants States, Fact: Affiant accepts 5 U.S.C. 3331: The Oaths of Offices.

Affiants States, FACT: When no verified Affidavit rebuttal of this "EVIDENTIARY REQUEST" was made in a timely manner, a "Certificate of Non-Response" served as an agreement from the Libellees.

Affiants States, FACT: Libellees confirms that Secured Issuer of the credit, Walter Olszewski, Libellant has priority claim in the amount of $ 2,037,653.92 through tacit procuration to these DECLARATION Of PROOF OF CLAIM AND PROOF OF LOSS IN AN AFFIDAVIT FORM and the whole matter shall be deemed res judicata and stare decisis.

Affiants States, FACT: The stipulated judgment and consent/agreement by means of silence with any and all claims and/or violations herein-stated in the default provisions or any other lawe became JUDGMENT BY ESTOPPEL And INCLUSIVE INVOICE for CASE # 12-12032

Affiants Demands: LIBELLEES to pay Secured Issuer of the credit, LIBELLANT, Walter Olszewski, the priority INVOICE CLAIM in the amount of $ 2,037,653.92

Affiants States, Fact: In the event of future litigation, Libellees agree to pay torturous claim in the amount Ten (10) times $ 2,037,653.92 = $20, 376,539.20.

Affiants Demands: THAT THE HONORABLE JUDGE FIND THE FACTS AND MAKE CONCLUSIONS OF LAWE BASED ON THE EVIDENCE.

OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
Court Documents were prevented, obstructed, impeded, or interfered and/or never received
THERE IS NO STATUTE OF LIMITATIONS FOR FRAUD          7

OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
OPPOSITION TO EXPUNGEMENT & DISALLOWACE of Walter Olszewski CLAIM IN AFFIDAVIT FORM

## PROOF OF CLAIM & PROOF Of LOSS IN AN AFFIDAVIT FORM
ONE COURT CLAIM with Amendments Inclusive of Numbers #7163 #7172 #7310 #7321
Walter Olszewski ACCEPTS ALL BONDED OATHS of OFFICES of the COURT UNDER NOTARY SEAL

### [28 U.S.C. §§ 1333, 1337]
### ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL
### And INCLUSIVE INVOICE for CASE # 12-12032

In Witness hereof I **walter** set my hand/seal/mark;
In Witness by Three (3) Notary Public
My name is **non-negotiable**;
All rights reserved without prejudice.

walter: olszewski
**Libellant, Secured Issuer of the Credit**

**This document is hereby Notarized Without Wavier or Prejudice as to Rights**

### JURAT

state of California _____ )
                                  )    ss.
county of Los Angeles_____ )

Subscribed and sworn to before me on February 12, 2014

Notary Seal:                        walter: olszewski
                      **Proved to me on her basis of satisfactory evidence to
                      be the person who appeared before me.**


TANYA LLANES TARVER
COMM. # 1972366
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. MAR. 17, 2016

_____
Signature of Notary Public in and for said State
**Tarver Tanya Llanes**
**Printed Name of Notary**

MY COMMISSION EXPIRES: MARCH 17, 2016                COPY

**LAW NOTICE:** Notary Public Tanya Llanes Tarver, is not an attorney licensed to practice law in the STATE OF CALIFORNIA and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. Tanya Llanes Tarver, is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties. The Certifying Notary is an independent third party contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi- Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

RECEIVED
FEB 1 2 2014
KURTZMAN CARSON CONSULTANTS

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**
**GOVERNMENT CODE § 8202**

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_1._

_2._

_3._

_4._

_5._

_6._

_Signature of Document Signer No. 1_                    _Signature of Document Signer No. 2 (if any)_

State of California

County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me

on this _12th_ day of _February_ , 20 _14_
         _Date_              _Month_              _Year_

by

(1) _WALTER OLSZEWSKI_

(2) _____
              _Name(s) of Signer(s)_

DANNY W. THOMPSON
Commission # 1938020
Notary Public - California
Los Angeles County
My Comm. Expires May 23, 2015

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _____
              _Signature of Notary Public_

_Place Notary Seal Above_

———————— **OPTIONAL** ————————

*Though this section is optional, completing this information can deter alteration of the document*
*or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**
**GOVERNMENT CODE § 8202**

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____     _____
*Signature of Document Signer No. 1*     *Signature of Document Signer No. 2 (if any)*

State of California

County of _____ los Angeles _____

Subscribed and sworn to (or affirmed) before me
on this __12th__ day of __February__, 20__14__,
         Date          Month              Year
by

(1) ___Walter Olszewski_____

(2) _____
         *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _____
         *Signature of Notary Public*

[Notary Seal:]
M. J. BARAJAS
Commission # 1935618
Notary Public - California
Los Angeles County
My Comm. Expires May 8, 2015

*Place Notary Seal Above*

───────────────── **OPTIONAL** ─────────────────

*Though this section is optional, completing this information can deter alteration of the document*
*or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __Objections to Fifty-eight Omnibus__

Document Date: __February 12, 2014_____     Number of Pages: __20__

Signer(s) Other Than Named Above: _____

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

# DECLARATION OF AFFIDAVIT OF NOTARY PRESENTMENT
### OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
### OPPOSITION TO EXPUNGEMENT & DISALLOWACE OF Walter Olszewski CLAIM IN AFFIDAVIT FORM

**PROOF OF CLAIM & PROOF Of LOSS IN AN AFFIDAVIT FORM**
**ONE COURT CLAIM with Amendments Inclusive of Numbers  #7163 #7172  #7310 # 7321**
**Walter Olszewski ACCEPTS ALL BONDED OATHS of OFFICES of the Court UNDER NOTARY SEAL**

[28 U.S.C. §§ 1333, 1337]
ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL
And INCLUSIVE INVOICE for CASE # 12-12032

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT
## PROOF OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Affiant, a Duly Commissioned Notary Public, as a third party with no interest in the matter, merely for the sole purpose of certifying a response or lack thereof, and at the request of Walter Olszewski mailed and delivered to:

February 12, 2014

Honorable Martin Glenn                       Express Mail™ EU 943082179 US
**United States Bankruptcy Court for the Southern District of New York**
Alexander Hamilton Custom House
One Bowling Green, Room 501
New York, New York 10004-1408

**MORRISON & FOERSTER LLP**               Express Mail™ EU 9430825931 US
1290 Avenue of the Americas               Certified Mail 7013 3020 0000 3075 8955
New York, New York 10104
Gary S. Lee                                           Express Mail™ EU 9430825931 US
Norman S. Rosenbaum                        Express Mail™ EU 9430825931 US
Jordan A. Wishnew                             Express Mail™ EU 9430825931 US
Jennifer L. Marines                            Certified Mail 7013 3020 0000 3075 8955
Alexandra Steinberg Barrage            Certified Mail 7013 3020 0000 3075 8955
Todd M. Green                                   Certified Mail 7013 3020 0000 3075 8955
Lorenzo Marinuzzi                            Certified Mail 7013 3020 0000 3075 8955

**Office of the United States Trustee for the Southern District of New York**
**U.S. Federal Office Building**
201 Varick Street, Suite 1006
New York, New York, 10014
Linda A. Riffkin                                Certified Mail 7013 3020 0000 3139 3902
Brian S. Masumoto                           Certified Mail 7013 3020 0000 3139 3896

**Office of the United States Attorney General**
**U.S. Department of Justice**
950 Pennsylvania Avenue
NW, Washington, DC 20530-0001
US Attorney General, Eric H. Holder, Jr.  Certified Mail 7013 3020 0000 3139 3889

**Office of the New York State Attorney General**
**The Capitol**
Albany, NY 12224-0341
Nancy Lord, Esq.                              Certified Mail 7013 3020 0000 3139 3872
Enid N. Stuart, Esq.                          Certified Mail 7013 3020 0000 3139 3865

**Office of the U.S. Attorney for the Southern District of New York**
One St. Andrews Plaza
New York, New York 10007
Joseph N. Cordaro, Esq.                   Certified Mail 7013 3020 0000 3139 3858

**The ResCap Borrower Claims Trust**     Express Mail™ EU 943082616 US
Polsinelli PC
900 Third Avenue, 21st Floor
New York, NY 10022
Daniel J. Flanigan                           Express Mail™ EU 943082616 US
Peter S. Kravitz                              Express Mail™ EU 943082616 US

COPY

**DECLARATION OF AFFIDAVIT OF NOTARY PRESENTMENT**
**OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE**
Court Documents were prevented, obstructed, impeded, or interfered and/or never received
**PROOF OF SERVICE**      **THERE IS NO STATUTE OF LIMITATIONS FOR FRAUD**                        1

# DECLARATION OF AFFIDAVIT OF NOTARY PRESENTMENT
### OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
### OPPOSITION TO EXPUNGEMENT & DISALLOWACE OF Walter Olszewski CLAIM IN AFFIDAVIT FORM

#### PROOF OF CLAIM & PROOF Of LOSS IN AN AFFIDAVIT FORM
#### ONE COURT CLAIM with Amendments Inclusive of Numbers  #7163 #7172  #7310 # 7321
#### Walter Olszewski ACCEPTS ALL BONDED OATHS of OFFICES of the COURT UNDER NOTARY SEAL

#### [28 U.S.C. §§ 1333, 1337]
#### ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL
#### And INCLUSIVE INVOICE for CASE # 12-12032

RE: DECLARATION OF AFFIDAVIT OF OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE UNDER NOTARY PRESENTMENT
RE: DECLARATION OF AFFIDAVIT OF OPPOSITION TO EXPUNGEMENT & DISALLOWACE OF Walter Olszewski CLAIM IN AFFIDAVIT FORM UNDER NOTARY PRESENTMENT

### ONE COURT CLAIM with Amendments Inclusive of Numbers  #7163 #7172  #7310 # 7321
### [28 U.S.C. §§ 1333, 1337]
### ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL
### And INCLUSIVE INVOICE for CASE # 12-12032
### ALL WITNESS BY THREE (3) NOTARY PUBLIC and PROOF OF SERVICE

KNOW ALL MEN BY THESE PRESENTS:

**Pursuant to the instructions of the Authorized Representative of the undersigned Issuer of the credit on the attached DECLARATION OF AFFIDAVIT OF OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE UNDER NOTARY PRESENTMENT and DECLARATION OF AFFIDAVIT OF OPPOSITION TO EXPUNGEMENT & DISALLOWACE OF Walter Olszewski CLAIM IN AFFIDAVIT FORM UNDER NOTARY PRESENTMENT, <u>ALL WITNESS BY THREE (3) NOTARY PUBLIC and PROOF OF SERVICE.</u>**

I am certifying the delivery of said presentment with a demand for your performance in responding to me to certify your response. Your response must be complete in responding point for point, and a copy of your response should also be provided to the undersigned authorized representative of the Issuer of the credit. All responses must be sent via Certified Mail. All responses by any other means will be deemed and certified as a non-response.

The records provided herein comprise a complete and exclusive statement of the agreement of the parties, and represent to the best of my knowledge the course of dealing, course of performance, and usage of trade between the parties and thereby constitute prima facie evidence of the instruments own authenticity and genuineness and of the facts stated in the instruments. The records are private and proprietary and are to be kept confidential so as not too prejudice the rights and interests of the Issuer of the credit.

This observation in facilitation of international commerce should not be deemed a power of attorney or the practice of law. The undersigned Notary Public witness is merely a duty-bound messenger.

Now I, <u>Tanya Llanes Tarver,</u> Notary Public, am sending this due presentment to you to notify you, pursuant to Instructions by Walter Olszewski. Authorization to do so is provided herein. Non-performance will be certified in the nature of RCW 42 .44.080, RCW 42.44.010, RCW62A.3.505, and RCW 62A.3.504.


COPY

# DECLARATION OF AFFIDAVIT OF NOTARY PRESENTMENT
### OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE
### OPPOSITION TO EXPUNGEMENT & DISALLOWACE OF Walter Olszewski CLAIM IN AFFIDAVIT FORM

**PROOF OF CLAIM & PROOF Of LOSS IN AN AFFIDAVIT FORM**
ONE COURT CLAIM with Amendments Inclusive of Numbers #7163 #7172 #7310 # 7321
Walter Olszewski ACCEPTS ALL BONDED OATHS of OFFICES of the COURT UNDER NOTARY SEAL

[28 U.S.C. §§ 1333, 1337]
**ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL**
**And INCLUSIVE INVOICE for CASE** # 12-12032

RECEIVED

FEB 12 2014

KURTZMAN CARSON CONSULTANTS

This record certifies that the above document was delivered via Express Mail™ and or Certified Mail by placing same in a postage paid envelope properly addressed to Recipient(s) at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the-State of California.

**All replies must be made by certified mail addressed as follows to the correct addressee and to both correct locations:**

Walter Olszewski
c/o Tanya Llanes Tarver, Notary Public
P.O. BOX 50202
Pasadena, California 91105

Walter Olszewski
104 West Loma Alta Drive
Altadena, California 91001-3933

All other replies will be certified as a non-response, and in dishonor.

February 12,2014

Awaiting your timely response,
Regards,

STATE OF CALIFORNIA                    )
                                       )
COUN'T'Y OF LOS ANGELES                )

COPY

I certify under the penalty of perjury under the laws of the state of California the forgoing is true and correct, WITNESS MY HAND.

TANYA LLANES TARVER
COMM. # 1972366
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. MAR. 17, 2016

Tanya Llanes Tarver, Notary Public

My Commission expires: MARCH 17 2016

**LAW NOTICE:** Notary Public Tanya Llanes Tarver, is not an attorney licensed to practice law in the STATE OF CALIFORNIA and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. Tanya Llanes Tarver, is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties. The Certifying Notary is an independent third party contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi- Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

**DECLARATION OF AFFIDAVIT OF NOTARY PRESENTMENT**
**OBJECTIONS TO FIFTY-EIGHTH OMNIBUS DUE TO ACTIONS CONTRARY TO LAWE**
Court Documents were prevented, obstructed, impeded, or interfered and/or never received

**PROOF OF SERVICE**          THERE IS NO STATUTE OF LIMITATIONS FOR FRAUD                    3

Search Results for Residential Capital, LLC et al.                                                                2/12/14 12:08 PM

 **KCC**

Corporate Restructuring : Active Cases : Residential Capital, LLC et al.

Search All KCC Court Documents

Client Login         Available on the App Store

| FAQs for Counterparties to Assumed Contracts | Bankruptcy Industry Links | Proof Of Claim Form | Claim/Creditor Search | Submit an Inquiry |

FAQs for Notice of Bar Date

Adversary Proceedings

Court Documents

Claims Register

First Day Motions

First Day Orders

Monthly Service List

Plan and Disclosure Statement

Prepetition Credit Documents

Press Releases

Sale Documents

Schedules/Statements

Voluntary Petition(s)

Disclaimer

Help

**Residential Capital, LLC et al. Search Results**
Debtor(s): All Debtors
Creditor Name: Begins With "walter olszewski"
Claim Amount Type: Filed Claim Amount

| Date Claim Filed | Claim No. | Name | Filed Claim Amount | Filed Claim Nature | Debtor | PDF |
|---|---|---|---|---|---|---|
| 9/3/2013 | 7163 | Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al | $612,000.00 | Secured | GMAC Mortgage, LLC | Y (1166 k) |
| 9/9/2013 | 7172 | Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al | $612,000.00 | Secured | GMAC Mortgage, LLC | Y (1261 k) |
| 1/10/2014 | 7321 | Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al | $2,037,653.92 | Secured | GMAC Mortgage, LLC | Y (2136 k) |
| 11/18/2013 | 7310 | Walter Olszewski vs Bank of America a corporation Bank of America Home Loans a corporation Bank of America NA a et al | $2,037,653.92 | Secured | GMAC Mortgage, LLC | Y (1360 k) |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".

Kurtzman Carson Consultants    Terms of Use    Privacy Statement

# EXHIBIT A



# ONE COURT CLAIM
# With Amendments Inclusive
# Of
# Numbers #7163, #7172
# #7310, #7321

RECEIVED

FEB 1 2 2014

KURTZMAN CARSON CONSULTANTS

# Exhibit  B

ResCap Claims Processing Center
c/o KCC
2335 Alaska Ave
El Segundo, CA  90245

```
FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049
```

Walter Olszewski vs Bank of America a coporation
Bank of America Home Loans a corporation
Bank of America NA a et al
104 W Loma Alta Dr
Altadena, CA 91001

PROOF OF CLAIM CONFIRMATION
Your proof of claim filed against GMAC Mortgage, LLC,
case no 12-12032 was received on 1/10/2014
and assigned claim number 7321

For more information, please visit **www.kccllc.net/rescap** or call 1-888-251-2914

 

Residential Capital, LLC
c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

000001

# Exhibit C

### Page 1 of 4

PRF # 63346***                          PackID: 1
Case No.: 12-12020                      NameID: 10995344
Svc: 3

Walter Olszewski vs Bank of America a coporation
Bank of America Home Loans a corporation Bank of
America NA a et al
104 W Loma Alta Dr
Altadena, CA 91101



**THIS IS A NOTICE REGARDING YOUR CLAIM.  YOU MUST READ IT
AND TAKE ACTION IF YOU DISAGREE WITH THE OBJECTION.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

# Exhibit C
### Page 2 of 4

|  |  |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Post Effective Date Debtors. | Jointly Administered |

### NOTICE OF HEARING ON  THE RESCAP BORROWER CLAIMS TRUST'S FIFTY-EIGHTH OMNIBUS OBJECTION TO (A) AMENDED AND SUPERSEDED BORROWER CLAIMS, (B) LATE-FILED BORROWER CLAIMS, AND (C) NO LIABILITY - NON-DEBTOR BORROWER CLAIMS

### Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al

| Proposed Claim(s) to be Disallowed and Expunged | | | | Reason for Disallowance |
|---|---|---|---|---|
| Claim No(s); Date Filed | Debtor | Classification | Amount | |
| 7172 09/09/13 | GMAC Mortgage, LLC | Administrative Priority | N/A | Late-Filed Claims |
| | | Administrative Secured | N/A | |
| | | Secured | $612,000.00 | |
| | | Priority | N/A | |
| | | General Unsecured | N/A | |

| Proposed Claim(s) to be Disallowed and Expunged | | | | Reason for Disallowance |
|---|---|---|---|---|
| Claim No(s); Date Filed | Debtor | Classification | Amount | |
| 7163 09/03/13 | GMAC Mortgage, LLC | Administrative Priority | N/A | Late-Filed Claims |
| | | Administrative Secured | N/A | |
| | | Secured | $612,000.00 | |
| | | Priority | N/A | |
| | | General Unsecured | N/A | |


COPY

PLEASE TAKE NOTICE that, on January 17, 2014, the ResCap Borrower Claims Trust (the "**Trust**"), as successor in interest to the Debtors[1] in the above-captioned Chapter 11 cases, filed its *Fifty-Eighth Omnibus Objection to Late-Filed Borrower Claims* (the "**Objection**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The basis for the claim objection applicable to you is identified in the table above in the column entitled "**Reason for Disallowance**".

The Objection requests that the Bankruptcy Court disallow and expunge one or more of your claims listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED on the ground that the claim(s) is a Late-Filed Borrower Claim. **Any claim that the Bankruptcy Court expunges and disallows will be treated as if it had not been filed and you will not be entitled to any distribution on account thereof.**

If you do NOT oppose the expungement and disallowance of your claim(s) listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

**If you DO oppose the expungement and disallowance of your claim(s) listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED, then you MUST file with the Bankruptcy Court and serve on the parties listed below a written response to the Objection that is received on or before 4:00 p.m. Prevailing Eastern Time on February 17, 2014 (the "Response Deadline").**

Your response, if any, must contain at a minimum the following: (i) a caption setting forth the name of the Bankruptcy Court, the names of the Debtors, the case number and the title of the Objection to which the response is directed; (ii) the name of the claimant and description of the basis for the amount of the claim; (iii) a concise statement setting forth the reasons why the claim should not be disallowed or expunged, for the reasons set forth in the Objection, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Objection; (iv) all documentation or other evidence of the claim, to the extent not included with the proof of claim previously filed with the Bankruptcy Court, upon which you will rely in opposing the Objection; (v) the address(es) to which the Trust must return any reply to your response, if different from that presented in the proof of claim; and (vi) the name, address, and telephone number of the person (which may be you or your legal representative) possessing ultimate authority to reconcile, settle, or otherwise resolve the claim on your behalf.

The Bankruptcy Court will consider a response only if the response is timely filed, served, and received. A response will be deemed timely filed, served, and received only if the original response is actually received on or before the Response Deadline by (i) the chambers of the Honorable Martin Glenn, One Bowling Green, New York, New York 10004, Courtroom 501; (ii) Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, New York 10104, Attn: Gary S. Lee, Esq., Norman S. Rosenbaum, Esq. and Jordan A. Wishnew, Esq., attorneys for the

---

[1]    A list of the debtors in these Chapter 11 cases (the "**Debtors**"), along with the last four digits of each Debtor's federal tax identification number, is available on the Debtors' website at http://www.kccllc.net/rescap.

# Exhibit C
### Page 3 of 4

ResCap Borrower Claims Trust; and (iii) ResCap Borrower Claims Trustee, Polsinelli PC, 900 Third Avenue, 21st Floor, New York, NY 10022, Attn: Peter S. Kravitz and Daniel J. Flanigan.

**A hearing will be held on March 11, 2014 to consider the Objection**. The hearing will be held at **10:00 a.m.** Prevailing Eastern Time in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, Courtroom 501. If you file a written response to the Objection, you should plan to appear at the hearing. The Trust, however, reserves the right to continue the hearing on the Objection with respect to your claim(s). If the Trust does continue the hearing with respect to your claim(s), then the hearing will be held at a later date. If the Trust does not continue the hearing with respect to your claim(s), then a hearing on the Objection will be conducted on the above date.

Whether or not the Bankruptcy Court disallows or expunges your claim(s) listed above under PROPOSED CLAIM(S) TO BE DISALLOWED AND EXPUNGED, the Trust has the right to object on other grounds to the claim(s) (or to any other claims you may have filed) at a later date. You will receive a separate notice of any such objections.

**You may participate in a hearing telephonically provided that you comply with the Bankruptcy Court's instructions, which can be found on the Bankruptcy Court's website at www.nysb.uscourts.gov.**

If you wish to view the complete Objection, you can do so on the Bankruptcy Court's electronic docket for the Debtors' chapter 11 cases, which is posted on the internet at www.nysb.uscourts.gov (a PACER login and password are required and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov), or for free at http://www.kccllc.net/rescap. If you have any questions about this notice or the Objection, or if you would like to request a complete copy of the Objection at the Trust's expense, please contact the Debtors' approved claims agent Kurtzman Carson Consultants, LLC at (888) 926-3479. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

DATED:    January 17, 2014
          New York, New York

**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Norman S. Rosenbaum
Jordan A. Wishnew

ATTORNEYS FOR THE RESCAP
BORROWER CLAIMS TRUST

**Exhibit C**

**Page 4 of 4**



Creditor Data -- 12-12020-mg Bank of America a corporation copyright © 2014 Bank of America Home Loans a corporation Bank of America NA a et al 02/11/14 5:17 PM

# Creditor Data for Claim Number 7321

Help

| Creditor: | Date Claim Filed: 1/10/2014 |
|---|---|
| Walter Olszewski vs Bank of America a corporation Bank of America Home Loans a corporation Bank of America NA a et al<br>104 W Loma Alta Dr<br>Altadena, CA 91001 | Claim #: 7321<br>PDF: View Claim (2136 k) |

Debtor Name: GMAC Mortgage, LLC
Debtor Case Number: 12-12032

|  | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|---|---|---|---|---|---|---|
| GU |  |  |  |  |  |  |
| PRI |  |  |  |  |  |  |
| SEC |  |  |  |  | $2,037,653.92 | $2,037,653.92 |
| AP |  |  |  |  |  |  |
| AS |  |  |  |  |  |  |
| **TOTALS** |  |  |  |  | **$2,037,653.92** | **$2,037,653.92** |

*C=Contingent, U=Unliquidated, D=Disputed

### Transfer History

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found |  |  |  |  |  |

### Objection History

| Date Created | Name | Basis | Status |
|---|---|---|---|
| No records found |  |  |  |

### Claim Withdrawal History

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found |  |  |  |

### Stipulation History

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found |  |  |  |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".

The Debtor has listed your claim as Contingent, Unliquidated, and Disputed on Schedule F as a General Unsecured claim in the amount of $0.00. You MUST timely file a Proof of Claim or you will be forever barred from recovery.

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor: **GMAC Mortgage, LLC**   Case Number: **12-12032**

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al

☐ Check this box if this claim amends a previously filed claim.

Name and address where notices should be sent:     NameID: 10995344
Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al
104 W Loma Alta Dr
Altadena, CA 91001

Court Claim Number: **7310**
*(If known)*

☑ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

Filed on: **11/18/2013**

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

Name and address where payment should be sent (if different from above):

**DEODAR EIGHT SOCIETY**
**P.O. Box 94355, Pasadena, California 91109**
Telephone number: **626 798-4422**   email: johnotrin@earthlink.net

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

1. Amount of Claim as of Date Case Filed: $ **$2,001,653.92 + $36,000 = $2,037,653.92**
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges. **8.2507 %**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

2. Basis for Claim: **Issuer of Promissory notes for $612,000.00 tendered on   10/27/2006**
(See instruction #2)

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

3. Last four digits of any number by which creditor identifies debtor: **760-8**

3a. Debtor may have scheduled account as: **N/A**
(See instruction #3a)

3b. Uniform Claim Identifier (optional):
(See instruction #3b)

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property: **$612,000.00**   Annual Interest Rate **8.2507 %** ☐ Fixed ☐ Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $ **N/A**   Basis for perfection: _____

Amount of Secured Claim: $ **$2,037,653.92**   Amount Unsecured: $ **N/A**

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. **N/A**
$ _____ (See instruction #6)

Amount entitled to priority:

**$2,037,653.92**
$ _____

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain: **JUDGMENT BY ESTOPPEL WITH A LIEN AGAINST DEBTOR**

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

9. Signature: (See instruction #9) Check the appropriate box.
☐ I am the creditor.   ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)   ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)   ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name: **Walter Olszewski**
Title: **Secured Issuer of the Credit**
Company:   (Signature)   (Date)
Address and telephone number (if different from notice address above):
**104 West Loma Alta Drive, Altadena California 91001**

Telephone number:

**RECEIVED**
**JAN 1 0 2014**
KURTZMAN CARSON CONSULTANTS

COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or

001KC0092_51765-5_domestic_21/030037/18/218

12120321401100000000000001

**DECLARATION OF AFFIDAVIT OF NON-RESPONSE UNDER NOTARY PRESENTMENT**
**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ab initio ADMINISTRATIVE REMEDY**
**[28 U.S.C. §§ 1333, 1337]**
**ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL**

CASE # 12-12032                                    COURT CLAIM# 7163, 7172 & 7310


## NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT A FINAL EXPRESSION IN A RECORD

It is hereby certified, that on the date noted below, the undersigned Affiant, a Duly Commissioned Notary Public, as a third party with no interest in the matter, merely for the sole purpose of certifying a response or lack thereof, and at the request of Libellant, Walter Olszewski, signed and Witness by Three (3) Notary, mailed and delivered to:

Gary S. Lee, Lorenzo Marinuzzi, Todd M. Green, Alexandra Steinberg Barrage, Jennifer L. Marines:        **MORRISON & FOERSTER LLP**
                                                   1290 Avenue of the Americas
                                                   New York, New York 10104

        RE:    **DECLARATION OF PROOF OF LOSS IN AN AFFIDAVIT FORM**
        **NOTICE OF DECLARATION OF NON-RESPONSE UNDER NOTARY SEAL**
        **CASE # 12-12032,        COURT CLAIM # 7163,7172 and 7310 (All the same Claim)**
        **ALL WITNESS BY THREE (3) NOTARY and PROOF OF SERVICE**

                **[Registered Mail™   RE 068 418 775 US        ]**


                                            Date: January 10,2014

### Maxims of Law:

**All men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.**
**Truth as a valid statement of reality is sovereign in commerce.**
**An unrebutted affidavit stands as truth in commerce.**
**An unrebutted affidavit is acted upon as the judgment in commerce.**
**Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.**
**It is tax fraud to use Courts to settle a dispute/controversy which could be settled peacefully outside of or without the Court.**


## CERTIFICATE OF NON-RESPONSE                **RECEIVED**

### COMMERCIAL OATH AND VERIFICATION            JAN 1 0 2014

                                            KURTZMAN CARSON CONSULTANTS

COUNTY OF LOS ANGELES)  )
                                    )    Commercial Oath and Verification
STATE OF CALIFORNIA    )

Page | 1 DEMAND FOR PERFORMANCE --DECLARATION OF AFFIDAVIT OF NON-RESPONSE UNDER NOTARY SEAL

**Libellee admitted the statements and claims by TACIT PROCURATION, all issues are deemed settled RES JUDICATA, STARE DECISIS and COLLATERAL ESTOPPEL, and as a result, JUDGMENT BY ESTOPPEL, and are not subject to appeal.**

DECLARATION OF AFFIDAVIT OF NON-RESPONSE UNDER NOTARY PRESENTMENT
NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ab initio ADMINISTRATIVE REMEDY
[28 U.S.C. §§ 1333, 1337]
ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL

CASE # 12-12032                                    COURT CLAIM# 7163, 7172 & 7310

I, Tanya Llanes Tarver, Notary Witness states under her Commercial Oath proceeding
in good faith being of sound mind states that the facts contained herein are true, correct,
complete and certain that Libellant, Walter Olszewski has not received an answer to his
administrative notices.

1. **FACT: BANK OF AMERICA,** BANK OF AMERICA HOME LOANS, BANK OF
   AMERICA, N.A., BAC HOME LOANS SERVICING LP; COUNTRYWIDE HOME
   LOANS, T.D. SERVICE COMPANY, MORTGAGE ELECTRONIC
   REGISTRATION SYSTEMS, WELLS FARGO BANK, NA, **GMAC MORTGAGE**,
   et al., failure to cure constituted, as an operation of law, the FINAL admission by
   Libellees through tacit procuration to the statements, claims and answers to the
   inquires provided. Said statements, claims and answers to inquire shall be
   deemed RES JUDICATA, STARE DECISIS and COLLATERAL ESTOPPEL
   binding on Libellees. Based upon the Libellee(s) default to Libellant's amended
   petition of International Commercial Claim within the Admiralty Administrative
   Remedy, **Registered Mail™ RE 778 831 138 US and Case No. GCO49295**
   Libellees may not argue, controvert, or otherwise protest the administrative
   findings entered thereby in any subsequent administrative or judicial
   proceedings. Original Filed July 6, 2012, Los Angeles Superior Court.

2. The Notary Witness certifies a **NOTICE OF INTERNATIONAL COMMERCIAL
   CLAIM WITHIN THE ADMIRALTY AB INITIO ADMINISTRATIVE REMEDY,**
   dated August 29, 2013, was Process Served, hereinafter "ICC", along with an
   Affidavit notarized and duly recorded by me, were received by ResCap Claims
   Processing Center c/o KCC on September 3, 2013, 12:42 pm, evidenced by
   **PROOF OF SERVICE** by All-N-One Legal Support, INC. Libellant and I have
   received **no response** by MORRISON & FOERSTER LLP and/or Residential
   Capital, LLC.

3. The Notary Witness certifies a **NOTICE OF INTERNATIONAL COMMERCIAL
   CLAIM WITHIN THE ADMIRALTY AB INITIO ADMINISTRATIVE REMEDY** File
   No. [**Registered Mail™** RA 329754703 US ] dated August 29, 2013,
   hereinafter "ICC", along with an Affidavit of Mailing both notarized and duly
   recorded by me, were received by ResCap Claims Processing Center c/o KCC
   on September 4, 2013, 9:19 am, evidenced by USPS Tracking™. Libellant and I
   have received **no response** by MORRISON & FOERSTER LLP and/or
   Residential Capital, LLC.

   RECEIVED

   JAN 1 0 2014

   KURTZMAN CARSON CONSULTANTS

4. The Notary Witness certifies a **NOTICE OF INTERNATIONAL COMMERCIAL
   CLAIM WITHIN THE ADMIRALTY AB INITIO ADMINISTRATIVE REMEDY** File
   No. [**Registered Mail™** RA 329754717 US ] dated August 29, 2013,
   hereinafter "ICC", along with an Affidavit of Mailing both notarized and duly

Libellee admitted the statements and claims by TACIT PROCURATION, all issues are deemed settled RES JUDICATA,
STARE DECISIS and COLLATERAL ESTOPPEL, and as a result, JUDGMENT BY ESTOPPEL, and are not subject to appeal.

**DECLARATION OF AFFIDAVIT OF NON-RESPONSE UNDER NOTARY PRESENTMENT**
**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ab initio ADMINISTRATIVE REMEDY**
**[28 U.S.C. §§ 1333, 1337]**
**ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL**

CASE # 12-12032                                      COURT CLAIM# 7163, 7172 & 7310

recorded by me, were received by United States Bankruptcy Court for the
Southern District of New York on September 9, 2013, 1:53 pm, evidenced by
USPS Tracking™. Libellant and I have received **no response** from MORRISON
& FOERSTER LLP and/or Residential Capital, LLC.

5.  The Notary Witness certifies a **NOTICE OF INTERNATIONAL COMMERCIAL
    CLAIM  WITHIN THE ADMIRALTY AB INITIO ADMINISTRATIVE REMEDY**
    dated August 29, 2013, was Process Served,  hereinafter "**ICC**", along with an
    Affidavit of Mailing both notarized and duly recorded by me, were received by
    United States Bankruptcy Court for the Southern District of New York on
    September 10, 2013, 1:13 pm, evidenced by **PROOF OF SERVICE** by All-N-One
    Legal Support, INC. Libellant and I have received **no response** from
    MORRISON & FOERSTER LLP and/or Residential Capital, LLC.

6.  The Notary Witness certifies a **NOTICE OF INTERNATIONAL COMMERCIAL
    CLAIM  WITHIN THE ADMIRALTY AB INITIO ADMINISTRATIVE REMEDY,
    (amended),  ALL WITNESS BY THREE (3) NOTARY and PROOF OF
    SERVICE** dated November 18, 2013,  was Served, hereinafter "**ICC**", along with
    an Affidavit notarized and duly recorded by me, were received by ResCap Claims
    Processing Center c/o KCC on November 18, 2013, evidenced by **stamped**
    RECEIVED NOV 18,2013 KURTZMANCARSONCONSULTANTS. Libellant and
    I have received **no response** by MORRISON & FOERSTER LLP and/or
    Residential Capital, LLC.

7.  The Notary Witness certifies a **NOTICE OF INTERNATIONAL COMMERCIAL
    CLAIM  WITHIN THE ADMIRALTY AB INITIO ADMINISTRATIVE REMEDY,
    (amended),  ALL WITNESS BY THREE (3) NOTARY and PROOF OF
    SERVICE** File No. [**Registered Mail™**  RA 329 755 465 US  ] dated November
    18, 2013, hereinafter "**ICC**", along with an Affidavit of Mailing both notarized and
    duly recorded by me, were received by **MORRISON &FOERSTER LLC** on
    November 25, 2013, 3:18 pm, evidenced by USPS Tracking™. Libellant and I
    have received **no response** from MORRISON & FOERSTER LLP and/or
    Residential Capital, LLC.

8.  The Notary Witness certifies that a **NOTICE OF DEFAULT AND DISHONOR
    AND 3 DAY OPPORTUNITY TO CURE, ALL WITNESS BY THREE (3)
    NOTARY and PROOF OF SERVICE** dated December 19, 2013 along with an
    Affidavit of notarized and duly recorded by me, were received by ResCap Claims
    Processing Center c/o KCC on December 20, 2013, evidenced by stamped
    RECEIVED DEC 20, 2013 KURTZMANCARSONCONSULTANTS. Libellant and
    I have received **no response** by MORRISON & FOERSTER LLP and/or
    Residential Capital, LLC.

RECEIVED
JAN 1 0 2014

Libellee admitted the statements and claims by TACIT PROCURATION, all issues are deemed settled RES JUDICATA,
STARE DECISIS and COLLATERAL ESTOPPEL, and as a result, JUDGMENT BY ESTOPPEL, and are not subject to appeal.

**DECLARATION OF AFFIDAVIT OF NON-RESPONSE UNDER NOTARY PRESENTMENT**
**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ab initio ADMINISTRATIVE REMEDY**
[28 U.S.C. §§ 1333, 1337]
ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL

CASE # 12-12032                              COURT CLAIM# 7163, 7172 & 7310

9.  The Notary Witness certifies that a **NOTICE OF DEFAULT AND DISHONOR
    AND 3 DAY OPPORTUNITY TO CURE, ALL WITNESS BY THREE (3)
    NOTARY and PROOF OF SERVICE,** File No. [Registered Mail™RA 329 755
    828 US ] dated December 19, 2013   and File No. Registered Mail™RE 589 683
    284 US ] dated December 19, 2013 along with an Affidavit of Mailing both
    notarized and duly recorded by me, were both received by Libellee, **MORRISON
    &FOERSTER LLC** on December 27,2013, 1:31 pm evidenced by return receipt
    [Registered Mail™RA 329 755 828 US ]. Libellant and I have received **no
    response** by MORRISON & FOERSTER LLP and/or Residential Capital, LLC.

10. The Notary Witness certifies that a Libellee admitted the statements and claims
    by TACIT PROCURATION, all issues are deemed settled RES JUDICATA,
    STARE DECISIS and COLLATERAL ESTOPPEL, and as a result, **JUDGMENT
    BY ESTOPPEL AND ASSENT BY NON-RESPONSE,** dated, along with an
    Affidavit of Mailing both notarized and duly recorded by me, was mailed to
    Libellee, **MORRISON &FOERSTER LLC** on January 10,2014 evidenced by
    return receipt [Registered Mail™ __RE 068 418 775 US__     ].

### ADMINISTRATIVE REMEDY PROCEDURE

Libellant, by Restricted Appearance and not Generally, has hereby exhausted
Libellant's extensive administrative remedies Within the Admiralty ab initio, by
Noticing MORRISON & FOERSTER LLP and/or Residential Capital, LLC.ET AL.
28 U.S.C. §1333, §1337, §2461 and §2463

As an operation of law, Libellant is required to exhaust Libellant's administrative
remedies. This Administrative Remedy Within the Admiralty ab initio instrument is cargo
as identified Within the Admiralty.

As with any administrative process, Libellee had the right to controvert the statements
and/or claims made by Libellant by executing and delivering a verified response point by
point, in affidavit form, sworn and attested to, signed by Libellee with evidence in
support, to the Libellant at the address exactly as given above. Libellee agreed and
admitted to all statements and claims made herein by Libellant by TACIT
PROCURATION, by simply remaining silent.

**RECEIVED**

**JAN 1 0 2014**

### ESTOPPEL BY ACQUIESCENCE:

KURTZMAN CARSON CONSULTANTS

Page | 4 DEMAND FOR PERFORMANCE —DECLARATION OF AFFIDAVIT OF NON-RESPONSE UNDER NOTARY SEAL

Libellee admitted the statements and claims by TACIT PROCURATION, all issues are deemed settled RES JUDICATA,
STARE DECISIS and COLLATERAL ESTOPPEL, and as a result, JUDGMENT BY ESTOPPEL, and are not subject to appeal.

**DECLARATION OF AFFIDAVIT OF NON-RESPONSE UNDER NOTARY PRESENTMENT**
**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ab initio ADMINISTRATIVE REMEDY**
**[28 U.S.C. §§ 1333, 1337]**
**ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL**

CASE # 12-12032                                      COURT CLAIM# 7163, 7172 & 7310

**Libellee admitted the statements and claims by TACIT PROCURATION, all issues are deemed settled RES JUDICATA, STARE DECISIS and COLLATERAL ESTOPPEL, and as a result, JUDGMENT BY ESTOPPEL, and are not subject to appeal. Libellee may not argue, controvert, or otherwise protest the finality of the administrative findings Within the Admiralty in any subsequent process, whether administrative or judicial.**

It is mandatory that Respondent sign and certify under penalty of perjury complete with SSN number (or TIN) under the laws of the United States of America under 28 USC 1746, all answers or any other correspondence in response to Affiant's Notice of Administrative Remedy, so that Affiant can know that Affiant is dealing with the Respondent(s) and that Respondent(s) is held to only those answers that are true, correct, complete, and not misleading and further;

That any facts alleged in Respondent's response must be of first hand knowledge in affidavit form properly sworn and subscribed to.

This matter is *stare decisis and res* judicata and lien debtors are in estoppel by their failure to respond.

Non-performance is certified in the nature of RCW 42.44.080 RCW 42.44.010, RCW 62A.3.505, and RCW 62A.3.504.

**Therefore, Secured Issuer of the credit, Walter Olszewski TIMELY FILED Notarize Affidavit of Priority Loss in support of Notarize B- 10 by Registered Mail™ and Service of Process to both United States Bankruptcy Court for the Southern District of New York and ResCap Claims Processing Center c/o KCC.**

**Affiants is the Issuer of the credit and has standing.**

**Affiants accepts that he is the real party of interest.**                    **RECEIVED**

**Affiants accepts  28 U.S.C. 453: The Oaths of justice and Judges.**          JAN 1 0 2014

**Affiants accepts  5 U.S.C. 3331: The Oath of  Office.**          KURTZMAN CARSON CONSULTANTS

**Affiants Demands: Debtor, GMAC Mortgage, LLC dba Homecoming Financial, LLC, pay Secured Issuer of the credit, Walter Olszewski priority claim in the amount of $ 2,037,653.92**

**Affiants Demands: That the Judge find the facts and make conclusions of law based on the evidence.**

Page | 5 DEMAND FOR PERFORMANCE —DECLARATION OF AFFIDAVIT OF NON-RESPONSE UNDER NOTARY SEAL

**DECLARATION OF AFFIDAVIT OF NON-RESPONSE UNDER NOTARY PRESENTMENT
NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ab initio ADMINISTRATIVE REMEDY
[28 U.S.C. §§ 1333, 1337]
ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL**

CASE # 12-12032                                    COURT CLAIM# 7163, 7172 & 7310

## ACCOUNTING AND TRUE BILL

**Affiants States:** In the event of a future litigation, this letter will be used as an admission to the above facts. Libellant further request nominals, compensatory, punitive and any other damages that the court deem Just and Proper, inclusive of reasonable compensation for "time" necessarily expended to prosecute this action. Punitive damages are in order due to the Respondents frivolous and non-responsive alleged "answers" to Libellant submissions throughout this emotional ordeal; which directly caused unnecessary delay and the subsequent attempt to Plaintiff to lose his claim and tie up an overburdened Superior Court. Walter Olszewski will be entitled to the forfeiture of the operational and public hazard bond of **Debtor, GMAC Mortgage, LLC dba Homecoming Financial, LLC** et al, and Operational and public hazard bonds of **Debtor, GMAC Mortgage, LLC dba Homecoming Financial, LLC** et al, and **MORRISON & FOERSTER LLP** by a **tortuous claim**. In the event of a future litigation the tort claim is Ten (10) times $ 2,037,653.92 = **$20, 376,539.20** ) Any and all bonds, assets, of the real parties involved which may be discovered.

Any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does constitute an admission that such amounts are "not disputed", "not contingent", or "not unliquidated". Further, each debtor has **NO RIGHT** to amend their Schedules and Statements of Financial Affairs. Debtors further has **NO RIGHT** to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".

**ESTOPPEL BY ACQUIESCENCE: and as a result, THERE IS A JUDGMENT BY ESTOPPEL WITH A LIEN AGAINST THE DEBTOR(S).** Defendant's are now estopped from entering any rebuttal at all as they have forfeited and waived that right by their inaction and an estoppel now constructively exists. This Court has only now to rule on the evidence of fact and law submitted by Libellant,. Libellees were uncooperative of the Administrative process below having failed to respond to the fact and law placed upon the record. They simply offered "general" denials absent the specificity, procedure and clarity, required by law. They then proceeded to delay and impede the progress of the action until they were able to violate Due Process of the Plaintiff, and failing even to recognize its high importance by ignoring the process placed upon its record. Walter Olszewski requests the court to award any other equitable relief deemed justified in this instant matter, and to close this case.

**RECEIVED**

**JAN 1 0 2014**

In Witness hereof I **walter** set my hand/seal/mark;
In Witness by Three (3) Notary
My name is **non-negotiable**;
All rights reserved without prejudice.

KURTZMAN CARSON CONSULTANTS

Page | 6 DEMAND FOR PERFORMANCE —DECLARATION OF AFFIDAVIT OF NON-RESPONSE UNDER NOTARY SEAL

Libellee admitted the statements and claims by TACIT PROCURATION, all issues are deemed settled RES JUDICATA, STARE DECISIS and COLLATERAL ESTOPPEL, and as a result, JUDGMENT BY ESTOPPEL, and are not subject to appeal.

### DECLARATION OF AFFIDAVIT OF NON-RESPONSE UNDER NOTARY PRESENTMENT
### NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ab initio ADMINISTRATIVE REMEDY
### [28 U.S.C. §§ 1333, 1337]
### ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL

CASE # 12-12032                                    COURT CLAIM# 7163, 7172 & 7310

Libellant,  **Secured Issuer of the Credit**

walter: olszewski

**This document is hereby Notarized Without Wavier or Prejudice as to Rights**

**RECEIVED**

**JAN 1 0 2014**

KURTZMAN CARSON CONSULTANTS

**state of California** _____  )
                                         )      **JURAT**
                                         )      **ss.**
**county of Los Angeles**_____     )

Subscribed and sworn to before me on January 10, 2014

walter: olszewski

Notary Seal:

**Proved to me on her basis of satisfactory
evidence to be the person who appeared before
me.**

Signature of Notary Public in and for said State

**Tanya Llanes Tarver**
Printed Name of Notary

**LAW NOTICE:** Notary Public Tanya Llanes Tarver, is not an attorney licensed to practice law in the STATE OF CALIFORNIA and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. Tanya Llanes Tarver, is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties. The Certifying Notary is an independent third party contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi- Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

Page | 7 DEMAND FOR PERFORMANCE —DECLARATION OF AFFIDAVIT OF NON-RESPONSE UNDER NOTARY SEAL

Libellee admitted the statements and claims by TACIT PROCURATION, all issues are deemed settled RES JUDICATA, STARE DECISIS and COLLATERAL ESTOPPEL, and as a result, JUDGMENT BY ESTOPPEL, and are not subject to appeal.

SEE ATTACHED NOTARIAL CERTIFICATE

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**
**GOVERNMENT CODE § 8202**

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

RECEIVED

JAN 1 0 2014

KURTZMAN CARSON CONSULTANTS

_____          _____
*Signature of Document Signer No. 1*        *Signature of Document Signer No. 2 (if any)*

State of California                         Subscribed and sworn to (or affirmed) before me

County of _LOS ANGELES_                     on this _10TH_ day of _JANUARY_, 20 _14_,
                                                      Date          Month          Year
                                            by

| JOHN RAMIREZ |
| Commission # 1989476 |
| Notary Public - California |
| Los Angeles County |
| My Comm. Expires Aug 28, 2016 |

(1) _WALTER OLSZEWSKI_

(2) _____
        *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _____
                *Signature of Notary Public*

*Place Notary Seal Above*

──────────── **OPTIONAL** ────────────

*Though this section is optional, completing this information can deter alteration of the document
or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____    Number of Pages: _____

Signer(s) Other Than Named Above: _____

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**
**GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

RECEIVED

JAN 1 0 2014

KURTZMAN CARSON CONSULTANTS

_____     _____
Signature of Document Signer No. 1     Signature of Document Signer No. 2 (if any)

State of California

County of _LOS ANGELES_

ALFONSO ORTIZ
Commission # 1890746
Notary Public - California
Los Angeles County
My Comm. Expires May 23, 2014

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me

on this _10_ day of _JANUARY_, 20_14_,
       Date      Month      Year
by

(1) _WALTER OLSZEWSKI_

(2) _____
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

━━━━━━━━━━━━ **OPTIONAL** ━━━━━━━━━━━━

*Though this section is optional, completing this information can deter alteration of the document
or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____    Number of Pages: _____

Signer(s) Other Than Named Above: _____

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

# DECLARATION OF AFFIDAVIT OF NOTARY PRESENTMENT
## NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ab initio ADMINISTRATIVE REMEDY
### [28 U.S.C. §§ 1333, 1337]
### ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL

CASE # 12-12032                                   COURT CLAIM# 7163,7172 & 7310
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT A FINAL EXPRESSION IN A RECORD

It is hereby certified, that on the date noted below, the undersigned Affiant, a Duly Commissioned Notary Public, as a third party with no interest in the matter, merely for the sole purpose of certifying a response or lack thereof, and at the request of Walter Olszewski mailed and delivered to:

January 10, 2014

Gary S. Lee                          [Registered Mail™    RE 068 418 775 US        ]
Lorenzo Marinuzzi
Todd M. Green                        **MORRISON & FOERSTER LLP**
Alexandra Steinberg Barrage          1290 Avenue of the Americas
Jennifer L. Marines                  New York, New York 10104

## RE: DECLARATION OF AFFIDAVIT OF NON-RESPONSE UNDER NOTARY PRESENTMENT
## NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ab initio ADMINISTRATIVE REMEDY
### [28 U.S.C. §§ 1333, 1337]
### ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL
### UNDER NOTARY SEAL
CASE # 12-12032,                      COURT CLAIM # 7163,7172 & 7310
**ALL WITNESS BY THREE (3) NOTARY and PROOF OF SERVICE**

**RECEIVED**

**JAN 1 0 2014**

KNOW ALL MEN BY THESE PRESENTS:

KURTZMAN CARSON CONSULTANTS

Pursuant to the instructions of the Authorized Representative of the undersigned Issuer of the credit on the attached **DECLARATION Of PROOF OF LOSS IN AN AFFIDAVIT FORM, B-10 PROOF OF CLAIM, ESTOPPEL BY ACQUIESCENCE: and as a result, THERE IS A JUDGMENT BY ESTOPPEL WITH A LIEN AGAINST THE DEBTOR(S) UNDER NOTARY SEAL, ALL WITNESS BY THREE (3) NOTARY and PROOF OF SERVICE** .
I am certifying the delivery of said presentment with a demand for your performance in responding to me to certify your response. Your response must be complete in responding point for point, and a copy of your response should also be provided to the undersigned authorized representative of the Issuer of the credit. All responses must be sent via Certified Mail. All responses by any other means will be deemed and certified as a non-response.

The records provided herein comprise a complete and exclusive statement of the agreement of the parties, and represent to the best of my knowledge the course of dealing, course of performance, and usage of trade between the parties and thereby constitute prima facie evidence of the instruments own authenticity and genuineness and of the facts stated in the instruments. The records are private and proprietary and are to be kept confidential so as not to prejudice the rights and interests of the Issuer of the credit.

This observation in facilitation of international commerce should not be deemed a power of attorney or the practice of law. The undersigned Notary Public witness is merely a duty-bound messenger.

Now I, Tanya Llanes Tarver, Notary Public, am sending this due presentment to you to notify you, pursuant to Instructions by Walter Olszewski. Authorization to do so is provided herein. Non-performance will be certified in the nature of RCW 42 .44.080, RCW 42.44.010, RCW62A.3.505, and RCW 62A.3.504.

This record certifies that the above document was delivered via Registered Mail™    RE 068 418 775 US      ]
Return Receipt attached by placing same in a postage paid envelope properly addressed to Recipient(s) at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the-State of California.

Page | 1

**DEMAND FOR PERFORMANCE**                    **B-10 PROOF OF COMMERCIAL LIEN**
Libellee admitted the statements and claims by TACIT PROCURATION, all issues are deemed settled RES JUDICATA, STARE DECISIS and COLLATERAL ESTOPPEL, and as a result, JUDGMENT BY ESTOPPEL, and are not subject to appeal.

## DECLARATION OF AFFIDAVIT OF NOTARY PRESENTMENT
**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ab initio ADMINISTRATIVE REMEDY**
[28 U.S.C. §§ 1333, 1337]
**ESTOPPEL BY ACQUIESCENCE: and as a result, JUDGMENT BY ESTOPPEL**

CASE # 12-12032                                COURT CLAIM# 7163,7172 & 7310

**All replies must be made by certified mail addressed as follows:**

Walter Olszewski
c/o  Tanya Llanes Tarver, Notary Public
P.O. BOX 50202
Pasadena, California 91105

All other replies will be certified as a non-response, and dishonor.

January 10,2014

Awaiting your timely response,
Regards,

**RECEIVED**

**JAN 1 0 2014**

KURTZMAN CARSON CONSULTANTS

STATE OF CALIFORNIA          )
                             )
COUNTY OF LOS ANGELES   )

I certify under the penalty of perjury under the laws of the state of California the forgoing is true and correct,
WITNESS MY HAND.

_____
                                    Tanya Llanes Tarver, Notary Public

My Commission expires: MARCH 17, 2016

**LAW NOTICE:** Notary Public Tanya Llanes Tarver, is not an attorney licensed to practice law in the STATE OF CALIFORNIA and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. Tanya Llanes Tarver, is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties. The Certifying Notary is an independent third party contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi- Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

Page | 2

**DEMAND FOR PERFORMANCE**                    **B-10 PROOF OF COMMERCIAL LIEN**
Libellee admitted the statements and claims by TACIT PROCURATION, all issues are deemed settled RES JUDICATA, STARE DECISIS and COLLATERAL ESTOPPEL, and as a result, JUDGMENT BY ESTOPPEL, and are not subject to appeal.

## DECLARATION Of PROOF Of LOSS IN AN AFFIDAVIT FORM
CASE # 12-12032                    COURT CLAIM # 7310

NOTICE OF DEFAUT        3 DAY OPPORTUNITY TO CURE        UNDER NOTARY SEAL

### NOTICE OF DEFAUT
### 3 DAY OPPORTUNITY TO CURE
### UNDER NOTARY SEAL

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**
**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**

RECEIVED
DEC 2 0 2013
KURTZMAN CARSON CONSULTANTS

**At the request of Walter Olszewski, TANYA LLANES TARVER, HAROLD E. REYES AND HENK NEEF, (3) THREE Notary Public certify that on November 18, 2013 a Declaration of Loss in an Affidavit Form was Notarize. An AFFIDAVIT OF NOTARY PRESENTMENT was sent Registered Mail™ RA 329 755 465 US ].**

Et al, successor and assigns of and for, with a response due date of November 30,2013. (Over 10 Days) To date, no response has been received from and 3-Day Opportunity to Cure notice is now being sent to:

Gary S. Lee,Lorenzo Marinuzzi, Todd M. Green, Alexandra Steinberg Barrage & Jennifer L. Marines

RECEIVED
JAN 1 0 2014
KURTZMAN CARSON CONSULTANTS

**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104

**MORRISON & FOERSTER LLP** fails to take the remedy offered in NOTICE OF DEFAULT, 3 DAY OPPORTNITY TO CURE UNDER NOTARY SEAL [Registered Mail™ RE 589 683 284 US] that were an oversight, mistake or otherwise unintentional, Walter Olszewski grants the, **MORRISON & FOERSTER LLP.** including all Libellees three (3) days, exclusive of the day of receipt, to cure the fault and effect the remedy.

FACT: Debtor, GMAC Mortgage, LLC, dba Homecoming Financial, LLC, sent B-10 Form to the wrong zip code address. This fact was confirmed by Mr. Jarrel Phillips, Residential Capital, LLC. FACT: Secured Issuer of the credit, Walter Olszewski received the B -10 after the filing deadline.

> Affiant has no record or evidence that proper notification is not essential to basic "Due Process", as per; "To one who protests against the taking of his property without due process of law, it is no answer to say that in his particular case in which due process of law would have led to the same result because he had no adequate defense upon the merits." Coe v. Armour Fertilizer Works, 237 U.S. 413, 424 . "It is enough to invoke the procedural safeguards of the Fourteenth Amendment that a significant property interest is at stake, whatever the ultimate outcome of a hearing on the contractual right to continued possession and use of the goods. The facts and the law do matter and judicial action by judges or the like must be in accords with those presented to the court. This is to assure due process of law and equal protection of the law".

FACT: Therefore, Secured Issuer of the credit, Walter Olszewski TIMELY FILED Notarize Affidavit of Priority Loss in support of Notarize B- 10 by [Registered Mail™ RA 329754703 US] and Service of Process to both United States Bankruptcy Court for the Southern District of New York and ResCap Claims Processing Center c/o KCC

FACT: ResCap Claims Processing assigned three claim numbers 7163, 7172 and 7310.

FACT: Secured Issuer of the credit, Walter Olszewski requests the court to note claims 7163, 7172, and 7310 are duplicate claims. There is only one claim filed with (3) three claim numbers.

FACT: Debtor, GMAC Mortgage, LLC dba Homecoming Financial, LLC, confirms that Secured Issuer of the credit, Walter Olszewski has priority claim is in the amount of $ 2,037,653.92

Case # 12-12032          In Witness by Three (3) Notary Seal          Court Claim # 7310

1 of 5

## DECLARATION Of PROOF Of LOSS IN AN AFFIDAVIT FORM

CASE # 12-12032                                                    COURT CLAIM # 7310

NOTICE OF DEFAUT          3 DAY OPORTUNITY TO CURE          UNDER NOTARY SEAL

Affiants Demands: I am demanding that Debtor, GMAC Mortgage, LLC, dba Homecoming

Financial, LLC, provide proof that B -10 was served to Walter Olszewski correct zip code address by declaration of affidavit.

Affiants Demands: Debtor, GMAC Mortgage, LLC dba Homecoming Financial, LLC, pay Secured Issuer of the credit, Walter Olszewski priority claim in the amount of $ 2,037,653.92

<u>ESTOPPEL BY ACQUIESCENCE:</u> Failure to cure will constitute, as an operation of law, the FINAL admission of the obligation by Debtor, GMAC Mortgage, LLC dba Homecoming Financial, LLC, through tacit procuration to this DECLARATION Of LOSS IN AN AFFIDAVIT FORM and the whole matter shall be deemed res judicata and stare decisis.

Affiants States: When no verified Affidavit rebuttal of this DECLARATION Of LOSS IN AN AFFIDAVIT FORM is made in the three days, a "Certificate of Non-Response" serves as Debtor, GMAC Mortgage, LLC dba Homecoming Financial, LLC,  stipulated judgment and consent/agreement by means of silence with any and all claims and/or violations herein-stated in the default provisions or any other law.

Affiants States: Power of Attorney: When Debtor, GMAC Mortgage, LLC, dba Homecoming Financial, LLC,  fails by not rebutting to this "Affidavit" Debtor, GMAC Mortgage, LLC, dba Homecoming Financial, LLC, agrees with the granting unto Walter Olszewski's unlimited Power of Attorney and any and all full authorization in signing or endorsing Debtor, GMAC Mortgage, LLC dba Homecoming Financial, LLC,  name upon any instruments in satisfaction of the obligation(s) of this Affidavit /Agreement or any agreement arising from this agreement. Pre-emption of or to any Bankruptcy proceeding shall not discharge any obligation(s) of this agreement. Consent and agreement with this Power of Attorney by Debtor, GMAC Mortgage, LLC, dba Homecoming Financial, LLC,  waives any and all claims of Walter Olszewski, and/or defenses and remains in effect until satisfaction of all obligation(s) including the LOSS OF $2,037,653.92 by Debtor, GMAC Mortgage, LLC, dba Homecoming Financial, **LLC,** has been satisfied.

It is mandatory that Respondent sign and certify under penalty of perjury complete with SSN number (or TIN) under the laws of the United States of America under 28 USC 1746, all answers or any other correspondence in response to Affiant's Notice of Administrative Remedy, so that Affiant can know that Affiant is dealing with the Respondent(s) and that Respondent(s) is held to only those answers that are true, correct, complete, and not misleading and further;

That any facts alleged in Respondent's response must be of first hand knowledge in affidavit form properly sworn and subscribed to.

This matter is *stare decisis and res* judicata and lien debtors are in estoppel by their failure to respond.

You must respond immediately by contacting the above referenced party in care of the undersigned Notary Public within 6 days upon date of your receipt of said presentment, allowing for 3 day mailing point to point. Non-performance will be certified in the nature of RCW 42.44.080 RCW 42.44.010, RCW 62A.3.505, and RCW 62A.3.504. All replies must be made by certified mail addressed as followed:

**walter olszewski**
**c/o Notary acceptance**
**TANYA LLANES TARVER**
P.O. Box 50202
Pasadena, California (91105)
Transmitting Utility

RECEIVED

JAN 1 0 2014

KURTZMAN CARSON CONSULTANTS

RECEIVED

DEC 2 0 2013

KURTZMAN CARSON CONSULTANTS

Case # 12-12032          In Witness by Three (3) Notary Seal          Court Claim # 7310

2 of 5

### DECLARATION Of PROOF Of LOSS IN AN AFFIDAVIT FORM

CASE # 12-12032                                    COURT CLAIM #  7310

NOTICE OF DEFAUT          3 DAY OPORTUNITY TO CURE          UNDER NOTARY SEAL

**All other replies will be certified as a non-response, and dishonor**

**Affiants States:**     In the event of a future litigation, this letter will be used as an admission to the above facts.

In Witness hereof **I walter** set my hand/seal/mark;
In Witness by Three (3) Notary
My name is **non-negotiable**;
All rights reserved without prejudice.

walter: olszewski
Libelant, Secured Party Creditor

**This document is hereby Notarized Without Wavier or Prejudice as to Rights**

**JURAT**

RECEIVED

DEC 2 0 2013

KURTZMAN CARSON CONSULTANTS

state of California _____    )
                                    )    **ss.**
county of Los Angeles_____    )

**Subscribed and sworn to before me on December 19,2013**

**walter: olszewski**

Notary Seal:

**Proved to me on her basis of satisfactory evidence
to be the person who appeared before me.**

Signature of Notary Public in and for said State

RECEIVED

JAN 1 0 2014

KURTZMAN CARSON CONSULTANTS

ALFONSO ORTIZ
Commission # 1890746
Notary Public - California
Los Angeles County
My Comm. Expires May 23, 2014

ALFONSO ORTIZ
Printed Name of Notary

Case # 12-12032          In Witness by Three (3) Notary Seal          Court Claim # 7310

3 of 5

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

RECEIVED

JAN 1 0 2014

KURTZMAN CARSON CONSULTANTS

RECEIVED

DEC 2 0 2013

_____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

State of California

County of LOS ANGELES

Subscribed and sworn to (or affirmed) before me

on this 19 day of DEC., 20 13,

       Date       Month       Year

by

(1) WALTER  OLSZEWSKI
          Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

              (and

(2) _____
         Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
         Signature of Notary Public

**HENK NEEF**
Commission # 1937047
Notary Public - California
Los Angeles County
My Comm. Expires May 29, 2015

Place Notary Seal Above

--- **OPTIONAL** ---

*Though the information below is not required by law, it may prove valuable
to persons relying on the document and could prevent fraudulent removal
and reattachment of this form to another document.*

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

**Further Description of Any Attached Document**

Title or Type of Document: NOTICE OF DEFAULT 3 DAY OPPORTUNITY TO CURE UNDER NOTARY SEAL

Document Date: DEC 19 2013        Number of Pages: _____

Signer(s) Other Than Named Above: _____

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)        Item #5910

4 of 5

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

RECEIVED

JAN 1 0 2014

KURTZMAN CARSON CONSULTANTS

RECEIVED

DEC 2 6 2013

_____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

State of California

County of __LOS ANGELES__

**HAROLD E. REYES**
COMM. # 2008077
NOTARY PUBLIC · CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Feb. 18, 2017

VRS1    VRS1

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me

on this __19__ day of __December__, 20__13__,
            Date          Month              Year

by

(1) __WALTER Olszewski__,
                    Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)

(and

(2) _____
                    Name of Signer

proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

Signature _____
                        Signature of Notary Public

─────────── **OPTIONAL** ───────────

*Though the information below is not required by law, it may prove valuable
to persons relying on the document and could prevent fraudulent removal
and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____    Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

© 2010 National Notary Association · NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)    Item #5910

5 of 5

# AFFIDAVIT OF NOTARY PRESENTMENT

CASE # 12-12032                                            COURT CLAIM# 7163
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS
NOTICE TO AGENT A FINAL EXPRESSION IN A RECORD**

It is hereby certified, that on the date noted below, the undersigned Affiant, a Duly Commissioned Notary Public, as a third party with no interest in the matter, merely for the sole purpose of certifying a response or lack thereof, and at the request of Walter Olszewski mailed and delivered to:

Gary S. Lee                    [Registered Mail™___RA 329 755 828 US____]
Lorenzo Marinuzzi              [Registered Mail™___RE 589 683 284 US_]
Todd M. Green                              **RECEIVED**                    **RECEIVED**
Alexandra Steinberg Barrage
Jennifer L. Marines                        **JAN 1 0 2014**                 **DEC 2 0 2013**
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas          KURTZMAN CARSON CONSULTANTS        KURTZMAN CARSON CONSULTANTS
New York, New York 10104

RE:    **DECLARATION OF PROOF OF LOSS IN AN AFFIDAVIT FORM
NOTICE OF DEFAUT-3DAY OPPORTUNITY TO CURE UNDER NOTARY SEAL
CASE # 12-12032, COURT CLAIM # 7310 and
ALL WITNESS BY THREE (3) NOTARY and PROOF OF SERVICE**

KNOW ALL MEN BY THESE PRESENTS:

Pursuant to the instructions of the Authorized Representative of the undersigned Issuer of the credit on the attached DECLARATION OF PROOF OF LOSS IN AN AFFIDAVIT FORM,NOTICE OF DEFAUT-3DAY OPPORTUNITY TO CURE UNDER NOTARY SEAL CASE # 12-12032, COURT CLAIM # 7310 and ALL WITNESS BY THREE (3) NOTARY and PROOF OF SERVICE I am certifying the delivery of said presentment with a demand for your performance in responding to me to certify your response. Your response must be complete in responding point for point, and a copy of your response should also be provided to the undersigned authorized representative of the Issuer of the credit. All responses must be sent via Certified Mail. All responses by any other means will be deemed and certified as a non-response.

The records provided herein comprise a complete and exclusive statement of the agreement of the parties, and represent to the best of my knowledge the course of dealing, course of performance, and usage of trade between the parties and thereby constitute prima facie evidence of the instruments own authenticity and genuineness and of the facts stated in the instruments. The records are private and proprietary and are to be kept confidential so as not to prejudice the rights and interests of the Issuer of the credit.

This observation in facilitation of international commerce should not be deemed a power of attorney or the practice of law. The undersigned Notary Public witness is merely a duty-bound messenger.

Now I, <u>Tanya Llanes Tarver</u>, Notary Public, am sending this due presentment to you to notify you, pursuant to Instructions by Walter Olszewski to provide you an opportunity to respond "correctly" IN HONOR, to the included instrument — DECLARATION OF PROOF OF LOSS IN AN AFFIDAVIT FORM,NOTICE OF DEFAUT-3DAY OPPORTUNITY TO CURE UNDER NOTARY SEAL CASE # 12-12032, COURT CLAIM # 7310 and ALL WITNESS BY THREE (3) NOTARY and PROOF OF SERVICE with regard to Walter Olszewski. The said response is to be received by Walter Olszewski in care of the undersigned notary public at the above noted address so it is received no later than ten (10) days beyond the postmark of this presentment. Authorization to do so is provided herein. Non-performance will be certified in the nature of RCW 42 .44.080, RCW 42.44.010, RCW62A.3.505, and RCW 62A.3.504.
This record certifies that the above document was delivered via Registered Mail™_ RA 329 755 828 US _]
Return Receipt attached by placing same in a postage paid envelope properly addressed to Recipient(s) at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the-State of California.

# AFFIDAVIT OF NOTARY PRESENTMENT

CASE # 12-12032                                           COURT CLAIM# 7163

**All replies must be made by certified mail addressed as follows:**

Walter Olszewski
c/o  Tanya Llanes Tarver, Notary Public
P.O. BOX 50202
Pasadena, California 91105

All other replies will be certified as a non-response, and dishonor.

RECEIVED

JAN 1 0 2014                 RECEIVED

KURTZMAN CARSON CONSULTANTS      DEC 2 0 2013

KURTZMAN CARSON CONSULTANTS

Awaiting your timely response,
Regards,

STATE OF CALIFORNIA)

COUNTY OF LOS ANGELES)

I certify under the penalty of perjury under the laws of the state of California the forgoing is true and correct, WITNESS MY HAND.

_____
Tanya Llanes Tarver, Notary Public

My Commission expires: _MARCH 16, 2017_

TANYA LLANES TARVER
COMM. # 1972366
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. Mar. 17, 2016

**LAW NOTICE:** Notary Public Tanya Llanes Tarver, is not an attorney licensed to practice law in the STATE OF CALIFORNIA and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. Tanya Llanes Tarver, is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties. The Certifying Notary is an independent third party contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi- Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

Creditor Data -- Walter Olszewski vs Bank of America a corporation Bank of America Home Loans a corporation Bank of America NA a et al.    2/11/14 5:25 PM

12-12020-mg    Doc 6504    Filed 02/18/14    Entered 02/19/14 11:12:00    Main Document
Pg 41 of 99

# Creditor Data for Claim Number 7310

Help

| Creditor: | Date Claim Filed: 11/18/2013 |
|---|---|
| Walter Olszewski vs Bank of America a corporation Bank of America Home Loans a corporation Bank of America NA a et al. 104 W Loma Alta Dr Altadena, CA 91001 | Claim #: 7310 PDF: View Claim (1360 k) |

**Debtor Name:** GMAC Mortgage, LLC
**Debtor Case Number:** 12-12032

|  | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|---|---|---|---|---|---|---|
| GU |  |  |  |  |  |  |
| PRI |  |  |  |  |  |  |
| SEC |  |  |  |  | $2,037,653.92 | $2,037,653.92 |
| AP |  |  |  |  |  |  |
| AS |  |  |  |  |  |  |
| **TOTALS** |  |  |  |  | **$2,037,653.92** | **$2,037,653.92** |

*C=Contingent, U=Unliquidated, D=Disputed

### Transfer History

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found |  |  |  |  |  |

### Objection History

| Date Created | Name | Basis | Status |
|---|---|---|---|
| No records found |  |  |  |

### Claim Withdrawal History

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found |  |  |  |

### Stipulation History

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found |  |  |  |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".

The Debtor has listed your claim as Contingent, Unliquidated, and Disputed on Schedule F as a General Unsecured claim in the amount of $0.00. You MUST timely file a Proof of Claim or you will be forever barred from recovery.

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

Name of Debtor: GMAC Mortgage, LLC

Case Number: 12-12032

NOTE: This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or entity to whom the debtor owes money or property):

Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al

Name and address where notices should be sent: NameID: 10995344

Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al
104 W Loma Alta Dr
Altadena, CA ~~61334~~ **91001**

☑ Data Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

☑ Check this box if this claim amends a previously filed claim.

Court Claim Number: **7163**
(If known)

Filed on: **9/3/2013**

Telephone number:                    email:

Name and address where payment should be sent (if different from above):

**DEODAR EIGHT SOCIETY**
**P.O. Box 94355, Pasadena, California 91109**

Telephone number: **626 798-4422**    email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed:    **$2,001,653.92 + $36,000 = $2,037,653.92**

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.    **8.2507** %

2. Basis for Claim: **Issuer of Promissory notes for $612,000.00 tendered on   10/27/2006**
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor: **760-8**

3a. Debtor may have scheduled account as: **N/A**
(See instruction #3a)

3b. Uniform Claim Identifier (optional):
(See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☑ Other
Describe: **$612,000.00**

Value of Property: **$612,000.00**    Annual Interest Rate **8.2507** %  ☐ Fixed  ☑ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim,
if any: $ **N/A**    Basis for perfection: **N/A**

Amount of Secured Claim: $ **2,037,653.92**    Amount Unsecured: $ **N/A**

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.
$ **N/A**    (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

8. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #6, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

9. Signature: (See instruction #9) Check the appropriate box.
☑ I am the creditor.  ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)
☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)
☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: **Walter Olszewski**
Title: **Secured Issuer of the Credit**
Company:
Address and telephone number (if different from notice address above):
**104 West Loma Alta Drive, Altadena California 91001**

(Signature) *Walter Olszewski* 11/18/2013    (Date)

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☑ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:
**$2,037,653.92**

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**RECEIVED**
**NOV 18 2013**
KURTZMAN CARSON CONSULTANTS

Telephone number:                    Email:

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both.

1121203213111800000000001

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**
CIVIL CODE § 1189

State of California

County of _Los Angelos_ }

On _11/18/13_ before me, _HAROLD E. REYES_
　　　　　Date　　　　　　　　　　Here Insert Name and Title of the Officer

personally appeared _WALTER LADDIE OLSZEWSKI_
　　　　　　　　　　　　　　　　Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____
　　　　　　Signature of Notary Public

HAROLD E. REYES
COMM. # 2008077
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Feb. 18, 2017

VRS 1

_Place Notary Seal Above_

───────── OPTIONAL ─────────
_Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**

Title or Type of Document: _B-10 Proof of Claim_　Document Date: _11/18/13_

Number of Pages: _1_　Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____

☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

Signer's Name: _____

☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual ☐ Attorney in Fact
☐ Trustee ☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)　Item #5907

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**
CIVIL CODE § 1189

State of California

County of _LOS ANGELES_ }

On _11-18-2013_ before me, _TANYA LLANES TARVER_ NOTARY PUBLIC
     Date                        Here Insert Name and Title of the Officer

personally appeared _WALTER LADDIE OLSZEWSKI AND_
                                  Name(s) of Signer(s)
_HAROLD EDGARDO REYES_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Place Notary Seal Above*

Signature: _____
                       Signature of Notary Public

───────────── **OPTIONAL** ─────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document** _Proof of_
Title or Type of Document: _B-10 CLAIM_ Document Date: _11-18-2013_
Number of Pages: _2_ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: _____ | Signer's Name: _____ |
|---|---|
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☐ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian or Conservator | ☐ Trustee ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**
CIVIL CODE § 1189

State of California

County of LOS ANGELES

On NOV 18 2013 before me, HENK NEEF, NOTARY PUBLIC
　　　　Date　　　　　　　　　　　　　Here Insert Name and Title of the Officer

personally appeared WALTER LADDIE OLSZEWSKI, HAROLD
EDGARDO REYES, AND TANYA LLANES TARVER
　　　　　　　　　　　　Name(s) of Signer(s)

HENK NEEF
Commission # 1937047
Notary Public - California
Los Angeles County
My Comm. Expires May 29, 2015

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Place Notary Seal Above

Signature: _____
　　　　　　Signature of Notary Public

──────────── OPTIONAL ────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: B-10/PROOF OF CLAIM  Document Date: NOV 18 2013
Number of Pages: 3  Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual　☐ Attorney in Fact
☐ Trustee　　☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual　☐ Attorney in Fact
☐ Trustee　　☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

## DECLARATION Of LOSS IN AN AFFIDAVIT FORM ----    AMENDED
### CASE # 12-12032                                COURT CLAIM # 7163

Affiants States: Comes now Walter Olszewski, Creditor, a Real Party in Interest, who is neutral in the public, who is unschooled in law, and making a special appearance before this court under the supplemental rules of Admiralty, Rule E (8), a restricted appearance, and notices the court of enunciation of principles as stated in Haines v. Kerner, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather in than the form, and hereby makes the following pleadings/ notices in the above referenced matter without waiver of any other defenses.

### Affiants States: Maxims of Law:

All men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.
Truth as a valid statement of reality is sovereign in commerce.
An unrebutted affidavit stands as truth in commerce.
An unrebutted affidavit is acted upon as the judgment in commerce.
Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.

**Notice to agent is notice to principal; notice to principal is notice to agent.**

FACT: Debtor, GMAC Mortgage, LLC, dba Homecoming Financial, LLC, sent B-10 Form to the wrong zip code address. This fact was confirmed by Mr. Jarrel Phillips, Residential Capital, LLC.
FACT: Secured Issuer of the credit, Walter Olszewski received the B10 after the filing deadline.

> Affiant has no record or evidence that proper notification is not essential to basic "Due Process", as per; "*To one who protests against the taking of his property without due process of law, it is no answer to say that in his particular case in which due process of law would have led to the same result because he had no adequate defense upon the merits.*" Coe v. Armour Fertilizer Works, 237 U.S. 413, 424 . "*It is enough to invoke the procedural safeguards of the Fourteenth Amendment that a significant property interest is at stake, whatever the ultimate outcome of a hearing on the contractual right to continued possession and use of the goods. The facts and the law do matter and judicial action by judges or the like must be in accords with those presented to the court. This is to assure due process of law and equal protection of the law*".

FACT: Therefore, Secured Issuer of the credit, Walter Olszewski TIMELY FILED Notarize Affidavit of Priority Loss in support of Notarize B- 10 by [Registered Mail™ RA 329754703 US] and Service of Process to both United States Bankruptcy Court for the Southern District of New York and ResCap Claims Processing Center c/o KCC

FACT: ResCap Claims Processing assigned two claim numbers 7163 and 7172.
FACT: Secured Issuer of the credit, Walter Olszewski requests the court to remove claim 7172, which is a duplicate claim.

FACT: Debtor, GMAC Mortgage, LLC dba Homecoming Financial, LLC, confirms that Secured Issuer of the credit, Walter Olszewski has priority claim is in the amount of  $ 2,037,653.92

Affiants Demands: I am demanding that Debtor, GMAC Mortgage, LLC, dba Homecoming Financial, LLC, provide proof that B 10 was served to Walter Olszewski correct zip code address by declaration of affidavit.

Affiants Demands: Debtor, GMAC Mortgage, LLC dba Homecoming Financial, LLC, pay Secured Issuer of the credit, Walter Olszewski priority claim in the amount of $ 2,037,653.92

ESTOPPEL BY ACQUIESCENCE:  Failure to cure will constitute, as an operation of law, the

Case # 12-12032            In Witness by Three (3) Notary            Court Claim # 7163

DECLARATION Of LOSS IN AN AFFIDAVIT FORM ----    AMENDED
CASE #  12-12032                                          COURT CLAIM #  7163

FINAL admission of the obligation by Debtor, GMAC Mortgage, LLC dba Homecoming
Financial, LLC, through tacit procuration to this DECLARATION Of LOSS IN AN AFFIDAVIT
FORM and the whole matter shall be deemed res judicata and stare decisis.

Affiants States: When no verified Affidavit rebuttal of this DECLARATION Of LOSS IN AN
AFFIDAVIT FORM is made because it was an oversight, mistake or otherwise unintentional,
Walter Olszewski grants Debtor, GMAC Mortgage, LLC dba Homecoming Financial, LLC,  ten
(10) days to cure the fault and effect the remedy in a timely manner, a "Certificate of Non-
Response" serves as Debtor, GMAC Mortgage, LLC dba Homecoming Financial, LLC,
stipulated judgment and consent/agreement by means of silence with any and all claims and/or
violations herein-stated in the default provisions or any other law.

Affiants States: Power of Attorney: When Debtor, GMAC Mortgage, LLC, dba Homecoming
Financial, LLC, fails by not rebutting to this "Affidavit" Debtor, GMAC Mortgage, LLC, dba
Homecoming Financial, LLC, agrees with the granting unto Walter Olszewski's unlimited Power
of Attorney and any and all full authorization in signing or endorsing Debtor, GMAC Mortgage,
LLC dba Homecoming Financial, LLC,  name upon any instruments in satisfaction of the
obligation(s) of this Affidavit /Agreement or any agreement arising from this agreement. Pre-
emption of or to any Bankruptcy proceeding shall not discharge any obligation(s) of this
agreement. Consent and agreement with this Power of Attorney by Debtor, GMAC Mortgage,
LLC, dba Homecoming Financial, LLC,  waives any and all claims of Walter Olszewski, and/or
defenses and remains in effect until satisfaction of all obligation(s) including the LOSS OF
$2,037,653.92 by Debtor, GMAC Mortgage, LLC, dba Homecoming Financial, **LLC,** has been
satisfied.

        It is mandatory that Respondent sign and certify under penalty of perjury complete with
SSN number (or TIN) under the laws of the United States of America under 28 USC 1746, all
answers or any other correspondence in response to Affiant's Notice of Administrative Remedy,
so that Affiant can know that Affiant is dealing with the Respondent(s) and that Respondent(s) is
held to only those answers that are true, correct, complete, and not misleading and further;

That any facts alleged in Respondent's response must be of first hand knowledge in affidavit
form properly sworn and subscribed to.

CC:  Gary S. Lee                [Registered Mail™___ RA 329 755 465 US_____]
        Lorenzo Marinuzzi
        Todd M. Green
        Alexandra Steinberg Barrage
        Jennifer L. Marines
        MORRISON & FOERSTER LLP
        1290 Avenue of the Americas
        New York, New York 10104

In Witness hereof I **walter** set my hand/seal/mark;
In Witness by Three (3) Notary
        My name is **non-negotiable**;

Date  11/18/2013

                                        _Walter Olszewski_
                                              Walter Olszewski

Case # 12-12032            In Witness by Three (3) Notary            Court Claim # 7163

# All-N-One Legal Support, Inc.

### 1545 Wilshire Blvd Suite 715
### Los Angeles, CA 90017
### (213) 202-3990  Fax: (213) 202-3996

**INVOICE DATE:** 09/04/2013                     **INVOICE NUMBER:** 0141859-1

Client No.  3491                                                        Route#: 0
Client  **Walter Olszewski**
Address  **104 West Loma Alta Drive**
**Altadena, CA 91001**
Phone:  **(626) 798-3883**
Client File No.:
Contact:

Case No.:
Court:  **None**
Plaintiff:  **In re: Walter Olszewski**
Defendant:
Servee:  **ResCap Claims Processing Center c/o KCC**

Documents:
**Notarized Affidavit of Loss; Notarized B-10**

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| Served: ResCap Claims Processing Center c/o KCC at 2335 Alaska Avenue , El Segundo, CA 90245.<br><br>Rec'd check # 2692 For $360.00. Thank you. | Service of Process | 60.00 |
| | **INVOICE TOTAL** | **$ 60.00** |

Order#: 0141859-1/GINV

Walter Olszewski
104 West Loma Alta Drive  Altadena, CA 91001
Attorney For: pro per

TELEPHONE NO.: (626) 798-3883          FAX NO. *(Optional)*
E-MAIL ADDRESS *(Optional)*:

**None**

STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , **CA**
BRANCH NAME:

PLAINTIFF*(name each)*: **In re: Walter Olszewski**

DEFENDANT*(name each)*:

*FOR COURT USE ONLY*

CASE NUMBER:

| **PROOF OF SERVICE** | HEARING DATE: | DAY. | TIME. | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

**Notarized Affidavit of Loss; Notarized B-10**

PARTY SERVED:    **ResCap Claims Processing Center c/o KCC**

PERSON SERVED:    **Theresa Lumford - Administration**

DATE & TIME OF DELIVERY:    **09/03/2013**
                             **12:42 pm**

ADDRESS, CITY, AND STATE:    **2335 Alaska Avenue**
                             **El Segundo, CA 90245**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: **60.00**
     County:  **Los Angeles**
     Registration No.:  **5644**
     **All-N-One Legal Support, Inc.**
     **1545 Wilshire Blvd**
     **Los Angeles, CA 90017**
     **(213) 202-3990**

I declare under penalty of perjury under the laws of the
The State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on **September 4, 2013**.

Signature _____

**Gabriela Melendez**

**PROOF OF SERVICE**

...;a)(23)[New July 1. 1987]                                    Order#: 0141859/General

# All-N-One Legal Support, Inc.

### 1545 Wilshire Blvd Suite 715
### Los Angeles, CA 90017
### (213) 202-3990  Fax: (213) 202-3996

**INVOICE DATE:** 09/12/2013                    **INVOICE NUMBER:** 0141861-1

| | |
|---|---|
| Client No. 3491 | Route#: 0 |
| Client **Walter Olszewski** | |
| Address **104 West Loma Alta Drive** | |
| **Altadena, CA 91001** | |
| Phone: **(626) 798-3883** | |
| Client File No.: | |
| Contact: | |

Case No.:
Court: **None**
Plaintiff: **In re: Walter Olszewski**
Defendant:
Servee: **United States Bankruptcy Court for the Southern District of New York**

Documents:
   **Notarized Affidavit of Loss; Notarized B-10; Copies of Financial Documents**

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| | Out of State | 150.00 |
| Documents filed. | | |
| | INVOICE TOTAL | $ 150.00 |

Order#: 0141861-1/GINV

**Registered Mail™** ___R A 329754767 US_____

*August 29, 2013*

*Walter Olszewski*
*104 West Loma Alta Drive*
*Altadena, California 91001*

*United States Bankruptcy Court*
*for the Southern District of New York*
*One Bowling Green, Room 534*
*New York, New York 10004*

*Dear Trustee,*
*I am sending you my "Notarize Affidavit of*
*Loss" to support my "Notarize B-10".*
*I was not given the proper time to file.*
*Would you please include my Priority secured*
*claim into Case #12-12032.*

*Thank you very much,*

*Walter Olszewski*

## AFFIDAVIT Of LOSS                              CASE # 12-12032

**Affiants States:** Comes now Walter Olszewski, Creditor, a Real Party in Interest, who is neutral in the public, who is unschooled in law, and making a special appearance before this court under the supplemental rules of Admiralty, Rule E (8), a restricted appearance, and notices the court of enunciation of principles as stated in <u>Haines v. Kerner</u>, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/ or complaints shall have the court look to the substance of the pleadings rather in than the form, and hereby makes the following pleadings/ notices in the above referenced matter without waiver of any other defenses.

### Affiants States: Maxims of Law:

All men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.
Truth as a valid statement of reality is sovereign in commerce.
An unrebutted affidavit stands as truth in commerce.
An unrebutted affidavit is acted upon as the judgment in commerce.
Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.

**FACT: Debtor, GMAC Mortgage,LLC** <u>mislead the Court</u> with the statement ... "**Unsecured claim to the amount of $0.00**"
**FACT:** Sponsor of the credit, Walter Olszewski received the B10 after the filing date.

**Affiants Demands:**      I am demanding that Debtor, GMAC Mortgage,LLC provide **proof that B 10 was served before the dead line for Walter Olszewski to file priority claim in the amount of $612,000.00.**
**Affiants States:** that the Debtor, GMAC Mortgage,LLC **"FAULTLY"** <u>listed Unsecured general claim in the amount of $0.00</u> was an oversight, mistake or otherwise unintentional, Walter Olszewski grants Debtor, GMAC Mortgage,LLC ten (10) days to **cure the fault and effect the remedy.**
**Affiants States:** In the event that the Debtor, GMAC Mortgage,LLC **failed to serve the information to** Walter Olszewski **before the decline to file the B10 form** was an oversight, mistake or otherwise unintentional, Walter Olszewski grants Debtor, GMAC Mortgage,LLC ten (10) days to cure the fault and effect the remedy.
**Affiants requests the court: The right to file Priority secured claim in the amount of $612,000.00**

Failure to cure will constitute, as an operation of law, the FINAL admission of the obligation by Debtor, GMAC Mortgage,LLC through tacit procuration to this WRITTEN REQUEST AFFIDAVIT (PRIVATE) **[Registered Mail™** __RA 329754717 US__   ] and the whole matter shall be deemed res judicata and stare decisis.
**Affiants States:** When no verified Affidavit rebuttal of this "REQUEST" is made in a timely manner, a "Certificate of Non-Response" serves as Debtor. GMAC Mortgage,LLC's stipulated judgment and consent/ agreement by means of silence with any and all claims and/or violations herein-stated in the default provisions or any other law.
**Affiants States:** Power of Attorney: When Debtor. GMAC Mortgage,LLC, fails by not rebutting to any part of this "Affidavit" Debtor, GMAC Mortgage,LLC, agrees with the granting unto Walter Olszewski's unlimited Power of Attorney and any and all full authorization in signing or endorsing Debtor, GMAC Mortgage,LLC 's name upon any instruments in satisfaction of the obligation(s) of this Affidavit /Agreement or any agreement arising from this agreement. Pre-emption of or to any Bankruptcy proceeding shall not discharge any obligation(s) of this agreement. Consent and agreement with this Power of Attorney by Debtor, GMAC Mortgage,LLC, waives any and all claims of Walter Olszewski, and/or defenses and remains in effect until satisfaction of all obligation(s) including the **LOSS OF $612,000.00** by Debtor, GMAC Mortgage,LLC, has been satisfied.

In Witness hereof I **walter** set my hand/seal/mark;
     My name is **non-negotiable**;

Date _August 29, 2013_

_Walter Olszewski_ (signature)

Walter Olszewski

Secured Party Creditor

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**
CIVIL CODE § 1189

State of California

County of _Los Angeles_ }

On _____ before me, _____

       *Date*                        *Here Insert Name and Title of the Officer*

personally appeared _WALTER LADDIE OLSZEWSKI and_

                      *Name(s) of Signer(s)*

_HAROLD EDGARDO REYES_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Place Notary Seal Above*      Signature: _____

                                      *Signature of Notary Public*

———————————— OPTIONAL ————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _AFFIDAVIT OF LOSS_ Document Date: _11-18-2013_

Number of Pages: _8_ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____

☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

Signer's Name: _____

☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**
CIVIL CODE § 1189

State of California

County of **Los Angeles**

On **11/18/13** before me, **HAROLD E. REYES**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Date                                   Here Insert Name and Title of the Officer

personally appeared **WALTER LADDIE OLSZEWKI**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Name(s) of Signer(s)

HAROLD E. REYES
COMM. # 2008077
NOTARY PUBLIC · CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Feb. 18, 2017
VRS1

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Place Notary Seal Above*

Signature: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Signature of Notary Public

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ **OPTIONAL** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: **Declaration of Loss in an Affidavit Form**  Document Date: **11/18/13**
Number of Pages: **7**  Signer(s) Other Than Named Above: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯  Signer's Name: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
☐ Corporate Officer — Title(s): ⎯⎯⎯⎯⎯⎯  ☐ Corporate Officer — Title(s): ⎯⎯⎯⎯⎯⎯
☐ Partner — ☐ Limited ☐ General  ☐ Partner — ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact  ☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator  ☐ Trustee         ☐ Guardian or Conservator
☐ Other: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯  ☐ Other: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

Signer Is Representing: ⎯⎯⎯⎯⎯⎯⎯⎯  Signer Is Representing: ⎯⎯⎯⎯⎯⎯⎯⎯

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**
CIVIL CODE § 1189

State of California

County of **LOS ANGELES**

On **NOV 1 8 2013** before me, **HENK NEEF, NOTARY PUBLIC**

Date

*Here Insert Name and Title of the Officer*

personally appeared **WALTER LADDIE OLSZEWSKI,**

**HAROLD EDGARDO REYES, AND TANYA LLANES TARVER**

*Name(s) of Signer(s)*

HENK NEEF
Commission # 1937047
Notary Public - California
Los Angeles County
My Comm. Expires May 29, 2015

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*Place Notary Seal Above*      Signature:

*Signature of Notary Public*

———————— **OPTIONAL** ————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: DECLARATION OF LOSS N AN AFFIDAVIT FORM   Document Date: **NOV 1 8 2013**
Number of Pages: **9**   Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____

☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

Signer's Name: _____

☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual   ☐ Attorney in Fact
☐ Trustee   ☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

© 2013 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

# AFFIDAVIT OF NOTARY PRESENTMENT

CASE # 12-12032                                          COURT CLAIM# 7163

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPAL IS NOTICE TO AGENT A FINAL EXPRESSION IN A RECORD

It is hereby certified, that on the date noted below, the undersigned Affiant, a Duly Commissioned Notary Public, as a third party with no interest in the matter, merely for the sole purpose of certifying a response or lack thereof, and at the request of Walter Olszewski mailed and delivered to:

Gary S. Lee                    [Registered Mail™    RA 329 755 465 US          ]
Lorenzo Marinuzzi
Todd M. Green
Alexandra Steinberg Barrage
Jennifer L. Marines
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104

RE:    DECLARATION Of LOSS IN AN AFFIDAVIT FORM ----            AMENDED
       CASE # 12-12032, COURT CLAIM # 7163 and  AMENDED B-10 PROOF OF CLAIM
       ALL WITNESS BY THREE (3) NOTARY and  PROOF OF SERVICE

KNOW ALL MEN BY THESE PRESENTS:

Pursuant to the instructions of the Authorized Representative of the undersigned Issuer of the credit on the attached DECLARATION Of LOSS IN AN AFFIDAVIT FORM, B-10 PROOF OF CLAIM, ALL WITNESS BY THREE (3) NOTARY and PROOF OF SERVICE I am certifying the delivery of said presentment with a demand for your performance in responding to me to certify your response. Your response must be complete in responding point for point, and a copy of your response should also be provided to the undersigned authorized representative of the Issuer of the credit. All responses must be sent via Certified Mail. All responses by any other means will be deemed and certified as a non-response.

The records provided herein comprise a complete and exclusive statement of the agreement of the parties, and represent to the best of my knowledge the course of dealing, course of performance, and usage of trade between the parties and thereby constitute prima facie evidence of the instruments own authenticity and genuineness and of the facts stated in the instruments. The records are private and proprietary and are to be kept confidential so as not to prejudice the rights and interests of the Issuer of the credit.

This observation in facilitation of international commerce should not be deemed a power of attorney or the practice of law. The undersigned Notary Public witness is merely a duty-bound messenger.

Now I, <u>Tanya Llanes Tarver</u>, Notary Public, am sending this due presentment to you to notify you, pursuant to Instructions by Walter Olszewski to provide you an opportunity to respond "correctly" IN HONOR, to the included instrument — DECLARATION Of LOSS IN AN AFFIDAVIT FORM, B-10 PROOF OF CLAIM, ALL WITNESS BY THREE (3) NOTARY and PROOF OF SERVICE with regard to Walter Olszewski. The said response is to be received by Walter Olszewski in care of the undersigned notary public at the above noted address so it is received no later than ten (10) days beyond the postmark of this presentment. Authorization to do so is provided herein. Non-performance will be certified in the nature of RCW 42 .44.080, RCW 42.44.010, RCW62A.3.505, and RCW 62A.3.504.

This record certifies that the above document was delivered via Registered Mail™    RA 329 755 465 US          ]
Return Receipt attached by placing same in a postage paid envelope properly addressed to Recipient(s) at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the-State of California.

Page | 1

**DEMAND FOR PERFORMANCE**                         **B-10 PROOF OF  CLAIM**

# AFFIDAVIT OF NOTARY PRESENTMENT

CASE # 12-12032                                                         COURT CLAIM# 7163

**All replies must be made by certified mail addressed as follows:**

Walter Olszewski
c/o Tanya Llanes Tarver, Notary Public
P.O. BOX 50202
Pasadena, California 91105

All other replies will be certified as a non-response, and dishonor.


                                        Awaiting your timely response,
                                        Regards,


STATE OF CALIFORNIA)

COUNTY OF LOS ANGELES)

I certify under the penalty of perjury under the laws of the state of California the forgoing is true and correct,
WITNESS MY HAND.

_____     11-18-2013
Tanya Llanes Tarver, Notary Public

My Commission expires: MARCH 17, 2016

Void where prohibited by law.

**LAW NOTICE:** Notary Public Tanya Llanes Tarver, is not an attorney licensed to practice law in the STATE OF CALIFORNIA and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. Tanya Llanes Tarver, is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties. The Certifying Notary is an independent third party contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. Tampering with a witness, victim, or an informant. The Certifying Notary also performs the functions of a quasi- Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.


**DEMAND FOR PERFORMANCE**                    **B-10 PROOF OF CLAIM**                    Page | 2

Creditor Data --Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al          2/11/14 5:09 PM

12-12020-mg    Doc 6504    Filed 02/18/14    Entered 02/19/14 11:12:00    Main Document
Pg 58 of 99

# Creditor Data for Claim Number 7172

Help

| Creditor: | Date Claim Filed: 9/9/2013 |
|---|---|
| Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al<br>104 W Loma Alta Dr<br>Altadena, CA 91001 | Claim #: 7172<br>PDF: View Claim (1261 k) |

**Debtor Name:** GMAC Mortgage, LLC
**Debtor Case Number:** 12-12032

| | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|---|---|---|---|---|---|---|
| GU | | | | | | |
| PRI | | | | | | |
| SEC | | | | | $612,000.00 | $612,000.00 |
| AP | | | | | | |
| AS | | | | | | |
| **TOTALS** | | | | | **$612,000.00** | **$612,000.00** |

*C=Contingent, U=Unliquidated, D=Disputed

## Transfer History

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found | | | | | |

## Objection History

| Date Created | Name | Basis | Status |
|---|---|---|---|
| 1/17/2014 | ResCap Borrower Claims Trust's Fifty-Eighth Omnibus Objection to (A) Amended and Superseded Borrower Claims; (B) Late-Filed Borrower Claims; and (C) Non-Debtor Borrower Claims | Late-Filed Borrower Claims | Pending |

## Claim Withdrawal History

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

## Stipulation History

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".

The Debtor has listed your claim as Contingent, Unliquidated, and Disputed on Schedule F as a General Unsecured claim in the amount of $0.00. You MUST timely file a Proof of Claim or you will be forever barred from recovery.

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

**Name of Debtor:** GMAC Mortgage, LLC    **Case Number:** 12-12032

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA et al    NameID: 10995344

**Name and address where notices should be sent:**
Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al
104 W Loma Alta Dr
Altadena, CA 91101

Telephone number:                    email:

**Name and address where payment should be sent** (if different from above):

### BUSHA UNLIMITED CORP
### P.O. Box 94355, Pasadena, California 91109

Telephone number: 626 399-7776    email: oilmotrin@earthlink.net

□ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____ *(If known)*

Filed on: _____

□ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $576,000 + $36,000 = $612,000.00    Oct. 27, 2006

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.    **6.9224%**

**2. Basis for Claim:** **Promissory notes for $612,000.00 tendered on October 26, 2006**
(See instruction #2)

**3. Last four digits of any number by which creditor identifies debtor:** **760-8**

**3a. Debtor may have scheduled account as:** N/A
(See instruction #3a)

**3b. Uniform Claim Identifier (optional):**
(See instruction #3b)

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** □ Real Estate □ Motor Vehicle ☒ Other
**Describe:** $612,000.00    **Annual Interest Rate** 6.9224% % □ Fixed □ Variable
**Value of Property:** $612,000.00    (when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim,** if any: $ __0__

**Basis for perfection:** ____0____

**Amount of Secured Claim:** $ **$612,000.00**    **Amount Unsecured:** $ ____0____

RECEIVED
SEP 1 6 2013
KURTZMAN CARSON CONSULTANTS

**6. Amount Pursuant to 11 U.S.C. § 503(b)(9).**
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.    $ N/A
(See instruction #6)

**7. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7)

**8. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**9. Signature:** (See instruction #9) Check the appropriate box.
☒ I am the creditor.    □ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)    □ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    □ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**Print Name:** **Walter Olszewski**
**Title:** **Sponsor of the Credit**
**Company:**
Address and telephone number (if different from notice address above):    *(Signature)*    Aug 29 2013 *(Date)*

Telephone number:                    Email:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

□ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

□ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

□ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

□ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

□ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☒ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$ 612,000.00

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

RECEIVED

U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

**COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.

D01KC10002_51765-S_domestic_21/03/04137/180218

1212032130909000000000001

**Registered Mail™** *RA 329 754 717 US*

*August 29, 2013*



*Walter Olszewski*
*104 West Loma Alta Drive*
*Altadena, California 91001*

*United States Bankruptcy Court*
*for the Southern District of New York*
*One Bowling Green, Room 534*
*New York, New York 10004*

*Dear Trustee,*
*I am sending you my "Notarize Affidavit of*
*Loss" to support my "Notarize B-10".*
*I was not given the proper time to file.*
*Would you please include my Priority secured*
*claim into Case #12-12032.*

*Thank you very much,*

*Walter Olszewski*

# JURAT

State of California
County of  Los Angeles
}  ss.



Notary Seal

Subscribed and sworn to (or affirmed) before
me on _____August 29, 2013_____ by:

**WALTER  OLSZEWSKI**

Proved to me on the basis of satisfactory
evidence to be the person(s) who appeared
before me.

_____
Signature of Notary Public in and for said State

Henk Neef
_____
Printed Name of Notary

━━━━━━━━━━  *OPTIONAL INFORMATION*  ━━━━━━━━━━

Description of Attached Document:    B 10 FORM / COURT CASE 12-12032
Number of Pages:                     2 ( INCLUDING THIS ATTACHMENT )
Document Date:                       August 29, 2013





Embosser Seal

AFFIDAVIT Of LOSS                    CASE # 12-12032

**Affiants States:** Comes now Walter Olszewski, Creditor, a Real Party in Interest, who is neutral in the public, who is unschooled in law, and making a special appearance before this court under the supplemental rules of Admiralty, Rule E (8), a restricted appearance, and notices the court of enunciation of principles as stated in Haines v. Kerner, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/or complaints shall have the court look to the substance of the pleadings rather in than the form, and hereby makes the following pleadings/ notices in the above referenced matter without waiver of any other defenses.

**Affiants States: Maxims of Law:**
All men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.
Truth as a valid statement of reality is sovereign in commerce.
An unrebutted affidavit stands as truth in commerce.
An unrebutted affidavit is acted upon as the judgment in commerce.
Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.

**FACT:** Debtor, GMAC Mortgage,LLC _mislead the Court_ with the statement ... "Unsecured claim to the amount of $0.00"
**FACT:** Sponsor of the credit, Walter Olszewski received the B10 after the filing date.

**Affiants Demands:**    I am demanding that Debtor, GMAC Mortgage,LLC provide **proof** that B 10 was **served before the dead line for Walter Olszewski to file priority claim in the amount of $612,000.00.**
**Affiants States: that the Debtor, GMAC Mortgage,LLC "FAULTLY"  listed Unsecured general claim in the amount of $0.00** was an oversight, mistake or otherwise unintentional, Walter Olszewski grants Debtor, GMAC Mortgage,LLC ten (10) days **to cure the fault and effect the remedy.**
**Affiants States:** In the event that the Debtor, GMAC Mortgage,LLC **failed to serve the information to** Walter Olszewski **before the decline to file the B10 form** was an oversight, mistake or otherwise unintentional, Walter Olszewski grants Debtor, GMAC Mortgage,LLC  ten (10) days to cure the fault and effect the remedy.
**Affiants requests the court: The right to file Priority secured claim in the amount of $612,000.00**

Failure to cure will constitute, as an operation of law, the FINAL admission of the obligation by Debtor, GMAC Mortgage,LLC through tacit procuration to this WRITTEN REQUEST AFFIDAVIT (PRIVATE) [**Registered Mail™** _RA 329 764 717 US_ ] and the whole matter shall be deemed res judicata and stare decisis.
**Affiants States:** When no verified Affidavit rebuttal of this "REQUEST" is made in a timely manner, a "Certificate of Non-Response" serves as Debtor, GMAC Mortgage,LLC's stipulated judgment and consent/agreement by means of silence with any and all claims and/or violations herein-stated in the default provisions or any other law.
**Affiants States:** Power of Attorney: When Debtor, GMAC Mortgage,LLC, fails by not rebutting to any part of this "Affidavit" Debtor, GMAC Mortgage,LLC, agrees with the granting unto Walter Olszewski's unlimited Power of Attorney and any and all full authorization in signing or endorsing Debtor, GMAC Mortgage,LLC 's name upon any instruments in satisfaction of the obligation(s) of this Affidavit /Agreement or any agreement arising from this agreement. Pre-emption of or to any Bankruptcy proceeding shall not discharge any obligation(s) of this agreement. Consent and agreement with this Power of Attorney by Debtor, GMAC Mortgage,LLC, waives any and all claims of Walter Olszewski, and/or defenses and remains in effect until satisfaction of all obligation(s) including the LOSS OF $612,000.00 by Debtor, GMAC Mortgage,LLC, has been satisfied.

In Witness hereof I **walter** set my hand/seal/mark;
    My name is **non-negotiable**;

Date _August 29, 2013_

                                                          _Walter Olszewski_
                                                          Walter Olszewski


                                                          Secured Party Creditor

# JURAT

State of California
County of Los Angeles } ss.



**Notary Seal**

Subscribed and sworn to (or affirmed) before me on _____August 29, 2013_____ by:

**WALTER OLSZEWSKI**

Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature of Notary Public in and for said State

_____
Henk Neef
Printed Name of Notary

════════════ *OPTIONAL INFORMATION* ════════════

**Description of Attached Document:**   **AFFIDAVIT OF LOSS**
**Number of Pages:**                    2 ( INCLUDING THIS ATTACHMENT )
**Document Date:**                      August 29, 2013

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 | Embosser Seal |



# *New Century Title Company*

**2105 South Bascom Ave Suite 135**
**Campbell, CA 95008**
**Phone: (800) 923-8923 ◆ Fax: (408) 626-6121**

October 26, 2006                                   Escrow No: 72061025SE

Walter Olszewski
Bonita Olszewski
104 West Loma Alta Dr
Altadena, CA 91001

RE: 104 West Loma Alta Dr, Altadena, CA 91001

Dear Walter Olszewski and Bonita Olszewski,

The above referenced escrow closed on 10/27/2006. The following items are enclosed for your records.

- Proceeds wire in the amount of $84358.44
- Closing Statement
- HUD Settlement Statement
-

It has been a pleasure handling this transaction for you. Please do not hesitate to contact our office if you have any questions regarding this matter.

Sincerely,

Stephanie Evans
Escrow Officer

COPY

Brcloltr. 10/20/01 js

**Homecomings Financial**
*A GMAC Company*

### Is Your Contact Information Correct?

Home Phone Number: 626-399-7776
Borrower 1 Work Phone Number: Not on File, Please Provide
Mailing Address: 104 W Loma Alta Dr, Altadena CA 91001-3933

Our customer service center can respond more quickly and accurately to any questions or
concerns you encounter during the life of your loan, if we have your correct contact information.
If any of this information needs to be updated, please use the form on the back of the coupon or
log on to **www.homecomings.com.** We appreciate your assistance!

+ 0126422 000122574 09HWCA 0932798 P258

SX0268-00A

Pay online: www.homecomings.com

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT
PLEASE INCLUDE LOAN NUMBER ON YOUR CHECK

Homecomings Financial
P.O. Box 650515
Dallas, TX 75265-0515

Pay online: www.homecomings.com
Loan Number: 0471197608
Payment Due: 1st of the month

Total Amount Due $3,300.00
Late fee assessed after the 16th

If sending more than total amount due, please
show how it should be applied and the total
amount enclosed.

| | |
|---|---|
| Total Amount Due | $_____ |
| +Additional Principal | $_____ |
| +Additional Escrow | $_____ |
| +Future or Partial Payment(s) | $_____ |
| =Total Amount Enclosed | $_____ |

Homecomings Financial
P.O. Box 650515
Dallas, TX 75265-0515



COPY

0471197608      00019800 00330000

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT
PLEASE INCLUDE LOAN NUMBER ON YOUR CHECK

Homecomings Financial
P.O. Box 650515
Dallas, TX 75265-0515

Check here and complete
form on reverse side if
your address or other
information has changed.

Pay online: www.homecomings.com
Loan Number: 0471197608
Payment Due: 1st of the month

Total Amount Due $3,300.00
Late fee assessed after the 16th

If sending more than total amount due, please
show how it should be applied and the total
amount enclosed.

| | |
|---|---|
| Total Amount Due | $_____ |
| +Additional Principal | $_____ |
| +Additional Escrow | $_____ |
| +Future or Partial Payment(s) | $_____ |
| =Total Amount Enclosed | $_____ |

Homecomings Financial
P.O. Box 650515
Dallas, TX 75265-0515

0471197608      00019800 00330000

# Homecomings Financial

*A GMAC Company*

OCTOBER 18TH, 2006

WALTER OLSZEWSKI
104 W LOMA ALTA DRIVE
ALTADENA, CA 91001

RE:      Loan #:    047-119760-8
         Property Address:  104 W LOMA ALTA DRIVE
                            ALTADENA, CA 91001

Thank you for applying for your mortgage loan with **WALL ST. MORTGAGE INC .**
Your broker has submitted your application to Homecomings Financial
for approval.    You will be receiving assorted information and
requests related to your loan application.    Among the items you received today are several
disclosure statements which are for your own reference and are not required to be returned
to our office.

If you have any questions regarding the loan application process, please do not hesitate to
contact your loan officer at **WALL ST. MORTGAGE INC .**

Once again, thank you for choosing **WALL ST. MORTGAGE INC** as your broker.
We at Homecomings Financial                                        look
forward to providing you and **WALL ST. MORTGAGE INC**   with the highest level of
service.

Sincerely,

Homecomings Financial



MFCD8186 (09/2006) / 047-119760-8

# NEW CENTURY TITLE COMPANY

2105 South Bascom Ave, Suite 135, Campbell, CA  95008
(800) 923-8923

## BUYERS/BORROWERS CLOSING STATEMENT
### Final

Buyer/Borrower    Walter Olszewski
Bonita Olszewski

Property:    104 West Loma Alta Dr
Altadena, CA  91001

| | Escrow No: | 72061025-169 SE |
| --- | --- | --- |
| | Close Date: | 10/27/2006 |
| | Proration Date: | |
| | Date Prepared: | 10/26/2006 |
| | Reference #1: | |
| | Reference #2: | |

*CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL*
*New Century Title Company*

| Description | Debit | Credit |
| --- | --- | --- |
| **NEW AND EXISTING ENCUMBRANCES:** | | |
| Refinance from Homecomings Financial , LLC | | 576,000.00 |
| Refinance from Homecomings Financial ,LLC | | 36,000.00 |
| **NEW LOAN CHARGES:** | | |
| Processing to Wall Street Mortgage | 995.00 | |
| Broker Origination to Wall Street Mortgage | 11,520.00 | |
| Lender Loan Charge to Homecomings Financial , LLC | 835.00 | |
| Broker Fee from HF to broker to Wall Street Mortgage    (POC $2,424.96) | | |
| Broker Fee from HF to broker to Wall Street Mortgage    (POC $540.00) | | |
| Prepaid Interest to Homecomings Financial , LLC | 650.96 | |
| @ $108.493 per day          From 10/26/06 To 11/01/06 | | |
| Yield Spread Premium to Wall Street Mortgage    ($2,424.96) | | |
| 0.00 to Wall Street Mortgage    ($540.00) | | |
| **ESCROW CHARGES** | | |
| Escrow Fee to New Century Title Company | 250.00 | |
| **RECORDING FEES:** | | |
| Recording Fees to New Century Title Company | 150.00 | |
| **ADDITIONAL CHARGES:** | | |
| Notary to ASAP Signing Services | 150.00 | |
| 1st Installment 2006-2007 taxe to Los Angeles Cnty Tax Collector | 1,879.97 | |
| **PAYOFFS:** | | |
| Payoff to Varris Mortgage solutions | 446,171.75 | |
| $440,953.35   Principal Balance | | |
| $5,012.58   Interest to 11-04-2006 | | |
| $25.00   Demand | | |
| $119.42   Late Charges | | |
| $61.40   Recon | | |
| Payoff to Chase Home Equity | 63,465.88 | |
| $62,158.12   Principal Balance | | |
| $393.40   Interest From 10/03/2006 to 10/31/2006 | | |
| $514.36   Interst till 10-3 | | |
| $400.00   Pre Payment | | |
| **TITLE CHARGES:** | | |
| Lenders Policy to New Century Title Company | 1,363.00 | |
| Owners Policy to New Century Title Company | 125.00 | |
| Wire Fees to New Century Title Company | 25.00 | |
| Messenger / Fed Ex Fees to New Century Title Company | 60.00 | |
| Sub Totals | 527,641.56 | 612,000.00 |
| Refund Due Buyer/Borrower | 84,358.44 | |
| Totals | $612,000.00 | $612,000.00 |

*COPY*

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

SETTLEMENT STATEMENT

OMB No. 2502-0265

| | | |
|---|---|---|
| 1. ☐ FHA | 2. ☐ FMHA | 3. ☐ CONV. UNINS. |
| 4. ☐ VA | 5. ☐ CONV. INS. | |

New Century Title Company
2105 South Bascom Ave
Suite 135
Campbell, CA 95008
FINAL

6. ESCROW FILE NUMBER:
72061025-189  SE

7. LOAN NUMBER:
047-119760-8

8. MORTGAGE INSURANCE CASE NUMBER:

NOTE:  This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown.
Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

NAME OF BORROWER:    Walter Olszewski and Bonita Olszewski

ADDRESS OF BORROWER:    104 West Loma Alta Dr
                        Altadena, CA  91001

NAME OF SELLER:

ADDRESS OF SELLER:

NAME OF LENDER:    Homecomings Financial , LLC
ADDRESS OF LENDER:    1650 Corporate Circle, Ste 100
                      Petaluma, CA  94954

PROPERTY LOCATION:    104 West Loma Alta Dr
                      Altadena, CA  91001
                      Los Angeles

SETTLEMENT AGENT:    New Century Title Company
PLACE OF SETTLEMENT:    2105 South Bascom Ave, Suite 135, Campbell, CA 95008
SETTLEMENT DATE:  10/27/2006    PRORATION DATE:    FUNDING DATE:

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower: | | 400. Gross Amount Due To Seller: | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to Borrower (line 1400) | 18,003.93 | 403. | |
| 104. Payoff to Varris Mortgage solu | 446,171.75 | 404. | |
| 105. Payoff to Chase Home Equity | 63,465.88 | 405. | |
| Adjustments For Items Paid By Seller In Advance: | | Adjustments For Items Paid By Seller In Advance: | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 120. Gross Amount Due from borrower | 527,641.56 | 420. Gross Amount Due to Seller | |
| 200. Amounts Paid by or in behalf of Borrower: | | 500. Reductions In Amount Due To Seller: | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 576,000.00 | 502. Settlement charges to Seller (line 1400) | |
| Homecomings Financial ,LLC | 36,000.00 | | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller: | | Adjustments For Items Unpaid By Seller: | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 612,000.00 | 520. Total Reductions in Amount Due Seller | |
| 300. Cash At Settlement from/to Borrower: | | 600. Cash At Settlement to/from Seller: | |
| 301. Gross amount due from Borrower (line 120) | 527,641.56 | 601. Gross amount due to Seller (line 420) | |
| 302. Less amount paid by/for Borrower (line 220) | 612,000.00 | 602. Less reductions in amount due Seller (line 52 | |
| 303. Cash TO Borrower: | 84,358.44 | 603. Cash TO/FROM Seller: | 0.00 |

CERTIFIED TO BE A TRUE AND
CORRECT COPY OF THE ORIGINAL
New Century Title Company

COPY

udc.rpt (12/17/2003)                    Printed by Stephanie Evans on 10/26/2006 at 01:49:29 PM

OMB No. 2502-0265

| ESCROW FILE NUMBER: | 72061025-169 SE |
|---|---|

| SETTLEMENT CHARGES | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| **700. Total Sales/Broker's Commission:** | | | |
| Based on Price $ | | | |
| Division of Commission (line 700) follows: | | | |
| 701. $ | | | |
| 702. $ | | | |
| $ | | | |
| 703. Commission paid at settlement | | | |
| 704. | | | |
| **800. Items Payable In Connection With Loan:** | | | |
| 801. Loan Origination Fee | | | |
| 802. Loan Discount Fee | | | |
| 803. Appraisal Fee | | | |
| 804. Credit Report | | | |
| 805. Lenders Inspection Fee | | | |
| 806. Mortgage Insurance Application Fee | | | |
| 807. Assumption Fee | | | |
| 808. Processing to Wall Street Mortgage | | 995.00 | |
| 809. Broker Origination to Wall Street Mortgage | | 11,520.00 | |
| 810. Lender Loan Charge to Homecomings Financial , LLC | | 835.00 | |
| 811. **See attached for breakdown | | | |
| Yield Spread Premium to Wall Street Mortgage | | ( $2,424.96) | |
| Yield Spread Premium to Wall Street Mortgage | | ( $540.00) | |
| **900. Items Required By Lender To Be Paid In Advance:** | | | |
| 901. Interest from 10/26/06 to 11/01/06 @$108.493/day (6 days) | | 650.96 | |
| 902. Mortgage Insurance Premium | | | |
| 903. Hazard Insurance Premium | | | |
| 904. | | | |
| 905. | | | |
| **1000. Reserves Deposited With Lender:** | | | |
| 1001. Hazard Insurance | | | |
| 1002. Mortgage Insurance | | | |
| 1003. City Property Taxes | | | |
| 1004. County Property Taxes | | | |
| 1005. Annual Assessments | | | |
| 1005. | | | |
| 1007. | | | |
| 1008. AGGREGATE ADJUSTMENT   months @$ | | | |
| **1100. Title Charges:** | | | |
| 1101. Settlement or closing fee to New Century Title Company | | 250.00 | |
| 1102. Abstract or title search | | | |
| 1103. Title examination | | | |
| 1104. Title insurance binder | | | |
| 1105. Document preparation | | | |
| 1106. Notary Fees | | | |
| 1107. Attorney's Fees | | | |
| (Includes above item numbers: ) | | | |
| 1108. Title Insurance | | | |
| (includes above item numbers: ) | | | |
| 1109. Lender's coverage $  576,000.00 | | 1,363.00 | |
| 1110. Owner's coverage $ | | 125.00 | |
| Lender's coverage $  36,000.00 | | | |
| Lender's coverage $ | | | |
| 1111. | | | |
| 1112. | | | |
| 1113. **See attached for breakdown | | 85.00 | |
| **1200. Government Recording and Transfer Charges:** | | | |
| 1201. Recording Fees: Deed$   Mortgage $  150.00  Release $ | | 150.00 | |
| 1202. City/County tax/stamps | | | |
| 1203. State tax/stamps | | | |
| 1204. City Transfer Tax | | | |
| 1205. County Transfer Tax | | | |
| 1206. | | | |
| 1207. | | | |
| **1300. Additional Settlement Charges:** | | | |
| 1301. Survey to | | | |
| 1302. Pest Inspection | | | |
| 1303. Real Property Taxes | | | |
| 1304. Home Warranty | | | |
| 1305. HOA Transfer Fee | | | |
| 1306. HOA Dues/Fees | | | |
| 1307. **See attached for breakdown | | 2,029.97 | |
| 1400. Total Settlement Charges (Enter on line 103,Section J -and- line 502, Section K) | | 18,003.93 | 0.00 |

Printed by Stephanie Evans on 10/26/2006 at 01:49:29 PM

udc.rpl (12/17/2003)

schments:

OMB No. 2502-0265

Escrow Number:    72061025-169 SE

### REAKDOWN OF NEW LOANS

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| Homecomings Financial , LLC, 1650 Corporate Circle, Ste 100, Petaluma, CA  94954, Loan# 04 | 576,000.00 | |
| Homecomings Financial ,LLC, 1650 Corporate Circle, Ste 100, Petaluma, CA  94954, Loan# 04 | 36,000.00 | |
| Total of New Loans. | 612,000.00 | |

### D 800 ITEMS PAYABLE IN CONNECTION WITH LOAN

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 2. Broker Fee from HF to broker to Wall Street Mortgage    (Buyer $2,424.96 P.O.C.) | | |
| 3. Broker Fee from HF to broker to Wall Street Mortgage    (Buyer $540.00 P.O.C.) | | |
| Total as shown on HUD Page 2 Line #811. | 0.00 | |

### ID 1113 DETAILED BREAKDOWN OF TITLE CHARGES

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 14. Wire Fees to New Century Title Company | 25.00 | |
| 15. Messenger / Fed Ex Fees to New Century Title Company | 60.00 | |
| Total as shown on HUD Page 2 Line #1113. | 85.00 | |

### ID 1307 DETAILED BREAKDOWN OF ADDITIONAL SETTLEMENT CHARGES

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 08. Notary to ASAP Signing Services | 150.00 | |
| 09. 1st Installment 2006-2007 taxe to Los Angeles Cnty Tax Collector | 1,879.97 | |
| Total as shown on HUD Page 2 Line #1307. | 2,029.97 | |


COPY

# FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

Borrower:

WALTER OLSZEWSKI
104 W LOMA ALTA DRIVE
ALTADENA, CA 91001

Loan Number: 047-119760-8

Creditor:

HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS
FINANCIAL NETWORK, INC.)
P.O. BOX 808024
PETALUMA, CA  94975-8024

Date:  10/09/2006

| ANNUAL PERCENTAGE RATE

The cost of your credit as a yearly rate | FINANCE CHARGE

The dollar amount the credit will cost you. | Amount Financed

The amount of credit provided to you or on your behalf. | Total of payments

The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 8.2507% | $1,428,680.77 | $572,973.15 | $2,001,653.92 |

Your payment schedule will be:

| No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin | No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin | No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin |
|---|---|---|---|---|---|---|---|---|
| 12 | 1744.28 | 01/01/2007 | | | | | | |
| 12 | 1875.10 | 01/01/2008 | | | | | | |
| 12 | 2015.73 | 01/01/2009 | | | | | | |
| 2 | 2166.91 | 01/01/2010 | | | | | | |
| 321 | 4782.04 | 03/01/2010 | | | | | | |
| 1 | 394663.94 | 12/01/2036 | | | | | | |

VARIABLE RATE: Your loan contains a variable-rate feature.  Disclosures about the variable-rate feature have been provided to you earlier.

INSURANCE: The following insurance is required to obtain credit:  * Property You may obtain the insurance from anyone that is acceptable to creditor.

SECURITY: You are giving a security interest in real property you already own.
Property Address: 104 W LOMA ALTA DRIVE, ALTADENA, CA  91001

LATE CHARGE: If a payment is more than 15 days late, you will be charged 5 % of the overdue payment of principal and interest.

PREPAYMENT: If you pay off your loan early,  * You may have to pay a penalty.
* You will not be entitled to a refund of part of the finance charge.

ASSUMPTION: Someone buying your property may assume the remainder of your loan on the original terms.

All dates and numerical disclosures except the late payment disclosures are estimates.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

COPY

_____      _____      _____
WALTER OLSZEWSKI             Date

## GOOD FAITH ESTIMATE OF SETTLEMENT CHARGES

| Borrower: | Creditor: |
|---|---|
| WALTER OLSZEWSKI<br>104 W LOMA ALTA DRIVE<br>ALTADENA, CA 91001 | HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS<br>FINANCIAL NETWORK, INC.)<br>P.O. BOX 808024<br>PETALUMA, CA  94975-8024 |
| Loan Number:  047-119760-8 | Date: 10/09/2006 |

The information provided below reflects estimates of the charges which you are likely to incur
t the settlement of your loan.  The fees listed are estimates - the actual charges may be more
r less.  Your transaction may not involve a fee for every item listed.
The numbers listed beside the estimates generally correspond to the numbered lines contained
n the HUD-1 settlement statement which you will be receiving at settlement.  The HUD-1
ettlement statement will show you the actual cost for items paid at settlement.

OAN AMOUNT:                                                                           $    576000.00

TEMIZATION OF PREPAID FINANCE CHARGES:
 809  Broker Fee from HF to Broker to Mortgage Broker
      3.25% (P.O.C.) $18720.00 pd by Lender
 810  LENDER LOAN CHARGE TO HFN
 811  BROKER PROCESSING FEE                                        835.00
 901  Prepaid Interest for (11/01/2006 - 12/01/2006)               995.00
1101  Settlement or Closing Fee to CLOSING AGENT FEE               946.85
                                                                   250.00

      TOTAL PREPAID FINANCE CHARGE

      AMOUNT FINANCED                                            $    3026.85

                                                                $   572973.15

THER SETTLEMENT CHARGES:

 AMOUNTS PAID TO OTHERS ON YOUR BEHALF BY CREDITOR -
L106  Notary Fee to NOTARY FEE                                     100.00
.108  Title Insurance to TITLE                                    1680.00
.201  Recording Fee                                                75.00

      TOTAL OTHER SETTLEMENT CHARGES                            $    1855.00

      LOAN PROCEEDS                                             $  571118.15

ese estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974 as amended (RESPA).  Additional information
 be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender, if your application
to purchase residential real property and the lender will take a first lien on the property.

 will require (a) particular provider(s) from a list that we control or approve.  The specific provider(s) and the actual cost(s)
l be disclosed to you at settlement.

(We) hereby acknowledge that I (we) have received a completed copy of the HUD Special Information Booklet "Settlement Cost",
dless the loan being applied for is for refinancing the property.
 for any reason the loan I (we) have applied for does not close, and if permitted by applicable law, I(we) agree to reimburse the lender
r any and all costs incurred to process my (our) application including but not limited to appraisal, survey and title insurance.

.TER OLSZEWSKI                         Date

## FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

**rrower:**
ALTER OLSZEWSKI
04 W LOMA ALTA DRIVE
LTADENA, CA 91001

**Creditor:**
HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS
FINANCIAL NETWORK, INC.)
P.O. BOX 808024
PETALUMA, CA 94975-8024

**oan Number:** 047-119760-8

**Date:** 10/18/2006

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 6.9224% | $884,451.25 | $572,973.15 | $1,457,424.40 |

**our payment schedule will be:**

| No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin | No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin | No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin |
|---|---|---|---|---|---|---|---|---|
| 120 | 3300.00 | 01/01/2007 | | | | | | |
| 239 | 4422.61 | 01/01/2017 | | | | | | |
| 1 | 4420.61 | 12/01/2036 | | | | | | |

**SURANCE:** The following insurance is required to obtain credit:   * Property
You may obtain the insurance from anyone that is acceptable to creditor.

**CURITY:** You are giving a security interest in real property you already own.
Property Address: 104 W LOMA ALTA DRIVE, ALTADENA, CA 91001

**TE CHARGE:** If a payment is more than 15 days late, you will be charged 5 % of the
overdue payment of principal and interest.

**EPAYMENT:** If you pay off your loan early,   * You will not have to pay a penalty.
* You will not be entitled to a refund of part of the finance charge.

**SUMPTION:** Someone buying your property cannot assume the remainder of your loan on the
original terms.

l dates and numerical disclosures except the late payment disclosures are estimates.

e your contract documents for any additional information about nonpayment, default, any
quired repayment in full before the scheduled date, and prepayment refunds and penalties.

_____          _____
ALTER OLSZEWSKI                 Date

## GOOD FAITH ESTIMATE OF SETTLEMENT CHARGES

**Borrower:**

WALTER OLSZEWSKI
104 W LOMA ALTA DRIVE
ALTADENA, CA 91001

**Creditor:**

HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS
FINANCIAL NETWORK, INC.)
P.O. BOX 808024
PETALUMA, CA 94975-8024

**Loan Number:** 047-119760-8

**Date:** 10/18/2006

The information provided below reflects estimates of the charges which you are likely to incur
t the settlement of your loan.  The fees listed are estimates - the actual charges may be more
r less.  Your transaction may not involve a fee for every item listed.
The numbers listed beside the estimates generally correspond to the numbered lines contained
n the HUD-1 settlement statement which you will be receiving at settlement.  The HUD-1
ettlement statement will show you the actual cost for items paid at settlement.

| | | |
|---|---|---:|
| OAN AMOUNT: | $ | 576000.00 |

TEMIZATION OF PREPAID FINANCE CHARGES:

| | | | |
|---|---|---:|---:|
| 809 | Broker Fee from HF to Broker to Mortgage Broker | | |
| | 0.421% (P.O.C.) $2424.96 pd by Lender | | |
| 810 | LENDER LOAN CHARGE TO HFN | 835.00 | |
| 811 | BROKER PROCESSING FEE | 995.00 | |
| 901 | Prepaid Interest for (11/01/2006 - 12/01/2006) | 946.85 | |
| 1101 | Settlement or Closing Fee to CLOSING AGENT FEE | 250.00 | |
| | **TOTAL PREPAID FINANCE CHARGE** | $ | 3026.85 |
| | **AMOUNT FINANCED** | $ | 572973.15 |

THER SETTLEMENT CHARGES:

AMOUNTS PAID TO OTHERS ON YOUR BEHALF BY CREDITOR -

| | | | |
|---|---|---:|---:|
| 1106 | Notary Fee to NOTARY FEE | 100.00 | |
| 1108 | Title Insurance to TITLE | 1680.00 | |
| 1201 | Recording Fee | 75.00 | |
| | **TOTAL OTHER SETTLEMENT CHARGES** | $ | 1855.00 |
| | **LOAN PROCEEDS** | $ | 571118.15 |

COPY

lese estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974 as amended (RESPA).  Additional information
n be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender, if your application
to purchase residential real property and the lender will take a first lien on the property.

e will require (a) particular provider(s) from a list that we control or approve.  The specific provider(s) and the actual cost(s)
ll be disclosed to you at settlement.

(We) hereby acknowledge that I (we) have received a completed copy of the HUD Special Information Booklet "Settlement Cost",
iless the loan being applied for is for refinancing the property.
f for any reason the loan I (we) have applied for does not close, and if permitted by applicable law, I(we) agree to reimburse the lender
r any and all costs incurred to process my (our) application including but not limited to appraisal, survey and title insurance.

LTER OLSZEWSKI                          Date

| Creditor: | HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.) | Program Name: | ADVANTAGE 30YR INT ON Interest-Only LIBOR ARM |
|---|---|---|---|

### ADJUSTABLE RATE MORTGAGE LOAN PROGRAM DISCLOSURE
### YEAR FIXED, 1 YEAR ADJUSTMENT WITH INTEREST RATE LIMIT
### (InterestOnly   YEARS)

### Important Information About the Adjustable Rate Mortgage

This disclosure describes the features of the Adjustable Rate Mortgage (ARM) program you are considering. Information on other ARM programs is available upon request.

**HOW YOUR INTEREST RATE AND INITIAL PAYMENT ARE DETERMINED:**

Your initial interest rate is not based on the index described below which is used to make later adjustments; your initial interest rate may include a discount or premium based on market conditions at the time the loan is made. Ask the Lender about the current amount of discount or premium.

During the period that you make payments of interest only, your payments will be based on the interest rate and loan balance. For the first ( ) years of the loan term, interest only payments are required. **This means that the regular monthly payment will not reduce the principal balance during the first    ( ) years of your loan.**

**HOW YOUR INTEREST RATE AND PAYMENT ARE DETERMINED:**

Beginning in year    , the payment will be amortized over the remaining term and applied towards principal and interest. Your payment will then be based on the interest rate, loan balance and remaining loan term. Beginning in year    and thereafter, your interest rate will be based on an index rate plus a specified number of percentage points (the "Margin").

The interest rate will be based on the average of interbank offered rates for 1-year U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in The Wall Street Journal (the "Index"), plus the Margin. Ask the Lender for the current interest rate and Margin. The most recently available Index figure as of the date 45 days before each interest rate change date occurs will be used to calculate changes in the interest rate. Another Index may be substituted if this Index ceases to be publicly announced.

Your interest rate will equal the Index rate plus the Margin rounded to the nearest one-eighth of one percentage point (0.125%) unless your interest rate "Cap" limits the amount of change in the interest rate. If this resultant interest rate is lower than the previous interest rate, the Lender must reduce the interest rate. If the resultant interest rate is higher, the Lender has the right to increase the interest rate. Although taking such an increase is optional by the Lender, you should be aware that the Lender has this right and may exercise it.

After the first    months, your monthly payment is the amount that will be necessary to pay the loan in full by the end of the loan term in substantially equal payments of principal and interest at the interest rate then in effect.

**HOW YOUR INTEREST RATE AND MONTHLY PAYMENT CAN CHANGE:**

Your interest rate can change on the   th month and every 12 months thereafter. The cap on an increase or decrease to your interest rate at the initial adjustment will be set at    percentage point(s). The cap on increases or decreases to your interest rate at each subsequent adjustment will be set at    percentage point(s). The cap on increases to your interest rate over the term of the loan will be set at    percentage points above the initial interest rate. The interest rate over the term of the loan will never decrease to a rate lower than the Margin. Ask the Lender for the current per adjustment and lifetime interest rate caps.

During the first    months, your monthly payment will consist of interest only and will not require any payment of principal.

Your monthly payment can change on the    month and every 12 months thereafter based on changes in the interest rate. Your monthly payment can increase or decrease substantially based on changes in the interest rate.

If you make a prepayment of principal during the interest only period, your payment amount for subsequent payments during the interest only period will be reduced to the amount necessary to pay interest at the then current interest rate on the unpaid principal balance of your loan.

After the first    months, Lender will recalculate your monthly payment based on an amount necessary to fully repay the unpaid principal balance at the then current interest rate on the maturity date in equal monthly payments.

**NOTICE OF INTEREST RATE AND PAYMENT AMOUNT CHANGES:**

- You will be notified in writing at least 25 days but not more than 120 days before the payment adjustment may be made. Your notice will contain information about your interest rates, payment amounts, and loan balance.
- For example, on a $10,000, 30-year loan with an initial interest rate of  0.000% (an index value in effect January 2005, plus the margin, adjusted by the interest rate discount, and rounded to the nearest one-eighth of one percentage point (0.125)), the maximum amount that the interest rate can increase under this program is 6%, or in this example, to  0.000%. The monthly payment can increase from a first-year payment of $    to a maximum of $    in the    year, assuming the interest rate were to increase as rapidly as possible.
- To see what your payments would be, divide your loan amount by $10,000; then multiply the monthly payment by that amount. The initial monthly payment for a 30-year mortgage amount of $60,000 would be: $60,000 divided by $10,000 = 6; 6 x $    = $    per month for the first    months.

---

- This disclosure is intended for reference purposes only. It is not an offer to enter into an interest rate or discount point agreement. For properties in Minnesota, such an offer may only be made pursuant to Minnesota Statutes 47.206, subd. 3 and 4.
- Receipt of a copy of this Statement and The Consumer Handbook on Adjustable Rate Mortgages is hereby acknowledged.

---

Borrower - WALTER OLSZEWSKI _____     Date _____

Borrower - _____     Date _____

# NEW CENTURY TITLE COMPANY

2105 South Bascom Ave, Suite 135, Campbell, CA 95008
(800) 923-8923

## BUYERS/BORROWERS CLOSING STATEMENT
### Estimated

| | |
|---|---|
| uyer/Borrower: | Walter Olszewski |
| | Bonita Olszewski |

| | |
|---|---|
| Escrow No: | 72061025-169 SE |
| Close Date: | |
| Proration Date: | |
| Date Prepared: | 10/20/2006 |
| Reference #1: | |
| Reference #2: | |

roperty:    104 West Loma Alta Dr
Altadena, CA 91001

| Description | Debit | Credit |
|---|---|---|
| **NEW AND EXISTING ENCUMBRANCES:** | | |
| Refinance from Homecomings Financial Network | | 576,000.00 |
| Refinance from Homecomings Financial Network | | 36,000.00 |
| **NEW LOAN CHARGES:** | | |
| Processing to Wall Street Mortgage | 995.00 | |
| Broker Origination to Wall Street Mortgage | 11,520.00 | |
| Lender Loan Charge to Homecomings Financial Network | 835.00 | |
| Prepaid Interest to Homecomings Financial Network | 759.45 | |
| @ $108.493 per day        From 10/25/06 To 11/01/06 | | |
| **ESCROW CHARGES** | | |
| Escrow Fee to New Century Title Company | 250.00 | |
| **RECORDING FEES:** | | |
| Recording Fees to New Century Title Company | 150.00 | |
| **ADDITIONAL CHARGES:** | | |
| Notary to ASAP Signing Services | 150.00 | |
| 1st Installment 2006-2007 taxe to Los Angeles Cnty Tax Collector | 1,879.97 | |
| **PAYOFFS:** | | |
| Payoff to Varris Mortgage solutions | 446,171.75 | |
| $440,953.35  Principal Balance | | |
| $5,012.58  Interest to 11-04-2006 | | |
| $25.00  Demand | | |
| $119.42  Late Charges | | |
| $61.40  Recon | | |
| Payoff to Chase Home Equity | 63,465.88 | |
| $62,158.12  Principal Balance | | |
| $393.40  Interest From 10/03/2006 to 10/31/2006 | | |
| $514.36  Interst till 10-3 | | |
| $400.00  Pre Payment | | |
| **TITLE CHARGES:** | | |
| Lenders Policy to New Century Title Company | 1,363.00 | |
| Owners Policy to New Century Title Company | 125.00 | |
| Wire Fees to New Century Title Company | 25.00 | |
| Messenger / Fed Ex Fees to New Century Title Company | 60.00 | |
| Sub Totals | 527,750.05 | 612,000.00 |
| Refund Due Buyer/Borrower | 84,249.95 | |
| Totals | $612,000.00 | $612,000.00 |

COPY

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| Applicants: **Walter Olszewski** | Prepared By: **WALL ST. MORTGAGE** |
| | 660 S. WINCHESTER BLVD#500 |
| Property Address: **104 W Loma Alta Drive** | SAN JOSE, CA 95128 |
| **Altadena, CA 91001** | 408-938-5761 |
| Application No: **Olszewski, Walter** | Date Prepared: 04/12/2006 |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after making all payments as scheduled |
| 2.000 % | $ 241,506.22 | $ 576,000.00 | $ 817,506.22 |

◻ **REQUIRED DEPOSIT:** The annual percentage rate does not take into account your required deposit
**PAYMENTS:** Your payment schedule will be:

| Number of Payments | Amount of Payments ** | When Payments Are Due | Number of Payments | Amount of Payments ** | When Payments Are Due | Number of Payments | Amount of Payments ** | When Payments Are Due |
|---|---|---|---|---|---|---|---|---|
| | | Monthly Beginning: | | | Monthly Beginning: | | | Monthly Beginning: |
| 359 | 1,744.28 | | | | | | | |
| 1 | 191,309.70 | | | | | | | |

◻ **DEMAND FEATURE:** This obligation has a demand feature.
◻ **VARIABLE RATE FEATURE:** This loan contains a variable rate feature.  A variable rate disclosure has been provided earlier.

**CREDIT LIFE/CREDIT DISABILITY:** Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless you sign and agree to pay the additional cost.

| Type | Premium | Signature | |
|---|---|---|---|
| Credit Life | | I want credit life insurance. | Signature: |
| Credit Disability | | I want credit disability insurance. | Signature: |
| Credit Life and Disability | | I want credit life and disability insurance. | Signature: |

**INSURANCE:** The following insurance is required to obtain credit:
◻ Credit life insurance  ◻ Credit disability  ◻ Property insurance  ◻ Flood insurance
You may obtain the insurance from anyone you want that is acceptable to creditor
◻ If you purchase  ◻ property  ◻ flood insurance from creditor you will pay $ _____ for a one year term.
**SECURITY:** You are giving a security interest in:
◻ The goods or property being purchased        ◻ Real property you already own.
**FILING FEES:** $
**LATE CHARGE:** If a payment is more than _____ days late, you will be charged _____ % of the payment
**PREPAYMENT:** If you pay off early, you
◻ may      ◻ will not   have to pay a penalty.
◻ may      ◻ will not   be entitled to a refund of part of the finance charge.
**ASSUMPTION:** Someone buying your property
◻ may      ◻ may, subject to conditions        ◻ may not   assume the remainder of your loan on the original terms.
See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties.
◻ * means an estimate        ◻ all dates and numerical disclosures except the late payment disclosures are estimates.

* * NOTE: The Payments shown above include reserve deposits for Mortgage Insurance (if applicable), but exclude Property Taxes and Insurance.

THE UNDERSIGNED ACKNOWLEDGES RECEIVING A COMPLETED COPY OF THIS DISCLOSURE.

| | | | |
|---|---|---|---|
| _Walter Olszewski_    9/29/2006 | | _____ | |
| Walter Olszewski    (Applicant)  /  (Date) | | (Applicant)    (Date) | |
| | | | |
| _____ | | _____ | |
| (Applicant)    (Date) | | (Applicant)    (Date) | |
| | | | |
| _____ | | | |
| (Lender)    (Date) | | | |

GOOD FAITH ESTIMATE OF SETTLEMENT CHARGES
Pg 78 of 99

| Borrower: | Creditor: |
|---|---|
| ALTER OLSZEWSKI<br>)4 W LOMA ALTA DRIVE<br>.TADENA,. CA 91001 | HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS<br>FINANCIAL NETWORK, .INC.)<br>P.O. BOX 808024<br>PETALUMA, CA  94975-8024 |
| Loan Number:  047-119761-6 | Date: 10/09/2006 |

ne information provided below reflects estimates of the charges which you are likely to incur
the settlement of your loan.  The fees listed are estimates - the actual charges may be more
less.  Your transaction may not involve a fee for every item listed.
ie numbers listed beside the estimates generally correspond to the numbered lines contained
the HUD-1 settlement statement which you will be receiving at settlement.  The HUD-1
:tlement statement will show you the actual cost for items paid at settlement.

N AMOUNT:                                                                      $        36000.00

EMIZATION OF PREPAID FINANCE CHARGES:
)09  Broker Fee from HF to Broker to Mortgage Broker
         1.5% (P.O.C.) $540.00 pd by Lender
.01  Settlement or Closing Fee to CLOSING AGENT FEE               1.00

          TOTAL PREPAID FINANCE CHARGE                                         $            1.00

          AMOUNT FINANCED                                                      $        35999.00


HER SETTLEMENT CHARGES:

AMOUNTS PAID TO OTHERS ON YOUR BEHALF BY CREDITOR -
.06  Notary Fee to NOTARY FEE                                    20.00
!01  Recording Fee                                               35.00

          TOTAL OTHER SETTLEMENT CHARGES                                       $           55.00

          LOAN PROCEEDS                                                        $        35944.00

se estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974 as amended (RESPA).  Additional information
be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender, if your application
> purchase residential real property and the lender will take a first lien on the property.

will require (a) particular provider(s) from a list that we control or approve.  The specific provider(s) and the actual cost(s)
be disclosed to you at settlement.

We) hereby acknowledge that I (we) have received a completed copy of the HUD Special Information Booklet "Settlement Cost".
ess the loan being applied for is for refinancing the property.
for any reason the loan I (we) have applied for does not close, and if permitted by applicable law, I(we) agree to reimburse the lender
any and all costs incurred to process my (our) application including but not limited to appraisal, survey and title insurance.


COPY

| TER OLSZEWSKI | Date |
|---|---|

# Creditor Data for Claim Number 7163

Help

| Creditor:<br>Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al<br>104 W Loma Alta Dr<br>Altadena, CA 91001 | Date Claim Filed: 9/3/2013<br>Claim #: 7163<br>Schedule: F<br>PDF: View Claim (1166 k) |
|---|---|

**Debtor Name:** GMAC Mortgage, LLC
**Debtor Case Number:** 12-12032

|  | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|---|---|---|---|---|---|---|
| GU | $0.00 | C | U | D |  |  |
| PRI |  |  |  |  |  |  |
| SEC |  |  |  |  | $612,000.00 | $612,000.00 |
| AP |  |  |  |  |  |  |
| AS |  |  |  |  |  |  |
| **TOTALS** | **$0.00** | **C** | **U** | **D** | **$612,000.00** | **$612,000.00** |

*C=Contingent, U=Unliquidated, D=Disputed

**Transfer History**

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found | | | | | |

**Objection History**

| Date Created | Name | Basis | Status |
|---|---|---|---|
| 1/17/2014 | ResCap Borrower Claims Trust's Fifty-Eighth Omnibus Objection to (A) Amended and Superseded Borrower Claims; (B) Late-Filed Borrower Claims; and (C) Non-Debtor Borrower Claims | Late-Filed Borrower Claims | Pending |

**Claim Withdrawal History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

**Stipulation History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".

Claim #7163  Date Filed: 9/3/2013

The Debtor has listed your claim as Contingent, Unliquidated, and Disputed on Schedule F as a General Unsecured claim in the amount of $0.00. You MUST timely file a Proof of Claim or you will be forever barred from recovery.

B 10 Modified (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|

| Name of Debtor: GMAC Mortgage, LLC | Case Number: 12-12032 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) arising after the commencement of the case. A "request" for payment of an administrative expense (other than a claim asserted under 11 U.S.C. § 503(b)(9)) may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al

Name and address where notices should be sent:     NameID: 10995344
Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al
104 W Loma Alta Dr
Altadena, CA 91101

Telephone number:                                           email:

☐ Check this box if this claim amends a previously filed claim.

**Court Claim Number:**
_(If known)_

Filed on:

Name and address where payment should be sent (if different from above):

**BUSHA UNLIMITED CORP**
**P.O. Box 94355,  Pasadena, California 91109**

Telephone number:     **626 399-7776**     email: johnotrin@earthlink.net

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed: $  **$576,000 + $36,000 = $612,000.00**     Oct.27,2006
If all or part of the claim is secured, complete item 4.
If all or part of the claim is entitled to priority, complete item 5.
☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.  **6.9224%**

2. Basis for Claim:  **Promissory notes for $612,000.00 tendered on October 26, 2006**
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor:
**760-8**

3a. Debtor may have scheduled account as:
**N/A**
(See instruction #3a)

3b. Uniform Claim Identifier (optional):
(See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.
Nature of property or right of setoff: ☐Real Estate ☐Motor Vehicle ☒Other
Describe:
Value of Property: **$612,000.00**  Annual Interest Rate **6.9224%** % ☒Fixed ☐Variable
(when case was filed)
Amount of arrearage and other charges, as of the time case was filed, included in secured claim.
if any: $  **0**                          Basis for perfection:

Amount of Secured Claim: $  **$612,000.00**     Amount Unsecured: $  **0**

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(  ).

Amount entitled to priority:

$ **612,000.00**

6. Claim Pursuant to 11 U.S.C. § 503(b)(9):
Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before May 14, 2012, the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.     $ **N/A**     (See instruction #6)

7. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #7.)

8. Documents: Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. (See instruction #8, and the definition of "redacted".)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

* Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

9. Signature: (See instruction #9) Check the appropriate box.
☒ I am the creditor.  ☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.
Print Name:  **Walter Olszewski**
Title:  **Sponsor of the Credit**
Company:                  _(Signature)_ Walter Olszewski   Aug 29 2013 _(Date)_
Address and telephone number (if different from notice address above):

Telephone number:                          Email:

**RECEIVED**

SEP 0 3 2013

KURTZMAN CARSON CONSULTANTS

COURT USE ONLY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# JURAT

State of California
County of  Los Angeles } ss.



**Notary Seal**

Subscribed and sworn to (or affirmed) before me on ___August 29, 2013___ by:

**WALTER  OLSZEWSKI**

Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature of Notary Public in and for said State

_____
Henk Neef
Printed Name of Notary

---

*OPTIONAL INFORMATION*

**Description of Attached Document:**   B 10 FORM / COURT CASE 12-12032
**Number of Pages:**                    2 ( INCLUDING THIS ATTACHMENT )
**Document Date:**                      August 29, 2013

Embosser Seal





Registered Mail™    RA 329754703 US

August 29, 2013

Walter Olszewski
104 West Loma Alta Drive
Altadena, California 91001

ResCap Claims Processing Center c/o KCC
2335 Alaska Ave
El Segundo, CA 90245

Dear Trustee,
I am sending you my "Notarize Affidavit of
Loss" to support my "Notarize B-10".
I was not given the proper time to file.
Would you please include my Priority secured
claim into Case #12-12032.

Thank you very much,

*Walter Olszewski*

Walter Olszewski

## AFFIDAVIT Of LOSS                    CASE # 12-12032

**Affiants States:** Comes now Walter Olszewski, Creditor, a Real Party in Interest, who is neutral in the public, who is unschooled in law, and making a special appearance before this court under the supplemental rules of Admiralty, Rule E (8), a restricted appearance, and notices the court of enunciation of principles as stated in Haines v. Kerner, 404 U.S. 519, wherein the court has directed that those who are unschooled in law making pleadings and/ or complaints shall have the court look to the substance of the pleadings rather in than the form, and hereby makes the following pleadings/ notices in the above referenced matter without waiver of any other defenses.

### Affiants States: Maxims of Law:

All men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.
Truth as a valid statement of reality is sovereign in commerce.
An unrebutted affidavit stands as truth in commerce.
An unrebutted affidavit is acted upon as the judgment in commerce.
Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.

**FACT:** Debtor, GMAC Mortgage,LLC mislead the Court with the statement ... "Unsecured claim to the amount of $0.00"
**FACT:** Sponsor of the credit, Walter Olszewski received the B10 after the filing date.

**Affiants Demands:**     I am demanding that Debtor, GMAC Mortgage,LLC provide **proof that B 10 was served before the dead line for Walter Olszewski to file priority claim in the amount of $612,000.00.**
**Affiants States:** that the Debtor, GMAC Mortgage,LLC "FAULTLY" listed Unsecured general claim in the amount of $0.00 was an oversight, mistake or otherwise unintentional, Walter Olszewski grants Debtor, GMAC Mortgage,LLC ten (10) days **to cure the fault and effect the remedy.**
**Affiants States:** In the event that the Debtor, GMAC Mortgage,LLC **failed to serve the information to** Walter Olszewski **before the decline to file the B10 form** was an oversight, mistake or otherwise unintentional, Walter Olszewski grants Debtor, GMAC Mortgage,LLC ten (10) days to cure the fault and effect the remedy.
**Affiants requests the court: The right to file Priority secured claim in the amount of $612,000.00**

Failure to cure will constitute, as an operation of law, the FINAL admission of the obligation by Debtor, GMAC Mortgage,LLC through tacit procuration to this WRITTEN REQUEST AFFIDAVIT (PRIVATE) **[Registered Mail™ RA 329754703 US       ]** and the whole matter shall be deemed res judicata and stare decisis.
**Affiants States:** When no verified Affidavit rebuttal of this "REQUEST" is made in a timely manner, a "Certificate of Non-Response" serves as Debtor, GMAC Mortgage,LLC's stipulated judgment and consent/ agreement by means of silence with any and all claims and/or violations herein-stated in the default provisions or any other law.
**Affiants States:** Power of Attorney: When Debtor, GMAC Mortgage,LLC, fails by not rebutting to any part of this "Affidavit" Debtor, GMAC Mortgage,LLC, agrees with the granting unto Walter Olszewski's unlimited Power of Attorney and any and all full authorization in signing or endorsing Debtor, GMAC Mortgage,LLC 's name upon any instruments in satisfaction of the obligation(s) of this Affidavit /Agreement or any agreement arising from this agreement. Pre-emption of or to any Bankruptcy proceeding shall not discharge any obligation(s) of this agreement. Consent and agreement with this Power of Attorney by Debtor, GMAC Mortgage,LLC, waives any and all claims of Walter Olszewski, and/or defenses and remains in effect until satisfaction of all obligation(s) including the **LOSS OF $612,000.00** by Debtor, GMAC Mortgage,LLC, has been satisfied.

In Witness hereof I **walter** set my hand/seal/mark;
        My name is **non-negotiable;**

Date _August 29, 2013_

_____
Walter Olszewski

Secured Party Creditor

# JURAT

State of California
County of  Los Angeles
} ss.



**Notary Seal**

Subscribed and sworn to (or affirmed) before
me on ____August 29, 2013____ by:

**WALTER  OLSZEWSKI**

Proved to me on the basis of satisfactory
evidence to be the person(s) who appeared
before me.

_____
Signature of Notary Public in and for said State

_____
Henk Neef
Printed Name of Notary

═══════════  *OPTIONAL INFORMATION*  ═══════════

**Description of Attached Document:**   **AFFIDAVIT OF LOSS**
**Number of Pages**:                    **2 ( INCLUDING THIS ATTACHMENT )**
**Document Date**:                      **August 29, 2013**



RIGHT THUMBPRINT OF SIGNER #1

RIGHT THUMBPRINT OF SIGNER #2

Embosser Seal



# *New Century Title Company*

*2105 South Bascom Ave Suite 135*
*Campbell, CA 95008*
*Phone: (800) 923-8923  ◆  Fax: (408) 626-6121*

October 26, 2006                                    Escrow No: 25SE

Walter Olszewski
Bonita Olszewski
104 West Loma Alta Dr
Altadena, CA 91001                                          ☐ COPY

RE: 104 West Loma Alta Dr, Altadena, CA 91001

Dear Walter Olszewski and Bonita Olszewski,

The above referenced escrow closed on 10/27/2006. The following items are enclosed for your records.

- Proceeds wire in the amount of $84358.44
- Closing Statement
- HUD Settlement Statement
- 

It has been a pleasure handling this transaction for you. Please do not hesitate to contact our office if you have any questions regarding this matter.

Sincerely,

Stephanie Evans
Escrow Officer

Brcloltr. 10/20/01.js

**Homecomings Financial**
*A GMAC Company*

## Is Your Contact Information Correct?

Home Phone Number: 626-399-7776
Borrower 1 Work Phone Number: Not on File, Please Provide
Mailing Address: 104 W Loma Alta Dr, Altadena CA 91001-3933

Our customer service center can respond more quickly and accurately to any questions or concerns you encounter during the life of your loan, if we have your correct contact information. If any of this information needs to be updated, please use the form on the back of the coupon or log on to **www.homecomings.com.** We appreciate your assistance!

+ 0126422 000122574 09HWCA 0932798 P258                                                     SX0268-00A

**Pay online: www.homecomings.com**

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT
PLEASE INCLUDE LOAN NUMBER ON YOUR CHECK

Homecomings Financial
P.O. Box 650515
Dallas, TX 75265-0515



Pay online: www.homecomings.com
Loan Number: ███████7608
Payment Due: 1st of the month

Total Amount Due $3,300.00
Late fee assessed after the 16th

If sending more than total amount due, please show how it should be applied and the total amount enclosed.

Homecomings Financial
P.O. Box 650515
Dallas, TX 75265-0515

| | | |
|---|---|---|
| Total Amount Due | $ | |
| +Additional Principal | $ | |
| +Additional Escrow | $ | |
| +Future or Partial Payment(s) | $ | |
| =Total Amount Enclosed | $ | |

 7608     00019800 00330000      COPY

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT
PLEASE INCLUDE LOAN NUMBER ON YOUR CHECK

Homecomings Financial
P.O. Box 650515
Dallas, TX 75265-0515

☑ Check here and complete form on reverse side if your address or other information has changed.

Pay online: www.homecomings.com
Loan Number: ███████7608
Payment Due: 1st of the month

Total Amount Due $3,300.00
Late fee assessed after the 16th

If sending more than total amount due, please show how it should be applied and the total amount enclosed.

Homecomings Financial
P.O. Box 650515
Dallas, TX 75265-0515

| | | |
|---|---|---|
| Total Amount Due | $ | |
| +Additional Principal | $ | |
| +Additional Escrow | $ | |
| +Future or Partial Payment(s) | $ | |
| =Total Amount Enclosed | $ | |

7608     00019800 00330000

# Homecomings Financial

*A GMAC Company*

OCTOBER 18TH, 2006

WALTER OLSZEWSKI
104 W LOMA ALTA DRIVE
ALTADENA, CA 91001

RE:     Loan #:       760-8
         Property Address:  104 W LOMA ALTA DRIVE
                        ALTADENA, CA 91001

Thank you for applying for your mortgage loan with **WALL ST. MORTGAGE INC .**
Your broker has submitted your application to Homecomings Financial
for approval.   You will be receiving assorted information and
requests related to your loan application.   Among the items you received today are several
disclosure statements which are for your own reference and are not required to be returned
to our office.

If you have any questions regarding the loan application process, please do not hesitate to
contact your loan officer at **WALL ST. MORTGAGE INC .**

Once again, thank you for choosing **WALL ST. MORTGAGE INC** as your broker.
We at Homecomings Financial                                                      look
forward to providing you and **WALL ST. MORTGAGE INC**   with the highest level of
service.

Sincerely,

Homecomings Financial

COPY

MFCD8186 (09/2006) / 047-119760-8

# NEW CENTURY TITLE COMPANY

**2105 South Bascom Ave, Suite 135, Campbell, CA 95008**
**(800) 923-8923**

## BUYERS/BORROWERS CLOSING STATEMENT
### Final

| | | | |
|---|---|---|---|
| Buyer/Borrower: | Walter Olszewski | Escrow No: | ████ 69 SE |
| | Bonita Olszewski | Close Date: | 10/27/2006 |
| | | Proration Date: | |
| | | Date Prepared: | 10/26/2006 |
| | | Reference #1: | |
| | | Reference #2: | |

*CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL*
*New Century Title Company*

Property:   104 West Loma Alta Dr
            Altadena, CA 91001

| Description | | Debit | Credit |
|---|---|---:|---:|
| **NEW AND EXISTING ENCUMBRANCES:** | | | |
| Refinance from Homecomings Financial , LLC | | | 576,000.00 |
| Refinance from Homecomings Financial ,LLC | | | 36,000.00 |
| **NEW LOAN CHARGES:** | | | |
| Processing to Wall Street Mortgage | | 995.00 | |
| Broker Origination to Wall Street Mortgage | | 11,520.00 | |
| Lender Loan Charge to Homecomings Financial , LLC | | 835.00 | |
| Broker Fee from HF to broker to Wall Street Mortgage | (POC $2,424.96) | | |
| Broker Fee from HF to broker to Wall Street Mortgage | (POC $540.00) | | |
| Prepaid Interest to Homecomings Financial , LLC | | 650.96 | |
| @ $108.493 per day     From 10/26/06 To 11/01/06 | | | |
| Yield Spread Premium to Wall Street Mortgage | ($2,424.96) | | |
| 0.00 to Wall Street Mortgage | ($540.00) | | |
| **ESCROW CHARGES** | | | |
| Escrow Fee to New Century Title Company | | 250.00 | |
| **RECORDING FEES:** | | | |
| Recording Fees to New Century Title Company | | 150.00 | |
| **ADDITIONAL CHARGES:** | | | |
| Notary to ASAP Signing Services | | 150.00 | |
| 1st Installment 2006-2007 taxe to Los Angeles Cnty Tax Collector | | 1,879.97 | |
| **PAYOFFS:** | | | |
| Payoff to Varris Mortgage solutions | | 446,171.75 | |
| $440,953.35   Principal Balance | | | |
| $5,012.58   Interest to 11-04-2006 | | | |
| $25.00   Demand | | | |
| $119.42   Late Charges | | | |
| $61.40   Recon | | | |
| Payoff to Chase Home Equity | | 63,465.88 | |
| $62,158.12   Principal Balance | | | |
| $393.40   Interest From 10/03/2006 to 10/31/2006 | | | |
| $514.36   Interst till 10-3 | | | |
| $400.00   Pre Payment | | | |
| **TITLE CHARGES:** | | | |
| Lenders Policy to New Century Title Company | | 1,363.00 | |
| Owners Policy to New Century Title Company | | 125.00 | |
| Wire Fees to New Century Title Company | | 25.00 | |
| Messenger / Fed Ex Fees to New Century Title Company | | 60.00 | |
| Sub Totals | | 527,641.56 | 612,000.00 |
| Refund Due Buyer/Borrower | | 84,358.44 | |
| Totals | | $612,000.00 | $612,000.00 |

A. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

**SETTLEMENT STATEMENT**

B. TYPE OF LOAN                                OMB No. 2502-0265

1. ☐ FHA    2. ☐ FMHA    3. ☐ CONV. UNINS
4. ☐ VA     5. ☐ CONV. INS.

New Century Title Company
2105 South Bascom Ave
Suite 135
Campbell, CA 95008

**FINAL**

6. ESCROW FILE NUMBER:  ████99  SE
7. LOAN NUMBER  ████760-8
8. MORTGAGE INSURANCE CASE NUMBER:

C. NOTE:  This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown.
Items marked "(P.O.C.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. NAME OF BORROWER:    Walter Olszewski and Bonita Olszewski

ADDRESS OF BORROWER:    104 West Loma Alta Dr
Altadena, CA  91001

E. NAME OF SELLER:

ADDRESS OF SELLER:

F. NAME OF LENDER:    Homecomings Financial , LLC
ADDRESS OF LENDER:    1650 Corporate Circle, Ste 100
Petaluma, CA  94954

G. PROPERTY LOCATION:    104 West Loma Alta Dr
Altadena, CA  91001
Los Angeles

H. SETTLEMENT AGENT:    New Century Title Company
PLACE OF SETTLEMENT:    2105 South Bascom Ave, Suite 135, Campbell, CA 95008
SETTLEMENT DATE:    10/27/2006    PRORATION DATE:    FUNDING DATE:

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower:** | | **400. Gross Amount Due To Seller:** | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to Borrower (line 1400) | 18,003.93 | 403. | |
| 104. Payoff to Varris Mortgage solu | 446,171.75 | 404. | |
| 105. Payoff to Chase Home Equity | 63,465.88 | 405. | |
| Adjustments For Items Paid By Seller In Advance: | | Adjustments For Items Paid By Seller In Advance: | |
| 106. City/Town Taxes | | 406. City/Town Taxes | |
| 107. County Taxes | | 407. County Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 120. Gross Amount Due from borrower: | 527,641.56 | 420. Gross Amount Due to Seller | |
| **200. Amounts Paid by or In behalf of Borrower:** | | **500. Reductions In Amount Due To Seller:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 576,000.00 | 502. Settlement charges to Seller (line 1400) | |
| Homecomings Financial ,LLC | 36,000.00 | | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments For Items Unpaid By Seller: | | Adjustments For Items Unpaid By Seller: | |
| 210. City/Town Taxes | | 510. City/Town Taxes | |
| 211. County Taxes | | 511. County Taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 612,000.00 | 520. Total Reductions in Amount Due Seller | |
| **300. Cash at Settlement from/to Borrower:** | | **600. Cash at Settlement from/to Seller:** | |
| 301. Gross amount due from Borrower (line 120) | 527,641.56 | 601. Gross amount due to Seller (line 420) | |
| 302. Less amount paid by/for Borrower (line 220) | 612,000.00 | 602. Less reductions in amount due Seller (line 52 | |
| 303. Cash TO Borrower: | 84,358.44 | 603. Cash TO/FROM Seller: | 0.00 |

Hudc.rpt (12/17/2003)

**L. SETTLEMENT CHARGES:**

ESCROW FILE NUMBER:

OMB No. 2502-0265

69 SE

| | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|
| **700. Total Sales/Broker's Commission:** | | | |
| Based on Price $ | | | |
| Division of Commission (line 700) follows: | | | |
| 701. $ | | | |
| 702. $ | | | |
| $ | | | |
| 703. Commission paid at settlement | | | |
| 704. | | | |
| **800. Items Payable In Connection With Loan:** | | | |
| 801. Loan Origination Fee | | | |
| 802. Loan Discount Fee | | | |
| 803. Appraisal Fee | | | |
| 804. Credit Report | | | |
| 805. Lenders Inspection Fee | | | |
| 806. Mortgage Insurance Application Fee | | | |
| 807. Assumption Fee | | | |
| 808. Processing to Wall Street Mortgage | | 995.00 | |
| 809. Broker Origination to Wall Street Mortgage | | 11,520.00 | |
| 810. Lender Loan Charge to Homecomings Financial , LLC | | 835.00 | |
| 811. **See attached for breakdown | | | |
| Yield Spread Premium to Wall Street Mortgage | ( $2,424.96) | | |
| Yield Spread Premium to Wall Street Mortgage | ( $540.00) | | |
| **900. Items Required By Lender To Be Paid In Advance:** | | | |
| 901. Interest from 10/26/06 to 11/01/06 @$108.493/day (6 days) | | 650.96 | |
| 902. Mortgage Insurance Premium | | | |
| 903. Hazard Insurance Premium | | | |
| 904. | | | |
| 905. | | | |
| **1000. Reserves Deposited With Lender:** | | | |
| 1001. Hazard Insurance | | | |
| 1002. Mortgage Insurance | | | |
| 1003. City Property Taxes | | | |
| 1004. County Property Taxes | | | |
| 1005. Annual Assessments | | | |
| 1006. | | | |
| 1007. | | | |
| 1008. AGGREGATE ADJUSTMENT   months @$ | | | |
| **1100. Title Charges:** | | | |
| 1101. Settlement or closing fee to New Century Title Company | | 250.00 | |
| 1102. Abstract or title search | | | |
| 1103. Title examination | | | |
| 1104. Title insurance binder | | | |
| 1105. Document preparation | | | |
| 1106. Notary Fees | | | |
| 1107. Attorney's Fees | | | |
| (includes above item numbers: ) | | | |
| 1108. Title Insurance | | | |
| (includes above item numbers: ) | | | |
| 1109. Lender's coverage $   576,000.00 | | 1,363.00 | |
| 1110. Owner's coverage $ | | 125.00 | |
| Lender's coverage $   36,000.00 | | | |
| Lender's coverage $ | | | |
| 1111. | | | |
| 1112. | | | |
| 1113. **See attached for breakdown | | 85.00 | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Recording Fees: Deed$           Mortgage $   150.00 Release $ | | 150.00 | |
| 1202. City/County tax/stamps | | | |
| 1203. State tax/stamps | | | |
| 1204. City Transfer Tax | | | |
| 1205. County Transfer Tax | | | |
| 1206. | | | |
| 1207. | | | |
| **1300. Additional Settlement Charges:** | | | |
| 1301. Survey to | | | |
| 1302. Pest Inspection | | | |
| 1303. Real Property Taxes | | | |
| 1304. Home Warranty | | | |
| 1305. HOA Transfer Fee | | | |
| 1306. HOA Dues/Fees | | | |
| 1307. **See attached for breakdown | | 2,029.97 | |
| 1400. Total Settlement Charges (Enter on line 103,Section J -and- line 502, Section K) | | 18,003.93 | 0.00 |

Hudc.rpt (12/17/2003)

Printed by Stephanie Evans on 10/26/2006 at 01:49:29 PM

Attachments:

Escrow Number: ████ 99 SE

OMB No 2502-0265

## BREAKDOWN OF NEW LOANS

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| Homecomings Financial , LLC, 1650 Corporate Circle, Ste 100, Petaluma, CA  94954, Loan# 04 | 576,000.00 | |
| Homecomings Financial ,LLC, 1650 Corporate Circle, Ste 100, Petaluma, CA  94954, Loan# 04 | 36,000.00 | |
| Total of New Loans. | 612,000.00 | |

## HUD 800 ITEMS PAYABLE IN CONNECTION WITH LOAN

| Description | | Buyer Amount | Seller Amount |
|---|---|---|---|
| 812. Broker Fee from HF to broker to Wall Street Mortgage | (Buyer $2,424.96 P.O.C.) | | |
| 813. Broker Fee from HF to broker to Wall Street Mortgage | (Buyer $540.00 P.O.C.) | | |
| Total as shown on HUD Page 2 Line #811. | | 0.00 | |

## HUD 1113 DETAILED BREAKDOWN OF TITLE CHARGES

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 1114. Wire Fees to New Century Title Company | 25.00 | |
| 1115. Messenger / Fed Ex Fees to New Century Title Company | 60.00 | |
| Total as shown on HUD Page 2 Line #1113. | 85.00 | |

## HUD 1307 DETAILED BREAKDOWN OF ADDITIONAL SETTLEMENT CHARGES

| Description | Buyer Amount | Seller Amount |
|---|---|---|
| 1308. Notary to ASAP Signing Services | 150.00 | |
| 1309. 1st Installment 2006-2007 taxe to Los Angeles Cnty Tax Collector | 1,879.97 | |
| Total as shown on HUD Page 2 Line #1307. | 2,029.97 | |



Printed by Stephanie Evans on 10/26/2006 at 01:49:29 PM

## GOOD FAITH ESTIMATE OF SETTLEMENT CHARGES

**Borrower:**

WALTER OLSZEWSKI
104 W LOMA ALTA DRIVE
ALTADENA, CA 91001

**Creditor:**

HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS
FINANCIAL NETWORK, INC.)
P.O. BOX 808024
PETALUMA, CA  94975-8024

**Loan Number:** ▇▇▇761-6

**Date:** 10/09/2006

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan.  The fees listed are estimates - the actual charges may be more or less.  Your transaction may not involve a fee for every item listed.

The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 settlement statement which you will be receiving at settlement.  The HUD-1 settlement statement will show you the actual cost for items paid at settlement.

| | | | |
|---|---|---|---|
| **LOAN AMOUNT:** | | $ | 36000.00 |
| **ITEMIZATION OF PREPAID FINANCE CHARGES:** | | | |
| 809   Broker Fee from HP to Broker to Mortgage Broker | | | |
|        1.5% (P.O.C.) $540.00 pd by Lender | | | |
| 1101   Settlement or Closing Fee TO CLOSING AGENT FEE | 1.00 | | |
|        **TOTAL PREPAID FINANCE CHARGE** | | $ | 1.00 |
|        **AMOUNT FINANCED** | | $ | 35999.00 |
| **OTHER SETTLEMENT CHARGES:** | | | |
| **AMOUNTS PAID TO OTHERS ON YOUR BEHALF BY CREDITOR -** | | | |
| 1106   Notary Fee to NOTARY FEE | 20.00 | | |
| 1201   Recording Fee | 35.00 | | |
|        **TOTAL OTHER SETTLEMENT CHARGES** | | $ | 55.00 |
|        **LOAN PROCEEDS** | | $ | 35944.00 |

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974 as amended (RESPA).  Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender, if your application is to purchase residential real property and the lender will take a first lien on the property.

We will require (a) particular provider(s) from a list that we control or approve.  The specific provider(s) and the actual cost(s) will be disclosed to you at settlement.

I (We) hereby acknowledge that I (we) have received a completed copy of the HUD Special Information Booklet "Settlement Cost", unless the loan being applied for is for refinancing the property.

If for any reason the loan I (we) have applied for does not close, and if permitted by applicable law, I(we) agree to reimburse the lender for any and all costs incurred to process my (our) application including but not limited to appraisal, survey and title insurance.



_____          _____
WALTER OLSZEWSKI                    Date

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
### (THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | |
|---|---|
| **Applicants:** Walter Olszewski | **Prepared By:** WALL ST. MORTGAGE |
| | 550 S. WINCHESTER BLVD#500 |
| **Property Address:** 104 W Loma Alta Drive | SAN JOSE, CA 95128 |
| Altadena, CA 91001 | 408-838-6761 |
| **Application No:** Olszewski, Walter | **Date Prepared:** 04/12/2006 |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after making all payments as scheduled |
| 2.000 % | $ 241,506.22 | $ 576,000.00 | $ 817,506.22 |

☐ **REQUIRED DEPOSIT:** The annual percentage rate does not take into account your required deposit
**PAYMENTS:** Your payment schedule will be:

| Number of Payments | Amount of Payments ** | When Payments Are Due | Number of Payments | Amount of Payments ** | When Payments Are Due | Number of Payments | Amount of Payments ** | When Payments Are Due |
|---|---|---|---|---|---|---|---|---|
| 359 | 1,744.26 | Monthly Beginning: | | | Monthly Beginning: | | | Monthly Beginning: |
| 1 | 191,306.70 | | | | | | | |

☐ **DEMAND FEATURE:** This obligation has a demand feature.
☐ **VARIABLE RATE FEATURE:** This loan contains a variable rate feature. A variable rate disclosure has been provided earlier.

**CREDIT LIFE/CREDIT DISABILITY:** Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless you sign and agree to pay the additional cost.

| Type | Premium | Signature |
|---|---|---|
| Credit Life | | I want credit life insurance.  Signature: |
| Credit Disability | | I want credit disability insurance.  Signature: |
| Credit Life and Disability | | I want credit life and disability insurance.  Signature: |

**INSURANCE:** The following insurance is required to obtain credit:
☐ Credit life insurance  ☐ Credit disability  ☐ Property insurance  ☐ Flood insurance
You may obtain the insurance from anyone you want that is acceptable to creditor
☐ If you purchase  ☐ property  ☐ flood insurance from creditor you will pay $ _____ for a one year term.
**SECURITY:** You are giving a security interest in:
☐ The goods or property being purchased  ☐ Real property you already own.
**FILING FEES:** $
**LATE CHARGE:** If a payment is more than _____ days late, you will be charged _____ % of the payment
**PREPAYMENT:** If you pay off early, you
☐ may  ☐ will not  have to pay a penalty.
☐ may  ☐ will not  be entitled to a refund of part of the finance charge.
**ASSUMPTION:** Someone buying your property
☐ may  ☐ may, subject to conditions  ☐ may not  assume the remainder of your loan on the original terms.
See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties
☐ * means an estimate  ☐ all dates and numerical disclosures except the late payment disclosures are estimates.
** NOTE: The Payments shown above include reserve deposits for Mortgage Insurance (if applicable), but exclude Property Taxes and Insurance.

THE UNDERSIGNED ACKNOWLEDGES RECEIVING A COMPLETED COPY OF THIS DISCLOSURE.

| | | | | |
|---|---|---|---|---|
| _Walter Olszewski_ | 7/29/2006 | | | |
| Walter Olszewski | (Applicant) / (Date) | | (Applicant) | (Date) |
| | | | | |
| | (Applicant) (Date) | | (Applicant) | (Date) |
| | | | | |
| | (Lender) (Date) | | | |

# FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

**Borrower:**

WALTER OLSZEWSKI
104 W LOMA ALTA DRIVE
ALTADENA, CA 91001

**Creditor:**

HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS
FINANCIAL NETWORK, INC.)
P.O. BOX 808024
PETALUMA, CA  94975-8024

**Loan Number:** [____]760-8          **Date:** 10/09/2006

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 8.2507% | $1,428,680.77 | $572,973.15 | $2,001,653.92 |

**Your payment schedule will be:**

| No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin | No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin | No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin |
|---|---|---|---|---|---|---|---|---|
| 12 | 1744.28 | 01/01/2007 | | | | | | |
| 12 | 1875.10 | 01/01/2008 | | | | | | |
| 12 | 2015.73 | 01/01/2009 | | | | | | |
| 2 | 2166.91 | 01/01/2010 | | | | | | |
| 321 | 4782.04 | 03/01/2010 | | | | | | |
| 1 | 394663.94 | 12/01/2036 | | | | | | |

COPY

**VARIABLE RATE:** Your loan contains a variable-rate feature. Disclosures about the variable-rate feature have been provided to you earlier.

**INSURANCE:** The following insurance is required to obtain credit:   * Property You may obtain the insurance from anyone that is acceptable to creditor.

**SECURITY:** You are giving a security interest in real property you already own.
   Property Address: 104 W LOMA ALTA DRIVE, ALTADENA, CA  91001

**LATE CHARGE:** If a payment is more than 15 days late, you will be charged 5 % of the overdue payment of principal and interest.

**PREPAYMENT:** If you pay off your loan early,   * You may have to pay a penalty.
   * You will not be entitled to a refund of part of the finance charge.

**ASSUMPTION:** Someone buying your property may assume the remainder of your loan on the original terms.

All dates and numerical disclosures except the late payment disclosures are estimates.

**See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.**

---

WALTER OLSZEWSKI                    Date

## NEW CENTURY TITLE COMPANY

2105 South Bascom Ave, Suite 135, Campbell, CA 95008
(800) 923-8923

### BUYERS/BORROWERS CLOSING STATEMENT
Estimated

Buyer/Borrower:    Walter Olszewski
Bonita Olszewski

Escrow No:          ████ 69 SE
Close Date:
Proration Date:
Date Prepared:      10/20/2006
Reference #1:
Reference #2:

Property:    104 West Loma Alta Dr
Altadena, CA 91001

| Description | Debit | Credit |
|---|---|---|
| **NEW AND EXISTING ENCUMBRANCES:** | | |
| Refinance from Homecomings Financial Network | | 576,000.00 |
| Refinance from Homecomings Financial Network | | 36,000.00 |
| **NEW LOAN CHARGES:** | | |
| Processing to Wall Street Mortgage | 995.00 | |
| Broker Origination to Wall Street Mortgage | 11,520.00 | |
| Lender Loan Charge to Homecomings Financial Network | 835.00 | |
| Prepaid Interest to Homecomings Financial Network | 759.45 | |
| @ $108.493 per day          From 10/25/06 To 11/01/06 | | |
| **ESCROW CHARGES:** | | |
| Escrow Fee to New Century Title Company | 250.00 | |
| **RECORDING FEES:** | | |
| Recording Fees to New Century Title Company | 150.00 | |
| **ADDITIONAL CHARGES:** | | |
| Notary to ASAP Signing Services | 150.00 | |
| 1st Installment 2006-2007 taxe to Los Angeles Cnty Tax Collector | 1,879.97 | |
| **PAYOFFS:** | | |
| Payoff to Varris Mortgage solutions | 446,171.75 | |
| $440,953.35    Principal Balance | | |
| $5,012.58    Interest to 11-04-2006 | | |
| $25.00    Demand | | |
| $119.42    Late Charges | | |
| $61.40    Recon | | |
| Payoff to Chase Home Equity | 63,465.88 | |
| $62,158.12    Principal Balance | | |
| $393.40    Interest From 10/03/2006 to 10/31/2006 | | |
| $514.36    Interst till 10-3 | | |
| $400.00    Pre Payment | | |
| **TITLE CHARGES:** | | |
| Lenders Policy to New Century Title Company | 1,363.00 | |
| Owners Policy to New Century Title Company | 125.00 | |
| Wire Fees to New Century Title Company | 25.00 | |
| Messenger / Fed Ex Fees to New Century Title Company | 60.00 | |
| Sub Totals | 527,750.05 | 612,000.00 |
| Refund Due Buyer/Borrower | 84,249.95 | |
| Totals | $612,000.00 | $612,000.00 |

COPY

_____
Walter Olszewski

_____
Bonita Olszewski

# FEDERAL TRUTH-IN-LENDING DISCLOSURE STATEMENT

**Borrower:**

WALTER OLSZEWSKI
104 W LOMA ALTA DRIVE
ALTADENA, CA 91001

**Creditor:**

HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS
FINANCIAL NETWORK, INC.)
P.O. BOX 808024
PETALUMA, CA  94975-8024

**Loan Number:** ▮▮▮▮760-8          **Date:** 10/18/2006

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of payments |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 6.9224% | $884,451.25 | $572,973.15 | $1,457,424.40 |

**Your payment schedule will be:**

| No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin | No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin | No. of Pmts. | Amount of Pmts. | Monthly Pmts. Begin |
|---|---|---|---|---|---|---|---|---|
| 120 | 3300.00 | 01/01/2007 | | | | | | |
| 239 | 4422.61 | 01/01/2017 | | | | | | |
| 1 | 4420.61 | 12/01/2036 | | | | | | |

**INSURANCE:** The following insurance is required to obtain credit:   * Property
   You may obtain the insurance from anyone that is acceptable to creditor.

**SECURITY:** You are giving a security interest in real property you already own.
   Property Address: 104 W LOMA ALTA DRIVE, ALTADENA, CA  91001

**LATE CHARGE:** If a payment is more than 15 days late, you will be charged 5 % of the
   overdue payment of principal and interest.

**PREPAYMENT:** If you pay off your loan early,   * You will not have to pay a penalty.
   * You will not be entitled to a refund of part of the finance charge.

**ASSUMPTION:** Someone buying your property cannot assume the remainder of your loan on the
   original terms.

All dates and numerical disclosures except the late payment disclosures are estimates.

**See your contract documents for any additional information about nonpayment, default, any
required repayment in full before the scheduled date, and prepayment refunds and penalties.**



_____          _____
WALTER OLSZEWSKI                     Date

## GOOD FAITH ESTIMATE OF SETTLEMENT CHARGES

**Borrower:**

WALTER OLSZEWSKI
104 W LOMA ALTA DRIVE
ALTADENA, CA 91001

**Creditor:**

HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS
FINANCIAL NETWORK, INC.)
P.O. BOX 808024
PETALUMA, CA  94975-8024

**Loan Number:** ▇▇760-8          **Date:** 10/18/2006

The information provided below reflects estimates of the charges which you are likely to incur
at the settlement of your loan.  The fees listed are estimates - the actual charges may be more
or less.  Your transaction may not involve a fee for every item listed.
The numbers listed beside the estimates generally correspond to the numbered lines contained
in the HUD-1 settlement statement which you will be receiving at settlement.  The HUD-1
settlement statement will show you the actual cost for items paid at settlement.

**LOAN AMOUNT:**                                                              $     576000.00

**ITEMIZATION OF PREPAID FINANCE CHARGES:**
  809  Broker Fee from HF to Broker to Mortgage Broker
        0.421% (P.O.C.) $2424.96 pd by Lender
  810  LENDER LOAN CHARGE TO HFN                         835.00
  811  BROKER PROCESSING FEE                             995.00
  901  Prepaid Interest for (11/01/2006 - 12/01/2006)    946.85
  1101 Settlement or Closing Fee to CLOSING AGENT FEE    250.00

        TOTAL PREPAID FINANCE CHARGE                     $      3026.85

        AMOUNT FINANCED                                  $    572973.15

**OTHER SETTLEMENT CHARGES:**

  AMOUNTS PAID TO OTHERS ON YOUR BEHALF BY CREDITOR -
  1106 Notary Fee to NOTARY FEE                          100.00
  1108 Title Insurance to TITLE                         1680.00
  1201 Recording Fee                                      75.00

        TOTAL OTHER SETTLEMENT CHARGES                   $      1855.00

        LOAN PROCEEDS                                    $    571118.15

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974 as amended (RESPA).  Additional information
can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender, if your application
is to purchase residential real property and the lender will take a first lien on the property.

We will require (a) particular provider(s) from a list that we control or approve.  The specific provider(s) and the actual cost(s)
will be disclosed to you at settlement.

I (We) hereby acknowledge that I (we) have received a completed copy of the HUD Special Information Booklet "Settlement Cost",
unless the loan being applied for is for refinancing the property.
If for any reason the loan I (we) have applied for does not close, and if permitted by applicable law, I(we) agree to reimburse the lender
for any and all costs incurred to process my (our) application including but not limited to appraisal, survey and title insurance.



_____          _____
WALTER OLSZEWSKI              Date

| Creditor: | HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS FINANCIAL NETWORK, INC.) | Program Name: ADVANTAGE 30YR INT ON Interest-Only LIBOR ARM |
|---|---|---|

## ADJUSTABLE RATE MORTGAGE LOAN PROGRAM DISCLOSURE
### YEAR FIXED, 1 YEAR ADJUSTMENT WITH INTEREST RATE LIMIT
### (InterestOnly   YEARS)

### Important Information About the Adjustable Rate Mortgage

This disclosure describes the features of the Adjustable Rate Mortgage (ARM) program you are considering. Information on other ARM programs is available upon request.

**HOW YOUR INTEREST RATE AND INITIAL PAYMENT ARE DETERMINED:**

Your initial interest rate is not based on the index described below which is used to make later adjustments; your initial interest rate may include a discount or premium based on market conditions at the time the loan is made. Ask the Lender about the current amount of discount or premium.

During the period that you make payments of interest only, your payments will be based on the interest rate and loan balance. For the first ( ) years of the loan term, interest only payments are required. **This means that the regular monthly payment will not reduce the principal balance during the first    ( ) years of your loan.**

**HOW YOUR INTEREST RATE AND PAYMENT ARE DETERMINED:**

Beginning in year        , the payment will be amortized over the remaining term and applied towards principal and interest. Your payment will then be based on the interest rate, loan balance and remaining loan term. Beginning in year        and thereafter, your interest rate will be based on an index rate plus a specified number of percentage points (the "Margin").

The interest rate will be based on the average of interbank offered rates for 1-year U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in The Wall Street Journal (the "Index"), plus the Margin. Ask the Lender for the current interest rate and Margin. The most recently available Index figure as of the date 45 days before each interest rate change date occurs will be used to calculate changes in the interest rate. Another Index may be substituted if this Index ceases to be publicly announced.

Your interest rate will equal the Index rate plus the Margin rounded to the nearest one-eighth of one percentage point (0.125%) unless your interest rate "Cap" limits the amount of change in the interest rate. If this resultant interest rate is lower than the previous interest rate, the Lender must reduce the interest rate. If the resultant interest rate is higher, the Lender has the right to increase the interest rate. Although taking such an increase is optional by the Lender, you should be aware that the Lender has this right and may exercise it.

After the first   months, your monthly payment is the amount that will be necessary to pay the loan in full by the end of the loan term in substantially equal payments of principal and interest at the interest rate then in effect.

**HOW YOUR INTEREST RATE AND MONTHLY PAYMENT CAN CHANGE:**

Your interest rate can change on the    th month and every 12 months thereafter. The cap on an increase or decrease to your interest rate at the initial adjustment will be set at        percentage points. The cap on increases or decreases to your interest rate at each subsequent adjustment will be set at        percentage point(s). The cap on increases to your interest rate over the term of the loan will be set at        percentage points above the initial interest rate. The interest rate over the term of the loan will never decrease to a rate lower than the Margin. Ask the Lender for the current per adjustment and lifetime interest rate caps.

During the first   months, your monthly payment will consist of interest only and will not require any payment of principal. Your monthly payment can change on the    month and every 12 months thereafter based on changes in the interest rate. Your monthly payment can increase or decrease substantially based on changes in the interest rate.

If you make a prepayment of principal during the interest only period, your payment amount for subsequent payments during the interest only period will be reduced to the amount necessary to pay interest at the then current interest rate on the unpaid principal balance of your loan.

After the first   months, Lender will recalculate your monthly payment based on an amount necessary to fully repay the unpaid principal balance at the then current interest rate on the maturity date in equal monthly payments.

**NOTICE OF INTEREST RATE AND PAYMENT AMOUNT CHANGES:**

- You will be notified in writing at least 25 days but not more than 120 days before the payment adjustment may be made. Your notice will contain information about your interest rates, payment amounts, and loan balance.
- For example, on a $10,000, 30-year loan with an initial interest rate of 0.000% (an index value in effect January 2005, plus the margin, adjusted by the interest rate discount, and rounded to the nearest one-eighth of one percentage point (0.125)), the maximum amount that the interest rate can increase under this program is 6%, or in this example, to 0.000%. The monthly payment can increase from a first-year payment of $    to a maximum of $    in the    year, assuming the interest rate were to increase as rapidly as possible.
- To see what your payments would be, divide your loan amount by $10,000; then multiply the monthly payment by that amount. The initial monthly payment for a 30-year mortgage amount of $60,000 would be: $60,000 divided by $10,000 = 6; 6 x $    = $    per month for the first    months.

• This disclosure is intended for reference purposes only. It is not an offer to enter into an interest rate or discount point agreement. For properties in Minnesota, such an offer may only be made pursuant to Minnesota Statutes 47.206, subd. 3 and 4.
• Receipt of a copy of this Statement and The Consumer Handbook on Adjustable Rate Mortgages is hereby acknowledged.

| | | |
|---|---|---|
| Borrower - WALTER OLSZEWSKI | Date | |
| Borrower - | Date | |
| Borrower - | Date | |
| Borrower - | Date | |
| Borrower - | Date | |
| Borrower - | Date | |

## GOOD FAITH ESTIMATE OF SETTLEMENT CHARGES

**Borrower:**

WALTER OLSZEWSKI
104 W LOMA ALTA DRIVE
ALTADENA, CA 91001

**Creditor:**

HOMECOMINGS FINANCIAL, LLC (F/K/A HOMECOMINGS
FINANCIAL NETWORK, INC.)
P.O. BOX 808024
PETALUMA, CA  94975-8024

**Loan Number:** ▇▇▇760-8

**Date:** 10/09/2006

The information provided below reflects estimates of the charges which you are likely to incur at the settlement of your loan. The fees listed are estimates - the actual charges may be more or less. Your transaction may not involve a fee for every item listed.
The numbers listed beside the estimates generally correspond to the numbered lines contained in the HUD-1 settlement statement which you will be receiving at settlement. The HUD-1 settlement statement will show you the actual cost for items paid at settlement.

| LOAN AMOUNT: | | $ | 576000.00 |
|---|---|---|---|

**ITEMIZATION OF PREPAID FINANCE CHARGES:**

| | | | |
|---|---|---|---|
| 809 | Broker Fee from HF to Broker to Mortgage Broker | | |
| | 3.25% (P.O.C.) $18720.00 pd by Lender | | |
| 810 | LENDER LOAN CHARGE TO HFN | 835.00 | |
| 811 | BROKER PROCESSING FEE | 995.00 | |
| 901 | Prepaid Interest for (11/01/2006 - 12/01/2006) | 946.85 | |
| 1101 | Settlement or Closing Fee to CLOSING AGENT FEE | 250.00 | |
| | **TOTAL PREPAID FINANCE CHARGE** | $ | 3026.85 |
| | **AMOUNT FINANCED** | $ | 572973.15 |

**OTHER SETTLEMENT CHARGES:**

| | | | |
|---|---|---|---|
| | AMOUNTS PAID TO OTHERS ON YOUR BEHALF BY CREDITOR - | | |
| 1106 | Notary Fee to NOTARY FEE | 100.00 | |
| 1108 | Title Insurance to TITLE | 1680.00 | |
| 1201 | Recording Fee | 75.00 | |
| | **TOTAL OTHER SETTLEMENT CHARGES** | $ | 1855.00 |
| | **LOAN PROCEEDS** | $ | 571118.15 |

These estimates are provided pursuant to the Real Estate Settlement Procedures Act of 1974 as amended (RESPA). Additional information can be found in the HUD Special Information Booklet, which is to be provided to you by your mortgage broker or lender, if your application is to purchase residential real property and the lender will take a first lien on the property.

We will require (a) particular provider(s) from a list that we control or approve. The specific provider(s) and the actual cost(s) will be disclosed to you at settlement.

I (We) hereby acknowledge that I (we) have received a completed copy of the HUD Special Information Booklet "Settlement Cost", unless the loan being applied for is for refinancing the property.
If for any reason the loan I (we) have applied for does not close, and if permitted by applicable law, I(we) agree to reimburse the lender for any and all costs incurred to process my (our) application including but not limited to appraisal, survey and title insurance.



---

WALTER OLSZEWSKI                    Date