# USPS Shipment Info for EU943082179US

| | |
|---|---|
| From: | US_Postal_Service@usps.com |
| To: | johnotrin@earthlink.net |
| Subject: | USPS Shipment Info for EU943082179US |
| Date: | Feb 15, 2014 11:39 AM |

This is a post-only message. Please do not respond.

walter Olszewski has requested that you receive a Track & Confirm update, as shown below.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: EU943082179US

Service Type: Priority Mail Express®

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Notice Left (Business Closed) | NEW YORK, NY 10004 | February 15, 2014 7:10 am |
| Notice Left (No Authorized Recipient Available) | NEW YORK, NY 10041 | February 14, 2014 12:56 pm |
| Arrival at Post Office | NEW YORK, NY 10004 | February 14, 2014 12:45 pm |
| Processed through USPS Sort Facility | NEW YORK, NY 10199 | February 14, 2014 9:28 am |
| Depart USPS Sort Facility | SANTA CLARITA, CA 91383 | February 12, 2014 |
| Processed at USPS Origin Sort Facility | SANTA CLARITA, CA 91383 | February 12, 2014 9:36 pm |
| Acceptance | PASADENA, CA 91109 | February 12, 2014 4:50 pm |

Reminder: Track & Confirm by email

Date of email request: February 15, 2014

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

February 15, 2014

Honorable Judge Martin Glenn,

  Enclosed please find a second copy of the Affidavits objecting to the Debtor's Fifty-Eighth Omnibus, which was filed, with KCC on February 12, 2014.

  The United States Postal service record shows they were at your office at 12:45 pm on February 14, 2014.

*walter olszewski*
Authorization Representative

English            Customer Service            USPS Mobile                                                Register / Sign In



Quick Tools
Track
Enter up to 10 Trackir Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code
Hold Mail
Change of Address

Ship a Package            Send Mail            Manage Your Mail            Shop            Business Solutions

Search USPS.com or Track Packages

## USPS Tracking™



Customer Service ›
Have questions? We're here to help.

Tracking Number: EU943082179US

Scheduled Delivery Day: Friday, February 14, 2014, 12:00 pm
Money Back Guarantee

### Product & Tracking Information

Postal Product: Priority Mail Express 2-Day™
Features: $100 insurance included    PO to Addressee

### Available Actions

Proof of Delivery

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 15, 2014, 7:10 am | Notice Left (Business Closed) | NEW YORK, NY 10004 |
| February 14, 2014, 12:56 pm | Notice Left (No Authorized Recipient Available) | NEW YORK, NY 10041 |
| February 14, 2014, 12:45 pm | Arrival at Post Office | NEW YORK, NY 10004 |
| February 14, 2014, 9:28 am | Processed through USPS Sort Facility | NEW YORK, NY 10199 |
| February 12, 2014 | Depart USPS Sort Facility | SANTA CLARITA, CA 91383 |
| February 12, 2014, 9:36 pm | Processed at USPS Origin Sort Facility | SANTA CLARITA, CA 91383 |
| February 12, 2014, 4:50 pm | Acceptance | PASADENA, CA 91109 |

Confirmation
EU943082179US

Your request for all activity to-date will be processed within four hours. Any future activity will be processed whenever there is new delivery related event activity.

Your confirmation will be sent to the following:
johnotrin@earthlink.net

### Track Another Package

What's your tracking (or receipt) number?

Track It

LEGAL                    ON USPS.COM                    ON ABOUT.USPS.COM                    OTHER USPS SITES

https://tools.usps.com/go/TrackConfirmAction.action?tRef=fullpage&tLc=1&tLabels=EU+943082179+US            Page 1 of 2

## Creditor Data for Claim Number 7407

Help

| Creditor: | Date Claim Filed: 2/12/2014 |
|---|---|
| Walter Olszewski vs Bank of America a coporation Bank of America Home Loans a corporation Bank of America NA a et al<br>104 W Loma Alta Dr<br>Altadena, CA 91001 | Claim #: 7407<br>PDF: View Claim (1853 k) |

Debtor Name: GMAC Mortgage, LLC
Debtor Case Number: 12-12032

|  | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|---|---|---|---|---|---|---|
| GU |  |  |  |  |  |  |
| PRI |  |  |  |  |  |  |
| SEC |  |  |  |  |  | $2,037,653.92 | $2,037,653.92 |
| AP |  |  |  |  |  |  |
| AS |  |  |  |  |  |  |
| TOTALS |  |  |  |  | $2,037,653.92 | $2,037,653.92 |

*C=Contingent, U=Unliquidated, D=Disputed

### Transfer History

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found | | | | | |

### Objection History

| Date Created | Name | Basis | Status |
|---|---|---|---|
| No records found | | | |

### Claim Withdrawal History

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

### Stipulation History

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".