12-12020-mg    Doc 6507    Filed 02/20/14    Entered 02/20/14 11:42:54    Main Document
       Pg 1 of 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

RESIDENTIAL CAPITAL, LLC, *et al.*

Debtors.

Case No. 12-12020 (MG)

Jointly Administered

# ORDER DENYING MOTIONS TO SEAL CONFIDENTIAL DECLARATION OF WENDY ALISON NORA, TO SEAL EXHIBIT C, AND TO STRIKE OBJECTION OF THE DEBTORS

Following a hearing on February 20, 2014, the *Motions to Strike Objection, to Seal Confidential Declaration of Attorney Wendy Alison Nora, to Seal Exhibit C* (the "Motions") (ECF Doc. ## 6425, 6427) are **DENIED**. Nora filed her Declaration and Exhibit C on ECF and so they are now public. There is no basis to seal them in any event. Those portions of the Motions are in any event frivolous. The portion of the Motions seeking to strike the Debtors' Objection is likewise frivolous.

The Debtors' Objection to the claims of Caren Wilson (Claims Nos. 4754 and 7181) (ECF Doc. # 6268; *see also* ECF Doc. # 6493) was argued at the hearing on February 20, 2014; the Court reserved decision on the Objection and took it under submission.

**IT IS SO ORDERED.**

Dated:   February 20, 2014
         New York, New York

*Martin Glenn*
MARTIN GLENN
United States Bankruptcy Judge