UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                               :
In re:                                                  : Chapter 11
                                                                :
Residential Capital, LLC, *et al.*,         : Case No. 12-12020 (MG)
                                                                :
                       Debtors.                : Jointly Administered
                                                                 :
---------------------------------------------------------------- x **Ref. Docket No. 6502**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 18, 2014, I caused to be served the "Statement of the Liquidating Trust in Connection with Request of Verizon Business Network Services Inc. for Allowance and Payment of Administrative Expense Claim," dated February 18, 2014 [Docket No. 6502], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
19th day of February, 2014

*/s/ Carol Zhang*
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

T:\Clients\Rescap\Affidavits\Statement Trust re Verizon Business Network_DI 6502_AFF_2-18-14_KH.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| CHADBOURNE & PARKE LLP | HOWARD SEIFE, DAVID M. LEMAY, ROBERT J. GAYDA AND MARC B. ROITMAN, ESQS. COUNSEL FOR THE EXAMINER 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CITIBANK NA | ATTN BOBBIE THEIVAKUMARAN 390 GREENWICH ST 6TH FL NEW YORK NY 10013 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | COUNSEL TO WILMINGTON TRUST NATIONAL ASSOCIATION ATTN: THOMAS J. MOLONEY AND SEAN A. O'NEAL, ESQS ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLIFFORD CHANCE US LLP | COUNSEL TO OCWEN LOAN SERVICING, LLC ATTN: JENNIFER C. DEMARCO AND ADAM LESMAN, ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| FANNIE MAE | ATTN PETER MCGONINGLE 1835 WEST MARKET ST., STE 2300 NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 31 HOPKINS PLZ RM 1150 BALTIMORE MD 21201 |
| KELLEY DRYE & WARREN LLP | JAMES S CARR & ERIC R WILSON 101 PARK AVE NEW YORK NY 10178 |
| KIRKLAND & ELLIS | RICHARD M CIERI 601 LEXINGTON AVE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | ATTN RAY C SCHROCK & STEPEHEN HESSLER 601 LEXINGTON AVE NEW YORK NY 10022-4611 |
| KRAMER LEVIN NAFTALLIS & FRANKEL LLP | KENNETH H ECKSTEIN, THOMAS MOERS MAYER & DOUGLAS H MANNAL & JEFFREY TRACHTMAN & G. HOROWITZ, ESQS. 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KURTZMAN CARSON CONSULTANTS | P JOE MORROW 2335 ALASKA AVE EL SEGUNDO CA 90245 |
| LOEB & LOEB LLP | COUNSEL TO WILMINGTON TRUST, N.A. ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN & DEBRA W. MINOFF 345 PARK AVENUE NEW YORK NY 10154 |
| MILBANK, TWEED, HADLEY & MCCLOY, LLP | COUNSEL TO AD HOC GROUP OF JR SECURED NOTEHOLDERS ATTN: GERARD UZZI 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MORRISON & FOERSTER LLP | LARREN M NASHELSKY, GARY S LEE, LORENZO MARINUZZI KAYVAN B. SADEGHI & TAMMY HAMZEHPOUR, S. ENGELHARDT AND T. GOREN ESQS. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| OFFICE OF THE NY STATE ATTORNEY GENERAL | NANCY LORD & ENID M. STUART THE CAPITOL ALBANY NY 12224-0341 |
| OFFICE OF THE US ATTORNEY FOR | THE SOUTHERN DISTRICT OF NY UNITED STATES ATTORNEY PREET BHARARA ONE ST ANDREWS PLAZA NEW YORK NY 10007 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: ROBERG J. FEINSTEIN, J. MORRIS & M. BOVE 780 THIRD AVENUE 36TH FLOOR NEW YORK NY 10017-2024 |
| RESIDENTIAL CAPITAL LLC | TAMMY HAMZEHPOUR 1100 VIRGINIA DR FT WASHINGTON PA 19034 |
| SECURITIES & EXCHANGE COMMISSION | NY REGIONAL OFFICE GEORGE S CANELLOS REGIONAL DIRECTOR 3 WORLD FINANCIAL CENTER STE 400 NEW YORK NY 10281-1022 |
| SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F ST NE WASHINGTON DC 20549 |
| SIDLEY AUSTIN LLP | LARRY J NYHAN & JESSICA CK BOELTER ONE DEARBORN CHICAGO IL 60603 |
| SILVERMANACAMPORA LLP | ATTN: RONALD J. FRIEDMAN 100 JERICHO QUADRANGLE SUITE 300 JERICHO NY 11753 |
| THE BANK OF NEW YORK MELLON | ASSET-BACKED SECURITIES GROUP 101 BARCLAY ST 4W NEW YORK NY 10286 |
| U.S. DEPARTMENT OF JUSTICE | US ATTORNEY GENERAL, ERIC H. HOLDER, JR. 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 |
| UNITED STATES ATTORNEY'S OFFICE | FOR THE SOUTHERN DISTRICT OF NEW YORK CIVIL DIVISION, ATTN JOSEPH CORDARO 86 CHAMBERS ST 3RD FL NEW YORK NY 10007 |
| US TRUSTEE FOR THE SOUTHERN DISTRICT OF NY | WILLIAM K. HARRINGTON, LINDA A. RIFFKIN AND BRIAN S. MASUMOTO U.S. FEDERAL OFFICE BUILDING 201 VARICK STREET, SUITE 1006 NEW YORK NY 10014 |
| WELLS FARGO BANK NA | ATTN CORP TRUST SERVICES - GMACM HOME EQUITY NOTES 2004 VARIABLE FUNDING TRUST PO BOX 98 COLUMBIA MD 21046 |

**Total Creditor count  29**

STINSON LEONARD STREET LLP
Attn: Darrell Clark
1775 Pennsylvania Ave., N.W.
Suite 800
Washington, D.C. 20006

**EXHIBIT B**

Residential Capital Email Service List

abehlmann@lowenstein.com
accesslegalservices@gmail.com
adam.harris@srz.com
adam.lesman@cliffordchance.com
adam.parkin@tdsecurities.com
adoshi@magnozzikye.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
ajowers@kslaw.com
alavinbuk@robbinsrussell.com
almeyers@sjgov.org
almoskowitz@winston.com
alves@sewkis.com
andrea.hartley@akerman.com
angela.baglanzis@obermayer.com
arosen@jacobslawpc.com
askdoj@usdoj.gov
ayala.hassell@hp.com
bankruptcy@clm.com
bankruptcy@morrisoncohen.com
bankruptcy2@ironmountain.com
bankruptcynoticeschr@sec.gov
bateman@sewkis.com
bbeskanos@aol.com
bbressler@schnader.com
bdeutsch@schnader.com
bdk@schlamstone.com
bguiney@pbwt.com
bill.macurda@alston.com
binder@sewkis.com
bmyrick@sidley.com
bnkatty@aldine.k12.tx.us
bobbie.theivakumaran@citi.com
brandon.johnson@pillsburylaw.com
brian.greer@dechert.com
brian.masumoto@usdoj.gov
brian@gmcnjlaw.com
bwalker@kmllp.com
calbanese@gibbonslaw.com
catherine_lasher@fanniemae.com

cball@jonesday.com
ceblack@jonesday.com
choward@lockelord.com
chris@myfaircredit.com
christensen@sewkis.com
christopher.stevens@tdsecurities.com
clometti@cohenmilstein.com
cmomjian@attorneygeneral.gov
colette.wahl@gmacrescap.com
courtney.lowman@ally.com
cristine.phillips@usdoj.gov
cschreiber@winston.com
cshore@whitecase.com
cwood@rgrdlaw.com
das@sewkis.com
daveburnett@quinnemanuel.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
davids@blbglaw.com
dbessner@kramerlevin.com
dblumenthal@schneidermitola.com
dcaley@wongfleming.com
deanna.horst@gmacrescap.com
dearly@fdic.gov
deborah@ladyesq.net
deggert@freebornpeters.com
delman@gelaw.com
derek@talcottfranklin.com
dfeldman@gibsondunn.com
dfiveson@bffmlaw.com
dflanigan@polsinelli.com
dfliman@kasowitz.com
dgolden@akingump.com
dhall@siwpc.com
diane.citron@ally.com
diane.sanders@lgbs.com
diem.home@gmail.com
dlemay@chadbourne.com
dlibra@lapplibra.com
dmannal@kramerlevin.com

1

Residential Capital Email Service List

| | |
|---|---|
| dminoff@loeb.com | hector.gonzalez@dechert.com |
| dmoffa@ktmc.com | hkryder@daypitney.com |
| dneier@winston.com | hooper@sewkis.com |
| drehns@cohenmilstein.com | houston_bankruptcy@lgbs.com |
| dsasser@siwpc.com | howard.godnick@srz.com |
| dskeens@wbsvlaw.com | hseife@chadbourne.com |
| dstichesq@gmail.com | igoldstein@proskauer.com |
| dwdykhouse@pbwt.com | ilevee@lowenstein.com |
| dwollmuth@wmd-law.com | ingrid.bagby@cwt.com |
| ebcalvo@pbfcm.com | irina.palchuk@usbank.com |
| eboden@schnader.com | isilverbrand@whitecase.com |
| ecf@kaalaw.com | israel.david@friedfrank.com |
| ecfmail@aclawllp.com | jai@blbglaw.com |
| echou@coleschotz.com | james.byrnes@usbank.com |
| eciolko@ktmc.com | james.heaney@lawdeb.com |
| edmond.george@obermayer.com | jberkowitz@gibbonslaw.com |
| eileen.oles@gmacrescap.com | jboelter@sidley.com |
| enid.stuart@oag.state.ny.us | jboyle@khmarino.com |
| ericwinston@quinnemanuel.com | jcoffey@brownrudnick.com |
| filings@spallp.com | jcorneau@klestadt.com |
| floraoropeza@co.imperial.ca.us | jdmarshall@brownrudnick.com |
| floressaucedopllc@gmail.com | jeff.brown@gmacfs.com |
| fsosnick@shearman.com | jennifer.demarco@cliffordchance.com |
| gary.holtzer@weil.com | jennifer.provenzano@bnymellon.com |
| gary.kaplan@friedfrank.com | jeremyandersen@quinnemanuel.com |
| gbush@zuckerman.com | jgarrity@morganlewis.com |
| gcatalanello@duanemorris.com | jgelman@jacobslawpc.com |
| gelfarb@mosskalish.com | jglucksman@scarincihollenbeck.com |
| george.rayzis@usbank.com | jhaake@wbsvlaw.com |
| ggraber@hodgsonruss.com | jhardy2@wilkie.com |
| ghorowitz@kramerlevin.com | jill.horner@gmacrescap.com |
| gjarvis@gelaw.com | jjonas@brownrudnick.com |
| glee@mofo.com | jjtancredi@daypitney.com |
| glenn.gillett@usdoj.gov | jkatz@katz-law.com |
| glenn.siegel@dechert.com | jlaitman@cohenmilstein.com |
| gregory.petrick@cwt.com | jlawlor@wmd-law.com |
| guzzi@milbank.com | jleibowitz@kandfllp.com |
| guzzi@whitecase.com | jmcmurtr@placer.ca.gov |
| hadi.khatib@akerman.com | jmhall@bffmlaw.com |
| harrisj12@michigan.gov | jmiller@tcfbank.com |

Residential Capital Email Service List

jmoldovan@morrisoncohen.com
jmorganroth@morganrothlaw.com
jmorris@pszjlaw.com
jnagi@polsinelli.com
joel@shafeldlaw.com
john.bellaver@ally.com
john.kibler@allenovery.com
john.stern@texasattorneygeneral.gov
jonathanu@blbglaw.com
joseph.cordaro@usdoj.gov
josselson@sewkis.com
jteitelbaum@tblawllp.com
jtrachtman@kramerlevin.com
julie.busch@gmacrescap.com
jvincequerra@duanemorris.com
jwcohen@daypitney.com
jweisser@gibsondunn.com
jwilliams@wilmingtontrust.com
jzajac@proskauer.com
kathryn.thorpe@tdsecurities.com
kay.brock@co.travis.tx.us
kdwbankruptcydepartment@kelleydrye.com
keckstein@kramerlevin.com
keith.wofford@ropesgray.com
kelly.j.rentz@wellsfargo.com
kelvin.vargas@db.com
ken.coleman@allenovery.com
kenton_hambrick@freddiemac.com
kgcully@kgcully.com
kgiannelli@gibbonslaw.com
kit.weitnauer@alston.com
kmarino@khmarino.com
kotwick@sewkis.com
kpatrick@gibbsbruns.com
krehns@cohenmilstein.com
kristi.garcia@wellsfargo.com
ksadeghi@mofo.com
ksheehan@flwlaw.com
laura.moran@usbank.com
lauren.delehey@gmacrescap.com

lberkoff@moritthock.com
lee.gordon@mvbalaw.com
lemiller@jonesday.com
linda.riffkin@usdoj.gov
lmarinuzzi@mofo.com
lnashelsky@mofo.com
lneish@zuckerman.com
lnyhan@sidley.com
lrobbins@robbinsrussell.com
mabrams@wilkie.com
macohen@curtis.com
mageshwaran.ramasamy@bnymellon.com
mamta.scott@usbank.com
maofiling@cgsh.com
marguerite.gardiner@srz.com
marie.l.cerchero@irs.gov
mark.ellenberg@cwt.com
mark.flannagan@umb.com
marriott@ballardspahr.com
marty.bunin@alston.com
matthewj@blbglaw.com
mauricio.espana@dechert.com
mbove@pszjlaw.com
mcarney@mckoolsmith.com
mdyer@aclawllp.com
meisenkraft@cohenmilstein.com
metkin@lowenstein.com
mgallagher@curtis.com
michael.cutini@srz.com
michael.spataro@bnymellon.com
michelle.moeller@usbank.com
mkbroyles@feinsuchcrane.com
mknitter@co.monroe.pa.us
mkraut@morganlewis.com
mmadden@robbinsrussell.com
mmorganroth@morganrothlaw.com
mpmorris@gelaw.com
mroitman@chadbourne.com
mrollin@rplaw.com
mschaedle@blankrome.com

Residential Capital Email Service List

mstein@kasowitz.com
mstrauss@kmllp.com
mvaughan@wbsvlaw.com
mwarner@coleschotz.com
namamoo@kasowitz.com
nancy.lord@oag.state.ny.us
ncohen@zuckerman.com
nichlaus.m.ross@wellsfargo.com
nikolay.kodes@skadden.com
njacobs@jacobslawpc.com
nyrobankruptcy@sec.gov
patel@sewkis.com
patrick.kerner@barclays.com
patty.zellmann@ally.com
paul_mullings@freddiemac.com
paul_papas@mylegalhelpusa.com
pbentley@kramerlevin.com
pdatta@hhstein.com
pdefilippo@wmd-law.com
pdublin@akingump.com
peter_mcgonigle@fanniemae.com
petriea@ballardspahr.com
pferdinands@kslaw.com
pfleming@morganlewis.com
pmahony@leopoldassociates.com
pmoak@mckoolsmith.com
ppascuzzi@ffwplaw.com
projectrodeo@kirkland.com
ralbanese@akingump.com
ra-li-ucts-bankrupt@state.pa.us
ray.schrock@kirkland.com
rbarkasy@schnader.com
rblmnf@aol.com
rbrown@robertbrownlaw.com
rchoi1@wilkie.com
reriksen1@gmail.com
rescapinfo@kccllc.com
rfeinstein@pszjlaw.com
rgayda@chadbourne.com
richard.cieri@kirkland.com

richard@rsaxlaw.com
rlwynne@jonesday.com
rmaney@wilmingtontrust.com
romero@mromerolawfirm.com
ronald.rowland@rms-iqor.com
root@blankrome.com
rosa.mendez@db.com
ross.martin@ropesgray.com
rrich2@hunton.com
rschug@nka.com
sarah.stout@bnymellon.com
schindlerwilliamss@ballardspahr.com
scottshelley@quinnemanuel.com
sdnyecf@dor.mo.gov
secbankruptcy@sec.gov
sengelhardt@mofo.com
seth.goldman@mto.com
sfennessey@shearman.com
sfitzgerald@wmd-law.com
sharon.squillario@wellsfargo.com
sheehan@txschoollaw.com
shumphries@gibbsbruns.com
sleopold@leopoldassociates.com
soneal@cgsh.com
sreisman@curtis.com
srosen@cb-shea.com
srutsky@proskauer.com
stephen.hessler@kirkland.com
stevep@rgrdlaw.com
susan.balaschak@akerman.com
susan.khokher@tdsecurities.com
susanp@taxcollector.com
susheelkirpalani@quinnemanuel.com
swissnergross@brownrudnick.com
szide@kramerlevin.com
taconrad@sbwlawfirm.com
tal@talcottfranklin.com
tammy.hamzehpour@gmacrescap.com
tanveer.ashraf@usbank.com
tarr@blankrome.com

Residential Capital Email Service List

tfawkes@freebornpeters.com
tfoundy@curtis.com
tgoren@mofo.com
thadwilson@kslaw.com
themeyerslawfirm@gmail.com
theodore.w.tozer@hud.gov
thomas.walper@mto.com
timothy.devine@ally.com
tjsinnickson@aol.com
tklestadt@klestadt.com
tlallier@foleymansfield.com
tmayer@kramerlevin.com
tmm@mullaw.org
tmoloney@cgsh.com
tracy.davis2@usdoj.gov
tterrell@feinsuch.com
tziegler@ktmc.com
victoria.safran@ag.ny.gov
vrubinstein@loeb.com
wallaces@ballardspahr.com
wcurchack@loeb.com
whazeltine@sha-llc.com
will.hoch@crowedunlevy.com
william.b.solomon@ally.com
william.hao@alston.com
william.thompson@gmacrescap.com
william.tyson@gmacrescap.com
xrausloanops5@barclays.com

**Additional Email**
darrell.clark@stinsonleonard.com