Jeffrey A. Lipps (admitted *pro hac vice*)
Jennifer A.L. Battle
David A. Beck (admitted *pro hac vice*)
CARPENTER LIPPS & LELAND LLP
1540 Broadway, Suite 3710
New York, NY 10036
Phone: (212) 837-1110

*Special Litigation Counsel to the ResCap Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF STIPULATION AND PROTECTIVE ORDER
FOR DISCOVERY RELATED TO PROOFS OF
CLAIM FILED BY UBS REAL ESTATE SECURITIES, INC.**

**PLEASE TAKE NOTICE** that the ResCap Liquidating Trust and UBS Real Estate Securities, Inc. ("UBS") hereby file the Stipulation and Protective Order for Discovery Related to Proofs of Claim Filed by UBS Real Estate Securities, Inc. (the "Stipulation"), attached hereto as Exhibit A in connection with discovery related to UBS's claims which were objected to as part of the *Debtors' Fifty-Second Omnibus Objection to Claims (Insufficient Documentation)* [Docket No. 6074]. The parties request that the Court so order the Stipulation.

1

Dated: February 20, 2014                /s/ David A. Beck
                                        Jeffrey A. Lipps (admitted *pro hac vice*)
                                        lipps@carpenterlipps.com
                                        Jennifer A.L. Battle
                                        battle@carpenterlipps.com
                                        David A. Beck (admitted *pro hac vice*)
                                        beck@carpenterlipps.com
                                        CARPENTER LIPPS & LELAND LLP
                                        1540 Broadway, Suite 3710
                                        New York, NY 10036
                                        Phone:  (212) 837-1110

                                        *Special Litigation Counsel to the ResCap Liquidating Trust*