**Objection Deadline: March 17, 2014 at 4:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Naomi Moss

*Counsel for the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 12-12020 (MG) |
| RESIDENTIAL CAPITAL, LLC, et al., | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF FILING OF RUST CONSULTING, INC.'S FOURTH MONTHLY FEE REPORT OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 1, 2013 THROUGH NOVEMBER 30, 2013**

**PLEASE TAKE NOTICE** that pursuant to the *Order Authorizing the Payment of Fees to Rust Consulting, Inc. as Paying Agent Under the Amendment to the Consent Order* [Docket No. 4977] entered by the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Rust Consulting, Inc. ("Rust Consulting") is required to file with the Bankruptcy Court reports, on at least a quarterly basis, of compensation earned and expenses incurred in Rust Consulting's capacity as paying agent under the amendment to the Consent Order in the above-captioned Chapter 11 cases of Residential Capital, LLC and its affiliated post-effective date debtors (collectively, the "Debtors"). Attached hereto as Exhibit 1 is Rust Consulting's Fourth

ny-1132032

Monthly fee report for the period from November 1, 2013 through November 30, 2013 (the "Monthly Fee Report").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Monthly Fee Report must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **March 17, 2014 at 4:00 p.m. (Prevailing Eastern Time)**, upon: (a) counsel for the Post-Effective Date Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attention: Gary S. Lee, Lorenzo Marinuzzi and Naomi Moss); (b) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attention: US Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attention: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attention: Richard M. Cieri); (g) counsel to Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036 (Attention:

ny-1132032

Ken Ziman & Jonathan H. Hofer); (h) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein & Douglas Mannal); (i) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attention: Jennifer C. DeMarco and Adam Lesman); (j) counsel for Berkshire Hathaway Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071 (Attention: Thomas Walper and Seth Goldman); (k) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); and (l) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attention: George S. Canellos, Regional Director).

**PLEASE TAKE FURTHER NOTICE** that if a timely objection is filed and served, the Debtors will schedule a hearing with the Bankruptcy Court with respect to the objection to such fees and/or expenses stated in the Monthly Fee Report.

Dated: February 24, 2014　　　　　　　　　Respectfully submitted,
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　/s/ Gary S. Lee
　　　　　　　　　　　　　　　　　　　　　Gary S. Lee
　　　　　　　　　　　　　　　　　　　　　Lorenzo Marinuzzi
　　　　　　　　　　　　　　　　　　　　　Naomi Moss
　　　　　　　　　　　　　　　　　　　　　MORRISON & FOERSTER LLP
　　　　　　　　　　　　　　　　　　　　　1290 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　New York, New York 10104
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 468-8000
　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 468-7900

　　　　　　　　　　　　　　　　　　　　　*Counsel for the Post-Effective Date Debtors*

**Exhibit 1**

ny-1132032

**Exhibit 1**

# ResCap

February 24, 2014

    Re: <u>Rust Consulting (Monthly Fee Report)</u>

In accordance with the Order Authorizing the Payment of Fees to Rust Consulting, Inc. as Paying Agent Under the Amendment to the Consent Order [Docket No. 4977], annexed herewith is the billing report of Rust Consulting, Inc. ("Rust") covering the period from November 1, 2013 through November 30, 2013 (the "Monthly Fee Report"). As reflected in the Monthly Fee Report, Rust seeks payment of $53,540.13 for professional services rendered, and $10,029.55 for expense reimbursements for this period.

- Telephonic conferences with the FRB, and the Debtors to reconcile the borrower population impacted by the Settlement, discuss steps to exchange files related to upcoming events including; the approved borrower waterfall, borrower notice of the settlement, and planning for the distribution to borrowers.
- Various data tasks related to the reconciliation process and the calculation of borrower payment amounts.
- Planning for disbursement of funds to borrowers per the payment schedule provided by the FRB.
- Quality assurance of the various data tasks performed.
- Receipt and processing of incoming forms related to the independent foreclosure review ("IFR"), borrower correspondence and general inquiries regarding the IFR program and the Settlement announcement.
- Manage call center for borrower inquiries regarding the IFR program and the Settlement.

Attached please find: (i) a summary of amounts billed to certain project categories of professional services rendered, annexed hereto as Exhibit 1; (ii) a description of professional services and/or tasks comprising each project category for which Rust seeks compensation, annexed here to as Exhibit 2; and (iii) the monthly invoice with supporting detail, including a detailed list of expenses incurred in connection with these Chapter 11 cases for which Rust seeks reimbursement, annexed hereto as Exhibit 3.

Very truly yours,

David Cunningham
Director

**Exhibit 1**
**Monthly Invoice Breakdown**
**November 1, 2013 – November 30, 2013**

| Invoice Category | Hours | Value |
|---|---|---|
| Class Data Management | n/a | $2,496.40 |
| Pre-Award Notification Postcards | n/a | $2,270.59 |
| Call Center & Website | n/a | $31,032.11 |
| Project Management | 97.71 | $14,267.17 |
| Technical Consulting | 19.06 | $2,948.86 |
| Expenses | n/a | $10,029.55 |

**Exhibit 2**
**Invoice Category Descriptions**

| Invoice Category | Service Description |
| --- | --- |
| Class Data Management | Supplemental Data exchange and loading of address update information provided by GMACM. |
| Pre Award Notification Postcards | Coordnate the printing and mailing of pre-distribution postcards. |
| Call Center & Website | Operation of the call center which fields calls into the toll free number provided to borrowers and the public to get information on the IFR program. This includes time from individual agents based upon the volume of calls received and management of that staff.<br><br>Long distance charges associated with the incoming calls to the call center. |
| Project Management | Time associated with calls and meetings between IFR Project team/Rust IFR Program Management Team/GMAC/Federal Reserve Board.<br><br>Internal planning for Settlement execution, data exchange on waterfall, payment scheduling and coordination.<br><br>Processing correspondence and updating the borrower records with any information provided as necessary under the IFR program.<br><br>Fielding borrower inquiries received from other avenues than the Rust IFR program call center; letters, emails, etc. |
| Technical Consulting | Time associated with planning and executing technical tasks required under the IFR program from Business Analysts.<br><br>Gathering and drafting requirements for |

|  | distribution. |
|---|---|
|  | Quality assurance time associated with the data tasks. |
| Expenses | As detailed on the invoice. |



# Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   I   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---:|
| DATE: | 12/30/13 |
| INVOICE #: | 13-6218 |
| MATTER #: | 401100 |

**TO:** Dave Cunningham
Residential Capital, LLC
1100 Virginia Drive, Suite 250
Fort Washington, PA  19034
dave.cunningham@gmacm.com

| PROJECT |
|:---:|
| *GMACM - Alternate Resolution Project* |
| *November 2013 Claims Administration Services* |

| | | |
|---|---:|---:|
| Class Data Management | $ | 2,496.40 |
| Pre Award Notification Postcards | | 2,270.59 |
| Call Center & Website | | 31,032.11 |
| Distribution Expenses and Tax Reporting | | 525.00 |
| Project Management | | 14,267.17 |
| Technical Consulting | | 2,948.86 |
| Expenses: Other Charges and Out-of-pocket Costs | | 10,029.55 |
| **Total Due** | $ | 63,569.68 |

**WIRE INFORMATION**                           **PAYMENT TERMS: NET DUE UPON RECEIPT**
ACCOUNT #: [redacted]
ABA/ROUTING # WIRE or ACH: [redacted]
[redacted]
REFERENCE: INVOICE NUMBER

**PAYMENT MAILING ADDRESS**
PO BOX 142589
DRAWER #9051
IRVING, TX  75014-2589



| | | DATE: | 12/30/13 |
|---|---|---|---|
| | | INVOICE #: | 13-6218 |
| | | MATTER #: | 401100 |

| **TRANSACTION DETAIL** | **VOLUME** | **RATE ($)** | **TOTAL ($)** |
|---|---|---|---|

### Class Data Management
| | | | |
|---|---|---|---|
| Data Work for Borrowers | | | 2,496.40 |
| | | **SUBTOTAL** | **2,496.40** |

### Pre Award Notification Postcards
**SETUP & DATA SCREENING/UPDATING**
| | | | |
|---|---|---|---|
| Consultation, Drafting & Formatting | | | 1,420.59 |
| Business Reply Envelope Setup for Returned W-9 Forms | 1 | 850 | 850.00 |
| | | **SUBTOTAL** | **2,270.59** |

### Call Center & Website
**CALL CENTER**
| | | | |
|---|---|---|---|
| Call Center Management - blended rates | | | 2,332.50 |
| Telephone Support | | | 23,325.00 |
| Interactive Voice Response (Q&A only) | 9,224.38 | 0.39 | 3,597.51 |
| 800# Charges | 13,655.5 | 0.11 | 1,502.11 |

**WEBSITE**
| | | | |
|---|---|---|---|
| Monthly Maintenance/Hosting | 1 | 275 | 275.00 |
| | | **SUBTOTAL** | **31,032.11** |

### Distribution Expenses and Tax Reporting
**DISTRIBUTION EXPENSES**
| | | | |
|---|---|---|---|
| Monthly Bank Account Fee | 1 | 175 | 175.00 |
| Monthly Bank Account Fee - Sweep Account | 1 | 350 | 350.00 |
| | | **SUBTOTAL** | **525.00** |

```
                                        Inv#      136218
                                        Date      Dec 30, 2013
                                        Client Number  4011




    Dave Cunningham
    Residential Capital, LLC
    1100 Virginia Drive
    190-FTW-K50
    Fort Washington, PA  19034
    dave.cunningham@gmacm.com


    Re:    GMACM - ARP - Project Database                        401102

    For Professional Services Rendered:


        TIMEKEEPER                     RATE      HOURS          FEES
        Brant Story           BS      188.00      0.80         150.40
        Daniel Hanson         DH      163.00      6.60       1,075.80
        Joel Cooper           JC      175.00      4.00         700.00
        Kalyani Subramanya    KS      163.00      2.50         407.50
        Swarna Kotha          SK      163.00      0.90         146.70
        Tracey Rolle          TR       80.00      0.20          16.00

    Total Fees:                                              2,496.40


     11/01/13  JC    Data Analysis & Formatting         0.60       105.00
     11/01/13  KS    Data Analysis & Formatting -       0.75       122.25
                    Quality Assurance
     11/01/13  DH    Data Analysis & Formatting -       3.75       611.25
                    Quality Assurance
     11/04/13  SK    Data Analysis & Formatting -       0.90       146.70
                    Quality Assurance
     11/05/13  JC    Data Analysis & Formatting         0.60       105.00
     11/05/13  KS    Data Analysis & Formatting -       0.50        81.50
                    Quality Assurance
     11/06/13  JC    Data Analysis & Formatting         0.60       105.00
     11/06/13  KS    Data Analysis & Formatting -       1.00       163.00
                    Quality Assurance
     11/12/13  DH    Data Receipt & Load - Quality      0.10        16.30
                    Assurance
     11/20/13  JC    Data Analysis & Formatting         0.80       140.00
     11/22/13  KS    Data Analysis & Formatting -       0.25        40.75
                    Quality Assurance
     11/22/13  TR    Data Receipting                    0.20        16.00
     11/25/13  BS    Data Loading                       0.60       112.80
     11/25/13  DH    Data Receipt & Load - Quality      0.75       122.25
                    Assurance
     11/26/13  BS    Data Analysis & Formatting         0.20        37.60
```

```
                                                  Inv#      136218
                                                  Date      Dec 30, 2013
                                                  Client Number  4011

  11/26/13  DH   Data Receipt & Load - Quality         2.00          326.00
                 Assurance
  11/27/13  JC   Data Analysis & Formatting            1.40          245.00




Total Services                                                     2,496.40




Total Expenses                                                          .00
                                                                 --------------

Total This Matter                                                  2,496.40
                                                                 --------------
```

```
                                              Inv#     136218
                                              Date     Dec 30, 2013
                                              Client Number  4011




   Re:    GMACM - ARP - Initial Notice                      401111

   For Professional Services Rendered:


     TIMEKEEPER                    RATE       HOURS           FEES
     Jodi Belmont          JLW    163.00       8.50       1,385.50
     Michelle Lara         ML     121.00       0.29          35.09

   Total Fees:                                            1,420.59


   10/30/13  JLW  Coordinate Initial Notice        1.00     163.00
   10/30/13  JLW  Forms Design & Layout            0.75     122.25
   10/31/13  JLW  Coordinate Supplemental Notice   0.25      40.75
   11/01/13  JLW  Forms Design & Layout            0.25      40.75
   11/04/13  JLW  Coordinate Initial Notice        1.00     163.00
   11/05/13  ML   Follow-Up Notice - Quality       0.10      12.10
                  Assurance/Proof
   11/18/13  JLW  Coordinate Initial Notice        1.00     163.00
   11/19/13  JLW  Distribution Design & Layout     1.00     163.00
   11/21/13  JLW  Coordinate Distribution          0.50      81.50
   11/21/13  JLW  Coordinate Initial Notice        0.25      40.75
   11/22/13  JLW  Coordinate Distribution          0.50      81.50
   11/22/13  JLW  Coordinate Initial Notice        0.50      81.50
   11/25/13  JLW  Coordinate Initial Notice        0.50      81.50
   11/26/13  JLW  Coordinate Initial Notice        1.00     163.00
   11/26/13  ML   Notice - Quality Assurance/Proofing 0.19   22.99



   Total Services                                          1,420.59



   Total Expenses                                               .00
                                                         --------------

   Total This Matter                                       1,420.59
                                                         --------------
```

```
                                            Inv#     136218
                                            Date     Dec 30, 2013
                                            Client Number  4011




     Re:   GMACM - ARP - Project Management & Reporting         401106

     For Professional Services Rendered:


        TIMEKEEPER                    RATE       HOURS          FEES
         CSR         140       140    52.00      11.07         575.64
         CSR         240       240    52.00       6.39         332.28
         Ann Haan               AH   164.00      72.25      11,849.00
         Ken Wood               KW   201.00       0.25          50.25
         Marianna Hanson        MH   164.00       1.00         164.00
         Theresa Collins       TAC   192.00       6.75       1,296.00

     Total Fees:                                            14,267.17


      11/01/13  TAC  Conference Calls/Project Meetings    0.25        48.00
      11/01/13  140  Escalated Call Support               3.76       195.52
      11/01/13  AH   Client Inquiries & Reporting         4.25       697.00
      11/04/13  TAC  Conference Calls/Project Meetings    0.25        48.00
      11/04/13  140  Escalated Call Support               0.49        25.48
      11/05/13  TAC  Conference Calls/Project Meetings    0.50        96.00
      11/05/13  140  Escalated Call Support               0.64        33.28
      11/05/13  AH   Client Inquiries & Reporting         4.75       779.00
      11/06/13  TAC  Conference Calls/Project Meetings    0.50        96.00
      11/06/13  140  Escalated Call Support               4.81       250.12
      11/06/13  AH   Client Inquiries & Reporting         5.25       861.00
      11/07/13  TAC  Conference Calls/Project Meetings    0.25        48.00
      11/07/13  AH   Client Inquiries & Reporting         2.25       369.00
      11/08/13  TAC  Conference Calls/Project Meetings    0.25        48.00
      11/08/13  AH   Client Inquiries & Reporting         1.75       287.00
      11/11/13  TAC  Conference Calls/Project Meetings    0.50        96.00
      11/11/13  AH   Project Planning                     1.50       246.00
      11/12/13  TAC  Conference Calls/Project Meetings    0.25        48.00
      11/12/13  AH   Client Inquiries & Reporting         1.00       164.00
      11/13/13  TAC  Conference Calls/Project Meetings    0.25        48.00
      11/13/13  AH   Client Inquiries & Reporting         4.00       656.00
      11/14/13  TAC  Conference Calls/Project Meetings    0.25        48.00
      11/14/13  AH   Project Planning                     0.75       123.00
      11/15/13  TAC  Conference Calls/Project Meetings    0.25        48.00
      11/15/13  240  IVR Development and Updates          2.10       109.20
      11/15/13  AH   Client Inquiries & Reporting         2.75       451.00
      11/16/13  240  IVR Development and Updates          4.29       223.08
      11/18/13  TAC  Conference Calls/Project Meetings    0.25        48.00
      11/18/13  AH   Client Inquiries & Reporting         2.50       410.00
      11/19/13  TAC  Conference Calls/Project Meetings    0.50        96.00
      11/19/13  AH   Distribution Plan Development        8.00     1,312.00
```

```
                                          Inv#      136218
                                          Date      Dec 30, 2013
                                          Client Number  4011

11/20/13  TAC  Conference Calls/Project Meetings   1.00       192.00
11/20/13  AH   Conference Calls/Project Meetings   6.50     1,066.00
11/21/13  TAC  Conference Calls/Project Meetings   0.50        96.00
11/21/13  KW   Tax Reporting - Fund                0.25        50.25
11/21/13  AH   Client Inquiries & Reporting        5.75       943.00
11/22/13  TAC  Conference Calls/Project Meetings   0.25        48.00
11/22/13  AH   Client Inquiries & Reporting        4.50       738.00
11/25/13  TAC  Conference Calls/Project Meetings   0.50        96.00
11/25/13  AH   Client Inquiries & Reporting        3.50       574.00
11/26/13  TAC  Conference Calls/Project Meetings   0.25        48.00
11/26/13  AH   Distribution Plan Development       4.75       779.00
11/27/13  140  Escalated Call Support              1.37        71.24
11/27/13  AH   Client Inquiries & Reporting        8.50     1,394.00
11/27/13  MH   Conference Calls/Project Meetings   1.00       164.00


Total Services                                              14,267.17



Total Expenses                                                    .00
                                                         --------------

Total This Matter                                           14,267.17
                                                         --------------
```

```
                                                    Inv#      136218
                                                    Date      Dec 30, 2013
                                                    Client Number  4011




   Re:   GMACM - ARP - Technical Consulting                         401107

   For Professional Services Rendered:


     TIMEKEEPER                        RATE       HOURS          FEES
     Bernadette Lex           BL     175.00        1.80         315.00
     Carol Osborne            CO     141.00        0.22          31.02
     Carolyn Lee              CCL    141.00        0.50          70.50
     Christy Gilman           CG     188.00        0.60         112.80
     Daniel Hanson            DH     163.00        2.00         326.00
     Greg Brown               GSB    141.00        0.10          14.10
     Hai Bui                  HB     141.00        0.40          56.40
     Kari Mason               KM     175.00        1.20         210.00
     Lee Anderson             LA     141.00        0.30          42.30
     Mark Kitoski             MK     163.00        0.60          97.80
     Nate Johnson             NKJ    141.00        9.34       1,316.94
     Rebecca Howe             RH     163.00        0.80         130.40
     Ron Swinehart            RS     188.00        1.20         225.60

Total Fees:                                                   2,948.86


  11/01/13  LA   Application                       0.20          28.20
                 Modification/Development
  11/01/13  HB   Application                       0.10          14.10
                 Modification/Development
  11/04/13  KM   Generate Supplemental Notice Files 1.20        210.00
  11/05/13  MK   Distribution File - Quality       0.60          97.80
                 Assurance
  11/05/13  LA   Application                       0.10          14.10
                 Modification/Development
  11/06/13  CG   Generate Supplemental Notice Files 0.30         56.40
  11/06/13  CO   Supplemental Notice - Quality     0.22          31.02
                 Assurance
  11/06/13  RH   Distribution File - Quality       0.30          48.90
                 Assurance
  11/15/13  NKJ  IVR Development & Updates         3.17         446.97
  11/18/13  NKJ  IVR Development & Updates         2.67         376.47
  11/18/13  CCL  IVR Development & Updates         0.50          70.50
  11/19/13  NKJ  IVR Development & Updates         3.33         469.53
  11/19/13  RS   Coordinate Distribution           1.20         225.60
  11/19/13  CG   Generate Supplemental Notice Files 0.10         18.80
  11/20/13  CG   Generate Supplemental Notice Files 0.20         37.60
  11/20/13  RH   Distribution File - Quality       0.50          81.50
                 Assurance
  11/21/13  NKJ  IVR Development & Updates         0.17          23.97
```

```
                                            Inv#      136218
                                            Date      Dec 30, 2013
                                            Client Number   4011

11/26/13  HB    Application                      0.30         42.30
                Modification/Development
11/27/13  GSB   Application                      0.10         14.10
                Modification/Development
11/27/13  DH    Modification Quality Assurance   2.00        326.00
11/27/13  BL    Generate Supplemental Notice Files 1.80      315.00



Total Services                                              2,948.86




Total Expenses                                                   .00
                                                        --------------

Total This Matter                                           2,948.86
                                                        --------------
```

```
                                            Inv#     136218
                                            Date     Dec 30, 2013
                                            Client Number  4011




    Re:    GMACM - ARP - Expenses                          401190

    For Professional Services Rendered:




    Expense Detail:


    Reference    Date    Description                           Amount
    ---------    ----    -----------                           ------

            Call Center/Telecommunications
                11/30/13  IVR System Charge                    250.00
                                            Subtotal           250.00

            Postage/Federal Express
                11/27/13  Postage                                0.50
                                            Subtotal             0.50

            Shredding/Storage
                11/30/13  Data Storage November 2013         7,225.45
                11/30/13  Storage and/or Shredding 7 Boxes      14.00
                11/30/13  Storage and/or Shredding 255 Boxes   510.00
                                            Subtotal         7,749.45

            Photocopies/Faxing/Printing
                11/30/13  Photocopies/Faxing/Printing           24.60
                11/30/13  Photocopies/Faxing/Printing            5.00
                                            Subtotal            29.60

            Website Hosting
                11/30/13  Portal Access Charge; 25 Users     2,000.00
                                            Subtotal         2,000.00


    Total Expenses                                          10,029.55
                                                          --------------

    Total This Matter                                       10,029.55
                                                          --------------
```