**Objection Deadline:  March 17, 2014 at 4:00 p.m. (Prevailing Eastern Time)**

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee
Lorenzo Marinuzzi
Naomi Moss

*Counsel for the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------- ) | |
| In re:                                                         ) | Case No. 12-12020 (MG) |
|                                                                ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al.</u>,            ) | Chapter 11 |
|                                                                ) | |
|                                          Debtors.    ) | Jointly Administered |
| ------------------------------------------------------------- ) | |

**NOTICE OF FILING OF RUST CONSULTING, INC.'S FIFTH MONTHLY
FEE REPORT OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR
<u>THE PERIOD FROM DECEMBER 1, 2013 THROUGH DECEMBER 17, 2013</u>**

**PLEASE TAKE NOTICE** that pursuant to the *Order Authorizing the Payment*

*of Fees to Rust Consulting, Inc. as Paying Agent Under the Amendment to the Consent*

*Order* [Docket No. 4977] entered by the Bankruptcy Court for the Southern District of

New York (the "<u>Bankruptcy Court</u>"), Rust Consulting, Inc. ("<u>Rust Consulting</u>") is

required to file with the Bankruptcy Court reports, on at least a quarterly basis, of

compensation earned and expenses incurred in Rust Consulting's capacity as paying

agent under the amendment to the Consent Order in the above-captioned Chapter 11

cases of Residential Capital, LLC and its affiliated post-effective date debtors

(collectively, the "<u>Debtors</u>").  Attached hereto as <u>Exhibit 1</u> is Rust Consulting's Fifth

Monthly fee report for the period from December 1, 2013 through December 17, 2013 (the "Monthly Fee Report").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Monthly Fee Report must be made in writing, conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Notice, Case Management, and Administrative Procedures approved by the Bankruptcy Court [Docket No. 141], be filed electronically by registered users of the Bankruptcy Court's electronic case filing system, and be served, so as to be received no later than **March 17, 2014 at 4:00 p.m. (Prevailing Eastern Time)**, upon: (a) counsel for the Post-Effective Date Debtors, Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104 (Attention: Gary S. Lee, Lorenzo Marinuzzi and Naomi Moss); (b) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attention: Tracy Hope Davis, Linda A. Riffkin, and Brian S. Masumoto); (c) the Office of the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001 (Attention: US Attorney General, Eric H. Holder, Jr.); (d) Office of the New York State Attorney General, The Capitol, Albany, NY 12224-0341 (Attention: Nancy Lord, Esq. and Enid N. Stuart, Esq.); (e) Office of the U.S. Attorney for the Southern District of New York, One St. Andrews Plaza, New York, NY 10007 (Attention: Joseph N. Cordaro, Esq.); (f) counsel for Ally Financial Inc., Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022 (Attention: Richard M. Cieri); (g) counsel to Barclays Bank PLC, as administrative agent for the DIP lenders, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036 (Attention:

Ken Ziman & Jonathan H. Hofer); (h) counsel for the committee of unsecured creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036 (Attention: Kenneth Eckstein & Douglas Mannal); (i) counsel for Ocwen Loan Servicing, LLC, Clifford Chance US LLP, 31 West 52nd Street, New York, NY 10019 (Attention: Jennifer C. DeMarco and Adam Lesman); (j) counsel for Berkshire Hathaway Inc., Munger, Tolles & Olson LLP, 355 South Grand Avenue, Los Angeles, CA 90071 (Attention: Thomas Walper and Seth Goldman); (k) Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 (if by overnight mail, to 2970 Market Street, Mail Stop 5-Q30.133, Philadelphia, PA 19104-5016); and (l) Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 (Attention: George S. Canellos, Regional Director).

**PLEASE TAKE FURTHER NOTICE** that if a timely objection is filed and served, the Debtors will schedule a hearing with the Bankruptcy Court with respect to the objection to such fees and/or expenses stated in the Monthly Fee Report.

Dated: February 24, 2014          Respectfully submitted,
New York, New York

/s/ Gary S. Lee
Gary S. Lee
Lorenzo Marinuzzi
Naomi Moss
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the Post-Effective Date Debtors*

**<u>Exhibit 1</u>**

# R E S C A P

February 24, 2014

    Re: <u>Rust Consulting (Monthly Fee Report)</u>

In accordance with the Order Authorizing the Payment of Fees to Rust Consulting, Inc. as Paying Agent Under the Amendment to the Consent Order [Docket No. 4977], annexed herewith is the billing report of Rust Consulting, Inc. ("Rust") covering the period from December 1, 2013 through December 17, 2013 (the "Monthly Fee Report"). As reflected in the Monthly Fee Report, Rust seeks payment of $311,101.12 for professional services rendered, and $100.00 for expense reimbursements for this period, less a credit of (111,366.72) for Initial Invoice #99-136.

- Telephonic conferences with the FRB, and the Debtors to reconcile the borrower population impacted by the Settlement, discuss steps to exchange files related to upcoming events including; the approved borrower waterfall, borrower notice of the settlement, and planning for the distribution to borrowers.
- Various data tasks related to the reconciliation process and the calculation of borrower payment amounts.
- Planning for disbursement of funds to borrowers per the payment schedule provided by the FRB.
- Mailing W9 and W8 tax forms to borrowers.
- Quality assurance of the various data tasks performed.
- Receipt and processing of incoming forms related to the independent foreclosure review ("IFR"), borrower correspondence and general inquiries regarding the IFR program and the Settlement announcement.
- Manage call center for borrower inquiries regarding the IFR program and the Settlement.

Attached please find: (i) a summary of amounts billed to certain project categories of professional services rendered, annexed hereto as Exhibit 1; (ii) a description of professional services and/or tasks comprising each project category for which Rust seeks compensation, annexed here to as Exhibit 2; and (iii) the monthly invoice with supporting detail, including a detailed list of expenses incurred in connection with these Chapter 11 cases for which Rust seeks reimbursement, annexed hereto as Exhibit 3.

Very truly yours,

David Cunningham
Director

**Exhibit 1**
**Monthly Invoice Breakdown**
**December 1, 2013 – December 17, 2013**

| Invoice Category | Hours | Value |
|---|---|---|
| Class Data Management | n/a | $5,126.80 |
| Pre-Award Notification Postcards | n/a | $132,417.82 |
| Award Letters & Checks | n/a | 7,030.60 |
| Call Center & Website | n/a | $149,559.75 |
| Project Management | 79.75 | $13,366.75 |
| Technical Consulting | 20.60 | $3,599.40 |
| Expenses | n/a | $100.00 |

**Exhibit 2**
**Invoice Category Descriptions**

| Invoice Category | Service Description |
|---|---|
| Class Data Management | Creation of mailfiles for distribution and mailing of W8 & W9 forms to borrowers. |
| Pre Award Notification Postcards | Coordnate the printing and mailing of pre-distribution postcards. |
| Call Center & Website | Operation of the call center which fields calls into the toll free number provided to borrowers and the public to get information on the IFR program. This includes time from individual agents based upon the volume of calls received and management of that staff.<br><br>Long distance charges associated with the incoming calls to the call center. |
| Project Management | Time associated with calls and meetings between IFR Project team/Rust IFR Program Management Team/GMAC/Federal Reserve Board.<br><br>Internal planning for Settlement execution, data exchange on waterfall, payment scheduling and coordination.<br><br>Processing correspondence and updating the borrower records with any information provided as necessary under the IFR program.<br><br>Fielding borrower inquiries received from other avenues than the Rust IFR program call center; letters, emails, etc. |
| Technical Consulting | Time associated with planning and executing technical tasks required under the IFR program from Business Analysts.<br><br>Gathering and drafting requirements for |

| | distribution. |
| | |
| | Quality assurance time associated with the data tasks. |
| Expenses | As detailed on the invoice. |



# Revised Invoice

625 MARQUETTE AVENUE, SUITE 880
MINNEAPOLIS, MN 55402
**P** 612.359.2000   |   **F** 612.359.2050
WWW.RUSTCONSULTING.COM
FEDERAL ID #: 41-1813634

| | |
|---|---|
| DATE: | 2/5/14 |
| INVOICE #: | 13-6442 |
| MATTER #: | 401100 |

**TO:**  Dave Cunningham
Residential Capital, LLC
1100 Virginia Drive, Suite 250
Fort Washington, PA  19034
david.cunningham@rescapestate.com

| PROJECT |
|---|
| *GMACM - Alternate Resolution Project* |
| *December 1 through December 17, 2013 Claims Administration Services* |

| | | |
|---|---|---:|
| Class Data Management | $ | 5,126.80 |
| Pre Award Notification Postcards | | 132,417.82 |
| Award Letters & Checks | | 7,030.60 |
| Call Center & Website | | 149,559.75 |
| Project Management | | 13,366.75 |
| Technical Consulting | | 3,599.40 |
| Expenses: Other Charges and Out-of-pocket Costs | | 100.00 |
| Subtotal | $ | 311,201.12 |
| Less - Credit for Initial Invoice #99-136 | | (111,366.72) |
| **Total Due** | **$** | **199,834.40** |

**WIRE INFORMATION**
ACCOUNT #: ████████

████████████████
████████████████████
██████████████

**PAYMENT MAILING ADDRESS**
PO BOX 142589
DRAWER #9051
IRVING, TX  75014-2589

**PAYMENT TERMS: NET DUE UPON RECEIPT**



| | DATE: | | 2/5/14 |
|---|---|---|---|
| | INVOICE #: | | 13-6442 |
| | MATTER #: | | 401100 |

| TRANSACTION DETAIL | VOLUME | RATE ($) | TOTAL ($) |
|---|---|---|---|
| **Class Data Management** | | | |
| Data Work for Borrowers | | | 5,126.80 |
| | | **SUBTOTAL** | **5,126.80** |
| **Pre Award Notification Postcards** | | | |
| SETUP & DATA SCREENING/UPDATING | | | |
| Consultation, Drafting & Formatting | | | 2,527.70 |
| PRINT, MAIL & POSTAGE - PRE AWARD NOTIFICATION POSTCARDS | | | |
| Print and Mail Postcards Pre Notification of Awards | 232,014 | 0.10 | 23,201.40 |
| Postage | | | 106,688.72 |
| | | **SUBTOTAL** | **132,417.82** |
| **Award Letters & Checks** | | | |
| W-9 FORMS | | | |
| Print and Mail Letter & W-9 Form | 4,724 | 1.00 | 4,724.00 |
| Postage | | | 2,306.60 |
| | | **SUBTOTAL** | **7,030.60** |
| **Call Center & Website** | | | |
| CALL CENTER | | | |
| Call Center Management - blended rates | | | 9,341.25 |
| CSR Training | | | 13,915.00 |
| Telephone Support | | | 126,303.50 |
| | | **SUBTOTAL** | **149,559.75** |

```
                                    Inv#     136442
                                    Date     Jan 31, 2014
                                    Client Number   4011
```

```
Dave Cunningham
Residential Capital, LLC
1100 Virginia Drive
190-FTW-K50
Fort Washington, PA  19034
dave.cunningham@gmacm.com
```

Re:     GMACM - ARP - Project Database                        401102

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Bernadette Lex | BL | 175.00 | 11.50 | 2,012.50 |
| Bjorn Bergh | BB | 141.00 | 1.90 | 267.90 |
| Brian Kobliska | BPK | 188.00 | 3.80 | 714.40 |
| Christy Gilman | CG | 188.00 | 0.30 | 56.40 |
| Daniel Hanson | DH | 163.00 | 1.75 | 285.25 |
| Garret Hovey | GH | 175.00 | 4.21 | 736.75 |
| Kari Mason | KM | 175.00 | 0.40 | 70.00 |
| Lilitha Idumudi | LI | 163.00 | 0.20 | 32.60 |
| Mike Cole | MC | 206.00 | 4.50 | 927.00 |
| Tracey Rolle | TR | 80.00 | 0.30 | 24.00 |

Total Fees:                                                   5,126.80

| Date | TK | Description | Hours | Fees |
|---|---|---|---|---|
| 12/02/13 | GH | Data Analysis & Formatting | 1.20 | 210.00 |
| 12/02/13 | BL | Data Analysis & Formatting | 4.40 | 770.00 |
| 12/03/13 | TR | Data Receipting | 0.30 | 24.00 |
| 12/03/13 | BL | Data Analysis & Formatting | 0.80 | 140.00 |
| 12/04/13 | GH | Data Analysis & Formatting | 2.08 | 364.00 |
| 12/04/13 | BL | Data Analysis & Formatting | 1.60 | 280.00 |
| 12/05/13 | GH | Data Analysis & Formatting | 0.61 | 106.75 |
| 12/05/13 | CG | Data Analysis & Formatting | 0.30 | 56.40 |
| 12/05/13 | BB | Data Analysis & Formatting - Quality Assurance | 1.45 | 204.45 |
| 12/05/13 | BL | Data Analysis & Formatting | 0.30 | 52.50 |
| 12/06/13 | MC | Data Receipt & Load - Quality Assurance | 1.70 | 350.20 |
| 12/06/13 | BL | Data Analysis & Formatting | 3.70 | 647.50 |
| 12/09/13 | BB | Data Analysis & Formatting - Quality Assurance | 0.45 | 63.45 |
| 12/09/13 | BL | Data Analysis & Formatting | 0.70 | 122.50 |
| 12/11/13 | BPK | Data Analysis & Formatting | 0.50 | 94.00 |
| 12/12/13 | BPK | Data Loading | 3.30 | 620.40 |

```
                                    Inv#      136442
                                    Date      Jan 31, 2014
                                    Client Number  4011
   12/13/13  DH   Data Receipt & Load - Quality          1.75          285.25
                  Assurance
   12/16/13  MC   Data Receipt & Load - Quality          1.20          247.20
                  Assurance
   12/16/13  LI   Data Analysis & Formatting -           0.20           32.60
                  Quality Assurance
   12/17/13  MC   Data Receipt & Load - Quality          1.60          329.60
                  Assurance
   12/17/13  KM   Data Analysis & Formatting             0.40           70.00
   12/17/13  GH   Data Analysis & Formatting             0.32           56.00


   Total Services                                                     5,126.80



   Total Expenses                                                          .00
                                                                  --------------

   Total This Matter                                                  5,126.80
                                                                  --------------
```

```
                                   Inv#    136442
                                   Date    Jan 31, 2014
                                   Client Number  4011


Re:    GMACM - ARP - Initial Notice                    401111

For Professional Services Rendered:

     TIMEKEEPER                  RATE      HOURS          FEES
     Derrick Wersal         DW   141.00    0.95         133.95
     Jodi Belmont           JLW  163.00    14.50      2,363.50
     Michelle Lara          ML   121.00    0.25          30.25

Total Fees:                                            2,527.70


 12/01/13  ML   Notice - Quality Assurance/Proofing    0.25         30.25
 12/02/13  JLW  Coordinate Initial Notice              0.50         81.50
 12/06/13  JLW  Coordinate Initial Notice              1.00        163.00
 12/08/13  JLW  Travel                                 5.50        896.50
 12/09/13  JLW  Travel                                 1.50        244.50
 12/09/13  JLW  Notice - Quality Assurance/Proofing    5.00        815.00
 12/11/13  DW   Coordinate Initial Notice              0.95        133.95
 12/13/13  JLW  Coordinate Initial Notice              1.00        163.00




Total Services                                        2,527.70




Total Expenses                                              .00
                                             --------------

Total This Matter                                     2,527.70
                                             --------------
```

```
                                      Inv#     136442
                                      Date     Jan 31, 2014
                                      Client Number  4011
```

Re:    GMACM - ARP - Call Center Management                    401148

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Julia May | JM | 93.00 | 13.75 | 1,278.75 |
| Laura Hoglund | LH | 93.00 | 68.75 | 6,393.75 |
| Louise Roberts | LR | 163.00 | 5.25 | 855.75 |
| Scott Wiermaa | SW | 93.00 | 7.00 | 651.00 |
| William Sundell | WS | 225.00 | 0.72 | 162.00 |

Total Fees:                                                   9,341.25

| Date | | Description | Hours | Fees |
|---|---|---|---|---|
| 12/09/13 | SW | Call Center Management & Oversight | 1.00 | 93.00 |
| 12/09/13 | LH | Call Center Management & Oversight | 8.00 | 744.00 |
| 12/09/13 | JM | Call Center Management & Oversight | 4.00 | 372.00 |
| 12/10/13 | LR | Call Center Management & Oversight | 1.00 | 163.00 |
| 12/10/13 | SW | Call Center Management & Oversight | 1.00 | 93.00 |
| 12/10/13 | LH | Call Center Management & Oversight | 8.75 | 813.75 |
| 12/10/13 | JM | Call Center Management & Oversight | 2.50 | 232.50 |
| 12/11/13 | LR | Call Center Management & Oversight | 1.50 | 244.50 |
| 12/11/13 | SW | Call Center Management & Oversight | 1.00 | 93.00 |
| 12/11/13 | LH | Call Center Management & Oversight | 9.50 | 883.50 |
| 12/12/13 | LR | Call Center Management & Oversight | 1.00 | 163.00 |
| 12/12/13 | SW | Call Center Management & Oversight | 1.00 | 93.00 |
| 12/12/13 | LH | Call Center Management & Oversight | 8.50 | 790.50 |
| 12/12/13 | JM | Call Center Management & Oversight | 1.00 | 93.00 |
| 12/13/13 | LR | Call Center Management & Oversight | 0.75 | 122.25 |
| 12/13/13 | SW | Call Center Management & Oversight | 1.00 | 93.00 |
| 12/13/13 | LH | Call Center Management & Oversight | 7.25 | 674.25 |
| 12/13/13 | JM | Call Center Management & Oversight | 3.00 | 279.00 |
| 12/14/13 | LH | Call Center Management & Oversight | 9.50 | 883.50 |
| 12/16/13 | LR | Call Center Management & Oversight | 1.00 | 163.00 |
| 12/16/13 | SW | Call Center Management & Oversight | 1.00 | 93.00 |
| 12/16/13 | WS | Call Center Management & Oversight | 0.72 | 162.00 |
| 12/16/13 | LH | Call Center Management & Oversight | 9.25 | 860.25 |
| 12/16/13 | JM | Call Center Management & Oversight | 1.00 | 93.00 |
| 12/17/13 | SW | Call Center Management & Oversight | 1.00 | 93.00 |
| 12/17/13 | LH | Call Center Management & Oversight | 8.00 | 744.00 |
| 12/17/13 | JM | Call Center Management & Oversight | 2.25 | 209.25 |

Total Services                                               9,341.25

```
Inv#      136442
Date      Jan 31, 2014
Client Number   4011
```

```
Total Expenses                              .00
                                    --------------

Total This Matter                      9,341.25
                                    --------------
```

```
                                    Inv#      136442
                                    Date      Jan 31, 2014
                                    Client Number  4011
```

Re:    GMACM - ARP - Call Center Training                    401145

For Professional Services Rendered:

```
        TIMEKEEPER                    RATE      HOURS            FEES
          CSR          140    140    50.00    278.30      13,915.00
```

Total Fees:                                                13,915.00

  12/09/13  140  Call Center Training              278.30    13,915.00


Total Services                                            13,915.00


Total Expenses                                                  .00
                                                    --------------

Total This Matter                                          13,915.00
                                                    --------------

```
                              Inv#     136442
                              Date     Jan 31, 2014
                              Client Number  4011
```

Re:    GMACM - ARP - Call Center Support                    401147

For Professional Services Rendered:

```
      TIMEKEEPER                    RATE       HOURS            FEES
        CSR          140    140    50.00    2,526.07    126,303.50

Total Fees:                                             126,303.50


   12/06/13  140  Call Center Support           6.84          342.00
   12/09/13  140  Call Center Support           5.77          288.50
   12/10/13  140  Call Center Support         373.73       18,686.50
   12/11/13  140  Call Center Support         404.10       20,205.00
   12/12/13  140  Call Center Support         395.31       19,765.50
   12/13/13  140  Call Center Support         417.18       20,859.00
   12/14/13  140  Call Center Support          91.88        4,594.00
   12/16/13  140  Call Center Support         414.30       20,715.00
   12/17/13  140  Call Center Support         416.96       20,848.00



Total Services                                         126,303.50




Total Expenses                                                .00
                                                       --------------

Total This Matter                                      126,303.50
                                                       --------------
```

```
                              Inv#    136442
                              Date    Jan 31, 2014
                              Client Number  4011


Re:    GMACM - ARP - Project Management & Reporting          401106

For Professional Services Rendered:


     TIMEKEEPER                 RATE      HOURS         FEES
     Ann Haan           AH    164.00      64.75     10,619.00
     Bryan Painter      BP     90.00       0.75         67.50
     Erin Pakirtzis     EP    121.00       0.25         30.25
     Ken Wood           KW    201.00       2.00        402.00
     Marianna Hanson    MH    164.00       2.00        328.00
     Theresa Collins    TAC   192.00      10.00      1,920.00

Total Fees:                                         13,366.75


 12/02/13  AH   Client Inquiries & Reporting        6.50      1,066.00
 12/03/13  TAC  Conference Calls/Project Meetings   1.00        192.00
 12/03/13  AH   Client Inquiries & Reporting        6.25      1,025.00
 12/04/13  TAC  Conference Calls/Project Meetings   1.50        288.00
 12/04/13  BP   Correspondence/Admin Mail           0.75         67.50
                Processing
 12/04/13  AH   Client Inquiries & Reporting        8.00      1,312.00
 12/04/13  MH   Conference Calls/Project Meetings   1.00        164.00
 12/05/13  TAC  Conference Calls/Project Meetings   1.00        192.00
 12/05/13  AH   Client Inquiries & Reporting        6.50      1,066.00
 12/06/13  TAC  Conference Calls/Project Meetings   1.00        192.00
 12/06/13  AH   Client Inquiries & Reporting        8.25      1,353.00
 12/09/13  TAC  Conference Calls/Project Meetings   0.25         48.00
 12/09/13  AH   Client Inquiries & Reporting        4.00        656.00
 12/10/13  TAC  Conference Calls/Project Meetings   0.50         96.00
 12/10/13  AH   Client Inquiries & Reporting        6.50      1,066.00
 12/11/13  TAC  Conference Calls/Project Meetings   1.00        192.00
 12/11/13  AH   Client Inquiries & Reporting        8.50      1,394.00
 12/11/13  MH   Conference Calls/Project Meetings   1.00        164.00
 12/13/13  TAC  Conference Calls/Project Meetings   0.25         48.00
 12/13/13  KW   Tax Reporting - Fund                1.00        201.00
 12/16/13  TAC  Conference Calls/Project Meetings   2.00        384.00
 12/16/13  AH   Client Inquiries & Reporting       10.25      1,681.00
 12/16/13  EP   Bank Account Setup                  0.25         30.25
 12/17/13  TAC  Conference Calls/Project Meetings   1.50        288.00
 12/17/13  KW   Bank Account Reconciliation         1.00        201.00



Total Services                                      13,366.75
```

```
Inv#      136442
Date      Jan 31, 2014
Client Number  4011
```

```
Total Expenses                                    .00
                                         --------------

Total This Matter                            13,366.75
                                         --------------
```

```
                                    Inv#      136442
                                    Date      Jan 31, 2014
                                    Client Number  4011
```

Re:    GMACM - ARP - Technical Consulting                401107

For Professional Services Rendered:

| TIMEKEEPER | | RATE | HOURS | FEES |
|---|---|---|---|---|
| Bernadette Lex | BL | 175.00 | 2.00 | 350.00 |
| Bjorn Bergh | BB | 141.00 | 1.90 | 267.90 |
| Carolyn Lee | CCL | 141.00 | 0.25 | 35.25 |
| Christy Gilman | CG | 188.00 | 0.30 | 56.40 |
| Daniel Hanson | DH | 163.00 | 1.75 | 285.25 |
| Greg Brown | GSB | 141.00 | 0.50 | 70.50 |
| Hai Bui | HB | 141.00 | 0.90 | 126.90 |
| Joel Cooper | JC | 175.00 | 1.40 | 245.00 |
| Kari Mason | KM | 175.00 | 0.40 | 70.00 |
| Mark Kitoski | MK | 163.00 | 4.00 | 652.00 |
| Peter Hesse | PH | 206.00 | 6.20 | 1,277.20 |
| Rebecca Howe | RH | 163.00 | 1.00 | 163.00 |

Total Fees:                                                    3,599.40


| | | | | |
|---|---|---|---|---|
| 12/02/13 | DH | Modification Quality Assurance | 1.75 | 285.25 |
| 12/03/13 | MK | Distribution File - Quality Assurance | 2.00 | 326.00 |
| 12/04/13 | MK | Distribution File - Quality Assurance | 0.90 | 146.70 |
| 12/04/13 | PH | Scanning - Setup | 0.20 | 41.20 |
| 12/05/13 | GSB | Application Modification/Development | 0.10 | 14.10 |
| 12/05/13 | MK | Distribution File - Quality Assurance | 1.10 | 179.30 |
| 12/05/13 | BB | Modification Quality Assurance | 1.90 | 267.90 |
| 12/06/13 | GSB | Application Modification/Development | 0.10 | 14.10 |
| 12/06/13 | KM | Generate Supplemental Notice Files | 0.40 | 70.00 |
| 12/06/13 | CG | Coordinate Distribution | 0.20 | 37.60 |
| 12/06/13 | BL | Generate Supplemental Notice Files | 1.90 | 332.50 |
| 12/06/13 | HB | Application Modification/Development | 0.20 | 28.20 |
| 12/06/13 | RH | Distribution File - Quality Assurance | 1.00 | 163.00 |
| 12/10/13 | PH | Scanning - Setup | 4.00 | 824.00 |
| 12/10/13 | BL | Generate Supplemental Notice Files | 0.10 | 17.50 |
| 12/11/13 | GSB | Application Modification/Development | 0.10 | 14.10 |
| 12/11/13 | PH | Scanning - Setup | 1.00 | 206.00 |

```
                                        Inv#      136442
                                        Date      Jan 31, 2014
                                        Client Number  4011

        12/11/13  CG   Generate Supplemental Notice Files    0.10        18.80
        12/12/13  PH   Scanning - Setup                      1.00       206.00
        12/12/13  JC   Payment Calculation Programming        0.60       105.00
        12/12/13  HB   Application                            0.10        14.10
                       Modification/Development
        12/13/13  JC   Payment Calculation Programming        0.60       105.00
        12/13/13  HB   Application                            0.20        28.20
                       Modification/Development
        12/16/13  JC   Payment Calculation Programming        0.20        35.00
        12/16/13  HB   Application                            0.20        28.20
                       Modification/Development
        12/17/13  CCL  Check Reissue - Quality Assurance      0.25        35.25
        12/17/13  GSB  Application                            0.20        28.20
                       Modification/Development
        12/17/13  HB   Application                            0.20        28.20
                       Modification/Development




    Total Services                                                    3,599.40




    Total Expenses                                                         .00
                                                               --------------

    Total This Matter                                                 3,599.40
                                                               --------------
```

```
                                    Inv#     136442
                                    Date     Jan 31, 2014
                                    Client Number  4011


Re:    GMACM - ARP - Expenses                         401190

For Professional Services Rendered:




Expense Detail:

Reference   Date    Description                          Amount
---------   ----    -----------                          ------

       Postage/Federal Express
149066     12/20/13  Shipping/Courier                     100.00
                                      Subtotal    100.00


Total Expenses                                    100.00
                                                 --------------

Total This Matter                                 100.00
                                                 --------------
```