**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------
)
In re:                                                             )
                                                                   )          Case No. 12-12020 (MG)
RESIDENTIAL CAPITAL, LLC, et al.,                                  )
                                                                   )          Chapter 11
                              Debtors.                             )
                                                                   )          Jointly Administered
                                                                   )
------------------------------------------------------------------------

### ORDER FURTHER EXTENDING THE TIME
### TO FILE NOTICES OF REMOVAL OF CIVIL ACTIONS

Upon the motion (the "Motion")[1] of the Residential Capital, LLC and its affiliated post-

effective date debtors (collectively, the "Debtors") and the ResCap Liquidating Trust (the

"Liquidating Trust," and together with the Debtors, the "Movants") for entry of an order,

pursuant to 28 U.S.C. § 1452 and Rules 9006 and 9027 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), further extending the period within which the Movants may

file notices of removal of civil actions, and thereby extending the period to remove to this Court

or the appropriate bankruptcy court or district court, civil actions and proceedings to which the

Movants are parties (collectively, the "Civil Actions"); and this Court having jurisdiction to

consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and

consideration of the Motion and the relief requested therein being a core proceeding pursuant to

28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and

1409; and this Court having determined that the relief requested in the Motion is in the best

interests of the Movants and the Debtors' creditors and other parties-in-interest; and it appearing

that proper and adequate notice of the Motion has been given under the circumstances and that

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

no other or further notice is necessary; and after due deliberation thereon; and good and

sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted to the extent provided herein;

ORDERED that, pursuant to Bankruptcy Rule 9006(b), the time provided by Bankruptcy

Rule 9027 to file notices of removal of the Civil Actions, and thereby remove such Civil Actions

to the appropriate bankruptcy court or district court, is extended to June 1, 2014;

ORDERED that the Movants are authorized to take all actions necessary to effectuate the

relief granted pursuant to this Order in accordance with the Motion;

ORDERED that the terms and conditions of this Order shall be immediately effective and

enforceable upon its entry; and

ORDERED that this Court retains jurisdiction with respect to all matters arising from or

related to the implementation of this Order.

Dated:  February 25, 2014
         New York, New York


                                        _____/s/Martin Glenn_____
                                             MARTIN GLENN
                                        United States Bankruptcy Judge