**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**STIPULATION AND ORDER WITHDRAWING CLAIMS FILED BY**
**THE PENSION BENEFIT GUARANTY CORPORATION**

This stipulation ("Stipulation") is made and entered into between The ResCap Liquidating Trust (the "Liquidating Trust") established pursuant to the terms of the Plan (as defined below) in the above-captioned bankruptcy cases (the "Chapter 11 Cases") and the Pension Benefit Guaranty Corporation (the "PBGC", and together with the Liquidating Trust, the "Parties"), through their respective counsel, to withdraw, the PBGC Claims (defined herein) from the Debtors' Claims Register (defined herein).

**WHEREAS**, on May 14, 2012 (the "Petition Date"), each of the debtors in the Chapter 11 Cases (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court"); and

**WHEREAS**, on the Petition Date, the Court entered an order jointly administering the Chapter 11 Cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure;

**WHEREAS**, on May 16, 2012, the Court entered an order (ECF Doc. # 96) appointing Kurtzman Carson Consultants LLC ("KCC") as the notice and claims agent in the Chapter 11 Cases. Among other things, KCC is authorized to maintain an official claims register

for the Debtors (the "Claims Register");

WHEREAS, on or about November 16, 2012, the PBGC filed proofs of claim against each of the Debtors, some of which were liquidated and others in unliquidated amounts (collectively, the "PBGC Claims"). Each of the PBGC Claims is identified on **Exhibit A** hereto, which includes the claim number designated by KCC on the Claims Register;

WHEREAS, on August 23, 2013, the Court entered an *Order (I) Approving Disclosure Statement, (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan Proponents' Joint Chapter 11 Plan, (III) Approving the Form of Ballots, (IV) Scheduling a Hearing on Confirmation of the Plan, (V) Approving Procedures for Notice of the Confirmation Hearing and For Filing Objections to Confirmation of the Plan, and (VI) Granting Related Relief* (ECF Doc. # 4809) (the "Disclosure Statement Order") authorizing the Plan Proponents (as defined in the Disclosure Statement Order) to, among other things, solicit votes on the proposed Chapter 11 plan (as amended, the "Plan");

WHEREAS, on or about August 29, 2013, ballots were sent by KCC to the PBGC entitling the PBGC to vote to accept or reject the Plan;

WHEREAS, on November 7, 2013, the PBGC returned ballots to KCC and the Plan Proponents indicating its acceptance of the Plan as it relates to each of the 51 Debtors;

WHEREAS, on December 11, 2013, after a confirmation hearing, the Bankruptcy Court entered an *Order Confirming Second Amended Joint Chapter 11 Plan Proposed by Residential Capital, LLC et al. and the Official Committee of Unsecured Creditors* (the "Confirmation Order") approving the terms of the Plan, in these Chapter 11 Cases (ECF Doc. # 6065). On December 17, 2013, the Plan went effective and the Liquidating Trust was created (ECF Doc. # 6137); and

2

**WHEREAS**, the Plan provides for the creation and implementation of the Liquidating Trust, which would, among other things, be "authorized to make distributions and other payments in accordance with the Plan and the Liquidating Trust Agreement." *See* Plan, Art. VI.A-D; *see also* Confirmation Order ¶ 22. Further, pursuant to the Confirmation Order:

> In accordance with the provisions of the Plan, pursuant to section 363 of the Bankruptcy Code and Bankruptcy Rule 9019(a), without any further notice to or action, order or approval of the Bankruptcy Court, after the Effective Date, the Liquidating Trust may compromise and settle Claims against the Debtors and Causes of Action against other Entities.

Confirmation Order ¶ 20.

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby stipulate and agree as follows, and IT IS ORDERED:

1.      The Recitals form an integral part of this Stipulation and are incorporated fully herein.

2.      Pursuant to Fed. R. Bankr. P. 3006, PBGC withdraws each of the PBGC Claims identified on **Exhibit A** hereto from the Claims Register.

3.      The Parties each acknowledge that notwithstanding PBGC's withdrawal of the PBGC Claims, the votes the PBGC cast in support of the Plan shall not be considered to have been withdrawn.

4.      The Parties represent and warrant that each has the full power and authority to enter into and perform under this Stipulation.

5.      This Stipulation constitutes the entire agreement and understanding between the Parties with regard to the matters addressed herein, and supersedes all prior and contemporaneous discussions, negotiations, understandings and agreements, whether oral or written, express or implied, between and among the Parties hereto regarding the subject matter of

3

this Stipulation.

6.    This Stipulation may be executed in any number of counterparts by the Parties, all of which taken together shall constitute one and the same agreement.  Any of the Parties may execute this Stipulation by signing any such counterpart, and each such counterpart, including a facsimile or other electronic copy of a signature, shall for all purposes be deemed to be an original.

7.    This Stipulation shall be binding on the Parties upon execution, and may not be altered, modified, changed or vacated without the prior written consent of the Parties or their respective counsel, as applicable.

8.    This Stipulation shall be binding upon the Parties as well as any successor in interest.

9.    The Parties hereby are authorized to take any and all actions reasonably necessary to effectuate the relief granted pursuant to this Stipulation.

10.    The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Stipulation.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

IN WITNESS WHEREOF, and in agreement herewith, the Parties have executed and delivered this Stipulation as of the date set out below.


Dated:  February 18, 2014                    /s/ Jordan A. Wishnew
                                             Norman S. Rosenbaum
                                             Jordan A. Wishnew
                                             **MORRISON & FOERSTER LLP**
                                             1290 Avenue of the Americas
                                             New York, New York 10104
                                             Telephone:  (212) 468-8000
                                             Facsimile:  (212) 468-7900

                                             *Counsel for The ResCap Liquidating Trust*


Dated:  February 18, 2014                    /s/ Vicente Matias Murrell
                                             ISRAEL GOLDOWITZ
                                             Chief Counsel
                                             CHARLES L. FINKE
                                             Deputy Chief Counsel
                                             ANDREA M. WONG
                                             Assistant Chief Counsel
                                             VICENTE MATIAS MURRELL
                                             Attorney
                                             **PENSION BENEFIT GUARANTY
                                              CORPORATION**
                                             Office of the Chief Counsel
                                             1200 K Street NW
                                             Washington, D.C. 20005- 4026
                                             Telephone:  (202) 326-4020
                                             Facsimile:  (202) 326-4112

**SO ORDERED:**

Dated:  February 25, 2014
         New York, New York

_____**/s/Martin Glenn**_____
MARTIN GLENN
United States Bankruptcy Judge

**<u>Exhibit A</u>**

Residential Capital, LLC, et al.
Listing of PBGC Claims

| Claim No | Date Filed | Claimant Name | Debtor | Claims Classification | |
|---|---|---|---|---|---|
| | | | | Unsecured | Administrative Priority |
| 5604 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Capital, LLC | Unliquidated | Unliquidated |
| 5615 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Capital, LLC | $ 201,300,000.00 | Unliquidated |
| 5622 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Capital, LLC | Unliquidated | Unliquidated |
| 7009 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Company, LLC | Unliquidated | Unliquidated |
| 7010 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services of Alabama, LLC | Unliquidated | Unliquidated |
| 7011 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Asset Securities Corporation | Unliquidated | Unliquidated |
| 7012 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Asset Mortgage Products, Inc. | Unliquidated | Unliquidated |
| 7013 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Accredit Loans, Inc. | Unliquidated | Unliquidated |
| 7014 | 11/16/2012 | Pension Benefit Guaranty Corporation | RCSFJV2004, LLC | Unliquidated | Unliquidated |
| 7015 | 11/16/2012 | Pension Benefit Guaranty Corporation | DOA Holding Properties, LLC | Unliquidated | Unliquidated |
| 7016 | 11/16/2012 | Pension Benefit Guaranty Corporation | ditech, LLC | Unliquidated | Unliquidated |
| 7017 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Borrower LLC | Unliquidated | Unliquidated |
| 7018 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Mortgage Exchange, LLC | Unliquidated | Unliquidated |
| 7019 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Mortgage Securities I, Inc. | Unliquidated | Unliquidated |
| 7020 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services, LLC | Unliquidated | Unliquidated |
| 7021 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Construction Funding, LLC | Unliquidated | Unliquidated |
| 7022 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC SFJV-2002, LLC | Unliquidated | Unliquidated |
| 7023 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Asset Holdings II, LLC | Unliquidated | Unliquidated |
| 7024 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC-GSAP Servicer Advance, LLC | Unliquidated | Unliquidated |
| 7025 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Mortgage Real Estate Holdings, LLC | Unliquidated | Unliquidated |
| 7026 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Real Estate Holdings, LLC | Unliquidated | Unliquidated |
| 7027 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Mortgage Securities II, Inc. | Unliquidated | Unliquidated |
| 7028 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services of Texas, LLC | Unliquidated | Unliquidated |
| 7029 | 11/16/2012 | Pension Benefit Guaranty Corporation | RAHI Real Estate Holdings, LLC | Unliquidated | Unliquidated |
| 7030 | 11/16/2012 | Pension Benefit Guaranty Corporation | RAHI B, LLC | Unliquidated | Unliquidated |
| 7031 | 11/16/2012 | Pension Benefit Guaranty Corporation | RAHI A, LLC | Unliquidated | Unliquidated |
| 7032 | 11/16/2012 | Pension Benefit Guaranty Corporation | PATI Real Estate Holdings, LLC | Unliquidated | Unliquidated |
| 7033 | 11/16/2012 | Pension Benefit Guaranty Corporation | PATI B, LLC | Unliquidated | Unliquidated |
| 7034 | 11/16/2012 | Pension Benefit Guaranty Corporation | PATI A, LLC | Unliquidated | Unliquidated |
| 7035 | 11/16/2012 | Pension Benefit Guaranty Corporation | Passive Asset Transactions, LLC | Unliquidated | Unliquidated |
| 7036 | 11/16/2012 | Pension Benefit Guaranty Corporation | Ladue Associates, Inc. | Unliquidated | Unliquidated |
| 7037 | 11/16/2012 | Pension Benefit Guaranty Corporation | Homecomings Financial, LLC | Unliquidated | Unliquidated |
| 7038 | 11/16/2012 | Pension Benefit Guaranty Corporation | Homecomings Financial Real Estate Holdings, LLC | Unliquidated | Unliquidated |
| 7039 | 11/16/2012 | Pension Benefit Guaranty Corporation | Home Connects Lending Services, LLC | Unliquidated | Unliquidated |
| 7040 | 11/16/2012 | Pension Benefit Guaranty Corporation | HFN REO Sub II, LLC | Unliquidated | Unliquidated |
| 7041 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMACM Mortgage Products, LLC | Unliquidated | Unliquidated |
| 7042 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMACM REO LLC | Unliquidated | Unliquidated |
| 7043 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMACM Borrower LLC | Unliquidated | Unliquidated |
| 7044 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC RH Settlement Services, LLC | Unliquidated | Unliquidated |
| 7045 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Residential Holding Company, LLC | Unliquidated | Unliquidated |
| 7046 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Mortgage, LLC | Unliquidated | Unliquidated |
| 7047 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Mortgage USA Corporation | Unliquidated | Unliquidated |
| 7048 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Model Home Finance I, LLC | Unliquidated | Unliquidated |
| 7049 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC-RFC Holding Company, LLC | Unliquidated | Unliquidated |
| 7050 | 11/16/2012 | Pension Benefit Guaranty Corporation | Executive Trustee Services, LLC | Unliquidated | Unliquidated |
| 7051 | 11/16/2012 | Pension Benefit Guaranty Corporation | ETS of Washington, Inc. | Unliquidated | Unliquidated |
| 7052 | 11/16/2012 | Pension Benefit Guaranty Corporation | ETS of Virginia, Inc. | Unliquidated | Unliquidated |
| 7053 | 11/16/2012 | Pension Benefit Guaranty Corporation | Equity Investment I, LLC | Unliquidated | Unliquidated |
| 7054 | 11/16/2012 | Pension Benefit Guaranty Corporation | EPRE LLC | Unliquidated | Unliquidated |
| 7055 | 11/16/2012 | Pension Benefit Guaranty Corporation | DOA Properties IX (Lots-Other), LLC | Unliquidated | Unliquidated |
| 7056 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Asset Management, LLC | Unliquidated | Unliquidated |
| 7057 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services of Ohio, LLC | Unliquidated | Unliquidated |
| 7058 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC REO LLC | Unliquidated | Unliquidated |
| 7059 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Company, LLC | $ 201,300,000.00 | Unliquidated |
| 7060 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services of Alabama, LLC | $ 201,300,000.00 | Unliquidated |
| 7061 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Asset Securities Corporation | $ 201,300,000.00 | Unliquidated |
| 7062 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Asset Mortgage Products, Inc. | $ 201,300,000.00 | Unliquidated |
| 7063 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Accredit Loans, Inc. | $ 201,300,000.00 | Unliquidated |
| 7064 | 11/16/2012 | Pension Benefit Guaranty Corporation | RCSFJV2004, LLC | $ 201,300,000.00 | Unliquidated |
| 7065 | 11/16/2012 | Pension Benefit Guaranty Corporation | DOA Holding Properties, LLC | $ 201,300,000.00 | Unliquidated |
| 7066 | 11/16/2012 | Pension Benefit Guaranty Corporation | ditech, LLC | $ 201,300,000.00 | Unliquidated |
| 7067 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Borrower LLC | $ 201,300,000.00 | Unliquidated |
| 7068 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Mortgage Exchange, LLC | $ 201,300,000.00 | Unliquidated |
| 7069 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Mortgage Securities I, Inc. | $ 201,300,000.00 | Unliquidated |
| 7070 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services, LLC | $ 201,300,000.00 | Unliquidated |
| 7071 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Construction Funding, LLC | $ 201,300,000.00 | Unliquidated |
| 7072 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC SFJV-2002, LLC | $ 201,300,000.00 | Unliquidated |
| 7073 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Asset Holdings II, LLC | $ 201,300,000.00 | Unliquidated |
| 7074 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC-GSAP Servicer Advance, LLC | $ 201,300,000.00 | Unliquidated |
| 7075 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Mortgage Real Estate Holdings, LLC | $ 201,300,000.00 | Unliquidated |
| 7076 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Real Estate Holdings, LLC | $ 201,300,000.00 | Unliquidated |
| 7077 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Mortgage Securities II, Inc. | $ 201,300,000.00 | Unliquidated |
| 7078 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services of Texas, LLC | $ 201,300,000.00 | Unliquidated |
| 7079 | 11/16/2012 | Pension Benefit Guaranty Corporation | RAHI Real Estate Holdings, LLC | $ 201,300,000.00 | Unliquidated |
| 7080 | 11/16/2012 | Pension Benefit Guaranty Corporation | RAHI B, LLC | $ 201,300,000.00 | Unliquidated |
| 7081 | 11/16/2012 | Pension Benefit Guaranty Corporation | RAHI A, LLC | $ 201,300,000.00 | Unliquidated |
| 7082 | 11/16/2012 | Pension Benefit Guaranty Corporation | PATI Real Estate Holdings, LLC | $ 201,300,000.00 | Unliquidated |
| 7083 | 11/16/2012 | Pension Benefit Guaranty Corporation | PATI B, LLC | $ 201,300,000.00 | Unliquidated |
| 7084 | 11/16/2012 | Pension Benefit Guaranty Corporation | PATI A, LLC | $ 201,300,000.00 | Unliquidated |
| 7085 | 11/16/2012 | Pension Benefit Guaranty Corporation | Passive Asset Transactions, LLC | $ 201,300,000.00 | Unliquidated |
| 7086 | 11/16/2012 | Pension Benefit Guaranty Corporation | Ladue Associates, Inc. | $ 201,300,000.00 | Unliquidated |
| 7087 | 11/16/2012 | Pension Benefit Guaranty Corporation | Homecomings Financial, LLC | $ 201,300,000.00 | Unliquidated |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7088 | 11/16/2012 | Pension Benefit Guaranty Corporation | Homecomings Financial Real Estate Holdings, LLC | $ | 201,300,000.00 | Unliquidated |
| 7089 | 11/16/2012 | Pension Benefit Guaranty Corporation | Home Connects Lending Services, LLC | $ | 201,300,000.00 | Unliquidated |
| 7090 | 11/16/2012 | Pension Benefit Guaranty Corporation | HFN REO Sub II, LLC | $ | 201,300,000.00 | Unliquidated |
| 7091 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMACR Mortgage Products, LLC | $ | 201,300,000.00 | Unliquidated |
| 7092 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMACM REO LLC | $ | 201,300,000.00 | Unliquidated |
| 7093 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMACM Borrower LLC | $ | 201,300,000.00 | Unliquidated |
| 7094 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC RH Settlement Services, LLC | $ | 201,300,000.00 | Unliquidated |
| 7095 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Residential Holding Company, LLC | $ | 201,300,000.00 | Unliquidated |
| 7096 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Mortgage, LLC | $ | 201,300,000.00 | Unliquidated |
| 7097 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Mortgage USA Corporation | $ | 201,300,000.00 | Unliquidated |
| 7098 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Model Home Finance I, LLC | $ | 201,300,000.00 | Unliquidated |
| 7099 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC-RFC Holding Company, LLC | $ | 201,300,000.00 | Unliquidated |
| 7100 | 11/16/2012 | Pension Benefit Guaranty Corporation | Executive Trustee Services, LLC | $ | 201,300,000.00 | Unliquidated |
| 7101 | 11/16/2012 | Pension Benefit Guaranty Corporation | ETS of Washington, Inc. | $ | 201,300,000.00 | Unliquidated |
| 7102 | 11/16/2012 | Pension Benefit Guaranty Corporation | ETS of Virginia, Inc. | $ | 201,300,000.00 | Unliquidated |
| 7103 | 11/16/2012 | Pension Benefit Guaranty Corporation | Equity Investment I, LLC | $ | 201,300,000.00 | Unliquidated |
| 7104 | 11/16/2012 | Pension Benefit Guaranty Corporation | EPRE LLC | $ | 201,300,000.00 | Unliquidated |
| 7105 | 11/16/2012 | Pension Benefit Guaranty Corporation | DOA Properties IX (Lots-Other), LLC | $ | 201,300,000.00 | Unliquidated |
| 7106 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Asset Management, LLC | $ | 201,300,000.00 | Unliquidated |
| 7107 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services of Ohio, LLC | $ | 201,300,000.00 | Unliquidated |
| 7108 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC REO LLC | $ | 201,300,000.00 | Unliquidated |
| 7109 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Company, LLC | Unliquidated | | Unliquidated |
| 7110 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services of Alabama, LLC | Unliquidated | | Unliquidated |
| 7111 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Asset Securities Corporation | Unliquidated | | Unliquidated |
| 7112 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Asset Mortgage Products, Inc. | Unliquidated | | Unliquidated |
| 7113 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Accredit Loans, Inc. | Unliquidated | | Unliquidated |
| 7114 | 11/16/2012 | Pension Benefit Guaranty Corporation | RCSFJV2004, LLC | Unliquidated | | Unliquidated |
| 7115 | 11/16/2012 | Pension Benefit Guaranty Corporation | DOA Holding Properties, LLC | Unliquidated | | Unliquidated |
| 7116 | 11/16/2012 | Pension Benefit Guaranty Corporation | ditech, LLC | Unliquidated | | Unliquidated |
| 7117 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Borrower LLC | Unliquidated | | Unliquidated |
| 7118 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Mortgage Exchange, LLC | Unliquidated | | Unliquidated |
| 7119 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Mortgage Securities I, Inc. | Unliquidated | | Unliquidated |
| 7120 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services, LLC | Unliquidated | | Unliquidated |
| 7121 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Construction Funding, LLC | Unliquidated | | Unliquidated |
| 7122 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC SFJV-2002, LLC | Unliquidated | | Unliquidated |
| 7123 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Asset Holdings II, LLC | Unliquidated | | Unliquidated |
| 7124 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC-GSAP Servicer Advance, LLC | Unliquidated | | Unliquidated |
| 7125 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Mortgage Real Estate Holdings, LLC | Unliquidated | | Unliquidated |
| 7126 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Real Estate Holdings, LLC | Unliquidated | | Unliquidated |
| 7127 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Funding Mortgage Securities II, Inc. | Unliquidated | | Unliquidated |
| 7128 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services of Texas, LLC | Unliquidated | | Unliquidated |
| 7129 | 11/16/2012 | Pension Benefit Guaranty Corporation | RAHI Real Estate Holdings, LLC | Unliquidated | | Unliquidated |
| 7130 | 11/16/2012 | Pension Benefit Guaranty Corporation | RAHI B, LLC | Unliquidated | | Unliquidated |
| 7131 | 11/16/2012 | Pension Benefit Guaranty Corporation | RAHI A, LLC | Unliquidated | | Unliquidated |
| 7132 | 11/16/2012 | Pension Benefit Guaranty Corporation | PATI Real Estate Holdings, LLC | Unliquidated | | Unliquidated |
| 7133 | 11/16/2012 | Pension Benefit Guaranty Corporation | PATI B, LLC | Unliquidated | | Unliquidated |
| 7134 | 11/16/2012 | Pension Benefit Guaranty Corporation | PATI A, LLC | Unliquidated | | Unliquidated |
| 7135 | 11/16/2012 | Pension Benefit Guaranty Corporation | Passive Asset Transactions, LLC | Unliquidated | | Unliquidated |
| 7136 | 11/16/2012 | Pension Benefit Guaranty Corporation | Ladue Associates, Inc. | Unliquidated | | Unliquidated |
| 7137 | 11/16/2012 | Pension Benefit Guaranty Corporation | Homecomings Financial, LLC | Unliquidated | | Unliquidated |
| 7138 | 11/16/2012 | Pension Benefit Guaranty Corporation | Homecomings Financial Real Estate Holdings, LLC | Unliquidated | | Unliquidated |
| 7139 | 11/16/2012 | Pension Benefit Guaranty Corporation | Home Connects Lending Services, LLC | Unliquidated | | Unliquidated |
| 7140 | 11/16/2012 | Pension Benefit Guaranty Corporation | HFN REO Sub II, LLC | Unliquidated | | Unliquidated |
| 7141 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMACR Mortgage Products, LLC | Unliquidated | | Unliquidated |
| 7142 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMACM REO LLC | Unliquidated | | Unliquidated |
| 7143 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMACM Borrower LLC | Unliquidated | | Unliquidated |
| 7144 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC RH Settlement Services, LLC | Unliquidated | | Unliquidated |
| 7145 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Residential Holding Company, LLC | Unliquidated | | Unliquidated |
| 7146 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Mortgage, LLC | Unliquidated | | Unliquidated |
| 7147 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Mortgage USA Corporation | Unliquidated | | Unliquidated |
| 7148 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC Model Home Finance I, LLC | Unliquidated | | Unliquidated |
| 7149 | 11/16/2012 | Pension Benefit Guaranty Corporation | GMAC-RFC Holding Company, LLC | Unliquidated | | Unliquidated |
| 7150 | 11/16/2012 | Pension Benefit Guaranty Corporation | Executive Trustee Services, LLC | Unliquidated | | Unliquidated |
| 7151 | 11/16/2012 | Pension Benefit Guaranty Corporation | ETS of Washington, Inc. | Unliquidated | | Unliquidated |
| 7152 | 11/16/2012 | Pension Benefit Guaranty Corporation | ETS of Virginia, Inc. | Unliquidated | | Unliquidated |
| 7153 | 11/16/2012 | Pension Benefit Guaranty Corporation | Equity Investment I, LLC | Unliquidated | | Unliquidated |
| 7154 | 11/16/2012 | Pension Benefit Guaranty Corporation | EPRE LLC | Unliquidated | | Unliquidated |
| 7155 | 11/16/2012 | Pension Benefit Guaranty Corporation | DOA Properties IX (Lots-Other), LLC | Unliquidated | | Unliquidated |
| 7156 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC Asset Management, LLC | Unliquidated | | Unliquidated |
| 7157 | 11/16/2012 | Pension Benefit Guaranty Corporation | Residential Consumer Services of Ohio, LLC | Unliquidated | | Unliquidated |
| 7158 | 11/16/2012 | Pension Benefit Guaranty Corporation | RFC REO LLC | Unliquidated | | Unliquidated |