# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

CORLA JACKSON

Plaintiff,

V.　　　　　　　　　　　　　　　　APPEAL CASE NO: 12-12020 (MG)

GMAC MORTGAGE
CORPORATION, ET AL

RESIDENTIAL CAPITAL LLC
GMAC MORTGAGE LLC　　　　　　　　　FEB 2 4 2014

Defendants.

# MOTION TO EXTEND TIME TO FILE DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW" CORLA JACKSON hereinafter called the (Plaintiff) files this (**Motion To Extend Time To File Designation Of Items To Be Included In Record**)" Due To Her Illness In ACUTE BRONCHITIS). Corla Jackson Has A Medical Condition Of Asthma And Allergies" Which Flair Up From Time To Time Which Leads Up To Bronchitis Attacks" Which Cannot Be Ignored That Requires Urgent Medical Treatment And Attention For The Congestion And Coughing" Which Is Real Bad Right Now In The Peak Of Flu Season Which Did Not Help Her Condition At All.

Corla Jackson Has Been Sick Off And On With The Condition Above For The Last (2) Weeks And Had No Other Choice But To Seek Medical Treatment Because Her Condition Kept Getting Worse.

In Addition To Corla Jackson Illness" She Had A Death In Her Immediate Family" Her Uncle (Father Brother) Passed Away Of A Massive Heart Attack Teaching Sunday School In Church" On Top Of Being Sick" And Trying To Get Her Designation Filed On Items To Be Included In Record Is Extremely Hard At This Time" Which Should Be Understanding To Everyone Of Her Request.

Corla Jackson Has Already Paid The Courts For Her Appeal" And Only Need To File Her Designation Of Items" And This Request Is Asked Of The Courts (Due To Illness And Her Health Condition) At This Time" Which Cannot Be Ignored" When It Comes To Acute Bronchitis. Corla Jackson Ask The Honorable Judge To Grant Her This Motion To Extend Time To File Designation OF Items To Be Included In Record.

1 of 1

**SEE EXHIBIT (A) EVIDENCE:** Hospital (Discharge Instructions) And (Copy Of Medications) To Be Entered As Evidence In This (Motion To Extend Time To Filed Designation Of Items) To Be Included In Record On This Appeal. Corla Jackson Says She Will Take What Ever Time The Judge Give Her" She Just Need An Extension Of Time To Allow Her Time To File Her Designation Of Items" Which Is To Be Included In Record On This Appeal.

*Corla Reeves Jackson 2/21/2014*
Corla Reeves Jackson
13230 Tom Gaston Road
Mobile, Alabama. 36695
Phone: 251.554.1785

*Corla Jackson 2/21/2014*

# CERTIFICATE OF SERVICE

I certify that on February **21, 2014** a true and correct copy of this motion was served to each person listed below.

**GMAC MORTGAGE CORPORATION, ET AL**

**RESIDENTIAL CAPITAL LLC**

MORRISON & FOSTER LLP
1290 Avenue Of The Americas
New York, New York. 10104
Telephone: (212) 468-8000
Facesmile: (212) 468-7900

Attorneys:
Gary S. Lee
Norman S. Rosenbaum
Erica J. Richards

**BRADLEY ARANT BOULT CUMMINGS LLP**
**1819 FIFTH AVENUE NORTH**
**BIRMINGHAM, ALABAMA. 35202**
**PH: 205.521.8810**
**FACESMILE: 205.488.6810**

*Corla Reeves Jackson 2/21/2014*
Corla Reeves Jackson
13230 Tom Gaston Road
Mobile, Alabama. 36695
Phone: 251.554.1785
Facesimile: mail@corlajacksonvsgmacmortgage.info
corlareevesjackson@gmail.com