

```
               MOBILE AIRPORT ANNEX
                  MOBILE, Alabama
                    366089601
                  0107830394 -0097
02/10/2014      (800)275-8777      03:17:14 PM
===============================================
                  Sales Receipt
Product              Sale    Unit         Final
Description          Qty     Price        Price
-----------------------------------------------
Dom. Money Order 21691501042           $298.00
Domestic Money Order Fee                 $1.25
                        Subtotal:      $299.25
** NEW YORK NY 10004 Zone-6             $19.99
Priority Mail Express 1-Day
Flat Rate Env
14.80 oz.
USPS Tracking #:
EF019782091US
Scheduled Delivery Day: Tue 02/11/14
12:00PM - Money Back Guarantee
Includes $100 Insurance

Signature Requested
                                      ========
Issue PVI:                              $19.99

                                   ------------
Total:                                 $319.24

Paid by:
  Debit Card                           $319.24
  Account #:            XXXXXXXXXXXX2537
  Approval #:           093456
  Transaction #:        380
  23 902790765
Receipt#:               004591

** Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
usps.com/ship/file-domestic-claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to usps.com/clicknship
to print shipping labels with postage. For
other information call 1-800-ASK-USPS.
***********************************************
***********************************************
Get your mail when and where you want it
with a secure Post Office Box. Sign up for
a box online at usps.com/poboxes.
***********************************************
***********************************************

Bill#: 1000303096647
Clerk: 02

     All sales final on stamps and postage
     Refunds for guaranteed services only
          Thank you for your business
***********************************************
***********************************************
            HELP US SERVE YOU BETTER

     Go to: https://postalexperience.com/Pos

          TELL US ABOUT YOUR RECENT
                POSTAL EXPERIENCE

              YOUR OPINION COUNTS
***********************************************
***********************************************

                  Customer Copy
```

```
                7770 Airport Blvd
                Mobile, AL 36608
                Tel: (251) 631-3828
2/10/2014                          2:36:32 PM CST
Team Member: Robyn M.

                SALE
BW 15 on 24# Wht
  272 @ 0.1200 T                           0.1200
000330 Reg. Price                            0.13
Regular Total                               35.36
Discounts                                    2.72
Total                                       32.64

Sub-Total                                   32.64
Tax                                          3.26
Deposit                                      0.00
Total                                       35.90

MasterCard (S)                              35.90
  Account: 2537
  Auth: 029814 (A)

Total Tender                                35.90
Change Due                                   0.00

Total Discounts                              2.72
```



FedEx Office
Make It, Print It, Pack It, Ship It.
fedex.com/office

Thank you for visiting

By submitting your project to FedEx
Office or by making a purchase in the
FedEx Office store, you agree to all
the FedEx Office terms and conditions
located at fedex.com/office or
you may request a copy of our terms
and conditions, which will be made
available to you upon request.

Customer Copy