JACQUELINE A. WARNER
Claimant Jacqueline Warner
RESCAP/GMAC Claim 3502
3053 W. Craig Road, E155
North Las Vegas, NV 89032
650-520-5596

7012 2920 0002 1517 6098

UNITED STATES BANKRUTCY COURT
SOUTHERN DISTRICT OF NEW YORK



In Re:

RESIDENTIAL CAPITAL, LLC, et al                 Chapter 11
                                                Case No: 12-12020-mg

NOTICE OF RESERVATION OF RIGHT
AND INTENT TO RESPOND TO
DEBTORS' REPLY DOCKET NUMBER
5736 AND

AFFIDAVIT BY CREDITOR-
JACQUELINE A. WARNER CLAIM 3502

Debtor:

CREDITOR JACQUELINE A. WARNER'S NOTICE OF RESERVATION OF
RIGHT AND INTENT TO RESPOND TO DEBTORS' OMNIBUS REPLY IN SUPPORT OF
DEBTORS' FIFTIETH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY BORROWER
CLAIMS-BOOKS AND RECORDS)

TO:  THE HONORABLE MARTIN GLENN
     UNITED STATES BANKRUPTCY JUDGE

This is Notification of Jacqueline A. Warner's intent to respond to the Debtors' Omnibus

Reply in Support of Debtors' Fiftieth Omnibus Objection to Claims dated November 13, 2013,

Docket Number 5736 and to Reserve my right to Respond.

On February 20, 2014 I called and spoke with Nate A. in Judge Martin Glenn's Office to determine the status of my claim. Nate informed me that there was an existing Debtors' Reply dated November 13, 2013, Docket Number 5736. This is when I was first made aware of this document.

On February 6, 10, and 12, 2014 I had spoken with Jonathan Petts, Debtors' legal representative, regarding a Stipulation sent to me. No mention of or reference to the existence of Docket Number 5736 dated November13, 2013 Debtors' Reply was made.

My previous attorney, Rachel Blumenfeld, never mentioned the existence of the Debtors' Reply Docket Number 5736 either.

This is Notice to the court that I reserve my right to respond and request the court to notify me of the time period I must respond within.

IN WITNESS WHEREOF I hereunto set my hand and seal on this 21st day of February 2014, and hereby certify, swear and affirm under the laws of the United States of America, that all the statements made above are true, correct and complete based on my personal knowledge, information and belief.
All Rights Reserved Without Prejudice, Under Reserve U. C. C.

Date: February 21, 2014   Affiant: *Jacqueline A. Warne*

## NEVADA ALL-PURPOSE ACKNOWLEDGMENT

State of Nevada

County of _Clark_

On _02·21·2014_ before me, _DENISE TAYLOR_

personally appeared _JACQUELINE WARNER_

☐ personally known to me -OR- ☒ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
DENISE TAYLOR
No: 12-8118-1
My Appointment Expires July 30, 2016

WITNESS my hand and official seal.

_____
Signature of Notary

**OPTIONAL**

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☒ INDIVIDUAL
☐ CORPORATE OFFICER

☐ PARTNER(S)   ☐ LIMITED
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
OTHER:

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)

**DESCRIPTION OF ATTACHED DOCUMENT**

_Notice of Intent_

_____   _02-21-2014_
NUMBER OF PAGES     DATE OF DOCUMENT