**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------
In re:                                    :    Case No. 12-12020 (MG)
                                          :
RESIDENTIAL CAPITAL, LLC, <u>et</u> <u>al</u>.,    :    Chapter 11
                                          :
             Debtors.                     :    Jointly Administered
---------------------------------------------------------------

**ORDER SHORTENING NOTICE AND SCHEDULING A HEARING
ON THE EXAMINER'S MOTION FOR ENTRY OF ORDER APPROVING
PROCEDURES FOR COMPLIANCE WITH DISCHARGE ORDER
<u>REGARDING SUBPOENA SERVED ON THE EXAMINER</u>**

Upon consideration of the motion (the "<u>Motion</u>"),[3] dated February [26], 2012, of Arthur J. Gonzalez, the Court-appointed Examiner in these cases, for entry of an order pursuant to FED. R. BANKR. P. 9006(c)(1) and Local Bankruptcy Rules 9006-1(b) and 9077-1(b) shortening the time for notice of and scheduling a hearing to consider the *Examiner's Motion For Entry Of An Order Approving Procedures For Compliance With Discharge Order Regarding Federal Subpoena Served On the Examiner* (the "<u>Subpoena Compliance Motion</u>"); and the Court having jurisdiction to consider the Motion, and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Reorganized Debtors and their creditors and other parties in interest; and the Examiner having provided adequate and appropriate notice of the Subpoena Compliance Motion under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---
[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1. The Motion is granted to the extent provided herein.

2. The Court's hearing on the Subpoena Compliance Motion shall be on **March 5, 2014 at 2:00 p.m.** (prevailing Eastern Time) (the "Hearing")**.**

3. The Examiner shall serve a copy of this Order as promptly as practicable on February 26, 2014 by fax, e-mail or overnight mail on the Notice Parties (defined below).

4. Objections to the Subpoena Compliance Motion, if any, must be filed on the docket and served by **March 3, 2014 at 5:00 p.m.** (prevailing Eastern Time) upon each of the following parties (collectively, the "Notice Parties")**:** (a) the Office of the United States Trustee for the Southern District of New York; (b) the United States Attorney's Office for the Central District of California; (c) counsel for the Examiner; (d) counsel for the Reorganized Debtors; and (e) all parties requesting notice pursuant to Bankruptcy Rule 2002.

5. Objections not timely filed and served in the manner set forth above shall not be considered and shall be overruled. Responses to any Objections shall be due by **March 4, 2014 at 2:00 p.m.** (prevailing Eastern Time) and served on the objecting party.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated:  New York, New York
_____, 2014

                                                            The Honorable Martin Glenn
                                                            United States Bankruptcy Judge