**EXHIBIT A**

**PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>Jointly Administered |

**ORDER APPROVING PROCEDURES FOR COMPLIANCE WITH DISCHARGE
ORDER REGARDING FEDERAL SUBPOENA SERVED ON THE EXAMINER**

Upon the motion (the "Motion")[2] of Arthur J. Gonzalez, the Court-appointed Examiner in these cases (the "Examiner"), for entry of an order approving procedures for compliance with the September 24, 2013 Discharge Order entered by this Court generally discharging the Examiner of his duties [Docket No. 5187] (the "Discharge Order") regarding a subpoena (the "Subpoena") served on the Examiner by the United States Attorney's Office for the Central District of California (the "USAO-CDCA") pursuant to the Financial Institutions Reform, Recovery and Enforcement Act, 12 U.S.C. § 1833a, which Subpoena seeks the production of all transcripts and recordings of witness interviews conducted by the Examiner (the "Subpoenaed Materials") in the course of his investigation (the "Examiner Investigation"); the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; venue

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Declaration of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings, filed with the Court on May 14, 2012. Additional subsidiaries and affiliates of the Debtors may file Chapter 11 petitions on a rolling basis. As used herein, the term "Debtors" includes any such entities.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

of these cases and this matter in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; consideration of this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having heard the Motion on March __, 2014, and after due deliberation, and good and sufficient cause appearing therefor; it is hereby:

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that all objections to the Motion, to the extent not previously withdrawn, are overruled; and it is further

ORDERED that the Discharge Order does not prohibit the Examiner from complying with the Subpoena and producing the Subpoenaed Materials pursuant and subject to the notice procedures outlined below; and it is further

ORDERED that the Examiner shall promptly serve a copy of this Order, together with a copy of the Subpoena (collectively, the "Service Documents"), by electronic mail and overnight delivery to each individual who was the subject of an interview in connection with the Examiner Investigation (collectively, the "Interviewees"), and thereby provide notice of the Examiner's intention to produce the Subpoenaed Materials in satisfaction of any obligations under the Discharge Order, by serving the Service Documents on the counsel who represented such Interviewees at their interviews, all as listed on Schedule "1" to this Order; and it is further

ORDERED that service by the Examiner of the Service Documents to the parties and in the manner prescribed in the foregoing decretal paragraph shall constitute due, sufficient, and adequate notice of the Examiner's intention to produce the Subpoenaed Materials in

2

satisfaction of any obligations under the Discharge Order, and no further notice is required; and it is further

ORDERED that the Examiner is authorized to produce the Subpoenaed Materials in satisfaction of any obligations under the Discharge Order except to the extent that an Interviewee (i) obtains a court order within thirty (30) days of his or her counsel's receipt of the Service Documents in the manner described above quashing the Subpoena with respect to that Interviewee, and (ii) provides notice of entry of such court order to the Examiner, the Office of the United States Trustee, and the USAO-CDCA (collectively, the "Notice Parties") within that same time period; and it is further

ORDERED that notice of entry of any court order quashing the Subpoena must be made in writing and served upon: counsel for the Examiner, Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112 (Attn: Howard Seife and David LeMay); the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014 (Attn: Brian S. Masumoto); and the United States Attorney's Office for the Central District of California, Federal Building, Suite 7516, 300 North Los Angeles Street, Los Angeles, CA 90012 (Attn: Indira J. Cameron-Banks); and it is further

ORDERED that as to those Interviewees who timely deliver notice to the Notice Parties of entry of a court order quashing the Subpoena with respect to that Interviewee, the Examiner shall refrain from producing the transcripts and recordings with respect to such specific Interviewees pending further direction from the court where such an order was entered; and it is further

ORDERED that neither the Examiner nor his counsel shall have or incur any liability with respect to any statement, act or omission arising out of or relating to any good-faith effort by the Examiner or his counsel to comply with this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Date: March ___, 2014

_____
MARTIN GLENN
United States Bankruptcy Judge

**SCHEDULE 1 TO ORDER**

## SCHEDULE 1

## INTERVIEWEE SERVICE LIST

| Interviewee | Affiliation | Counsel[1] |
|---|---|---|
| Jonathan Pruzan (Morgan Stanley) | Advisor to ResCap | Allen & Overy LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Attn:　Ken Coleman<br>　　　　John Kibler<br>　　　　Andrew Rhys Davis<br>Tel:　(212) 610-6300<br>Email:　ken.coleman@allenovery.com<br>　　　　john.kibler@allenovery.com<br>　　　　andrew.rhys.davies@allenovery.com |
| Thomas Jacob<br>Thomas Melzer<br>James Nouss<br><br>Erica Schenk | ResCap Independent Director<br>ResCap Independent Director<br>Counsel to ResCap Independent Directors<br>Counsel to ResCap Independent Directors | Bryan Cave LLP<br>One Metropolitan Square<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102-2750<br>Attn:　Lloyd A. Palans<br>Tel:　(314) 259-2000<br>Email:　lapalans@bryancave.com |
| Kenneth Blackburn | ResCap | Carpenter, Lipps & Leland LLP<br>280 Plaza, Suite 1300<br>280 North High Street<br>Columbus, Ohio 43215<br>Attn:　Jeffrey A. Lipps<br>　　　　Jennifer A. L. Battle<br>　　　　David A. Beck<br>Tel:　(614) 365-4100<br>Email:　lipps@carpenterlipps.com<br>　　　　battle@carpenterlipps.com<br>　　　　beck@carpenterlipps.com |

---

[1] The firms listed herein are those firms that were present during the time of the respective interviews. Neither the Examiner nor his counsel were privy to the details or arrangements of any specific attorney-client relationship in effect during the interviews.

| Interviewee | Affiliation | Counsel[1] |
|---|---|---|
| Eric Scholtz<br>Julie Steinhagen | ResCap<br>ResCap | Carpenter, Lipps & Leland LLP<br>280 Plaza, Suite 1300<br>280 North High Street<br>Columbus, Ohio 43215<br>Attn:    Jeffrey A. Lipps<br>            Jennifer A. L. Battle<br>            David A. Beck<br>Tel:     (614) 365-4100<br>Email:   lipps@carpenterlipps.com<br>            battle@carpenterlipps.com<br>            beck@carpenterlipps.com<br><br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn:    Jamie A. Levitt<br>            Eugene Illovsky<br>            Peter H. Day<br>            Darryl P. Rains<br>Tel:     (212) 468-8000<br>Email:   jlevitt@mofo.com<br>            eillovsky@mofo<br>            pday@mofo.com<br>            drains@mofo.com |
| Linda Zukauckas | AFI | Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY<br>Attn:    Michael Wiles<br>            Carolina Henriquez-Schmitz<br>Tel:     (212) 909-6269<br>Email:   mewiles@debevoise.com<br>            chschmitz@debevoise.com |
| Timothy Pohl (Lazard) | Advisor to ResCap | Dentons<br>1221 Avenue of the Americas<br>New York, New York  10020-1089<br>Attn:    Arthur H. Ruegger<br>Tel:     (212) 768-6700<br>Email:   arthur.ruegger@dentons.com<br><br>Carpenter, Lipps & Leland LLP<br>280 Plaza, Suite 1300<br>280 North High Street<br>Columbus, Ohio 43215<br>Attn:    Jeffrey A. Lipps<br>            Jennifer A. L. Battle<br>            David A. Beck<br>Tel:     (614) 365-4100<br>Email:   lipps@carpenterlipps.com<br>            battle@carpenterlipps.com<br>            beck@carpenterlipps.com |

| **Interviewee** | **Affiliation** | **Counsel[1]** |
|---|---|---|
| Russell Hutchinson (Goldman Sachs) | Advisor to ResCap | Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, New York 10004<br>Attn:    Stephanie J. Goldstein<br>            Chelsea P. Hall<br>Tel:     (212) 859-8000<br>Email:  stephanie.goldstein@friedfrank.com<br>            chelsea.hall@friedfrank.com |
| Halle Benett (UBS) | Advisor to ResCap | Gibson, Dunn & Crutcher LLP<br>200 Park Ave<br>New York, NY 10166-0193<br>Attn:    David M. Feldman<br>            Aric H. Wu<br>Tel:     (212) 351-4000<br>Email:  dfeldman@gibsondunn.com<br>            awu@gibsondunn.com |
| Michael Carpenter | AFI | Kirkland & Ellis LLP<br>601 Lexington Ave.<br>New York, NY 10022<br>Attn:    Judson Brown<br>            Jeffrey Powell<br>            Mark McKane<br>            Daniel T. Donovan<br>            Greg Skidmore<br>Tel:     (212) 446-4800<br>Email:  judson.brown@kirkland.com<br>            jeffrey.powell@kirkland.com<br>            mark.mckane@kirkland.com<br>            daniel.donovan@kirkland.com<br>            greg.skidmore@kirkland.com |
| Albert Celini | Ally Bank | |
| Jon Centurino | AFI | |
| Joe Cortese | Ally Bank | |
| Alvero ("Al") de Molina | AFI | |
| David J. DeBrunner | AFI | |
| Timothy Devine | AFI | |
| Lisa Gerner | Ally Bank | |
| Adam Glassner | ResCap, AFI | |
| Robert Groody | Ally Bank | |
| Mark Hales | Ally Bank | |
| Bill Hall | AFI | |
| Lara Hall | AFI | |
| Michael Hebling | Ally Bank | |
| Robert Hull | AFI | |
| Sanjiv Khattri | AFI, ResCap | |
| Jerry Lombardo | Cerberus, ResCap, AFI | |
| William Marx | AFI | |
| Humphrey McKenzie | AFI | |
| William Muir | AFI | |
| Corey Pinkston | AFI | |
| Samuel Ramsey | AFI | |
| Tazewell Rowe | AFI | |
| William Solomon | AFI | |
| Linda Voss | AFI | |
| David Walker | AFI | |
| James Young | ResCap, AFI | |

3

| **Interviewee** | **Affiliation** | **Counsel**[1] |
|---|---|---|
| Eric Feldstein | AFI | Kirkland & Ellis LLP<br>601 Lexington Ave.<br>New York, NY 10022<br>Attn:    Judson Brown<br>           Jeffrey Powell<br>           Mark McKane<br>           Daniel T. Donovan<br>           Greg Skidmore<br>Tel:     (212) 446-4800<br>Email:  judson.brown@kirkland.com<br>           jeffrey.powell@kirkland.com<br>           mark.mckane@kirkland.com<br>           daniel.donovan@kirkland.com<br>           greg.skidmore@kirkland.com<br><br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, NY<br>Attn:    Michael Wiles<br>           Carolina Henriquez-Schmitz<br>Tel:     (212) 909-6269<br>Email:  mewiles@debevoise.com<br>           chschmitz@debevoise.com |
| Seymour Preston, Jr.<br>(Goldin Associates) | Advisor to ResCap | Luskin, Stern & Eisler LLP<br>11 Times Square<br>New York, NY 10036<br>Attn:    Michael Luskin<br>Tel:     (212) 974-3201<br>Email:  luskin@lsellp.com |

4

| Interviewee | Affiliation | Counsel[1] |
|---|---|---|
| Steven Abreu | ResCap | Morrison & Foerster LLP |
| David Applegate | ResCap | 1290 Avenue of the Americas |
| Christopher Blahut | ResCap | New York, NY 10104 |
| Sandy Blitzer | ResCap | Attn:    Jamie A. Levitt |
| David Bricker | ResCap |            Eugene Illovsky |
| Jeff Cancelliere | ResCap |            Peter H. Day |
| William Casey | ResCap |            Darryl P. Rains |
| Keenan Dammen | ResCap | Tel:     (212) 468-8000 |
| Lisa Gess | ResCap, Ally Bank | Email:   jlevitt@mofo.com |
| James Giertz | ResCap |          eillovsky@mofo |
| John Gray | ResCap |          pday@mofo.com |
| Tammy Hamzehpour | ResCap |          drains@mofo.com |
| Lisa Lundsten | ResCap | Carpenter, Lipps & Leland LLP |
| David Marple | ResCap | 280 Plaza, Suite 1300 |
| Davee Olson | ResCap | 280 North High Street |
| Bruce Paradis | ResCap | Columbus, Ohio 43215 |
| Joseph Pensabene | ResCap | Attn:    Jeffrey A. Lipps |
| Charles Senick | ResCap |            Jennifer A. L. Battle |
| James Whitlinger | ResCap |            David A. Beck |
|  |  | Tel:     (614) 365-4100 |
|  |  | Email:   lipps@carpenterlipps.com |
|  |  |          battle@carpenterlipps.com |
|  |  |          beck@carpenterlipps.com |

5

| **Interviewee** | **Affiliation** | **Counsel**[1] |
|---|---|---|
| Barry Bier | ResCap | Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn:  Jamie A. Levitt<br>         Eugene Illovsky<br>         Peter H. Day<br>         Darryl P. Rains<br>Tel:    (212) 468-8000<br>Email: jlevitt@mofo.com<br>         eillovsky@mofo<br>         pday@mofo.com<br>         drains@mofo.com<br><br>Carpenter, Lipps & Leland LLP<br>280 Plaza, Suite 1300<br>280 North High Street<br>Columbus, Ohio 43215<br>Attn:   Jeffrey A. Lipps<br>          Jennifer A. L. Battle<br>          David A. Beck<br>Tel:    (614) 365-4100<br>Email:  lipps@carpenterlipps.com<br>          battle@carpenterlipps.com<br>          beck@carpenterlipps.com<br><br>Kirkland & Ellis LLP<br>601 Lexington Ave.<br>New York, NY 10022<br>Attn:   Judson Brown<br>          Jeffrey Powell<br>          Mark McKane<br>          Daniel T. Donovan<br>          Greg Skidmore<br>Tel:    (212) 446-4800<br>Email: judson.brown@kirkland.com<br>          jeffrey.powell@kirkland.com<br>          mark.mckane@kirkland.com<br>          daniel.donovan@kirkland.com<br>          greg.skidmore@kirkland.com |
| Paul Bossidy<br>Cathy Dondzila<br>Gary Lee<br>Thomas Marano<br>James Redmond<br>James Tanenbaum | Cerberus, ResCap<br>ResCap<br>Counsel to ResCap<br>Cerberus, ResCap, AFI<br>ResCap<br>Counsel to ResCap | Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn:   Jamie A. Levitt<br>          Eugene Illovsky<br>          Peter H. Day<br>          Darryl P. Rains<br>Tel:    (212) 468-8000<br>Email: jlevitt@mofo.com<br>          eillovsky@mofo<br>          pday@mofo.com<br>          drains@mofo.com |

6

| Interviewee | Affiliation | Counsel[1] |
|---|---|---|
| Ralph Flees | ResCap | Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn:    Jamie A. Levitt<br>          Eugene Illovsky<br>          Peter H. Day<br>          Darryl P. Rains<br>Tel:     (212) 468-8000<br>Email:  jlevitt@mofo.com<br>          eillovsky@mofo<br>          pday@mofo.com<br>          drains@mofo.com<br><br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Attn:    Marc Abrams<br>          Richard Choi<br>Tel:     (212) 728-8000<br>Email:  mabrams@willkie.com<br>          rchoi1@willkie.com<br><br>Carpenter, Lipps & Leland LLP<br>280 Plaza, Suite 1300<br>280 North High Street<br>Columbus, Ohio 43215<br>Attn:    Jeffrey A. Lipps<br>          Jennifer A. L. Battle<br>          David A. Beck<br>Tel:     (614) 365-4100<br>Email:  lipps@carpenterlipps.com<br>          battle@carpenterlipps.com<br>          beck@carpenterlipps.com |

| **Interviewee** | **Affiliation** | **Counsel[1]** |
|---|---|---|
| Pam West | ResCap Independent Director | Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn:    Jamie A. Levitt<br>          Eugene Illovsky<br>          Peter H. Day<br>          Darryl P. Rains<br>Tel:     (212) 468-8000<br>Email:  jlevitt@mofo.com<br>          eillovsky@mofo<br>          pday@mofo.com<br>          drains@mofo.com<br><br>Morrison Cohen LLP<br>909 Third Ave<br>New York, NY 10022<br>Attn:    Joseph T. Moldovan<br>Tel:     (212) 735-8600<br>Email:  jmoldovan@morrisoncohen.com |
| Isaac Grossman<br>Jonathan Ilany<br>John Mack<br>Edward ("Ted") Smith | Counsel to Independent Directors<br>ResCap Independent Director<br>ResCap Independent Director<br>ResCap Independent Director | Morrison Cohen LLP<br>909 Third Ave<br>New York, NY 10022<br>Attn:    Joseph T. Moldovan<br>Tel:     (212) 735-8600<br>Email:  jmoldovan@morrisoncohen.com<br><br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn:    Jamie A. Levitt<br>          Eugene Illovsky<br>          Peter H. Day<br>          Darryl P. Rains<br>Tel:     (212) 468-8000<br>Email:  jlevitt@mofo.com<br>          eillovsky@mofo<br>          pday@mofo.com<br>          drains@mofo.com |

| Interviewee | Affiliation | Counsel[1] |
|---|---|---|
| Karin Hirtler-Garvey | ResCap Independent Director, AFI | Morrison Cohen LLP<br>909 Third Ave<br>New York, NY 10022<br>Attn:    Joseph T. Moldovan<br>Tel:    (212) 735-8600<br>Email:    jmoldovan@morrisoncohen.com<br><br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn:    Jamie A. Levitt<br>        Eugene Illovsky<br>        Peter H. Day<br>        Darryl P. Rains<br>Tel:    (212) 468-8000<br>Email:    jlevitt@mofo.com<br>        eillovsky@mofo<br>        pday@mofo.com<br>        drains@mofo.com<br><br>Kirkland & Ellis LLP<br>601 Lexington Ave.<br>New York, NY 10022<br>Attn:    Judson Brown<br>        Jeffrey Powell<br>        Mark McKane<br>        Daniel T. Donovan<br>        Greg Skidmore<br>Tel:    (212) 446-4800<br>Email:    judson.brown@kirkland.com<br>        jeffrey.powell@kirkland.com<br>        mark.mckane@kirkland.com<br>        daniel.donovan@kirkland.com<br>        greg.skidmore@kirkland.com |
| Kathy Patrick | Counsel to Steering Committee Group | Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Attn:    D. Ross Martin<br>        Keith H. Wofford<br>Tel:    (212) 596-9000<br>Email:    ross.martin@ropesgray.com<br>        keith.wofford@ropesgray.com |

9

| Interviewee | Affiliation | Counsel[1] |
|---|---|---|
| Lisa Gray | Cerberus | Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>Attn:    Howard O. Godnick<br>           Marguerite Gardiner<br>Tel:     (212) 756-2000<br>Email:  howard.godnick@srz.com<br>           marguerite.gardiner@srz.com<br><br>Kirkland & Ellis LLP<br>601 Lexington Ave.<br>New York, NY 10022<br>Attn:    Judson Brown<br>           Jeffrey Powell<br>           Mark McKane<br>           Daniel T. Donovan<br>           Greg Skidmore<br>Tel:     (212) 446-4800<br>Email:  judson.brown@kirkland.com<br>           jeffrey.powell@kirkland.com<br>           mark.mckane@kirkland.com<br>           daniel.donovan@kirkland.com<br>           greg.skidmore@kirkland.com<br><br>Carpenter, Lipps & Leland LLP<br>280 Plaza, Suite 1300<br>280 North High Street<br>Columbus, Ohio 43215<br>Attn:    Jeffrey A. Lipps<br>           Jennifer A. L. Battle<br>           David A. Beck<br>Tel:     (614) 365-4100<br>Email:  lipps@carpenterlipps.com<br>           battle@carpenterlipps.com<br>           beck@carpenterlipps.com<br><br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Attn:    Jamie A. Levitt<br>           Eugene Illovsky<br>           Peter H. Day<br>           Darryl P. Rains<br>Tel:     (212) 468-8000<br>Email:  jlevitt@mofo.com<br>           eillovsky@mofo<br>           pday@mofo.com<br>           drains@mofo.com |

10

| Interviewee | Affiliation | Counsel[1] |
|---|---|---|
| Jim Jones<br>Ronald Kravit | ResCap<br>Cerberus, ResCap Director | Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>Attn:  Howard O. Godnick<br>         Marguerite Gardiner<br>Tel:   (212) 756-2000<br>Email: howard.godnick@srz.com<br>         marguerite.gardiner@srz.com |
| Mark Neporent | Cerberus, AFI Director | Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>Attn:  Howard O. Godnick<br>         Marguerite Gardiner<br>Tel:   (212) 756-2000<br>Email: howard.godnick@srz.com<br>         marguerite.gardiner@srz.com<br><br>Kirkland & Ellis LLP<br>601 Lexington Ave.<br>New York, NY 10022<br>Attn:  Judson Brown<br>         Jeffrey Powell<br>         Mark McKane<br>         Daniel T. Donovan<br>         Greg Skidmore<br>Tel:   (212) 446-4800<br>Email: judson.brown@kirkland.com<br>         jeffrey.powell@kirkland.com<br>         mark.mckane@kirkland.com<br>         daniel.donovan@kirkland.com<br>         greg.skidmore@kirkland.com |
| Scott Parker<br>Michael Rossi<br>Lenard Tessler<br>Joshua Weintraub | Cerberus<br>ResCap<br>Cerberus, AFI Director<br>Cerberus, ResCap Director | Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>Attn:  Howard O. Godnick<br>         Marguerite Gardiner<br>Tel:   (212) 756-2000<br>Email: howard.godnick@srz.com<br>         marguerite.gardiner@srz.com |

11