Hearing Date: March 5, 2014 at 2:00 p.m.
Objection Deadline: March 3, 2014 at 5:00 p.m.

**CHADBOURNE & PARKE LLP**
Howard Seife
David M. LeMay
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 408-5100
Facsimile:   (212) 541-5369

*Counsel to the Examiner*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RESIDENTIAL CAPITAL, LLC, et al.,[1] | : | Case No. 12-12020 (MG) |
| | : | |
| Debtors. | : | Jointly Administered |

**NOTICE OF HEARING TO CONSIDER EXAMINER'S MOTION FOR ENTRY OF ORDER APPROVING PROCEDURES FOR COMPLIANCE WITH DISCHARGE ORDER REGARDING FEDERAL SUBPOENA SERVED ON THE EXAMINER**

PLEASE TAKE NOTICE that a hearing on the attached Examiner's Motion for Entry of Order Approving Procedures for Compliance With Discharge Order Regarding Federal Subpoena Served on the Examiner (the "Motion") will be held on **March 5, 2014 at 2:00 p.m. (ET)** (the "Hearing").

PLEASE TAKE FURTHER NOTICE that the Hearing will be held before the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 501, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court (with a copy to Chambers) in accordance

---

[1] The names of the Debtors in these cases and their respective tax identification numbers are identified on Exhibit 1 to the Affidavit of James Whitlinger, Chief Financial Officer of Residential Capital, LLC, in Support of Chapter 11 Petitions and First Day Pleadings, filed with the Court on May 14, 2012.  Additional subsidiaries and affiliates of the Debtors may file Chapter 11 petitions on a rolling basis. As used herein, the term "Debtors" includes any such entities.

with the Order Under Bankruptcy Code Sections 102(1), 105(a) and 105(b), Bankruptcy Rules 1015(c), 2002(m) and 9007 and Local Bankruptcy Rule 2002-2 Establishing Certain Notice, Case Management and Administrative Procedures entered by this Court on May 23, 2012 [Doc. No. 141] (the "Case Management Order"), and served upon each of the following parties (collectively, the "Notice Parties"): (a) the Office of the United States Trustee for the Southern District of New York; (b) the United States Attorney's Office for the Central District of California; (c) counsel for the Examiner; (d) counsel for the Reorganized Debtors; and (e) all parties requesting notice pursuant to Bankruptcy Rule 2002, so as to be received no later than **March 3, 2014 at 5:00 p.m. (ET)** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if no objection to the Motion is received by the Objection Deadline, the relief requested in the Motion shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

Dated:  New York, New York
         February 26, 2014

**CHADBOURNE & PARKE LLP**

By: */s/* Howard Seife
    Howard Seife
    David M. LeMay
    Members of the Firm
    30 Rockefeller Plaza
    New York, New York 10112
    Tel.: (212) 408-5100
    Fax: (212) 541-5369

*Counsel to the Examiner*

2