**David T. Johnson**, Pro Hac Vice
Olsen Daines, P.C.
PO Box 12829
Salem, OR 97309
Telephone (503) 274-4252
djohnson@olsendaines.com

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, et al.<br><br>      Debtor. | Case No.: 12-12020 (MG)<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE AND MOTION FOR RELIEF FROM STAY

PLEASE TAKE NOTICE that the Court will hold a hearing on movant, James Robert Finch III's Motion for Relief from the Automatic Stay on **March 26, 2014 at 10:00 (ET)** before the Honorable Martin Glenn, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Courthouse, One Bowling Green, New York, New York, 10004-1408, Room 501, any opposition is due per the Bankruptcy Code and applicable Local Rules.

COMES NOW the movant, James Robert Finch III ("Movant"), by and through counsel, and moves to terminate the automatic stay in order to proceed with a motion to void lien in Movant's pending bankruptcy. In support of said motion, Movant states as follows:

1. Movant filed a Chapter 13 bankruptcy petition on August 22, 2012 in the District of Oregon.

MOTION FOR RELIEF FROM AUTOMATIC STAY - 1

///

///

2. Joint Debtor, GMAC Mortgage, holds a second deed of trust on Movant's residence.

3. The deed of trust held by GMAC Mortgage is wholly unsecured.

4. On or about October 10, 2012 GMAC Mortgage filed a petition for relief.

5. Movant intends to file a Motion to Void the lien that secures the deed of trust.

6. Movant will be harmed if relief from the automatic stay is not granted.

Wherefore, Movant respectfully requests that this Court lift the automatic stay to permit Movant to file a motion of void the lien secured by GMAC Mortgages deed of trust.

Dated: February 25.2014

/s/David Johnson
David Johnson, Pro Hac Vice
Olsen Daines, P.C.
djohnson@olsendaines.com

MOTION FOR RELIEF FROM AUTOMATIC STAY - 2

**OlsenDaines, P.C.**
**PO Box 12829**
**Salem, OR 97309**
**Telephone (503) 274-4252**
**djohnson@olsendaines.com**

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel of record for all of the following parties to this action on this 25th day of February 2014.

Richard Sax
Counsel for GMAC Mortgage
448 Sebastopol Avenue
Santa Rosa, CA 95401

James P. Watkins
Counsel for GMAC Mortgage
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, AL 35203

Gary A. Gotto
Counsel for GMAC Mortgage
Keller Rohrback, P.L.C.
3101 N. Central Avenue
Suite 900
Phoenix, AZ 85012-2600

Gary S. Lee
Larren M. Nashelsky
Lorenzo Marinuzzi
Counsel for DIP
1290 Avenue of the Americas
New York, NY 10104

Howard Seife
David M. LeMay
Robert J. Gayda
Marc B. Roitman
Counsel for the Examiner
Chadbourne & Park LLP
30 Rockerfeller Plaza
New York, NY 10112

/ / /

/ / /

MOTION FOR RELIEF FROM AUTOMATIC STAY - 3

**OlsenDaines, P.C.**
**PO Box 12829**
**Salem, OR 97309**
**Telephone (503) 274-4252**
**djohnson@olsendaines.com**

Thomas Moers Mayer
Douglas H. Mannal
Counsel for the Official Committee of Unsecured Creditors
Kramer Levin Naftallis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Tracy Hope Davis
United States Trustee
201 Varick Street, Suite 1006
New York, NY 10004

MOTION FOR RELIEF FROM AUTOMATIC STAY - 4

**OlsenDaines, P.C.**
**PO Box 12829**
**Salem, OR 97309**
**Telephone (503) 274-4252**
**djohnson@olsendaines.com**