Deloitte & Touche LLP
200 Renaissance Center, Ste 3900
Detroit, MI 48243-1300
Telephone: 313-396-3900
Facsimile: 313-392-7434
Tom Robinson

Independent Auditor to the Debtors

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtors. | (Jointly Administered) |

---

**FINAL FEE APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS INDEPENDENT AUDITOR AND ATTEST SERVICE PROVIDER TO THE DEBTORS FOR THE PERIOD FROM MAY 14, 2012 THROUGH AUGUST 31, 2013**

| | |
|---|---|
| Name of Applicant: | Deloitte & Touche LLP |
| Authorized to Provide Professional Services as: | Independent Auditor |
| Date of Retention: | Effective *Nunc Pro Tunc* to May 14, 2012 by Order Entered August 10, 2012 |
| Period for which Compensation and Reimbursement is Sought: | May 14, 2012 through August 31, 2013 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary | $ 5,507,409.15 |
| Less: Agreed Upon Reduction | $ (9,788.50) |
| Total Amount of Fees Requested | $ 5,497,620.65 |
| Amount of Expense Reimbursement Sought | $ - |
| Total Amount of Fees and Expense Reimbursement Sought as Actual, Reasonable and Necessary (100%): | $ 5,497,620.65 |
| Less: Amount Paid | $ (5,186,535.73) |
| **Net Amount Due** | **311,084.92** |

This is the Applicant's Final Fee Application.

**MONTHLY FEE APPLICATIONS SERVICED**

| Date Served | Period Covered | Requested Fees | Requested Expenses | Fees Paid at 80% | Expenses Paid |
|---|---|---|---|---|---|
| 08/30/12 | 05/14/12 - 07/31/12 | $ 295,866.00 | $ - | $ 276,073.00 | $ - |
| 09/05/12 | 08/01/12 - 08/31/12 | $ 394,717.50 | $ - | $ 364,982.00 | $ - |
| 10/01/12 | 09/01/12 - 09/30/12 | $ 420,892.50 | $ - | $ 358,803.00 | $ - |
| 11/01/12 | 10/01/12 - 10/31/12 | $ 289,111.50 | $ - | $ 260,200.00 | $ - |
| 11/30/12 | 11/01/12 - 11/30/12 | $ 493,559.50 | $ - | $ 424,204.00 | $ - |
| 01/29/13 | 12/01/12 - 12/31/12 | $ 493,739.50 | $ - | $ 424,366.00 | $ - |
| 02/27/13 | 01/01/13 - 01/31/13 | $ 392,667.50 | $ - | $ 353,151.00 | $ - |
| 04/04/13 | 02/01/13 - 02/28/13 | $ 1,084,881.00 | $ - | $ 867,905.00 | $ - |
| 05/31/13 | 03/01/13 - 03/31/13 | $ 505,548.25 | $ - | $ 404,439.00 | $ - |
| 06/03/13 | 04/01/13 - 04/31/13 | $ 1,001,868.75 | $ - | $ 801,445.00 | $ - |
| 07/15/13 | 05/01/13 - 05/31/13 | $ 136,192.15 | $ - | $ 108,953.72 | $ - |
| **TOTAL** | | **$ 5,509,044.15** | **$ -** | **$ 4,644,521.72** | **$ -** |

**PRIOR INTERIM FEE APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 10/19/2012 | 05/14/12 - 8/31/12 | 690,583.50 | - | 690,583.50 | $ - |
| 3/14/2013 | 09/01/12 - 12/31/12 | 1,697,678.00 | - | 1,695,688.00 | $ - |
| 8/6/2013 | 01/01/13 - 4/30/13 | 2,984,455.50 | - | 2,978,657.00 | $ - |
| 11/18/2013 | 05/01/13 - 8/31/13 | 134,692.15 | - | 132,692.15 | $ - |

12-12020-mg    Doc 6531    Filed 02/27/14    Entered 02/27/14 17:09:24    Main Document
Pg 3 of 20

**CUMULATIVE TIME SUMMARY**
For the Period of May 14, 2012 through August 31, 2013

**Financial Statement Audit and Related Matters**

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Baker, Todd | Partner/Principal | $365.00 | 12.5 | $4,562.50 |
| Berlat, Joelle | Director | $365.00 | 1.5 | $547.50 |
| Bradfield, Derek | Partner/Principal | $365.00 | 6.7 | $2,445.50 |
| Comerford, Rob | Partner/Principal | $365.00 | 0.5 | $182.50 |
| De Jager, Bernard | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Dehart, Laura | Director | $365.00 | 20.0 | $7,300.00 |
| Dudek, Frank | Director | $365.00 | 2.0 | $730.00 |
| Ellsworth, Chad | Director | $365.00 | 12.2 | $4,453.00 |
| Ellerbrock, Larry | Partner/Principal | $365.00 | 3.5 | $1,277.50 |
| Freshour, Susan | Partner/Principal | $365.00 | 3.5 | $1,277.50 |
| Herrygers, Sandy | Partner/Principal | $365.00 | 146.1 | $53,326.50 |
| Mountain, James | Partner/Principal | $365.00 | 46.0 | $16,790.00 |
| Pfeffer, Sandy | Director | $365.00 | 3.1 | $1,131.50 |
| Robinson, Thomas | Partner/Principal | $365.00 | 669.3 | $244,294.50 |
| Ryan, Jim | Director | $365.00 | 3.0 | $1,095.00 |
| Sasso, Anthony | Director | $365.00 | 0.6 | $219.00 |
| Smith, Lisa | Director | $365.00 | 2.2 | $803.00 |
| Stevenson, Brad | Partner/Principal | $365.00 | 207.6 | $75,774.00 |
| Sunderland, Daniel | Partner/Principal | $365.00 | 118.0 | $43,070.00 |
| Treiber, John | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Alaba, Jude Earl | Senior Manager | $290.00 | 1.4 | $406.00 |
| Anderson, Mark | Senior Manager | $290.00 | 7.1 | $2,059.00 |
| Bayer, Ryan | Senior Manager | $290.00 | 90.7 | $26,303.00 |
| Berrigan, Michael | Senior Manager | $290.00 | 11.6 | $3,364.00 |
| Florence, LaKeisha | Senior Manager | $290.00 | 352.0 | $102,080.00 |
| Gaglio, Joe | Senior Manager | $290.00 | 269.3 | $78,097.00 |
| Green, Erin | Senior Manager | $290.00 | 147.9 | $42,891.00 |
| Kozlowski, Terri | Senior Manager | $290.00 | 82.2 | $23,838.00 |
| Lambright, Geoffrey | Senior Manager | $290.00 | 9.0 | $2,610.00 |
| Loo, Alice | Senior Manager | $290.00 | 3.0 | $870.00 |
| Maxwell, Kristen | Senior Manager | $290.00 | 0.4 | $116.00 |
| Quinn, Ed | Senior Manager | $290.00 | 0.7 | $203.00 |
| Reade, Dave | Senior Manager | $290.00 | 972.3 | $281,967.00 |
| Skrobosinski, Jim | Senior Manager | $290.00 | 16.1 | $4,669.00 |
| Votaw, Steve | Senior Manager | $290.00 | 13.5 | $3,915.00 |
| Baciorowski, Peter | Manager | $265.00 | 51.0 | $13,515.00 |
| Barker, Jeremy | Manager | $265.00 | 29.9 | $7,923.50 |
| Chaushev, Ayhan | Manager | $265.00 | 8.8 | $2,332.00 |
| Fischer, Leslie | Manager | $265.00 | 68.5 | $18,152.50 |
| Florence, LaKeisha | Manager | $265.00 | 78.9 | $20,908.50 |
| Krebsbach, Jessica | Manager | $265.00 | 11.7 | $3,100.50 |
| Narula, Lok | Manager | $265.00 | 2.0 | $530.00 |
| Petrovski, Biljana | Manager | $265.00 | 479.1 | $126,961.50 |
| Psakhis, Olga | Manager | $265.00 | 277.5 | $73,537.50 |
| Bunn, Greg | Senior Staff | $215.00 | 188.0 | $40,420.00 |
| Fischer, Leslie | Senior Staff | $215.00 | 3.9 | $838.50 |
| Folk, Darnell | Senior Staff | $215.00 | 0.4 | $86.00 |
| Hertzfeld, Katie | Senior Staff | $215.00 | 1.4 | $301.00 |
| Lang, Nick | Senior Staff | $215.00 | 740.6 | $159,229.00 |
| Ma, Helene | Senior Staff | $215.00 | 136.5 | $29,347.50 |
| Mallak, Ashley | Senior Staff | $215.00 | 237.0 | $50,955.00 |
| Medway, David | Senior Staff | $215.00 | 916.9 | $197,133.50 |
| Pangrazzi, Michael | Senior Staff | $215.00 | 227.6 | $48,934.00 |
| Pisani, Jeff | Senior Staff | $215.00 | 33.5 | $7,202.50 |
| Rankin, Crystal | Senior Staff | $215.00 | 268.2 | $57,663.00 |

| Name | Title | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| Schaefer, Christine | Senior Staff | $215.00 | 36.6 | $7,869.00 |
| Schafka, Christine | Senior Staff | $215.00 | 518.5 | $111,477.50 |
| Scudder, Jon | Senior Staff | $215.00 | 574.7 | $123,560.50 |
| Wang, Ellen | Senior Staff | $215.00 | 48.5 | $10,427.50 |
| Zayas, Marilitza | Senior Staff | $215.00 | 232.1 | $49,901.50 |
| Ahmed, Ahmed | Staff | $175.00 | 94.2 | $16,485.00 |
| Antwan, Juliette | Staff | $175.00 | 489.3 | $85,627.50 |
| Baker, Derek | Staff | $175.00 | 2.3 | $402.50 |
| Beaver, Andrew | Staff | $175.00 | 90.9 | $15,907.50 |
| Berdichevsky, Ellina | Staff | $175.00 | 8.2 | $1,435.00 |
| Brown, David | Staff | $175.00 | 81.5 | $14,262.50 |
| Budrow, Zac | Staff | $175.00 | 4.2 | $735.00 |
| Bunn, Greg | Staff | $175.00 | 45.3 | $7,927.50 |
| Carey, Patrick | Staff | $175.00 | 0.9 | $157.50 |
| Calibeo, Anthony | Staff | $175.00 | 21.8 | $3,815.00 |
| Calhoun, Jamel | Staff | $175.00 | 15.5 | $2,712.50 |
| Ciccarelli, Maria | Staff | $175.00 | 53.9 | $9,432.50 |
| Dabevski, Desislava | Staff | $175.00 | 3.4 | $595.00 |
| Donatelli, Lauren | Staff | $175.00 | 535.1 | $93,642.50 |
| Errera, Daniel | Staff | $175.00 | 4.9 | $857.50 |
| Fioritto, Jennifer | Staff | $175.00 | 7.0 | $1,225.00 |
| Funke, David | Staff | $175.00 | 11.5 | $2,012.50 |
| Gabrieli, Mike | Staff | $175.00 | 53.3 | $9,327.50 |
| Giraldo, Andres | Staff | $175.00 | 33.2 | $5,810.00 |
| Goff, Rick | Staff | $175.00 | 68.2 | $11,935.00 |
| Guglielmo, Emilie | Staff | $175.00 | 44.5 | $7,787.50 |
| Han, Jiefu | Staff | $175.00 | 98.0 | $17,150.00 |
| Harrison, Brian | Staff | $175.00 | 148.3 | $25,952.50 |
| Kaur, Jas | Staff | $175.00 | 16.1 | $2,817.50 |
| Kondracki, Michelle | Staff | $175.00 | 67.9 | $11,882.50 |
| Janowski, Wally | Staff | $175.00 | 369.4 | $64,645.00 |
| Lannon, Anne | Staff | $175.00 | 9.0 | $1,575.00 |
| Lazar, Roman | Staff | $175.00 | 21.7 | $3,797.50 |
| Luong, Erika | Staff | $175.00 | 2.5 | $437.50 |
| Lynch, Bryan | Staff | $175.00 | 167.2 | $29,260.00 |
| Mattei, Francisco | Staff | $175.00 | 2.6 | $455.00 |
| Mawn, Laura | Staff | $175.00 | 38.1 | $6,667.50 |
| Markham, Scott | Staff | $175.00 | 1.8 | $315.00 |
| Mondalek, Suzanne | Staff | $175.00 | 4.9 | $857.50 |
| Moss, Morgan | Staff | $175.00 | 295.9 | $51,782.50 |
| Naganuma, Shinji | Staff | $175.00 | 5.5 | $962.50 |
| Nagaraj, Sharath | Staff | $175.00 | 40.2 | $7,035.00 |
| Nealon, Matt | Staff | $175.00 | 503.4 | $88,095.00 |
| Nkosi, Swazi | Staff | $175.00 | 181.5 | $31,762.50 |
| Palvancha, Shalini | Staff | $175.00 | 0.2 | $35.00 |
| Pangrazzi, Michael | Staff | $175.00 | 90.4 | $15,820.00 |
| Poisson, David | Staff | $175.00 | 65.9 | $11,532.50 |
| Pytleski, Michele | Staff | $175.00 | 67.6 | $11,830.00 |
| Rankin, Crystal | Staff | $175.00 | 7.4 | $1,295.00 |
| Rayes, Omar | Staff | $175.00 | 29.9 | $5,232.50 |
| Scudder, Jon | Staff | $175.00 | 22.4 | $3,920.00 |
| Soehnel, Reed | Staff | $175.00 | 130.0 | $22,750.00 |
| Trosper, Dustin | Staff | $175.00 | 299.5 | $52,412.50 |
| Tsai, Yi-Cheng | Staff | $175.00 | 6.0 | $1,050.00 |
| Vazquez, Sol | Staff | $175.00 | 3.8 | $665.00 |
| Wang, Lulu | Staff | $175.00 | 134.1 | $23,467.50 |
| Webb, Gabbrielle | Staff | $175.00 | 1.0 | $175.00 |
| York, LaRon | Staff | $175.00 | 213.7 | $37,397.50 |
| Zack, Julia | Staff | $175.00 | 4.5 | $787.50 |
| Zhu, Yan | Staff | $175.00 | 10.0 | $1,750.00 |
| **Professional Subtotal :** | | | **13,138.8** | **$3,023,367.00** |

**Examiner Documentation Request**

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Robinson, Thomas | Partner/Principal | $365.00 | 8.6 | $3,139.00 |
| Stevenson, Brad | Partner/Principal | $365.00 | 5.0 | $1,825.00 |
| Dehart, Laura | Director | $365.00 | 11.0 | $4,015.00 |
| Florence, LaKeisha | Senior Manager | $290.00 | 14.5 | $4,205.00 |
| Kozlowski, Terri | Senior Manager | $290.00 | 3.1 | $899.00 |
| Green, Erin | Senior Manager | $290.00 | 12.0 | $3,480.00 |
| Reade, Dave | Senior Manager | $290.00 | 28.6 | $8,294.00 |
| Fischer, Leslie | Manager | $265.00 | 2.4 | $636.00 |
| Petrovski, Biljana | Manager | $265.00 | 8.0 | $2,120.00 |
| Psakhis, Olga | Manager | $265.00 | 9.5 | $2,517.50 |
| Bunn, Greg | Senior Consultant | $215.00 | 8.1 | $1,741.50 |
| Lang, Nick | Senior Consultant | $215.00 | 5.0 | $1,075.00 |
| Pangrazzi, Michael | Senior Consultant | $215.00 | 6.0 | $1,290.00 |
| Schafka, Christine | Senior Consultant | $215.00 | 5.6 | $1,204.00 |
| Wang, Ellen | Senior Consultant | $215.00 | 1.5 | $322.50 |
| Antwan, Juliette | Consultant | $175.00 | 5.5 | $962.50 |
| Brown, David | Consultant | $175.00 | 1.6 | $280.00 |
| Moss, Morgan | Consultant | $175.00 | 6.0 | $1,050.00 |
| Poisson, David | Consultant | $175.00 | 2.3 | $402.50 |
| Rayes, Omar | Consultant | $175.00 | 2.0 | $350.00 |
| York, LaRon | Consultant | $175.00 | 3.8 | $665.00 |
| **Professional Subtotal:** | | | **150.1** | **$40,473.50** |

**Abbreviated Financial Statements (Walter) Audit**

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Freshour, Susan | Partner/Principal | $465.00 | 0.5 | $232.50 |
| Miskinis, Mark | Partner/Principal | $465.00 | 1.0 | $465.00 |
| Robinson, Thomas | Partner/Principal | $465.00 | 201.2 | $93,558.00 |
| Stevenson, Brad | Partner/Principal | $465.00 | 86.9 | $40,408.50 |
| Sunderland, Daniel | Partner/Principal | $465.00 | 28.0 | $13,020.00 |
| Dehart, Laura | Director | $465.00 | 3.4 | $1,581.00 |
| Dudek, Frank | Director | $465.00 | 10.3 | $4,789.50 |
| Ellsworth, Chad | Director | $465.00 | 5.0 | $2,325.00 |
| Pfeffer, Sandy | Director | $465.00 | 3.5 | $1,627.50 |
| Alaba, Jude Earl | Senior Manager | $390.00 | 8.5 | $3,315.00 |
| Florence, LaKeisha | Senior Manager | $390.00 | 81.0 | $31,590.00 |
| Parmar, Ashok Parmar | Senior Manager | $390.00 | 2.5 | $975.00 |
| Reade, Dave | Senior Manager | $390.00 | 248.2 | $96,798.00 |
| Baciorowski, Peter | Manager | $325.00 | 1.0 | $325.00 |
| Narula, Lok | Manager | $325.00 | 0.8 | $260.00 |
| Bunn, Greg | Senior Consultant | $265.00 | 29.7 | $7,870.50 |
| Medway, David | Senior Consultant | $265.00 | 283.6 | $75,154.00 |
| Pangrazzi, Michael | Senior Consultant | $265.00 | 22.0 | $5,830.00 |
| Rankin, Crystal | Senior Consultant | $265.00 | 7.0 | $1,855.00 |
| Scudder, Jon | Senior Consultant | $265.00 | 245.6 | $65,084.00 |
| Zayas, Marilitza | Senior Consultant | $265.00 | 27.8 | $7,367.00 |
| Ahmed, Ahmed | Consultant | $225.00 | 1.5 | $337.50 |
| Calibeo, Anthony | Consultant | $225.00 | 2.0 | $450.00 |
| Ciccarelli, Maria | Consultant | $225.00 | 1.4 | $315.00 |
| Donatelli, Lauren | Consultant | $225.00 | 1.4 | $315.00 |
| Gabrieli, Mike | Consultant | $225.00 | 44.8 | $10,080.00 |
| Han, Jiefu | Consultant | $225.00 | 16.5 | $3,712.50 |
| Mattei, Francisco | Consultant | $225.00 | 12.0 | $2,700.00 |
| Nealon, Matt | Consultant | $225.00 | 189.2 | $42,570.00 |
| Trosper, Dustin | Consultant | $225.00 | 17.5 | $3,937.50 |
| Wang, Lulu | Consultant | $225.00 | 14.5 | $3,262.50 |
| York, LaRon | Consultant | $225.00 | 152.0 | $34,200.00 |
| **Professional Subtotal:** | | | **1,750.3** | **$556,310.50** |

**Carve-Out Financial Statements (Ocwen) Audit**

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Baker, Todd | Partner/Principal | $465.00 | 2.8 | $1,302.00 |
| Miskinis, Mark | Partner/Principal | $465.00 | 0.7 | $325.50 |
| Robinson, Thomas | Partner/Principal | $465.00 | 127.2 | $59,148.00 |
| Stevenson, Brad | Partner/Principal | $465.00 | 41.7 | $19,390.50 |
| Sunderland, Daniel | Partner/Principal | $465.00 | 25.5 | $11,857.50 |
| Dudek, Frank | Director | $465.00 | 11.3 | $5,254.50 |
| Pfeffer, Sandy | Director | $465.00 | 6.5 | $3,022.50 |
| Tamulis, Stefanie | Director | $465.00 | 7.4 | $3,441.00 |
| Alaba, Jude Earl | Senior Manager | $390.00 | 12.1 | $4,719.00 |
| Florence, LaKeisha | Senior Manager | $390.00 | 208.4 | $81,276.00 |
| Green, Erin | Senior Manager | $390.00 | 14.3 | $5,577.00 |
| Kozlowski, Terri | Senior Manager | $390.00 | 25.2 | $9,828.00 |
| Reade, Dave | Senior Manager | $390.00 | 63.8 | $24,882.00 |
| Skrobosinski, Jim | Senior Manager | $390.00 | 13.0 | $5,362.50 |
| Fischer, Leslie | Manager | $325.00 | 29.6 | $9,620.00 |
| Verdiyan, Bella | Manager | $325.00 | 7.6 | $2,470.00 |
| Folk, Darnell | Senior Consultant | $265.00 | 208.6 | $55,279.00 |
| Ma, Helene | Senior Consultant | $265.00 | 65.0 | $17,225.00 |
| Mallak, Ashley | Senior Consultant | $265.00 | 0.4 | $106.00 |
| Medway, David | Senior Consultant | $265.00 | 61.8 | $16,377.00 |
| Pangrazzi, Michael | Senior Consultant | $265.00 | 14.4 | $3,816.00 |
| Rankin, Crystal | Senior Consultant | $265.00 | 20.2 | $5,353.00 |
| Scudder, Jon | Senior Consultant | $265.00 | 205.2 | $54,367.40 |
| Wang, Ellen | Senior Consultant | $265.00 | 37.7 | $9,990.50 |
| Zayas, Marilitza | Senior Consultant | $265.00 | 30.9 | $8,188.50 |
| Brown, David | Consultant | $225.00 | 102.2 | $22,995.00 |
| Dabevski, Desislava | Consultant | $225.00 | 82.4 | $18,540.00 |
| Donatelli, Lauren | Consultant | $225.00 | 103.9 | $23,377.50 |
| Harrison, Brian | Consultant | $225.00 | 3.3 | $742.50 |
| Lannon, Anne | Consultant | $225.00 | 6.7 | $1,507.50 |
| Mawn, Laura | Consultant | $225.00 | 3.6 | $810.00 |
| Nealon, Matt | Consultant | $225.00 | 123.3 | $27,742.50 |
| Rayes, Omar | Consultant | $225.00 | 66.1 | $14,872.50 |
| Soehnel, Reed | Consultant | $225.00 | 35.3 | $7,942.50 |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Trosper, Dustin | Consultant | $225.00 | 43.4 | $9,765.00 |
| Vazquez, Sol | Consultant | $225.00 | 122.1 | $27,472.50 |
| York, LaRon | Consultant | $225.00 | 119.6 | $26,910.00 |
| **Professional Subtotal:** | | | **2,053.2** | **$600,563.40** |

**Firm Retention**

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Petrovski, Biljana | Manager | $265.00 | 9.9 | $2,623.50 |
| **Professional Subtotal:** | | | **9.9** | **$2,623.50** |

**Non-Working Travel**

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Berdichevsky, Ellina | Consultant | $175.00 | 17.6 | $3,080.00 |
| Donatelli, Lauren | Consultant | $175.00 | 21.5 | $3,762.50 |
| Florence, LaKeisha | Senior Manager | $290.00 | 40.1 | $11,629.00 |
| Lazar, Roman | Consultant | $175.00 | 18.7 | $3,272.50 |
| Medway, David | Senior Consultant | $215.00 | 59.4 | $12,771.00 |
| Nealon, Matt | Consultant | $175.00 | 27.1 | $4,742.50 |
| Reade, Dave | Senior Manager | $290.00 | 111.6 | $32,364.00 |
| Robinson, Thomas | Partner/Principal | $365.00 | 59.5 | $21,717.50 |
| Scudder, Jon | Senior Consultant | $215.00 | 30.0 | $6,450.00 |
| Soehnel, Reed | Consultant | $175.00 | 19.1 | $3,342.50 |
| Stevenson, Brad | Partner/Principal | $365.00 | 20.9 | $7,628.50 |
| York, LaRon | Consultant | $175.00 | 32.8 | $5,740.00 |
| Zayas, Marilitza | Senior Consultant | $215.00 | 17.5 | $3,762.50 |
| **Professional Subtotal:** | | | **475.8** | **$120,262.50** |

**Preparation of Fee Applications**

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Robinson, Thomas | Partner/Principal | $365.00 | 72.0 | $26,280.00 |
| Austin, Carisa | Senior Paraprofessional | $175.00 | 141.0 | $24,675.00 |
| Jones, Donna | Paraprofessional | $175.00 | 40.4 | $7,070.00 |
| Gutierrez, Dalia | Paraprofessional | $175.00 | 13.8 | $2,415.00 |
| **Professional Subtotal:** | | | **267.2** | **$60,440.00** |

**Servicing Compliance Services**

| Professional | Level | Hours |
|---|---|---:|
| Robinson, Thomas | Partner/Principal | 66.4 |
| Sindle, Guy | Partner/Principal | 6.0 |
| Stevenson, Brad | Partner/Principal | 134.6 |
| Taylor, Scott | Partner/Principal | 3.0 |
| Anderson, Mark | Senior Manager | 0.5 |
| Green, Erin | Senior Manager | 42.3 |
| Hernandez, Lisa | Senior Manager | 181.0 |
| Reade, David | Senior Manager | 3.9 |
| Skrobosinksi, Jim | Senior Manager | 1.2 |
| Sobreiro, Greg | Senior Manager | 82.5 |
| Chaushev, Ayhan | Manager | 45.0 |
| Fischer, Leslie | Manager | 1.2 |
| Krebsbach, Jessica | Manager | 80.7 |
| Petrovski, Biljana | Manager | 32.1 |
| Bunn, Greg | Senior Consultant | 0.8 |
| Ghany, Muhammad | Senior Consultant | 282.5 |
| Lang, Nick | Senior Consultant | 24.1 |
| Medway, David | Senior Consultant | 203.4 |
| Quinlan, Maggie | Senior Consultant | 110.3 |
| Zayas, Marilitza | Senior Consultant | 844.6 |
| Ahmed, Ahmed | Consultant | 31.3 |
| Berdichevsky, Ellina | Consultant | 479.6 |
| Berman, Eric | Consultant | 96.5 |
| Bigelow, Steve | Consultant | 21.5 |
| Brown, David | Consultant | 0.7 |
| Ciccarelli, Maria | Consultant | 10.6 |
| Compagnino, Francesco | Consultant | 77.7 |
| Dabevski, Desislava | Consultant | 32.5 |
| Donatelli, Lauren | Consultant | 323.8 |
| Errera, Daniel | Consultant | 116.4 |
| Gabrieli, Mike | Consultant | 187.0 |
| Giraldo, Andres | Consultant | 102.1 |
| Graham, Stefany | Consultant | 188.6 |
| Kain, Heather | Consultant | 2.6 |
| Kaur, Jas | Consultant | 116.2 |
| Lannon, Anne | Consultant | 17.4 |
| Lazar, Roman | Consultant | 118.4 |
| Luong, Erika | Consultant | 48.4 |
| Malakoff, Dan | Consultant | 32.4 |
| Mattei, Francisco | Consultant | 76.6 |
| Mawn, Laura | Consultant | 0.6 |
| Naganuma, Shinji | Consultant | 6.0 |
| Nealon, Matt | Consultant | 96.9 |
| Soehnel, Reed | Consultant | 0.6 |
| Thomas, Carmelo | Consultant | 48.6 |
| Vazquez, Sol | Consultant | 3.5 |
| York, LaRon | Consultant | 42.3 |
| **Professional Total Hours :** | | **4,424.9** |

| | |
|---|---:|
| **Agreed Fixed Fee Billing for May 2012 - August 2013 for Servicing Compliance Services** | **$1,165,000.00** |

|  |  |
|---|---|
| Less: 50% Non-Working Travel Reduction | ($60,131.25) |
| Less: Voluntary Fee Application Preparation Reduction | ($1,500.00) |
| Less: Agreed Upon Reduction | ($9,788.50) |
| **Total Amount Requested for the period from May 14, 2012 through August 31, 2013** | **$5,497,620.65** |

## CUMULATIVE FEES BY CATEGORY SUMMARY
For the Period of May 14, 2012 through August 31, 2013

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Financial Statement Audit and Related Matters | 13,138.8 | $3,023,367.00 |
| Carve-Out Financial Statements (Ocwen) Audit | 2,053.2 | $600,563.40 |
| Examiner Documentation Request | 150.1 | $40,473.50 |
| Abbreviated Financial Statements (Walter) Audit | 1,750.3 | $556,310.50 |
| Servicing Compliance Services | 85.2 | $1,165,000.00 |
| Non-Working Travel | 475.8 | $120,262.50 |
| Firm Retention | 9.9 | $2,623.50 |
| Preparation of Fee Applications | 267.2 | $60,440.00 |
| SUBTOTAL | | $5,569,040.40* |
| Less: Non-Working Travel Reduction | | ($60,131.25) |
| Less: Voluntary Fee Application Reduction | | ($1,500.00) |
| Less: Agreed Upon Reduction | | ($9,788.50) |
| **TOTALS** | **17,930.5** | **$5,497,620.65** |

\* The total amount of fees represented incorporates a correction to a prior monthly fee statement serviced by Deloitte & Touche for the period of April 1, 2013 through April 30, 2013, reflecting a reduction in the net fees sought, herein of approximately $135.00.

**Average Hourly Rate: $308.83**

Deloitte & Touche LLP
200 Renaissance Center, Ste 3900
Detroit, MI 48243-1300
Telephone:  313-396-3900
Facsimile:  313-392-7434
Tom Robinson

Independent Auditor to the Debtors

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------|
                                                          |
In re                                                     |    Chapter 11
                                                          |
RESIDENTIAL CAPITAL, LLC, *et al.*,[1]                    |    Case No. 12-12020 (MG)
                                                          |
                                        Debtors.          |    (Jointly Administered)
                                                          |
----------------------------------------------------------|


**FINAL FEE APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS INDEPENDENT
AUDITOR AND ATTEST SERVICE PROVIDER TO THE DEBTORS
FOR THE PERIOD FROM MAY 14, 2012 THROUGH AUGUST 31, 2013**

Deloitte & Touche LLP ("Deloitte & Touche"), independent auditor and attest service provider to Residential Capital, LLC and its debtor subsidiaries, as debtors and debtors in possession (collectively, the "Debtors") in these chapter 11 cases, hereby seeks final allowance of compensation and reimbursement of expenses pursuant to section 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), for the period commencing May 14, 2012 through and including August 31, 2013 (the "Final Application Period"), Deloitte & Touche, as independent auditor and attest service provider, hereby submits its Final Fee Application ("Final Application").  In support of this Final Application, Deloitte & Touche respectfully represents as follows:

**JURISDICTION**

1. The Court has subject matter jurisdiction to consider and determine this matter pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**STATUTORY BASIS**

2. The statutory predicates for the relief requested herein are: (i) sections 328 and 330 of the Bankruptcy Code; (ii) Rule 2016 of the Bankruptcy Rules; and (iii) Rule 2016-1 of the Local Rules.

**BACKGROUND**

3. On May 14, 2012 (the "Commencement Date"), each of the Debtors commenced a voluntary case under chapter 11 of title 11 of the Bankruptcy Code. The Debtors were authorized to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' cases are being jointly administered pursuant to Rule 1015(b) of the Bankruptcy Rules.

**RETENTION OF DELOITTE & TOUCHE**

4. On July 25, 2012, the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Deloitte & Touche LLP as Independent Auditor and Attest Service Provider to the Debtors Nunc Pro Tunc to the Petition Date* ( the "Retention Application") [Docket No. 911] was filed.

5. On August 10, 2012, this Court approved Deloitte & Touche's retention as independent auditor and attest service provider to the Debtors *nunc pro tunc to* Petition Date [Docket No. 1078].

6. In addition to various services to be performed at an hourly rate, Deloitte & Touche agreed to provide services related to Debtors' servicing compliance reporting requirements according to the proposed compensation agreement ("Fee Structure") pursuant to the engagement letter between GMAC Mortgage, LLC and Residential Funding Company, LLC and Deloitte & Touche dated April 23, 2012 ("Servicing Compliance Engagement Letter"). Under the agreed Fee Structure and pursuant to the Servicing Compliance Engagement Letter, Deloitte & Touche would be paid a fixed fee of $1,465,000 of which $300,000 was billed and paid prior to the Commencement Date. The remainder of this fixed fee was billed in accordance with the following billing schedule. The Fee Structure is designed to compensate Deloitte & Touche fairly for the work of its professionals.

| Invoice Date | Invoice Amount |
|---|---|
| July 1, 2012 | $100,000.00 |
| August 1, 2012 | $200,000.00 |
| October 1, 2012 | $200,000.00 |
| November 1, 2012 | $200,000.00 |
| December 1, 2012 | $200,000.00 |
| February 1, 2013 | $165,000.00 |
| March 1, 2013 | $100,000.00 |

## RELIEF REQUESTED

7.    By this Final Application, Deloitte & Touche seeks compensation of 100% of its reasonable and necessary fees incurred, in the amount of $5,569,040.40 less a non-working travel discount in the amount of $60,131.25, a voluntary reduction for fee application preparation in the amount of $1,500.00, and an agreed upon reduction in the amount of $9,788.50, for a total amount of $5,497,620.65. Deloitte & Touche does not seek any reimbursement of expenses for the Final Application Period. All services for which Deloitte & Touche requests compensation were performed for, or on behalf of, the Debtors.

## BASIS FOR RELIEF

8.    This Application is the final fee application filed by Deloitte & Touche in these cases. In connection with the professional services rendered, by this Final Application, Deloitte & Touche seeks compensation in the amount of $5,497,620.65. Deloitte & Touche has filed detailed statements of hours spent rendering professional services to the Debtors in its interim fee applications. Such applications are incorporated by reference and are not attached hereto for the sake of brevity.

9.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (i) the complexity of these cases; (ii) the time expended; (iii) the nature and extent of the services rendered; (iv) the value of such services; and (v) the costs of comparable services other than in a case under the Bankruptcy Code.

## DECRIPTION OF SERVICES RENDERED

10.    Deloitte & Touche provides below an overview of the services it rendered as independent auditor and attest service provider to the Debtors during the Final Application Period. Deloitte & Touche

attempted to place the services provided in the category that best related to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category. Deloitte & Touche served or advised the Debtors in the following areas throughout the Application Period:

**Financial Statement Audit and Related Matters**

- Performed financial statement audit and related services in connection with the Debtors' financial reporting requirements, including services in connection with the performance of an independent audit of the Debtors' annual consolidated financial statements for the year ending December 31, 2012.

**Carve-Out Financial Statements (Ocwen) Audit**

- Performed financial statement audit services in connection with the Debtors' preparation of carve-out financial statements, as of December 31, 2012 and December 31, 2011 and for the three years ended December 31, 2012, for certain of its servicing operations. These services were provided in connection with the Debtors' facilitation of Ocwen Loan Servicing LLC's ("Ocwen") acquisition of such operations, and Ocwen's filing obligations with the Securities and Exchange Commission. Ocwen will be reimbursing the Debtors for these fees.

**Abbreviated Financial Statements (Walter) Audit**

- Performed financial statement audit services in connection with the Debtors' preparation of abbreviated financial statements for its Federal National Mortgage Association Servicing and Certain Related Loan Origination operations. These services were provided in connection with Walter Investment Management Corp.'s ("Walter") acquisition of such assets and operations, and Walter's filing obligations with the Securities and Exchange Commission. Walter will be reimbursing the Debtors for these fees.

**Examiner Documentation Request**

- Provide services to the Debtors to preserve electronic and hard copy working papers and other audit related documentation associated with the audit and related services provided to the Debtors and prepare and provide certain working papers to the examiner appointed in thse cases in response to the subpoena received by Deloitte & Touche.

**Servicing Compliance Services**

- Performed servicing compliance attestation services in connection with the Debtors' (i) master servicing and primary servicing compliance reporting requirements in accordance with Regulation AB and the Uniform Single Attestation Program, and (ii) compliance reporting requirements in accordance with the U.S. Department of Housing and Urban Development's Audit Guide.

**Non-Working Travel**

- This activity category covers all non-working travel time of personnel performing services for the Debtors during the Application Period. Applicant has taken a 50% reduction of these fees.

**Preparation of Fee Applications**

- Staff for Applicant or its affiliate assisted in the preparation of its various monthly and interim fee statements and applications.

**Firm Retention**

- Applicant compiled retention documents, which included an engagement letter with the Debtors, declarations as required by the Bankruptcy Code, and additional information as requested by the United States Trustee.

**ALLOWANCE OF COMPENSATION**

11. **Compensation Sought.** Because of the benefits realized by the Debtors, the nature of services provided, the amount of work done, the time consumed and the skill required, Deloitte & Touche

5

requests that it be allowed, on a final basis, compensation for the professional services rendered during the Final Application Period in the sum of $5,497,620.65.

12.    No agreement or understanding exists between Deloitte & Touche and any other nonaffiliated person or persons for the sharing of compensation received or to be received for professional services rendered in or in connection with these cases.

## **CONCLUSION**

13.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the aggregate amount requested by Deloitte & Touche is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) nature and extent of the services rendered, (d) value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, Deloitte & Touche has reviewed the requirements of Rule 2016-1 of the Local Bankruptcy Rules and believes that this Final Fee Application substantially complies with such Rules. To the extent that the Final Application does not comply in all respects with the requirements of Local Rule 2016-1, Deloitte & Touche believes that such deviations are not material and respectfully requests that any such requirement be waived.

      WHEREFORE, Deloitte & Touche respectfully requests that the Court: (i) grant it final allowance of compensation for professional services rendered to the Debtors during the Final Application Period in the amount of $5,497,620.65, which represents 100% of the total compensation for professional services rendered during the Final Application Period, to the extent not already paid and (ii) grant such other and further relief as is just and proper.

Dated: February 27, 2014  
Detroit, Michigan                                                  Respectfully submitted,

                                                                     /s/ Tom A. Robinson  
                                                           Deloitte & Touche LLP  
                                                           Tom A. Robinson  
                                                           200 Renaissance Center, Ste 3900  
                                                           Detroit, MI 48243-1300  
                                                           Telephone:  313-396-3900  
                                                           Facsimile:  313-392-7434

                                                           INDEPENDENT AUDITOR AND ATTEST  
                                                           SERVICE PROVIDER TO DEBTORS AND  
                                                           DEBTORS IN POSSESSION

Deloitte & Touche LLP
200 Renaissance Center, Ste 3900
Detroit, MI 48243-1300
Telephone: 313-396-3900
Facsimile: 313-392-7434
Tom Robinson

Independent Auditor to the Debtors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br>                              Debtor. | Chapter 11<br><br>Case No. 12-12020 (MG)<br><br>(Jointly Administered) |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS
FOR PROFESSIONALS IN RESPECT OF FINAL FEE
APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
INDEPENDENT AUDITOR AND ATTEST SERVICE PROVIDER TO THE
DEBTORS FOR THE PERIOD FROM
<u>MAY 14, 2012 THROUGH AND INCLUDING AUGUST 31, 2013</u>**

TOM A. ROBINSON, deposes and says:

      1.      I am a partner of Deloitte & Touche LLP ("Deloitte & Touche"), which has an office located at 200 Renaissance Center Suite 3900, Detroit, MI 48243. I make this certification in connection with the final fee application (the "Fee Application") of Deloitte & Touche, dated February 27, 2014, in the above-captioned debtors' (the "Debtors") chapter 11 cases.

      2.      I submit this certification with respect to Deloitte & Touche's compliance with and pursuant to the Court's General Order M-447, the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York adopted by the Court on January 29, 2013, and the United States Trustee Guidelines

for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11§ U.S.C. 330 adopted on January 30, 1996 (collectively, and together with the Order to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered in these cases on July 17, 2012, the "Guidelines").

    3.    In compliance with the Guidelines, I hereby certify that:

    a.    I have read the Fee Application and am familiar with the services for which compensation is being sought that are described therein;

    b.    To the best of my knowledge, information and belief, the fees sought in the Fee Application are in substantial compliance with the Guidelines.

    c.    The fees sought in the Fee Application are billed at rates or in accordance with practice customarily employed by Deloitte & Touche for similar services and generally accepted by Deloitte & Touche's clients.

    d.    No agreement or understanding exists between Deloitte & Touche and any other non-affiliated person or persons for the sharing of compensation received or to be received for professional services rendered in or in connection with these cases.

    e.    Deloitte & Touche has not entered into any agreement with the Office of the United States Trustee, any creditor or any other party in interest, for the purpose of fixing the amount of any of the fees or other compensation allowed out of or paid from the assets of the Debtors.

    f.  Copies of the Fee Application were provided to the appropriate parties so that such parties will have ample time to review it in advance of any hearing thereon.

               /s/ Tom A. Robinson
               Declarant: Tom A. Robinson
               Title: Partner

Dated: February 27, 2014

3