# EXHIBIT A

Bradley Arant Boult Cummings LLP
1819 5th Avenue North
Birmingham, Alabama  35203
Phone:  (205) 521-8000
Fax:  (205) 521-8800
Robert W. Maddox, Esq.
Jay R. Bender, Esq.

*Special Litigation and Compliance Counsel*
*for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------

| | ) | |
|---|---|---|
| In re: | ) | Case No. 12-12020 (MG) |
| | ) | |
| RESIDENTIAL CAPITAL, LLC, <u>et al</u>., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

---------------------------------------------------------------------------

**CERTIFICATION UNDER GUIDELINES FOR FEES AND**
**DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF**
**FINAL APPLICATION OF BRADLEY ARANT BOULT CUMMINGS LLP**
**AS SPECIAL LITIGATION AND COMPLIANCE COUNSEL**
**FOR THE DEBTORS FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES**

I, Jay Bender, hereby certify that:

     1.    I am a partner with the Applicant firm, Bradley Arant Boult Cummings LLP ("**Bradley Arant**"), which serves as special litigation and compliance counsel to Residential Capital, LLC., *et al.*, as debtors and debtors in possession (collectively, the "**Debtors**").

     2.    This certification is made in respect of the Firm's compliance with the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases*, General Order M-447, effective as of February 5, 2013 (the "**Local**

1

**Guidelines**"), the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996* (the "**UST Guidelines**") and the *Order to Establish Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* (the "**Interim Compensation Order**") [Dkt. No. 172], and collectively with the Local Guidelines and UST Guidelines, the "**Guidelines**"), in connection with Bradley Arant's final application, dated February 28, 2014 (the "**Application**"), for compensation and reimbursement of expenses for the period commencing May 4, 2012, through and including December 17, 2013, in accordance with the Guidelines.

    3.    I am the professional designated by Bradley Arant for compliance with the Guidelines.

    4.    In respect of Section B.1 of the Local Guidelines, I certify that:

    (a)    I have read the Application;

    (b)    to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within the Guidelines, except as specifically noted in the Application or herein;

    (c)    the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Bradley Arant and generally accepted by Bradley Arant's clients; and

    (d)    in providing the reimbursable services reflected in the Application, the Firm did not make a profit on those services, whether performed by Bradley Arant in-house or through a third party.

    5.    In respect of Section A.2 of the Local Guidelines and as required by the Interim Compensation Order, I certify that Bradley Arant has complied with the provisions requiring it to provide the United States Trustee for the Southern District of New York and the Debtors and

their attorneys with a statement of Bradley Arant's fees and expenses accrued during the period from September 1, 2013 through and including December 17, 2013 (the "**Fifth Interim Period**"). Bradley Arant has provided the Debtors with the Application prior to the filing of it with the Court.

6. Bradley Arant's time records were prepared contemporaneously with the services performed and substantially conform to the Guidelines' requirements. To the extent these time records, or any other aspects of the Application, do not fully comply with the Guidelines' requirements, Bradley Arant respectfully requests a waiver of such requirements.

7. To the best of my knowledge, information and belief, with respect to the disbursements for which reimbursement I sought: (i) Bradley Arant does not make a profit on such disbursement; (ii) Bradley Arant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital layout; and (iii) Bradley Arant requests reimbursement only for the amount billed to Bradley Arant by the third-party vendor and paid by Bradley Arant to such vendor.

8. With respect to long-distance travel expenses, reimbursement for airfare is sought at "coach class" rates which is in accordance with the Guidelines.

9. Bradley Arant does not seek reimbursement for meal expenses to the extent such expenses exceed $20 per person per meal. Bradley Arant requests meal expenses reimbursement only for the meals had while traveling outside of the office or business for the Debtors.

10. Bradley Arant has made every effort to minimize its disbursements in these cases. The actual expenses incurred in providing professional services were necessary, reasonable, and justified under the circumstances to serve the needs of the Debtors.

11. To protect against the inadvertent over-reporting of billed time, Bradley Arant's billing system issues an alert if a timekeeper attempts to record more than 18 hours in a given day. Upon information and belief, no timekeeper of Bradley Arant has billed in excess of this 18-hour threshold in any given day during the Fifth Interim Period.

12. In respect of Section A.3 of the Local Guidelines, I certify that each of the United States Trustee for the Southern District of New York, the Debtors, counsel for the Debtors, and counsel for the Creditors' Committee is being provided with a copy of the Application.

Dated: February 28, 2014

            /s/ Jay R. Bender
            Jay R. Bender, Esq.
            Bradley Arant Boult Cummings LLP
            1819 5th Avenue North
            Birmingham, Alabama  35203
            Phone: (205) 521-8000
            Fax: (205) 521-8800

            *Special Litigation and Compliance Counsel*
            *for the Debtors*