# EXHIBIT C

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013**

**[See Attached]**

**Exhibit C**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROFESSIONAL BY
BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD
September 1, 2013 through December 17, 2013**

| Name of Professional Individual | | Department and Licensure | | Total Hours Billed | Total Compensation | ResCap Rate |
|---|---|---|---|---|---|---|
| **Partner** | | | | | | |
| Allen, Wendell | 00202 | LITIGATION | 1998 | 4.40 | 1,663.20 | 378 |
| Ayers, Marc J. | 00250 | LITIGATION | 1998 | 0.50 | 158.50 | 317 |
| Bender, Jay R. | 00157 | BANKRUPTCY | 1993 | 15.00 | 6,135.00 | 409 |
| Cannon, Hope | 00230 | LITIGATION | 1999 | 8.80 | 2,939.20 | 334 |
| Cox, Robert A. | 00399 | BANKRUPTCY | 1995 | 2.30 | 860.20 | 374 |
| Cox, Stewart M. | 00103 | LITIGATION | 1987 | 11.10 | 4,051.50 | 365 |
| Eady, Hall | 00715 | LITIGATION | 2004 | 47.50 | 13,585.00 | 286 |
| Gerhardt, Graham W. | 00829 | LITIGATION | 2004 | 13.30 | 4,142.20 | 312 |
| Glover, Glenn E. | 00261 | BANKRUPTCY | 2000 | 13.50 | 4,752.00 | 352 |
| Griffin, Michael C. | 00759 | LITIGATION | 2000 | 59.50 | 20,706.00 | 348 |
| Hancock, Christian W. | 00255 | LITIGATION | 2001 | 152.70 | 55,124.70 | 361 |
| Hawkins, Christopher L. | 00249 | BANKRUPTCY | 1999 | 15.10 | 5,511.50 | 365 |
| Lumsden, Dana C. | 00365 | LITIGATION | 1995 | 22.80 | 9,621.60 | 422 |
| Maddox, Robert R. | 00257 | LITIGATION | 2000 | 359.90 | 143,960.00 | 400 |
| Patterson, Jon H. | 00834 | LITIGATION | 2003 | 10.90 | 3,161.00 | 290 |
| Pennington, Michael R. | 00092 | LITIGATION | 1985 | 1.00 | 475.00 | 475 |
| Sauer, Edmund | 00899 | LITIGATION | 2004 | 0.50 | 138.50 | 277 |
| Smith T, John | 00149 | LITIGATION | 1992 | 3.30 | 1,174.80 | 356 |
| Thorsen, Christopher E. | 00341 | LITIGATION | 2000 | 0.30 | 93.60 | 312 |
| Tidmore, Ethan | 00705 | LITIGATION | 2003 | 8.30 | 2,523.20 | 304 |
| Wahl, Brian | 00248 | LITIGATION | 2000 | 2.90 | 968.60 | 334 |
| **Partner Average Rate:** | | | | | | **$351** |
| | | | | | | |
| **Counsel** | | | | | | |
| DeRamus, Lesley Smith | 00178 | BANKING AND FINANCIAL SERVICES | 1989 | 0.80 | 281.60 | 352 |
| Pozefsky, Steven A. | 00758 | CONSTRUCTION/PROCUREMENT | 1999 | 0.40 | 135.60 | 339 |
| **Counsel Average Rate:** | | | | | | **$346** |
| | | | | | | |
| **Associate** | | | | | | |
| Anderson, Keith S. | 00752 | LITIGATION | 2004 | 19.10 | 5,118.80 | 268 |
| Avery, C. Jason | 00760 | REAL ESTATE | 2006 | 30.30 | 7,726.50 | 255 |
| Bailey, James | 00838 | BANKRUPTCY | 2010 | 0.20 | 45.80 | 229 |
| Bearman, Talor | 00973 | LITIGATION | 2013 | 10.70 | 2,140.00 | 200 |
| Bowers, Marian L. | 00915 | BANKING AND FINANCIAL SERVICES | 2005 | 30.50 | 8,845.00 | 268 |
| Chastain, Aaron | 00880 | LITIGATION | 2010 | 24.80 | 5,356.80 | 216 |
| Cobb, Jonathan | 00817 | CONSTRUCTION/PROCUREMENT | 2009 | 2.00 | 448.00 | 224 |
| Combest, Chandler | 00840 | BANKING AND FINANCIAL SERVICES | 2010 | 1.50 | 330.00 | 220 |
| Craft, Anna | 00920 | LITIGATION | 2011 | 92.20 | 18,255.60 | 198 |
| Eason, Joycelyn J. | 00791 | LITIGATION | 2008 | 22.60 | 6,554.00 | 290 |
| Gilley, Lee | 00882 | LITIGATION | 2011 | 431.70 | 89,361.90 | 207 |
| Goodsell, Blake | 00900 | LITIGATION | 2010 | 22.00 | 4,554.00 | 207 |
| Johnson, Josh | 00776 | BANKRUPTCY | 2008 | 0.50 | 123.00 | 246 |
| Jones, Jessica L. | 00821 | LITIGATION | 2009 | 0.30 | 67.20 | 224 |
| Key, Riley | 00884 | LITIGATION | 2011 | 1.30 | 269.10 | 207 |
| Menees, Cory S. | 00912 | LITIGATION | 2007 | 52.70 | 15,546.50 | 295 |
| Merkle, Sarah | 00967 | LITIGATION | 2013 | 8.40 | 1,680.00 | 200 |
| Mobley, Spencer | 00928 | LITIGATION | 2012 | 2.30 | 455.40 | 198 |
| Neel, Preston H. | 00865 | LITIGATION | 2008 | 21.30 | 4,962.90 | 233 |
| Phillips, Joshua J. | 00862 | LITIGATION | 2006 | 1.90 | 501.60 | 264 |
| Pipes, Greg | 00969 | LITIGATION | 2013 | 13.20 | 2,640.00 | 200 |
| Puckett, Amy | 00933 | LITIGATION | 2011 | 48.80 | 12,444.00 | 255 |
| Raja, Nader | 00911 | LITIGATION | 2010 | 28.60 | 8,065.20 | 282 |
| Simmons, Avery | 00824 | LITIGATION | 2009 | 17.90 | 5,441.60 | 304 |
| Smith, Alison | 00922 | LITIGATION | 2012 | 40.90 | 8,098.20 | 198 |
| Solomon, Sean | 00931 | BANKRUPTCY | 1905 | 4.00 | 828.00 | 207 |
| Spero, Frankie | 00853 | LITIGATION | 2010 | 8.50 | 1,870.00 | 220 |
| Vann, Richard | 00863 | LITIGATION | 2011 | 11.00 | 2,420.00 | 220 |
| Vega, Jose D. | 00864 | LITIGATION | 2007 | 6.30 | 1,663.20 | 264 |
| Voelker, Nicholas J. | 00751 | LITIGATION | 2006 | 3.10 | 942.40 | 304 |
| Waddell, Spencer | 00970 | LITIGATION | 2013 | 14.20 | 2,840.00 | 200 |
| Watkins, Jay | 00932 | BANKRUPTCY | 1905 | 8.50 | 1,759.50 | 207 |
| Wierman, Mark S. | 00869 | LITIGATION | 2007 | 4.90 | 1,489.60 | 304 |

| Name | ID | Department | Year | Hours | Amount | Rate |
|---|---|---|---|---|---|---|
| Wilson, Monica | 00902 | CONSTRUCTION/PROCUREMENT | 2010 | 1.10 | 310.20 | 282 |
| Wright, Heather H. | 00873 | LITIGATION | 2002 | 0.70 | 184.10 | 238 |
| Wright, Jay | 00849 | LITIGATION | 2010 | 0.40 | 88.00 | 220 |

**Counsel Average Rate:** $238

**Paralegal**

| Name | ID | Department | Hours | Amount | Rate |
|---|---|---|---|---|---|
| Burke, Allison B. | 00462 | LITIGATION | 38.90 | 6,146.20 | 158 |
| Cockrell, Alecia H. | 00446 | LITIGATION | 2.20 | 347.60 | 158 |
| Dalton, Jeffrey | 00450 | LITIGATION | 17.80 | 2,812.40 | 158 |
| Holtzclaw, Jonathan | 90092 | LITIGATION | 25.80 | 4,078.40 | 158 |
| Keane, Kerry | 91958 | LITIGATION | 110.90 | 17,522.20 | 158 |
| Kirsch, Kimberly A. | 00417 | BANKRUPTCY | 1.10 | 183.70 | 167 |
| Kish, Lucinda | 70004 | CONSTRUCTION/PROCUREMENT | 16.10 | 2,543.80 | 158 |
| Mathews, Jamie | 00449 | LITIGATION | 3.20 | 480.00 | 150 |
| McBride, Koni | 00420 | LITIGATION | 0.20 | 37.00 | 185 |
| Palmer, Melisa P. | 70201 | LITIGATION | 175.40 | 29,291.80 | 167 |
| Palmer, Molly M. | 00425 | LITIGATION | 1.10 | 183.70 | 167 |
| Powell, Emily | 00456 | LITIGATION | 2.00 | 326.00 | 163 |
| Thompson, Andrew | 96932 | Administration | 25.70 | 3,392.40 | 132 |

**Lit. Support**

| Name | ID | Department | Hours | Amount | Rate |
|---|---|---|---|---|---|
| Cooper, Jennifer | 70022 | Administration | 8.00 | 1,440.00 | 180 |
| Isbell, Christina M. | 00414 | Administration | 1.90 | 342.00 | 180 |
| Yarborough, Harvey | 70213 | Administration | 1.00 | 185.00 | 185 |

**Litigation Asst**

| Name | ID | Department | Hours | Amount | Rate |
|---|---|---|---|---|---|
| Eaton, Elizabeth B. | 00406 | LITIGATION | 18.60 | 2,938.80 | 158 |

**All Timekeeper Average Rate:** $255

**Total**      2,193.10      577,839.60