# EXHIBIT D

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY BY BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013**

**[See Attached]**

**EXHIBIT D**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**
**BY BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS**
**FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013**

**Compensation By Matter**

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---:|---:|
| Business Operations | 0R0802-301151 | SCRA review - 729275 | 246.80 | 52,562.20 |
| Business Operations | 0R0802-301220 | AG Settlement & Implementation  705025 | 1,222.60 | 332,952.20 |
| **Total for Code:Business Operations** | | | **1,469.40** | **385,514.40** |
| Fee/Employment Applications | 0R0802-301143 | Employment and Fee Applications | 16.10 | 6,318.70 |
| **Total for Code:Fee/Employment Applications** | | | **16.10** | **6,318.70** |
| Litigation | 0G2012-301002 | Mack, Barry Fritz - 715129 | 3.20 | 939.40 |
| Litigation | 0G2012-301009 | McDonald, Anthony D. and Mary B. - 696479 | 21.50 | 6,677.60 |
| Litigation | 0G2012-301024 | Badillo, Marc Antonio (GMAC v. Badillo) - 696712 | 6.70 | 1,590.60 |
| Litigation | 0G2012-301026 | Dunavant,  Andrew - 713334 | 8.30 | 2,701.80 |
| Litigation | 0G2012-301039 | Wane, Amadou (US Bank v. Wane) - 702516 | 0.50 | 103.80 |
| Litigation | 0G2012-301083 | Davis, James and Jarvill, Patricia (Flat) - 709242 | 0.80 | 218.80 |
| Litigation | 0G2012-301094 | Sands, Sharon - 707254 | 0.20 | 58.00 |
| Litigation | 0G2012-301099 | Gasque, Carrie - 700507 | 2.50 | 827.80 |
| Litigation | 0G2012-301103 | Valeeva, Galina  and Evalina Okouneva - 706906 | 12.10 | 3,941.30 |
| Litigation | 0G2012-301112 | Martin, Mary Collette (Martin v. HFN) - 693729 | 1.20 | 240.30 |
| Litigation | 0G2012-301134 | Silmon, Derrious (GMAC v. Silmon) - 695405 | 7.90 | 2,227.00 |
| Litigation | 0G2012-301154 | Sifuentes, Manuel and Theresa | 0.50 | 109.80 |
| Litigation | 0G2013-301014 | Griffith, Patrick - 712847 | 0.40 | 93.20 |
| Litigation | 0G2013-301029 | O'Brien, Noel Stephen - 694012 | 1.90 | 634.60 |
| Litigation | 0G2013-301033 | Guy, Kenneth L. and Judy K. | 0.50 | 123.00 |
| Litigation | 0G2013-301040 | Herman, Patricia (GMAC  v. Herman) - 688683 | 2.00 | 450.40 |
| Litigation | 0G2013-301041 | Humphries, Julie A. and Brian (Flat) - 710229 | 0.40 | 93.20 |
| Litigation | 0G2013-301042 | Groome, William - 713422 | 0.30 | 79.20 |
| Litigation | 0G2013-301049 | John Kelley and Kathy Kelley v. GMAC Mortgage, LLC, et al. - | 25.50 | 6,926.30 |
| Litigation | 0G2013-301059 | Jones, David and Andrea | 0.20 | 58.00 |
| Litigation | 0G2013-301060 | Iaderose, Frank & Jean | 0.40 | 112.80 |
| Litigation | 0G2013-301073 | Justus, Alice | 0.30 | 84.60 |
| Litigation | 0G2013-301083 | Scurry, Gabriel and April (Yorktown Funding v. Scurry) - | 0.30 | 62.00 |
| Litigation | 0G2013-301084 | Butcher, Everett - 715852 | 1.10 | 260.60 |
| Litigation | 0G2013-301085 | Maxwell, Deborah - 716026 | 0.90 | 340.20 |
| Litigation | 0G2013-301095 | Chamblin, Willie | 2.00 | 448.00 |
| Litigation | 0G2013-301117 | Burden, Gary & Ayanna | 0.40 | 100.40 |
| Litigation | 0G2013-301136 | Bowman, Cathy | 0.60 | 140.80 |
| Litigation | 0G2013-301157 | Redmond, Alan B. and Marsha R. | 1.20 | 208.70 |
| Litigation | 0G2013-301158 | Lee, IV, Robert E., Trustor | 3.30 | 1,055.50 |
| Litigation | 0G2013-301165 | Kelly, James C. & Sandi | 1.30 | 286.00 |
| Litigation | 0G2013-301177 | Merton, Bruce & Jill | 0.30 | 108.30 |
| Litigation | 0G2013-301179 | Ruiz, Erick A. | 0.90 | 298.90 |
| Litigation | 0G2013-301184 | McGuinn, Laura J. | 0.70 | 237.30 |
| Litigation | 0G2013-301194 | Wane, Amadou (GMAC v. Wane) | 0.40 | 100.40 |
| Litigation | 0G2013-301197 | Clark, Matthew | 0.40 | 63.20 |
| Litigation | 0G2013-301199 | Sumter County, SC (GMAC v. Sumter County SC, et al.) | 0.50 | 160.80 |
| Litigation | 0G2013-301200 | COVIN, Barry (Van Tonder) (Flat) - 710020 | 0.80 | 172.40 |
| Litigation | 0G2013-301435 | Mattison, Mark & Heidi - 713948 | 1.00 | 274.80 |
| Litigation | 0G2013-301527 | Durmaz, Cicek and Atilla - 716974 | 1.00 | 361.00 |
| Litigation | 0G2013-301644 | Christian, Kathleen W. - 720813 | 1.50 | 431.20 |
| Litigation | 0G2013-301683 | Jackson, Corla | 8.90 | 2,002.40 |
| Litigation | 0G2013-301957 | Shortway, Paul & Barbara | 10.50 | 2,433.60 |
| Litigation | 0R0806-301023 | Vanderburg, Wesley (Senn, Shelly aka Vanderburg) | 1.20 | 215.00 |
| Litigation | 0R0808-104980 | Longoni, Pam - 698077 | 46.10 | 13,027.10 |
| Litigation | 0R0808-105109 | Donaldson, Anthony and Wanda (Donaldson v. GMAC) - 694863 | 0.50 | 237.50 |
| Litigation | 0R0808-301003 | David Stern Enterprises, Inc. - 713139 | 4.90 | 1,363.30 |
| Litigation | 0R0808-301037 | Gilbert, Rex T. and Daniela L. (Gilbert v. Deutsche Bank) | 64.00 | 18,578.30 |
| Litigation | 0R0808-301038 | American Residential Equities - 699506 | 1.10 | 213.50 |
| Litigation | 0R0808-301039 | Dixon (Wachovia Bank of Delaware v. Michelle Dixon, | 11.60 | 3,244.00 |
| Litigation | 0R0808-301040 | Petra Finance, LLC (Petra v. GMAC) - 690409 | 40.90 | 11,368.20 |
| Litigation | 0R0808-301045 | Studivant, Charles and Juanita (Studivant v. MERS) | 0.80 | 292.00 |
| Litigation | 0R0808-301063 | Edquid, Frederic and Leslie | 0.20 | 72.20 |

**EXHIBIT D**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**
**BY BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS**
**FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013**

**Compensation By Matter**

| Task Code | | Matter Description | Total Billed Hours | Total Compensation |
|---|---|---|---:|---:|
| Litigation | 0R0808-301126 | Josef Arnon v. GMAC Mortgage, LLC - 727040 | 0.10 | 15.80 |
| Litigation | 0R0808-301143 | Kentucky Counties Federal Court (Boyd County, et al) | 1.00 | 376.00 |
| Litigation | 0R0808-301170 | Morse, Gregory C. | 3.30 | 799.20 |
| Litigation | 0R0808-301172 | Hickey, Patrick and Cecilia | 1.40 | 277.20 |
| Litigation | 0R0808-301179 | Ready, Michelle L. | 0.90 | 176.50 |
| Litigation | 0R0808-301205 | Tautiva, Eduardo | 0.50 | 97.20 |
| Litigation | 0R0808-301254 | Commonwealth of Massachusetts v. GMAC, et al. | 5.60 | 2,363.20 |
| Litigation | 0R0808-301268 | Madden, Diana | 7.70 | 2,315.20 |
| Litigation | 0R0808-301284 | Jenkins, Marion & Sharon Jenkins | 3.20 | 978.40 |
| Litigation | 0R0808-301288 | Lytle, Derrick | 8.10 | 2,419.30 |
| Litigation | 0R0808-301301 | Lucey, Justin | 1.70 | 414.60 |
| Litigation | 0R0808-301970 | Pattee, William & Barbara | 20.00 | 6,512.40 |
| Litigation | 0R0809-301001 | Ralston, Charles | 0.60 | 132.00 |
| Litigation | 0R0809-301002 | Germinaro, Frank | 0.30 | 50.10 |
| Litigation | 0R0809-301009 | Dabbelt, John Walter | 0.50 | 116.20 |
| Litigation | 0R2013-301001 | Burdette, Eddie & Mitzie | 0.30 | 91.20 |
| Litigation | 0R2013-301003 | Executive Office Complaints | 96.90 | 15,510.70 |
| Litigation | 0R2013-301004 | Edwards, John M. | 1.60 | 422.40 |
| Litigation | 0R2013-301006 | Germinaro, Frank | 2.40 | 704.10 |
| Litigation | 0R2013-301010 | Mahlin, Robert G. | 0.10 | 20.70 |
| Litigation | 0R2013-301014 | Cox, Jr., Raymond | 1.30 | 325.20 |
| Litigation | 0R2013-301018 | Matthews, Heather | 0.30 | 100.20 |
| Litigation | 0R2013-301020 | Estate Concerns | 48.80 | 14,459.00 |
| Litigation | 0R2013-301022 | Massimo, Armando | 71.90 | 18,827.40 |
| Litigation | 0R2013-301024 | Lien Release Issues | 22.40 | 5,712.00 |
| Litigation | 0R2013-301025 | Rodriguez, Federico Avilla | 0.50 | 189.00 |
| Litigation | 0R2013-301031 | Stafford, David & Robyn | 0.40 | 114.40 |
| Litigation | 0R2013-301032 | Farrell, Patrick | 0.20 | 72.20 |
| Litigation | 0R2013-301033 | Martinez, Jose | 0.40 | 93.20 |
| Litigation | 0R2013-301040 | Rojas, Raul R. | 5.70 | 1,354.50 |
| Litigation | 0R2013-301043 | Glapion, Barbara | 0.40 | 93.20 |
| Litigation | 0R2013-301044 | Fabian, Joseph | 5.20 | 1,491.80 |
| Litigation | 0R2013-301045 | Ellis, Dan | 0.20 | 31.60 |
| Litigation | 0R2013-301046 | Dees, Michael | 0.90 | 209.70 |
| Litigation | 0R2013-301048 | Hicks, Linda J. | 1.40 | 326.20 |
| Litigation | 0R2013-301050 | Stringfield, Samuel | 14.80 | 4,062.70 |
| Litigation | 0R2013-301051 | Cook, Carl D., Jr. | 14.30 | 3,706.40 |
| Litigation | 0R2013-301052 | Sellers, Daniel | 3.10 | 761.10 |
| Litigation | 0R2013-301054 | Ray, Natalie | 4.60 | 1,054.10 |
| Litigation | 0R2013-301055 | Taylor, Gary & Susan | 3.00 | 689.20 |
| Litigation | 0R2013-301056 | Marks, Paul | 2.80 | 695.90 |
| Litigation | 0R2013-301057 | Diaz, Jose | 6.20 | 1,721.60 |
| Litigation | 0R2013-301058 | Avanzado, Melecio (Trails at Rivard) | 4.10 | 1,092.10 |
| Litigation | 0R2013-301059 | Desowitz, Gregory | 19.90 | 5,598.90 |
| Litigation | 0R2013-301061 | Andres, Danielle (Florida Fees Issue) | 2.20 | 411.90 |
| Litigation | 0R2013-301062 | Rothstein, Landon/NYDFS | 1.80 | 759.60 |
| Litigation | 0R2013-301063 | Kinder, Kirk | 0.60 | 155.70 |
| Litigation | 0R2013-301064 | Mobley-Gunn, Karen | 7.40 | 1,656.20 |
| **Total for Code:Litigation** | | | **707.60** | **186,006.50** |
| **Grand Total:** | | | **2,193.10** | **577,839.60** |
| **Matter Count:** | **104** | | | |