# EXHIBIT E

## SUMMARY OF EXPENSES INCURRED BY BRADLEY ARANT BOULT CUMMINGS LLP ON BEHALF OF THE DEBTORS FOR THE PERIOD SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013

**[See Attached]**

**EXHIBIT E**

**SUMMARY OF EXPENSES INCURRED BY BRADLEY ARANT BOULT CUMMINGS LLP
ON BEHALF OF THE DEBTORS FOR THE PERIOD
SEPTEMBER 1, 2013 THROUGH DECEMBER 17, 2013**

| **Expense Category** | **Amount** |
|---|---:|
| Copy Charges | $258.10 |
| Copy Charges - OUTSIDE SOURCES | $184.76 |
| Postage Charges | $0.00 |
| Filing Fees | $291.11 |
| Certified Copies | $6.21 |
| Legal Notices | $155.00 |
| Court Costs - Pleadings | $8,914.58 |
| Airline Tickets | $10,954.65 |
| Travel Expense | $10,972.76 |
| Meal Expense | $755.11 |
| Professional Consultant Services | $60.00 |
| Express Mail/Fedex | $0.00 |
| UPS | $211.52 |
| Computerized Legal Research-Westlaw | $0.00 |
| Mediation Fee | $675.00 |
| Internet Account | $83.08 |
| Title Search Fee | $204.95 |
| Ready Conference | $30.00 |
| **Total** | **$33,756.83** |