# EXHIBIT F

## SUPPORTING INVOICES

**[See Attached]**



**BRADLEY ARANT BOULT CUMMINGS LLP**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2012-301002

INVOICE #  889624

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2012-301002
     TC # 715129

PROFESSIONAL SERVICES

| Date | | Description | | Hours |
|------|------|-------------|------|-------|
| 09/04/13 | NSR | Review draft objection and supporting research in preparation for call to discuss strategy for objecting to Mack proof of claim | L120 | .50 hrs |
| 09/05/13 | NSR | Review and analyze latest draft objection to proof of claim filed by B.Mack and C.Mack | L120 | .80 hrs |
| 09/05/13 | NSR | Analyze Florida law regarding effect of appeal on estoppel by election of remedies defense | L120 | .40 hrs |
| 09/09/13 | NSR | Review and analyze e-mail from A.Lewis regarding Mack objection | L120 | .40 hrs |
| 09/09/13 | NSR | Exchange e-mails with A.Lewis regarding revisions to Mack objection | L120 | .20 hrs |
| 09/11/13 | NSR | Review third round of revisions to Mack proof of claim | L120 | .40 hrs |

                    TOTAL FEES FOR THIS MATTER                    $761.40


BILLING SUMMARY

    Nader Raja              2.70 hrs   282.00 /hr      761.40


TOTAL FEES                  2.70 hrs                  $761.40



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE      2
NOVEMBER 22, 2013

0G2012-301002

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                     $761.40

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2012-301002

INVOICE #  944002

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2012-301002
     TC # 715129

PROFESSIONAL SERVICES

11/06/13  JST  Work on preparations for hearing on fee      L450      .50 hrs
               petition


                   TOTAL FEES FOR THIS MATTER                $178.00

        01       Copy Charges                                          0.00

BILLING SUMMARY

     John Smith T              .50 hrs   356.00 /hr      178.00


TOTAL FEES                    0.50 hrs                 $178.00

**TOTAL CHARGES FOR THIS INVOICE**                    $178.00

                ***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      NOVEMBER 22, 2013
1100 Virginia Drive                                         0G2012-301009
Fort Washington, PA 19034

INVOICE #  889625

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2012-301009
     TC # 696479

PROFESSIONAL SERVICES

| 09/19/13 | ETT | Conference with C.Hawkins regarding case status and review docket regarding same | L110 | .40 hrs |
|---|---|---|---|---|
| 09/19/13 | ETT | Telephone conference with S.Tew regarding case status | L110 | .20 hrs |
| 09/19/13 | CLHA | Analyze docket and confer with co-counsel regarding potential res judicata effect associated with judgment exposed in trial stayed as to GMAC | L120 | .70 hrs |
| 09/23/13 | JW | Discuss with E.Tidmore status of the case and research assignment regarding collateral estoppel if non-bankruptcy trial proceeds against non debtor co-defendant | L120 | .20 hrs |
| 09/24/13 | JW | Research collateral estoppel possibility if non bankruptcy trial proceeds against non debtor co-defendant | L120 | 1.30 hrs |
| 09/25/13 | JW | Research collateral estoppel effect of continuing litigation agianst non-debtor co-defendants | L120 | 2.40 hrs |
| 09/25/13 | CWH | Analyze borrower's Proof of Claim against GMAC, as well as co-defendants' current efforts to move case to trial | L210 | .30 hrs |
| 09/25/13 | ETT | Conference with J.Watkins regarding preclusion research | L110 | .30 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

0G2012-301009

FED ID NO. 63-0243316

| 09/25/13 | ETT | Conference with C.Hawkins regarding case issues | L110 | .30 hrs |
|---|---|---|---|---|
| 09/25/13 | ETT | Telephone conference with C.Hancock regarding case status | L110 | .30 hrs |
| 09/26/13 | ETT | Correspondence with C.Hancock regarding status issues | L110 | .10 hrs |
| 09/29/13 | CWH | Review Proof of Claim and email Morrison Foerster and Estate to raise discussion of Stern's plan to set matter for trial | L210 | .20 hrs |
| 09/30/13 | KK | Research and review docket to determine status of case | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $1,745.50

BILLING SUMMARY

| Christopher L. Hawkins | .70 hrs | 365.00 /hr | 255.50 |
|---|---|---|---|
| Christian W. Hancock | .50 hrs | 361.00 /hr | 180.50 |
| Ethan Tidmore | 1.60 hrs | 304.00 /hr | 486.40 |
| Jay Watkins | 3.90 hrs | 207.00 /hr | 807.30 |
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES            6.80 hrs                    $1,745.50

**TOTAL CHARGES FOR THIS INVOICE**                    **$1,745.50**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2012-301009

INVOICE # 944003

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2012-301009
     TC # 696479

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/13 | ETT | Review file to prepare for conference call with client | L650 | .60 hrs |
| 10/01/13 | ETT | Telephone conference with client regarding case background and status and strategy for pretrial conference | L110 | .50 hrs |
| 10/01/13 | ETT | Draft email to C.Hawkins regarding plan for pretrial conference | L110 | .20 hrs |
| 10/01/13 | CLHA | Confer with co-counsel on optimal litigation and settlement strategy in preparation for pre-trial conference | L120 | .30 hrs |
| 10/01/13 | CWH | Call with Morrison Foerster about strategy and posture of wrongful death case | L120 | .80 hrs |
| 10/02/13 | ETT | Telephone conference with plaintiff's counsel regarding settlement overture and bankruptcy | L110 | .30 hrs |
| 10/03/13 | ETT | Correspondence with client regarding setting up conference call to discuss pretrial conference | L110 | .20 hrs |
| 10/04/13 | ETT | Draft case summary for client and review file regarding same | L110 | 1.30 hrs |
| 10/04/13 | ETT | Conference call with client regarding strategy for pretrial conference | L110 | .70 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
FEBRUARY 14, 2014

0G2012-301009

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/04/13 | ETT | Draft email to plaintiff's counsel regarding status | L110 | .10 | hrs |
| 10/04/13 | CWH | Analyze history of case to prepare for call with Estate and Morrison Foerster | L120 | .20 | hrs |
| 10/04/13 | CLHA | Prepare for and participate in call with co-counsel and RESCAP bankruptcy counsel regarding procedural status and settlement and litigation strategy | L120 | 1.40 | hrs |
| 10/07/13 | ETT | Telephone conference with local counsel regarding case status and pretrial conference | L110 | .30 | hrs |
| 10/07/13 | ETT | Obtain court call information for pretrial conference and review local rules regarding same | L110 | .30 | hrs |
| 10/08/13 | ETT | Prepare for pretrial conference | L440 | .30 | hrs |
| 10/08/13 | ETT | Participate in pretrial conference | L440 | .50 | hrs |
| 10/08/13 | ETT | Draft email to client regarding report on pretrial conference | L110 | .30 | hrs |
| 10/08/13 | CLHA | Confer with E.Tidmore regarding pre-trial conference and advise regarding potential strategy going forward | L120 | .50 | hrs |
| 10/11/13 | CLHA | Continued work on bankruptcy specific issues related to settlement | L120 | .70 | hrs |
| 10/11/13 | ETT | Review settlement offer for plaintiff | L190 | .10 | hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     3
FEBRUARY 14, 2014

0G2012-301009

FED ID NO. 63-0243316

| 10/11/13 | ETT | Conference with C.Hawkins regarding settlement offer | L190 | .10 hrs |
|----------|-----|------|------|---------|
| 10/11/13 | ETT | Draft emails to client regarding settlement offer | L110 | .30 hrs |
| 10/16/13 | CLHA | Analyze issues related to underlying bankruptcy case and potential impact on AG settlement | L120 | .60 hrs |
| 10/18/13 | CLHA | Follow up with debtor's counsel regarding potential settlement | L120 | .30 hrs |
| 10/22/13 | CLHA | Analyze docket related to underlying bankruptcy case for impact on pending wrongful death lawsuit | L120 | .40 hrs |
| 10/23/13 | CLHA | Continued monitoring of underlying bankruptcy activity and follow up with client regarding settlement | L120 | .40 hrs |
| 10/24/13 | CLHA | Work through comments to settlement agreement and confer with client and GMAC chapter 11 counsel regarding same | L120 | .80 hrs |
| 10/24/13 | ETT | Review new scheduling order | L110 | .10 hrs |
| 11/25/13 | CLHA | Analyze pleadings in debtor's bankruptcy case and in adversary proceeding and follow up with client regarding potential settlement counter offer | L120 | .40 hrs |
| 11/26/13 | ETT | Review correspondence regarding settlement counteroffer | L160 | .10 hrs |
| 11/26/13 | CLHA | Confer with client regarding settlement counteroffer | L120 | .10 hrs |

# BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      4
FEBRUARY 14, 2014

0G2012-301009

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 11/26/13 | KK | Research and review docket to determine status of case | L110 | .10 hrs |
| 12/02/13 | CLHA | Work with E.Tidmore on settlement counteroffer | L120 | .20 hrs |
| 12/02/13 | ETT | Telephone conference with opposing counsel regarding settlement offer | L160 | .20 hrs |
| 12/04/13 | ETT | Conference with C.Hawkins regarding conversation with plaintiff's counsel | L110 | .20 hrs |
| 12/04/13 | CLHA | Analyze sale order to Greentree in connection with ongoing settlement negotiations with plaintiff | L120 | .80 hrs |

TOTAL FEES FOR THIS MATTER                         $4,932.10

EXPENSES

70        Ready Conference                                                30.00

TOTAL COSTS FOR THIS MATTER                        $30.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher L. Hawkins | 6.90 hrs | 365.00 /hr | 2,518.50 |
| Christian W. Hancock | 1.00 hrs | 361.00 /hr | 361.00 |
| Ethan Tidmore | 6.70 hrs | 304.00 /hr | 2,036.80 |
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES                14.70 hrs                    $4,932.10



**BRADLEY ARANT**
**BOULT CUMMINGS**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      5
FEBRUARY 14, 2014

0G2012-301009

FED ID NO. 63-0243316

TOTAL EXPENSES                          $30.00

**TOTAL CHARGES FOR THIS INVOICE**      $4,962.10

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2012-301024

INVOICE #  889626

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2012-301024
     TC # 696712

PROFESSIONAL SERVICES

| 09/11/13 | GWG | Review court order setting hearing on our motion to reinstate, and research possible procedures for withdrawal of our motion and replacement of the case on the administrative docket | L210 | .40 hrs |
|----------|-----|-----|------|---------|
| 09/19/13 | GWG | Call with client regarding upcoming motion to reinstate | L250 | .40 hrs |
| 09/20/13 | GWG | Draft motion to withdraw our motion to reinstate the case to the active docket | L210 | 1.00 hrs |
| 09/20/13 | GWG | Correspondence with eviction counsel regarding status of the eviction suit | L110 | .20 hrs |
| 09/20/13 | GWG | Correspondence with client regarding withdrawal of our motion to reinstate | L120 | .10 hrs |
| 09/20/13 | JOHO | Searched for and ultimately ordered complete state court file. | L140 | .30 hrs |
| 09/25/13 | JOHO | Obtained and reviewed title search before sending to attorney. | L140 | .30 hrs |
| 09/30/13 | RK | Review motion to withdraw motion to reinstate | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                       $770.70



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

Rescap

PAGE    2
NOVEMBER 22, 2013

0G2012-301024

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | 2.10 hrs | 312.00 /hr | 655.20 |
| Riley Key | .10 hrs | 207.00 /hr | 20.70 |
| Jonathan Holtzclaw | .60 hrs | 158.00 /hr | 94.80 |

| | | |
|---|---|---|
| TOTAL FEES | 2.80 hrs | $770.70 |

**TOTAL CHARGES FOR THIS INVOICE**              $770.70

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                FEBRUARY 14, 2014
1100 Virginia Drive                                   0G2012-301024
Fort Washington, PA 19034

                                                      INVOICE #  944004

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2012-301024
     TC # 696712

PROFESSIONAL SERVICES

| 10/02/13 | GWG | Correspondence with client regarding withdrawal of our motion to reinstate the case to the active docket | L210 | .10 hrs |
| 10/03/13 | GWG | Finalize withdrawal of our motion to reinstate, and coordinate with court regarding the removal of our hearing from the upcoming motion docket | L250 | .20 hrs |
| 10/03/13 | JOHO | Reviewed, revised and traditionally filed Notice of Withdrawal of Motion to Reinstate Case to Active Docket and sent all service by certified mail | L210 | 1.00 hrs |
| 10/04/13 | JOHO | Contacted Court regarding how to cancel upcoming hearing | L140 | .40 hrs |
| 10/04/13 | GWG | Calls and correspondence with court regarding hearing cancelation, lack of opposition by plaintiff to the withdrawal of our motion, and return of the case to the administrative docket | L210 | .40 hrs |
| 10/07/13 | RK | Draft status report to client | L120 | .10 hrs |
| 10/09/13 | GWG | Review state court docket for information regarding return of the case to administratively closed | L120 | .10 hrs |
| 10/09/13 | JOHO | Update case status regarding deadlines and pulled updated docket report. | L140 | .20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
FEBRUARY 14, 2014

0G2012-301024

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/09/13 | JOHO | Followed up and obtained file stamped version of our Withdrawal of Motion to Reinstate Case and updated attorney. | L140 | .30 hrs | |
| 10/16/13 | JOHO | Update case status regarding deadlines and pulled updated docket report. | L140 | .20 hrs | |
| 10/16/13 | RK | Draft closing memorandum and correspondence setting forth background on the case | L120 | .60 hrs | |
| 10/16/13 | GWG | Work on memo to client regarding return of the case to the administrative docket and possible closing of the file | L120 | .30 hrs | |

TOTAL FEES FOR THIS MATTER                          $819.90

## EXPENSES

| | | |
|---|---|---|
| 12 | Court Costs - Pleadings | 194.13 |
| 35 | Express Mail/Fedex | 0.00 |

TOTAL COSTS FOR THIS MATTER                 $194.13

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | 1.10 hrs | 312.00 /hr | 343.20 |
| Riley Key | .70 hrs | 207.00 /hr | 144.90 |
| Jonathan Holtzclaw | 2.10 hrs | 158.00 /hr | 331.80 |

TOTAL FEES               3.90 hrs                    $819.90

TOTAL EXPENSES                                        $194.13



## BRADLEY ARANT
## BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
FEBRUARY 14, 2014

0G2012-301024

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $1,014.03

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2012-301026

INVOICE #  889627

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2012-301026
     TC # 713334

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 09/02/13 | HTC | Review and revise GreenTree's answer to injunction claim for its effect on the court's summary judgment in favor of GMACM given the court's comments at the last hearing that it might reverse itself on the tort claims and draft email to Green Tree's counsel regarding same | L210 | .10 hrs |
| 09/05/13 | HTC | Telephone conference with USAA's counsel regarding setting of motion for summary judgment on injunction claim for trial | L120 | .10 hrs |
| 09/06/13 | HTC | Exchange emails with Fannie's counsel regarding special setting for motion for summary judgment on injunction hearing | L120 | .10 hrs |
| 09/09/13 | HTC | Exchange emails with co-defendant's counsel regarding special setting of motion for summary judgment hearing on injunction claim | L120 | .10 hrs |
| 09/23/13 | AHC | Review docket and pleadings to confirm status of entry of Protective Order | L110 | .40 hrs |
| 09/27/13 | HTC | Telephone conference with USAA's counsel regarding injunction hearing and draft email update to K.Priorie regarding same | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                   $263.60



## BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
NOVEMBER 22, 2013

0G2012-301026

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Hope Cannon | .60 hrs | 334.00 /hr | 200.40 |
| Alecia H. Cockrell | .40 hrs | 158.00 /hr | 63.20 |

| | | | |
|---|---|---|---|
| TOTAL FEES | 1.00 hrs | | $263.60 |

| | |
|---|---|
| **TOTAL CHARGES FOR THIS INVOICE** | **$263.60** |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2012-301026

INVOICE #   944005

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2012-301026
     TC # 713334

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 10/21/13 | HTC | Telephone conference with W.Jackson and A.Huffaker regarding Fannie Mae's and USAA's position on final motion for summary judgment hearing | L120 | .50 hrs |
| 10/22/13 | HTC | Prepare for and attendance at final motion for summary judgment as to the injunction claim and borrowers' attempt to have tort claims reinstated | L240 | 6.80 hrs |

                    TOTAL FEES FOR THIS MATTER              $2,438.20

EXPENSES

21        Travel Expense                                      296.06

              TOTAL COSTS FOR THIS MATTER            $296.06

BILLING SUMMARY

   Hope Cannon          7.30 hrs   334.00 /hr      2,438.20

TOTAL FEES            7.30 hrs            $2,438.20

TOTAL EXPENSES                           $296.06



**BRADLEY ARANT**
**BOULT CUMMINGS**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    2
FEBRUARY 14, 2014

0G2012-301026

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**        $2,734.26

\*\*\*\*\* TOTAL DUE UPON RECEIPT \*\*\*\*\*



# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2012-301039

INVOICE #  889628

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2012-301039
     TC # 702516

PROFESSIONAL SERVICES

| 09/03/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 09/30/13 | AHC | Draft status report regarding bankruptcy pursuant to 2DCA order | L510 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $75.60

BILLING SUMMARY

| Alecia H. Cockrell | .30 hrs | 158.00 /hr | 47.40 |
| Nader Raja | .10 hrs | 282.00 /hr | 28.20 |

TOTAL FEES          0.40 hrs                  $75.60

**TOTAL CHARGES FOR THIS INVOICE**           $75.60

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2012-301039

INVOICE #  944006

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2012-301039
     TC # 702516

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 12/02/13 | NSR | Draft status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $28.20

BILLING SUMMARY

| Nader Raja | .10 hrs | 282.00 /hr | 28.20 |
|---|---|---|---|
| TOTAL FEES | 0.10 hrs | | $28.20 |

**TOTAL CHARGES FOR THIS INVOICE**                    $28.20

***** TOTAL DUE UPON RECEIPT *****



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                        NOVEMBER 22, 2013
1100 Virginia Drive                           0G2012-301083
Fort Washington, PA 19034

                                              INVOICE #  889629

                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

    Re:  0G2012-301083
         TC # 709242

    PROFESSIONAL SERVICES

    09/23/13  GWG  Call with counsel for our codefendant     L110    .20 hrs
                   regarding any litigation activity of
                   settlement activity with the plaintiff
                   since GMAC filed its notice of bankruptcy

    09/23/13  JOHO Update case status regarding deadlines     L140    .20 hrs
                   and pulled updated docket report.


                   TOTAL FEES FOR THIS MATTER                        $94.00


    BILLING SUMMARY

        Graham W. Gerhardt        .20 hrs    312.00 /hr       62.40
        Jonathan Holtzclaw        .20 hrs    158.00 /hr       31.60


    TOTAL FEES .                  0.40 hrs                   $94.00

    **TOTAL CHARGES FOR THIS INVOICE**                       $94.00

                    ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    FEBRUARY 14, 2014
1100 Virginia Drive                                      0G2012-301083
Fort Washington, PA 19034

INVOICE #   944007

FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2012-301083
     TC # 709242

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/08/13 | GWG | Calls with D. Booth and L. Subar regarding any activity by the borrowers in the bankruptcy case and the status of the state court litigation | L120 | .40 hrs |

TOTAL FEES FOR THIS MATTER                          $124.80

---

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | .40 hrs | 312.00 /hr | 124.80 |

TOTAL FEES                  0.40 hrs              $124.80

**TOTAL CHARGES FOR THIS INVOICE**                $124.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2012-301094

INVOICE #  889630

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2012-301094
     TC # 707254

PROFESSIONAL SERVICES

09/20/13   JHP   Provided monthly status update to client   L120      .10 hrs

TOTAL FEES FOR THIS MATTER                          $29.00

BILLING SUMMARY

   Jon H. Patterson          .10 hrs   290.00 /hr      29.00

TOTAL FEES              0.10 hrs              $29.00

**TOTAL CHARGES FOR THIS INVOICE**              $29.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2012-301094

INVOICE #  944008

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2012-301094
     TC # 707254

PROFESSIONAL SERVICES

10/04/13  JHP   Provided monthly status update to client    L120    .10 hrs
                regarding status of litigation


          TOTAL FEES FOR THIS MATTER                        $29.00


BILLING SUMMARY

   Jon H. Patterson          .10 hrs   290.00 /hr        29.00


TOTAL FEES                  0.10 hrs                  $29.00

TOTAL CHARGES FOR THIS INVOICE                       $29.00

          ***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2012-301099

INVOICE #  889631

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2012-301099
     TC # 700507

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/04/13 | CWH | Review and analyze borrower's counsel's demand for attorneys' fees (as a permitted unsecured claim) and relay same to L.Delehey for approval | L160 | .20 hrs |
| 09/04/13 | MW | Research and analyze policy regarding award of attorneys' fees to legal aid attorneys in prevailing party motions | L650 | .70 hrs |
| 09/05/13 | CWH | Exchange e-mails with L.Delehey and Morrison Foerster attorneys about borrower's counsel's need to file a belated proof of claim and that Estate will agree to same | L160 | .20 hrs |
| 09/05/13 | CWH | Correspond with Jacksonville Legal Aid about agreement on belated proof of claim for attorneys' fees | L160 | .10 hrs |
| 09/06/13 | CWH | Exchange e-mails with borrower's counsel and Estate about inclusion of costs in settlement offer | L120 | .20 hrs |
| 09/20/13 | CWH | Follow-up with borrower's counsel and confirm amount of settlement on attorney's fee issue | L160 | .10 hrs |
| 09/20/13 | CWH | Follow-up with Estate in-house counsel and Morrison Foerster on how to handle attorney's fee issue via belated Proof of Claim | L160 | .10 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
NOVEMBER 22, 2013

0G2012-301099

FED ID NO. 63-0243316

| 09/22/13 | CWH | Exchange e-mails with borrower's counsel regarding Proof of Claim process | L160 | .10 hrs |
|----------|-----|---------------------------------------------------------------------------|------|---------|
| 09/24/13 | CWH | Discussion with Morrison Foerster about how borrower's counsel should go about filing belated Proof of Claim | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $630.60

BILLING SUMMARY

| Christian W. Hancock | 1.20 hrs | 361.00 /hr | 433.20 |
|----------------------|----------|------------|--------|
| Monica Wilson        | .70 hrs  | 282.00 /hr | 197.40 |

TOTAL FEES                    1.90 hrs                    $630.60

TOTAL CHARGES FOR THIS INVOICE                             $630.60

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS llp

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2012-301099

INVOICE #  944009

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2012-301099
TC # 700507

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/18/13 | MPE | Draft monthly status report for client review | L110 | .10 hrs |
| 10/28/13 | CWH | Email Morrison Foerster about correct mechanics of borrower's counsel's request for fee amount in belated proof of claim | L120 | .20 hrs |
| 11/01/13 | CWH | Exchange e-mails with Morrison Foerster about issues with attorneys' fees and Legal Aid's belated proof of claim for same | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                    $197.20

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .50 hrs | 361.00 /hr | 180.50 |
| Melisa P. Palmer | .10 hrs | 167.00 /hr | 16.70 |

TOTAL FEES                    0.60 hrs                    $197.20

TOTAL CHARGES FOR THIS INVOICE                    $197.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2012-301103

INVOICE #   889632

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2012-301103
     TC # 706906

<u>PROFESSIONAL SERVICES</u>

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/08/13 | CWH | Exchange e-mails with Morrison Foerster regarding Valeeva's response to objection to proof of claim and review and analyze same | L110 | .10 hrs |
| 09/09/13 | CWH | Review and analyze Valeeva's response to proof of claim and outline arguments regarding same, per Morrison Foerster's request | L120 | .60 hrs |
| 09/13/13 | CWH | Draft letter to Valeeva regarding her Proof of Claim response and exchange e-mails with Morrison Foerster regarding their review and edits | L120 | .60 hrs |
| 09/13/13 | MPE | Galina Valeeva:  research state court case docket to determine current status, current party plaintiff, review proof of claim and objection to proof of claim to assist with drafting a letter G.Valeeva. | L110 | .70 hrs |
| 09/18/13 | CWH | Continue to draft and revise Proof of Claim objection reply Valeeva case and exchange e-mails with Morrison Foerster attorney about same | L210 | 1.30 hrs |
| 09/18/13 | MPE | Valeeva:  prepare initial draft of brief in opposition to Valeeva;s Reply. | L210 | .50 hrs |



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE      2
NOVEMBER 22, 2013

0G2012-301103

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/19/13 | MPE | Valeeva;  review and analysis of Declaration by L.Delehey filed with objection to proof of claim to determine whether Green Tree's servicing rights were established. | L110 | .20 hrs |
| 09/19/13 | MPE | Valeeva;  prepare initial draft of additional declaration of L.Delehey to establish Green Tree's servicing rights to accompany objection to borrower's response. | L110 | .60 hrs |
| 09/19/13 | CWH | Further revisions to Valeeva Proof of Claim reply and supporting materials | L210 | 1.40 hrs |
| 09/19/13 | CWH | Communicate with Morrison Foerster and in-house counsel regarding Valeeva Proof of Claim reply | L210 | .40 hrs |
| 09/20/13 | CWH | Work with Morrison Foerster and Estate's in-house counsel on final edits to Valeeva Proof of Claim objection reply | L210 | .30 hrs |
| 09/20/13 | MPE | Valeeva:  research public records for assignment to GMAC mortgage LLC to assist with response to borrower's proof of claim. | L110 | .20 hrs |
| 09/23/13 | CWH | Review and analyze Valeeva's nonsensical response to BABC's letter and notify Estate and Morrison Foerster of same | L120 | .20 hrs |
| 09/23/13 | CWH | Prepare for tomorrow's Proof of Claim objection hearing in Valeeva matter | L120 | 2.30 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
NOVEMBER 22, 2013

0G2012-301103

FED ID NO. 63-0243316

| 09/24/13 | CWH | Prepare for and attend hearing on Valeeva Proof of Claim objection in SDNY bankruptcy court | L120 | 2.10 hrs |
|---|---|---|---|---|
| 09/25/13 | CWH | Contact Green Tree to confirm if loan is still with Fannie Mae and encourage them to substitute in for GMAC | L110 | .10 hrs |
| 09/25/13 | CWH | Review and analyze Valeeva's newest pleading, titled "Petition Under Demand for Parties Proof of Claim for Standing" and exchange e-mails with Morrison Foerster regarding same | L210 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $3,833.00

BILLING SUMMARY

| Christian W. Hancock | 9.60 hrs | 361.00 /hr | 3,465.60 |
|---|---|---|---|
| Melisa P. Palmer | 2.20 hrs | 167.00 /hr | 367.40 |

TOTAL FEES                11.80 hrs            $3,833.00

TOTAL CHARGES FOR THIS INVOICE            $3,833.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2012-301103

INVOICE #    944010

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2012-301103
     TC # 706906

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/04/13 | CWH | Review and analyze bankruptcy court's order expunging Valeeva's Proof of Claim | L120 | .20 hrs |
| 11/10/13 | CWH | Send bankruptcy order denying Valeeva's claim to current servicer as part of closing file | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                        $108.30

BILLING SUMMARY

Christian W. Hancock        .30 hrs    361.00 /hr        108.30

TOTAL FEES                  0.30 hrs                $108.30

**TOTAL CHARGES FOR THIS INVOICE**                $108.30

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    FEBRUARY 14, 2014
1100 Virginia Drive                                      0G2012-301112
Fort Washington, PA 19034

INVOICE #  944011

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2012-301112
     TC # 693729

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/23/13 | ABB | Assist Estate with gathering documents and pleadings and update file regarding same | L110 | .30 hrs |
| 10/23/13 | CET | Analyzing the pending motion for summary judgment and arguments in reply. | L240 | .30 hrs |
| 10/25/13 | MPE | In depth review of parties remaining in case and any pending motions pursuant to request from GMAC Estate Representative. | L110 | .50 hrs |
| 11/05/13 | AHC | Draft monthly status report for client review | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                              $240.30

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christopher E. Thorsen | .30 hrs | 312.00 /hr | 93.60 |
| Alecia H. Cockrell | .10 hrs | 158.00 /hr | 15.80 |
| Allison Burke | .30 hrs | 158.00 /hr | 47.40 |
| Melisa P. Palmer | .50 hrs | 167.00 /hr | 83.50 |

TOTAL FEES               1.20 hrs                       $240.30



**BRADLEY ARANT**
**BOULT CUMMINGS**
L.P

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
FEBRUARY 14, 2014

0G2012-301112

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE              $240.30

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2012-301134

INVOICE #  889633

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2012-301134
     TC # 695405

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/11/13 | JHP | Email to Estate contacts to request review of file and determination whether Estate will agree to contribute to resolution of case | L120 | .20 hrs |
| 09/11/13 | BG | Correspondence with K.Priore regarding exposure to judgment | L120 | .10 hrs |
| 09/17/13 | JHP | Email to Estate contacts to discuss upcoming trial setting and whether Estate will agree to contribute to any settlement offer | L120 | .20 hrs |
| 09/17/13 | JHP | Emails to/from bankruptcy counsel for Estate to discuss hearing set on motion for additional relief from stay filed by borrower | L120 | .10 hrs |
| 09/18/13 | JHP | Email to/from Estate contact K.Priore to discuss status of case; phone calls and emails to/from Morrison Foerster attorneys to discuss case | L120 | .40 hrs |
| 09/20/13 | JHP | Prepared for and handled phone conference with Estate contact K.Priore to discuss upcoming trial date and to discuss settlement option and settlement authority that Estate will seek | L120 | .40 hrs |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
NOVEMBER 22, 2013

0G2012-301134

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/24/13 | JHP | Emails to/from bankruptcy counsel for The Estate to discuss status of settlement negotiations with borrower | L120 | .10 hrs |
| 09/26/13 | JHP | Emails to/from Bankruptcy Estate counsel to discuss status of case and upcoming hearing on discovery motion by borrower | L120 | .30 hrs |
| 09/27/13 | JHP | Emails to/from Bankruptcy Counsel for the Estate and to/from The Estate to discuss continuance of upcoming October 9 hearing in bankruptcy court on additional relief from stay requested by borrower | L120 | .40 hrs |
| 09/27/13 | JHP | Emails to/from opposing counsel to discuss continuance of bankruptcy hearing on motion for additional relief from stay | L190 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $658.70

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | 2.20 hrs | 290.00 /hr | 638.00 |
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |

TOTAL FEES                    2.30 hrs                    $658.70

TOTAL CHARGES FOR THIS INVOICE                    $658.70

***** TOTAL DUE UPON RECEIPT *****

BRADLEY ARANT
BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    FEBRUARY 14, 2014
1100 Virginia Drive                                       0G2012-301134
Fort Washington, PA 19034

                                                          INVOICE #  944012

                                                          FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

    Re:  0G2012-301134
         TC # 695405

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 10/11/13 | JHP | Emails to/from K.Priore to discuss status of settlement discussions with borrower | L160 | .10 hrs |
| 10/14/13 | JHP | Emails to/from bankruptcy counsel to discuss status of settlement negotiations | L160 | .20 hrs |
| 10/14/13 | FWA | Review and revise proposed settlement letter to opposing counsel | L190 | .40 hrs |
| 10/15/13 | BG | Review settlement offer | L160 | .10 hrs |
| 10/15/13 | BG | Correspondence with opposing counsel rejecting settlement offer | L160 | .10 hrs |
| 10/18/13 | JHP | Email from bankruptcy counsel to request update on settlement discussions | L160 | .10 hrs |
| 10/22/13 | JHP | Emails to/from bankruptcy counsel to discuss hearing date on motion for additional relief from stay filed by borrower | L230 | .20 hrs |
| 10/23/13 | JHP | Emails to/from counsel for the Estate to discuss upcoming hearing on motion by borrower for additional relief from stay | L120 | .20 hrs |
| 10/24/13 | JHP | Phone conference with L.Delehey and K.Priore and with bankruptcy counsel to discuss strategy and settlement issues | L120 | .50 hrs |

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE     2
FEBRUARY 14, 2014

0G2012-301134

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 11/01/13 | JHP | Emails to/from bankruptcy counsel to discuss status of settlement discussions with borrower's counsel | L160 | .10 | hrs |
| 11/06/13 | JHP | Emails to/from Bankruptcy counsel and Estate contacts to discuss general settlement and case strategy | L160 | .20 | hrs |
| 11/07/13 | JHP | Emails to/from Estate and Estate bankruptcy counsel to discuss settlement strategy, negotiations and hearing on motion by borrower for additional relief from stay | L160 | .60 | hrs |
| 11/07/13 | JHP | Phone conference with Estate and Estate's counsel to discuss settlement strategy, negotiations and hearing on motion by borrower for additional relief from stay | L160 | .30 | hrs |
| 11/08/13 | JHP | Worked on settlement strategy following call with Estate | L160 | .30 | hrs |
| 11/14/13 | ABB | Coordinate appearance via telephone for hearing on Residential Capital BK case per Order entered by Judge Glenn and further e-mail communications regarding same | L110 | .50 | hrs |
| 12/03/13 | JHP | Emails to/from bankruptcy counsel to discuss general status of settlement negotiations with borrower | L160 | .20 | hrs |
| 12/04/13 | JHP | Emails to/from Estate contacts L.Delehey and K.Priore and bankruptcy counsel at Morrison & Foerster to discuss settlement status, most recent settlement offer response of borrower, | L160 | .50 | hrs |

# BRADLEY ARANT
# BOULT CUMMINGS L.P

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    3
FEBRUARY 14, 2014

0G2012-301134

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| | | and to confirm additional and final settlement authority from the Estate to resolve case in full | | |
| 12/05/13 | BG | Work on settlement negotiations | L160 | .10 hrs |
| 12/06/13 | JHP | Email to opposing counsel to confirm acceptance with moving next hearing in bankruptcy court given settlement discussions | L230 | .10 hrs |
| 12/09/13 | JHP | Emails to/from Estate attorneys and client representatives to discuss status of settlement negotiations with borrower and to discuss upcoming hearing on motion for relief from stay | L160 | .40 hrs |
| 12/12/13 | JHP | Emails to/from Estate client contacts to discuss draft settlement agreement | L160 | .20 hrs |
| 12/13/13 | JHP | Email to/from Estate contact K.Priore to discuss latest on settlement | L160 | .10 hrs |
| 12/16/13 | JHP | Emails to/from K.Priore to discuss latest on settlement and to discuss documents needed from Estate to process settlement check | L160 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $1,568.30

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Wendell Allen | .40 hrs | 378.00 /hr | 151.20 |
| Allison Burke | .50 hrs | 158.00 /hr | 79.00 |
| Jon H. Patterson | 4.40 hrs | 290.00 /hr | 1,276.00 |
| Blake Goodsell | .30 hrs | 207.00 /hr | 62.10 |

**BRADLEY ARANT**
**BOULT CUMMINGS**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

Rescap

PAGE    4
FEBRUARY 14, 2014

0G2012-301134

FED ID NO. 63-0243316

| TOTAL FEES | 5.60 hrs | $1,568.30 |
|---|---|---|
| **TOTAL CHARGES FOR THIS INVOICE** | | **$1,568.30** |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2012-301154

INVOICE #  944013

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2012-301154
     TC # 716085

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/16/13 | GWG | Correspondence with client regarding status of loan modification and the continued bankruptcy stay | L120 | .20 hrs |
| 11/14/13 | JOHO | Reviewed and filed Status Report of Pending Bankruptcy and sent service to parties. | L210 | .30 hrs |

TOTAL FEES FOR THIS MATTER                          $109.80

02       Postage Charges                                          0.00

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Graham W. Gerhardt | .20 hrs | 312.00 /hr | 62.40 |
| Jonathan Holtzclaw | .30 hrs | 158.00 /hr | 47.40 |

TOTAL FEES                     0.50 hrs          $109.80

**TOTAL CHARGES FOR THIS INVOICE**            $109.80

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301014

INVOICE #   944015

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:   0G2013-301014
      TC # 712847

PROFESSIONAL SERVICES

| Date | | | | |
|------|------|------|------|------|
| 11/04/13 | phn | Draft status update report for client review | L190 | .20 hrs |
| 12/03/13 | phn | Draft December status update report | B110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $93.20

BILLING SUMMARY

| | | | | |
|--|--|--|--|--|
| Preston H. Neel | .40 hrs | 233.00 /hr | 93.20 |

TOTAL FEES           0.40 hrs              $93.20

**TOTAL CHARGES FOR THIS INVOICE**          $93.20

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** L.L.P

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                FEBRUARY 14, 2014
1100 Virginia Drive                                   0G2013-301029
Fort Washington, PA 19034

                                                      INVOICE #  944016

                                                      FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

    Re:  0G2013-301029
         TC # 694012

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/01/13 | BAW | Correspond with Atlantic Title regarding potential settlement with GMAQ | L160 | .40 hrs |
| 12/04/13 | BAW | Review Atlantic Title's motion for summary judgment and evidentiary submissions | L240 | 1.10 hrs |
| 12/04/13 | BAW | Reach out to estate lawyers to discuss case status and to confirm no need for GMAC to attend 1/23 hearing on motion for summary judgment hearing | L240 | .40 hrs |

                    TOTAL FEES FOR THIS MATTER                    $634.60


BILLING SUMMARY

    Brian Wahl            1.90 hrs    334.00 /hr        634.60


TOTAL FEES                  1.90 hrs                    $634.60

**TOTAL CHARGES FOR THIS INVOICE**                     **$634.60**

            ***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    NOVEMBER 22, 2013
1100 Virginia Drive                                      0G2013-301033
Fort Washington, PA 19034

                                                         INVOICE #  889634

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

   Re:  0G2013-301033
        TC # 719597

PROFESSIONAL SERVICES

09/03/13  JJO  Draft status report                L120      .10 hrs


              TOTAL FEES FOR THIS MATTER                    $24.60


BILLING SUMMARY

   Josh Johnson            .10 hrs   246.00 /hr      24.60


TOTAL FEES              0.10 hrs              $24.60

**TOTAL CHARGES FOR THIS INVOICE**            $24.60

          ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301033

INVOICE #  944017

**FED ID NO. 63-0243316**

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301033
     TC # 719597

PROFESSIONAL SERVICES

| 10/01/13 | JJO | Prepare status report for client | L120 | .20 hrs |
|----------|-----|----------------------------------|------|---------|
| 12/03/13 | JJO | Draft monthly status report for client review | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                          $98.40

BILLING SUMMARY

| Josh Johnson | .40 hrs | 246.00 /hr | 98.40 |
|--------------|---------|------------|-------|

TOTAL FEES                 0.40 hrs                $98.40

**TOTAL CHARGES FOR THIS INVOICE**                 $98.40

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2013-301040

INVOICE #  889635

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2013-301040
     TC # 688683

PROFESSIONAL SERVICES

| 09/24/13 | MPE | Initial draft of Amended Response to P.Herman's Motion for Attorneys fees due to Bankruptcy court ruling | L210 | .60 hrs |

TOTAL FEES FOR THIS MATTER                                        $100.20

BILLING SUMMARY

Melisa P. Palmer          .60 hrs    167.00 /hr      100.20

TOTAL FEES              0.60 hrs                   $100.20

**TOTAL CHARGES FOR THIS INVOICE**                $100.20

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301040

INVOICE #  944018

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301040
     TC # 688683

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 10/21/13 | CWH | Revise amended/supplemental response to Herman's request for attorneys' fees | L210 | .20 hrs |
| 10/22/13 | CWH | Revise amended notice of bankruptcy to acknowledge that attorney fee claim is allowed | L210 | .20 hrs |
| 10/22/13 | MPE | Research docket to determine case status. | L110 | .10 hrs |
| 10/22/13 | MPE | Finalize and electronically submit GMAC's Amended Objection to borrower's Motion for Attorney's Fees. | L210 | .30 hrs |
| 10/22/13 | MPE | Finalize and electronically submit GMAC's Notice of Bankruptcy. | L210 | .30 hrs |
| 11/12/13 | CWH | Draft status report for client | L120 | .10 hrs |
| 11/12/13 | MPE | Research docket to determine case status and whether any response has been filed to GMACM's recently filed motions. | L110 | .10 hrs |
| 12/06/13 | CWH | Draft status report for client on lingering attorneys' fee question | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                        $350.20

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
FEBRUARY 14, 2014

0G2013-301040

FED ID NO. 63-0243316

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | .60 hrs | 361.00 /hr | 216.60 |
| Melisa P. Palmer | .80 hrs | 167.00 /hr | 133.60 |

TOTAL FEES                1.40 hrs                    $350.20

**TOTAL CHARGES FOR THIS INVOICE**                    $350.20

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS ᴸᴸᴾ

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA, 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301041

INVOICE #  944019

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301041
     TC # 710229

PROFESSIONAL SERVICES

| 11/04/13 | phn | Draft status update report for client review | L190 | .20 hrs |
| 12/03/13 | phn | Draft December status update report | B110 | .20 hrs |

|  | TOTAL FEES FOR THIS MATTER |  | $93.20 |

BILLING SUMMARY

| Preston H. Neel | .40 hrs | 233.00 /hr | 93.20 |

| TOTAL FEES | 0.40 hrs |  | $93.20 |

| TOTAL CHARGES FOR THIS INVOICE |  |  | $93.20 |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      FEBRUARY 14, 2014
1100 Virginia Drive                                         0G2013-301042
Fort Washington, PA 19034

                                                            INVOICE #  944020

                                                            FED ID NO. 63-0243316

---

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301042
     TC # 713422

PROFESSIONAL SERVICES

11/07/13   JJPH Communications with Nic Vescovo        L120       .30 hrs
                regarding case status


           TOTAL FEES FOR THIS MATTER                           $79.20


BILLING SUMMARY

    Joshua J. Phillips          .30 hrs   264.00 /hr      79.20


TOTAL FEES                      0.30 hrs                 $79.20

**TOTAL CHARGES FOR THIS INVOICE**                       $79.20


              ***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2013-301049

INVOICE #  889636

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2013-301049
     TC # 725001

PROFESSIONAL SERVICES

| 09/18/13 | BG | Correspondence with K.Priore regarding contribution to settlement and current demand | L160 | .10 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                        $20.70

BILLING SUMMARY

| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |
|---|---|---|---|

TOTAL FEES              0.10 hrs                    $20.70

**TOTAL CHARGES FOR THIS INVOICE**                    $20.70

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
## BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301049

INVOICE #  944021

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301049
     TC # 725001

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/01/13 | BG | Correspondence with K.Priore regarding mediation preparations | L120 | .10 hrs |
| 10/02/13 | CWH | Review and revise email to Estate about case and settlement discussion | L120 | .20 hrs |
| 10/02/13 | BG | Draft damage assessment for use of the bankruptcy estate in preparing settlement authority | L120 | .90 hrs |
| 10/03/13 | BG | Correspondence with K.Priore regarding damage assessment | L120 | .10 hrs |
| 10/04/13 | CWH | Follow-up with client on 10-14-13 mediation date | L160 | .10 hrs |
| 10/04/13 | BG | Draft status report regarding loan modification offer, repurchase from Fannie Mae, discussions regarding contribution from the bankruptcy estate, and mediation preparations | L120 | .20 hrs |
| 10/07/13 | BG | Begin work on mediation position statement | L120 | .10 hrs |
| 10/07/13 | BG | Draft mediation position statement | L210 | 2.00 hrs |
| 10/08/13 | CWH | Attend conference call with K.Priore and L.Delehey regarding upcoming mediation to discuss status and strategy | L160 | .40 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
FEBRUARY 14, 2014

0G2013-301049

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|---|---|---|---|---|
| 10/08/13 | BG | Revise / finalize mediation position statement | L120 | .90 hrs |
| 10/08/13 | BG | Conference with K.Priore regarding settlement position at upcoming mediation | L120 | .30 hrs |
| 10/08/13 | BG | Conversation with B.Daniels regarding mediation | L120 | .20 hrs |
| 10/09/13 | BG | Receipt of supplemental letter from the mediator | L120 | .10 hrs |
| 10/10/13 | CWH | Review and revise mediation statement and conduct additional research into borrower's breach of contract, deceptive trade practices, and RESPA claims | L120 | .50 hrs |
| 10/11/13 | CWH | Finalize mediation statement and prepare mediation notebook for Monday | L120 | .20 hrs |
| 10/13/13 | CWH | Review and analyze file to prepare for mediation (on behalf of GMACM) | L120 | .50 hrs |
| 10/14/13 | CWH | Attend mediation on behalf of GMACM with L.Delehey to resolve Kelley's proof of claim in bankruptcy case and Texas case | L120 | 4.00 hrs |
| 10/15/13 | CWH | Write up summary of settlement terms | L120 | .20 hrs |
| 10/17/13 | BG | Review terms of settlement agreement | L160 | .10 hrs |
| 10/18/13 | CWH | Phone calls with mediator, who is following up on the settlement progress | L160 | .20 hrs |
| 10/18/13 | CWH | Exchange e-mails with borrower's counsel about status of settlement paperwork | L160 | .20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
L.P.

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
FEBRUARY 14, 2014

0G2013-301049

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 10/18/13 | BG | Correspondence with C.Baird regarding repurchase of the loan from Fannie Mae | L120 | .10 hrs |
| 10/18/13 | BG | Draft stipulation of dismissal of GMAC for use in settlement | L210 | .20 hrs |
| 10/18/13 | BG | Correspondence with D.Booth regarding proof of claim | L120 | .10 hrs |
| 10/20/13 | BG | Revise stipulation of dismissal | L210 | .10 hrs |
| 10/20/13 | BG | Revise settlement agreement | L210 | .10 hrs |
| 10/21/13 | BG | Review terms of final loan modification agreement | L120 | .10 hrs |
| 10/21/13 | BG | Correspondence with D.Booth and K.Priore regarding proof of claim | L120 | .10 hrs |
| 10/21/13 | CWH | Review and revise draft settlement agreement and send same to client for approval | L160 | .50 hrs |
| 10/21/13 | CWH | Email borrower's counsel about how he wants check made payable | L160 | .10 hrs |
| 10/22/13 | CWH | Review and revise settlement agreement and assorted documents in accordance with client changes | L160 | .20 hrs |
| 10/22/13 | CWH | Exchange several emails with borrower's counsel about initial draft of settlement agreement | L160 | .20 hrs |
| 10/22/13 | BG | Revisions to Assumption Package per client requests | L120 | .10 hrs |

# BRADLEY ARANT
## BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE     4
FEBRUARY 14, 2014

ResCap

OG2013-301049

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/22/13 | BG | Correspondence with L.Delehy regarding revisions to settlement agreement | L120 | .20 hrs | |
| 10/22/13 | BG | Revise settlement agreement per requests by the bankruptcy estate | L160 | .40 hrs | |
| 10/22/13 | BG | Draft withdraw of proof of claim for use as exhibit to settlement agreement | L160 | .30 hrs | |
| 10/22/13 | BG | Correspondence with L.Delehey regarding payment of settlement funds and release | L120 | .20 hrs | |
| 10/22/13 | BG | Revise settlement agreement to remove FNMA as a signatory | L160 | .10 hrs | |
| 10/22/13 | BG | Correspondence with counsel for Ally regarding draft settlement agreement and release of Ally | L160 | .20 hrs | |
| 10/22/13 | BG | Revisions to Settlement Agreement per client request | L160 | .20 hrs | |
| 10/22/13 | BG | Correspondence with opposing counsel conveying settlement agreement, modification exhibit, assumption package, withdraw of proof of claim and discussing remaining issues for settlement finalization | L160 | .20 hrs | |
| 10/22/13 | BG | Evaluate ability to argue for postponement of depositions based on ongoing mediation | L120 | .20 hrs | |
| 10/22/13 | BG | Review documentation of note ownership and assignment | L120 | .10 hrs | |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
FEBRUARY 14, 2014

0G2013-301049

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/24/13 | BG | Review requested revisions to settlement agreement and exhibits and evaluate issues related to the same | L120 | .30 hrs |
| 10/25/13 | CWH | Phone call with L.Delehey about borrower's counsel's proposed edits to settlement agreement | L160 | .20 hrs |
| 10/25/13 | BG | Conference with L.Delehey regarding final revisions to the settlement agreement | L160 | .20 hrs |
| 10/25/13 | BG | Prepare for conference with L.Delehey regarding final revisions to the settlement agreement | L120 | .20 hrs |
| 10/25/13 | BG | Revise settlement agreement | L160 | .20 hrs |
| 10/25/13 | BG | Contact counsel for Ally regarding inclusion of Ally in release and any separate agreements | L120 | .10 hrs |
| 10/25/13 | BG | Finalize release of obligor for use in settlement | L120 | .10 hrs |
| 10/25/13 | BG | Finalize assumption agreement for use in settlement | L210 | .10 hrs |
| 10/28/13 | BG | Revisions to settlement agreement | L160 | .30 hrs |
| 10/28/13 | BG | Multiple conversations with counsel for Ally regarding inclusion of Ally in release and any separate agreements | L120 | .20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE      6
FEBRUARY 14, 2014

ResCap

0G2013-301049

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/28/13 | BG | Review separate release agreement between Ally and Plaintiffs and evaluate sufficiency to protect the estate's interests | L120 | .10 hrs |
| 10/28/13 | BG | Correspondence with L.Delehey regarding separate Ally release | L120 | .10 hrs |
| 10/28/13 | BG | Correspondence with counsel for Ally regarding approval of separate release and separate release for Ally | L120 | .10 hrs |
| 10/28/13 | CWH | Review and analyze the draft release for Ally Financial and determine if same will satisfy Estate's concerns | L160 | .10 hrs |
| 10/28/13 | CWH | Phone call with borrower's counsel about terms of settlement agreement, loan modification, and assumption agreement | L160 | .20 hrs |
| 10/28/13 | CWH | Additional review and revisions to settlement agreement | L160 | .30 hrs |
| 10/29/13 | CWH | Series of phone calls with borrower's counsel about terms of settlement agreement, loan modification, and assumption agreement and answer his questions on same | L160 | .60 hrs |
| 10/29/13 | BG | Evaluate documents needed to complete settlement process | L120 | .10 hrs |
| 10/30/13 | BG | Draft warranty deed from Dupuy and Kathy Kelley to John and Kathy Kelley jointly with right of survivorship | L120 | .20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    7
FEBRUARY 14, 2014

0G2013-301049

FED ID NO. 63-0243316

| Date | Atty | Description | Code | Hours |
|---|---|---|---|---|
| 10/30/13 | BG | Draft task list for items needed to finalize settlement | L120 | .10 hrs |
| 10/31/13 | BG | Review additional revisions requested by opposing counsel to settlement agreement and incorporate acceptable changes | L160 | .20 hrs |
| 10/31/13 | BG | Review separate release agreement for Janice Dupuy | L120 | .10 hrs |
| 10/31/13 | BG | Review additional revisions requested by opposing counsel to the Assumption Agreement and release | L120 | .10 hrs |
| 11/01/13 | BG | Conversation with counsel for Ally regarding relationship between Ally and Dupuy and draft of Ally settlement agreement | L160 | .30 hrs |
| 11/03/13 | CWH | Review and revise settlement agreement and assorted documents, following borrower's counsel's latest round of changes | L160 | .40 hrs |
| 11/04/13 | CWH | Exchange e-mails with Ally's counsel about their progress with getting a release from Kelleys | L160 | .10 hrs |
| 11/04/13 | CWH | Revise settlement agreement | L160 | .20 hrs |
| 11/04/13 | BG | Correspondence with counsel for Ally regarding separate settlement agreement | L120 | .10 hrs |
| 11/04/13 | BG | Revise mutual release provision in settlement agreement | L160 | .10 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    8
FEBRUARY 14, 2014

0G2013-301049

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/04/13 | BG | Review of current draft Release of Ally and confer with the estate regarding sufficiency thereof | L120 | .20 hrs |
| 11/05/13 | BG | Work on settlement documents | L160 | .10 hrs |
| 11/05/13 | BG | Correspondence with opposing counsel regarding confidentiality provision of settlement agreement | L160 | .10 hrs |
| 11/05/13 | CWH | Review Ally's release and send same to L.Delehey for approval from Estate's perspective | L160 | .20 hrs |
| 11/05/13 | CWH | Review and revise settlement agreement and send same to borrower's counsel for discussion | L160 | .30 hrs |
| 11/05/13 | CWH | Phone call with borrower's counsel about settlement changes and details | L160 | .20 hrs |
| 11/06/13 | CWH | Exchange e-mails with Estate attorney about status of settlement agreement drafting | L160 | .10 hrs |
| 11/06/13 | BG | Conversation with counsel for Ally regarding bankruptcy Estate's approval of separate release of Ally bank | L120 | .10 hrs |
| 11/06/13 | BG | Correspondence with L.Delehey regarding approval of final version of settlement agreement | L120 | .10 hrs |
| 11/07/13 | BG | Edit settlement agreement to reflect correct credit bureaus | L160 | .10 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE       9
FEBRUARY 14, 2014

0G2013-301049

FED ID NO. 63-0243316

| Date | Init. | Description | Code | Hours |
|------|-------|-------------|------|-------|
| 11/07/13 | BG | Correspondence with opposing counsel regarding credit reporting | L120 | .10 hrs |
| 11/12/13 | BG | Draft transfer of note ownership letter | L120 | .10 hrs |
| 11/13/13 | BG | Work on finalizing settlement agreement | L160 | .30 hrs |
| 11/13/13 | BG | Correspondence and conversation with counsel for Ally regarding execution of separate agreement | L120 | .30 hrs |
| 11/21/13 | BG | Conversation with opposing counsel regarding execution of settlement agreement for Ally | L120 | .10 hrs |
| 11/22/13 | BG | Correspondence with K.Priore regarding finalization of settlement agreement | L160 | .20 hrs |
| 11/22/13 | BG | Correspondence and conversation with counsel for Ally regarding separate settlement agreement | L160 | .20 hrs |
| 11/22/13 | BG | Correspondence and conversation with opposing counsel regarding finalization of settlement agreement with Ally | L160 | .20 hrs |
| 11/22/13 | BG | Correspondence with counsel for Ally regarding stipulation of dismissal | L120 | .10 hrs |
| 11/23/13 | CWH | Exchange e-mails with borrower's counsel and review final signed version of Ally settlement agreement | L160 | .10 hrs |
| 11/25/13 | BG | Correspondence with K.Priore regarding Ally settlement agreement | L120 | .10 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    10
FEBRUARY 14, 2014

0G2013-301049

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/25/13 | CWH | Exchange e-mails with Ally's counsel about timing of filing stipulation of dismissal | L110 | .10 hrs |
| 11/26/13 | BG | Conversation and correspondence with K.Priore and L.Delehey regarding signing settlement agreement | L120 | .20 hrs |
| 12/05/13 | CWH | Review and analyze progress with getting in all settlement documents and release of Proof of Claim | L160 | .10 hrs |
| 12/05/13 | BG | Request issuance of settlement check | L120 | .10 hrs |
| 12/05/13 | BG | Correspondence with J.Meester regarding order of recording documents | L120 | .10 hrs |
| 12/05/13 | BG | Correspondence with opposing counsel executed settlement documents and need for newly executed warranty deed | L120 | .10 hrs |
| 12/05/13 | BG | Revise Warranty Deed to comply with Harris County notary requirements | L120 | .10 hrs |
| 12/06/13 | BG | Contact J.Meester regarding issues with recording settlement documents | L120 | .10 hrs |
| 12/06/13 | BG | Correspondence with opposing counsel regarding execution of warranty deed | L120 | .10 hrs |
| 12/06/13 | BG | Conversation with counsel for Ally regarding settlement finalization | L120 | .10 hrs |
| 12/10/13 | BG | Receipt of settlement documents and final settlement check from ResCap and provide same to opposing counsel | L120 | .10 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    11
FEBRUARY 14, 2014

0G2013-301049

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                          $6,905.60

EXPENSES

| 20 | Airline Tickets | 415.40 |
| 21 | Travel Expense | 176.47 |
| 23 | Meal Expense | 11.19 |
| 50 | Mediation Fee | 675.00 |

TOTAL COSTS FOR THIS MATTER                  $1,278.06

BILLING SUMMARY

| Christian W. Hancock | 10.70 hrs | 361.00 /hr | 3,862.70 |
| Blake Goodsell | 14.70 hrs | 207.00 /hr | 3,042.90 |

TOTAL FEES          25.40 hrs                $6,905.60

TOTAL EXPENSES                               $1,278.06

**TOTAL CHARGES FOR THIS INVOICE**           $8,183.66

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2013-301059

INVOICE #  889637

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2013-301059
     TC # 717729

PROFESSIONAL SERVICES

09/20/13   JHP   Provided monthly status update to client      L120      .10 hrs
                 on general status of case

                 TOTAL FEES FOR THIS MATTER                              $29.00

BILLING SUMMARY

   Jon H. Patterson          .10 hrs   290.00 /hr        29.00

TOTAL FEES                   0.10 hrs                   $29.00

**TOTAL CHARGES FOR THIS INVOICE**                      $29.00

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301059

INVOICE #  944022

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301059
     TC # 717729

PROFESSIONAL SERVICES

10/04/13   JHP   Provided monthly status report to client    L120    .10 hrs
                 to discuss current status of case


                 TOTAL FEES FOR THIS MATTER                  $29.00


BILLING SUMMARY

    Jon H. Patterson          .10 hrs   290.00 /hr      29.00


TOTAL FEES                 0.10 hrs                  $29.00

**TOTAL CHARGES FOR THIS INVOICE**                  $29.00

            ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301060

INVOICE #  944023

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301060
     TC # 721904

## PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/14/13 | MW | Correspondence with D.Booth regarding procedural posture of ongoing litigation and outstanding issues with strategy toward summary judgment | C400 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $112.80

## BILLING SUMMARY

Monica Wilson              .40 hrs   282.00 /hr      112.80

TOTAL FEES              0.40 hrs              $112.80

**TOTAL CHARGES FOR THIS INVOICE**          **$112.80**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2013-301066

INVOICE #  889638

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2013-301066
     TC # 724827

EXPENSES

| 11 | Legal Notices | 155.00 |
|----|---------------|--------|
|    | TOTAL COSTS FOR THIS MATTER | $155.00 |

| TOTAL FEES | 0.00 hrs | $.00 |
|------------|----------|------|
| TOTAL EXPENSES | | $155.00 |
| **TOTAL CHARGES FOR THIS INVOICE** | | $155.00 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2013-301073

INVOICE #  889639

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2013-301073
     TC # 718205

PROFESSIONAL SERVICES

09/03/13  NSR  Draft status report for client        L120      .10 hrs

               TOTAL FEES FOR THIS MATTER                   $28.20

BILLING SUMMARY

   Nader Raja              .10 hrs   282.00 /hr      28.20

TOTAL FEES               0.10 hrs              $28.20

**TOTAL CHARGES FOR THIS INVOICE**            $28.20

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301073

INVOICE #  944024

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301073
     TC # 718205

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 12/02/13 | NSR | Draft status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $56.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nader Raja | .20 hrs | 282.00 /hr | 56.40 |
| TOTAL FEES | 0.20 hrs | | $56.40 |

**TOTAL CHARGES FOR THIS INVOICE**                    $56.40

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                             FEBRUARY 14, 2014
1100 Virginia Drive                                0G2013-301083
Fort Washington, PA 19034

                                                   INVOICE #  944025

                                                   FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301083
     TC # 703224

PROFESSIONAL SERVICES

10/18/13  LADA  Review and analysis of current case      L190    .20 hrs
                docket to evaluate status of stay
                pending resolution of bankruptcy

11/30/13  NJV   Draft status report for client           L120    .10 hrs


          TOTAL FEES FOR THIS MATTER                              $62.00


BILLING SUMMARY

   Nicholas J. Voelker       .10 hrs    304.00 /hr       30.40
   Lucinda Kish              .20 hrs    158.00 /hr       31.60


TOTAL FEES                   0.30 hrs                    $62.00

**TOTAL CHARGES FOR THIS INVOICE**                       $62.00

          ***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2013-301084

INVOICE #  889640

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2013-301084
     TC # 715852

PROFESSIONAL SERVICES

| 09/03/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 09/30/13 | KK | Research and review docket to determine status of case | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $44.00

BILLING SUMMARY

| Nader Raja | .10 hrs | 282.00 /hr | 28.20 |
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

| TOTAL FEES | 0.20 hrs | | $44.00 |

**TOTAL CHARGES FOR THIS INVOICE**                    $44.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                         FEBRUARY 14, 2014
1100 Virginia Drive                                           0G2013-301084
Fort Washington, PA 19034

                                                              INVOICE #  944026

                                                              FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301084
     TC # 715852

PROFESSIONAL SERVICES

10/01/13   NSR   Review case docket and draft status        L120      .10 hrs
                 report for client

10/23/13   ABB   Assist with gathering information and       L110      .30 hrs
                 pleadings on Everett Butcher and update
                 file regarding same

10/23/13   NSR   Review case docket and pleadings per        L120      .20 hrs
                 client request

10/23/13   NSR   Draft detailed case summary and status      L120      .20 hrs
                 update for client

12/02/13   NSR   Draft status report for client              L120      .10 hrs


           TOTAL FEES FOR THIS MATTER                                 $216.60


BILLING SUMMARY

   Allison Burke              .30 hrs   158.00 /hr        47.40
   Nader Raja                 .60 hrs   282.00 /hr       169.20


TOTAL FEES                 0.90 hrs                      $216.60

**TOTAL CHARGES FOR THIS INVOICE**                      $216.60

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                    FEBRUARY 14, 2014
1100 Virginia Drive                                      0G2013-301085
Fort Washington, PA 19034

                                                        INVOICE #  944027

                                                        FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

    Re:  0G2013-301085
         TC # 716026

PROFESSIONAL SERVICES

    10/16/13   FWA   Review pleadings and consider strategy      L190      .40 hrs
                     for preparing case for trial

    10/22/13   FWA   Review and revise settlement                L190      .50 hrs
                     recommendation memo


              TOTAL FEES FOR THIS MATTER                          $340.20


BILLING SUMMARY

    Wendell Allen              .90 hrs   378.00 /hr        340.20


TOTAL FEES                    0.90 hrs                    $340.20

**TOTAL CHARGES FOR THIS INVOICE**                       $340.20

              ***** TOTAL DUE UPON RECEIPT *****

# ㄢ BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301095

INVOICE #  944028

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301095
     TC # 718511

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 12/13/13 | JCCO | View and respond to email from D.Booth regarding case status | L240B | .30 hrs | |
| 12/17/13 | JCCO | Prepare for and attend status conference and send D.Booth an email with update from status conference | L450 | 1.70 hrs | |

TOTAL FEES FOR THIS MATTER                                   $448.00

BILLING SUMMARY

Jonathan Cobb            2.00 hrs   224.00 /hr       448.00

TOTAL FEES                2.00 hrs                  $448.00

**TOTAL CHARGES FOR THIS INVOICE**                $448.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS

LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2013-301117

INVOICE #  889641

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2013-301117
     TC # 725395

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/03/13 | NSR | Draft status report for client | L120 | .10 hrs |
| 09/30/13 | KK | Research and review docket to determine status of case | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $44.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nader Raja | .10 hrs | 282.00 /hr | 28.20 |
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES              0.20 hrs              $44.00

**TOTAL CHARGES FOR THIS INVOICE**           $44.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                      NOVEMBER 22, 2013
1100 Virginia Drive                                        0G2013-301177
Fort Washington, PA 19034

                                                           INVOICE #  889642

                                                                  FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

     Re:   0G2013-301177
           TC # 730136

<u>EXPENSES</u>

| | | |
|---|---|---:|
| 09/04/13 | Airline Tickets - HOPE T. CANNON ATTEND HEARING RE: MOTION TO VACATE IN FLORIDA 8/25/13 - 8/26/13 BHM TO TAMPA RT<br>Bank ID: GENR Check Number: 165392 | 575.80 |
| 09/04/13 | Travel Expense - HOPE T. CANNON ATTEND HEARING RE: MOTION TO VACATE IN FLORIDA 8/25/13 - 8/26/13 HOTEL<br>Bank ID: GENR Check Number: 165392 | 137.64 |
| 09/04/13 | Travel Expense - HOPE T. CANNON ATTEND HEARING RE: MOTION TO VACATE IN FLORIDA 8/25/13 - 8/26/13 RENTAL CAR<br>Bank ID: GENR Check Number: 165392 | 225.79 |
| 09/04/13 | Travel Expense - HOPE T. CANNON ATTEND HEARING RE: MOTION TO VACATE IN FLORIDA 8/25/13 - 8/26/13 HOTEL PARKING<br>Bank ID: GENR Check Number: 165392 | 21.20 |
| 09/04/13 | Travel Expense - HOPE T. CANNON ATTEND HEARING RE: MOTION TO VACATE IN FLORIDA 8/25/13 - 8/26/13 COURTHOUSE PARKING<br>Bank ID: GENR Check Number: 165392 | 1.50 |
| 09/04/13 | Travel Expense - HOPE T. CANNON ATTEND HEARING RE: MOTION TO VACATE IN FLORIDA 8/25/13 - 8/26/13 VALET<br>Bank ID: GENR Check Number: 165392 | 2.00 |
| 09/05/13 | Travel Expense - HOPE T. CANNON ATTEND HEARING RE: MOTION TO VACATE IN FLORIDA 8/26/13 ROAD TOLLS<br>Bank ID: GENR Check Number: 165392 | 6.20 |
| 09/04/13 | Meal Expense - HOPE T. CANNON ATTEND HEARING RE: MOTION TO VACATE IN FLORIDA 8/25/13<br>Bank ID: GENR Check Number: 165392 | 18.90 |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      2
NOVEMBER 22, 2013

0G2013-301177

FED ID NO. 63-0243316

| | | |
|---|---|---|
| 09/04/13 Meal Expense - HOPE T. CANNON ATTEND HEARING RE: MOTION TO VACATE IN FLORIDA 8/26/13 Bank ID: GENR Check Number: 165392 | | 9.75 |
| 09/04/13 Meal Expense - HOPE T. CANNON ATTEND HEARING RE: MOTION TO VACATE IN FLORIDA 8/26/13 Bank ID: GENR Check Number: 165392 | | 4.24 |
| TOTAL COSTS FOR THIS MATTER | $1,003.02 | |

| | | |
|---|---|---|
| TOTAL FEES | 0.00 hrs | $.00 |
| TOTAL EXPENSES | | $1,003.02 |
| TOTAL CHARGES FOR THIS INVOICE | | $1,003.02 |

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301117

INVOICE #   944029

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:   0G2013-301117
      TC # 725395

PROFESSIONAL SERVICES

| Date | | Description | | |
|---|---|---|---|---|
| 10/01/13 | NSR | Review case docket and draft status report for client | L120 | .10 hrs |
| 12/02/13 | NSR | Draft monthly status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER              $56.40

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nader Raja | .20 hrs | 282.00 /hr | 56.40 |
| TOTAL FEES | 0.20 hrs | | $56.40 |

**TOTAL CHARGES FOR THIS INVOICE**              **$56.40**

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                        FEBRUARY 14, 2014
1100 Virginia Drive                                          0G2013-301136
Fort Washington, PA 19034

                                                             INVOICE #  944030

                                                             FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301136
     TC # 726711

PROFESSIONAL SERVICES

| 10/04/13 | BG | Draft status report regarding stayed claims | L120 | .10 hrs |
| 10/29/13 | JHP | Reviewed motion of borrower to return case to active docket and reviewed order from court granting same | L250 | .20 hrs |
| 10/29/13 | BG | Review of motion to return case to the active docket | L210 | .10 hrs |
| 10/30/13 | BG | Review of motion returning case to the active docket | L120 | .10 hrs |
| 10/30/13 | BG | Evaluate response to return of the case to the active docket | L120 | .10 hrs |

                    TOTAL FEES FOR THIS MATTER                    $140.80

BILLING SUMMARY

| Jon H. Patterson | .20 hrs | 290.00 /hr | 58.00 |
| Blake Goodsell | .40 hrs | 207.00 /hr | 82.80 |

| TOTAL FEES | 0.60 hrs | | $140.80 |



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
FEBRUARY 14, 2014

0G2013-301136

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE            $140.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301157

INVOICE # 944031

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:   0G2013-301157
      TC # 723329

**PROFESSIONAL SERVICES**

| | | | | |
|---|---|---|---|---|
| 10/23/13 | ABB | Assist Estate with gathering information and pleadings on Alan Redmond matter for proof of claim process. | L110 | .30 hrs |
| 10/23/13 | LADA | Review and analysis of case file for status of motion to dismiss | L190 | .30 hrs |
| 10/25/13 | MPE | Review and analysis of complaint and all answers to determine if case is proceeding against third party purchaser to assist Estate representative with preparing Response to Proof of Claim. | L110 | .50 hrs |
| 11/30/13 | NJV | Draft status report for client | L120 | .10 hrs |

                 TOTAL FEES FOR THIS MATTER                    $208.70

**BILLING SUMMARY**

| | | | | |
|---|---|---|---|---|
| Allison Burke | .30 hrs | 158.00 /hr | 47.40 |
| Nicholas J. Voelker | .10 hrs | 304.00 /hr | 30.40 |
| Lucinda Kish | .30 hrs | 158.00 /hr | 47.40 |
| Melisa P. Palmer | .50 hrs | 167.00 /hr | 83.50 |

TOTAL FEES              1.20 hrs                    $208.70



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
FEBRUARY 14, 2014

0G2013-301157

FED ID NO. 63-0243316

TOTAL CHARGES FOR THIS INVOICE                    $208.70

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301158

INVOICE #   944032

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301158
     TC # 720315

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/07/13 | MPE | Review payment history and loan modification to assist with response to opposing counsel's letter. | L110 | .70 hrs |
| 10/23/13 | CWH | Review and analyze terms of 2010 loan modification (based on borrower's questions about capitalized amounts) and email client to ask for information on same | L120 | .40 hrs |
| 10/30/13 | CWH | Review and analyze loan modification documents and other correspondence to borrowers | L120 | .30 hrs |
| 10/31/13 | CWH | Draft letter to borrower's counsel explaining mechanics of 2010 loan modification | L120 | .20 hrs |
| 11/04/13 | CWH | Draft correspondence to Lee's counsel regarding his continued questions about the "fee" on the loan | L110 | .40 hrs |
| 11/04/13 | CWH | Emails and phone calls with Morrison Foerster regarding Lee's Proof of Claim and plan for same | L110 | .40 hrs |
| 11/04/13 | CWH | Review and analyze 2009 counterclaims for (1) Breach of Obligations of Good Faith and Fair Dealing, (2) Breach of Contract, and (3) Consumer Collections Act Violation and draft memo/email to Estate about same | L110 | .50 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE     2
FEBRUARY 14, 2014

0G2013-301158

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 11/13/13 | CWH | Phone call with borrower's counsel to discuss how the HAMP loan modification functions and to address possible settlement of Proof of Claim | L120 | .40 hrs | |

TOTAL FEES FOR THIS MATTER                               $1,055.50

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Christian W. Hancock | 2.60 hrs | 361.00 /hr | 938.60 |
| Melisa P. Palmer | .70 hrs | 167.00 /hr | 116.90 |

TOTAL FEES                     3.30 hrs                  $1,055.50

**TOTAL CHARGES FOR THIS INVOICE**                      $1,055.50

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301165

INVOICE #  944033

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301165
     TC # 731334

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/18/13 | FSP | Drafting and revising email to Don Booth (Residential Capital) regarding overview, analysis, and update of Kelly matter, including analysis of pleadings and case documents and research on PACER regarding case status and analyzing and responding to email from D.Booth regarding case analysis and strategy | L120 | 1.30 hrs |

TOTAL FEES FOR THIS MATTER                                     $286.00

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Frankie Spero | 1.30 hrs | 220.00 /hr | 286.00 |

TOTAL FEES                     1.30 hrs                     $286.00

**TOTAL CHARGES FOR THIS INVOICE**                     $286.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301177

INVOICE #  944034

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301177
     TC # 730136

PROFESSIONAL SERVICES

| 10/20/13 | CWH | Review Judge Glenn's prior order and exchange e-mails with Estate attorneys' about Merton's claim for attorneys' fees | L120 | .30 hrs |
|---|---|---|---|---|

TOTAL FEES FOR THIS MATTER                                    $108.30

BILLING SUMMARY

| Christian W. Hancock | .30 hrs | 361.00 /hr | 108.30 |
|---|---|---|---|

| TOTAL FEES | 0.30 hrs | $108.30 |
|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**                           $108.30

***** TOTAL DUE UPON RECEIPT *****

**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2013-301179

INVOICE #  889643

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2013-301179
     TC # 727290

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| 09/25/13 | CWH | Review and analyze court's dismissal of case and notify K.Priore of same | L210 | .20 hrs | |

TOTAL FEES FOR THIS MATTER                                  $72.20

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |

TOTAL FEES                    0.20 hrs              $72.20

**TOTAL CHARGES FOR THIS INVOICE**              **$72.20**

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS ᴸᴸᴾ

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                              FEBRUARY 14, 2014
1100 Virginia Drive                                 0G2013-301179
Fort Washington, PA 19034

                                                    INVOICE #   944035

                                                    FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

    Re:  0G2013-301179
         TC # 727290

PROFESSIONAL SERVICES

    10/08/13   CWH   Review and analyze claims and ruling      L210      .50 hrs
                     from North Carolina suit, compare same
                     to Ruiz's Proofs of Claim, and draft
                     summary to Estate Legal Dept. about same

    10/31/13   CSM   Review dismissal order and notice of      L190      .10 hrs
                     appeal from same

    11/04/13   MPE   Research docket to determine status of    L110      .10 hrs
                     notice of appeal.


                     TOTAL FEES FOR THIS MATTER.               $226.70


BILLING SUMMARY

    Christian W. Hancock      .50 hrs    361.00 /hr      180.50
    Cory S. Menees            .10 hrs    295.00 /hr       29.50
    Melisa P. Palmer          .10 hrs    167.00 /hr       16.70


TOTAL FEES                    0.70 hrs                   $226.70

TOTAL CHARGES FOR THIS INVOICE                          $226.70

            ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301184

INVOICE #  944036

FED ID NO. 63-6243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301184
     TC # 725820

### PROFESSIONAL SERVICES

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/20/13 | BG | Revise Motion for Summary Judgment | L210 | .10 hrs |
| 11/25/13 | CWH | Exchange e-mails with Morrison Foerster about Proof of Claim in McGuinn case and when/how they want to address same | L120 | .20 hrs |
| 11/26/13 | CWH | Email Estate attorneys about Proof of Claim in McGuinn case and when/how they want to address same | L120 | .10 hrs |
| 11/29/13 | CWH | Follow-up with client on copy of letter to Pite Duncan with indemnity notice | L120 | .10 hrs |
| 11/29/13 | CWH | Exchange e-mails with K.Priore regarding borrower's Proof of Claim and recent call with their counsel | L120 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $237.30

### BILLING SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Christian W. Hancock | .60 hrs | 361.00 /hr | 216.60 |
| Blake Goodsell | .10 hrs | 207.00 /hr | 20.70 |

TOTAL FEES              0.70 hrs              $237.30



### BRADLEY ARANT
### BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
FEBRUARY 14, 2014

0G2013-301184

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                    $237.30

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2013-301194

INVOICE #  889644

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2013-301194
     TC # 732820

PROFESSIONAL SERVICES

| 09/03/13 | NSR | Draft status report for client | L120 | .10 hrs |
|----------|-----|--------------------------------|------|---------|
| 09/30/13 | KK  | Research and review docket to determine status of case | L110 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                $44.00

BILLING SUMMARY

| Nader Raja  | .10 hrs | 282.00 /hr | 28.20 |
|-------------|---------|------------|-------|
| Kerry Keane | .10 hrs | 158.00 /hr | 15.80 |

TOTAL FEES                     0.20 hrs              $44.00

**TOTAL CHARGES FOR THIS INVOICE**                      $44.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301194

INVOICE #  944037

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301194
     TC # 732820

PROFESSIONAL SERVICES

| 12/02/13 | NSR | Draft status report for client | L120 | .10 hrs |
|---|---|---|---|---|
| 12/06/13 | NSR | Review status of appellate action to determine necessity of ongoing monitoring | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                                    $56.40

BILLING SUMMARY

| Nader Raja | .20 hrs | 282.00 /hr | 56.40 |
|---|---|---|---|

TOTAL FEES              0.20 hrs                    $56.40

**TOTAL CHARGES FOR THIS INVOICE**              $56.40

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301197

INVOICE #  944038

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301197
     TC # 735229

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/21/13 | AHC | Final review and revisions to First Amended Answer to Plaintiff's First Amended Original Petition and correspondence to counsel of record regarding same | L210 | .40 hrs |

TOTAL FEES FOR THIS MATTER                    $63.20

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Alecia H. Cockrell | .40 hrs | 158.00 /hr | 63.20 |

TOTAL FEES                    0.40 hrs                    $63.20

**TOTAL CHARGES FOR THIS INVOICE**                    $63.20

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2013-301199

INVOICE #  889645

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2013-301199
     TC # 692484

PROFESSIONAL SERVICES

09/26/13  MSW  Draft status report for client        L120      .10 hrs


            TOTAL FEES FOR THIS MATTER                    $30.40


BILLING SUMMARY

    Mark S. Wierman          .10 hrs    304.00 /hr       30.40


TOTAL FEES                0.10 hrs            $30.40

**TOTAL CHARGES FOR THIS INVOICE**            $30.40


            ***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
## BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301199

INVOICE #  944039

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301199
     TC # 692484

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/31/13 | MSW | Draft status report for client | L120 | .10 hrs |
| 11/30/13 | NJV | Draft status report for client | L120 | .10 hrs |
| 12/10/13 | MCG | Prepare case status update to K.Priore | C300 | .10 hrs |
| 12/17/13 | MCG | Discussion with counsel for co-defendant regarding whether we consent to bench trial | C400 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $130.40

BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Nicholas J. Voelker | .10 hrs | 304.00 /hr | 30.40 |
| Michael C. Griffin | .20 hrs | 348.00 /hr | 69.60 |
| Mark S. Wierman | .10 hrs | 304.00 /hr | 30.40 |

TOTAL FEES                    0.40 hrs              $130.40

TOTAL CHARGES FOR THIS INVOICE                      $130.40

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
## BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301200

INVOICE #  944040

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301200
     TC # 710020

PROFESSIONAL SERVICES

| 12/10/13 | MPE | Research docket and all recently recorded public records to assist with determining case status. | L110 | .40 hrs |
|---|---|---|---|---|
| 12/10/13 | MPE | Telephone call with M.Tomlin regarding assistance with potential settlement in case. | L110 | .20 hrs |
| 12/11/13 | CWH | Phone call with Field Asset Services' counsel to discuss Proof of Claim process with GMAC | L120 | .20 hrs |

                    TOTAL FEES FOR THIS MATTER                    $172.40

BILLING SUMMARY

| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
|---|---|---|---|
| Melisa P. Palmer | .60 hrs | 167.00 /hr | 100.20 |

| TOTAL FEES | 0.80 hrs | | $172.40 |
|---|---|---|---|

**TOTAL CHARGES FOR THIS INVOICE**                $172.40

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2013-301435

INVOICE #  889646

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2013-301435
     TC # 713948

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/11/13 | LADA | Review and analysis of current case docket for pending deadlines and additional filings | L190 | .20 hrs |
| 09/18/13 | NJV | Telephone conference with opposing counsel pertaining to settlement status with Aurora and whether Homecomings can execute the dismissal | L120 | .50 hrs |
| 09/18/13 | NJV | Draft detailed case status email to Homecomings' bankruptcy estate manager, K.Priori, in order to obtain the estate's consent to execute a stipulation of dismissal | L120 | .30 hrs |

TOTAL FEES FOR THIS MATTER                               $274.80

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Nicholas J. Voelker | .80 hrs | 304.00 /hr | 243.20 |
| Lucinda Kish | .20 hrs | 158.00 /hr | 31.60 |

TOTAL FEES                    1.00 hrs              $274.80

**TOTAL CHARGES FOR THIS INVOICE**                 $274.80

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT
BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2013-301527

INVOICE #  889647

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2013-301527
     TC # 716974

PROFESSIONAL SERVICES

| 09/03/13 | CWH | Exchange several emails with default counsel and L.Delehey regarding approval of proposed consent order for attorneys' fees | L110 | .40 hrs |
|---|---|---|---|---|
| 09/03/13 | CWH | Phone call with L.Delehey regarding language of proposed consent order for attorneys' fees | L110 | .20 hrs |
| 09/23/13 | CWH | Review and analyze magistrate's report and recommendation in Durmaz and send same to Estate | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                                    $288.80

BILLING SUMMARY

| Christian W. Hancock | .80 hrs | 361.00 /hr | 288.80 |
|---|---|---|---|

TOTAL FEES            0.80 hrs                $288.80

**TOTAL CHARGES FOR THIS INVOICE**            $288.80

***** TOTAL DUE UPON RECEIPT *****



## BRADLEY ARANT
## BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301527

INVOICE #  944041

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301527
     TC # 716974

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/04/13 | CWH | Review and analyze Durmaz docket to determine if final order on fees was issued | L110 | .10 hrs |
| 11/10/13 | CWH | Confirm dispute is resolved, update status report for client, and direct file to be closed | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                              $72.20

BILLING SUMMARY

Christian W. Hancock        .20 hrs   361.00 /hr        72.20

TOTAL FEES                 0.20 hrs                     $72.20

**TOTAL CHARGES FOR THIS INVOICE**                     $72.20

***** TOTAL DUE UPON RECEIPT *****



### BRADLEY ARANT
### BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2013-301644

INVOICE #  889648

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2013-301644
     TC # 720813

PROFESSIONAL SERVICES

| 09/24/13 | MSW | Exchange emails with opposing counsel regarding additional requirements for loan modification | L120 | .20 hrs |
|----------|-----|----------------------------------------------------------------------------------------------|------|---------|
| 09/26/13 | MSW | Draft monthly status report for client | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                $91.20

BILLING SUMMARY

| Mark S. Wierman | .30 hrs | 304.00 /hr | 91.20 |
|-----------------|---------|------------|-------|

TOTAL FEES            0.30 hrs           $91.20

**TOTAL CHARGES FOR THIS INVOICE**       $91.20

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301644

INVOICE #  944042

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301644
     TC # 720813

PROFESSIONAL SERVICES

| 10/14/13 | MSW | Exchange messages with D.Booth regarding settlement and disposition of matter | L120 | .20 hrs |
| 11/25/13 | NJV | Review and analyze client documents, correspondence, pleadings, attorney notes, and other relevant information in order to conduct case review and analysis | L120 | .40 hrs |
| 12/05/13 | NJV | Correspondence to and from GMAC representative pertaining to status of the litigation, possibility of settlement and other litigation issues | L120 | .30 hrs |
| 12/10/13 | LADA | Review and analysis of current case docket for pending deadlines and recent filings | L190 | .20 hrs |
| 12/16/13 | MCG | Review case status and prepare next steps | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                          $340.00

BILLING SUMMARY

| Nicholas J. Voelker | .70 hrs | 304.00 /hr | 212.80 |
| Michael C. Griffin | .10 hrs | 348.00 /hr | 34.80 |
| Mark S. Wierman | .20 hrs | 304.00 /hr | 60.80 |
| Lucinda Kish | .20 hrs | 158.00 /hr | 31.60 |

TOTAL FEES           1.20 hrs                    $340.00



**BRADLEY ARANT**
**BOULT CUMMINGS**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     2
FEBRUARY 14, 2014

0G2013-301644

FED ID NO. 63-0243316

**TOTAL CHARGES FOR THIS INVOICE**                     $340.00

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap                                                          NOVEMBER 22, 2013
1100 Virginia Drive                                            0G2013-301683
Fort Washington, PA 19034

                                                               INVOICE #  889649

                                                               FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2013-301683
     TC # 723978

<u>PROFESSIONAL SERVICES</u>

| Date | Atty | Description | Code | Hours |
|------|------|-------------|------|-------|
| 09/03/13 | BG | Correspondence with L.Delehey regarding status report to the bankruptcy court | L120 | .10 hrs |
| 09/03/13 | BG | Correspondence with bankruptcy counsel regarding objection to proof of claim | L120 | .10 hrs |
| 09/04/13 | BG | Correspondence with L.Delehey regarding status report to the bankruptcy court | L120 | .10 hrs |
| 09/04/13 | BG | Correspondence with bankruptcy counsel regarding objection to proof of claim | L120 | .10 hrs |
| 09/04/13 | JHP | Revised status report to court regarding automatic stay | L210 | .20 hrs |
| 09/05/13 | JHP | Review information filed by borrower in response to court's request for status update on bankruptcy case | L210 | .40 hrs |
| 09/05/13 | ABB | Finalize Status Report regarding Bankruptcy and prepare same to be filed with the Court as well as to be served upon all parties via certified mail | L110 | .30 hrs |
| 09/05/13 | ABB | Retrieve and compile exhibits regarding status of GMAC's bankruptcy including sale order, etc. | L110 | .40 hrs |
| 09/05/13 | BG | File second bankruptcy status report | L120 | .10 hrs |



# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 22, 2013

0G2013-301683

FED ID NO. 63-0243316

| 09/05/13 | BG | Receipt / review of Borrower's status report to the court regarding bankruptcy | L120 | .10 hrs |
|---|---|---|---|---|
| 09/06/13 | ABB | Organized received discovery issued by pro se borrower | L110 | .20 hrs |
| 09/09/13 | BG | Review objection to proof claim and revise substantive sections related to Alabama law | L120 | .50 hrs |
| 09/12/13 | JHP | Review pleading filed by borrower attempting to satisfy court's requirement for update on status of bankruptcy | L210 | .30 hrs |
| 09/13/13 | JHP | Review order from court setting new deadline for status report on bankruptcy update | L230 | .10 hrs |
| 09/16/13 | ABB | Begin Pro Hac Vice motion and pleadings regarding admission for J.Patterson | L110 | .40 hrs |
| 09/16/13 | BG | Correspondence with bankruptcy counsel regarding notices of default | L120 | .20 hrs |
| 09/16/13 | BG | Contact foreclosure counsel regarding notices of default | L120 | .20 hrs |
| 09/16/13 | BG | Correspondence with L.Delehay regarding release of underlying foreclosure file | L120 | .10 hrs |
| 09/16/13 | BG | Work on pro hac vice motion to the Southern District of New York | L210 | .10 hrs |
| 09/17/13 | BG | Work on objection to proof of claim | L120 | .20 hrs |



### BRADLEY ARANT
### BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 22, 2013

0G2013-301683

FED ID NO. 63-0243316

| 09/17/13 | ABB | Further draft Application to Admit Pro Hac Vice and prepare Order regarding same for J.Patterson | L110 | .70 hrs |
|---|---|---|---|---|
| 09/17/13 | ABB | Summarize information regarding admission for attorney B.Goodsell and draft application for admission via pro hac vice, as well as a proposed order | L110 | .80 hrs |
| 09/19/13 | ABB | Review new scheduling order and catalog all information in pleadings file and on attorney calendars | L110 | .20 hrs |
| 09/22/13 | BG | Receipt / review of Plaintiff's bankruptcy status filing | L120 | .10 hrs |

TOTAL FEES FOR THIS MATTER                    $1,178.00

BILLING SUMMARY

| Allison Burke | 3.00 hrs | 158.00 /hr | 474.00 |
|---|---|---|---|
| Jon H. Patterson | 1.00 hrs | 290.00 /hr | 290.00 |
| Blake Goodsell | 2.00 hrs | 207.00 /hr | 414.00 |

TOTAL FEES                  6.00 hrs              $1,178.00

TOTAL CHARGES FOR THIS INVOICE                  $1,178.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301683

INVOICE #  944043

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0G2013-301683
     TC # 723978

### PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 11/05/13 | BG | Conversation with foreclosure counsel regarding eviction action under unlawful detainer action | L120 | .10 hrs |
| 11/13/13 | JHP | Emails to/from Morrison & Foerster attorneys and staff to discuss upcoming hearing on debtor's objection to proof of claim filed by borrower | L240 | .30 hrs |
| 11/13/13 | BG | Correspondence with bankruptcy counsel regarding upcoming hearing on objection to proof of claim | L230 | .10 hrs |
| 11/15/13 | JHP | Prepare for hearing on objection to proof of claim by reviewing proof of claim, client's response, and other pertinent documents from pleadings file in federal court action and prior bankrupty actions of borrower | L240 | 1.30 hrs |
| 11/15/13 | JHP | Attend (by phone) hearing on objection to proof of claim | L240 | 1.10 hrs |

TOTAL FEES FOR THIS MATTER                    $824.40

### BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jon H. Patterson | 2.70 hrs | 290.00 /hr | 783.00 |
| Blake Goodsell | .20 hrs | 207.00 /hr | 41.40 |

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
FEBRUARY 14, 2014

0G2013-301683

FED ID NO. 63-0243316

| | | | |
|---|---|---|---|
| TOTAL FEES | 2.90 hrs | | $824.40 |
| **TOTAL CHARGES FOR THIS INVOICE** | | | $824.40 |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0G2013-301957

INVOICE #  889650

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0G2013-301957
     TC # 735668

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 09/03/13 | JDV | Communications with B.Elkin, plaintiffs' attorney, regarding plaintiffs' revisions to release provision of Settlement Agreement | L190 | .20 hrs |
| 09/04/13 | JDV | Communications with B.Elkin, plaintiffs' attorney, regarding revisions to settlement agreement in Microsoft Word template | L190 | .20 hrs |
| 09/09/13 | JDV | Communications with B.Elkin, plaintiffs' attorney, regarding legal consequences of settling with a co-defendant in a lawsuit involving alleged violation of the Florida Consumer Collection Practices Act | L190 | .20 hrs |
| 09/10/13 | JDV | Communications with K.Priore regarding status of settlement negotiations with B.Elkin, plaintiff's attorney | L190 | .20 hrs |
| 09/11/13 | JDV | Email correspondence with B.Elkin, plaintiffs' attorney, regarding unnecessary delay in reviewing Settlement Agreement | L190 | .20 hrs |
| 09/18/13 | JDV | Conference call with K.Priore and S.McGinnis regarding status of negotiations with B.Elkin, plaintiffs' attorney | L190 | .30 hrs |



**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 22, 2013

0G2013-301957

FED ID NO. 63-0243316

09/18/13    CSM    Telephone conference with K.Priore          L120      .20 hrs
                   regarding matter status and strategy

                   TOTAL FEES FOR THIS MATTER                           $402.20

BILLING SUMMARY

     Jose D. Vega          1.30 hrs    264.00 /hr      343.20
     Cory S. Menees         .20 hrs    295.00 /hr       59.00

TOTAL FEES                 1.50 hrs                  $402.20

**TOTAL CHARGES FOR THIS INVOICE**                  $402.20

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0G2013-301957

INVOICE #: 944044

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:   0G2013-301957
      TC # 735668

PROFESSIONAL SERVICES

| 10/02/13 | JDV | Communications with B.Elkin, plaintiff's attorney, regarding his objection to release provision of Settlement and Release Agreement | L190 | .20 hrs |
|----------|-----|-------------------------------------------------------------------------------------------------------------------------------------|------|---------|
| 10/11/13 | RV | Analyze recent discovery issued to HSBC | L120 | .30 hrs |
| 10/22/13 | JDV | Follow up communications with B.Elkin, plaintiff's attorney, regarding final revisions to Settlement Agreement | L190 | .20 hrs |
| 11/05/13 | JDV | Telephone conversation with B.Elkin, plaintiffs' attorney, regarding acceptance of final revisions to Settlement Agreement | L190 | .20 hrs |
| 11/06/13 | JDV | Email correspondence with K.Priore regarding status of resolution of Settlement Agreement | L190 | .20 hrs |
| 11/15/13 | JDV | Email correspondence with K.Priore regarding acceptance of revisions to Settlement Agreement | L190 | .20 hrs |
| 11/15/13 | JDV | Communications with B.Elkin, plaintiffs' attorney, regarding dismissal of lawsuit with prejudice | L190 | .40 hrs |
| 11/15/13 | RV | Review correspondence from K.Priore regarding settlement and release agreement revisions | L120 | .10 hrs |

**BRADLEY ARANT**
**BOULT CUMMINGS** L.P

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
FEBRUARY 14, 2014

0G2013-301957

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/18/13 | JDV | Email correspondence with K.Priore regarding conference call with B.Elkin, plaintiff's counsel, and recommendation to accept dismissal without prejudice | L190 | .30 hrs |
| 11/18/13 | JDV | Conference call with B.Elkin, plaintiff's attorney, and HSBC Bank's attorney regarding settlement of lawsuit and dismissal of GMAC Mortgage, LLC with prejudice | L190 | .50 hrs |
| 11/20/13 | JDV | Analysis of Padgett v. School Board of Escambia County as emailed by B.Elkin, plaintiff's attorney, in support of his agency argument | L120 | .20 hrs |
| 11/25/13 | JDV | Telephone conversation with B.Elkin, plaintiff's attorney, regarding refusal to dismiss GMAC Mortgage, LLC with prejudice and finalization of Settlement Agreement | L190 | .20 hrs |
| 11/25/13 | JAM | Revise discovery signature blocks, draft Notice of Appearance and draft Notice of Service of Discovery | L310 | .60 hrs |
| 11/26/13 | JDV | Email correspondence with K.Priore regarding finalization of Settlement Agreement | L190 | .20 hrs |
| 11/29/13 | CWH | Review and analyze borrower's counsel's requested edits to settlement agreement | L160 | .20 hrs |
| 12/02/13 | JAM | Revise Notice of Appearance, Notice of Service of Discovery, Responses to Request for Production of Documents, and Responses to Interrogatories | L310 | .60 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
FEBRUARY 14, 2014

0G2013-301957

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/02/13 | RV | Draft status report for November 2013 for the client | L120 | .10 hrs |
| 12/02/13 | JDV | Email correspondence with B.Elkin, plaintiffs' attorney, regarding execution of Settlement Agreement and completion of W-9 tax form | L190 | .20 hrs |
| 12/04/13 | JAM | Revise Notice of Service of Discovery and Notice of Appearance prior to submission to Court | L310 | .30 hrs |
| 12/04/13 | HTC | Revise responses to request for production of documents | L320 | .10 hrs |
| 12/04/13 | JAM | Final proof of HSBC Responses to Interrogatories and HSBC's Responses to Requests for Production prior to service on Plaintiff's counsel | L310 | .40 hrs |
| 12/04/13 | JAM | Review and bates number documents to be produced in response to Plaintiff's Request for Production of Documents | L310 | 1.00 hrs |
| 12/04/13 | JAM | Draft email correspondence to Plaintiff's counsel regarding service of discovery | L310 | .10 hrs |
| 12/05/13 | JDV | Email correspondence with K.Priore regarding necessity of having Settlement Agreement executed by December 13, 2013 | L190 | .20 hrs |
| 12/06/13 | JDV | Communications with B.Elkin, plaintiffs' attorney, regarding necessity of having Settlement Agreement executed by December 13, 2013 | L190 | .20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

| | | | | |
|---|---|---|---|---|
| 12/11/13 | JDV | Communications with B.Elkin, plaintiffs' attorney, regarding possible conflict with P.Shortway, plaintiff | L190 | .20 hrs |
| 12/12/13 | JDV | Telephone conversation with B.Elkin, plaintiffs' attorney, regarding husband's disappearance and dismissal from lawsuit and subsequent revisions to Settlement Agreement | L190 | .40 hrs |
| 12/12/13 | JDV | Email correspondence with K.Priore regarding dismissal of P.Shortway, plaintiff, from lawsuit and necessary revisions to Settlement Agreement and possible change in settlement offer | L190 | .20 hrs |
| 12/13/13 | JDV | Email correspondence with B.Elkin, plaintiff's attorney, regarding revision to Section 5 of the Settlement Agreement and follow up request for executed W-9 tax form | L190 | .20 hrs |
| 12/16/13 | JDV | Telephone conversation with B.Elkin, plaintiff's attorney regarding final substantive revision to section 5 of Settlement Agreement | L190 | .20 hrs |
| 12/16/13 | JDV | Email correspondence with K.Priore regarding plaintiff's final substantive revision to section 5 of Settlement Agreement | L190 | .20 hrs |
| 12/16/13 | JB | Work on issues related to bankruptcy language in settlement agreement | L120 | .20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE      5
FEBRUARY 14, 2014

0G2013-301957

FED ID NO. 63-0243316

---

| 12/17/13 | JDV | Email correspondence with B.Elkin, plaintiff's attorney, regarding finalization of Settlement Agreement, execution thereof, and completion of W-9 tax form | L190 | .20 hrs |
|---|---|---|---|---|

| | | |
|---|---|---|
| TOTAL FEES FOR THIS MATTER | | $2,031.40 |

### BILLING SUMMARY

| | | | | |
|---|---|---|---|---|
| Hope Cannon | .10 hrs | 334.00 /hr | 33.40 |
| Christian W. Hancock | .20 hrs | 361.00 /hr | 72.20 |
| Jamie Mathews | 3.00 hrs | 150.00 /hr | 450.00 |
| James Bailey | .20 hrs | 229.00 /hr | 45.80 |
| Richard Vann | .50 hrs | 220.00 /hr | 110.00 |
| Jose D. Vega | 5.00 hrs | 264.00 /hr | 1,320.00 |

| | | |
|---|---|---|
| TOTAL FEES | 9.00 hrs | $2,031.40 |

| | |
|---|---|
| **TOTAL CHARGES FOR THIS INVOICE** | **$2,031.40** |

***** TOTAL DUE UPON RECEIPT *****



**BRADLEY ARANT BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0R0802-301143

INVOICE #  889576

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R0802-301143
     TC # 734354

PROFESSIONAL SERVICES

| 09/05/13 | JRB | Communicate with U.S. Trustee regarding settlement and follow up on same | B410 | .30 hrs |
| 09/09/13 | KAK | Call to Clerk's office regarding telephonic hearing on September 11th | B160 | .30 hrs |
| 09/09/13 | JRB | E-mail to E.Richards regarding fee application resolution | B160 | .10 hrs |
| 09/11/13 | JRB | Review chart regarding fee applications and resolutions of same and send E.Richards e-mail approving same | B410 | .30 hrs |
| 09/11/13 | JRB | Prepare for and attend telephonically the hearing on the third interim fee applications | B410 | .70 hrs |
| 09/18/13 | JRB | Confer with E.Richards regarding questions about draft order and exhibits and provide her with sign-off of same | B160 | .30 hrs |
| 09/18/13 | JRB | Review proposed order regarding fee applications and draft exhibits to same and confirm accuracy of exhibits | B160 | .60 hrs |

TOTAL FEES FOR THIS MATTER                          $990.80

EXPENSES



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE    2
NOVEMBER 22, 2013

0R0802-301143

FED ID NO. 63-0243316

| 01 | Copy Charges | | | 5.20 |

TOTAL COSTS FOR THIS MATTER                     $5.20

BILLING SUMMARY

| Jay R. Bender | 2.30 hrs | 409.00 /hr | 940.70 |
| Kimberly A. Kirsch | .30 hrs | 167.00 /hr | 50.10 |

TOTAL FEES                     2.60 hrs                     $990.80

TOTAL EXPENSES                                                  $5.20

TOTAL CHARGES FOR THIS INVOICE                     $996.00

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0R0802-301143

INVOICE #  944047

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0802-301143
     TC # 734354

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/23/13 | JRB | Review e-mail from Morrison Foerster and court order regarding deadline to file fourth interim fee application; calendar key dates and circulate information to ResCap team regarding deadlines and fee application instructions | B160 | .50 hrs |
| 11/05/13 | JRB | Phone call from Fred Walters with Borrower Trust regarding BABC services and follow up on his requests for information about services | B110 | .50 hrs |
| 11/07/13 | JRB | Work on preparation of fourth interim fee application | B160 | .20 hrs |
| 11/12/13 | JRB | Confer with billing and accounting personnel to obtain information necessary to prepare fourth interim fee application | B160 | .60 hrs |
| 11/12/13 | JRB | Draft fourth interim fee application and work on preparation of exhibits to same | B160 | 1.50 hrs |
| 11/13/13 | JRB | Draft fourth interim fee application and compile information needed for exhibits | B160 | 1.20 hrs |
| 11/14/13 | JRB | Draft, review and revise fourth interim fee application | B160 | 1.00 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
FEBRUARY 14, 2014

OR0802-301143

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/14/13 | JRB | Meet with accounting and billing personnel to review exhibits to fee application and to finalize information in fee application | B160 | .70 hrs |
| 11/15/13 | JRB | Work on finalization and service of fourth interim fee application and forward same to Morrison Foerster for filing with court | B160 | 1.00 hrs |
| 11/15/13 | KAK | Assist with preparation of fee application for filing with court | L240B | .20 hrs |
| 11/18/13 | JRB | Confer with Morrison Foerster regarding confirmation of filing of fee application | B160 | .10 hrs |
| 12/16/13 | KAK | Call to judge's office regarding registration for hearing on Dec. 17th | B110 | .60 hrs |
| 12/16/13 | JRB | Review application and objection and prepare for tomorrow's hearing on fee application | B170 | .60 hrs |
| 12/16/13 | JRB | Meet with accounting regarding Rescap billings and file status | B160 | .50 hrs |
| 12/17/13 | JRB | Participate in telephonic hearing on fee applications | B160 | 2.50 hrs |
| 12/17/13 | JRB | Prepare for hearing on fee application | B160 | .70 hrs |
| 12/17/13 | JRB | Review proposed order on fee application and send comments to same to Morrison Foerster | B160 | .40 hrs |
| 12/17/13 | JRB | E-mails to Rescap working group regarding hearing on fee application | B160 | .70 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
FEBRUARY 14, 2014

0R0802-301143

FED ID NO. 63-0243316

TOTAL FEES FOR THIS MATTER                    $5,327.90

## EXPENSES

| | | |
|---|---|---|
| 01 | Copy Charges | 252.90 |
| 12 | Court Costs - Pleadings | 30.00 |
| 35A | UPS | 211.52 |

TOTAL COSTS FOR THIS MATTER          $494.42

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Jay R. Bender | 12.70 hrs | 409.00 /hr | 5,194.30 |
| Kimberly A. Kirsch | .80 hrs | 167.00 /hr | 133.60 |

| | | |
|---|---|---|
| TOTAL FEES | 13.50 hrs | $5,327.90 |
| TOTAL EXPENSES | | $494.42 |
| **TOTAL CHARGES FOR THIS INVOICE** | | **$5,822.32** |

***** TOTAL DUE UPON RECEIPT *****



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

NOVEMBER 22, 2013
0R0802-301151

INVOICE #  889577

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 09/30/13

Re:  0R0802-301151
     TC # 729275

PROFESSIONAL SERVICES

| 09/03/13 | KSA | Review SCRA potential harm files | L650 | 1.00 hrs |
|---|---|---|---|---|
| 09/03/13 | MCG | Review completed foreclosures for compliance with SCRA | C300 | 1.30 hrs |
| 09/04/13 | MCG | Review completed foreclosures for compliance with SCRA | C300 | 1.20 hrs |
| 09/04/13 | KSA | SCRA harm file reviews | L140 | 1.00 hrs |
| 09/05/13 | KSA | Analyze and respond to T.Kiernan question regarding SCRA Section 527 | L120 | .40 hrs |
| 09/05/13 | MCG | Review military orders to determine whether borrower qualified for interest rate reduction under the SCRA | C300 | .40 hrs |
| 09/09/13 | KK | Receive and review requested documents from Delaware County and Pennington County | L110 | .40 hrs |
| 09/09/13 | KK | Review and update status progress chart | L110 | .20 hrs |
| 09/09/13 | KSA | Review SCRA Harm Files and send reviews to T.Kiernan | L650 | .40 hrs |
| 09/19/13 | MCG | Review primary and secondary reviewer recommendations for completed foreclosures related to SCRA compliance | C300 | 1.00 hrs |



**BRADLEY ARANT**
**BOULT CUMMINGS**
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    2
NOVEMBER 22, 2013

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 09/23/13 | MCG | Review primary and secondary review of completed foreclosure for compliance with SCRA | C300 | 1.20 hrs |
| 09/24/13 | MCG | Review e-mail from D. Cunningham regarding remediation plan for harm files | C300 | .10 hrs |
| 09/24/13 | MCG | Conference call with T.Kiernan and D. Cunningham regarding remediation plan for harm files and prepare plan for communication with DOJ | C300 | .30 hrs |
| 09/30/13 | MCG | Review and analyze primary and secondary reviews of completed foreclosures for compliance with SCRA | C300 | 2.10 hrs |
| 09/30/13 | KSA | Review of SCRA harm files | L650 | 1.20 hrs |

TOTAL FEES FOR THIS MATTER                    $3,811.60

**EXPENSES**

| | | |
|---|---|---|
| 09/17/13 | Court Costs - Pleadings - WEST GROUP WEST COURT EXPRESS DOCUMENTS Bank ID: GENR Check Number: 165881 | 131.68 |
| 09/17/13 | Court Costs - Pleadings - WEST GROUP WEST COURT EXPRESS DOCUMENTS Bank ID: GENR Check Number: 165881 | 5,044.57 |
| 09/17/13 | Court Costs - Pleadings - WEST GROUP WEST COURT EXPRESS DOCUMENTS Bank ID: GENR Check Number: 165881 | 201.56 |
| 09/17/13 | Court Costs - Pleadings - WEST GROUP WEST COURT EXPRESS DOCUMENTS Bank ID: GENR Check Number: 165881 | 157.70 |



BRADLEY ARANT
BOULT CUMMINGS
LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
NOVEMBER 22, 2013

0R0802-301151

FED ID NO. 63-0243316

| Date | Description | Amount |
|---|---|---|
| 09/17/13 | Court Costs - Pleadings - WEST GROUP WEST COURT EXPRESS DOCUMENTS<br>Bank ID: GENR Check Number: 165881 | 231.50 |
| 09/20/13 | Professional Consultant Services - BRADLEY ARANT BOULT CUMMINGS LLP SOFTWARE MANAGEMENT LLC 8-7-13<br>Bank ID: GENR Check Number: P226<br>VOID - Bank ID: GENR Check Number: P226<br>Bank ID: APPL Check Number: 11061 | 60.00 |
| 09/20/13 | Reversal from Void Check Number: P226<br>Bank ID: GENR Voucher ID: 554365<br>Vendor: BRADLEY ARANT BOULT CUMMINGS LLP | (60.00) |

TOTAL COSTS FOR THIS MATTER                    $5,767.01

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | 4.00 hrs | 268.00 /hr | 1,072.00 |
| Michael C. Griffin | 7.60 hrs | 348.00 /hr | 2,644.80 |
| Kerry Keane | .60 hrs | 158.00 /hr | 94.80 |

TOTAL FEES            12.20 hrs                    $3,811.60

TOTAL EXPENSES                                    $5,767.01

TOTAL CHARGES FOR THIS INVOICE                    $9,578.61

***** TOTAL DUE UPON RECEIPT *****

# BRADLEY ARANT
# BOULT CUMMINGS ᴸᴸᶜ

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap
1100 Virginia Drive
Fort Washington, PA 19034

FEBRUARY 14, 2014
0R0802-301151

INVOICE #  944048

FED ID NO. 63-0243316

FOR LEGAL SERVICES AND COSTS POSTED THROUGH 12/17/13

Re:  0R0802-301151
     TC # 729275

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 10/01/13 | MCG | Review proposed agenda for call with DOJ and provide comments to same | C300 | .20 hrs |
| 10/02/13 | KSA | Review PWC findings of harm and evaluate steps ahead for rebutting findings | L650 | .20 hrs |
| 10/03/13 | KSA | Conference call with T.Kiernan, D.Cunningham, and L.Delehey to discuss strategy for rebuttals with SCRA DOJ review | L120 | .50 hrs |
| 10/23/13 | MCG | Prepare list of common defenses from review of completed foreclosures for SCRA compliance for D.Cunningham and Unsecured Creditors Committee | C300 | .30 hrs |
| 10/23/13 | KSA | Research SCRA section 527 to assess "interest" | L120 | .20 hrs |
| 10/23/13 | KSA | Review SCRA defenses to respond to D.Cunningham inquiry from DOJ | L650 | .30 hrs |
| 10/24/13 | KSA | Draft memorandum regarding common SCRA defenses and send to D.Cunningham for review | L120 | .30 hrs |
| 10/24/13 | KSA | Address SCRA "early alert" issue from PWC | L190 | .30 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

| | | | | |
|---|---|---|---|---|
| 10/28/13 | MPE | Research county and case numbers for 25 Florida cases based on borrower names and addresses sent from Estate contact at GMAC in order to obtain all relevant documents for SCRA review. | L110 | 3.20 hrs |
| 10/28/13 | MCG | Review completed foreclosures and primary and secondary review of completed foreclosures for compliance with SCRA | C300 | 2.60 hrs |
| 10/28/13 | KK | Research and review docket in Vermont in effort to retrieve and review docket and request documents on behalf of client | L110 | .30 hrs |
| 10/28/13 | KK | Research and review dockets for two loans in New York counties to determine status of cases and request documents on behalf of client | L110 | .60 hrs |
| 10/28/13 | KK | Research and review dockets for three loans in various New Jersey properties in effort to retrieve and review dockets and obtain documents as requested by client | L110 | .90 hrs |
| 10/28/13 | KK | E-mail exchange with client regarding status of project and projected timeframe for completion | L110 | .20 hrs |
| 10/29/13 | MPE | Research county and case numbers for Delaware cases based on borrower name and address sent from Estate contact at GMAC in order to obtain all relevant documents for SCRA review. | L110 | .30 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    3
FEBRUARY 14, 2014

OR0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/29/13 | MPE | Research county and case numbers for Connecticut cases based on borrower name and address sent from Estate contact at GMAC in order to obtain all relevant documents for SCRA review | L110 | .40 hrs |
| 10/29/13 | MPE | Research county and recording information for California loans based on borrower name and address sent from Estate contact at GMAC in order to obtain all relevant documents for SCRA review | L110 | .40 hrs |
| 10/29/13 | MPE | Research county and case number for Iowa cases based on borrower name and address sent from Estate contact at GMAC in order to obtain all relevant documents for SCRA review | L110 | .60 hrs |
| 10/29/13 | MPE | Research county and case number information for Illinois loans based on borrower name and address sent from Estate contact at GMAC in order to obtain all relevant documents for SCRA review | L110 | 3.20 hrs |
| 10/29/13 | MPE | Receive and finalize documents received for loans in Iowa, Illinois, California, and South Carolina for review by estate representative. | L110 | .50 hrs |
| 10/29/13 | KK | Research and review dockets for loans in three Indiana counties in effort to retrieve documents as requested by client for SCRA Department of Justice project | L110 | .90 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

PAGE     4
FEBRUARY 14, 2014

OR0802-301151

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/29/13 | KK | Research and review dockets for loans in two Kansas counties in effort to retrieve documents as requested by client for SCRA Department of Justice project | L110 | .60 | hrs |
| 10/29/13 | KK | Research and review dockets for six loans in various Kentucky counties in effort to retrieve documents as requested by client for SCRA Department of Justice project | L110 | 1.80 | hrs |
| 10/29/13 | KK | Research and review dockets for two properties in various Louisiana parishes in effort to retrieve documents as requested by client for SCRA Department of Justice project | L110 | .60 | hrs |
| 10/29/13 | KK | Research and review dockets for three loans/properties in various New Jersey counties in effort to retrieve documents as requested by client for SCRA Department of Justice project | L110 | .90 | hrs |
| 10/29/13 | KK | Research and review dockets for five loans/properties in various New Mexico counties in effort to review dockets and retrieve documents on behalf of client | L110 | 1.50 | hrs |
| 10/29/13 | KK | Research and review dockets for sixteen loans in various counties in Ohio in effort to retrieve and review dockets and obtain requested documents on behalf of client | L110 | 3.60 | hrs |

**BRADLEY ARANT BOULT CUMMINGS**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    5
FEBRUARY 14, 2014

0R0802-301151

FED ID NO. 63-0243316

| | | | | | |
|---|---|---|---|---|---|
| 10/30/13 | KK | Research and review nine dockets in various Oklahoma counties in effort to retrieve and review dockets and obtain requested documents on behalf of client for SCRA project | L110 | 2.10 hrs |
| 10/30/13 | KK | Research and review there dockets for different properties in Pennsylvania in effort to retrieve and review dockets and obtain requested pleadings on behalf of client | L110 | .90 hrs |
| 10/30/13 | KK | Research and review fifteen dockets for various properties in South Carolina counties in effort to retrieve and review dockets and obtain requested documents on behalf of client as part of Department of Justice SCRA project | L110 | 4.10 hrs |
| 10/30/13 | KK | Research and review four dockets in various Wisconsin counties in effort to retrieve and review dockets and obtain requested documents on behalf of client | L110 | 1.20 hrs |
| 10/30/13 | MPE | Research county and case numbers for Florida cases based on borrower names and addresses sent from Estate contact at GMAC in order to obtain all relevant documents for SCRA review. | L110 | 3.20 hrs |
| 10/30/13 | MPE | Research county and case numbers for Iowa cases based on borrower names and addresses sent from Estate contact at GMAC in order to obtain all relevant documents for SCRA review. | L110 | .50 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 10/30/13 | MPE | Research county and case numbers for Illinois cases based on borrower names and addresses sent from Estate contact at GMAC in order to obtain all relevant documents for SCRA review. | L110 | 1.50 hrs |
| 10/30/13 | MPE | Research county and case numbers for Indiana cases based on borrower names and addresses sent from Estate contact at GMAC in order to obtain all relevant documents for SCRA review. | L110 | 1.60 hrs |
| 10/30/13 | MPE | Research county and case numbers for Louisiana cases based on borrower names and addresses sent from Estate contact at GMAC in order to obtain all relevant documents for SCRA review. | L110 | .80 hrs |
| 10/30/13 | MPE | Research county and case numbers for North Dakota case based on borrower name and address sent from Estate contact at GMAC in order to obtain all relevant documents for SCRA review. | L110 | .20 hrs |
| 10/30/13 | MPE | Research county and case numbers for New Jersey cases based on borrower names and addresses sent from Estate contact at GMAC in order to obtain all relevant documents for SCRA review. | L110 | .60 hrs |
| 10/31/13 | KK | Research, review, and request documents from two dockets in various Connecticut counties on behalf of client | L110 | .20 hrs |
| 10/31/13 | KK | Research, review, and request documents from twenty-one dockets among various Florida counties on behalf of client | L110 | 2.30 hrs |

# BRADLEY ARANT BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    7
FEBRUARY 14, 2014

0R0802-301151

FED ID NO. 63-0243316

| 10/31/13 | KK | Research, review, and request documents from two dockets in Iowa counties in effort to retrieve documents on behalf of client | L110 | .20 hrs |
| 10/31/13 | KK | Research, review, and request documents from six dockets in various Illinois counties in effort to request necessary documents on behalf of client | L110 | .60 hrs |
| 10/31/13 | KK | Research, review, and request documents from three dockets among various Indiana counties on behalf of client | L110 | .30 hrs |
| 10/31/13 | KK | Research, review, and request documents from two dockets in Kansas counties on behalf of client | L110 | .30 hrs |
| 10/31/13 | KK | Research, review, and request documents from seven dockets among various Kentucky counties in effort to retrieve requested documents on behalf of client | L110 | .70 hrs |
| 10/31/13 | KK | Research, review, and request documents from seven dockets among various Ohio counties on behalf of client | L110 | .70 hrs |
| 10/31/13 | KK | Research, review, and request documents from four dockets in various South Carolina counties on behalf of client | L110 | .40 hrs |
| 10/31/13 | KK | Research, review, and request documents from seven dockets among various Oklahoma counties in effort to reprieve documents as requested by client | L110 | .70 hrs |

**BRADLEY ARANT
BOULT CUMMINGS**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE      8
FEBRUARY 14, 2014

0R0802-301151

<u>FED ID NO. 63-0243316</u>

| | | | | |
|---|---|---|---|---|
| 10/31/13 | KK | Receive and review requested documents, document receipt, and e-mail client regarding same and progress of project | L110 | .50 hrs |
| 10/31/13 | KK | Receive and review several requested documents for seven loans and e-mail client regarding update and progress of requests | L110 | .40 hrs |
| 10/31/13 | MCG | Review and analyze primary and secondary review of completed foreclosures for SCRA compliance | C300 | 1.90 hrs |
| 10/31/13 | KSA | Complete harm reviews on SCRA files | L140 | .80 hrs |
| 11/01/13 | MCG | Review primary and secondary review of completed foreclosures for compliance with the SCRA | C300 | 1.30 hrs |
| 11/01/13 | KK | Receive and review requested documents for loan numbers XXXXX8437, XXXXX2245, XXXXX5582, XXXXXX7984, XXXXX9730, XXXXX8177, XXXXX1392, XXXXXX9509, XXXXXX9599, XXXXXX5947, edit and supplement progress chart, and e-mail exchanges with client regarding same | L110 | 3.60 hrs |
| 11/01/13 | KK | E-mail exchange with client regarding progress of project and documents received | L110 | .40 hrs |
| 11/01/13 | KK | Receive, review, analyze, and coordinate requests for documents for 25 new loans among several different states/counties on behalf of client | L110 | 2.10 hrs |

**BRADLEY ARANT**
**BOULT CUMMINGS**

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    9
FEBRUARY 14, 2014

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/04/13 | KSA | Review SCRA harm files and add to memorandum | L650 | 1.00 hrs |
| 11/04/13 | KK | Research and review dockets for six properties in Florida, New Mexico, Colorado, and Maryland in effort to review and request documents of behalf of client | L110 | 1.20 hrs |
| 11/04/13 | KK | Receive and review eleven sets of documents as requested over various counties/states on behalf of client | L110 | 3.30 hrs |
| 11/04/13 | KK | Receive and review additional sets of documents for twelve requests over Wisconsin, Kansas, New Jersey, Illinois, and Louisiana, compile, and send to client (and update chart) | L110 | 3.40 hrs |
| 11/04/13 | MPE | Receive and finalize documents received for loans in Iowa, Illinois, and Florida for review by estate representative. | L110 | 2.60 hrs |
| 11/04/13 | MPE | Receive and review information provided from runner service to determine time estimate for receiving all SCRA documents to provide update to estate representative. | L110 | 1.10 hrs |
| 11/05/13 | MPE | Receive and review email from estate representative for additional documents from Florida file and place request. | L110 | .30 hrs |
| 11/05/13 | MPE | Follow up on Iowa document request from October 30, 2013 per estate representative. | L110 | .20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

| | | | | |
|---|---|---|---|---|
| 11/05/13 | MPE | Receive and review additional file requests from estate representative and submit to courier service. | L110 | .40 hrs |
| 11/05/13 | MPE | Research Ohio public records and Hamilton County Clerk of Court per request from estate representative to determine which foreclosure is GMAC's. | L110 | .80 hrs |
| 11/05/13 | MPE | Finalize documents for loans from Florida and Illinois to estate representative for review. | L110 | .70 hrs |
| 11/05/13 | MCG | Review primary and secondary review of completed foreclosure for compliance with the SCRA | C300 | 3.30 hrs |
| 11/05/13 | KSA | Review SCRA harm file for DOJ consent order compliance | L650 | .40 hrs |
| 11/05/13 | KK | Compose two e-mail to client summarizing progress of documents received and status of project | L110 | .40 hrs |
| 11/05/13 | KK | Receive and review documents from eighteen sets of document requests over several different counties and states on behalf of client | L110 | 5.40 hrs |
| 11/06/13 | MPE | Finalize documents for loans from Florida to estate representative for review. | L110 | .90 hrs |
| 11/06/13 | MPE | Review status of runner service's requests for Louisiana documents to determine if request will meet deadline. | L110 | .50 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    11
FEBRUARY 14, 2014

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/06/13 | MCG | Review primary and second review of completed foreclosures for compliance with the SCRA | C300 | 4.40 hrs |
| 11/06/13 | MCG | Correspondence with T.Kiernan regarding review of completed foreclosures for SCRA compliance | C300 | .10 hrs |
| 11/06/13 | KK | Receive and review documents for over 20 loans regarding SCRA | L110 | 4.30 hrs |
| 11/06/13 | KK | Conference call with client regarding status of project and direction going forward | L110 | .30 hrs |
| 11/06/13 | MPE | Follow up with runner service to determine status of Louisiana loans and obtain an estimate of time for document retrieval. | L110 | .30 hrs |
| 11/07/13 | MPE | Email correspondence with Dean Morris regarding six Louisiana loans requiring information fro SCRA review. | L110 | .30 hrs |
| 11/07/13 | MPE | Finalize documents for loans from Florida, Ohio, Illinois New Jersey, and Louisiana to estate representative for review. | L110 | .80 hrs |
| 11/07/13 | MPE | Email correspondence with Louisiana Default counsel regarding time frame for obtaining loan files. | L110 | .20 hrs |
| 11/07/13 | MPE | Review of status of all pending document requests to determine whether documents will be obtained in time to meet estate deadline. | L110 | .60 hrs |

# BRADLEY ARANT BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

PAGE    12
FEBRUARY 14, 2014

ResCap

OR0802-301151

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 11/07/13 | MCG | Review primary and second review of completed foreclosures for compliance with the SCRA | C300 | 5.60 hrs |
| 11/07/13 | KSA | Review SCRA harm files for DOJ consent order compliance | L650 | .70 hrs |
| 11/07/13 | KK | Receive and review documents for ten sets of loans over various counties/states for client regarding SCRA | L110 | 3.10 hrs |
| 11/07/13 | KK | Receive and review additional documents for seven sets of loans to send to client and compile into e-mail to client regarding same | L110 | 2.10 hrs |
| 11/08/13 | KSA | Review SCRA harm files to assess DOJ consent order compliance | L650 | .70 hrs |
| 11/08/13 | KK | Receive and review additional documents for four loans over various counties/states as requested by client | L110 | 1.20 hrs |
| 11/08/13 | KK | Compose e-mail and provide update to client regarding status of project | L110 | .20 hrs |
| 11/08/13 | KK | Receive and review documents for over twenty loans over various states and counties on behalf of client | L110 | 4.10 hrs |
| 11/08/13 | MCG | Review and analyze completed foreclosure sales for compliance with the SCRA for DOJ review | C300 | 1.90 hrs |
| 11/08/13 | MPE | Finalize documents for loans from Florida and Indiana to estate representative for review | L110 | .70 hrs |

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    13
FEBRUARY 14, 2014

OR0802-301151

FED ID NO. 63-0243316

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/11/13 | KSA | Review SCRA harm files for DOJ consent order compliance | L650 | 2.30 hrs |
| 11/11/13 | KK | Receive and review documents for nine sets of loans in Ohio, South Carolina, Florida, and Iowa as requested by client | L110 | 2.70 hrs |
| 11/11/13 | KK | Receive and review additional documents for over nine loans in New Mexico, Wisconsin, Florida, South Carolina, Oklahoma, and Indiana, update progress chart, and provide to client as requested | L110 | 2.60 hrs |
| 11/11/13 | MPE | Finalize documents for loans from Illinois, Florida South Carolina and Iowa to estate representative for review. | L110 | 2.10 hrs |
| 11/11/13 | MCG | Review and analyze primary and secondary review of completed foreclosures for compliance with SCRA | C300 | 7.60 hrs |
| 11/12/13 | MPE | Finalize documents for loans from Louisiana to estate representative for review. | L110 | .60 hrs |
| 11/12/13 | KK | E-mail exchange with client regarding foreclosure documents related to a loan in Marion County, Indiana | L110 | .20 hrs |
| 11/12/13 | KK | E-mail exchange with client regarding foreclosure documents related to loan in Sumter County, South Carolina | L110 | .20 hrs |
| 11/12/13 | KK | E-mail client regarding Answer requested from file in Hillsborough County, Florida | L110 | .20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    14
FEBRUARY 14, 2014

0R0802-301151

FED ID NO. 63-0243316

| Date | | Description | | |
|---|---|---|---|---|
| 11/12/13 | MCG | Review and revise memorandum with review of completed foreclosures for compliance with SCRA | C300 | 1.30 hrs |
| 11/12/13 | MPE | Receive and review documents from Dean Morris for five Louisiana cases and determine relevance to SCRA review. | L110 | .50 hrs |
| 11/12/13 | MPE | Finalize documents for loans from Louisiana to estate representative for review. | L110 | .80 hrs |
| 11/13/13 | KK | Review and analyze status of one-off | L110 | .60 hrs |
| 11/13/13 | KSA | Review SCRA harm files to assess DOJ consent order compliance | L650 | 1.50 hrs |
| 11/13/13 | KK | Receive and review documents for eight loans over various counties and states to send to client and update status progress chart regarding same | L110 | 1.80 hrs |
| 11/13/13 | MCG | Review and analyze completed foreclosures for compliance with the SCRA for DOJ review | C300 | 3.10 hrs |
| 11/13/13 | MPE | Review loan application for borrower in Cook County, Illinois to assist with narrowing down the case documents needed. | L110 | .60 hrs |
| 11/13/13 | MPE | Research multiple foreclosure addresses for borrower in Cook County, Illinois to assist with narrowing down the case documents needed. | L110 | .60 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA  35283-0709

ResCap

| Date | Init | Description | Code | Hours |
|------|------|-------------|------|-------|
| 11/13/13 | KK | Requests and update status chart; follow up with researchers to determine estimated timeframe for requests | L110 | .70 hrs |
| 11/14/13 | KK | Receive and review documents for three loan in South Carolina, Kansas, and Pennsylvania as requested by client | L110 | .90 hrs |
| 11/14/13 | KK | Receive and review additional documents for four loans in Ohio, Kentucky, Kansas, and South Carolina to send to client | L110 | .80 hrs |
| 11/14/13 | MPE | Review all pending document requests to determine status and amount of time before retrieval. | L110 | .80 hrs |
| 11/14/13 | MPE | Finalize documents for loans from Illinois and Florida to estate representative for review. | L110 | .80 hrs |
| 11/14/13 | MPE | Receive and review list of default counsel contacts for outstanding Florida loans and research current contact information to request files. | L110 | .60 hrs |
| 11/14/13 | MPE | Receive and review list of default counsel contacts for outstanding Colorado loans and research current contact information to request files. | L110 | .40 hrs |
| 11/14/13 | MPE | Receive and review list of default counsel contacts for outstanding Connecticut loans and research current contact information to request files. | L110 | .40 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE   16
FEBRUARY 14, 2014

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/14/13 | MPE | Research default counsel contacts for outstanding Delaware loans and research current contact information to request files. | L110 | .50 hrs |
| 11/14/13 | KK | Receive and review documents for seven loans over various counties and states to send to client and update progress chart regarding same | L110 | 2.10 hrs |
| 11/15/13 | KK | Receive and review several loan documents as requested by client and e-mail exchange with client regarding overall status, outstanding document requests, and general timeframe for completion of project | L110 | 1.60 hrs |
| 11/15/13 | KK | Research dockets among four different counties/states in effort to locate docket and request documents necessary to complete client's file project | L110 | 1.10 hrs |
| 11/15/13 | KSA | Review SCRA harm files to assess DOJ consent order compliance | L650 | .50 hrs |
| 11/15/13 | MCG | Review completed foreclosures for compliance with SCRA | C300 | 1.00 hrs |
| 11/18/13 | MPE | Finalize documents for loans from Illinois, Indiana, Louisiana, and FLorida, to estate representative for review. | L110 | 1.90 hrs |
| 11/18/13 | MPE | Research default counsel contacts for outstanding Illinois loans and research current contact information to request files. | L110 | .60 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

| | | | | |
|---|---|---|---|---|
| 11/18/13 | MPE | Research default counsel contacts for outstanding Kentucky loans and research current contact information to request files. | L110 | .60 hrs |
| 11/18/13 | KSA | Review SCRA harm files to assess DOJ consent order compliance | L140 | 1.70 hrs |
| 11/18/13 | KSA | Research and respond to J.Sansoni's question regarding 527 protections | L120 | .40 hrs |
| 11/18/13 | MCG | Review completed foreclosures for compliance with the SCRA | C300 | 2.60 hrs |
| 11/18/13 | KK | Receive and review documents for six loans in South Carolina, Florida, and Pennsylvania and send to client and update progress chart regarding same | L110 | 2.40 hrs |
| 11/18/13 | KK | Receive and review additional pleadings as requested by client in Comanche County, Oklahoma case | L110 | .20 hrs |
| 11/18/13 | KK | Receive and review documents for two loans in Ohio and Oklahoma as requested by client | L110 | .60 hrs |
| 11/19/13 | KK | Receive and review several documents for ten loans in Florida, Louisiana, New Mexico, Kentucky, Pennsylvania, Kansas, Delaware, and South Carolina to send to client along with update on status of project and updated progress chart | L110 | 3.10 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    18
FEBRUARY 14, 2014

0R0802-301151

FED ID NO. 63-0243316

| 11/19/13 | KK | Receive and review additional documents for several one-off document requests from client and confirm all documents present and accounted for and match the original dockets | L110 | 1.40 hrs |
| 11/19/13 | KSA | Review SCRA harm files to assess DOJ consent order compliance | L650 | .70 hrs |
| 11/19/13 | MCG | Review completed foreclosures for compliance with the SCRA | C300 | 1.10 hrs |
| 11/19/13 | MPE | Finalize documents for loans from Illinois, Oklahoma, and Florida, to estate representative for review. | L110 | 1.10 hrs |
| 11/20/13 | MCG | Review completed foreclosures for compliance with the SCRA | C300 | 2.10 hrs |
| 11/20/13 | MPE | Receive and review requests from Estate representative for information on loans from Wisconsin and research correct contact information in order to obtain documents. | L110 | .50 hrs |
| 11/20/13 | MPE | Receive and review requests from Estate representative for information on nebraska and research case information in order to request document. | L110 | .50 hrs |
| 11/20/13 | MPE | Receive and review request from Estate representative for Ohio Loans and research case information in order to request document. | L110 | .50 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    19
FEBRUARY 14, 2014

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 11/20/13 | MPE | Receive and review request from Estate representative for Kansas Loans and research case information in order to request document. | L110 | .40 hrs |
| 11/20/13 | MPE | Receive and review request from Estate representative for Florida Loans and research case information in order to request document. | L110 | .80 hrs |
| 11/20/13 | MPE | Receive and review request from Estate representative for kentucky Loans and research case information in order to request document. | L110 | .50 hrs |
| 11/20/13 | MPE | Receive and review request from Estate representative for Nebraska Loans and research case information in order to request document. | L110 | .80 hrs |
| 11/20/13 | MPE | Receive and review request from Estate representative for Indiana Loans and research case information in order to request document. | L110 | .80 hrs |
| 11/20/13 | MPE | Finalize documents for loans from Ohio, Maine, Nebraska, FLorida, and Indiana to estate representative for review. | L110 | .80 hrs |
| 11/20/13 | KK | Conference call with client to discuss status of file builder project, problematic files, and general update | L110 | .30 hrs |
| 11/20/13 | KK | Receive and review documents for twelve various loans among several counties/states as requested by client and update chart regarding same | L110 | 3.20 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    20
FEBRUARY 14, 2014

0R0802-301151

FED ID NO. 63-0243316

| 11/21/13 | KK | Review and analyze six loans with outstanding documents, research and review county website to determine any additional case information, and coordinate with researchers in effort to obtain requested documents in timely manner to present to client | L110 | 1.80 hrs |
|---|---|---|---|---|
| 11/21/13 | KK | Receive and review documents for an additional four loans in Oklahoma, Indiana, and Kentucky on behalf of client | L110 | 1.20 hrs |
| 11/21/13 | KK | Receive and review three sets of documents for loans in Oklahoma and Pennsylvania and send to client in effort to move toward conclusion of file builder project | L110 | 1.20 hrs |
| 11/21/13 | MPE | Finalize documents for loans from Kansas and Indiana to estate representative for review. | L110 | .70 hrs |
| 11/21/13 | MPE | Receive and review request from Estate representative for Kentucky Loans and research case information in order to request document. | L110 | .50 hrs |
| 11/22/13 | KK | Receive and review several outstanding loans in various counties/states as requested by client and confirm documents received match up with documents requested | L110 | 2.70 hrs |
| 11/25/13 | KSA | Review SCRA harm files to assess DOJ consent order compliance | L650 | 1.00 hrs |

# BRADLEY ARANT
## BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    21
FEBRUARY 14, 2014

OR0802-301151

**FED ID NO. 63-0243316**

| Date | Init. | Description | Code | Hours |
|---|---|---|---|---|
| 11/25/13 | KK | Receive and review documents for four loans in Florida, South Carolina, and New Mexico to send to client in effort to complete SCRA file builder project | L110 | 1.20 hrs |
| 11/25/13 | KK | E-mail exchange with client regarding status of project, projected timeframe for receipt of remaining documents, and specific troublesome loans in which more information is needed | L110 | .30 hrs |
| 11/25/13 | KK | Receive and review documents for six additional loans in Florida, Oklahoma, Indiana, and South Carolina to send to client in conjunction with SCRA file builder project | L110 | 1.90 hrs |
| 11/26/13 | KK | Receive and review documents for six loans over various counties/states as requested by clients and update status chart regarding same | L110 | 1.70 hrs |
| 11/26/13 | MCG | Review completed foreclosures for compliance with the SCRA | C300 | 3.40 hrs |
| 11/27/13 | KK | Receive and review several additional loan documents as requested by client in effort to complete file building project | L110 | 2.10 hrs |
| 12/02/13 | MPE | Finalize documents for loans from Florida, Maine, Wisconsin, and Oklahoma to estate representative for review. | L110 | 1.20 hrs |
| 12/02/13 | MCG | Provide analysis of permissible fees under Section 527 of the SCRA to D.Cunningham | C300 | .50 hrs |

# ☐ BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    22
FEBRUARY 14, 2014

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/02/13 | MCG | Review and analyze completed foreclosures for compliance with the SCRA | C300 | 1.60 hrs |
| 12/02/13 | KK | Receive, review, and provide several requested documents throughout Indiana and South Carolina as requested by client in effort to compete Department of Justice SCRA file building project | L110 | 1.10 hrs |
| 12/02/13 | KK | Review, analyze, and update progress status chart to determine final remaining outstanding documents and plan to obtain documents by deadline | L110 | .40 hrs |
| 12/03/13 | KK | Receive and review additional documents throughout Florida, Ohio, and Kentucky to send to client to assist with SCRA file building project | L110 | .60 hrs |
| 12/03/13 | MCG | Provide additional analysis of permissible fees and foreclosure costs under Section 527 of the SCRA to D.Cunningham | C300 | .50 hrs |
| 12/03/13 | MPE | Receive and research additional requests from Estate Representative for South Dakota, Illinois, and Kentucky to determine online availability of needed information. | L110 | 1.50 hrs |
| 12/03/13 | MPE | Finalize documents for loans from South Dakota, Illinois, Louisiana, and Indiana to estate representative for review. | L110 | .50 hrs |

# BRADLEY ARANT
# BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    23
FEBRUARY 14, 2014

0R0802-301151

FED ID NO. 63-0243316

| | | | | |
|---|---|---|---|---|
| 12/04/13 | MPE | Receive and research list of outstanding loan files from estate representative to determine current status of files from Louisiana, Kentucky, and Florida and timeline of document retrieval. | L110 | 2.50 hrs |
| 12/04/13 | KK | Research and review San Bernardino County, California docket to determine status of case and in effort to retrieve various documents as requested by client | L110 | .40 hrs |
| 12/04/13 | KK | Receive and review outstanding documents requested for loan in Monroe County, Indiana to provide to client and assist with SCRA project | L110 | .30 hrs |
| 12/04/13 | KK | Review and update progress status chart to assist with SC RA project | L110 | .20 hrs |
| 12/04/13 | KK | Receive and review outstanding documents for loan number xxxxxxx158 to assist with SCRA project | L110 | .20 hrs |
| 12/05/13 | MPE | Research status of remaining eleven outstanding loan files to determine timeline for document retrieval and finalize all available documents for review by estate representative . | L110 | 5.10 hrs |
| 12/05/13 | MPE | Finalize documents for loans from Kentucky and Illinois to estate representative for review. | L110 | .70 hrs |
| 12/06/13 | MPE | Receive and review documents for Illinois loans and finalize for review by estate representative. | L110 | .60 hrs |

**BRADLEY ARANT
BOULT CUMMINGS** LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    24
FEBRUARY 14, 2014

0R0802-301151

FED ID NO. 63-0243316

| Date | Initials | Description | Code | Hours |
|------|----------|-------------|------|-------|
| 12/06/13 | MPE | Receive and review documents for Louisiana loans and finalize for review by estate representative. | L110 | .50 hrs |
| 12/06/13 | KK | Research and review Hillsborough County, Florida docket in effort to retrieve Guardian Ad Litem documents as requested by client for SCRA file building project | L110 | .20 hrs |
| 12/06/13 | KSA | Conduct SCRA harm file reviews | L140 | 1.60 hrs |
| 12/06/13 | MCG | Review completed foreclosures for compliance with the SCRA | C300 | 3.50 hrs |
| 12/10/13 | KK | E-mail exchange with Westlaw researchers regarding updated master spreadsheet, projected timeline for receipt of outstanding documents, and overall status update | L110 | .20 hrs |
| 12/10/13 | KK | Receive and review additional documents as requested by client and update chart regarding same | L110 | .60 hrs |
| 12/12/13 | MPE | Finalize documents for loans from Kentucky and Louisiana to estate representative for review. | L110 | .50 hrs |
| 12/13/13 | KK | Receive and review additional documents for loan numbers xxxxxxx718 and xxxxxxx508 and send to client to assist with SCRA project | L110 | .40 hrs |
| 12/13/13 | KK | Review and update progress status chart for SCRA project | L110 | .20 hrs |

# BRADLEY ARANT BOULT CUMMINGS LLP

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE   25
FEBRUARY 14, 2014

0R0802-301151

FED ID NO. 63-0243816

| | | | | |
|---|---|---|---|---|
| 12/13/13 | KK | Draft detailed e-mail to researchers and client regarding six loans for which documents remain outstanding in effort to determine status to assist with SCRA project | L110 | .40 hrs |
| 12/16/13 | KK | Receive and review outstanding pleadings for Hillsborough County, Florida matter to assist with SCRA project | L110 | .30 hrs |
| 12/16/13 | KK | Receive and review detailed report of current outstanding documents and draft e-mail to client regarding same | L110 | .30 hrs |
| 12/17/13 | KK | Receive and review documents requested for borrowers in Hillsborough County, Florida to assist in SCRA project | L110 | .20 hrs |

TOTAL FEES FOR THIS MATTER                    $48,750.60

EXPENSES

| | | |
|---|---|---|
| 12/03/13 | Copy Charges | 0.00 |
| 12/04/13 | Copy Charges | 0.00 |
| 12/16/13 | Copy Charges | 0.00 |
| 10/31/13 | Court Costs - Pleadings - WEST GROUP WESTLAW COURT EXPRESS Bank ID: GENR Check Number: 168117 | 589.38 |
| 11/20/13 | Court Costs - Pleadings - WEST GROUP WESTLAW COURT EXPRESS Bank ID: GENR Check Number: 169117 | 1,240.64 |
| 11/20/13 | Court Costs - Pleadings - WEST GROUP WESTLAW COURT EXPRESS Bank ID: GENR Check Number: 169117 | 155.09 |

# BRADLEY ARANT
# BOULT CUMMINGS

POST OFFICE BOX 830709
BIRMINGHAM, ALABAMA 35283-0709

ResCap

PAGE    26
FEBRUARY 14, 2014

0R0802-301151

FED ID NO. 63-0243316

11/20/13 Court Costs - Pleadings - WEST GROUP WESTLAW          145.70
         COURT EXPRESS
         Bank ID: GENR Check Number: 169117
11/12/13 Professional Consultant Services - BRADLEY             60.00
         ARANT BOULT CUMMINGS LLP SOFTWARE MANAGEMENT
         8-7-13
         Bank ID: PCARD Check Number: P261

         TOTAL COSTS FOR THIS MATTER                      $2,190.81

## BILLING SUMMARY

| | | | |
|---|---|---|---|
| Keith S. Anderson | 15.10 hrs | 268.00 /hr | 4,046.80 |
| Michael C. Griffin | 49.90 hrs | 348.00 /hr | 17,365.20 |
| Melisa P. Palmer | 60.20 hrs | 167.00 /hr | 10,053.40 |
| Kerry Keane | 109.40 hrs | 158.00 /hr | 17,285.20 |

TOTAL FEES                    234.60 hrs          $48,750.60

TOTAL EXPENSES                                    $2,190.81

**TOTAL CHARGES FOR THIS INVOICE**                $50,941.41

***** TOTAL DUE UPON RECEIPT *****